# Appendix B
## DEFENDANTS SCHOOL DISTRICTS IN THE UNITED STATES

(Abbreviations: S.D. = School District, I.S.D. = Independent School District, Unified School District = U.S.D.,
Consolidated School District = C.S.D., Elementary School District = E.S.D., School District = S.D.)

### Alabama

Alabaster City
Albertville City
Alexander City
Andalusia City
Anniston City
Arab City
Attalla City
Athens City
Auburn City
Autauga County
Baldwin County
Barbour County
Bessemer City
Bibb County
Birmingham City
Blount County
Boaz City
Brewton City
Bullock County
Butler County
Calhoun County
Chambers County
Cherokee County
Chilton County
Choctaw County
Clarke County
Clay County
Cleburne County
Coffee County
Colbert County
Conecuh County
Coosa County
Covington County
Crenshaw County
Cullman City
Cullman County
Dale County
Daleville City
Dallas County
Decatur City
DeKalb County
Demopolis City
Dothan City
Elba City
Elmore County

Enterprise City
Escambia County
Etowah County
Eufaula City
Fairfield City
Fayette County
Florence City
Fort Payne City
Fort Rucker
Franklin County
Gadsden City
Geneva City
Geneva County
Greene County
Guntersville City
Hale County
Haleyville City
Hartselle City
Henry County
Homewood City
Hoover City
Houston County
Huntsville City
Jackson County
Jacksonville City
Jasper City
Jefferson County
Lamar County
Lanett City
Lauderdale County
Lawrence County
Lee County
Leeds City
Limestone County
Linden City
Lowndes County
Macon County
Madison City
Madison County
Marengo County
Marion County
Marshall County
Midfield City
Mobile County
Monroe County

Montgomery County
Morgan County
Mountain Brook City
Muscle Shoals City
Oneonta City
Opelika City
Opp City
Oxford City
Ozark City
Pelham City Schools
Pell City
Perry County
Phenix City
Pickens County
Piedmont City
Pike County
Randolph County
Roanoke City
Russell County
Russellville City
Saint Clair County
Saraland
Scottsboro City
Selma City
Sheffield City
Shelby County
Sumter County
Sylacauga City
Talladega City
Talladega County
Tallapoosa County
Tallassee City
Tarrant City
Thomasville City
Troy City
Trussville City
Tuscaloosa City
Tuscaloosa County
Tuscumbia City
Vestavia Hills City
Walker County
Washington County
Wilcox County
Winfield City
Winston County

### Alaska

Alaska Gateway S.D.
Aleutian Region S.D.
Aleutians East Borough S.D.
Alyeska Central School
Anchorage Education Line Office
Anchorage S.D.
Annette Island S.D.
Adak Region S.D.
Bering Strait S.D.
Bristol Bay Borough S.D.
Chatham Region S.D.
Chugach S.D.
Copper River S.D.
Cordova City S.D.
Craig City S.D.
Delta/Greely S.D.
Denali Borough S.D.
Dillingham City S.D.
Fairbanks North Star Borough S.D.
Galena City S.D.
Haines Borough S.D.
Hoonah City S.D.
Hydaburg City S.D.
Iditarod Area S.D.
Juneau S.D.
Kake City S.D.
Kashunamiut S.D.
Kenai Peninsula Borough S.D.
Ketchikan Gateway Borough S.D.

Klawock City S.D.
Kodiak Island Borough S.D.
Kuspuk S.D.
Lake and Peninsula S.D.
Lower Kuskokwim S.D.
Lower Yukon S.D.
Matanuska-Susitna Borough S.D.
Mount Edgecumbe High School
Nenana City S.D.
Nome Public Schools
North Slope Borough S.D.
Northwest Arctic Borough S.D.
P[edit]
Pelican City S.D.
Petersburg City S.D.
Pribilof S.D.
Saint Mary's S.D.
Sitka Borough S.D.
Skagway City S.D.
Southeast Island S.D.
Southwest Region S.D.
Unalaska City S.D.
Valdez City Schools
Wrangell Public S.D.
Yakutat S.D.
Yukon Flats S.D.
Yukon–Koyukuk S.D.
Yupiit S.D.

### Arizona

Agua Fria Union High S.D. #216
Aguila E.S.D. #63
Ajo U.S.D. #15
Alhambra E.S.D. #68
Alpine E.S.D. #7
Altar Valley E.S.D. #51
Amphitheater U.S.D. #10
Antelope Union High S.D. #50
Apache E.S.D. #42
Apache Junction U.S.D. #43
Arizona Western College
Arlington E.S.D. #47
Ash Creek E.S.D. #53
Ash Fork Joint U.S.D. #31
Avondale E.S.D. #44
Baboquivari U.S.D. #40
Bagdad U.S.D. #20
Balsz E.S.D. #31
Beaver Creek E.S.D. #26
Benson U.S.D. #9
Bicentennial Union High S.D. #76
Bisbee U.S.D. #2
Blue E.S.D. #22
Blue Ridge U.S.D. #32
Bonita E.S.D. #16

Bouse E.S.D. #26
Bowie U.S.D. #14
Buckeye E.S.D. #33
Buckeye Union High S.D. #201
Bullhead City E.S.D. #15
Camp Verde U.S.D. #28
Canon E.S.D. #50
Cartwright E.S.D. #83
Casa Grande E.S.D. #4
Casa Grande Union High S.D. #82
Catalina Foothills U.S.D. #16
Cave Creek U.S.D. #93
Cedar U.S.D. #25
Chandler U.S.D. #80
Chevelon Butte S.D. #5
Chinle U.S.D. #24
Chino Valley U.S.D. #51
Clarkdale-Jerome E.S.D. #3
Clifton U.S.D.
Cochise County Community College District
Cochise E.S.D. #26
Coconino Community College District
Coconino County Regional Accommodation S.D.
Colorado City U.S.D. #14
Colorado River Union High S.D. #2

Concho E.S.D. #6
Congress E.S.D. #17
Continental E.S.D. #39
Coolidge U.S.D. #21
Cottonwood-Oak Creek E.S.D. #6
Crane E.S.D. (Arizona) #13
Creighton E.S.D. #14
Crown King E.S.D. #41
Deer Valley U.S.D. #97
Double Adobe E.S.D. #45
Douglas U.S.D. #27
Duncan U.S.D. #2
Dysart U.S.D. #89
Eagle Elementary District #45
Eastern Arizona Junior College District (Eastern
Arizona College)
Elfrida E.S.D. #12
Eloy E.S.D. #11
Esperanza Academy Accommodation S.D.
Flagstaff U.S.D.
Florence U.S.D. #1
Flowing Wells U.S.D. #8
Forrest E.S.D.
Fort Huachuca Accommodation District (military
base school)
Fort Thomas U.S.D. #7
Fountain Hills U.S.D. #984
Fowler E.S.D. #45
Fredonia-Moccasin U.S.D.
Fredonia-Moccasin U.S.D.
Gadsden E.S.D. #32
Ganado U.S.D. #20
Gila Bend U.S.D. #24
Gila Community College District
Gilbert U.S.D. #41
Glendale E.S.D. #40
Glendale Union High S.D. #205
Globe U.S.D. #1
Graham County Special Services
Grand Canyon U.S.D. #4
Greenlee County Accommodation District
Hackberry S.D. #3
Hayden-Winkelman U.S.D. #41
Heber-Overgaard U.S.D. #6
Higley U.S.D. #60
Hillside E.S.D. #35
Holbrook U.S.D. #3
Humboldt U.S.D. #22
Hyder E.S.D. #16
Isaac S.D. #5
J. O. Combs U.S.D. #44
Joseph City U.S.D. #2
Kayenta U.S.D. #27
Kingman U.S.D. #20
Kirkland E.S.D. #23
Klondyke S.D. #9

Kyrene E.S.D. #28
Lake Havasu U.S.D. #1
Laveen E.S.D. #59
Liberty E.S.D. #25
Litchfield E.S.D. #79
Littlefield U.S.D. #9
Littleton E.S.D. #65
Madison E.S.D. #38
Maine Consolidated E.S.D. #10
Mammoth-San Manuel U.S.D. #8
Marana U.S.D. #6
Maricopa County Regional District #509
Maricopa U.S.D. #20
Mary C. O'Brien Accommodation S.D.
Mayer U.S.D. #43
McNary E.S.D. #23
McNeal E.S.D. #55
Mesa Public Schools #4
Miami U.S.D. #40
Mingus Union High S.D. #4
Mobile E.S.D. #86
Mohave Valley E.S.D. #16
Mohawk Valley E.S.D. #17
Morenci U.S.D.
Morristown E.S.D. #75
Murphy E.S.D. #21
Naco E.S.D. #23
Nadaburg U.S.D. #81
Nogales U.S.D. #1
Oracle E.S.D. #2
Osborn E.S.D. #8
Owens-Whitney E.S.D. #6
Page U.S.D. #8
Palo Verde E.S.D. #49
Paloma E.S.D. #94
Palominas E.S.D. #49
Paradise Valley U.S.D. #69
Parker U.S.D. #27
Patagonia E.S.D. #6
Patagonia Union High S.D. #20
Payson U.S.D. #10
Peach Springs U.S.D. #8
Pearce E.S.D. #22
Pendergast E.S.D. #92
Peoria U.S.D. #11
Phoenix E.S.D. #1
Phoenix Union High S.D. #210
Picacho E.S.D. #33
Pima Accommodation District #0
Pima County Board of Supervisors
Pima U.S.D. #6
Pine-Strawberry E.S.D. #12
Piñon U.S.D. #4
Pomerene E.S.D. #64
Prescott U.S.D. #1
Quartzsite E.S.D. #4

Queen Creek U.S.D. #95
Ray U.S.D. #3
Red Mesa U.S.D. #27
Red Rock E.S.D. #5
Redington E.S.D. #44
Riverside E.S.D. #2
Roosevelt E.S.D. #66
Round Valley U.S.D. #10
Sacaton E.S.D. #18
Saddle Mountain U.S.D. #90
Safford U.S.D. #1
Sahuarita U.S.D. #30
Saint Johns U.S.D. #1
Salome Consolidated E.S.D. #30
San Carlos U.S.D. #20
San Fernando E.S.D. #35
San Simon U.S.D. #18
Sanders U.S.D. #18
Santa Cruz Valley U.S.D. #35
Santa Cruz Valley Union High S.D. #840
Scottsdale U.S.D. #48
Sedona-Oak Creek Joint U.S.D. #9
Seligman U.S.D. #40
Sentinel E.S.D. #71
Show Low U.S.D. #10
Sierra Vista U.S.D. #68
Skull Valley E.S.D. #15
Snowflake U.S.D. #5
Solomon E.S.D. #5
Somerton E.S.D. #11
Sonoita E.S.D. #25
St. David U.S.D. #21
Stanfield E.S.D. #24
Sunnyside U.S.D. #12
Superior U.S.D. #15

Tanque Verde U.S.D. #13
Tempe E.S.D. #3
Tempe Union High S.D. #213
Thatcher U.S.D. #4
Tolleson E.S.D. #17
Tolleson Union High S.D. #214
Toltec E.S.D. #22
Tombstone U.S.D. #1
Tonto Basin E.S.D. #33
Topock E.S.D. #12
Tuba City U.S.D. #15
Tucson U.S.D. #1
Union E.S.D. #62
Vail U.S.D. #20
Valentine E.S.D. #22
Valley Union High S.D. #22
Vernon E.S.D. #9
Washington E.S.D. #6
Wellton E.S.D. #24
Wenden E.S.D. #19
Whiteriver U.S.D. #20
Wickenburg U.S.D. #9
Willcox U.S.D. #13
Williams U.S.D. #2
Wilson E.S.D. #7
Window Rock U.S.D. #8
Winslow U.S.D. #1
Yarnell E.S.D. #52
Yavapai County S.D.
Young E.S.D. #5
Yucca E.S.D. #13
Yuma County Accommodation District
Yuma E.S.D. #1
Yuma Union High S.D. #70

## Arkansas

Alma S.D.
Alpena S.D.
Arkadelphia S.D.
Armorel S.D.
Ashdown S.D.
Atkins S.D.
Augusta S.D.
Bald Knob S.D.
Barton–Lexa S.D.
Batesville S.D.
Bauxite S.D.
Bay S.D.
Bearden S.D.
Beebe S.D.
Benton S.D.
Bentonville S.D.
Bergman S.D.
Berryville S.D.
Bismarck S.D.

Blevins S.D.
Blytheville S.D.
Booneville S.D.
Bradford S.D.
Bradley S.D.
Brinkley S.D.
Bryant S.D.
Buffalo Island Central S.D.
Cabot S.D.
Caddo Hills S.D.
Calico Rock S.D.
Camden Fairview S.D.
Carlisle S.D.
Cave City S.D.
Cedar Ridge S.D.
Cedarville S.D.
Centerpoint S.D.
Charleston S.D.
Clarendon S.D.

Clarksville S.D.
Cleveland County S.D.
Clinton S.D.
Concord S.D.
Conway S.D.
Corning S.D.
Cossatot River S.D.
Cotter S.D.
County Line S.D.
Cross County S.D.
Crossett S.D.
Cutter–Morning Star S.D.
Danville S.D.
Dardanelle Public Schools
Decatur Public Schools
Deer/Mount Judea S.D.
DeQueen S.D.
Dermott S.D.
Des Arc S.D.

Dewitt S.D.
Dierks S.D.
Dollarway S.D.
Dover S.D.
Drew Central S.D.
Dumas S.D.
Earle S.D.
East End S.D.
East Poinsett County S.D.
El Dorado S.D.
Elkins S.D.
Emerson–Taylor S.D.
England S.D.
Eureka Springs S.D.
Farmington S.D.
Fayetteville S.D.
Flippin S.D.
Fordyce S.D.
Foreman S.D.
Forrest City S.D.
Fort Smith S.D.
Fouke S.D.
Fountain Lake S.D.
Genoa Central S.D.
Gentry S.D.
Glen Rose S.D.
Gosnell S.D.
Gravette S.D.
Green Forest S.D.
Greenbrier S.D.
Greene County Tech S.D.
Greenland S.D.
Greenwood S.D.
Gurdon S.D.
Guy–Perkins S.D.
Hackett S.D.
Hamburg S.D.
Hampton S.D.
Harmony Grove S.D. (Camden, Arkansas) (Oauchita County)
Harmony Grove S.D. (Benton, Arkansas) (Saline County)
Harrisburg S.D.
Harrison S.D.
Hartford S.D.
Hazen S.D.
Heber Springs S.D.
Hector S.D.
Helena-West Helena S.D.
Hermitage S.D.
Highland S.D.
Hillcrest S.D.
Hope S.D.
Horatio S.D.
Hot Springs S.D.
Hoxie S.D.

Hughes S.D.
Huntsville S.D.
Imboden Charter S.D.
Izard County C.S.D.
Jackson County S.D.
Jasper S.D.
Jessieville S.D.
Jonesboro S.D.
Junction City S.D.
KIPP: Delta Public Schools
Kirby S.D.
Lafayette County S.D.
Lake Hamilton S.D.
Lakeside S.D. (Hot Springs, Arkansas)
Lakeside S.D. (Lake Village, Arkansas)
Lamar S.D.
Lavaca S.D.
Lawrence County S.D.
Lead Hill S.D.
Lee County S.D.
Lincoln S.D.
Little Rock S.D.
Lonoke S.D.
Magazine S.D.
Magnet Cove S.D.
Magnolia S.D.
Malvern S.D.
Mammoth Spring S.D.
Manila S.D.
Mansfield S.D.
Marion S.D.
Marked Tree S.D.
Marmaduke S.D.
Marvell–Elaine S.D.
Mayflower S.D.
Maynard S.D.
McCrory S.D.
McGehee S.D.
Melbourne S.D.
Mena S.D.
Midland S.D.
Mineral Springs Saratoga S.D.
Monticello S.D.
Mount Ida S.D.
Mount Vernon–Enola S.D.
Mountain Home S.D.
Mountain Pine S.D.
Mountain View S.D.
Mountainburg S.D.
Mulberry–Pleasant View Bi-County S.D.
Nashville S.D.
Nemo Vista S.D.
Nettleton S.D.

Nevada S.D.
Newport S.D.
Norfork S.D.
Norphlet S.D.
North Little Rock S.D.
Omaha S.D.
Osceola S.D.
Ouachita River S.D.
Ouachita S.D.
Ozark Mountain S.D.
Ozark S.D.
Palestine–Wheatley S.D.
Pangburn S.D.
Paragould S.D.
Paris S.D.
Parkers Chapel S.D.
Pea Ridge S.D.
Perryville S.D.
Piggott S.D.
Pine Bluff S.D.
Pocahontas S.D.
Pottsville S.D.
Poyen S.D.
Prairie Grove S.D.
Prescott S.D.
Pulaski County Special S.D.
Quitman S.D.
Rector S.D.
Riverside S.D.
Riverview S.D.
Rogers S.D.
Rose Bud S.D.
Russellville S.D.
Salem S.D.
Scranton S.D.
Searcy County S.D.
Searcy S.D.
Sheridan S.D.
Shirley S.D.
Siloam Springs S.D.
Sloan–Hendrix S.D.
Smackover S.D.
South Conway County S.D.
South Mississippi County S.D.
South Pike County S.D.
South Side S.D. (Bee Branch)
Southside S.D. (Batesville)
Spring Hill S.D.
Springdale S.D.
Star City S.D.
Stephens S.D.
Strong–Huttig S.D.
Stuttgart Public Schools
Texarkana Arkansas Schools
Trumann Public Schools
Two Rivers S.D.

Valley Springs S.D.
Valley View S.D.
Van Buren S.D.
Vilonia S.D.
Viola S.D.
Waldron S.D.
Warren S.D.
Watson Chapel S.D.

West Fork S.D.
West Memphis S.D.
Western Yell County S.D.
West Side S.D. (Cleburne County)
Westside S.D. (Johnson County)
Westside C.S.D. (Craighead County)

White County Central S.D.
White Hall S.D.
Wonderview S.D.
Woodlawn S.D.
Wynne S.D.
Yellville–Summit S.D.

## California

ABC U.S.D.
Acalanes Union High S.D.
Ackerman Charter S.D.
Acton-Agua Dulce U.S.D.
Adelanto S.D.
Alameda U.S.D.
Alameda County Office of Education
Albany U.S.D.
Alexander Valley Union S.D.
Alhambra U.S.D.
Alisal Union S.D.
Allensworth E.S.D.
Alpaugh U.S.D.
Alpine County Office of Education
Alpine County U.S.D.
Alpine Union S.D.
Alta Loma S.D.
Alta Vista E.S.D.
Alta-Dutch Flat S.D.
Alum Rock Union S.D.
Alview-Dairyland Union S.D.
Alvina E.S.D.
Alvord U.S.D.
Amador County Office of Education
Amador County U.S.D.
American Union S.D.
Anaheim City S.D.
Anaheim Union High S.D.
Anderson Union High S.D.
Anderson Valley U.S.D.
Antelope S.D.
Antelope Valley Union High S.D.
Antioch U.S.D.
Apple Valley U.S.D.
Arcadia U.S.D.
Arcata S.D.
Arcohe Union S.D.
Arena Union E.S.D.
Armona Union E.S.D.
Aromas-San Juan U.S.D.
Arvin Union S.D.
Atascadero U.S.D.
Atwater E.S.D.
Auburn Union S.D.
Azusa U.S.D.
Baker Valley U.S.D.

Bakersfield City S.D.
Baldwin Park U.S.D.
Ballard E.S.D.
Ballico-Cressey E.S.D.
Bangor Union E.S.D.
Banning U.S.D.
Banta E.S.D.
Barstow U.S.D.
Bass Lake Joint Union E.S.D.
Bassett U.S.D.
Bayshore E.S.D.
Bear Valley U.S.D.
Beardsley S.D.
Beaumont U.S.D.
Bella Vista E.S.D.
Belleview E.S.D.
Bellevue Union E.S.D.
Bellflower U.S.D.
Belmont – Redwood Shores S.D.
Belridge S.D.
Bend S.D.
Benicia U.S.D.
Bennett Valley Union S.D.
Berkeley U.S.D.
Berryessa Union S.D.
Beverly Hills U.S.D.
Big Creek E.S.D.
Big Lagoon S.D.
Big Oak Flat-Groveland U.S.D.
Big Pine U.S.D.
Big Springs Union E.S.D.
Big Sur U.S.D.
Big Valley Joint U.S.D.
Biggs U.S.D.
Bishop Joint Union High S.D.
Bishop Union E.S.D.
Bitterwater-Tully Union S.D.
Black Butte Union E.S.D.
Black Oak Mine U.S.D.
Blake S.D.
Blochman Union S.D.
Blue Lake Union S.D.
Bogus E.S.D.
Bolinas-Stinson Union S.D.
Bonita U.S.D.
Bonny Doon Union E.S.D.

Bonsall Union S.D.
Borrego Springs U.S.D.
Bradley Union S.D.
Brawley E.S.D.
Brawley Union High S.D.
Brea Olinda U.S.D.
Brentwood Union S.D.
Bret Harte Union High S.D.
Bridgeville E.S.D.
Briggs S.D.
Brisbane S.D.
Brittan S.D.
Browns E.S.D.
Buckeye Union S.D.
Buellton Union S.D.
Buena Park S.D.
Buena Vista E.S.D.
Burbank U.S.D.
Burlingame S.D.
Burnt Ranch S.D.
Burrel Union E.S.D.
Burton S.D.
Butte County Office of Education
Butte Valley U.S.D.
Butteville Union E.S.D.
Buttonwillow Union S.D.
Byron Union S.D.
Cabrillo U.S.D.
Cajon Valley Union S.D.
Calaveras County Office of Education
Calaveras U.S.D.
Calexico U.S.D.
Caliente Union S.D.
Calipatria U.S.D.
Calistoga Joint U.S.D.
Cambrian S.D.
Camino Union S.D.
Campbell Union E.S.D.
Campbell Union High S.D.
Camptonville S.D.
Canyon E.S.D.
Capay E.S.D.
Capistrano U.S.D.
Cardiff E.S.D.
Carlsbad U.S.D.
Carmel U.S.D.
Carpinteria U.S.D.
Caruthers U.S.D.
Cascade Union E.S.D.
Casmalia S.D.
Castaic Union S.D.
Castle Rock Union E.S.D.
Castro Valley U.S.D.
Cayucos E.S.D.
Center Joint U.S.D.
Centinela Valley Union High S.D.

Central S.D.
Central U.S.D.
Central Union S.D.
Central Union High S.D.
Centralia S.D.
Ceres U.S.D.
Chaffey Joint Union High S.D.
Charter Oak U.S.D.
Chatom Union S.D.
Chawanakee U.S.D.
Chicago Park S.D.
Chico U.S.D.
Chinese Camp E.S.D.
Chino Valley U.S.D.
Chowchilla S.D.
Chowchilla Union High S.D.
Chualar Union S.D.
Chula Vista E.S.D.
Cienega Union S.D.
Cinnabar S.D.
Citrus South Tule E.S.D.
Claremont U.S.D.
Clay Joint E.S.D.
Clear Creek S.D.
Cloverdale U.S.D.
Clovis U.S.D.
Coachella Valley U.S.D.
Coalinga-Huron Joint U.S.D.
Coast U.S.D.
Coffee Creek E.S.D.
Cold Spring S.D.
Colfax E.S.D.
College S.D.
Colton Joint U.S.D.
Columbia E.S.D.
Columbia Union S.D.
Columbine E.S.D.
Colusa County Office of Education
Colusa U.S.D.
Compton U.S.D.
Conejo Valley U.S.D.
Contra Costa County Office of Education
Corcoran Joint U.S.D.
Corning Union E.S.D.
Corning Union High S.D.
Corona-Norco U.S.D.
Coronado U.S.D.
Cotati-Rohnert Park U.S.D.
Cottonwood Union S.D.
Covina-Valley U.S.D.
Cox Bar E.S.D.
Cucamonga S.D.
Cuddeback Union S.D.
Culver City U.S.D.
Cupertino Union S.D.
Curtis Creek S.D.

Cutler-Orosi Joint U.S.D.
Cutten E.S.D.
Cuyama Joint U.S.D.
Cypress S.D.
Davis Joint U.S.D.
Death Valley U.S.D.
Dehesa S.D.
Del Mar Union S.D.
Del Norte County Office of Education
Del Norte County U.S.D.
Del Paso Heights S.D.
Delano Joint Union High S.D.
Delano Union S.D.
Delhi U.S.D.
Delphic E.S.D.
Delta View Joint Union S.D.
Denair U.S.D.
Desert Center U.S.D.
Desert Sands U.S.D.
Di Giorgio S.D.
Dinuba U.S.D.
Dixon U.S.D.
Dos Palos-Oro Loma Joint U.S.D.
Douglas City S.D.
Downey U.S.D.
Dry Creek Joint E.S.D.
Duarte U.S.D.
Dublin U.S.D.
Ducor Union E.S.D.
Dunham E.S.D.
Dunsmuir E.S.D.
Dunsmuir Joint Union High S.D.
Durham U.S.D.
Earlimart S.D.
East Nicolaus Joint Union High S.D.
East Side Union High S.D.
East Whittier City S.D.
Eastern Sierra U.S.D.
Eastside Union S.D.
Edison S.D.
El Centro E.S.D.
El Dorado County Office of Education
El Dorado Union High S.D.
El Monte City S.D.
El Monte Union High S.D.
El Nido E.S.D.
El Rancho U.S.D.
El Segundo U.S.D.
El Tejon U.S.D.
Elk Grove U.S.D.
Elk Hills S.D.
Elkins S.D.
Elverta Joint E.S.D.
Emery U.S.D.
Empire Union S.D.
Encinitas Union S.D.

Enterprise E.S.D.
Escalon U.S.D.
Escondido Union E.S.D.
Escondido Union High S.D.
Esparto U.S.D.
Etiwanda S.D.
Eureka City Schools District
Eureka Union S.D.
Evergreen E.S.D.
Evergreen Union S.D.
Exeter U.S.D.
Fairfax S.D.
Fairfield-Suisun U.S.D.
Fall River Joint U.S.D.
Fallbrook Union E.S.D.
Fallbrook Union High S.D.
Farmersville U.S.D.
Feather Falls Union E.S.D.
Ferndale U.S.D.
Fieldbrook E.S.D.
Fillmore U.S.D.
Firebaugh-Las Deltas Joint U.S.D.
Flournoy Union S.D.
Folsom-Cordova U.S.D.
Fontana U.S.D.
Foresthill Union S.D.
Forestville Union S.D.
Forks of Salmon E.S.D.
Fort Bragg U.S.D.
Fort Ross E.S.D.
Fort Sage U.S.D.
Fortuna E.S.D., formed effective July 1, 2012, from
Fortuna Union E.S.D. and Rohnerville E.S.D.
Fortuna Union High S.D.
Fountain Valley S.D.
Fowler U.S.D.
Franklin E.S.D.
Franklin-McKinley S.D.
Fremont U.S.D.
Fremont Union High S.D.
French Gulch-Whiskeytown Union Elementary
District
Freshwater S.D.
Fresno County Office of Education
Fresno U.S.D.
Fruitvale S.D.
Fullerton S.D.
Fullerton Joint Union High S.D.
Galt Joint Union E.S.D.
Galt Joint Union High S.D.
Garden Grove U.S.D.
Garfield S.D.
Garvey S.D.
Gateway U.S.D.
Gazelle Union E.S.D.
General Shafter S.D.

Gerber Union E.S.D.
Geyserville U.S.D.
Gilroy U.S.D.
Glendale U.S.D.
Glendora U.S.D.
Glenn County Office of Education
Gold Oak Union E.S.D.
Gold Trail Union S.D.
Golden Feather Union E.S.D.
Golden Plains U.S.D.
Golden Valley U.S.D.
Goleta Union S.D.
Gonzales U.S.D.
Gorman S.D.
Grant E.S.D.
Grant Joint Union High S.D.
Grass Valley S.D.
Gratton S.D.
Gravenstein Union S.D.
Graves E.S.D.
Green Point S.D.
Greenfield Union S.D.
Grenada E.S.D.
Gridley U.S.D.
Grossmont Union High S.D.
Guadalupe Union S.D.
Guerneville S.D.
Gustine U.S.D.
Hacienda La Puente U.S.D.
Hamilton Union E.S.D.
Hamilton Union High S.D.
Hanford E.S.D.
Hanford Joint Union High S.D.
Happy Camp Union E.S.D.
Happy Valley E.S.D.
Happy Valley Union E.S.D.
Harmony Union S.D.
Hart-Ransom Union S.D.
Hawthorne S.D.
Hayward U.S.D.
Healdsburg U.S.D.
Heber E.S.D.
Helendale S.D.
Hemet U.S.D.
Hermosa Beach City E.S.D.
Hesperia U.S.D.
Hickman Community Charter S.D.
Hillsborough City S.D.
Hilmar U.S.D.
Hollister E.S.D.
Holtville U.S.D.
Hope E.S.D.
Horicon S.D.
Hornbrook E.S.D.
Hot Springs E.S.D.
Howell Mountain E.S.D.

Hueneme S.D.
Hughes-Elizabeth Lakes Union E.S.D.
Hughson U.S.D.
Humboldt County Office of Education
Huntington Beach City S.D.
Huntington Beach Union High S.D.
Hydesville E.S.D.
Igo, Ono, Platina Union E.S.D.
Imperial County Office of Education
Imperial U.S.D.
Indian Diggings S.D.
Indian Springs E.S.D.
Inglewood U.S.D.
Inyo County Office of Education
Irvine U.S.D.
Island Union E.S.D.
Jacoby Creek Charter S.D.
Jamestown E.S.D.
Jamul-Dulzura Union S.D.
Janesville Union E.S.D.
Jefferson E.S.D.
Jefferson Union High S.D.
John Swett U.S.D.
Johnstonville E.S.D.
Julian Union S.D.
Julian Union High S.D.
Junction City E.S.D.
Junction E.S.D.
Jurupa U.S.D.
Kashia E.S.D.
Kelseyville U.S.D.
Kentfield S.D.
Kenwood S.D.
Keppel Union S.D.
Kerman U.S.D.
Kern County Office of Education
Kern High S.D.
Kernville Union S.D.
Keyes Union S.D.
King City Joint Union High S.D.
King City Union S.D.
Kings Canyon U.S.D.
Kings County Office of Education
Kings River Union S.D.
Kings River-Hardwick S.D.
Kingsburg Charter S.D.
Kingsburg Elementary Charter S.D.
Kingsburg Joint Union High S.D.
Kirkwood S.D.
Kit Carson Union S.D.
Klamath River Union E.S.D.
Klamath-Trinity Joint U.S.D.
Kneeland E.S.D.
Knights Ferry E.S.D.
Knightsen S.D.
Konocti U.S.D.
La Cañada U.S.D.

La Grange S.D.
La Habra City S.D.
La Honda-Pescadero U.S.D.
La Mesa-Spring Valley S.D.
Lafayette S.D.
Laguna Beach U.S.D.
Laguna Joint S.D.
Lagunita E.S.D.
Lagunitas S.D.
Lake County Office of Education
Lake E.S.D.
Lake Elsinore U.S.D.
Lake Tahoe U.S.D.
Lakeport U.S.D.
Lakeside Joint S.D.
Lakeside Union S.D. (Bakersfield)
Lakeside Union E.S.D. (Kings County)
Lakeside Union S.D. (Lakeside)
Lammersville E.S.D.
Lamont S.D.
Lancaster S.D.
Larkspur-Corte Madera S.D.
Las Lomitas E.S.D.
Las Virgenes U.S.D.
Lassen County Office of Education
Lassen Union High S.D.
Lassen View Union E.S.D.
Laton U.S.D.
Latrobe S.D.
Lawndale E.S.D.
Laytonville U.S.D.
Le Grand Union E.S.D.
Le Grand Union High S.D.
Leggett Valley U.S.D.
Lemon Grove S.D.
Lemoore Union E.S.D.
Lemoore Union High S.D.
Lennox S.D.
Lewiston E.S.D.
Liberty S.D.
Liberty Union High S.D.
Lincoln S.D.
Lincoln U.S.D.
Linden U.S.D.
Lindsay U.S.D.
Linns Valley-Poso Flat Union S.D.
Little Lake City S.D.
Little Shasta E.S.D.
Live Oak S.D.
Live Oak U.S.D.
Livermore Valley Joint U.S.D.
Livingston Union S.D.
Lodi U.S.D.
Loleta Union S.D.
Loma Prieta Joint Union E.S.D.
Lompoc U.S.D.

Lone Pine U.S.D.
Long Beach U.S.D.
Loomis Union S.D.
Los Alamitos U.S.D.
Los Alamos S.D.
Los Altos S.D.
Los Angeles County Office of Education
Los Angeles U.S.D.
Los Banos U.S.D.
Los Gatos Union S.D.
Los Gatos-Saratoga Union High S.D.
Los Molinos U.S.D.
Los Nietos S.D.
Los Olivos S.D.
Lost Hills Union E.S.D.
Lowell Joint S.D.
Lucerne E.S.D.
Lucerne Valley U.S.D.
Lucia Mar U.S.D.
Luther Burbank S.D.
Lynwood U.S.D.
Madera County Office of Education
Madera U.S.D.
Magnolia S.D.
Mammoth U.S.D.
Manchester Union E.S.D.
Manhattan Beach U.S.D.
Manteca U.S.D.
Manton Joint U.S.D.
Manzanita E.S.D.
Maple Creek E.S.D.
Maple E.S.D.
Marcum-Illinois Union E.S.D.
Maricopa U.S.D.
Marin County Office of Education
Mariposa County Office of Education
Mariposa County U.S.D.
Mark Twain Union E.S.D.
Mark West Union S.D.
Martinez U.S.D.
Marysville Joint U.S.D.
Mattole U.S.D.
Maxwell U.S.D.
McCabe Union S.D.
McCloud Union E.S.D.
McFarland U.S.D.
McKinleyville Union S.D.
McKittrick S.D.
McSwain Union E.S.D.
Meadows Union E.S.D.
Mendocino County Office of Education
Mendocino U.S.D.
Mendota U.S.D.
Menifee Union S.D.
Menlo Park City E.S.D.
Merced City S.D.

Merced County Office of Education
Merced River E.S.D.
Merced Union High S.D.
Meridian E.S.D.
Mesa Union S.D.
Middletown U.S.D.
Midway S.D.
Mill Valley S.D.
Millbrae S.D.
Miller Creek E.S.D.
Millville E.S.D.
Milpitas U.S.D.
Mineral S.D.
Mission Union S.D.
Modesto City Schools
Modoc County Office of Education
Modoc Joint U.S.D.
Mojave U.S.D.
Mono County Office of Education
Monroe E.S.D.
Monrovia U.S.D.
Monson-Sultana Joint Union E.S.D.
Montague E.S.D.
Monte Rio Union E.S.D.
Montebello S.D.
Montebello U.S.D.
Montecito Union E.S.D.
Monterey County Office of Education
Monterey Peninsula U.S.D.
Montgomery E.S.D.
Moorpark U.S.D.
Moraga S.D.
Moreland S.D.
Moreno Valley U.S.D.
Morgan Hill U.S.D.
Morongo U.S.D.
Mother Lode Union S.D.
Mt Baldy S.D.
Mount Diablo U.S.D.
Mount Pleasant E.S.D.
Mount Shasta Union S.D.
Mountain E.S.D.
Mountain Empire U.S.D.
Mountain House S.D.
Mountain Union S.D.
Mountain Valley U.S.D.
Mountain View S.D.
Mountain View-Los Altos Union High S.D.
Mountain View-Whisman S.D.
Mulberry E.S.D.
Mupu S.D.
Muroc Joint U.S.D.
Murrieta Valley U.S.D.
Napa County Office of Education
Napa Valley U.S.D.
National E.S.D.

Natomas U.S.D.
Needles U.S.D.
Nevada City S.D.
Nevada County Office of Education
Nevada Joint Union High S.D.
New Haven U.S.D.
New Hope E.S.D.
New Jerusalem S.D.
Newark U.S.D.
Newcastle E.S.D.
Newhall S.D.
Newman-Crows Landing U.S.D.
Newport-Mesa U.S.D.
Nicasio S.D.
Norris S.D.
North County Joint Union S.D.
North Cow Creek S.D.
North Monterey County U.S.D.
North Sacramento E.S.D.
Northern Humboldt Union High S.D.
Norwalk-La Mirada U.S.D.
Novato U.S.D.
Nuestro E.S.D.
Nuview Union S.D.
Oak Grove S.D.
Oak Grove Union S.D.
Oak Park U.S.D.
Oak Run E.S.D.
Oak Valley Union E.S.D.
Oak View Union E.S.D.
Oakdale Joint U.S.D.
Oakland U.S.D.
Oakley Union E.S.D.
Ocean View S.D. (Elementary)
Ocean View S.D.
Oceanside U.S.D.
Ojai U.S.D.
Old Adobe Union S.D.
Ontario-Montclair S.D.
Ophir E.S.D.
Orange Center S.D.
Orange County Department of Education S.D.
Orange U.S.D.
Orchard E.S.D.
Orcutt Union S.D.
Orick E.S.D.
Orinda Union E.S.D.
Orland U.S.D.
Oro Grande S.D.
Oroville City E.S.D.
Oroville Union High S.D.
Outside Creek E.S.D.
Owens Valley U.S.D.
Oxnard S.D.
Oxnard Union High S.D.
Pacheco Union S.D.

Pacific Grove U.S.D.
Pacific Union S.D. (Arcata, California)
Pacific Union S.D. (Fresno, California)
Pacifica S.D.
Palermo Union S.D.
Palm Springs U.S.D.
Palmdale S.D.
Palo Alto U.S.D.
Palo Verde U.S.D.
Palo Verde Union E.S.D.
Palos Verdes Peninsula U.S.D.
Panama Buena Vista Union S.D.
Panoche S.D.
Paradise E.S.D.
Paradise U.S.D.
Paramount U.S.D.
Parlier U.S.D.
Pasadena U.S.D.
Paso Robles Joint U.S.D.
Patterson Joint U.S.D.
Peninsula Union S.D.
Perris E.S.D.
Penn Valley Union E.S.D.
Perris Union High S.D.
Petaluma City Schools
Piedmont U.S.D.
Pierce Joint U.S.D.
Pine Ridge E.S.D.
Piner-Olivet Union E.S.D.
Pioneer Union E.S.D., Berry Creek
Pioneer Union E.S.D., Hanover
Pioneer Union S.D.
Pittsburg U.S.D.
Pixley Union E.S.D.
Placentia-Yorba Linda U.S.D.
Placer County Office of Education
Placer Hills Union E.S.D.
Placer Union High S.D.
Placerville Union E.S.D.
Plainsburg Union E.S.D.
Planada E.S.D.
Plaza E.S.D.
Pleasant Grove Joint Union S.D.
Pleasant Ridge Union S.D.
Pleasant Valley Joint Union E.S.D.
Pleasant Valley S.D. (California)
Pleasant View E.S.D.
Pleasanton U.S.D.
Plum Valley E.S.D.
Plumas County Office of Education
Plumas Lake E.S.D.
Plumas U.S.D.
Point Arena Joint Union High S.D.
Pollock Pines E.S.D.
Pomona U.S.D.
Pond Union E.S.D.

Pope Valley Union E.S.D.
Porterville U.S.D.
Portola Valley E.S.D.
Potter Valley Community U.S.D.
Poway U.S.D.
Princeton Joint U.S.D.
Raisin City E.S.D.
Ramona City U.S.D.
Rancho Santa Fe E.S.D.
Ravendale-Termo E.S.D.
Ravenswood City E.S.D.
Raymond-Knowles Union E.S.D.
Ready Springs Union S.D.
Red Bluff Joint Union High S.D.
Red Bluff Union E.S.D.
Redding E.S.D.
Redlands U.S.D.
Redondo Beach U.S.D.
Redwood City E.S.D.
Reed Union E.S.D.
Reeds Creek E.S.D.
Reef-Sunset U.S.D.
Rescue Union E.S.D.
Rialto U.S.D.
Richfield E.S.D.
Richgrove E.S.D.
Richland Union E.S.D.
Richmond E.S.D.
Rim Of The World U.S.D.
Rincon Valley Union E.S.D.
Rio Bravo-Greeley Union E.S.D.
Rio Dell E.S.D.
Rio E.S.D.
Rio Linda Union E.S.D.
Ripon U.S.D.
River Delta Joint U.S.D.
Riverbank U.S.D.
Riverdale Joint U.S.D.
Riverside County Office of Education
Riverside U.S.D.
Roberts Ferry Union E.S.D.
Robla E.S.D.
Rockford E.S.D.
Rocklin U.S.D.
Rohnerville E.S.D., consolidated with Fortuna Union
E.S.D. into Fortuna Union E.S.D. effective July 1, 2012
Romoland E.S.D.
Rosedale Union E.S.D.
Roseland E.S.D.
Rosemead E.S.D.
Roseville City E.S.D.
Roseville Joint Union High S.D.
Ross E.S.D.
Ross Valley E.S.D.
Round Valley Joint E.S.D.
Round Valley U.S.D. (California)

Rowland U.S.D.
Sacramento City U.S.D.
Sacramento County Office of Education
Saddleback Valley U.S.D.
Saint Helena U.S.D.
Salida Union E.S.D.
Salinas City E.S.D.
Salinas Union High S.D.
San Antonio Union S.D.
San Ardo Union E.S.D.
San Benito County Office of Education
San Benito High S.D.
San Bernardino City U.S.D.
San Bernardino County Office of Education
San Bruno Park E.S.D.
San Carlos E.S.D.
San Diego Community College
San Diego County Office of Education
San Diego U.S.D.
San Dieguito Union High S.D.
San Francisco County Office of Education
San Francisco U.S.D.
San Gabriel U.S.D.
San Jacinto U.S.D.
San Joaquin County Office of Education
San Jose U.S.D.
San Juan U.S.D.
San Leandro U.S.D.
San Lorenzo U.S.D.
San Lorenzo Valley U.S.D.
San Lucas Union S.D.
San Luis Coastal U.S.D.
San Luis Obispo County Office of Education
San Marcos U.S.D.
San Marino U.S.D.
San Mateo County Office of Education
San Mateo Union High S.D.
San Mateo-Foster City E.S.D.
San Miguel Joint Union S.D.
San Pasqual Union E.S.D.
San Pasqual Valley U.S.D.
San Rafael City E.S.D.
San Rafael City High S.D.
San Ramon Valley U.S.D.
San Ysidro E.S.D.
Sanger U.S.D.
Santa Ana U.S.D.
Santa Barbara County Office of Education
Santa Barbara E.S.D.
Santa Barbara High S.D.
Santa Clara County Office of Education
Santa Clara E.S.D.
Santa Clara U.S.D.
Santa Cruz City E.S.D.
Santa Cruz City High S.D.
Santa Cruz County Office of Education

Santa Maria Joint Union High S.D.
Santa Maria-Bonita E.S.D.
Santa Monica-Malibu U.S.D.
Santa Paula E.S.D.
Santa Paula Union High S.D.
Santa Rita Union S.D.
Santa Rosa E.S.D.
Santa Rosa High S.D.
Santa Ynez Valley Union High S.D.
Santee S.D.
Saratoga Union E.S.D.
Saucelito E.S.D.
Saugus Union S.D.
Sausalito Marin City S.D.
Savanna E.S.D.
Scotia Union S.D.
Scott Valley U.S.D.
Scotts Valley U.S.D.
Sebastopol Union E.S.D.
Seeley Union E.S.D.
Seiad E.S.D.
Selma U.S.D.
Semitropic E.S.D.
Sequoia Union E.S.D.
Sequoia Union High S.D.
Shaffer Union E.S.D.
Shandon Joint U.S.D.
Shasta County Office of Education
Shasta Union E.S.D.
Shasta Union High S.D.
Shiloh E.S.D.
Shoreline U.S.D.
Sierra County Office of Education
Sierra Sands U.S.D.
Sierra U.S.D.
Sierra-Plumas Joint U.S.D.
Silver Fork E.S.D.
Silver Valley U.S.D.
Simi Valley U.S.D.
Siskiyou County Office of Education
Siskiyou Union High S.D.
Snelling-Merced Falls Union E.S.D.
Snowline Joint U.S.D.
Solana Beach E.S.D.
Solano County Office of Education
Soledad U.S.D.
Solvang E.S.D.
Somis Union S.D.
Sonoma County Office of Education
Sonoma Valley U.S.D.
Sonora E.S.D.
Sonora Union High S.D.
Soquel Union E.S.D.
Soulsbyville E.S.D.
South Bay Union S.D.
South Fork Union E.S.D.

South Pasadena U.S.D.
South San Francisco U.S.D.
South Whittier E.S.D.
Southern Humboldt U.S.D.
Southern Kern U.S.D.
Southern Trinity Joint U.S.D.
Southside S.D. (California)
Spencer Valley E.S.D.
Spreckels Union S.D.
Springville Union E.S.D.
Standard E.S.D.
Stanislaus County Office of Education
Stanislaus Union E.S.D.
Stockton U.S.D.
Stone Corral E.S.D.
Stony Creek Joint U.S.D.
Strathmore Union E.S.D.
Sulphur Springs S.D.
Summerville E.S.D.
Summerville Union High S.D.
Sundale Union E.S.D.
Sunnyside Union E.S.D.
Sunnyvale E.S.D.
Sunol Glen U.S.D.
Surprise Valley Joint U.S.D.
Susanville E.S.D.
Sutter County Office of Education
Sutter Union High S.D.
Sweetwater Union High S.D.
Sylvan Union E.S.D.
Taft City S.D.
Taft Union High S.D.
Tahoe-Truckee Joint U.S.D.
Tamalpais Union High S.D.
Tehachapi U.S.D.
Tehama County Office of Education
Temecula Valley U.S.D.
Temple City U.S.D.
Templeton U.S.D.
Terra Bella Union S.D.
Thermalito Union E.S.D.
Three Rivers Union E.S.D.
Tipton E.S.D.
Torrance U.S.D.
Tracy Joint U.S.D.
Traver Joint E.S.D.
Travis U.S.D.
Tres Pinos Union E.S.D.
Trinidad Union S.D.
Trinity Center E.S.D.
Trinity County Office of Education
Trinity Union High S.D.
Trona Joint U.S.D.
Tulare City S.D.
Tulare County Office of Education
Tulare Joint Union High S.D.

Tulelake Basin Joint U.S.D.
Tuolumne County Superintendent of Schools S.D.
Turlock U.S.D.
Tustin U.S.D.
Twain Harte-Long Barn Union E.S.D.
Twin Hills Union E.S.D.
Twin Ridges E.S.D.
Two Rock Union S.D.
Ukiah U.S.D.
Union S.D.
Union Hill S.D.
Union Joint E.S.D.
Upland U.S.D.
Upper Lake Union E.S.D.
Upper Lake Union High S.D.
Vacaville U.S.D.
Val Verde U.S.D.
Valle Lindo E.S.D.
Vallecito Union S.D.
Vallecitos E.S.D.
Vallejo City U.S.D.
Valley Center-Pauma U.S.D.
Valley Home Joint E.S.D.
Ventura County Office of Education
Ventura U.S.D.
Victor E.S.D.
Victor Valley Union High S.D.
Vineland E.S.D.
Visalia U.S.D.
Vista Del Mar Union S.D.
Vista U.S.D.
Walnut Creek E.S.D.
Walnut Valley U.S.D.
Warner U.S.D.
Wasco Union E.S.D.
Wasco Union High S.D.
Washington Colony E.S.D.
Washington S.D.
Washington Union E.S.D.
Washington Union High S.D.
Waterford U.S.D.
Waugh S.D.
Waukena Joint Union E.S.D.
Weaver Union S.D.
Weaverville E.S.D.
Weed Union E.S.D.
West Contra Costa U.S.D.
West Covina U.S.D.
West Fresno E.S.D.
West Park E.S.D.
West Side Union E.S.D.
West Sonoma County Union High S.D.
Western Placer U.S.D.
Westminster S.D.
Westmorland Union E.S.D.
Westside E.S.D.

Westside Union S.D.
Westwood U.S.D.
Wheatland E.S.D.
Wheatland Union High S.D.
Whitmore Union E.S.D.
Whittier City E.S.D.
Whittier Union High S.D.
William S. Hart Union High S.D.
Williams U.S.D. (California)
Willits U.S.D.
Willow Creek E.S.D.
Willow Grove Union S.D.
Willows U.S.D.
Wilmar Union E.S.D.
Wilsona E.S.D.
Windsor U.S.D.
Winship-Robbins S.D.

Winters Joint U.S.D.
Winton S.D.
Wiseburn E.S.D.
Woodlake Union E.S.D.
Woodlake Union High S.D.
Woodland Joint U.S.D.
Woodside E.S.D.
Woodville Union E.S.D.
Wright E.S.D.
Yolo County Office of Education
Yosemite U.S.D.
Yreka Union S.D.
Yreka Union High S.D.
Yuba City U.S.D.
Yuba County Office of Education
Yucaipa-Calimesa Joint U.S.D.

## **Colorado**

Academy S.D. 20
Adams 12 Five Star Schools
Broomfield
Adams County S.D. 14
Adams County S.D. 50 (Westminster S.D. 50)
Adams-Arapahoe S.D. 28J – see Aurora Public
Schools
Agate S.D. 300
Aguilar Reorganized S.D. RE-6
Akron S.D. R-1
Alamosa S.D. RE-11J
Archuleta S.D. 50 JT (Archuleta County S.D. 50 JT)
Arickaree S.D. R-2
Arriba-Flagler C.S.D. 20
Aspen S.D. 1
Ault-Highland S.D. RE-9 – see Weld County S.D.
RE-9
Aurora Public Schools (Adams-Arapahoe S.D. 28J)
Adams
Public S.D.
Bayfield S.D. 10 JT-R
Bennett S.D. 29J
Bethune S.D. R-5
Big Sandy S.D. 100J
Boulder Valley S.D. RE-2
Broomfield
Branson Reorganized S.D. RE-82
Briggsdale S.D. RE-10J – see Weld County S.D. RE-
10J
Brighton S.D. 27J
Brush Public Schools (Brush S.D. RE-2J)
Buena Vista S.D. R-31
Buffalo S.D. RE-4J – see Merino S.D. RE-4J
Burlington Public S.D. RE-6J
Byers S.D. 32J
Public S.D.
Calhan S.D. RJ-1

Campo S.D. RE-6
Cañon City Schools (Fremont RE-1 S.D.)
Centennial S.D. R-1
Center C.S.D. 26 JT
Rio Grande
Alamosa
Charter School Institute
Cheraw S.D. 31
Cherry Creek S.D. 5
Cheyenne County S.D. RE-5
Cheyenne Mountain S.D. 12
Clear Creek S.D. RE-1
Colorado Springs S.D. 11
Cotopaxi Consolidated Schools (Fremont RE-3 S.D.)
Creede S.D.
Cripple Creek-Victor S.D. RE-1
Crowley County S.D. RE-1-J
Custer County S.D. C-1
Public S.D.
DeBeque S.D. 49-JT
Garfield
Deer Trail S.D. 26J
Del Norte C.S.D. C-7
Delta County S.D. 50J
Gunnison
Montrose
Mesa
Denver Public Schools (Denver County S.D. 1)
Dolores County S.D. RE-2J
Dolores S.D. RE-4A
Douglas County S.D. RE-1
Durango S.D. 9-R
Public S.D.
Eads S.D. RE-1 (Kiowa County S.D. RE-1)
Eagle County S.D. RE-50
East Grand S.D. 2
East Otero S.D. R-1

Eaton S.D. RE-2 (Weld County S.D. RE-2)
Edison S.D. 54JT
Pueblo
Lincoln
El Paso County S.D. 3 – see Widefield S.D. 3
Elbert County S.D. C-1 – see Elizabeth S.D. C-1
Elbert County S.D. C-2 – see Kiowa S.D. C-2
Elbert S.D. 200
Elizabeth S.D. C-1 (Elbert County S.D. C-1)
Ellicott S.D. 22
Englewood S.D. 1
Estes Park S.D. R-3
Public S.D.
Falcon S.D. 49
Fleming S.D. RE-3 (Frenchman S.D. RE-3)
Fort Morgan S.D. RE-3
Fountain-Fort Carson S.D. 8 (Fountain S.D. 8)
Fowler S.D. R4J
Fremont RE-1 S.D. – see Cañon City Schools
Fremont RE-2 S.D.
Fremont RE-3 S.D. – see Cotopaxi Consolidated
Schools
Frenchman S.D. RE-3 – see Fleming S.D. RE-3
Public S.D.
Garfield County S.D. 16 (Grand Valley S.D. 16)
Garfield S.D. RE-2
Genoa-Hugo S.D. C-113
Gilpin County S.D. RE-1
Granada S.D. RE-1
Grand Valley S.D. 16 – see Garfield S.D. 16
Greeley-Evans S.D. 6 – see Weld County S.D. 6
Gunnison Watershed S.D. RE1J
Public S.D.
Hanover S.D. 28
Harrison S.D. 2
Haxtun S.D. RE-2J
Hayden S.D. RE-1
Hi-Plains S.D. R-23
Hinsdale County S.D. RE-1
Hoehne Reorganized S.D. RE-3
Holly S.D. RE-3
Holyoke S.D. RE-1J
Huerfano S.D. RE-1
Public S.D.
Idalia S.D. RJ-3
Ignacio S.D. 11-JT
Public S.D.
Jeffco Public Schools (Jefferson County S.D. R-1)
Broomfield
Johnstown-Milliken S.D. RE-5J – see Weld County
S.D. RE-5J
Julesburg S.D. RE-1
Public S.D.
Karval S.D. RE-23
Keenesburg S.D. RE-3J – see Weld County S.D. RE-
3J

Kim Reorganized S.D. RE-88
Kiowa County S.D. RE-1 – see Eads S.D. RE-1
Kiowa County S.D. RE-2 – see Plainview S.D. RE-2
Kiowa S.D. C-2 (Elbert County S.D. C-2)
Kit Carson County S.D. R-4 – see Stratton S.D. R-4
Kit Carson S.D. R-1
Public S.D.
La Veta S.D. RE-2
Lake County S.D. R-1
Lamar S.D. RE-2
Las Animas S.D. RE-1
Lewis-Palmer S.D. 38
Liberty S.D. J-4
Limon Public Schools (Limon S.D. RE-4J)
Littleton Public Schools (Littleton S.D. 6)
Lone Star S.D. 101
Public S.D.
Mancos S.D. RE-6
Manitou Springs S.D. 14
Manzanola S.D. 3J
Mapleton Public Schools (Mapleton S.D. 1)
McClave S.D. RE-2
Meeker S.D. RE-1
Merino S.D. RE-4J (Buffalo S.D. RE-4J)
Mesa County Valley S.D. 51
Miami-Yoder S.D. JT-60
Elbert
Lincoln
Moffat C.S.D. 2
Moffat County S.D. RE-1
Monte Vista S.D. C-8
Montezuma-Cortez S.D. RE-1
Montrose County S.D. RE-1J
Mountain Valley S.D. RE-1
Public S.D.
North Conejos S.D. RE-1J
North Park S.D. R-1
Norwood Public Schools (Norwood S.D. R-2J)
Public S.D.
Otis S.D. R-3
Ouray S.D. R-1
Public S.D.
Park County S.D. RE-2
Pawnee S.D. RE-12 (Weld County S.D. RE-12)
Peetz Plateau S.D. RE-5 (Plateau S.D. RE-5)
Peyton S.D. 23-JT
Plainview S.D. RE-2 (Kiowa County S.D. RE-2)
Plateau S.D. RE-5 – see Peetz Plateau S.D. RE-5
Plateau Valley S.D. 50
Platte Canyon S.D. 1
Platte Valley S.D. RE-3
Platte Valley S.D. RE-7 (Weld County S.D. RE-7)
Poudre S.D. R-1
Prairie S.D. RE-11 (Weld County S.D. RE-11)
Primero Reorganized S.D. RE-2
Pritchett S.D. RE-3

Pueblo City Schools (Pueblo S.D. 60)
Pueblo County S.D. 70
Public S.D.
Rangely S.D. RE-4
Ridgway S.D. R-2
Roaring Fork S.D. RE-1
Rocky Ford S.D. R-2
Public S.D.
Saint Vrain Valley S.D. RE-1J
Weld
Larimer
Broomfield
Salida S.D. R-32
Sanford S.D. 6J
Sangre de Cristo S.D. RE-22J
Sargent S.D. RE-33J
S.D. 27J – see Brighton S.D. 27J
Sheridan S.D. 2
Sierra Grande S.D. R-30
Silverton Public Schools (Silverton S.D. 1)
South Conejos S.D. RE-10
South Routt S.D. RE-3
Springfield S.D. RE-4
Steamboat Springs S.D. RE-2
Strasburg S.D. 31J
Stratton S.D. R-4 (Kit Carson County S.D. R-4)
Summit S.D. RE-1
Swink S.D. 33
Public S.D.
Telluride S.D. R-1
Thompson S.D. R-2J
Trinidad S.D. 1

Public S.D.
Valley S.D. RE-1
Vilas S.D. RE-5
Public S.D.
Walsh S.D. RE-1
Weld County S.D. RE-1
Weld County S.D. RE-2 – see Eaton S.D. RE-2
Weld County S.D. RE-3J
Weld County S.D. RE-4
Weld County S.D. RE-5J
Weld County S.D. 6 (Greeley S.D. 6)
Weld County S.D. RE-7 – see Platte Valley S.D. RE-7
Weld County S.D. RE-8
Weld County S.D. RE-9
Weld County S.D. RE-10J
Weld County S.D. RE-11 – see Prairie S.D. RE-11
Weld County S.D. RE-12 – see Pawnee S.D. RE-12
Weldon Valley S.D. RE-20J
West End S.D. RE-2
West Grand S.D. 1-JT
Westminster S.D. 50 – see Adams County S.D. 50
Widefield S.D. 3 (El Paso County S.D. 3)
Wiggins S.D. RE-50J
Wiley S.D. RE-13-JT
Windsor S.D. RE-4 – see Weld County S.D. RE-4
Woodland Park S.D. RE-2
Woodlin S.D. R-104
Wray S.D. RD-2
Public S.D.
Yuma S.D. 1

## Connecticut

Amistad Academy District
Ansonia Public Schools
Area Cooperative Educational
Ashford S.D.
Avon Public Schools
Berlin Public Schools
Bethany S.D.
Bethel Public Schools
Bloomfield Public Schools
Bolton Public Schools
Bozrah Public Schools
Branford Public Schools
Bridgeport Public Schools
Bristol Public Schools
Brookfield Public Schools
Brooklyn School
Canterbury Public Schools
Canton Public Schools
Chaplin Elementary School
Cheshire Public Schools
Clinton Public Schools
Colchester Public Schools

Columbia Public Schools
Coventry Public Schools
Cromwell Public Schools
Danielson Public Schools
Danielson Mills The School
Danielson
Danbury Public Schools
Darien Public Schools
Derby Public Schools
East Granby Public Schools
East Haddam Public Schools
East Hampton Public Schools
East Hartford Public Schools
East Haven Public Schools
East Lyme Public Schools
East Windsor Public Schools
Eastford Elementary School
Ellington Public Schools
Enfield Public Schools
Fairfield Public Schools
Farmington Public Schools
(Farmington, CT)

Franklin Public Schools
Glastonbury Public Schools
Granby Public Schools
Greenwich Public Schools
Griswold Public Schools
Groton Public Schools
Guilford Public Schools
Green Hills Public Schools
Hamden Public Schools
Hartford Public Schools
Hartland School
Kent Center School
Killingly Public Schools
Kingswood British International
College -Bangadeniya
Lebanon Public Schools
Ledyard Public Schools
Lisbon Central School
Litchfield Public Schools
Madison Public Schools
Manchester Public Schools
Mansfield Public Schools

Marlborough Public S.D.
Meriden Public Schools
Middletown Public Schools
Milford Public Schools
Monroe Public Schools
Montville Public Schools
Naugatuck Public Schools
New Britain S.D.
New Canaan Public Schools
New Fairfield Public S.D.
New Haven Public Schools
New Killingly Public Schools
New London Public Schools
New Milford Public Schools
Newington Public Schools
Newtown Public Schools
Norfolk S.D.
North Branford Public Schools
North Haven Public Schools
North Stonington Public Schools
Norwalk Public Schools
Norwich Public Schools
Old Saybrook Public Schools
Orange Elementary Schools
Oxford Public Schools
Plainfield Public Schools
Plainville Community Schools
Plymouth Public Schools
Pomfret Community School
Portland Public Schools
Preston Public Schools

Putnam Public Schools
Regional S.D. 1
Regional S.D. 3
Regional S.D. 4
Regional S.D. 5
Regional S.D. 6
Regional S.D. 7
Regional S.D. 8
Regional S.D. 9
Regional S.D. 10
Regional S.D. 11
Regional S.D. 12
Regional S.D. 13
Regional S.D. 14
Regional S.D. 15
Regional S.D. 16
Regional S.D. 17
Regional S.D. 18
Regional S.D. 19
Ridgefield Public Schools
Rocky Hill Public Schools
S[edit]
Salem Public Schools
Seymour Public Schools
Shelton Public Schools
Sherman School
Simsbury Public Schools
Somers Public Schools
South Windsor Public Schools
Southington Public Schools
Sprague Public Schools

Stafford Public Schools
Stamford Public Schools
Sterling Memorial School
Stonington Public Schools
Stratford Public Schools
Suffield Public Schools
Thomaston Public Schools
Thompson Public Schools
Tolland Public Schools
Torrington S.D.
Trumbull Public Schools
Union Public Schools
Vernon Public Schools
Voluntown Public Schools
Westford Schools
Waterbury Public Schools
Waterford Public Schools
Watertown School System
West Hartford Public Schools
West Haven Public Schools
Westbrook Public Schools
Weston Public Schools
Westport Public Schools
Wethersfield Public Schools
Wilton Public Schools
Winchester Public Schools
Windham Public Schools
Windsor Locks Public Schools
Windsor Public Schools
Wolcott Public Schools
Woodstock Public Schools

## Delaware

Appoquinimink S.D.
Brandywine S.D.
Caesar Rodney S.D.
Cape Henlopen S.D.
Capital S.D.
Christina S.D.
Colonial S.D.
Delmar S.D.
Indian River S.D.
Lake Forest S.D.

Laurel S.D.
Milford S.D.
New Castle County Vocational-Technical S.D.
(County-wide overlay S.D.)
Polytech S.D. (County-wide overlay S.D.)
Red Clay C.S.D.
Seaford S.D.
Smyrna S.D.
Sussex Technical S.D. (County-wide overlay S.D.)
Woodbridge S.D.

## District of Columbia

## Florida

Alachua County Public Schools
Baker County S.D.
Bay District Schools
Bradford County S.D.
Brevard County Public Schools
Broward County Public Schools
Calhoun County S.D.
Charlotte County Public Schools

Citrus County S.D.
Clay County Schools
Collier County District School Board
Columbia County S.D.
DeSoto S.D.
Dixie County S.D.
Dozier/Okeechobee S.D. (operates Okeechobee
Youth Development Center)

Duval County Public Schools
Escambia County S.D.
Flagler County Public Schools
FAMU Lab School (Florida A&M University Developmental Research School)
FAU Lab School (Alexander D. Henderson University School)
Florida School for the Deaf and Blind
FSU Lab School (Florida State University School)
Florida Virtual School
Franklin County Schools
Gadsden County S.D.
Gilchrist County S.D.
Glades County S.D.
Gulf County Schools
Hamilton County S.D.
Hardee County S.D.
Hendry County Schools
Hernando County School Board
Highlands County Schools
Hillsborough County Public Schools
Holmes County S.D.
Indian River County S.D.
Jackson County S.D.
Jefferson County S.D.
Lafayette County S.D. (Florida)
Lake County Schools
Lee County S.D.
Leon County Schools
Levy County School Board
Liberty County S.D.

Madison County Schools
Manatee County S.D.
Marion County Public Schools
Martin County S.D.
Miami-Dade County Public Schools
Monroe County S.D.
Nassau County S.D.
Okaloosa County S.D.
Okeechobee County School Board
Orange County Public Schools
Osceola County S.D.
Palm Beach County S.D.
Pasco County Schools
Pinellas County Schools
Polk County Public Schools
Putnam County S.D. (Florida)
St. Johns County S.D.
St. Lucie County School Board
Santa Rosa County S.D.
Sarasota County Public Schools
Seminole County Public Schools
Sumter District Schools
Suwannee County S.D.
Taylor County S.D. (Florida)
Union County School Board
UF Lab School (P.K. Yonge Developmental Research School)
Volusia County Schools
Wakulla County School Board
Walton County S.D. (Florida)
Washington County S.D.

## Georgia

Appling Dicky County S.D.
Atkinson County S.D.
Atlanta Public Schools
Bacon County S.D.
Baker County S.D.
Baldwin County S.D.
Banks County S.D.
Barrow County Schools
Bartow County S.D.
Ben Hill County S.D.
Berrien County S.D.
Bibb County Public Schools
Bleckley County S.D.
Brantley County S.D.
Bremen City S.D.
Brooks County S.D.
Bryan County S.D.
Buford City S.D.
Bulloch County S.D.
Burke County S.D.
Butts County S.D.
Calhoun City S.D.
Calhoun County S.D.

Camden County S.D.
Candler County S.D.
Carroll County S.D.
Carrollton City S.D.
Cartersville City S.D.
Catoosa County S.D.
Charlton County S.D.
Chattahoochee County S.D.
Chattooga County S.D.
Cherokee County S.D.
Chickamauga City S.D.
Clarke County S.D.
Clay County S.D.
Clayton County Public Schools
Clinch County S.D.
Cobb County Public Schools
Coffee County S.D.
Colquitt County S.D.
Columbia County School System
Commerce City S.D.
Cook County S.D.
Coweta County School System

Crawford County S.D.
Crisp County S.D.
Dade County S.D.
Dalton City S.D.
Dawson County S.D.
Decatur City S.D.
Decatur County S.D.
DeKalb County School System
Dodge County S.D.
Dooly County S.D.
Dougherty County School System
Douglas County S.D.
Dublin City S.D.
Early County S.D.
Echols County S.D.
Effingham County S.D.
Elbert County S.D.
Emanuel County S.D.
Evans County S.D.
Fannin County S.D.
Fayette County School System
Floyd County S.D.

Forsyth County Schools
Franklin County S.D.
Fulton County School System
Gainesville City S.D.
Gilmer County S.D.
Glascock County S.D.
Glynn County S.D.
Gordon County S.D.
Grady County S.D.
Greene County S.D.
Griffin-Spalding County S.D.
Gwinnett County Public Schools
Habersham County S.D.
Hall County S.D.
Hancock County S.D.
Haralson County S.D.
Harris County S.D.
Hart County S.D.
Heard County S.D.
Henry County S.D.
Houston County Schools
Irwin County S.D.
Jackson County S.D.
Jasper County S.D.
Jeff Davis County S.D.
Jefferson City S.D.
Jefferson County S.D.
Jenkins County S.D.
Johnson County S.D.
Jones County S.D.
Lamar County S.D.
Lanier County S.D.
Laurens County S.D.
Lee County S.D.
Liberty County S.D.
Lincoln County S.D.
Long County S.D.
Lowndes County S.D.
Lumpkin County S.D.

Macon County S.D.
Madison County S.D.
Marietta City S.D.
Marion County S.D.
McDuffie County S.D.
McIntosh County S.D.
Meriwether County S.D.
Miller County S.D.
Mitchell County S.D.
Monroe County S.D.
Montgomery County S.D.
Morgan County S.D.
Murray County S.D.
Muscogee County S.D.
Newton County S.D.
Oconee County S.D.
Oglethorpe County S.D.
Paulding County S.D.
Peach County S.D.
Pelham City S.D.
Pickens County S.D.
Pierce County S.D.
Pike County S.D.
Polk County S.D.
Pulaski County S.D.
Putnam County S.D.
Quitman County S.D.
Rabun County S.D.
Randolph County S.D.
Richmond County School
System
Rockdale County S.D.
Rome City S.D.
Savannah-Chatham County
Public Schools
Schley County S.D.
Screven County S.D.
Seminole County S.D.
Social Circle City S.D.

State schools
Stephens County S.D.
Stewart County S.D.
Sumter County S.D.
Talbot County S.D.
Taliaferro County S.D.
Tattnall County S.D.
Taylor County S.D.
Telfair County S.D.
Terrell County S.D.
Thomas County S.D.
Thomaston-Upson County S.D.
Thomasville City S.D.
Tift County S.D.
Toombs County S.D.
Towns County S.D.
Treutlen County S.D.
Trion City S.D.
Troup County S.D.
Turner County S.D.
Twiggs County S.D.
Union County S.D.
Valdosta City S.D.
Vidalia City S.D.
Walker County S.D.
Walton County S.D.
Ware County S.D.
Warren County S.D.
Washington County S.D.
Wayne County S.D.
Webster County S.D.
Wheeler County S.D.
White County S.D.
Whitfield County S.D.
Wilcox County S.D.
Wilkes County S.D.
Wilkinson County S.D.
Worth County S.D.

## Hawaii

Honolulu District: Farrington-Kaiser-Kalani and Kaimuki-McKinley-Roosevelt Complex Areas.
Central District: Aiea-Moanalua-Radford and Leilehua-Mililani-Waialua Complex Areas.
Leeward District: Campbell-Kapolei, Pearl City-Waipahu, and Nanakuli-Waianae Complex Areas.
Windward District: Castle-Kahuku and Kailua-Kalaheo Complex Areas.
Hawaii District: Hilo-Waiakea, Kau-Keaau-Pahoa, and Honokaa-Kealakehe-Kohala-Konawaena Complex Areas.
Maui District: Baldwin-Kekaulike-Maui and Hana-Lahainaluna-Lanai-Molokai Complex Areas.
Kauai District: Kapaa-Kauai-Waimea Complex Area

## Idaho

Academy at Roosevelt Center (ARC) #460
American Falls Joint S.D. #381
Arbon E.S.D. #383
Avery S.D. #394
Ambrose S.D.

Basin S.D. #72
Bear Lake County S.D. #33
Blackfoot S.D. #55
Blaine County S.D. #61
Bliss Joint S.D. #234

Boise S.D. #1
Bonneville Joint S.D. #93
Boundary County S.D. #101
Bruneau-Grand View Joint S.D. #365
Buhl Joint S.D. #412
Butte County Joint S.D. #111
Big Boys Busting S.D. #69
Caldwell S.D. #132
Camas County S.D. #121
Cambridge Joint S.D. #432
Cascade S.D. #422
Cassia County Joint S.D. #151
Castleford S.D. #417
Challis Joint S.D. #181
Clark County S.D. #161
Coeur d'Alene S.D. #271
Coeur D' Alene Tribal School
Compass Public Charter Local Education Agency
School #455
Connections Academy #457
Cottonwood Joint S.D. #242
Council S.D. #13
Culdesac Joint S.D. #342
Dietrich S.D. #314
Emmett I.S.D. #221
Falcon Ridge Public Charter Local Agency School
#456
Filer S.D. #413
Firth S.D. #59
Fremont County Joint S.D. #215
Fruitland S.D. #373
Garden City Community Charter School #460
Garden Valley S.D. #71
Genesee Joint S.D. #282
Glenns Ferry Joint S.D. #192
Gooding Joint S.D. #231
Grace Joint S.D. #148
Grangeville Joint S.D. #241
Hagerman Joint S.D. #233
Hansen S.D. #415
Highland Joint S.D. #305
Homedale Joint S.D. #370
Horseshoe Bend S.D. #73
Idaho Falls S.D. #91
Idaho School for the Deaf and Blind
Idaho Virtual Academy
Idaho Virtual High Charter Local Education Agency
School
Inspire Virtual Charter Local Education Agency
School
ISucceed Virtual High School #466
Jefferson County Joint S.D. #251
Jerome Joint S.D. #261
Kamiah Joint S.D. #304
Kaplan Academy of Idaho #469
Kellogg Joint S.D. #391

Kendrick Joint S.D. #283
Kimberly S.D. #414
Kootenai Bridge Academy #470
Kootenai S.D. #274
Kuna Joint S.D. #3
Lake Pend Oreille S.D. #84
Lakeland Joint S.D. #272
Lapwai S.D. #341
Lewiston I.S.D. #1
Liberty Charter Local Education Agency School
#458
Mackay Joint S.D. #182
Madison S.D. #321
Marsh Valley Joint S.D. #21
Marsing Joint S.D. #363
McCall-Donnelly Joint S.D. #421
Meadow Valley S.D. #11
Melba Joint S.D. #136
Middleton S.D. #134
Midvale S.D. #433
Minidoka County Joint S.D. #331
Moscow S.D. #281
Mountain Home S.D. #193
Mountain View S.D. #244
Mullan S.D. #392
Murtaugh Joint S.D. #418
Nampa Classical Academy #471
Nampa S.D. #131
New Plymouth S.D. #372
Nezperce Joint S.D. #302
North Gem S.D. #149
North Valley Academy #465
Notus S.D. #135
Oneida County S.D. #351
Orofino Joint S.D. #171
Palouse Prairie School #472
Parma S.D. #137
Payette Joint S.D. #371
Pleasant Valley S.D. #364
Plummer-Worley Joint S.D. #44
Pocatello/Chubbuck S.D. #25
Post Falls S.D. #273
Potlatch S.D. #285
Prairie E.S.D. #191
Preston Joint S.D. #201
Quintanaroo S.D. #578
Richard McKenna Charter High School #453
Richfield S.D. #316
Ririe Joint S.D. #252
Robert Janss School #671 (Idaho Department of
Correction)
Rockland S.D. #382
Rolling Hills Public Charter Local Education Agency
School #454
Roosevelt Center Charter Local Education Agency
School

Saint Maries Joint S.D. #41
Sage International School #473
Salmon River Joint S.D. #243
Salmon S.D. #291
Shelley Joint S.D. #60
Shoshone Joint S.D. #312
Snake River S.D. #52
Soda Springs Joint S.D. #150
South Lemhi S.D. #292
Southern Idaho Learning Center #467
Sugar-Salem Joint S.D. #322
Swan Valley E.S.D. #92
Taylor's Crossing Public Charter Local Education
Agency School #461
Teton County S.D. #401
The Academy (ARC)
Three Creek Joint E.S.D. #416
Troy S.D. #287

Twin Falls S.D. #411
Valley S.D. #262
Vallivue S.D. #139
Victory Charter Local Education Agency School
#451
Vision Charter School #463
Wallace S.D. #393
Weiser S.D. #431
Wendell S.D. #232
West Ada S.D. #2
West Bonner County S.D. #83
West Jefferson S.D. #253
West Side Joint S.D. #202
White Pine Charter School #464
Whitepine Joint S.D. #288
Wilder S.D. #133
Xavier Charter School #462

## Illinois

Abingdon-Avon Community Unit S.D. 276 — also
covers parts of Fulton County; formed by 2013
merger of Abingdon Community Unit S.D. 217 and
Avon Community Unit S.D. 176[1]
A-C Central Community Unit S.D. 262
Addison S.D. 4
Adlai E. Stevenson High S.D. 125
Akin Community C.S.D. 91
Albers S.D. 63
Alden Hebron S.D. 19
Allendale Community C.S.D. 17
Allen-Otter Creek Community C.S.D. 65
Alsip-Hazelgreen-Oak Lawn S.D. 126
Altamont Community Unit S.D. 10
Alton Community Unit S.D. 11
AlWood Community Unit S.D. 225
Amboy Community Unit S.D. 272
Anna Community C.S.D. 37
Anna Jonesboro Community High S.D. 81
Annawan Community Unit S.D. 226
Antioch Community C.S.D. 34
Aptakisic-Tripp Community C.S.D. 102
Arbor Park S.D. 145
Arcola Community Unit S.D. 306
Argenta-Oreana Community Unit S.D. 1
Argo Community High S.D. 217
Argo Evergreen Park Reavis Oak Lawn Special
Education Cooperative
Arlington Heights S.D. 25
Armstrong Township High S.D. 225
Armstrong-Ellis C.S.D. 61
Arthur Community Unit S.D. 305
Ashley Community C.S.D. 15
Ashton-Franklin Center Community Unit S.D. 275
Astoria Community Unit S.D. 1
Athens Community Unit S.D. 213

Atwood Heights S.D. 125
Auburn Community Unit S.D. 10
Aviston S.D. 21
Avoca S.D. 37
Avon Community Unit S.D. 176 — merged to
become Abingdon-Avon Community Unit S.D. 276
in 2013[1]
Ball Chatham Community Unit S.D. 5
Bannockburn S.D. 106
Barrington Community Unit S.D. 220 — also covers
areas in Cook County
Barrington Community Unit S.D. 220 — also serves
areas in Lake County
Bartelso S.D. 57
Bartonville S.D. 66
Batavia Unit S.D. 101
Beach Park Community C.S.D. 3
Beardstown Community Unit S.D. 15
Beecher City Community Unit S.D. 20
Beecher Community Unit S.D. 200U
Belle Valley S.D. 119
Belleville S.D. 118
Belleville Township High S.D. 201
Bellwood S.D. 88
Belvidere Community Unit S.D. 100
Bement Community Unit S.D. 5
Benjamin S.D. 25
Bensenville S.D. 2
Benton Community C.S.D. 47
Benton Consolidated High S.D. 103
Berkeley S.D. 87
Berwyn North S.D. 98
Bethalto Community Unit S.D. 8
Bethel S.D. 82
Big Hollow S.D. 38
Bismarck-Henning Community Unit S.D. 1

Bloom Township High S.D. 206
Bloomingdale S.D. 13
Bloomington S.D. 87
Blue Ridge Community Unit S.D. 18
Bluford Community C.S.D. 114
Bond County Community Unit S.D. 2
Boone County Special Education Cooperative
Bourbonnais S.D. 53
Braceville S.D. 75
Bradford Community Unit S.D. 1
Bradley E.S.D. 61
Bradley-Bourbonnais Community High S.D. 307
Breese E.S.D. 12
Bremen Community High S.D. 228
Brimfield Community Unit S.D. 309
Brookfield-Lagrange Park S.D. 95
Brooklyn Unit S.D. 188
Brookwood S.D. 167
Brown County Community Unit S.D. 1
Brownstown Community Unit S.D. 201
Brussels Community Unit S.D. 42
Buncombe C.S.D. 43
Bunker Hill Community Unit S.D. 8
Burbank S.D. 111
Bureau Valley Community Unit S.D. 340
Burnham S.D. 154½
Bushnell Prairie City Community Unit S.D. 170
Butler S.D. 53
Byron Community Unit S.D. 226
Cahokia Community Unit S.D. 187
Cairo U.S.D. 1
Calhoun Community Unit S.D. 40
Calumet City S.D. 155
Calumet Public S.D. 132
Cambridge Community Unit S.D. 227
Canton Union S.D. 66
Carbon Cliff-Barstow S.D. 36
Carbondale Community High S.D. 165
Carbondale E.S.D. 95
Carlinville Community Unit S.D. 1
Carlyle Community Unit S.D. 1
Carmi-White County Community Unit S.D. 5
Carrier Mills-Stonefort Community Unit S.D. 2
Carrollton Community Unit S.D. 1
Carterville Community Unit S.D. 5
Carthage E.S.D. 317
Cary Community C.S.D. 26
Casey-Westfield Community Unit S.D. C-4
Cass S.D. 63
Catlin Community Unit S.D. 5
Center Cass S.D. 66
Central A&M Community Unit District 21[4]
Central City S.D. 133
Central Community High S.D. 71
Central Community Unit S.D. 3
Central Community Unit S.D. 301

Central Community Unit S.D. 4
Central S.D. 104
Central S.D. 51
Central Stickney S.D. 110
Centralia High S.D. 200
Centralia S.D. 135
Century Community Unit S.D. 100
Cerro Gordo Community Unit S.D. 100
Chadwick-Milledgeville Community Unit S.D. 399
Champaign Unit 4 S.D.
Chaney-Monge S.D. 88
Channahon S.D. 17
Charleston Community Unit S.D. 1
Cherry S.D. 92 — operated by tuition to Dimmick
Community C.S.D. 175 from 2014 to 2017;[2][3]
consolidated with Dimmick CCSD 175 to form a
"new" Dimmick CCSD 175 in 2017[2]
Chester Community Unit S.D. 139
Chester Non-High S.D. 122
Chester-East Lincoln Community C.S.D. 61
Chicago Heights S.D. 170
Chicago Ridge S.D. 127½
Christopher Unit S.D. 99
Cicero S.D. 99
Cissna Park Community Unit S.D. 6
City of Chicago S.D. 299
Clay City Community Unit S.D. 10
Clinton Community Unit S.D. 15
Coal City Community Unit S.D. 1
Cobden Unit S.D. 17
Collinsville Community Unit S.D. 10
Colona S.D. 190
Columbia Community Unit S.D. 4
Community C.S.D. 15 — based in Palatine
Community C.S.D. 168 — based in Sauk Village
Community C.S.D. 180 — based in Burr Ridge
Community C.S.D. 204
Community C.S.D. 46 — based in Grayslake
Community C.S.D. 54 — based in Schaumburg
Community C.S.D. 59 — based in Arlington Heights
Community C.S.D. 62 — based in Des Plaines
Community C.S.D. 89 — based in Glen Ellyn
Community C.S.D. 93 — based in Bloomingdale
Community High S.D. 117 — Antioch Community
High School and Lakes Community High School
Community High S.D. 128 — Libertyville High
School and Vernon Hills High School
Community High S.D. 155 — based in Crystal Lake
Community High S.D. 218 — based in Oak Lawn
Community High S.D. 94 — based in West Chicago
Community High S.D. 99 — based in Downers
Grove
Community Unit S.D. 200 — based in Wheaton
Community Unit S.D. 3, Fulton County — Cuba
schools, also known as North Fulton

Community Unit S.D. 300 — headquartered in Algonquin; serving students in McHenry and Kane counties
Community Unit S.D. 300 — primarily in McHenry County
Community Unit S.D. 95 — Lake Zurich
Consolidated High S.D. 230 — based in Orland Park
C.S.D. 158 — headquartered in Algonquin; serving students in McHenry and Kane counties
Cook County S.D. 104 — based in Summit
Cook County S.D. 130 — based in Blue Island
Cornell Community C.S.D. 426
Cornell Community High S.D. 70
Coulterville Unit S.D. 1
Country Club Hills S.D. 160
Cowden-Herrick Community Unit S.D. 3A
Crab Orchard Community Unit S.D. 3
Crescent Iroquois Community Unit S.D. 249
Creston Community C.S.D. 161
Crete Monee Community Unit S.D. 201U
Creve Coeur S.D. 76
Crystal Lake Community C.S.D. 47
Cumberland Community Unit S.D. 77
Cypress S.D. 64
Dakota Community Unit S.D. 201
Dallas E.S.D. 327
Dalzell S.D. 98
Damiansville S.D. 62
Danville Community C.S.D. 118
Darien S.D. 61
Decatur S.D. 61
Deer Creek-Mackinaw Community Unit S.D. 701
Deer Park Community C.S.D. 82
Deerfield S.D. 109
Defunct
Defunct
Defunct
DeKalb Community Unit S.D. 428
DeLand-Weldon Community Unit S.D. 57
Delavan Community Unit S.D. 703
DePue Unit S.D. 103
Desoto C.S.D. 86
Diamond Lake S.D. 76
Dieterich Community Unit S.D. 30
Dimmick C.S.D. 175 — from 2017 also includes the territory of dissolved Cherry S.D. 92[2]
District 50 Schools
Dixon Unit S.D. 170 (also known as Dixon Public Schools)
Dolton Riverdale S.D. 148
Dolton S.D. 149
Dongola Unit S.D. 66
Donovan Community Unit S.D. 3
Downers Grove Grade S.D. 58
Du Quoin Community Unit S.D. 300
Dunlap Community Unit S.D. 323

DuPage High S.D. 88
Dupo Community Unit S.D. 196
Durand Community Unit S.D. 322
Dwight Common S.D. 232
Dwight Township High S.D. 230
Earlville Community Unit S.D. 9
East Alton S.D. 13
East Alton-Wood River Community High S.D. 14
East Aurora Public S.D. 131
East Coloma-Nelson Consolidated E.S.D. 20
East Dubuque Unit S.D. 119
East Maine S.D. 63
East Moline S.D. 37
East Peoria Community High S.D. 309
East Peoria S.D. 86
East Prairie S.D. 73
East St. Louis S.D. 189
Eastland Community Unit S.D. 308
Edinburg Community Unit S.D. 4
Edwardsville Community Unit S.D. 7
Effingham Community Unit S.D. 40
Egyptian Community Unit S.D. 5
El Paso-Gridley Community Unit S.D. 11
Eldorado Community Unit S.D. 4
E.S.D. 159 — based in Matteson, but not District 162
Elgin Area S.D. U46 — headquartered in Elgin; serving students in Cook, DuPage and Kane counties
Elgin Area S.D. U46 (a Unit S.D.) — also serves areas in Cook and DuPage counties
Elgin Area S.D. U46 (a unit S.D.) — also serves areas in DuPage and Kane County, Illinois
Elmhurst Community Unit S.D. 205
Elmwood Community Unit S.D. 322
Elmwood Park Community Unit S.D. 401
Elverado Community Unit S.D. 196
Elwood Community C.S.D. 203
Emmons S.D. 33
Erie Community Unit S.D. 1
Eswood Community Consolidated District 269 — also covers part of DeKalb County
Eureka Community Unit District 140
Evanston Township High S.D. 202
Evanston/Skokie S.D. 65
Evergreen Park Community High S.D. 231
Evergreen Park E.S.D. 124
Ewing Northern Community Consolidated District 115
Fairfield Community High S.D. 225
Fairfield Public S.D. 112
Fairmont S.D. 89
Fairview S.D. 72
Farmington Central Community Unit S.D. 265
Farrington Community C.S.D. 99
Fenton Community High S.D. 100
Field Community C.S.D. 3
Fieldcrest Community Unit S.D. 6

Fisher Community Unit S.D. 1
Flanagan Community Unit S.D. 4
Flanagan-Cornell Unit 74 — a hybrid district formed
by combining 2 districts in 2008:[2]
Flora Community Unit S.D. 35
Flossmoor S.D. 161
Ford Heights S.D. 169
Forest Park S.D. 91
Forest Ridge S.D. 142
Forrestville Valley Community Unit S.D. 221
Fox Lake Grade S.D. 114
Fox River Grove C.S.D. 3
Frankfort Community C.S.D. 157C
Frankfort Community Unit S.D. 168
Franklin Community Unit S.D. 1
Franklin Park S.D. 84
Freeburg Community C.S.D. 70
Freeburg Community High S.D. 77
Freeport S.D. 145
Fremont S.D. 79
Galatia Community Unit S.D. 1
Galena Unit S.D. 120
Galesburg Community Unit S.D. 205
Gallatin Community Unit S.D. 7
Galva Community Unit S.D. 224
Gardner Community C.S.D. 72C
Gardner-South Wilmington Township High S.D. 73
Gavin S.D. 37
Geff Community C.S.D. 14
General George Patton S.D. 133
Geneseo Community Unit S.D. 228
Geneva Community Unit S.D. 304
Genoa Kingston Community Unit S.D. 424
Georgetown-Ridge Farm Community Unit District 4
Germantown Hills S.D. 69
Germantown S.D. 60
Giant City Community C.S.D. 130
Gibson City-Melvin-Sibley Community Unit S.D. 5
Gifford Community C.S.D. 188
Gillespie Community Unit S.D. 7
Glen Ellyn S.D. 41
Glenbard Township High S.D. 87
Glencoe S.D. 35
Glenview Community C.S.D. 34
Golf S.D. 67
Goreville Community Unit District 1
Gower S.D. 62
Grand Prairie Community C.S.D. 6
Grand Ridge Community C.S.D. 95
Granite City Community Unit S.D. 9
Grant Community C.S.D. 110
Grant Community High S.D. 124
Grant Park Community Unit S.D. 6
Grass Lake S.D. 36
Grayslake Community High S.D. 127
Grayville Community Unit S.D. 1

Greenfield Community Unit S.D. 10
Greenview Community Unit S.D. 200
Griggsville-Perry Community Unit S.D. 4
Gurnee S.D. 56
Hall High S.D. 502
Hamilton Community C.S.D. 328
Hamilton County Community Unit S.D. 10
Hampton S.D. 29
Hardin County Community Unit S.D. 1
Harlem S.D. 122
Harmony Emge S.D. 175
Harrisburg Community Unit S.D. 3
Harrison S.D. 36
Hartsburg Emden Community Unit S.D. 21
Harvard Community Unit S.D. 50
Harvey S.D. 152
Havana Community Unit S.D. 126
Hawthorn Community C.S.D. 73
Hazel Crest S.D. 152½
Henry-Senachwine Community Unit S.D. 5
Heritage Community Unit S.D. 8
Herrin Community Unit S.D. 4
Herscher Community Unit S.D. 2
Heyworth Community Unit S.D. 4
Hiawatha Community Unit S.D. 426
High Mount S.D. 116
Highland Community Unit S.D. 5
Hillsboro Community Unit S.D. 3
Hillside S.D. 93
Hinckley Big Rock Community Unit S.D. 429
Hinsdale Community C.S.D. 181
Hinsdale Township High S.D. 86
Hollis C.S.D. 328
Homer Community C.S.D. 33C
Homewood Flossmoor Community High S.D. 233
Homewood S.D. 153
Hononegah Community High S.D. 207
Hoopeston Area Community Unit S.D. 11
Hoover-Schrum Memorial S.D. 157
Hoyleton C.S.D. 29 — annexed into Nashville CCSD
49 in 2015[2]
Hutsonville Community Unit S.D. 1
Illini Bluffs Community Unit S.D. 327
Illini Central Community Unit S.D. 189
Illini West High S.D. 307
Illinois Valley Central Unit District 321
Indian Creek Community Unit District 425
Indian Prairie S.D. 204
Indian Prairie S.D. 204 — based in Aurora
Indian Springs S.D. 109
Iroquois County Community Unit S.D. 9
Iroquois West Community Unit S.D. 10
Irvington Community C.S.D. 11
Itasca S.D. 10
Iuka Community C.S.D. 7
J. Sterling Morton High S.D. 201

Jacksonville S.D. 117
Jamaica Community Unit S.D. 12
Jasper Community C.S.D. 17
Jasper County Community Unit S.D. 1
Jersey Community Unit S.D. 100
Johnsburg Community Unit S.D. 12
Johnston City Community Unit S.D. 1
Joliet Public S.D. 86
Joliet Township High S.D. 204
Jonesboro Community C.S.D. 43, also sometimes
listed as "Jonesboro E.S.D." or "County of Union
S.D. No. 43"
Joppa-Maple Grove Unit District 38
Kaneland Community Unit S.D. 302
Kankakee S.D. 111
Kansas Community Unit S.D. 3
Keeneyville S.D. 20
Kell C.S.D. 2
Kenilworth S.D. 38
Kewanee Community Unit S.D. 229
Kildeer Countryside Community C.S.D. 96
Kings C.S.D. 144
Kinnikinnick Community C.S.D. 131
Kirby S.D. 140
Knoxville Community Unit S.D. 202
Komarek S.D. 94
La Harpe Community S.D. 347
La Moille Community Unit S.D. 303
Ladd Community C.S.D. 94
LaGrange E.S.D. 102
LaGrange Highlands S.D. 106
LaGrange S.D. 105 South
Lake Bluff E.S.D. 65
Lake Forest Community High S.D. 115
Lake Forest S.D. 67
Lake Park Community High S.D. 108
Lake Villa Community C.S.D. 41
Lansing S.D. 158
Laraway Community C.S.D. 70C
LaSalle E.S.D. 122
LaSalle-Peru Township High S.D. 120
Lawrence County Community Unit S.D. 20
Le Roy Community Unit S.D. 2
Lebanon Community Unit S.D. 9
Leland Community Unit S.D. 1
Lemont Township High S.D. 210
Lemont-Bromberek Combined S.D. 113A
Lena-Winslow Community Unit S.D. 202
Lewistown Community Unit S.D. 97
Lexington Community Unit S.D. 7
Leyden Community High S.D. 212
Liberty Community Unit S.D. 2
Libertyville District 70
Lick Creek Community C.S.D. 16
Limestone Community High S.D. 310
Limestone Walters Community C.S.D. 316

Lincoln Community High S.D. 404
Lincoln E.S.D. 156
Lincoln E.S.D. 27
Lincolnshire-Prairie View S.D. 103
Lincoln-Way Community High S.D. 210
Lincolnwood S.D. 74
Lindop S.D. 92
Lisbon Community C.S.D. 90
Lisle Community Unit S.D. 202
Litchfield Community Unit S.D. 12
Lockport Township High S.D. 205
Lombard S.D. 44
Lostant Community Unit S.D. 425
Lowpoint-Washburn Community Unit S.D. 21
Ludlow Community C.S.D. 142
Lyons S.D. 103
Lyons Township High S.D. 204
Macomb Community Unit S.D. 185
Madison Community Unit S.D. 12
Maercker S.D. 60
Mahomet-Seymour Community Unit S.D. 3
Maine Township High S.D. 207
Malden Community C.S.D. 84
Manhattan S.D. 114
Mannheim S.D. 83
Manteno Community Unit S.D. 5
Manteno Community Unit S.D. 5 — small portion in
Wesley Township
Marengo Community High S.D. 154
Marengo-Union E.S.D. 165
Marion Community Unit S.D. 2
Marissa Community Unit S.D. 40
Maroa Forsyth Community Unit S.D. 2
Marquardt S.D. 15 — based in Glendale Heights
Marseilles E.S.D. 150
Marshall Community Unit S.D. C-2
Martinsville Community Unit S.D. C-3
Mascoutah Community Unit District 19
Massac Unit District 1
Matteson S.D. 162 — not to be confused with
District 159, also based in Matteson
Mattoon Community Unit S.D. 2
Maywood-Melrose Park-Broadview S.D. 89
Mazon-Verona-Kinsman E.S.D. 2C
McAuley S.D. No. 27 (1857–1992)
McClellan Community C.S.D. 12
McHenry Community High S.D. 156
McHenry S.D. 15
McLean County Unit District No. 5
Medinah S.D. 11
Mendon Community Unit S.D. 4
Mendon Community Unit S.D. 4 (Portions of the
boundaries are in the county.)
Mendota Consolidated Community S.D. 289
Mendota Township High S.D. 280
Mercer County S.D. 404

Meredosia-Chambersburg Community Unit S.D. 11
Meridian Community Unit S.D. 101
Meridian Community Unit S.D. 15
Meridian Community Unit S.D. 223
Metamora Community C.S.D. 1
Metamora Township High S.D. 122
Midland Community Unit S.D. 7
Midlothian S.D. 143
Midwest Central Community Unit S.D. 191
Milford Community C.S.D. 280
Milford Township High S.D. 233
Millburn Community C.S.D. 24
Miller Township Community C.S.D. 210
Millstadt Community C.S.D. 160
Milne-Kelvin Grove District 91 — also known as
Lockport S.D. 91
Minooka Community C.S.D. 201
Minooka Community High S.D. 111
Mississippi Valley Community Unit S.D. 166 —
annexed to Trico CUSD 176 and Murphysboro
CUSD 186 in August 1991[6]
Mokena S.D. 159
Moline-Coal Valley Community Unit S.D. 40
Momence Community Unit S.D. 1
Monmouth-Roseville Community Unit S.D. 238
Monroe S.D. 70
Monticello Community Unit S.D. 25
Montmorency Community C.S.D. 145
Morris Community High S.D. 101
Morris S.D. 54
Morrison Community Unit S.D. 6
Morrisonville Community Unit S.D. 1
Morton Community Unit S.D. 709
Morton Grove S.D. 70
Mount Carroll Community Unit District 304
Mount Olive Community Unit S.D. 5
Mount Prospect S.D. 57
Mount Vernon S.D. 80
Mount Vernon Township High S.D. 201
Mt. Pulaski Community Unit S.D. 23
Mt. Zion Community Unit S.D. 3
Mulberry Grove Community Unit S.D. 1
Mundelein Consolidated High S.D. 120
Mundelein E.S.D. 75
Murphysboro Community Unit S.D. 186
Naperville Community Unit S.D. 203
Nashville Community C.S.D. 49
Nashville Community High S.D. 99
Nauvoo-Colusa Community Unit S.D. 325
Neoga Community Unit S.D. 3
Nettle Creek Community C.S.D. 24C
New Athens Community Unit S.D. 60
New Berlin Community Unit S.D. 16[8]
New Holland-Middletown E.S.D. 88
New Hope Community C.S.D. 6
New Lenox S.D. 122

New Simpson Hill S.D. 32
New Trier Township High S.D. 203
Newark Community C.S.D. 66
Newark Community High S.D. 18
Niles E.S.D. 71
Niles Township High S.D. 219
Nippersink S.D. 2
Nokomis Community Unit S.D. 22
Norridge S.D. 80
Norris City-Omaha-Enfield Community Unit S.D. 3
North Boone Community Unit S.D. 200
North Chicago S.D. 187
North Clay Community Unit S.D. 25
North Greene Community Unit S.D. 3
North Mac Community Unit S.D. 34
North Palos S.D. 117
North Pekin & Marquette Heights S.D. 102
North Shore S.D. 112
North Wamac S.D. 186
North Wayne Community Unit S.D. 200
Northbrook S.D. 27
Northbrook S.D. 28
Northbrook/Glenview S.D. 30
Northfield Township High S.D. 225
Northwestern Community Unit S.D. 2
Norwood E.S.D. 63
Oak Grove S.D. 68
Oak Grove S.D. 68
Oak Lawn Community High S.D. 229
Oak Lawn-Hometown S.D. 123
Oak Park and River Forest High S.D. 200
Oak Park E.S.D. 97
Oakdale Community C.S.D. 1
Oakland Community Unit S.D. 5
Oakwood Community Unit S.D. 76
Oblong Community Unit S.D. 4
Odell Community C.S.D. 435
Odin Public S.D. 722
O'Fallon Community C.S.D. 90
O'Fallon Township High S.D. 203
Oglesby E.S.D. 125
Ohio Community C.S.D. 17
Ohio Community High S.D. 505
Okaw Valley Community Unit S.D. 302
Olympia Community Unit S.D. 16
Opdyke-Belle Rive Community C.S.D. 5
Orangeville Community Unit S.D. 203
Oregon Community Unit S.D. 220
Orion Community Unit S.D. 223
Orland S.D. 135
Oswego Community Unit S.D. 308
Ottawa E.S.D. 141
Ottawa Township High S.D. 140
Palestine Community Unit S.D. 3
Palos Heights S.D. 128
Palos S.D. 118

Pana Community Unit S.D. 8
Panhandle Community Unit S.D. 2
Paris Community Unit S.D. No. 4
Paris Union S.D. 95
Park Forest S.D. 163
Park Ridge-Niles S.D. 64
Patoka Community Unit S.D. 100
Paw Paw Community Unit S.D. 271
Pawnee Community Unit S.D. 11
Paxton-Buckley-Loda Community Unit S.D. 10
Payson Community Unit S.D. 1
Pearl City Community Unit S.D. 200
Pecatonica Community Unit S.D. 321
Pekin Community High S.D. 303
Pekin Public S.D. 108
Pembroke Community C.S.D. 259
Pennoyer S.D. 79
Peoria Heights Community Unit S.D. 325
Peoria S.D. 150
Peotone Community Unit S.D. 207U
Peru E.S.D. 124
Pikeland Community Unit S.D. 10
Pinckneyville Community High S.D. 101
Pinckneyville S.D. 50
Plainfield Community C.S.D. 202
Plainfield Community C.S.D. 202 — southeastern portion of county
Plano Community Unit S.D. 88
Pleasant Hill Community Unit S.D. 3
Pleasant Hill S.D. 69
Pleasant Plains Community Unit S.D. 8
Pleasant Valley S.D. 62
Pleasantdale S.D. 107
Polo Community Unit S.D. 222
Pontiac Community C.S.D. 429
Pontiac Township High S.D. 90
Pontiac William Holliday S.D. 105
Pope County Community Unit S.D. 1[7]
Porta Community Unit S.D. 202
Posen-Robbins S.D. 143½
Potomac Community Unit S.D. 10
Prairie Central Community Unit S.D. 8 — including Prairie Central High School
Prairie du Rocher Community C.S.D. 134
Prairie Grove Community S.D. 46
Prairie Hill Community C.S.D. 133
Prairie-Hills E.S.D. 144
Prairieview-Ogden Community C.S.D. 197
Princeton E.S.D. 115
Princeton High S.D. 500
Princeville Community Unit S.D. 326
Prophetstown-Lyndon-Tampico Community Unit S.D. 3
Prospect Heights S.D. 23
Proviso Township High Schools District 209
Putnam County Community Unit S.D. 535

Queen Bee S.D. 16 — based in Glendale Heights
Quincy Area Vocational Technical Center
Quincy Public S.D. 172
R.O.W.V.A. Community Unit S.D. 208
Raccoon C.S.D. 1
Ramsey Community Unit S.D. 204
Rankin Community S.D. 98
Rantoul City S.D. 137
Rantoul Township High S.D. 193
Reavis Township High S.D. 220
Red Bud Community Unit S.D. 132
Red Hill Community Unit S.D. 10
Reed Custer Community Unit S.D. 255U
Rhodes S.D. 84½
Rich Township High S.D. 227
Richland County Community Unit S.D. 1 — formerly East Richland Community Unit S.D. 1
Richland S.D. 88A
Richmond-Burton Community High S.D. 157
Ridgeland S.D. 122
Ridgeview Community Unit S.D. 19
Ridgewood Community High S.D. 234
Riley Community C.S.D. 18
River Bend Community Unit S.D. 2
River Forest Public Schools District 90
River Grove S.D. 85½
River Ridge Community Unit S.D. 210
River Trails S.D. 26
Riverdale Community Unit S.D. 100
Riverside S.D. 96
Riverside-Brookfield Township District 208
Riverton Community Unit S.D. 14
Riverview Community C.S.D. 2
Roanoke Benson Community Unit S.D. 60
Robein S.D. 85
Robinson Community Unit S.D. 2
Rochelle Community C.S.D. 231
Rochelle Township High S.D. 212 — also covers part of Lee and DeKalb counties
Rochester Community Unit S.D. 3A
Rock Falls E.S.D. 13
Rock Falls Township High S.D. 301
Rock Island-Milan S.D. 41
Rockdale S.D. 84
Rockford Public S.D. 205
Rockridge Community Unit S.D. 300
Rockton S.D. 140
Rome Community C.S.D. 2
Rondout S.D. 72
Rooks Creek Community C.S.D. 425
Roselle S.D. 12
Rosemont E.S.D. 78
Rossville-Alvin Community Unit S.D. 7
Round Lake Area Schools District 116
Roxana Community Unit S.D. 1
Rutland Community C.S.D. 230

Saint Elmo Community Unit S.D. 202
Saint Joseph Ogden Community High S.D. 305
Saint Rose S.D. 14-15
Salem Community High S.D. 600
Salem S.D. 111
Salt Creek S.D. 48 — based in Villa Park
Salt Fork Community Unit S.D. 512 — formed by
consolidation of[2]
Sandoval Community Unit S.D. 501
Sandridge S.D. 172
Sandwich Community Unit S.D. 430
Sangamon Valley Community Unit S.D. 9
Saratoga Community C.S.D. 60C
Saunemin Community C.S.D. 438
Savanna Community Unit District 300
Scales Mound Community Unit S.D. 211
Schiller Park S.D. 81
S.D. 45, DuPage County — based in Villa Park
Schuyler-Industry Community Unit S.D. 5
Scott-Morgan Community Unit S.D. 2
Selmaville Community C.S.D. 10
Seneca Community C.S.D. 170
Seneca Township High S.D. 160
Serena Community Unit S.D. 2
Sesser-Valier Community Unit S.D. 196
Shawnee Community Unit S.D. 84
Shelbyville Community Unit S.D. 4
Sherrard Community Unit S.D. 200
Sherrard Community Unit S.D. 200
Shiloh Community Unit S.D. 1
Shiloh Village S.D. 85
Shirland Community C.S.D. 134
Signal Hill S.D. 181
Silvis S.D. 34
Skokie S.D. 68
Skokie S.D. 69
Skokie S.D. 73½
Smithton Community C.S.D. 130
Somonauk Community Unit S.D. 432
South Beloit Community Unit S.D. 320, also known
as "County of Winnebago S.D. 320"[9]
South Berwyn S.D. 100
South Central Community Unit District 401
South Fork S.D. 14
South Holland S.D. 150
South Holland S.D. 151
South Pekin S.D. 137
South Wilmington Community C.S.D. 74
Southeastern Community Unit S.D. 337
Southwestern Community Unit S.D. 9
Sparta Community Unit S.D. 140
Spoon River Valley Community Unit S.D. 4
Spring Garden S.D. 178
Spring Lake Community C.S.D. 606
Spring Valley Community C.S.D. 99
Springfield S.D. 186

St. Anne Community C.S.D. 256
St. Anne Community High S.D. 302
St. Charles Community Unit S.D. 303
St. George Community C.S.D. 258
St. Joseph Community C.S.D. 169
St. Libory C.S.D. 30
Stark County Community Unit S.D. 100
Staunton Community Unit S.D. 6
Steeleville Community Unit S.D. 138
Steger S.D. 194
Steger S.D. 194
Sterling Community Unit S.D. 5
Steward E.S.D. 220
Stewardson-Strasburg Community Unit District 5A
Stockton Community Unit S.D. 206
Streator E.S.D. 44
Streator Township High S.D. 40
Sullivan Community Unit S.D. 300
Summersville S.D. 79
Summit Hill S.D. 161
Sunnybrook S.D. 171
Sunset Ridge S.D. 29
Sycamore Community Unit S.D. 427
Taft S.D. 90
Tamaroa S.D. 5
Taylorville Community Unit S.D. 3
Teutopolis Community Unit S.D. 50
Thomasboro Community C.S.D. 130
Thompsonville Community High S.D. 112
Thompsonville Community Unit S.D. 174 — formed
by the 2007 merger of[2]
Thompsonville S.D. 62
Thomson Community Unit District 301
Thornton Fractional Township High S.D. 215
Thornton S.D. 154
Thornton Township High S.D. 205
Tinley Park Community C.S.D. 146
Tolono Community Unit S.D. 7
Tonica Community C.S.D. 79
Township High S.D. 113 — headquartered in
Highland Park
Township High S.D. 211 — serves Palatine and
Schaumburg Townships
Township High S.D. 214 — based in Arlington
Heights
Tremont Community Unit S.D. 702
Triad Community Unit S.D. 2
Tri-City Community Unit S.D. 1
Trico Community Unit S.D. 176
Triopia Community Unit S.D. 27
Tri-Point Community Unit S.D. 6-J[5]
Tri-Valley Community Unit S.D. 3
Troy Community C.S.D. 30C
Tuscola Community Unit S.D. 301
Union Ridge S.D. 86
Union S.D. 81

United Community Unit S.D. 304
United Township High S.D. 30
Unity Point Community C.S.D. 140
Urbana S.D. 116
Valley View Community Unit S.D. 365U
Valmeyer Community Unit S.D. 3
Vandalia Community Unit S.D. 203
Venice Community Unit S.D. 3
Vermont Ipava Table Grove Community Unit S.D. 2
— known as V.I.T.
Vienna High S.D. 133
Vienna S.D. 55
Villa Grove Community Unit S.D. 302
Virginia Community Unit S.D. 64
Wabash Community Unit S.D. 348
Wallace Community C.S.D. 195
Waltham Community C.S.D. 185
Waltonville Community Unit S.D. 1
Warren Community Unit S.D. 205
Warren Township High S.D. 121
Warrensburg-Latham Community Unit District 11
Warsaw Community Unit S.D. 316
Washington Community High S.D. 308
Washington S.D. 52
Waterloo Community Unit S.D. 5
Wauconda Community Unit S.D. 118
Waukegan Community Unit S.D. 60
Waverly Community Unit S.D. 6
Wayne City Community Unit S.D. 100
Webber Township High S.D. 204
Wesclin Community Unit S.D. 3
West Aurora Public S.D. 129
West Carroll Community Unit S.D. 314, formed by
merger of[2]
West Central Community Unit S.D. 235
West Chicago E.S.D. 33
West Harvey-Dixmoor Public S.D. 147
West Lincoln-Broadwell E.S.D. 92
West Northfield S.D. 31
West Prairie Community Unit S.D. 103

West Richland Community Unit S.D. 2 — annexed
into East Richland CUSD 1 in 2014
West Washington County Community Unit District
10
Westchester Public S.D. 92½
Western Community Unit S.D. 12
Western Springs S.D. 101
Westmont Community Unit S.D. 201
Westville Community Unit S.D. 2
Wethersfield Community Unit S.D. 230
Wheeling Community C.S.D. 21
Whiteside S.D. 115
Will County S.D. 92
Williamsfield Community Unit S.D. 210
Williamsville Community Unit S.D. 15
Willow Grove S.D. 46
Willow Springs S.D. 108
Wilmette Public Schools District 39
Wilmington S.D. 209-U
Winchester Community Unit S.D. 1
Windsor Community Unit S.D. 1
Winfield S.D. 34
Winnebago Community Unit S.D. 323
Winnetka S.D. 36
Winthrop Harbor S.D. 1
Wolf Branch S.D. 113
Wood Dale S.D. 7
Wood River-Hartford E.S.D. 15
Woodford
Woodland Community C.S.D. 50
Woodland Community Unit S.D. 5
Woodlawn Community C.S.D. 4
Woodlawn Community High S.D. 205
Woodridge S.D. 68
Woodstock Community Unit S.D. 200
Worth S.D. 127
Yorkville Community Unit S.D. 115
Zeigler-Royalton Community Unit S.D. 188
Zion E.S.D. 6
Zion-Benton Township High S.D. 126

## **Indiana**

Adams Central Community Schools
Bartholomew Consolidated School Corporation
Carmel Clay Schools
Community Schools of Frankfort
Danville Community School Corporation
Decatur County Community Schools
Decatur Discovery Academy Inc.
DeKalb County Central United S.D.
DeKalb County Eastern Community S.D.
Delaware Community School Corporation
Delphi Community School Corporation
Doctor Robert H. Faulkner Academy
Duneland School Corporation
East Allen County Schools

East Chicago Lighthouse Charter School
East Chicago Urban Enterprise Academy
East Gibson School Corporation
East Noble School Corporation
East Porter County School Corporation
East Washington School Corporation
Eastbrook Community School Corporation
Eastern Greene Schools
Eastern Hancock County Community School
Corporation
Eastern Howard School Corporation
Eastern Pulaski Community School Corporation
Edinburgh Community School Corporation
Elkhart Community Schools

Elwood Community School Corporation
Eminence Community School Corporation
Evansville Vanderburgh School Corporation
Fairfield Community Schools
Fayette County School Corporation
Flat Rock-Hawcreek School Corporation
Fort Wayne Community Schools
Franklin Community School Corporation
Franklin County Community School Corporation
Franklin Township Community School Corporation
Frankton-Lapel Community Schools
Fremont Community Schools
Frontier School Corporation
Garrett-Keyser-Butler Community S.D.
Gary Community School Corporation
Goshen Community Schools
Greater Clark County Schools
Greater Jasper Consolidated Schools
Greencastle Community School Corporation
Greenfield-Central Community Schools
Greensburg Community Schools
Greenwood Community School Corporation
Griffith Public Schools
Hamilton Community Schools
Hamilton Heights School Corporation
Hamilton Southeastern Schools
Hanover Community School Corporation
Huntington County Community School Corporation
Indianapolis Public Schools
Jac-Cen-Del Community School Corporation
Jay School Corporation
Jennings County Schools
John Glenn School Corporation
Kankakee Valley School Corporation
Knox Community School Corporation
Kokomo-Center Township Consolidated School
Corporation
Lafayette School Corporation
Lake Central School Corporation
Lake Ridge Schools Corporation
Lake Station Community Schools
Lakeland School Corporation
Lanesville Community School Corporation
LaPorte Community School Corporation
Lawrenceburg Community School Corporation
Lebanon Community School Corporation
Liberty-Perry Community School Corporation
Linton-Stockton School Corporation
Logansport Community School Corporation
Loogootee Community School Corporation
Maconaquah School Corporation
Madison Consolidated Schools
Madison-Grant United School Corporation
Manchester Community Schools
Marion Community Schools
Marion-Adams Schools

Medora Community School Corporation
Merrillville Community School Corporation
Metropolitan S.D. of Bluffton-Harrison
Metropolitan S.D. of Boone Township
Metropolitan S.D. of Decatur Township
Metropolitan S.D. of Lawrence Township
Metropolitan S.D. of Martinsville
Metropolitan S.D. of Mount Vernon and South Posey
County Schools
Metropolitan S.D. of New Durham Township
Metropolitan S.D. of North Posey County Schools
Metropolitan S.D. of Perry Township
Metropolitan S.D. of Pike Township
Metropolitan S.D. of Shakamak Schools
Metropolitan S.D. of Steuben County
Metropolitan S.D. of Wabash County Schools
Metropolitan S.D. of Warren County
Metropolitan S.D. of Warren Township
Metropolitan S.D. of Washington Township
Metropolitan S.D. of Wayne Township
Michigan City Area Schools
Middlebury Community Schools
Milan Community Schools
Mill Creek Community School Corporation
Mississinewa Community School Corporation
Mitchell Community Schools
Monroe Central School Corporation
Monroe County Community School Corporation
Monroe-Gregg S.D.
Mooresville Consolidated School Corporation
Mount Pleasant Township Community School
Corporation
Mount Vernon Community School Corporation
Muncie Community Schools
Nettle Creek School Corporation
New Albany-Floyd County Consolidated School
Corporation
New Castle Community School Corporation
New Harmony Town & Township Consolidated
School Corporation
New Prairie United School Corporation
Nineveh-Hensley-Jackson United School Corporation
Noblesville Schools
North Adams Community Schools
North Daviess Community Schools
North Gibson School Corporation
North Harrison Community School Corporation
North Judson-San Pierre School Corporation
North Knox School Corporation
North Lawrence Community Schools
North Miami Community Schools
North Montgomery Community School Corporation
North Newton School Corporation
North Putnam Community Schools
North Spencer County School Corporation
North Vermillion Community School Corporation

North West Hendricks Schools
North White School Corporation
Northeast Dubois County School Corporation
Northeast School Corporation of Sullivan County
Northeastern Wayne Schools
Northern Wells Community Schools
Northwest Allen County Schools
Northwestern Consolidated School Corporation
Northwestern School Corporation
Oak Hill United School Corporation
Oregon-Davis School Corporation
Orleans Community Schools
Paoli Community School Corporation
Penn-Harris-Madison School Corporation
Perry township schools
Peru Community Schools
Pike County School Corporation
Pioneer Regional School Corporation
Plainfield Community School Corporation
Plymouth Community School Corporation
Portage Township Schools
Porter Township School Corporation
Prairie Heights Community School Corporation
Prairie Township Schools
Randolph Central School Corporation
Randolph Eastern School Corporation
Randolph Southern School Corporation
Rensselaer Central School Corporation
Richland-Bean Blossom Community School
Corporation
Richmond Community Schools (Indiana)
Rising Sun-Ohio County Community School
Corporation
River Forest Community School Corporation
Rochester Community School Corporation
Rockville Community School Corporation
Rossville C.S.D.
Rush County Schools
Salem Community Schools
School City of East Chicago
School City of Hammond
School City of Hobart
School City of Mishawaka
School City of Whiting
School Town of Highland
School Town of Munster
School Town of Speedway
Scott County S.D. 1
Scott County S.D. 2
Seymour Community Schools
Shelby Eastern Schools
Shelbyville Central Schools
Shenandoah School Corporation
Shoals Community School Corporation
Smith-Green Community Schools
South Adams Schools

South Bend Community School Corporation
South Central Community School Corporation
South Dearborn Community School Corporation
South Gibson School Corporation
South Harrison Community Schools
South Henry School Corporation
South Knox School Corporation
South Madison Community School Corporation
South Montgomery Community School Corporation
South Newton School Corporation
South Putnam Community Schools
South Ripley Community School Corporation
South Spencer County School Corporation
South Vermillion Community School Corporation
Southeast Dubois County School Corporation
Southeast Fountain School Corporation
Southeastern School Corporation
Southern Hancock County Community School
Corporation
Southern Wells Community Schools
Southwest Allen County Schools
Southwest Dubois County School Corporation
Southwest Parke Community School Corporation
Southwest School Corporation of Sullivan County
Southwestern C.S.D. of Shelby County
Southwestern Jefferson County Consolidated Schools
Spencer-Owen Community Schools
Springs Valley Community School Corporation
Sunman-Dearborn Community School Corporation
Switzerland County School Corporation
Taylor Community School Corporation
Tell City-Troy Township School Corporation
Tippecanoe School Corporation
Tippecanoe Valley School Corporation
Tipton Community School Corporation
Tri-Central Community Schools Corporation
(formerly Northern Community Schools Corporation)
Tri-County School Corporation
Tri-Creek School Corporation
Tri-Township Consolidated School Corporation
Triton School Corporation
Turkey Run Community School Corporation
Twin Lakes School Corporation
Union County/College Corner Joint S.D.
Union School Corporation
Union Township School Corporation
Union-North United Schools
Valparaiso Community Schools
Vigo County School Corporation
Vincennes Community School Corporation
Wabash City Schools
Wa-Nee Community Schools
Warrick County School Corporation
Warsaw Community Schools
Washington Community Schools
Wawasee Community School Corporation

Wes-Del Community Schools Corporation
West Central School Corporation
West Clark Community Schools
West Lafayette Community School Corporation
West Noble School Corporation
West Washington School Corporation
Western Boone County Community School Dist
Western School Corporation

Western Wayne Schools
Westfield Washington Schools
Westview School Corporation
White River Valley S.D.
Whitko Community School Corporation
Whitley County Consolidated Schools
Zionsville Community Schools

## Iowa

Adair-Casey Community S.D.
Adel-DeSoto-Minburn Community S.D.
AGWSR Community S.D.
AHSTW Community S.D.
Akron Westfield Community S.D.
Albert City-Truesdale Community S.D.
Albia Community S.D.
Alburnett Community S.D.
Alden Community S.D.
Algona Community S.D.
Allamakee Community S.D.
Alta-Aurelia Community S.D.
Ames Community S.D.
Anamosa Community S.D.
Andrew Community S.D.
Ankeny Community S.D.
Aplington-Parkersburg Community S.D.
Ar-We-Va Community S.D.
Atlantic Community S.D.
Audubon Community S.D.
Ballard Community S.D.
Baxter Community S.D.
BCLUW Community S.D.
Bedford Community S.D.
Belle Plaine Community S.D.
Bellevue Community S.D.
Belmond-Klemme Community S.D.
Bennett Community S.D.
Benton Community S.D.
Bettendorf Community S.D.
BGM Community S.D.
Bondurant-Farrar Community S.D.
Boone Community S.D.
Boyden-Hull Community S.D.
Boyer Valley Community S.D.
Burlington Community S.D.
CAL Community S.D.
Calamus-Wheatland Community S.D.
CAM Community S.D.
Camanche Community S.D.
Cardinal Community S.D.
Carlisle Community S.D.
Carroll Community S.D.
Cedar Falls Community S.D.
Cedar Rapids Community S.D.
Center Point-Urbana Community S.D.

Centerville Community S.D.
Central City Community S.D.
Central Community S.D.
Central Decatur Community S.D.
Central DeWitt Community S.D.
Central Lee Community S.D.
Central Lyon Community S.D.
Central Springs Community S.D.
Chariton Community S.D.
Charles City Community S.D.
Charter Oak-Ute Community S.D.
Cherokee Community S.D.
Clarinda Community S.D.
Clarion-Goldfield-Dows Community S.D.
Clarke Community S.D.
Clarksville Community S.D.
Clay Central-Everly Community S.D.
Clayton Ridge Community S.D.
Clear Creek-Amana Community S.D.
Clear Lake Community S.D.
Clinton Community S.D.
Colfax-Mingo Community S.D.
College Community S.D. (of Cedar Rapids)
Collins-Maxwell Community S.D.
Colo-NESCO Community S.D.
Columbus Community S.D.
Coon Rapids-Bayard Community S.D.
Corning Community S.D.
Council Bluffs Community S.D.
Creston Community S.D.
Dallas Center-Grimes Community S.D.
Danville Community S.D.
Davenport Community S.D.
Davis County Community S.D.
Decorah Community S.D.
Delwood Community S.D.
Denison Community S.D.
Denver Community S.D.
Des Moines Independent Public S.D.
Diagonal Community S.D.
Dike-New Hartford Community S.D.
Dubuque Community S.D.
Dunkerton Community S.D.
Durant Community S.D.
Eagle Grove Community S.D.
Earlham Community S.D.

East Buchanan Community S.D.
East Marshall Community S.D.
East Mills Community S.D.
East Sac County Community S.D.
East Union Community S.D.
Eastern Allamakee Community S.D.
Easton Valley S.D.
Eddyville-Blakesburg-Fremont Community S.D.
Edgewood-Colesburg Community S.D.
Eldora-New Providence Community S.D.
Emmetsburg Community S.D.
English Valleys Community S.D.
Essex Community S.D.
Estherville Lincoln Central S.D.
Exira-Elk Horn-Kimballton Community S.D.
Fairfield Community S.D.
Forest City Community S.D.
Fort Dodge Community S.D.
Fort Madison Community S.D.
Fremont-Mills S.D.
Galva-Holstein S.D.
Garner-Hayfield-Ventura Community S.D.
Garner-Hayfield-Ventura Community S.D.
George-Little Rock Community S.D.
Gilbert Community S.D.
Gilmore City-Bradgate Community S.D.
Gladbrook-Reinbeck Community S.D.
Glenwood Community S.D.
Glidden-Ralston Community S.D.
GMG Community S.D.
Graettinger-Terril Community S.D.
Greene County Community S.D.
Grinnell-Newburg Community S.D.
Griswold Community S.D.
Grundy Center Community S.D.
Guthrie Center Community S.D.
Hamburg Community S.D.
Hampton-Dumont Community S.D.
Harlan Community S.D.
Harris-Lake Park Community S.D.
Hartley-Melvin-Sanborn Community S.D.
Highland Community S.D.
Hinton Community S.D.
H-L-V Community S.D.
Holy Family Catholic Schools
Howard-Winneshiek Community S.D.
Hubbard-Radcliffe Community S.D.
Hudson Community S.D.
Humboldt Community S.D.
IKM-Manning Community S.D.
Independence Community S.D. (Iowa)
Indianola Community S.D.
Interstate 35 Community S.D.
Iowa City Community S.D.
Iowa Falls Community S.D.
Iowa Valley Community S.D.

Janesville Consolidated Community S.D.
Jesup Community S.D.
Johnston Community S.D.
Keokuk Community S.D.
Keota Community S.D.
Kingsley-Pierson Community S.D.
Knoxville Community S.D.
Lake Mills Community S.D.
Lamoni Community S.D.
Laurens-Marathon Community S.D.
Lawton-Bronson Community S.D.
Le Mars Community S.D.
Lenox Community S.D.
Lewis Central Community S.D.
Linn-Mar Community S.D. (of Marion)
Lisbon Community S.D.
Logan-Magnolia Community S.D.
Lone Tree Community S.D.
Louisa-Muscatine Community S.D.
LuVerne Community S.D.
Lynnville-Sully Community S.D.
Madrid Community S.D.
Manson Northwest Webster Community S.D.
Maple Valley-Anthon Oto Community S.D.
Maquoketa Community S.D.
Maquoketa Valley Community S.D.
Marcus-Meriden-Cleghorn Community S.D.
Marion I.S.D.
Marshalltown Community S.D.
Martensdale-St Marys Community S.D.
Mason City Community S.D.
Mediapolis S.D.
Melcher-Dallas Community S.D.
Meskwaki Settlement School
MFL MarMac Community S.D.
Midland Community S.D.
Mid-Prairie Community S.D.
Missouri Valley Community S.D.
MOC-Floyd Valley Community S.D.
Montezuma Community S.D.
Monticello Community S.D.
Moravia Community S.D.
Mormon Trail Community S.D.
Morning Sun Community S.D.
Moulton-Udell Community S.D.
Mount Ayr Community S.D.
Mount Pleasant Community S.D.
Mount Vernon Community S.D.
Murray Community S.D.
Muscatine Community S.D.
Nashua-Plainfield Community S.D.
Nevada Community S.D.
New Hampton Community S.D.
New London Community S.D.
Newell-Fonda Community S.D.
Newton Community S.D.

Nodaway Valley Community S.D.
North Butler Community S.D.
North Cedar Community S.D. (of Stanwood)
North Fayette Valley Community S.D.
North Iowa Community S.D.
North Kossuth Community S.D.
North Linn Community S.D. (of Troy Mills)
North Mahaska Community S.D.
North Polk Community S.D.
North Scott Community S.D. (of Eldridge)
North Tama County Community S.D.
North Union Community S.D.
Northeast Community S.D.
Northwood-Kensett Community S.D.
Norwalk Community S.D.
Odebolt-Arthur-Battle Creek-Ida Grove Community S.D.
Oelwein Community S.D.
Ogden Community S.D.
Okoboji Community S.D.
Olin C.S.D.
Orient-Macksburg Community S.D.
Osage Community S.D.
Oskaloosa Community S.D.
Ottumwa Community S.D.
Panorama Community S.D.
Paton-Churdan Community S.D.
PCM Community S.D.
Pekin Community S.D.
Pella Community S.D.
Perry Community S.D.
Pleasant Valley Community S.D.
Pleasantville Community S.D.
Pocahontas Area Community S.D.
Postville Community S.D.
Prairie Valley Community S.D.
Prescott Community S.D.
Red Oak Community S.D.
Remsen-Union Community S.D.
Riceville Community S.D.
River Valley Community S.D.
Riverside Community S.D.
Rock Valley Community S.D.
Roland-Story Community S.D.
Rudd-Rockford-Marble Rock (RRMR) Community S.D.
Ruthven-Ayrshire Community S.D.
Saydel Community S.D.
Schaller-Crestland Community S.D.
Schleswig Community S.D.
Sergeant Bluff-Luton Community S.D.
Seymour Community S.D.
Sheldon Community S.D.
Shenandoah Community S.D.
Sibley-Ocheyedan Community S.D.
Sidney Community S.D.

Sigourney Community S.D.
Sioux Center Community Schools
Sioux Central Community S.D.
Sioux City Community S.D.
Solon Community S.D.
South Central Calhoun Community S.D.
South Hamilton Community S.D.
South Hardin Community Schools - joint operation of:
Eldora-New Providence Community S.D.
Hubbard-Radcliffe Community S.D.
South O'Brien Community S.D.
South Page Community S.D.
South Tama County Community S.D.
South Winneshiek Community S.D.
Southeast Polk Community S.D.
Southeast Warren Community S.D.
Southeast Webster-Grand Community S.D.
Spencer Community S.D.
Spirit Lake Community S.D.
Springville Community S.D.
St Ansgar Community S.D.
Stanton Community S.D.
Starmont Community S.D.
Storm Lake Community S.D.
Stratford Community S.D.
Sumner-Fredericksburg Community S.D.
Tipton Community S.D.
Treynor Community S.D.
Tri-Center Community S.D.
Tri-County Community S.D.
Tripoli Community S.D.
Turkey Valley Community S.D.
Twin Cedars Community S.D.
Twin Rivers Community S.D.
Underwood Community S.D.
Union Community S.D.
United Community S.D. (of Boone)
Urbandale Community S.D.
Van Buren Community S.D.
Van Meter Community S.D.
Villisca Community S.D.
Vinton-Shellsburg Community S.D.
Waco Community S.D.
Wapello Community S.D.
Wapsie Valley Community S.D.
Washington Community Schools
Waterloo Community S.D.
Waukee Community S.D.
Waverly-Shell Rock Community S.D.
Wayne Community S.D.
Webster City Community S.D.
West Bend-Mallard Community S.D.
West Branch Community S.D.
West Burlington I.S.D.
West Central Community S.D.

West Central Valley Community S.D.
West Delaware County Community S.D.
West Des Moines Community S.D.
West Fork Community S.D.
West Fork Community S.D. (Sheffield-
Chapin/Merservy-Thornton and Rockwell-
Swaledale)
West Hancock Community S.D.
West Harrison Community S.D.
West Liberty Community S.D.
West Lyon Community S.D.
West Marshall Community S.D.

West Monona Community S.D.
West Sioux Community S.D.
Western Dubuque Community S.D.
Westwood S.D.
Whiting Community S.D.
Williamsburg Community S.D.
Wilton Community S.D.
Winfield-Mt. Union Community S.D.
Winterset Community S.D.
Woodbine School Community District
Woodbury Central Community S.D.
Woodward-Granger Community S.D.

## **Kansas**

Abilene USD 435
Altoona-Midway USD 387
Andover USD 385
Argonia USD 359
Arkansas City USD 470
Ashland USD 220
Atchison County USD 377
Atchison USD 409
Attica USD 511
Auburn-Washburn USD 437
Augusta USD 402
Baldwin City USD 348
Barber County North USD 254
Barnes USD 223
Basehor-Linwood USD 458
Baxter Springs USD 508
Bazine USD 304
Belle Plaine USD 357
Beloit USD 273
Overland Park-Blue Valley USD
229 (Johnson County)
Randolph-Blue Valley USD 384
(Riley County)
Bluestem USD 205
Bonner Springs USD 204
Brewster USD 314
South Brown County USD 430
Bucklin USD 459
Buhler USD 313
Burlingame USD 454
Burlington USD 244
Burrton USD 369
Caldwell USD 360
Caney Valley USD 436
Canton-Galva USD 419
Cedar Vale USD 285
Central Heights USD 288
Central USD 462
Central Plains USD 112
Centre USD 397
Chanute USD 413
Chaparral USD 361

Chapman USD 473
Chase County USD 284
Chase USD 401
Chautauqua County USD 286
Cheney USD 268
Cherryvale-Thayer USD 447
Chetopa-St. Paul USD 505
Cheylin USD 103
Cimarron-Ensign USD 102
Circle USD 375
Clay County USD 379
Clearwater USD 264
Clifton-Clyde USD 224
Coffeyville USD 445
Colby USD 315
Columbus USD 493
Concordia USD 333
Conway Springs USD 356
Copeland USD 476
Crest USD 479
Cunningham-West Kingman
County USD 332
De Soto USD 232
Deerfield USD 216
Derby USD 260
Dexter USD 471
Dighton USD 482
Dodge City USD 443
Doniphan West USD 111
Douglass USD 396
Easton USD 449
El Dorado USD 490
Elk Valley USD 283
Elkhart USD 218
Ell-Saline USD 307
Ellinwood USD 355
Ellis USD 388
Ellsworth USD 327
Emporia USD 253
Erie-Galesburg USD 101
Eudora USD 491
Eureka USD 389

Fairfield USD 310
Flinthills USD 492
Fort Larned USD 495
Fort Leavenworth USD 207
Fort Scott USD 234
Fowler USD 225
Fredonia USD 484
Frontenac USD 249
Galena USD 499
Garden City USD 457
Gardner-Edgerton USD 231
Garnett USD 365
Girard USD 248
Goddard USD 265
Goessel USD 411
Golden Plains USD 316
Goodland USD 352
Graham County USD 281
Great Bend USD 428
Greeley County USD 200
Grinnell USD 291
Halstead-Bentley USD 440
Hamilton USD 390
Haven USD 312
Haviland USD 474
Hays USD 489
Haysville USD 261
Healy USD 468
Herington USD 487
Hesston USD 460
Hiawatha USD 415
Hillsboro USD 410
Hoisington USD 431
Holcomb USD 363
Holton USD 336
Hoxie USD 412
Hugoton USD 210
Humboldt USD 258
Hutchinson USD 308
Independence USD 446
Ingalls USD 477
Inman USD 448

Iola USD 257
Jayhawk USD 346
Jefferson County North USD 339
Jefferson West USD 340
Jetmore USD 227
Junction City USD 475
Kansas City USD 500
Kaw Valley USD 321
Kingman-Norwich USD 331
Kinsley-Offerle USD 347
Kiowa County USD 422
Kismet-Plains USD 483
Labette County USD 506
La Crosse USD 395
Lakin USD 215
Lansing USD 469
Larned USD 495
Lawrence USD 497
Leavenworth USD 453
Lebo-Waverly USD 243
Leoti-Wichita County USD 467
LeRoy-Gridley USD 245
Lewis USD 502
Liberal USD 480
Lincoln USD 298
Little River-Windom USD 444
Logan USD 326
Louisburg USD 416
Lyndon USD 421
Lyons USD 405
Macksville USD 351
Madison-Virgil USD 386
Maize USD 266
Manhattan-Ogden USD 383
Marais des Cygnes Valley USD 456
Marion USD 408
Marmaton Valley USD 256
Marysville USD 364
McLouth USD 342
McPherson USD 418
Meade USD 226
Mill Creek Valley USD 329
Minneola USD 219
Mission Valley USD 330
South Gray USD 371
Morris County USD 417
Moscow USD 209
Moundridge USD 423
Mulvane USD 263
Nemaha Central USD 115
Neodesha USD 461
Ness City USD 303
Newton USD 373

Nickerson-South Hutchinson USD 309
North Jackson USD 335
North Lyon County USD 251
North Ottawa County USD 239
Northeast USD 246
Northern Valley USD 212
Norton USD 211
Oakley USD 274
Oberlin USD 294
Olathe USD 233
Onaga USD 322
Osage City USD 420
Osawatomie USD 367
Osborne USD 392
Oskaloosa USD 341
Oswego USD 504
Otis-Bison USD 403
Ottawa USD 290
Oxford USD 358
Palco USD 269
Paola USD 368
Paradise USD 399
Parsons USD 503
Pawnee Heights USD 496
Peabody-Burns USD 398
Perry USD 343
Phillipsburg USD 325
Pike Valley USD 426
Piper USD 203
Pittsburg USD 250
Plainville USD 270
Pleasanton USD 344
Prairie Hills USD 113
Prairie View USD 362
Pratt USD 382
Pretty Prairie USD 311
Quinter USD 293
Rawlins County USD 105
Remington USD 206
Renwick USD 267
Republic County USD 109
Riley County USD 378
Riverside USD 114
Riverton USD 404
Rock Creek USD 323
Rock Hills USD 107
Rolla USD 217
Rose Hill USD 394
Royal Valley USD 337
Rural Vista USD 481
Russell USD 407
Saint Francis USD 297
Salina USD 305
Santa Fe Trail USD 434
Satanta USD 507

Scott County USD 466
Seaman USD 345
Sedgwick USD 439
Shawnee Heights USD 450
Shawnee Mission USD 512
Silver Lake USD 372
Skyline USD 438
Smith Center USD 237
Smoky Hill USD 302
Smoky Valley USD 400
Solomon USD 393
South Barber County USD 255
South Central USD 300
South Haven USD 509
Southeast USD 247
Southeast of Saline USD 306
Southern Cloud County USD 334
Southern Lyon County USD 252
Spearville USD 381
Spring Hill USD 230
St. John-Hudson USD 350
Stafford USD 349
Stanton County USD 452
Sterling USD 376
Stockton USD 271
Sublette USD 374
Lucas-Sylvan USD 299
Syracuse USD 494
Thunder Ridge USD 110
Tonganoxie USD 464
Topeka USD 501
Triplains USD 275
Troy USD 429
Turner USD 202
Twin Valley USD 240
Udall USD 463
Ulysses USD 214
Uniontown USD 235
Valley Center USD 262
Valley Falls USD 338
Valley Heights USD 498
Vermillion USD 380
Victoria USD 432
Wabaunsee USD 329
Waconda USD 272
WaKeeney USD 208
Wallace USD 241
Wamego USD 320
Washington County USD 108
Wellington USD 353
Wellsville USD 289
Weskan USD 242
West Elk USD 282
West Franklin USD 287
Western Plains USD 106

Wheatland USD 292
Wichita USD 259

Winfield USD 465
Woodson USD 366

## Kentucky

Adair County Schools
Allen County Schools
Anchorage Independent Schools, Anchorage
Anderson County Schools
Ashland I.S.D., Ashland
Augusta Independent Schools, Augusta
Badgett Regional Cooperative For Educational Enhancement
Ballard County Schools
Barbourville Independent Schools, Barbourville
Bardstown City Schools, Bardstown
Barren County Schools
Bath County Schools
Beechwood I.S.D. (Fort Mitchell)
Bell County Schools
Bellevue Independent Schools
Berea Independent Schools
Big East Educational Cooperative, Ashland
Boone County Schools
Bourbon County Schools
Bowling Green Independent Schools
Boyd County Public Schools, Ashland
Boyle County Schools
Bracken County Schools
Breathitt County Schools
Breckinridge County Schools
Bullitt County Public Schools
Burgin Independent Schools
Butler County Schools (Kentucky)
Caldwell County Schools
Calloway County Schools
Campbell County Schools, Alexandria
Campbellsville Independent Schools
Carlisle County Schools
Carroll County Public Schools
Carter County Schools
Casey County Schools
Caveland Educational Support Center
Caverna Independent Schools (Cave City/Horse Cave)
Central City Independent Schools (-1988) (Muhlenberg County) - Defunct
Central Kentucky Education Cooperative
Central Kentucky Special Education Cooperative
Christian County Public Schools
Clark County Schools
Clay County Schools
Clinton County Schools, Albany
Cloverport Independent Schools
Corbin I.S.D.
Covington Independent Public Schools
Crittenden County Schools

Cumberland County Schools
Danville Independent Schools
Daviess County Public Schools
Dawson Springs Independent Schools
Dayton Independent Schools
East Bernstadt Independent School
Edmonson County Schools
Elizabethtown Independent Schools
Elliott County Schools
Eminence Independent Schools
Erlanger-Elsmere Schools
Estill County Schools
Fairview Independent Schools, Ashland
Fayette County Public Schools
Fleming County Schools
Floyd County Schools
Fort Thomas Independent Schools
Frankfort Independent Schools
Franklin County Public Schools
Fulton County Schools (Kentucky)
Fulton Independent Schools (Kentucky)
Gallatin County Schools
Garrard County Schools
Glasgow Independent Schools
Grant County Schools
Graves County Schools
Grayson County Schools
Green County Schools
Green River Regional Educational Cooperative
Greenup County Schools
Hancock County Schools
Hardin County Schools
Harlan County Public Schools
Harlan Independent Schools
Harrison County Schools
Harrodsburg Independent Schools (-2006) (Mercer County) - Defunct
Hart County Schools
Hazard Independent Schools
Henderson County Schools
Henry County Schools
Hickman County Schools
Hopkins County Schools
Jackson County Public Schools
Jackson I.S.D.
Jefferson County Public Schools
Jenkins Independent Schools
Jessamine County Schools
Johnson County S.D.
Kenton County S.D.
Kentucky District, DoDEA Americas

Kentucky Educational Development Corporation, Ashland
Knott County Schools
Knox County Public Schools, Barbourville
LaRue County Schools
Laurel County Public Schools
Lawrence County Schools (Kentucky)
Lee County S.D.
Leslie County Schools
Letcher County Public Schools
Lewis County Schools
Lincoln County Schools
Livingston County Schools
Logan County Schools
Louisville Public Schools (1829–1974) (Jefferson County) - Defunct
Ludlow Independent Schools
Lyon County Schools
Madison County Schools
Magoffin County Schools
Marion County Schools (Kentucky)
Marshall County Schools
Martin County Schools
Mason County Schools
Mayfield Independent Schools
Maysville Independent Schools (1876-1990) (Mason County) - Defunct
McCracken County Public Schools
McCreary County Schools
McLean County Schools
Meade County Schools
Menifee County Schools
Mercer County Schools
Metcalfe County Schools
Middlesboro Independent Schools
Monroe County S.D.
Montgomery County Schools
Monticello Independent Schools – District closed in 2013, with its students absorbed by the surrounding Wayne County district.
Morgan County Schools
Muhlenberg County Schools
Murray I.S.D.
Nelson County S.D., Bardstown
Newport Independent Schools
Nicholas County Schools
Ohio County Schools
Oldham County Schools
Owen County Schools

Owensboro Public Schools
Owsley County Schools
Paducah Public Schools
Paintsville I.S.D.
Paris Independent Schools
Pendleton County Schools
Perry County Schools
Pike County Schools
Pikeville Independent Schools
Pineville Independent Schools
Powell County Schools
Providence Independent Schools (-2007) (Webster County) - Defunct
Pulaski County Schools
Raceland-Worthington Independent Schools
Richmond Independent Schools (-1987) (Madison County) - Defunct
Robertson County Schools
Rockcastle County Schools
Rowan County Schools
Russell County Schools
Russell Independent Schools (Russell, Flatwoods, and Bellefonte)
Russellville Independent Schools
Science Hill Independent Schools
Scott County Schools
Shelby County Public Schools
Silver Grove Independent Schools
Simpson County Schools
Somerset Independent Schools
Southgate Independent Schools
Operates as a single K–8 school.
Spencer County Schools
Taylor County Schools
Todd County Schools
Trigg County Public Schools
Trimble County Schools
Union County Public Schools
Walton-Verona Independent Schools
Warren County Public Schools
Washington County Schools
Wayne County Schools
Webster County Schools
West Point School
Whitley County S.D.
Williamsburg Independent Schools
Williamstown Independent Schools
Wolfe County Schools
Woodford County Schools

## Louisiana

Acadia Parish Public Schools
Allen Parish School Board
Ascension Parish School Board
Assumption Parish School Board
Avoyelles Parish School Board

Avoyelles Public Charter School-Agency
Beauregard Parish School Board
Belle Chasse Academy Inc.-Agency
Bienville Parish School Board
Bossier Parish School Board

Caddo Parish School Board
Calcasieu Parish School Board
Caldwell Parish School Board
Cameron Parish School Board
Catahoula Parish School Board
Central Community School System
City of Baker School System
City of Bogalusa School Board
City of Monroe School Board
Claiborne Parish School Board
Concordia Parish School Board
Delhi Charter School-Agency
DeSoto Parish School Board
East Baton Rouge Arts and Technology School-Agency
East Baton Rouge Parish School Board
East Carroll Parish School Board
East Feliciana Parish School Board
Evangeline Parish School Board
Franklin Parish School Board
Glencoe Charter School-Agency
Grant Parish School Board
Iberia Parish School Board
Iberville Parish School Board
International School of Louisiana-Agency
Jackson Parish School Board
Jefferson Davis Parish School Board
Jefferson Parish Public Schools
Lafayette Parish Public Schools
Lafourche Parish Public Schools
LaSalle Parish School Board
Lincoln Parish School Board
Livingston Parish School Board
Louisiana Department of Public Safety and Corrections
Louisiana School for Math, Science and the Arts
Louisiana School for the Deaf
Louisiana School for the Visually Impaired
Louisiana Special Education Center
Louisiana State University Laboratory School
Madison Parish School Board

Milestone Sabis Academy of New Orleans-Agency
Morehouse Parish School Board
Natchitoches Parish School Board
New Orleans Center for Creative Arts-Agency
New Orleans Public Schools
Orleans Parish School Board - See New Orleans Public Schools
Ouachita Parish School Board
Plaquemines Parish School Board
Pointe Coupee Parish School Board
Rapides Parish School Board
Recovery S.D.
Red River Parish School Board
Richland Parish School Board
Sabine Parish School Board
Saint Bernard Parish School Board
Saint Charles Parish School Board
Saint Helena Parish School Board
Saint James Parish School Board
Saint John the Baptist Parish School Board
Saint Landry Parish School Board
Saint Martin Parish School Board
Saint Mary Parish School Board
Saint Tammany Parish School Board
Southern University Laboratory School
Special S.D.#1
Special S.D.#2
Tangipahoa Parish School Board
Tensas Parish School Board
Terrebonne Parish Public School System
Union Parish School Board
Vermilion Parish School Board
Vernon Parish School Board
Washington Parish School Board
Webster Parish School Board
West Baton Rouge Parish School Board
West Carroll Parish School Board
West Feliciana Parish School Board
Winn Parish School Board
Zachary Community S.D.

## Maine

Acton School Department
Alexander School Department
Alna School Department
Alton School Department
Arundel School Department
Auburn School Department
Augusta School Department
Bangor School Department
Bath School Department
Beddington School Department
Biddeford School Department
Bowerbank School Department
Brewer School Department

Bridgewater School Department
Brunswick School Department
Bucksport School Department
Cape Elizabeth School Department
Caratunk School Department
Caribou School Department
Carrabassett Valley School Department
Caswell School Department
Chebeague Island School Department

Coplin Plaintation School Department
Cranberry Isles School Department
Deblois School Department
Dedham School Department
Dennistown Plantation School Department
Dresden School Department
East Machias School Department
Easton School Department
Ellsworth School Department

Falmouth School Department
Fayette School Department
Franklin School Department
Freeport School Department
Gilead School Department
Glenburn School Department
Glenwood Plantation School Department
Gorham School Department
Grand Isle School Department
Hanover School Department
Harmony School Department
Hermon School Department
Hersey School Department
Highland Plantation School Department
Isle au Haut School Department
Islesboro School Department
Jay School Department
Kittery School Department
Lake View Plantation School Department
Lewiston School Department
Limestone School Department
Long Island School Department
Lowell School Department
Madawaska School Department
Maine Educational Center for the Deaf & Hard of Hearing

Maine School of Science and Mathematics
Manchester School Department
Maranacook Central S.D.
Mechanic Falls School Department
Medford School Department
Milford School Department
Millinocket School Department
Minot School Department
Monhegan Plantation School Department
Monmouth School Department
Moro Plantation School Department
Mount Desert Central S.D.
Mount Desert School Department
Mount Vernon School Department
Mountain View Youth Development Center
Nashville Plantation School Department
New Sweden School Department
Nobleboro School Department
Old Orchard Beach School Department

Old Town School Department
Orland School Department
Orrington School Department
Pleasant Ridge Plantation School Department
Portland School Department
Raymond School Department
Richmond School Department
Sabattus School Department
Sanford School Department
Scarborough School Department
Seboeis Plantation School Department
South Portland School Department
The Forks Plantation School Department
Upton School Department
Waterville School Department
West Forks Plantation School Department
Westbrook School Department
Westport Island School Department
Windham School Department
Winthrop School Department
Wiscasset School Department
Yarmouth S.D.
York School Department

## Maryland

Allegany County Public Schools
Anne Arundel County Public Schools
Baltimore City Public Schools
Baltimore County Public Schools
Calvert County Public Schools
Caroline County Public Schools
Carroll County Public Schools
Cecil County Public Schools
Charles County Public Schools
Dorchester County Public Schools
Frederick County Public Schools
Garrett County Public Schools
Harford County Public Schools

Howard County Public Schools
Kent County Public Schools
Montgomery County Public Schools
Prince George's County Public Schools
Queen Anne's County Public Schools
Saint Mary's County Public Schools
Somerset County Public Schools
Talbot County Public Schools
Washington County Public Schools
Wicomico County Public Schools
Worcester County Public Schools

## Massachusetts

Abington School Department (Abington, PK–12)
Acton-Boxborough Regional S.D. (Acton and Boxborough, PK–12)
Acushnet School Department (Acushnet, PK–8)
Adams-Cheshire Regional S.D. (Adams and Cheshire, PK–12)
Agawam School Department (Agawam, PK–12)
Amesbury School Department (Amesbury, PK–6)

Amherst Regional Public Schools (Amherst and Pelham, PK–12; Leverett and Shutesbury 7–12)
Andover Public Schools (Andover, PK–12)
Arlington School Department (Arlington, PK–12)
Ashburnham-Westminster Regional S.D. (Ashburnham and Westminster, PK–12)
Ashland School Department (Ashland, PK–12)
Athol-Royalston Regional S.D. (Athol and Royalston, PK–12)

Attleborough School Department (Attleborough, PK–12)

Auburn School Department (Massachusetts) (Auburn, PK–12)

Avon S.D. (Avon, PK–12)

Ayer School Department (Ayer, PK–12)

Barnstable Public S.D. (Barnstable, PK–12)

Bedford Public Schools (Bedford, PK–12)

Belchertown School Department (Belchertown, PK–12)

Bellingham School Department (Bellingham, PK–12)

Belmont Public Schools (Belmont, PK–12)

Berkley School Department (Berkley, PK–8)

Berlin School Department (Berlin, PK–6)

Berlin-Boylston Regional S.D. (Berlin and Boylston, 7–12)

Beverly School Department (Beverly, PK–12)

Billerica School Department (Billerica, PK–12)

Blackstone-Millville Regional S.D. (Blackstone and Millville, PK–12)

Boston Public Schools (Boston, PK–12)

Bourne School Department (Bourne, PK–12)

Boylston School Department (Boylston, PK–6)

Braintree Public Schools (Braintree, PK–12)

Brewster School Department (Brewster, K–5)

Bridgewater-Raynham Regional S.D. (Bridgewater and Raynham, PK–12)

Brockton School Department (Brockton, PK–12)

Brookfield School Department (Brookfield, PK–6)

Brookline Public Schools (Brookline, PK–12)

Burlington Public Schools (Burlington, PK–12)

Cambridge School Department (Cambridge, PK–12)

Canton School Department (Canton, PK–12)

Carlisle School Department (Carlisle, PK–8)

Carver School Department (Carver, PK–12)

Central Berkshire Regional S.D. (Becket, Cummington, Dalton, Hinsdale, Peru, Washington and Windsor, PK–12)

Chatham School Department (Chatham, PK–12)

Chelmsford School Department (Chelmsford, PK–12)

Chelsea School Department (Chelsea, PK–12)

Chesterfield-Goshen Regional S.D. (Chesterfield and Goshen, PK–6)

Chicopee School Department (Chicopee, PK–12)

Clarksburg School Department (Clarksburg, K–8)

Clinton School Department (Clinton, PK–12)

Cohasset School Department (Cohasset, PK–12)

Concord School Department (Concord, PK–8)

Concord-Carlisle Regional S.D. (Concord and Carlisle, 9–12)

Conway School Department (Conway, PK–6)

Danvers School Department (Danvers, PK–12)

Dartmouth School Department (Dartmouth, PK–12)

Dedham School Department (Dedham, PK–12)

Deerfield School Department (Deerfield, PK–6)

Dennis-Yarmouth Regional S.D. (Dennis and Yarmouth, PK–12)

Dighton-Rehoboth Regional S.D. (Dighton and Rehoboth, PK–12)

Douglas School Department (Douglas, PK–12)

Dover School Department (Dover, PK–5)

Dover-Sherborn Regional S.D. (Dover and Sherborn, 6–12)

Dracut School Department (Dracut, PK–12)

Dudley-Charlton Regional S.D. (Charlton and Dudley, PK–12)

Duxbury School Department (Duxbury, PK–12)

East Bridgewater School Department (East Bridgewater, PK–12)

East Longmeadow School Department (East Longmeadow, PK–12)

Eastham School Department (Eastham, K–5)

Easthampton School Department (Easthampton, PK–12)

Easton School Department (Easton, PK–12)

Edgartown School Department (Edgartown, PK–8)

Erving School Department (Erving, PK–6)

Everett School Department (Everett, PK–12)

Fairhaven School Department (Fairhaven, PK–12)

Fall River School Department (Fall River, PK–12)

Falmouth School Department (Falmouth, PK–12)

Farmington River Regional S.D. (Otis and Sandisfield, PK–6)

Fitchburg School Department (Fitchburg, PK–12)

Florida School Department (Florida and Monroe, PK–8)

Foxborough School Department (Foxborough, PK–12)

Framingham School Department (Framingham, PK–12)

Franklin School Department (Franklin, PK–12)

Freetown School Department (Freetown, PK–4)

Freetown-Lakeville Regional S.D. (Freetown and Lakeville, 5–12)

Frontier Regional S.D. (Conway, Deerfield, Sunderland and Whately, 7–12)

Gardner School Department (Gardner, PK–12)

Gateway Regional S.D. (Massachusetts) (Blandford, Chester, Huntington, Middlefield, Montgomery, Russell and Worthington, PK–12)

Georgetown School Department (Georgetown, PK–12)

Gill-Montague Regional S.D. (Gill and Montague, PK–12; Erving, 7-12)

Gloucester School Department (Gloucester, PK–12)

Gosnold School Department (Gosnold, 2 and 7)

Grafton School Department (Grafton, PK–12)

Granby School Department (Granby, PK–12)

Granville School Department (Granville, PK–8)

Greenfield School Department (Greenfield, PK–12)

Groton-Dunstable Regional S.D. (Dunstable and Groton, PK–12)

Hadley School Department (Hadley, PK–12)

Halifax School Department (Halifax, PK–6)

Hamilton-Wenham Regional S.D. (Hamilton and Wenham, PK–12)

Hampden-Wilbraham Regional S.D. (Hampden and Wilbraham, PK–12)

Hampshire Regional S.D. (Chesterfield, Goshen, Southampton, Westhampton and Williamsburg, 7–12)

Hancock School Department (Hancock, PK–6)

Hanover School Department (Hanover, PK–12)

Harvard School Department (Harvard, PK–12)

Harwich School Department (Harwich, PK–12)

Hatfield School Department (Hatfield, PK–12)

Haverhill Public Schools (Haverhill and Bradford, PK-12)

Hawlemont Regional S.D. (Charlemont and Hawley, PK–6)

Hingham School Department (Hingham, PK–12)

Holbrook School Department (Holbrook, PK–12)

Holland School Department (Holland, PK–6)

Holliston School Department (Holliston, PK–12)

Holyoke School Department (Holyoke, PK–12)

Hopedale School Department (Hopedale, PK–12)

Hopkinton School Department (Hopkinton, PK–12)

Hudson School Department (Hudson, PK–12)

Hull School Department (Hull, PK–12)

Ipswich School Department (Ipswich, PK–12)

King Philip Regional S.D. (Norfolk, Plainville and Wrentham, 7–12)

Kingston School Department (Kingston, K–6)

Lakeville School Department (Lakeville, PK–4)

Lanesborough School Department (Lanesborough, PK–6)

Lawrence Public Schools (Lawrence, PK–12)

Lee School Department (Lee, PK–12)

Leicester School Department (Leicester, PK–12)

Lenox School Department (Lenox, PK–12)

Leominster School Department (Leominster, PK–12)

Leverett School Department (Leverett, PK–6)

Lexington Public Schools (Lexington, PK–12)

Lincoln School Department (Lincoln, PK–8)

Lincoln-Sudbury Regional S.D. (Lincoln and Sudbury, 9–12)

Littleton School Department (Littleton, PK–12)

Longmeadow School Department (Longmeadow, PK–12)

Lowell Public Schools (Lowell, PK–12)

Ludlow School Department (Ludlow, PK–12)

Lunenburg School Department (Lunenburg, PK–12)

Lynn School Department (Lynn, PK–12)

Lynnfield School Department (Lynnfield, PK–12)

Malden School Department (Malden, PK–12)

Manchester-Essex Regional S.D. (Essex and Manchester, PK–12)

Mansfield School Department (Mansfield, PK–12)

Marblehead School Department (Marblehead, PK–12)

Marion School Department (Marion, PK–6)

Marlborough School Department (Marlborough, PK–12)

Marshfield School Department (Marshfield, PK–12)

Martha's Vineyard Regional S.D. (Aquinnah, Chilmark, Edgartown, Oak Bluffs, Tisbury and West Tisbury, 7–12)

Masconomet Regional S.D. (Boxford, Middleton and Topsfield, 7–12)

Mashpee School Department (Mashpee, PK–12)

Mattapoisett School Department (Mattapoisett, PK–6)

Maynard School Department (Maynard, PK–12)

Medfield Public Schools (Medfield, PK–12)

Medford School Department (Medford, PK–12)

Medway Public Schools (Medway, PK–12)

Melrose School Department (Melrose, PK–12)

Mendon-Upton Regional S.D. (Mendon and Upton, PK–12)

Methuen School Department (Methuen, PK–12)

Middleborough School Department (Middleborough, PK–12)

Middleton School Department (Middleton, PK–6)

Milford School Department (Milford, PK–12)

Millbury School Department (Millbury, PK–12)

Millis School Department (Millis, PK–12)

Milton School Department (Milton, PK–12)

Mohawk Trail Regional S.D. (Ashfield, Buckland, Colrain, Heath, Plainfield and Shelburne, PK–12, plus Charlemont, Hawley and Rowe, 7–12)

Monson School Department (Monson, PK–12)

Mount Greylock Regional S.D. (Lanesborough and Williamstown, 7–12)

Nahant School Department (Nahant, K–6)

Nantucket School Department (Nantucket, PK–12)

Narragansett Regional S.D. (Phillipston and Templeton, PK–12)

Nashoba Regional S.D. (Bolton, Lancaster and Stow, PK–12)

Nashoba Valley Technical S.D. (Chelmsford, Groton, Littleton, Pepperell, Shirley, Townsend and Westford, 9–12)

Natick School Department (Natick, PK–12)

Nauset Regional S.D. (Brewster, Eastham, Orleans and Wellfleet, PK and 6–12)

Needham School Department (Needham, PK–12)

New Bedford School Department (New Bedford, PK–12)

New Salem-Wendell Regional S.D. (New Salem and Wendell, PK–6)

Newburyport School Department (Newburyport, PK–12)

Newton Public Schools (Newton, PK–12)

Norfolk School Department (Norfolk, PK–6)

North Adams School Department (North Adams, PK–12; Monroe, 9-12)

North Andover Public Schools (North Andover, PK–12)

North Attleborough School Department (North Attleborough, PK–12)

North Brookfield School Department (North Brookfield, K–12)

North Middlesex Regional S.D. (Ashby, Pepperell and Townsend, PK–12)

North Reading School Department (North Reading, PK–12)

Northampton School Department (Northampton, PK–12)

Northborough-Southborough Regional S.D. (Northborough and Southborough, 9–12)

Northborough School Department (Northborough, PK–8)

Northbridge Public Schools (Northbridge, PK–12)

Norton School Department (Norton, PK–12)

Norwood School Department (Norwood, PK–12)

Oak Bluffs School Department (Oak Bluffs, PK–8)

Old Rochester Regional S.D. (Marion, Mattapoisett and Rochester, PK and 7–12)

Orange School Department (Orange, PK–6)

Orleans School Department (Orleans, K–5)

Oxford School Department (Oxford, PK–12)

Palmer School Department (Palmer, PK–12)

Peabody School Department (Peabody, PK–12)

Pembroke School Department (Pembroke, PK–12)

Pentucket Regional S.D. (Groveland, Merrimac and West Newbury, PK–12)

Petersham School Department (Petersham, K–6)

Pioneer Valley Regional S.D. (Bernardston, Leyden, Northfield and Warwick, PK–12)

Pittsfield School Department (Pittsfield, PK–12)

Plainville School Department (Plainville, PK–6)

Plymouth School Department (Plymouth, PK–12)

Plympton School Department (Plympton, K–6)

Provincetown School Department (Provincetown, PK–8)

Quabbin Regional S.D. (Barre, Hardwick, Hubbardston, New Braintree and Oakham, PK–12)

Quaboag Regional S.D. (Warren and West Brookfield, PK–12)

Quincy School Department (Quincy, PK–12)

Ralph C. Mahar Regional S.D. (New Salem, Orange, Petersham and Wendell, 7–12)

Randolph School Department (Randolph, PK–12)

Reading School Department (Reading, PK–12)

Revere School Department (Revere, PK–12)

Richmond School Department (Richmond, PK–8)

Rochester School Department (Rochester, PK–6)

Rockland School Department (Rockland, PK–12)

Rockport School Department (Rockport, K–12)

Rowe School Department (Rowe, PK–6)

Salem School Department (Salem, PK–12)

Sandwich School Department (Sandwich, PK–12)

Saugus School Department (Saugus, PK–12)

Savoy School Department (Savoy, PK–5)

Scituate School Department (Scituate, PK–12)

Seekonk School Department (Seekonk, PK–12)

Sharon School Department (Sharon, PK–12)

Sherborn School Department (Sherborn, PK–5)

Shirley School Department (Shirley, PK–8)

Shrewsbury School Department (Shrewsbury, PK–12)

Shutesbury School Department (Shutesbury, PK–6)

Silver Lake Regional S.D. (Halifax, Kingston and Plympton, 7–12)

Somerset School Department (Somerset, PK–12)

Somerville School Department (Somerville, PK–12)

South Hadley School Department (South Hadley, PK–12)

Southampton School Department (Southampton, PK–6)

Southborough School Department (Southborough, PK–8)

Southbridge School Department (Southbridge, PK–12)

Southern Berkshire Regional S.D. (Alford, Egremont, Monterey, New Marlborough and Sheffield, PK–12)

Southwick-Tolland Regional S.D. (Southwick and Tolland, PK–12)

Spencer-East Brookfield Regional S.D. (East Brookfield and Spencer, PK–12)

Springfield Public Schools (Springfield, PK–12)

Stoneham School Department (Stoneham, PK–12)

Stoughton School Department (Stoughton, PK–12)

Sturbridge School Department (Sturbridge, PK–6)

Sudbury Public Schools (Sudbury, PK–8)

Sunderland School Department (Sunderland, PK–6)

Sutton School Department (Sutton, PK–12)

Swampscott School Department (Swampscott, PK–12)

Swansea School Department (Swansea, PK–12)

Tantasqua Regional S.D. (Brookfield, Brimfield, Holland, Sturbridge and Wales, 7–12)

Taunton School Department (Taunton, PK–12)

Tewksbury School Department (Tewksbury, PK–12)

Tisbury School Department (Tisbury, PK–8)

Topsfield School Department (Topsfield, PK–6)

Triton Regional S.D. (Newbury, Rowley and Salisbury, PK–12)

Truro School Department (Truro, PK–6)

Tyngsborough School Department (Tyngsborough, PK–12)

Up-Island Regional S.D. (Aquinnah, Chilmark and West Tisbury, PK–8)
Uxbridge School Department (Uxbridge, PK–12)
Wachusett Regional S.D. (Holden, Paxton, Princeton, Rutland and Sterling, PK–12)
Wakefield School Department (Wakefield, PK–12)
Wales School Department (Wales, PK–6)
Walpole School Department (Walpole, PK–12)
Waltham School Department (Waltham, PK–12)
Ware School Department (Ware, PK–12)
Wareham School Department (Wareham, PK–12)
Watertown School Department (Watertown, PK–12)
Wayland School Department (Wayland, PK–12)
Webster School Department (Webster, PK–12)
Wellesley School Department (Wellesley, PK–12)
Wellfleet School Department (Wellfleet, K–5)
West Boylston School Department (West Boylston, PK–12)
West Bridgewater School Department (West Bridgewater, PK–12)
West Springfield School Department (West Springfield, PK–12)
Westborough School Department (Westborough, PK–12)
Westfield School Department (Westfield, PK–12)
Westford School Department (Westford, PK–12)
Westhampton School Department (Westhampton, PK–6)
Weston School Department (Weston, PK–12)
Westport School Department (Westport, PK–12)
Westwood School Department (Westwood, PK–12)
Weymouth School Department (Weymouth, PK–12)
Whately School Department (Whately, PK–6)
Whitman-Hanson Regional S.D. (Hanson and Whitman, PK–12)
Williamsburg School Department (Williamsburg, PK–6)
Williamstown School Department (Williamstown, PK–6)
Wilmington School Department (Wilmington, PK–12)
Winchendon School Department (Winchendon, PK–12)
Winchester School Department (Winchester, PK–12)
Winthrop School Department (Winthrop, PK–12)
Woburn School Department (Woburn, PK–12)
Worcester School Department (Worcester, PK–12)
Wrentham School Department (Wrentham, PK–6)

## Michigan

Adams Township S.D.
Addison Community Schools
Adrian Public Schools
Airport Community Schools
Akron-Fairgrove Schools
Alanson Public Schools
Alba Public Schools
Albion Public School
Alcona Community Schools
Algonac Community S.D.
Allegan Public Schools
Allen Park Public Schools
Allendale Public S.D.
Alma Public Schools
Almont Community Schools
Alpena Public Schools
Anchor Bay S.D.
Ann Arbor Public Schools
Arenac Eastern S.D.
Armada Area Schools
Arvon Township S.D.
Ashley Community Schools
Athens Area Schools
Atherton Community Schools
Atlanta Community Schools
Au Gres-Sims S.D.
Autrain-Onota Public Schools
Avondale S.D.
Bad Axe Public Schools
Baldwin Community Schools
Bangor Public Schools
Bangor Township S.D. 8
Bangor Township Schools
Baraga Area Schools
Bark River-Harris S.D.
Bath Community Schools
Battle Creek Public Schools
Bay City S.D.
Beal City Public Schools
Bear Lake S.D.
Beaver Island Community School
Beaverton Rural Schools
Bedford Public Schools
Beecher Community S.D.
Belding Area S.D.
Bellaire Public Schools
Bellevue Community Schools
Bendle Public Schools
Bentley Community Schools
Benton Harbor Area Schools
Benzie Central Schools
Berkley S.D.
Berlin Township S.D. 3
Berrien Springs Public Schools
Bessemer Area S.D.
Big Bay De Noc S.D.
Big Jackson S.D.
Big Rapids Public Schools
Birch Run Area S.D.
Birmingham City S.D.
Blissfield Community Schools
Bloomfield Hills S.D.
Bloomfield Township S.D. 7F
Bloomingdale Public S.D.
Bois Blanc Pines S.D.
Boyne City Public Schools
Boyne Falls Public S.D.
Brandon S.D.
Brandywine Public S.D.
Breckenridge Community Schools
Breitung Township Schools
Bridgeport-Spaulding Community S.D.
Bridgman Public Schools
Brighton Area Schools
Brimley Area Schools
Britton-Macon Area S.D.
Bronson Community S.D.
Brown City Community Schools
Buchanan Community Schools
Buckley Community S.D.
Buena Vista S.D.
Bullock Creek S.D.
Burr Oak Community S.D.
Burt Township S.D.
Byron Area Schools
Byron Center Public Schools
Cadillac Area Public Schools

Caledonia Community Schools
Camden-Frontier Schools
Capac Community S.D.
Carman-Ainsworth Community Schools
Carney-Nadeau Public Schools
Caro Community Schools
Carrollton S.D.
Carson City-Crystal Area Schools
Carsonville-Port Sanilac S.D.
Caseville Public Schools
Cass City Public Schools
Cassopolis Public Schools
Cedar Springs Public Schools
Center Line Public Schools
Central Lake Public Schools
Central Montcalm Public Schools
Centreville Public Schools
Charlevoix Public Schools
Charlotte Public Schools
Chassell Township S.D.
Cheboygan Area Schools
Chelsea S.D.
Chesaning Union Schools
Chippewa Hills S.D.
Chippewa Valley Schools
Church S.D.
City Of Harper Woods Schools
Clare Public Schools
Clarenceville S.D.
Clarkston Community S.D.
Clawson City S.D.
Climax-Scotts Community Schools
Clinton Community Schools
Clintondale Community Schools
Clio Area S.D.
Coldwater Community Schools
Coleman Community S.D.
Colfax Township S.D. 1F
Coloma Community Schools
Colon Community S.D.
Columbia S.D. (Michigan)
Comstock Park Public Schools
Comstock Public Schools
Concord Community Schools
Constantine Public S.D.
Coopersville Public S.D.
Corunna Public S.D.
Covert Public Schools
Crawford Ausable Schools
Crestwood S.D.
Croswell-Lexington Community Schools

Dansville Schools
Davison Community Schools
Dearborn City Public Schools
Dearborn Heights S.D. 7
Decatur Public Schools
Deckerville Community S.D.
Deerfield Public Schools
Delton-Kellogg S.D.
Detour Area Schools
Detroit Public Schools
Dewitt Public Schools
Dexter Community S.D.
Dollar Bay-Tamarack City Area Schools
Dowagiac Union S.D.
Dryden Community Schools
Dundee Community Schools
Durand Area Schools
East China S.D.
East Detroit Public Schools
East Grand Rapids Public Schools
East Jackson Community Schools
East Jordan Public Schools
East Lansing S.D.
Easton Township S.D. 6
Eaton Rapids Public Schools
Eau Claire Public Schools
Ecorse Public S.D.
Edwardsburg Public Schools
Elk Rapids Schools
Elkton-Pigeon-Bay Port Schools
Ellsworth Community Schools
Elm River Township S.D.
Engadine Consolidated Schools
Escanaba Area Public Schools
Essexville-Hampton Public Schools
Evart Public Schools
Ewen-Trout Creek C.S.D.
Excelsior Township S.D. 1
Fairview Area S.D.
Farmington Public S.D.
Farwell Area Schools
Fennville Public Schools
Fenton Area Public Schools
Ferndale Public Schools
Fitzgerald Public Schools
Flat Rock Community Schools
Flint City S.D.
Flushing Community Schools
Forest Area Community Schools
Forest Hills Public Schools
Forest Park S.D.
Fowler Public Schools

Fowlerville Community Schools
Frankenmuth S.D.
Frankfort-Elberta Area Schools
Fraser Public Schools
Free Soil Community Schools
Freeland Community S.D.
Fremont Public S.D.
Fruitport Community Schools
Fulton Schools
Galesburg-Augusta Community Schools
Garden City S.D.
Gaudior Academy
Gaylord Community Schools
Genesee S.D.
Gerrish-Higgins S.D.
Gibraltar S.D.
Gladstone Area Schools
Gladwin Community Schools
Glen Lake Community Schools
Glenn Public S.D.
Gobles Public S.D.
Godfrey-Lee Public Schools
Godwin Heights Public Schools
Goodrich Area Schools
Grand Blanc Community Schools
Grand Haven Area Public Schools
Grand Ledge Public Schools
Grand Rapids Public Schools
Grandville Public Schools
Grant Public S.D.
Grant Township S.D. 2
Grass Lake Community Schools
Greenville Public Schools
Grosse Ile Township Schools
Grosse Pointe Public Schools
Gull Lake Community Schools
Gwinn Area Community Schools
Hagar Township S.D. 6
Hale Area Schools
Hamilton Community Schools
Hamtramck Public Schools
Hancock Public Schools
Hanover-Horton Schools
Harbor Beach Community Schools
Harbor Springs S.D.
Harper Creek Community Schools
Harrison Community Schools
Hart Public S.D.
Hartford Public Schools (Michigan)

Hartland Consolidated Schools
Haslett Public Schools
Hastings Area S.D.
Hazel Park City S.D.
Hemlock Public S.D.
Hesperia Community Schools
Highland Park City Schools
Hillman Community Schools
Hillsdale Community Schools
Holland City S.D.
Holly Area S.D.
Holt Public Schools
Holton Public Schools
Homer Community Schools
Hopkins Public Schools
Houghton Lake Community Schools
Houghton-Portage Township Schools
Howell Public Schools
Hudson Area Schools
Hudsonville Public S.D.
Huron S.D.
Huron Valley Schools
Ida Public Schools
Imlay City Community Schools
Inkster Public Schools
Inland Lakes Schools
Ionia Public Schools
Ionia Township S.D. 2
Iron Mountain Public Schools
Ironwood Area Schools
Ishpeming Public S.D.
Ithaca Public Schools
Jackson Public Schools
Jefferson Schools
Jenison Public Schools
Johannesburg-Lewiston Area Schools
Jonesville Community Schools
Kalamazoo Public Schools
Kaleva Norman Dickson S.D.
Kalkaska Public Schools
Kearsley Community Schools
Kelloggsville Public Schools
Kenowa Hills Public Schools
Kent City Community Schools
Kentwood Public Schools
Kingsley Area Schools
Kingston Community S.D.
L'Anse Area Schools
L'Anse Creuse Public Schools
Laingsburg Community S.D.
Lake City Area S.D.
Lake Fenton Community Schools

Lake Linden-Hubbell S.D.
Lake Orion Community Schools
Lake Shore Public Schools (Macomb)
Lakeshore S.D. (Berrien)
Lakeview Community Schools (Montcalm)
Lakeview Public Schools (Macomb)
Lakeview S.D. (Calhoun)
Lakeville Community Schools
Lakewood Public Schools
Lamphere Public Schools
Lansing S.D.
Lapeer Community Schools
Lawrence Public S.D.
Lawton Community S.D.
Leland Public S.D.
Les Cheneaux Community Schools
Leslie Public Schools
Lincoln C.S.D.
Lincoln Park Public Schools
Linden Community Schools
Litchfield Community Schools
Livonia Public Schools
Lowell Area Schools
Ludington Area S.D.
Mackinac Island S.D.
Mackinaw City Public Schools
Madison District Public Schools
Madison S.D. (Lenawee)
Mancelona Public Schools
Manchester Community Schools
Manistee Area Schools
Manistique Area Schools
Manton Consolidated Schools
Maple Valley Schools
Mar Lee S.D.
Marcellus Community Schools
Marion Public Schools
Marlette Community Schools
Marquette Area Public Schools
Marshall Public Schools
Martin Public Schools
Marysville Public Schools
Mason Consolidated Schools
Mason County Central Schools
Mason County Eastern Schools
Mason Public Schools (Ingham)
Mattawan Consolidated School
Mayville Community S.D.
McBain Rural Agricultural Schools
Melvindale-North Allen Park Schools

Memphis Community Schools
Mendon Community S.D.
Menominee Area Public Schools
Meridian Public Schools
Merrill Community Schools
Mesick Consolidated Schools
Michigan Center S.D.
Mid Peninsula S.D.
Midland Public Schools
Milan Area Schools
Millington Community Schools
Mio-Ausable Schools
Mona Shores Public Schools
Monroe Public Schools
Montabella Community Schools
Montague Area Public Schools
Montrose Community Schools
Moran Township S.D.
Morenci Area Schools
Morley Stanwood Community Schools
Morrice Area Schools
Mount Clemens Community S.D.
Mount Morris Consolidated Schools
Mount Pleasant City S.D.
Munising Public Schools
Muskegon City S.D.
Muskegon Heights S.D.
Napoleon Community Schools
Negaunee Public Schools
New Buffalo Area Schools
New Haven Community Schools
New Lothrop Area Public Schools
Newaygo Public S.D.
NICE Community S.D.
Niles Community S.D.
North Adams-Jerome Schools
North Branch Area Schools
North Central Area Schools
North Dickinson County Schools
North Huron S.D.
North Muskegon Public Schools
Northport Public S.D.
Northview Public Schools
Northville Public Schools
Northwest Community Schools
Norway-Vulcan Area Schools
Nottawa Community School
Novi Community S.D.
Oak Park City S.D.
Oakridge Public Schools
Okemos Public Schools

Olivet Community Schools
Onaway Area Community S.D.
Oneida Township S.D.#3
Onekama Consolidated Schools
Onsted Community Schools
Ontonagon Area Schools
Orchard View Schools
Oscoda Area Schools
Otsego Public Schools
Ovid-Elsie Area Schools
Owendale-Gagetown Area
Schools
Owosso Public Schools
Oxford Community Schools
Palo Community S.D.
Parchment S.D.
Paw Paw Public S.D.
Peck Community S.D.
Pellston Public Schools
Pennfield S.D.
Pentwater Public S.D.
Perry Public S.D.
Pewamo-Westphalia
Community Schools
Pickford Public Schools
Pinckney Community Schools
Pinconning Area Schools
Pine River Area Schools
Pittsford Area Schools
Plainwell Community Schools
Plymouth-Canton Community
Schools
Pontiac City S.D.
Port Hope Community Schools
Port Huron Area S.D.
Portage Public Schools
Portland Public S.D.
Posen C.S.D.
Potterville Public Schools
Powell Township Schools
Public Schools of Calumet,
Laurium & Keweenaw
Public Schools Of Petoskey
Quincy Community S.D.
Rapid River Public Schools
Ravenna Public Schools
Reading Community Schools
Redford Union S.D.
Reed City Area Public Schools
Reese Public Schools
Reeths-Puffer Schools
Republic-Michigamme Schools
Richmond Community Schools
River Rouge S.D.
River Valley S.D.
Riverview Community S.D.

Rochester Community S.D.
Rockford Public Schools
(Michigan)
Rogers City Area Schools
Romeo Community Schools
Romulus Community S.D.
Roseville Community Schools
Rudyard Area Schools
Saginaw City S.D.
Saginaw Township Community
Schools
Saint Charles Community
Schools
Saint Ignace Area Schools
Saint Johns Public Schools
Saint Joseph Public Schools
Saint Louis Public Schools
(Michigan)
Saline Area Schools
Sand Creek Community Schools
Sandusky Community S.D.
Saranac Community Schools
Saugatuck Public Schools
Sault Ste. Marie Area Schools
S.D. of the City of Inkster
S.D. of the City of Royal Oak
S.D. of Ypsilanti
Schoolcraft Community Schools
Shelby Public Schools
Shepherd Public S.D.
Sigel Township S.D. 3F
Sigel Township S.D. 4F
Sigel Township S.D. 6
Sodus Township S.D. 5
South Haven Public Schools
South Lake Schools
South Lyon Community Schools
South Redford S.D.
Southfield Public S.D.
Southgate Community S.D.
Sparta Area Schools
Spring Lake Public Schools
Springport Public Schools
Standish-Sterling Community
Schools
Stanton Township Public
Schools
Stephenson Area Public Schools
Stockbridge Community
Schools
Sturgis Public Schools
Summerfield Schools
Superior Central Schools
Suttons Bay Public Schools
Swan Valley S.D.

Swartz Creek Community
Schools
Tahquamenon Area Schools
Tawas Area Schools
Taylor S.D.
Tecumseh Public Schools
Tekonsha Community Schools
Thornapple Kellogg S.D.
Three Rivers Community
Schools
Traverse City Area Public
Schools
Trenton, Michigan Public
Schools
Tri County Area Schools
Troy S.D.
Ubly Community Schools
Union City Community Schools
Unionville-Sebewaing Area
S.D.
Utica Community Schools
Van Buren Public Schools
Van Dyke Public Schools
Vanderbilt Area Schools
Vandercook Lake Public
Schools
Vassar Public Schools
Verona Township S.D. 1F
Vestaburg Community Schools
Vicksburg Community Schools
Wakefield-Marenisco S.D.
Waldron Area Schools
Walkerville Public Schools
Walled Lake Consolidated
Schools
Warren Consolidated Schools
Warren Woods Public Schools
Waterford S.D.
Watersmeet Township S.D.
Watervliet S.D.
Waverly Community Schools
Wayland Union Schools
Wayne-Westland Community
Schools
Webberville Community
Schools
Wells Township S.D.
West Bloomfield S.D.
West Branch-Rose City Area
Schools
West Iron County Public
Schools
West Ottawa Public S.D.
Western S.D.
Westwood Community Schools
Westwood Heights Schools

White Cloud Public Schools
White Pigeon Community Schools
Whitefish Township Schools
Whiteford Agricultural Schools
Whitehall District Schools
Whitmore Lake Public Schools

Whittemore-Prescott Area Schools
Williamston Community Schools
Willow Run Community Schools
Wolverine Community Schools

Woodhaven-Brownstown S.D.
Wyandotte City S.D.
Wyoming Public Schools
Yale Public Schools
Ypsilanti Community Schools
Zeeland Public Schools

## Minnesota

Academia Cesar Chavez Charter School
Academy of Biosciences
Achieve Language Academy
Ada-Borup Public S.D.
Adam Abdulle Academy
Adrian Public S.D.
Agassiz Valley Educational Technical Cooperative
Agricultural Food Science Academy High School
Aitkin Public S.D.
Albany Public S.D.
Albert Lea Public S.D.
Alden-Conger Public S.D.
Alexandria Public S.D.
Annandale Public S.D.
Anoka-Hennepin Public S.D.
Area Special Education Cooperative
Artech
Ascension Academy Charter School
Ashby Public S.D.
Aspen Academy
Atwater-Cosmos-Grove-City S.D.
Augsburg Academy for Health Careers
Augsburg Fairview Academy
Aurora Charter School
Austin Public S.D.
Badger Public S.D.
Bagley Public S.D.
Balaton Public S.D.
Barnesville Public S.D.
Barnum Public S.D.
Battle Lake Public S.D.
Beacon Academy
Beacon Preparatory School
Becker Public S.D.
Belgrade-Brooten-Elrosa Public S.D.
Belle Plaine Public S.D.
Bellingham Public S.D.
Bemidji Area Schools
Benson Public S.D.
Benton-Stearns Educational District
Bertha-Hewitt Public S.D.
Best Academy
Big Lake Public S.D.
Birch Grove Community School
Bird Island-Olivia-Lake Lillian Public S.D.
Blackduck Public S.D.
Blooming Prairie Public S.D.

Bloomington Public S.D.
Blue Earth Area Public S.D.
Bluesky Charter School
Bluffview Montessori
Braham Public S.D.
Brainerd Public S.D.
Brandon Public S.D.
Breckenridge Public S.D.
Brewster Public S.D.
Bright Water Elementary School
Brooklyn Center S.D.
Browerville Public S.D.
Browns Valley Public S.D.
Buffalo Community Middle School
Buffalo Lake-Hector-Stewart Public S.D.
Buffalo Public S.D.
Bug-O-Nay-Ge-Shig School
Burnsville-Eagan-Savage S.D.
Butterfield Public S.D.
Byron Public S.D.
Capitol Hill
Caledonia Public S.D.
Cambridge-Isanti Public S.D.
Campbell-Tintah Public S.D.
Canby Public S.D.
Cannon Falls Area Schools
Carlton Public S.D.
Cass Lake-Bena S.D.
Cedar Creek Community School
Cedar Mountain S.D.
Cedar Riverside Community School
Centennial Public S.D.
Chaska S.D.
Chatfield S.D.
Chisago Lakes S.D.
Chisholm Public S.D.
Chokio-Alberta Public S.D.
City Academy
Clarkfield Charter School
Clearbrook-Gonvick S.D.
Cleveland Public S.D. (Minnesota)
Climax Public S.D.
Clinton-Graceville-Beardsley S.D.
Cloquet Public S.D.
Cologne Academy Charter School
Columbia Heights Public S.D.
Comfrey Public S.D.

Community of Peace Academy
Community School of Excellence
Concordia Creative Learning Academy
Cook County S.D. (Minnesota)
Cromwell-Wright S.D.
Crookston Public S.D.
Crosby-Ironton Public S.D.
Crosslake Community Charter School
Cyber Village Academy
Cygnus Academy
Cyrus Public S.D.
Dakota Academy
Dakota Area Community Charter School
Dassel-Cokato Public S.D.
Dawson-Boyd Public S.D.
Deer River Public S.D.
Delano Public S.D.
Detroit Lakes Public S.D.
Dilworth-Glyndon-Felton S.D.
Discovery Public School Faribault
District 112
Dover-Eyota Public S.D.
Dugsi Academy
Duluth Public Schools Academy
Duluth Public Schools
Dunwoody Academy
Eagle Ridge Academy Charter School
Eagle Valley Public S.D.
East Central S.D.
East Grand Forks Public S.D.
East Range Academy of Technology and Science
Eci' Nompa Woonspe
Eden Prairie Public S.D.
Eden Valley-Watkins S.D.
Edgerton Public S.D.
Edina Public Schools
Edvisions Off Campus School
El Colegio Charter School
Elk River Public S.D.
Ellsworth Public S.D.
Elom International School
Ely Public S.D.
Emily Charter School
Emily O. Goodridge-Grey Accelerated Charter
School
Esko Public S.D.
Evansville Public S.D.
Eveleth-Gilbert S.D.
Every Child Has Opportunities Charter School
Excell Academy Charter
Face To Face Academy
Fairmont Area S.D.
Faribault Public S.D.
Farmington Area Public Schools
Fergus Falls Public S.D.
Fertile-Beltrami S.D.

Fillmore Central S.D. (Minnesota)
Fisher Public S.D.
Floodwood Public S.D.
Foley Public S.D.
Forest Lake Public S.D.
Fosston Public S.D.
Four Directions Charter Schools
Francis Scott Key Fitzgerald Writing Academy
Fraser Academy
Frazee-Vergas Public S.D.
Fridley Public S.D.
Friendship Academy of Fine Arts Charter
Fulda Public S.D.
General John Vessey Junior Leadership
Gibbon Fairfax Winthrop S.D.
Glacial Hills Elementary School
Glencoe-Silver Lake S.D.
Glenville-Emmons S.D.
Goodhue S.D.
Goodridge S.D.
Granada Huntley-East Chain S.D.
Grand Meadow S.D.
Grand Rapids S.D. - I.S.D. 318
Greenbush-Middle River S.D.
Greenway S.D.
Grygla S.D.
Hancock Public S.D.
Harbor City International Charter School
Harvest Preparatory School/Seed Academy
Hastings Public S.D.
Hawley Public S.D.
Hayfield Public S.D.
Heart of the Earth Charter School
Hendricks Public S.D.
Henning Public S.D.
Herman-Norcross Public S.D.
Hermantown Public S.D.
Heron Lake-Okabena Public S.D.
Hiawatha Leadership Academy
Hibbing Public S.D.
High School for Recording Arts
Hill City Public S.D.
Hills-Beaver Creek Public S.D.
Hinckley-Finlayson Public S.D.
Hmong Academy
Holdingford Public S.D.
Hope Community Academy
Hopkins Public Schools
Houston Public Schools
Howard Lake-Waverly-Winsted Public S.D.
Hutchinson Public S.D.
Intermediate S.D. 287
Intermediate S.D. 917
International Falls S.D.
International Spanish Language Academy
Inver Grove Heights S.D.

Isle Public S.D.
Ivanhoe Public S.D.
Jackson County Central S.D.
Janesville-Waldorf-Pemberton S.D.
Jennings Community Learning Center
Jordan S.D. (Minnesota)
Kaleidoscope Charter School
Kasson-Mantorville S.D.
Kelliher Public S.D.
Kenyon-Wanamingo S.D.
Kerkhoven-Murdock-Sunburg S.D.
Kimball Public S.D.
Kingsland S.D. (Minnesota)
Kittson Central S.D.
La Crescent Montessori Academy
La Crescent-Hokah S.D.
Lac Qui Parle Valley S.D.
Lafayette Public Charter School
Lake Benton S.D.
Lake City S.D.
Lake Crystal-Wellcome Memorial S.D.
Lake of the Woods S.D.
Lake Park-Audubon S.D.
Lake Superior High School
Lake Superior S.D.
Lakes Area Charter School
Lakes International Language Academy
Lakeview S.D.
Lakeville I.S.D. 194
Lancaster S.D.
Lanesboro S.D.
Laporte S.D.
Le Center S.D.
Le Sueur-Henderson S.D.
Learning for Leadership Charter School
Leroy S.D.
Lester Prairie S.D.
Lewiston-Altura S.D.
Lighthouse Academy of Nations
Lincoln International School
Litchfield S.D.
Little Falls S.D.
Littlefork-Big Falls S.D.
Long Prairie-Grey Eagle S.D.
Long Tieng Academy
Loveworks Academy for Arts
Luverne S.D.
Lyle S.D.
Lynd S.D.
Mabel-Canton S.D.
Madelia S.D.
Mahnomen S.D.
Mahtomedi S.D.
Mankato S.D.
Maple Lake S.D.
Maple River S.D.

Marshall County Central S.D.
Marshall S.D. (Minnesota)
Martin County West S.D.
Maynard Clara City Raymond S.D.
McGregor S.D.
McLeod West S.D.
Medford S.D.
Melrose S.D.
Menahga S.D.
Mesabi East S.D.
Milaca S.D.
Milroy S.D.
Minneapolis Public Schools
Minnesota Council for the Gifted and Talented Homeschool
Minneota S.D.
Minnesota New Country School
Minnetonka S.D.
Minnewaska S.D.
Montevideo S.D.
Montgomery–Lonsdale S.D.
Monticello S.D.
Moorhead S.D.
Moose Lake S.D.
Mora S.D.
Morris S.D.
Mounds View S.D.
Mountain Iron-Buhl S.D.
Mountain Lake S.D.
Murray County Central S.D.
Murray S.W. S.D.
Nashwauk-Keewatin S.D.
Nett Lake S.D.
Nevis S.D.
New London-Spicer S.D.
New Millennium Academy
New Prague Area S.D.
New Richland Hartland Ellendale Geneva S.D.
New Ulm S.D.
New York Mills S.D.
Nicollet S.D.
Norman County East S.D.
Norman County West S.D.
North Branch S.D.
North Saint Paul-Maplewood S.D.
Northfield S.D.
Northland Community S.D.
Norwood S.D.
Ogilvie S.D.
Oklee S.D.
Onamia S.D.
Orono S.D.
Ortonville S.D.
Osakis S.D.
Osseo S.D.
Owatonna S.D.

Park Rapids S.D.
Parkers Prairie S.D.
Paynesville S.D.
Pelican Rapids S.D.
Pequot Lakes S.D.
Perham S.D.
Pierz S.D.
Pillager S.D.
Pine City S.D.
Pine Island S.D.
Pine Point S.D.
Pine River-Backus S.D.
Pipestone Area S.D.
Plainview Elgin Millville S.D.
Plummer S.D.
Princeton S.D. (Minnesota)
Prior Lake S.D.
Prior Lake-Savage S.D.
Proctor S.D.
Randolph S.D.
Red Lake S.D.
Red Lake Falls S.D.
Red Rock Central S.D.
Red Wing Public Schools
Redwood Valley Area S.D.
Renville County West S.D.
Richfield Public Schools
Robbinsdale Area Schools
Rochester S.D.
Rockford Area Schools
Rocori S.D.
Roseau S.D.
Rosemount-Apple Valley-Eagan S.D.
Roseville Area Schools
Rothsay S.D.
Round Lake S.D.
Royalton S.D.
Rush City S.D.
Rushford-Peterson S.D.
Russell Tyler Ruthton S.D.
Ruthton S.D.
St. Anthony-New Brighton S.D.
Saint Charles S.D.
Saint Clair S.D.
Saint Cloud S.D.
Saint Francis S.D. (Minnesota)
Saint James S.D.
Saint Louis County S.D.
Saint Louis Park S.D.
Saint Michael-Albertville S.D.
Saint Paul Public Schools
Saint Peter S.D.
Sartell S.D.
Sauk Centre S.D.
Sauk Rapids S.D.
Sebeka S.D.

Shakopee S.D.
Sibley East Public Schools
Sleepy Eye S.D.
Sojourner Truth Academy
South Koochiching S.D.
South Saint Paul S.D.
South Washington County S.D.
Southland S.D.
SouthWest Metro Intermediate District #288
Spring Grove S.D.
Spring Lake Park S.D.
Springfield S.D.
Staples-Motley S.D.
Stephen-Argyle S.D.
Stewartville S.D.
Stillwater S.D.
Swanville S.D.
Tatanka Elementary School
Thief River Falls S.D.
Tracy S.D.
Tri-County S.D.
Triton S.D.
Truman S.D.
Tyler S.D.
Ulen-Hitterdal S.D.
Underwood S.D.
United South Central S.D.
Upsala S.D.
Verndale S.D.
Virginia Public Schools
Vermilion Country School
Wabasha-Kellogg S.D.
Wabasso S.D.
Waconia S.D.
Wadena-Deer Creek S.D.
Walker-Hackensack-Akeley S.D.
Warren-Alvarado-Oslo S.D.
Warroad S.D.
Waseca S.D.
Watertown-Mayer S.D.
Waterville-Elysian-Morristown S.D.
Waubun S.D.
Wayzata Public Schools
West Central Area Schools
West Metro Education Program (WMEP)
West Saint Paul-Mendota Heights-Eagan S.D.
Westbrook-Walnut Grove S.D.
Westonka S.D.
Wheaton Area School S.D.
White Bear Lake S.D.
Willmar S.D.
Willow River S.D.
Win-E-Mac S.D.
Windom S.D.
Winona I.S.D. 861
Worthington S.D.

Wrenshall S.D.

Yellow Medicine East S.D.

Zumbrota-Mazeppa S.D.

## Mississippi

Aberdeen S.D.

Alcorn S.D.

Amite County S.D.

Amory S.D.

Attala County S.D.

Baldwyn S.D.

Bay St. Louis-Waveland S.D.

Benton County S.D.

Biloxi Public S.D.

Booneville S.D.

Brookhaven S.D.

Calhoun County S.D.

Canton Public S.D.

Carroll County S.D.

Chickasaw County S.D.

Choctaw County S.D.

Claiborne County S.D.

Clarksdale Municipal S.D.

Cleveland S.D.

Clinton Public S.D.

Coahoma County S.D.

Coffeeville S.D.

Columbia S.D.

Columbus Municipal S.D.

Copiah County S.D.

Corinth S.D.

Covington County S.D.

DeSoto County S.D.

East Jasper S.D.

East Tallahatchie S.D.

Enterprise S.D.

Forest Municipal S.D.

Forrest County S.D.

Franklin County S.D.

George County S.D.

Greene County S.D.

Greenville Public S.D.

Greenwood-Leflore S.D.

Grenada S.D.

Gulfport S.D.

Hancock County S.D.

Harrison County S.D.

Hattiesburg Public S.D.

Hazlehurst City S.D.

Hinds County S.D.

Hollandale S.D.

Holly Springs S.D.

Holmes County S.D.

Houston S.D.

Humphreys County S.D.

Itawamba County S.D.

Jackson County S.D.

Jackson Public S.D.

Jefferson County S.D.

Jefferson Davis County S.D.

Jones County S.D.

Kemper County S.D.

Kosciusko S.D.

Lafayette County S.D.

Lamar County S.D.

Lauderdale County S.D.

Laurel S.D.

Lawrence County S.D.

Leake County S.D.

Lee County S.D.

Leland S.D.

Lincoln County S.D.

Long Beach S.D.

Louisville Municipal S.D.

Lowndes County S.D.

Madison County S.D.

Marion County S.D.

Marshall County S.D.

McComb S.D.

Meridian Public S.D.

Monroe County S.D.

Moss Point S.D.

Natchez-Adams S.D.

Neshoba County S.D.

Nettleton S.D.

New Albany S.D.

Newton County S.D.

Newton Municipal S.D.

North Bolivar C.S.D.

North Panola S.D.

North Pike S.D.

North Tippah S.D.

Noxubee County S.D.

Ocean Springs S.D.

Okolona Municipal Separate S.D.

Oxford S.D.

Pascagoula-Gautier S.D.

Pass Christian S.D.

Pearl Public S.D.

Pearl River County S.D.

Perry County S.D.

Petal S.D.

Philadelphia Public S.D.

Picayune S.D.

Pontotoc City S.D.

Pontotoc County S.D.

Prentiss County S.D.

Quitman County S.D.

Quitman S.D.

Rankin County S.D.
Richton S.D.
Scott County S.D.
Senatobia Municipal S.D.
Simpson County S.D.
Smith County S.D.
South Delta S.D.
South Panola S.D.
South Pike S.D.
South Tippah S.D.
Starkville Oktibbeha C.S.D.
Stone County S.D.
Sunflower County S.D.
Tate County S.D.
Tishomingo County S.D.
Tunica County S.D.
Tupelo Public S.D.

Union County S.D.
Union Public S.D.
Vicksburg-Warren S.D.
Walthall County S.D.
Water Valley S.D.
Wayne County S.D.
Webster County S.D.
West Bolivar S.D.
West Jasper S.D.
West Point C.S.D.
West Tallahatchie S.D.
Western Line S.D.
Wilkinson County S.D.
Winona-Montgomery C.S.D.
Yazoo City Municipal S.D.
Yazoo County S.D.

## Missouri

Academie Lafayette S.D. (Jackson County)
Adair County R-I S.D. (Adair County)
Adair County R-II S.D. (Adair and Knox Counties)
Adrian R-II S.D. (Bates County)
Advance R-IV S.D. (Bollinger and Stoddard Counties)
Affton 101 S.D. (St. Louis County)
Albany S.D. (Gentry County)
Allen Village Charter School (Jackson County)
Alta Vista Charter School (Jackson County)
Altenburg 48 S.D. (Perry County)
Alton R-IV S.D. (Oregon County)
Appleton City R-II S.D. (St. Clair County)
Arcadia Valley R-II S.D. (Iron and Madison Counties)
Archie R-V S.D. (Bates and Cass Counties)
Ash Grove R-IV S.D. (Dade, Green, and Lawrence Counties)
Atlanta C-3 S.D. (Macon and Shelby Counties)
Aurora R-VIII S.D. (Lawrence County)
Ava R-I S.D. (Christian, Douglas, Ozark, and Wright Counties)
Avenue City R-IX S.D. (Andrew County)
Avilla R-13 S.D. (Jasper County)
Bakersfield R-IV S.D. (Howell and Ozark Counties)
Ballard R-II S.D. (Bates County)
Bayless S.D. (St. Louis County)
Belgrade S.D. R-6 (Washington County), (also serves Caledonia students)
Bell City R-II S.D. (Stoddard County)
Belleview R-III S.D. (Iron County)
Belton 124 S.D. (Cass County)
Benjamin Banneker Charter (Jackson County)
Bernie R-XIII S.D. (Dunklin and Stoddard Counties)
Bevier C-4 S.D. (Macon County)
Billings R-IV S.D. (Christian and Stone Counties)
Bismarck R-V S.D. (St. Francois County)

Blackwater R-II S.D. (Cooper and Saline Counties)
Blair Oaks R-II S.D. (Cole County)
Bloomfield R-XIV S.D. (Stoddard County)
Blue Eye R-V S.D. (Stone County)
Blue Springs R-IV S.D. (Jackson County)
Bolivar R-I S.D. (Hickory and Polk Counties)
Boncl R-X S.D. (Pike County)
Boonville R-I S.D. (Cooper County)
Bosworth R-V S.D. (Carroll County)
Bowling Green R-I S.D. (Pike and Ralls Counties)
Bradleyville R-I S.D. (Christian, Douglas, Ozark and Taney Counties)
Branson R-IV S.D. (Taney County)
Braymer C-4 S.D. (Caldwell, Carroll, Ray and Livingston Counties)
Breckenridge R-I S.D. (Caldwell, Daviess and Livingston Counties)
Brentwood S.D. (St. Louis County)
Bronaugh R-VII S.D. (Vernon County)
Brookfield R-III S.D. (Chariton and Linn Counties)
Brookside Charter School (Jackson County)
Brunswick R-II S.D. (Chariton and Saline Counties)
Buchanan County R-IV S.D. (Buchanan County)
Bucklin R-II S.D. (Linn and Macon Counties)
Bunker R-III S.D. (Dent, Reynolds and Shannon Counties)
Butler R-V S.D. (Bates County)
Cabool R-IV S.D. (Douglas and Texas Counties)
Cainsville R-I S.D. (Harrison and Mercer Counties)
Calhoun R-VIII S.D. (Henry County)
Callao C-8 S.D. (Macon County)
Callaway County R-III S.D. (Callaway County)
Camdenton R-III S.D. (Camden, Dallas, Laclede and Morgan Counties)
Cameron R-I S.D. (Caldwell, Clinton, Davies and Dekalb Counties)
Campbell R-II S.D. (Dunklin County)

Canton R-V S.D. (Lewis County)
Cape Girardeau 63 S.D. (Cape Girardeau County)
Carl Junction R-1 S.D. (Jasper and Newton Counties)
Carondelet Leadership Academy (St. Louis County)
Carrollton R-VII S.D. (Carroll County)
Carthage R-IX S.D. (Jasper County)
Caruthersville 18 S.D. (Pemiscot County)
Cassville R-IV S.D. (Barry County)
Center 58 S.D. (Jackson County)
Centerville R-I S.D. (Reynolds County)
Central R-3 S.D. in Park Hills (St. Francois and Ste. Genevieve Counties)
Centralia R-VI S.D. (Audrian, Boone and Monroe Counties)
Chadwick R-I S.D. (Christian County)
Chaffee R-II S.D. (Scott County)
Charleston R-I S.D. (Mississippi County)
Chilhowee R-IV S.D. (Henry and Johnson Counties)
Chillicothe R-II S.D. (Livingston County)
City Garden Montessori School (St. Louis COunty)
Clark County R-I S.D. (Clark County)
Clarksburg C-2 S.D. (Cooper and Moniteau Counties)
Clarkton C-4 S.D. (Dunklin County)
Clayton S.D. (St. Louis County)
Clearwater R-I S.D. (Madison, Reynolds and Wayne Counties)
Clever R-V S.D. (Christian and Stone Counties)
Climax Springs R-IV S.D. (Benton, Camden, Hickory and Morgan Counties)
Clinton County R-III S.D. (Clay and Clinton Counties)
Clinton S.D. (Henry County)
Clopton R-III S.D. (Lincoln and Pike Counties)
Cole Camp R-I S.D. (Benton and Pettis Counties)
Cole County R-I S.D. (Cole and Moniteau Counties)
Cole County R-II S.D. (Cole County)
Cole County R-V S.D. (Cole and Miller Counties)
Columbia Public Schools (Boone County)
Community R-VI S.D. (Audrain, Montgomery and Ralls Counties)
Concordia R-II S.D. (Johnson and Lafayette Counties)
Confluence Academies (St. Louis County)
Construction Careers Center (St. Louis County)
Cooper County R-IV S.D. (Cooper County)
Cooter R-IV S.D. (Pemiscot County)
Couch R-I S.D. (Oregon County)
Cowgill R-VI S.D. (Caldwell County)
Craig R-III S.D. (Holt County)
Crane R-III S.D. (Barry and Stone Counties)
Crawford County R-I S.D. (Crawford and Washington Counties)
Crawford County R-II S.D. (Crawford County)
Crest Ridge R-VII S.D. (Johnson County)
Crocker R-II S.D. (Pulaski County)

Crystal City 47 S.D. (Jefferson County)
Dadeville R-II S.D. (Dade County)
Dallas R-I County S.D. (Dallas County)
Davis R-XII S.D. (Henry County)
Delasalle Charter School (Jackson County)
Della Lamb E.S.D. (Jackson County)
Delta C-7 S.D. (Pemiscot County)
Delta R-5 S.D. (Cape Girardeau County)
Dent-Phelps R-III S.D. (Dent County)
Derrick Thomas Academy (Jackson County)
DeSoto 73 S.D. (Jefferson County)
Dexter R-XI S.D. (Stoddard County)
Diamond R-IV S.D. (Newton County)
Dixon R-I S.D. (Maries and Pulaski counties)
Don Bosco Education Center (Jackson County)
Doniphan R-I S.D. (Ripley County)
Dora R-III S.D. (Douglas and Ozark counties)
Drexel R-IV S.D. (Cass County)
Dunklin R-V S.D. (Jefferson County)
East Buchanan County C-1 S.D. (Clinton County)
East Carter County R-II S.D. (Carter County)
East Lynne 40 S.D. (Cass County)
East Newton County R-VI S.D. (Newton County)
East Prairie R-II S.D.
El Dorado Springs R-II S.D.
Eldon R-1 S.D.
Elsberry R-II S.D. (Lincoln County)
Eminence R-I S.D.
Everton R-III S.D. (Dade County)
Excelsior Springs 40 S.D. (Clay County)
Exeter R-VI S.D.
Fair Grove S.D.
Fair Play S.D.
Fairfax S.D.
Fairview S.D.
Farmington S.D. (Missouri) (St. Francois County)
Fayette S.D.
Ferguson-Florissant S.D.
Festus S.D. (Jefferson County)
Fordland S.D. (Webster County)
Forsyth S.D.
Fort Osage R-1 S.D.
Fort Zumwalt S.D. (St. Charles County)
Fox C-6 C.S.D. (Jefferson County)
Francis Howell R-III S.D. (St. Charles County)
Fredericktown R-1 S.D. (Madison County)
Fulton S.D. (Callaway County)
Gainesville S.D. (Ozark County)
Galena R-2 S.D. (Stone County)
Gallatin R-V S.D.
Gasconade C-4 S.D.
Gasconade County R-I S.D.
Gasconade County R-II S.D.
Gasconade County R-3 S.D. (Gasconade and Montgomery Counties)
Gateway Science Academy

Genesis School Inc.
Gideon 37 S.D.
Gilliam C-4 S.D.
Gilman City R-IV S.D.
Glasgow S.D.
Glenwood R-VIII S.D.
Gordon Parks E.S.D.
Gorin R-III S.D.
Grain Valley R-V S.D.
Grand Center Arts Academy
Grandview C.S.D.#4 (Jackson County)
Grandview R-2 S.D. (Jefferson County)
Green City R-I S.D.
Green Forest R-II S.D.
Green Ridge R-VIII S.D.
Greenfield R-IV S.D.
Greenville R-II S.D.
Grundy County R-V S.D.
Hale R-I S.D.
Halfway R-III S.D. (Polk County)
Hallsville R-IV S.D. (Boone County)
Hamilton R-II S.D.
Hancock Place S.D. (St. Louis County)
Hannibal 60 S.D.
Hardeman R-X S.D.
Hardin-Central C-2 S.D.
Harrisburg R-VIII S.D. (Boone County)
Harrisonville R-IX S.D.
Hartville R-II S.D. (Wright County)
Hayti R-II S.D.
Hazelwood S.D. (North County)
Henry County R-I S.D.
Hermitage R-IV S.D. (Hickory County)
Hickman Mills C-1 S.D.
Hickory County R-I S.D.
Higbee R-VIII S.D.
High Point R-III S.D.
Hillsboro R-3 S.D. (Jefferson County)
Hogan Preparatory Academy S.D.
Holcomb R-III S.D.
Holden R-III S.D.
Holliday C-2 S.D.
Hollister R-V S.D. (Stone and Taney Counties)
Hope Academy S.D.
Houston R-I S.D.
Howell Valley R-I S.D.
Hudson R-IX S.D.
Humansville R-IV S.D.
Hume R-VIII S.D.
Hurley R-I S.D.
Iberia R-V S.D. (Miller County)
Imagine Academic Success S.D. (Saint Louis City County)
Image Academy Elementary School and Math (Saint Louis City County)

Image Academy of Careers (Saint Louis City County)
Image Renaissance Academy Elementary School and Math (Jackson County)
Independence 30 Public S.D. (Jackson County)
Iron County C-4 S.D. (Crawford County), (Iron County), (Washington County)
Jackson R-2 S.D. (Cape Girardeau County)
Jasper R-5 S.D. (Jasper and Barton County)
Jefferson City Public Schools (Cole and Callaway Counties)
Jefferson County R-7 S.D. (Jefferson County)
Jennings S.D. (St. Louis County)
Joplin R-8 S.D. (Jasper and Newton County)
Kansas City, Missouri S.D. (Jackson County)
Kearney R-1 S.D. (Clay County)
Kingston K-14 S.D. (Washington and Jefferson Counties)
Kingston 42 S.D.
(Caldwell County)
Kirkwood R-7 S.D. (St. Louis County)
Kirksville R-III S.D. (Adair County)
Knob Noster R-8 S.D. (Johnson County)
La Monte R-IV S.D.
La Plata R-II S.D.
Laclede County C-5 S.D.
Laclede County R-I S.D.
Ladue S.D. (St. Louis County)
Lafayette County C-1 S.D.
Lakeland R-III S.D.
Lamar R-I S.D.
Laquey R-V S.D. (Pulaski County)
Laredo R-VII S.D.
Lathrop R-II S.D.
Lawson R-XIV S.D. (Ray County)
Lebanon R-3 S.D.
Lee A. Tolbert Com. Academy
Lee's Summit R-VII S.D.
Leesville R-IX S.D.
Leeton R-X S.D. (Johnson County)
Leopold R-III S.D.
Lesterville R-IV S.D.
Lewis County C-1 S.D.
Lexington R-V S.D.
Liberal R-II S.D.
Liberty Public S.D. (Clay County)
Licking R-VIII S.D.
Lift for Life Academy
Lincoln County R-III S.D.
Lincoln R-2 S.D. (Benton County)
Lindbergh S.D. (St. Louis County)
Linn County R-I S.D. (Linn and Sullivan County)
Livingston County R-III S.D.
Lockwood R-I S.D.
Logan-Rogersville R-VIII S.D. (Greene and Webster County)

Lone Jack C-6 S.D.
Lonedell R-XIV S.D.
Louisiana R-II S.D.
Luray 33 S.D.
Lutie R-VI S.D. (Ozark County)
Macks Creek R-V S.D.
Macon County R-I S.D.
Macon County R-IV S.D.
Madison C-3 S.D.
Malden R-I S.D.
Malta Bend R-V S.D.
Manes R-V S.D.
Mansfield R-IV S.D.
Maplewood-Richmond Heights S.D.
Marceline R-V S.D.
Maries County R-I S.D.
Maries County R-II S.D.
Marion C. Early R-V S.D. (Polk County)
Marion County R-II S.D.
Marionville R-IX S.D. (Lawrence County)
Mark Twain R-VIII S.D.
Marquand-Zion R-VI S.D.
Marshall S.D.
Marshfield R-I S.D. (Webster County)
Maryville R-II S.D.
Maysville R-I S.D.
McDonald County R-I S.D.
Meadow Heights R-II S.D.
Meadville R-IV S.D.
Mehlville S.D. (Saint Louis County)
Meramec Valley R-III S.D.
(http://www.mvr3.k12.mo.us/)
Mexico 59 Public Schools (Audrain County)
Miami R-I S.D. (Bates and Saline Counties)
Mid-Buchanan County R-V S.D.
Middle Grove C-1 S.D. (Monroe County)
Midway R-I S.D.
Milan C-2 S.D.
Miller County R-III S.D.
Miller R-II S.D. (Lawrence County)
Mirabile C-1 S.D.
Missouri City 56 S.D. (Clay County)
Moberly S.D.
Monett R-I S.D. (Barry and Lawrence Counties)
Moniteau County R-I S.D.
Moniteau County R-V S.D.
Monroe City R-I S.D.
Montgomery County R-II S.D. (Montgomery
County)
Montrose R-XIV S.D.
Morgan County R-I S.D.
Morgan County R-II S.D.
Mound City R-II S.D.
Mount Vernon R-V S.D. (Lawrence County)
Mountain Grove R-III S.D.
Mountain View-Birch Tree R-III S.D.

Naylor R-II S.D.
Neelyville R-IV S.D.
Nell Holcomb R-IV S.D.
Neosho R-V S.D.
Nevada S.D. (Missouri) (Vernon County)
New Bloomfield R-III S.D.
New Franklin R-1 S.D. (Howard County)
New Haven S.D.
New Madrid County R-I S.D.
New York R-IV S.D.
Newburg R-2 S.D. (Phelps County)
Newtown-Harris R-III S.D.
Niangua R-V S.D.
Nixa R-II S.D. (Christian County)
Nodaway-Holt R-VII S.D.
Norborne R-VIII S.D.
Normandy S.D. (St. Louis County)
North Andrew County R-VI S.D.
North Callaway County R-I S.D. (Callaway County)
North Daviess R-III S.D.
North Harrison R-III S.D.
North Kansas City 74 S.D. (Clay County)
North Mercer County R-III S.D.
North Nodaway County R-VI S.D.
North Pemiscot County R-I S.D.
North Platte County R-I S.D.
North Saint Francois County R-1 S.D. (St. Francois
County)
North Shelby S.D.
North Side Community School S.D.
North Wood R-IV S.D.
Northeast Nodaway County R-V S.D.
Northeast Randolph County R-IV S.D.
Northeast Vernon County R-I S.D.
Northwest R-1 S.D. (House Springs)
Norwood S.D. (Douglas and Wright Counties)
Oak Grove R-VI S.D. (Jackson and Lafayette
Counties)
Odessa R-VII S.D. (Lafayette and Johnson Counties)
Orchard Farm S.D. (St. Charles County)
Osage R-III S.D. (Osage County)
Ozark R-6 S.D. (Christian County)
Palmyra R-1 S.D.
Paris R-II S.D.
Park Hill S.D.
Parkway C-2 S.D.
Pathway Academy
Pattonsburg R-II S.D.
Pattonville R-III S.D. (Saint Louis County)
Pemiscot County R-III S.D.
Pemiscot County Special S.D.
Perry County 32 S.D.
Pettis County R-V S.D.
Pettis County R-XII S.D.
Phelps County R-3 S.D. (Phelps and Texas Counties)
Pierce City R-VI S.D.

Pike County R-III S.D.
Pilot Grove C-4 S.D.
Plainview R-VIII S.D.
Plato R-V S.D. (Laclede, Pulaski, Texas, and Wright counties)
Platte County R-III S.D.
Pleasant Hill R-3 S.D.
Pleasant Hope R-VI S.D. (Polk County)
Pleasant View R-VI S.D.
Polo R-VII S.D.
Poplar Bluff R-1 S.D. (Butler County)
Portageville S.D.
Potosi R-3 S.D. (Washington County)
Prairie Home R-5 S.D. (Cooper County)
Princeton R-V S.D.
Purdy R-II S.D.
Putnam County R-I S.D.
Puxico R-VIII S.D.
Ralls County R-II S.D.
Raymondville R-VII S.D.
Raymore-Peculiar R-II S.D.
Raytown C-2 S.D. (Jackson County)
Reeds Spring R-IV S.D. (Stone County)
Renick R-V S.D.
Republic R-III S.D. (Greene County)
Revere C-3 S.D.
Rich Hill R-IV S.D.
Richards R-V S.D.
Richland R-I S.D.
Richland R-IV S.D. (Pulaski County)
Richmond R-XVI S.D.
Richwoods R-VII Public S.D. (Washington County), (Franklin County)
Ridgeway R-V S.D.
Ripley County R-III S.D.
Risco R-II S.D.
Ritenour S.D. (St. Louis County)
Riverview Gardens S.D. (St. Louis County)
Rock Port R-II S.D.
Rockwood S.D.
Rolla 31 Public Schools (Phelps County)
Roscoe C-1 S.D.
Saint Clair R-XIII S.D. (Franklin County)
Saint Charles S.D. (St. Charles County)
Saint James R-1 S.D. (Phelps County)
Saint Joseph S.D.
Saint Louis Public Schools
Savannah R-III S.D. (Andrew County)
Sedalia, Missouri#200 S.D. (Pettis County)
Seymour S.D. (Webster County)
Sherwood Cass R-VIII S.D. (Cass County)
Sikeston R-6 S.D. (Scott County)
Smithville R-II S.D. (Clay County)
South Callaway R-II S.D. (Callaway County)
South Iron R-I S.D. in Annapolis (Iron County)
Springfield R-XII S.D. (Greene County)

Stewartsville C-2 S.D. (Dekalb County)
Stockton R-1 S.D. (Cedar County)
Stover S.D. (Morgan County)
Strafford R-VI S.D. (Greene County)
Strain Japan R-16 S.D. (Franklin County)
Sturgeon S.D. (Boone County)
Sullivan S.D. (Franklin County)
Sunrise R-9 S.D. (Jefferson County)
Swedeborg R-III S.D. (Pulaski County)
Taneyville R-II S.D.
Tarkio R-I S.D.
Thayer R-II S.D.
Thornfield R-I S.D.
Tina-Avalon R-II S.D.
Tipton R-VI S.D.
Trenton R-IX S.D.
Tri-County R-VII S.D.
Troy R-III S.D.
Twin Rivers R-X S.D.
Union R-XI S.D. (Franklin County)
University City S.D. (St. Louis County)
Valley Park S.D. (Saint Louis County)
Valley R-VI S.D. (Washington County)
Walnut Grove R-V S.D. (Greene County)
Warren County R-III S.D. (Montgomery and Warren Counties)
Warrensburg R-VI S.D. (Johnson County)
Warsaw R-IX S.D. (Benton County)
Washington S.D. (Franklin and Warren Counties)
Waynesville R-VI S.D. (Pulaski County)
Weaubleau R-III S.D. (Hickory County)
Webb City R-7 S.D. (Jasper County)
Webster Groves S.D. (Saint Louis County)
Wellington-Napoleon R-IX S.D. (Lafayette County)
Wellston S.D.
Wellsville Middletown R-I S.D. (Montgomery County)
Wentzville R-IV S.D. (Saint Charles County)
West Nodaway County R-I S.D. (Nodaway County)
West Plains R-7 S.D. (Howell County)
West Platte County R-II S.D. (Platte County)
West Saint Francois County R-IV S.D. (Saint Francois and Washington Counties)
Westran R-I S.D. (Randolph County)
Westview C-6 S.D. (Newton County)
Wheatland R-II S.D. (Hickory County)
Wheaton R-III S.D. (Barry County)
Willard R-II S.D. (Greene County)
Willow Springs R-IV S.D. (Howell County)
Windsor C-1 S.D. (Jefferson County)
Winfield R-IV S.D. (Lincoln County)
Winona R-III S.D. (Shannon County)
Winston R-VI S.D. (Daviess County)
Woodland R-IV S.D. (Bollinger County)
Worth County R-III S.D. (Worth County)
Wright City R-II S.D. (Warren County)

Zalma S.D. (Bollinger County)

## Montana

Absarokee Elementary School
Absarokee High School
Alberton K-12 Schools
Alder Elementary School
Alzada Elementary School
Amsterdam Elementary School
Anaconda Elementary School
Anaconda High School
Anderson Elementary School
Arlee Elementary School
Arlee High School
Arrowhead Elementary School
Ashland Elementary School
Auchard Creek Elementary School
Augusta Elementary School
Augusta High School
Avon Elementary School
Ayers Elementary School
Bainville K-12 Schools
Baker K-12 Schools
Beaverhead County High School
Belfry K-12 Schools
Belgrade Elementary School
Belgrade High School
Belt Elementary School
Belt High School
Big Sandy Elementary School
Big Sandy High School
Big Timber Elementary School
Bigfork Elementary School
Bigfork High School
Billings Elementary School
Billings High School
Blue Creek Elementary School
Bonner Elementary School
Boulder Elementary School
Box Elder Elementary School
Box Elder High School
Bozeman Elementary School
Bozeman Public Schools
Bridger K-12 Schools
Broadus Elementary School
Broadview Elementary School
Broadview High School
Brockton Elementary School
Brockton High School
Browning Elementary School
Browning High School
Butte Elementary School
Butte High School
Camas Prairie Elementary School

Canyon Creek Elementary School
Cardwell Elementary School
Carter County High School
Carter Elementary School
Cascade Elementary School
Cascade High School
Cayuse Prairie Elementary School
Centerville Elementary School
Centerville High School
Charlo Elementary School
Charlo High School
Chester-Joplin-Inverness Elementary School
Chester-Joplin-Inverness High School
Chinook Elementary School
Chinook High School
Choteau Elementary School
Choteau High School
Circle Elementary School
Circle High School
Clancy Elementary School
Cleveland Elementary School
Clinton Elementary School
Cohagen Elementary School
Colstrip Elementary School
Colstrip High School
Columbia Falls Elementary School
Columbia Falls High School
Columbus Elementary School
Columbus High School
Conrad Elementary School
Conrad High School
Cooke City Elementary School
Corvallis K-12 Schools
Cottonwood Elementary School
Creston Elementary School
Culbertson Elementary School
Culbertson High School
Custer County High School
Custer K-12 Schools
Cut Bank Elementary School
Cut Bank High School
Darby K-12 Schools
Dawson High School
Deer Lodge Elementary School
Denton Elementary School
Denton High School
Dept of Corrections-Youth
Dillon Elementary School

Dodson Elementary School
Dodson High School
Drummond Elementary School
Drummond High School
Dutton/Brady K-12 Schools
East Helena Elementary School
Ekalaka Elementary School
Elder Grove Elementary School
Elysian Elementary School
Ennis K-12 Schools
Eureka Elementary School
Evergreen Elementary School
Fairfield Elementary School
Fairfield High School
Fair-Mont-Egan Elementary School
Fairview Elementary School
Fairview High School
Fergus High School
Flathead High School
Florence-Carlton K-12 Schools
Forsyth Elementary School
Forsyth High School
Fort Benton Elementary School
Fort Benton High School
Frazer Elementary School
Frazer High School
Frenchtown K-12 Schools
Froid Elementary School
Froid High School
Fromberg Elementary School
Fromberg High School
Frontier Elementary School
Gallatin Gateway Elementary School
Gardiner Elementary School
Gardiner High School
Garfield County High School
Geraldine Elementary School
Geraldine High School
Geyser Elementary School
Geyser High School
Glacier High School
Glasgow K-12 Schools
Glendive Elementary School
Grass Range Elementary School
Grass Range High School
Great Falls High School
Hall Elementary School
Hamilton K-12 Schools
Hardin Elementary School
Hardin High School
Harlem Elementary School

Harlem High School
Harlowton Elementary School
Harlowton High School
Harrison K-12 Schools
Havre Elementary School
Havre High School
Hays-Lodge Pole K-12 Schools
Heart Butte K-12 Schools
Helena Elementary School
Helena Flats Elementary School
Helena High School
Hellgate Elementary School
Hellgate High School
Highwood Elementary School
Highwood High School
Hinsdale Elementary School
Hinsdale High School
Hobson K-12 Schools
Hot Springs Elementary School
Hot Springs High School
Huntley Project K-12 Schools
Hysham K-12 Schools
Independent Elementary School
Jefferson High School
Joliet Elementary School
Joliet High School
Jordan Elementary School
Judith Gap Elementary School
Judith Gap High School
Kalispell Middle School
Kinsey Elementary School
Lambert Elementary School
Lambert High School
Lame Deer Elementary School
Lame Deer High School
Lamotte Elementary School
Laurel Elementary School
Laurel High School
Lavina K-12 Schools
Lennep Elementary School
Lewistown Elementary School
Libby K-12 Schools
Liberty Elementary School
Lima K-12 Schools
Lincoln County High School
Lincoln K-12 Schools
Lindsay Elementary School
Livingston Elementary School
Lockwood Elementary School
Lodge Grass Elementary School
Lodge Grass High School
Lolo Elementary School
Lone Rock Elementary School
Lustre Elementary School
Luther Elementary School
Malmborg Elementary School

Malta K-12 Schools
Manhattan Elementary School
Manhattan High School
Marion Elementary School
McCormick Elementary School
McLeod Elementary School
Medicine Lake K-12 Schools
Melrose Elementary School
Melstone Elementary School
Melstone High School
Melville Elementary School
Miami E.S.D.
Miles City Elementary School
Missoula Elementary School
Missoula High School
Molt Elementary School
Monforton Elementary School
Montana City Elementary School
Montana School for the Deaf and the Blind
Moore Elementary School
Moore High School
Morin Elementary School
Mount Developmental Center
Mountain View Elementary School
Nashua K-12 Schools
North Harlem Colony Elementary School
North Star Elementary School
North Star High School
Northern Cheyenne Tribal School
Noxon Elementary School
Noxon High School
Opheim K-12 Schools
Ophir K-12
Park City Elementary School
Park City High School
Park High School
Peerless K-12 Schools
Philipsburg K-12 Schools
Pine Grove Elementary School
Plains Elementary School
Plains High School
Pleasant Valley Elementary School
Plenty Coups High School
Plentywood K-12 Schools
Plevna K-12 Schools
Polson Elementary School
Polson High School
Poplar Elementary School
Poplar High School
Power Elementary School

Powder River County District High School
Powell County High School
Power High School
Pryor Elementary School
Rapelje Elementary School
Rapelje High School
Red Lodge Elementary School
Red Lodge High School
Reed Point Elementary School
Reed Point High School
Richey Elementary School
Richey High School
Roberts K-12 Schools
Rocky Boy Elementary School
Ronan Elementary School
Ronan High School
Rocky Boy High School
Rosebud Elementary School
Rosebud High School
Ross Elementary School
Roundup Elementary School
Roundup High School
Roy K-12 Schools
Ryegate K-12 Schools
Saco Elementary School
Saco High School
Saint Ignatius K-12 Schools
Saint Regis K-12 Schools
Savage Elementary School
Savage High School
Scobey K-12 Schools
Seeley Lake Elementary School
Shelby Elementary School
Shelby High School
Shepherd Elementary School
Shepherd High School
Sheridan Elementary School
Sheridan High School
Shields Valley Elementary School
Shields Valley High School
Sidney Elementary School
Sidney High School
Simms High School
Somers Middle School
Stanford K-12 Schools
Stevensville Elementary School
Stevensville High School
Sun River Valley Elementary School
Sunburst K-12 Schools
Superior K-12 Schools
Swan Lake-Salmon Elementary School

Sweet Grass County High School
Target Range Elementary School
Terry K-12 Schools
Thompson Falls Elementary School
Thompson Falls High School
Three Forks Elementary School
Three Forks High School
Townsend K-12 Schools
Troy Elementary School
Troy High School
Turner Elementary School
Turner High School
Twin Bridges K-12 Schools

Valier Elementary School
Valier High School
Valley View Elementary School
Victor K-12 Schools
Vida Elementary School
Warrick Elementary School
West Valley Elementary School
West Yellowstone K-12
Westby K-12 Schools
White Sulphur Springs Elementary School
White Sulphur Springs High School
Whitefish Elementary School
Whitefish High School
Whitehall Elementary School

Whitehall High School
Whitewater K-12 Schools
Wilbaux K-12 Schools
Willow Creek Elementary School
Willow Creek High School
Winifred K-12 Schools
Winnett K-12 Schools
Wolf Point Elementary School
Wolf Point High School
Wyola Elementary School
Yellowstone Academy Elementary School
Zurich Elementary School

## Nebraska

Adams Central Jr-Sr High School (Class 3)
Ainsworth Community Schools (Class 3)
Allen Consolidated Schools (Class 3)
Alliance Public Schools (Class 3)
Alma Public Schools (Class 3)
Amherst Public Schools (Class 3)
Anselmo-Merna Public Schools (Class 3)
Ansley Public Schools (Class 3)
Arapahoe Public Schools (Class 3)
Arcadia Public Schools (Class 2)
Arlington Public Schools (Class 3)
Arnold Public Schools (Class 3)
Arthur County High School (Class 3)
Ashland-Greenwood Schools (Class 3)
Auburn Public Schools (Class 3)
Aurora Public Schools (Class 3)
Axtell Public Schools (Class 3)
Bancroft-Rosalie Community Schools (Class 3)
Banner County Public Schools (Class 3)
Battle Creek Public Schools (Class 3)
Bayard Public Schools (Class 3)
Beatrice Public Schools (Class 3)
Bellevue Public Schools (Class 3)
Bennington Public Schools (Class 3)
Bertrand Public Schools (Class 3)
Blair Community Schools (Class 3)
Bloomfield Community Schools (Class 3)
Blue Hill Public Schools (Class 3)
Boone Central Schools (Class 3)
Boyd County Unified (Class 3)
Brady Public Schools (Class 2)
Bridgeport Public Schools (Class 3)
Broken Bow Public Schools (Class 3)
Bruning Public Schools (Class 2)
Bruning-Davenport Unified System (Class 2)
Burwell Jr-Sr High School (Class 3)
Butte Public Schools (Class 3)
Callaway Public Schools (Class 3)

Cambridge Public Schools (Class 3)
Cedar Bluffs Public Schools (Class 3)
Cedar Rapids Public Schools (Class 3)
Centennial Public Schools (Class 3)
Central City Public Schools (Class 3)
Centura Public Schools (Class 3)
Chadron Public Schools (Class 3)
Chambers Public Schools (Class 2)
Chase County Schools (Class 3)
Clarkson Public Schools (Class 3)
Clay Center Public Schools (Class 3)
Clearwater Public Schools (Class 3)
Cody-Kilgore Public Schools (Class 2)
Coleridge Community Schools (Class 3)
Columbus Public Schools (Class 3)
Conestoga Public Schools (Class 3)
Cozad City Schools (Class 3)
Crawford Public Schools (Class 3)
Creek Valley Schools (Class 3)
Creighton Public Schools (Class 3)
Crete Public Schools (Class 3)
Crofton Community Schools (Class 3)
Cross County Community School (Class 3)
Culbertson Public Schools (Class 3)
Daniel Freeman Public Schools (Class 3)
Davenport Public Schools (Class 2)
David City Public Schools (Class 3)
Deshler Public Schools (Class 3)
Diller-Odell Public Schools (Class 3)
District 070 - Garfield County (Class 1)
Dodge Public Schools (Class 3)
Doniphan-Trumbull Public Schools (Class 3)
Dorchester Public Schools (Class 3)
Douglas County West Community School (Class 3)
Dundy County Public Schools (Class 3)
East Butler Public Schools (Class 3)
Elba Public Schools (Class 2)
Elgin Public Schools (Class 3)

Elkhorn Public Schools (Class 3)
Elkhorn Valley Schools (Class 3)
Elm Creek Public Schools (Class 3)
Elmwood-Murdock Public Schools (Class 3)
Elwood Public Schools (Class 3)
Emerson-Hubbard Public Schools (Class 3)
Eustis-Farnam Public Schools (Class 3)
Ewing Public Schools (Class 2)
Exeter-Milligan Public Schools (Class 3)
Fairbury Public Schools (Class 3)
Falls City Public Schools (Class 3)
Fillmore Central Public Schools (Class 3)
Fort Calhoun Community Schools (Class 3)
Franklin Public Schools (Class 3)
Fremont Public Schools (Class 3)
Friend Public Schools (Class 3)
Fullerton Public Schools (Class 3)
Garden County High School (Class 3)
Geneva North School (Class 8)
Gering Public Schools (Class 3)
Gibbon Public Schools (Class 3)
Giltner Public Schools (Class 2)
Gordon-Rushville High School (Class 3)
Gothenburg Public Schools (Class 3)
Grand Island Public Schools (Class 3)
Greeley-Wolbach Public Schools (Class 3)
Gretna Public Schools (Class 3)
Hampton Public Schools (Class 3)
Hartington Public Schools (Class 3)
Harvard Public Schools (Class 3)
Hastings Public Schools (Class 3)
Hay Springs Public Schools (Class 3)
Hayes Center Public Schools (Class 3)
Heartland Community School (Class 3)
Hemingford Public Schools (Class 3)
Hershey Public Schools (Class 3)
High Plains Community Schools (Class 3)
Hitchcock County Unified School System (Class 3)
Holdrege Public Schools (Class 3)
Homer Community Schools (Class 3)
Howells Public Schools (Class 3)
Humboldt/Table Rock Steinauer (Class 3)
Humphrey Public Schools (Class 3)
Hyannis High School (Class 3)
Johnson-Brock Public Schools (Class 3)
Kearney Public Schools (Class 3)
Kearney West High School (Class 8)
Kenesaw Public Schools (Class 3)
Keya Paha County High School (Class 2)
Kimball Public Schools (Class 3)
Lakeview Community Schools (Class 3)
Laurel-Concord Public Schools (Class 3)
Lawrence-Nelson Public Schools (Class 3)
Leigh Community Schools (Class 3)
Lewiston Consolidated Schools (Class 3)
Lexington Public Schools (Class 3)

Leyton Public Schools (Class 3)
Lincoln Public Schools (Class 4)
Litchfield Public Schools (Class 2)
Logan View Public Schools (Class 3)
Loomis Public Schools (Class 2)
Louisville Public Schools (Class 3)
Loup City Public Schools (Class 3)
Loup County Public Schools (Class 2)
Lynch Public Schools (Class 3)
Lyons-Decatur Northeast Schools (Class 3)
Madison Public Schools (Class 3)
Malcolm Public Schools (Class 3)
Maxwell Public Schools (Class 2)
Maywood Public Schools (Class 3)
McCook Public Schools (Class 3)
McCool Junction Public Schools (Class 2)
McPherson County High School (Class 3)
Mead Public Schools (Class 3)
Medicine Valley Public Schools (Class 3)
Meridian Public Schools (Class 3)
Milford Public Schools (Class 3)
Millard Public Schools (Class 3)
Minatare Public Schools (Class 3)
Minden Public Schools (Class 3)
Mitchell Public Schools (Class 3)
Morrill Public Schools (Class 3)
Mullen Public Schools (Class 3)
Nebraska City Public Schools (Class 3)
Nebraska Unified District 1 (Class 3)
Neligh-Oakdale Schools (Class 3)
Nemaha Valley Public Schools (Class 3)
Nemaha Valley Schools (Class 3)
Newcastle Public Schools (Class 3)
Newman Grove Public Schools (Class 3)
Niobrara Public Schools (Class 3)
Norfolk Public Schools (Class 3)
Norris S.D. 160 (Class 3)
North Bend Central Schools (Class 3)
North Loup-Scotia Public Schools (Class 3)
North Platte Public Schools (Class 3)
Northwest High School (Class 3)
Oakland-Craig Public Schools (Class 3)
Ogallala Public Schools (Class 3)
Omaha Public Schools (Class 5)
O'Neill Public Schools (Class 3)
Orchard Public Schools (Class 3)
Ord Public Schools (Class 3)
Osceola Public Schools (Class 3)
Osmond Public Schools (Class 3)
Overton Public Schools (Class 3)
Palmer Public Schools (Class 3)
Palmyra District O R 1 (Class 3)
Papillion-La Vista Public Schools (Class 3)
Pawnee City Public Schools (Class 3)
Paxton Consolidated Schools (Class 3)
Pender Public Schools (Class 3)

Perkins County Schools (Class 3)
Pierce Public Schools (Class 3)
Pine Ridge Job Corps (Class 8)
Plainview Public Schools (Class 3)
Plattsmouth Community Schools (Class 3)
Pleasanton Public Schools (Class 3)
Ponca Public Schools (Class 3)
Potter-Dix Public Schools (Class 3)
Prague Public Schools (Class 3)
Ralston Public Schools (Class 3)
Randolph Public Schools (Class 3)
Ravenna Public Schools (Class 3)
Raymond Central Schools (Class 3)
Red Cloud Community Schools (Class 3)
Richland Public School (Garfield County) (Class 1)
Rising City Public Schools (Class 2)
Rock County High School (Class 3)
Sandhills Public Schools (Class 3)
Sandy Creek Public Schools (Class 3)
Santee Community Schools (Class 2)
Sargent Public Schools (Class 3)
Schuyler Central High School (Class 3)
Scottsbluff Public Schools (Class 3)
Scribner-Snyder Community Schools (Class 3)
Seward Public Schools (Class 3)
Shelby Public Schools (Class 3)
Shelton Public Schools (Class 3)
Shickley Public Schools (Class 3)
Sidney Public Schools (Class 3)
Silver Lake Public Schools (Class 3)
Sioux County High School (Class 3)
South Central Nebraska Unified System 5 (Class 3)
South Platte Public Schools (Class 3)
South Sioux City Community Schools (Class 0)
Southern S.D. 1 (Class 3)
Southern Valley Schools (Class 3)
Southwest Public Schools (Class 3)
Spalding Public Schools (Class 3)
Spencer-Naper Public Schools (Class 3)
Springfield Platteview Community Schools (Class 3)
St. Edward Public Schools (Class 3)
St. Paul Public Schools (Class 3)
Stanton Community Schools (Class 3)
Stapleton Public Schools (Class 3)

Sterling Public Schools (Class 3)
Stratton Public Schools (Class 3) (since school year 2007-2008, Stratton Public is consolidated with Dundy County Schools)
Stuart Public Schools (Class 3)
Sumner-Eddyville-Miller Schools (Class 3)
Superior Public Schools (Class 3)
Sutherland Public Schools (Class 3)
Sutton Public Schools (Class 3)
Syracuse-Dunbar-Avoca Schools (Class 3)
Tecumseh Public Schools (Class 3)
Tekamah-Herman Community Schools (Class 3)
Thayer Central Community Schools (Class 3)
Thedford Rural High School (Class 2)
Trenton Public Schools (Class 3)
Tri-County Public Schools (Class 3)
Twin River Public Schools (Class 3)
Umo N Ho N Nation Public Schools (Class 3)
UNL Independent Study High School (Class 8)
Valentine Rural High School (Class 3)
Verdigre Public Schools (Class 3)
Wahoo Public Schools (Class 3)
Wakefield Public Schools (Class 3)
Wallace Public S.D. 65 R (Class 2)
Walthill Public Schools (Class 3)
Wauneta-Palisade Public Schools (Class 3)
Wausa Public Schools (Class 3)
Waverly S.D. 145 (Class 3)
Wayne Community Schools (Class 3)
Weeping Water Public Schools (Class 3)
West Holt Rural High School (Class 3)
West Point Public Schools (Class 3)
Westside Community Schools (Class 3)
Wheeler Central Schools (Class 3)
Wilber-Clatonia Public Schools (Class 3)
Wilcox-Hildreth Public Schools (Class 3)
Winnebago Public Schools (Class 3)
Winside Public Schools (Class 3)
Wisner-Pilger Public Schools (Class 3)
Wood River Rural MS/Sr High (Class 3)
Wynot Public Schools (Class 3)
York Public Schools (Class 3)
Yutan Public Schools (Class 3)

## Nevada

Carson City S.D.
Churchill County S.D.
Clark County S.D.
Douglas County S.D.
Elko County S.D.
Esmeralda County S.D.
Eureka County S.D.
Humboldt County S.D.
Lander County S.D.

Lincoln County S.D.
Lyon County S.D.
Mineral County S.D.
Nye County S.D.
Pershing County S.D.
State Sponsored Charter School
Storey County S.D.
Washoe County S.D.
White Pine County S.D.

## New Hampshire

Albany
Allenstown
Alton
Amherst
Andover
Ashland
Auburn
Barnstead
Barrington
Bartlett
Bath
Bedford
Benton
Berlin
Bethlehem
Bow
Brentwood
Brookline
Campton
Candia
Chatham
Chester
Chesterfield
Chichester
Claremont
Clarksville
Colebrook
Columbia
Concord
Contoocook Valley
Conway
Coos County S.D.
Cornish
Croydon
Deerfield
Derry Cooperative
Dover
Dresden
Dummer
Dunbarton
East Kingston
Eaton
Ellsworth
Epping
Epsom
Errol
Exeter
Exeter Region Cooperative
Fall Mountain Regional
Farmington
Franklin
Freedom
Fremont
Gilford
Gilmanton

Goffstown
Gorham Randolph Shelburne
Cooperative
Goshen
Governor Wentworth Regional
Grantham
Greenland
Hale's Location (Carroll
County)
Hampstead
Hampton
Hampton Falls
Hanover
Harrisville
Hart's Location
Haverhill Cooperative
Henniker
Hill
Hillsboro-Deering Cooperative
Hinsdale
Holderness
Hollis
Hollis-Brookline Cooperative
Hooksett
Hopkinton
Hudson
Inter-Lakes Cooperative
Jackson
Jaffrey-Rindge Cooperative
John Stark Regional
Kearsarge Regional
Keene
Kensington
Laconia
Lafayette Regional
Landaff
Lebanon
Lempster
Lincoln-Woodstock Cooperative
Lisbon Regional
Litchfield
Littleton
Londonderry
Lyme
Madison
Manchester
Marlborough
Marlow
Mascenic Regional
Mascoma Valley Regional
Mason
Merrimack
Merrimack Valley
Middleton
Milan

Milford
Milton
Monadnock Regional
Monroe
Mont Vernon
Moultonborough
Nashua
Nelson
New Boston
New Castle
Newfields
Newfound Area
Newington
Newmarket
Newport
North Hampton
Northumberland
Northwood
Nottingham
Oyster River Cooperative
Pelham
Pembroke
Pemi-Baker Regional
Piermont
Pittsburg
Pittsfield
Plainfield
Plymouth
Portsmouth
Profile
Raymond
Rochester
Rollinsford
Rumney
Rye
Salem
Sanborn Regional
Seabrook
Shaker Regional
Somersworth
Souhegan Cooperative
South Hampton
Stark
Stewartstown
Stoddard
Strafford
Stratford
Stratham
Sullivan
Sunapee
Surry
Tamworth
Thornton
Timberlane Regional
Unity

Wakefield
Warren
Washington
Waterville Valley
Weare

Wentworth
Westmoreland
White Mountains Regional
Wilton-Lyndeborough
Cooperative

Winchester
Windham
Windsor
Winnacunnet Cooperative
Winnisquam Regional

## New Jersey

Absecon Public S.D.
Alexandria Township S.D. K–8
Allamuchy Township S.D. K–8
Allendale S.D. (K–8)
Alloway Township S.D.
Alpha S.D. K–8
Alpine Public S.D. (K–8)
Andover Regional S.D. – Regional (K–8)
Asbury Park Public Schools
Atlantic City S.D.
Atlantic County Special Services S.D.
Atlantic County Vocational S.D.
Atlantic Highlands S.D.
Audubon S.D.
Avalon S.D.
Avon S.D.
Barnegat Township S.D.
Barrington Public Schools
Bass River Township S.D.
Bay Head S.D.
Bayonne Board of Education (K–12)
Beach Haven S.D.
Bedminster Township S.D. K–8
Belleville S.D.
Bellmawr S.D.
Belmar S.D.
Belvidere S.D. K–12
Bergen County Special Services S.D. – County special education for ages 3–21
Bergen County Technical Schools – County (9–12)
Bergenfield Public Schools (K–12)
Berkeley Heights Public Schools K–12
Berkeley Township S.D.
Berlin Borough S.D.
Berlin Township Public Schools
Bernards Township S.D. K–12
Bethlehem Township S.D. K–8
Beverly City Schools
Black Horse Pike Regional S.D. – Regional
Blairstown Township S.D. K–6
Bloomfield Public Schools
Bloomingdale S.D. K–8
Bloomsbury S.D. K–8
Bogota Public Schools (K–12)
Boonton Public Schools K–12
Boonton Township S.D. K–8
Bordentown Regional S.D. – Regional
Bound Brook S.D. K–12
Bradley Beach S.D.

Branchburg Township S.D. K–8
Brick Public Schools
Bridgeton Public Schools
Bridgewater-Raritan Regional S.D. – K–12 Regional
Brielle S.D.
Brigantine Public Schools
Brooklawn Public S.D.
Buena Regional S.D. – Regional
Burlington County Institute of Technology
Burlington County Special Services S.D. – County special education for ages 3–21
Burlington Township S.D.
Butler Public Schools K–12
Byram Township S.D. (K–8)
Caldwell-West Caldwell Public Schools – Consolidated
Califon S.D. K–8
Camden City S.D.
Camden County Technical Schools
Cape May City S.D.
Cape May County Special Services S.D.
Cape May County Technical S.D.
Carlstadt Public Schools (K–8)
Carlstadt-East Rutherford Regional S.D. – Regional (9–12)
Carteret S.D. K–12
Cedar Grove Schools
Central Regional S.D. – Regional
Cherry Hill Public Schools
Chesilhurst Borough S.D.
Chester S.D. – Consolidated K–8
Chesterfield S.D.
Cinnaminson Township Public Schools
City of Burlington Public S.D.
Clark Public S.D. K–12
Clayton Public Schools
Clearview Regional High S.D. – Regional
Clementon S.D.
Cliffside Park S.D. (K–12)
Clifton Public Schools K–12
Clinton Township S.D. K–8
Clinton-Glen Gardner S.D. K–8 (renamed from Clinton Public School as of 2009)
Closter Public Schools (K–8)
Collingswood Public Schools
Colts Neck S.D.
Commercial Township S.D.
Cranbury S.D. K–8
Cranford Township Public Schools K–12

Cresskill Public Schools (K–12)
Cumberland County Vocational S.D.
Cumberland Regional High School – Regional
Deal S.D.
Deerfield Township S.D.
Delanco Township S.D.
Delaware Township S.D. K–8
Delaware Valley Regional High School 9–12
Regional
Delran Township S.D.
Delsea Regional S.D. – Regional
Demarest Public Schools (K–8)
Dennis Township Public Schools
Denville Township S.D. K–8
Deptford Township Schools
Dover S.D. K–12
Downe Township S.D.
Dumont Public Schools (K–12)
Dunellen Public Schools K–12
Eagleswood Township S.D.
East Amwell Township S.D. K–8
East Brunswick Public Schools K–12
East Greenwich Township S.D.
East Hanover S.D. K–8
East Newark S.D. (K–8)
East Orange S.D.
East Rutherford S.D. (K–8)
East Windsor Regional S.D. K–12 Regional
Eastampton Township S.D.
Eastern Camden County Regional High S.D. –
Regional
Eatontown Public Schools
Edgewater Park S.D.
Edgewater Public Schools (K–12)
Edison Township Public Schools K–12
Egg Harbor City S.D.
Egg Harbor Township Schools
Elizabeth Public Schools K–12
Elk Township S.D.
Elmer S.D.
Elmwood Park Public Schools (K–12)
Elsinboro Township S.D.
Emerson S.D. (K–12)
Englewood Cliffs Public Schools (K–8)
Englewood Public S.D. (K–12)
Essex County Vocational Technical Schools
Essex Fells S.D.
Estell Manor S.D.
Evesham Township S.D.
Ewing Public Schools K–12
Fair Haven Public Schools
Fair Lawn Public Schools (K–12)
Fairfield S.D.
Fairfield Township S.D.
Fairview Public Schools (K–8)
Farmingdale S.D.

Flemington-Raritan Regional S.D. K–8 Regional
Florence Township S.D.
Florham Park S.D. K–8
Folsom Borough S.D.
Fort Lee S.D. (K–12)
Frankford Township S.D. (K–8)
Franklin Borough S.D. (K–8)
Franklin Lakes Public Schools (K–8)
Franklin Township Public Schools
Franklin Township Public Schools K–12
Franklin Township S.D. (Hunterdon County, New
Jersey) K–8
Franklin Township S.D. (Warren County, New
Jersey) K–6
Fredon Township S.D. (K–6)
Freehold Borough Schools
Freehold Regional High S.D. – Regional
Freehold Township Schools
Frelinghuysen Township S.D. K–6
Frenchtown S.D. K–8
Galloway Township Public Schools
Garfield Public Schools (K–12)
Garwood Public Schools K–8
Gateway Regional S.D. – Regional
Gibbsboro S.D.
Glassboro Public Schools
Glen Ridge Public Schools
Glen Rock Public Schools (K–12)
Gloucester City Public Schools
Gloucester County Special Services S.D.
Gloucester County Vocational-Technical S.D.
Gloucester Township Public Schools
Great Meadows Regional S.D. K–8 Regional
Greater Egg Harbor Regional High S.D. – Regional
Green Brook S.D. K–8
Green Township S.D. (K–8)
Greenwich Township S.D.
Greenwich Township S.D.
Greenwich Township S.D. K–8
Guttenberg S.D. (K–8)
Hackensack Public Schools (K–12)
Hackettstown S.D. K–12
Haddon Heights S.D.
Haddon Township S.D.
Haddonfield Public Schools
Hainesport Township S.D.
Haledon S.D. K–8
Hamburg S.D. (K–8)
Hamilton Township S.D. K–12
Hamilton Township Schools
Hammonton Public Schools
Hampton S.D. K–8
Hampton Township S.D. (K–6)
Hanover Park Regional High S.D. – Regional 9–12
Hanover Township Public Schools K–8
Harding Township S.D. K–8

Hardyston Township S.D. (K–8)
Harmony Township S.D. K–8
Harrington Park S.D. (K–8)
Harrison Public Schools (K–12)
Harrison Township S.D.
Hasbrouck Heights S.D. (K–12)
Haworth Public Schools (K–8)
Hawthorne Public Schools K–12
Hazlet Township Public Schools
Henry Hudson Regional High School – Regional
High Bridge S.D. K–8
High Point Regional High School – Regional (9–12)
Highland Park Public Schools K–12
Highlands S.D.
Hillsborough Township S.D. K–12
Hillsdale Public Schools (K–8)
Hillside Public Schools K–12
Hoboken Public Schools (K–12)
Ho-Ho-Kus S.D. (K–8)
Holland Township S.D. K–8
Holmdel Township Public Schools
Hopatcong Public Schools (K–12)
Hope Township S.D. K–8
Hopewell Valley Regional S.D. K–12 Regional
Howell Township Public Schools
Hudson County Schools of Technology (9–12)
Hunterdon Central Regional High School 9–12
Regional
Hunterdon County Vocational S.D. 9–12
International Academy of Trenton S.D. K-5
Irvington Public Schools
Island Heights S.D.
Jackson S.D.
Jamesburg Public Schools K–8
Jefferson Township Public Schools K–12
Jersey City Public Schools (K–12)
Keansburg S.D.
Kearny S.D. (K–12)
Kenilworth Public Schools K–12
Keyport Public Schools
Kingsway Regional S.D. – Regional
Kingwood Township S.D. K–8
Kinnelon Public Schools
Kittatinny Regional High School – Regional (7–12)
Knowlton Township S.D. K–6
Lacey Township S.D.
Lafayette Township S.D. (K–8)
Lakehurst S.D.
Lakeland Regional High School 9–12 Regional
Lakewood S.D.
Lambertville City S.D. K–6
Laurel Springs S.D.
Lavallette S.D.
Lawnside S.D.
Lawrence Township Public Schools K–12
Lebanon Borough S.D. K–6

Lebanon Township Schools K–8
Lenape Regional High S.D. – Regional
Lenape Valley Regional High School – Regional (9–12)
Leonia Public Schools (K–12)
Lincoln Park Public Schools
Linden Public Schools K–12
Lindenwold Public Schools
Linwood Public Schools
Little Egg Harbor Township S.D.
Little Falls Township Public Schools K–8
Little Ferry Public Schools (K–8)
Little Silver S.D.
Livingston Public Schools
Lodi Public Schools (K–12)
Logan Township S.D.
Long Beach Island C.S.D. – Consolidated
Long Branch Public Schools
Long Hill Township School System
Lopatcong Township S.D. K–8
Lower Alloways Creek Township S.D.
Lower Cape May Regional S.D. – Regional
Lower Township S.D.
Lumberton Township S.D.
Lyndhurst S.D. (K–12)
Madison Public Schools
Magnolia S.D.
Mahwah Township Public Schools (K–12)
Mainland Regional High School – Regional
Manalapan-Englishtown Regional S.D. – Regional
Manasquan Public Schools
Manchester Regional High School 9–12 Regional
Manchester Township S.D.
Mannington Township S.D.
Mansfield Public Schools
Mansfield Township S.D. K–6
Mantua Township S.D.
Manville S.D. K–12
Maple Shade S.D.
Margate City Schools
Marlboro Township Public S.D.
Matawan-Aberdeen Regional S.D. – Regional
Maurice River Township S.D.
Maywood Public Schools (K–8)
Medford Lakes S.D.
Medford Township Public Schools
Mendham Borough Schools
Mendham Township Public Schools
Mercer County Technical Schools 9–12
Merchantville S.D.
Metuchen S.D. K–12
Middle Township Public Schools
Middlesex Board of Education K–12
Middlesex County Vocational and Technical Schools
9–12 Vocational
Middletown Township Public S.D.

Midland Park S.D. (K–12)
Milford Borough S.D. K–8
Millburn Township Public Schools
Millstone Township Schools
Milltown Public Schools K–8
Millville Public Schools
Mine Hill S.D.
Monmouth Beach S.D.
Monmouth County Vocational S.D.
Monmouth Regional High School – Regional
Monroe Township Public Schools
Monroe Township S.D. K–12
Montague Township S.D. (K–8)
Montclair Public Schools
Montgomery Township S.D. K–12
Montvale Public Schools (K–8)
Montville Township S.D. K–12
Moonachie S.D. (K–8)
Moorestown Township Public Schools
Morris County Vocational S.D.
Morris Hills Regional High S.D. – Regional 9–12
Morris Plains Schools
Morris S.D. – Regional
Mount Arlington S.D.
Mount Ephraim Public Schools
Mount Holly Township Public Schools
Mount Laurel Schools
Mount Olive Township S.D.
Mountain Lakes Schools K–12
Mountainside S.D. K–8
Mullica Township Schools
National Park S.D.
Neptune City S.D.
Neptune Township Schools
Netcong S.D.
New Brunswick Public Schools K–12
New Hanover Township S.D. – Consolidated
New Milford S.D. (K–12)
New Providence S.D. K–12
Newark Public Schools
Newton Public S.D. (K–12)
North Arlington S.D. (K–12)
North Bergen S.D. (K–12)
North Brunswick Township Public Schools K–12
North Caldwell Public Schools
North Haledon S.D. K–8
North Hanover Township S.D.
North Hunterdon-Voorhees Regional High S.D. 9–12 Regional
North Plainfield S.D. K–12
North Warren Regional High School 7–12 Regional
North Wildwood S.D.
Northern Burlington County Regional S.D. – Regional
Northern Highlands Regional High School – Regional (9–12)

Northern Valley Regional High S.D. – Regional (9–12)
Northfield Community Schools
Northvale Public Schools (K–8)
Norwood Public S.D. (K–8)
Nutley Public Schools
Oakland Public Schools (K–8)
Oaklyn Public S.D.
Ocean City S.D.
Ocean County Vocational Technical School – Countywide
Ocean Gate S.D.
Ocean Township S.D. (Monmouth County, New Jersey) – Consolidated
Ocean Township S.D. (Ocean County, New Jersey)
Oceanport S.D.
Ogdensburg Borough S.D. (K–8)
Old Bridge Township Public Schools K–12
Old Tappan Public Schools (K–8)
Oldmans Township S.D.
Oradell Public S.D. (K–6)
Orange Board of Education
Oxford Township S.D. K–8
Palisades Park Public S.D. (K–12)
Palmyra Public Schools
Paramus Public Schools (K–12)
Park Ridge Public Schools (K–12)
Parsippany-Troy Hills S.D. K–12
Pascack Valley Regional High S.D. – Regional (9–12)
Passaic City S.D. K–12
Passaic County Vocational S.D. 9–12 Vocational
Passaic Valley Regional High School 9–12 Regional
Paterson Public Schools K–12
Paulsboro Public Schools
Pemberton Township S.D.
Penns Grove-Carneys Point Regional S.D. – Regional
Pennsauken Public Schools
Pennsville S.D.
Pequannock Township S.D.
Perth Amboy Public Schools K–12
Phillipsburg S.D. K–12
Pine Hill Schools
Pinelands Regional S.D. – Regional
Piscataway Township Schools K–12
Pitman S.D.
Pittsgrove Township S.D.
Plainfield Public S.D. K–12
Pleasantville Public Schools
Plumsted Township S.D.
Pohatcong Township S.D. K–8
Point Pleasant Beach S.D.
Point Pleasant S.D.
Pompton Lakes S.D. K–12
Port Republic S.D.

Princeton Public Schools K–12 Regional
Prospect Park S.D. K–8
Quinton Township S.D.
Rahway Public Schools K–12
Ramapo Indian Hills Regional High S.D. – Regional
(9–12)
Ramsey Public S.D. (K–12)
Rancocas Valley Regional High School – Regional
Randolph Township Schools
Readington Township Public Schools K–8
Red Bank Borough Public Schools
Red Bank Regional High School – Regional
Ridgefield Park Public Schools (K–12)
Ridgefield S.D. (K–12)
Ridgewood Public Schools (K–12)
Ringwood Public S.D. K–8
River Dell Regional S.D. – Regional (7–12)
River Edge E.S.D. (K–6)
River Vale Public Schools (K–8)
Riverdale S.D.
Riverside S.D.
Riverton S.D.
Robbinsville Public S.D. K–12
Rochelle Park S.D. (K–8)
Rockaway Borough Public Schools K–8
Rockaway Township Public Schools K–8
Roosevelt Public S.D.
Roseland S.D.
Roselle Park S.D. K–12
Roselle Public Schools K–12
Roxbury S.D. K–12
Rumson S.D.
Rumson-Fair Haven Regional High School –
Regional
Runnemede Public S.D.
Rutherford S.D. (K–12)
Saddle Brook Public Schools (K–12)
Saddle River S.D. (K–5)
Salem City S.D.
Salem County Special Services S.D.
Salem County Special Services S.D.
Salem County Vocational Technical Schools
Sandyston-Walpack C.S.D. – Consolidated (K–6)
Sayreville Public Schools K–12
S.D. of the Chathams – Regional K–12
Scotch Plains-Fanwood Regional S.D. K–12
Regional
Sea Girt S.D.
Sea Isle City S.D.
Seaside Heights S.D.
Seaside Park S.D.
Secaucus Public Schools (K–12)
See also: List of schools and S.D.s in Sussex County,
New Jersey
Shamong Township S.D.
Shore Regional High School – Regional

Shrewsbury Borough S.D.
Somerdale S.D.
Somers Point Public Schools
Somerset County Vocational and Technical S.D. 9–
12
Somerset Hills Regional S.D. K–12 Regional
Somerville Public Schools K–12
South Amboy Public Schools K–12
South Bergen Jointure Commission – Regional
special education for ages 3–21
South Bound Brook S.D. K–8
South Brunswick Public Schools K–12
South Hackensack S.D. (K–8)
South Harrison Township S.D.
South Hunterdon Regional S.D. K–12 Regional,
established in 2014–15 from the following former
districts:
South Orange-Maplewood S.D. – Consolidated
South Plainfield Public Schools K–12
South River Public Schools K–12
Southampton Township Schools
Southern Regional S.D. – Regional
Sparta Township Public S.D. (K–12)
Spotswood Public Schools K–12
Spring Lake Heights S.D.
Spring Lake S.D.
Springfield Public Schools K–12
Springfield Township S.D.
Stafford Township S.D.
Stanhope Public Schools (K–8)
Sterling High School – Regional
Stillwater Township S.D. (K–6)
Stockton Borough S.D. K–6
Stone Harbor S.D.
Stow Creek S.D.
Stratford S.D.
Summit Public Schools K–12
Sussex County Vocational S.D. (9–12)
Sussex-Wantage Regional S.D. – Regional (K–8)
Swedesboro-Woolwich S.D. – Consolidated
Tabernacle S.D.
Teaneck Public Schools (K–12)
Tenafly Public Schools (K–12)
Tewksbury Township Schools K–8
Tinton Falls S.D. – Regional
Toms River Regional Schools – Regional
Totowa Borough Public Schools K–8
Trenton Public Schools K–12
Tuckerton S.D.
Union Beach School System
Union City S.D. (New Jersey) (K–12)
Union County Vocational Technical Schools 9–12
Union Public S.D. K–12
Union Township S.D. K–8
Upper Deerfield Township Schools
Upper Freehold Regional S.D. – Regional

Upper Pittsgrove S.D.
Upper Saddle River S.D. (K–8)
Upper Township S.D.
Ventnor City S.D.
Vernon Township S.D. (K–12)
Verona Public Schools
Vineland Public Schools
Voorhees Township Public Schools
Waldwick Public S.D. (K–12)
Wall Township Public Schools
Wallington Public Schools (K–12)
Wallkill Valley Regional High School – Regional (9–12)
Wanaque Borough Schools K–8
Warren County Special Services S.D. K–12 Special Education
Warren County Vocational S.D. 9–12
Warren Hills Regional S.D. 7–12 Regional
Warren Township Schools K–8
Washington Borough Public Schools K–6
Washington Township Public S.D.
Washington Township S.D.
Washington Township S.D. K–6
Washington Township Schools K–8
Watchung Borough Schools K–8
Watchung Hills Regional High School 9–12 Regional
Waterford Township S.D.
Wayne Public Schools K–12
Weehawken S.D. (K–12)
Wenonah S.D.
West Amwell Township S.D. K–6
West Cape May S.D.
West Deptford Public Schools
West Essex Regional S.D. – Regional

West Long Branch Public Schools
West Milford Township Public Schools K–12
West Morris Regional High S.D. – Regional
West New York S.D. (K–12)
West Orange Public Schools
West Windsor-Plainsboro Regional S.D. K–12 Regional (serving communities in both Mercer and Middlesex counties)
West Windsor-Plainsboro Regional S.D. K–12 Regional (serving communities in both Mercer and Middlesex)
Westampton Township Schools
Westfield Public Schools K–12
Westville S.D.
Westwood Regional S.D. – Regional (K–12)
Weymouth Township S.D.
Wharton Borough S.D. K–8
White Township S.D. K–8
Wildwood Crest S.D.
Wildwood Public S.D.
Willingboro Township Public Schools
Winfield Township S.D. K–8
Winslow Township S.D.
Woodbine S.D.
Woodbridge Township S.D. K–12
Woodbury Heights S.D.
Woodbury Public Schools
Woodcliff Lake Public Schools (K–8)
Woodland Park S.D. K–8
Woodland Township S.D.
Woodlynne S.D.
Wood-Ridge S.D. (K–12)
Woodstown-Pilesgrove Regional S.D. – Regional
Wyckoff S.D. (K–8)

## New Mexico

Alamogordo Public Schools
Albuquerque Public Schools
Animas Public Schools
Artesia Public Schools
Aztec Municipal Schools
Belen Consolidated Schools
Bernalillo Public Schools
Bloomfield Schools
Capitan Municipal Schools
Carlsbad Municipal Schools
Carrizozo Municipal Schools
Central Consolidated Schools
Chama Valley Schools
Cimarron Public Schools
Clayton Municipal Schools
Cloudcroft Municipal Schools
Clovis Municipal Schools
Cobre Consolidated Schools
Corona Public Schools
Cuba Independent Schools

Deming Public Schools
Des Moines Municipal Schools
Dexter Consolidated Schools
Dora Consolidated Schools
Dulce Independent Schools
East Mountain Public Schools
Elida Municipal Schools
Espanola Public Schools
Estancia Municipal Schools
Eunice Public Schools
Farmington Municipal Schools
Floyd Municipal Schools
Fort Sumner Municipal Schools
Gadsden Independent Schools
Gallup-McKinley County Schools
Grady Municipal Schools
Grants-Cibola County Schools
Hagerman Municipal Schools
Hatch Valley Public Schools

Hobbs Municipal Schools
Hondo Valley Public Schools
House Municipal Schools
Jal Public Schools
Jemez Mountain Public Schools
Jemez Valley Public Schools
Lake Arthur Municipal Schools
Las Cruces Public Schools
Las Vegas City Public Schools
Logan Municipal Schools
Lordsburg Municipal Schools
Los Alamos Public Schools
Los Lunas Public Schools
Loving Municipal Schools
Lovington Public Schools
Magdalena Municipal Schools
Maxwell Municipal Schools
Melrose Public Schools
Mesa Vista Consolidated Schools

Mora Independent Schools
Moriarty Municipal Schools
Mosquero Municipal Schools
Mountainair Public Schools
Pecos Independent Schools
Peñasco Independent Schools
Pojoaque Valley Public Schools
Portales Municipal Schools
Quemado Independent Schools
Questa Independent Schools
Raton Public Schools
Reserve Independent Schools

Rio Rancho Public Schools
Roswell Independent Schools
Roy Municipal Schools
Ruidoso Municipal Schools
San Jon Municipal Schools
Santa Fe Public Schools
Santa Rosa Consolidated
Schools
Silver Consolidated Schools
Socorro Consolidated Schools
Springer Municipal Schools
Taos Municipal Schools

Tatum Municipal Schools
Texico Municipal Schools
Truth or Consequences
Municipal Schools
Tucumcari Public Schools
Tularosa Municipal Schools
Turquoise Trail Charter School
Vaughn Municipal Schools
Wagon Mound Public Schools
West Las Vegas Public Schools
Zuni Public Schools

## New York

Addison Central S.D.
Adirondack Central S.D.
Afton Central S.D.
Akron Central S.D.
Albany City S.D. (not BOCES)
Albany-Schoharie-Schenectady-Saratoga (Capital
Region) BOCES
Albion Central S.D.
Alden Central S.D.
Alexander Central S.D.
Alexandria Central S.D.
Alfred-Almond Central S.D.
Allegany-Limestone Central S.D.
Altmar-Parish-Williamstown Central S.D.
Amagansett Union Free S.D.
Amherst Central S.D.
Amityville Union Free S.D.
Amsterdam City S.D.
Andes Central S.D.
Andover Central S.D.
Ardsley Union Free S.D.
Argyle Central S.D.
Arkport Central S.D.
Arlington Central S.D.
Attica Central S.D.
Auburn City S.D.
AuSable Valley Central S.D.
Averill Park Central S.D.
Avoca Central S.D.
Avon Central S.D.
Babylon Union Free S.D.
Bainbridge-Guilford Central S.D.
Baldwin Union Free S.D.
Baldwinsville Central S.D.
Ballston Spa Central S.D.
Barker Central S.D.
Batavia City S.D.
Bath Central S.D.
Bay Shore Union Free S.D.
Bayport-Blue Point Union Free S.D.
Beacon City S.D.
Beaver River Central S.D.

Bedford Central S.D.
Beekmantown Central S.D.
Belfast Central S.D.
Belleville-Henderson Central S.D.
Bellmore Union Free S.D.
Bellmore-Merrick Central High S.D.
Bemus Point Central S.D.
Berkshire Union Free S.D.
Berlin Central S.D.
Berne-Knox-Westerlo Central S.D.
Bethlehem Central S.D.
Bethpage Union Free S.D.
Binghamton City S.D.
Blind Brook-Rye Union Free S.D.
Bolivar-Richburg Central S.D.
Bolton Central S.D.
Boquet Valley Central S.D. at Elizabethtown-Lewis-
Westport
Bradford Central S.D.
Brasher Falls Central S.D.
Brentwood Union Free S.D.
Brewster Central S.D.
Briarcliff Manor Union Free S.D.
Bridgehampton Union Free S.D.
Brighton Central S.D.
Broadalbin-Perth Central S.D.
Brockport Central S.D.
Brocton Central S.D.
Bronxville Union Free S.D.
Brookfield Central S.D.
Brookhaven-Comsewogue Union Free S.D.
Broome-Tioga BOCES
Brunswick Central S.D. (Brittonkill)
Brushton-Moira Central S.D.
Buffalo City S.D. (not BOCES)
Burnt Hills-Ballston Lake Central S.D.
Byram Hills Central S.D.
Byron-Bergen Central S.D.
Cairo-Durham Central S.D.
Caledonia-Mumford Central S.D.
Cambridge Central S.D.
Camden Central S.D.

Campbell-Savona Central S.D.
Canajoharie Central S.D.
Canandaigua City S.D.
Canaseraga Central S.D.
Canastota Central S.D.
Candor Central S.D.
Canisteo-Greenwood Central S.D.
Canton Central S.D.
Capital District/North Country
Carle Place Union Free S.D.
Carmel Central S.D.
Carthage Central S.D.
Cassadaga Valley Central S.D.
Cato-Meridian Central S.D.
Catskill Central S.D.
Cattaraugus-Allegany-Erie-Wyoming BOCES
Cattaraugus-Little Valley Central S.D.
Cayuga-Onondaga BOCES
Cazenovia Central S.D.
Center Moriches Union Free S.D.
Central Islip Union Free S.D.
Central Square Central S.D.
Central Valley Central S.D. at Ilion-Mohawk
Chappaqua Central S.D.
Charlotte Valley Central S.D.
Chateaugay Central S.D.
Chatham Central S.D.
Chautauqua Lake Central S.D.
Chazy Union Free S.D.
Cheektowaga Central S.D.
Cheektowaga-Maryvale Union Free S.D.
Cheektowaga-Sloan Union Free S.D.
Chenango Forks Central S.D.
Chenango Valley Central S.D.
Cherry Valley-Springfield Central S.D.
Chester Union Free S.D.
Chittenango Central S.D.
Churchville-Chili Central S.D.
Cincinnatus Central S.D.
Clarence Central S.D.
Clarkstown Central S.D.
Cleveland Hill Union Free S.D.
Clifton-Fine Central S.D.
Clinton Central S.D.
Clinton-Essex-Warren-Washington BOCES
(Champlain Valley Educational Services)
Clyde-Savannah Central S.D.
Clymer Central S.D.
Cobleskill-Richmondville Central S.D.
Cohoes City S.D.
Cold Spring Harbor Central S.D.
Colton-Pierrepont Central S.D.
Commack Union Free S.D.
Connetquot Central S.D.
Cooperstown Central S.D.
Copenhagen Central S.D.

Copiague Union Free S.D.
Corinth Central S.D.
Corning City S.D.
Cornwall Central S.D.
Cortland City S.D.
Coxsackie-Athens Central S.D.
Croton-Harmon Union Free S.D.
Crown Point Central S.D.
Cuba-Rushford Central S.D.
Dalton-Nunda Central S.D. (Keshequa)
Dansville Central S.D.
Deer Park Union Free S.D.
Delaware Academy Central S.D. at Delhi
Delaware-Chenango-Madison-Otsego BOCES
Depew Union Free S.D.
Deposit Central S.D.
DeRuyter Central S.D.
Dobbs Ferry Union Free S.D.
Dolgeville Central S.D.
Dover Union Free S.D.
Downsville Central S.D.
Dryden Central S.D.
Duanesburg Central S.D.
Dundee Central S.D. [2]
Dunkirk City S.D.
Dutchess BOCES
East Aurora Union Free S.D.
East Bloomfield Central S.D.
East Greenbush Central S.D.
East Hampton Union Free S.D.
East Irondequoit Central S.D.
East Islip Union Free S.D.
East Meadow Union Free S.D.
East Moriches Union Free S.D.
East Quogue Union Free S.D.
East Ramapo Central S.D. (Spring Valley)
East Rochester Union Free S.D.
East Rockaway Union Free S.D.
East Syracuse Minoa Central S.D.
East Williston Union Free S.D.
Eastchester Union Free S.D.
Eastern Suffolk (Suffolk-1) BOCES
Eastport-South Manor Central S.D.
Eden Central S.D.
Edgemont Union Free S.D.
Edinburg Common S.D.
Edmeston Central S.D.
Edwards-Knox Central S.D.
Elba Central S.D.
Eldred Central S.D.
Ellenville Central S.D.
Ellicottville Central S.D.
Elmira City S.D.
Elmira Heights Central S.D.
Elmont Union Free S.D.
Elmsford Union Free S.D.

Elwood Union Free S.D.
Enlarged City S.D. of Middletown
Erie 1 BOCES
Erie 2 Chautauqua-Cattaraugus BOCES
Evans-Brant Central S.D. (Lake Shore)
Fabius-Pompey Central S.D.
Fairport Central S.D.
Falconer Central S.D.
Fallsburg Central S.D.
Farmingdale Union Free S.D.
Fayetteville-Manlius Central S.D.
Fillmore Central S.D.
Fire Island Union Free S.D.
Fishers Island Union Free S.D.
Floral Park-Bellerose Union Free S.D.
Florida Union Free S.D.
Fonda-Fultonville Central S.D.
Forestville Central S.D.
Fort Ann Central S.D.
Fort Edward Union Free S.D.
Fort Plain Central S.D.
Frankfort-Schuyler Central S.D.
Franklin Central S.D.
Franklin Square Union Free S.D.
Franklin-Essex-Hamilton BOCES
Franklinville Central S.D.
Fredonia Central S.D.
Freeport Union Free S.D.
Frewsburg Central S.D.
Friendship Central S.D.
Frontier Central S.D.
Fulton City S.D.
Galway Central S.D.
Gananda Central S.D.
Garden City Union Free S.D.
Garrison Union Free S.D.
Gates-Chili Central S.D.
General Brown Central S.D.
Genesee Valley BOCES (Genesee-Livingston-
Steuben-Wyoming)
Genesee Valley Central S.D.
Geneseo Central S.D.
Geneva City S.D.
George Junior Republic Union Free S.D.
Georgetown-South Otselic Central S.D.
Germantown Central S.D.
Gilbertsville-Mount Upton Central S.D.
Gilboa-Conesville Central S.D.
Glen Cove City S.D.
Glens Falls City S.D.
Glens Falls Common S.D.
Gloversville City S.D.
Gorham-Middlesex Central S.D. (Marcus Whitman)
Goshen Central S.D.
Gouverneur Central S.D.
Gowanda Central S.D.

Grand Island Central S.D.
Granville Central S.D.
Great Neck Union Free S.D.
Greece Central S.D.
Green Island Union Free S.D.
Greenburgh Central S.D.
Greenburgh Eleven Union Free S.D.
Greenburgh-Graham Union Free S.D.
Greenburgh-North Castle Union Free S.D.
Greene Central S.D.
Greenport Union Free S.D.
Greenville Central S.D.
Greenwich Central S.D.
Greenwood Lake Union Free S.D.
Groton Central S.D.
Guilderland Central S.D.
Hadley-Luzerne Central S.D.
Haldane Central S.D.
Half Hollow Hills Central S.D.
Hamburg Central S.D.
Hamilton Central S.D.
Hamilton-Fulton-Montgomery BOCES
Hammond Central S.D.
Hammondsport Central S.D.
Hampton Bays Union Free S.D.
Hancock Central S.D.
Hannibal Central S.D.
Harborfields Central S.D.
Harpursville Central S.D.
Harrison Central S.D.
Harrisville Central S.D.
Hartford Central S.D.
Hastings-on-Hudson Union Free S.D.
Hauppauge Union Free S.D.
Haverstraw-Stony Point Central S.D. (North
Rockland)
Hawthorne-Cedar Knolls Union Free S.D.
Hempstead Union Free S.D.
Hendrick Hudson Central S.D.
Herkimer Central S.D.
Herkimer-Fulton-Hamilton-Otsego BOCES
Hermon-DeKalb Central S.D.
Herricks Union Free S.D.
Heuvelton Central S.D.
Hewlett-Woodmere Union Free S.D.
Hicksville Union Free S.D.
Highland Central S.D.
Highland Falls-Fort Montgomery Central S.D.
Hilton Central S.D.
Hinsdale Central S.D.
Holland Central S.D.
Holland Patent Central S.D.
Holley Central S.D.
Homer Central S.D.
Honeoye Central S.D.
Honeoye Falls-Lima Central S.D.

Hoosic Valley Central S.D.
Hoosick Falls Central S.D. (not BOCES)
Hopevale Union Free S.D. at Hamburg
Hornell City S.D.
Horseheads Central S.D.
Hudson City S.D.
Hudson Falls Central S.D.
Hunter-Tannersville Central S.D.
Huntington Union Free S.D.
Hyde Park Central S.D.
Indian Lake Central S.D.
Indian River Central S.D.
Inlet Common S.D.
Iroquois Central S.D.
Irvington Union Free S.D.
Island Park Union Free S.D.
Island Trees Union Free S.D.
Islip Union Free S.D.
Ithaca City S.D.
Jamestown City S.D.
Jamesville-DeWitt Central S.D.
Jasper-Troupsburg Central S.D.
Jefferson Central S.D.
Jefferson-Lewis-Hamilton-Herkimer-Oneida BOCES
Jericho Union Free S.D.
Johnsburg Central S.D.
Johnson City Central S.D.
Johnstown City S.D.
Jordan-Elbridge Central S.D.
Katonah-Lewisboro Union Free S.D.
Keene Central S.D.
Kendall Central S.D.
Kenmore-Town of Tonawanda S.D.
Kinderhook Central S.D.
Kings Park Central S.D.
Kingston City S.D.
Kiryas Joel Village Union Free S.D.
La Fargeville Central S.D.
Lackawanna City S.D.
LaFayette Central S.D.
Lake George Central S.D.
Lake Placid Central S.D.
Lake Pleasant Central S.D.
Lakeland Central S.D.
Lancaster Central S.D.
Lansing Central S.D.
Lansingburgh Central S.D.
Laurens Central S.D.
Lawrence Union Free S.D.
Le Roy Central S.D.
Letchworth Central S.D.
Levittown Union Free S.D.
Lewiston-Porter Central S.D.
Liberty Central S.D.
Lindenhurst Union Free S.D.
Lisbon Central S.D.

Little Falls City S.D.
Little Flower Union Free S.D.
Liverpool Central S.D.
Livingston Manor Central S.D.
Livonia Central S.D.
Lockport City S.D.
Locust Valley Central S.D.
Long Beach City S.D.
Long Lake Central S.D.
Longwood Central S.D.
Lowville Academy & Central S.D.
Lyme Central S.D.
Lynbrook Union Free S.D.
Lyncourt Union Free S.D.
Lyndonville Central S.D.
Lyons Central S.D.
Madison Central S.D.
Madison-Oneida BOCES
Madrid-Waddington Central S.D.
Mahopac Central S.D.
Maine-Endwell Central S.D.
Malone Central S.D.
Malverne Union Free S.D.
Mamaroneck Union Free S.D. (not BOCES)
Manchester-Shortsville Central S.D. (Red Jacket)
Manhasset Union Free S.D.
Marathon Central S.D.
Marcellus Central S.D.
Margaretville Central S.D.
Marion Central S.D. [3]
Marlboro Central S.D.
Massapequa Union Free S.D.
Massena Central S.D.
Mattituck-Cutchogue Union Free S.D.
Mayfield Central S.D.
McGraw Central S.D.
Mechanicville City S.D.
Medina Central S.D.
Menands Union Free S.D.
Merrick Union Free S.D.
Mexico Central S.D.
Middle Country Central S.D.
Middleburgh Central S.D.
Milford Central S.D.
Millbrook Central S.D.
Miller Place Union Free S.D.
Mineola Union Free S.D.
Minerva Central S.D.
Minisink Valley Central S.D.
Monroe 1 BOCES
Monroe 2 – Orleans BOCES
Monroe-Woodbury Central S.D.
Montauk Union Free S.D.
Monticello Central S.D.
Moravia Central S.D.
Moriah Central S.D.[2]

Morris Central S.D.
Morristown Central S.D.
Morrisville-Eaton Central S.D.
Mount Markham Central S.D.
Mount Morris Central S.D.
Mount Pleasant Central S.D.
Mount Pleasant-Blythedale Union Free S.D.
Mount Pleasant-Cottage Union Free S.D.
Mount Sinai Union Free S.D.
Mount Vernon S.D.
Nanuet Union Free S.D.
Naples Central S.D.
New Hartford Central S.D.
New Hyde Park-Garden City Park Union Free S.D.
New Lebanon Central S.D.
New Paltz Central S.D.
New Rochelle City S.D.
New Suffolk Common S.D.
New York City S.D.
New York Mills Union Free S.D.
Newark Central S.D.
Newark Valley Central S.D.
Newburgh City S.D. (not BOCES)
Newcomb Central S.D.
Newfane Central S.D.
Newfield Central S.D.
Niagara Falls City S.D.
Niagara-Wheatfield Central S.D.
Niskayuna Central S.D.
North Babylon Union Free S.D.
North Bellmore Union Free S.D.
North Collins Central S.D.
North Colonie Central S.D.
North Greenbush Common S.D. (Williams)
North Merrick Union Free S.D.
North Rose-Wolcott Central S.D.
North Salem Central S.D.
North Shore Central S.D.
North Syracuse Central S.D.
North Tonawanda City S.D.
North Warren Central S.D.
Northeast Central S.D.
Northeastern Clinton Central S.D.
Northern Adirondack Central S.D.
Northport-East Northport Union Free S.D.
Northville Central S.D.
Norwich City S.D.
Norwood-Norfolk Central S.D.
Nyack Union Free S.D.
Oakfield-Alabama Central S.D.
Oceanside Union Free S.D.
Odessa-Montour Central S.D.
Ogdensburg City S.D.
Olean City S.D.
Oneida City S.D.
Oneida-Herkimer-Madison BOCES

Oneonta City S.D.
Onondaga Central S.D.
Onondaga-Cortland-Madison BOCES
Ontario-Seneca-Yates-Cayuga-Wayne (Wayne-Finger Lakes) BOCES
Onteora Central S.D.
Oppenheim-Ephratah-St. Johnsville Central S.D.
Orange-Ulster BOCES
Orchard Park Central S.D.
Oriskany Central S.D.
Orleans-Niagara BOCES
Ossining Union Free S.D.
Oswego BOCES (CiTi: Center for Instruction, Technology & Innovation)
Oswego City S.D.
Otego-Unadilla Central S.D.
Otsego-Delaware-Schoharie-Greene (Otsego Northern Catskills) BOCES
Owego-Apalachin Central S.D.
Oxford Academy and Central S.D.
Oyster Bay-East Norwich Central S.D.
Oysterponds Union Free S.D.
Palmyra-Macedon Central S.D.
Panama Central S.D.
Parishville-Hopkinton Central S.D.
Patchogue-Medford Union Free S.D.
Pavilion Central S.D.
Pawling Central S.D.
Pearl River Union Free S.D.
Peekskill City S.D.
Pelham Union Free S.D.
Pembroke Central S.D.
Penfield Central S.D.
Penn Yan Central S.D.
Perry Central S.D.
Peru Central S.D.
Phelps-Clifton Springs Central S.D.
Phoenix Central S.D.
Pine Bush Central S.D.
Pine Plains Central S.D.
Pine Valley Central S.D. (South Dayton)
Piseco Common S.D.
Pittsford Central S.D.
Plainedge Union Free S.D.
Plainview-Old Bethpage Central S.D.
Plattsburgh City S.D.
Pleasantville Union Free S.D.
Pocantico Hills Central S.D.
Poland Central S.D.
Port Byron Central S.D.
Port Chester-Rye Union Free S.D.
Port Jefferson Union Free S.D.
Port Jervis City S.D.
Port Washington Union Free S.D.
Portville Central S.D.
Potsdam Central S.D.

Poughkeepsie City S.D.
Prattsburgh Central S.D.
Pulaski Central S.D.
Putnam Central S.D.
Putnam Valley Central S.D.
Putnam-Westchester (Putnam-Northern Westchester) BOCES
Queensbury Union Free S.D.
Quogue Union Free S.D.
Randolph Academy Union Free S.D.
Randolph Central S.D.
Raquette Lake Union Free S.D.
Ravena-Coeymans-Selkirk Central S.D.
Red Creek Central S.D.
Red Hook Central S.D.
Remsen Central S.D.
Remsenburg-Speonk Union Free S.D.
Rensselaer City S.D.
Rensselaer-Columbia-Greene (Questar III) BOCES
Rhinebeck Central S.D.
Richfield Springs Central S.D.
Ripley Central S.D.
Riverhead Central S.D.
Rochester City S.D. (not BOCES)
Rockland BOCES
Rockville Centre Union Free S.D.
Rocky Point Union Free S.D.
Rome City S.D.
Romulus Central S.D.
Rondout Valley Central S.D.
Roosevelt Union Free S.D.
Roscoe Central S.D.
Roslyn Union Free S.D.
Rotterdam-Mohonasen Central S.D.
Roxbury Central S.D.
Royalton-Hartland Central S.D.
Rush-Henrietta Central S.D.
Rye City S.D.
Rye Neck Union Free S.D.
Sachem Central S.D.
Sackets Harbor Central S.D.
Sag Harbor Union Free S.D.
Sagaponack Common S.D.
Saint Regis Falls Central S.D.
Salamanca City S.D.
Salem Central S.D.
Salmon River Central S.D.
Sandy Creek Central S.D.
Saranac Central S.D.
Saranac Lake Central S.D.
Saugerties Central S.D.
Sauquoit Valley Central S.D.
Sayville Union Free S.D.
Scarsdale Union Free S.D.
Schalmont Central S.D.
Schenectady City S.D.

Schenevus Central S.D.
Schodack Central S.D.
Schoharie Central S.D.
Schroon Lake Central S.D.
Schuyler-Steuben-Chemung-Tioga-Allegany (Greater Southern Tier) BOCES
Schuylerville Central S.D.
Scio Central S.D.
Scotia-Glenville Central S.D.
Seaford Union Free S.D.
Seneca Falls Central S.D.
Sewanhaka Central High S.D.
Sharon Springs Central S.D.
Shelter Island Union Free S.D.
Shenendehowa Central S.D.
Sherburne-Earlville Central S.D.
Sherman Central S.D.
Shoreham-Wading River Central S.D.
Sidney Central S.D.
Silver Creek Central S.D.
Skaneateles Central S.D.
Smithtown Central S.D.
Sodus Central S.D.
Solvay Union Free S.D.
Somers Central S.D.
South Colonie Central S.D.
South Country Central S.D.
South Glens Falls Central S.D.
South Huntington Union Free S.D.
South Jefferson Central S.D.
South Kortright Central S.D.
South Lewis Central S.D.
South Mountain-Hickory Common S.D. at Binghamton
South Orangetown Central S.D.
South Seneca Central S.D.
South Seneca Central S.D.
Southampton Union Free S.D.
Southern Cayuga Central S.D.
Southold Union Free S.D.
Southwestern Central S.D. at Jamestown
Spackenkill Union Free S.D.
Spencerport Central S.D.
Spencer-Van Etten Central S.D.
Springs Union Free S.D.
Springville-Griffith Institute Central S.D.
St. Lawrence-Lewis BOCES
Stamford Central S.D.
Starpoint Central S.D.
Stillwater Central S.D.
Stockbridge Valley Central S.D.
Suffern Central S.D.
Sullivan BOCES
Sullivan West Central S.D.
Susquehanna Valley Central S.D.
Sweet Home Central S.D.

Syosset Central S.D.
Syracuse City S.D. (not BOCES)
Taconic Hills Central S.D.
Tech Valley High School (Consortium)
The Enlarged City S.D. of the City of Saratoga Springs
Thousand Islands Central S.D.
Three Village Central S.D.
Ticonderoga Central S.D.
Tioga Central S.D.
Tompkins-Seneca-Tioga BOCES
Tonawanda City S.D.
Town of Webb Union Free S.D.
Tri-Valley Central S.D.
Troy City S.D.
Trumansburg Central S.D.
Tuckahoe Common S.D.
Tuckahoe Union Free S.D.
Tully Central S.D.
Tupper Lake Central S.D.
Tuxedo Union Free S.D.
Ulster BOCES
Unadilla Valley Central S.D.
Union Free S.D. of the Tarrytowns
Union Springs Central S.D.
Uniondale Union Free S.D.
Union-Endicott Central S.D.
Utica City S.D.
Valhalla Union Free S.D.
Valley Central S.D. (Montgomery)
Valley Stream 13 Union Free S.D.
Valley Stream 24 Union Free S.D.
Valley Stream 30 Union Free S.D.
Valley Stream Central High S.D.
Van Hornesville-Owen D. Young Central S.D.
Vernon-Verona-Sherrill Central S.D.
Vestal Central S.D.
Victor Central S.D.
Voorheesville Central S.D.
Wainscott Common S.D.
Wallkill Central S.D.
Walton Central S.D.
Wantagh Union Free S.D.
Wappingers Central S.D.
Warrensburg Central S.D.
Warsaw Central S.D.
Warwick Valley Central S.D.
Washington-Saratoga-Warren-Hamilton-Essex BOCES
Washingtonville Central S.D.
Waterford-Halfmoon Union Free S.D.

Waterloo Central S.D.
Watertown City S.D.
Waterville Central S.D.
Watervliet City S.D.
Watkins Glen Central S.D.
Waverly Central S.D.
Wayland-Cohocton Central S.D.
Wayne Central S.D.
Wayne-Finger Lakes RIC
Webster Central S.D.
Weedsport Central S.D.
Wells Central S.D.
Wellsville Central S.D.
West Babylon Union Free S.D.
West Canada Valley Central S.D.
West Genesee Central S.D.
West Hempstead Union Free S.D.
West Irondequoit Central S.D.
West Islip Union Free S.D.
West Park Union Free S.D.
West Seneca Central S.D.
West Valley Central S.D.
Westbury Union Free S.D.
Westchester (Southern Westchester) BOCES
Western Suffolk (Suffolk-2) BOCES
Westfield Central S.D.
Westhampton Beach Union Free S.D.
Westhill Central S.D.
Westmoreland Central S.D.
Wheatland-Chili Central S.D.
Wheelerville Union Free S.D.
White Plains City S.D.
Whitehall Central S.D.
Whitesboro Central S.D.
Whitesville Central S.D.
Whitney Point Central S.D.
William Floyd Union Free S.D.
Williamson Central S.D.
Williamsville Central S.D.
Willsboro Central S.D.
Wilson Central S.D.
Windham-Ashland-Jewett Central S.D.
Windsor Central S.D.
Worcester Central S.D.
Wyandanch Union Free S.D.
Wynantskill Union Free S.D.
Wyoming Central S.D.
Yonkers City S.D. (not BOCES)
York Central S.D.
Yorkshire-Pioneer Central S.D.
Yorktown Central S.D.

## North Carolina

Alamance-Burlington School System
Alexander County Schools

Alleghany County Schools
Anson County Schools
Ashe County Schools

Asheboro City Schools
Asheville City Schools
Avery County Schools

Beaufort County Schools
Bertie County Schools
Bladen County Schools
Brunswick County Schools
Buncombe County Schools System
Burke County Public Schools
Cabarrus County Schools
Caldwell County Schools
Camden County Schools
Carteret County Public Schools
Caswell County Schools
Catawba County Schools
Chapel Hill-Carrboro City Schools
Charlotte-Mecklenburg Schools
Chatham County Schools
Cherokee County S.D.
Clay County Schools
Cleveland County Schools
Clinton City Schools
Columbus County Schools
Craven County Schools
Cumberland County Schools
Currituck County Schools
Dare County Schools
Davidson County Schools
Davie County Schools
Duplin County Schools
Durham Public Schools
Edenton-Chowan Schools
Edgecombe County Public Schools
Elizabeth City-Pasquotank Public Schools
Elkin City Schools
Franklin County Schools
Gaston County Schools

Gates County Schools
Graham County Schools
Granville County Schools
Greene County Schools
Guilford County Schools
Halifax County Schools
Harnett County Schools
Haywood County Schools
Henderson County Public Schools
Hertford County Public Schools
Hickory City Schools
Hoke County Schools
Hyde County Schools
Iredell-Statesville Schools
Jackson County Schools
Johnston County Schools
Jones County Schools
Kannapolis City Schools
Lee County Schools
Lenoir County Schools
Lexington City Schools
Lincoln County Schools
Macon County Schools
Madison County Schools
Martin County Schools
McDowell County Schools
Mitchell County Schools
Montgomery County Schools
Moore County Schools
Mooresville Graded S.D.
Mount Airy City Schools
Nash-Rocky Mount Schools
New Hanover County Schools
Newton-Conover City Schools
Northampton County Schools
Onslow County Schools
Orange County Schools

Pamlico County Schools
Pender County Schools
Perquimans County Schools
Person County Schools
Pitt County Schools
Polk County Schools
Randolph County Schools
Richmond County Schools
Roanoke Rapids Graded S.D.
Robeson County Schools
Rockingham County Schools
Rowan-Salisbury School System
Rutherford County Schools
Sampson County Schools
Scotland County Schools
Stanly County Schools
Stokes County Schools
Surry County Schools
Swain County Schools
Thomasville City Schools
Transylvania County Schools
Tyrrell County Schools
Union County Public Schools
Vance County Schools
Wake County Public School System
Warren County Schools
Washington County Schools
Watauga County Schools
Wayne County Public Schools
Weldon City Schools
Whiteville City Schools
Wilkes County Schools
Wilson County Schools
Winston-Salem/Forsyth County Schools
Yadkin County Schools
Yancey County Schools

## North Dakota

Adams Public S.D. 128
Alexander Public S.D. 2
Anamoose Public S.D. 14
Apple Creek Public S.D. 39
Ashley Public S.D. 9
Bakker Public S.D. 10
Baldwin Public S.D. 29
Beach Public S.D. 3
Belcourt Public S.D. 7
Belfield Public S.D. 13
Bell Public S.D. 10
Berthold Public S.D.
Beulah Public S.D. 27
Billings County Public S.D. 1
Bisbee-Egeland Public S.D. 2
Bismarck Public S.D. 1

Bismarck Special Education Unit
Bismarck Technical Center
Border Central Public S.D.
Bottineau Public S.D. 1
Bowbells Public S.D. 14
Bowdon Public S.D.
Bowline Butte Public S.D.
Bowman County Public S.D. 1
Buffalo Valley Special Education Unit
Burke Central Public S.D. 36
Burleigh County Special Education Unit
Butte Public S.D.
Carrington Public S.D.

Carrington Public S.D.
Cass Valley N Public S.D.
Cavalier Public S.D.
Center Public S.D.
Center-Stanton Public S.D.
Central Cass Public S.D.
Central Elem Public S.D.
Central Valley Public S.D.
Dakota Prairie Public S.D.
Dakota Public S.D.
Devils Lake Public S.D.
Dickinson Public S.D.
Divide County Public S.D.
Dodge Public S.D.
Drake Public S.D.
Drayton Public S.D.

Driscoll Public S.D.
Dunseith Day Elem School
Dunseith Public S.D.
Earl Public S.D.
East Central S.D.
Edgeley Public S.D.
Edinburg Public S.D.
Edmore Public S.D.
Eight Mile Public S.D.
Elgin Public S.D.
Elgin-New Leipzig Public S.D.
Ellendale Public S.D.
Emerado Public S.D.
Enderlin Public S.D.
Eureka Public S.D.
Fairmount Public S.D.
Fargo Public S.D.
Fessenden Public S.D.
Fessenden-Bowdon Public S.D.
Finley-Sharon Public S.D.
Flasher Public S.D.
Fordville Public S.D.
Fordville-Lankin Public S.D.
Fort Ransom Public S.D.
Fort Totten Public S.D.
Fort Yates Public S.D.
Gackle-Streeter Public S.D.
Garrison Public S.D.
Glen Ullin Public S.D.
Glenburn Public S.D.
Golden Valley Public S.D.
Goodrich Public S.D.
Grafton Public S.D.
Grand Forks Public S.D.
Granville Public S.D.
Grenora Public S.D.
Griggs County Central Public
S.D.
Halliday Public S.D.
Hankinson Public S.D.
Hannaford Public S.D.
Harvey Public Schools
Hatton Public S.D.
Hazelton-Moffit-Braddock
Public S.D.
Hazen Public S.D.
Hebron Public S.D.
Hettinger Public S.D.
Hillsboro Public S.D.
Hope Public S.D.
Horse Creek Public S.D.
Jamestown Public S.D.
Kenmare Public S.D.
Kensal Public S.D.
Killdeer Public S.D.
Kindred Public S.D.

Kulm Public S.D.
Lakota Public S.D.
LaMoure Public S.D.
Langdon Area Public S.D.
Lankin Public S.D.
Lansford Public S.D.
Larimore Public S.D.
Leeds Public S.D.
Lehr Public S.D.
Lewis and Clark Public S.D.
Lidgerwood Public S.D.
Linton Public S.D.
Lisbon Public S.D.
Litchville Public S.D.
Litchville-Marion Public S.D.
Little Heart Public S.D.
Lone Tree Public S.D.
Maddock Public S.D.
Mandan Public S.D.
Mandaree Public S.D.
Manning Public S.D.
Mantador Public S.D.
Manvel Public S.D.
Maple Valley Public S.D.
Mapleton Public S.D.
Marion Public S.D.
Marmarth Public S.D.
Max Public S.D.
May-Port CG Public S.D.
McClusky Public S.D.
McKenzie Co Public S.D.
McKenzie Public S.D.
Medina Public S.D.
Menoken Public S.D.
Midkota Public S.D. 7
Midway Public S.D.
Milnor Public S.D.
Milton Public S.D.
Minnewaukan Public S.D.
Minot Public S.D.
Minto Public S.D.
Mohall Public S.D.
Mohall-Lansford-Sherwood
Montefiore Public S.D.
Montpelier Public S.D.
Mott Public S.D.
Mott-Regent Public S.D.
Mount Pleasant Public S.D.
Munich Public S.D.
Napoleon Public S.D.
Nash Public S.D.
Naughton Public S.D.
Neche Public S.D.
Nedrose Public S.D.
Nesson Public S.D.
New England Public S.D.

New Leipzag Public S.D.
New Public S.D.
New Rockford Public S.D.
New Rockford-Sheyenne Public
S.D.
New Salem Public S.D.
New Town Public S.D.
Newburg-United Public S.D.
Newport Public S.D.
North Border Public S.D.
North Central Public S.D.
North Central Public S.D.
North Sargent Public S.D.
North Shore Public S.D.
Northern Cass Public S.D.
Northwood Public S.D.
Oakes Public S.D.
Oberon Public S.D.
Oriska Public S.D.
Osnabrock Public S.D.
Page Public S.D.
Park River Public S.D.
Parshall Public S.D.
Pembina Public S.D.
Pettibone-Tuttle Public S.D.
Pingree-Buchanan Public S.D.
Plaza Public S.D.
Pleasant Valley Public S.D.
Powers Lake Public S.D.
Reeder Public S.D.
Regan Public S.D.
Regent Public S.D.
Rhame Public S.D.
Richardton Public S.D.
Richardton-Taylor Public S.D.
Richland Public S.D.
Robinson Public S.D.
Rolette Public S.D.
Roosevelt Public S.D.
Rugby Public S.D.
Saint John Public S.D.
Saint Thomas Public S.D.
Salund Public S.D.
Sargent Central Public S.D.
Sawyer Public S.D.
Scranton Public S.D.
Selfridge Public S.D.
Sheets Public S.D.
Sheldon Public S.D.
Sherwood Public S.D.
Sheyenne Public S.D.
Sims Public S.D.
Solen Public S.D.
South Heart Public S.D.
South Prairie Public S.D.
Southern Public S.D.

Spiritwood Public S.D.
Stanley Public S.D.
Stanton Public S.D.
Starkweather Public S.D.
Steele-Dawson Public S.D.
Sterling Public S.D.
Strasburg Public S.D.
Surrey Public S.D.
Sweet Briar Public S.D.
Sykes Public S.D.
Tappen Public S.D.
Taylor Public S.D.
TGU Public S.D.
Theodore Jamerson Elementary School
Thompson Public S.D.

Tioga Public S.D.
Turtle Lake-Mercer Public S.D.
Tuttle-Pettibone Public S.D.
Twin Buttes Public S.D.
Underwood Public S.D.
Union Public S.D.
United Public S.D.
Upham Public S.D.
Valley City Public S.D.
Valley Public S.D.
Velva Public S.D.
Verona Public S.D.
Wahpeton Public S.D.
Walhalla Public S.D.
Warwick Public S.D.
Washburn Public S.D.

West Fargo Public S.D.
Westhope Public S.D.
White Shield Public S.D.
Wildrose-Alamo Public S.D.
Williston Public S.D.
Willow City Public S.D.
Wimbledon-Courtenay Public S.D.
Wing Public S.D.
Wishek Public S.D.
Wolford Public S.D.
Wyndmere Public S.D.
Yellowstone Public S.D.
Zeeland Public S.D.

## Ohio

Ada Exempted Village S.D., Ada
Adams County/Ohio Valley S.D., West Union
Adena Local S.D., Frankfort
Akron City S.D., Akron
Alexander Local S.D., Albany
Allen East Local S.D., Lafayette
Allen Educational Service Center, Lima
Alliance City S.D., Alliance
Amanda-Clearcreek Local S.D., Amanda
Amherst Exempted Village S.D., Amherst
Anna Local S.D., Anna
Ansonia Local S.D., Ansonia
Anthony Wayne Local S.D., Whitehouse
Antwerp Local S.D., Antwerp
Apollo Joint Vocational S.D., Fort Shawnee
Arcadia Local Schools, Arcadia
Arcanum-Butler Local S.D., Arcanum
Archbold Area Local S.D., Archbold
Arlington Local Schools, Arlington
Ashland City S.D., Ashland
Ashland County-West Holmes Joint Vocational S.D. Ashland
Ashtabula Area City S.D., Ashtabula
Ashtabula County Joint Vocational S.D., Jefferson
Athens City S.D., Athens
Auglaize County Educational Academy, Lima
Auglaize Educational Service Center
Aurora City S.D., Aurora
Austintown Local S.D., Youngstown
Avon Lake City S.D., Avon Lake
Avon Local S.D., Avon
Ayersville Local S.D., Defiance
Barberton City S.D., Barberton
Barnesville Exempted Village S.D., Barnesville
Batavia Local S.D., Batavia
Bath Local S.D., Lima
Bay Village City S.D., Bay Village
Beachwood City S.D., Beachwood

Beaver Local S.D., East Liverpool
Beavercreek City S.D., Beavercreek
Bedford City S.D., Bedford
Bellaire Local S.D., Bellaire
Bellbrook-Sugarcreek Local S.D., Bellbrook
Bellefontaine City S.D., Bellefontaine
Bellevue City S.D., Bellevue
Belpre City S.D., Belpre
Benjamin Logan Local S.D., Bellefontaine
Benton-Carroll-Salem Local S.D., Oak Harbor
Berea City S.D., Berea
Berkshire Local S.D., Burton
Berlin-Milan Local S.D., Milan
Berne Union Local S.D., Sugar Grove
Bethel Local S.D., Tipp City
Bethel-Tate Local S.D., Bethel
Bettsville Local S.D., Bettsville
Bexley City S.D., Bexley
Big Walnut Local S.D., Sunbury
Black River Local S.D., Sullivan
Black River Local S.D., Sullivan
Blanchester Local Schools, Blanchester
Bloom-Carroll Local S.D., Carroll
Bloomfield-Mespo S.D., North Bloomfield
Bloom-Vernon Local S.D., South Webster
Bluffton Exempted Village S.D., Bluffton
Boardman Local S.D., Youngstown
Botkins Local S.D., Botkins
Bowling Green City S.D., Bowling Green
Bradford Exempted Village S.D., Bradford
Brecksville-Broadview Heights City S.D., Brecksville, Broadview Heights
Bridgeport Exempted Village S.D., Bridgeport
Bright Local S.D., Mowrystown
Bristol Local S.D., West Farmington
Brooklyn City S.D., Brooklyn
Brookville Local S.D., Brookville
Brown Local S.D., Malvern

Brunswick City S.D., Brunswick
Bryan City S.D., Bryan
Buckeye Central Local S.D., New Washington
Buckeye Local S.D., Ashtabula
Buckeye Local S.D., Rayland
Buckeye Local S.D., Medina
Buckeye Valley Local S.D., Delaware
Bucyrus City S.D., Bucyrus
Butler Technology & Career Development Schools, Ohio
Caldwell Exempted Village S.D., Caldwell
Cambridge City S.D., Cambridge
Campbell City S.D., Campbell
Canal Winchester Local S.D., Canal Winchester
Canfield Local S.D., Canfield
Canton City S.D., Canton
Canton Local S.D., Canton
Cardinal Local S.D., Middlefield
Cardington Lincoln Local Digital School, Cardington
Cardington-Lincoln Local S.D., Cardington
Carey Exempted Village S.D., Carey
Carlisle Local S.D., Carlisle
Carrollton Exempted Village S.D., Carrollton
Cedar Cliff Local S.D., Cedarville
Celina City S.D., Celina
Center for Student Achievement, Jackson
Centerburg Local S.D., Centerburg
Centerville City School S.D., Centerville
Central Local S.D., Sherwood
Chagrin Falls Village Exempted S.D., Chagrin Falls
Champion Local S.D., Warren
Chardon Local S.D., Chardon
Chesapeake-Union Exempted Village S.D., Chesapeake
Chillicothe City S.D., Chillicothe
Chippewa Local S.D., Doylestown
Cincinnati Public Schools, Cincinnati
Circleville City S.D., Circleville
Clark-Shawnee Local S.D., Springfield
Clay Local S.D., Rosemount
Claymont Local S.D., Dennison
Clear Fork Valley Local S.D., Bellville, Butler
Clearview Local S.D., Lorain
Clermont County Educational Service Center, Batavia
Clermont Northeastern Local S.D., Batavia
Cleveland Heights-University Heights City S.D., Cleveland Heights, University Heights
Cleveland Metropolitan S.D., Cleveland
Clinton-Massie Local S.D., Clarksville
Cloverleaf Local S.D., Seville
Clyde-Green Springs Exempted Village S.D., Clyde
Coldwater Exempted Village S.D., Coldwater
Collins Career Center (Joint Vocational Academy College, JVAC), Proctorville
Colonel Crawford Local S.D., North Robinson

Columbia Local S.D., Columbia Station
Columbiana County Joint Vocational S.D., Lisbon
Columbiana Exempted Village S.D., Columbiana
Columbus City Schools, Columbus
Columbus Grove Local S.D., Columbus Grove
Conneaut Area City S.D., Conneaut
Conotton Valley Union Local S.D., Bowerston
Continental Local S.D., Continental
Copley-Fairlawn Local S.D., Fairlawn
Cory-Rawson Local Schools, Rawson
Coshocton City Schools District, Coshocton
Coventry Local S.D., Akron
Covington Exempted Village S.D., Covington
Crestline Exempted Village S.D., Crestline
Crestview Local S.D., Columbiana
Crestview Local S.D., Ashland
Crestview Local S.D., Ashland
Crestview Local S.D., Convoy
Crestwood Local S.D., Mantua
Crooksville Exempted Village Schools, Crooksville
Cuyahoga Falls City S.D., Cuyahoga Falls
Cuyahoga Heights S.D., Cuyahoga Heights
Dalton Local S.D., Dalton
Danbury Local S.D., Marblehead
Danville Local S.D., Danville
Dawson-Bryant Local S.D., Coal Grove
Dayton Public S.D., Dayton
Deer Park Community City S.D., Deer Park
Defiance City S.D., Defiance
Delaware City Local S.D., Delaware
Delphos City S.D., Delphos
Dover City S.D., Dover
Dublin City S.D., Dublin
East Cleveland City S.D., East Cleveland
East Clinton Local S.D., Sabina
East Guernsey Local S.D., Lore City
East Holmes Local S.D., Berlin
East Knox Local S.D., Howard
East Liverpool City S.D., East Liverpool
East Muskingum Local S.D., New Concord
East Palestine City S.D., East Palestine
Eastern Local S.D., Sardinia
Eastern Local S.D., Reedsville
Eastern Local S.D., Beaver
Eastwood Local S.D., Pemberville
Eaton City S.D., Eaton
Edgerton Local S.D., Edgerton
Edgewood Local S.D., Trenton
Edison Local S.D., Richmond
Edon-Northwest Local S.D., Edon
Elgin Local S.D., Marion
Elida Digital Academy, Elida
Elida Local S.D., Elida
Elmwood Local S.D., Bloomdale
Elyria City S.D., Elyria
Euclid City S.D., Euclid

Evergreen Local S.D., Metamora
Fairbanks Local S.D., Milford Center
Fairborn City S.D., Fairborn
Fairfield City S.D., Fairfield
Fairfield Local S.D., Leesburg
Fairfield Union Local S.D., West Rushville
Fairland Local S.D., Proctorville
Fairlawn Local S.D., Sidney
Fairless Local S.D., Navarre
Fairport Harbor Exempted Village S.D., Fairport
Harbor
Fairview Park City S.D., Fairview Park
Fayetteville-Perry Local S.D., Fayetteville
Federal Hocking Local S.D., Coolville
Felicity-Franklin Local S.D., Felicity
Field Local S.D., Mogadore
Findlay City S.D., Findlay
Finneytown Local S.D., Finneytown
Firelands Local S.D., Oberlin
Forest Hills Local S.D., Newtown/Anderson
Township
Fort Frye Local S.D., Beverly
Fort Jennings Local S.D., Fort Jennings
Fort Loramie Local S.D., Fort Loramie
Fort Recovery Local S.D., Fort Recovery
Fostoria City S.D., Fostoria
Franklin City S.D., Franklin
Franklin Local S.D., Duncan Falls
Franklin-Monroe Local S.D., Pitsburg
Fredericktown Local S.D., Fredericktown
Fremont City S.D., Fremont
Frontier Local S.D., New Matamoras
Gahanna-Jefferson City S.D., Gahanna
Galion City S.D., Galion
Gallia County Local S.D., Gallipolis
Gallipolis City S.D., Gallipolis
Garaway Local S.D., Sugarcreek
Garfield Heights City S.D., Garfield Heights
Geneva Area City S.D., Geneva
Genoa Area Local S.D., Genoa
Georgetown Exempted Village S.D., Georgetown
Gibsonburg Exempted Village S.D., Gibsonburg
Girard City S.D., Girard
Gorham Fayette Local S.D., Fayette
Goshen Local S.D., Goshen
Graham Local S.D., Saint Paris
Grand Valley Local S.D., Orwell
Grandview Heights City S.D., Grandview Heights
Granville Exempted Village S.D., Granville
Green Local S.D., Franklin Furnace
Green Local S.D., Green
Green Local S.D., Smithville
Greeneview Local S.D., Jamestown
Greenfield Exempted Village S.D., Greenfield
Greenon Local S.D., Enon
Greenville City S.D., Greenville

Groveport-Madison Local S.D., Groveport
Hamilton City S.D., Hamilton
Hamilton Local S.D., Columbus
Hardin Northern Local S.D., Dola
Hardin-Houston Local S.D., Houston
Harrison Hills City S.D., Hopedale
Heath City S.D., Heath
Heir Force Community School, Lima
Hicksville Exempted Village S.D., Hicksville
Highland Local S.D., Medina
Highland Local S.D., Sparta
Hilliard City S.D., Hilliard
Hillsboro City S.D., Hillsboro
Hillsdale Local S.D., Jeromesville
Holgate Local S.D., Holgate
Hope Haven & JVAC District, Scioto County
Hopewell-Loudon Local S.D., Bascom
Howland Local S.D., Warren
Hubbard Exempted Village S.D., Hubbard
Huber Heights City S.D., Huber Heights
Hudson City S.D., Hudson
Huntington Local S.D., Chillicothe
Huron City S.D., Huron
Independence City S.D., Independence
Indian Creek Local S.D., Wintersville
Indian Hill Exempted Village S.D., Village of Indian
Hill
Indian Lake Local S.D., Lewistown
Indian Valley Local S.D., Gnadenhutten
Ironton City S.D., Ironton
Jackson Center Local S.D., Jackson Center
Jackson City S.D., Jackson
Jackson Local S.D., Massillon
Jackson-Milton Local S.D., North Jackson
James A. Garfield Local S.D., Garrettsville
Jefferson Area Local S.D., Jefferson
Jefferson Local S.D., West Jefferson
Jefferson Township Local S.D., Dayton
Johnstown-Monroe Local S.D., Johnstown
Jonathan Alder Local S.D., Plain City
Kalida Local S.D., Kalida
Kelleys Island Local S.D., Kelleys Island
Kenston Local S.D., Chagrin Falls
Kent City S.D., Kent
Kenton City S.D., Kenton
Kettering City S.D., Kettering
Keystone Local S.D., Lagrange
Kings Local S.D., Kings Mills
Kirtland Local S.D., Kirtland
Lake Local S.D., Uniontown
Lake Local S.D., Millbury
Lakeview Local S.D., Cortland
Lakewood City S.D., Lakewood
Lakewood Local Schools, Hebron
Lakota Local S.D., West Chester
Lakota Local S.D., Kansas

Lancaster City S.D., Lancaster
Lebanon City S.D., Lebanon
Leetonia Exempted Village S.D., Leetonia
Leipsic Local S.D., Leipsic
Lexington Local S.D., Lexington
Liberty Center Local S.D., Liberty Center
Liberty Local S.D., Girard
Liberty Union Local S.D., Baltimore
Liberty-Benton Local S.D., Findlay
Licking Heights Local S.D., Pataskala
Licking Valley Local S.D., Hanover
Lima City S.D., Lima
Lincolnview Local S.D., Van Wert
Lisbon Exempted Village S.D., Lisbon
Little Miami Local S.D., Morrow
Lockland City S.D., Lockland
Logan Elm Local S.D., Circleville
Logan-Hocking Local S.D., Logan
London City S.D., London
Lorain City S.D., Lorain
Loudonville-Perrysville Exempted Village S.D.,
Loudonville
Louisville City S.D., Louisville
Loveland City S.D., Loveland
Lowellville Local S.D., Lowellville
Lucas Local S.D., Lucas
Lynchburg-Clay Local S.D., Lynchburg
Mad River Local S.D., Riverside
Madeira City S.D., Madeira
Madison Local S.D., Madison
Madison Local S.D., Mansfield
Madison Local S.D., Middletown
Madison-Plains Local S.D., London
Manchester Local S.D., Manchester
Manchester Local S.D., Akron
Mansfield City S.D., Mansfield
Maple Heights City S.D., Maple Heights
Mapleton Local S.D., Ashland
Maplewood Local S.D., Cortland
Margaretta Local S.D., Castalia
Mariemont City S.D., Mariemont
Marietta City S.D., Marietta
Marion City S.D., Marion
Marion Local S.D., Maria Stein
Marlington Local S.D., Alliance
Martins Ferry City S.D., Martins Ferry
Marysville Exempted Village Schools District,
Marysville
Mason City S.D., Mason
Massillon City S.D., Massillon
Maumee City S.D., Maumee
Mayfield City S.D., Mayfield Heights, Highland
Heights, Mayfield Village, Gates Mills
Maysville Local S.D., Zanesville
McComb Local S.D., McComb

Mechanicsburg Exempted Village S.D.,
Mechanicsburg
Medina City S.D., Medina
Meigs Local S.D., Pomeroy
Mentor Exempted Village S.D., Mentor
Miami East Local S.D., Casstown
Miami Trace Local S.D., Washington Court House
Miamisburg City S.D., Miamisburg
Middle Bass Local S.D., Middle Bass
Middletown City S.D., Middletown
Middletown Fitness & Preparatory Academy,
Middletown
Midview Local S.D., Grafton
Milford Exempted Village S.D., Milford
Millcreek-West Unity Local S.D., West Unity
Miller City-New Cleveland Local S.D., Miller City
Milton-Union Exempted Village S.D., West Milton
Minerva Local S.D., Minerva
Minford Local S.D., Minford
Minster Local S.D., Minster
Mississinawa Valley Local S.D., Union City
Mogadore Local S.D., Mogadore
Mohawk Local S.D., Sycamore
Monroe Local S.D., Monroe
Monroeville Local S.D., Monroeville
Montpelier Exempted Village S.D., Montpelier
Morgan Local S.D., McConnelsville
Mount Gilead Exempted Village S.D., Mount Gilead
Mount Vernon City S.D., Mount Vernon
Mt Healthy City Schools, Mount Healthy
Napoleon City S.D., Napoleon
National Trail Local S.D., New Paris
Nelsonville-York City S.D., Nelsonville
New Albany-Plain Local S.D., New Albany
New Boston Local S.D., New Boston
New Bremen Local S.D., New Bremen
New Knoxville Local S.D., New Knoxville
New Lebanon Local S.D., New Lebanon
New Lexington City S.D., New Lexington
New London Local S.D., New London
New Miami Local S.D., Hamilton
New Philadelphia City S.D., New Philadelphia
New Richmond Exempted Village S.D., New
Richmond
New Riegel Local S.D., New Riegel
Newark City S.D., Newark
Newcomerstown Exempted Village S.D.,
Newcomerstown
Newton Falls City S.D., Newton Falls
Newton Local S.D., Pleasant Hill
Niles City S.D., Niles
Noble Local S.D., Sarahsville
Nordonia Hills City S.D., Northfield
North Baltimore Local S.D., North Baltimore
North Bass Local S.D., North Bass
North Canton City S.D., North Canton

North Central Local S.D., Creston
North Central Local S.D., Pioneer
North College Hill City S.D., North College Hill
North Fork Local S.D., Utica
North Olmsted City S.D., North Olmsted
North Ridgeville City S.D., North Ridgeville
North Royalton City S.D., North Royalton, Broadview Heights
North Union Local S.D., Richwood
Northeastern Local S.D. (Springfield), Springfield
Northeastern Local S.D., Defiance
Northern Local S.D., Thornville
Northmont City S.D., Clayton
Northmor Local S.D., Galion
Northridge Local S.D. (Johnstown, Ohio), Johnstown [1]
Northridge Local S.D., Dayton
Northwest Local S.D., Colerain
Northwest Local S.D., McDermott
Northwest Local S.D., Canal Fulton
Northwestern Local S.D., Springfield
Northwestern Local S.D., West Salem
Northwood Local S.D., Northwood
Norton City S.D., Norton
Norwalk City S.D., Norwalk
Norwayne Local S.D., Creston
Norwood City S.D., Norwood
Oak Hill Union Local S.D., Oak Hill
Oak Hills Local S.D., Delhi Township/Green Township
Oakwood City S.D., Oakwood
Oberlin City S.D., Oberlin
Old Fort Local S.D., Old Fort
Olentangy Local S.D., Lewis Center
Olmsted Falls City S.D., Olmsted Falls, Olmsted Township
Ontario Local S.D., Ontario
Orange City S.D., Pepper Pike, Orange, Moreland Hills, Hunting Valley, and Woodmere
Oregon City S.D., Oregon
Orrville City S.D., Orrville
Osnaburg Local S.D., East Canton
Otsego Local S.D., Tontogany
Ottawa Hills Local S.D., Ottawa Hills
Ottawa-Glandorf Local S.D., Ottawa
Ottoville Local S.D., Ottoville
Painesville City Local S.D., Painesville
Paint Valley Local S.D., Bainbridge
Pandora-Gilboa Local S.D., Pandora
Parkway Local S.D., Rockford
Parma City S.D., Parma
Patrick Henry Local S.D., Hamler
Paulding Exempted Village Schools, Paulding
Perkins Local S.D., Sandusky
Perry Local S.D., Lima
Perry Local S.D., Perry

Perry Local S.D., Massillon
Perrysburg Exempted Village S.D., Perrysburg
Pettisville Local S.D., Pettisville
Pickerington Local S.D., Pickerington
Pike-Delta-York Local S.D., Delta
Piqua City S.D., Piqua
Plain Local S.D., Canton
Pleasant Local S.D., Marion
Plymouth-Shiloh Local S.D., Plymouth, Shiloh
Poland Local S.D., Poland
Port Clinton City S.D., Port Clinton
Portsmouth City S.D., Portsmouth
Preble Shawnee Local S.D., Camden
Princeton City S.D., Sharonville
Put-in-Bay Local S.D., Put-in-Bay
Pymatuning Valley Local S.D., Andover
Ravenna S.D., Ravenna
Reading Community City S.D., Reading
Revere Local S.D., Bath
Reynoldsburg City S.D., Reynoldsburg
Richard Allen Academy III, Hamilton
Richmond Heights City S.D., Richmond Heights
Ridgedale Local S.D., Morral
Ridgemont Local S.D., Ridgeway
Ridgewood local S.D., West Lafayette
Ripley Union Lewis Huntington Local S.D., Ripley
Rittman Exempted Village S.D., Rittman
River Valley Local S.D., Caledonia
River View Local S.D., Warsaw
Riverdale Local Schools, Mount Blanchard
Riverside Local S.D., DeGraff
Riverside Local S.D., Painesville
Rock Hill Local S.D., Pedro
Rocky River City S.D., Rocky River
Rolling Hills Local S.D., Byesville
Rootstown Local S.D., Rootstown
Ross Local S.D., Hamilton
Rossford Exempted Village S.D., Rossford
Russia Local S.D., Russia
Saint Bernard-Elmwood Place City S.D., Saint Bernard
Saint Henry Consolidated Local S.D., Saint Henry
Saint Joseph Private Schools, Ironton
Saint Marys City S.D., Saint Marys
Salem City S.D., Salem
Sandusky City S.D., Sandusky
Sandy Valley Local S.D., East Sparta
Scioto Valley Local S.D., Piketon
Sebring Local S.D., Sebring
Seneca East Local S.D., Attica
Shadyside Local S.D., Shadyside
Shaker Heights City S.D., Shaker Heights
Shawnee Local S.D., Fort Shanwee
Sheffield-Sheffield Lake City Schools, Sheffield
Shelby City S.D., Shelby
Sidney City S.D., Sidney

Solon City S.D., Solon
South Central Local S.D., Greenwich
South Euclid-Lyndhurst City S.D., South Euclid,
Lyndhurst
South Point Local S.D., South Point
South Range Local S.D., Canfield
Southeast Local S.D., Apple Creek
Southeast Local S.D., Ravenna
Southeastern Local S.D., Richmond Dale
Southeastern Local S.D., South Charleston
Southern Hills Joint Vocational S.D., Georgetown
Southern Local S.D., Salineville
Southern Local S.D., Racine
Southern Local S.D., Corning
Southwest Licking Local S.D., Pataskala
Southwest Local S.D., Harrison
Southwestern City S.D., Grove City
Spencerville Local S.D., Spencerville
Springboro Community City S.D., Springboro
Springfield City S.D., Springfield
Springfield Local S.D., Holland
Springfield Local S.D., New Middletown
Springfield Local S.D., Akron
Springfield-Clark County Joint Vocational S.D.,
Springfield
St. Clairsville-Richland City S.D., St. Clairsville
Steubenville City S.D., Steubenville
Stow-Munroe Falls City S.D., Stow
Strasburg-Franklin Local S.D., Strasburg
Streetsboro City S.D., Streetsboro
Strongsville City S.D., Strongsville
Struthers City S.D., Struthers
Stryker Local S.D., Stryker
Swanton Local S.D., Swanton
Switzerland of Ohio Local S.D., Woodsfield
Sycamore Community S.D., Blue Ash
Sylvania City S.D., Sylvania
Symmes Valley Local S.D., Willow Wood, Waterloo
Talawanda City S.D., Oxford
Tallmadge City S.D., Tallmadge
Teays Valley Local S.D., Ashville,
Tecumseh Local S.D., New Carlisle
Three Rivers Local S.D., Cleves
Tiffin City S.D., Tiffin
Tipp City Exempted Village S.D., Tipp City
Toledo City S.D., Toledo
Toronto City S.D., Toronto
Triad Local S.D., North Lewisburg
Tri-County Joint Vocational S.D., Nelsonville
Tri-County North Local S.D., Lewisburg
Trimble Local S.D., Glouster
Tri-Valley Local S.D., Dresden
Tri-Village Local S.D., New Madison
Triway Local S.D., Wooster
Trotwood-Madison City S.D., Trotwood
Troy City S.D., Troy

Tuscarawas Catholic Central S.D., New Philadelphia,
Ohio
Tuscarawas Valley Local S.D., Zoarville
Tuslaw Local S.D., Massillon
Twin Valley Community Local S.D., West
Alexandria
Twinsburg City S.D., Twinsburg
Ulysses Simpson Grant Joint Vocational S.D., Bethel
Union County College Corner Joint S.D., College
Corner, Indiana
Union Local S.D., Morristown
Union-Scioto Local S.D., Chillicothe
United Local S.D., Hanoverton
Upper Arlington City S.D., Upper Arlington
Upper Sandusky Exempted Village S.D., Upper
Sandusky
Upper Scioto Valley Local S.D., McGuffey
Urbana City S.D., Urbana
Valley Local S.D., Lucasville
Valley View Local S.D., Germantown
Van Buren Local S.D., Van Buren
Van Wert City S.D., Van Wert
Vandalia-Butler City S.D., Vandalia
Vanlue Local S.D., Vanlue
Vermilion Local S.D., Vermilion
Versailles Exempted Village S.D., Versailles
Vinton County Local S.D., McArthur
Wadsworth City S.D., Wadsworth
Walnut Township Local S.D., Millersport
Wapakoneta City S.D., Wapakoneta
Warren City S.D., Warren
Warren Local S.D., Vincent
Warrensville Heights City S.D., Warrensville Heights
Washington Court House City S.D., Washington
Court House
Washington Local S.D., Toledo
Washington-Nile Local S.D., West Portsmouth
Waterloo Local S.D., Waterloo
Wauseon Exempted Village S.D., Wauseon
Waverly City S.D., Waverly
Wayne Trace Local S.D., Haviland
Waynesfield-Goshen Local S.D., Waynesfield
Waynesville Local S.D., Waynesville
Weathersfield Local S.D., Mineral Ridge
Wellington Exempted Village S.D., Wellington
Wellston City S.D., Wellston
Wellsville Local S.D., Wellsville
West Branch Local S.D., Beloit
West Carrollton City S.D., West Carrollton
West Clermont Local S.D., Cincinnati
West Geauga County Local S.D., Chester
West Holmes Local S.D., Millersburg
West Liberty-Salem Local S.D., West Liberty
West Muskingum Local S.D., Zanesville
Western Brown Local S.D., Mount Orab
Western Local S.D., Latham

Western Reserve Local S.D., Berlin Center
Western Reserve Local S.D., Collins
Westerville City S.D., Westerville
Westfall Local S.D., Williamsport
Westlake City S.D., Westlake
Wheelersburg Local S.D., Wheelersburg
Whitehall City S.D., Whitehall
Wickliffe City S.D., Wickliffe
Willard City S.D., Willard
Williamsburg Local S.D., Williamsburg
Willoughby-Eastlake City S.D., Eastlake
Wilmington City S.D., Wilmington
Windham Exempted Village S.D., Windham
Winton Woods City S.D., Forest Park

Wolf Creek Local S.D., Waterford
Woodmore Local S.D., Woodville
Woodridge Local S.D., Peninsula
Wooster City S.D., Wooster
World Changer Leadership Academy, Lima
Worthington City S.D., Worthington
Wynford Local S.D., Bucyrus
Wyoming City S.D., Wyoming
Xenia Community City S.D., Xenia
Yellow Springs Exempted Village S.D., Yellow
Springs
Youngstown City S.D., Youngstown
Zane Trace Local S.D., Chillicothe
Zanesville City S.D., Zanesville

## Oklahoma

Achille Public Schools, Achille, Bryan County
Ada Public Schools, Ada, Pontotoc County
Adair Public Schools, Adair, Mayes County
Afton Public Schools, Afton, Ottawa County
Agra Public Schools, Agra, Lincoln County
Albion Public School, Albion, Pushmataha County
Alex Public Schools, Alex, Grady County
Aline-Cleo Public Schools, Aline, Major County
Allen Public Schools, Allen, Pontotoc County
Allen-Bowden Public School, Tulsa, Creek County
Altus Public Schools, Altus, Jackson County
Alva Public Schools, Alva, Woods County
Amber-Pocasset Public Schools, Amber, Grady
County
Anadarko Public Schools, Anadarko, Caddo County
Anderson Public School, Sand Springs, Osage
County
Antlers Public Schools, Antlers, Pushmataha County
Arapaho-Butler Public S.D., Arapaho, Custer County
Ardmore City Schools, Ardmore, Carter County
Arkoma Public Schools, Arkoma, Le Flore County
Arnett Public Schools, Arnett, Ellis County
Asher Public Schools, Asher, Pottawatomie County
Atoka Public Schools, Atoka, Atoka County
Autry Technology Center
Avant Public School, Avant, Osage County
Balko Public Schools, Balko, Beaver County
Banner Public School, El Reno, Canadian County
Barnsdall Public Schools, Barnsdall, Osage County
Bartlesville Public Schools, Bartlesville, Washington
County
Battiest Public Schools, Battiest, McCurtain County
Bearden Public School, Okemah, Okfuskee County
Beaver Public Schools, Beaver, Beaver County
Beggs Public Schools, Beggs, Okmulgee County
Belfonte Public School, Muldrow, Sequoyah County
Bennington Public Schools, Bennington, Bryan
County
Berryhill Public Schools, Tulsa, Tulsa County
Bethany Public Schools, Bethany, Oklahoma County

Bethel Public Schools, Shawnee, Pottawatomie
County
Big Pasture Public Schools, Randlett, Cotton County
Billings Public Schools, Billings, Noble County
Binger-Oney Public Schools, Binger, Caddo County
Bishop Public School, Lawton, Comanche County
Bixby Public Schools, Bixby, Tulsa County
Blackwell Public Schools, Blackwell, Kay County
Blair Public Schools, Blair, Jackson County
Blanchard Public Schools, Blanchard, McClain
County
Bluejacket Public Schools, Bluejacket, Craig County
Boise City Public Schools, Boise City, Cimarron
County
Bokoshe Public Schools, Bokoshe, Le Flore County
Boone-Apache Public Schools, Apache, Caddo
County
Boswell Public Schools, Boswell, Choctaw County
Bowlegs Public Schools, Bowlegs, Seminole County
Bowring Public School, Bowring, Osage County
Braggs Public Schools, Braggs, Muskogee County
Bray-Doyle Public Schools, Marlow, Stephens
County
Bridge Creek Public Schools, Blanchard, Grady
County
Briggs Public School, Tahlequah, Cherokee County
Bristow Public Schools, Bristow, Creek County
Broken Arrow Public Schools, Broken Arrow, Tulsa
County
Broken Bow Public Schools, Broken Bow,
McCurtain County
Brushy Public School, Sallisaw, Sequoyah County
Buffalo Public Schools, Buffalo, Harper County
Buffalo Valley Public Schools, Talihina, Latimer
County
Burlington Public Schools, Burlington, Alfalfa
County
Burns Flat-Dill City Schools, Burns Flat, Washita
County
Butner Public Schools, Cromwell, Seminole County

Byars Public School, Byars, McClain County
Byng Public Schools, Ada, Pontotoc County
Cache Public Schools, Cache, Comanche County
Caddo Public Schools, Caddo, Bryan County
Calera Public Schools, Calera, Bryan County
Calumet Public Schools, Calumet, Canadian County
Calvin Public Schools, Calvin, Hughes County
Cameron Public Schools, Cameron, Le Flore County
Canadian Public Schools, Canadian, Pittsburg County
Canadian Valley
Caney Public Schools, Caney, Atoka County
Caney Valley Public Schools, Ramona, Washington
County
Canton Public Schools, Canton, Blaine County
Canute Public Schools, Canute, Washita County
Carnegie Public Schools, Carnegie, Caddo County
Carney Public Schools, Carney, Lincoln County
Cashion Public Schools, Cashion, Kingfisher County
Catoosa Public Schools, Catoosa, Rogers County
Cave Springs Public Schools, Bunch, Adair County
Cement Public Schools, Cement, Caddo County
Central High Public Schools, Marlow, Stephens
County
Central Public Schools, Sallisaw, Sequoyah County
Central Tech
Chandler Public Schools, Chandler, Lincoln County
Chattanooga Public Schools, Chattanooga,
Comanche County
Checotah Public Schools, Checotah, McIntosh
County
Chelsea Public Schools, Chelsea, Rogers County
Cherokee Public Schools, Cherokee, Alfalfa County
Cheyenne Public Schools, Cheyenne, Roger Mills
County
Chickasha Public Schools, Chickasha, Grady County
Chisholm Public Schools, Enid, Garfield County
Choctaw-Nicoma Park S.D., Choctaw, Oklahoma
County
Chouteau-Mazie Public Schools, Chouteau, Mayes
County
Cimarron Public Schools, Lahoma, Major County
Claremore Public Schools, Claremore, Rogers
County
Clayton Public Schools, Clayton, Pushmataha County
Cleora Public School, Afton, Delaware County
Cleveland Public Schools, Cleveland, Pawnee
County
Clinton Public Schools, Clinton, Custer County
Coalgate Public Schools, Coalgate, Coal County
Colbert Public Schools, Colbert, Bryan County
Colcord Public Schools, Colcord, Delaware County
Coleman Public Schools, Coleman, Johnston County
Collinsville Public Schools, Collinsville, Tulsa
County
Comanche Public Schools, Comanche, Stephens
County

Commerce Public Schools, Commerce, Ottawa
County
Copan Public Schools, Copan, Washington County
Cordell Public Schools, Cordell, Washita County
Cottonwood Public School, Coalgate, Coal County
Covington-Douglas Public Schools, Covington,
Garfield County
Coweta Public Schools, Coweta, Wagoner County
Coyle Public Schools, Coyle, Logan County
Crescent Public Schools, Crescent, Logan County
Crooked Oak Public Schools, Oklahoma City,
Oklahoma County
Crowder Public Schools, Crowder, Pittsburg County
Crutcho Public School, Oklahoma City, Oklahoma
County
Cushing Public Schools, Cushing, Payne County
Cyril Public Schools, Cyril, Caddo County
Dahlonegah Public School, Stilwell, Adair County
Dale Public Schools, Dale, Pottawatomie County
Darlington Public School, El Reno, Canadian County
Davenport Public Schools, Davenport, Lincoln
County
Davidson Public Schools, Davidson, Tillman County
Davis Public Schools, Davis, Murray County
Deer Creek Public Schools, Edmond, Oklahoma
County
Deer Creek-Lamont Public Schools, Lamont, Grant
County
Denison Public School, Idabel, McCurtain County
Depew Public Schools, Depew, Creek County
Dewar Public Schools, Dewar, Okmulgee County
Dewey Public Schools, Dewey, Washington County
Dibble Public Schools, Dibble, McClain County
Dickson Public Schools, Ardmore, Carter County
Dover Public Schools, Dover, Kingfisher County
Drummond Public Schools, Drummond, Garfield
County
Drumright Public Schools, Drumright, Creek County
Duke Public Schools, Duke, Jackson County
Duncan Public Schools, Duncan, Stephens County
Durant I.S.D., Durant, Bryan County
Dustin Public Schools, Dustin, Hughes County
Eagletown Public Schools, Eagletown, McCurtain
County
Earlsboro Public Schools, Earlsboro, Pottawatomie
County
Eastern Oklahoma County Technology Center
Edmond Public Schools, Edmond, Oklahoma County
El Reno Public Schools, El Reno, Canadian County
Eldorado Public Schools, Eldorado, Jackson County
Elgin Public Schools, Elgin, Comanche County
Elk City Public Schools, Elk City, Beckham County
Elmore City-Pernell Schools, Elmore City, Garvin
County
Empire Public Schools, Duncan, Stephens County
Enid Public Schools, Enid, Garfield County

Erick Public Schools, Erick, Beckham County
Eufaula Public Schools, Eufaula, McIntosh County
Fairland Public Schools, Fairland, Ottawa County
Fairview Public Schools, Fairview, Major County
Fanshawe Public School, Fanshawe, Le Flore County
Fargo Public Schools, Fargo, Ellis County
Felt Public Schools, Felt, Cimarron County
Fletcher Public Schools, Fletcher, Comanche County
Flower Mound Public School, Lawton, Comanche County
Forest Grove Public School, Garvin, McCurtain County
Forgan Public Schools, Forgan, Beaver County
Fort Cobb-Broxton Public Schools, Fort Cobb, Caddo County
Fort Gibson Public Schools, Fort Gibson, Muskogee County
Fort Supply Public Schools, Fort Supply, Woodward County
Fort Towson Public Schools, Fort Towson, Choctaw County
Fox Public Schools, Fox, Carter County
Foyil Public Schools, Foyil, Rogers County
Frederick Public Schools, Frederick, Tillman County
Freedom Public Schools, Freedom, Woods County
Friend Public School, Chickasha, Grady County
Frink-Chambers Public School, McAlester, Pittsburg County
Frontier Public Schools, Red Rock, Noble County
Gage Public Schools, Gage, Ellis County
Gans Public Schools, Gans, Sequoyah County
Garber Public Schools, Garber, Garfield County
Geary Public Schools, Geary, Blaine County
Geronimo Public Schools, Geronimo, Comanche County
Glencoe Public Schools, Glencoe, Payne County
Glenpool Public Schools, Glenpool, Tulsa County
Glover Public School, Broken Bow, McCurtain County
Goodwell Public Schools, Goodwell, Texas County
Gore Public Schools, Gore, Sequoyah County
Gracemont Public Schools, Gracemont, Caddo County
Graham Public Schools, Weleetka, Okfuskee County
Grand View Public School, Tahlequah, Cherokee County
Grandfield Public Schools, Grandfield, Tillman County
Grandview Public School, Comanche, Stephens County
Granite Public Schools, Granite, Greer County
Grant Public School, Grant, Choctaw County
Greasy Public School, Stilwell, Adair County
Greenville Public School, Marietta, Love County
Grove Public School, Shawnee, Pottawatomie County

Grove Public Schools, Grove, Delaware County
Guthrie Public Schools, Guthrie, Logan County
Guymon Public Schools, Guymon, Texas County
Gypsy Public School, Depew, Creek County
Haileyville Public Schools, Haileyville, Pittsburg County
Hammon Public Schools, Hammon, Roger Mills County
Hanna Public Schools, Hanna, McIntosh County
Hardesty Public Schools, Hardesty, Texas County
Harmony Public School, Atoka, Atoka County
Harrah Public Schools, Harrah, Oklahoma County
Hartshorne Public Schools, Hartshorne, Pittsburg County
Haskell Public Schools, Haskell, Muskogee County
Haworth Public Schools, Haworth, McCurtain County
Haywood Public School, Haywood, Pittsburg County
Healdton Public Schools, Healdton, Carter County
Heavener Public Schools, Heavener, Le Flore County
Hennessey Public Schools, Hennessey, Kingfisher County
Henryetta Public Schools, Henryetta, Okmulgee County
Hilldale Public Schools, Muskogee, Muskogee County
Hinton Public Schools, Hinton, Caddo County
Hobart Public Schools, Hobart, Kiowa County
Hodgen Public School, Hodgen, Le Flore County
Holdenville Public Schools, Holdenville, Hughes County
Hollis Public Schools, Hollis, Harmon County
Holly Creek Public School, Broken Bow, McCurtain County
Hominy Public Schools, Hominy, Osage County
Hooker Public Schools, Hooker, Texas County
Howe Public Schools, Howe, Le Flore County
Hugo Public Schools, Hugo, Choctaw County
Hulbert Public Schools, Hulbert, Cherokee County
Hydro-Eakly Public Schools, Hydro, Caddo County
Idabel Public Schools, Idabel, McCurtain County
Indiahoma Public Schools, Indiahoma, Comanche County
Indianola Public Schools, Indianola, Pittsburg County
Inola Public Schools, Inola, Rogers County
Jay Public Schools, Jay, Delaware County
Jenks Public Schools, Jenks, Tulsa County
Jennings Public School, Jennings, Pawnee County
Jones Public Schools, Jones, Oklahoma County
Justice Public School, Wewoka, Seminole County
Justus-Tiawah Public School, Claremore, Rogers County
Kansas Public Schools, Kansas, Delaware County
Kellyville Public Schools, Kellyville, Creek County
Kenwood Public School, Salina, Delaware County
Keota Public Schools, Keota, Haskell County

Ketchum Public Schools, Ketchum, Craig County
Keyes Public Schools, Keyes, Cimarron County
Keys Public Schools, Park Hill, Cherokee County
Keystone Public School, Sand Springs, Tulsa County
Kiefer Public Schools, Kiefer, Creek County
Kildare Public School, Ponca City, Kay County
Kingfisher Public Schools, Kingfisher, Kingfisher County
Kingston Public Schools, Kingston, Marshall County
Kinta Public Schools, Kinta, Haskell County
Kiowa Public Schools, Kiowa, Pittsburg County
Konawa Public Schools, Konawa, Seminole County
Krebs Public School, Krebs, Pittsburg County
Kremlin-Hillsdale Public Schools, Kremlin, Garfield County
Lane Public School, Lane, Atoka County
Latta Public Schools, Ada, Pontotoc County
Laverne Public Schools, Laverne, Harper County
Lawton Public Schools, Lawton, Comanche County
Le Flore Public Schools, Le Flore, Le Flore County
Leach Public School, Twin Oaks, Delaware County
Leedey Public Schools, Leedey, Roger Mills County
Lexington Public Schools, Lexington, Cleveland County
Liberty Public School, Roland, Sequoyah County
Liberty Public Schools, Mounds, Tulsa County
Lindsay Public Schools, Lindsay, Garvin County
Little Axe Public Schools, Norman, Cleveland County
Big Axe Public Schools, Normani, Cleveland County
Locust Grove Public Schools, Locust Grove, Mayes County
Lomega Public Schools, Omega, Kingfisher County
Lone Grove Public Schools, Lone Grove, Carter County
Lone Star Public School, Sapulpa, Creek County
Lone Wolf Public Schools, Lone Wolf, Kiowa County
Lookeba-Sickles Public Schools, Lookeba, Caddo County
Lowrey Public School, Tahlequah, Cherokee County
Lukfata Public School, Broken Bow, McCurtain County
Luther Public Schools, Luther, Oklahoma County
Macomb Public Schools, Macomb, Pottawatomie County
Madill Public Schools, Madill, Marshall County
Mangum Public Schools, Mangum, Greer County
Mannford Public Schools, Mannford, Creek County
Mannsville Public School, Mannsville, Johnston County
Maple Public School, Calumet, Canadian County
Marble City Public School, Marble City, Sequoyah County
Marietta Public Schools, Marietta, Love County
Marlow Public Schools, Marlow, Stephens County

Maryetta Public School, Stilwell, Adair County
Mason Public Schools, Mason, Okfuskee County
Maud Public Schools, Maud, Pottawatomie County
Maysville Public Schools, Maysville, Garvin County
McAlester Public Schools, McAlester, Pittsburg County
McCord Public School, Ponca City, Osage County
McCurtain Public Schools, McCurtain, Haskell County
McLoud Public School, McLoud, Pottawatomie County
Medford Public Schools, Medford, Grant County
Meeker Public Schools, Meeker, Lincoln County
Merritt Public Schools, Elk City, Beckham County
Metro Technology Centers, Oklahoma City, Oklahoma County
Miami Public Schools, Miami, Ottawa County
Mid-Del S.D., Midwest City, Oklahoma County
Middleberg Public School, Blanchard, Grady County
Midway Public Schools, Council Hill, McIntosh County
Milburn Public Schools, Milburn, Johnston County
Milfay Public School, Milfay, Creek County
Mill Creek Public Schools, Mill Creek, Johnston County
Millwood Public Schools, Oklahoma City, Oklahoma County
Minco Public Schools, Minco, Grady County
Moffett Public School, Moffett, Sequoyah County
Monroe Public School, Monroe, Le Flore County
Moore Public Schools, Moore, Cleveland County
Mooreland Public Schools, Mooreland, Woodward County
Morris Public Schools, Morris, Okmulgee County
Morrison Public Schools, Morrison, Noble County
Moseley Public School, Colcord, Delaware County
Moss Public Schools, Holdenville, Hughes County
Mounds Public Schools, Mounds, Creek County
Mountain View-Gotebo Schools, Mountain View, Kiowa County
Moyers Public Schools, Moyers, Pushmataha County
Muldrow Public Schools, Muldrow, Sequoyah County
Mulhall-Orlando Public Schools, Orlando, Logan County
Muskogee Public Schools, Muskogee, Muskogee County
Mustang Public Schools, Mustang, Canadian County
Nashoba Public School, Nashoba, Pushmataha County
Navajo Public Schools, Altus, Jackson County
New Lima Public Schools, Wewoka, Seminole County
Newcastle Public Schools, Newcastle, McClain County
Newkirk Public Schools, Newkirk, Kay County

Ninnekah Public Schools, Ninnekah, Grady County
Noble Public Schools, Noble, Cleveland County
Norman Public Schools, Norman, Cleveland County
North Rock Creek Public School, Shawnee, Pottawatomie County
Norwood Public Schools, Hulbert, Cherokee County
Nowata Public Schools, Nowata, Nowata County
Oak Grove Public School, Cushing, Payne County
Oakdale Public School, Edmond, Oklahoma County
Oaks-Mission Public Schools, Oaks, Delaware County
Oilton Public Schools, Oilton, Creek County
Okarche Public Schools, Okarche, Kingfisher County
Okay Public Schools, Okay, Wagoner County
Okeene Public Schools, Okeene, Blaine County
Okemah Public Schools, Okemah, Okfuskee County
Oklahoma City Public Schools, Oklahoma City, Oklahoma County
Oklahoma Union Public Schools, South Coffeyville, Nowata County
Oktaha Public Schools, Oktaha, Muskogee County
Olive Public Schools, Drumright, Creek County
Olney Public Schools, Clarita, Coal County
Olustee Public Schools, Olustee, Jackson County
Oologah-Talala Public Schools, Oologah, Rogers County
Optima Public School, Optima, Texas County
Osage Hills Public School, Bartlesville, Osage County
Osage Public School, Pryor, Mayes County
Owasso Public Schools, Owasso, Tulsa County
Paden Public Schools, Paden, Okfuskee County
Panama Public Schools, Panama, Le Flore County
Panola Public Schools, Panola, Latimer County
Paoli Public Schools, Paoli, Garvin County
Pauls Valley Public Schools, Pauls Valley, Garvin County
Pawhuska Public Schools, Pawhuska, Osage County
Pawnee Public Schools, Pawnee, Pawnee County
Peavine Public School, Stilwell, Adair County
Peckham Public School, Newkirk, Kay County
Peggs Public School, Peggs, Cherokee County
Perkins-Tryon Public Schools, Perkins, Payne County
Piedmont Public Schools, Piedmont, Canadian County
Pioneer Public School, Chickasha, Grady County
Pioneer-Pleasant Vale Schools, Waukomis, Garfield County
Pittsburg Public Schools, Pittsburg, Pittsburg County
Plainview Public Schools, Ardmore, Carter County
Pleasant Grove Public School, Shawnee, Pottawatomie County
Pocola Public Schools, Pocola, Le Flore County
Ponca City Public Schools, Ponca City, Kay County

Pond Creek-Hunter Public Schools, Pond Creek, Grant County
Porter Consolidated Schools, Porter, Wagoner County
Porum Public Schools, Porum, Muskogee County
Poteau Public Schools, Poteau, Le Flore County
Prague Public Schools, Prague, Lincoln County
Preston Public Schools, Preston, Okmulgee County
Pretty Water Public School, Sapulpa, Creek County
Prue Public Schools, Prue, Osage County
Pryor Public Schools, Pryor, Mayes County
Purcell Public Schools, Purcell, McClain County
Putnam City Public Schools, Warr Acres, Oklahoma County
Quapaw Public Schools, Quapaw, Ottawa County
Quinton Public Schools, Quinton, Pittsburg County
Rattan Public Schools, Rattan, Pushmataha County
Ravia Public School, Ravia, Johnston County
Red Oak Public Schools, Red Oak, Latimer County
Reydon Public Schools, Reydon, Roger Mills County
Ringling Public Schools, Ringling, Jefferson County
Ringwood Public Schools, Ringwood, Major County
Ripley Public Schools, Ripley, Payne County
Riverside Public Schools, El Reno, Canadian County
Robin Hill Public School, Norman, Cleveland County
Rock Creek Public Schools, Bokchito, Bryan County
Rocky Mountain Public School, Stilwell, Adair County
Roff Public Schools, Roff, Pontotoc County
Roland Public Schools, Roland, Sequoyah County
Rush Springs Public Schools, Rush Springs, Grady County
Ryal Public School, Henryetta, McIntosh County
Ryan Public Schools, Ryan, Jefferson County
Salina Public Schools, Salina, Mayes County
Sallisaw Public Schools, Sallisaw, Sequoyah County
Sand Springs Public Schools, Sand Springs, Tulsa County
Sapulpa Public Schools, Sapulpa, Creek County
Sasakwa Public Schools, Sasakwa, Seminole County
Savanna Public Schools, Savanna, Pittsburg County
Sayre Public Schools, Sayre, Beckham County
Schulter Public Schools, Schulter, Okmulgee County
Seiling Public Schools, Seiling, Dewey County
Seminole Public Schools, Seminole, Seminole County
Sentinel Public Schools, Sentinel, Washita County
Sequoyah Public Schools, Claremore, Rogers County
Shady Grove Public School, Hulbert, Cherokee County
Shady Point Public School, Shady Point, Le Flore County
Sharon-Mutual Public Schools, Mutual, Woodward County
Shattuck Public Schools, Shattuck, Ellis County

Shawnee Public Schools, Shawnee, Pottawatomie County
Shidler Public Schools, Shidler, Osage County
Silo Public Schools, Durant, Bryan County
Skelly Public School, Watts, Adair County
Skiatook Public Schools, Skiatook, Tulsa County
Smithville Public Schools, Smithville, McCurtain County
Snyder Public Schools, Snyder, Kiowa County
Soper Public Schools, Soper, Choctaw County
South Coffeyville Public Schools, South Coffeyville, Nowata County
South Rock Creek Public School, Shawnee, Pottawatomie County
Spavinaw Public School, Spavinaw, Mayes County
Sperry Public Schools, Sperry, Tulsa County
Spiro Public Schools, Spiro, Le Flore County
Springer Public Schools, Springer, Carter County
Sterling Public Schools, Sterling, Comanche County
Stidham Public School, Eufaula, McIntosh County
Stigler Public Schools, Stigler, Haskell County
Stillwater Public Schools, Stillwater, Payne County
Stilwell Public Schools, Stilwell, Adair County
Stonewall Public Schools, Stonewall, Pontotoc County
Straight Public School, Guymon, Texas County
Stratford Public Schools, Stratford, Garvin County
Stringtown Public Schools, Stringtown, Atoka County
Strother Public Schools, Seminole, Seminole County
Stroud Public Schools, Stroud, Lincoln County
Stuart Public Schools, Stuart, Hughes County
Sulphur Public Schools, Sulphur, Murray County
Sweetwater Public Schools, Sweetwater, Roger Mills County
Swink Public School, Swink, Choctaw County
Tahlequah Public Schools, Tahlequah, Cherokee County
Talihina Public Schools, Talihina, Le Flore County
Taloga Public Schools, Taloga, Dewey County
Tannehill Public School, McAlester, Pittsburg County
Tecumseh Public Schools, Tecumseh, Pottawatomie County
Temple Public Schools, Temple, Cotton County
Tenkiller Public School, Welling, Cherokee County
Terral Public School, Terral, Jefferson County
Texhoma Public Schools, Texhoma, Texas County
Thackerville Public Schools, Thackerville, Love County
Thomas-Fay-Custer U.S.D., Thomas, Custer County
Timberlake Public Schools, Helena, Alfalfa County
Tipton Public Schools, Tipton, Tillman County
Tishomingo Public Schools, Tishomingo, Johnston County
Tonkawa Public Schools, Tonkawa, Kay County

Tulsa Public Schools, Tulsa, Tulsa County
Tupelo Public Schools, Tupelo, Coal County
Turkey Ford Public School, Wyandotte, Ottawa County
Turner Public Schools, Burneyville, Love County
Turpin Public Schools, Turpin, Beaver County
Tushka Public Schools, Atoka, Atoka County
Tuskahoma Public School, Tuskahoma, Pushmataha County
Tuttle Public Schools, Tuttle, Grady County
Twin Hills Public School, Okmulgee, Okmulgee County
Tyrone Public Schools, Tyrone, Texas County
Union City Public Schools, Union City, Canadian County
Union Public Schools, Tulsa, Tulsa County
Valliant Public Schools, Valliant, McCurtain County
Vanoss Public Schools, Ada, Pontotoc County
Varnum Public Schools, Seminole, Seminole County
Velma-Alma Public Schools, Velma, Stephens County
Verden Public Schools, Verden, Grady County
Verdigris Public Schools, Verdigris, Rogers County
Vian Public Schools, Vian, Sequoyah County
Vici Public Schools, Vici, Dewey County
Vinita Public Schools, Vinita, Craig County
Wagoner Public Schools, Wagoner, Wagoner County
Wainwright Public School, Wainwright, Muskogee County
Walters Public Schools, Walters, Cotton County
Wanette Public Schools, Wanette, Pottawatomie County
Wapanucka Public Schools, Wapanucka, Johnston County
Warner Public Schools, Warner, Muskogee County
Washington Public Schools, Washington, McClain County
Watonga Public Schools, Watonga, Blaine County
Watts Public Schools, Watts, Adair County
Waukomis Public Schools, Waukomis, Garfield County
Waurika Public Schools, Waurika, Jefferson County
Wayne Public Schools, Wayne, McClain County
Waynoka Public Schools, Waynoka, Woods County
Weatherford Public Schools, Weatherford, Custer County
Webbers Falls Public Schools, Webbers Falls, Muskogee County
Welch Public Schools, Welch, Craig County
Weleetka Public Schools, Weleetka, Okfuskee County
Wellston Public Schools, Wellston, Lincoln County
Western Heights Public Schools, Oklahoma City, Oklahoma County
Westville Public Schools, Westville, Adair County
Wetumka Public Schools, Wetumka, Hughes County

Wewoka Public Schools, Wewoka, Seminole County
White Rock Public School, McLoud, Lincoln County
Whitebead Public School, Pauls Valley, Garvin County
Whitefield Public School, Whitefield, Haskell County
Whitesboro Public Schools, Whitesboro, Le Flore County
Wickliffe Public School, Salina, Mayes County
Wilburton Public Schools, Wilburton, Latimer County
Wilson Public Schools, Henryetta, Okmulgee County
Wilson Public Schools, Wilson, Carter County
Wister Public Schools, Wister, Le Flore County
Woodall Public School, Tahlequah, Cherokee County

Woodland Public Schools, Fairfax, Osage County
Woodward Public Schools, Woodward, Woodward County
Wright City Public Schools, Wright City, McCurtain County
Wyandotte Public Schools, Wyandotte, Ottawa County
Wynnewood Public Schools, Wynnewood, Garvin County
Wynona Public Schools, Wynona, Osage County
Yale Public Schools, Yale, Payne County
Yarbrough Public Schools, Goodwell, Texas County
Yukon Public Schools, Yukon, Canadian County
Zaneis Public School, Wilson, Carter County
Zion Public School, Stilwell, Adair County

## Oregon

Adel S.D.
Adrian S.D.
Alsea S.D.
Amity S.D.
Annex S.D., Ontario
Arlington S.D.
Arock S.D.
Ashland S.D.
Ashwood S.D.
Astoria S.D.
Athena-Weston S.D.
Baker S.D., Baker City
Bandon S.D.
Banks S.D.
Beaverton S.D.
Bend-La Pine S.D.
Bethel S.D., Eugene
Blachly S.D.
Black Butte S.D., Camp Sherman
Brookings-Harbor S.D.
Burnt River S.D., Unity
Butte Falls S.D.
Camas Valley S.D.
Canby S.D.
Cascade S.D., Turner
Centennial S.D., Portland
Central S.D., Independence
Central Curry S.D., Gold Beach
Central Linn S.D., Brownsville
Central Point S.D. (formerly Jackson County S.D.)
Clatskanie S.D.
Colton S.D.
Condon S.D.
Coos Bay S.D.
Coquille S.D.
Corbett S.D.
Corvallis S.D.

Cove S.D.
Creswell S.D.
Crook County S.D., Prineville
Crow-Applegate-Lorane S.D.
Culver S.D.
Dallas S.D.
David Douglas S.D., Portland
Days Creek S.D. (Douglas County S.D. 15)
Dayton S.D.
Dayville S.D.
Diamond S.D.
Double O S.D., Hines
Drewsey S.D.
Dufur S.D.
Eagle Point S.D.
Echo S.D.
Elgin S.D.
Elkton S.D.
Enterprise S.D.
Estacada S.D.
Eugene S.D.
Falls City S.D.
Fern Ridge S.D., Elmira
Forest Grove S.D.
Fossil S.D.
Frenchglen S.D.
Gaston S.D.
Gervais S.D.
Gladstone S.D.
Glendale S.D.
Glide S.D.
Grants Pass S.D.
Greater Albany Public S.D.
Gresham-Barlow S.D.
Harney County S.D. 3, Burns
Harney County S.D. 4 (Crane E.S.D.), Crane

Harney County Union High S.D. (Crane Union High S.D.), Crane
Harper S.D.
Harrisburg S.D.
Helix S.D.
Hermiston S.D.
Hillsboro S.D.
Hood River County S.D., Hood River
Huntington S.D.
Imbler S.D.
Ione S.D.
Jefferson S.D.
Jefferson County S.D., Madras
Jewell S.D.
John Day S.D. (Grant County S.D.), Canyon City
Jordan Valley S.D.
Joseph S.D.
Junction City S.D.
Juntura S.D.
Klamath County S.D.
Klamath Falls City Schools
Knappa S.D.
La Grande S.D.
Lake County S.D. (Lakeview S.D.)
Lake Oswego S.D.
Lebanon Community Schools
Lincoln County S.D., Newport
Long Creek S.D.
Lowell S.D.
Mapleton S.D.
Marcola S.D.
McDermitt E.S.D. (Students attend school in McDermitt, Nevada)
McKenzie S.D., Finn Rock
McMinnville S.D.

Medford S.D.
Milton-Freewater U.S.D.
Mitchell S.D.
Molalla River S.D.
Monroe S.D.
Monument S.D.
Morrow S.D., Lexington
Mt. Angel S.D.
Myrtle Point S.D.
Neah-Kah-Nie S.D., Rockaway Beach
Nestucca Valley S.D., Hebo
Newberg S.D.
North Bend S.D.
North Clackamas S.D., Milwaukie
North Douglas S.D., Drain
North Lake S.D., Silver Lake
North Marion S.D., Aurora
North Powder S.D.
North Santiam S.D., Stayton
North Wasco County S.D. (formerly The Dalles and Chenowith S.D.s)
Nyssa S.D.
Oakland S.D.
Oakridge S.D.
Ontario S.D.
Oregon City S.D.
Oregon Trail S.D., Sandy
Paisley S.D.
Parkrose S.D., Portland
Pendleton S.D.

Perrydale S.D.
Philomath S.D.
Phoenix-Talent S.D.
Pilot Rock S.D.
Pine Creek S.D., Hines
Pine Eagle S.D., Halfway
Pinehurst S.D., Ashland
Pleasant Hill S.D.
Plush S.D.
Port Orford-Langlois S.D.
Portland Public Schools
Powers S.D.
Prairie City S.D.
Prospect S.D.
Rainier S.D.
Redmond S.D.
Reedsport S.D.
Reynolds S.D., Fairview
Riddle S.D.
Riverdale S.D., Portland
Rogue River S.D.
Roseburg S.D. (Douglas County S.D. 4)
St. Helens S.D.
St. Paul S.D.
Salem-Keizer S.D.
Santiam Canyon S.D., Mill City
Scappoose S.D.
Scio S.D.
Seaside S.D.
Sheridan S.D.
Sherman County S.D., Wasco
Sherwood S.D.

Silver Falls S.D., Silverton
Sisters S.D.
Siuslaw S.D., Florence
South Harney S.D., Fields
South Lane S.D., Cottage Grove
South Umpqua S.D., Myrtle Creek
South Wasco County S.D., Maupin
Spray S.D.
Springfield S.D.
Stanfield S.D.
Suntex S.D., Hines
Sutherlin S.D.
Sweet Home S.D.
Three Rivers/Josephine County S.D., Murphy
Tigard-Tualatin S.D.
Tillamook S.D.
Troy S.D.
Ukiah S.D.
Umatilla S.D.
Union S.D.
Vale S.D.
Vernonia S.D.
Wallowa S.D.
Warrenton-Hammond S.D.
West Linn-Wilsonville S.D.
Willamina S.D.
Winston-Dillard S.D.
Woodburn S.D.
Yamhill-Carlton S.D.
Yoncalla S.D.

## Pennsylvania

Abington Heights S.D. – Lackawanna County
Abington S.D. – Montgomery County
Albert Gallatin Area S.D. – Fayette County
Aliquippa S.D. – Beaver County
Allegheny-Clarion Valley S.D. – Armstrong County, Butler County, Clarion County.
Allegheny Valley S.D. – Allegheny County
Allentown S.D. – Lehigh County
Altoona Area S.D. – Blair County
Ambridge Area S.D. – Beaver County
Annville-Cleona S.D. – Lebanon County
Antietam S.D. – Berks County
Apollo-Ridge S.D. – Armstrong County, Indiana County
Armstrong S.D. – Armstrong County, Clarion County, Indiana County
Athens Area S.D. – Bradford County
Austin Area S.D. – Potter County
Avella Area S.D. – Washington County
Avon Grove S.D. – Chester County

Avonworth S.D. – Allegheny County
Bald Eagle Area S.D. – Centre County
Baldwin-Whitehall S.D. – Allegheny County
Bangor Area S.D. – Northampton County
Beaver Area S.D. – Beaver County
Bedford Area S.D. – Bedford County
Belle Vernon Area S.D. – Fayette County, Westmoreland County
Bellefonte Area S.D. – Centre County
Bellwood-Antis S.D. – Blair County
Bensalem Township S.D. – Bucks County
Benton Area S.D. – Columbia County
Bentworth S.D. – Washington County
Berlin Brothersvalley S.D. – Somerset County
Bermudian Springs S.D. – Adams County
Berwick Area S.D. – Columbia County, Luzerne County
Bethel Park S.D. – Allegheny County
Bethlehem Area S.D. – Lehigh County, Northampton County

Bethlehem-Center S.D. – Washington County
Big Beaver Falls Area S.D. – Beaver County
Big Spring S.D. – Cumberland County
Blackhawk S.D. – Beaver County, Lawrence County
Blacklick Valley S.D. – Cambria County
Blairsville-Saltsburg S.D. – Indiana County, Westmoreland County
Bloomsburg Area S.D. – Columbia County
Blue Mountain S.D. – Schuylkill County
Blue Ridge S.D. – Susquehanna County
Boyertown Area S.D. – Berks County, Montgomery County
Bradford Area S.D. – McKean County
Brandywine Heights Area S.D. – Berks County
Brentwood Borough S.D. – Allegheny County
Bristol Borough S.D. – Bucks County
Bristol Township S.D. – Bucks County
Brockway Area S.D. – Elk County, Jefferson County
Brookville Area S.D. – Jefferson County
Brownsville Area S.D. – Fayette County, Washington County
Bryn Athyn S.D. – Montgomery County
Burgettstown Area S.D. – Washington County
Burrell S.D. – Westmoreland County
Butler Area S.D. – Butler County
California Area S.D. – Washington
Cambria Heights S.D. – Cambria
Cameron County S.D. – Cameron
Camp Hill S.D. – Cumberland
Canon-McMillan S.D. – Washington
Canton Area S.D. – Bradford, Lycoming, Tioga
Carbondale Area S.D. – Lackawanna
Carlisle Area S.D. – Cumberland
Carlynton S.D. – Allegheny
Carmichaels Area S.D. – Greene
Catasauqua Area S.D. – Lehigh, Northampton
Centennial S.D. – Bucks
Center Area S.D. – Beaver (defunct)
Central Bucks S.D. – Bucks
Central Cambria S.D. – Cambria
Central Columbia S.D. – Columbia
Central Dauphin S.D. – Dauphin
Central Fulton S.D. – Fulton
Central Greene S.D. – Greene
Central Valley S.D. – Beaver
Central York S.D. – York
Chambersburg Area S.D. – Franklin
Charleroi S.D. – Washington
Chartiers-Houston S.D. – Washington
Chartiers Valley S.D. – Allegheny
Cheltenham Township S.D. – Montgomery County
Chester Upland S.D. – Delaware
Chestnut Ridge S.D. – Bedford
Chichester S.D. – Delaware
Clairton City S.D. – Allegheny
Clarion Area S.D. – Clarion

Clarion-Limestone Area S.D. – Clarion, Jefferson
Claysburg-Kimmel S.D. – Blair, Bedford
Clearfield Area S.D. – Clearfield
Coatesville Area S.D. – Chester
Cocalico S.D. – Lancaster
Colonial S.D. – Montgomery County
Columbia Borough S.D. – Lancaster
Commodore Perry S.D.
Conemaugh Township Area S.D. – Somerset
Conemaugh Valley S.D. – Cambria
Conestoga Valley S.D. – Lancaster
Conewago Valley S.D. – Adams
Conneaut S.D. – Crawford
Connellsville Area S.D. – Fayette
Conrad Weiser Area S.D. – Berks, Lancaster
Cornell S.D. – Allegheny
Cornwall-Lebanon S.D. – Lebanon
Corry Area S.D. – Crawford, Erie, Warren
Coudersport Area S.D. – Potter
Council Rock S.D. – Bucks
Cranberry Area S.D. – Venango County
Crawford Central S.D. – Crawford,Mercer
Crestwood S.D. – Luzerne
Cumberland Valley S.D. – Cumberland
Curwensville Area S.D. – Clearfield
Dallas S.D. – Luzerne County
Dallastown Area S.D. – York County
Daniel Boone Area S.D. – Berks County
Danville Area S.D. – Montour County, Northumberland County
Deer Lakes S.D. – Allegheny County
Delaware Valley S.D. – Pike County
Derry Area S.D. – Westmoreland County
Derry Township S.D. – Dauphin County
Donegal S.D. – Lancaster County
Dover Area S.D. – York County
Downingtown Area S.D. – Chester County
DuBois Area S.D. – Clearfield County, Jefferson County
Dunmore S.D. – Lackawanna County
Duquesne City S.D. – Allegheny County
East Allegheny S.D. – Allegheny
East Lycoming S.D. – Lycoming
East Penn S.D. – Lehigh
East Pennsboro Area S.D. – Cumberland
East Stroudsburg Area S.D. – Monroe, Pike
Eastern Lancaster County S.D. – Lancaster
Eastern Lebanon County S.D. – Lebanon
Eastern York S.D. – York
Easton Area S.D. – Bucks, Northampton
Elizabeth Forward S.D. – Allegheny
Elizabethtown Area S.D. – Lancaster
Elk Lake S.D. – Susquehanna, Wyoming
Ellwood City Area S.D. – Beaver, Lawrence
Ephrata Area S.D. – Lancaster
Erie City S.D. – Erie

Everett Area S.D. – Bedford
Exeter Township S.D. – Berks
Fairfield Area S.D. – Adams
Fairview S.D. – Erie
Fannett-Metal S.D. – Franklin, Perry
Farrell Area S.D. – Mercer
Ferndale Area S.D. – Cambria
Fleetwood Area S.D. – Berks
Forbes Road S.D. – Fulton
Forest Area S.D. – Forest
Forest City Regional S.D. – Susquehanna,
Lackawanna, Wayne
Forest Hills S.D. – Cambria
Fort Cherry S.D. – Washington, Allegheny
Fort LeBoeuf S.D. – Erie
Fox Chapel Area S.D. – Allegheny
Franklin Area S.D. – Venango
Franklin Regional S.D. – Westmoreland
Frazier S.D. – Fayette
Freedom Area S.D. – Beaver
Freeport Area S.D. – Armstrong, Butler
Galeton Area S.D.
Garnet Valley S.D. – Delaware
Gateway S.D. - Allegheny
General McLane S.D.
Gettysburg Area S.D.
Girard S.D.
Glendale S.D.
Governor Mifflin S.D.
Great Valley S.D. – Chester
Greater Johnstown S.D.
Greater Latrobe S.D. - Westmoreland
Greater Nanticoke Area S.D.
Greencastle-Antrim S.D.
Greensburg-Salem S.D. - Westmoreland
Greenville Area S.D.
Greenwood S.D.
Grove City Area S.D.
Halifax Area S.D. – Dauphin County
Hamburg Area S.D.
Hampton Township S.D. – Allegheny County
Hanover Area S.D. – Luzerne County
Hanover Public S.D. – York County
Harbor Creek S.D.
Harmony Area S.D.
Harrisburg City S.D. – Dauphin County
Hatboro-Horsham S.D. – Montgomery County
Haverford Township S.D. – Delaware County
Hazleton Area S.D. – Carbon County, Luzerne
County, Schuylkill County
Hempfield Area S.D. – Westmoreland County
Hempfield S.D. – Lancaster County
Hermitage S.D.
Highlands S.D. – Allegheny County
Hollidaysburg Area S.D.
Homer-Center S.D.

Hopewell Area S.D. - Beaver
Huntingdon Area S.D.
Indiana Area S.D. – Indiana County
Interboro S.D. – Delaware County
Iroquois S.D. – Erie County
Jamestown Area S.D.
Jeannette City S.D. - Westmoreland
Jefferson-Morgan S.D.
Jenkintown S.D.
Jersey Shore Area S.D.
Jim Thorpe Area S.D. – Carbon County
Johnsonburg Area S.D.
Juniata County S.D. – Juniata County
Juniata Valley S.D.
Kane Area S.D.
Karns City Area S.D.
Kennett C.S.D.
Keystone Central S.D.
Keystone Oaks S.D. - Allegheny
Keystone S.D.
Kiski Area S.D.
Kutztown Area S.D.
Lackawanna Trail S.D. – Wyoming County,
Lackawanna County
Lake-Lehman S.D. – Luzerne County, Wyoming
County
Lakeland S.D.
Lakeview S.D.
Lampeter-Strasburg S.D. – Lancaster County
Laurel Highlands S.D.
Laurel S.D.
Lebanon S.D.
Leechburg Area S.D.
Lehighton Area S.D. – Carbon County
Lewisburg Area S.D. – Union County
Ligonier Valley S.D.
Line Mountain S.D. – Northumberland County
Littlestown Area S.D.
Lower Dauphin S.D. – Dauphin County
Lower Merion S.D. – Montgomery County
Lower Moreland Township S.D. – Montgomery
County
Loyalsock Township S.D. – Lycoming County
Mahanoy Area S.D. - Schuylkill
Manheim Central S.D. – Lancaster
Manheim Township S.D. – Lancaster
Marion Center Area S.D.
Marple Newtown S.D. – Delaware
Mars Area S.D. - Butler
McGuffey S.D.
McKeesport Area S.D. - Allegheny
Mechanicsburg Area S.D. – Cumberland
Mercer Area S.D.
Methacton S.D.
Meyersdale Area S.D.
Mid Valley S.D.

Midd-West S.D. – Snyder
Middletown Area S.D. – Dauphin
Midland Borough S.D.
Mifflin County S.D.
Mifflinburg Area S.D.
Millcreek Township S.D.
Millersburg Area S.D. – Dauphin
Millville Area S.D.
Milton Area S.D.
Minersville Area S.D.
Mohawk Area S.D.
Monessen City S.D.
Moniteau S.D.
Montgomery Area S.D.
Montour S.D. - Allegheny
Montoursville Area S.D.
Montrose Area S.D.
Moon Area S.D. - Allegheny
Morrisville Borough S.D.
Moshannon Valley S.D.
Mount Carmel Area S.D. – Northumberland
Mt. Lebanon S.D. - Allegheny
Mount Pleasant Area S.D.
Mount Union Area S.D.
Mountain View S.D.
Muhlenberg S.D.
Muncy S.D.
Nazareth Area S.D. – Northampton County
Neshaminy S.D. – Bucks County
Neshannock Township S.D. – Lawrence County
New Brighton Area S.D. – Beaver County
New Castle Area S.D. – Lawrence County
New Hope-Solebury S.D. – Bucks County
New Kensington–Arnold S.D. – Westmoreland
County
Newport S.D. – Perry County
Norristown Area S.D. – Montgomery County
North Allegheny S.D. – Allegheny County
North Clarion County S.D. – Clarion County
North East S.D. – Erie County
North Hills S.D.– Allegheny County
North Penn S.D. – Montgomery County
North Pocono S.D. – Lackawanna County, Wayne
County
North Schuylkill S.D. – Columbia County, Schuylkill
County
North Star S.D. – Somerset County
Northampton Area S.D.
Northeast Bradford S.D.
Northeastern York S.D. – York County
Northern Bedford County S.D. – Bedford County
Northern Cambria S.D. – Cambria County
Northern Lebanon S.D. – Lebanon County
Northern Lehigh S.D. – Lehigh County
Northern Potter S.D.
Northern Tioga S.D. - Tioga

Northern York County S.D. – York County
Northgate S.D. – Allegheny County
Northwest Area S.D. – Luzerne County
Northwestern S.D.
Northwestern Lehigh S.D. – Lehigh County
Norwin S.D. - Westmoreland
Octorara Area S.D.
Oil City Area S.D.- Venango County
Old Forge S.D. – Lackawanna County
Oley Valley S.D. – Berks
Oswayo Valley S.D.
Otto-Eldred S.D.
Owen J. Roberts S.D. – Chester
Oxford Area S.D.
Palisades S.D. – Bucks County
Palmerton Area S.D. – Carbon County
Palmyra Area S.D. – Lebanon County
Panther Valley S.D. – Carbon County, Schuylkill
County
Parkland S.D. – Lehigh County
Pen Argyl Area S.D. – Northampton County
Penn Cambria S.D. – Cambria County
Penn Hills S.D. – Allegheny County
Penn Manor S.D. – Lancaster County
Penn-Delco S.D. – Delaware County
Penn-Trafford S.D. - Westmoreland
Penncrest S.D.
Pennridge S.D. – Bucks County
Penns Manor Area S.D. – Indiana County
Penns Valley Area S.D.
Pennsbury S.D.
Pequea Valley S.D.
Perkiomen Valley S.D. – Montgomery County
Peters Township S.D. – Washington
S.D. of Philadelphia – Philadelphia County
Philipsburg-Osceola Area S.D.
Phoenixville Area S.D. – Chester County
Pine Grove Area S.D. – Schuylkill County
Pine-Richland S.D. - Allegheny County
Pittsburgh S.D. – Allegheny County
Pittston Area S.D.
Pleasant Valley S.D. – Monroe County
Plum Borough S.D. - Allegheny
Pocono Mountain S.D.
Port Allegany S.D.
Portage Area S.D.
Pottsgrove S.D. – Montgomery County
Pottstown S.D. – Montgomery County
Pottsville Area S.D. – Schuylkill County
Punxsutawney Area S.D. - Indiana
Purchase Line S.D.
Quaker Valley S.D. – Allegheny County
Quakertown Community S.D. – Bucks County
Radnor Township S.D. – Delaware County
Reading S.D. – Berks County
Red Lion Area S.D. – York County

Redbank Valley S.D.
Reynolds S.D.
Richland S.D.
Ridgway Area S.D.
Ridley S.D.
Ringgold S.D.
Riverside Beaver County S.D.
Riverside S.D.
Riverview S.D. - Allegheny
Rochester Area S.D. - Beaver
Rockwood Area S.D.
Rose Tree Media S.D.
Saint Clair Area S.D.
Saint Marys Area S.D.
Salisbury Township S.D.
Salisbury-Elk Lick S.D.
Saucon Valley S.D.
Sayre Area S.D.
S.D. of Lancaster - Lancaster
Schuylkill Haven Area S.D.
Schuylkill Valley S.D.
Scranton S.D.
Selinsgrove Area S.D.
Seneca Valley S.D. - Butler
Shade-Central City S.D.
Shaler Area S.D. - Allegheny
Shamokin Area S.D.
Shanksville-Stonycreek S.D.
Sharon City S.D.
Sharpsville Area S.D.
Shenandoah Valley S.D.
Shenango Area S.D.
Shikellamy S.D.
Shippensburg Area S.D.
Slippery Rock Area S.D. - Butler
Smethport Area S.D.
Solanco S.D.
Somerset Area S.D. - Somerset
Souderton Area S.D.
South Allegheny S.D. - Allegheny
South Butler County S.D. - Butler
South Eastern S.D.
South Fayette Township S.D. - Allegheny
South Middleton S.D.
South Park S.D. - Allegheny
South Side Area S.D.
South Western S.D.
South Williamsport Area S.D.
Southeast Delco S.D.
Southeastern Greene S.D.
Southern Columbia Area S.D.
Southern Fulton S.D.
Southern Huntingdon County S.D.
Southern Lehigh S.D. – Lehigh
Southern Tioga S.D.
Southern York County S.D. - York

Southmoreland S.D.
Spring Cove S.D.
Spring Grove Area S.D.
Spring-Ford Area S.D. – Montgomery County
Springfield S.D. – Delaware County
Springfield Township S.D. – Montgomery County
State College Area S.D. – Centre
Steel Valley S.D. - Allegheny
Steelton-Highspire S.D. – Dauphin
Sto-Rox S.D. – Allegheny
Stroudsburg Area S.D.
Sullivan County S.D. – Sullivan County
Susquehanna Community S.D. – Susquehanna
County
Susquehanna Township S.D. – Dauphin County
Susquenita S.D. – Perry
Tamaqua Area S.D. – Schuylkill County
Titusville Area S.D.- Crawford County
Towanda Area S.D. – Bradford County
Tredyffrin-Easttown S.D.
Tri-Valley S.D.
Trinity Area S.D. - Washington
Troy Area S.D. – Bradford County
Tulpehocken Area S.D.
Tunkhannock Area S.D. – Wyoming County
Turkeyfoot Valley Area S.D.
Tuscarora S.D.
Tussey Mountain S.D.
Twin Valley S.D.
Tyrone Area S.D.
Union Area S.D. – Lawrence County
Union City Area S.D. – Erie County
Union S.D. – Clarion County
Uniontown Area S.D.
Unionville-Chadds Ford S.D. – Chester County
United S.D.
Upper Adams S.D.
Upper Darby S.D.
Upper Dauphin Area S.D. – Dauphin County
Upper Dublin S.D.
Upper Merion Area S.D.
Upper Moreland S.D. – Montgomery County
Upper Perkiomen S.D. – Montgomery County
Upper St. Clair S.D. - Allegheny
Valley Grove S.D. – Venango County
Valley View S.D. – Lackawanna County
Wallenpaupack Area S.D.
Wallingford-Swarthmore S.D.
Warren County S.D. - Warren
Warrior Run S.D.
Warwick S.D.
Washington S.D. - Washington
Wattsburg Area S.D.
Wayne Highlands S.D.
Waynesboro Area S.D.
Weatherly Area S.D.

Wellsboro Area S.D.
West Allegheny S.D. - Allegheny
West Branch Area S.D.
West Chester Area S.D.
West Greene S.D.
West Jefferson Hills S.D. - Allegheny
West Middlesex Area S.D.
West Mifflin Area S.D. - Allegheny
West Perry S.D.
West Shore S.D.
West York Area S.D.
Western Beaver County S.D. - Beaver
Western Wayne S.D.
Westmont Hilltop S.D.
Whitehall-Coplay S.D.
Wilkes-Barre Area S.D.
Wilkinsburg Borough S.D. - Allegheny

William Penn S.D.
Williams Valley S.D.
Williamsburg Community S.D.
Williamsport Area S.D.
Wilmington Area S.D.
Wilson Area S.D. – Northampton County
Wilson S.D. – Berks County
Windber Area S.D.
Wissahickon S.D. – Montgomery County
Woodland Hills S.D. - Allegheny
Wyalusing Area S.D.
Wyoming Area S.D.
Wyoming Valley West S.D.
Wyomissing Area S.D.
York City S.D. – York County
York Suburban S.D. – York County
Yough S.D. – Westmoreland County

## Puerto Rico

Puerto Rick Department of Education

## Rhode Island

Barrington S.D.
Beacon Charter High School for the Arts
Blackstone Academy
Bristol Warren Regional S.D.
Burrillville S.D.
Burlington Street Elementary School Gabbie regional
Career and Tech Centers
Central Falls S.D.
Chariho Regional S.D.
Compass Charter School
Coventry S.D.
Cranston S.D.
Cumberland S.D.
CVS Highlander Charter School
Davies Career and Technical High School
Department of Children Youth and Their Families
East Greenwich S.D.
East Providence S.D.

Exeter-West Greenwich Regional S.D.
East Union Smithfield Regional S.D.
East Union S.D.
Foster E.S.D.
Foster-Glocester Regional S.D.
Glocester E.S.D.
Highlander S.D.
International Charter School
Jamestown S.D.
Johnston S.D.
Kingston Hill Academy Charter School
Learning Community
Lincoln S.D.
Little Compton S.D.
Met Career and Tech
Middletown S.D.
Narragansett S.D.
New Shoreham S.D.
Newport S.D.
North Kingstown S.D.

North Providence S.D.
North Smithfield S.D.
Paul Cuffee Charter School
Pawtucket S.D.
Portsmouth S.D.
Providence S.D.
Rhode Island Department of Education
Rhode Island School for the Deaf
Scituate S.D.
Smithfield S.D.
South Kingstown S.D.
The Compass School
The Learning Community
Tiverton S.D.
Urban Collaborative
United monument school
Union E.S.D.
Warwick S.D.
West Warwick S.D.
Westerly S.D.
Woonsocket S.D.

## South Carolina

Abbeville County S.D.
Aiken County Public S.D.
Allendale County S.D.
Anderson County S.D. 1
Anderson County S.D. 2
Anderson County S.D. 3
Anderson County S.D. 4

Anderson County S.D. 5
Bamberg County S.D. 1
Bamberg County S.D. 2
Barnwell County Auditory-Verbal Center
Barnwell County S.D. 19

Barnwell County S.D. 29 - see Williston County S.D. 29
Barnwell County S.D. 45
Beaufort County S.D.
Beaufort-Jasper Career
Berkeley County S.D.
Calhoun County S.D.

Charleston County S.D.
Cherokee County S.D.
Chester County S.D.
Chesterfield County S.D.
Clarendon County S.D. 1
Clarendon County S.D. 2 (Manning)
Clarendon County S.D. 3 (Turbeville)
Colleton County S.D.
Cope Auditory-Verbal Center
Darlington
Dillon 3 (Latta)
Dillon 4 (Dillon/Lake View)
Dorchester 2
Dorchester 4
Edgefield County S.D.
Fairfield
Florence 1 (South and West Florence)
Florence 2 (Pamlico)
Florence 3 (Lake City)
Florence 4 (Timmonsville)
Florence 5 (Johnsonville)
Georgetown
Greenville
Greenwood 50 (Greenwood)
Greenwood 51 (Ware Shoals)
Greenwood 52 (Ninety Six)
Hampton 1 (Hampton)
Hampton 2 (Estill)
Horry
Jasper

Kershaw
Lancaster
Laurens 55 (Laurens)
Laurens 56 (Clinton)
Lee
Lexington 1 (Gilbert, Lexington, Pelion)
Lexington 2 (Cayce, Springdale, West Columbia)
Lexington 3 (Batesburg-Leesville)
Lexington 4 (Gaston & Swansea)
Lexington-Richland 5 (Chapin, Irmo, St. Andrews)
Marion 1 (Marion)
Marion 2 - see Mullins
Marion 7 (Rains)
Marlboro
McCormick
Mullins
Newberry
Oconee
Orangeburg Consolidated 3 (Elloree, Holly Hill)
Orangeburg Consolidated 4 (Branchville, Cordova, Cope)
Orangeburg Consolidated 5 (Bowman, North, Orangeburg)
Pickens
Richland 1 (Columbia)
Richland 2 (NE Columbia, Spring Valley)

Richland-Lexington 5 - see Lexington-Richland 5
Rock Hill 3
Saluda
Spartanburg County S.D. 1 (Campobello, Inman, Landrum)
Spartanburg County S.D. 2 (Boiling Springs, Chesnee, Inman, Mayo)
Spartanburg County S.D. 3 (Cowpens, Pacolet, Spartanburg)
Spartanburg County S.D. 4 (Woodruff)
Spartanburg County S.D. 5 (Duncan, Lyman, Wellford, Reidville, Moore)
Spartanburg County S.D. 6 (Moore, Pauline, Roebuck, Spartanburg)
Spartanburg County S.D. 7 (Spartanburg Downtown/East)
Sumter 2 (outer Sumter County)
Sumter 17 (central Sumter County)
Union
Williamsburg
Willimston 29
York 1 (York)
York 2 (Clover)
York 3
York 4

## South Dakota

Aberdeen S.D.
Agar-Blunt-Onida S.D.
Alcester-Hudson S.D.
Andes Central S.D.
Arlington S.D.
Armour S.D.
Avon S.D.
Baltic S.D.
Belle Fourche S.D.
Bennett County S.D.
Beresford S.D.
Big Stone City S.D.
Bison S.D.
Bon Homme S.D.
Bowdle S.D.
Brandon Valley S.D.
Bridgewater S.D.
Britton-Hecla S.D.
Brookings S.D.
Burke S.D.
Canistota S.D.

Canton S.D.
Castlewood S.D.
Centerville S.D.
Chamberlain S.D.
Chester Area S.D.
Cheyenne-Eagle Butte School (Eagle Butte S.D.)
Clark S.D.
Colman-Egan S.D.
Colome C.S.D.
Corsica S.D.
Custer S.D.
Dakota Valley S.D.
De Smet S.D.
Dell Rapids S.D.
Deubrook Area S.D.
Deuel S.D.
Doland S.D.
Douglas S.D.
Dupree S.D.
Eagle Butte S.D.

Edgemont S.D.
Edmunds Central S.D.
Elk Mountain S.D.
Elk Point-Jefferson S.D.
Elkton S.D.
Emery S.D.
Estelline S.D.
Ethan S.D.
Eureka S.D.
Faith S.D.
Faulkton Area S.D.
Flandreau S.D.
Florence S.D.
Frederick Area S.D.
Freeman S.D.
Garretson S.D.
Gayville-Volin S.D.
Gettysburg S.D.
Grant-Deuel S.D.
Greater Hoyt S.D.
Greater Scott S.D.

Gregory S.D.
Groton Area S.D.
Haakon S.D.
Hamlin S.D.
Hanson S.D.
Harding County S.D.
Harrisburg S.D.
Henry S.D.
Herreid S.D.
Highmore-Harrold S.D.
Hill City S.D.
Hitchcock-Tulare S.D.
Hot Springs S.D.
Hoven S.D.
Howard S.D.
Hurley S.D.
Huron S.D.
Ipswich Public S.D.
Irene-Wakonda S.D.
Iroquois S.D.
Isabel S.D.
Jones County S.D.
Kadoka Area S.D.
Kimball S.D.
Lake Preston S.D.
Langford S.D.
Lead-Deadwood S.D.
Lemmon S.D.
Lennox S.D.
Leola S.D.
Lyman S.D.
Madison Central S.D.
Marion S.D.
McCook Central S.D.
McIntosh S.D.
McLaughlin S.D.
Meade S.D.
Menno S.D.
Milbank S.D.
Miller Area S.D.

Mitchell S.D.
Mobridge-Pollock S.D.
Montrose S.D.
Mount Vernon S.D.
New Underwood S.D.
Newell S.D.
Northwestern Area S.D.
Oelrichs S.D.
Oldham-Ramona S.D.
Parker S.D.
Parkston S.D.
Pierre S.D.
Plankinton S.D.
Platte-Geddes S.D.
Rapid City Area S.D.
Redfield S.D.
Rosholt S.D.
Roslyn S.D.
Rutland S.D.
Sanborn Central S.D. School
Website
Scotland S.D.
Selby Area S.D.
Shannon County S.D.
Sioux Falls S.D.
Sioux Valley S.D.
Sisseton S.D.
Smee S.D.
South Central S.D.
Spearfish S.D.
Stanley County S.D.
Stickney S.D.
Summit S.D.
Tea Area S.D.
Timber Lake S.D.
Todd County S.D.
Tripp-Delmont S.D.
Tri-Valley S.D.
Vermillion S.D.
Viborg S.D.

Wagner Community S.D.
Wall S.D.
Warner S.D.
Watertown S.D.
Waubay S.D.
Waverly S.D.
Webster S.D.
Wessington Springs S.D.
West Central S.D.
White Lake S.D.
White River S.D.
Willow Lake S.D.
Wilmot S.D.
Winner S.D.
Wolsey-Wessington S.D.
Wood S.D.
Woonsocket S.D.
Yankton S.D.
Bureau of Indian Affairs schools
and school systems
American Horse School
Cheyenne River BIA Schools
Crazy Horse School
Crow Creek Sioux Tribal School
Enemy Swim Day School
Flandreau Indian School
Little Wound School System
Loneman School Corporation
Lower Brule School System
Marty Indian School
Pierre Indian Learning Center
Pine Ridge School
Porcupine Contract School
Rock Creek Day School
Saint Francis Indian School
Sitting Bull School
Takini School
Tiospa Zina Tribal School
Tiospaye Topa School System
Wounded Knee School System

## Tennessee

Alamo City Schools
Alcoa City Schools
Anderson County Schools
Arlington Community Schools
Athens City Elementary Schools
Bartlett City Schools
Bedford County Schools
Bells City Schools
Benton County Schools
Bledsoe County Schools
Blount County Schools
Bradford Special Schools
Bradley County Schools
Bristol City Schools

Campbell County Schools
Cannon County Schools
Carroll County Schools
Carter County Schools
Cheatham County Schools
Chester County Schools
Claiborne County Schools
Clarksville-Montgomery County
School System
Clay County Schools
Cleveland City Schools
Clinton City Schools
Cocke County Schools
Coffee County Schools

Crockett County Schools
Cumberland County Schools
Dayton City Schools
Decatur County Schools
Dekalb County Schools
Dickson County Schools
Dyer County Schools
Dyersburg City Schools
Elizabethton City Schools
Etowah City Elementary
Schools
Fayette County Schools
Fayetteville City Elementary
Schools

Fentress County Schools
Franklin County Schools
Franklin Special S.D.
Gibson County Special S.D.
Giles County Schools
Grainger County Schools
Greene County Schools
Greeneville City Schools
Grundy County Schools
Hamblen County Schools
Hamilton County Schools
Hancock County Schools
Hardeman County Schools
Hardin County Schools
Hawkins County Schools
Haywood County Schools
Henderson County Schools
Henry County Schools
Hickman County Schools
Hollow Rock-Bruceton Special S.D.
Houston County Schools
Humboldt City Schools
Humphreys County Schools
Huntingdon Special Schools
Jackson County Schools
Jackson-Madison Consolidated Schools
Jefferson County Schools
Johnson City Schools
Johnson County Schools
Kingsport City Schools
Knox County Schools
Lake County School System
Lauderdale County Schools
Lawrence County Schools

Lebanon Special S.D.
Lenoir City Schools
Lewis County Schools
Lexington City Elementary Schools
Lincoln County Schools
Loudon County Schools
Macon County Schools
Manchester City Schools
Marion County Schools
Marshall County Schools
Maryville City Schools
Maury County Schools
McKenzie Special S.D.
McMinn County Schools
McNairy County Schools
Meigs County Schools
Memphis City Schools
Metropolitan Nashville Public Schools
Milan Special S.D.
Monroe County Schools
Montgomery County Schools
Moore County Schools
Morgan County Schools
Murfreesboro City Schools
Newport City Elementary Schools
Oak Ridge City Schools
Obion County Schools
Oneida City Schools
Overton County Schools
Paris City Special Schools
Perry County Schools
Pickett County Schools
Polk County Schools

Putnam County Schools
Rhea County Schools
Richard City Special S.D.
Roane County Schools
Robertson County Schools
Rogersville City Elementary Schools
Rutherford County Schools
Scott County Schools
Sequatchie County Schools
Sevier County Schools
Shelby County Schools
Smith County Schools
South Carroll Special S.D.
Stewart County Schools
Sullivan County Schools
Sumner County Schools
Sweetwater City Schools
Tipton County Schools
Trenton City Schools
Trousdale County Schools
Tullahoma City Schools
Unicoi School
Union City School
Union County School
Van Buren County Schools
Warren County Schools
Washington County Schools
Wayne County Schools
Weakley County Schools
West Carroll Special S.D.
White County Schools
Williamson County Schools
Wilson County Schools

## Texas

Abbott I.S.D.
Abernathy I.S.D.
Abilene I.S.D.
Academy I.S.D.
Adrian I.S.D.
Agua Dulce I.S.D.
Alamo Heights I.S.D.
Alba-Golden I.S.D.
Albany I.S.D.
Aldine I.S.D.
Aledo I.S.D.
Alice I.S.D.
Alief I.S.D.
Allen I.S.D.
Alpine I.S.D.
Alto I.S.D.
Alvarado I.S.D.

Alvin I.S.D.
Alvord I.S.D.
Amarillo I.S.D.
Amherst I.S.D.
Anahuac I.S.D.
Anderson-Shiro Consolidated I.S.D.
Andrews I.S.D.
Angleton I.S.D.
Anna I.S.D.
Anson I.S.D.
Anthony I.S.D.
Anton I.S.D.
Apple Springs I.S.D.
Aquilla I.S.D.
Aransas County I.S.D.
Aransas Pass I.S.D.

Archer City I.S.D.
Argyle I.S.D.
Arlington I.S.D.
Arp I.S.D.
Aspermont I.S.D.
Athens I.S.D.
Atlanta I.S.D.
Aubrey I.S.D.
Austin I.S.D.
Austwell-Tivoli I.S.D.
Avalon I.S.D.
Avery I.S.D.
Avinger I.S.D.
Axtell I.S.D.
Azle I.S.D.
Baird I.S.D.
Ballinger I.S.D.

Balmorhea I.S.D.
Bandera I.S.D.
Bangs I.S.D.
Banquete I.S.D.
Barbers Hill I.S.D.
Bartlett I.S.D.
Bastrop I.S.D.
Bay City I.S.D.
Beaumont I.S.D.
Beckville I.S.D.
Beeville I.S.D.
Bellevue I.S.D.
Bells I.S.D.
Bellville I.S.D.
Belton I.S.D.
Ben Bolt-Palito Blanco I.S.D.
Benavides I.S.D.
Benjamin I.S.D.
Big Sandy I.S.D. (Polk County)
Big Sandy I.S.D. (Upshur County)
Big Spring I.S.D.
Birdville I.S.D.
Bishop Consolidated I.S.D.
Blackwell Consolidated I.S.D.
Blanco I.S.D.
Bland I.S.D.
Blanket I.S.D.
Bloomburg I.S.D.
Blooming Grove I.S.D.
Bloomington I.S.D.
Blue Ridge I.S.D.
Bluff Dale I.S.D.
Blum I.S.D.
Boerne I.S.D.
Boles I.S.D.
Boling I.S.D.
Bonham I.S.D.
Booker I.S.D.
Borden County I.S.D.
Borger I.S.D.
Bosqueville I.S.D.
Bovina I.S.D.
Bowie I.S.D.
Boyd I.S.D.
Boys Ranch I.S.D.
Brackett I.S.D.
Brady I.S.D.
Brazos I.S.D.
Brazosport I.S.D.
Breckenridge I.S.D.
Bremond I.S.D.
Brenham I.S.D.
Bridge City I.S.D.
Bridgeport I.S.D.
Broaddus I.S.D.

Brock I.S.D.
Bronte I.S.D.
Brookeland I.S.D.
Brookesmith I.S.D.
Brooks County I.S.D.
Brownfield I.S.D.
Brownsboro I.S.D.
Brownsville I.S.D.
Brownwood I.S.D.
Bruceville-Eddy I.S.D.
Bryan I.S.D.
Bryson I.S.D.
Buckholts I.S.D.
Buena Vista I.S.D.
Buffalo I.S.D.
Bullard I.S.D.
Buna I.S.D.
Burkburnett I.S.D.
Burkeville I.S.D.
Burleson I.S.D.
Burnet Consolidated I.S.D.
Burton I.S.D.
Bushland I.S.D.
Byers I.S.D.
Bynum I.S.D.
Caddo Mills I.S.D.
Calallen I.S.D.
Caldwell I.S.D.
Calhoun County I.S.D.
Callisburg I.S.D.
Calvert I.S.D.
Cameron I.S.D.
Campbell I.S.D.
Canadian I.S.D.
Canton I.S.D.
Canutillo I.S.D.
Canyon I.S.D.
Carlisle I.S.D.
Carrizo Springs Consolidated I.S.D.
Carroll I.S.D.
Carrollton-Farmers Branch I.S.D.
Carthage I.S.D.
Castleberry I.S.D.
Cayuga I.S.D.
Cedar Hill I.S.D.
Celeste I.S.D.
Celina I.S.D.
Center I.S.D.
Center Point I.S.D.
Centerville I.S.D. (Leon County)
Centerville I.S.D. (Trinity County)
Central Heights I.S.D.

Central I.S.D.
Channelview I.S.D.
Channing I.S.D.
Chapel Hill I.S.D. (Smith County)
Chapel Hill I.S.D. (Titus County)
Charlotte I.S.D.
Cherokee I.S.D.
Chester I.S.D.
Chico I.S.D.
Childress I.S.D.
Chillicothe I.S.D.
Chilton I.S.D.
China Spring I.S.D.
Chireno I.S.D.
Chisum I.S.D.
Christoval I.S.D.
Cisco I.S.D.
City View I.S.D.
Clarendon Consolidated I.S.D.
Clarksville I.S.D.
Claude I.S.D.
Clear Creek I.S.D.
Cleburne I.S.D.
Cleveland I.S.D.
Clifton I.S.D.
Clint I.S.D.
Clyde Consolidated I.S.D.
Coahoma I.S.D.
Coldspring-Oakhurst Consolidated I.S.D.
Coleman I.S.D.
College Station I.S.D.
Collinsville I.S.D.
Colmesneil I.S.D.
Colorado I.S.D.
Columbia-Brazoria I.S.D.
Columbus I.S.D.
Comal I.S.D.
Comanche I.S.D.
Comfort I.S.D.
Commerce I.S.D.
Community I.S.D.
Como-Pickton Consolidated I.S.D.
Comstock I.S.D.
Connally I.S.D.
Conroe I.S.D.
Coolidge I.S.D.
Cooper I.S.D.
Coppell I.S.D.
Copperas Cove I.S.D.
Corpus Christi I.S.D.
Corrigan-Camden I.S.D.
Corsicana I.S.D.

Cotton Center I.S.D.
Cotulla I.S.D.
Coupland I.S.D.
Covington I.S.D.
Crandall I.S.D.
Crane I.S.D.
Cranfills Gap I.S.D.
Crawford I.S.D.
Crockett County Consolidated
Common S.D.
Crockett I.S.D.
Crosby I.S.D.
Crosbyton Consolidated I.S.D.
Cross Plains I.S.D.
Cross Roads I.S.D.
Crowell I.S.D.
Crowley I.S.D.
Crystal City I.S.D.
Cuero I.S.D.
Culberson County-Allamoore
I.S.D.
Cumby I.S.D.
Cushing I.S.D.
Cypress-Fairbanks I.S.D.
Daingerfield-Lone Star I.S.D.
Dalhart I.S.D.
Dallas I.S.D.
Damon I.S.D.
Danbury I.S.D.
Darrouzett I.S.D.
Dawson I.S.D. (Dawson
County)
Dawson I.S.D. (Navarro
County)
Dayton I.S.D.
De Leon I.S.D.
Decatur I.S.D.
Deer Park I.S.D.
De Kalb I.S.D.
Del Valle I.S.D.
Dell City I.S.D.
Denison I.S.D.
Denton I.S.D.
Denver City I.S.D.
DeSoto I.S.D.
Detroit I.S.D.
Devers I.S.D.
Devine I.S.D.
Dew I.S.D.
Deweyville I.S.D.
D'Hanis I.S.D.
Diboll I.S.D.
Dickinson I.S.D.
Dilley I.S.D.
Dime Box I.S.D.
Dimmitt I.S.D.

Divide I.S.D.
Dodd City I.S.D.
Donna I.S.D.
Doss Consolidated Common
S.D.
Douglass I.S.D.
Dripping Springs I.S.D.
Driscoll I.S.D.
Dublin I.S.D.
Dumas I.S.D.
Duncanville I.S.D.
Eagle Mountain-Saginaw I.S.D.
Eagle Pass I.S.D.
Eanes I.S.D.
Early I.S.D.
East Bernard I.S.D.
East Central I.S.D.
East Chambers I.S.D.
Eastland I.S.D.
Ector County I.S.D.
Ector I.S.D.
Edcouch-Elsa I.S.D.
Eden Consolidated I.S.D.
Edgewood I.S.D. (Bexar
County)
Edgewood I.S.D. (Van Zandt
County)
Edinburg Consolidated I.S.D.
Edna I.S.D.
El Campo I.S.D.
El Paso I.S.D.
Electra I.S.D.
Elgin I.S.D.
Elkhart I.S.D.
Elysian Fields I.S.D.
Ennis I.S.D.
Era I.S.D.
Etoile I.S.D.
Eula I.S.D.
Eustace I.S.D.
Evadale I.S.D.
Evant I.S.D.
Everman I.S.D.
Excelsior I.S.D.
Ezzell I.S.D.
Fabens I.S.D.
Fairfield I.S.D.
Falls City I.S.D.
Fannindel I.S.D.
Farmersville I.S.D.
Farwell I.S.D.
Fayetteville I.S.D.
Ferris I.S.D.
Flatonia I.S.D.
Florence I.S.D.
Floresville I.S.D.

Flour Bluff I.S.D.
Floydada I.S.D.
Follett I.S.D.
Forestburg I.S.D.
Forney I.S.D.
Forsan I.S.D.
Fort Bend I.S.D.
Fort Davis I.S.D.
Fort Elliott Consolidated I.S.D.
Fort Hancock I.S.D.
Fort Sam Houston I.S.D.
Fort Stockton I.S.D.
Fort Worth I.S.D.
Franklin I.S.D.
Frankston I.S.D.
Fredericksburg I.S.D.
Freer I.S.D.
Frenship I.S.D.
Friendswood I.S.D.
Friona I.S.D.
Frisco I.S.D.
Frost I.S.D.
Fruitvale I.S.D.
Gainesville I.S.D.
Galena Park I.S.D.
Galveston I.S.D.
Ganado I.S.D.
Garland I.S.D.
Garner I.S.D.
Garrison I.S.D.
Gary I.S.D.
Gatesville I.S.D.
Gause I.S.D.
George West I.S.D.
Georgetown I.S.D.
Gholson I.S.D.
Giddings I.S.D.
Gilmer I.S.D.
Gladewater I.S.D.
Glasscock County I.S.D.
Glen Rose I.S.D.
Godley I.S.D.
Gold-Burg I.S.D.
Goldthwaite I.S.D.
Goliad I.S.D.
Gonzales I.S.D.
Goodrich I.S.D.
Goose Creek Consolidated
I.S.D.
Gordon I.S.D.
Gorman I.S.D.
Grady I.S.D.
Graford I.S.D.
Graham I.S.D.
Granbury I.S.D.
Grand Prairie I.S.D.

Grand Saline I.S.D.
Grandfalls-Royalty I.S.D.
Grandview I.S.D.
Grandview-Hopkins I.S.D.
Grape Creek I.S.D.
Grapeland I.S.D.
Grapevine-Colleyville I.S.D.
Greenville I.S.D.
Greenwood I.S.D.
Gregory-Portland I.S.D.
Groesbeck I.S.D.
Groom I.S.D.
Groveton I.S.D.
Gruver I.S.D.
Gunter I.S.D.
Gustine I.S.D.
Guthrie Common S.D.
Hale Center I.S.D.
Hallettsville I.S.D.
Hallsburg I.S.D.
Hallsville I.S.D.
Hamilton I.S.D.
Hamlin I.S.D.
Hamshire-Fannett I.S.D.
Happy I.S.D.
Hardin I.S.D.
Hardin-Jefferson I.S.D.
Harlandale I.S.D.
Harleton I.S.D.
Harlingen Consolidated I.S.D.
Harmony I.S.D.
Harper I.S.D.
Harrold I.S.D.
Hart I.S.D.
Hartley I.S.D.
Harts Bluff I.S.D.
Haskell Consolidated I.S.D.
Hawkins I.S.D.
Hawley I.S.D.
Hays Consolidated I.S.D.
Hearne I.S.D.
Hedley I.S.D.
Hemphill I.S.D.
Hempstead I.S.D.
Henderson I.S.D.
Henrietta I.S.D.
Hereford I.S.D.
Hermleigh I.S.D.
Hico I.S.D.
Hidalgo I.S.D.
Higgins I.S.D.
High Island I.S.D.
Highland I.S.D.
Highland Park I.S.D. (Dallas County)

Highland Park I.S.D. (Potter County)
Hillsboro I.S.D.
Hitchcock I.S.D.
Holland I.S.D.
Holliday I.S.D.
Hondo I.S.D.
Honey Grove I.S.D.
Hooks I.S.D.
Houston I.S.D.
Howe I.S.D.
Hubbard I.S.D. (Bowie County)
Hubbard I.S.D. (Hill County)
Huckabay I.S.D.
Hudson I.S.D.
Huffman I.S.D.
Hughes Springs I.S.D.
Hull-Daisetta I.S.D.
Humble I.S.D.
Hunt I.S.D.
Huntington I.S.D.
Huntsville I.S.D.
Hurst-Euless-Bedford I.S.D.
Hutto I.S.D.
Idalou I.S.D.
Industrial I.S.D.
Ingleside I.S.D.
Ingram I.S.D.
Iola I.S.D.
Iowa Park Consolidated I.S.D.
Ira I.S.D.
Iraan-Sheffield I.S.D.
Iredell I.S.D.
Irion County I.S.D.
Irving I.S.D.
Italy I.S.D.
Itasca I.S.D.
Jacksboro I.S.D.
Jacksonville I.S.D.
Jarrell I.S.D.
Jasper I.S.D.
Jayton-Girard I.S.D.
Jefferson I.S.D.
Jim Hogg County I.S.D.
Jim Ned Consolidated I.S.D.
Joaquin I.S.D.
Johnson City I.S.D.
Jonesboro I.S.D.
Joshua I.S.D.
Jourdanton I.S.D.
Judson I.S.D.
Junction I.S.D.
Karnack I.S.D.
Karnes City I.S.D.
Katy I.S.D.
Kaufman I.S.D.

Keene I.S.D.
Keller I.S.D.
Kelton I.S.D.
Kemp I.S.D.
Kendleton I.S.D.
Kenedy County Wide Common S.D.
Kenedy I.S.D.
Kennard I.S.D.
Kennedale I.S.D.
Kerens I.S.D.
Kermit I.S.D.
Kerrville I.S.D.
Kilgore I.S.D.
Killeen I.S.D.
Kingsville I.S.D.
Kirbyville Consolidated I.S.D.
Klein I.S.D.
Klondike I.S.D.
Knippa I.S.D.
Knox City-O'Brien Consolidated I.S.D.
Kopperl I.S.D.
Kountze I.S.D.
Kress I.S.D.
Krum I.S.D.
La Feria I.S.D.
La Gloria I.S.D.
La Grange I.S.D.
La Joya I.S.D.
La Porte I.S.D.
La Poynor I.S.D.
La Pryor I.S.D.
La Vega I.S.D.
La Vernia I.S.D.
La Villa I.S.D.
Lackland I.S.D.
Lago Vista I.S.D.
Lake Dallas I.S.D.
Lake Travis I.S.D.
Lake Worth I.S.D.
Lamar Consolidated I.S.D.
Lamesa I.S.D.
Lampasas I.S.D.
Lancaster I.S.D.
Laneville I.S.D.
Laredo I.S.D.
Lasara I.S.D.
Latexo I.S.D.
Lazbuddie I.S.D.
Leakey I.S.D.
Leander I.S.D.
Leary I.S.D.
Lefors I.S.D.
Leggett I.S.D.
Leon I.S.D.

Leonard I.S.D.
Levelland I.S.D.
Leverett's Chapel I.S.D.
Lewisville I.S.D.
Lexington I.S.D.
Liberty Hill I.S.D.
Liberty I.S.D.
Liberty-Eylau I.S.D.
Lindale I.S.D.
Linden-Kildare Consolidated I.S.D.
Lindsay I.S.D.
Lingleville I.S.D.
Lipan I.S.D.
Little Cypress-Mauriceville Consolidated I.S.D.
Little Elm I.S.D.
Littlefield I.S.D.
Livingston I.S.D.
Llano I.S.D.
Lockhart I.S.D.
Lockney I.S.D.
Lohn I.S.D.
Lometa I.S.D.
London I.S.D.
Lone Oak I.S.D.
Longview I.S.D.
Loop I.S.D.
Loraine I.S.D.
Lorena I.S.D.
Lorenzo I.S.D.
Los Fresnos Consolidated I.S.D.
Louise I.S.D.
Lovejoy I.S.D.
Lovelady I.S.D.
Lubbock I.S.D.
Lubbock-Cooper I.S.D.
Lueders-Avoca I.S.D.
Lufkin I.S.D.
Luling I.S.D.
Lumberton I.S.D.
Lyford Consolidated I.S.D.
Lytle I.S.D.
Mabank I.S.D.
Madisonville Consolidated I.S.D.
Magnolia I.S.D.
Malakoff I.S.D.
Malone I.S.D.
Malta I.S.D.
Manor I.S.D.
Mansfield I.S.D.
Marathon I.S.D.
Marble Falls I.S.D.
Marfa I.S.D.
Marion I.S.D.

Marlin I.S.D.
Marshall I.S.D.
Mart I.S.D.
Martin's Mill I.S.D.
Martinsville I.S.D.
Mason I.S.D.
Matagorda I.S.D.
Mathis I.S.D.
Maud I.S.D.
May I.S.D.
Maypearl I.S.D.
McAllen I.S.D.
McCamey I.S.D.
McDade I.S.D.
McGregor I.S.D.
McKinney I.S.D.
McLean I.S.D.
McLeod I.S.D.
McMullen County I.S.D.
Meadow I.S.D.
Medina I.S.D.
Medina Valley I.S.D.
Melissa I.S.D.
Memphis I.S.D.
Menard I.S.D.
Mercedes I.S.D.
Meridian I.S.D.
Merkel I.S.D.
Mesquite I.S.D.
Mexia I.S.D.
Meyersville I.S.D.
Miami I.S.D.
Midland I.S.D.
Midlothian I.S.D.
Midway I.S.D. (Clay County)
Midway I.S.D. (McLennan County)
Milano I.S.D.
Mildred I.S.D.
Miles I.S.D.
Milford I.S.D.
Miller Grove I.S.D.
Millsap I.S.D.
Mineola I.S.D.
Mineral Wells I.S.D.
Mission Consolidated I.S.D.
Monahans-Wickett-Pyote I.S.D.
Montague I.S.D.
Monte Alto I.S.D.
Montgomery I.S.D.
Moody I.S.D.
Moran I.S.D.
Morgan I.S.D.
Morgan Mill I.S.D.
Morton I.S.D.
Motley County I.S.D.

Moulton I.S.D.
Mount Calm I.S.D.
Mount Enterprise I.S.D.
Mount Pleasant I.S.D.
Mount Vernon I.S.D.
Muenster I.S.D.
Muleshoe I.S.D.
Mullin I.S.D.
Mumford I.S.D.
Munday Consolidated I.S.D.
Murchison I.S.D.
Nacogdoches I.S.D.
Natalia I.S.D.
Navarro I.S.D.
Navasota I.S.D.
Nazareth I.S.D.
Neches I.S.D.
Nederland I.S.D.
Needville I.S.D.
New Boston I.S.D.
New Braunfels I.S.D.
New Caney I.S.D.
New Deal I.S.D.
New Diana I.S.D.
New Home I.S.D.
New Summerfield I.S.D.
New Waverly I.S.D.
Newcastle I.S.D.
Newton I.S.D.
Nixon-Smiley Consolidated I.S.D.
Nocona I.S.D.
Nordheim I.S.D.
Normangee I.S.D.
North East I.S.D.
North Hopkins I.S.D.
North Lamar I.S.D.
North Zulch I.S.D.
Northside I.S.D. (Wilbarger County)
Northside I.S.D. (Bexar County)
Northwest I.S.D.
Novice I.S.D.
Nueces Canyon Consolidated I.S.D.
Nursery I.S.D.
Oakwood I.S.D.
Odem-Edroy I.S.D.
O'Donnell I.S.D.
Oglesby I.S.D.
Olfen I.S.D.
Olney I.S.D.
Olton I.S.D.
Onalaska I.S.D.
Orange Grove I.S.D.
Orangefield I.S.D.

Ore City I.S.D.
Overton I.S.D.
Paducah I.S.D.
Paint Creek I.S.D.
Paint Rock I.S.D.
Palacios I.S.D.
Palestine I.S.D.
Palmer I.S.D.
Palo Pinto I.S.D.
Pampa I.S.D.
Panhandle I.S.D.
Panther Creek Consolidated
I.S.D.
Paradise I.S.D.
Paris I.S.D.
Pasadena I.S.D.
Patton Springs I.S.D.
Pawnee I.S.D.
Pearland I.S.D.
Pearsall I.S.D.
Peaster I.S.D.
Pecos-Barstow-Toyah I.S.D.
Penelope I.S.D.
Perrin-Whitt Consolidated I.S.D.
Perryton I.S.D.
Petersburg I.S.D.
Petrolia I.S.D.
Pettus I.S.D.
Pewitt Consolidated I.S.D.
Pflugerville I.S.D.
Pharr-San Juan-Alamo I.S.D.
Pilot Point I.S.D.
Pine Tree I.S.D.
Pittsburg I.S.D.
Plains I.S.D.
Plainview I.S.D.
Plano I.S.D.
Pleasant Grove I.S.D. (Bowie
County)
Pleasanton I.S.D.
Plemons-Stinnett-Phillips
Consolidated I.S.D.
Point Isabel I.S.D.
Ponder I.S.D.
Poolville I.S.D.
Port Aransas I.S.D.
Port Arthur I.S.D.
Port Neches-Groves I.S.D.
Post I.S.D.
Poteet I.S.D.
Poth I.S.D.
Pottsboro I.S.D.
Prairie Lea I.S.D.
Prairie Valley I.S.D.
Prairiland I.S.D.
Premont I.S.D.

Presidio I.S.D.
Priddy I.S.D.
Princeton I.S.D.
Pringle-Morse Consolidated
I.S.D.
Progreso I.S.D.
Prosper I.S.D.
Quanah I.S.D.
Queen City I.S.D.
Quinlan I.S.D.
Quitman I.S.D.
Rains I.S.D.
Ralls I.S.D.
Ramirez Common S.D.
Randolph Field I.S.D.
Ranger I.S.D.
Rankin I.S.D.
Raymondville I.S.D.
Reagan County I.S.D.
Red Lick I.S.D.
Red Oak I.S.D.
Redwater I.S.D.
Refugio I.S.D.
Ricardo I.S.D.
Rice Consolidated I.S.D.
Rice I.S.D.
Richards I.S.D.
Richardson I.S.D.
Richland Springs I.S.D.
Riesel I.S.D.
Rio Grande City Consolidated
I.S.D.
Rio Hondo I.S.D.
Rio Vista I.S.D.
Rising Star I.S.D.
River Road I.S.D.
Rivercrest I.S.D.
Riviera I.S.D.
Robert Lee I.S.D.
Robinson I.S.D.
Robstown I.S.D.
Roby Consolidated I.S.D.
Rochelle I.S.D.
Rockdale I.S.D.
Rocksprings I.S.D.
Rockwall I.S.D.
Rogers I.S.D.
Roma I.S.D.
Roosevelt I.S.D.
Ropes I.S.D.
Roscoe I.S.D.
Rosebud-Lott I.S.D.
Rotan I.S.D.
Round Rock I.S.D.
Round Top-Carmine I.S.D.
Royal I.S.D.

Royse City I.S.D.
Rule I.S.D.
Runge I.S.D.
Rusk I.S.D.
S and S Consolidated I.S.D.
Sabinal I.S.D.
Sabine I.S.D.
Sabine Pass I.S.D.
Saint Jo I.S.D.
Salado I.S.D.
Saltillo I.S.D.
Sam Rayburn I.S.D.
Samnorwood I.S.D.
San Angelo I.S.D.
San Antonio I.S.D.
San Augustine I.S.D.
San Benito Consolidated I.S.D.
San Diego I.S.D.
San Elizario I.S.D.
San Felipe Del Rio Consolidated
I.S.D.
San Isidro I.S.D.
San Marcos Consolidated I.S.D.
San Perlita I.S.D.
San Saba I.S.D.
San Vicente I.S.D.
Sands Consolidated I.S.D.
Sanford-Fritch I.S.D.
Sanger I.S.D.
Santa Anna I.S.D.
Santa Fe I.S.D.
Santa Gertrudis I.S.D.
Santa Maria I.S.D.
Santa Rosa I.S.D.
Santo I.S.D.
Savoy I.S.D.
Schertz-Cibolo-Universal City
I.S.D.
Schleicher County I.S.D.
Schulenburg I.S.D.
Scurry-Rosser I.S.D.
Seagraves I.S.D.
Sealy I.S.D.
Seguin I.S.D.
Seminole I.S.D.
Seymour I.S.D.
Shallowater I.S.D.
Shamrock I.S.D.
Sharyland I.S.D.
Shelbyville I.S.D.
Sheldon I.S.D.
Shepherd I.S.D.
Sherman I.S.D.
Shiner I.S.D.
Sidney I.S.D.
Sierra Blanca I.S.D.

Silsbee I.S.D.
Silverton I.S.D.
Simms I.S.D.
Sinton I.S.D.
Sivells Bend I.S.D.
Skidmore-Tynan I.S.D.
Slaton I.S.D.
Slidell I.S.D.
Slocum I.S.D.
Smithville I.S.D.
Smyer I.S.D.
Snook I.S.D.
Snyder I.S.D.
Socorro I.S.D.
Somerset I.S.D.
Somerville I.S.D.
Sonora I.S.D.
South San Antonio I.S.D.
South Texas I.S.D.
Southland I.S.D.
Southside I.S.D.
Southwest I.S.D.
Spearman I.S.D.
Splendora I.S.D.
Spring Branch I.S.D.
Spring Creek I.S.D.
Spring Hill I.S.D.
Spring I.S.D.
Springlake-Earth I.S.D.
Springtown I.S.D.
Spur I.S.D.
Spurger I.S.D.
Stafford Municipal S.D.
Stamford I.S.D.
Stanton I.S.D.
Star I.S.D.
Stephenville I.S.D.
Sterling City I.S.D.
Stockdale I.S.D.
Stratford I.S.D.
Strawn I.S.D.
Sudan I.S.D.
Sulphur Bluff I.S.D.
Sulphur Springs I.S.D.
Sundown I.S.D.
Sunnyvale I.S.D.
Sunray I.S.D.
Sweeny I.S.D.
Sweet Home I.S.D.
Sweetwater I.S.D.
Taft I.S.D.
Tahoka I.S.D.
Tarkington I.S.D.
Tatum I.S.D.
Taylor I.S.D.
Teague I.S.D.

Temple I.S.D.
Tenaha I.S.D.
Terlingua Common S.D.
Terrell County I.S.D.
Terrell I.S.D.
Texarkana I.S.D.
Texas City I.S.D.
Texhoma I.S.D.
Texline I.S.D.
Thorndale I.S.D.
Thrall I.S.D.
Three Rivers I.S.D.
Three Way I.S.D.
Throckmorton I.S.D.
Tidehaven I.S.D.
Timpson I.S.D.
Tioga I.S.D.
Tolar I.S.D.
Tom Bean I.S.D.
Tomball I.S.D.
Tornillo I.S.D.
Trent I.S.D.
Trenton I.S.D.
Trinidad I.S.D.
Trinity I.S.D.
Troup I.S.D.
Troy I.S.D.
Tulia I.S.D.
Tuloso-Midway I.S.D.
Turkey-Quitaque I.S.D.
Tyler I.S.D.
Union Grove I.S.D.
Union Hill I.S.D.
United I.S.D.
Utopia I.S.D.
Uvalde Consolidated I.S.D.
Valentine I.S.D.
Valley Mills I.S.D.
Valley View I.S.D. (Cooke
County)
Valley View I.S.D. (Hidalgo
County)
Van Alstyne I.S.D.
Van I.S.D.
Van Vleck I.S.D.
Vega I.S.D.
Venus I.S.D.
Veribest I.S.D.
Vernon I.S.D.
Victoria I.S.D.
Vidor I.S.D.
Vysehrad I.S.D.
Waco I.S.D.
Waelder I.S.D.
Walcott I.S.D.
Wall I.S.D.

Waller I.S.D.
Walnut Bend I.S.D.
Walnut Springs I.S.D.
Warren I.S.D.
Waskom I.S.D.
Water Valley I.S.D.
Waxahachie I.S.D.
Weatherford I.S.D.
Webb Consolidated I.S.D.
Weimar I.S.D.
Wellington I.S.D.
Wellman-Union Consolidated
I.S.D.
Wells I.S.D.
Weslaco I.S.D.
West Hardin County
Consolidated I.S.D.
West I.S.D.
West Orange-Cove
Consolidated I.S.D.
West Oso I.S.D.
West Rusk I.S.D.
West Sabine I.S.D.
Westbrook I.S.D.
Westhoff I.S.D.
Westphalia I.S.D.
Westwood I.S.D.
Wharton I.S.D.
Wheeler I.S.D.
White Deer I.S.D.
White Oak I.S.D.
White Settlement I.S.D.
Whiteface Consolidated I.S.D.
Whitehouse I.S.D.
Whitesboro I.S.D.
Whitewright I.S.D.
Whitharral I.S.D.
Whitney I.S.D.
Wichita Falls I.S.D.
Wildorado I.S.D.
Willis I.S.D.
Wills Point I.S.D.
Wilson I.S.D.
Wimberley I.S.D.
Windthorst I.S.D.
Winfield I.S.D.
Wink-Loving I.S.D.
Winnsboro I.S.D.
Winona I.S.D.
Winters I.S.D.
Woden I.S.D.
Wolfe City I.S.D.
Woodsboro I.S.D.
Woodson I.S.D.
Woodville I.S.D.
Wortham I.S.D.

Wylie I.S.D. (Collin County)
Wylie I.S.D. (Taylor County)
Yantis I.S.D.
YES Prep Public Schools

Yoakum I.S.D.
Yorktown I.S.D.
Ysleta I.S.D.
Zapata County I.S.D.

Zavalla I.S.D.
Zephyr I.S.D.

## Utah

Beaver County S.D.[5]
Box Elder S.D. [6]
Cache County S.D. [7]
Canyons S.D. [8]
Carbon S.D. [9]
Charter Schools
Daggett S.D. [10]
Davis S.D. [11]
Duchesne County S.D. [12]
Emery County S.D. [13]
Garfield County S.D. [14]
Grand County S.D. [15]
Granite S.D. [16]
Iron County S.D. [17]

Jordan S.D. [18]
Juab S.D. [19]
Kane County S.D. [20]
Logan City S.D. [21]
Millard County S.D. [22]
Morgan County S.D. [23]
Murray City S.D. [24]
Nebo S.D. [25]
North Sanpete S.D. [26]
North Summit S.D. [27]
Ogden City S.D. [28]
Park City S.D. [29]
Piute County S.D. [30]
Provo City S.D. [31]

Rich S.D. [32]
Salt Lake City S.D. [33]
San Juan S.D. [34]
Sevier S.D. [35]
South Sanpete S.D. [36]
South Summit S.D. [37]
Tintic S.D.[38]
Tooele County S.D.[39]
Uintah S.D.[40]
Wasatch County S.D.[41]
Washington County S.D.[42]
Wayne County S.D.[43]
Weber S.D.[44]

## Vermont

Addison Central Supervisory Union – Middlebury, Addison County
Addison Northeast Supervisory Union – Bristol, Addison County
Addison Northwest Supervisory Union – Vergennes, Addison County
Addison Rutland Supervisory Union – Fair Haven, Rutland County
Addison S.D. – Addison, Addison County
Albany S.D. – Albany, Orleans County
Alburg S.D. – Alburg, Grand Isle County
Andover S.D. – Chester, Windsor County
Arlington S.D. – Arlington, Bennington County
Athens S.D. – Bellows Falls, Windham County
Athens/Grafton Contract S.D. – Grafton, Windham County
Averill S.D. – Canaan, Essex County
Averys Gore S.D. – Canaan, Essex County
Bakersfield S.D. – Bakersfield, Franklin County
Baltimore S.D. – Chester, Windsor County
Barnard S.D. – Barnard, Windsor County
Barnet S.D. – Barnet, Caledonia County
Barre City S.D. – Barre, Washington County
Barre Supervisory Union – Barre, Washington County
Barre Town S.D. – Barre, Washington County
Barstow Joint Contract S.D. – Chittenden, Rutland County
Barton Incorporated S.D. – Barton, Orleans County
Battenkill Valley Supervisory Union – Arlington, Bennington County
Bellows Falls Union High S.D. 27 – Bellows Falls, Windham County

Bellows Free Academy Union High S.D. 48 – St. Albans, Franklin County
Belvidere S.D. – Belvidere, Lamoille County
Bennington Incorporated S.D. – Bennington, Bennington County
Bennington Rutland Supervisory Union – Sunderland, Bennington County
Benson S.D. – Benson, Rutland County
Berkshire S.D. – Richford, Franklin County
Berlin S.D. – Berlin, Washington County
Bethel S.D. – Bethel, Windsor County
Black River U.S.D 39 – Ludlow, Windsor County
Bloomfield S.D. – Canaan, Essex County
Blue Mountain Supervisory District – Wells River, Orange County
Blue Mountain U.S.D. 21 – Wells River, Orange County
Bolton S.D. – Bolton, Chittenden County
Bradford Incorporated S.D. – Bradford, Orange County
Braintree S.D. – Braintree, Orange County
Brandon S.D. – Brandon, Rutland County
Brattleboro S.D. – Brattleboro, Windham County
Brattleboro Union High S.D. 6 – Brattleboro, Windham County
Bridgewater S.D. – Bridgewater, Windsor County
Bridport S.D. – Bridport, Addison County
Brighton S.D. – Island Pond, Essex County
Bristol S.D. – Bristol, Addison County
Brookfield S.D. – Brookfield, Orange County
Brookline S.D. – Brookline, Windham County
Brookline/Newfane Joint School Contract – Newfane, Windham County

Brownington S.D. – Brownington, Orleans County
Brunswick S.D. – Canaan, Essex County
Buels Gore S.D. – Richmond, Chittenden County
Burke S.D. – West Burke, Caledonia County
Burlington S.D.– Burlington, Chittenden County
Burlington Supervisory District – Burlington, Chittenden County
Cabot S.D. – Cabot, Washington County
Calais S.D. – Plainfield, Washington County
Caledonia Central Supervisory Union – Danville, Caledonia County
Caledonia North Supervisory Union – Lyndonville, Caledonia County
Cambridge S.D. – Jeffersonville, Lamoille County
Canaan S.D. – Canaan, Essex County
Castleton S.D. – Fair Haven, Rutland County
Castleton-Hubbardton Union S.D. 42 – Castleton, Rutland County
Cavendish S.D. – Proctorville, Windsor County
Champlain Valley Union High S.D. 15 – Hinesburg, Chittenden County
Charleston S.D. – West Charleston, Orleans County
Charlotte S.D. – Charlotte, Chittenden County
Chelsea S.D. – Chelsea, Orange County
Chester S.D. – Chester, Windsor County
Chester-Andover U.S.D. 29 – Chester, Windsor County
Chittenden Central Supervisory Union – Essex Junction, Chittenden County
Chittenden East Supervisory Union – Richmond, Chittenden County
Chittenden S.D. – Brandon, Rutland County
Chittenden South Supervisory Union – Shelburne, Chittenden County
Clarendon S.D. – North Claredon, Rutland County
Colchester S.D. – Colchester, Chittenden County
Colchester Supervisory District – Colchester, Chittenden County
Concord S.D. – Concord, Essex County
Corinth S.D. – Bradford, Orange County
Corwall S.D. – Cornwall, Addison County
Coventry S.D. – Coventry, Orleans County
Craftsbury S.D. d.b.a. Craftsbury Schools – Craftsbury Commons, Orleans County
Currier Memorial U.S.D. 23 – Danby, Rutland County
Danby S.D. – Manchester Center, Bennington County
Danville S.D. – Danville, Caledonia County
Derby S.D. – Derby Line, Orleans County
Dorset S.D. – Dorset, Bennington County
Dover S.D. – East Dover, Windham County
Dummerston S.D. – East Dummerston, Windham County
Duxbury S.D. – Waitsfield, Washington County

Duxbury/Waterbury Union S.D. 45 – Duxbury, Washington County
East Haven S.D. – East Haven, Essex County
East Montpelier S.D. – East Montpelier, Washington County
Eden S.D. – Eden, Lamoille County
Elmore S.D. – Lake Elmore, Lamoille County
Enosburgh Town S.D. – Enosburg Falls, Franklin County
Essex Caledonia Supervisory Union – Concord, Essex County
Essex Junction Incorporated S.D. – Essex Junction, Chittenden County
Essex North Supervisory Union – Canaan, Essex County
Essex Town S.D. – Essex Junction, Chittenden County
Essex Town Supervisory District – Essex Junction, Chittenden County
Fair Haven S.D. – Fair Haven, Rutland County
Fair Haven Union High S.D. 16 – Fair Haven, Rutland County
Fairfax S.D. – Fairfax, Franklin County
Fairfield S.D. – Fairfield, Franklin County
Fayston S.D. – Fayston, Washington County
Ferdinand S.D. – Newport, Orleans County
Ferrisburg S.D. – Ferrisburgh, Addison County
Fletcher S.D. – Cambridge, Franklin County
Flood Brook Union S.D. 20 – Londonderry, Windham County
Franklin Central Supervisory Union – St. Albans, Franklin County
Franklin Northeast Supervisory Union – Richford, Franklin County
Franklin Northwest Supervisory Union – Swanton, Franklin County
Franklin S.D. – Franklin, Franklin County
Franklin West Supervisory Union – Fairfax, Franklin County
Georgia S.D. – St. Albans, Franklin County
Glastenbury S.D. – Bennington, Bennington County
Glover S.D. – Glover, Orleans County
Goshen S.D. – Brandon, Rutland County
Grafton S.D. – Grafton, Windham County
Granby S.D. – Granby, Essex County
Grand Isle S.D. – Grand Isle, Grand Isle County
Grand Isle Supervisory Union – Grand Isle, Grand Isle County
Granville S.D. – Granville, Addison County
Granville/Hancock Joint Contract District – Granville, Addison County
Green Mountain Union High S.D. 35 – Chester, Windsor County
Greensboro S.D. – Hardwick, Caledonia County
Groton S.D. – Wells River, Orange County
Guildhall S.D. – Guildhall, Essex County

Guilford S.D. – Guilford, Windham County
Halifax S.D. – West Halifax, Windham County
Hancock S.D. – Hancock, Addison County
Hardwick S.D. – Hardwick, Caledonia County
Hartford S.D. – White River Junction, Windsor County
Hartford Supervisory District – Wilder, Windsor County
Hartland S.D. – Hartland, Windsor County
Harwood Union High S.D. 19 – Duxbury, Washington County
Hazen Union High S.D. 26 – Hardwick, Caledonia County
Highgate S.D. – Highgate Center, Franklin County
Hinesburg S.D. – Hinesburg, Chittenden County
Holland S.D. – Derby Line, Orleans County
Hubbardton S.D. – Fair Haven, Rutland County
Huntington S.D. – Huntingdon, Chittenden County
Hyde Park S.D. – Hyde Park, Lamoille County
Ira S.D. – Poultney, Rutland County
Irasburg S.D. – Irasburg, Orleans County
Isle La Motte S.D. – Isle La Motte, Grand Isle County
Jamaica S.D. – Jamaica, Windham County
Jay S.D. – Newport, Orleans County
Jay/Westfield Joint E.S.D. – Jay, Orleans County
Jericho S.D. – Jericho, Chittenden County
Johnson S.D. – Johnson, Lamoille County
Kirby S.D. – Concord, Essex County
Lake Region Union High S.D. 24 – Orleans, Orleans County[clarification needed]
Lakeview Union S.D. 43 – Greensboro, Orleans County
Lamoille North Supervisory Union – Hyde Park, Lamoille County
Lamoille South Supervisory Union – Morrisville, Lamoille County
Lamoille Union High S.D. 18 – Hyde Park, Lamoille County
Landgrove S.D. – Chester, Windsor County
Leicester S.D. – Leicester, Addison County
Leland and Gray Union High S.D. 34 – Townshend, Windham County
Lemington S.D. – Canaan, Essex County
Lewis S.D. – Canaan, Essex County
Lincoln S.D. – Lincoln, Addison County
Londonderry S.D. – Chester, Windsor County
Lowell S.D. – Lowell, Orleans County
Ludlow S.D. – Ludlow, Windsor County
Lunenburg S.D. – Gilman, Essex County
Lyndon S.D. – Lyndonville, Caledonia County
Maidstone S.D. – Concord, Essex County
Manchester S.D. – Manchester Center, Bennington County
Marlboro S.D. – Marlboro, Windham County
Marshfield S.D. – Plainfield, Washington County

Mendon S.D. – Brandon, Rutland County
Mettawee Community School – West Pawlet, Rutland County
Middlebury Incorporated S.D. – Middlebury, Addison County
Middlebury Union High S.D. 3 – Middlebury, Addison County
Middlesex S.D. – Middlesex, Washington County
Middletown Springs S.D. – Middletown Springs, Rutland County
Mill River U.S.D. 40 – North Clarendon, Rutland County
Millers Run U.S.D. 37 – Sheffield, Caledonia County
Milton Incorporated S.D. – Milton, Chittenden County
Milton Supervisory District – Milton, Chittenden County
Missisquoi Valley Union High S.D. 7 – Swanton, Franklin County
Monkton S.D. – Monkton, Addison County
Montgomery S.D. – Montgomery Center, Franklin County
Montpelier S.D. – Montpelier, Washington County
Montpelier Supervisory District – Montpelier, Washington County
Moretown S.D. – Moretown, Washington County
Morgan S.D. – Morgan, Orleans County
Morristown S.D. – Morrisville, Lamoille County
Mount Abraham Union High S.D. 28 – Bristol, Addison County
Mount Anthony Union High S.D. 14 – Bennington, Bennington County
Mount Holly S.D. – Mount Holly, Rutland County
Mount Mansfield U.S.D. 17 – Jericho, Chittenden County
Mount Tabor S.D. – Manchester Center, Bennington County
New Haven S.D. – New Haven, Addison County
Newark S.D. – Newark, Caledonia County
Newbury S.D. – Newbury, Orange County
Newfane S.D. – Newfane, Windham County
Newport City S.D. – Newport, Orleans County
Newport Town S.D. – Newport Center, Orleans County
North Bennington Incorporated S.D. – North Bennington, Bennington County
North Country Junior Union High S.D. 22 – Derby, Orleans County
North Country Senior Union High S.D. 22 – Newport, Orleans County
North Country Supervisory Union – Newport, Orleans County
North Hero S.D. – North Hero, Grand Isle County
Northeast Kingdom Learning Services – Newport, Orleans County
Northfield S.D. – Northfield, Washington County

Norton S.D. – Norton, Orleans County

Norwich S.D. – Norwich, Windsor County

Orange East Supervisory Union – Bradford, Orange County

Orange North Supervisory Union – South Barre, Orange County

Orange S.D. – East Barre, Orange County

Orange Southwest Supervisory Union – Randolph, Orange County

Orange Windsor Supervisory Union – South Royalton, Windsor County

Orleans Central Supervisory Union – Orleans, Orleans County

Orleans Incorporated S.D. – Orleans, Orleans County

Orleans Southwest Supervisory Union – Hardwick, Caledonia County

Orwell S.D. – Orwell, Addison County

Otter Valley Union High S.D. 8 – Brandon, Rutland County

Oxbow Union High S.D. 30 – Bradford, Orange County

Panton S.D. – Vergennes, Addison County

Patricia Hannaford Career Center S.D. – Middlebury, Addison County

Pawlet S.D. – Manchester Center, Bennington County

Peacham S.D. – Peacham, Caledonia County

Peru S.D. – Chester, Windsor County

Pittsfield S.D. – Bethel, Windsor County

Pittsford S.D. – Pittsford, Rutland County

Plainfield S.D. – Plainfield, Washington County

Plymouth S.D. – Plymouth, Windsor County

Pomfret S.D. – South Pomfret, Windsor County

Poultney S.D. – Poultney, Rutland County

Pownal S.D. – Pownal, Bennington County

Proctor S.D. – Proctor, Rutland County

Putney S.D. – Putney, Windham County

Randolph S.D. – Randolph, Orange County

Randolph Union High S.D. 2 – Randolph, Orange County

Reading S.D. – Reading, Windsor County

Readsboro S.D. – Readsboro, Bennington County

Richford S.D. – Richford, Franklin County

Richmond S.D. – Richmond, Chittenden County

Ripton S.D. – Ripton, Addison County

Rivendell Interstate S.D. – West Fairlee, Orange County

Rochester S.D. – Rochester, Windsor County

Rockingham S.D. – Bellows Falls, Windham County

Roxbury S.D. – Roxbury, Washington County

Royalton S.D. – South Royalton, Windsor County

Rupert S.D. – Manchester Center, Bennington County

Rutland Central Supervisory Union – Rutland, Rutland County

Rutland City S.D. – Rutland, Rutland County

Rutland City Supervisory District – Rutland, Rutland County

Rutland Northeast Supervisory Union – Brandon, Rutland County

Rutland South Supervisory Union – North Claredon, Rutland County

Rutland Southwest Supervisory Union – Poultney, Rutland County

Rutland Town S.D. – Rutland Town, Rutland County

Rutland Windsor Supervisory Union – Ludlow, Windsor County

Ryegate S.D. – Wells River, Orange County

Saint Albans City S.D. – St. Albans, Franklin County

Saint Albans Town S.D. – St. Albans, Franklin County

Saint George S.D. – Shelburne, Chittenden County

Saint Johnsbury S.D. – Saint Johnsbury, Caledonia County

Saint Johnsbury Supervisory District – Saint Johnsbury, Caledonia County

Salisbury S.D. – Salisbury, Addison County

Sandgate S.D. – Arlington, Bennington County

School Administrative Unit 70 – Hanover, Grafton County

Searsburg S.D. – Wilmington, Windham County

Shaftsbury S.D. – Shaftsbury, Bennington County

Sharon S.D. – Sharon, Windsor County

Sheffield S.D. – Lyndonville, Caledonia County

Shelburne S.D. – Shelburne, Chittenden County

Sheldon S.D. – Sheldon, Franklin County

Sherburne Town S.D. – Killington, Rutland County

Shoreham S.D. – Shoreham, Addison County

Shrewsbury S.D. – Cuttingsville, Rutland County

Somerset S.D. – Wilmington, Windham County

South Burlington S.D. – South Burlington, Chittenden County

South Burlington Supervisory District – South Burlington, Chittenden County

South Hero S.D. – South Hero, Grand Isle County

Southwest Vermont Supervisory Union – Bennington, Bennington County

Spaulding Union High S.D. 41 – Barre, Washington County

Springfield S.D. – Springfield, Windsor County

Springfield Supervisory District – Springfield, Windsor County

Stamford S.D. – Stamford, Bennington County

Stannard S.D. – Hardwick, Caledonia County

Starksboro S.D. – Starksboro, Addison County

Stockbridge S.D. – Stockbridge, Windsor County

Stowe S.D. – Stowe, Lamoille County

Strafford S.D. – South Strafford, Orange County

Stratton S.D. – Newfane, Windham County

Sudbury S.D. – Sudbury, Rutland County

Sunderland S.D. – Sunderland, Bennington County

Sutton S.D. – Sutton, Caledonia County

Swanton S.D. – Swanton, Franklin County
Thetford S.D. – Thetford, Orange County
Tinmouth S.D. – Tinmouth, Rutland County
Topsham S.D. – Bradford, Orange County
Townshend S.D. – Townshend, Windham County
Troy S.D. – North Troy, Orleans County
Tunbridge S.D. – Tunbridge, Orange County
Twinfield Union S.D. 33 – Plainfield, Washington County
Union High S.D. 32 – Montpelier, Washington County
Underhill Incorporated S.D. – Jericho, Chittenden County
Underhill Town S.D. – Underhill Center, Chittenden County
Vergennes Incorporated S.D. – Vergennes, Addison County
Vergennes Union E.S.D. 44 – Vergennes, Addison County
Vergennes Union High S.D. 5 – Vergennes, Addison County
Vernon S.D. – Vernon, Windham County
Victory S.D. – Concord, Essex County
Waits River Valley U.S.D. 36 – East Corinth, Orange County
Waitsfield S.D. – Waitsfield, Washington County
Walden S.D. – Walden, Caledonia County
Wallingford S.D. – Wallingford, Rutland County
Waltham S.D. – Vergennes, Addison County
Wardsboro S.D. – Wardsboro, Windham County
Warners Grant S.D. – Canaan, Essex County
Warren S.D. – Warren, Washington County
Warrens Grant S.D. – Canaan, Essex County
Washington Central Supervisory Union – Montpelier, Washington County
Washington Northeast Supervisory Union – Plainfield, Washington County
Washington S.D. – Washington, Orange County
Washington South Supervisory Union – Northfield, Washington County
Washington West Supervisory Union – Waitsfield, Washington County
Waterbury S.D. – Waitsfield, Washington County
Waterford S.D. – Waterford, Caledonia County
Waterville S.D. – Waterville, Lamoille County
Weathersfield S.D. – Ascutney, Windsor County
Wells River S.D. – Wells River, Orange County

Wells S.D. – Wells, Rutland County
West Haven S.D. – Fair Haven, Rutland County
West Rutland S.D. – West Rutland, Rutland County
West Windsor S.D. – Brownsville, Windsor County
Westfield S.D. – Newport, Orleans County
Westford S.D. – Westford, Chittenden County
Westminster S.D. – Westminster, Windham County
Westmore S.D. – Orleans, Orleans County
Weston S.D. – Chester, Windsor County
Weybridge S.D. – Middlebury, Addison County
Wheelock S.D. – Lyndonville, Caledonia
Whiting S.D. – Whiting, Addison County
Whitingham S.D. – Jacksonville, Windham County
Whitingham/Wilmington Joint S.D. – Jacksonville, Windham County
Williamstown S.D. – Williamstown, Orange County
Williston S.D. – Williston, Chittenden County
Wilmington S.D. – Wilmington, Windham County
Windham Central Supervisory Union[1] – Townshend, Windham County
Windham Northeast Supervisory Union – Bellows Falls, Windham County
Windham S.D. – Windham, Windham County
Windham Southeast Supervisory Union – Brattleboro, Windham County
Windham Southwest Supervisory Union – Wilmington, Windham County
Windsor Central Supervisory Union – Woodstock, Windsor County
Windsor Northwest Supervisory Union – Pittsfield, Rutland County
Windsor S.D. – Windsor, Windsor County
Windsor Southeast Supervisory Union – Windsor, Windsor County
Windsor Southwest Supervisory Union – Chester, Windsor County
Winhall S.D. – Newfane, Windham County
Winooski S.D. – Winooski, Chittenden County
Winooski Supervisory District – Winooski, Chittenden County
Wolcott S.D. – Wolcott, Lamoille County
Woodbury S.D. – Woodbury, Washington County
Woodford S.D. – Bennington, Bennington County
Woodstock S.D. – Woodstock, Windsor County
Woodstock Union High S.D. 4 – Woodstock, Windsor County
Worcester S.D. – Worcester, Washington County

## Virginia

Accomack County Public Schools
Albemarle County Public Schools
Alexandria City Public Schools
Alleghany County Public Schools

Amelia County Public Schools
Amherst County Public Schools
Appomattox County Public Schools
Arlington Public Schools
Augusta County Public Schools
Bath County Public Schools

Bedford County Public Schools
Bland County Public Schools
Botetourt County Public Schools
Bristol Virginia Public Schools
Brunswick County Public Schools

Buchanan County Public Schools
Buckingham County Public Schools
Buena Vista City Public Schools
Campbell County Public Schools
Caroline County Public Schools
Carroll County Public Schools
Charles City County Public Schools
Charlotte County Public Schools
Charlottesville City Schools
Chesapeake Public Schools
Chesterfield County Public Schools
Clarke County Public Schools
Colonial Beach Public Schools
Colonial Heights Public Schools
Covington City Public Schools
Craig County Public Schools
Culpeper County Public Schools
Cumberland County Public Schools
Danville Public Schools
Dickenson County Public Schools
Dinwiddie County Public Schools
Essex County Public Schools
Fairfax County Public Schools
Falls Church City Public Schools
Fauquier County Public Schools
Floyd County Public Schools
Fluvanna County Public Schools
Franklin City Public Schools
Franklin County Public Schools
Frederick County Public Schools
Fredericksburg City Public Schools
Galax City Public Schools
Giles County Public Schools
Gloucester County Public Schools
Goochland County Public Schools
Grayson County Public Schools
Greene County Public Schools
Greensville County Public Schools
Halifax County Public Schools

Hampton City Schools
Hanover County Public Schools
Harrisonburg City Public Schools
Henrico County Public Schools
Henry County Public Schools
Highland County Public Schools
Hopewell Public Schools
Isle of Wight County Public Schools
King and Queen County Public Schools
King George County Schools
King William County Public Schools
Lancaster County Public Schools
Lee County Public Schools
Lexington City Schools
Loudoun County Public Schools
Louisa County Public Schools
Lunenburg County Public Schools
Lynchburg City Schools
Madison County Public Schools
Manassas City Public Schools
Manassas Park City Schools
Martinsville City Public Schools
Mathews County Public Schools
Mecklenburg County Public Schools
Middlesex County Public Schools
Montgomery County Public Schools
Nelson County Public Schools
New Kent County Public Schools
Newport News Public Schools
Norfolk Public Schools
Northampton County Public Schools
Northumberland County Public Schools
Norton City Schools
Nottoway County Public Schools
Orange County Public Schools
Page County Public Schools
Patrick County Public Schools
Petersburg City Public Schools
Pittsylvania County Schools
Poquoson City Public Schools

Portsmouth Public Schools
Powhatan County Public Schools
Prince Edward County Public Schools
Prince George County Public Schools
Prince William County Public Schools
Pulaski County Public Schools
Radford City Public Schools
Rappahannock County Public Schools
Richmond Public Schools
Richmond County Public Schools
Roanoke City Public Schools
Roanoke County Public Schools
Rockbridge County Public Schools
Rockingham County Public Schools
Russell County Public Schools
Salem City Schools
Scott County Public Schools
Shenandoah County Public Schools
Smyth County Schools
Southampton County Public Schools
Spotsylvania County Public Schools
Stafford County Public Schools
Staunton City Schools
Suffolk City Public Schools
Surry County Public Schools
Sussex County Public Schools
Tazewell County Public Schools
Virginia Beach City Public Schools
Warren County Public Schools
Washington County Public Schools
Waynesboro Public Schools
West Point Public Schools
Westmoreland County Public Schools
Williamsburg-James City County Public Schools
Winchester Public Schools
Wise County Public Schools
Wythe County Public Schools
York County School Division

## __Washington__

Aberdeen S.D. 5

Adna S.D. 226

Almira S.D. 17

Anacortes S.D. 103
Arlington S.D. 16
Asotin-Anatone S.D. 420
Auburn S.D. 408
Bainbridge Island S.D. 303
Battle Ground S.D. 119
Bellevue S.D. 405
Bellingham S.D. 501
Benge S.D. 122
Bethel S.D. 403
Bickleton S.D. 203
Blaine S.D. 503
Boistfort S.D. 234
Bremerton S.D. 100-C
Brewster S.D. 111
Bridgeport S.D. 75
Brinnon S.D. 46
Burlington-Edison S.D. 100
Camas S.D. 117
Cape Flattery S.D. 401
Carbonado S.D. 19
Cascade S.D. 228
Cashmere S.D. 222
Castle Rock S.D. 401
Centerville S.D. 215
Central Kitsap S.D. 401
Central Valley S.D. 356
Centralia S.D. 401
Chehalis S.D. 302
Cheney S.D. 360
Chewelah S.D. 36
Chimacum S.D. 49
Clarkston S.D. 250
Cle Elum-Roslyn S.D. 404
Clover Park S.D. 400
Colfax S.D. 300
College Place S.D. 250
Colton S.D. 306
Columbia S.D. (Stevens) 206
Columbia S.D. (Walla Walla)
400
Colville S.D. 115
Concrete S.D. 11
Conway C.S.D. 317
Cosmopolis S.D. 99
Coulee-Hartline S.D. 151
Coupeville S.D. 204
Crescent S.D. 313
Creston S.D. 73
Curlew S.D. 50
Cusick S.D. 59
Damman S.D. 7
Darrington S.D. 330
Davenport S.D. 207
Dayton S.D. 2
Deer Park S.D.

Dieringer S.D. 343
Dixie S.D. (Washington) 101
East Valley S.D. (Yakima) 90
East Valley S.D. (Spokane) 361
Eastmont S.D. 206
Easton S.D. 28
Eatonville S.D. 404
Edmonds S.D. 15
Ellensburg S.D. 401
Elma S.D. 68
Endicott S.D. 308
Entiat S.D. 127
Enumclaw S.D. 216
Ephrata S.D. 165
Evaline S.D. 36
Everett S.D. 2
Evergreen S.D. (Clark) 114
Evergreen S.D. (Stevens)
Federal Way S.D. 210
Ferndale S.D. 502
Fife Public Schools 417
Finley S.D. 53
Franklin Pierce S.D. 402
Freeman S.D. 358
Garfield S.D. 302
Glenwood S.D. 401
Goldendale S.D. 404
Grand Coulee Dam S.D. 301
Grandview S.D. 200
Granger S.D. 204
Granite Falls S.D. 332
Grapeview S.D. 54
Great Northern S.D. 312
Green Mountain S.D. 103
Griffin S.D. 324
Harrington S.D. 204
Highland S.D. 203
Highline S.D. 401
Hockinson S.D. 98
Hood Canal S.D. 404
Hoquiam S.D. 28
Inchelium S.D. 70
Index S.D. 63
Issaquah S.D. 411
Kahlotus S.D. 56
Kalama S.D. 402
Keller S.D. 3
Kelso S.D. 458
Kennewick S.D. 17
Kent S.D. 415
Kettle Falls S.D. 212
Kiona-Benton City S.D. 52
Kittitas S.D. 403
Klickitat S.D.
La Center S.D. 101
LaConner S.D. 311

LaCrosse S.D.
Lake Chelan S.D. 129
Lake Stevens S.D. 4
Lake Washington S.D. 414
Lakewood S.D. 306
Lamont S.D. 264
Liberty S.D. 362
Lind S.D. 158
Longview Public Schools 122
Loon Lake S.D. 183
Lopez S.D.
Lyle S.D. 406
Lynden S.D. 504
Mabton S.D. 120
Mansfield S.D. 207
Manson S.D. 19
Mary M Knight S.D. 311
Mary Walker S.D. 207
Marysville S.D. 25
McCleary S.D. 65
Mead S.D. 354
Medical Lake S.D. 326
Mercer Island S.D. 400
Meridian S.D. 505
Methow Valley S.D. 350
Mill A S.D. 31
Monroe S.D. 103
Montesano S.D. 66
Morton S.D. 214
Moses Lake S.D. 161
Mossyrock S.D. 206
Mount Adams S.D. 209
Mount Baker S.D. 507
Mount Pleasant S.D. 29
Mount Vernon S.D. 320
Mukilteo S.D. 6
Naches Valley S.D. 3
Napavine S.D. 14
Naselle-Grays River Valley S.D.
155
Nespelem S.D. 14
Newport S.D. 56
Nine Mile Falls S.D. 325
Nooksack Valley S.D. 506
North Beach S.D.
North Franklin S.D. 51
North Kitsap S.D. 400
North Mason S.D. 403
North River S.D. 200
North Thurston Public Schools 3
Northport S.D. 211
Northshore S.D. 417
Oak Harbor S.D. 201
Oakesdale S.D. 324
Oakville S.D. 400
Ocean Beach S.D. 101

Ocosta S.D. 172
Odessa S.D. 105
Okanogan S.D. 105
Olympia S.D. 111
Omak S.D. 19
Onalaska S.D. 300
Onion Creek S.D. 30
Orcas Island S.D. 137
Orchard Prairie S.D. 123
Orient S.D. 65
Orondo S.D. 13
Oroville S.D. 410
Orting S.D. 344
Othello S.D. 147
Palisdes S.D. 102[1]
Palouse S.D. 301
Pasco S.D. 1
Pateros S.D. 122
Paterson S.D. 50
Pe Ell S.D. 301
Peninsula S.D. 401
Pioneer S.D. 402
Pomeroy S.D. 110
Port Angeles S.D. 121
Port Townsend S.D. 50
Prescott S.D. 402
Prosser S.D. 116
Pullman S.D. 267
Puyallup S.D. 3
Queets-Clearwater S.D. 20
Quilcene S.D. 48
Quillayute Valley S.D. 402
Quinault S.D. 97
Quincy S.D. 144
Rainier S.D. 307
Raymond S.D. 116
Reardan-Edwall S.D. 9
Renton S.D. 403
Republic S.D. 309
Richland S.D. 400
Ridgefield S.D. 122
Ritzville S.D. 160
Riverside S.D. 416
Riverview S.D. 407

Rochester S.D. 401
Roosevelt S.D. 403
Rosalia S.D. 320
Royal S.D. 160
Saint John S.D. 322
San Juan Island S.D. 149
Satsop S.D. 104
Seattle Public Schools 1
Sedro-Woolley S.D. 101
Selah S.D. 119
Selkirk S.D. 70
Sequim S.D. 323
Shaw Island S.D. 10
Shelton S.D. 309
Shoreline S.D. 412
Skamania S.D. 2
Skykomish S.D. 404
Snohomish S.D. 201
Snoqualmie Valley S.D. 410
Soap Lake S.D. 156
South Bend S.D. 118
South Kitsap S.D. 402
South Whidbey S.D. 206
Southside S.D. (Washington) 42
Spokane Public Schools 81
Sprague S.D. 8
Stanwood-Camano Island S.D. 401
Star S.D. 54
Starbuck S.D. 35
Stehekin S.D.
Steilacoom Historical S.D.
Steptoe S.D. 304
Stevenson-Carson S.D. 303
Sultan S.D.
Summit Valley S.D.
Sumner S.D. 320
Sunnyside S.D. 201
Tacoma Public Schools 10
Taholah S.D. 77
Tahoma S.D. 409
Tekoa S.D. 265
Tenino S.D. 402
Thorp S.D. 400

Toledo S.D. 237
Tonasket S.D.
Toppenish S.D. 202
Touchet S.D. 300
Toutle Lake S.D.
Trout Lake S.D. 400
Tukwila S.D. 406
Tumwater S.D. 33
Union Gap S.D. 2
University Place S.D. 83
Valley S.D. 70
Vancouver S.D. 37
Vashon Island S.D. 402
Wahkiakum S.D. 200
Wahluke S.D. 73
Waitsburg S.D. 401
Walla Walla S.D. 140
Wapato S.D. 207
Warden S.D. 146
Washington School for the Blind ?
Washington School for the Deaf ?
Washougal S.D. 112
Washtucna S.D. 109
Waterville S.D. 209
Wellpinit S.D. 49
Wenatchee S.D. 246
West Valley S.D. (Spokane) 363
West Valley S.D. (Yakima) 208
White Pass S.D. 303
White River S.D. 416
White Salmon Valley Schools 405
Wilbur S.D. 200
Willapa Valley S.D. 160
Wilson Creek S.D. 167
Winlock S.D. 232
Wishkah Valley School 117
Wishram S.D. 94
Woodland S.D. 404
Yakima S.D. 7
Yelm S.D.
Zillah S.D. 205

## West Virginia

Barbour County Schools
Berkeley County Schools
Boone County Schools
Braxton County Schools
Brooke County Schools
Cabell County Schools
Calhoun County Schools
Clay County Schools
Doddridge County Schools
Fayette County Schools

Gilmer County Schools
Grant County Schools
Greenbrier County Schools
Hampshire County Schools
Hancock County Schools
Hardy County Schools
Harrison County Schools
Jackson County Schools
Jefferson County Schools
Kanawha County Schools

Lewis County Schools
Lincoln County Schools
Logan County Schools
Marion County Schools
Marshall County Schools
Mason County Schools
McDowell County Schools
Mercer County Schools
Mineral County Schools
Mingo County Schools

Monongalia County Schools
Monroe County Schools
Morgan County Schools
Nicholas County Schools
Ohio County Schools
Pendleton County Schools
Pleasants County Schools
Pocahontas County Schools
Preston County Schools

Putnam County Schools
Raleigh County Schools
Randolph County Schools
Ritchie County Schools
Roane County Schools
Summers County Schools
Taylor County Schools
Tucker County Schools
Tyler County Schools

Upshur County Schools
Wayne County Schools
Webster County Schools
Wetzel County Schools
Wirt County Schools
Wood County Schools
Wyoming County Schools

## **Wisconsin**

Abbotsford S.D.
Academy of Learning &
Leadership
Adams-Friendship Area S.D.
Albany S.D.
Algoma S.D.
Alma Center S.D.
Alma S.D.
Almond-Bancroft S.D.
Altoona S.D.
Amery S.D.
Antigo S.D.
Appleton Area S.D.
Arcadia S.D.
Argyle S.D.
Arrowhead UHS S.D.
Ashland S.D.
Ashwaubenon S.D.
Athens S.D.
Auburndale S.D.
Augusta S.D.
Baldwin-Woodville Area S.D.
Bangor S.D.
Baraboo S.D.
Barneveld S.D.
Barron Area S.D.
Bayfield S.D.
Beaver Dam U.S.D.
Beecher-Dunbar-Pembine S.D.
Belleville S.D. (S.D. of
Belleville)
Belmont Community S.D.
Beloit S.D.
Beloit Turner S.D.
Benton S.D.
Berlin Area S.D.
Big Foot UHS S.D.
Birchwood S.D.
Black Hawk S.D.
Black River Falls S.D.
Blair-Taylor S.D.
Bloomer S.D.
Bonduel S.D.
Boscobel Area S.D.
Boulder Junction J1 S.D.

Bowler S.D.
Boyceville Community S.D.
Brighton S.D.
Brillion S.D.
Bristol S.D.
Brodhead S.D.
Brown Deer S.D.
Bruce S.D.
Burlington Area S.D.
Butternut S.D.
Cadott Community S.D.
Cambria-Friesland S.D.
Cambridge S.D.
Cameron S.D.
Campbellsport S.D.
Cashton S.D.
Cassville S.D.
Cedar Grove-Belgium Area S.D.
Cedarburg S.D.
Central/Westosha UHS S.D.
Chetek S.D.
Chilton S.D.
Chippewa Falls Area S.D.
Clayton S.D.
Clear Lake S.D.
Clinton Community S.D.
Clintonville S.D.
Cochrane-Fountain City S.D.
Colby S.D.
Coleman S.D.
Colfax S.D.
Columbus S.D.
Cornell S.D.
Crandon S.D.
Crivitz S.D.
Cuba City S.D.
Cudahy S.D.
Cumberland S.D.
D.C. Everest Area S.D.
Darlington Community S.D.
Deerfield Community S.D.
DeForest Area S.D.
Delavan-Darien S.D.
Denmark S.D.
De Pere S.D.

DeSoto Area S.D.
Dodgeland S.D.
Dodgeville S.D.
Dover S.D.
Drummond Area S.D.
Durand S.D.
East Troy Community S.D.
Eau Claire Area S.D.
Edgar S.D.
Edgerton S.D.
Elcho S.D.
Eleva-Strum S.D.
Elk Mound Area S.D.
Elkhart Lake-Glenbeulah S.D.
Elkhorn Area S.D.
Ellsworth Community S.D.
Elmbrook S.D.
Elmwood S.D.
Erin S.D.
Evansville Community S.D.
Fall Creek S.D.
Fall River S.D.
Fennimore Community S.D.
Flambeau S.D.
Florence S.D.
Fond du Lac S.D.
Fontana J8 S.D.
Fort Atkinson S.D.
Fox Point J2 S.D.
Franklin Public S.D.
Frederic S.D.
Freedom Area S.D.
Friess Lake S.D.
Galesville-Ettrick-Trempealeau
S.D.
Geneva J4 S.D.
Genoa City J2 S.D.
Germantown S.D.
Gibraltar Area S.D.
Gillett S.D.
Gilman S.D.
Gilmanton S.D.
Glendale-River Hills S.D.
Glenwood City S.D.
Glidden S.D.

Goodman-Armstrong S.D.
Grafton S.D.
Granton Area S.D.
Grantsburg S.D.
Green Bay Area S.D.
Green Lake S.D.
Greendale S.D.
Greenfield S.D.
Greenwood S.D.
Hamilton S.D.
Hartford J1 S.D.
Hartford UHS S.D.
Hartland-Lakeside J3 S.D.
Hayward Community S.D.
Herman S.D.
Highland S.D.
Hilbert S.D.
Hillsboro S.D.
Holmen S.D.
Horicon S.D.
Hortonville S.D.
Howard-Suamico S.D.
Howards Grove S.D.
Hudson S.D.
Hurley S.D.
Hustisford S.D.
Independence S.D.
Iola-Scandinavia S.D.
Iowa-Grant S.D.
Ithaca S.D.
Janesville S.D.
Jefferson S.D.
Johnson Creek S.D.
Juda S.D.
Kaukauna Area S.D.
Kenosha U.S.D.
Kettle Moraine S.D.
Kewaskum S.D.
Kewaunee S.D.
Kickapoo Area S.D.
Kiel Area S.D.
Kimberly Area S.D.
Kohler S.D.
La Farge S.D.
Lac du Flambeau S.D.
Ladysmith-Hawkins S.D.
Lake Country S.D.
Lake Geneva J1 S.D.
Lake Geneva-Genoa City UHS
S.D.
Lake Holcombe S.D.
Lake Mills Area S.D.
Lakeland UHS S.D.
Lancaster Community S.D.
Laona S.D.
Lena S.D.

Linn J4 S.D.
Linn J6 S.D.
Little Chute Area S.D.
Lodi S.D.
Lomira S.D.
Loyal S.D.
Luck S.D.
Luxemburg-Casco S.D.
Madison Metropolitan S.D.
Manawa S.D.
Manitowoc Public S.D.
Maple Dale-Indian Hill S.D.
Maple S.D.
Marathon City S.D.
Marinette S.D.
Marion S.D.
Markesan S.D.
Marshall S.D.
Marshfield S.D.
Mauston S.D.
Mayville S.D.
McFarland S.D.
Medford Area S.D.
Mellen S.D.
Melrose-Mindoro S.D.
Menasha S.D.
Menominee Indian S.D.
Menomonee Falls S.D.
Menomonie Area S.D.
Mequon-Thiensville S.D.
Mercer S.D.
Merrill Area S.D.
Merton Community S.D.
Middleton-Cross Plains S.D.
Milton S.D.
Milwaukee Public Schools
Mineral Point S.D.
Minocqua J1 S.D.
Mishicot S.D.
Mondovi S.D.
Monona Grove S.D.
Monroe S.D.
Montello S.D.
Monticello S.D.
Mosinee S.D.
Mount Horeb Area S.D.
Mukwonago S.D.
Muskego-Norway S.D.
Necedah Area S.D.
Neenah S.D.
Neillsville S.D.
Nekoosa S.D.
Neosho J3 S.D.
New Auburn S.D.
New Berlin S.D.
New Glarus S.D.

New Holstein S.D.
New Lisbon S.D.
New London S.D.
New Richmond S.D.
Niagara S.D.
Nicolet UHS S.D.
Norriss S.D.
North Cape S.D.
North Crawford S.D.
North Fond du Lac S.D.
North Lake S.D.
Northern Ozaukee S.D.
Northland Pines S.D.
Northwood S.D.
Norwalk-Ontario-Wilton S.D.
Norway J7 S.D.
Oak Creek-Franklin S.D.
Oakfield S.D.
Oconomowoc Area S.D.
Oconto Falls S.D.
Oconto S.D.
Omro S.D.
Onalaska S.D.
Oostburg S.D.
Oregon S.D.
Osceola S.D.
Oshkosh Area S.D.
Osseo-Fairchild S.D.
Owen-Withee S.D.
Palmyra-Eagle Area S.D.
Pardeeville Area S.D.
Paris J1 S.D.
Park Falls S.D.
Parkview S.D.
Pecatonica Area S.D.
Pepin Area S.D.
Peshtigo S.D.
Pewaukee S.D.
Phelps S.D.
Phillips S.D.
Pittsville S.D.
Platteville S.D.
Plum City S.D.
Plymouth S.D.
Poynette S.D.
Port Edwards S.D.
Port Washington-Saukville S.D.
Portage Community S.D.
(Wisconsin)
Potosi S.D.
Poynette S.D.
Prairie du Chien Area S.D.
Prairie Farm S.D.
Prentice S.D.
Prescott S.D.
Princeton S.D.

Pulaski Community S.D.
Racine U.S.D.
Randall J1 S.D.
Randolph S.D.
Random Lake S.D.
Raymond S.D.
Reedsburg S.D.
Reedsville S.D.
Rhinelander S.D.
Rib Lake S.D.
Rice Lake Area S.D.
Richfield J1 S.D.
Richland S.D.
Richmond S.D.
Rio Community S.D.
Ripon S.D.
River Falls S.D.
River Ridge S.D.
River Valley S.D.
Riverdale S.D.
Rosendale-Brandon S.D.
Rosholt S.D.
Royall S.D.
Rubicon J6 S.D.
Saint Croix Central S.D.
Saint Croix Falls S.D.
Saint Francis S.D.
Salem S.D.
Sauk Prairie S.D.
S.D. of La Crosse
Seneca S.D.
Sevastopol S.D.
Seymour Community S.D.
Sharon J11 S.D.
Shawano S.D.
Sheboygan Area S.D.
Sheboygan Falls S.D.
Shell Lake S.D.
Shiocton S.D.
Shorewood S.D.
Shullsburg S.D.
Silver Lake Joint S.D. 1
Siren S.D.
Slinger S.D.

Solon Springs S.D.
Somerset S.D.
South Milwaukee S.D.
South Shore S.D.
Southern Door County S.D.
Southwestern Wisconsin S.D.
Sparta Area S.D.
Spencer S.D.
Spooner S.D.
Spring Valley S.D.
Stanley-Boyd Area S.D.
Stevens Point Area S.D.
Stockbridge S.D.
Stone Bank S.D.
Stoughton Area S.D.
Stratford S.D.
Sturgeon Bay S.D.
Sun Prairie Area S.D.
Superior S.D.
Suring S.D.
Swallow S.D.
Thorp S.D.
Three Lakes S.D.
Tigerton S.D.
Tomah Area S.D.
Tomahawk S.D.
Tomorrow River S.D.
Trevor Grade S.D.
Tri-County Area S.D.
Turtle Lake S.D.
Twin Lakes S.D.
Two Rivers S.D.
Union Grove J1 S.D.
Union Grove UHS S.D.
Unity S.D.
Valders Area S.D.
Verona Area S.D.
Viroqua Area S.D.
Wabeno Area S.D.
Walworth Joint S.D. 1
Washburn S.D.
Washington S.D.
Washington-Caldwell S.D.
Waterford Graded J1 S.D.

Waterford UHS S.D.
Waterloo S.D.
Watertown S.D.
Waukesha S.D.
Waunakee Community S.D.
Waupaca S.D.
Waupun S.D.
Wausau S.D.
Wausaukee S.D.
Wautoma Area S.D.
Wauwatosa S.D.
Wauzeka-Steuben S.D.
Webster S.D.
West Allis – West Milwaukee S.D.
West Bend S.D.
West De Pere S.D.
West Salem S.D.
Westby Area S.D.
Westfield S.D.
Weston S.D.
Weyauwega-Fremont S.D.
Weyerhaeuser Area S.D.
Wheatland J1 S.D.
White Lake S.D.
Whitefish Bay S.D.
Whitehall S.D.
Whitewater S.D.
Whitnall S.D.
Wild Rose S.D.
Williams Bay S.D.
Wilmot Grade S.D.
Wilmot UHS S.D.
Winneconne Community S.D.
Winter S.D.
Wisconsin Dells S.D.
Wisconsin Heights S.D.
Wisconsin Rapids S.D.
Wittenberg-Birnamwood S.D.
Wonewoc-Union Center S.D.
Woodruff J1 S.D.
Wrightstown Community S.D.
Yorkville J2 S.D.

## Wyoming

Albany County S.D. #1 – Laramie
Big Horn County S.D. #1 – Cowley
Big Horn County S.D. #2 – Lovell
Big Horn County S.D. #3 – Greybull
Big Horn County S.D. #4 – Basin
Campbell County S.D. #1 – Gillette
Carbon County S.D. #1 – Rawlins
Carbon County S.D. #2 – Saratoga
Converse County S.D. #1 – Douglas
Converse County S.D. #2 – Glenrock

Crook County S.D. #1 – Sundance
Fremont County S.D. #1 – Lander
Fremont County S.D. #2 – Dubois
Fremont County S.D. #6 – Pavillion
Fremont County S.D. #14 – Ethete
Fremont County S.D. #21 – Fort Washakie
Fremont County S.D. #24 – Shoshoni
Fremont County S.D. #25 – Riverton
Fremont County S.D. #38 – Arapahoe
Goshen County S.D. #1 – Torrington

Hot Springs County S.D. #1 – Thermopolis
Johnson County S.D. #1 – Buffalo
Laramie County S.D. #1 – Cheyenne
Laramie County S.D. #2 – Pine Bluffs
Lincoln County S.D. #1 – Kemmerer
Lincoln County S.D. #2 – Afton
Natrona County S.D. #1 – Casper
Niobrara County S.D. #1 – Lusk
Park County S.D. #1 – Powell
Park County S.D. #6 – Cody
Park County S.D. #16 – Meeteetse
Platte County S.D. #1 – Wheatland
Platte County S.D. #2 – Guernsey
Sheridan County S.D. #1 – Ranchester

Sheridan County S.D. #2 – Sheridan
Sheridan County S.D. #3 – Clearmont
Sublette County S.D. #1 – Pinedale
Sublette County S.D. #9 – Big Piney
Sweetwater County S.D. #1 – Rock Springs
Sweetwater County S.D. #2 – Green River
Teton County S.D. #1 – Jackson
Uinta County S.D. #1 – Evanston
Uinta County S.D. #4 – Mountain View
Uinta County S.D. #6 – Lyman
Washakie County S.D. #1 – Worland
Washakie County S.D. #2 – Ten Sleep
Weston County S.D. #1 – Newcastle
Weston County S.D. #7 – Upton