AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 20 - cv - 5878 (CM)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):* Due to COVID restrictions, I served the summons and complaint via email to
ServiceECF@law.nyc.gov on 8/13/2020 at 11:03am

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8-13-2020

JuNisha Cato
*Server's signature*

JuNnisha Carter
*Printed name and title*

85-26 149th Ave, Howard Beach, NY 11414
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York  ▼

| | |
|---|---|
| J.T., Individually and on behalf of D.T., et al., | ) )  ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) )  Civil Action No. 20 - cv - 5878 (CM) |
| Bill de Blasio, in his official capacity as the Mayor of New York City, et al., | ) ) ) |
| _____ | ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Richard Carranza
c/o New York City Law Department
100 Church Street
New York, New York 10007
Email - Serviceecf@law.nyc.gov

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter G. Albert, Esq.
Brain Injury Rights Group, Ltd.
300 East 95th Street - Suite 130
New York, New York 10128

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  08/06/2020  _____  /s/ D. Howie
_____  *Signature of Clerk or Deputy Clerk*