AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20 - cv - 5878 (CM)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* Due to COVID restrictions, I served the summons and complaint via email to ServiceECF@law.nyc.gov on 8/13/2020 at 11:05am

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8-13-2020

_____
Server's signature

JuNnisha CArter
Printed name and title

85-26 149th Ave, Howard Beach, NY 11414
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| J.T., Individually and on behalf of D.T., et al., <br><br> *Plaintiff(s)* <br> v. <br> Bill de Blasio, in his official capacity as the Mayor of New York City, et al., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 20 - cv - 5878 (CM) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The New York City Department of Education
c/o New York City Law Department
100 Church Street
New York, New York 10007
Email - Serviceecf@law.nyc.gov

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Peter G. Albert, Esq.
Brain Injury Rights Group, Ltd.
300 East 95th Street - Suite 130
New York, New York 10128

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   08/07/2020                                              /s/ D. Howie
                                                            *Signature of Clerk or Deputy Clerk*