USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/20/2020

**BRAIN INJURY RIGHTS GROUP, LTD.**
**300 EAST 95TH STREET, SUITE 130**
**NEW YORK, NEW YORK 10128**

**VIA ECF**

August 20, 2020

Hon. Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

          Re: **J.T., et al. v. de Blasio, et al., Case No. 20-cv-5878 (CM)**

Dear Judge Woods:

    I am counsel for Plaintiffs in the above-referenced action. This letter is addressed to Your Honor, in the absence of Chief Judge McMahon, regarding a time-sensitive matter.

    Plaintiffs intend to file an OTSC seeking a TRO and Preliminary Injunctions herein. On behalf of Plaintiffs, I write to respectfully request permission to file a single supporting memorandum of law with page limits exceeding Your Honor's existing rule regarding page limits. We intend to file a single OTSC requesting differing types of injunctive relief. In the furtherance of judicial economy, our supporting memorandum of law would address all requests in a single document, rather than file separate supporting documents for each type of relief.

    The consent of Defendants' counsel has not been solicited due to the number of Defendants for whom counsel have not yet been ascertained.

    Thank you for your consideration.

                            Respectfully submitted,

                            /S: Peter G. Albert /

                            Peter G. Albert

---

Application granted.

SO ORDERED.

Dated: August 20, 2020
New York, New York

                            _____
                            GREGORY H. WOODS
                            United States District Judge