USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/22/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

**J.T.**, Individually and on behalf of D.T.;
**K.M.**, Individually and on behalf of M.M. and S.M.;
**J.J.**, Individually and on behalf of Z.J.;
**C.N.**, Individually and on behalf of V.N.; and,
All Others Similarly Situated,

                  Plaintiffs,

CASE NO.: 20 – cv – 5878 (CM)

**ORDER TO SHOW CAUSE FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

    - **against** -

**BILL de BLASIO**, in his official capacity as the Mayor of New York City;
**RICHARD CARRANZA**, in his official capacity as the Chancellor of the New York City Department of Education; the **NEW YORK CITY DEPARTMENT OF EDUCATION;** the **SCHOOL DISTRICTS IN THE UNITED STATES**; and, the **STATE DEPARTMENTS OF EDUCATION IN THE UNITED STATES**,

                  Defendants.
------------------------------------------------------------------x

    Upon Plaintiffs' Memorandum of Law in Support of an Order to Show Cause for a Temporary Restraining Order and a Preliminary Injunction, dated August 20, 2020, and the Declaration of Peter G. Albert, Esq., dated August 20, 2020, and the exhibits annexed thereto, it is

    ORDERED, that the above-named Defendants shall, by on or before September 4, 2020, file a written response to the Plaintiffs' application for a Temporary Restraining Order and Preliminary Injunction, pursuant to Rule 65 of the Federal Rules of Civil Procedure; Defendants are also directed to file any motion to dismiss, sever, or transfer or for any other relief for any Defendant by September 4, 2020; and, be it further

ORDERED, that the Plaintiffs shall, by on or before September 18, 2020, file a written reply to the Defendants' opposition and a response to any motion by any defendant; Plaintiffs must file a separate brief responding to each individual motion made by any Defendant but may file one reply brief to Defendants' opposition to their motion for a preliminary injunction.

The Court will schedule a hearing only if it deems one to be necessary.

Plaintiffs are directed to serve a copy of this order to Defendants or their counsel on or before August 24, 2020 at 10 a.m. and to retain proof of service.

SO ORDERED.

Dated: August 22, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge