UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J.T. INDIVIDUALLY AND ON BEHALF OF D.T.; K.M., INDIVIDUALLY AND ON BEHALF OF M.M. AND S.M.; J.J., INDIVIDUALLY AND ON BEHALF OF Z.J.; C.N., INDIVIDUALLY AND ON BEHALF OF V.N.; AND, ALL OTHERS SIMILARLY SITUATED<br><br>   Plaintiffs,<br><br>-AGAINST-<br><br>BILL DE BLASIO, IN HIS OFFICIAL CAPACITY AS THE MAYOR OF NEW YORK CITY; RICHARD CARRANZA, IN HIS OFFICIAL CAPACITY AS THE CHANCELLOR OF NEW YORK CITY DEPARTMENT OF EDUCATION; THE NEW YORK CITY DEPARTMENT OF EDUCATION; THE SCHOOL DISTRICTS IN THE UNITED STATES; AND STATE DEPARTMENTS OF EDUCATION IN THE UNITED STATES<br><br>   Defendants. | CASE NO. 20-cv-5878 (CM)<br><br>Civil Action<br><br>**NOTICE OF APPEARANCE** |

  The law firm of Methfessel & Werbel, P.C. hereby enters an appearance on behalf of defendant, of Readington Township Public School.

             **METHFESSEL & WERBEL, ESQS.**
             Attorneys for Defendants,
             Middletown School District,
             Cherry Hill School District,

West Orange School District
                                and Readington Township
                                Public School

                                *Fredric Paul Gallin* (signature)

                                _____
                                Fredric P. Gallin, Esq.
                                112 West 34th Street,
                                17th Floor
                                New York, NY  10120
                                Attorney ID#1840230

Dated: August 26, 2020