# Brittany J. Rosario

| | |
|---|---|
| **From:** | Bret Kearney <bkearney@lufsd.org> |
| **Sent:** | Thursday, August 27, 2020 8:53 AM |
| **To:** | Adam Kleinberg |
| **Subject:** | Fwd: Summons and Complaint |
| **Attachments:** | 2020-08-20 Declaration Appendix A - DT - IEP.pdf; 2020-08-20 Declaration Appendix C - MM - IEP.pdf; 2020-08-20 Declaration 20-cv-5878 by Peter Albert.pdf; 2020-08-20 Declaration Appendix B - SM - IEP.pdf; 2020-08-20 Declaration Appendix D - ZJ - IEP.pdf; 2020-08-22 20-cv-5878 OTSC by Judge Woods.pdf; 2020-08-20 MOL 20-cv-5878.pdf; Proposed OTSC 20-cv-5878 by Plaintiffs.pdf; 2020-08-20 Declaration Appendix E - VN - IEP.pdf; DISTRICT DOCUMENT-compressed.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

This message was sent securely using Zix®

---------- Forwarded message ---------
From: **Daniel Giordano** <dgiordano@lufsd.org>
Date: Wed, Aug 26, 2020 at 5:38 PM
Subject: Fwd: Summons and Complaint
To: Bret Kearney <bkearney@lufsd.org>


---------- Forwarded message ---------
From: **Nikhil Patil** <nikhil@pabilaw.org>
Date: Wed, Aug 26, 2020 at 5:35 PM
Subject: Summons and Complaint
To: Covid 19 <covid@pabilaw.org>
Cc: Peter Albert <peter@pabilaw.org>


TO WHOM IT MAY CONCERN:

Please find the attached Summons and Complaint addressed to all School Districts in the United States for Case 1:20-cv-5878 (CM) filed in SDNY. In addition, you will find Judge Woods' order for all Defendants to respond by September 4, 2020, to the attached Plaintiffs Memorandum of Law in Support of the Order to Show Cause, as well as the declaration from Plaintiff's attorney Peter Albert and accompanying documents (Appendices A-E).


If you are not the correct person within your School District to accept the service of this federal complaint, please forward it to the correct person and cc me so I can follow up with them directly.


--



*Regards,*
**Nikhil Patil (pronouns:he, him, his) | Communications Associate**
300 East 95th Street, Suite #130
New York, New York 10128
Tel. 646.850.5035
braininjuryrights.org

**Confidentiality Notice -** *This email message, including all the attachments, is for the sole use of the intended recipient(s) and contains confidential information. Unauthorized use or disclosure is prohibited. If you are not the intended recipient, you may not use, disclose, copy or disseminate this information. If you are not the intended recipient, please contact the sender immediately by reply email and destroy all copies of the original message, including attachments.*
**Aviso de confidencialidad** *- Este mensaje de correo electrónico, incluyendo todos los archivos adjuntos, es para el uso exclusivo de los destinatarios previstos y contiene información confidencial. Se prohíbe el uso o la divulgación no autorizados. Si usted no es el destinatario deseado, usted no puede utilizar, revelar, copiar o difundir esta información. Si usted no es el destinatario deseado, por favor póngase en contacto con el remitente inmediatamente por correo electrónico de respuesta y destruir todas las copias del mensaje original, incluyendo los archivos adjunto*

--



Superintendent

Lindenhurst U.F.S.D

Important: This electronic mail message and any attached files contain information intended for the exclusive use of the party or parties to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not an intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.

Important: This electronic mail message and any attached files contain information intended for the exclusive use of the party or parties to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not an intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.

This message was secured by **Zix**®.