**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

J.T., Individually and On Behalf of D.T.;
K.M., Individually and On Behalf of M.M. and S.M.;
J.J., Individually and On Behalf of Z.J.;
C.N., Individually and On Behalf of V.N.; and,
All Others Similarly Situated,

                Plaintiffs,

       - against –                        CASE NO.: 1:20-cv-05878-CM

BILL de BLASIO, in his official capacity as the
Mayor of New York City; RICHARD
CARRANZA, in his official capacity as the
Chancellor of New York City Department of
Education; the NEW YORK CITY DEPARTMENT
OF EDUCATION; the SCHOOL DISTRICTS IN
THE UNITED STATES; and STATE
DEPARTMENTS OF EDUCATION IN THE
UNITED STATES,

                Defendants.

**MOTION FOR ADMISSION**
**PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and

Eastern Districts of New York, JONATHAN G. BRUSH hereby moves this Court for an Order for

admission to practice Pro Hac Vice to appear as counsel for DEFENDANT AUSTIN

INDEPENDENT SCHOOL DISTRICT in the above-captioned action.

I am in good standing with the State Bar of Texas and there are no pending disciplinary

proceedings against me in any state or federal court. I have never been convicted of a felony. I

have never been censured, suspended, disbarred or denied admission or readmission by any court.

I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  August 28, 2020

Respectfully Submitted,

_____

JONATHAN G. BRUSH
ROGERS, MORRIS & GROVER, L.L.P.
5718 Westheimer Road, Suite 1200
Houston, Texas 77057
Telephone:  713-960-6000
Facsimile:  713-960-6025
Email:  jbrush@rmgllp.com

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

J.T., Individually and On Behalf of D.T.;
K.M., Individually and On Behalf of M.M. and S.M.;
J.J., Individually and On Behalf of Z.J.;
C.N., Individually and On Behalf of V.N.; and,
All Others Similarly Situated,

Plaintiffs,

- against –

CASE NO.: 1:20-cv-05878-CM

BILL de BLASIO, in his official capacity as the
Mayor of New York City; RICHARD
CARRANZA, in his official capacity as the
Chancellor of New York City Department of
Education; the NEW YORK CITY DEPARTMENT
OF EDUCATION; the SCHOOL DISTRICTS IN
THE UNITED STATES; and STATE
DEPARTMENTS OF EDUCATION IN THE
UNITED STATES,

Defendants.

## AFFIDAVIT OF JONATHAN G. BRUSH

STATE OF TEXAS          §
                        §
COUNTY OF HARRIS        §

BEFORE ME, the undersigned authority, personally appeared JONATHAN G. BRUSH, known to me to be the person whose name is subscribed to this Affidavit, and who, upon first being duly sworn by me, did under oath depose and say:

1.   My name is Jonathan G. Brush. I am over 21 years of age and have never been convicted of a felony.

2.   I am an attorney practicing law in Harris County, Texas. I have never been censured, suspended, disbarred or denied admission or readmission to any Court. I have not had any disciplinary proceedings presently against myself.

3.   I am of sound mind and I am fully competent to give this affidavit under oath. The facts contained within this affidavit are within my personal knowledge.

Further Affiant sayeth not.

Jonathan G. Brush

SUBSCRIBED and SWORN TO before me by the said Jonathan G. Brush on August 25, 2020.



Notary Public in and for the State of Texas

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Jonathan Griffin Brush**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 5th day of November, 2004.

I further certify that the records of this office show that, as of this date

**Jonathan Griffin Brush**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature

and the seal of the Supreme Court of Texas at the City of Austin, this, the 25th day of August, 2020.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 0334C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

August 25, 2020

Re: Mr. Jonathan Griffin Brush, State Bar Number 24045576

To Whom It May Concern:

This is to certify that Mr. Jonathan Griffin Brush was licensed to practice law in Texas on November 05, 2004, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167