UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
J.T., individually and on behalf of D.T.; *et al.*, :
: No. 1:20-cv-05878 (ER)
:
    Plaintiffs, :
:
v. : **NOTICE OF APPEARANCE**
:
BILL de BLASIO, in his official capacity :
as the Mayor of New York City; *et al.*, :
:
    Defendants. :
------------------------------------------------------- x

    Please enter my appearance as counsel in the above-referenced matter for the following Defendants:  Ashford Board of Education, Bolton Board of Education, Branford Board of Education, Bristol Board of Education, Danbury Board of Education, Eastford Board of Education, East Hartford Board of Education, Greenwich Board of Education, North Haven Board of Education, Plainfield Board of Education, Regional School District 17 Board of Education, Rocky Hill Board of Education, Seymour Board of Education, Southington Board of Education, Windsor Board of Education, and Woodstock Board of Education.

| | |
|---|---|
| Dated:  August 20, 2020<br>        New York, NY | Respectfully submitted,<br><br> /s/ Jill M. O'Toole<br>Jill M. O'Toole<br>SHIPMAN & GOODWIN LLP<br>400 Park Avenue, Fifth Floor<br>New York, NY 10022<br>Tel.: (212) 376-3010<br>jotoole@goodwin.com<br><br>*Attorney for Respondent Southfield Capital, LLC* |