**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x

**J.T.**, Individually and on behalf of **D.T.**;
**K.M.**, Individually and on behalf of **M.M.**
and **S.M.**; **J.J.**, Individually and on behalf of
**Z.J.**; **C.N.**, Individually and on behalf of
**V.N.**; and, All Others Similarly Situated,

                              Plaintiffs,

    -against-

**BILL de BLASIO**, in his official capacity as the Mayor of New York City; **RICHARD CARRANZA**, in his official capacity as the Chancellor of the New York City Department of Education; the **NEW YORK CITY DEPARTMENT OF EDUCATION**; the **SCHOOL DISTRICTS IN THE UNITED STATES**; and, the **STATE DEPARTMENTS OF EDUCATION IN THE UNITED STATES**,

                              Defendants.

-------------------------------------------------------x

**CASE NO.: 120-CV-05878 (CM)**

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Sherry H. Culves hereby moves this Court for an Order for admission to practice Pro Hac Vice as counsel for Defendants Fulton County School District and Atlanta Independent School System in the above-captioned action.

I am in good standing of the bar of the state of Georgia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

I have attached an affidavit, a Certificate of Good Standing, and a proposed Order for Admission Pro Hac Vice pursuant to Local Rule 1.3.

Dated: Atlanta, Georgia
August 28, 2020

NELSON MULLINS RILEY & SCARBOROUGH, LLP

By: /s/ Sherry H. Culves
Sherry H. Culves

Atlantic Station / Suite 1700
201 17th Street, N.W.
Atlanta, Georgia 30363
Tel: (404) 322-6000
Fax: (404) 322-6050
Sherry.Culves@nelsonmullins.com
*Attorney for Defendants Fulton County School District and Atlanta Independent School System*