

## METHFESSEL & WERBEL
*A Professional Corporation*

| | | |
|---|---|---|
| JOEL N. WERBEL> | Counsel | Associates, Cont'd |
| JOHN METHFESSEL, JR.> | CHRISTIAN R. BAILLIE+ | ALLISON M. KOENKE> |
| FREDRIC PAUL GALLIN*+^ | SARAH K. DELAHANT+ | OLIVIA R. LICATA+ |
| STEPHEN R. KATZMAN# | SHAJI M. EAPEN+ | ASHLEY E. MALANDRE^ |
| WILLIAM S. BLOOM>* | JAMES FOXEN^ | ANTHONY J. MANCUSO> |
| ERIC L. HARRISON*+ | GERALD KAPLAN> | JAMES V. MAZEWSKI+ |
| MATTHEW A. WERBEL> | JARED P. KINGSLEY*+ | CHRISTEN E. MCCULLOUGH^ |
| LORI BROWN STERNBACK*+ | JOHN R. KNODEL.*+ | DIAA J. MUSLEH+ |
| I. BLAKELEY JOHNSTONE,III+* | LESLIE A. KOCH+ | KAJAL J. PATEL> |
| GINA M. STANZIALE> | CHARLES T. MCCOOK, JR.*> | NABILA SAEED^ |
| PAUL J. ENDLER JR.> | MARC G. MUCCIOLO> | TIFFANY D. TAGARELLI> |
|  | RICHARD A. NELKE~ | STEVEN A. UNTERBURGER+ |
| Of Counsel | STEVEN K. PARNESS+ | LEVI E. UPDYKE+^ |
| MARC DEMBLING*+ | RAINA M. PITTS^ |  |
| ED THORNTON> | BRENT R. POHLMAN+ | * Certified by the Supreme Court of |
|  | AMANDA J. SAWYER^ |   New Jersey as a Civil Trial Attorney |
| Retired | JARED S. SCHURE> | +Member of NY & NJ Bar |
| JOHN METHFESSEL, SR.> | SHIFRA TARICA+ | ^Member of PA & NJ Bar |
| (1935-2017) |  | >Member of NJ Bar only |
| DON CROWLEY*+ | Associates | #Member of NJ & LA. Bar |
|  | EDWARD D. DEMBLING> | <Member of NJ & DC Bar |
|  | JASON D. DOMINGUEZ+ | ≥Member of NJ, PA & DC Bar |
|  | NATALIE DONIS+ | ~Member of NY, NJ & DC Bar |
|  | MICHAEL R. EATROFF> |  |
|  | DAVID INCLE, JR.> | **Please reply to New Jersey** |
|  | FRANK J. KEENAN+^ |  |
|  | SCOTT KETTERER> |  |

August 31, 2020

<u>VIA ECOURTS FILING</u>
Honorable Gregory H. Woods, U.S.D.J.
United States District Court, Southern District of New York
US Courthouse
40 Foley Square
New York, NY 10007-1581

RE:  **J.T. O/B/O D.T. VS. BILL DE BLASIO, ET AL.**
  Our File No.  : 89465 ELH
  Docket No.   : 20-CV-5878 (CM)(GWG)

Dear Judge Woods:

This office presently represents the New Jersey School District of Middletown, West Orange, Cherry Hill and Readington. Pursuant to Your Honor's recent order, we intend to file a motion to dismiss the Complaint, as well as a brief in opposition to Plaintiffs' pending application for a preliminary injunction.

In view of the number and complexity of the issues raised in the 351-page Complaint and Plaintiffs' 51 page brief (emailed to me on the evening of Friday, August 21st but not yet filed on the docket), we request permission to file briefs which are each no greater than 45 pages in length.

 Respectfully submitted,

 **METHFESSEL & WERBEL, ESQS.**

 *Fredric Paul Gallin*

 Fredric P. Gallin
 gallin@methwerb.com
 Ext. 162

FPG:jml

Methfessel & Werbel, Esqs.
Our File No. 89465 ELH
Page 2

  cc:  <u>VIA FEDERAL EXPRESS</u>
       Patrick B. Donohue, Esq.
       Patrick Donohue Law Firm PLLC
       55 West 116th Street, Suite 159
       New York, NY 10026

       <u>VIA EMAIL: peter@pabilaw.org</u>
       Peter G. Albert, Esq.
       Brain Injury Rights Group, Ltd.
       300 East 95th Street, Suite 130
       New York, NY 10128