UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
J.T., Individually and on behalf of D.T.;
K.M., Individually and on behalf of M.M. and S.M.;
J.J., Individually and on behalf of Z.J.;   Docket No.: 20-CV-5878 (CM)
C.N., Individually and on behalf of V.N.; and
All Others Similarly Situated,

                        Plaintiffs,        **NOTICE OF APPEARANCE**

- Against –

BILL de BLASIO, in his official capacity as the
Mayor of New York City; RICHARD CARRANZA,
in his official capacity as the Chancellor of the New
York City Department of Education; NEW YORK
CITY DEPARTMENT OF EDUCATION; the
SCHOOL DISTRICTS IN THE UNITED STATES;
and, the STATE DEPARTMENTS OF EDUCATION
IN THE UNITED STATES,

                        Defendants.
-----------------------------------------------------------------X

**PLEASE TAKE NOTICE** that Lewis R. Silverman, from Silverman & Associates, hereby appears as counsel for MONROE-WOODBURY CENTRAL SCHOOL DISTRICT, and that a copy of all notices, pleadings and other papers herein are to be served upon the undersigned, including ECF notifications. This notice is not intended, and should not be construed, as a waiver of any jurisdictional defenses.

Dated: White Plains, New York
       August 31, 2020

                                    Respectfully submitted,

                                    **SILVERMAN & ASSOCIATES**

                                By: _____
                                Lewis R. Silverman
                                Attorney for Monroe-Woodbury CSD
                                445 Hamilton Avenue, Suite 1102
                                White Plains, New York 10601
                                (914) 574-4510