UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
J.T., Individually and on behalf of D.T.;
K.M., Individually and on behalf of M.M. and S.M.;
J.J., Individually and on behalf of Z.J.;            Docket No.: 20-CV-5878 (CM)
C.N., Individually and on behalf of V.N.; and
All Others Similarly Situated,

                          Plaintiffs,          **NOTICE OF APPEARANCE**

        -   Against –

BILL de BLASIO, in his official capacity as the
Mayor of New York City; RICHARD CARRANZA,
in his official capacity as the Chancellor of the New
York City Department of Education; NEW YORK
CITY DEPARTMENT OF EDUCATION; the
SCHOOL DISTRICTS IN THE UNITED STATES;
and, the STATE DEPARTMENTS OF EDUCATION
IN THE UNITED STATES,

                        Defendants.
-------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that Caroline B. Lineen, from Silverman & Associates,

hereby appears as counsel for MONROE-WOODBURY CENTRAL SCHOOL DISTRICT,

and that a copy of all notices, pleadings and other papers herein are to be served upon the

undersigned, including ECF notifications.   This notice is not intended, and should not be

construed, as a waiver of any jurisdictional defenses.

Dated:  White Plains, New York
        August 31, 2020

                        Respectfully submitted,

                    **SILVERMAN & ASSOCIATES**

                    By:  _Caroline B. Lineen_
                      Caroline B. Lineen
                      Attorney for Monroe-Woodbury CSD
                      445 Hamilton Avenue, Suite 1102
                      White Plains, New York 10601
                      (914) 574-4510