4821-6765-3577/574-1500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
J.T., individually and on behalf of D.T, *et al.*,   :

                                                    20 CV 5878 (CM)

                Plaintiffs,   :

      – against –   :

                                                    **NOTICE OF**

BILL deBLASIO, in his official capacity as the Mayor   :   **APPEARANCE**
Mayor of New York City, *et al.*,

                                                 :

                Defendants.
------------------------------------------------------------------------X

Please take notice that the undersigned appears as attorney for defendants Board of Education of Allegany County, a/k/a Allegany County Public Schools, Board of Education of Baltimore County, a/k/a Baltimore County Public Schools, Board of Education of Calvert County, a/k/a Calvert County Public Schools, Board of Education of Caroline County, a/k/a Caroline County Public Schools, Board of Education of Carroll County, a/k/a Carroll County Public Schools, Board of Education of Cecil County, a/k/a Cecil County Public Schools, Board of Education of Charles County, a/k/a Charles County Public Schools, Board of Education of Dorchester County, a/k/a Dorchester County Public Schools, Board of Education of Harford County, a/k/a Harford County Public Schools, Board of Education of Howard County, a/k/a Howard County Public Schools, Board of Education of Kent County, a/k/a Kent County Public Schools, Board of Education of Queen Anne's County, a/k/a Queen Anne's County Public Schools, Board of Education of St. Mary's County, a/k/a St. Mary's County Public Schools, Board of Education of Somerset County, a/k/a Somerset County Public Schools, Board of Education of Talbot County, a/k/a Talbot County Public Schools, Board of Education of

Washington County, a/k/a Washington County Public Schools, Board of Education of Wicomico County, a/k/a Wicomico County Public Schools, and Board of Education of Worcester County, a/k/a Worcester County Public Schools.

| | |
|---|---|
| Dated: New York, NY<br>August 31, 2020 | LESTER SCHWAB KATZ & DWYER, LLP<br>100 Wall Street<br>New York, NY 10005<br>212 964-6611<br>Attorneys for Defendants Board of Education of Allegany County, a/k/a Allegany County Public Schools, Board of Education of Baltimore County, a/k/a Baltimore County Public Schools, Board of Education of Calvert County, a/k/a Calvert County Public Schools, Board of Education of Caroline County, a/k/a Caroline County Public Schools, Board of Education of Carroll County, a/k/a Carroll County Public Schools, Board of Education of Cecil County, a/k/a Cecil County Public Schools, Board of Education of Charles County, a/k/a Charles County Public Schools, Board of Education of Dorchester County, a/k/a Dorchester County Public Schools, Board of Education of Harford County, a/k/a Harford County Public Schools, Board of Education of Howard County, a/k/a Howard County Public Schools, Board of Education of Kent County, a/k/a Kent County Public Schools, Board of Education of Queen Anne's County, a/k/a Queen Anne's County Public Schools, Board of Education of St. Mary's County, a/k/a St. Mary's County Public Schools, Board of Education of Somerset County, a/k/a Somerset County Public Schools, Board of Education of Talbot County, a/k/a Talbot County Public Schools, Board of Education of Washington County, a/k/a Washington County Public Schools, Board of Education of Wicomico County, a/k/a Wicomico County Public Schools, and Board of Education of Worcester County, a/k/a Worcester County Public Schools |

       S/ Dennis M. Rothman
_____
Dennis M. Rothman