UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

J.T. *et al.*,

                                  Plaintiffs,

- against -

MAYOR DE BLASIO *et al.*,

                                  Defendants.

-----------------------------------------------------------------x

**NOTICE OF APPEARANCE**

20 CV 5878 (CM)

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that Defendants MAYOR BILL DE BLASIO, CHANCELLOR RICHARD CARRANZA, and THE NEW YORK CITY DEPARTMENT OF EDUCATION (the "NYC Defendants") appear in the above-captioned action by and through the undersigned attorney.

Dated:      New York, New York
              August 31, 2020

                                        JAMES E. JOHNSON
                                        Corporation Counsel of the
                                          City of New York
                                        Attorney for Defendants
                                         *NYC Defendants*
                                        100 Church Street
                                        New York, New York 10007
                                        Tel: (212) 356-0871
                                        mtoews@law.nyc.gov

                              BY:      _____/s/_MGT_____
                                        Mark G. Toews
                                        Assistant Corporation Counsel