ATTACHMENT A DMV SELF-INSURANCE CERTIFICATE NUMBER 232
VIRGINIA ASSOCIATION OF COUNTIES GROUP SELF-INSURANCE RISK POOL
(AND THE ATTACHED LISTS OF SCHOOLS)

Additional Entities listed under Self-Insurance Certificate Number 232 as of July 1, 2020 are:

1. Accomack County Public Schools
2. Albemarle County Public Schools
3. Alleghany County Public Schools
4. Amelia County Public Schools
5. Amherst County Public Schools
6. Appomattox County Public Schools
7. Arlington County Public Schools – Excess only
8. Augusta County Public Schools
9. Bath County Public Schools
10. Bedford County Public Schools
11. Bland County Public Schools
12. Blue Ridge Governor's School
13. Botetourt County Public Schools
14. Bridging Communities Regional Career & Technical Center
15. Bristol City Schools
16. Brunswick County Public Schools
17. Buchanan County Public Schools
18. Buckingham County Public Schools
19. Buena Vista City Public Schools
20. Caroline County Public Schools
21. Carroll County Public Schools
22. Charles City County Public Schools
23. Charlotte County Public Schools
24. Charlottesville City Schools
25. Chesapeake Bay Governor's School
26. Clarke County Public Schools
27. Colonial Heights Public Schools
28. Covington City Schools
29. Craig County Public Schools
30. Cumberland County Public Schools
31. Dickenson County Public Schools
32. Dinwiddie County Public Schools
33. Essex County Public Schools
34. Fairfax County Public Schools – Excess only
35. Fauquier County Public Schools
36. Floyd County Schools
37. Fluvanna County Public Schools
38. Franklin City Schools
39. Franklin County Public Schools
40. Frederick County Public Schools
41. Fredericksburg City Public Schools
42. Galax City Schools
43. Giles County Public Schools
44. Goochland County Public Schools
45. Grayson County Public Schools
46. Greene County Public Schools
47. Greensville County Public Schools
48. Halifax County Public Schools
49. Harrisonburg City Public Schools
50. Henry County Public Schools
51. Highland County Public Schools
52. Hopewell City Public Schools
53. Isle of Wight County Public Schools
54. King & Queen County Public Schools
55. King George County Public Schools
56. King William County Public Schools
57. Lancaster County Public Schools
58. Lee County Public Schools
59. Linwood Holton Governor's School
60. Loudoun County Public Schools
61. Louisa County Public Schools
62. Lunenburg County Public Schools
63. Madison County Public Schools
64. Manassas City Public Schools
65. Massanutten Technical Center
66. Mathews County Public Schools
67. Mecklenburg County Public Schools
68. Middleburg Community Charter School

69. Middlesex County Public Schools
70. Montgomery County Public Schools
71. Nelson County Public Schools
72. New Kent County Public Schools
73. Norfolk City Public Schools
74. Northern Neck Regional Special Education Program
75. Northumberland County Public Schools
76. Norton City Schools
77. Nottoway County Public Schools
78. Orange County Public Schools
79. Page County Public Schools
80. Patrick County Public Schools
81. Petersburg City Public Schools
82. Piedmont Governor's School
83. Piedmont Regional Education Program
84. Pittsylvania County Public Schools
85. Portsmouth City Schools
86. Powhatan County Public Schools
87. Prince Edward County Schools
88. Pulaski County Public Schools
89. Radford City Public Schools
90. Rappahannock County Public Schools
91. Richmond City Schools
92. Richmond County Public Schools
93. Roanoke City School Board
94. Roanoke County Public Schools
95. Roanoke Valley Regional Board for Low Income Population
96. Rockbridge County Public Schools
97. Rockingham County Public Schools
98. Russell County Public Schools
99. Salem City Schools
100. Scott County Public Schools
101. Shenandoah County Public Schools
102. Shenandoah Valley Regional Program for Special Education
103. Smyth County Public Schools
104. Spotsylvania County Public Schools
105. Southampton County Public Schools
106. Southeastern Cooperative Educational Programs
107. Suffolk Public Schools
108. Surry County Public Schools
109. Sussex County Public Schools
110. Tazewell County Public Schools
111. Valley Vocational Technical Center T/A Valley Career and Technical Center
112. Virginia Beach City Schools
113. Warren County Public Schools
114. Washington County Public Schools
115. West Point Public Schools
116. Westmoreland County Public Schools
117. Williamsburg-James City County Schools
118. Winchester Public Schools
119. Wise County Public Schools
120. Wythe County Public Schools