UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x

J.T., Individually and On Behalf of D.T.; K.M., Individually and On Behalf of M.M. and S.M.; J.J., Individually and On Behalf of Z.J.; C.N., Individually and On Behalf of V.N.; and, All Others Similarly Situated,

                    Plaintiffs,

– against –

BILL de BLASIO, in his official capacity as the Mayor of New York City; RICHARD CARRANZA, in his official capacity as the Chancellor of New York City Department of Education; the NEW YORK CITY DEPARTMENT OF EDUCATION; the SCHOOL DISTRICTS IN THE UNITED STATES; and STATE DEPARTMENTS OF EDUCATION IN THE UNITED STATES,

                    Defendant.
----------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

Docket No. 20-cv-05878 (CM)

**PLEASE TAKE NOTICE**, that MARK A. RADI, a member of the firm SOKOLOFF STERN LLP, attorneys for defendants LINDENHURST UNION FREE SCHOOL DISTRICT and MASSAPEQUA UNION FREE SCHOOL DISTRICT, hereby files this notice for purpose of receiving ECF alerts via email.  This notice is not intended, and should not be construed, as a waiver of any jurisdictional defenses.

Dated:  September 1, 2020
       Carle Place, New York

                                      SOKOLOFF STERN LLP
                                      *Attorneys for Defendants*
                                      *Lindenhurst Union Free School District*
                                      *Massapequa Union Free School District*

                        By:    MARK A. RADI
                              179 Westbury Avenue

2

                                              Carle Place, NY 11514
                                              (516) 334-4500
                                              File No. 200122

TO:    All counsel of record (via ECF)