UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J.T. INDIVIDUALLY AND ON BEHALF OF D.T.; K.M., INDIVIDUALLY AND ON BEHALF OF M.M. AND S.M.; J.J., INDIVIDUALLY AND ON BEHALF OF Z.J.; C.N., INDIVIDUALLY AND ON BEHALF OF V.N.; AND, ALL OTHERS SIMILARLY SITUATED<br><br>       Plaintiffs,<br><br>-AGAINST-<br><br>BILL DE BLASIO, IN HIS OFFICIAL CAPACITY AS THE MAYOR OF NEW YORK CITY; RICHARD CARRANZA, IN HIS OFFICIAL CAPACITY AS THE CHANCELLOR OF NEW YORK CITY DEPARTMENT OF EDUCATION; THE NEW YORK CITY DEPARTMENT OF EDUCATION; THE SCHOOL DISTRICTS IN THE UNITED STATES; AND STATE DEPARTMENTS OF EDUCATION IN THE UNITED STATES<br><br>       Defendants. | 20-CV-5878 (CM)<br><br>**NOTICE OF MOTION**<br>**FOR ADMISSION *PRO HAC VICE*** |

**PURSUANT TO RULE 1.3(c)** of the Local Rules of the United States District Courts for the Southern District of York and upon the annexed Affidavit of Eric L. Harrison, Esq. dated September 1, 2020, Certificate of Good Standing dated August 20, 2020 and the Affirmation of Fredric P. Gallin, Esq. dated September 1, 2020.  I Fredric P. Gallin, a member in good standing of the Bar of this Court, hereby move for an Order allowing the admission *pro hac*

*vice* of:

    Eric L. Harrison, Esq.
    Methfessel & Werbel, Esqs.
    112 West 34th Street, 17th Floor
    New York, NY  10120
    P-212-947-1999, Fax 212-947-3332

                        **METHFESSEL & WERBEL, ESQS.**
                        Attorneys for Middletown Township Public Schools, West Orange Public Schools, Readington Township Public Schools and Cherry Hill Public Schools, Various School Districts in Virginia and California

                        By:_____
                            Fredric Paul Gallin
                            (1840230

DATED:    NEW YORK, NEW YORK
            September 1, 2020