UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J.T. INDIVIDUALLY AND ON BEHALF OF D.T.; K.M., INDIVIDUALLY AND ON BEHALF OF M.M. AND S.M.; J.J., INDIVIDUALLY AND ON BEHALF OF Z.J.; C.N., INDIVIDUALLY AND ON BEHALF OF V.N.; AND, ALL OTHERS SIMILARLY SITUATED<br><br>　　　　Plaintiffs,<br><br>-AGAINST-<br><br>BILL DE BLASIO, IN HIS OFFICIAL CAPACITY AS THE MAYOR OF NEW YORK CITY; RICHARD CARRANZA, IN HIS OFFICIAL CAPACITY AS THE CHANCELLOR OF NEW YORK CITY DEPARTMENT OF EDUCATION; THE NEW YORK CITY DEPARTMENT OF EDUCATION; THE SCHOOL DISTRICTS IN THE UNITED STATES; AND STATE DEPARTMENTS OF EDUCATION IN THE UNITED STATES<br><br>　　　　Defendants. | 20-CV-5878 (CM)<br><br>Civil Action<br><br>**AFFIRMATION OF FREDRIC PAUL GALLIN *PRO HAC VICE*** |

　　　I, Fredric Paul Gallin, of full age, duly certify as follows:

　　　1.　I am an attorney at law duly admitted in the State of New York, and a partner with the law firm of Methfessel & Werbel, attorneys for several defendants, and in such capacity I am fully familiar with the facts of the within matter.

　　　2.　I am a member in good standing of the New Jersey Bar.  ID#022271985.

3. I am a member in good standing of the New York Bar. ID#1840230.

4. I am a member of the firm of Methfessel & Werbel, PC.

5. I am admitted to practice before the Southern District of New York.

6. I have never been disciplined or suspended from the practice of law.

7. Should my partner Eric L. Harrison be admitted *pro hac vice* to represent school districts, I will oversee his work and ensure compliance with all Rules governing the U.S. District Court for the Southern District of New York, including all disciplinary rules.

8. I hereby request that the Court admit Eric Harrison *pro hac vice* for the purpose of appearing, participating and representing the Middletown Board of Education, the West Orange Board of Education, the Cherry Hill Board of Education, and any other School Districts on whose behalf our firm may be retained over the coming weeks to provide representation in this lawsuit.

**WHEREFORE**, Fredric P. Gallin, Esq. respectfully requests that this Court grant an Order allowing the admission, *pro hac vice* of Eric L. Harrison, Esq. to the United States District Court for the Southern District of

New York to practice with respect to the above-captioned action, together with such other and further relief as the Court may deem just and proper.

DATED:    NEW YORK, NEW YORK
          September 1, 2020

                                By:_____
                                    Fredric Paul Gallin
                                    (1840230)