UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J.T., Individually and On Behalf of D.T., <br> K.M., Individually and On Behalf of M.M. and S.M., <br> J.J., Individually and On Behalf of Z.J., <br> C.N., Individually and On Behalf of V.N., <br> and <br> All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> BILL de BLASIO, in his official capacity as the Mayor of New York City, *et al.* <br><br> Defendants. | CASE NO.: 1:20-cv-05878-CM <br><br> Oral Argument Requested |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that County School Board of York County Virginia, by special appearance through its counsel, Bond, Schoeneck & King, PLLC and Sands Anderson P.C., pursuant to its Memorandum of Law in Supporting Defendant County School Board of York County, Virginia's Motion to Dismiss for Lack of Personal Jurisdiction, dated September 2, 2020, and the Affidavit of Victor D. Shandor dated August 31, 2020, will move this Court before the Honorable Colleen McMahon at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order pursuant to Federal Rule of Civil Procedure 12(b) dismissing the complaint and granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE Individual Rule V.(F) provides 14 days for the submission of an opposition and 5 days thereafter for the service of reply papers.

3599986.1

Dated:  September 2, 2020

BOND, SCHOENECK & KING, PLLC

By: /s/ Curtis A. Johnson
Curtis A. Johnson
*Attorneys for County School Board of York County Virginia*
350 Linden Oaks, Third Floor
Rochester, New York  14625-2825
Telephone:  (585) 362-4700
cjohnson@bsk.com

David W. Hearn, Esq. (pending pro hac vice admission)
Jason H. Ballum, Esq. (pending pro hac vice admission)
SANDS ANDERSON, P.C.
*Attorneys for County School Board of York County Virginia*
1111 East Main Street, Suite 2400
P.O. Box 1998
Richmond, VA 23218-1998
dhearn@sandsanderson.com
jballum@sandsanderson.com