UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*****************************************************************
| | |
|---|---|
| J.T. INDIVIDUALLY AND ON BEHALF OF D.T.; K.M. INDIVIDUALLY AND ON BEHALF OF M.M. AND S.M.; J.J., INDIVIDUALLY AND ON BEHALF OF Z.J.; C.N., INDIVIDUALLY AND ON BEHALF OF V.N., AND, ALL OTHERS SIMILARLY SITUATED | : : : : : : CIVIL ACTION : |
| Plaintiffs, | : Case No. 1:20cv-05878(CM) |
| V. | : : |
| BILL DE BLASIO, IN HIS OFFICIAL CAPACITY AS THE MAYOR OF NEW YORK CITY; RICHARD CARRANZA, IN HIS OFFICIAL CAPACITY AS THE CHANCELLOR OF NEW YORK CITY DEPARTMENT OF EDUCATION; THE NEW YORK CITY DEPARTMENT OF EDUCATION; THE SCHOOL DISTRICTS IN THE UNITED STATES; AND STATE DEPARTMENTS OF EDUCATION IN THE UNITED STATES | : SEPTEMBER 2, 2020 : : : : : : : : : : |
| Defendants. | : |

*****************************************************************

## **MOTION TO ADMIT COUNSEL PRO HAC VICE**

Pursuant to D. Conn. L. Civ. P. 83.1(d), Bryan L. LeClerc, attorney for defendants, Norwalk Board of Education, Bridgeport Board of Education, Stamford Board of Education and Stratford Board of Education, and a member in good standing of the bar of this Court, moves for an order permitting Ryan P. Driscoll, a non-resident attorney practicing with the law firm of Berchem Moses PC, to be admitted *pro hac vice* to represent the above named defendants in this case.

In support of this motion the undersigning sponsoring attorney represents as follows:

Attorney Driscoll is a lawyer with the law firm of Berchem Moses PC and practices law at that firm's office located at 75 Broad Street, Milford, Connecticut 06460.

Accompanying this motion is the duly sworn and executed affidavit of Attorney Driscoll setting forth all of the information required by subsection (d)1 of Local Rule 83.1.

No scheduling order has been entered in this case other than the dates by the Court to respond to the Plaintiff's application for injunction and granting this motion will not affect any scheduling order deadlines.

WHEREFORE, the undersigned sponsoring attorney respectfully requests that this motion be granted.

        THE DEFENDANTS,
        NORWALK BOARD OF EDUCATION
        BRIDGEPORT BOARD OF EDUCATION
        STAMFORD BOARD OF EDUCATION
        STRATFORD BOARD OF EDUCATION

By:/s/Bryan L. LeClerc
    BRYAN L. LECLERC
    Berchem Moses, P.C.
    75 Broad Street
    Milford, CT  06460
    (203) 783-1200
    Federal Bar BL9464
    bleclerc@berchemmoses.com

## **CERTIFICATION OF SERVICE**

I hereby certify that on September 2, 2020, a copy of the foregoing Appearance was filed electronically [and served by mail on anyone unable to accept electronic filing].  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing].  Parties may access this filing through the Court's system.

        /s/ Bryan L. LeClerc
        Bryan L. LeClerc

{01395236.DOC Ver. 1}