# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| J.T., Individually and On Behalf Of D.T., et al <br> *Plaintiff* <br> v. <br> Bill de Blasio, et al <br> *Defendant* | Case No. 20-cv-5878 (CM) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Clayton County Public Schools, Cobb County School District, DeKalb County School District, and Marietta City Schools.

Date: 09/02/2020

/s/ Corinne E. Atton
*Attorney's signature*

Corinne E. Atton, Bar No. 4694121
*Printed name and bar number*

200 Park Avenue
Suite 1700
New York, New York 10166
*Address*

corinne.atton@draperllc.com
*E-mail address*

(347) 442-7788
*Telephone number*

*FAX number*