UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
J.T., Individually and On Behalf of D.T.; K.M.,
Individually and On Behalf of M.M. and S.M.;
J.J., Individually and On Behalf of Z.J.; C.N.,       **NOTICE OF**
Individually and On Behalf of V.N.; and, All             **APPEARANCE**
Others Similarly Situated,

        Plaintiffs,                             Docket No. 20-cv-5878 (CM)

    -against-

BILL de BLASIO, in his official capacity as
The Mayor of New York City; RICHARD
CARRANZA, in his official capacity as the
Chancellor of New York City Department
Of Education; the NEW YORK CITY DEPARTMENT
OF EDUCATION; the SCHOOL DISTRICTS IN THE
UNITED STATES; and STATE DEPARTMENTS OF
EDUCATION IN THE UNITED STATES,

        Defendants.
------------------------------------------------------------------X

       Christopher Long, Esq., of the law firm of LITCHFIELD CAVO LLP, hereby enters an appearance on behalf of defendants:

    1) CITY OF BRISTOL SCHOOL DISTRICT;

    2) MARTHA'S VINEYARD HIGH SCHOOL;

    3) PENTUCKET REGIONAL HIGH SCHOOL;

    4) TOWN OF BRANFORD SCHOOL DISTRICT;

    5) TOWN OF CLINTON and CLINTON BOARD OF EDUCATION;

    6) POMFRET CT SCHOOL DISTRICT;

    7) TOWN OF PLAINVILLE and PLAINVILLE BOARD OF EDUCATION;

    8) SEYMOUR BOARD OF EDUCATION;

    9) TOWN OF WATERTOWN and WATERTOWN BOARD OF EDUCATION;

10) TOWN OF WINDHAM and WINDHAM BOARD OF EDUCATION;

11) TOWN OF GROTON and GROTON BOARD OF EDUCATION;

12) TOWN OF WALLINGFORD and WALLINGFORD BOARD OF EDUCATION; and

13) TOWN OF PLYMOUTH and PLYMOUTH BOARD OF EDUCATION.

The above-identified entities are hereinafter collectively referred to as "Defendants". This notice is not intended, and should not be construed as a waiver of any jurisdictional defenses by Defendants.

Dated: September 3, 2020
       New York, New York

**LITCHFIELD CAVO LLP**
Attorneys for Defendants

\_\_\_/s_____
Christopher A. Long, Esq. (CL5220)
420 Lexington Avenue, Suite 2104
New York, New York 10170
Tel: 212-434-0100

TO: All counsel of record via ECF filing