UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
J.T., Individually and On Behalf Of D.T.; K.M.,
Individually and On Behalf Of M.M. and S.M.; J.J.,
Individually and On Behalf Of Z.J.; C.N., Individually
and On Behalf Of V.N.; and, All Others Similarly Situated,
    Plaintiffs,

20-CV-5878 (CM)

- against -

BILL de BLASIO, in his official capacity as the Mayor
of New York City; RICHARD CARRANZA, in his
official capacity as the Chancellor of New York City
Department of Education; the NEW YORK CITY
DEPARTMENT OF EDUCATION; the SCHOOL
DISTRICTS IN THE UNITED STATES; and STATE
DEPARTMENTS OF EDUCATION IN THE UNITED
STATES,
    Defendants.
-----------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

I, Nikhil Patil, declare under penalty of perjury that I am at least 18 years of age, I am not a party to this lawsuit, my business address is 300 East 95th Street, #130, New York, NY 10128, and I have personally caused a copy of the Summons in a Civil Action and Complaint in the above-captioned action sent from e-mail address nikhil@pabilaw.org to the Defendants' e-mail listed on the attached rider which includes the full name of the person, the address, the phone number and e-mail address. The documents were transmitted at or before 6:00 p.m. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

_____
Nikhil Patil, SERVER

August 28, 2020
DATE OF SERVICE

Sworn to before me this 28th day
of August, 2020.

_____

JuNnisha Sterling
NOTARY PUBLIC, STATE OF NEW YORK
No. 01CA6129668
Qualified in Queens County
My Commission Expires July 05, 2021