SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Alaska Gateway School District
SUPERINTENDENT: Scott Macmanus
E-MAIL: smacmanus@agsd.us
PHONE NUMBER: (907) 883-5151
1313.5 Alaska Highway
Tok, AK  99780

Aleutian Region School District
SUPERINTENDENT: Mike Hanley
E-MAIL: mhanley@aleutregion.org
PHONE NUMBER: (907) 277-2648
118 E International Airport Rd
Anchorage, AK  99518

Aleutians East Borough School District
SUPERINTENDENT: Patrick Mayer
E-MAIL: pmayer@aebsd.org
PHONE NUMBER: (907) 383-5222
100 Mossberry Lane
Sand Point, AK  99661

Anchorage School District
SUPERINTENDENT: Deena Bishop
E-MAIL: bishop_deena@asdk12.org
PHONE NUMBER: (907) 742-4312
5530 E. Northern Lights Blvd
Anchorage, AK  99504

Annette Island School District
SUPERINTENDENT: Taw Lindsey
E-MAIL: tlindsey@aisdk12.org
PHONE NUMBER: (907) 886-6332
4Th & Milton Street
Metlakatla, AK  99926

Bering Strait School District
SUPERINTENDENT: Robert Bolen
E-MAIL: bbolen@bssd.org
PHONE NUMBER: (907) 624-3611
225 Main Street
Unalakleet, AK  99684

Bristol Bay Borough School District
SUPERINTENDENT: Bill Hill
E-MAIL: bhill@bbbsd.net
PHONE NUMBER: (907) 246-4225
#2 School Road North
Naknek, AK  99633

Chatham School District
SUPERINTENDENT: Bruce Houck
E-MAIL: bhouck@chathamsd.org
PHONE NUMBER: (907) 788-3302
500 Big Dog Salmon Way
Angoon, AK  99820

Chugach School District
SUPERINTENDENT: Michael Hanley
E-MAIL: mhanley@chugachschools.com
PHONE NUMBER: (907) 522-7400
9312 Vanguard Drive, Suite 100
Anchorage, AK  99507

Copper River School District
SUPERINTENDENT: Therese Ashton
E-MAIL: tashton@crsd.us
PHONE NUMBER: (907) 822-3234
1976 Aurora Dr.
Glennallen, AK  99588

Cordova City School District
SUPERINTENDENT: Alex Russin
E-MAIL: arussin@cordovasd.org
PHONE NUMBER: (907) 424-3265
675 Second Street
Cordova, AK  99574

Craig City School District
SUPERINTENDENT: Chris Reitan
E-MAIL: creitan@craigschools.com
PHONE NUMBER: (907) 826-3274
100 School Road
Craig, AK  99921

Delta-greely School District
SUPERINTENDENT: Shaun Streyle
E-MAIL: sstreyle@dgsd.us
PHONE NUMBER: (907) 895-4657
1664 N. Clearwater
Delta Junction, AK  99737

Denali Borough School District
SUPERINTENDENT: Dan Polta
E-MAIL: danpolta@dbsd.org
PHONE NUMBER: (907) 683-2278
1 Suntrana Street
Healy, AK  99743

Dillingham City School District
SUPERINTENDENT: Jason Johnson
E-MAIL: jjohnson@dlgsd.org
PHONE NUMBER: (907) 842-5223
565 Seward Street
Dillingham, AK  99576

Fairbanks North Star Borough School District
SUPERINTENDENT: Karen Gaborik
E-MAIL: karen.gaborik@k12northstar.org
PHONE NUMBER: (907) 452-2000
520 Fifth Avenue
Fairbanks, AK  99701

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Galena City School District
SUPERINTENDENT: Jim Merriner
E-MAIL: jim.merriner@galenanet.com
PHONE NUMBER: (907) 656-1205
299 Antoski Avenue
Galena, AK  99741

Haines Borough School District
SUPERINTENDENT: Roy Getchell
E-MAIL: rgetchell@hbsd.net
PHONE NUMBER: (907) 766-6700
604 Haines Highway
Haines, AK  99827

Hoonah City School District
SUPERINTENDENT: Ralph Watkins
E-MAIL: watkinsr@hoonahschools.org
PHONE NUMBER: (907) 945-3611
366 Garteeni Hwy.
Hoonah, AK  99829

Hydaburg City School District
SUPERINTENDENT: Bart Mwarey
E-MAIL: bmwarey@hydaburg.k12.ak.us
PHONE NUMBER: (907) 285-3491
100 Totem Pole Lane
Hydaburg, AK  99922

Iditarod Area School District
SUPERINTENDENT: Connie Newman
E-MAIL: cnewman@iditarodsd.org
PHONE NUMBER: (907) 524-3033
#1 Takotna Ave.
Mcgrath, AK  99627

Juneau Borough School District
SUPERINTENDENT: Bridget Weiss
E-MAIL: bridget.weiss@juneauschools.org
PHONE NUMBER: (907) 523-1702
1208 Glacier Ave.
Juneau, AK  99801

Kake City School District
SUPERINTENDENT: Richard Catahay
E-MAIL: rcatahay@kakeschools.com
PHONE NUMBER: (907) 785-3741
175 Library Place
Kake, AK  99830

Kashunamiut School District
SUPERINTENDENT: Richard Lee
E-MAIL: rplee@chevakschool.org
PHONE NUMBER: (907) 858-7713
985 Ksd Way
Chevak, AK  99563

Kenai Peninsula Borough School District
SUPERINTENDENT: John Obrien
E-MAIL: jobrien@kpbsd.k12.ak.us
PHONE NUMBER: (907) 714-8888
148 N. Binkley St.
Soldotna, AK  99669

Ketchikan Gateway Borough School District
SUPERINTENDENT: Elizabeth Lougee
E-MAIL: beth.lougee@k21schools.org
PHONE NUMBER: (907) 247-2109
2610 Fourth Avenue
Ketchikan, AK  99901

Klawock City School District
SUPERINTENDENT: Jim Holien
E-MAIL: jim.holien@klawockschool.com
PHONE NUMBER: (907) 755-2917
715 Bayview Blvd.
Klawock, AK  99925

Kodiak Island Borough School District
SUPERINTENDENT: Larry Ledoux
E-MAIL: larry.ledoux@kibsd.org
PHONE NUMBER: (907) 481-6200
722 Mill Bay Road
Kodiak, AK  99615

Kuspuk School District
SUPERINTENDENT: Bernard Grieve
E-MAIL: bgrieve@kuspuk.org
PHONE NUMBER: (907) 675-4250
100 Boundary Avenue
Aniak, AK  99557

Lake And Peninsula Borough School District
SUPERINTENDENT: Ty Mase
E-MAIL: tmase@lpsd.com
PHONE NUMBER: (907) 246-4280
Jensen Drive #498
King Salmon, AK  99613

Lower Kuskokwim School District
SUPERINTENDENT: Kimberly Hankins
E-MAIL: kimberly_hankins@lksd.org
PHONE NUMBER: (907) 543-4810
1004 Ron Edwards Memorial Dr.
Bethel, AK  99559

Lower Yukon School District
SUPERINTENDENT: Gene Stone
E-MAIL: gstone@lysd.org
PHONE NUMBER: (907) 591-2411
1St Bldg. Airport Road
Mountain Village, AK  99632

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Matanuska-susitna Borough School District
SUPERINTENDENT: Randy Trani
E-MAIL: randy.trani@matsuk12.us
PHONE NUMBER: (907) 746-9255
501 N. Gulkana
Palmer, AK  99645

Mount Edgecumbe High School Agency
SUPERINTENDENT: Janelle Vanasse
E-MAIL: janellev@mehs.us
PHONE NUMBER: (907) 966-3200
1330 Seward Ave.
Sitka, AK  99835

Nenana City School District
SUPERINTENDENT: Patrick Manning
E-MAIL: supt@nenanalynx.org
PHONE NUMBER: (907) 832-5464
2Nd & C Street
Nenana, AK  99760

Nome Public Schools
SUPERINTENDENT: Jamie Burgess
E-MAIL: jburgess@nomeschools.org
PHONE NUMBER: (907) 443-2231
Mile 3.5 Nome-Teller Hwy.
Nome, AK  99762

North Slope Borough School District
SUPERINTENDENT: Kathy Ahgeak
E-MAIL: kathy.ahgeak@nsbsd.org
PHONE NUMBER: (907) 852-5311
829 Aivak Street
Barrow, AK  99723

Northwest Arctic Borough School District
SUPERINTENDENT: Terri Walker
E-MAIL: twalker@nwarctic.org
PHONE NUMBER: (907) 442-1800
744 Third Avenue
Kotzebue, AK  99752

Pelican City School District
SUPERINTENDENT: Norma Holmgaard
E-MAIL: nholmgaard@pelicanschool.org
PHONE NUMBER: (907) 735-2236
14 Chum Way
Pelican, AK  99832

Petersburg Borough School District
SUPERINTENDENT: Erica Painter
E-MAIL: ekludt@pcsd.us
PHONE NUMBER: (907) 772-4271
201 Charles W. Street
Petersburg, AK  99833

Pribilof School District
SUPERINTENDENT: John Bruce
E-MAIL: brucej@pribilofsd.org
PHONE NUMBER: (907) 546-3337
930 Tolstoi Blvd.
St. Paul Island, AK  99660

Saint Mary'S School District
SUPERINTENDENT: David Herbert
E-MAIL: dherbert@smcsd.us
PHONE NUMBER: (907) 438-2411
1 Dixon Circle
Saint Mary'S, AK  99658

Sitka School District
SUPERINTENDENT: John Holst
E-MAIL: holstj@sitkaschools.org
PHONE NUMBER: (907) 747-8622
300 Kostrometinoff Street
Sitka, AK  99835

Skagway School District
SUPERINTENDENT: Joshua Coughran
E-MAIL: jcoughran@skagwayschool.org
PHONE NUMBER: (907) 983-2960
1563 Main Street
Skagway, AK  99840

Southeast Island School District
SUPERINTENDENT: Lauren Burch
E-MAIL: laurenburch@sisd.org
PHONE NUMBER: (907) 828-8254
1010 Sandy Beach Road
Thorne Bay, AK  99919

Southwest Region School District
SUPERINTENDENT: Steve Noonkesser
E-MAIL: snoonkesser@swrsd.org
PHONE NUMBER: (907) 842-5287
574 Kenny Wren Road
Dillingham, AK  99576

Tanana City School District
SUPERINTENDENT: Therese Ashton
E-MAIL: tashton@aktcsd.org
PHONE NUMBER: (907) 366-7203
89 Front Street
Tanana, AK  99777

Unalaska City School District
SUPERINTENDENT: John Conwell
E-MAIL: jconwell@ucsd.net
PHONE NUMBER: (907) 581-3151
55 East Broadway Street
Unalaska, AK  99685

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Valdez City School District
SUPERINTENDENT: Shawn Arnold
E-MAIL: sarnold@valdezcityschools.org
PHONE NUMBER: (907) 835-4357
1112 West Klutina
Valdez, AK  99686

Wrangell Public School District
SUPERINTENDENT: Debbe Lancaster
E-MAIL: dlancaster@wpsd.us
PHONE NUMBER: (907) 874-2347
350 Bennett Street
Wrangell, AK  99929

Yakutat School District
SUPERINTENDENT: Patricia Hutcherson
E-MAIL: patriciah@yakutatschools.org
PHONE NUMBER: (907) 784-3317
429 Forest Highway
Yakutat, AK  99689

Yukon Flats School District
SUPERINTENDENT: Lance Bowie
E-MAIL: lance.bowie@yukonflats.net
PHONE NUMBER: (907) 662-2515
123 Hill Street
Ft. Yukon, AK  99740

Yukon-koyukuk School District
SUPERINTENDENT: Kerry Boyd
E-MAIL: kboyd@yksd.com
PHONE NUMBER: (907) 374-9416
4762 Old Airport Way
Fairbanks, AK  99709

Yupiit School District
SUPERINTENDENT: Cassandra Bennett
E-MAIL: cbennett@yupiit.org
PHONE NUMBER: (907) 825-3600
1St Main Street
Akiachak, AK  99551

Al Inst Deaf And Blind
SUPERINTENDENT: John Mascia
E-MAIL: mascia.john@aidb.state.al.us
PHONE NUMBER: (256) 761-3200
P O Drawer 698
Talladega, AL  35161

Alabama School Of Fine Arts
SUPERINTENDENT: Ann Florie
E-MAIL: aflorie@asfa.k12.al.us
PHONE NUMBER: (205) 252-9241
1800 Rev Abraham Woods Jr Blvd
Birmingham, AL  35203

Alabama Youth Services
SUPERINTENDENT: Rafael Richardson
E-MAI: rafael.richardson@dys.alabama.gov
PHONE NUMBER: (334) 215-3800
1000 Industrial School Road
Mt. Meigs, AL  36057

Alabaster City
SUPERINTENDENT: Wayne Vickers
E-MAIL: wayne.vickers@alabastercityschools.org
PHONE NUMBER: (205) 663-8400
1953 Municipal Way, Suite 200
Alabaster, AL  35007

Albertville City
SUPERINTENDENT: Boyd English
E-MAIL: BEnglish@albertk12.org
PHONE NUMBER: (256) 891-1183
107 West Main Street
Albertville, AL  35950

Alexander City
SUPERINTENDENT: Keith Lankford
E-MAIL: keith.lankford@acsk12.net
PHONE NUMBER: (256) 234-5074
375 Lee Street
Alexander City, AL  35010

Andalusia City
SUPERINTENDENT: Ted Watson
E-MAIL: watsont@andalusia.k12.al.us
PHONE NUMBER: (334) 222-3186
122 6Th Ave
Andalusia, AL  36420

Anniston City
SUPERINTENDENT: Ray Hill
E-MAIL: hilld@anniston.k12.al.us
PHONE NUMBER: (256) 231-5000
4804 Mcclellan Boulevard
Anniston, AL  36206

Arab City
SUPERINTENDENT: Stacie Pace
E-MAIL: space@arabcityschools.org
PHONE NUMBER: (256) 586-6011
750 Arabian Dr Ne
Arab, AL  35016

Athens City
SUPERINTENDENT: Trey Holladay
E-MAIL: trey.holladay@acs-k12.org
PHONE NUMBER: (256) 233-6600
455 Us Highway 31 North
Athens, AL  35611

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Attalla City
SUPERINTENDENT: Jeff Colegrove
E-MAIL: colegrovejb@attalla.k12.al.us
PHONE NUMBER: (256) 538-8051
101 Case Ave
Attalla, AL  35954

Auburn City
SUPERINTENDENT: Cristen Herring
E-MAIL: cherring@auburnschools.org
PHONE NUMBER: (334) 887-2100
855 E Samford Ave
Auburn, AL  36830

Autauga County
SUPERINTENDENT: Spence Agee
E-MAIL: spence.agee@acboe.net
PHONE NUMBER: (334) 365-5706
153 W 4Th St
Prattville, AL  36067

Baldwin County
SUPERINTENDENT: Eddie Tyler
E-MAIL: etyler@bcbe.org
PHONE NUMBER: (251) 937-0308
2600-A N Hand Ave
Bay Minette, AL  36507

Barbour County
SUPERINTENDENT: Matthew Alexander
E-MAIL: matthew.alexander@barbourschools.org
PHONE NUMBER: (334) 775-3453
100 Court Square Courthouse
Clayton, AL  36016

Bay Point Center
SUPERINTENDENT: Tuerk Schlesinger
E-MAIL: tuerk@altapointe.org
PHONE NUMBER: (251) 473-4423
5800 Southland Drive
Mobile, AL  36693

Bessemer City
SUPERINTENDENT: Autumm Jeter
E-MAIL: ajeter@bessk12.org
PHONE NUMBER: (205) 432-3000
1621 5Th Ave N
Bessemer, AL  35020

Bibb County
SUPERINTENDENT: Terry Mcgee
E-MAIL: mcgeed@bibbed.org
PHONE NUMBER: (205) 926-9881
721 Walnut Street
Centreville, AL  35042

Birmingham City
SUPERINTENDENT: Lisa Herring
E-MAIL: lherring@bhm.k12.al.us
PHONE NUMBER: (205) 231-4600
2015 Park Place North
Birmingham, AL  35203

Blount County
SUPERINTENDENT: Rodney Green
E-MAIL: rgreen@blountboe.net
PHONE NUMBER: (205) 625-4102
204 2Nd Ave East
Oneonta, AL  35121

Boaz City
SUPERINTENDENT: Todd Haynie
E-MAIL: thaynie@boazk12.org
PHONE NUMBER: (256) 593-8180
126 Newt Parker Dr.
Boaz, AL  35957

Boyd School
SUPERINTENDENT: Joey Lee
E-MAIL: jlee@theboydschool.org
PHONE NUMBER: (205) 938-7663
20856 Eastern Valley Rd
Green Pond, AL  35074

Brantwood Children'S Home
SUPERINTENDENT: Gerald Jones
E-MAIL: gjones@brantwoodchildrenshome.org
PHONE NUMBER: (334) 265-0784
1309 Upper Wetumpka Rd
Montgomery, AL  36107

Brewers Porch Childrens Center
SUPERINTENDENT: Ross Grimes
E-MAIL: ross.grimes@ua.edu
PHONE NUMBER: (205) 348-7236
2501 Woodland Rd
Tuscaloosa, AL  35404

Brewton City
SUPERINTENDENT: Kenneth Varner
E-MAIL: drkennethvarner@gmail.com
PHONE NUMBER: (251) 867-8400
811 Belleville Ave
Brewton, AL  36426

Bullock County
SUPERINTENDENT: Christopher Blair
E-MAIL: Christopher.Blair@bullockco.org
PHONE NUMBER: (334) 738-2860
108 Hardaway Ave
Union Springs, AL  36089

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Butler County
SUPERINTENDENT: Joseph Eiland
E-MAIL: joe.eiland@butlerco.k12.al.us
PHONE NUMBER: (334) 382-2665
211 School Highlands Road
Greenville, AL 36037

Calhoun County
SUPERINTENDENT: Donald Turner
E-MAIL: dturner@ccboe.us
PHONE NUMBER: (256) 741-7400
4400 Mcclellan Blvd
Anniston, AL 36206

Chambers County
SUPERINTENDENT: Kelli Hodge
E-MAIL: hodgek@chambersk12.org
PHONE NUMBER: (334) 864-9343
1298  Avc Drive
Lafayette, AL 36862

Cherokee County
SUPERINTENDENT: Mitchell Guice
E-MAIL: mguice@cherokeek12.org
PHONE NUMBER: (256) 927-3362
130 E Main St
Centre, AL 35960

Chickasaw City
SUPERINTENDENT: David Wofford
E-MAIL: dwofford@chickasawschools.com
PHONE NUMBER: (251) 452-2256
201 N Craft Hwy
Chickasaw, AL 36611

Chilton County
SUPERINTENDENT: Jason Griffin
E-MAIL: jgriffin@chilton.k12.al.us
PHONE NUMBER: (205) 280-3000
1705 Lay Dam Rd
Clanton, AL 35045

Choctaw County
SUPERINTENDENT: Dorothy Banks
E-MAIL: dbanks@choctawal.org
PHONE NUMBER: (205)459-3031
107 Tom Orr Dr
Butler, AL 36904

Clarke County
SUPERINTENDENT: Larry Bagley
E-MAIL: lbagley@clarkecountyschools.org
PHONE NUMBER: (251) 275-3255
155 W Cobb St
Grove Hill, AL 36451

Clay County
SUPERINTENDENT: Billy Walker
E-MAIL: walkerb@clayk12.org
PHONE NUMBER: (256) 396-1475
62 Court Square
Ashland, AL 36251

Cleburne County
SUPERINTENDENT: Chad Young
E-MAIL: cyoung@cleburneschools.net
PHONE NUMBER: (256) 463-5624
141 Davenport Drive
Heflin, AL 36264

Coffee County
SUPERINTENDENT: Kevin Killingsworth
E-MAIL: killingsworthk@coffeecounty.k12.al.us
PHONE NUMBER: (334) 897-5016
400 Reddoch Hill Rd
Elba, AL 36323

Colbert County
SUPERINTENDENT: Gale Satchel
E-MAIL: gsatchel@colbert.k12.al.us
PHONE NUMBER: (256) 386-8565
425 Highway 72 West
Tuscumbia, AL 35674

Conecuh County
SUPERINTENDENT: Zickeyous Byrd
E-MAIL: zickeyous.byrd@conecuhk12.com
PHONE NUMBER: (251) 578-1752
100 Jackson St
Evergreen, AL 36401

Coosa County
SUPERINTENDENT: Andi Wilson
E-MAIL: awilson@coosaschools.org
PHONE NUMBER: (256)377-4913
73 Nixburg Road
Rockford, AL 35136

Covington County
SUPERINTENDENT: Shannon Driver
E-MAIL: shannon.driver@cov.k12.al.us
PHONE NUMBER: (334) 222-7571
807 C C Baker Ave
Andalusia, AL 36420

Crenshaw County
SUPERINTENDENT: Dodd Hawthorne
E-MAIL: dodd.hawthorne@crenshaw-schools.org
PHONE NUMBER: (334) 335-6519
183 Votec Drive
Luverne, AL 36049

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Cullman City
SUPERINTENDENT: Susan Patterson
E-MAIL: spatterson@cullmancats.net
PHONE NUMBER: (256) 734-2233
301 1St St N E
Cullman, AL  35055

Cullman County
SUPERINTENDENT: Shane Barnette
E-MAIL: sbarnette@ccboe.org
PHONE NUMBER: (256) 734-2933
402 Arnold St Ne
Cullman, AL  35055

Dale County
SUPERINTENDENT: Ben Baker
E-MAIL: bbaker@dalecountyboe.org
PHONE NUMBER: (334) 774-2355
202 S Hwy 123, Suite E
Ozark, AL  36360

Daleville City
SUPERINTENDENT: Lisa Stamps
E-MAIL: stampsl@daleville.k12.al.us
PHONE NUMBER: (334) 598-2456
626 N Daleville Ave
Daleville, AL  36322

Dallas County
SUPERINTENDENT: Hattie Shelton
E-MAIL: sheltonhr@dallask12.org
PHONE NUMBER: (334) 875-3440
429 Lauderdale St
Selma, AL  36701

Decatur City
SUPERINTENDENT: Michael Douglas
E-MAIL: michael.douglas@dcs.edu
PHONE NUMBER: (256)552-3000
302 4th Ave NE
Decatur, AL  35601

Dekalb County
SUPERINTENDENT: Jason Barnett
E-MAIL: jbbarnett@dekalbk12.org
PHONE NUMBER: (256) 638-6921
306 Main St W
Rainsville, AL  35986

Demopolis City
SUPERINTENDENT: Kyle Kallhoff
E-MAIL: kkallhoff@dcsedu.com
PHONE NUMBER: (334) 289-1670
609 South Cedar Avenue
Demopolis, AL  36732

Developing Alabama Youth Prog
SUPERINTENDENT: Christy Hayes
E-MAIL: christy.hayes@thedayprogram.com
PHONE NUMBER: (205) 664-1600
117 Plaza Circle
Alabaster, AL  35007

Dothan City
SUPERINTENDENT: Phyllis Edwards
E-MAIL: phedwards@dothan.k12.al.us
PHONE NUMBER: (334) 793-1397
500 Dusy Street
Dothan, AL  36301

Elba City
SUPERINTENDENT: Chris Moseley
E-MAIL: cmoseley@elbaed.com
PHONE NUMBER: (334) 897-2801
131 Tiger Dr
Elba, AL  36323

Elmore County
SUPERINTENDENT: Richard Dennis
E-MAIL: richard.dennis@elmoreco.com
PHONE NUMBER: (334) 567-1200
100 H. H. Robison Drive
Wetumpka, AL  36092

Enterprise City
SUPERINTENDENT: Greg Faught
E-MAIL: gfaught@enterpriseschools.net
PHONE NUMBER: (334) 347-9531
220 Hutchinson St
Enterprise, AL  36330

Escambia County
SUPERINTENDENT: John Knott
E-MAIL: jknott@escambiak12.net
PHONE NUMBER: (251) 867-6251
301 Belleville Ave
Brewton, AL  36426

Etowah County
SUPERINTENDENT: Alan Cosby
E-MAIL: alan_cosby@ecboe.org
PHONE NUMBER: (256) 549-7560
3200 W Meighan Blvd
Gadsden, AL  35904

Eufaula City
SUPERINTENDENT: Deltonya Warren
E-MAIL: deltonya.warren@ecsk12.org
PHONE NUMBER: (334) 687-1100
333 State Docks Road
Eufaula, AL  36027

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Fairfield City
SUPERINTENDENT: Regina Thompson
E-MAIL: rthompson@fairfield.k12.al.us
PHONE NUMBER: (205) 783-6850
6405 Ave D
Fairfield, AL  35064

Father Purcell Center
SUPERINTENDENT: Brenda Withers
E-MAIL: bwithers@fatherpurcell.org
PHONE NUMBER: (334) 265-6791
2048 West Fairview Ave
Montgomery, AL  36108

Fayette County
SUPERINTENDENT: Jim Burkhalter
E-MAIL: jburkhalter@fayette.k12.al.us
PHONE NUMBER: (205) 932-4611
103 First Ave Nw
Fayette, AL  35555

Florence City
SUPERINTENDENT: Jimmy Shaw
E-MAIL: jshaw@florencek12.org
PHONE NUMBER: (256) 768-3000
102 S. Court Street
Florence, AL  35630

Fort Payne City
SUPERINTENDENT: Jim Cunningham
E-MAIL: jcunningham@fpcsk12.com
PHONE NUMBER: (256) 845-0915
205 45Th St Ne
Fort Payne, AL  35967

Franklin County
SUPERINTENDENT: Greg Hamilton
E-MAIL: greghamilton@franklin.k12.al.us
PHONE NUMBER: (256) 332-1360
500 N Coffee Ave
Russellville, AL  35653

Gadsden City
SUPERINTENDENT: Tony Reddick
E-MAIL: treddick@gcs.k12.al.us
PHONE NUMBER: (256) 549-2903
1026 Chestnut St
Gadsden, AL  35901

Geneva City
SUPERINTENDENT: Ron Snell
E-MAIL: snellr@gck12.com
PHONE NUMBER: (334) 684-1090
511 Panther Drive
Geneva, AL  36340

Geneva County
SUPERINTENDENT: Becky Birdsong
E-MAIL: birdsongb@genevacoboe.org
PHONE NUMBER: (334) 684-5690
200 N Commerce St
Geneva, AL  36340

Glenwood Mental Health Service
SUPERINTENDENT: Deborah Yount
E-MAIL: lyount@glenwood.org
PHONE NUMBER: (205) 969-2880
150 Glenwood Lane
Birmingham, AL  35242

Greene County
SUPERINTENDENT: Corey Jones
E-MAIL: cjones@greene.k12.al.us
PHONE NUMBER: (205) 372-3161
220 Main St
Eutaw, AL  35462

Guntersville City
SUPERINTENDENT: Brett Stanton
E-MAIL: brettstanton@gcboe.net
PHONE NUMBER: (256) 582-3159
4200 Highway 79 South
Guntersville, AL  35976

Hale County
SUPERINTENDENT: Michael Ryans
E-MAIL: mryans@halek12.org
PHONE NUMBER: (334) 624-8836
1115 Powers St
Greensboro, AL  36744

Haleyville City
SUPERINTENDENT: Holly Sutherland
E-MAIL: hsutherland@havc.k12.al.us
PHONE NUMBER: (205) 486-9231
2011 20Th St
Haleyville, AL  35565

Hartselle City
SUPERINTENDENT: Dee Dee Jones
E-MAIL: deedee.jones@hartselletigers.org
PHONE NUMBER: (256) 773-5419
305 College St Ne
Hartselle, AL  35640

Henry County
SUPERINTENDENT: Chris Padget
E-MAIL: cpadget@henrycountyboe.org
PHONE NUMBER: (334) 585-2206
300 N. Trawick Street
Abbeville, AL  36310

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Higdon Hill School
SUPERINTENDENT: Jennifer Snyder
E-MAIL: jennifer.snyder@uhsinc.com
PHONE NUMBER: (205) 833-9000
6869 5Th Ave S
Birmingham, AL  35212

Homewood City
SUPERINTENDENT: Bill Cleveland
E-MAIL: bcleveland@homewood.k12.al.us
PHONE NUMBER: (205) 870-4203
450 Dale Avenue
Homewood, AL  35209

Hoover City
SUPERINTENDENT: Kathy Murphy
E-MAIL: kmurphy@hoover.k12.al.us
PHONE NUMBER: (205) 439-1000
2810 Metropolitan Way
Hoover, AL  35243

Houston County
SUPERINTENDENT: David Sewell
E-MAIL: dsewell@hcboe.us
PHONE NUMBER: (334)792-8331
404 West Washington St
Dothan, AL  36302

Huntsville City
SUPERINTENDENT: Christie Finley
E-MAIL: christie.finley@hsv-k12.org
PHONE NUMBER: (256) 428-6810
200 White St
Huntsville, AL  35801

Jackson County
SUPERINTENDENT: Kevin Dukes
E-MAIL: dukesk@jackson.k12.al.us
PHONE NUMBER: (256) 259-9500
16003 Alabama Hwy 35
Scottsboro, AL  35768

Jacksonville City
SUPERINTENDENT: Mike Newell
E-MAIL: mnewell@jcsboe.org
PHONE NUMBER: (256) 782-5682
123 College St Sw
Jacksonville, AL  36265

Jasper City
SUPERINTENDENT: Ann Jackson
E-MAIL: ajackson@jasper.k12.al.us
PHONE NUMBER: (205) 384-6880
110 W 17Th St
Jasper, AL  35501

Jefferson County
SUPERINTENDENT: Walter Gonsoulin
E-MAIL: wgonsoulin@jefcoed.com
PHONE NUMBER: (205) 379-2000
2100 18Th Street S
Birmingham, AL  35209

Lamar County
SUPERINTENDENT: Vance Herron
E-MAIL: vherron@lamarcountyboe.com
PHONE NUMBER: (205) 695-7615
150 Butler Cir
Vernon, AL  35592

Lanett City
SUPERINTENDENT: Jennifer Boyd
E-MAIL: jboyd@lanettcityschools.org
PHONE NUMBER: (334) 644-5900
105 N Lanier Ave
Lanett, AL  36863

Lauderdale County
SUPERINTENDENT: Jonathan Hatton
E-MAIL: jonathan.hatton@lcschools.org
PHONE NUMBER: (256) 760-1300
355 County Road 61
Florence, AL  35634

Lawrence County
SUPERINTENDENT: Jon Smith
E-MAIL: jbsmith@lawrenceal.org
PHONE NUMBER: (256) 905-2400
14131 Market St
Moulton, AL  35650

Learning Tree Inc
SUPERINTENDENT: Marc Williams
E-MAIL: mwilliams@learning-tree.org
PHONE NUMBER: (334) 649-4420
4979 Lott Rd
Eight Mile, AL  36613

Lee Co Youth Development Ctr
SUPERINTENDENT: Laura Cooper
E-MAIL: lcooper@lcydc.org
PHONE NUMBER: (334) 745-6771
1011 Spring Drive
Opelika, AL  36801

Lee County
SUPERINTENDENT: James Mccoy
E-MAIL: McCoy.Mac@lee.k12.al.us
PHONE NUMBER: (334) 745-9770
2410 Society Hill Road
Opelika, AL  36804

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Leeds City
SUPERINTENDENT: John Moore
E-MAIL: jmoore@leedsk12.org
PHONE NUMBER: (205) 699-5437
1404 8Th Street
Leeds, AL 35094

Limestone County
SUPERINTENDENT: Randy Shearouse
E-MAIL: randy.shearouse@lcsk12.org
PHONE NUMBER: (256) 232-5353
300 S Jefferson St
Athens, AL 35611

Linden City
SUPERINTENDENT: Timothy Thurman
E-MAIL: tthurman@lindencity.org
PHONE NUMBER: (334) 295-8802
209 N Main St
Linden, AL 36748

Lowndes County
SUPERINTENDENT: Jason Burroughs
E-MAIL: jasonburroughs@lowndesboe.org
PHONE NUMBER: (334) 548-2131
80 Commerce Street S
Hayneville, AL 36040

Macon County
SUPERINTENDENT: Jacqueline Brooks
E-MAIL: brooksja@maconk12.org
PHONE NUMBER: (334) 727-1600
501 South School St
Tuskegee, AL 36083

Madison City
SUPERINTENDENT: Ed Nichols
E-MAIL: ed.nichols@madisoncity.k12.al.us
PHONE NUMBER: (256) 464-8370
211 Celtic Drive
Madison, AL 35758

Madison County
SUPERINTENDENT: Allen Perkins
E-MAIL: aperkins@mcssk12.org
PHONE NUMBER: (256) 852-2557
1275F Jordan Rd Bldg B
Huntsville, AL 35811

Marengo County
SUPERINTENDENT: Luther Hallmark
E-MAIL: lhallmark@marengo.k12.al.us
PHONE NUMBER: (334) 295-4123
101 North Shiloh
Linden, AL 36748

Marion County
SUPERINTENDENT: Ann West
E-MAIL: awest@mcbe.net
PHONE NUMBER: (205) 921-3191
188 Winchester Dr
Hamilton, AL 35570

Marshall County
SUPERINTENDENT: Cindy Wigley
E-MAIL: wigleycl@marshallk12.org
PHONE NUMBER: (256) 582-3171
12380 Us Highway 431 S
Guntersville, AL 35976

Midfield City
SUPERINTENDENT: Shun Williams
E-MAIL: swilliams@midfield.k12.al.us
PHONE NUMBER: (205) 923-2262
417 Parkwood St
Midfield, AL 35228

Mobile County
SUPERINTENDENT: Chresal Threadgill
E-MAIL: cthreadgill@mcpss.com
PHONE NUMBER: (251) 221-4394
1 Magnum Pass
Mobile, AL 36618

Monroe County
SUPERINTENDENT: Greg Shehan
E-MAIL: gshehan@monroe.k12.al.us
PHONE NUMBER: (251) 575-2168
109 Pickens St.
Monroeville, AL 36460

Montgomery County
SUPERINTENDENT: Ann Moore
E-MAIL: ann.moore@mps.k12.al.us
PHONE NUMBER: (334) 223-6700
307 S Decatur St
Montgomery, AL 36104

Morgan County
SUPERINTENDENT: Dee Fowler
E-MAIL: dofowler@morgank12.org
PHONE NUMBER: (256) 309-2100
235 Highway 67 South
Decatur, AL 35603

Mountain Brook City
SUPERINTENDENT: Richard Barlow
E-MAIL: barlowd@mtnbrook.k12.al.us
PHONE NUMBER: (205) 871-4608
32 Vine Street
Mountain Brook, AL 35213

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Mountainview Hospital
SUPERINTENDENT: Michael Shehi
E-MAIL: gshehi@mtnviewhospital.com
PHONE NUMBER: (334) 242-9700
3001 Scenic Highway
Gadsden, AL  35904

Muscle Shoals City
SUPERINTENDENT: Chad Holden
E-MAIL: cholden@mscs.k12.al.us
PHONE NUMBER: (256) 389-2600
3200 S Wilson Dam Rd
Muscle Shoals, AL  35661

Oneonta City
SUPERINTENDENT: Daniel Smith
E-MAIL: dsmith@ocsredskins.com
PHONE NUMBER: (205) 625-4106
27605 State Highway 75
Oneonta, AL  35121

Opelika City
SUPERINTENDENT: Mark Neighbors
E-MAIL: mark.neighbors@opelikaschools.org
PHONE NUMBER: (334) 745-9700
300 Simmons Street
Opelika, AL  36801

Opp City
SUPERINTENDENT: Michael Smithart
E-MAIL: msmithart@oppboe.com
PHONE NUMBER: (334) 493-3173
305 E Stewart Ave
Opp, AL  36467

Oxford City
SUPERINTENDENT: Jeff Goodwin
E-MAIL: jgoodwin@oxford.k12.al.us
PHONE NUMBER: (256) 241-3140
310 E 2Nd St
Oxford, AL  36203

Ozark City
SUPERINTENDENT: Rick Mcinturf
E-MAIL: rmcinturf@ozarkcityschools.net
PHONE NUMBER: (334) 774-5197
1044 Andrews Avenue
Ozark, AL  36360

Pathway Inc
SUPERINTENDENT: Joe Peeples
E-MAIL: jpeeples@pathway-inc.com
PHONE NUMBER: (334) 894-5591
275 Private Road 1203
Enterprise, AL  36331

Pelham City
SUPERINTENDENT: Scott Coefield
E-MAIL: scoefield@pelhamcityschools.org
PHONE NUMBER: (205) 624-3700
3162 Pelham Parkway
Pelham, AL  35124

Pell City
SUPERINTENDENT: James Martin
E-MAIL: james.martin@pellcityschools.net
PHONE NUMBER: (205) 884-4440
3105 15Th Avenue N.
Pell City, AL  35125

Perry County
SUPERINTENDENT: Marcia Smiley
E-MAIL: msmiley@perrycountyal.org
PHONE NUMBER: (334) 683-6528
200 Monroe St
Marion, AL  36756

Phenix City
SUPERINTENDENT: Randy Wilkes
E-MAIL: rwilkes@pcboe.net
PHONE NUMBER: (334) 298-0534
1212 Ninth Ave
Phenix City, AL  36867

Pickens County
SUPERINTENDENT: Jamie Chapman
E-MAIL: ChapmanJ@pickens.k12.al.us
PHONE NUMBER: (205) 367-2080
377 Ladow Center Circle
Carrollton, AL  35447

Piedmont City
SUPERINTENDENT: Mike Hayes
E-MAIL: ehayes@piedmont.k12.al.us
PHONE NUMBER: (256) 447-8831
502 Hood St W
Piedmont, AL  36272

Pike County
SUPERINTENDENT: Mark Bazzell
E-MAIL: mbazzell@pikecountyschools.com
PHONE NUMBER: (334) 566-1850
101 W. Love Street
Troy, AL  36081

Pike Road
SUPERINTENDENT: Chuck Ledbetter
E-MAIL: charles.ledbetter@pikeroadschools.org
PHONE NUMBER: (334) 420-5310
500 Avenue Of Learning
Pike Road, AL  36064

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Presbyterian Home For Children
SUPERINTENDENT: Doug Marshall
E-MAIL: dmarshall@phfc.org
PHONE NUMBER: (256) 362-0151
905 Ashland Hwy
Talladega, AL  35160

Randolph County
SUPERINTENDENT: John Jacobs
E-MAIL: jjacobs@randolphboe.org
PHONE NUMBER: (256)357-4611
182 Circle Drive
Wedowee, AL  36278

Roanoke City
SUPERINTENDENT: Chuck Marcum
E-MAIL: cmarcum@roanokecityschools.org
PHONE NUMBER: (334) 863-2628
557 Main St
Roanoke, AL  36274

Russell County
SUPERINTENDENT: Brenda Coley
E-MAIL: coleyb@russellcsd.net
PHONE NUMBER: (334) 298-8791
506 14Th St
Phenix City, AL  36867

Russellville City
SUPERINTENDENT: Heath Grimes
E-MAIL: heath.grimes@rcs.k12.al.us
PHONE NUMBER: (256) 331-2001
1945 Waterloo Rd
Russellville, AL  35653

Saraland City
SUPERINTENDENT: Aaron Milner
E-MAIL: amilner@saralandboe.org
PHONE NUMBER: (251) 375-5420
943 Highway 43 South
Saraland, AL  36571

Satsuma City
SUPERINTENDENT: Bart Reeves
E-MAIL: breeves@satsumaschools.com
PHONE NUMBER: (251) 380-8200
220 Baker Road
Satsuma, AL  36572

Scottsboro City
SUPERINTENDENT: Jay Reyes
E-MAIL: jreyes@scottsboroschools.net
PHONE NUMBER: (256) 218-2100
305 S Scott Street
Scottsboro, AL  35768

Selma City
SUPERINTENDENT: Avis Williams
E-MAIL: avis.williams@selmacityschools.org
PHONE NUMBER: (334) 874-1600
2194 Broad Street
Selma, AL  36701

Sheffield City
SUPERINTENDENT: Keith Davis
E-MAIL: kdavis@scs.k12.al.us
PHONE NUMBER: (256) 383-0400
300 W 6Th St
Sheffield, AL  35660

Shelby County
SUPERINTENDENT: Lewis Brooks
E-MAIL: l2brooks@shelbyed.org
PHONE NUMBER: (205) 682-7000
410 E College St
Columbiana, AL  35051

St Clair County
SUPERINTENDENT: Mike Howard
E-MAIL: mike.howard@sccboe.org
PHONE NUMBER: (205) 594-7131
410 Roy Drive
Ashville, AL  35953

St. Marys Home
SUPERINTENDENT: Sabrina Joshi
E-MAIL: sjoshi@stmaryshomemobile.org
PHONE NUMBER: (334) 344-7733
4350 Moffett Rd
Mobile, AL  36618

Sumter County
SUPERINTENDENT: Anthony Gardner
E-MAIL: agardner@sumter.k12.al.us
PHONE NUMBER: (205) 652-9605
Hwy 28 To Country Club Dr
Livingston, AL  35470

Sylacauga City
SUPERINTENDENT: Jon Segars
E-MAIL: jon.segars@scsboe.org
PHONE NUMBER: (256) 245-5256
605 W 4Th St
Sylacauga, AL  35150

Talladega City
SUPERINTENDENT: Tony Ball
E-MAIL: tball@talladega-cs.net
PHONE NUMBER: (256) 315-5625
501 South Street East
Talladega, AL  35160

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Talladega County
SUPERINTENDENT: Suzanne Lacey
E-MAIL: slacey@tcboe.org
PHONE NUMBER: (256) 315-5100
106 W South St
Talladega, AL  35160

Tallapoosa County
SUPERINTENDENT: Joseph Windle
E-MAIL: jwindle@tallapoosak12.org
PHONE NUMBER: (256) 825-1020
679 East Columbus Street
Dadeville, AL  36853

Tallassee City
SUPERINTENDENT: Wade Shipman
E-MAIL: wade.shipman@tcschools.com
PHONE NUMBER: (334) 283-6864
308 King St
Tallassee, AL  36078

Tarrant City
SUPERINTENDENT: Sherlene Mcdonald
E-MAIL: mcdonalds@tarrant.k12.al.us
PHONE NUMBER: (205) 849-3700
1318 Alabama St
Tarrant, AL  35217

The Bridge
SUPERINTENDENT: Tim Naugher
E-MAIL: tnaugher@bridgeinc.org
PHONE NUMBER: (205) 664-3460
2280 Hwy 35 South
Pelham, AL  35214

The Bridge Ii
SUPERINTENDENT: Tim Naugher
E-MAIL: tnaugher@bridgeinc.org
PHONE NUMBER: (256) 546-6324
3232 Lay Springs Road
Gadsden, AL  35901

Thomasville City
SUPERINTENDENT: Garth Moss
E-MAIL: gmoss@thomasvilleschools.org
PHONE NUMBER: (334) 636-9955
750 Gates Drive
Thomasville, AL  36784

Three Springs Courtland Sch
SUPERINTENDENT: Jason Scrivner
E-MAIL: jason.scrivner@sequelyouthservices.com
PHONE NUMBER: (256) 637-2199
349 Madison St
Courtland, AL  35618

Three Springs New Beginnings
SUPERINTENDENT: Mahalian Boykin
E-MAIL:
mahalian.boykin@sequelyouthservices.com
PHONE NUMBER: (256) 725-7170
318 Hamer Rd
Owens Cross, AL  35763

Three Springs New Tuskegee
SUPERINTENDENT: Michael Provitt
E-MAIL: michael.provitt@sequelyouthservices.com
PHONE NUMBER: (334) 727-2216
4280 U S Highway 29 South
Tuskegee, AL  36083

Three Springs New Tuskegee
SUPERINTENDENT: Michael Provitt
E-MAIL: michael.provitt@sequelyouthservices.com
PHONE NUMBER: (334) 727-2216
P O Box 77
Green Pond, AL  35074

Troy City
SUPERINTENDENT: Cynthia Thomas
E-MAIL: thomasc@troyschools.net
PHONE NUMBER: (334) 566-3741
358 Elba Hwy
Troy, AL  36079

Trussville City
SUPERINTENDENT: Pattie Neill
E-MAIL: pattie.neill@trussvillecityschools.com
PHONE NUMBER: (205) 228-3018
113 N Chalkville Road
Trussville, AL  35173

Tuscaloosa City
SUPERINTENDENT: Michael Daria
E-MAIL: mdaria@tusc.k12.al.us
PHONE NUMBER: (205) 759-3700
1210 21St Ave
Tuscaloosa, AL  35401

Tuscaloosa County
SUPERINTENDENT: Keri Johnson
E-MAIL: kcjohnson@tcss.net
PHONE NUMBER: (205)758-0411
1118 Greensboro Avenue
Tuscaloosa, AL  35401

Tuscumbia City
SUPERINTENDENT: Darryl Aikerson
E-MAIL: daikerson@tuscumbia.k12.al.us
PHONE NUMBER: (256) 389-2900
303 North Commons Street East
Tuscumbia, AL  35674

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Ucp Of Greater Birmingham
SUPERINTENDENT: Gary Edwards
E-MAIL: gedwards@unitedability.org
PHONE NUMBER: (205) 251-0165
2430 11Th Avenue North
Birmingham, AL  35234

Vestavia Hills City
SUPERINTENDENT: Todd Freeman
E-MAIL: freemant@vestavia.k12.al.us
PHONE NUMBER: (205) 402-5100
1204 Montgomery Hwy
Birmingham, AL  35216

Walker County
SUPERINTENDENT: Joel Hagood
E-MAIL: hagoodj@wcslive.com
PHONE NUMBER: (205) 387-0555
1710 Alabama Av
Jasper, AL  35501

Washington County
SUPERINTENDENT: John Dickey
E-MAIL: john.dickey@wcbek12.org
PHONE NUMBER: (251) 847-2401
Granade St
Chatom, AL  36518

Wilcox County
SUPERINTENDENT: Andre Saulsberry
E-MAIL: asaulsberry@wilcox.k12.al.us
PHONE NUMBER: (334) 682-4716
75 Camden Bypass
Camden, AL  36726

Wilmer Hall
SUPERINTENDENT: Pratt Paterson
E-MAIL: ppaterson@wilmerhall.org
PHONE NUMBER: (334) 342-4931
3811 Old Shell Road
Mobile, AL  36608

Winfield City
SUPERINTENDENT: Chris Cook
E-MAIL: ccook@winfield.k12.al.us
PHONE NUMBER: (205) 487-4255
481 Apple Ave
Winfield, AL  35594

Winston County
SUPERINTENDENT: Greg Pendley
E-MAIL: gdpendley@winstonk12.org
PHONE NUMBER: (205) 489-5018
25101 Highway 195
Double Springs, AL  35553

Alma School District
SUPERINTENDENT: David Woolly
E-MAIL: dwoolly@almasd.net
PHONE NUMBER: (479) 632-4791
916 Highway 64 E
Alma, AR  72921

Alpena School District
SUPERINTENDENT: David Westenhover
E-MAIL: dwestenhover@alpenaleopards.org
PHONE NUMBER: (870) 437-2228
300 South Denver
Alpena, AR  72611

Arch Ford Educ. Service Coop
SUPERINTENDENT: Phillip Young
E-MAIL: phillip.young@archford.org
PHONE NUMBER: (501) 354-2269
101 Bulldog Drive
Plumerville, AR  72127

Ark. River Educ  Service Coop
SUPERINTENDENT: Cathi Swan
E-MAIL: swanc@aresc.k12.ar.us
PHONE NUMBER: (870) 534-6129
912 W Sixth Ave
Pine Bluff, AR  71601

Ark. School For The Blind
SUPERINTENDENT: James Caton
E-MAIL: james.caton@asb.k12.ar.us
PHONE NUMBER: (501) 296-1810
2600 W Markham St
Little Rock, AR  72203

Ark. School For The Deaf
SUPERINTENDENT: Janet Dickinson
E-MAIL: janetd@asd.k12.ar.us
PHONE NUMBER: (501) 324-9506
2400 W Markham St
Little Rock, AR  72205

Arkadelphia School District
SUPERINTENDENT: Karla Neathery
E-MAIL: karla.neathery@arkadelphiaschools.org
PHONE NUMBER: (870) 246-5564
234 N 11Th
Arkadelphia, AR  71923

Arkansas Northeastern College Technical Center
SUPERINTENDENT: James Shemwell
E-MAIL: jshemwell@smail.anc.edu
PHONE NUMBER: (870) 763-1486
2501 South Division Street
Blytheville, AR  72315

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Armorel School District
SUPERINTENDENT: Tiffany Morgan
E-MAIL: tmorgan@armorel.k12.ar.us
PHONE NUMBER: (870) 763-6639
4555 North State Highway 137
Armorel, AR  72310

Ashdown School District
SUPERINTENDENT: Casey Nichols
E-MAIL: cnichols@ashdownschools.org
PHONE NUMBER: (870) 898-3208
511 N Second
Ashdown, AR  71822

Asu Area Center
SUPERINTENDENT: Roger Moore
E-MAIL: rlmoore@asub.edu
PHONE NUMBER: (501) 207-6200
1800 East Moore
Searcy, AR  72145

Atkins School District
SUPERINTENDENT: Jody Jenkins
E-MAIL: jody.jenkins@atkinsschools.org
PHONE NUMBER: (479) 641-7871
307 North Church
Atkins, AR  72823

Augusta School District
SUPERINTENDENT: Cathy Tanner
E-MAIL: ctanner@augustasd.org
PHONE NUMBER: (870) 347-2241
320 Sycamore
Augusta, AR  72006

Bald Knob School District
SUPERINTENDENT: Melissa Gipson
E-MAIL: melissa.gipson@baldknobschools.org
PHONE NUMBER: (501)724-3273
103 W PARK ST
BALD KNOB, AR  72010

Barton-lexa School District
SUPERINTENDENT: David Tollett
E-MAIL: dtollett@bartonsd.org
PHONE NUMBER: (870) 572-7294
9546 Hwy 85 South
Lexa, AR  72355

Batesville School District
SUPERINTENDENT: Michael Hester
E-MAIL: mhester@gobsd1.org
PHONE NUMBER: (870) 793-6831
955 Water Street
Batesville, AR  72501

Bauxite School District
SUPERINTENDENT: Matthew Donaghy
E-MAIL: donaghym@bauxiteminers.org
PHONE NUMBER: (501) 557-5453
800 School Street
Bauxite, AR  72011

Bay School District
SUPERINTENDENT: Luke Lovins
E-MAIL: llovins@bay.k12.ar.us
PHONE NUMBER: (870) 781-3711
700 School Street
Bay, AR  72411

Bearden School District
SUPERINTENDENT: Denny Rozenberg
E-MAIL: drozenberg@beardenschools.org
PHONE NUMBER: (870) 687-2236
100 Oak Avenue
Bearden, AR  71720

Beebe School District
SUPERINTENDENT: Chris Nail
E-MAIL: chris.nail@badger.k12.ar.us
PHONE NUMBER: (501) 882-5463
1201 W Center St
Beebe, AR  72012

Benton School District
SUPERINTENDENT: Mike Skelton
E-MAIL: mskelton@bentonschools.org
PHONE NUMBER: (501) 778-4861
500 River St
Benton, AR  72015

Bentonville School District
SUPERINTENDENT: Debbie Jones
E-MAIL: djones@bentonvillek12.org
PHONE NUMBER: (479) 254-5000
500 Tiger Blvd
Bentonville, AR  72712

Bergman School District
SUPERINTENDENT: Sarah Alexander
E-MAIL: salexander@bergman.k12.ar.us
PHONE NUMBER: (870) 741-5213
8949 Hwy 7 N
Harrison, AR  72601

Berryville School District
SUPERINTENDENT: Owen Powell
E-MAIL: opowell@bobcat.k12.ar.us
PHONE NUMBER: (870) 423-7065
902 West Trimble
Berryville, AR  72616

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Bismarck School District
SUPERINTENDENT: Susan Kissire
E-MAIL: susan.kissire@bsd-lions.net
PHONE NUMBER: (501) 865-4888
11636 Hwy 84
Bismarck, AR  71929

Blevins School District
SUPERINTENDENT: Stephanie Dixon
E-MAIL: stephanie.dixon@blevinshornets.org
PHONE NUMBER: (870) 874-2801
5954 Hwy 29 N
Blevins, AR  71825

Blytheville School District
SUPERINTENDENT: Bobby Ashley
E-MAIL: bashley@blythevilleschools.net
PHONE NUMBER: (870) 762-2053
405 W Park St
Blytheville, AR  72315

Booneville School District
SUPERINTENDENT: Trent Goff
E-MAIL: trent.goff@boonevilleschools.com
PHONE NUMBER: (479) 675-3504
381 W Seventh St
Booneville, AR  72927

Bradford School District
SUPERINTENDENT: Arthur Dunn
E-MAIL: adunn@bradford.k12.ar.us
PHONE NUMBER: (501) 344-2707
504 West Main
Bradford, AR  72020

Brinkley School District
SUPERINTENDENT: Brenda Poole
E-MAIL: bpoole@btigers.org
PHONE NUMBER: (870) 734-5000
200 Tiger Drive
Brinkley, AR  72021

Brookland School District
SUPERINTENDENT: Keith Mcdaniel
E-MAIL: kmcdaniel@bpsbearcats.com
PHONE NUMBER: (870) 932-2080
200 W School St
Brookland, AR  72417

Bryant School District
SUPERINTENDENT: Karen Walters
E-MAIL: kwalters@bryantschools.org
PHONE NUMBER: (501) 847-5600
200 Northwest Fourth Street
Bryant, AR  72022

Buffalo Is. Central Sch. Dist.
SUPERINTENDENT: Gaylon Taylor
E-MAIL: gaylon.taylor@bicschools.net
PHONE NUMBER: (870) 486-5411
801 West Drew
Monette, AR  72447

Cabot School District
SUPERINTENDENT: Tony Thurman
E-MAIL: tony.thurman@cps.k12.ar.us
PHONE NUMBER: (501) 843-3363
602 No Lincoln
Cabot, AR  72023

Caddo Hills School District
SUPERINTENDENT: Deric Owens
E-MAIL: dowens@caddohills.org
PHONE NUMBER: (870) 356-5700
2268 Hwy 8 East
Norman, AR  71960

Calico Rock School District
SUPERINTENDENT: Jerry Skidmore
E-MAIL: skid@calico.k12.ar.us
PHONE NUMBER: (870) 297-8533
301 College Street
Calico Rock, AR  72519

Camden Fairview School Dist.
SUPERINTENDENT: Fred Lilly
E-MAIL: flilly@cfsd.k12.ar.us
PHONE NUMBER: (870) 836-4193
625 Clifton Street
Camden, AR  71701

Carlisle School District
SUPERINTENDENT: William Rountree
E-MAIL: wrountree@carlisle.k12.ar.us
PHONE NUMBER: (870) 552-3931
East 6Th Street
Carlisle, AR  72024

Cave City School District
SUPERINTENDENT: Steven Green
E-MAIL: sgreen@cavecity.ncsc.k12.ar.us
PHONE NUMBER: (870) 283-5391
711 North Main St
Cave City, AR  72521

Cedar Ridge School District
SUPERINTENDENT: Sherry Mcmasters
E-MAIL: sherry.mcmasters@cedarwolves.org
PHONE NUMBER: (870) 799-8691
1502 N Hill Street
Newark, AR  72562

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Cedarville School District
SUPERINTENDENT: Kerry Schneider
E-MAIL: kschneider@cedarvilleschools.org
PHONE NUMBER: (479) 474-7220
9500 Pirates Point
Cedarville, AR  72932

Centerpoint School District
SUPERINTENDENT: Dan Breshears
E-MAIL: dan.breshears@goknights.us
PHONE NUMBER: (870) 356-2912
755 Hwy 8 East
Amity, AR  71921

Charleston School District
SUPERINTENDENT: Melissa Moore
E-MAIL: mmoore@tigersmail.org
PHONE NUMBER: (479) 965-7160
125 West Main
Charleston, AR  72933

Clarendon School District
SUPERINTENDENT: Lee Vent
E-MAIL: ventl@lions.grsc.k12.ar.us
PHONE NUMBER: (870) 747-3351
316 N Sixth St
Clarendon, AR  72029

Clarksville School District
SUPERINTENDENT: David Hopkins
E-MAIL: david.hopkins@csdar.org
PHONE NUMBER: (479) 705-3200
1701 Clark Road
Clarksville, AR  72830

Cleveland County School Dist.
SUPERINTENDENT: Craig Dupuy
E-MAIL: craig.dupuy@ccs1.org
PHONE NUMBER: (870) 325-6344
700 Main Street
Rison, AR  71665

Clinton School District
SUPERINTENDENT: Jay Chalk
E-MAIL: chalkj@clintonsd.org
PHONE NUMBER: (501) 745-6000
683 Poplar Street
Clinton, AR  72031

Concord School District
SUPERINTENDENT: Kenneth Moore
E-MAIL: kenneth.moore@concordschools.org
PHONE NUMBER: (870) 668-3844
10920 N Heber Springs Rd
Concord, AR  72523

Conway School District
SUPERINTENDENT: Greg Murry
E-MAIL: murryg@conwayschools.net
PHONE NUMBER: (501) 450-4800
2220 Prince St
Conway, AR  72034

Corning School District
SUPERINTENDENT: Kellee Smith
E-MAIL: kellee.smith@corning.k12.ar.us
PHONE NUMBER: (870) 857-6818
479 Bobcat Lane
Corning, AR  72422

Cossatot River School District
SUPERINTENDENT: JIM TANKERSLEY
E-MAIL: jtankersley@cossatot.us
PHONE NUMBER: (870) 385-7101
130 School Dr
Wickes, AR  71973

Cotter School District
SUPERINTENDENT: Vanessa Thomas
E-MAIL: vthomasjones@cotterschools.net
PHONE NUMBER: (870) 435-6171
Mable And Lithia Streets
Cotter, AR  72626

County Line School District
SUPERINTENDENT: Taylor Gattis
E-MAIL: tgattis@countylineindians.org
PHONE NUMBER: (479) 635-2222
12092 W State Hwy 22
Branch, AR  72928

Crossett School District
SUPERINTENDENT: Gary Williams
E-MAIL: gary.williams@crossettschools.org
PHONE NUMBER: (870) 364-3112
219 Main Street
Crossett, AR  71635

Crowley'S Ridge Education Coop
SUPERINTENDENT: Pamela Castor
E-MAIL: pcastor@crmail.k12.ar.us
PHONE NUMBER: (870) 578-5426
1606 Pine Grove Lane
Harrisburg, AR  72432

Cutter-morning Star Sch. Dist.
SUPERINTENDENT: Nancy Anderson
E-MAIL: nancy.anderson@cmseagles.net
PHONE NUMBER: (501) 262-2414
2801 Spring Street
Hot Springs, AR  71901

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Danville School District
SUPERINTENDENT: Gregg Grant
E-MAIL: grantg@dps-littlejohns.net
PHONE NUMBER: (479) 495-4800
East 11Th And Boston
Danville, AR  72833

Dardanelle School District
SUPERINTENDENT: John Thompson
E-MAIL: john.thompson@dardanellelizards.com
PHONE NUMBER: (479) 229-4111
102 S. Front Street
Dardanelle, AR  72834

Dawson Education Service Coop
SUPERINTENDENT: Darin Beckwith
E-MAIL: darin.beckwith@dawsonesc.com
PHONE NUMBER: (870) 246-3077
711 Clinton
Arkadelphia, AR  71923

Decatur School District
SUPERINTENDENT: Steven Watkins
E-MAIL: swatkins@decatursd.com
PHONE NUMBER: (479) 752-3986
1498 Stadium Ave
Decatur, AR  72722

Deer/mt. Judea School District
SUPERINTENDENT: Andrew Curry
E-MAIL: acurry@deer.k12.ar.us
PHONE NUMBER: (870) 428-5433
Hwy 16 And Parker Ridge Rd
Deer, AR  72628

Dequeen School District
SUPERINTENDENT: Jason Sanders
E-MAIL: jsanders@dequeenleopards.org
PHONE NUMBER: (870) 584-4312
101 N Ninth St
De Queen, AR  71832

Dequeen/mena Educ. Coop
SUPERINTENDENT: John Ponder
E-MAIL: john.ponder@dmesc.org
PHONE NUMBER: (870) 386-2251
305 S Hornberg Ave
Gillham, AR  71841

Dermott School District
SUPERINTENDENT: Kristi Ridgell
E-MAIL: kristi.ridgell@dermott.k12.ar.us
PHONE NUMBER: (870) 538-1000
525 E Speedway Hwy 35 East
Dermott, AR  71638

Des Arc School District
SUPERINTENDENT: George Kennedy
E-MAIL: kennedyg@desarcschools.org
PHONE NUMBER: (870) 256-4164
600 Main Street
Des Arc, AR  72040

Dewitt School District
SUPERINTENDENT: Nick Hill
E-MAIL: nhill@dewittdragons.net
PHONE NUMBER: (870) 946-3576
422 W First
Dewitt, AR  72042

Dhs Division Of Developmental Disabilities Services
SUPERINTENDENT: Melissa Stone
E-MAIL: melissa.stone@dhs.arkansas.gov
PHONE NUMBER: (501) 682-8665
701 Main Street
Little Rock, AR  72201

Dierks School District
SUPERINTENDENT: Jody Cowart
E-MAIL: jody.cowart@dierksschools.org
PHONE NUMBER: (870) 286-2191
900 Old Hwy 70 West
Dierks, AR  71833

Dollarway School District
SUPERINTENDENT: Barbara Warren
E-MAIL: barbarawarren@dollarwayschools.org
PHONE NUMBER: (870) 534-7003
4900 Dollarway Road
Pine Bluff, AR  71602

Dover School District
SUPERINTENDENT: Josh Daniels
E-MAIL: josh.daniels@doverschools.net
PHONE NUMBER: (479) 331-2916
9371 Market St
Dover, AR  72837

Drew Central School District
SUPERINTENDENT: Kimbraly Barnes
E-MAIL: kimbraly.barnes@drewcentral.org
PHONE NUMBER: (870) 367-5369
250 University Dr
Monticello, AR  71655

Dumas School District
SUPERINTENDENT: Kelvin Gragg
E-MAIL: kelvin.gragg@dumask12.org
PHONE NUMBER: (870) 382-4571
213 Adams St
Dumas, AR  71639

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Earle School District
SUPERINTENDENT: Tish Knowles
E-MAIL: tknowles@esdbulldogs.org
PHONE NUMBER: (870)792-8486
1401 THIRD ST
EARLE, AR  72331

East Arkansas Career Center
SUPERINTENDENT: Cathie Cline
E-MAIL: ccline@eacc.edu
PHONE NUMBER: (870) 633-4480
1700 New Castle Road
Forrect City, AR  72335

East End School District
SUPERINTENDENT: Lori Edgin
E-MAIL: ledgin@bigelow.k12.ar.us
PHONE NUMBER: (501) 759-2808
114 Panther Drive
Bigelow, AR  72016

East Poinsett Co. School Dist.
SUPERINTENDENT: Michael Pierce
E-MAIL: mpierce@mail.epc.k12.ar.us
PHONE NUMBER: (870) 475-2472
502 Mcclellan St
Lepanto, AR  72354

El Dorado School District
SUPERINTENDENT: Jim Tucker
E-MAIL: jtucker@esd-15.org
PHONE NUMBER: (870) 864-5001
200 West Oak Street
El Dorado, AR  71730

Elkins School District
SUPERINTENDENT: Jeremy Mangrum
E-MAIL: jmangrum@elkinsdistrict.org
PHONE NUMBER: (479) 643-2172
349 N Center
Elkins, AR  72727

Emerson-taylor School District
SUPERINTENDENT: Gary Hines
E-MAIL: gary.hines@etbsd.org
PHONE NUMBER: (870)547-2218
508 W MAIN
Emerson, AR  71740

England School District
SUPERINTENDENT: Tyler Scott
E-MAIL: tyler.scott@englandlions.net
PHONE NUMBER: (501) 842-2996
501 Pine Bluff Hwy
England, AR  72046

Eureka Springs School District
SUPERINTENDENT: Bryan Pruitt
E-MAIL: bryan.pruitt@es.k12.ar.us
PHONE NUMBER: (479) 253-5999
147 Greenwood Hollow Road
Eureka Springs, AR  72632

Farmington School District
SUPERINTENDENT: Jon Laffoon
E-MAIL: jlaffoon@farmcards.org
PHONE NUMBER: (479) 266-1805
42 S Double Springs Road
Farmington, AR  72730

Fayetteville School District
SUPERINTENDENT: John Colbert
E-MAIL: johnl.colbert@fayar.net
PHONE NUMBER: (479) 444-3000
1000 W Stone St
Fayetteville, AR  72701

Flippin School District
SUPERINTENDENT: Kelvin Hudson
E-MAIL: kelvinhudson@flippinschools.net
PHONE NUMBER: (870) 453-2270
210 Alford St
Flippin, AR  72634

Fordyce School District
SUPERINTENDENT: Judy Hubbell
E-MAIL: hubbellj@fordyceschools.org
PHONE NUMBER: (870) 352-3005
104 College Street
Fordyce, AR  71742

Foreman School District
SUPERINTENDENT: Pat Tankersley
E-MAIL: ptankersley@foremanschools.org
PHONE NUMBER: (870) 542-7211
603 Dollarhide
Foreman, AR  71836

Forrest City School District
SUPERINTENDENT: Tiffany Hardrick
E-MAIL: tiffany.hardrick@fcsd.grsc.k12.ar.us
PHONE NUMBER: (870) 633-1485
845 North Rosser
Forrest City, AR  72335

Fort Smith School District
SUPERINTENDENT: Doug Brubaker
E-MAIL: dbrubaker@fortsmithschools.org
PHONE NUMBER: (479) 785-2501
3205 Jenny Lind Road
Fort Smith, AR  72901

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Fouke School District
SUPERINTENDENT: Jim Buie
E-MAIL: jim.buie@foukepanthers.org
PHONE NUMBER: (870) 653-4311
200 North Davis
Fouke, AR  71837

Fountain Lake School District
SUPERINTENDENT: Michael Murphy
E-MAIL: mmurphy@flcobras.com
PHONE NUMBER: (501) 701-1700
4207 Park Ave
Hot Springs, AR  71901

Genoa Central School District
SUPERINTENDENT: Debbie Huff
E-MAIL: dhuff@dragons.k12.ar.us
PHONE NUMBER: (870) 653-4343
12472 St Hwy 196
Texarkana, AR  71854

Gentry School District
SUPERINTENDENT: Terrie Metz
E-MAIL: tmetz@gentrypioneers.com
PHONE NUMBER: (479) 736-2253
201 S Giles
Gentry, AR  72734

Glen Rose School District
SUPERINTENDENT: Tim Holicer
E-MAIL: tholicer@grbeavers.org
PHONE NUMBER: (501) 332-6764
14334 Hwy 67
Malvern, AR  72104

Gosnell School District
SUPERINTENDENT: Bonard Mace
E-MAIL: bmace@gosnellschool.net
PHONE NUMBER: (870) 532-4000
600 Highway 181
Gosnell, AR  72315

Gravette School District
SUPERINTENDENT: Richard Page
E-MAIL: richard.page@gravetteschools.net
PHONE NUMBER: (479) 787-4100
609 Birmingham Se
Gravette, AR  72736

Great Rivers Educ. Serv. Coop
SUPERINTENDENT: Richard Atwill
E-MAIL: ratwill@greatrivers.net
PHONE NUMBER: (870) 338-6461
100 Campus Dr
Helena, AR  72342

Green Forest School District
SUPERINTENDENT: Matt Summers
E-MAIL: msummers@gf.k12.ar.us
PHONE NUMBER: (870) 438-5201
400 E Tenth
Green Forest, AR  72638

Greenbrier School District
SUPERINTENDENT: Scott Spainhour
E-MAIL: spainhours@greenbrierschools.org
PHONE NUMBER: (501) 679-4808
4 School Drive
Greenbrier, AR  72058

Greene Co. Tech School Dist.
SUPERINTENDENT: Gene Weeks
E-MAIL: gene.weeks@gctsd.k12.ar.us
PHONE NUMBER: (870) 215-4400
5413 W Kingshighway
Paragould, AR  72450

Greenland School District
SUPERINTENDENT: Andrea Martin
E-MAIL: amartin@greenlandsd.com
PHONE NUMBER: (479) 521-2366
10 North Main
Greenland, AR  72737

Greenwood School District
SUPERINTENDENT: John Ciesla
E-MAIL: john.ciesla@greenwoodk12.com
PHONE NUMBER: (479) 996-4142
420 North Main
Greenwood, AR  72936

Gurdon School District
SUPERINTENDENT: Nikki Thomas
E-MAIL: thomasn@go-devils.net
PHONE NUMBER: (870) 353-4454
1 Go-Devil Road
Gurdon, AR  71743

Guy-perkins School District
SUPERINTENDENT: Joe Fisher
E-MAIL: joe.fisher@gptbirds.org
PHONE NUMBER: (501) 679-7224
492 Highway 25 North
Guy, AR  72061

Hackett School District
SUPERINTENDENT: Eddie Ray
E-MAIL: eddie.ray@hackettschools.org
PHONE NUMBER: (479) 638-8822
102 North Oak Street
Hackett, AR  72937

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Hamburg School District
SUPERINTENDENT: Tracy Streeter
E-MAIL: tstreeter@hsdlions.org
PHONE NUMBER: (870) 853-9851
202 East Parker Street
Hamburg, AR  71646

Hampton School District
SUPERINTENDENT: Doug Worley
E-MAIL: dworley@hampton.k12.ar.us
PHONE NUMBER: (870) 798-2742
455 East Main St
Hampton, AR  71744

Harmony Grove School District
SUPERINTENDENT: Heath Bennett
E-MAIL: hbennett@harmonygrovesd.org
PHONE NUMBER: (501) 778-6271
2621 Hwy 229
Benton, AR  72015

Harmony Grove School District
SUPERINTENDENT: Albert Snow
E-MAIL: snowa@hgsd1.com
PHONE NUMBER: (870) 574-0971
401 Ouachita Road 88
Camden, AR  71701

Harrisburg School District
SUPERINTENDENT: Danny Sample
E-MAIL: dsample@hbgsd.org
PHONE NUMBER: (870) 578-2416
207 West Estes St
Harrisburg, AR  72432

Harrison School District
SUPERINTENDENT: Stewart Pratt
E-MAIL: spratt@hps.k12.ar.us
PHONE NUMBER: (870) 741-7600
110 S Cherry
Harrison, AR  72601

Hazen School District
SUPERINTENDENT: Donnie Boothe
E-MAIL: superintendent@hazen.k12.ar.us
PHONE NUMBER: (870) 255-4549
477 N Hazen Ave
Hazen, AR  72064

Heber Springs School District
SUPERINTENDENT: Andy Ashley
E-MAIL: andy.ashley@hssd.k12.ar.us
PHONE NUMBER: (501) 362-6712
1100 West Pine Street
Heber Springs, AR  72543

Hector School District
SUPERINTENDENT: Mark Taylor
E-MAIL: mark.taylor@hectorschools.net
PHONE NUMBER: (479) 284-2021
11520 Sr 27
Hector, AR  72843

Helena/ W.helena School Dist.
SUPERINTENDENT: Linda English
E-MAIL: lenglish1@hwhschools.org
PHONE NUMBER: (870) 338-4425
305 Valley Drive
Helena, AR  72342

Hermitage School District
SUPERINTENDENT: Tracy Tucker
E-MAIL: tracy.tucker@hermitageschools.org
PHONE NUMBER: (870) 463-2246
310 N School Drive
Hermitage, AR  71647

Highland School District
SUPERINTENDENT: Don Sharp
E-MAIL: don.sharp@highlandrebels.org
PHONE NUMBER: (870) 856-3275
1627 Hwy 62/412
Hardy, AR  72542

Hillcrest School District
SUPERINTENDENT: Greg Crabtree
E-MAIL: gregc@eagles1.k12.ar.us
PHONE NUMBER: (870) 376-5416
146 S Main St
Strawberry, AR  72469

Hope School District
SUPERINTENDENT: Bobby Hart
E-MAIL: bobby.hart@hpsdistrict.org
PHONE NUMBER: (870) 722-2700
117 East Second
Hope, AR  71801

Horatio School District
SUPERINTENDENT: Lee Smith
E-MAIL: lsmith@horatioschools.org
PHONE NUMBER: (870) 832-1940
205 Isbell St
Horatio, AR  71842

Hot Springs School District
SUPERINTENDENT: Stephanie Nehus
E-MAIL: nehuss@hssd.net
PHONE NUMBER: (501) 624-3372
400 Linwood Ave
Hot Springs, AR  71913

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Hoxie School District
SUPERINTENDENT: Kelly Gillham
E-MAIL: kelly.gillham@hoxieschools.com
PHONE NUMBER: (870) 886-2401
305 Sw Alice St
Hoxie, AR  72433

Huntsville School District
SUPERINTENDENT: Audra Kimball
E-MAIL: akimball@1hsd.org
PHONE NUMBER: (479) 738-2011
570 West Main
Huntsville, AR  72740

Izard Co. Cons. School Dist.
SUPERINTENDENT: Fred Walker
E-MAIL: fred.walker@iccougars.org
PHONE NUMBER: (870) 258-7700
5068 North Ar 9
Brockwell, AR  72517

Jackson Co. School District
SUPERINTENDENT: Chester Shannon
E-MAIL: cshannon@bulldogs.k12.ar.us
PHONE NUMBER: (870) 349-2232
300 North Dowell
Tuckerman, AR  72473

Jacksonville North Pulaski School District
SUPERINTENDENT: Bryan Duffie
E-MAIL: bduffie@jnpsd.org
PHONE NUMBER: (501)241-2080
1414 W MAIN
JACKSONVILLE, AR  72076

Jasper School District
SUPERINTENDENT: Jeff Cantrell
E-MAIL: jcantre@jasper.k12.ar.us
PHONE NUMBER: (870) 446-2223
600 School St
Jasper, AR  72641

Jessieville School District
SUPERINTENDENT: Melissa Speers
E-MAIL: melissa.speers@jsdlions.net
PHONE NUMBER: (501) 984-5381
7900 N Hwy 7
Jessieville, AR  71949

Jonesboro School District
SUPERINTENDENT: Kim Wilbanks
E-MAIL: kim.wilbanks@jonesboroschools.net
PHONE NUMBER: (870) 933-5801
2506 Southwest Square
Jonesboro, AR  72401

Junction City School District
SUPERINTENDENT: Robby Lowe
E-MAIL: lower@jcdragons.k12.ar.us
PHONE NUMBER: (870) 924-4575
100 West Holly
Junction City, AR  71749

Kirby School District
SUPERINTENDENT: Pike Palmer
E-MAIL: pike.palmer@kirbytrojans.net
PHONE NUMBER: (870) 398-4212
2614 Hwy 27N
Kirby, AR  71950

Lafayette County School District
SUPERINTENDENT: Robert Edwards
E-MAIL: edwardsr@lcs.k12.ar.us
PHONE NUMBER: (870) 921-5500
712 Chestnut St
Lewisville, AR  71845

Lake Hamilton School District
SUPERINTENDENT: Shawn Higginbotham
E-MAIL: shawn.higginbotham@lhwolves.net
PHONE NUMBER: (501) 767-2306
205 Wolf St
Pearcy, AR  71964

Lakeside School District
SUPERINTENDENT: Shawn Cook
E-MAIL: shawn_cook@lakesidesd.org
PHONE NUMBER: (501) 262-1880
2837 Malvern Avenue
Hot Springs, AR  71901

Lakeside School District (chicot County)
SUPERINTENDENT: Billy Adams
E-MAIL: badams@1sschool.org
PHONE NUMBER: (870) 265-7300
1110 South Lakeshore
Lake Village, AR  71653

Lamar School District
SUPERINTENDENT: Jay Holland
E-MAIL: jholland@lamarwarriors.org
PHONE NUMBER: (479) 885-3907
301 Elberta St
Lamar, AR  72846

Lavaca School District
SUPERINTENDENT: Steve Rose
E-MAIL: steve.rose@lavacaschools.com
PHONE NUMBER: (479) 674-5611
203 Fir Street
Lavaca, AR  72941

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Lawrence County School District
SUPERINTENDENT: Terry Belcher
E-MAIL: terry.belcher@bobcats.k12.ar.us
PHONE NUMBER: (870) 886-6634
508 E Free St
Walnut Ridge, AR  72476

Lead Hill School District
SUPERINTENDENT: Tami Richey
E-MAIL: trichey@leadhillschools.net
PHONE NUMBER: (870) 436-5249
6966 Milam Drive
Lead Hill, AR  72644

Lee County School District
SUPERINTENDENT: Willie Murdock
E-MAIL: willie.murdock@lcsdtrojans.net
PHONE NUMBER: (870) 295-7100
175 Walnut
Marianna, AR  72360

Lincoln School District
SUPERINTENDENT: Merry Spears
E-MAIL: mspears@lincolncsd.com
PHONE NUMBER: (479) 824-7305
107 E School Street
Lincoln, AR  72744

Little Rock School District
SUPERINTENDENT: Michael Poore
E-MAIL: mike.poore@lrsd.org
PHONE NUMBER: (501) 447-1002
810 W Markham St
Little Rock, AR  72201

Lonoke School District
SUPERINTENDENT: John Tackett
E-MAIL: john.tackett@lonokeschools.org
PHONE NUMBER: (501) 676-2042
401 W Holly St
Lonoke, AR  72086

Magazine School District
SUPERINTENDENT: Beth Shumate
E-MAIL: beth.shumate@magazinek12.com
PHONE NUMBER: (866) 900-2001
485 E Priddy St
Magazine, AR  72943

Magnet Cove School Dist.
SUPERINTENDENT: Danny Thomas
E-MAIL: danny.thomas@magnetcove.k12.ar.us
PHONE NUMBER: (501) 332-5468
472 Magnet School Road
Malvern, AR  72104

Magnolia School District
SUPERINTENDENT: John Ward
E-MAIL: john.ward@magnoliaschools.net
PHONE NUMBER: (870) 234-4933
1400 High School Drive
Magnolia, AR  71753

Malvern School District
SUPERINTENDENT: Brian Golden
E-MAIL: bgolden@malvernleopards.org
PHONE NUMBER: (501) 332-7500
1517 South Main St
Malvern, AR  72104

Mammoth Spring School District
SUPERINTENDENT: Jennie Whisnant
E-MAIL: jwhisnant@mssd.us
PHONE NUMBER: (870) 625-3612
410 Goldsmith Ave
Mammoth Spring, AR  72554

Manila School District
SUPERINTENDENT: Jason Evers
E-MAIL: eversj@manilaschools.org
PHONE NUMBER: (870) 561-4419
419 E Olympia St
Manila, AR  72442

Mansfield School District
SUPERINTENDENT: Joe Staton
E-MAIL: jstaton@mansfieldtigers.org
PHONE NUMBER: (479) 928-4006
402 Grove St
Mansfield, AR  72944

Marion School District
SUPERINTENDENT: Glen Fenter
E-MAIL: gfenter@msd3.org
PHONE NUMBER: (870) 739-5100
200 Manor Street
Marion, AR  72364

Marked Tree School District
SUPERINTENDENT: Matt Wright
E-MAIL: wrightm@mtree.k12.ar.us
PHONE NUMBER: (870) 358-2913
406 St Francis St
Marked Tree, AR  72365

Marmaduke School District
SUPERINTENDENT: Keith Richey
E-MAIL: kerichey@marmadukeschool.com
PHONE NUMBER: (870) 597-2723
1010 Greyhound Drive
Marmaduke, AR  72443

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Marvell School District
SUPERINTENDENT: Henry Anderson
E-MAIL: handerson@marvellschools.org
PHONE NUMBER: (870) 829-2101
203 South Pine Street
Marvell, AR  72366

Mayflower School District
SUPERINTENDENT: John Gray
E-MAIL: jgray@mayflowerschools.org
PHONE NUMBER: (501) 470-0506
15 Old Sandy Road
Mayflower, AR 72106

Maynard School District
SUPERINTENDENT: Patricia Rawlings
E-MAIL: pat.rawlings@maynard.k12.ar.us
PHONE NUMBER: (870) 647-2051
74 Campus Drive
Maynard, AR  72444

Mccrory School District
SUPERINTENDENT: Bob Casteel
E-MAIL: bob.casteel@mccroryschools.org
PHONE NUMBER: (870) 731-2535
509 N Jackson St
Mccrory, AR  72101

Mcgehee School District
SUPERINTENDENT: Linda Tullos
E-MAIL: linda.tullos@mcgeheeschools.org
PHONE NUMBER: (870) 222-3670
409 Oak St
Mcgehee, AR  71654

Melbourne School District
SUPERINTENDENT: Dennis Sublett
E-MAIL: Dennis.Sublett@melbourneschools.org
PHONE NUMBER: (870) 368-4500
303 School Drive
Melbourne, AR  72556

Mena School District
SUPERINTENDENT: Benny Weston
E-MAIL: benny.weston@menaschools.org
PHONE NUMBER: (479) 394-1710
501 Hickory
Mena, AR  71953

Mid South Community College
SUPERINTENDENT: Debra West
E-MAIL: dwest@asumidsouth.edu
PHONE NUMBER: (870) 733-6722
2000 W Broadway
West Memphis, AR  72301

Midland School District
SUPERINTENDENT: Bruce Bryant
E-MAIL: bbryant@midlandschools.org
PHONE NUMBER: (501) 345-8844
7249 Batesville Blvd
Pleasant Plains, AR  72568

Mineral Springs School Dist.
SUPERINTENDENT: Billy Lee
E-MAIL: billy.lee@msisd.net
PHONE NUMBER: (870) 287-4748
130 West Browning
Mineral Springs, AR  71851

Monticello School District
SUPERINTENDENT: Sandra Lanehart
E-MAIL: sandra.lanehart@billies.org
PHONE NUMBER: (870) 367-4000
935 Scogin Dr
Monticello, AR  71655

Mount Ida School District
SUPERINTENDENT: Michael White
E-MAIL: michael.white@mtidalions.org
PHONE NUMBER: (870) 867-2323
338 Whittington Street
Mount Ida, AR  71957

Mountain Home School District
SUPERINTENDENT: Jake Long
E-MAIL: Jlong@mhbombers.com
PHONE NUMBER: (870) 425-1201
2465 Rodeo Dr
Mountain Home, AR  72653

Mountain Pine School District
SUPERINTENDENT: Bobby Applegate
E-MAIL: bobby.applegate@mpsdrd.com
PHONE NUMBER: (501) 767-1540
734 Blakely Dam Road
Mountain Pine, AR  71956

Mountain View School District
SUPERINTENDENT: Brent Howard
E-MAIL: brenth@mvschools.net
PHONE NUMBER: (870) 269-3443
210 High School Drive
Mountain View, AR  72560

Mountainburg School District
SUPERINTENDENT: Debbie Atwell
E-MAIL: debbie.atwell@mountainburg.org
PHONE NUMBER: (479) 369-2121
129 Hwy 71 Sw
Mountainburg, AR  72946

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Mt. Vernon/enola School Dist.
SUPERINTENDENT: Larry Walters
E-MAIL: lwalters@mvewarhawks.org
PHONE NUMBER: (501) 849-2220
38 Garland Spgs Rd
Mt Vernon, AR  72111

Mulberry School District
SUPERINTENDENT: Lonnie Myers
E-MAIL: lmyers@mpvschools.com
PHONE NUMBER: (479) 997-1715
203 W Fifth St
Mulberry, AR  72947

N. Little Rock School District
SUPERINTENDENT: Keith Mcgee
E-MAIL: mcgeek@nlrsd.org
PHONE NUMBER: (501) 771-8000
2700 Poplar Street
North Little Rock, AR  72114

Nashville School District
SUPERINTENDENT: Douglas Graham
E-MAIL: doug.graham@nashvillesd.com
PHONE NUMBER: (870) 845-3425
600 N Fourth St
Nashville, AR  71852

National Park Technology Center
SUPERINTENDENT: John Hogan
E-MAIL: jhogan@np.edu
PHONE NUMBER: (501) 767-9314
101 College Drive
Hot Springs, AR  71913

Nemo Vista School District
SUPERINTENDENT: Logan Williams
E-MAIL: lwilliams@nemo.k12.ar.us
PHONE NUMBER: (501) 893-2925
5690 Hwy 9
Center Ridge, AR  72027

Nettleton School District
SUPERINTENDENT: James Dunivan
E-MAIL: james.dunivan@nettletonschools.net
PHONE NUMBER: (870) 910-7800
2616 Progress Drive
Jonesboro, AR  72401

Nevada School District
SUPERINTENDENT: Richard Mcafee
E-MAIL: rick.mcafee@nevadasd.net
PHONE NUMBER: (870) 871-2418
6580 Us Hwy 278
Rosston, AR  71858

Newport School District
SUPERINTENDENT: Brett Bunch
E-MAIL: Brett.Bunch@newportschools.org
PHONE NUMBER: (870) 523-1312
406 Wilkerson Drive
Newport, AR  72112

Norfork School District
SUPERINTENDENT: Chip Layne
E-MAIL: chip.layne@norfork.k12.ar.us
PHONE NUMBER: (870) 499-5228
44 Fireball Lane
Norfork, AR  72658

North Arkansas College Secondary Center
SUPERINTENDENT: Randy Esters
E-MAIL: randy.esters@northark.edu
PHONE NUMBER: (870) 743-3000
1515 Pioneer Drive
Harrison, AR  72601

North Central Ark. Educ Coop
SUPERINTENDENT: Gerald Cooper
E-MAIL: gerald.cooper@northcentral.k12.ar.us
PHONE NUMBER: (870) 368-7955
1013 Haley Street
Melbourne, AR  72556

Northeast Ark. Educ. Coop
SUPERINTENDENT: Daryl Blaxton
E-MAIL: dblaxton@nea.k12.ar.us
PHONE NUMBER: (870) 886-7717
211 West Hickory
Walnut Ridge, AR  72476

Northwest Ark. Education Coop
SUPERINTENDENT: Charles Cudney
E-MAIL: ccudney@starfishnw.org
PHONE NUMBER: (479) 267-7450
4 N Double Springs Road
Farmington, AR  72730

NW Arkansas Community College Regional Center
SUPERINTENDENT: Evelyn Jorgenson
E-MAIL: ejorgenson@nwacc.edu
PHONE NUMBER: (479) 444-3058
2350 Old Farmington
Fayetteville, AR  72701

Omaha School District
SUPERINTENDENT: Ryan Huff
E-MAIL: ryan.huff@omaha.k12.ar.us
PHONE NUMBER: (870)426-3366
522 W COLLEGE
OMAHA, AR  72662

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Osceola School District
SUPERINTENDENT: Alfred Hogan
E-MAIL: ahogan@osd1.org
PHONE NUMBER: (870) 563-2561
2750 W Semmes
Osceola, AR  72370

Ouachita River School District
SUPERINTENDENT: Jerrall Strasner
E-MAIL: jstrasner@orsd.k12.ar.us
PHONE NUMBER: (479) 394-2348
143 Polk Road 96
Mena, AR  71953

Ouachita School District
SUPERINTENDENT: Larry Newsom
E-MAIL: larry.newsom@ouachitasd.org
PHONE NUMBER: (501) 384-2318
166 Schoolhouse Road
Donaldson, AR  71941

Ouachita Vocational Center
SUPERINTENDENT: Kim Roberson
E-MAIL: kroberson@coto.edu
PHONE NUMBER: (501) 332-3658
1 College Circle
Malvern, AR  72104

Ozark Mountain School District
SUPERINTENDENT: Kerry Saylors
E-MAIL: ksay@omsd.k12.ar.us
PHONE NUMBER: (870)439-2218
250 South Hwy 65
St Joe, AR  72675

Ozark School District
SUPERINTENDENT: Jim Ford
E-MAIL: jim.ford@ozarkhillbillies.org
PHONE NUMBER: (479) 667-4118
1609 Walden Dr
Ozark, AR  72949

Ozarks Unltd. Resource Coop
SUPERINTENDENT: Jeff Cantrell
E-MAIL: jcantrell@oursc.k12.ar.us
PHONE NUMBER: (870) 743-9100
5823 Resource Drive
Valley Springs, AR  72682

Palestine-wheatley Sch. Dist.
SUPERINTENDENT: Jon Estes
E-MAIL: jestes@pwsd.k12.ar.us
PHONE NUMBER: (870) 581-2646
7950 Hwy 70 West
Palestine, AR  72372

Pangburn School District
SUPERINTENDENT: David Rolland
E-MAIL: drolland@pangburnschools.org
PHONE NUMBER: (501) 728-4511
1100 Short Street
Pangburn, AR  72121

Paragould School District
SUPERINTENDENT: Debbie Smith
E-MAIL: dsmith@paragouldschools.net
PHONE NUMBER: (870) 239-2105
1501 West Court Street
Paragould, AR  72450

Paris School District
SUPERINTENDENT: Wayne Fawcett
E-MAIL: wfawcett@parisschools.org
PHONE NUMBER: (479) 963-3243
602 NORTH 10TH ST
Paris, AR  72855

Parkers Chapel School Dist.
SUPERINTENDENT: Michael White
E-MAIL: whitem@parkerschapelschool.com
PHONE NUMBER: (870) 862-4641
401 Parkers Chapel Road
El Dorado, AR  71730

Pea Ridge School District
SUPERINTENDENT: Keith Martin
E-MSAL: kmartin@pearidgek12.com
PHONE NUMBER: (479) 451-8181
781 W Pickens Road
Pea Ridge, AR  72751

Perryville School District
SUPERINTENDENT: Walt Davis
E-MAIL: walt.davis@perryvilleschool.org
PHONE NUMBER: (501) 889-2327
614 South Fourche Avenue
Perryville, AR  72126

Phillips College Career & Technical Center
SUPERINTENDENT: Keith Pinchback
E-MAIL: pinchback@pccua.edu
PHONE NUMBER: (870) 673-4201
2807 Highway 165 South
Stuttgart, AR  72160

Piggott School District
SUPERINTENDENT: Barry DeHart
E-MAIL: barry.dehart@piggottschools.net
PHONE NUMBER: (870) 598-2572
429 East Main
Piggott, AR  72454

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Pine Bluff School District
SUPERINTENDENT: Barbara Warren
E-MAIL: barbara.warren@pinebluffschools.org
PHONE NUMBER: (870) 543-4200
512 South Pine St
Pine Bluff, AR  71601

Pocahontas School District
SUPERINTENDENT: Jerry Martens
E-MAIL: jerry.martens@pocahontaspsd
PHONE NUMBER: (870) 892-4573
2300 North Park
Pocahontas, AR  72455

Pottsville School District
SUPERINTENDENT: Larry Dugger
E-MAIL: larry.dugger@pottsvilleschools.org
PHONE NUMBER: (479) 968-8101
7000 Sr 247
Pottsville, AR  72858

Poyen School District
SUPERINTENDENT: Ronnie Kissire
E-MAIL: kissire.ronnie@poyenschool.com
PHONE NUMBER: (501) 332-8884
14296 Hwy 270 West
Poyen, AR  72128

Prairie Grove School District
SUPERINTENDENT: REBA HOLMES
E-MAIL: reba.holmes@pgtigers.org
PHONE NUMBER: (479) 846-4213
110 School St
Prairie Grove, AR  72753

Prescott School District
SUPERINTENDENT: Robert Poole
E-MAIL: rpoole@prescottschool.net
PHONE NUMBER: (870) 887-3016
762 Martin Street
Prescott, AR  71857

Pulaski Co. Spec. School Dist.
SUPERINTENDENT: Charles Mcnulty
E-MAIL: cmcnulty@pcssd.org
PHONE NUMBER: (501) 490-2000
925 E Dixon Road
Little Rock, AR  72216

Quitman School District
SUPERINTENDENT: Dennis Truxler
E-MAIL: truxlerd@quitman.k12.ar.us
PHONE NUMBER: (501) 589-3156
6275 Heber Springs Road West
Quitman, AR  72131

Rector School District
SUPERINTENDENT: Johnny Fowler
E-MAIL: jfowler@rector.k12.ar.us
PHONE NUMBER: (870) 595-3151
604 West 5Th Street
Rector, AR  72461

Rivercrest School District #57
SUPERINTENDENT: Sally Bennett
E-MAIL: sally.bennett@smccolts.com
PHONE NUMBER: (870) 655-8633
22 Jefferson
Wilson, AR  72395

Riverside School District
SUPERINTENDENT: Jeff Priest
E-MAIL: jeff.priest@riversiderebels.net
PHONE NUMBER: (870) 237-4329
601 Catfish Drive
Lake City, AR  72437

Riverview School District
SUPERINTENDENT: Judy Ballard
E-MAIL: judy.ballard@riverviewsd.org
PHONE NUMBER: (501) 279-0540
800 Raider Drive
Searcy, AR  72143

Rogers School District
SUPERINTENDENT: Marlin Berry
E-MAIL: marlin.berry@rpsar.net
PHONE NUMBER: (479) 636-3910
500 W Walnut St
Rogers, AR  72756

Rose Bud School District
SUPERINTENDENT: Allen Blackwell
E-MAIL: ablackwell@rbsd.k12.ar.us
PHONE NUMBER: (501) 556-5815
124 School Road
Rose Bud, AR  72137

Russellville School District
SUPERINTENDENT: Mark Gotcher
E-MAIL: mark.gotcher@russellvilleschools.net
PHONE NUMBER: (479) 968-1306
220 West 10Th Street
Russellville, AR  72801

Salem School District
SUPERINTENDENT: Wayne Guiltner
E-MAIL: wayne.guiltner@salemschools.net
PHONE NUMBER: (870) 895-2516
313 Hwy 62 E Suite 1
Salem, AR  72576

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Saline County Vocational Center
SUPERINTENDENT: Margaret Ellibee
E-MAIL: mellibee@uaptc.edu
PHONE NUMBER: (501) 602-2420
3201 S Reynolds Rd
Bauxite, AR  72011

Sau-tech Career Center
SUPERINTENDENT: Jason Morrison
E-MAIL: jmorriso@sautech.edu
PHONE NUMBER: (870) 836-9367
327 Stewart Street Sw
Camden, AR  71701

Scranton School District
SUPERINTENDENT: TOBY COOK
E-MAIL: tcook@scrantonrockets.net
PHONE NUMBER: (479) 938-7121
103 N Tenth St
Scranton, AR  72863

Searcy County School District
SUPERINTENDENT: Alan Yarbrough
E-MAIL: ayarb@scsd.info
PHONE NUMBER: (870) 448-3011
952 Hwy 65 North
Marshall, AR  72650

Searcy School District
SUPERINTENDENT: Diane Barrett
E-MAIL: dbarrett@searcyschools.org
PHONE NUMBER: (501) 268-3517
801 North Elm St
Searcy, AR  72143

Sheridan School District
SUPERINTENDENT: Jerrod Williams
E-MAIL: jerrodwilliams@sheridanschools.org
PHONE NUMBER: (870) 942-3135
400 North Rock
Sheridan, AR  72150

Shirley School District
SUPERINTENDENT: Tyrene Gardner
E-MAIL: tyrene.gardner@shirley.k12.ar.us
PHONE NUMBER: (501) 723-8191
154 School Drive
Shirley, AR  72153

Siloam Springs School District
SUPERINTENDENT: Jody Wiggins
E-MAIL: wigginsj@gosiloam.com
PHONE NUMBER: (479) 524-3191
847 South Dogwood
Siloam Springs, AR  72761

Sloan-hendrix School Dist.
SUPERINTENDENT: Clifford Rorex
E-MAIL: crorex@sloan-hendrix.com
PHONE NUMBER: (870) 869-2384
1 Greyhound Cir
Imboden, AR  72434

Smackover School District
SUPERINTENDENT: Jason Black
E-MAIL: jason.black@smackover.net
PHONE NUMBER: (870) 725-3132
112 East 8Th Street
Smackover, AR  71762

So. Conway Co. School District
SUPERINTENDENT: Shawn Halbrook
E-MAIL: shawn.halbrook@sccsd.k12.ar.us
PHONE NUMBER: (501) 354-9400
704 E Church
Morrilton, AR  72110

South Central Service Coop
SUPERINTENDENT: Karen Mcmahen
E-MAIL: karen.mcmahen@scscoop.org
PHONE NUMBER: (870) 836-2213
400 Maul Road
Camden, AR  71701

South Pike County School District
SUPERINTENDENT: Brad Sullivan
E-MAIL: brad.sullivan@rattlers.org
PHONE NUMBER: (870) 285-2189
605 3Rd Avenue
Murfreesboro, AR  71958

South Side School District
SUPERINTENDENT: Aaron Hosman
E-MAIL: ahosman@southsidebb.org
PHONE NUMBER: (501) 654-2633
334 Southside Road
Bee Branch, AR  72013

Southeast Ark. Educ. Coop
SUPERINTENDENT: Karen Eoff
E-MAIL: karen.eoff@searkcoop.com
PHONE NUMBER: (870) 367-6848
1022 Scogin Dr
Monticello, AR  71655

Southside School District
SUPERINTENDENT: Roger Rich
E-MAIL: roger.rich@southsideschools.org
PHONE NUMBER: (870) 251-2341
70 Scott Drive
Batesville, AR  72501

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Southwest Ark. Coop
SUPERINTENDENT: Phoebe Bailey
E-MAIL: phoebe.bailey@swaec.org
PHONE NUMBER: (870) 777-3076
500 South Spruce
Hope, AR  71801

Spring Hill School District
SUPERINTENDENT: Carroll Purtle
E-MAIL: carroll.purtle@springhill.k12.ar.us
PHONE NUMBER: (870) 777-8236
633 Hwy 355 West
Hope, AR  71801

Springdale School District
SUPERINTENDENT: Jared Cleveland
E-MAIL: jcleveland@sdale.org
PHONE NUMBER: (479) 750-8800
804 W Johnson Ave
Springdale, AR  72764

Star City School District
SUPERINTENDENT: Jordan Frizzell
E-MAIL: jordan.frizzell@starcityschools.org
PHONE NUMBER: (870) 628-4237
400 EAST ARKANSAS AVE
Star City, AR  71667

Strong-huttig School District
SUPERINTENDENT: Thomas Kimberly
E-MAIL: kimberly.thomas@strong.scsc.k12.ar.us
PHONE NUMBER: (870)797-7322
108 E 5TH ST
STRONG, AR  71765

Stuttgart School District
SUPERINTENDENT: Rick Gales
E-MAIL: rgales@stuttgartschools.org
PHONE NUMBER: (870) 673-8701
2501 South Main
Stuttgart, AR  72160

Texarkana School District
SUPERINTENDENT: Becky Kesler
E-MAIL: becky.kesler@tasd7.net
PHONE NUMBER: (870) 772-3371
3512 Grand Ave
Texarkana, AR  71854

Trumann School District
SUPERINTENDENT: Brandie Williams
E-MAIL: brandie.williams@trumannwildcat.com
PHONE NUMBER: (870) 483-6444
221 Pine Avenue
Trumann, AR  72472

Two Rivers School District
SUPERINTENDENT: Michael Dean
E-MAIL: deanm@trgators.org
PHONE NUMBER: (479) 272-3113
17727 East State Highway 28
Plainview, AR  72857

Valley Springs School District
SUPERINTENDENT: Judy Green
E-MAIL: jgreen@valley.k12.ar.us
PHONE NUMBER: (870) 429-5217
7349 School Street
Valley Springs, AR  72682

Valley View School District
SUPERINTENDENT: Bryan Russell
E-MAIL: bryan.russell@valleyviewschools.net
PHONE NUMBER: (870) 935-6200
2131 Valley View Dr
Jonesboro, AR  72404

Van Buren School District
SUPERINTENDENT: Harold Jeffcoat
E-MAIL: harold.jeffcoat@vbsd.us
PHONE NUMBER: (479) 474-7942
2221 Pointer Trail East
Van Buren, AR  72956

Vilonia School District
SUPERINTENDENT: David Stephens
E-MAIL: david.stephens@viloniaschools.org
PHONE NUMBER: (501) 796-2113
11 Eagle Street
Vilonia, AR  72173

Viola School District
SUPERINTENDENT: John May
E-MAIL: johnm@viola.ncsc.k12.ar.us
PHONE NUMBER: (870) 458-2323
314 Longhorn Drive
Viola, AR  72583

Waldron School District
SUPERINTENDENT: Daniel Fielding
E-MAIL: fielding.daniel@waldronsd.org
PHONE NUMBER: (479) 637-3179
1560 W Sixth St
Waldron, AR  72958

Warren School District
SUPERINTENDENT: Bryan Cornish
E-MAIL: bryan.cornish@warrensd.org
PHONE NUMBER: (870) 226-6738
408 Cherry
Warren, AR  71671

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Watson Chapel School District
SUPERINTENDENT: Jerry Guess
E-MAIL: jguess@wcmail.k12.ar.us
PHONE NUMBER: (870) 879-0220
4100 Camden Road
Pine Bluff, AR  71603

West Fork School District
SUPERINTENDENT: John Karnes
E-MAIL: jkarnes@wftigers.org
PHONE NUMBER: (479) 839-2231
359 School Ave
West Fork, AR  72774

West Memphis School District
SUPERINTENDENT: Jon Collins
E-MAIL: collins@wmsd.net
PHONE NUMBER: (870) 735-1915
301 South Avalon
West Memphis, AR  72301

West Side School District
SUPERINTENDENT: Andy Chisum
E-MAIL: andy.chisum@westsideeagles.org
PHONE NUMBER: (501) 825-6258
7295 Greers Ferry Rd
Greers Ferry, AR  72067

Westark Technical Center
SUPERINTENDENT: Andrea Slaton
E-MAIL: andrea.slaton@uafs.edu
PHONE NUMBER: (479) 788-7720
5210 Grand Avenue
Fort Smith, AR  72913

Western Arkansas Coop
SUPERINTENDENT: Roy Hester
E-MAIL: roy.hester@wscstarfish.com
PHONE NUMBER: (479) 965-2191
3010 E Hwy 22
Branch, AR  72928

Western Yell Co. School Dist.
SUPERINTENDENT: Herschel Cleveland
E-MAIL: clevelandh@wycschools.com
PHONE NUMBER: (479) 476-4116
1 Wolverine Drive
Havana, AR  72842

Westside Cons. School District
SUPERINTENDENT: Scott Gauntt
E-MAIL: sgauntt@westsideschools.org
PHONE NUMBER: (870) 935-7503
1630 Hwy 91 W
Jonesboro, AR  72404

Westside School District
SUPERINTENDENT: Brad Kent
E-MAIL: bkent@westsiderebels.net
PHONE NUMBER: (479) 497-1991
122 Thompson Street
Hartman, AR  72840

White Co. Central School Dist.
SUPERINTENDENT: Dean Stanley
E-MAIL: dstanley@wccsd.k12.ar.us
PHONE NUMBER: (501) 729-3992
3259 Hwy 157
Judsonia, AR  72081

White Hall School District
SUPERINTENDENT: Doug Dorris
E-MAIL: dorrisd@whitehallsd.org
PHONE NUMBER: (870) 247-2002
1020 West Holland Avenue
White Hall, AR  71602

Wilbur D. Mills Educ. Coop
SUPERINTENDENT: Brad Horn
E-MAIL: bhorn@wilbur.k12.ar.us
PHONE NUMBER: (501) 882-5467
210 North Main
Beebe, AR  72012

Wonderview School District
SUPERINTENDENT: Jamie Stacks
E-MAIL: jamie.stacks@wonderviewschools.org
PHONE NUMBER: (501) 354-0211
2436 Highway 95
Hattieville, AR  72063

Woodlawn School District
SUPERINTENDENT: Dudley Hume
E-MAIL: dudley.hume@whsbears.org
PHONE NUMBER: (870) 357-8108
6760 Hwy 63
Rison, AR  71665

Wynne School District
SUPERINTENDENT: Carl Easley
E-MAIL: ceasley@wynneschools.org
PHONE NUMBER: (870) 238-5000
1300 N Falls Blvd
Wynne, AR  72396

Yellville-summit School Dist.
SUPERINTENDENT: Wes Henderson
E-MAIL: wes.henderson@ysk12.com
PHONE NUMBER: (870) 449-4061
1124 N Panther Ave
Yellville, AR  72687

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Agua Fria Union High School District
SUPERINTENDENT: Dennis Runyan
E-MAIL: drunyan@aguafria.org
PHONE NUMBER: (623) 932-7000
1481 N. Eliseo Felix Jr. Way
Avondale, AZ  85323

Aguila Elementary District
SUPERINTENDENT: Andy Wannemacher
E-MAIL: awannemacher@aguilaschool.org
PHONE NUMBER: (928) 685-2222
50023 N 514Th Ave
Aguila, AZ  85320

Ajo Unified District
SUPERINTENDENT: Robert Dooley
E-MAIL: bdooley@tabletoptelephone.com
PHONE NUMBER: (520) 387-5618
111 Well Rd
Ajo, AZ  85321

Alhambra Elementary District
SUPERINTENDENT: Mark Yslas
E-MAIL: markyslas@alhambraesd.org
PHONE NUMBER: (602) 336-2920
4510 N 37Th Ave
Phoenix, AZ  85019

Alpine Elementary District
SUPERINTENDENT: Shirley Brazel
E-MAIL: sbrazel@alpine.k12.az.us
PHONE NUMBER: (928) 339-4570
County Rd 2052 #11
Alpine, AZ  85920

Altar Valley Elementary District
SUPERINTENDENT: David Dumon
E-MAIL: ddumon@avsd.org
PHONE NUMBER: (520) 822-1484
10105 S Sasabe Rd
Tucson, AZ  85736

Amphitheater Unified District
SUPERINTENDENT: Todd Jaeger
E-MAIL: tjaeger@amphi.com
PHONE NUMBER: (520) 696-5000
701 W  Wetmore
Tucson, AZ  85705

Antelope Union High School District
SUPERINTENDENT: Greg Copeland
E-MAIL: grcopeland@antelopeunion.org
PHONE NUMBER: (928) 785-4041
9168 S Ave 36 E
Wellton, AZ  85356

Apache County Sheriffs Office
SUPERINTENDENT: Joseph Dedman
E-MAIL: jdedman@apachecounty.net
PHONE NUMBER: (928) 337-4321
370 South Washington
St Johns, AZ  85936

Apache Elementary District
SUPERINTENDENT: Loy Guzman
E-MAIL: apacheelementary@gmail.com
PHONE NUMBER: (520) 558-2364
10488 Skeleton Canyon Rd
Douglas, AZ  85608

Apache Junction Unified District
SUPERINTENDENT: Krista Anderson
E-MAIL: krista.anderson@goaj.org
PHONE NUMBER: (480) 982-1110
801 W. Southern
Apache Junction, AZ  85120

Arizona Navajo Central Education Line Office
SUPERINTENDENT: Patricia Gonnie
E-MAIL: patriciagonnie@nndode.org
PHONE NUMBER: (928) 674-5131
Navajo Rt 7 Bldg 136-C
Chinle, AZ  86503

Arizona Navajo North Education Line Office
SUPERINTENDENT: Patricia Gonnie
E-MAIL: patriciagonnie@nndode.org
PHONE NUMBER: (928) 283-2218
Hwy 160 & Warrior Dr, Bldg 407
Tuba City, AZ  86045

Arizona South Education Line Office
SUPERINTENDENT: Jim Hastings
E-MAIL: jimmy.hastings@bie.edu
PHONE NUMBER: (602) 265-1592
2901 N Central Avenue
Phoenix, AZ  85012

Arizona State School For The Deaf And Blind
SUPERINTENDENT: Annette Reichman
E-MAIL: annette.reichman@asdb.az.gov
PHONE NUMBER: (520) 770-3828
1200 W. Speedway
Tucson, AZ  85745

Arlington Elementary District
SUPERINTENDENT: Chad Turner
E-MAIL: chadt@arlingtonk8.org
PHONE NUMBER: (623) 386-2031
9410 S 355Th Ave
Arlington, AZ  85322

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Ash Creek Elementary District
SUPERINTENDENT: Sue Shepard
E-MAIL: wranglerzzz@hotmail.com
PHONE NUMBER: (520) 824-3340
6460 East Highway 181
Pearce, AZ 85625

Ash Fork Joint Unified District
SUPERINTENDENT: Seth Staples
E-MAIL: sstaples@afjusd.org
PHONE NUMBER: (928) 637-2561
46999 N . 5Th Street
Ash Fork, AZ 86320

Avondale Elementary District
SUPERINTENDENT: Betsy Hargrove
E-MAIL: bhargro@avondale.k12.az.us
PHONE NUMBER: (623) 772-5000
295 W Western Ave
Avondale, AZ 85323

Baboquivari Unified School District #40
SUPERINTENDENT: Edna Morris
E-MAIL: emorris@busd40.org
PHONE NUMBER: (520) 383-6746
111 W Main
Sells, AZ 85634

Bagdad Unified District
SUPERINTENDENT: Bryan Bullington
E-MAIL: bullingtonb@bagdadschools.org
PHONE NUMBER: (928) 633-4101
210 Hilltop
Bagdad, AZ 86321

Balsz Elementary District
SUPERINTENDENT: Arleen Kennedy
E-MAIL: akennedy@balsz.org
PHONE NUMBER: (602) 629-6400
4825 East Roosevelt Street
Phoenix, AZ 85008

Beaver Creek Elementary District
SUPERINTENDENT: Karin Ward
E-MAIL: kward@bcs.k12.az.us
PHONE NUMBER: (928) 567-4631
4810 E Beaver Creek Rd
Rimrock, AZ 86335

Benson Unified School District
SUPERINTENDENT: Micah Mortensen
E-MAIL: mmortensen@bensonsd.k12.az.us
PHONE NUMBER: (520) 720-6700
360 S. Patagonia Street
Benson, AZ 85602

Bicentennial Union High School District
SUPERINTENDENT: Andrew Kauffman
E-MAIL: akauffman@salomehs.org
PHONE NUMBER: (928) 859-3453
67488 E Salome Rd
Salome, AZ 85348

Bisbee Unified District
SUPERINTENDENT: Tom Woody
E-MAIL: twoody@busd.k12.az.us
PHONE NUMBER: (520) 432-5381
100 Old Douglas Road
Bisbee, AZ 85603

Blackwater Community School
SUPERINTENDENT: Jacquelyn Power
E-MAIL: jacquelyn.power@bwcs.k12.az.us
PHONE NUMBER: (520) 215-5859
Hwy 87 & Blackwater School Rd
Coolidge, AZ 85228

Blue Elementary District
SUPERINTENDENT: Sally Hulsey
E-MAIL: blueschool@frontiernet.net
PHONE NUMBER: (928) 865-2822
80 Turkey Creek Rd
Blue, AZ 85922

Blue Ridge Unified School District No. 32
SUPERINTENDENT: Michael Wright
E-MAIL: mwright@brusd.org
PHONE NUMBER: (928) 368-6126
1200 W White Mountain Blvd
Lakeside, AZ 85929

Bonita Elementary District
SUPERINTENDENT: Ed Houser
E-MAIL: ehouser@bonitaesd.com
PHONE NUMBER: (928) 828-3363
18008 S Fort Grant Rd
Bonita, AZ 85643

Bouse Elementary District
SUPERINTENDENT: Ron Fletcher
E-MAIL: rfletcher@bouseschool.org
PHONE NUMBER: (928) 851-2213
44936 Joshua Drive
Bouse, AZ 85325

Bowie Unified District
SUPERINTENDENT: Wendy Conger
E-MAIL: wendy.conger@bowieusd.k12.az.us
PHONE NUMBER: (520) 847-2545
315 W. 5Th St.
Bowie, AZ 85605

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Buckeye Elementary District
SUPERINTENDENT: Kristi Sandvik
E-MAIL: ksandvik@besd33.org
PHONE NUMBER: (623) 925-3400
25555 West Durango Street
Buckeye, AZ  85326

Buckeye Union High School District
SUPERINTENDENT: Rob Roberson
E-MAIL: rroberson@buhsd.org
PHONE NUMBER: (623) 386-9701
1000 East Narramore Avenue
Buckeye, AZ  85326

Bullhead City School District
SUPERINTENDENT: Carolyn Stewart
E-MAIL: cstewart@crsk12.org
PHONE NUMBER: (928) 758-3961
1004 Hancock Rd
Bullhead City, AZ  86442

Camp Verde Unified District
SUPERINTENDENT: Danny Howe
E-MAIL: dhowe@campverdeschools.org
PHONE NUMBER: (928) 567-8000
410 Camp Lincoln
Camp Verde, AZ  86322

Cartwright Elementary District
SUPERINTENDENT: Leeann Lawlor
E-MAIL: leeann.lawlor@csd83.org
PHONE NUMBER: (623) 691-4000
5220 W. Indian School Road
Phoenix, AZ  85031

Casa Blanca Community School
SUPERINTENDENT: Kim Franklin
E-MAIL: kfranklin@cbcschools.com
PHONE NUMBER: (520) 315-3489
Po Box 10940
Bapchule, AZ  85121

Casa Grande Elementary District
SUPERINTENDENT: Jo Etta Gonzales
E-MAIL: joetta.gonzales@cgelem.k12.az.us
PHONE NUMBER: (520) 836-2111
220 West Kortsen Road
Casa Grande, AZ  85122

Casa Grande Union High School District
SUPERINTENDENT: Steve Bebee
E-MAIL: sbebee@cguhsd.org
PHONE NUMBER: (520) 316-3360
2730 N. Trekell Road
Casa Grande, AZ  85122

Catalina Foothills Unified District
SUPERINTENDENT: Mary Kamerzell
E-MAIL: mkam@cfsd16.org
PHONE NUMBER: (520) 209-7500
2101 E River Rd
Tucson, AZ  85718

Cave Creek Unified District
SUPERINTENDENT: Debbi Burdick
E-MAIL: dburdick@ccusd93.org
PHONE NUMBER: (480) 575-2000
33016 N 60Th Street
Scottsdale, AZ  85266

Cedar Unified District
SUPERINTENDENT: Corrina Begay
E-MAIL: cbegay@cedarusd.org
PHONE NUMBER: (928) 738-2334
Mile Post 408 Hwy 264
Keams Canyon, AZ  86034

Central Arizona Valley Institute Of Technology
SUPERINTENDENT: Mike Glover
E-MAIL: mglover@cavitschools.org
PHONE NUMBER: (520) 423-1944
1789 West Coolidge Avenue
Coolidge, AZ  85128

Chandler Unified District #80
SUPERINTENDENT: Camille Casteel
E-MAIL: casteel.camille@cusd80.com
PHONE NUMBER: (480) 812-7000
1525 W Frye Rd
Chandler, AZ  85224

Chevelon Butte School District
SUPERINTENDENT: Wes Brownfield
E-MAIL: wbrownfield@chevelonbutte.org
PHONE NUMBER: (928) 535-4729
417 Old Rim Road
Forest Lakes, AZ  85931

Chinle Unified District
SUPERINTENDENT: Quincy Natay
E-MAIL: quincy@chinleusd.k12.az.us
PHONE NUMBER: (928) 674-9600
Navajo Rte 7 & State Hwy 191
Chinle, AZ  86503

Chino Valley Unified District
SUPERINTENDENT: John Scholl
E-MAIL: jscholl@chinovalleyschools.com
PHONE NUMBER: (928) 636-2458
650 East Center Street
Chino Valley, AZ  86323

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Clarkdale-jerome Elementary District
SUPERINTENDENT: Danny Brown
E-MAIL: danny.brown@cjsd.k12.az.us
PHONE NUMBER: (928) 634-5035
1615 Main St
Clarkdale, AZ  86324

Cobre Valley Institute Of Technology District
SUPERINTENDENT: Mike Oneal
E-MAIL: mo'neal@cvit81.org
PHONE NUMBER: (928) 542-9640
100 W. Panther Dr.
Superior, AZ  85173

Cochise County Juvenile Detention
SUPERINTENDENT: John Schow
E-MAIL: jschow@cochise.az.gov
PHONE NUMBER: (520) 432-8800
915 Tovreaville Road
Bisbee, AZ 85603

Cochise Elementary District
SUPERINTENDENT: Karl Uterhardt
E-MAIL: kuterhardt@cochiseschool.org
PHONE NUMBER: (520) 384-2540
5025 N. Bowie Ave
Cochise, AZ 85606

Cochise Technology District
SUPERINTENDENT: Joel Todd
E-MAIL: cochisetechnology@gmail.com
PHONE NUMBER: (520) 766-1999
1405 N. Grand Rd.
Willcox, AZ 85643

Coconino For Vocation Industry & Technology
SUPERINTENDENT: Brent Neilson
E-MAIL: bneilson@caviat.org
PHONE NUMBER: (928) 645-2737
19 Poplar Street
Page, AZ  86040

Coconino County Accommodation School District
SUPERINTENDENT: Dave Roth
E-MAIL: droth@ccrasd.org
PHONE NUMBER: (928) 679-8072
2384 N. Steves Blvd.
Flagstaff, AZ 86004

Colorado City Unified District
SUPERINTENDENT: Carol Timpson
E-MAIL: ctimpson@elcap.us
PHONE NUMBER: (928) 875-9000
325 North Cottonwood St
Colorado City, AZ  86021

Colorado River Union High School District
SUPERINTENDENT: Todd Flora
E-MAIL: tflora@crsk12.org
PHONE NUMBER: (928) 768-1665
5744 S. Hwy 95
Fort Mohave, AZ 86426

Concho Elementary District
SUPERINTENDENT: David Embrey
E-MAIL: dembrey@concho.k12.az.us
PHONE NUMBER: (928) 337-4665
Hwy 61 And Cinder Rd
Concho, AZ  85924

Congress Elementary District
SUPERINTENDENT: Stephanie Miller
E-MAIL: smiller@congressdistrict.org
PHONE NUMBER: (928) 427-9850
26400 South Tenderfoot Hill Ro
Congress, AZ 85332

Continental Elementary District
SUPERINTENDENT: Roxana Rico
E-MAIL: roxana.rico@csd39.org
PHONE NUMBER: (520) 625-4581
1991 E White House Canyon Rd
Green Valley, AZ  85614

Coolidge Unified District
SUPERINTENDENT: Charie Wallace
E-MAIL: charie.wallace@coolidgeschools.org
PHONE NUMBER: (520) 723-2040
450 N Arizona Blvd.
Coolidge, AZ  85128

Cottonwood-oak Creek Elementary District
SUPERINTENDENT: Steve King
E-MAIL: sking@cocsd.k12.az.us
PHONE NUMBER: (928) 634-2288
1 N. Willard St.
Cottonwood, AZ  86326

Cove Day School
SUPERINTENDENT: Leo Johnson
E-MAIL: leo.johnson@bie.edu
PHONE NUMBER: (928)653-4457
Route 33 N31
Cove, AZ 86544

Crane Elementary District
SUPERINTENDENT: Laurie Doering
E-MAIL: ldoering@craneschools.org
PHONE NUMBER: (928) 373-3400
4250 W 16Th St
Yuma, AZ  85364

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Creighton Elementary District
SUPERINTENDENT: Donna Lewis
E-MAIL: dlewis@creightonschools.org
PHONE NUMBER: (602) 381-6000
2702 E Flower St
Phoenix, AZ  85016

Crown King Elementary District
SUPERINTENDENT: Shannon Olson
E-MAIL: crownkingschool@yahoo.com
PHONE NUMBER: (928) 632-5207
23550 S Towers Mountain Road
Crown King, AZ  86343

Deer Valley Unified District
SUPERINTENDENT: Curtis Finch
E-MAIL: superintendent@dvusd.org
PHONE NUMBER: (623) 445-5000
20402 N 15Th Ave
Phoenix, AZ  85027

Dilcon Community School
SUPERINTENDENT: William Wachunas
E-MAIL: bwachunas@dilconeagles.com
PHONE NUMBER: (928) 657-3287
40 Miles N Winslow Sr87
Winslow, AZ  86047

Dishchii' Bikoh Community School
SUPERINTENDENT: Marilou Areno
E-MAIL: marilou.areno@dishchiibikoh.org
PHONE NUMBER: (928) 332-2444
211 S Elm Cir
Cibecue, AZ  85911

Double Adobe Elementary District
SUPERINTENDENT: Tammi Wilson
E-MAIL: twilson@doubleadobeschool.org
PHONE NUMBER: (520) 364-3041
7081 N Central Hwy
Mcneal, AZ  85617

Douglas Unified District
SUPERINTENDENT: Ana Samaniego
E-MAIL: asamaniego@douglasschools.org
PHONE NUMBER: (520) 364-2447
1132 12Th St
Douglas, AZ  85607

Duncan Unified District
SUPERINTENDENT: Eldon Merrell
E-MAIL: emerrell@duncanschools.org
PHONE NUMBER: (928) 359-2472
108 Stadium Ave
Duncan, AZ  85534

Dysart Unified District
SUPERINTENDENT: Quinn Kellis
E-MAIL: quinn.kellis@dysart.org
PHONE NUMBER: (623) 876-7000
15802 North Parkview Place
Surprise, AZ  85374

East Valley Institute Of Technology
SUPERINTENDENT: Chad Wilson
E-MAIL: cwilson@evit.com
PHONE NUMBER: (480) 461-4000
1601 W. Main St.
Mesa, AZ  85201

Elfrida Elementary District
SUPERINTENDENT: Susan Holcombe
E-MAIL: susan.holcombe@elfridaelem.org
PHONE NUMBER: (520) 642-3428
4070 Jefferson Rd
Elfrida, AZ  85610

Eloy Elementary District
SUPERINTENDENT: Ruby James
E-MAIL: ruby.james@eloyesd.net
PHONE NUMBER: (520) 466-2100
1011 N Sunshine Blvd
Eloy, AZ  85131

Empire Elementary District
SUPERINTENDENT: Dustin Williams
E-MAIL: dustin.williams@schools.pima.gov
PHONE NUMBER: (520) 455-0529
13200 E. Greaterville Rd.
Sonoita, AZ  85637

First Mesa Elem School
SUPERINTENDENT: Alma Sinquah
E-MAIL: alma.sinquah@bie.edu
PHONE NUMBER: (928) 737-2581
390 Main St
Polacca, AZ  86042

Flagstaff Unified District
SUPERINTENDENT: Michael Penca
E-MAIL: mpenca@fusd1.org
PHONE NUMBER: (928) 527-6000
3285 E. Sparrow
Flagstaff, AZ  86004

Florence Unified School District
SUPERINTENDENT: Chris Knutsen
E-MAIL: cknutsen@fusdaz.org
PHONE NUMBER: (520) 866-3500
1000 S Main St
Florence, AZ  85132

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Flowing Wells Unified District
SUPERINTENDENT: David Baker
E-MAIL: david.baker@fwusd.org
PHONE NUMBER: (520) 696-8800
1556 W Prince Rd
Tucson, AZ  85705

Fort Huachuca Accommodation District
SUPERINTENDENT: Mark Goodman
E-MAIL: goodmanm@fhasd.org
PHONE NUMBER: (520) 459-8199
Building 21110 Hines Road
Ft. Huachuca, AZ  85613

Fort Thomas Unified District
SUPERINTENDENT: Shane Hawkins
E-MAIL: shawkins@ftusd.org
PHONE NUMBER: (928) 485-9423
15560 West Elementary School R
Fort Thomas, AZ  85536

Fountain Hills Unified District
SUPERINTENDENT: Kelly Glass
E-MAIL: kglass@fhacademics.org
PHONE NUMBER: (480) 664-5000
16000 E. Palisades Blvd.
Fountain Hills, AZ  85268

Fowler Elementary District
SUPERINTENDENT: Marvene Lobato
E-MAIL: mlobato@fesd.org
PHONE NUMBER: (623) 707-4500
1617 S. 67Th Ave.
Phoenix, AZ  85043

Fredonia-moccasin Unified District
SUPERINTENDENT: Todd Gilmore
E-MAIL: tgilmore@fredonia.org
PHONE NUMBER: (928) 643-7333
221 East Hortt St
Fredonia, AZ  86022

Gadsden Elementary District
SUPERINTENDENT: Raymond Aguilera
E-MAIL: agui2400@yahoo.com
PHONE NUMBER: (928) 627-6540
1453 N. Main Street
San Luis, AZ  85349

Ganado Unified School District
SUPERINTENDENT: Betsy Dobias
E-MAIL: betsy.dobias@ganado.k12.az.us
PHONE NUMBER: (928) 755-1000
Hwy 264
Ganado, AZ  86505

Gila Bend Unified District
SUPERINTENDENT: Anthony Perkins
E-MAIL: anthonyp@gbusd.org
PHONE NUMBER: (928) 683-2225
308 N Martin Ave
Gila Bend, AZ  85337

Gila County Juvenile Detention
SUPERINTENDENT: Roy Sandoval
E-MAIL: rsandoval@gilacountyaz.gov
PHONE NUMBER: (928) 402-8784
1425 South St.
Globe, AZ  85501

Gila County Regional School District
SUPERINTENDENT: Roy Sandoval
E-MAIL: rsandoval@gilacountyaz.gov
PHONE NUMBER: (928) 425-7800
439 S. 4Th Street
Globe, AZ  85501

Gila County Sheriffs Office
SUPERINTENDENT: Adam Shepherd
E-MAIL: ashepherd@gilacountyaz.gov
PHONE NUMBER: (928) 425-3231
1400 East Ash Street
Globe, AZ  85501

Gila Crossing Community School
SUPERINTENDENT: Jim Mosley
E-MAIL: jim.mosley@gccseagles.org
PHONE NUMBER: (520) 550-4834
4665 W Pecos Road
Laveen, AZ  85339

Gila Institute For Technology
SUPERINTENDENT: Clay Emery
E-MAIL: cemery@giftjted.org
PHONE NUMBER: (928) 348-3393
3998 W. Ball Park Street
Thatcher, AZ  85552

Gilbert Unified District
SUPERINTENDENT: Shane Mccord
E-MAIL: shane.mccord@gilbertschools.net
PHONE NUMBER: (480) 497-3300
140 South Gilbert Road
Gilbert, AZ  85296

Glendale Elementary District
SUPERINTENDENT: Cindy Jones
E-MAIL: csegottajones@gesd40.org
PHONE NUMBER: (623) 237-4000
7301 N 58Th Ave
Glendale, AZ  85301

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Glendale Union High School District
SUPERINTENDENT: Brian Capistran
E-MAIL: brian.capistran@guhsdaz.org
PHONE NUMBER: (623) 435-6000
7650 N 43Rd Ave
Glendale, AZ  85301

Globe Unified District
SUPERINTENDENT: Jerry Jennex
E-MAIL: jjennex@globeschools.org
PHONE NUMBER: (928) 402-6000
460 N. Willow St
Globe, AZ 85501

Graham County School Superintendent
SUPERINTENDENT: Donna Mcgaughey
E-MAIL: dmcgaughey@graham.az.gov
PHONE NUMBER: (928) 428-2880
523 Tenth Ave
Safford, AZ 85546

Grand Canyon Unified District
SUPERINTENDENT: Shonny Bria
E-MAIL: sbria@grandcanyonschool.org
PHONE NUMBER: (928) 638-2461
1 Boulder St
Grand Canyon, AZ  86023

Greasewood Springs Community School
SUPERINTENDENT: Lucinda Godinez
E-MAIL: lucinda.godinez@gscs-inc.net
PHONE NUMBER: (928) 654-3331
Hc 58 Box 60
Ganado, AZ  86505

Greenlee County Sheriffs Office
SUPERINTENDENT: Tim Sumner
E-MAIL: tsumner@greenlee.az.gov
PHONE NUMBER: (928) 865-4149
Hwy 191
Clifton, AZ  85533

Greyhills Academy High School
SUPERINTENDENT: Loren Hudson
E-MAIL: loren.hudson@bie.edu
PHONE NUMBER: (928) 283-6271
160 Warrier Dr
Tuba City, AZ  88045

Hackberry School District
SUPERINTENDENT: Robert Varner
E-MAIL: rvarner@hesd.net
PHONE NUMBER: (928) 692-0013
9501 Nellie Dr
Kingman, AZ  86401

Havasupai Elementary School
SUPERINTENDENT: Tamara Yates
E-MAIL: tamara.yates@lhusd.org
PHONE NUMBER: (928) 505-6040
Po Box 40
Supai, AZ  86435

Hayden-winkelman Unified District
SUPERINTENDENT: Jeff Gregorich
E-MAIL: gregorichj@hwusd.org
PHONE NUMBER: (520) 356-7876
824 Thorne Ave
Winkelman, AZ  85292

Heber-overgaard Unified District
SUPERINTENDENT: Ron Tenney
E-MAIL: ron.tenney@h-oschools.org
PHONE NUMBER: (928) 535-4622
3375 Buckskin Canyon Rd
Heber, AZ  85928

Higley Unified School District
SUPERINTENDENT: Mike Thomason
E-MAIL: superintendent@husd.org
PHONE NUMBER: (480) 279-7000
2935 South Recker Road
Gilbert, AZ  85295

Hillside Elementary District
SUPERINTENDENT: Melainie Johnson
E-MAIL: hillside_school@hotmail.com
PHONE NUMBER: (928)442-3416
Main Street
Hillside, AZ  86321

Holbrook Unified District
SUPERINTENDENT: Robbie Koerperich
E-MAIL: koerp@holbrook.k12.az.us
PHONE NUMBER: (928) 524-6144
1000 N. 8Th Ave.
Holbrook, AZ  86025

Hopi Day School
SUPERINTENDENT: Candas Bullock
E-MAIL: cbullock@hdshawks.org
PHONE NUMBER: (928) 734-2468
Hwy 264
Kykotsmovi, AZ  86039

Hotevila Bacavi Community School
SUPERINTENDENT: Lorrie Harding
E-MAIL: lorrieh@hbcschool.net
PHONE NUMBER: (928)734-2462
Hwy. 264, Milepost 367.2 Main Street
Hotevilla-bacavi, AZ  86030

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Humboldt Unified District
SUPERINTENDENT: John Pothast
E-MAIL: john.pothast@humboldtunified.com
PHONE NUMBER: (928) 759-4000
6411 N. Robert Road
Prescott Valley, AZ  86314

Hyder Elementary District
SUPERINTENDENT: Martha Jones
E-MAIL: mjones@hyderisd.org
PHONE NUMBER: (928) 454-2242
Ave 64E & I-8
Dateland, AZ  85333

Isaac Elementary District
SUPERINTENDENT: Mario Ventura
E-MAIL: mventura@isaacschools.org
PHONE NUMBER: (602) 455-6700
3348 W Mcdowell Rd
Phoenix, AZ  85009

J O Combs Unified School District
SUPERINTENDENT: Greg Wyman
E-MAIL: gwyman@jocombs.org
PHONE NUMBER: (480) 987-5300
301 E Combs Rd
Queen Creek, AZ  85140

John F Kennedy Day School
SUPERINTENDENT: Maxine Dineyazhe
E-MAIL: maxine.roanhorse-din@bie.edu
PHONE NUMBER: (928)338-4593
110 W Dish Chin Rd
Whiteriver, AZ 85941

Joseph City Unified District
SUPERINTENDENT: Bryan Fields
E-MAIL: bryanf@jcusd.org
PHONE NUMBER: (928) 288-3307
8176 N Westover
Joseph City, AZ  86032

Kaibeto Boarding School
SUPERINTENDENT: Veronica Klain
E-MAIL: veronica.klain@bie.edu
PHONE NUMBER: (928)673-3480
P.O. Box 1420
Kaibeto, AZ  86053

Kayenta Community School
SUPERINTENDENT: Lemual Adson
E-MAIL: lemual.adson@kusd27.org
PHONE NUMBER: (928) 697-3251
Hwy 163 Mustang Blvd
Kayenta, AZ  86033

Kayenta Unified District
SUPERINTENDENT: Lemual Adson
E-MAIL: lemual.adson@kusd27.org
PHONE NUMBER: (928) 697-3251
N Hwy 163
Kayenta, AZ  86033

Keams Canyon Elementary School
SUPERINTENDENT: Gary Polacca
E-MAIL: gary.polacca@bie.edu
PHONE NUMBER: (928)738-2385
P.O. Box 397
Keams Canyon, AZ  86034

Kin Dah Lichi'i Olta
SUPERINTENDENT: George Waybenais
E-MAIL: pgonnie@kdlo.net
PHONE NUMBER: (928)755-3439
P.O. Box 800
Ganado, AZ  86505

Kingman Unified School District
SUPERINTENDENT: Gretchen Dorner
E-MAIL: gdorner@kusd.org
PHONE NUMBER: (928) 753-5678
3033 Macdonald Ave.
Kingman, AZ  86401

Kirkland Elementary District
SUPERINTENDENT: Michelle Perey
E-MAIL: mperey@kirklandaz.org
PHONE NUMBER: (928) 442-3258
150 Main Street
Kirkland, AZ  86332

Klondyke Elementary District
SUPERINTENDENT: Donna Mcgaughey
E-MAIL: dmcgaughey@graham.az.gov
PHONE NUMBER: (928) 428-2880
921 Thatcher Blvd
Safford, AZ  85546

Kyrene Elementary District
SUPERINTENDENT: Jan Vesely
E-MAIL: jvesely@kyrene.org
PHONE NUMBER: (480) 541-1000
8700 S Kyrene Road
Tempe, AZ  85284

Lake Havasu Unified District
SUPERINTENDENT: Rebecca Stone
E-MAIL: rebecca.stone@lhusd.org
PHONE NUMBER: (928) 505-6900
2200 Havasupai Blvd
Lake Havasu City, AZ  86403

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Laveen Elementary District
SUPERINTENDENT: Jeffrey Sprout
E-MAIL: jsprout@laveeneld.org
PHONE NUMBER: (602) 237-9100
5001 W. Dobbins Road
Laveen, AZ  85339

Leupp School Inc
SUPERINTENDENT: Leon Oosahwe
E-MAIL: loosahwe@leuppschools.org
PHONE NUMBER: (928) 686-6211
Hwy 99 & Indian 15 Rd
Winslow, AZ  86047

Liberty Elementary District
SUPERINTENDENT: Lori Shough
E-MAIL: lshough@liberty25.org
PHONE NUMBER: (623) 474-6600
19871 W. Fremont Rd.
Buckeye, AZ  85326

Litchfield Elementary District
SUPERINTENDENT: Jodi Gunning
E-MAIL: gunning@lesd.k12.az.us
PHONE NUMBER: (623) 535-6000
290 East Sagebrush Street
Litchfield Park, AZ  85340

Littlefield Unified District
SUPERINTENDENT: Darlene Mccauley
E-MAIL: dmccauley@lusd9.com
PHONE NUMBER: (928) 347-5486
3475 Rio Virgin Rd
Beaver Dam, AZ  86432

Littleton Elementary District
SUPERINTENDENT: Roger Freeman
E-MAIL: freeman.roger@littletonaz.org
PHONE NUMBER: (623) 478-5600
1600 S. 107Th Avenue
Avondale, AZ  85323

Madison Elementary District
SUPERINTENDENT: Kenneth Baca
E-MAIL: kbaca@madisoned.org
PHONE NUMBER: (602) 664-7900
5601 N 16Th St
Phoenix, AZ  85016

Maine Consolidated School District
SUPERINTENDENT: Mark Williams
E-MAIL: mwilliams@mcsd10.org
PHONE NUMBER: (928) 635-2115
10 N. Spring Valley Rd.
Parks, AZ  86018

Mammoth-san Manuel Unified District
SUPERINTENDENT: Julie Scott
E-MAIL: scottj@msmusd.org
PHONE NUMBER: (520) 385-2337
711 Mcnab Pkwy
San Manuel, AZ  85631

Many Farms Community School
SUPERINTENDENT: Fonda Charlie
E-MAIL: fonda.charlie@mfcsaz.org
PHONE NUMBER: (928) 781-6221
1157 Hwy 191
Many Farms, AZ  86538

Many Farms High School
SUPERINTENDENT: Tonya Knight
E-MAIL: tonya.knight@bie.edu
PHONE NUMBER: (928) 781-6297
Po Box 307
Many Farms, AZ  86538

Marana Unified District
SUPERINTENDENT: Dan Streeter
E-MAIL: musd6@maranausd.org
PHONE NUMBER: (520) 682-3243
11279 W Grier Rd
Marana, AZ  85653

Maricopa County Regional District
SUPERINTENDENT: Steve Watson
E-MAIL: steve.watson@maricopa.gov
PHONE NUMBER: (602) 452-4700
3409 W. Whitton Avenue
Phoenix, AZ  85017

Maricopa County Regional Special Services District
SUPERINTENDENT: Steve Watson
E-MAIL: steve.watson@maricopa.gov
PHONE NUMBER: (602) 506-2969
4041 North Central
Phoenix, AZ  85012

Maricopa Unified School District
SUPERINTENDENT: Tracey Lopeman
E-MAIL: tlopeman@musd20.org
PHONE NUMBER: (520) 568-5100
44150 W. Maricopa-Casa Grande
Maricopa, AZ  85138

Mary C O'Brien Accommodation District
SUPERINTENDENT: Marty Bassett
E-MAIL: mbassett@pinalk12.org
PHONE NUMBER: (520) 450-4400
3740 N. Toltec Rd.
Toltec, AZ  85131

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Mayer Unified School District
SUPERINTENDENT: Dean Slaga
E-MAIL: dean.slaga@mayerschools.org
PHONE NUMBER: (928) 642-1000
12606 E. Main St.
Mayer, AZ  86333

Mcnary Elementary District
SUPERINTENDENT: Melisa Milan
E-MAIL: mmilan@mcnary.k12.az.us
PHONE NUMBER: (928) 334-2293
Corner Of Spruce & Cooley
Mcnary, AZ  85930

Mcneal Elementary District
SUPERINTENDENT: Teresa Reyna
E-MAIL: terry.reyna@mcneal.k12.az.us
PHONE NUMBER: (520) 642-3356
3979 Mcneal St
Mcneal, AZ  85617

Mesa Unified District
SUPERINTENDENT: Andi Fourlis
E-MAIL: alfourlis@mpsaz.org
PHONE NUMBER: (480) 472-0200
63 East Main Street
Mesa, AZ  85201

Miami Unified District
SUPERINTENDENT: Sherry Dorathy
E-MAIL: sdorathy@miamiusd40.org
PHONE NUMBER: (928) 425-3271
4739 E. Ragus Road
Miami, AZ  85539

Mingus Union High School District
SUPERINTENDENT: Genie Gee
E-MAIL: ggee@muhs.com
PHONE NUMBER: (928) 634-7531
1801 E Fir St
Cottonwood, AZ  86326

Mobile Elementary District
SUPERINTENDENT: Kit Wood
E-MAIL: kwood@mobileesd.org
PHONE NUMBER: (520) 568-2280
42798 S 99Th Ave
Maricopa, AZ  85139

Mohave County Juvenile Detention
SUPERINTENDENT: Kip Anderson
E-MAIL: courtadmin@mohavecourts.com
PHONE NUMBER: (928) 753-0741
809 E Beale St
Kingman, AZ  86401

Mohave Valley Elementary District
SUPERINTENDENT: Cole Young
E-MAIL: youngc@mvdistrict.net
PHONE NUMBER: (928) 768-2507
8450 South Olive
Mohave Valley, AZ  86440

Mohawk Valley Elementary District
SUPERINTENDENT: Shanna Johnson
E-MAIL: sjohnson@mohawk17.org
PHONE NUMBER: (928) 785-4942
5151 S Ave 39E
Roll, AZ  85347

Morenci Unified District
SUPERINTENDENT: David Woodall
E-MAIL: dwoodall@morenci.org
PHONE NUMBER: (928) 865-2081
1 Stadium Dr
Morenci, AZ  85540

Morristown Elementary District
SUPERINTENDENT: Aspasia Angelou
E-MAIL: aangelou@morristowneld75.org
PHONE NUMBER: (623) 546-5100
25950 Rockaway Hills Dr
Morristown, AZ  85342

Mountain Institute Jted
SUPERINTENDENT: William Stiteler
E-MAIL: bill.stiteler@mijted.net
PHONE NUMBER: (928) 771-0791
220 Ruger Road, Suite 2
Prescott, AZ  86301

Murphy Elementary District
SUPERINTENDENT: Dennis Goodwin
E-MAIL: dgoodwin@msdaz.org
PHONE NUMBER: (602) 353-5002
2615 W Buckeye Rd.
Phoenix, AZ  85009

Naa Tsis'aan
SUPERINTENDENT: Berdina Tsosie
E-MAIL: berdina.tsosie@bie.edu
PHONE NUMBER: (928)672-2335
P.O. Box 10010
Tonalea, AZ  86044

Naco Elementary District
SUPERINTENDENT: Timothy Mayclin
E-MAIL: tmayclin@naco.k12.az.us
PHONE NUMBER: (520) 432-5060
1911 West Valenzuela
Naco, AZ  85620

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Nadaburg Unified School District
SUPERINTENDENT: Aspasia Angelou
E-MAIL: aangelou@nadaburgsd.org
PHONE NUMBER: (623) 388-2321
32919 Center St
Wittmann, AZ  85361

Navajo County Accommodation District #99
SUPERINTENDENT: Jalyn Gerlich
E-MAIL: jalyn.gerlich@navajocountyaz.gov
PHONE NUMBER: (928) 524-1821
294 W. Carlos
Holbrook, AZ  86025

Navajo County School Superintendents Office
SUPERINTENDENT: Jalyn Gerlich
E-MAIL: jalyn.gerlich@navajocountyaz.gov
PHONE NUMBER: (928) 524-4204
100 E Carter Rd
Holbrook, AZ  86025

Nazlini Community School
SUPERINTENDENT: Ronald Arias
E-MAIL: ronald.arias@bie.edu
PHONE NUMBER: (928) 755-6125
Navajo Rte 27
Ganado, AZ  86505

Nogales Unified District
SUPERINTENDENT: Fernando Parra
E-MAIL: fparra@nusd.k12.az.us
PHONE NUMBER: (520) 287-0800
310 W Plum St
Nogales, AZ  85621

NE Arizona Tech Institute Of Vocational Educ
SUPERINTENDENT: Ron Tsosie
E-MAIL: rtsosie@native.k12.az.us
PHONE NUMBER: (928) 697-2500
163 .6 Mi East Of Kay
Kayenta, AZ 86033

Northern Arizona Vocational Institute Of Technology
SUPERINTENDENT: Matt Weber
E-MAIL: mweber@navit.k12.az.us
PHONE NUMBER: (928) 536-6100
951 W. Snowflake Blvd.
Snowflake, AZ 85937

Oracle Elementary District
SUPERINTENDENT: Crystle Nehrmeyer
E-MAIL: cnehrmeyer@osd2.org
PHONE NUMBER: (520) 896-3071
725 N. Carpenter Drive
Oracle, AZ  85623

Osborn Elementary District
SUPERINTENDENT: Michael Robert
E-MAIL: mrobert@osbornnet.org
PHONE NUMBER: (602) 707-2000
1226 W Osborn Rd
Phoenix, AZ  85013

Owens School District No.6
SUPERINTENDENT: Bryan Bullington
E-MAIL: bryan.b@owens-whitney.org
PHONE NUMBER: (928) 765-2311
14109 E Chicken Springs Rd
Wikieup, AZ  85360

Page Unified District
SUPERINTENDENT: Larry Wallen
E-MAIL: lwallen@pageud.org
PHONE NUMBER: (928) 608-4157
500 S Navajo Dr
Page, AZ  86040

Palo Verde Elementary District
SUPERINTENDENT: Robert Aldridge
E-MAIL: raldridge@pvesd.org
PHONE NUMBER: (623) 327-3690
10700 S Palo Verde Rd
Palo Verde, AZ  85343

Paloma School District
SUPERINTENDENT: Kristin Turner
E-MAIL: kturner@palomaesd.org
PHONE NUMBER: (928) 683-2588
38739 W. I-8
Gila Bend, AZ  85337

Palominas Elementary District
SUPERINTENDENT: Sherri Rosalik
E-MAIL: rosaliks@psd49.net
PHONE NUMBER: (520) 366-6204
10391 E Highway 92
Hereford, AZ  85615

Paradise Valley Unified District
SUPERINTENDENT: Jesse Welsh
E-MAIL: jwelsh@pvschools.net
PHONE NUMBER: (602) 449-2000
15002 N 32Nd St
Phoenix, AZ  85032

Parker Unified School District
SUPERINTENDENT: Brad Sale
E-MAIL: bsale@parkerusd.org
PHONE NUMBER: (928) 669-9244
1608 Laguna Ave
Parker, AZ  85344

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Patagonia Elementary District
SUPERINTENDENT: Kenny Hayes
E-MAIL: khayes@patagonia.k12.az.us
PHONE NUMBER: (520) 394-3000
200 W. Naugle Ave
Patagonia, AZ  85624

Patagonia Union High School District
SUPERINTENDENT: Kenny Hayes
E-MAIL: khayes@patagonia.k12.az.us
PHONE NUMBER: (520) 394-3000
200 W. Naugle Ave
Patagonia, AZ  85624

Payson Unified District
SUPERINTENDENT: Linda Gibson
E-MAIL: linda.gibson@pusd10.org
PHONE NUMBER: (928) 474-2070
902 W Main St
Payson, AZ  85541

Peach Springs Unified District
SUPERINTENDENT: Jaime Cole
E-MAIL: colej@psusd8.org
PHONE NUMBER: (928) 769-2202
403 Diamond Creek Road
Peach Springs, AZ  86434

Pearce Elementary District
SUPERINTENDENT: Kyle Hart
E-MAIL: khart@pearceschool.org
PHONE NUMBER: (520) 826-3328
1 1/2 M. Off Hwy 191 & Old Pea
Pearce, AZ  85625

Pendergast Elementary District
SUPERINTENDENT: Lily Deblieux
E-MAIL: ldeblieux@pesd92.org
PHONE NUMBER: (623) 772-2215
3802 N 91St Ave
Phoenix, AZ  85037

Peoria Unified School District
SUPERINTENDENT: Jason Reynolds
E-MAIL: jasreynolds@pusd11.net
PHONE NUMBER: (623) 486-6000
6330 W Thunderbird Rd
Glendale, AZ  85306

Phoenix Elementary District
SUPERINTENDENT: Larry Weeks
E-MAIL: larry.weeks@phxschools.org
PHONE NUMBER: (602) 257-4002
1817 N 7Th St
Phoenix, AZ  85006

Phoenix Union High School District
SUPERINTENDENT: Chad Gestson
E-MAIL: Gestson@Phoenixunion.Org
PHONE NUMBER: (602) 764-1100
4502 N. Central Ave
Phoenix, AZ  85012

Picacho Elementary District
SUPERINTENDENT: Allen Rogers
E-MAIL: arogers@picacho.k12.az.us
PHONE NUMBER: (520) 466-7942
17865 South Vail Road
Picacho, AZ  85241

Pima Accommodation District
SUPERINTENDENT: Shelly Duran
E-MAIL: shelly.duran@capetucson.com
PHONE NUMBER: (520) 740-4704
130 W Congress St
Tucson, AZ  85701

Pima County Jted
SUPERINTENDENT: Kathy Prather
E-MAIL: kprather@pimajted.org
PHONE NUMBER: (520) 352-5833
6420 E. Broadway
Tucson, AZ  85710

Pima Unified District
SUPERINTENDENT: Sean Rickert
E-MAIL: srickert@pima.k12.az.us
PHONE NUMBER: (928) 387-8000
192 E. 200 S.
Pima, AZ  85543

Pine Springs Day School
SUPERINTENDENT: Lou Jones
E-MAIL: lou.jones@bie.edu
PHONE NUMBER: (928)871-4311
1001 Pine Springs Rd.
Houck, AZ  86506

Pine Strawberry Elementary District
SUPERINTENDENT: Kathlene Thomson
E-MAIL: kthomson@pineesd.org
PHONE NUMBER: (928) 476-3283
3868 N. Pine Creek Dr.
Pine, AZ  85544

Pinon Community School
SUPERINTENDENT: Joe Benally
E-MAIL: cominngoin@yahoo.com
PHONE NUMBER: (928) 725-3250
Po Box 159
Pinon, AZ  86510

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Pinon Unified District
SUPERINTENDENT: Chris Ostgaard
E-MAIL: costgaard@pusdatsa.org
PHONE NUMBER: (928) 725-3450
Navajo Hwy 41
Pinon, AZ  86510

Pomerene Elementary District
SUPERINTENDENT: Michael Sherman
E-MAIL: msherman@pomereneschool.org
PHONE NUMBER: (520) 586-2407
1396 N. Old Pomerene Rd
Pomerene, AZ 85627

Prescott Unified District
SUPERINTENDENT: Joe Howard
E-MAIL: joe.howard@prescottschools.com
PHONE NUMBER: (928) 445-5400
146 S Granite St
Prescott, AZ 86303

Quartzsite Elementary District
SUPERINTENDENT: Raquel Burton
E-MAIL: rburton@qsd4.org
PHONE NUMBER: (928) 923-7907
49241 Ehrenberg-Parker Hwy
Ehrenberg, AZ 85334

Queen Creek Unified District
SUPERINTENDENT: Perry Berry
E-MAIL: pberry@qcusd.org
PHONE NUMBER: (480) 987-5935
20740 S. Ellsworth Road
Queen Creek, AZ 85142

Ray Of Light Academy
SUPERINTENDENT: Danna Gallardo
E-MAIL: dgallardo@santacruzcountyaz.gov
PHONE NUMBER: (520) 375-8193
1260 N Hohokam
Nogales, AZ 85621

Ray Unified District
SUPERINTENDENT: Pacheco Rochelle
E-MAIL: rochelle_pacheco@rayusd.org
PHONE NUMBER: (520) 363-5515
Hwy 177
Kearny, AZ 85137

Red Mesa Unified District
SUPERINTENDENT: Andre Ponder
E-MAIL: aponder@rmusd.net
PHONE NUMBER: (928) 656-4100
Hwy 160 - 22 Miles W Of 4 Corn
Teec Nos Pos, AZ 86514

Red Rock Day School
SUPERINTENDENT: Leo Johnson
E-MAIL: leo.johnson@bie.edu
PHONE NUMBER: (928)653-4456
Hwy. Navajo 13
Red Valley, AZ 86544

Red Rock Elementary District
SUPERINTENDENT: Peter Dwyer
E-MAIL: pdwyer@redrockschools.com
PHONE NUMBER: (520) 682-3331
20854 East Homestead Drive
Red Rock, AZ 85145

Riverside Elementary District
SUPERINTENDENT: Jaime Rivera
E-MAIL: jrivera@riverside.k12.az.us
PHONE NUMBER: (602) 477-8900
1414 S 51St Ave
Phoenix, AZ 85043

Rock Point Community School
SUPERINTENDENT: Deana Dugi
E-MAIL: deana.dugi@rpcsaz.org
PHONE NUMBER: (928) 659-4221
Hwy 191
Rock Point, AZ 86545

Roosevelt Elementary District
SUPERINTENDENT: Quintin Boyce
E-MAIL: quintin.boyce@rsd.k12.az.us
PHONE NUMBER: (602) 243-4800
6000 S 7Th St
Phoenix, AZ 85042

Round Valley Unified District
SUPERINTENDENT: Travis Udall
E-MAIL: tudall@elks.net
PHONE NUMBER: (928) 333-6580
940-B E Maricopa
Springerville, AZ 85938

Sacaton Elementary District
SUPERINTENDENT: Cherryl Paul
E-MAIL: cpaul@sacatonschools.org
PHONE NUMBER: (520) 562-8600
92 Skill Center Rd
Sacaton, AZ 85147

Saddle Mountain Unified School District
SUPERINTENDENT: Paul Tighe
E-MAIL: paul.tighe@smusd90.org
PHONE NUMBER: (623) 474-5100
38201 W Indian School Rd
Tonopah, AZ 85354

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Safford Unified District
SUPERINTENDENT: Aj Taylor
E-MAIL: ataylor@saffordusd.com
PHONE NUMBER: (928) 348-7000
734 W 11Th St
Safford, AZ 85546

Sahuarita Unified District
SUPERINTENDENT: Manuel Valenzuela
E-MAIL: mvalenzuela@sahuarita.net
PHONE NUMBER: (520) 625-3502
350 W Sahuarita Rd
Sahuarita, AZ 85629

Salome Consolidated Elementary District
SUPERINTENDENT: George Dean
E-MAIL: gdean@salomek8.org
PHONE NUMBER: (928) 859-3339
38128 Saguaro & Main
Salome, AZ 85348

Salt River Elementary School
SUPERINTENDENT: Cynthia Clary
E-MAIL: cynthia.clary@srpmic-ed.org
PHONE NUMBER: (480) 362-2400
11562 East Highland Ave
Scottsdale, AZ 85256

San Carlos Unified District
SUPERINTENDENT: Deborah Dennison
E-MAIL: d.dennison@scusdaz.org
PHONE NUMBER: (928) 475-2315
San Carlos Ave
San Carlos, AZ 85550

San Simon School
SUPERINTENDENT: Kari Wade
E-MAIL: kwade@sansimon.org
PHONE NUMBER: (520) 845-2275
Hc 01 Box 8292
Sells, AZ 85634

San Simon Unified District
SUPERINTENDENT: Kari Wade
E-MAIL: kwade@sansimon.org
PHONE NUMBER: (520) 845-2275
2226 W Business I-10
San Simon, AZ 85632

Sanders Unified District
SUPERINTENDENT: Kim Pearce
E-MAIL: kimpearce@sandersusd.net
PHONE NUMBER: (928) 688-4747
I-40, Hwy 191
Sanders, AZ 86512

Santa Cruz County Regional School District
SUPERINTENDENT: Alfredo Velasquez
E-MAIL: avelasquez@santacruzcountyaz.gov
PHONE NUMBER: (520) 281-9179
2935 N. Grand Avenue
Nogales, AZ 85621

Santa Cruz County Sheriffs Office
SUPERINTENDENT: Tony Estrada
E-MAIL: testrada@santacruzcountyaz.gov
PHONE NUMBER: (520) 761-7869
2170 N. Congress Dr
Nogales, AZ 85621

Santa Cruz Elementary District
SUPERINTENDENT: Kathy Romero
E-MAIL: kromero@sced28.com
PHONE NUMBER: (520) 287-0737
7 Duquesne Road
Nogales, AZ 85621

Santa Cruz Valley Unified District
SUPERINTENDENT: David Verdugo
E-MAIL: dverdugo@scv35.org
PHONE NUMBER: (520) 281-8282
1374 W. Frontage Rd.
Rio Rico, AZ 85648

Santa Cruz Valley Union High School District
SUPERINTENDENT: Orlenda Roberts
E-MAIL: oroberts@scvuhs.org
PHONE NUMBER: (520) 466-2220
900 N Main St
Eloy, AZ 85231

Santa Rosa Ranch School
SUPERINTENDENT: Roland Doepner
E-MAIL: roland.doepner@bie.edu
PHONE NUMBER: (520)383-2359
HC O2 Box 7570
Sells, AZ 85634

School Superintendent - Santa Cruz County
SUPERINTENDENT: Alfredo Velasquez
E-MAIL: avelasquez@santacruzcountyaz.gov
PHONE NUMBER: (520) 375-7940
2150 N. Congress Drive
Nogales, AZ 85621

Scottsdale Unified District
SUPERINTENDENT: Scott Menzel
E-MAIL: smenzel@susd.org
PHONE NUMBER: (480) 484-6100
8500 E. Jackrabbit Rd.
Phoenix, AZ 85018

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Seba Dalkai Boarding School
SUPERINTENDENT: Maye Bigboy
E-MAIL: maye.bigboy@bie.edu
PHONE NUMBER: (928) 657-3208
Hc 63 Box H
Winslow, AZ  86047

Second Mesa Day School
SUPERINTENDENT: Dianne Albert
E-MAIL: dianne.albert@secondmesa.org
PHONE NUMBER: (928)737-2571
P.O. Box 98
Second Mesa, AZ  86043

Sedona-oak Creek Jusd #9
SUPERINTENDENT: Dennis Dearden
E-MAIL: dearden@sedonak12.org
PHONE NUMBER: (928) 204-6800
221 Brewer Rd Ste 100
Sedona, AZ  86336

Seligman Unified District
SUPERINTENDENT: James Phillips
E-MAIL: jphillips@seligman.k12.az.us
PHONE NUMBER: (928) 216-4123
54255 N. Main
Seligman, AZ  86337

Sentinel Elementary District
SUPERINTENDENT: Christopher Maynes
E-MAIL: christophermaynes@yahoo.com
PHONE NUMBER: (928) 454-2474
53802 W Us Hwy 80
Sentinel, AZ  85333

Shonto Preparatory School
SUPERINTENDENT: Melanie Dewakuku
E-MAIL: mdewakuku@shontoprep.org
PHONE NUMBER: (928) 672-2652
East Hwy 160 Rt 98
Shonto, AZ  86054

Show Low Unified District
SUPERINTENDENT: Shad Housley
E-MAIL: shad.housley@showlow.education
PHONE NUMBER: (928) 537-6001
500 W. Old Linden Rd
Show Low, AZ  85901

Sierra Vista Unified District
SUPERINTENDENT: Eric Holmes
E-MAIL: eric.holmes@svps.k12.az.us
PHONE NUMBER: (520) 515-2700
3555 Fry Blvd
Sierra Vista, AZ  85635

Skull Valley Elementary District
SUPERINTENDENT: Brandi Vastine
E-MAIL: admin@skullvalleyschool.org
PHONE NUMBER: (928) 442-3322
127 Skull Valley Rd S
Skull Valley, AZ  86338

Snowflake Unified District
SUPERINTENDENT: Hollis Merrell
E-MAIL: hollism@snowflake.k12.az.us
PHONE NUMBER: (928) 536-4156
682 School Bus Ln.
Snowflake, AZ  85937

Solomon Elementary District
SUPERINTENDENT: Kevin England
E-MAIL: gloria@solomon.k12.az.us
PHONE NUMBER: (928) 428-0477
2250 S Stevens Ave
Solomon, AZ  85551

Somerton Elementary District
SUPERINTENDENT: Laura Noel
E-MAIL: lnoel@ssd11.org
PHONE NUMBER: (928) 341-6000
215 N Carlisle Ave
Somerton, AZ  85350

Sonoita Elementary District
SUPERINTENDENT: Mary Faley
E-MAIL: mfaley@elgink12.com
PHONE NUMBER: (520) 455-5514
23 Elgin Rd
Elgin, AZ  85611

Southwest Technical Education District Of Yuma
SUPERINTENDENT: Kevin Imes
E-MAIL: kimes@stedy01.org
PHONE NUMBER: (928) 366-5884
899 E. Plaza Circle
Yuma, AZ  85365

St David Unified District
SUPERINTENDENT: Kyle Hart
E-MAIL: khart@stdavid.org
PHONE NUMBER: (520) 720-4781
70 Patton Hwy
St. David, AZ  85630

St Johns Unified District
SUPERINTENDENT: Ed Burgoyne
E-MAIL: eburgoyne@sjusd.net
PHONE NUMBER: (928) 337-2255
450 S 13Th W
St. Johns, AZ  85936

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Stanfield Elementary District
SUPERINTENDENT: Melissa Sadorf
E-MAIL: msadorf@roadrunners24.net
PHONE NUMBER: (520) 424-3353
515 S Stanfield Rd
Stanfield, AZ  85272

Sunnyside Unified District
SUPERINTENDENT: Steven Holmes
E-MAIL: steveh@susd12.org
PHONE NUMBER: (520) 545-2000
2238 E. Ginter Rd
Tucson, AZ  85706

Superior Unified School District
SUPERINTENDENT: Stephen Estatico
E-MAIL: steve.estatico@superiorusd.org
PHONE NUMBER: (520) 689-3000
1500 Sunset Drive
Superior, AZ  85273

Tanque Verde Unified District
SUPERINTENDENT: Scott Hagerman
E-MAIL: shagerman@tanq.org
PHONE NUMBER: (520) 749-5751
2300 N Tanque Verde Loop Rd
Tucson, AZ  85749

Tempe School District
SUPERINTENDENT: Christine Busch
E-MAIL: cbusch@tempeschools.org
PHONE NUMBER: (480) 730-7102
3205 S Rural Rd
Tempe, AZ  85282

Tempe Union High School District
SUPERINTENDENT: Kevin Mendivil
E-MAIL: kmendivil@tempeunion.org
PHONE NUMBER: (480) 839-0292
500 W Guadalupe Rd
Tempe, AZ  85283

Thatcher Unified District
SUPERINTENDENT: Matthew Petersen
E-MAIL: petersen.matt@thatcherud.org
PHONE NUMBER: (928) 348-7201
3490 West Main St.
Thatcher, AZ  85552

Theodore Roosevelt School
SUPERINTENDENT: Marla Wilkerson
E-MAIL: marla.wilkerson@trs.k12.az.us
PHONE NUMBER: (928)338-4464
P.O. Box 567
Ft. Apache, AZ  85926

T'iis Nazbas Community School
SUPERINTENDENT: Karina Roessel
E-MAIL: karina.roessel@bie.edu
PHONE NUMBER: (928)656-3252
1 Mile South Of Highway 160 On Bia Road N5114
Teec Nos Pos, AZ  86514

Tohono O`odham High School
SUPERINTENDENT: Maxine Dineyazhe
E-MAIL: maxine.roanhorse-din@bie.edu
PHONE NUMBER: (520)362-2400
Mile Marker 75, Highway 86, 31 Miles E Of Ajo
SELLS, AZ  85634

Tolleson Elementary District
SUPERINTENDENT: Lupita Hightower
E-MAIL: lhightower@tesd.k12.az.us
PHONE NUMBER: (623) 533-3900
9261 West Van Buren
Tolleson, AZ  85353

Tolleson Union High School District
SUPERINTENDENT: Nora Gutierrez
E-MAIL: nora.gutierrez@tuhsd.org
PHONE NUMBER: (623) 478-4000
9801 W. Van Buren Street
Tolleson, AZ  85353

Toltec School District
SUPERINTENDENT: Denise Rogers
E-MAIL: drogers@toltecsd.org
PHONE NUMBER: (520) 466-2360
3315 N Toltec Rd
Eloy, AZ  85131

Tombstone Unified District
SUPERINTENDENT: Robert Devere
E-MAIL: rdevere@tombstone.k12.az.us
PHONE NUMBER: (520) 457-2217
805 Fremont
Tombstone, AZ  85638

Tonalea Day School
SUPERINTENDENT: Cheryl Kaye
E-MAIL: cheryl.kaye@bie.edu
PHONE NUMBER: (928)283-6325
Hwy 160 Route 21
Tonalea, AZ  86044

Tonto Basin Elementary District
SUPERINTENDENT: Chad Greer
E-MAIL: cgreer@tontobasinschool.org
PHONE NUMBER: (928) 479-2277
445 S. Old West Hwy 188
Tonto Basin, AZ  85553

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Topock Elementary District
SUPERINTENDENT: John Warren
E-MAIL: jwarren@topockschool.com
PHONE NUMBER: (928) 768-3344
5083 Tule Dr
Topock, AZ  86436

Tuba City Boarding School
SUPERINTENDENT: Don Coffland
E-MAIL: donald.coffland@bie.edu
PHONE NUMBER: (928) 283-2330
306 Main St
Tuba City, AZ  86045

Tuba City Unified School District #15
SUPERINTENDENT: Risha Vanderwey
E-MAIL: rvanderwey@tcusd.org
PHONE NUMBER: (928) 283-1001
E Fir St
Tuba City, AZ  86045

Tucson Unified District
SUPERINTENDENT: Gabriel Trujillo
E-MAIL: gabriel.trujillo@tusd1.org
PHONE NUMBER: (520) 225-6060
1010 E. 10Th St.
Tucson, AZ  85719

Union Elementary District
SUPERINTENDENT: Kristine Morris
E-MAIL: kmorris@uesd.org
PHONE NUMBER: (623) 478-5005
3834 S. 91St Ave
Tolleson, AZ  85353

Vail Unified District
SUPERINTENDENT: John Carruth
E-MAIL: carruthj@vailschooldistrict.org
PHONE NUMBER: (520) 879-2000
13801 E. Benson Highway
Vail, AZ  85641

Valentine Elementary District
SUPERINTENDENT: Cliff Angle
E-MAIL: cliff.angle@mohavecounty.us
PHONE NUMBER: (928) 769-2310
12491 N Byers
Truxton, AZ  86434

Valley Academy For Career And Technology
SUPERINTENDENT: Bob Weir
E-MAIL: bweir@vacte.com
PHONE NUMBER: (928) 634-7131
830 S Main Street
Cottonwood, AZ  86326

Valley Union High School District
SUPERINTENDENT: Kyle Hart
E-MAIL: khart@pearceschool.org
PHONE NUMBER: (520) 642-3492
4088 Jefferson Rd
Elfrida, AZ  85610

Vernon Elementary District
SUPERINTENDENT: Monica Barajas
E-MAIL: mbarajas@vernon.k12.az.us
PHONE NUMBER: (928) 537-5463
90 Crn 3139
Vernon, AZ  85940

Walnut Grove Elementary District
SUPERINTENDENT: Renee Raskin
E-MAIL: renee.raskin@yavapai.us
PHONE NUMBER: (928) 427-6378
18500 S Walnut Grove Rd
Kirkland, AZ  86332

Washington Elementary School District
SUPERINTENDENT: Paul Stanton
E-MAIL: paul.stanton@wesdschools.org
PHONE NUMBER: (602) 347-2600
4650 W. Sweetwater
Glendale, AZ  85304

Wellton Elementary District
SUPERINTENDENT: Lisa Jameson
E-MAIL: ljameson@welltonschool.org
PHONE NUMBER: (928) 785-3311
29126 San Jose Ave
Wellton, AZ  85356

Wenden Elementary District
SUPERINTENDENT: Gloria Dean
E-MAIL: gloriadean@wendenk8.org
PHONE NUMBER: (928) 859-3806
71001 Santa Fe Ave
Wenden, AZ  85357

Western Arizona Vocational District #50
SUPERINTENDENT: Amy West
E-MAIL: awest@wavejted.org
PHONE NUMBER: (928) 753-0747
700 W. Beale Street
Kingman, AZ  86401

West-mec - Western Maricopa Education Center
SUPERINTENDENT: Greg Donovan
E-MAIL: greg.donovan@west-mec.org
PHONE NUMBER: (623) 738-0000
5487 N. 99Th Avenue
Phoenix, AZ  85305

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Whiteriver Unified District
SUPERINTENDENT: Jennifer Plath
E-MAIL: jplath@wusd.us
PHONE NUMBER: (928) 358-5800
963 Chief Avenue
Whiteriver, AZ  85941

Wickenburg Unified District
SUPERINTENDENT: Barbara Remondini
E-MAIL: bremondini@wusd9.org
PHONE NUMBER: (928) 668-5350
40 W Yavapai St
Wickenburg, AZ  85390

Wide Ruins Community School
SUPERINTENDENT: Audrey Smith
E-MAIL: babyaudie2002@yahoo.com
PHONE NUMBER: (928)652-3251
Box 309
Chambers, AZ  86502

Willcox Unified District
SUPERINTENDENT: Kevin Davis
E-MAIL: kevin.davis@wusd13.org
PHONE NUMBER: (520) 384-8600
480 N. Bisbee
Willcox, AZ  85643

Williams Unified District
SUPERINTENDENT: Rick Honsinger
E-MAIL: rhonsinger@wusd2.org
PHONE NUMBER: (928) 635-4473
411 N 6Th St
Williams, AZ  86046

Wilson Elementary District
SUPERINTENDENT: Antonio Sanchez
E-MAIL: antonio.sanchez@wsd.k12.az.us
PHONE NUMBER: (602) 681-2200
3025 E Fillmore St
Phoenix, AZ  85008

Window Rock Unified District
SUPERINTENDENT: Shannon Goodsell
E-MAIL: sgoodsell@wrschool.net
PHONE NUMBER: (928) 729-6706
Navajo Rte 12
Fort Defiance, AZ  86504

Winslow Unified District
SUPERINTENDENT: Kathryn Zanin
E-MAIL: kzanin@wusd1.org
PHONE NUMBER: (928) 288-8101
800 Apache Ave
Winslow, AZ  86047

Yarnell Elementary District
SUPERINTENDENT: Lori Bomar
E-MAIL: lbomar@modelcreekschool.org
PHONE NUMBER: (928) 427-3347
16466 Table Top Rd
Yarnell, AZ  85362

Yavapai Accommodation School District
SUPERINTENDENT: Kellie Burns
E-MAIL: kburns@yavapaicountyhs.org
PHONE NUMBER: (928) 759-8126
7497 E. Addis
Prescott Valley, AZ  86314

Young Elementary District
SUPERINTENDENT: Jenny Hunt
E-MAIL: jhunt@youngschool.org
PHONE NUMBER: (928) 462-3244
Hwy 288/Baker Ranch Rd
Young, AZ  85554

Yucca Elementary District
SUPERINTENDENT: Debbie Vincent
E-MAIL: debbie.vincent@mohavecounty.us
PHONE NUMBER: (928) 766-2581
12261 3Rd St
Yucca, AZ  86438

Yuma County Education Service Agency
SUPERINTENDENT: Thomas Tyree
E-MAIL: ttyree@apscc.org
PHONE NUMBER: (928) 373-1006
210 S. 1St Avenue
Yuma, AZ  85364

Yuma County Juvenile Justice Center
SUPERINTENDENT: Tim Hardy
E-MAIL: thardy@courts.az.gov
PHONE NUMBER: (928) 314-1900
2440 N. 28Th St.
Yuma, AZ  85364

Yuma County Sheriffs Office
SUPERINTENDENT: Leon Wilmot
E-MAIL: leon.wilmot@ycso.yumacountyaz.gov
PHONE NUMBER: (928) 782-9871
200 W. Court Street
Yuma, AZ  85364

Yuma Elementary District
SUPERINTENDENT: James Sheldahl
E-MAIL: jsheldahl@yuma.org
PHONE NUMBER: (928) 502-4300
450 West Sixth Street
Yuma, AZ  85364

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Yuma Union High School District
SUPERINTENDENT: Gina Thompson
E-MAIL: gthompson@yumaunion.org
PHONE NUMBER: (928) 502-4600
3150 South Avenue A
Yuma, AZ  85364

Abc Unified
SUPERINTENDENT: Mary Sieu
E-MAIL: mary.sieu@abcusd.us
PHONE NUMBER: (562) 926-5566
16700 Norwalk Blvd.
Cerritos, CA  90703

Acalanes Union High
SUPERINTENDENT: John Nickerson
E-MAIL: jnickerson@auhsdschools.org
PHONE NUMBER: (925) 280-3900
1212 Pleasant Hill Rd.
Lafayette, CA  94549

Acton-agua Dulce Unified
SUPERINTENDENT: Larry King
E-MAIL: lking@aadusd.k12.ca.us
PHONE NUMBER: (661) 269-0750
32248 N. Crown Valley Rd.
Acton, CA  93510

Adelanto Elementary
SUPERINTENDENT: Kennon Mitchell
E-MAIL: kennon_mitchell@aesd.net
PHONE NUMBER: (760) 246-8691
11824 Air Expressway
Adelanto, CA  92301

Alameda Cnty. Student Exchange Prog.
SUPERINTENDENT: Karen Monroe
E-MAIL: lkmonroe@acoe.org
PHONE NUMBER: (510) 887-0152
313 W. Winton Ave.
Hayward, CA  94544

Alameda County Office Of Education
SUPERINTENDENT: Karen Monroe
E-MAIL: lkmonroe@acoe.org
PHONE NUMBER: (510) 887-0152
313 W. Winton Ave.
Hayward, CA  94544

Alameda Unified
SUPERINTENDENT: Sean Mcphetridge
E-MAIL: smcphetridge@alamedaunified.org
PHONE NUMBER: (510) 337-7000
2060 Challenger Dr
Alameda, CA  94501

Albany City Unified
SUPERINTENDENT: Frank Wells
E-MAIL: fwells@ausdk12.org
PHONE NUMBER: (510) 558-3750
1051 Monroe St.
Albany, CA  94706

Alexander Valley Union Elementary
SUPERINTENDENT: Matt Reno
E-MAIL: mreno@alexandervalleyusd.org
PHONE NUMBER: (707) 433-1375
8511 Highway 128
Healdsburg, CA  95448

Alhambra Unified
SUPERINTENDENT: Denise Jaramillo
E-MAIL: jaramillo_denise@ausd.us
PHONE NUMBER: (626) 943-3000
1515 W. Mission Rd.
Alhambra, CA  91803

Alisal Union
SUPERINTENDENT: Jim Koenig
E-MAIL: jim.koenig@alisal.org
PHONE NUMBER: (831) 753-5700
1205 E. Market St.
Salinas, CA  93905

Allensworth Elementary
SUPERINTENDENT: Max Friedman
E-MAIL: mfriedman@allensworth.k12.ca.us
PHONE NUMBER: (661) 849-2401
3320 Young Rd.
Allensworth, CA  93219

Alpaugh Unified
SUPERINTENDENT: Gary Mekeel
E-MAIL: garymekeel@alpaugh.k12.ca.us
PHONE NUMBER: (559) 949-8413
5313 Rd. 39
Alpaugh, CA  93201

Alpine County Office Of Education
SUPERINTENDENT: Matthew Strahl
E-MAIL: mstrahl@alpinecoe.k12.ca.us
PHONE NUMBER: (530) 694-2230
43 Hawkside Dr.
Markleeville, CA  96120

Alpine County Unified
SUPERINTENDENT: Matthew Strahl
E-MAIL: mstrahl@alpinecoe.k12.ca.us
PHONE NUMBER: (530) 694-2230
43 Hawkside Dr.
Markleeville, CA  96120

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Alpine Union Elementary
SUPERINTENDENT: Richard Newman
E-MAIL: rnewman@alpineschools.net
PHONE NUMBER: (619) 445-3236
1323 Administration Way
Alpine, CA  91901

Alta Loma Elementary
SUPERINTENDENT: James Moore
E-MAIL: jmoore@alsd.org
PHONE NUMBER: (909) 484-5151
9390 Base Line Rd.
Alta Loma, CA  91701

Alta Vista Elementary
SUPERINTENDENT: Robert Hudson
E-MAIL: rhudson@altavistaesd.org
PHONE NUMBER: (559) 782-5700
2293 E. Crabtree Ave.
Porterville, CA  93257

Alta-dutch Flat Union Elementary
SUPERINTENDENT: Mike Wells
E-MAIL: mwells@alta.k12.ca.us
PHONE NUMBER: (530) 389-8283
34050 Alta-Bonny Nook Rd.
Alta, CA  95701

Alum Rock Union Elementary
SUPERINTENDENT: Hilaria Bauer
E-MAIL: hilaria.bauer@arusd.org
PHONE NUMBER: (408) 928-6800
2930 Gay Ave.
San Jose, CA  95127

Alview-dairyland Union Elementary
SUPERINTENDENT: Sheila Perry
E-MAIL: sperry@adusd.us
PHONE NUMBER: (559) 665-2394
12861 Ave. 18 1/2
Chowchilla, CA  93610

Alvord Unified
SUPERINTENDENT: Allan Mucerino
E-MAIL: superintendent@alvordschools.org
PHONE NUMBER: (951) 509-5000
10365 Keller Ave.
Riverside, CA  92505

Amador County Office Of Education
SUPERINTENDENT: Robert Russell
E-MAIL: rrussell@acusd.org
PHONE NUMBER: (209) 223-1750
217 Rex Ave.
Jackson, CA  95642

Amador County Rop
SUPERINTENDENT: Sean Snider
E-MAIL: ssnider@acusd.org
PHONE NUMBER: (209) 267-5497
217 Rex Ave.
Diamond Springs, CA  95619

Amador County Unified
SUPERINTENDENT: Amy Slavensky
E-MAIL: aslavensky@acusd.org
PHONE NUMBER: (209) 223-1750
217 Rex Ave.
Jackson, CA  95642

Anaheim City
SUPERINTENDENT: Christopher Downing
E-MAIL: cdowning@anaheimelementary.org
PHONE NUMBER: (714) 517-7500
1001 S. E. St.
Anaheim, CA  92805

Anaheim Union High
SUPERINTENDENT: Michael Matsuda
E-MAIL: matsuda_m@auhsd.us
PHONE NUMBER: (714) 999-3511
501 Crescent Way
Anaheim, CA  92803

Anderson Union High
SUPERINTENDENT: Victor Hopper
E-MAIL: vhopper@auhsd.net
PHONE NUMBER: (530) 378-0568
1469 Ferry St.
Anderson, CA  96007

Anderson Valley Unified
SUPERINTENDENT: Michael Warych
E-MAIL: mwarych@avpanthers.org
PHONE NUMBER: (707) 895-3774
12300 Anderson Valley Way
Boonville, CA  95415

Antelope Elementary
SUPERINTENDENT: Jim Weber
E-MAIL: jweber@antelopeschools.org
PHONE NUMBER: (530) 527-1272
22430 Antelope Blvd.
Red Bluff, CA  96080

Antelope Valley Rop
SUPERINTENDENT: Betsy Mckinstry
E-MAIL: bmckinstry@avhsd.org
PHONE NUMBER: (661) 575-1010
1156 E. Ave., S
Palmdale, CA  93550

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Antelope Valley Schools Transportation Agency
SUPERINTENDENT: Morris Fuselier
E-MAIL: mfuselier@avsta.com
PHONE NUMBER: (661) 945-3621
670 W. Ave. L-8
Lancaster, CA  93534

Antelope Valley Union High
SUPERINTENDENT: David Vierra
E-MAIL: dvierra@avhsd.org
PHONE NUMBER: (661) 948-7655
44811 N. Sierra Hwy.
Lancaster, CA  93534

Antioch Unified
SUPERINTENDENT: Stephanie Anello
E-MAIL: stephanieanello@antiochschools.net
PHONE NUMBER: (925) 779-7500
510 G St.
Antioch, CA  94509

Apple Valley Unified
SUPERINTENDENT: Trenae Nelson
E-MAIL: trenae_nelson@avusd.org
PHONE NUMBER: (760) 247-8001
12555 Navajo Rd.
Apple Valley, CA  92308

Arcadia Unified
SUPERINTENDENT: David Vannasdall
E-MAIL: dvannasdall@ausd.net
PHONE NUMBER: (626) 821-8300
150 S. 3Rd Ave.
Arcadia, CA  91006

Arcata Elementary
SUPERINTENDENT: Luke Biesecker
E-MAIL: lbiesecker@arcatasd.org
PHONE NUMBER: (707) 822-0351
1435 Buttermilk Ln.
Arcata, CA  95521

Arcohe Union Elementary
SUPERINTENDENT: Troy Miller
E-MAIL: miller@arcohe.net
PHONE NUMBER: (209) 748-2313
11755 Ivie Rd.
Herald, CA  95638

Arena Union Elementary
SUPERINTENDENT: Warren Galletti
E-MAIL: wgalletti@mcn.org
PHONE NUMBER: (707) 882-2803
45 Lake St.
Point Arena, CA  95468

Arena Union Elementary/Joint Union High
SUPERINTENDENT: Warren Galletti
E-MAIL: wgalletti@mcn.org
PHONE NUMBER: (707) 882-2803
45 Lake St.
Point Arena, CA  95468

Armona Union Elementary
SUPERINTENDENT: Xavier Pina
E-MAIL: xpina@auesd.org
PHONE NUMBER: (559) 583-5000
11115 C St.
Armona, CA  93202

Aromas/san Juan Unified
SUPERINTENDENT: Michele Huntoon
E-MAIL: mhuntoon@asjusd.k12.ca.us
PHONE NUMBER: (831) 623-4500
2300 San Juan Hwy.
San Juan Bautista, CA  95045

Arvin Union
SUPERINTENDENT: Georgia Rhett
E-MAIL: rhett@arvin-do.com
PHONE NUMBER: (661) 854-6500
737 Bear Mountain Blvd.
Arvin, CA  93203

Atascadero Unified
SUPERINTENDENT: Tom Butler
E-MAIL: tombutler@atasusd.org
PHONE NUMBER: (805) 462-4200
5601 W. Mall
Atascadero, CA  93422

Atwater Elementary
SUPERINTENDENT: Sandra Schiber
E-MAIL: sschiber@aesd.edu
PHONE NUMBER: (209) 357-6100
1401 Brd.Way Ave.
Atwater, CA  95301

Auburn Union Elementary
SUPERINTENDENT: Amber Alva
E-MAIL: aleealva@auburn.k12.ca.us
PHONE NUMBER: (530) 885-7242
255 Epperle Ln.
Auburn, CA  95603

Azusa Unified
SUPERINTENDENT: Arturo Ortega
E-MAIL: aortega@azusa.org
PHONE NUMBER: (626) 967-6211
546 S. Citrus Ave.
Azusa, CA  91702

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Baker Valley Unified
SUPERINTENDENT: Cecil Edwards
E-MAIL: cecil_edwards@baker.k12.ca.us
PHONE NUMBER: (760) 733-4567
72100 Sch House Ln.
Baker, CA  92309

Bakersfield City
SUPERINTENDENT: Doc Ervin
E-MAIL: ervind@bcsd.com
PHONE NUMBER: (661)631-4610
1300 Baker St.
Bakersfield, CA  93305

Baldwin Park Unified
SUPERINTENDENT: Froilan Mendoza
E-MAIL: fnmendoza674@bpusd.net
PHONE NUMBER: (626) 962-3311
3699 N. Holly Ave.
Baldwin Park, CA  91706

Baldy View Rop
SUPERINTENDENT: Shelley Adams
E-MAIL: shelley_adams@bvrop.org
PHONE NUMBER: (916) 319-0800
135 S. Spring St.
Claremont, CA  91711

Baldy View Rop Jpa
SUPERINTENDENT: Shelley Adams
E-MAIL: shelley_adams@bvrop.org
PHONE NUMBER: (909) 980-6490
2890 Inland Empire Blvd., Suite 100
Ontario, CA  91764

Ballard Elementary
SUPERINTENDENT: Allan Pelletier
E-MAIL: apelletier@ballardschool.org
PHONE NUMBER: (805) 688-4812
2425 Sch St.
Solvang, CA  93463

Ballico-cressey Elementary
SUPERINTENDENT: Bliss Propes
E-MAIL: bpropes@ballicocressey.com
PHONE NUMBER: (209) 632-5371
11818 W. Gregg St.
Ballico, CA  95303

Bangor Union Elementary
SUPERINTENDENT: Lauren Albert
E-MAIL: lalbert@bangorunion.org
PHONE NUMBER: (530) 679-2434
7549 Oro-Bangor Hwy.
Bangor, CA  95914

Banning Unified
SUPERINTENDENT: Natasha Baker
E-MAIL: nbaker@banning.k12.ca.us
PHONE NUMBER: (951) 922-0200
161 W. Williams St.
Banning, CA  92220

Banta Elementary
SUPERINTENDENT: Daniel Moore
E-MAIL: dmoore@bantasd.org
PHONE NUMBER: (209) 229-4651
22375 S. El Rancho Rd.
Tracy, CA  95304

Barstow Unified
SUPERINTENDENT: Jeff Malan
E-MAIL: jeff_malan@busdk12.com
PHONE NUMBER: (760) 255-6000
551 S. Ave. H
Barstow, CA  92311

Bass Lake Joint Union Elementary
SUPERINTENDENT: Randall Seals
E-MAIL: rseals@basslakesd.org
PHONE NUMBER: (559) 642-1555
40096 Indian Springs Rd.
Oakhurst, CA  93644

Bassett Unified
SUPERINTENDENT: Art Cunha
E-MAIL: acunha@bassettusd.org
PHONE NUMBER: (626) 931-3000
904 N. Willow Ave.
La Puente, CA  91746

Bayshore Elementary
SUPERINTENDENT: Audra Pittman
E-MAIL: apittman@thebayshoreschool.org
PHONE NUMBER: (415) 467-5443
155 Oriente Street
Daly City, CA  94014

Bear Valley Unified
SUPERINTENDENT: Mary Suzuki
E-MAIL: mary_suzuki@bearvalleyusd.org
PHONE NUMBER: (909) 866-4631
42271 Moonridge Rd.
Big Bear Lake, CA  92315

Beardsley Elementary
SUPERINTENDENT: Paul Miller
E-MAIL: pamiller@beardsley.k12.ca.us
PHONE NUMBER: (661) 393-8550
1001 Roberts Ln.
Bakersfield, CA  93308

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Beaumont Unified
SUPERINTENDENT: Terrence Davis
E-MAIL: tdavis@beaumontusd.k12.ca.us
PHONE NUMBER: (951) 845-1631
350 W. Brookside
Beaumont, CA  92223

Bella Vista Elementary
SUPERINTENDENT: Charlie Hoffman
E-MAIL: choffman@strop.org
PHONE NUMBER: (530) 549-4415
22661 Old Alturas Rd.
Bella Vista, CA  96008

Belleview Elementary
SUPERINTENDENT: Carla Haakma
E-MAIL: chaakma@mybelleview.org
PHONE NUMBER: (209) 586-5510
22736 Kuien Mill Rd.
Sonora, CA  95370

Bellevue Union
SUPERINTENDENT: David Alexander
E-MAIL: dalexander@busd.org
PHONE NUMBER: (707) 542-5197
3150 Ed Dr.
Santa Rosa, CA  95407

Bellflower Unified
SUPERINTENDENT: Tracy McSparren
E-MAIL: tmcsparren@busd.k12.ca.us
PHONE NUMBER: (562) 866-9011
16703 S. Clark Ave.
Bellflower, CA  90706

Belmont-redwood Shores Elementary
SUPERINTENDENT: Dan Deguara
E-MAIL: ddeguara@brssd.org
PHONE NUMBER: (650) 637-4800
2960 Hallmark Dr.
Belmont, CA  94002

Belridge Elementary
SUPERINTENDENT: Tammy Reynolds
E-MAIL: tareyno@zeus.kern.org
PHONE NUMBER: (661) 762-7381
19447 Wagon Wheel Rd.
Mckittrick, CA  93251

Benicia Unified
SUPERINTENDENT: Charles Young
E-MAIL: cyoung@beniciaunified.org
PHONE NUMBER: (707) 747-8300
350 E. K St.
Benicia, CA  94510

Bennett Valley Union Elementary
SUPERINTENDENT: Sue Field
E-MAIL: sue.field@bvusd.org
PHONE NUMBER: (707) 542-2201
2250 Mesquite Dr.
Santa Rosa, CA  95405

Berkeley Unified
SUPERINTENDENT: Brent Stephens
E-MAIL: brentstephens@berkeley.net
PHONE NUMBER: (510) 644-8764
2020 Bonar St.
Berkeley, CA  94702

Berryessa Union Elementary
SUPERINTENDENT: Roxane Fuentes
E-MAIL: rfuentes@busd.net
PHONE NUMBER: (408) 923-1880
1376 Piedmont Rd.
San Jose, CA  95132

Beverly Hills Unified
SUPERINTENDENT: Michael Bregy
E-MAIL: mbregy@bhusd.org
PHONE NUMBER: (310) 551-5100
255 S. Lasky Dr.
Beverly Hills, CA  90212

Big Creek Elementary
SUPERINTENDENT: Toby Wait
E-MAIL: twait@bigcreekschool.com
PHONE NUMBER: (559) 893-3314
55190 Point Rd.
Big Creek, CA  93605

Big Lagoon Union Elementary
SUPERINTENDENT: Jennifer Glueck
E-MAIL: admin@biglagoon.org
PHONE NUMBER: (707) 677-3688
269 Big Lagoon Park Rd.
Trinidad, CA  95570

Big Oak Flat-groveland Unified
SUPERINTENDENT: Wynette Hilton
E-MAIL: whilton@bofg.org
PHONE NUMBER: (209) 962-5765
19177 Hwy 120
Groveland, CA  95321

Big Pine Unified
SUPERINTENDENT: Ed Ankringa
E-MAIL: eankringa@bigpineschools.org
PHONE NUMBER: (760) 938-2005
500 S. Main St.
Big Pine, CA  93513

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Big Springs Union Elementary
SUPERINTENDENT: Tag Pimentel
E-MAIL: taggy@sisnet.ssku.k12.ca.us
PHONE NUMBER: (530) 459-3189
7405 Highway A-12
Montague, CA  96064

Big Sur Unified
SUPERINTENDENT: Jonathan Sison
E-MAIL: jonathan.sison@bigsurunified.org
PHONE NUMBER: (805) 927-4507
69325 Highway 1
Big Sur, CA  93920

Big Valley Joint Unified
SUPERINTENDENT: Paula Silva
E-MAIL: psilva@bigvalleyschool.org
PHONE NUMBER: (530) 294-5231
400 Bridge St.
Bieber, CA  96009

Biggs Unified
SUPERINTENDENT: Doug Kaelin
E-MAIL: dkaelin@biggs.org
PHONE NUMBER: (530) 868-1281
300 B St.
Biggs, CA  95917

Bishop Unified
SUPERINTENDENT: Katie Kolker
E-MAIL: kkolker@bishopschools.org
PHONE NUMBER: (760) 872-3680
301 N. Fowler St.
Bishop, CA  93514

Bitterwater-tully Elementary
SUPERINTENDENT: Candace Brewen
E-MAIL: cbrewen@sbcoe.org
PHONE NUMBER: (831) 385-5339
45980 Airline Hwy,
King City, CA  93930

Black Butte Union Elementary
SUPERINTENDENT: Don Aust
E-MAIL: daust@blackbutteschool.org
PHONE NUMBER: (530) 474-3441
7752 Ponderosa Way
Shingletown, CA  96088

Black Oak Mine Unified
SUPERINTENDENT: Jeremy Meyers
E-MAIL: jmeyers@bomusd.org
PHONE NUMBER: (530) 333-8300
6540 Wentworth Springs Rd.
Georgetown, CA  95634

Blake Elementary
SUPERINTENDENT: Gary Bray
E-MAIL: gabray@kern.org
PHONE NUMBER: (661) 536-8559
19165 Main St.
Woody, CA  93287

Blochman Union Elementary
SUPERINTENDENT: Doug Brown
E-MAIL: dbrown@blochmanusd.org
PHONE NUMBER: (805) 937-1148
4949 Foxen Canyon Rd.
Santa Maria, CA  93454

Blue Lake Union Elementary
SUPERINTENDENT: Deann        Waldvogel
E-MAIL: dwaldvogel@bluelakeschool.org
PHONE NUMBER: (707) 668-5674
631 Greenwood Ave.
Blue Lake, CA  95525

Bogus Elementary
SUPERINTENDENT: Erika Kimball
E-MAIL: ekimball@sisnet.ssku.k12.ca.us
PHONE NUMBER: (530)459-3163
13735 Ager-Beswick Rd.
Montague, CA  96064

Bolinas-stinson Union
SUPERINTENDENT: John Carroll
E-MAIL: jcarroll@bolinas-stinson.org
PHONE NUMBER: (415) 868-1603
125 Olema-Bolinas Rd.
Bolinas, CA  94924

Bonita Unified
SUPERINTENDENT: Carl Coles
E-MAIL: coles@bonita.k12.ca.us
PHONE NUMBER: (909) 971-8200
115 W. Allen Ave.
San Dimas, CA  91773

Bonny Doon Union Elementary
SUPERINTENDENT: Mike Heffner
E-MAIL: mheffner@bduesd.org
PHONE NUMBER: (831) 427-2300
1492 Pine Flat Rd.
Santa Cruz, CA  95060

Bonsall Unified
SUPERINTENDENT: David Jones
E-MAIL: david.jones@bonsallusd.com
PHONE NUMBER: (760) 631-5200
31505 Old River Rd.
Bonsall, CA  92003

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Borrego Springs Unified
SUPERINTENDENT: Mark Stevens
E-MAIL: mstevens@bsusd.net
PHONE NUMBER: (760) 767-5357
2281 Diegueno Rd.
Borrego Springs, CA  92004

Bradley Union Elementary
SUPERINTENDENT: Lindsay Lopez
E-MAIL: llopez@bradleyusd.org
PHONE NUMBER: (805) 472-2310
65600 Dixie St.
Bradley, CA  93426

Brawley Elementary
SUPERINTENDENT: Richard Rundhaug
E-MAIL: rrundhaug@besd.org
PHONE NUMBER: (760) 344-2330
261 D St.
Brawley, CA  92227

Brawley Union High
SUPERINTENDENT: Simon Canalez
E-MAIL: scanalez@brawleyhigh.org
PHONE NUMBER: (760) 312-5819
480 N. Imperial Ave.
Brawley, CA  92227

Brea-olinda Unified
SUPERINTENDENT: Brad Mason
E-MAIL: bmason@bousd.us
PHONE NUMBER: (714) 990-7800
1 Civic Center Cir.
Brea, CA  92821

Brentwood Union Elementary
SUPERINTENDENT: Dana Eaton
E-MAIL: deaton@brentwood.k12.ca.us
PHONE NUMBER: (925) 513-6300
255 Guthrie Ln.
Brentwood, CA  94513

Bret Harte Union High
SUPERINTENDENT: Michael Chimente
E-MAIL: mchimente@bhuhsd.k12.ca.us
PHONE NUMBER: (209) 736-8340
323 S. Main St.
Angels Camp, CA  95221

Bridgeville Elementary
SUPERINTENDENT: John Blakely
E-MAIL: jblakely@bridgevilleschool.org
PHONE NUMBER: (707) 777-3311
38717 Kneeland Rd.
Bridgeville, CA  95526

Briggs Elementary
SUPERINTENDENT: Deborah Cuevas
E-MAIL: dcuevas@briggsesd.org
PHONE NUMBER: (805) 525-7540
12465 Foothill Rd.
Santa Paula, CA  93036

Brisbane Elementary
SUPERINTENDENT: Ronan Collver
E-MAIL: rcollver@brisbanesd.org
PHONE NUMBER: (415) 467-0550
1 Solano St.
Brisbane, CA  94005

Brittan Elementary
SUPERINTENDENT: Staci Kaelin
E-MAIL: stacik@brittan.k12.ca.us
PHONE NUMBER: (530) 822-5155
2340 Pepper St.
Sutter, CA  95982

Browns Elementary
SUPERINTENDENT: Mike Scully
E-MAIL: mikes@sutter.k12.ca.us
PHONE NUMBER: (530) 633-2523
1248 Pacific Ave.
Rio Oso, CA  95674

Buckeye Union Elementary
SUPERINTENDENT: David Roth
E-MAIL: droth@buckeyeusd.org
PHONE NUMBER: (530) 677-2261
5049 Robert J. Mathews Parkway
El Dorado Hills, CA  95762

Buellton Union Elementary
SUPERINTENDENT: Randal Haggard
E-MAIL: rhaggard@buelltonusd.org
PHONE NUMBER: (805) 686-2767
595 Second St.
Buellton, CA  93427

Buena Park Elementary
SUPERINTENDENT: Ramon Miramontes
E-MAIL: rmiramontes@bpsd.k12.ca.us
PHONE NUMBER: (714) 522-8412
6885 Orangethorpe Ave.
Buena Park, CA  90620

Buena Vista Elementary
SUPERINTENDENT: Carole Mederos
E-MAIL: cmederos@buenavistaeagles.org
PHONE NUMBER: (559) 686-2015
21660 Rd. 60
Tulare, CA  93274

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Burbank Unified
SUPERINTENDENT: Matt Hill
E-MAIL: matthill@burbankusd.org
PHONE NUMBER: (818) 729-4400
1900 W. Olive Ave.
Burbank, CA  91506

Burlingame Elementary
SUPERINTENDENT: Maggie Macisaac
E-MAIL: mmacisaac@burlingameschools.org
PHONE NUMBER: (650) 259-3800
1825 Trousdale Dr.
Burlingame, CA  94010

Burnt Ranch Elementary
SUPERINTENDENT: Kathleen Graham
E-MAIL: kgraham@tcoek12.org
PHONE NUMBER: (530) 629-2543
251 Burnt Ranch Sch Rd.
Burnt Ranch, CA  95527

Burrel Union Elementary
SUPERINTENDENT: Elizabeth Runyon
E-MAIL: erunyon@buesd.org
PHONE NUMBER: (559) 866-5634
16704 S. Jameson Ave.
Riverdale, CA  93656

Burton Elementary
SUPERINTENDENT: Sergio Mendoza
E-MAIL: sergio.mendoza@burtonschools.org
PHONE NUMBER: (559) 781-8020
264 N. W.Wood St.
Porterville, CA  93257

Butte County Office Of Education
SUPERINTENDENT: Mary Sakuma
E-MAIL: msakuma@bcoe.org
PHONE NUMBER: (530) 532-5761
1859 Bird St.
Oroville, CA  95965

Butte County Rop
SUPERINTENDENT: Jennifer Foglesong
E-MAIL: jfoglesong@bcoe.org
PHONE NUMBER: (530) 532-5650
1859 Bird St.
Oroville, CA  95965

Butte Valley Unified
SUPERINTENDENT: Heidi Gerig
E-MAIL: hgerig@bvalusd.org
PHONE NUMBER: (530) 397-4000
615 W. Third St.
Dorris, CA  96023

Butteville Union Elementary
SUPERINTENDENT: Alfonso Garagarza
E-MAIL: alfonso.garagarza@butteville.k12.ca.us
PHONE NUMBER: (530) 938-2255
24512 Edgewood Rd.
Edgewood, CA  96094

Byron Union Elementary
SUPERINTENDENT: Reyes Gauna
E-MAIL: rgauna@byron.k12.ca.us
PHONE NUMBER: (925) 809-7500
14301 Byron Hwy.
Byron, CA  94514

Ca Advancing Pathways For Students In Los Angeles
SUPERINTENDENT: Lisa Azevedo
E-MAIL: lazevedo@busd.k12.ca.us
PHONE NUMBER: (562)866-9011
16703 S. Clark Ave.
Bellflower, CA  90706

Cabrillo Unified
SUPERINTENDENT: Sean Mcphetridge
E-MAIL: mcphetridges@cabrillo.k12.ca.us
PHONE NUMBER: (650) 712-7100
498 Kelly Ave.
Half Moon Bay, CA  94019

Cajon Valley Union
SUPERINTENDENT: David Miyashiro
E-MAIL: miyashirod@cajonvalley.net
PHONE NUMBER: (619) 588-3000
750 E. Main St.
El Cajon, CA  92022

Calaveras County Office Of Education
SUPERINTENDENT: Scott Nanik
E-MAIL: snanik@ccoe.k12.ca.us
PHONE NUMBER: (209) 736-4662
185 S. Main St.
Angels Camp, CA  95221

Calaveras Unified
SUPERINTENDENT: Mark Campbell
E-MAIL: mcampbell@calaveras.k12.ca.us
PHONE NUMBER: (209) 754-2300
3304 B Highway 12
San Andreas, CA  95249

Calexico Unified
SUPERINTENDENT: Carlos Gonzales
E-MAIL: cgonzales@cusdk12.org
PHONE NUMBER: (760) 768-3888
901 Andrade Ave.
Calexico, CA  92231

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Caliente Union Elementary
SUPERINTENDENT: Alan Gonzalez
E-MAIL: agonzalez@calienteschooldistrict.org
PHONE NUMBER: (661) 867-2301
12400 Caliente Creek Rd.
Caliente, CA  93518

California Education Authority (cea) Headquarters
SUPERINTENDENT: Troy Fennel
E-MAIL: troy.fennel@cdcr.ca.gov
PHONE NUMBER: (916) 683-7460
8260 Longleaf Dr.
Elk Grove, CA  95758

California Sch For The Deaf-riverside
SUPERINTENDENT: Nancy Amann
E-MAIL: nhlibokamann@csdr-cde.ca.gov
PHONE NUMBER: (951) 824-8050
3044 Horace St.
Riverside, CA  92506

California School For The Blind (state Special Schl)
SUPERINTENDENT: Gina Ouellette
E-MAIL: gouellette@csb-cde.ca.gov
PHONE NUMBER: (510) 794-3800
500 Walnut Ave.
Fremont, CA  94536

California School For The Deaf-fremont
SUPERINTENDENT: Clark Brooke
E-MAIL: cbrooke@csdf-cde.ca.gov
PHONE NUMBER: (510) 794-3666
39350 Gallaudet Dr.
Fremont, CA  94538

Calipatria Unified
SUPERINTENDENT: Douglas Kline
E-MAIL: dkline@calipat.com
PHONE NUMBER: (760) 348-2892
501 W. Main St.
Calipatria, CA  92233

Calistoga Joint Unified
SUPERINTENDENT: Erin Smith-Hagberg
E-MAIL: esmith-hagberg@calistogaschools.org
PHONE NUMBER: (707) 942-4703
1520 Lake St.
Calistoga, CA  94515

Cambrian
SUPERINTENDENT: Carrie Andrews
E-MAIL: andrewsc@cambriansd.com
PHONE NUMBER: (408) 377-2103
4115 Jacksol Dr.
San Jose, CA  95124

Camino Union Elementary
SUPERINTENDENT: Matthew Smith
E-MAIL: msmith@caminoschool.org
PHONE NUMBER: (530) 644-4552
3060 Snows Rd.
Camino, CA  95709

Campbell Union
SUPERINTENDENT: Shelly Viramontez
E-MAIL: sviramontez@campbellusd.org
PHONE NUMBER: (408) 364-4200
155 N. Third St.
Campbell, CA  95008

Campbell Union High
SUPERINTENDENT: Robert Bravo
E-MAIL: rbravo@cuhsd.org
PHONE NUMBER: (408) 371-0960
3235 Union Ave.
San Jose, CA  95124

Camptonville Elementary
SUPERINTENDENT: Sandy Ross
E-MAIL: sross@cville.k12.ca.us
PHONE NUMBER: (530) 288-3277
16585 Sch St.
Camptonville, CA  95922

Canyon Elementary
SUPERINTENDENT: Lucia Sullivan
E-MAIL: lsullivan@canyon.k12.ca.us
PHONE NUMBER: (925) 376-4671
187 Pinehurst Rd.
Canyon, CA  94516

Capay Joint Union Elementary
SUPERINTENDENT: Jim Scribner
E-MAIL: jscribner@capayschool.org
PHONE NUMBER: (530) 865-1222
7504 Cutting Ave.
Orland, CA  95963

Capistrano Unified
SUPERINTENDENT: Kirsten Vital
E-MAIL: kmvital@capousd.org
PHONE NUMBER: (949) 234-9200
33122 Valle Rd.
San Juan Capistrano, CA  92675

Cardiff Elementary
SUPERINTENDENT: Jill Vinson
E-MAIL: jill.vinson@cardiffschools.com
PHONE NUMBER: (760) 632-5890
1888 Montgomery Ave.
Cardiff-By-The-Sea, CA  92007

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Carlsbad Unified
SUPERINTENDENT: Benjamin Churchill
E-MAIL: bchurchill@carlsbadusd.net
PHONE NUMBER: (760) 331-5000
6225 El Camino Real
Carlsbad, CA  92009

Carmel Unified
SUPERINTENDENT: Trisha Dellis
E-MAIL: tdellis@carmelunified.org
PHONE NUMBER: (831) 624-1546
4380 Carmel Valley Rd.
Carmel, CA  93923

Carpinteria Unified
SUPERINTENDENT: Diana Rigby
E-MAIL: drigby@cusd.net
PHONE NUMBER: (805) 684-4511
1400 Linden Ave.
Carpinteria, CA  93013

Caruthers Unified
SUPERINTENDENT: Orin Hirschkorn
E-MAIL: orhirschkorn@caruthers.k12.ca.us
PHONE NUMBER: (559) 495-6400
1 Tiller Ave.
Caruthers, CA  93609

Cascade Union Elementary
SUPERINTENDENT: Jason Provence
E-MAIL: jason.provence@cuesd.com
PHONE NUMBER: (530) 378-7000
1645 W. Mill St.
Anderson, CA  96007

Castaic Union
SUPERINTENDENT: Steve Doyle
E-MAIL: sdoyle@castaicusd.com
PHONE NUMBER: (661) 257-4500
28131 Livingston Ave.
Valencia, CA  91355

Castle Rock Union Elementary
SUPERINTENDENT: Autumn Funk
E-MAIL: afunk@castlerockschool.net
PHONE NUMBER: (530) 235-0101
29373 Main St.
Castella, CA  96017

Castro Valley Unified
SUPERINTENDENT: Parvin Ahmadi
E-MAIL: pahmadi@cv.k12.ca.us
PHONE NUMBER: (510) 537-3000
4400 Alma Ave.
Castro Valley, CA  94546

Cayucos Elementary
SUPERINTENDENT: Scott Smith
E-MAIL: ssmith@cayucosschool.org
PHONE NUMBER: (805) 995-3694
301 Cayucos Dr.
Cayucos, CA  93430

Cea San Bernardino Co
SUPERINTENDENT: Ted Alejandre
E-MAIL: ted.alejandre@sbcss.net
PHONE NUMBER: (909) 888-3228
601 N. E St.
San Bernardino, CA  92410

Center For Advanced Research & Tech (cart) Jpa
SUPERINTENDENT: Rick Watson
E-MAIL: rwatson@cart.org
PHONE NUMBER: (559) 248-7400
2555 Clovis Ave.
Clovis, CA  93612

Center Joint Unified
SUPERINTENDENT: Scott Loehr
E-MAIL: sloehr@centerusd.org
PHONE NUMBER: (916) 338-6330
8408 Watt Ave.
Antelope, CA  95843

Centinela Valley Union High
SUPERINTENDENT: Gregory Obrien
E-MAIL: obrieng@centinela.k12.ca.us
PHONE NUMBER: (310) 263-3200
14901 S. Inglewood Ave.
Lawndale, CA  90260

Central Calif Migrant Head Start Jpa
SUPERINTENDENT: Maria Castro
E-MAIL: mcastro@santacruzcoe.org
PHONE NUMBER: (209) 525-6609
1324 Celeste Dr.
Modesto, CA  95355

Central California School Finance Authority Jpa
SUPERINTENDENT: James Brescia
E-MAIL: jbrescia@slocoe.org
PHONE NUMBER: (805) 474-3000
1499 San Luis Dr.
San Luis Obispo, CA  93401

Central Elementary
SUPERINTENDENT: Donna Libutti
E-MAIL: dlibutti@csd.k12.ca.us
PHONE NUMBER: (909) 989-8541
10601 Church St., Ste. 112
Rancho Cucamonga, CA  91730

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Central Orange County Cte Partnership (ctep)
SUPERINTENDENT: Jillian Sharp
E-MAIL: jjohnson-sharp@ocde.us
PHONE NUMBER: (714) 966-3528
2323 N. Brd.Way, Ste. 301
Santa Ana, CA  92706

Central Sierra Rop
SUPERINTENDENT: Kevin Monsma
E-MAIL: kmonsma@edcoe.org
PHONE NUMBER: (530) 622-7130
337 Placerville Dr.
Placerville Dr., CA  95667

Central Sierra Rop Jpa
SUPERINTENDENT: Edward Manansala
E-MAIL: emanansala@edcoe.org
PHONE NUMBER: (530) 295-2214
4675 Missouri Flat Rd.
Diamond Springs, CA  95619

Central Unified
SUPERINTENDENT: ANDREW ALVARADO
E-MAIL: agalvarado@centralunified.org
PHONE NUMBER: (559) 274-4700
5652 W. Gettysburg Ave.
Fresno, CA  93722

Central Union Elementary
SUPERINTENDENT: Tom Addington
E-MAIL: taddingt@centeal.k12.ca.us
PHONE NUMBER: (559) 924-3405
15783 18Th Ave.
Lemoore, CA  93245

Central Union High
SUPERINTENDENT: Ward Andrus
E-MAIL: wandrus@cuhsd.net
PHONE NUMBER: (760) 336-4500
351 W. Ross Ave.
El Centro, CA  92243

Central Valley Pre-school Jpa
SUPERINTENDENT: Kim Roush
E-MAIL: kroush@rjusd.org
PHONE NUMBER: (559) 867-3589
3160 W. Mt. Whitney Ave.
Riverdale, CA  93656

Centralia Elementary
SUPERINTENDENT: Norma Martinez
E-MAIL: norma_martinez@cesd.us
PHONE NUMBER: (714) 228-3100
6625 La Palma Ave.
Buena Park, CA  90620

Ceres Unified
SUPERINTENDENT: Scott Siegel
E-MAIL: ssiegel@ceres.k12.ca.us
PHONE NUMBER: (209) 556-1500
2503 Lawrence St.
Ceres, CA  95307

Chaffey Joint Union High
SUPERINTENDENT: Mathew Holton
E-MAIL: mat.holton@cjuhsd.net
PHONE NUMBER: (909) 988-8511
211 W. Fifth St.
Ontario, CA  91762

Charter Oak Unified
SUPERINTENDENT: Jeffrey Jordan
E-MAIL: jjordan@cousd.net
PHONE NUMBER: (626) 966-8331
20240 E. Cienega Ave.
Covina, CA  91724

Chatom Union
SUPERINTENDENT: Cherise Olvera
E-MAIL: colvera@chatom.k12.ca.us
PHONE NUMBER: (209) 664-8505
7201 Clayton Rd.
Turlock, CA  95380

Chawanakee Unified
SUPERINTENDENT: Darren Sylvia
E-MAIL: dsylvia@mychawanakee.org
PHONE NUMBER: (559) 877-6209
26065 Outback Industrial Way
O'Neals, CA  93643

Chicago Park Elementary
SUPERINTENDENT: Katie Kohler
E-MAIL: katiek@chicagoparkschool.org
PHONE NUMBER: (530) 346-2153
15725 Mt. Olive Rd.
Grass Valley, CA  95945

Chico Unified
SUPERINTENDENT: Kelly Staley
E-MAIL: kstaley@chicousd.org
PHONE NUMBER: (530) 891-3000
1163 E. Seventh St.
Chico, CA  95928

Chino Valley Unified
SUPERINTENDENT: Norm Enfield
E-MAIL: norm_enfield@chino.k12.ca.us
PHONE NUMBER: (909) 628-1201
5130 Riverside Dr.
Chino, CA  91710

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Chowchilla Elementary
SUPERINTENDENT: Charles Martin
E-MAIL: martinc@chowkids.com
PHONE NUMBER: (559) 665-8000
355 N. Fifth St.
Chowchilla, CA  93610

Chowchilla Union High
SUPERINTENDENT: Ron Seals
E-MAIL: sealsro@chowchillahigh.org
PHONE NUMBER: (559) 665-1331
805 Humboldt Ave.
Chowchilla, CA 93610

Chualar Union
SUPERINTENDENT: Roberto Rios
E-MAIL: rrios@chualarusd.org
PHONE NUMBER: (831) 679-2504
24285 Lincoln St.
Chualar, CA  93925

Chula Vista Elementary
SUPERINTENDENT: Francisco Escobedo
E-MAIL: francisco.escobedo@cvesd.org
PHONE NUMBER: (619) 425-9600
84 E. J St.
Chula Vista, CA  91910

Cienega Union Elementary
SUPERINTENDENT: Nancy Maclean
E-MAIL: cienegaschool@yahoo.com
PHONE NUMBER: (831) 637-3821
11936 Cienega Rd.
Hollister, CA  95023

Cinnabar Elementary
SUPERINTENDENT: Kristina Arcuri
E-MAIL: karcuri@cinnabar.org
PHONE NUMBER: (707) 765-4345
286 Skillman Ln.
Petaluma, CA  94952

Claremont Unified
SUPERINTENDENT: James Elsasser
E-MAIL: jelsasser@cusd.claremont.edu
PHONE NUMBER: (909) 398-0609
170 W. San Jose Ave.
Claremont, CA  91711

Clay Joint Elementary
SUPERINTENDENT: Judi Szpor
E-MAIL: jszpor@clayelementary.org
PHONE NUMBER: (559) 897-4185
12449 S. Smith Ave.
Kingsburg, CA  93631

Clear Creek Elementary
SUPERINTENDENT: Carolyn Cramer
E-MAIL: ccramer@clearcreekschool.org
PHONE NUMBER: (530) 273-3664
17700 Mcct.Ney Rd.
Grass Valley, CA  95949

Cloverdale Unified
SUPERINTENDENT: Betha Macclain
E-MAIL: macclainb@cusd.org
PHONE NUMBER: (707) 894-1920
97 Sch St.
Cloverdale, CA  95425

Clovis Unified
SUPERINTENDENT: Eimear Ofarrell
E-MAIL: eimearofarrell@cusd.com
PHONE NUMBER: (559) 327-9100
1450 Herndon Ave.
Clovis, CA  93611

Coachella Valley Unified
SUPERINTENDENT: Maria Gandera
E-MAIL: maria.gandera@cvusd.us
PHONE NUMBER: (760) 399-5137
87-225 Church St.
Thermal, CA  92274

Coalinga-huron Unified
SUPERINTENDENT: Lori Villanueva
E-MAIL: lvillanueva@chusd.org
PHONE NUMBER: (559) 935-7500
657 Sunset St.
Coalinga, CA  93210

Coast Unified
SUPERINTENDENT: Scott Smith
E-MAIL: ssmith@coastusd.org
PHONE NUMBER: (805) 927-3880
1350 Main St.
Cambria, CA  93428

Coastline Rop
SUPERINTENDENT: Carol Hume
E-MAIL: chume@coastlinerop.net
PHONE NUMBER: (714) 979-1955
1001 Presidio Sq.
Costa Mesa, CA  92626

Coastline Rop Jpa
SUPERINTENDENT: Carol Hume
E-MAIL: chume@coastlinerop.net
PHONE NUMBER: (714) 979-1955
1001 Presidio Sq.
Costa Mesa, CA  92626

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Coffee Creek Elementary
SUPERINTENDENT: Brian Burns
E-MAIL: bburns@tcoek12.org
PHONE NUMBER: (530) 266-3344
Coffee Creek Rd & Ridgewood Rd
Coffee Creek, CA  96091

Cold Spring Elementary
SUPERINTENDENT: Amy Alzina
E-MAIL: aalzina@coldspringschool.net
PHONE NUMBER: (805)969-2678
2243 Sycamore Canyon Rd.
Santa Barbara, CA  93108

Colfax Elementary
SUPERINTENDENT: John Baggett
E-MAIL: jbaggett@colfax.k12.ca.us
PHONE NUMBER: (530) 346-2202
24825 Ben Taylor Rd.
Colfax, CA  95713

College Elementary
SUPERINTENDENT: Maurene Donner
E-MAIL: mdonner@collegeschooldistrict.org
PHONE NUMBER: (805) 686-7300
3525 Pine St.
Santa Ynez, CA  93460

Colton Joint Unified
SUPERINTENDENT: Frank Miranda
E-MAIL: frank_miranda@cjusd.net
PHONE NUMBER: (909) 580-5000
1212 Valencia Dr.
Colton, CA  92324

Colton-redlands-yucaipa Rop
SUPERINTENDENT: Tracie Zerpoli
E-MAIL: tracie_zerpoli@cry-rop.org
PHONE NUMBER: (909) 793-3115
1214 Indiana Ct.
Redlands, CA  92374

Colton-redlands-yucaipa Rop Jpa
SUPERINTENDENT: Tracie Zerpoli
E-MAIL: tracie_zerpoli@cry-rop.org
PHONE NUMBER: (909) 793-3115
1214 Indiana Ct.
Redlands, CA  92374

Columbia Elementary
SUPERINTENDENT: Clay Ross
E-MAIL: cross@columbiasd.com
PHONE NUMBER: (530) 223-1915
10140 Old Oregon Trail
Redding, CA  96003

Columbia Union
SUPERINTENDENT: Joesph Aldridge
E-MAIL: jaldridge@cusd49.com
PHONE NUMBER: (209) 533-7700
22540 Parrotts Ferry Rd.
Columbia, CA  95310

Columbine Elementary
SUPERINTENDENT: Timothy Jones
E-MAIL: tcolschool@aol.com
PHONE NUMBER: (661) 725-8501
2240 Rd. 160
Delano, CA  93215

Colusa County Office Of Education
SUPERINTENDENT: Michael West
E-MAIL: mwest@ccoe.net
PHONE NUMBER: (530) 458-0350
345 5th Street
Colusa, CA  95932

Colusa Unified
SUPERINTENDENT: Jeff Turner
E-MAIL: jturner@colusa.k12.ca.us
PHONE NUMBER: (530) 458-7791
745 10Th St.
Colusa, CA  95932

Compton Unified
SUPERINTENDENT: Darin Brawley
E-MAIL: dbrawley@compton.k12.ca.us
PHONE NUMBER: (310) 639-4321
501 S. Santa Fe Ave.
Compton, CA  90221

Compton Unified Rop
SUPERINTENDENT: Darin Brawley
E-MAIL: dbrawley@compton.k12.ca.us
PHONE NUMBER: (310) 639-4321
604 S. Tamarind Ave.
Compton, CA  90220

Conejo Valley Unified
SUPERINTENDENT: Mark Mclaughlin
E-MAIL: mmclaughlin@conejousd.org
PHONE NUMBER: (805) 497-9511
1400 E. Janss Rd.
Thousand Oaks, CA  91362

Contra Costa County Office Of Education
SUPERINTENDENT: Lynn Mackey
E-MAIL: lmackey@cccoe.k12.ca.us
PHONE NUMBER: (925) 942-3388
77 Santa Barbara Rd.
Pleasant Hill, CA  94523

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Contra Costa County Rop
SUPERINTENDENT: Hilary Dito
E-MAIL: hdito@cccoe.k12.ca.us
PHONE NUMBER: (916) 319-0800
77 Santa Barbara Rd.
Pleasant Hill, CA  94523

Contra Costa Selpa
SUPERINTENDENT: Laraine Domenico
E-MAIL: ldomenico@ccselpa.org
PHONE NUMBER: (925) 827-0949
2520 Stanwell Dr., Ste. 270
Concord, CA  94520

Corcoran Joint Unified
SUPERINTENDENT: Rich Merlo
E-MAIL: rmerlo@corcoranunified.com
PHONE NUMBER: (559) 992-8888
1520 Patterson Ave.
Corcoran, CA  93212

Corning Union Elementary
SUPERINTENDENT: Richard Fitzpatrick
E-MAIL: rfitzpatrick@cuesd.net
PHONE NUMBER: (530) 824-7700
1590 S. St.
Corning, CA  96021

Corning Union High
SUPERINTENDENT: Jared Caylor
E-MAIL: jcaylor@corninghs.org
PHONE NUMBER: (530) 824-8000
643 Blackburn Ave.
Corning, CA  96021

Coronado Unified
SUPERINTENDENT: Karl Mueller
E-MAIL: kmueller@coronadousd.net
PHONE NUMBER: (619) 522-8900
201 Sixth St.
Coronado, CA  92118

Corona-norco Unified
SUPERINTENDENT: Michael Lin
E-MAIL: mlin@cnusd.k12.ca.us
PHONE NUMBER: (951) 736-5000
2820 Clark Ave.
Norco, CA  92860

Cotati-rohnert Park Unified
SUPERINTENDENT: Michael Watenpaugh
E-MAIL: michael_watenpaugh@crpusd.org
PHONE NUMBER: (707) 792-4700
7165 Burton Ave.
Rohnert Park, CA  94928

Cottonwood Union Elementary
SUPERINTENDENT: Doug Geren
E-MAIL: dgeren@cwusd.com
PHONE NUMBER: (530) 347-3165
20512 W. First St.
Cottonwood, CA  96022

Covina-valley Unified
SUPERINTENDENT: Richard Sheehan
E-MAIL: rmsheehan@c-vusd.org
PHONE NUMBER: (626) 974-7000
519 E. Badillo St.
Covina, CA  91723

Cucamonga Elementary
SUPERINTENDENT: Richard Dahlin
E-MAIL: rdahlin@cuca.k12.ca.us
PHONE NUMBER: (909) 987-8942
8776 Archibald Ave.
Rancho Cucamonga, CA  91730

Cuddeback Union Elementary
SUPERINTENDENT: Blaine Sigler
E-MAIL: bsigler@cuddebackschool.org
PHONE NUMBER: (707) 768-3372
300 Wilder Rd.
Carlotta, CA  95528

Culver City Unified
SUPERINTENDENT: Leslie Lockhart
E-MAIL: leslielockhart@ccusd.org
PHONE NUMBER: (310) 842-4220
4034 Irving Pl.
Culver City, CA  90232

Cupertino Union
SUPERINTENDENT: Craig Baker
E-MAIL: baker_craig@cusdk8.org
PHONE NUMBER: (408) 252-3000
1309 S. Mary Ave
Cupertino, CA  95014

Curtis Creek Elementary
SUPERINTENDENT: Terri Bell
E-MAIL: tbell@ccreek.k12.ca.us
PHONE NUMBER: (209) 533-1083
18755 Standard Rd.
Sonora, CA  95370

Cutler-orosi Joint Unified
SUPERINTENDENT: Yolanda Valdez
E-MAIL: yvaldez@cojusd.org
PHONE NUMBER: (559) 528-4763
12623 Ave. 416
Orosi, CA  93647

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Cutten Elementary
SUPERINTENDENT: Sue Ivey
E-MAIL: sivey@cuttensd.org
PHONE NUMBER: (707) 441-3900
4182 Walnut Dr.
Eureka, CA  95503

Cuyama Joint Unified
SUPERINTENDENT: Alfonso Gamino
E-MAIL: agamino@cuyamaunified.org
PHONE NUMBER: (661) 766-2482
2300 Highway 166
New Cuyama, CA  93254

Cypress Elementary
SUPERINTENDENT: Anne Silavs
E-MAIL: asilavs@cypsd.org
PHONE NUMBER: (714) 220-6900
9470 Moody St.
Cypress, CA  90630

Davis Joint Unified
SUPERINTENDENT: John Bowes
E-MAIL: superintendent@djusd.net
PHONE NUMBER: (530) 757-5300
526 B St.
Davis, CA  95616

Death Valley Unified
SUPERINTENDENT: Jim Copeland
E-MAIL: jcopeland@deathvalleyschools.org
PHONE NUMBER: (760) 852-4303
Old State Highway 127
Shoshone, CA  92384

Dehesa Elementary
SUPERINTENDENT: Bradley Johnson
E-MAIL: bradley.johnson@dehesasd.net
PHONE NUMBER: (619) 444-2161
4612 Dehesa Rd.
El Cajon, CA  92019

Del Mar Union Elementary
SUPERINTENDENT: Holly Mcclurg
E-MAIL: hmcclurg@dmusd.org
PHONE NUMBER: (858) 755-9301
11232 El Camino Real
San Diego, CA  92130

Del Norte County Office Of Education
SUPERINTENDENT: Jeff Harris
E-MAIL: jharris@delnorte.k12.ca.us
PHONE NUMBER: (707) 464-0200
301 W. Washington Blvd.
Crescent City, CA  95531

Del Norte County Rop
SUPERINTENDENT: Coleen Parker
E-MAIL: cparker@delnorte.k12.ca.us
PHONE NUMBER: (916) 319-0800
301 W. Washington Blvd.
Crescent City, CA  95531

Del Norte County Unified
SUPERINTENDENT: Jeff Harris
E-MAIL: jharris@delnorte.k12.ca.us
PHONE NUMBER: (707) 464-6141
301 W. Washington Blvd.
Crescent City, CA  95531

Delano Joint Union High
SUPERINTENDENT: Jason Garcia
E-MAIL: jgarcia@djuhsd.org
PHONE NUMBER: (661)725-4000
1720 Norwalk St.
Delano, CA  93215

Delano Union Elementary
SUPERINTENDENT: Rosalina Rivera
E-MAIL: rrivera@duesd.org
PHONE NUMBER: (661) 721-5000
1405 12Th Ave.
Delano, CA  93215

Delhi Unified
SUPERINTENDENT: Adolfo Melara
E-MAIL: amelara@delhiusd.org
PHONE NUMBER: (209) 656-2000
9716 Hinton Ave.
Delhi, CA  95315

Delphic Elementary
SUPERINTENDENT: Jami Thomas
E-MAIL: jthomas@sisnet.ssku.k12.ca.us
PHONE NUMBER: (530) 842-3653
1420 Delphic Rd.
Montague, CA  96064

Desert Center Unified
SUPERINTENDENT: Leonard Lopez
E-MAIL: leonardlopez@eaglemtnschool.com
PHONE NUMBER: (760) 413-2646
1434 Kaiser Rd.
Desert Center, CA  92239

Desert Sands Unified
SUPERINTENDENT: Scott Bailey
E-MAIL: slbailey@desertsands.us
PHONE NUMBER: (760) 777-4200
47-950 Dune Palms Rd.
La Quinta, CA  92253

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Di Giorgio Elementary
SUPERINTENDENT: Terry Hallum
E-MAIL: thallum@digiorgio.k12.ca.us
PHONE NUMBER: (661) 854-2604
19405 Buena Vista Blvd.
Arvin, CA 93203

Dinuba Unified
SUPERINTENDENT: Joe Hernandez
E-MAIL: jhernandez@dinuba.k12.ca.us
PHONE NUMBER: (559) 595-7200
1327 E. El Monte Way
Dinuba, CA 93618

Dixie Elementary
SUPERINTENDENT: Becky Rosales
E-MAIL: brosales@dixieschooldistrict.org
PHONE NUMBER: (415) 492-3700
380 Nova Albion Way
San Rafael, CA 94903

Dixon Unified
SUPERINTENDENT: Brian Dolan
E-MAIL: bdolan@dixonusd.org
PHONE NUMBER: (707) 693-6300
180 S. First St., Ste. 6
Dixon, CA 95620

Dos Palos Oro Loma Joint Unified
SUPERINTENDENT: Justin Miller
E-MAIL: jmiller@dpol.net
PHONE NUMBER: (209) 392-0200
2041 Almond St.
Dos Palos, CA 93620

Douglas City Elementary
SUPERINTENDENT: Shannon Ross
E-MAIL: sross@tcoek12.org
PHONE NUMBER: (530) 623-6350
100 Sch Rd.
Douglas City, CA 96024

Downey Unified
SUPERINTENDENT: John Garcia
E-MAIL: jgarcia@dusd.net
PHONE NUMBER: (562) 469-6500
11627 Brookshire Ave.
Downey, CA 90241

Dry Creek Joint Elementary
SUPERINTENDENT: Brad Tooker
E-MAIL: superintendent@dcjesd.us
PHONE NUMBER: (916) 770-8800
9707 Cook Riolo Rd.
Roseville, CA 95747

Duarte Unified
SUPERINTENDENT: Gordon Amerson
E-MAIL: gamerson@duarteusd.org
PHONE NUMBER: (626) 599-5000
1620 Hntngtn Dr.
Duarte, CA 91010

Dublin Unified
SUPERINTENDENT: Daniel Moirao
E-MAIL: moiraodaniel@dublinusd.org
PHONE NUMBER: (925) 828-2551
7471 Larkdale Ave.
Dublin, CA 94568

Ducor Union Elementary
SUPERINTENDENT: Isidro Rodriguez
E-MAIL: superintendent@ducor.k12.ca.us
PHONE NUMBER: (559) 534-2261
23761 Ave. 56
Ducor, CA 93218

Dunham Elementary
SUPERINTENDENT: Daniel Hoffman
E-MAIL: dhoffman@dunhamsd.k12.ca.us
PHONE NUMBER: (707) 795-5050
4111 Roblar Rd.
Petaluma, CA 94952

Dunsmuir Elementary
SUPERINTENDENT: Susan Keeler
E-MAIL: skeeler@dunsmuir.k12.ca.us
PHONE NUMBER: (530) 235-4828
4760 Siskiyou Ave.
Dunsmuir, CA 96025

Dunsmuir Joint Union High
SUPERINTENDENT: Ray Kellar
E-MAIL: rkellar@sisnet.ssku.k12.ca.us
PHONE NUMBER: (530) 235-4835
5805 High Sch Way
Dunsmuir, CA 96025

Durham Unified
SUPERINTENDENT: John Bohannon
E-MAIL: jbohannon@durhamunified.org
PHONE NUMBER: (530) 895-4675
9420 Putney Dr.
Durham, CA 95938

Earlimart Elementary
SUPERINTENDENT: Jaime Robles
E-MAIL: jrobles@earlimart.org
PHONE NUMBER: (661) 849-3386
785 E. Center Ave.
Earlimart, CA 93219

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

East Nicolaus Joint Union High
SUPERINTENDENT: Mark Beebe
E-MAIL: mbeebe@eastnicolaus.k12.ca.us
PHONE NUMBER: (530) 656-2255
2454 Nicolaus Ave.
Nicolaus, CA  95659

East San Gabriel Valley Rop
SUPERINTENDENT: Maura Murabito
E-MAIL: mmurabito@esgvrop.org
PHONE NUMBER: (626) 472-5101
1501 Del Norte Ave.
West Covina, CA  91790

East Side Union High
SUPERINTENDENT: Chris Funk
E-MAIL: funkc@esuhsd.org
PHONE NUMBER: (408) 347-5000
830 N. Capitol Ave.
San Jose, CA  95133

East Whittier City Elementary
SUPERINTENDENT: Marc Patterson
E-MAIL: mpatterson@ewcsd.org
PHONE NUMBER: (562) 907-5900
14535 E. Whittier Blvd.
Whittier, CA  90605

Eastern Sierra Unified
SUPERINTENDENT: Heidi Torix
E-MAIL: htorix@esusd.org
PHONE NUMBER: (760) 932-7443
231 Kingsley St.
Bridgeport, CA  93517

Eastside Union Elementary
SUPERINTENDENT: Joshua Lightle
E-MAIL: jlightle@eastsideusd.org
PHONE NUMBER: (661) 952-1200
45006 30Th St. E.
Lancaster, CA  93535

Eden Area Rop
SUPERINTENDENT: Linda Granger
E-MAIL: lgranger@edenrop.org
PHONE NUMBER: (510) 293-2900
26316 Hesperian Blvd.
Hayward, CA  94545

Eden Area Rop Jpa
SUPERINTENDENT: Linda Granger
E-MAIL: lgranger@edenrop.org
PHONE NUMBER: (510) 293-2906
26316 Hesperian Blvd.
Hayward, CA  94545

Edison Elementary
SUPERINTENDENT: Erica Andrews
E-MAIL: eandrews@edison.k12.ca.us
PHONE NUMBER: (661) 363-5394
11518 Sch St.
Bakersfield, CA  93307

El Centro Elementary
SUPERINTENDENT: Jon Ledoux
E-MAIL: jledoux@ecesd.org
PHONE NUMBER: (760) 352-5712
1256 Brd.Way
El Centro, CA  92243

El Dorado County Office Of Education
SUPERINTENDENT: Ed Manansala
E-MAIL: emanansala@edcoe.org
PHONE NUMBER: (530) 622-7130
6767 Green Valley Rd.
Placerville, CA  95667

El Dorado Union High
SUPERINTENDENT: Ron Carruth
E-MAIL: rcarruth@eduhsd.k12.ca.us
PHONE NUMBER: (530) 622-5081
4675 Missouri Flat Rd.
Placerville, CA  95667

El Monte City
SUPERINTENDENT: Maribel Garcia
E-MAIL: mgarcia@emcsd.org
PHONE NUMBER: (626) 453-3700
3540 N. Lexington Ave.
El Monte, CA  91731

El Monte Union High
SUPERINTENDENT: Edward Zuniga
E-MAIL: edward.zuniga@emuhsd.org
PHONE NUMBER: (626) 444-9005
3537 Johnson Ave.
El Monte, CA  91731

El Nido Elementary
SUPERINTENDENT: Lori Gonzalez
E-MAIL: lgonzalez@elnido.k12.ca.us
PHONE NUMBER: (209) 385-8420
161 E. El Nido Rd.
El Nido, CA  95317

El Rancho Unified
SUPERINTENDENT: Frances Esparza
E-MAIL: fesparza@erusd.org
PHONE NUMBER: (562) 942-1500
9333 Loch Lomond Dr.
Pico Rivera, CA  90660

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

El Tejon Unified
SUPERINTENDENT: Sara Haflich
E-MAIL: shaflich@el-tejon.k12.ca.us
PHONE NUMBER: (661) 248-6247
4337 Lebec Rd.
Lebec, CA  93243

Elk Grove Unified
SUPERINTENDENT: Christopher Hoffman
E-MAIL: choffman@egusd.net
PHONE NUMBER: (916) 686-5085
9510 Elk Grove-Florin Rd.
Elk Grove, CA  95624

Elk Hills Elementary
SUPERINTENDENT: Ricardo Esquivel
E-MAIL: riesquivel@elkhills.org
PHONE NUMBER: (661) 765-7431
501 Kern St.
Tupman, CA  93276

Elkins Elementary
SUPERINTENDENT: Marla Katzler
E-MAIL: mkatzler@elkinsschoolca.org
PHONE NUMBER: (530) 833-5582
2960 Elkins Rd.
Paskenta, CA  96074

Elverta Joint Elementary
SUPERINTENDENT: Michael Borgaard
E-MAIL: mborgaard@ejesd.net
PHONE NUMBER: (916) 991-2244
7900 Eloise Ave.
Elverta, CA  95626

Emery Unified
SUPERINTENDENT: Quiauna Scott
E-MAIL: quiauna.scott@emeryusd.org
PHONE NUMBER: (510) 601-4000
4727 San Pablo Avenue
Emeryville, CA  94608

Empire Union Elementary
SUPERINTENDENT: David Garcia
E-MAIL: dgarcia@empire.k12.ca.us
PHONE NUMBER: (209) 521-2800
116 N. Mcclure Rd.
Modesto, CA  95357

Encinitas Union Elementary
SUPERINTENDENT: Andree Grey
E-MAIL: andree.grey@eusd.net
PHONE NUMBER: (760) 944-4300
101 S. Rancho Santa Fe Rd.
Encinitas, CA  92024

Enterprise Elementary
SUPERINTENDENT: Brian Winstead
E-MAIL: bwinstead@eesd.net
PHONE NUMBER: (530) 224-4100
1155 Mistletoe Ln.
Redding, CA  96002

Escalon Unified
SUPERINTENDENT: Ronald Costa
E-MAIL: rcosta@escalonusd.org
PHONE NUMBER: (209) 838-3591
1520 Yosemite Ave.
Escalon, CA  95320

Escondido Union
SUPERINTENDENT: Luis Ibarra
E-MAIL: libarra@eusd.org
PHONE NUMBER: (760) 432-2400
2310 Aldergrove Ave.
Escondido, CA  92029

Escondido Union High
SUPERINTENDENT: Anne Staffieri
E-MAIL: astaffieri@euhsd.org
PHONE NUMBER: (760) 291-3200
302 N. Midway Dr.
Escondido, CA  92027

Esparto Unified
SUPERINTENDENT: Christina Goennier
E-MAIL: cgoennier@espartok12.org
PHONE NUMBER: (530) 787-3446
26675 Plainfield St.
Esparto, CA  95627

Etiwanda Elementary
SUPERINTENDENT: Shawn Judson
E-MAIL: shawn_judson@etiwanda.org
PHONE NUMBER: (909) 899-2451
6061 E. Ave.
Etiwanda, CA  91739

Eureka City Schools
SUPERINTENDENT: Fred Vleck
E-MAIL: vanvleckf@eurekacityschools.org
PHONE NUMBER: (707) 441-2414
2100 J St.
Eureka, CA  95501

Eureka Union
SUPERINTENDENT: Tom Janis
E-MAIL: tjanis@eurekausd.org
PHONE NUMBER: (916) 791-4939
5455 Eureka Rd.
Granite Bay, CA  95746

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Evergreen Elementary
SUPERINTENDENT: Emy Flores
E-MAIL: eflores@eesd.org
PHONE NUMBER: (408) 270-6800
3188 Quimby Rd.
San Jose, CA  95148

Evergreen Union
SUPERINTENDENT: Brad Mendenhall
E-MAIL: bmendenhall@evergreenusd.org
PHONE NUMBER: (530) 347-3411
19500 Lrng Way
Cottonwood, CA  96022

Exeter Unified
SUPERINTENDENT: George Eddy
E-MAIL: geddy@exeter.k12.ca.us
PHONE NUMBER: (559) 592-9421
134 S. E St.
Exeter, CA  93221

Fairfax Elementary
SUPERINTENDENT: Michael Coleman
E-MAIL: mcoleman@fairfax.k12.ca.us
PHONE NUMBER: (661) 366-7221
1500 S. Fairfax Rd.
Bakersfield, CA 93307

Fairfield-suisun Unified
SUPERINTENDENT: Kris Corey
E-MAIL: krisc@fsusd.org
PHONE NUMBER: (707) 399-5000
2490 Hilborn Rd.
Fairfield, CA  94534

Fall River Joint Unified
SUPERINTENDENT: Merrill Grant
E-MAIL: mgrant@frjusd.org
PHONE NUMBER: (530) 335-4538
20375 Tamarack Ave.
Burney, CA 96013

Fallbrook Union Elementary
SUPERINTENDENT: Candace Singh
E-MAIL: csingh@fuesd.org
PHONE NUMBER: (760) 731-5400
321 N. Iowa St.
Fallbrook, CA  92028

Fallbrook Union High
SUPERINTENDENT: Ilsa Gonzalez
E-MAIL: igarzagonzalez@fuhsd.net
PHONE NUMBER: (760) 723-6332
2234 S. Stage Coach Ln.
Fallbrook, CA  92028

Farmersville Unified
SUPERINTENDENT: Paul Sevillano
E-MAIL: psevillano@farmersville.k12.ca.us
PHONE NUMBER: (559) 592-2010
571 E. Citrus
Farmersville, CA  93223

Ferndale Unified
SUPERINTENDENT: Beth Anderson
E-MAIL: banderson@ferndalek12.org
PHONE NUMBER: (707) 786-5900
1231 Main St.
Ferndale, CA  95536

Fieldbrook Elementary
SUPERINTENDENT: Justin Wallace
E-MAIL: jwallace@nohum.k12.ca.us
PHONE NUMBER: (707) 839-3201
4070 Fieldbrook Rd.
Mckinleyville, CA  95519

Fillmore Unified
SUPERINTENDENT: Adrian Palazuelos
E-MAIL: apalazuelos@fillmoreusd.org
PHONE NUMBER: (805) 524-6000
627 Sespe Ave.
Fillmore, CA  93016

Firebaugh-las Deltas Unified
SUPERINTENDENT: Russell Freitas
E-MAIL: rfreitas@fldusd.org
PHONE NUMBER: (559) 659-1476
1976 Morris Kyle Dr.
Firebaugh, CA  93622

Flournoy Union Elementary
SUPERINTENDENT: Lane Bates
E-MAIL: lbates@flournoyschool.org
PHONE NUMBER: (530) 833-5331
15850 Paskenta Rd.
Flournoy, CA  96029

Folsom-cordova Unified
SUPERINTENDENT: Sarah Koligian
E-MAIL: skoligian@fcusd.org
PHONE NUMBER: (916) 294-9025
1965 Birkmont Dr.
Rancho Cordova, CA  95742

Fontana Unified
SUPERINTENDENT: Randal Bassett
E-MAIL: randal.bassett@fusd.net
PHONE NUMBER: (909) 357-5600
9680 Citrus Ave.
Fontana, CA  92335

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Foresthill Union Elementary
SUPERINTENDENT: Jack Kraemer
E-MAIL: jkraemer@fusd.org
PHONE NUMBER: (530) 367-2966
22888 Foresthill Rd.
Foresthill, CA  95631

Forestville Union Elementary
SUPERINTENDENT: Renee Semik
E-MAIL: rsemik@forestvilleusd.org
PHONE NUMBER: (707) 887-9767
6321 Highway 116
Forestville, CA  95436

Forks Of Salmon Elementary
SUPERINTENDENT: Christina Cafferata
E-MAIL: ccafferata@sisnet.ssku.k12.ca.us
PHONE NUMBER: (530) 462-4762
15616 Salmon River Rd.
Forks Of Salmon, CA  96031

Fort Bragg Unified
SUPERINTENDENT: Rebecca Walker
E-MAIL: bwalker@fbusd.us
PHONE NUMBER: (707) 961-2850
312 S. Lincoln St.
Fort Bragg, CA  95437

Fort Ross Elementary
SUPERINTENDENT: John Markatos
E-MAIL: fresd@mcn.org
PHONE NUMBER: (707) 847-3390
30600 Seaview Rd.
Cazadero, CA  95421

Fort Sage Unified
SUPERINTENDENT: Chris Bonn
E-MAIL: cbonn@fortsage.org
PHONE NUMBER: (530) 827-2129
100 Ds Hall St.
Herlong, CA  96113

Fortuna Elementary
SUPERINTENDENT: Jeff Northern
E-MAIL: jnorthern@fortunaesd.com
PHONE NUMBER: (707) 725-2293
500 9Th St.
Fortuna, CA  95540

Fortuna Union High
SUPERINTENDENT: Glen Senestraro
E-MAIL: gsenestraro@fuhsdistrict.org
PHONE NUMBER: (707) 725-4461
379 12Th St.
Fortuna, CA  95540

Forty-niner Rop
SUPERINTENDENT: Sheryl Ryder
E-MAIL: sryder@placercoe.k12.ca.us
PHONE NUMBER: (530) 889-5964
360 Nevada St.
Auburn, CA  95603

Fountain Valley Elementary
SUPERINTENDENT: Mark Johnson
E-MAIL: johnsonm@fvsd.us
PHONE NUMBER: (714) 843-3200
10055 Slater Ave.
Fountain Valley, CA  92708

Fowler Unified
SUPERINTENDENT: Paul Marietti
E-MAIL: paul.marietti@fowler.k12.ca.us
PHONE NUMBER: (559) 834-6080
658 E. Adams Ave.
Fowler, CA  93625

Franklin Elementary
SUPERINTENDENT: Lisa Shelton
E-MAIL: lshelton@franklin.k12.ca.us
PHONE NUMBER: (530) 822-5151
332 N. Township Rd.
Yuba City, CA  95993

Franklin-mckinley Elementary
SUPERINTENDENT: Juan Cruz
E-MAIL: juan.cruz@fmsd.org
PHONE NUMBER: (408) 283-6006
645 Wool Creek Dr.
San Jose, CA  95112

Fremont Unified
SUPERINTENDENT: Christopher Cammack
E-MAIL: ccammack@fremont.k12.ca.us
PHONE NUMBER: (510) 657-2350
4210 Tech Dr.
Fremont, CA  94537

Fremont Union High
SUPERINTENDENT: Polly Bove
E-MAIL: polly_bove@fuhsd.org
PHONE NUMBER: (408) 522-2200
589 W. Fremont Ave.
Sunnyvale, CA  94087

French Gulch-whiskeytown Elementary
SUPERINTENDENT: Moira Casey
E-MAIL: caseymerkle@gmail.com
PHONE NUMBER: (530) 359-2151
11442 Cline Gulch Rd.
French Gulch, CA  96033

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Freshwater Elementary
SUPERINTENDENT: Si Talty
E-MAIL: stalty@freshwatersd.org
PHONE NUMBER: (707) 442-2969
75 Greenwood Heights Dr.
Eureka, CA  95503

Fresno County Office Of Education
SUPERINTENDENT: Jim Yovino
E-MAIL: jyovino@fcoe.org
PHONE NUMBER: (559) 265-3000
1111 Van Ness Ave.
Fresno, CA  93721

Fresno Rop
SUPERINTENDENT: Valerie Vuicich
E-MAIL: vvuicich@fcoe.org
PHONE NUMBER: (559) 497-3860
11 S. Teilman St.
Fresno, CA  91398

Fresno Unified
SUPERINTENDENT: Robert Nelson
E-MAIL: bob.nelson@fresnounified.org
PHONE NUMBER: (559) 457-3000
2309 Tulare St.
Fresno, CA  93721

Fruitvale Elementary
SUPERINTENDENT: Leslie Garrison
E-MAIL: legarrison@fruitvale.net
PHONE NUMBER: (661) 589-3830
7311 Rosedale Hwy.
Bakersfield, CA  93308

Fullerton Elementary
SUPERINTENDENT: Robert Pletka
E-MAIL: bob_pletka@myfsd.org
PHONE NUMBER: (714) 447-7400
1401 W. Valencia Dr.
Fullerton, CA  92833

Fullerton Joint Union High
SUPERINTENDENT: Scott Scambray
E-MAIL: sscambray@fjuhsd.org
PHONE NUMBER: (714) 870-2800
1051 W. Bastanchury Rd.
Fullerton, CA  92833

Galt Joint Union Elementary
SUPERINTENDENT: Karen Schauer
E-MAIL: superintendent@galt.k12.ca.us
PHONE NUMBER: (209) 744-4545
1018 C St. Ste. 210
Galt, CA  95632

Galt Joint Union High
SUPERINTENDENT: William Spalding
E-MAIL: wspalding@ghsd.k12.ca.us
PHONE NUMBER: (209) 745-0249
12945 Marengo Rd.
Galt, CA  95632

Garden Grove Unified
SUPERINTENDENT: Gabriela Mafi
E-MAIL: gmafi@ggusd.us
PHONE NUMBER: (714) 663-6000
10331 Stanford Ave.
Garden Grove, CA  92840

Garfield Elementary
SUPERINTENDENT: Michael Quinlan
E-MAIL: mquinlan@garfieldschool.org
PHONE NUMBER: (707) 442-5471
2200 Freshwater Rd.
Eureka, CA  95503

Garvey Elementary
SUPERINTENDENT: Anita Chu
E-MAIL: achu@gesd.us
PHONE NUMBER: (626) 307-3400
2730 N. Del Mar Ave.
Rosemead, CA  91770

Gateway Unified
SUPERINTENDENT: Jim Harrell
E-MAIL: jharrell@gwusd.org
PHONE NUMBER: (530) 245-7900
4411 Mountain Lakes Blvd.
Redding, CA  96003

General Shafter Elementary
SUPERINTENDENT: Chris Salyards
E-MAIL: chriss@generalshafter.org
PHONE NUMBER: (661) 837-1931
1825 Shafter Rd.
Bakersfield, CA  93313

Gerber Union Elementary
SUPERINTENDENT: Jenny Montoya
E-MAIL: jmontoya@gerberschool.org
PHONE NUMBER: (530) 385-1041
23014 Chard Ave.
Gerber, CA  96035

Geyserville Unified
SUPERINTENDENT: Deborah Bertolucci
E-MAIL: dbert@gusd.com
PHONE NUMBER: (707) 857-3592
1300 Moody Ln.
Geyserville, CA  95441

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Gilroy Unified
SUPERINTENDENT: Deborah Flores
E-MAIL: debbie.flores@gilroyunified.org
PHONE NUMBER: (669) 205-4000
7810 Arroyo Cir.
Gilroy, CA  95020

Glendale Unified
SUPERINTENDENT: Kelly King
E-MAIL: kking@gusd.net
PHONE NUMBER: (818) 241-3111
223 N. Jackson St.
Glendale, CA  91206

Glendora Unified
SUPERINTENDENT: Robert Voors
E-MAIL: rvoors@glendora.k12.ca.us
PHONE NUMBER: (626) 963-1611
500 N. Loraine Ave.
Glendora, CA  91741

Glenn County Office Of Education
SUPERINTENDENT: Tracey Quarne
E-MAIL: traceyquarne@glenncoe.org
PHONE NUMBER: (530) 934-6575
311 S. Villa Ave.
Willows, CA  95988

Glenn County Rop
SUPERINTENDENT: Tracey Quarne
E-MAIL: traceyquarne@glenncoe.org
PHONE NUMBER: (916) 319-0800
525 W. Sycamore St.
Willows, CA  95988

Gold Oak Union Elementary
SUPERINTENDENT: Meg Enns
E-MAIL: menns@gousd.org
PHONE NUMBER: (530) 626-3150
3171 Pleasant Valley Rd.
Placerville, CA  95667

Gold Trail Union Elementary
SUPERINTENDENT: Scott Lyons
E-MAIL: slyons@gtusd.org
PHONE NUMBER: (530) 626-3194
1575 Old Ranch Rd.
Placerville, CA  95667

Golden Feather Union Elementary
SUPERINTENDENT: Josh Peete
E-MAIL: jpeete@gfusd.org
PHONE NUMBER: (530) 533-3833
11679 Nelson Bar Rd.
Oroville, CA  95965

Golden Plains Unified
SUPERINTENDENT: Martin Macias
E-MAIL: mmacias@gpusd.org
PHONE NUMBER: (559) 693-1115
22000 Nevada St.
San Joaquin, CA  93660

Golden Valley Unified
SUPERINTENDENT: Rodney Wallace
E-MAIL: rwallace@gvusd.org
PHONE NUMBER: (559) 645-3570
37479 Ave. 12
Madera, CA  93636

Goleta Union Elementary
SUPERINTENDENT: Donna Lewis
E-MAIL: dlewis@goleta.k12.ca.us
PHONE NUMBER: (805) 681-1200
401 N. Fairview Ave.
Goleta, CA  93117

Gonzales Unified
SUPERINTENDENT: Yvette Irving
E-MAIL: yirving@gonzales.k12.ca.us
PHONE NUMBER: (831) 675-0100
600 Elko St.
Gonzales, CA  93926

Gorman Elementary
SUPERINTENDENT: Johannis Andrews
E-MAIL: j.andrews@gormanschool.com
PHONE NUMBER: (661) 248-6441
49847 Gorman Sch Rd.
Gorman, CA  93243

Grant Elementary
SUPERINTENDENT: Rob Effa
E-MAIL: reffa@grantschoolcougars.com
PHONE NUMBER: (530) 243-0561
8835 Swasey Dr.
Redding, CA  96001

Grass Valley Elementary
SUPERINTENDENT: Andrew Withers
E-MAIL: awithers@gvsd.us
PHONE NUMBER: (530) 273-4483
10840 Gilmore Way
Grass Valley, CA  95945

Gratton Elementary
SUPERINTENDENT: Wendy Williams
E-MAIL: wwilliams@grattonschool.net
PHONE NUMBER: (209) 632-0505
4500 S. Gratton Rd.
Denair, CA  95316

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Gravenstein Union Elementary
SUPERINTENDENT: David Rose
E-MAIL: drose@grav.k12.ca.us
PHONE NUMBER: (707) 823-7008
3840 Twig Ave.
Sebastopol, CA  95472

Greater Anaheim Selpa Jpa
SUPERINTENDENT: Paul Lavigne
E-MAIL: lavigne_p@auhsd.us
PHONE NUMBER: (714) 828-1766
5967 Ball Rd.
Cypress, CA  90630

Green Point Elementary
SUPERINTENDENT: Scotty Appleford
E-MAIL: sappleford@greenpointsd.org
PHONE NUMBER: (707) 668-5921
180 Valkensar Ln.
Blue Lake, CA  95525

Greenfield Union
SUPERINTENDENT: Ramon Hendrix
E-MAIL: hendrixr@gfusd.net
PHONE NUMBER: (661) 837-6000
1624 Fairview Rd.
Bakersfield, CA  93307

Greenfield Union Elementary
SUPERINTENDENT: Zandra Galvan
E-MAIL: zjgalvan@greenfield.k12.ca.us
PHONE NUMBER: (831) 674-2840
493 El Camino Real
Greenfield, CA  93927

Grenada Elementary
SUPERINTENDENT: Gingerlee Charles
E-MAIL: gingerlee.charles@grenada.k12.ca.us
PHONE NUMBER: (530) 436-2233
516 Shasta Blvd.
Grenada, CA  96038

Gridley Unified
SUPERINTENDENT: Jordan Reeves
E-MAIL: jreeves@gusd.org
PHONE NUMBER: (530) 846-4721
429 Magnolia St.
Gridley, CA  95948

Grossmont Union High
SUPERINTENDENT: Tim Glover
E-MAIL: tglover@guhsd.net
PHONE NUMBER: (619) 644-8000
1100 Murray Dr.
La Mesa, CA  91944

Guadalupe Union Elementary
SUPERINTENDENT: Emilio Handall
E-MAIL: ehandall@gusdbobcats.com
PHONE NUMBER: (805) 343-2114
4465 Ninth St.
Guadalupe, CA  93434

Guerneville Elementary
SUPERINTENDENT: Dana Pedersen
E-MAIL: dpedersen@guernevilleschool.org
PHONE NUMBER: (707) 869-2864
14630 Armstrong Woods Rd.
Guerneville, CA  95446

Gustine Unified
SUPERINTENDENT: Bryan Ballenger
E-MAIL: bballenger@gustineusd.org
PHONE NUMBER: (209) 854-3784
1500 Meredith Ave.
Gustine, CA  95322

Hacienda La Puente Unified
SUPERINTENDENT: Annie Bui
E-MAIL: anniebui@hlpusd.k12.ca.us
PHONE NUMBER: (626) 933-1000
15959 E. Gale Ave.
City Of Industry, CA  91745

Hamilton Unified
SUPERINTENDENT: Jeremy Powell
E-MAIL: jpowell@husdschools.org
PHONE NUMBER: (530) 826-3261
620 Canal St.
Hamilton City, CA  95951

Hanford Elementary
SUPERINTENDENT: Joy Gabler
E-MAIL: jgabler@hanfordesd.org
PHONE NUMBER: (559) 585-3600
714 N. White St.
Hanford, CA  93230

Hanford Joint Union High
SUPERINTENDENT: Victor Rosa
E-MAIL: vrosa@hjuhsd.org
PHONE NUMBER: (559) 583-5901
823 W. Lacey Blvd.
Hanford, CA  93230

Happy Camp Union Elementary
SUPERINTENDENT: Richard Rhodes
E-MAIL: rrhodes@happycamp.k12.ca.us
PHONE NUMBER: (530) 493-2267
114 Park Way
Happy Camp, CA  96039

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Happy Valley Elementary
SUPERINTENDENT: Michelle McKinny
E-MAIL: mmckinny@hvesd.com
PHONE NUMBER: (831) 429-1456
3125 Branciforte Dr.
Santa Cruz, CA  95065

Happy Valley Union Elementary
SUPERINTENDENT: Helen Herd
E-MAIL: hherd@hvusd.net
PHONE NUMBER: (530) 357-2134
17480 Palm Ave.
Anderson, CA  96007

Harmony Union Elementary
SUPERINTENDENT: Matthew Morgan
E-MAIL: mmorgan@harmonyusd.org
PHONE NUMBER: (707) 874-1205
1935 Bohemian Hwy.
Occidental, CA  95465

Hart Rop
SUPERINTENDENT: Dave Lebarron
E-MAIL: dnl@hartdistrict.org
PHONE NUMBER: (916) 319-0800
21515 Redview Dr.
Santa Clarita, CA  91350

Hart-ransom Union Elementary
SUPERINTENDENT: Matthew Shipley
E-MAIL: mshipley@hartransom.org
PHONE NUMBER: (209) 523-9996
3920 Shoemake Ave.
Modesto, CA  95358

Hawthorne
SUPERINTENDENT: Helen Morgan
E-MAIL: hmorgan@hawthorne.k12.ca.us
PHONE NUMBER: (310) 676-2276
14120 S. Hawthorne Blvd.
Hawthorne, CA  90250

Hayward Unified
SUPERINTENDENT: Matt Wayne
E-MAIL: mwayne@husd.k12.ca.us
PHONE NUMBER: (510) 784-2600
24411 Amador St.
Hayward, CA  94544

Healdsburg Unified
SUPERINTENDENT: Chris Heuvel
E-MAIL: cvandenheuvel@husd.com
PHONE NUMBER: (707) 431-3488
1028 Prince St.
Healdsburg, CA  95448

Heber Elementary
SUPERINTENDENT: Juan Cruz
E-MAIL: jcruz@hesdk8.org
PHONE NUMBER: (760)337-6530
1052 Heber Ave.
Heber, CA  92249

Helendale Elementary
SUPERINTENDENT: Ross Swearingen
E-MAIL: rswearingen@helendalesd.com
PHONE NUMBER: (760) 952-1180
15350 Riverview Rd.
Helendale, CA  92342

Hemet Unified
SUPERINTENDENT: Christi Barrett
E-MAIL: cbarrett@hemetusd.org
PHONE NUMBER: (951) 765-5100
1791 W. Acacia Ave.
Hemet, CA  92545

Hermosa Beach City Elementary
SUPERINTENDENT: Patricia Escalante
E-MAIL: pescalante@hbcsd.org
PHONE NUMBER: (310) 937-5877
1645 Valley Dr.
Hermosa Beach, CA  90254

Hesperia Unified
SUPERINTENDENT: David Olney
E-MAIL: david.olney@hesperiausd.org
PHONE NUMBER: (760) 244-4411
15576 Main St.
Hesperia, CA  92345

Hillsborough City Elementary
SUPERINTENDENT: Louann Carlomagno
E-MAIL: lcarlomagno@hcsdk8.org
PHONE NUMBER: (650) 342-5193
300 El Cerrito Ave.
Hillsborough, CA  94010

Hilmar Unified
SUPERINTENDENT: Isabel Johnson
E-MAIL: icjohnson@hilmar.k12.ca.us
PHONE NUMBER: (209) 667-5701
7807 N. Lander Ave.
Hilmar, CA  95324

Hollister
SUPERINTENDENT: Diego Ochoa
E-MAIL: diego.ochoa@hesd.org
PHONE NUMBER: (831) 630-6300
2690 Cienega Rd.
Hollister, CA  95023

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Holtville Unified
SUPERINTENDENT: Celso Ruiz
E-MAIL: celso@husd.net
PHONE NUMBER: (760) 356-2974
621 E. Sixth St.
Holtville, CA  92250

Hope Elementary
SUPERINTENDENT: Anne Hubbard
E-MAIL: ahubbard@hopeschooldistrict.org
PHONE NUMBER: (805) 682-2564
3970 La Colina Rd., Ste. 14
Santa Barbara, CA  93110

Hope Elementary
SUPERINTENDENT: Melanie Matta
E-MAIL: mmattahope@gmail.com
PHONE NUMBER: (559) 784-1064
613  W. Teapot Dome Ave.
Porterville, CA  93257

Horicon Elementary
SUPERINTENDENT: Jeff Mcfarland
E-MAIL: jmcfarland@horiconsd.org
PHONE NUMBER: (707) 886-5322
35555 Annapolis Rd.
Annapolis, CA  95412

Hornbrook Elementary
SUPERINTENDENT: Kelly Bear
E-MAIL: kbear@hornbrookschool.org
PHONE NUMBER: (530) 475-3598
15430 Oregon Rd.
Hornbrook, CA  96044

Hot Springs Elementary
SUPERINTENDENT: Tom Byars
E-MAIL: tom.byars@hotspringsschool.org
PHONE NUMBER: (661) 548-6544
40505 Hot Springs Dr.
California Hot Springs, CA  93207

Howell Mountain Elementary
SUPERINTENDENT: Janet Tufts
E-MAIL: jtufts@hmesd.org
PHONE NUMBER: (707) 965-2423
525 White Cottage Rd. N.
Angwin, CA  94508

Hueneme Elementary
SUPERINTENDENT: Christine Walker
E-MAIL: cwalker@hueneme.org
PHONE NUMBER: (805) 488-3588
205 N. Ventura Rd.
Port Hueneme, CA  93041

Hughes-elizabeth Lakes Union Elementary
SUPERINTENDENT: Lori Slaven
E-MAIL: lslaven@heluesd.org
PHONE NUMBER: (661) 724-1231
16633 Elizabeth Lake Rd.
Lake Hughes, CA  93532

Hughson Unified
SUPERINTENDENT: Brenda Smith
E-MAIL: bsmith@hughsonschools.org
PHONE NUMBER: (209) 883-4428
6815 Hughson Ave.
Hughson, CA  95326

Humboldt County Office Of Education
SUPERINTENDENT: Chris Hartley
E-MAIL: superintendent@hcoe.org
PHONE NUMBER: (707) 445-7000
901 Myrtle Ave.
Eureka, CA  95501

Humboldt County Rop
SUPERINTENDENT: Chris Hartley
E-MAIL: superintendent@hcoe.org
PHONE NUMBER: (916) 319-0800
901 Myrtle Ave.
Eureka, CA  95501

Huntington Beach City Elementary
SUPERINTENDENT: Gregory Magnuson
E-MAIL: gmagnuson@hbcsd.us
PHONE NUMBER: (714) 964-8888
17011 Beach Blvd., Suite 560
Huntington Beach, CA  92647

Huntington Beach Union High
SUPERINTENDENT: Clint Harwick
E-MAIL: charwick@hbuhsd.edu
PHONE NUMBER: (714) 903-7000
5832 Bolsa Ave.
Huntington Beach, CA  92649

Hydesville Elementary
SUPERINTENDENT: Kevin Trone
E-MAIL: superintendent@hydesvilleschool.org
PHONE NUMBER: (707) 768-3610
3050 Johnson Rd.
Hydesville, CA  95547

Igo, Ono, Platina Union Elementary
SUPERINTENDENT: Robert Adams
E-MAIL: rjadams@rsdnmp.org
PHONE NUMBER: (530) 396-2841
6429 Placer St.
Igo, CA  96047

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Imperial County Office Of Education
SUPERINTENDENT: Todd Finnell
E-MAIL: todd.finnell@icoe.org
PHONE NUMBER: (760) 312-6464
1398 Sperber Rd.
El Centro, CA  92243

Imperial Unified
SUPERINTENDENT: Bryan Thomason
E-MAIL: bthomason@imperialusd.org
PHONE NUMBER: (760) 355-3200
219 N. E St.
Imperial, CA  92251

Imperial Valley Rop
SUPERINTENDENT: Edwin Obergfell
E-MAIL: eobergfell@ivrop.org
PHONE NUMBER: (760) 482-2600
687 State St.
El Centro, CA  92243

Imperial Valley Rop Jpa
SUPERINTENDENT: Edwin Obergfell
E-MAIL: eobergfell@ivrop.org
PHONE NUMBER: (760) 482-2600
1398 Sperber Rd.
El Centro, CA  92243

Indian Diggings Elementary
SUPERINTENDENT: Grant Coffin
E-MAIL: gcoffin@edcoe.org
PHONE NUMBER: (530) 620-6546
6020 Omo Ranch Rd.
Somerset, CA  95684

Indian Springs Elementary
SUPERINTENDENT: Clark Redfield
E-MAIL: clarkredfield@sbcglobal.net
PHONE NUMBER: (530) 337-6219
25299 Big Bend Rd.
Big Bend, CA  96011

Inglewood Unified
SUPERINTENDENT: Erika Torres
E-MAIL: erika.torres@inglewoodusd.com
PHONE NUMBER: (310) 419-2705
401 S. Inglewood Ave.
Inglewood, CA  90301

Inyo County Career Technical Education
SUPERINTENDENT: Barry Simpson
E-MAIL: bsimpson@inyocoe.org
PHONE NUMBER: (760) 873-3262
555 Clay St.
Independence, CA  93526

Inyo County Office Of Education
SUPERINTENDENT: Barry Simpson
E-MAIL: bsimpson@inyocoe.org
PHONE NUMBER: (760) 873-3262
555 S. Clay St.
Independence, CA  93526

Irvine Unified
SUPERINTENDENT: Terry Walker
E-MAIL: terrywalker@iusd.org
PHONE NUMBER: (949) 936-5000
5050 Barranca Pkwy.
Irvine, CA  92604

Jacoby Creek Elementary
SUPERINTENDENT: Melanie Nannizzi
E-MAIL: mnannizzi@jcsk8.org
PHONE NUMBER: (707)822-4896
1617 Old Arcata Rd.
Bayside, CA  95524

Jamestown Elementary
SUPERINTENDENT: Contessa Pelfrey
E-MAIL: cpelfrey@jespanthers.org
PHONE NUMBER: (209) 984-4058
18299 Fifth Ave.
Jamestown, CA  95327

Jamul-dulzura Union Elementary
SUPERINTENDENT: Liz Bystedt
E-MAIL: lbystedt@jdusd.org
PHONE NUMBER: (619) 669-7700
14581 Lyons Valley Rd.
Jamul, CA  91935

Janesville Union Elementary
SUPERINTENDENT: Ed Brown
E-MAIL: ebrown@janesvilleschool.org
PHONE NUMBER: (530) 253-3551
464-555 Main St.
Janesville, CA  96114

Jefferson Elementary
SUPERINTENDENT: Bernardo Vidales
E-MAIL: bvidales@jeffersonesd.org
PHONE NUMBER: (650) 991-1000
101 Lincoln Ave.
Daly City, CA  94015

Jefferson Elementary
SUPERINTENDENT: Elizabeth Volmer
E-MAIL: evolmer@sbcoe.org
PHONE NUMBER: (831)389-4593
221 Old Hernandez Rd.
Paicines, CA  95043

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Jefferson Elementary
SUPERINTENDENT: James Bridges
E-MAIL: jbridges@jsdtracy.com
PHONE NUMBER: (209) 836-3388
1219 Whispering Wind Dr.
Tracy, CA  95377

Jefferson Union High
SUPERINTENDENT: Terry Ann Deloria
E-MAIL: tdeloria@juhsd.net
PHONE NUMBER: (650) 550-7900
699 Serramonte Blvd., Ste.100
Daly City, CA  94015

John Swett Unified
SUPERINTENDENT: Charles Miller
E-MAIL: cmiller@jsusd.org
PHONE NUMBER: (510) 245-4300
400 Parker Ave.
Rodeo, CA  94572

Johnstonville Elementary
SUPERINTENDENT: Scott Smith
E-MAIL: ssmith@johnstonville.org
PHONE NUMBER: (530) 257-2471
704-795 Bangham Ln.
Susanville, CA  96130

Julian Union Elementary
SUPERINTENDENT: Brian Duffy
E-MAIL: brian.duffy@juesd.net
PHONE NUMBER: (760) 765-0661
1704 Cape Horn
Julian, CA  92036

Julian Union High
SUPERINTENDENT: Patrick Hefflin
E-MAIL: phefflin@juhsd.org
PHONE NUMBER: (760) 765-0606
1656 Highway 78
Julian, CA  92036

Junction City Elementary
SUPERINTENDENT: Christine Camara
E-MAIL: ccamara@tcoek12.org
PHONE NUMBER: (530) 623-6381
430 Red Hill Rd.
Junction City, CA  96048

Junction Elementary
SUPERINTENDENT: Clay Ross
E-MAIL: cross@junctionesd.net
PHONE NUMBER: (530) 547-3274
9087 Deschutes Rd.
Palo Cedro, CA  96073

Junction Elementary
SUPERINTENDENT: Clay Ross
E-MAIL: cross@junctionesd.net
PHONE NUMBER: (530) 469-3373
98821 Highway 96
Somes Bar, CA  95568

Jurupa Unified
SUPERINTENDENT: Elliot Duchon
E-MAIL: educhon@jusd.k12.ca.us
PHONE NUMBER: (951) 360-4168
4850 Pedley Rd.
Jurupa Valley, CA  92509

Kashia Elementary
SUPERINTENDENT: Frances Johnson
E-MAIL: fjohnson@scoe.org
PHONE NUMBER: (707) 785-9682
31510  Skaggs Springs Rd.
Stewarts Point, CA  95480

Kelseyville Unified
SUPERINTENDENT: David Mcqueen
E-MAIL: davem@kvusd.org
PHONE NUMBER: (707) 279-1511
4410 Konocti Rd.
Kelseyville, CA  95451

Kentfield Elementary
SUPERINTENDENT: Raquel Rose
E-MAIL: rrose@kentfieldschools.org
PHONE NUMBER: (415) 458-5130
750 College Ave.
Kentfield, CA  94904

Kenwood
SUPERINTENDENT: Bob Bales
E-MAIL: bbales@kenwood.k12.ca.us
PHONE NUMBER: (707) 833-2500
230 Randolph Ave.
Kenwood, CA  95452

Keppel Union Elementary
SUPERINTENDENT: Vishna Herrity
E-MAIL: vherrity@keppel.k12.ca.us
PHONE NUMBER: (661) 944-2155
34004 128Th St. E.
Pearblossom, CA  93553

Kerman Unified
SUPERINTENDENT: Robert Frausto
E-MAIL: robert.frausto@kermanusd.com
PHONE NUMBER: (559) 843-9000
151 S. First St.
Kerman, CA  93630

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Kern County Office Of Education
SUPERINTENDENT: Mary Barlow
E-MAIL: mabarlow@kern.org
PHONE NUMBER: (661) 636-4000
1300 17Th St., City Centre
Bakersfield, CA  93301

Kern County Rop
SUPERINTENDENT: Bryon Schaefer
E-MAIL: bschaefer@kernhigh.org
PHONE NUMBER: (916) 319-0800
5801 Sundale Ave.
Bakersfield, CA  93309

Kern High
SUPERINTENDENT: Bryon Schaefer
E-MAIL: bschaefer@kernhigh.org
PHONE NUMBER: (661) 827-3100
5801 Sundale Ave.
Bakersfield, CA  93309

Kern High Roc
SUPERINTENDENT: Brian Miller
E-MAIL: brian_miller@khsd.k12.ca.us
PHONE NUMBER: (661) 831-3327
501 S. Mt. Vernon Ave.
Bakersfield, CA  93307

Kernville Union Elementary
SUPERINTENDENT: Steve Martinez
E-MAIL: smartinez@kernvilleusd.org
PHONE NUMBER: (760) 379-3651
3240 Erskine Creek Rd.
Lake Isabella, CA  93240

Keyes Union
SUPERINTENDENT: Helio Brasil
E-MAIL: hbrasil@keyes.k12.ca.us
PHONE NUMBER: (209) 669-2921
5680 Seventh St.
Keyes, CA  95328

King City Union
SUPERINTENDENT: Rory Livingston
E-MAIL: rlivingston@kcusd.org
PHONE NUMBER: (831) 385-2940
435 Pearl St.
King City, CA  93930

Kings Canyon Joint Unified
SUPERINTENDENT: John Campbell
E-MAIL: campbell-j@kcusd.com
PHONE NUMBER: (559) 305-7010
675 W. Manning Ave.
Reedley, CA  93654

Kings County Office Of Education
SUPERINTENDENT: Todd Barlow
E-MAIL: todd.barlow@kingscoe.org
PHONE NUMBER: (559) 584-1441
1144 W. Lacey Blvd.
Hanford, CA  93230

Kings County Rop
SUPERINTENDENT: Margie Newton
E-MAIL: margie.newton@kings.k12.ca.us
PHONE NUMBER: (916) 319-0800
Mary Brock Hall
Hanford, CA  93230

Kings River Union Elementary
SUPERINTENDENT: Sherry Martin
E-MAIL: smartin@krusd.org
PHONE NUMBER: (559) 897-7209
3961 Ave. 400
Kingsburg, CA  93631

Kings Schools Transportation Authority Jpa
SUPERINTENDENT: Cheryl Hunt
E-MAIL: cherylhunt@myluesd.net
PHONE NUMBER: (559) 924-6800
1200 W. Cinnamon Dr.
Lemoore, CA  93245

Kingsburg Joint Union High
SUPERINTENDENT: Don Shoemaker
E-MAIL: dshoemaker@kingsburghigh.com
PHONE NUMBER: (559) 897-7721
1900 18Th Ave.
Kingsburg, CA  93631

Kirkwood Elementary
SUPERINTENDENT: Michelle Farrer
E-MAIL: mfarrer@kirkwoodschoolca.org
PHONE NUMBER: (530) 824-7773
2049 Kirkwood Rd.
Corning, CA  96021

Kit Carson Union Elementary
SUPERINTENDENT: Robin Jones
E-MAIL: rjones@kitcarsonschool.com
PHONE NUMBER: (559) 582-2843
9895 Seventh Ave.
Hanford, CA  93230

Klamath River Union Elementary
SUPERINTENDENT: Kermith Walters
E-MAIL: kwalters@siskiyoucoe.net
PHONE NUMBER: (530) 496-3406
30438 Walker Rd.
Horse Creek, CA  96050

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Klamath-trinity Joint Unified
SUPERINTENDENT: Jennifer Glueck
E-MAIL: jglueck@ktjusd.k12.ca.us
PHONE NUMBER: (530) 625-5600
5 Loop Rd.
Hoopa, CA  95546

Kneeland Elementary
SUPERINTENDENT: Greta Turney
E-MAIL: admin@kneelandsd.org
PHONE NUMBER: (707) 442-5472
9313 Kneeland Rd.
Kneeland, CA  95549

Knights Ferry Elementary
SUPERINTENDENT: Janet Skulina
E-MAIL: jskulina@kfesd.org
PHONE NUMBER: (209) 881-3382
12726 Dent St.
Knights Ferry, CA  95361

Knightsen Elementary
SUPERINTENDENT: Harvey Yurkovich
E-MAIL: hyurkovich@knightsen.k12.ca.us
PHONE NUMBER: (925) 625-0073
1923 Delta Rd.
Knightsen, CA  94548

Konocti Unified
SUPERINTENDENT: Becky Salato
E-MAIL: becky.salato@konoctiusd.org
PHONE NUMBER: (707) 994-6475
9430 B Lake St.
Lower Lake, CA  95457

La Canada Unified
SUPERINTENDENT: Wendy Sinnette
E-MAIL: wsinnette@lcusd.net
PHONE NUMBER: (818) 952-8300
4490 Cornishon Ave.
La Canada, CA  91011

La Habra City Elementary
SUPERINTENDENT: Joanne Culverhouse
E-MAIL: jculverhouse@lahabraschools.org
PHONE NUMBER: (562) 690-2305
500 N. Walnut St.
La Habra, CA  90631

La Honda-pescadero Unified
SUPERINTENDENT: Amy Wooliever
E-MAIL: amyw@lhpusd.com
PHONE NUMBER: (650) 879-0286
360 Butano Cut Off
Pescadero, CA  94060

La Mesa-spring Valley
SUPERINTENDENT: David Feliciano
E-MAIL: david.feliciano@lmsvschools.org
PHONE NUMBER: (619) 668-5700
4750 Date Ave.
La Mesa, CA  91942

La Puente Valley Rop
SUPERINTENDENT: Alex Rojas
E-MAIL: arojas@lpvrop.org
PHONE NUMBER: (626) 810-3300
341 La Seda Rd.
La Puente, CA  91744

Lafayette Elementary
SUPERINTENDENT: Richard Whitmore
E-MAIL: rwhitmore@lafsd.org
PHONE NUMBER: (925) 927-3500
3477 Sch St.
Lafayette, CA  94549

Laguna Beach Unified
SUPERINTENDENT: Jason Viloria
E-MAIL: jviloria@lbusd.org
PHONE NUMBER: (949) 497-7700
550 Blumont St.
Laguna Beach, CA  92651

Laguna Joint Elementary
SUPERINTENDENT: Mary Burke
E-MAIL: superintendentsoffice@marinschools.org
PHONE NUMBER: (707) 762-6051
2657 Chileno Valley Rd.
Petaluma, CA  94952

Lagunita Elementary
SUPERINTENDENT: Daniel Stonebloom
E-MAIL: dstonebloom@montereycoe.org
PHONE NUMBER: (831) 449-2800
975 San Juan Grade Rd.
Salinas, CA  93907

Lagunitas Elementary
SUPERINTENDENT: John Carroll
E-MAIL: jcarroll@lagunitas.org
PHONE NUMBER: (415) 488-4118
One Lagunitas Sch Rd.
San Geronimo, CA  94963

Lake County Office Of Education
SUPERINTENDENT: Brock Falkenberg
E-MAIL: bfalkenberg@lakecoe.org
PHONE NUMBER: (707) 262-4100
1152 S. Main St.
Lakeport, CA  95453

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Lake County Rop
SUPERINTENDENT: Brock Falkenberg
E-MAIL: bfalkenberg@lakecoe.org
PHONE NUMBER: (916) 319-0800
1152 S. Main St.
Lakeport, CA  95453

Lake Elementary
SUPERINTENDENT: Nikol Baker
E-MAIL: nbaker@lakeschool.org
PHONE NUMBER: (530) 865-1255
4672 Co Rd. N
Orland, CA  95963

Lake Elsinore Unified
SUPERINTENDENT: Doug Kimberly
E-MAIL: doug.kimberly@leusd.k12.ca.us
PHONE NUMBER: (951) 253-7000
545 Chaney St.
Lake Elsinore, CA  92530

Lake Tahoe Unified
SUPERINTENDENT: Todd Cutler
E-MAIL: tcutler@ltusd.org
PHONE NUMBER: (530) 541-2850
1021 Al Tahoe Blvd.
South Lake Tahoe, CA  96150

Lakeport Unified
SUPERINTENDENT: Jill Falconer
E-MAIL: jfalconer@lakeport.k12.ca.us
PHONE NUMBER: (707) 262-3000
2508 Howard Ave.
Lakeport, CA 95453

Lakeside Joint
SUPERINTENDENT: Sean Joyce
E-MAIL: sjoyce@lakesidelosgatos.org
PHONE NUMBER: (408) 354-2372
19621 Black Rd.
Los Gatos, CA  95033

Lakeside Union
SUPERINTENDENT: Ty Bryson
E-MAIL: tbryson@lakesideusd.org
PHONE NUMBER: (661) 836-6658
14535 Old River Rd.
Bakersfield, CA  93311

Lakeside Union Elementary
SUPERINTENDENT: Andrew Johnsen
E-MAIL: ajohnsen@lsusd.net
PHONE NUMBER: (619) 390-2600
12335 Woodside Ave.
Lakeside, CA  92040

Lakeside Union Elementary
SUPERINTENDENT: Cynthia Marshall
E-MAIL: cmarshall@lakeside.k12.ca.us
PHONE NUMBER: (559) 582-2868
9100 Jersey Ave.
Hanford, CA  93230

Lammersville Joint Unified
SUPERINTENDENT: Kirk Nicholas
E-MAIL: knicholas@lammersvilleusd.net
PHONE NUMBER: (209) 836-7400
111 S. De Anza Blvd.
Mountain House, CA  95391

Lamont Elementary
SUPERINTENDENT: Miguel Guerrero
E-MAIL: mguerrero@lesd.us
PHONE NUMBER: (661) 845-0751
7915 Burgundy Ave.
Lamont, CA  93241

Lancaster Elementary
SUPERINTENDENT: Michele Bowers
E-MAIL: superintendent@lancsd.org
PHONE NUMBER: (661) 948-4661
44711 N. Cedar Ave.
Lancaster, CA  93534

Larkspur-corte Madera
SUPERINTENDENT: Brett Geithman
E-MAIL: bgeithman@lcmschools.org
PHONE NUMBER: (415)927-6960
230 Doherty Dr.
Larkspur, CA  94939

Las Lomitas Elementary
SUPERINTENDENT: Lisa Cesario
E-MAIL: lcesario@llesd.org
PHONE NUMBER: (650) 854-2880
1011 Altschul Ave.
Menlo Park, CA  94025

Las Virgenes Unified
SUPERINTENDENT: Daniel Stepenosky
E-MAIL: superintendent@lvusd.org
PHONE NUMBER: (818) 880-4000
4111 Las Virgenes Rd.
Calabasas, CA  91302

Lassen County Office Of Education
SUPERINTENDENT: Patricia Gunderson
E-MAIL: pgunderson@lcoe.org
PHONE NUMBER: (530) 257-2196
472-013 Johnstonville Rd., N.
Susanville, CA  96130

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Lassen Rop
SUPERINTENDENT: Patricia Gunderson
E-MAIL: pgunderson@lcoe.org
PHONE NUMBER: (916) 319-0800
472-013 Johnstonville Rd, N.
Susanville, CA  96130

Lassen Union High
SUPERINTENDENT: Morgan Nugent
E-MAIL: morgan.nugent@lassenhigh.org
PHONE NUMBER: (530) 257-5134
1000 Main St.
Susanville, CA  96130

Lassen View Union Elementary
SUPERINTENDENT: Gerard Walker
E-MAIL: jwalker@lassenview.org
PHONE NUMBER: (530) 527-5162
10818 Highway 99-E
Los Molinos, CA  96055

Laton Joint Unified
SUPERINTENDENT: Lupe Nieves
E-MAIL: lnieves@latonunified.org
PHONE NUMBER: (559) 922-4015
6259 Dewoody
Laton, CA  93242

Latrobe
SUPERINTENDENT: Natalie Miller
E-MAIL: nmiller@latrobeschool.com
PHONE NUMBER: (530) 677-0260
7900 S. Shingle Rd.
Shingle Springs, CA  95682

Lawndale Elementary
SUPERINTENDENT: Betsy Hamilton
E-MAIL: betsy_hamilton@lawndalesd.net
PHONE NUMBER: (310) 973-1300
4161 W. 147Th St.
Lawndale, CA  90260

Laytonville Unified
SUPERINTENDENT: Joan Potter
E-MAIL: jvpotter@mcn.org
PHONE NUMBER: (707) 984-6414
150 Ramsey Rd.
Laytonville, CA  95454

Le Grand Union Elementary
SUPERINTENDENT: Scott Borba
E-MAIL: sborba@lgelm.org
PHONE NUMBER: (209) 389-4515
13071 E. Le Grand Rd.
Le Grand, CA  95333

Le Grand Union High
SUPERINTENDENT: Donna Alley
E-MAIL: dalley@lghs.k12.ca.us
PHONE NUMBER: (209) 389-9403
12961 E. Le Grand Rd.
Le Grand, CA  95333

Leggett Valley Unified
SUPERINTENDENT: Anthony Loumena
E-MAIL: anthony@leggett.k12.ca.us
PHONE NUMBER: (707) 925-6285
1 Sch Way
Leggett, CA  95585

Lemon Grove
SUPERINTENDENT: Erica Balakian
E-MAIL: ebalakian@lemongrovesd.net
PHONE NUMBER: (619) 825-5600
8025 Lincoln St.
Lemon Grove, CA  91945

Lemoore Union Elementary
SUPERINTENDENT: Cheryl Hunt
E-MAIL: cherylhunt@myluesd.net
PHONE NUMBER: (559) 924-6800
1200 W. Cinnamon Dr.
Lemoore, CA  93245

Lemoore Union High
SUPERINTENDENT: Debbie Muro
E-MAIL: dmuro@luhsd.k12.ca.us
PHONE NUMBER: (559) 924-6610
5 Powell Ave.
Lemoore, CA  93245

Lennox
SUPERINTENDENT: Scott Price
E-MAIL: scott_price@lennoxk12.org
PHONE NUMBER: (310) 695-4000
10319 S. Firmona Ave.
Lennox, CA  90304

Lewiston Elementary
SUPERINTENDENT: Mary Thoreson
E-MAIL: mthoreson@tcoek12.org
PHONE NUMBER: (530) 778-3984
685 Lewiston Rd.
Lewiston, CA  96052

Liberty Elementary
SUPERINTENDENT: Christopher Rafanelli
E-MAIL: crafanelli@libertysd.org
PHONE NUMBER: (707) 795-4380
170 Liberty Sch Rd.
Petaluma, CA  94952

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Liberty Elementary
SUPERINTENDENT: Keri Montoya
E-MAIL: kmontoya@liberty.k12.ca.us
PHONE NUMBER: (559) 686-1675
1771 E. Pacific Ave.
Tulare, CA  93274

Liberty Union High
SUPERINTENDENT: Eric Volta
E-MAIL: voltae@luhsd.net
PHONE NUMBER: (925) 634-2166
20 Oak St.
Brentwood, CA  94513

Lincoln Elementary
SUPERINTENDENT: Mary Burke
E-MAIL: superintendentsoffice@marinschools.org
PHONE NUMBER: (707) 763-0045
1300 Hicks Valley Rd.
Petaluma, CA  94952

Lincoln Unified
SUPERINTENDENT: Kelly Dextraze
E-MAIL: kdextraze@lusd.net
PHONE NUMBER: (209) 953-8700
2010 W. Swain Rd.
Stockton, CA  95207

Linden Unified
SUPERINTENDENT: Rick Hall
E-MAIL: rihall@lindenusd.com
PHONE NUMBER: (209) 887-3894
18527 E. Main St.
Linden, CA  95236

Lindsay Unified
SUPERINTENDENT: Thomas Rooney
E-MAIL: trooney@lindsay.k12.ca.us
PHONE NUMBER: (559) 562-5111
371 E. Hermosa St.
Lindsay, CA  93247

Linns Valley-poso Flat Union
SUPERINTENDENT: Tammy Pritchard
E-MAIL: tapritchard@linnsvalleyschooldistrict.org
PHONE NUMBER: (661) 536-8811
158 White River Rd.
Glennville, CA  93226

Little Lake City Elementary
SUPERINTENDENT: William Crean
E-MAIL: wcrean@llcsd.net
PHONE NUMBER: (562) 868-8241
10515 S. Pioneer Blvd.
Santa Fe Springs, CA  90670

Little Shasta Elementary
SUPERINTENDENT: Todd Clark
E-MAIL: tclark@littleshasta.k12.ca.us
PHONE NUMBER: (530) 459-3269
8409 Lower Little Shasta Rd.
Montague, CA  96064

Live Oak Elementary
SUPERINTENDENT: Lorie Chamberland
E-MAIL: LChamberland@Losd.Ca
PHONE NUMBER: (831) 475-6333
984 Bostwick Ln., Ste. 1
Santa Cruz, CA  95062

Live Oak Unified
SUPERINTENDENT: Mathew Gulbrandsen
E-MAIL: mgulbran@lousd.k12.ca.us
PHONE NUMBER: (530) 695-5400
2201 Pennington Rd.
Live Oak, CA  95953

Livermore Valley Joint Unified
SUPERINTENDENT: Kelly Bowers
E-MAIL: kbowers@lvjusd.org
PHONE NUMBER: (925) 606-3200
685 E. Jack London Blvd.
Livermore, CA  94551

Livingston Union
SUPERINTENDENT: Andres Zamora
E-MAIL: azamora@livingstonusd.org
PHONE NUMBER: (209) 394-5400
922 B St.
Livingston, CA  95334

Lodi Unified
SUPERINTENDENT: Cathy Washer
E-MAIL: cwasher@lodiusd.net
PHONE NUMBER: (209) 331-7000
1305 E. Vine St.
Lodi, CA  95240

Loleta Union Elementary
SUPERINTENDENT: Autumn Chapman
E-MAIL: achapman@loleta.org
PHONE NUMBER: (707) 733-5705
700 Loleta Dr.
Loleta, CA  95551

Loma Prieta Joint Union Elementary
SUPERINTENDENT: Lisa Fraser
E-MAIL: l.fraser@loma.k12.ca.us
PHONE NUMBER: (408) 353-1101
23800 Summit Rd.
Los Gatos, CA  95033

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Lompoc Unified
SUPERINTENDENT: Trevor Mcdonald
E-MAIL: mcdonald.trevor@lusd.org
PHONE NUMBER: (805) 742-3300
1301 N. A St.
Lompoc, CA  93436

Lone Pine Unified
SUPERINTENDENT: Patrick Traynor
E-MAIL: ptraynor@lpusd.k12.ca.us
PHONE NUMBER: (760) 876-5579
301 S. Hay St.
Lone Pine, CA  93545

Long Beach Unified
SUPERINTENDENT: Jill Baker
E-MAIL: jbaker@lbschools.net
PHONE NUMBER: (562) 997-8000
1515 Hughes Way
Long Beach, CA  90810

Long Beach Unified Rop
SUPERINTENDENT: Jill Baker
E-MAIL: jbaker@lbschools.net
PHONE NUMBER: (916) 319-0800
701 Locust Ave.
Long Beach, CA  90813

Loomis Union Elementary
SUPERINTENDENT: Gordon Medd
E-MAIL: gmedd@loomis-usd.k12.ca.us
PHONE NUMBER: (916) 652-1800
3290 Humphrey Rd.
Loomis, CA  95650

Los Alamitos Unified
SUPERINTENDENT: Andrew Pulver
E-MAIL: apulver@losal.org
PHONE NUMBER: (562) 799-4700
10293 Bloomfield St.
Los Alamitos, CA  90720

Los Altos Elementary
SUPERINTENDENT: Jeff Baier
E-MAIL: jbaier@lasdschools.org
PHONE NUMBER: (650) 947-1150
201 Covington Rd.
Los Altos, CA  94024

Los Angeles County Office Of Education
SUPERINTENDENT: Debra Duardo
E-MAIL: duardo_debra@lacoe.edu
PHONE NUMBER: (562) 922-6111
9300 Imperial Hwy.
Downey, CA  90242

Los Angeles County Rop
SUPERINTENDENT: Arturo Delgado
E-MAIL: delgado_arturo@lacoe.edu
PHONE NUMBER: (916) 319-0800
9300 E. Imperial Way
Downey, CA  90242

Los Angeles Unified
SUPERINTENDENT: Austin Beutner
E-MAIL: austin.beutner@lausd.net
PHONE NUMBER: (213) 241-1000
333 S. Beaudry Ave.
Los Angeles, CA  90017

Los Angeles Unified Rocp
SUPERINTENDENT: Austin Beutner
E-MAIL: austin.beutner@lausd.net
PHONE NUMBER: (213) 745-1940
333 S. Beaudry Ave.
Los Angeles, CA  90017

Los Banos Unified
SUPERINTENDENT: Mark Marshall
E-MAIL: mmarshall@losbanosusd.k12.ca.us
PHONE NUMBER: (209) 826-3801
1717 S. 11Th St.
Los Banos, CA  93635

Los Gatos Union Elementary
SUPERINTENDENT: Paul Johnson
E-MAIL: pjohnson@lgusd.org
PHONE NUMBER: (408) 335-2000
17010 Roberts Rd.
Los Gatos, CA  95032

Los Gatos-saratoga Joint Union High
SUPERINTENDENT: Michael Grove
E-MAIL: mgrove@lgsuhsd.org
PHONE NUMBER: (408) 354-2520
17421 Farley Rd. W.
Los Gatos, CA  95030

Los Molinos Unified
SUPERINTENDENT: Joey Adame
E-MAIL: jadame@lmusd.net
PHONE NUMBER: (530) 384-7832
7851 Highway 99-E
Los Molinos, CA  96055

Los Nietos
SUPERINTENDENT: Jonathan Vasquez
E-MAIL: jonathan_vasquez@lnsd.net
PHONE NUMBER: (562) 692-0271
8324 S. W.Man Ave.
Whittier, CA  90606

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Los Olivos Elementary
SUPERINTENDENT: Pamela Able
E-MAIL: pable.losolivos@gmail.com
PHONE NUMBER: (805) 688-4025
2540 Alamo Pintado Ave.
Los Olivos, CA  93441

Lost Hills Union Elementary
SUPERINTENDENT: Harrison Favereaux
E-MAIL: hafaver@losthills.k12.ca.us
PHONE NUMBER: (661) 797-2626
21109 California 46
Lost Hills, CA  93249

Lowell Joint
SUPERINTENDENT: Jim Coombs
E-MAIL: jcoombs@ljsd.org
PHONE NUMBER: (562) 943-0211
11019 Valley Home Ave.
Whittier, CA  90603

Lucerne Elementary
SUPERINTENDENT: Mike Brown
E-MAIL: mbrown@lucerne.k12.ca.us
PHONE NUMBER: (707) 274-5578
3351 Country Club Dr.
Lucerne, CA  95458

Lucerne Valley Unified
SUPERINTENDENT: Peter Livingston
E-MAIL: peter_livingston@lucernevalleyusd.org
PHONE NUMBER: (760) 248-6108
8560 Aliento Rd.
Lucerne Valley, CA  92356

Lucia Mar Unified
SUPERINTENDENT: Andy Stenson
E-MAIL: andy.stenson@lmusd.org
PHONE NUMBER: (805) 474-3000
602 Orchard St.
Arroyo Grande, CA  93420

Luther Burbank
SUPERINTENDENT: Edith Mourtos
E-MAIL: emourtos@lbsdk8.org
PHONE NUMBER: (408) 295-2450
4 Wabash Ave.
San Jose, CA  95128

Lynwood Unified
SUPERINTENDENT: Gudiel Crosthwaite
E-MAIL: gcrosthwaite@mylusd.org
PHONE NUMBER: (310) 886-1600
11321 Bullis Rd.
Lynwood, CA  90262

Madera County Superintendent Of Schools
SUPERINTENDENT: Cecilia Massetti
E-MAIL: cmassetti@mcsos.org
PHONE NUMBER: (559) 673-6051
1105 S. Madera Ave.
Madera, CA  93637

Madera Unified
SUPERINTENDENT: Todd Lile
E-MAIL: toddlile@maderausd.org
PHONE NUMBER: (559) 675-4500
1902 Howard Rd.
Madera, CA  93637

Magnolia Elementary
SUPERINTENDENT: Frank Donavan
E-MAIL: fdonavan@magnoliasd.org
PHONE NUMBER: (714) 761-5533
2705 W. Orange Ave.
Anaheim, CA  92804

Magnolia Union Elementary
SUPERINTENDENT: Blaine Smith
E-MAIL: brsmith@magnoliatigers.com
PHONE NUMBER: (760) 344-2494
4502 Casey Rd.
Brawley, CA  92227

Mammoth Unified
SUPERINTENDENT: Jennifer Wildman
E-MAIL: jwildman@mammothusd.org
PHONE NUMBER: (760) 934-6802
461 Sierra Park Rd.
Mammoth Lakes, CA  93546

Manchester Union Elementary
SUPERINTENDENT: Cinthia Gonzalez
E-MAIL: mansupt@mcn.org
PHONE NUMBER: (707) 882-2374
19550 S. Highway 1
Manchester, CA  95459

Manhattan Beach Unified
SUPERINTENDENT: Michael Matthews
E-MAIL: mmatthews@mbusd.org
PHONE NUMBER: (310) 318-7345
325 S. Peck Ave.
Manhattan Beach, CA  90266

Manteca Unified
SUPERINTENDENT: Clark Burke
E-MAIL: cburke@musd.net
PHONE NUMBER: (209) 825-3200
2271 W. Louise Ave.
Manteca, CA  95337

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Manzanita Elementary
SUPERINTENDENT: Gary Rogers
E-MAIL: grogers@mesd.net
PHONE NUMBER: (530) 846-5594
627 E. Evans-Reimer Rd.
Gridley, CA  95948

Maple Creek Elementary
SUPERINTENDENT: Wendy Orlandi
E-MAIL: worlandi@maplecreekschool.org
PHONE NUMBER: (707) 668-5596
15933 Maple Creek Rd.
Korbel, CA  95550

Maple Elementary
SUPERINTENDENT: Julie Boesch
E-MAIL: jboesch@mapleschool.org
PHONE NUMBER: (661) 746-4439
29161 Fresno Ave.
Shafter, CA  93263

Marcum-illinois Union Elementary
SUPERINTENDENT: Jimmie Eggers
E-MAIL: jimmiee@sutter.k12.ca.us
PHONE NUMBER: (530) 656-2407
2452 El Centro Blvd.
East Nicolaus, CA  95659

Maricopa Unified
SUPERINTENDENT: Scott Meier
E-MAIL: smeier@musd.email
PHONE NUMBER: (661) 769-8231
955 Stanislaus St.
Maricopa, CA  93252

Marin County Office Of Education
SUPERINTENDENT: Mary Burke
E-MAIL: mjburke@marinschools.org
PHONE NUMBER: (415) 472-4110
1111 Las Gallinas Ave.
San Rafael, CA  94913

Marin County Rop
SUPERINTENDENT: Mike Grant
E-MAIL: mgrant@marinschools.org
PHONE NUMBER: (916) 319-0800
1111 Las Gallinas Ave.
San Rafael, CA  94903

Mariposa County Office Of Education
SUPERINTENDENT: Jeff Aranguena
E-MAIL: jaranguena@mcusd.org
PHONE NUMBER: (209) 742-0250
5082 Old Highway N.
Mariposa, CA  95338

Mariposa County Unified
SUPERINTENDENT: Jeff Aranguena
E-MAIL: jaranguena@mcusd.org
PHONE NUMBER: (209) 742-0250
5082 Old Highway N.
Mariposa, CA  95338

Mark Twain Union Elementary
SUPERINTENDENT: Paula Wyant
E-MAIL: pwyant@mtwain.k12.ca.us
PHONE NUMBER: (209) 736-1855
981 Tuolumne Ave.
Angels Camp, CA  95222

Mark West Union Elementary
SUPERINTENDENT: Ronald Calloway
E-MAIL: rcalloway@mwusd.org
PHONE NUMBER: (707) 524-2970
305 Mark W. Springs Rd.
Santa Rosa, CA  95404

Martinez Unified
SUPERINTENDENT: Christopher Cammack
E-MAIL: ccammack@martinez.k12.ca.us
PHONE NUMBER: (925) 335-5800
921 Susana St.
Martinez, CA  94553

Marysville Joint Unified
SUPERINTENDENT: Gary Cena
E-MAIL: gcena@mjusd.org
PHONE NUMBER: (530) 741-6000
1919 B St.
Marysville, CA  95901

Mattole Unified
SUPERINTENDENT: Karen Ashmore
E-MAIL: kashmore@mattolevalley.org
PHONE NUMBER: (707) 629-3311
29289 Chambers Rd.
Petrolia, CA  95558

Maxwell Unified
SUPERINTENDENT: Summer Shadley
E-MAIL: summershadley@maxwell.k12.ca.us
PHONE NUMBER: (530) 438-2052
515 Oak St.
Maxwell, CA  95955

Mccabe Union Elementary
SUPERINTENDENT: Laura Dubbe
E-MAIL: laura.dubbe@muesd.net
PHONE NUMBER: (760) 335-5200
701 W. Mccabe Rd.
El Centro, CA  92243

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Mccloud Union Elementary
SUPERINTENDENT: Shelley Cain
E-MAIL: scain@sisnet.ssku.k12.ca.us
PHONE NUMBER: (530) 964-2133
332 Hamilton Way
Mccloud, CA  96057

Mcfarland Unified
SUPERINTENDENT: Aaron Resendez
E-MAIL: saresendez@mcfarland.k12.ca.us
PHONE NUMBER: (661) 792-3081
601 Second St.
Mcfarland, CA  93250

Mckinleyville Union Elementary
SUPERINTENDENT: Heidi Guynup
E-MAIL: hmoore@mckusd.org
PHONE NUMBER: (707) 839-1549
2275 Central Ave.
Mckinleyville, CA  95519

Mckittrick Elementary
SUPERINTENDENT: Barry Koerner
E-MAIL: bakoern@zeus.kern.org
PHONE NUMBER: (661) 762-7303
23250 Second St.
Mckittrick, CA  93251

Mcswain Union Elementary
SUPERINTENDENT: Roy Mendiola
E-MAIL: rmendiola@mcswain.k12.ca.us
PHONE NUMBER: (209) 354-2700
926 Scott Rd.
Merced, CA  95341

Meadows Union Elementary
SUPERINTENDENT: Keila Rodriguez
E-MAIL: krodriguez@musdk8.net
PHONE NUMBER: (760) 352-7512
2059 Bowker Rd.
El Centro, CA  92243

Mendocino County Office Of Education
SUPERINTENDENT: Michelle      Hutchins
E-MAIL: mhutchins@mcoe.us
PHONE NUMBER: (707) 467-5000
2240 Old River Rd.
Ukiah, CA  95482

Mendocino County Roc/rop
SUPERINTENDENT: Michelle Hutchins
E-MAIL: mhutchins@mcoe.us
PHONE NUMBER: (916) 319-0800
2240 E.Side Rd.
Ukiah, CA  95482

Mendocino Unified
SUPERINTENDENT: Jason Morse
E-MAIL: jmorse@mcn.org
PHONE NUMBER: (707) 937-5868
44141 Little Lake Rd.
Mendocino, CA  95460

Mendota Unified
SUPERINTENDENT: Paul Lopez
E-MAIL: plopez@mendotaschools.org
PHONE NUMBER: (559) 655-4942
115 Mccabe Ave.
Mendota, CA  93640

Menifee Union Elementary
SUPERINTENDENT: Gary Rutherford
E-MAIL: grutherford@menifeeusd.org
PHONE NUMBER: (951) 672-1851
29775 Haun Road
Menifee, CA  92586

Menlo Park City Elementary
SUPERINTENDENT: Erik Burmeister
E-MAIL: eburmeister@mpcsd.org
PHONE NUMBER: (650) 321-7140
181 Encinal Ave.
Atherton, CA  94027

Merced City Elementary
SUPERINTENDENT: Richard Rogers
E-MAIL: alrogers@mcsd.k12.ca.us
PHONE NUMBER: (209) 385-6600
444 W. 23Rd St.
Merced, CA  95340

Merced County Office Of Education
SUPERINTENDENT: Steve Tietjen
E-MAIL: stietjen@mcoe.org
PHONE NUMBER: (209)381-6600
632 W. 13th St.
Merced, CA  95341

Merced River Union Elementary
SUPERINTENDENT: Richard Lopez
E-MAIL: rlopez@mrsd.us
PHONE NUMBER: (209) 358-5679
4402 W. Oakdale Rd.
Winton, CA  95388

Merced Union High
SUPERINTENDENT: Alan Peterson
E-MAIL: apeterson@muhsd.org
PHONE NUMBER: (209) 325-2000
3430 A St.
Atwater, CA  95301

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Meridian Elementary
SUPERINTENDENT: Marty Ofenham
E-MAIL: martyo@sutter.k12.ca.us
PHONE NUMBER: (530) 696-2604
15898 Central St.
Meridian, CA  95957

Mesa Union Elementary
SUPERINTENDENT: Raul Ramirez
E-MAIL: rramirez@mesaschool.org
PHONE NUMBER: (805) 485-1411
3901 N. Mesa Sch Rd.
Somis, CA  93066

Metro Education
SUPERINTENDENT: Alyssa Lynch
E-MAIL: aLynch@metroed.net
PHONE NUMBER: (408) 723-6414
760 Hillsdale Ave.
San Jose, CA  95136

Metropolitan Education
SUPERINTENDENT: Alyssa Lynch
E-MAIL: alynch@metroed.net
PHONE NUMBER: (408) 723-6464
760 Hillsdale Ave., Bldg 400
San Jose, CA  95136

Middletown Unified
SUPERINTENDENT: David Miller
E-MAIL: david.miller@middletownusd.org
PHONE NUMBER: (707) 987-4100
20932 Big Canyon Rd.
Middletown, CA  95461

Mid-placer Transportation Jpa
SUPERINTENDENT: Martin Ward
E-MAIL: mward@midplacer.k12.ca.us
PHONE NUMBER: (530) 823-4820
13121 Bill Francis Dr.
Auburn, CA  95603

Midway Elementary
SUPERINTENDENT: Al Quezada
E-MAIL: alquezada@midwaytigers.com
PHONE NUMBER: (661) 768-4344
259 F St.
Fellows, CA  93224

Mill Valley Elementary
SUPERINTENDENT: Kimberly Berman
E-MAIL: kberman@mvschools.org
PHONE NUMBER: (415) 389-7700
411 Sycamore Ave.
Mill Valley, CA  94941

Millbrae Elementary
SUPERINTENDENT: Vahn Phayprasert
E-MAIL: vphayprasert@millbraesd.org
PHONE NUMBER: (650) 697-5693
555 Richmond Dr.
Millbrae, CA  94030

Millville Elementary
SUPERINTENDENT: Mindy Desantis
E-MAIL: mrs.desantis@millvilleschool.net
PHONE NUMBER: (530) 547-4471
8570 Brookdale Rd.
Millville, CA  96062

Milpitas Unified
SUPERINTENDENT: Cheryl Jordan
E-MAIL: cjordan@musd.org
PHONE NUMBER: (408) 635-2600
1331 E. Calaveras Blvd.
Milpitas, CA  95035

Mission Trails Rop
SUPERINTENDENT: Ivonne Glenn
E-MAIL: ivonne.glenn@salinasuhsd.org
PHONE NUMBER: (831) 753-4209
867 Laurel Dr.
Salinas, CA  93905

Mission Trails Rop Jpa
SUPERINTENDENT: Ivonne Glenn
E-MAIL: ivonne.glenn@salinasuhsd.org
PHONE NUMBER: (831) 796-7015
867 E. Laurel Dr.
Salinas, CA  93905

Mission Union Elementary
SUPERINTENDENT: Jinane Annous
E-MAIL: jannous@missionusd.org
PHONE NUMBER: (831) 678-3524
36825 Foothill Rd.
Soledad, CA  93960

Mission Valley Roc/p
SUPERINTENDENT: Thomas Hanson
E-MAIL: thanson@mvrop.org
PHONE NUMBER: (510) 657-1865
5019 Stevenson Blvd
Fremont, CA  94538

Mission Valley Roc/p
SUPERINTENDENT: Thomas Hanson
E-MAIL: thanson@mvrop.org
PHONE NUMBER: (510) 657-1865
40230 Laiole Rd.
Fremont, CA  94538

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Modesto City Elementary
SUPERINTENDENT: Sara Noguchi
E-MAIL: noguchi.s@mcs4kids.com
PHONE NUMBER: (209) 574-1500
426 Locust St.
Modesto, CA  95351

Modesto City High
SUPERINTENDENT: Sara Noguchi
E-MAIL: noguchi.s@mcs4kids.com
PHONE NUMBER: (209) 574-1500
426 Locust St.
Modesto, CA  95351

Modesto City Schools
SUPERINTENDENT: Sara Noguchi
E-MAIL: noguchi.s@mcs4kids.com
PHONE NUMBER: (209) 574-1500
426 Locust St.
Modesto, CA  95351

Modoc County Office Of Education
SUPERINTENDENT: Mike Martin
E-MAIL: mmartin@modoccoe.k12.ca.us
PHONE NUMBER: (530) 233-7101
139 Henderson St.
Alturas, CA  96101

Modoc County Rop
SUPERINTENDENT: Mike Martin
E-MAIL: mmartin@modoccoe.k12.ca.us
PHONE NUMBER: (916) 319-0800
139 W. Henderson St.
Alturas, CA  96101

Modoc Joint Unified
SUPERINTENDENT: Tom Omalley
E-MAIL: tomalley@modoc.k12.ca.us
PHONE NUMBER: (530) 233-7201
906 W. Fourth St.
Alturas, CA  96101

Mono County Office Of Education
SUPERINTENDENT: Stacey Adler
E-MAIL: sadler@monocoe.org
PHONE NUMBER: (760) 932-7311
37 Emigrant St.
Bridgeport, CA  93517

Mono County Roc/p
SUPERINTENDENT: Stacey Adler
E-MAIL: sadler@monocoe.org
PHONE NUMBER: (760) 934-0031
37 Emigrant St.
Bridgeport, CA  93517

Monroe Elementary
SUPERINTENDENT: Shelley Manser
E-MAIL: smanser@monroe.k12.ca.us
PHONE NUMBER: (559) 834-2895
11842 S. Chestnut Ave.
Fresno, CA  93725

Monrovia Unified
SUPERINTENDENT: Katherine Thorossian
E-MAIL: kthorossian@monroviaschools.net
PHONE NUMBER: (626) 471-2000
325 E. Hntngtn Dr.
Monrovia, CA  91016

Monson-sultana Joint Union Elementary
SUPERINTENDENT: Chris Meyer
E-MAIL: cmeyer@msschool.org
PHONE NUMBER: (559) 591-1634
10643 Ave. 416
Dinuba, CA  93618

Montague Elementary
SUPERINTENDENT: Matthew Dustan
E-MAIL: mdustan@montague.k12.ca.us
PHONE NUMBER: (530) 459-3001
430 E. Prather St.
Montague, CA  96064

Monte Rio Union Elementary
SUPERINTENDENT: Nathan Myers
E-MAIL: nmyers@monteriousd.org
PHONE NUMBER: (707) 865-2266
20700 Foothill Dr.
Monte Rio, CA  95462

Montebello Unified
SUPERINTENDENT: Anthony Martinez
E-MAIL: amartinez@montebello.k12.ca.us
PHONE NUMBER: (323) 887-7900
123 S. Montebello Blvd.
Montebello, CA  90640

Montecito Union Elementary
SUPERINTENDENT: Anthony Ranii
E-MAIL: aranii@montecitou.org
PHONE NUMBER: (805) 969-3249
385 San Ysidro Rd.
Santa Barbara, CA  93108

Monterey County Office Of Education
SUPERINTENDENT: Deneen Guss
E-MAIL: superintendent@montereycoe.org
PHONE NUMBER: (831) 755-0300
901 Blanco Cir.
Salinas, CA  93912

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Monterey Peninsula Unified
SUPERINTENDENT: Daniel Diffenbaugh
E-MAIL: pkdiffenbaugh@mpusd.k12.ca.us
PHONE NUMBER: (831) 645-1200
700 Pacific St.
Monterey, CA  93942

Montgomery Elementary
SUPERINTENDENT: Laurie Mason
E-MAIL: lorynnmason@sbcglobal.net
PHONE NUMBER: (707) 632-5221
18620 Fort Ross Rd.
Cazadero, CA  95421

Moorpark Unified
SUPERINTENDENT: Kelli Hays
E-MAIL: khays@mrpk.org
PHONE NUMBER: (805) 378-6300
5297 Maureen Ln.
Moorpark, CA  93021

Moraga Elementary
SUPERINTENDENT: Bruce Burns
E-MAIL: bburns@moraga.k12.ca.us
PHONE NUMBER: (925) 376-5943
1540 Sch St.
Moraga, CA  94556

Moreland
SUPERINTENDENT: Mary Kay Going
E-MAIL: mkgoing@moreland.org
PHONE NUMBER: (408) 874-2900
4711 Campbell Ave.
San Jose, CA  95130

Moreno Valley Unified
SUPERINTENDENT: Martinrex Kedziora
E-MAIL: mkedziora@mvusd.net
PHONE NUMBER: (951) 571-7500
25634 Alessandro Blvd.
Moreno Valley, CA  92553

Morgan Hill Unified
SUPERINTENDENT: Steve Betando
E-MAIL: betandos@mhusd.org
PHONE NUMBER: (408) 201-6000
15600 Concord Cir.
Morgan Hill, CA  95037

Morongo Unified
SUPERINTENDENT: Tom Baumgarten
E-MAIL: tom_baumgarten@morongo.k12.ca.us
PHONE NUMBER: (760) 367-9191
5715 Utah Trail
Twentynine Palms, CA  92277

Mother Lode Union Elementary
SUPERINTENDENT: Marcy Guthrie
E-MAIL: mguthrie@mlusd.net
PHONE NUMBER: (530) 622-6464
3783 Forni Rd.
Placerville, CA  95667

Mountain Elementary
SUPERINTENDENT: Diane Morgenstern
E-MAIL: dmorgenstern@mountainesd.org
PHONE NUMBER: (831) 475-6812
3042 Old San Jose Rd.
Soquel, CA  95073

Mountain Empire Unified
SUPERINTENDENT: Kathy Granger
E-MAIL: kathy.granger@meusd.k12.ca.us
PHONE NUMBER: (619) 473-9022
3305 Buckman Springs Rd.
Pine Valley, CA  91962

Mountain House Elementary
SUPERINTENDENT: Marianne Griffith
E-MAIL: gcosta@mtnhouse.k12.ca.us
PHONE NUMBER: (209) 835-2283
3950 Mountain House Rd.
Byron, CA  94514

Mountain Union Elementary
SUPERINTENDENT: Clay Ross
E-MAIL: cross@muesd.org
PHONE NUMBER: (530) 337-6214
30365 Highway 299 E.
Montgomery Creek, CA  96065

Mountain Valley Unified
SUPERINTENDENT: Anmarie Swanstrom
E-MAIL: aswanstrom@mvusd.us
PHONE NUMBER: (530) 628-5265
231 Oak Ave.
Hayfork, CA  96041

Mountain View Elementary
SUPERINTENDENT: Douglass Moss
E-MAIL: douglass_moss@mvsdk8.org
PHONE NUMBER: (909) 947-2205
2585 S. Archibald Ave.
Ontario, CA  91761

Mountain View Elementary
SUPERINTENDENT: Lillian French
E-MAIL: lmfrench@mtviewschools.net
PHONE NUMBER: (626) 652-4000
3320 Gilman Rd.
El Monte, CA  91732

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Mountain View Whisman
SUPERINTENDENT: Ayinde Rudolph
E-MAIL: supt@mvwsd.org
PHONE NUMBER: (650) 526-3500
750 San Pierre Way, Ste. A
Mountain View, CA  94043

Mountain View-los Altos Union High
SUPERINTENDENT: Nellie Meyer
E-MAIL: nellie.meyer@mvla.net
PHONE NUMBER: (650) 940-4650
1299 Bryant Ave.
Mountain View, CA  94040

Mt. Baldy Joint Elementary
SUPERINTENDENT: Nancy Sirski
E-MAIL: nancy_sirski@mtbaldy.k12.ca.us
PHONE NUMBER: (909) 985-0991
1 Mt. Baldy Rd.
Mt. Baldy, CA  91759

Mt. Diablo Unified
SUPERINTENDENT: Robert Martinez
E-MAIL: martinezr@mdusd.org
PHONE NUMBER: (925)682-8000
1936 Carlotta Dr.
Concord, CA  94519

Mt. Pleasant Elementary
SUPERINTENDENT: Mariann Engle
E-MAIL: mengle@mpesd.org
PHONE NUMBER: (408) 223-3710
3434 Marten Ave.
San Jose, CA  95148

Mt. Shasta Union Elementary
SUPERINTENDENT: Barry Barnhart
E-MAIL: bbarnhart@msusd.org
PHONE NUMBER: (530) 926-6007
595 E. Alma St.
Mt. Shasta, CA  96067

Mulberry Elementary
SUPERINTENDENT: Chelsey Galindo
E-MAIL: cgalindo@mulberrymustangs.org
PHONE NUMBER: (760) 344-8600
1391 E. Rutherford Rd.
Brawley, CA  92227

Mupu Elementary
SUPERINTENDENT: Sheryl Barnd
E-MAIL: sheryl.barnd@mupu.org
PHONE NUMBER: (805) 525-6111
4410 N. Ojai Rd.
Santa Paula, CA  93060

Muroc Joint Unified
SUPERINTENDENT: Kevin Cordes
E-MAIL: kcordes@muroc.k12.ca.us
PHONE NUMBER: (760) 769-4821
17100 Foothill Ave.
North Edwards, CA  93523

Murrieta Valley Unified
SUPERINTENDENT: Patrick Kelley
E-MAIL: pkelley@murrieta.k12.ca.us
PHONE NUMBER: (951) 696-1600
41870 Mcalby Ct.
Murrieta, CA  92562

N. Co Regional Occupational Program Jpa
SUPERINTENDENT: Polly Bove
E-MAIL: polly_bove@fuhsd.org
PHONE NUMBER: (408) 522-2200
589 W. Fremont Ave.
Sunnyvale, CA  94087

Napa County Office Of Education
SUPERINTENDENT: Barbara Nemko
E-MAIL: bnemko@napacoe.org
PHONE NUMBER: (707) 253-6810
2121 Imola Ave.
Napa, CA  94559

Napa County Rop
SUPERINTENDENT: Gillie Miller
E-MAIL: gmiller@napacoe.org
PHONE NUMBER: (916) 319-0800
4032 Maher St.
Napa, CA  94558

Napa Valley Unified
SUPERINTENDENT: Rosanna Mucetti
E-MAIL: rmucetti@nvusd.org
PHONE NUMBER: (707) 253-3715
2425 Jefferson St.
Napa, CA  94558

National Elementary
SUPERINTENDENT: Leighangela Brady
E-MAIL: lbrady@nsd.us
PHONE NUMBER: (619) 336-7500
1500 N Ave.
National City, CA  91950

Natomas Unified
SUPERINTENDENT: Chris Evans
E-MAIL: cevans@natomasunified.org
PHONE NUMBER: (916) 567-5400
1901 Arena Blvd.
Sacramento, CA  95834

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Needles Unified
SUPERINTENDENT: Mary Mcneil
E-MAIL: mary_mcneil@needlesusd.org
PHONE NUMBER: (760) 326-3891
1900 Erin Dr.
Needles, CA  92363

Nevada City Elementary
SUPERINTENDENT: Monica Daugherty
E-MAIL: mdaugherty@ncsd.k12.ca.us
PHONE NUMBER: (530) 265-1820
800 Hoover Ln.
Nevada City, CA  95959

Nevada Co Charter Services Authority (jpa)
SUPERINTENDENT: Marshall Goldberg
E-MAIL: mgoldberg@nevcocsa.org
PHONE NUMBER: (530) 272-7760
13024 Bitney Springs Rd.
Nevada City, CA  95959

Nevada County Office Of Education
SUPERINTENDENT: Scott Lay
E-MAIL: slay@nevco.org
PHONE NUMBER: (530) 478-6400
112 Nevada City Hwy.
Nevada City, CA  95959

Nevada County Pupil Transportation
SUPERINTENDENT: Brett Mcfadden
E-MAIL: bmcfadden@njuhsd.com
PHONE NUMBER: (530) 273-3351
11645 Ridge Rd.
Grass Valley, CA  95945

Nevada Joint Union High
SUPERINTENDENT: Brett Mcfadden
E-MAIL: bmcfadden@njuhsd.com
PHONE NUMBER: (530) 273-3351
11645 Ridge Rd.
Grass Valley, CA  95945

New Haven Unified
SUPERINTENDENT: John Thompson
E-MAIL: jthompson@nhusd.k12.ca.us
PHONE NUMBER: (510) 471-1100
34200 Alvarado-Niles Rd.
Union City, CA  94587

New Hope Elementary
SUPERINTENDENT: Janet Stemler
E-MAIL: jstemler@nhesd.net
PHONE NUMBER: (209) 794-2376
26675 N. Sacramento Blvd.
Thornton, CA  95686

New Jerusalem Elementary
SUPERINTENDENT: David Thoming
E-MAIL: dthoming@njes.org
PHONE NUMBER: (209) 830-6363
31400 S. Koster Rd.
Tracy, CA  95304

Newark Unified
SUPERINTENDENT: Mark Triplett
E-MAIL: mtriplett@newarkunified.org
PHONE NUMBER: (510) 818-4112
5715 Musick Ave.
Newark, CA  94560

Newcastle Elementary
SUPERINTENDENT: Denny Rush
E-MAIL: drush@newcastle.k12.ca.us
PHONE NUMBER: (916) 259-2832
645 Kentucky Greens Way
Newcastle, CA  95658

Newhall
SUPERINTENDENT: Jeff Pelzel
E-MAIL: jpelzel@newhall.k12.ca.us
PHONE NUMBER: (661) 291-4000
25375 Orchard Village Rd.
Valencia, CA  91355

Newman-crows Landing Unified
SUPERINTENDENT: Randy Fillpot
E-MAIL: rfillpot@nclusd.k12.ca.us
PHONE NUMBER: (209) 862-2933
1162 Main St.
Newman, CA  95360

Newport-mesa Unified
SUPERINTENDENT: Sherri Snyder
E-MAIL: ssnyder@nmusd.us
PHONE NUMBER: (714) 424-5000
2985 Bear St., Bldg. A
Costa Mesa, CA  92626

Nicasio
SUPERINTENDENT: Nancy Neu
E-MAIL: nneu@marinschools.org
PHONE NUMBER: (415) 662-2184
5555 Nicasio Valley Rd.
Nicasio, CA  94946

Noli School
SUPERINTENDENT: Donovan Post
E-MAIL: dpost@soboba-nsn.gov
PHONE NUMBER: (951) 654-5596
24330 Soboba Rd
San Jacinto, CA  92581

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Norris Elementary
SUPERINTENDENT: Kelly Miller
E-MAIL: kelly.miller@norris.k12.ca.us
PHONE NUMBER: (661) 387-7000
6940 Calloway Dr.
Bakersfield, CA  93312

North County Joint Union Elementary
SUPERINTENDENT: Jennifer Bernosky
E-MAIL: jbernosky@sbcoe.org
PHONE NUMBER: (831) 637-5574
500 Spring Grove Rd.
Hollister, CA  95023

North County Regional Occupational Center/program
SUPERINTENDENT: Polly Bove
E-MAIL: polly_bove@fuhsd.org
PHONE NUMBER: (408) 522-2200
589 W. Fremont Ave.
Sunnyvale, CA  94087

North Cow Creek Elementary
SUPERINTENDENT: Kevin Kurtz
E-MAIL: kkurtz@northcowcreek.org
PHONE NUMBER: (530) 549-4488
10619 Swede Creek Rd.
Palo Cedro, CA  96073

North Monterey County Unified
SUPERINTENDENT: Kari Yeater
E-MAIL: kyeater@nmcusd.org
PHONE NUMBER: (831) 633-3343
8142 Moss Landing Rd.
Moss Landing, CA  95039

North Orange County Rop
SUPERINTENDENT: Terri Giamarino
E-MAIL: tgiamarino@nocrop.us
PHONE NUMBER: (714) 502-5800
385 N. Muller St.
Anaheim, CA  92801

North Orange County Rop Jpa
SUPERINTENDENT: Terri Giamarino
E-MAIL: tgiamarino@nocrop.us
PHONE NUMBER: (714) 502-5808
2360 W. La Palma Ave.
Anaheim, CA  92801

North Santa Cruz County Selpa
SUPERINTENDENT: Jessica Little
E-MAIL: jlittle@santacruzcoe.org
PHONE NUMBER: (831) 464-0666
984 Bostwick Ln.
Santa Cruz, CA  95062

Northern Humboldt Union High
SUPERINTENDENT: Roger Macdonald
E-MAIL: rmacdonald@nohum.k12.ca.us
PHONE NUMBER: (707) 839-6470
2755 Mckinleyville Ave.
Mckinleyville, CA  95519

Norwalk-la Mirada Unified
SUPERINTENDENT: John Lopez
E-MAIL: jvlopez@nlmusd.k12.ca.us
PHONE NUMBER: (562) 210-2000
12820 Pioneer Blvd.
Norwalk, CA  90650

Novato Unified
SUPERINTENDENT: Kris Cosca
E-MAIL: kcosca@nusd.org
PHONE NUMBER: (415) 897-4211
1015 Seventh St.
Novato, CA  94945

Nuestro Elementary
SUPERINTENDENT: Baljinder Dhillon
E-MAIL: baldhillon@sutter.k12.ca.us
PHONE NUMBER: (530) 822-5100
3934 Brd.Way Rd.
Live Oak, CA  95953

Nuview Union
SUPERINTENDENT: John Huber
E-MAIL: jhuber@nuview.k12.ca.us
PHONE NUMBER: (951) 928-0066
29780 Lakeview Ave.
Nuevo, CA  92567

Oak Grove Elementary
SUPERINTENDENT: Jose Manzo
E-MAIL: jmanzo@ogsd.net
PHONE NUMBER: (408) 227-8300
6578 Santa Teresa Blvd.
San Jose, CA  95119

Oak Grove Union Elementary
SUPERINTENDENT: Amber Stringfellow
E-MAIL: astringfellow@ogusd.org
PHONE NUMBER: (707) 545-0171
5299 Hall Rd.
Santa Rosa, CA  95401

Oak Park Unified
SUPERINTENDENT: Anthony Knight
E-MAIL: tknight@opusd.org
PHONE NUMBER: (818) 735-3200
5801 E. Conifer St.
Oak Park, CA  91377

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Oak Run Elementary
SUPERINTENDENT: Misti  Livingston
E-MAIL: mlivingston@oakrunschool.org
PHONE NUMBER: (530) 472-3241
27635 Oak Run To Fern Rd.
Oak Run, CA  96069

Oak Valley Union Elementary
SUPERINTENDENT: Heather Pilgrim
E-MAIL: h.pilgrim@oakvalleyschool.org
PHONE NUMBER: (559) 688-2909
24500 Rd. 68
Tulare, CA  93274

Oak View Union Elementary
SUPERINTENDENT: Beverly Boone
E-MAIL: bboone@myoakview.com
PHONE NUMBER: (209) 368-0636
7474 E. Collier Rd.
Acampo, CA  95220

Oakdale Joint Unified
SUPERINTENDENT: Marc Malone
E-MAIL: mmalone@ojusd.org
PHONE NUMBER: (209) 848-4884
168 S. Third Ave.
Oakdale, CA  95361

Oakland Unified
SUPERINTENDENT: Kyla Trammell
E-MAIL: kyla.johnson@ousd.org
PHONE NUMBER: (510) 879-8200
1000 Brd.Way, Ste. 680
Oakland, CA  94607

Oakley Union Elementary
SUPERINTENDENT: Greg Hetrick
E-MAIL: ghetrick@ouesd.k12.ca.us
PHONE NUMBER: (925) 625-0700
91 Mercedes Ln.
Oakley, CA  94561

Ocean View
SUPERINTENDENT: Carol Hansen
E-MAIL: chansen@ovsd.org
PHONE NUMBER: (714) 847-2551
17200 Pinehurst Ln.
Huntington Beach, CA  92647

Ocean View
SUPERINTENDENT: Craig Helmstedter
E-MAIL: chelmstedter@oceanviewsd.org
PHONE NUMBER: (805) 488-4441
4200 Olds Rd.
Oxnard, CA  93033

Oceanside Unified
SUPERINTENDENT: Julie Vitale
E-MAIL: julie.vitale@oside.us
PHONE NUMBER: (760) 966-4000
2111 Mission Ave.
Oceanside, CA  92058

Ojai Unified
SUPERINTENDENT: Tiffany Morse
E-MAIL: tmorse@ojaiusd.org
PHONE NUMBER: (805) 640-4300
414 E. Ojai Ave.
Ojai, CA  93023

Old Adobe Union
SUPERINTENDENT: Craig Conte
E-MAIL: cconte@oldadobe.org
PHONE NUMBER: (707) 765-4322
845 Crinella Dr.
Petaluma, CA  94954

Ontario-montclair
SUPERINTENDENT: James Hammond
E-MAIL: james.hammond@omsd.net
PHONE NUMBER: (909) 459-2500
950 W. D St.
Ontario, CA  91762

Orange Center
SUPERINTENDENT: Terry Hirschfield
E-MAIL: thirschfield@orangecenter.org
PHONE NUMBER: (559) 237-0437
3530 S. Cherry Ave.
Fresno, CA  93706

Orange County Department Of Education
SUPERINTENDENT: Al Mijares
E-MAIL: amijares@ocde.us
PHONE NUMBER: (714) 966-4000
200 Kalmus Dr.
Costa Mesa, CA  92628

Orange Unified
SUPERINTENDENT: Gunn Marie Hansen
E-MAIL: superintendent@orangeusd.org
PHONE NUMBER: (714) 628-4000
1401 N. Handy St.
Orange, CA  92867

Orchard Elementary
SUPERINTENDENT: Wendy Gudalewicz
E-MAIL: wgudalewicz@orchardsd.org
PHONE NUMBER: (408) 944-0397
921 Fox Ln.
San Jose, CA  95131

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Orcutt Union Elementary
SUPERINTENDENT: Deborah Blow
E-MAIL: dblow@orcutt-schools.net
PHONE NUMBER: (805) 938-8900
500 Dyer St.
Orcutt, CA  93455

Orick Elementary
SUPERINTENDENT: Amanda Platt
E-MAIL: aplatt@orickschool.org
PHONE NUMBER: (707)488-2821
120918 Highway 101
Orick, CA  95555

Orinda Union Elementary
SUPERINTENDENT: Carolyn Seaton
E-MAIL: cseaton@orindaschools.org
PHONE NUMBER: (925) 254-4901
8 Altarinda Rd.
Orinda, CA  94563

Orland Joint Unified
SUPERINTENDENT: Dwayne Newman
E-MAIL: dnewman@orlandusd.net
PHONE NUMBER: (530) 865-1200
903 S. St.
Orland, CA  95963

Oro Grande Elementary
SUPERINTENDENT: Heather Griggs
E-MAIL: heather_griggs@orogrande.org
PHONE NUMBER: (760) 243-5884
19175 Third St.
Oro Grande, CA  92368

Oroville City Elementary
SUPERINTENDENT: Spencer Holtom
E-MAIL: sholtom@ocesd.net
PHONE NUMBER: (530) 532-3000
2795 Yard St.
Oroville, CA  95966

Oroville Union High
SUPERINTENDENT: Corey Willenberg
E-MAIL: cwillenb@ouhsd.org
PHONE NUMBER: (530) 538-2300
2211 Washington Ave.
Oroville, CA  95966

Outside Creek Elementary
SUPERINTENDENT: Derrick Bravo
E-MAIL: dbravo@outsidecreek.org
PHONE NUMBER: (559) 747-0710
26452 Rd. 164
Visalia, CA  93292

Owens Valley Unified
SUPERINTENDENT: Rosanne Lampariello
E-MAIL: rlamp@ovusd.org
PHONE NUMBER: (760) 878-2405
202 S. Clay St.
Independence, CA  93526

Oxnard
SUPERINTENDENT: Karling Fort
E-MAIL: kaguilerafort@oxnardsd.org
PHONE NUMBER: (805) 385-1501
1051 S. A St.
Oxnard, CA  93030

Oxnard Union High
SUPERINTENDENT: Tom Mccoy
E-MAIL: thomas.mccoy@oxnardunion.org
PHONE NUMBER: (805) 385-2500
309 S. K St.
Oxnard, CA  93030

Pacheco Union Elementary
SUPERINTENDENT: Kathryn Pearce
E-MAIL: kpearce@pacheco.k12.ca.us
PHONE NUMBER: (530) 224-4599
7424 Pacheco Sch Rd.
Redding, CA  96002

Pacific Elementary
SUPERINTENDENT: Eric Gross
E-MAIL: egross@pacificesd.org
PHONE NUMBER: (831) 425-7002
50 Ocean St.
Davenport, CA  95017

Pacific Grove Unified
SUPERINTENDENT: Ralph Porras
E-MAIL: rporras@pgusd.org
PHONE NUMBER: (831) 646-6510
435 Hillcrest Ave.
Pacific Grove, CA  93950

Pacific Union Elementary
SUPERINTENDENT: Annette Machado
E-MAIL: amachado@puschool.org
PHONE NUMBER: (559) 834-2533
2065 E. Bowles Ave.
Fresno, CA  93725

Pacific Union Elementary
SUPERINTENDENT: Rene Mcbride
E-MAIL: rmcbride@pacificunionschool.org
PHONE NUMBER: (707) 822-4619
3001 Janes Rd.
Arcata, CA  95521

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Pacifica
SUPERINTENDENT: Heather Olsen
E-MAIL: holsen@pacificasd.org
PHONE NUMBER: (650) 738-6600
375 Reina Del Mar Ave.
Pacifica, CA  94044

Pajaro Valley Unified
SUPERINTENDENT: Michelle Rodriguez
E-MAIL: michelle_rodriguez@pvusd.net
PHONE NUMBER: (831) 786-2100
294 Green Valley Rd.
Watsonville, CA  95076

Pajaro Valley Unified Selpa
SUPERINTENDENT: Michelle Rodriguez
E-MAIL: superintendent@pvusd.net
PHONE NUMBER: (831) 786-2135
165 Blackburn St.
Watsonville, CA  95077

Palermo Union Elementary
SUPERINTENDENT: KATHLEEN NOLIND
E-MAIL: kandoe@palermok8.org
PHONE NUMBER: (530) 533-4842
7390 Bulldog Way
Palermo, CA  95968

Palm Springs Unified
SUPERINTENDENT: Sandra Lyon
E-MAIL: slyon@psusd.us
PHONE NUMBER: (760) 416-6003
980 E. Tahquitz Canyon Way
Palm Springs, CA  92262

Palmdale Elementary
SUPERINTENDENT: Raul Maldonado
E-MAIL: rmaldonado@palmdalesd.org
PHONE NUMBER: (661) 947-7191
39139 10Th St. E.
Palmdale, CA  93550

Palo Alto Unified
SUPERINTENDENT: Don Austin
E-MAIL: daustin@pausd.org
PHONE NUMBER: (650) 329-3700
25 Churchill Ave.
Palo Alto, CA  94306

Palo Verde Unified
SUPERINTENDENT: Tracie Kern
E-MAIL: tracie.kern@pvusd.us
PHONE NUMBER: (760) 922-4164
295 N. First St.
Blythe, CA  92225

Palo Verde Union Elementary
SUPERINTENDENT: Phil Anderson
E-MAIL: phil@palo-verde.k12.ca.us
PHONE NUMBER: (559) 688-0648
9637 Ave. 196
Tulare, CA  93274

Palos Verdes Peninsula Unified
SUPERINTENDENT: Alex Cherniss
E-MAIL: chernissa@pvpusd.net
PHONE NUMBER: (310) 378-9966
375 Via Almar
Palos Verdes Estates, CA  90274

Panama-buena Vista Union
SUPERINTENDENT: Kevin Silberberg
E-MAIL: ksilberberg@pbvusd.k12.ca.us
PHONE NUMBER: (661) 831-8331
4200 Ashe Rd.
Bakersfield, CA  93313

Panoche Elementary
SUPERINTENDENT: Amanda McCraw
E-MAIL: amccraw@sbcoe.org
PHONE NUMBER: (831) 628-3438
31441 Panoche Rd.
Paicines, CA  95043

Paradise Elementary
SUPERINTENDENT: Heath Thomason
E-MAIL: hthomason@paradiseesd.org
PHONE NUMBER: (209) 524-0184
3361 California Ave.
Modesto, CA  95358

Paradise Unified
SUPERINTENDENT: Tom Taylor
E-MAIL: ttaylor@pusdk12.org
PHONE NUMBER: (530) 872-6400
6696 Clark Rd
Paradise, CA  95969

Paramount Unified
SUPERINTENDENT: Ruth Perez
E-MAIL: rperez@paramount.k12.ca.us
PHONE NUMBER: (562) 602-6000
15110 California Ave.
Paramount, CA  90723

Parlier Unified
SUPERINTENDENT: Ron Hudson
E-MAIL: ron.hudson@parlierunified.org
PHONE NUMBER: (559) 646-2731
900 Newmark Ave.
Parlier, CA  93648

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Partners In Nutrition Cooperative
SUPERINTENDENT: Joe Cook
E-MAIL: jcook@avhsd.org
PHONE NUMBER: (661) 575-1052
Antelope Valley Union High
Lancaster, CA  93534

Pasadena Unified
SUPERINTENDENT: Brian Mcdonald
E-MAIL: superintendent@pusd.us
PHONE NUMBER: (626) 396-3619
351 S. Hudson Ave.
Pasadena, CA  91101

Paso Robles Joint Unified
SUPERINTENDENT: Curt Dubost
E-MAIL: cdubost@pasoschools.org
PHONE NUMBER: (805) 769-1000
800 Niblick Rd.
Paso Robles, CA  93446

Patterson Joint Unified
SUPERINTENDENT: Philip Alfano
E-MAIL: palfano@patterson.k12.ca.us
PHONE NUMBER: (209) 895-7700
510 Keystone Blvd.
Patterson, CA  95363

Peninsula Union
SUPERINTENDENT: Lark Doolan
E-MAIL: ldoolan@peninsulasd.org
PHONE NUMBER: (707) 443-2731
909 Vance Ave.
Samoa, CA  95564

Penn Valley Union Elementary
SUPERINTENDENT: Torie Gibson
E-MAIL: tgibson@pvuesd.org
PHONE NUMBER: (530) 432-7311
14806 Pleasant Valley Rd.
Penn Valley, CA  95946

Perris Elementary
SUPERINTENDENT: Jean Frey
E-MAIL: frey@perrisesd.org
PHONE NUMBER: (951) 657-3118
143 E. First St.
Perris, CA  92570

Perris Union High
SUPERINTENDENT: Grant Bennett
E-MAIL: grant.bennett@puhsd.org
PHONE NUMBER: (951) 943-6369
155 E. Fourth St.
Perris, CA  92570

Petaluma City Elementary
SUPERINTENDENT: Gary Callahan
E-MAIL: gcallahan@petk12.org
PHONE NUMBER: (707) 778-4813
200 Douglas St.
Petaluma, CA  94952

Petaluma City Elementary/joint Union High
SUPERINTENDENT: Gary Callahan
E-MAIL: gcallahan@petk12.org
PHONE NUMBER: (707) 778-4813
200 Douglas St.
Petaluma, CA  94952

Petaluma Joint Union High
SUPERINTENDENT: Gary Callahan
E-MAIL: gcallahan@petk12.org
PHONE NUMBER: (707) 778-4813
200 Douglas St.
Petaluma, CA  94952

Piedmont City Unified
SUPERINTENDENT: Randall Booker
E-MAIL: rbooker@piedmont.k12.ca.us
PHONE NUMBER: (510) 594-2600
760 Magnolia Ave.
Piedmont, CA  94611

Pierce Joint Unified
SUPERINTENDENT: Carol Geyer
E-MAIL: cgeyer@pierce.k12.ca.us
PHONE NUMBER: (530) 476-2892
540 A Sixth St.
Arbuckle, CA  95912

Pine Ridge Elementary
SUPERINTENDENT: Steven Rosa
E-MAIL: srosa@prsrattlers.org
PHONE NUMBER: (559) 841-2444
45828 Auberry Rd.
Auberry, CA  93602

Piner-olivet Union Elementary
SUPERINTENDENT: Tina Rasori
E-MAIL: trasori@pousd.org
PHONE NUMBER: (707) 522-3000
3450 Coffey Ln.
Santa Rosa, CA  95403

Pioneer Union Elementary
SUPERINTENDENT: Annette Lane
E-MAIL: alane@pioneerusd.org
PHONE NUMBER: (530) 620-3556
6862 Mt. Aukum Rd.
Somerset, CA  95684

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Pioneer Union Elementary
SUPERINTENDENT: Patsy Oxford
E-MAIL: poxford@puesd.org
PHONE NUMBER: (530) 589-1633
286 Rockerfeller Rd.
Berry Creek, CA  95916

Pittsburg Unified
SUPERINTENDENT: Janet Schulze
E-MAIL: jschulze@pittsburg.k12.ca.us
PHONE NUMBER: (925) 473-2300
2000 Railrd. Ave.
Pittsburg, CA  94565

Pixley Union Elementary
SUPERINTENDENT: Heather Pilgrim
E-MAIL: hpilgrim@pixley.k12.ca.us
PHONE NUMBER: (559) 757-5207
300 N. Sch St.
Pixley, CA  93256

Placentia-yorba Linda Unified
SUPERINTENDENT: Greg Plutko
E-MAIL: gplutko@pylusd.org
PHONE NUMBER: (714) 986-7000
1301 E. Orangethorpe Ave.
Placentia, CA  92870

Placer County Office Of Education
SUPERINTENDENT: Gayle Mojica
E-MAIL: ggarbolino-mojica@placercoe.k12.ca.us
PHONE NUMBER: (530) 889-8020
360 Nevada St.
Auburn, CA  95603

Placer Hills Union Elementary
SUPERINTENDENT: Julie Kehoe
E-MAIL: jkehoe@phusd.org
PHONE NUMBER: (530) 878-2606
16505 Placer Hills Rd.
Meadow Vista, CA  95722

Placer Union High
SUPERINTENDENT: George Sziraki
E-MAIL: gsziraki@puhsd.k12.ca.us
PHONE NUMBER: (530) 886-4400
13000 New Airport Rd.
Auburn, CA  95603

Placerville Union Elementary
SUPERINTENDENT: Eric Bonniksen
E-MAIL: ebonniksen@pusdk8.us
PHONE NUMBER: (530) 622-7216
1032 Thompson Way
Placerville, CA  95667

Plainsburg Union Elementary
SUPERINTENDENT: Kristi Kingston
E-MAIL: kkingston@plainsburg.k12.ca.us
PHONE NUMBER: (209) 389-4707
3708 S. Plainsburg Rd.
Merced, CA  95341

Planada Elementary
SUPERINTENDENT: Jose Gonzalez
E-MAIL: jgonzalez@planada.org
PHONE NUMBER: (209) 382-0756
9722 E. Haskell Ave
Planada, CA  95365

Plaza Elementary
SUPERINTENDENT: Patrick Conklin
E-MAIL: pconklin@glenncoe.org
PHONE NUMBER: (530) 865-1250
7322 Co Rd. 24
Orland, CA  95963

Pleasant Grove Joint Union
SUPERINTENDENT: Dave Tarr
E-MAIL: davet@sutter.k12.ca.us
PHONE NUMBER: (916) 655-3235
3075 Howsley Rd.
Pleasant Grove, CA  95668

Pleasant Ridge Union Elementary
SUPERINTENDENT: Rusty Clark
E-MAIL: rclark@prsd.us
PHONE NUMBER: (530) 268-2800
22580 Kingston Ln.
Grass Valley, CA  95949

Pleasant Valley
SUPERINTENDENT: Angelica Ramsey
E-MAIL: aramsey@PleasantValleySD.org
PHONE NUMBER: (805) 482-2763
600 Temple Ave.
Camarillo, CA  93010

Pleasant Valley Joint Union Elementary
SUPERINTENDENT: Wendy Nielsen
E-MAIL: wnielsen@pleasant-valley-school.org
PHONE NUMBER: (805) 467-3453
2025 Ranchita Canyon Rd.
San Miguel, CA  93451

Pleasant View Elementary
SUPERINTENDENT: Mark Odsather
E-MAIL: marko@pleasant-view.k12.ca.us
PHONE NUMBER: (559) 784-6769
14004 Rd. 184
Porterville, CA  93257

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Pleasanton Unified
SUPERINTENDENT: David Haglund
E-MAIL: dhaglund@pleasantonusd.net
PHONE NUMBER: (925) 462-5500
4665 Bernal Ave.
Pleasanton, CA  94566

Plumas County Office Of Education
SUPERINTENDENT: Terry Oestreich
E-MAIL: toestreich@pcoe.k12.ca.us
PHONE NUMBER: (530) 283-6500
1446 E. Main St.
Quincy, CA 95971

Plumas County Rop
SUPERINTENDENT: Terry Oestreich
E-MAIL: toestreich@pcoe.k12.ca.us
PHONE NUMBER: (530) 283-6500
50 Church St.
Quincy, CA  95971

Plumas Lake Elementary
SUPERINTENDENT: Jeff Roberts
E-MAIL: jroberts@plusd.org
PHONE NUMBER: (530) 743-4428
2743 Plumas Sch Rd.
Plumas Lake, CA  95961

Plumas Unified
SUPERINTENDENT: Terry Oestreich
E-MAIL: toestreich@pcoe.k12.ca.us
PHONE NUMBER: (530) 283-6500
1446 E. Main St.
Quincy, CA  95971

Point Arena Joint Union High
SUPERINTENDENT: Warren Galletti
E-MAIL: wgalletti@mcn.org
PHONE NUMBER: (707) 882-2803
45 Lake St.
Point Arena, CA  95468

Pollock Pines Elementary
SUPERINTENDENT: Pat Atkins
E-MAIL: patkins@ppesd.org
PHONE NUMBER: (530) 644-5416
2701 Amber Trail
Pollock Pines, CA  95726

Pomona Unified
SUPERINTENDENT: Richard Martinez
E-MAIL: richard.martinez@pusd.org
PHONE NUMBER: (909) 397-4800
800 S. Garey Ave.
Pomona, CA  91766

Pond Union Elementary
SUPERINTENDENT: Alex Lopez
E-MAIL: alopez@pond.k12.ca.us
PHONE NUMBER: (661) 792-2545
29585 Pond Rd.
Pond, CA  93280

Pope Valley Union Elementary
SUPERINTENDENT: Ken Burkhart
E-MAIL: kburkhart@pvk8.org
PHONE NUMBER: (707) 965-2402
6200 Pope Valley Rd.
Pope Valley, CA  94567

Porterville Unified
SUPERINTENDENT: Nate Nelson
E-MAIL: nlnelson@portervilleschools.org
PHONE NUMBER: (559) 793-2400
600 W. Grand Ave.
Porterville, CA  93257

Portola Valley Elementary
SUPERINTENDENT: Roberta Zarea
E-MAIL: rzarea@pvsd.net
PHONE NUMBER: (650) 851-1777
4575 Alpine Rd.
Portola Valley, CA  94028

Potter Valley Community Unified
SUPERINTENDENT: Holly Mclaughlin
E-MAIL: hmclaughlin@pottervalleyschools.us
PHONE NUMBER: (707) 743-2101
10401 Main St.
Potter Valley, CA  95469

Poway Unified
SUPERINTENDENT: Marian Kim-Phelps
E-MAIL: mkimphelps@powayusd.com
PHONE NUMBER: (858) 521-2800
15250 Ave. Of Sci
San Diego, CA  92128

Princeton Joint Unified
SUPERINTENDENT: Korey Williams
E-MAIL: kwilliams@pjusd.org
PHONE NUMBER: (530) 439-2261
473 State St.
Princeton, CA  95970

Pupil Transportation Co-op Jpa
SUPERINTENDENT: Steve Bui
E-MAIL: sbui@ptcbus.org
PHONE NUMBER: (562) 945-2581
9402 Greenleaf Avenue
Whittier, CA  90605

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Raisin City Elementary
SUPERINTENDENT: Juan Sandoval
E-MAIL: jsandoval@raisinesd.org
PHONE NUMBER: (559) 233-0128
6425 W. Bowles Ave.
Raisin City, CA  93652

Ramona City Unified
SUPERINTENDENT: Theresa Grace
E-MAIL: tgrace@ramonausd.net
PHONE NUMBER: (760) 787-2007
720 Ninth St.
Ramona, CA  92065

Rancho Santa Fe Elementary
SUPERINTENDENT: Donna Tripi
E-MAIL: dtripi@rsf.k12.ca.us
PHONE NUMBER: (858) 756-1141
5927 La Granada
Rancho Santa Fe, CA  92067

Ravendale-termo Elementary
SUPERINTENDENT: Jason Waddell
E-MAIL: jwaddell@susanvillesd.org
PHONE NUMBER: (530) 234-2010
709-855 Termo-Grasshopper Rd.
Ravendale, CA  96132

Ravenswood City Elementary
SUPERINTENDENT: Gina Sudaria
E-MAIL: gsudaria@ravenswoodschools.org
PHONE NUMBER: (650) 329-2800
2120 Euclid Ave.
East Palo Alto, CA  94303

Raymond-knowles Union Elementary
SUPERINTENDENT: Michelle Townsend
E-MAIL: mtownsend@rkusd.org
PHONE NUMBER: (559) 689-3336
31828 Rd. 600
Raymond, CA  93653

Red Bluff Joint Union High
SUPERINTENDENT: Todd Brose
E-MAIL: tbrose@rbhsd.org
PHONE NUMBER: (530) 529-8700
1525 Douglass St.
Red Bluff, CA  96080

Red Bluff Union Elementary
SUPERINTENDENT: Cliff Curry
E-MAIL: ccurry@rbuesd.org
PHONE NUMBER: (530) 527-7200
1755 Airport Blvd.
Red Bluff, CA  96080

Redding Elementary
SUPERINTENDENT: Robert Adams
E-MAIL: rjadams@rsdnmp.org
PHONE NUMBER: (530) 225-0011
5885 E. Bonnyview Rd.
Redding, CA  96001

Redlands Unified
SUPERINTENDENT: Mauricio Arellano
E-MAIL: mauricio_arellano@redlands.k12.ca.us
PHONE NUMBER: (909) 307-5300
20 W. Lugonia Ave.
Redlands, CA  92374

Redondo Beach Unified
SUPERINTENDENT: Steven Keller
E-MAIL: skeller@rbusd.org
PHONE NUMBER: (310) 379-5449
1401 Inglewood Ave.
Redondo Beach, CA  90278

Redwood City Elementary
SUPERINTENDENT: John Baker
E-MAIL: jbaker@rcsdk8.net
PHONE NUMBER: (650) 423-2200
750 Bradford St.
Redwood City, CA  94063

Reed Union Elementary
SUPERINTENDENT: Nancy Lynch
E-MAIL: nlynch@reedschools.org
PHONE NUMBER: (415) 381-1112
277-A Karen Way
Tiburon, CA  94920

Reeds Creek Elementary
SUPERINTENDENT: Cindy Haase
E-MAIL: chaase@reedscreek.org
PHONE NUMBER: (530) 527-6006
18335 Johnson Rd.
Red Bluff, CA  96080

Reef-sunset Unified
SUPERINTENDENT: Pat Sanchez
E-MAIL: psanchez@rsusd.org
PHONE NUMBER: (559) 386-9083
205 N. Park Ave.
Avenal, CA  93204

Rescue Union Elementary
SUPERINTENDENT: Cheryl Olson
E-MAIL: colson@rescueusd.org
PHONE NUMBER: (530) 677-4461
2390 Bass Lake Rd.
Rescue, CA  95672

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Rialto Unified
SUPERINTENDENT: Cuauhtemoc Avila
E-MAIL: cavila@rialto.k12.ca.us
PHONE NUMBER: (909) 820-7700
182 E. Walnut Ave.
Rialto, CA  92376

Richfield Elementary
SUPERINTENDENT: Jeff Scheele
E-MAIL: jscheele@richfieldschool.org
PHONE NUMBER: (530)824-3354
23875 River Rd.
Corning, CA  96021

Richgrove Elementary
SUPERINTENDENT: Mario Millan
E-MAIL: mariom@richgrove.org
PHONE NUMBER: (661) 725-2427
20908 Grove Dr
Richgrove, CA  93261

Richland Union Elementary
SUPERINTENDENT: Rosa Romero
E-MAIL: rromero@rsdshafter.org
PHONE NUMBER: (661) 746-8600
300 N. Valley
Shafter, CA  93263

Richmond Elementary
SUPERINTENDENT: Vicky Leitaker
E-MAIL: vleitaker@richmondelementary.com
PHONE NUMBER: (530) 257-2338
700-585 Richmond Rd., E.
Susanville, CA  96130

Rim Of The World Unified
SUPERINTENDENT: Michelle Murphy
E-MAIL: michelle_murphy@rimsd.k12.ca.us
PHONE NUMBER: (909) 336-4100
27315 N. Bay Rd.
Blue Jay, CA  92317

Rincon Valley Union Elementary
SUPERINTENDENT: TRACY SMITH
E-MAIL: tsmith@rvusd.org
PHONE NUMBER: (707) 542-7375
1000 Yulupa Ave.
Santa Rosa, CA  95405

Rio Bravo-greeley Union Elementary
SUPERINTENDENT: Jennifer Hedge
E-MAIL: jhedge@rbgusd.org
PHONE NUMBER: (661) 589-2696
6521 Enos Ln.
Bakersfield, CA  93314

Rio Dell Elementary
SUPERINTENDENT: Kevin Trone
E-MAIL: ktrone@riodellschools.net
PHONE NUMBER: (707) 764-5694
95 Center St.
Rio Dell, CA  95562

Rio Elementary
SUPERINTENDENT: John Puglisi
E-MAIL: jpuglisi@rioschools.org
PHONE NUMBER: (805) 485-3111
2500 E. Vineyard Ave.
Oxnard, CA  93036

Ripon Unified
SUPERINTENDENT: Ziggy Robeson
E-MAIL: ripondistrictadmin@riponusd.net
PHONE NUMBER: (209) 599-2131
304 N. Acacia Ave.
Ripon, CA  95366

River Delta Joint Unified
SUPERINTENDENT: Katherine Wright
E-MAIL: kwright@rdusd.org
PHONE NUMBER: (707) 374-1700
445 Montezuma St.
Rio Vista, CA  94571

Riverbank Unified
SUPERINTENDENT: Christine Facella
E-MAIL: cfacella@riverbank.k12.ca.us
PHONE NUMBER: (209) 869-2538
6715 Seventh St.
Riverbank, CA  95367

Riverdale Joint Unified
SUPERINTENDENT: Jeff Percell
E-MAIL: jpercell@rjusd.org
PHONE NUMBER: (559) 867-8200
3160 W. Mt. Whitney Ave.
Riverdale, CA  93656

Riverside County Office Of Education
SUPERINTENDENT: Judy White
E-MAIL: jdwhite@rcoe.us
PHONE NUMBER: (951) 826-6530
3939 13Th St.
Riverside, CA  92502

Riverside County Office Of Education Rop
SUPERINTENDENT: Ronald Vito
E-MAIL: rvito@rcoe.us
PHONE NUMBER: (909) 826-6797
3939 13Th St.
Riverside, CA  92502

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Riverside Unified
SUPERINTENDENT: David Hansen
E-MAIL: dchansen@rusd.k12.ca.us
PHONE NUMBER: (951) 788-7135
3380 14Th St.
Riverside, CA  92516

Roberts Ferry Union Elementary
SUPERINTENDENT: Bob Loretelli
E-MAIL: bloretelli@robertsferry.k12.ca.us
PHONE NUMBER: (209) 874-2331
101 Roberts Ferry Rd.
Waterford, CA  95386

Robla Elementary
SUPERINTENDENT: Ruben Reyes
E-MAIL: rreyes@robla.k12.ca.us
PHONE NUMBER: (916) 649-5248
5248 Rose St.
Sacramento, CA  95838

Rockford Elementary
SUPERINTENDENT: Caron Borba
E-MAIL: caronborba@rockfordschools.net
PHONE NUMBER: (559) 784-5406
14983 Rd. 208
Porterville, CA  93257

Rocklin Unified
SUPERINTENDENT: Roger Stock
E-MAIL: rstock@rocklinusd.org
PHONE NUMBER: (916) 624-2428
2615 Sierra Meadows Dr.
Rocklin, CA  95677

Romoland Elementary
SUPERINTENDENT: Trevor Painton
E-MAIL: tpainton@romoland.net
PHONE NUMBER: (951) 926-9244
25900 Leon Rd.
Homeland, CA  92548

Rosedale Union Elementary
SUPERINTENDENT: Sue Lemon
E-MAIL: slemon@ruesd.net
PHONE NUMBER: (661) 588-6000
2553 Old Farm Rd.
Bakersfield, CA  93312

Roseland
SUPERINTENDENT: Amy Kerr
E-MAIL: ajones-kerr@roselandsd.org
PHONE NUMBER: (707) 545-0102
1934 Biwana Dr.
Santa Rosa, CA  95407

Rosemead Elementary
SUPERINTENDENT: Alejandro Ruvalcaba
E-MAIL: aruvalcaba@rosemead.k12.ca.us
PHONE NUMBER: (626) 312-2900
3907 Rosemead Blvd.
Rosemead, CA  91770

Roseville City Elementary
SUPERINTENDENT: Derk Garcia
E-MAIL: dgarcia@rcsdk8.org
PHONE NUMBER: (916) 771-1600
1050 Main St.
Roseville, CA  95678

Roseville Joint Union High
SUPERINTENDENT: Jess Borjon
E-MAIL: jborjon@rjuhsd.us
PHONE NUMBER: (916) 786-2051
1750 Cirby Way
Roseville, CA  95661

Ross Elementary
SUPERINTENDENT: Michael Mcdowell
E-MAIL: mpmcdowell@rossbears.org
PHONE NUMBER: (415) 457-2705
9 Lagunitas Rd.
Ross, CA  94957

Ross Valley Elementary
SUPERINTENDENT: Marci Trahan
E-MAIL: mtrahan@rossvalleyschools.org
PHONE NUMBER: (415) 454-2162
110 Shaw Dr.
San Anselmo, CA  94960

Round Valley Joint Elementary
SUPERINTENDENT: Karen Marshall
E-MAIL: kmarshall@roundvalley.us
PHONE NUMBER: (760) 387-2525
300 N. Round Valley Rd.
Bishop, CA  93514

Round Valley Unified
SUPERINTENDENT: Mike Gorman
E-MAIL: mgorman@rvusd.us
PHONE NUMBER: (707) 983-6171
76280 High Sch St.
Covelo, CA  95428

Rowland Unified
SUPERINTENDENT: Julie Mitchell
E-MAIL: jmitchell@rowlandschools.org
PHONE NUMBER: (626) 965-2541
1830 S. Nogales St.
Rowland Heights, CA  91748

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Sacramento City Unified
SUPERINTENDENT: Jorge Aguilar
E-MAIL: superintendent@scusd.edu
PHONE NUMBER: (916) 643-9000
5735 47Th Ave.
Sacramento, CA  95824

Sacramento County Office Of Education
SUPERINTENDENT: David Gordon
E-MAIL: dgordon@scoe.net
PHONE NUMBER: (916) 228-2500
10474 Mather Blvd.
Mather, CA  95655

Sacramento County Rop
SUPERINTENDENT: Matt Perry
E-MAIL: mperry@scoe.net
PHONE NUMBER: (916) 228-2463
10170 Missile Way
Mather Afb, CA  95655

Saddleback Valley Unified
SUPERINTENDENT: Crystal Turner
E-MAIL: crystal.turner@svusd.org
PHONE NUMBER: (949) 586-1234
25631 Peter A. Hartman Way
Mission Viejo, CA  92691

Saint Helena Unified
SUPERINTENDENT: Marylou Wilson
E-MAIL: mwilson@sthelenaunified.org
PHONE NUMBER: (707) 967-2708
465 Main St.
St. Helena, CA  94574

Salida Union Elementary
SUPERINTENDENT: Twila Tosh
E-MAIL: ttosh@salida.k12.ca.us
PHONE NUMBER: (209) 545-0339
4801 Sisk Rd.
Salida, CA  95368

Salinas City Elementary
SUPERINTENDENT: Rebeca Andrade
E-MAIL: randrade@salinascity.k12.ca.us
PHONE NUMBER: (831) 753-5600
840 S. Main St.
Salinas, CA  93901

Salinas Union High
SUPERINTENDENT: Dan Burns
E-MAIL: dan.burns@salinasuhsd.org
PHONE NUMBER: (831) 796-7000
431 W. Alisal St.
Salinas, CA  93901

San Antonio Rop
SUPERINTENDENT: Enrique Medina
E-MAIL: enrique.medina@pusd.org
PHONE NUMBER: (916) 319-0800
605 N. Park Ave.
Pomona, CA  91768

San Antonio Union Elementary
SUPERINTENDENT: Josh Van Norman
E-MAIL: jvannorman@sanantoniousd.org
PHONE NUMBER: (831) 385-3051
67550 Lockwood/Jolon Rd.
Lockwood, CA  93932

San Ardo Union Elementary
SUPERINTENDENT: Catherine Reimer
E-MAIL: creimer@montereycoe.org
PHONE NUMBER: (831) 627-2520
62428 Center St.
San Ardo, CA  93450

San Benito County Office Of Education
SUPERINTENDENT: Krystal Lomanto
E-MAIL: klomanto@sbcoe.org
PHONE NUMBER: (831) 637-5393
460 Fifth St.
Hollister, CA  95023

San Benito High
SUPERINTENDENT: Shawn Tennenbaum
E-MAIL: stennenbaum@sbhsd.k12.ca.us
PHONE NUMBER: (831) 637-5831
1220 Monterey St.
Hollister, CA  95023

San Bernardino City Unified
SUPERINTENDENT: Harold Vollkommer
E-MAIL: harold.vollkommer@sbcusd.k12.ca.us
PHONE NUMBER: (909) 381-1100
777 N. F St.
San Bernardino, CA  92410

San Bernardino County Office Of Education
SUPERINTENDENT: Ted Alejandre
E-MAIL: ted.alejandre@sbcss.net
PHONE NUMBER: (909) 888-3228
601 N. E St.
San Bernardino, CA  92410

San Bernardino County Rop
SUPERINTENDENT: Kit Alvarez
E-MAIL: kit.alvarez@sbcss.net
PHONE NUMBER: (909) 252-4561
144 N. Mount View Ave.
San Bernardino, CA  92408

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

San Bruno Park Elementary
SUPERINTENDENT: Jose Espinoza
E-MAIL: jespinoza@sbpsd.k12.ca.us
PHONE NUMBER: (650) 624-3100
500 Acacia Ave.
San Bruno, CA  94066

San Carlos Elementary
SUPERINTENDENT: Michelle Harmeier
E-MAIL: mharmeier@scsdk8.org
PHONE NUMBER: (650) 508-7333
1200 Industrial Rd., Unit 9
San Carlos, CA  94070

San Diego County Office Of Education
SUPERINTENDENT: Paul Gothold
E-MAIL: paul.gothold@sdcoe.net
PHONE NUMBER: (858) 292-3500
6401 Linda Vista Rd.
San Diego, CA  92111

San Diego County Rop
SUPERINTENDENT: Paul Gothold
E-MAIL: paul.gothold@sdcoe.net
PHONE NUMBER: (858) 292-3514
6401 Linda Vista Rd.
San Diego, CA  92111

San Diego Unified
SUPERINTENDENT: Cindy Marten
E-MAIL: cmarten@sandi.net
PHONE NUMBER: (619) 725-8000
4100 Normal St.
San Diego, CA  92103

San Dieguito Union High
SUPERINTENDENT: Robert Haley
E-MAIL: robert.haley@sduhsd.net
PHONE NUMBER: (760) 753-6491
710 Encinitas Blvd.
Encinitas, CA  92024

San Francisco County Office Of Education
SUPERINTENDENT: Vincent Matthews
E-MAIL: matthewsv@sfusd.edu
PHONE NUMBER: (415) 241-6000
555 Franklin St.
San Francisco, CA  94102

San Francisco County Rop
SUPERINTENDENT: Vincent Matthews
E-MAIL: matthewsv@sfusd.edu
PHONE NUMBER: (415) 241-6121
555 Franklin St.
San Francisco, CA  94102

San Francisco Unified
SUPERINTENDENT: Vincent Matthews
E-MAIL: matthewsv@sfusd.edu
PHONE NUMBER: (415) 241-6000
555 Franklin St.
San Francisco, CA  94102

San Gabriel Unified
SUPERINTENDENT: Jim Symonds
E-MAIL: symonds_j@sgusd.k12.ca.us
PHONE NUMBER: (626) 451-5400
408 Junipero Serra Dr.
San Gabriel, CA  91776

San Jacinto Unified
SUPERINTENDENT: David Pyle
E-MAIL: dpyle@sanjacinto.k12.ca.us
PHONE NUMBER: (951) 929-7700
2045 S. San Jacinto Ave.
San Jacinto, CA  92583

San Joaquin County Office Of Education
SUPERINTENDENT: James Mousalimas
E-MAIL: jmousalimas@sjcoe.net
PHONE NUMBER: (209) 468-4800
2901 Arch-Airport Rd.
Stockton, CA  95206

San Joaquin County Rop
SUPERINTENDENT: Tony Damele
E-MAIL: tdamele@sjcoe.net
PHONE NUMBER: (916) 319-0800
222 E. Weber Ave.
Stockton, CA  95202

San Joaquin Data Processing Jpa
SUPERINTENDENT: James Mousalimas
E-MAIL: jmousalimas@sjcoe.net
PHONE NUMBER: (209) 499-5771
2901 Arch-Airport Rd.
Stockton, CA  95206

San Jose Unified
SUPERINTENDENT: Nancy Albarran
E-MAIL: superintendent@sjusd.org
PHONE NUMBER: (408) 535-6000
855 Lenzen Ave.
San Jose, CA  95126

San Juan Unified
SUPERINTENDENT: Kent Kern
E-MAIL: kkern@sanjuan.edu
PHONE NUMBER: (916) 971-7700
3738 Walnut Ave.
Carmichael, CA  95608

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

San Leandro Unified
SUPERINTENDENT: Mike McLaughlin
E-MAIL: mmclaughlin@slusd.us
PHONE NUMBER: (510) 667-3500
835 E. 14th Street
San Leandro, CA  94579

San Lorenzo Unified
SUPERINTENDENT: Daryl Camp
E-MAIL: dcamp@slzusd.org
PHONE NUMBER: (510) 317-4600
15510 Usher St.
San Lorenzo, CA  94580

San Lorenzo Valley Unified
SUPERINTENDENT: Laurie Bruton
E-MAIL: lbruton@slvusd.org
PHONE NUMBER: (831) 336-5194
325 Marion Ave.
Ben Lomond, CA  95005

San Lucas Union Elementary
SUPERINTENDENT: Jessica Riley
E-MAIL: jriley@sanlucasschool.com
PHONE NUMBER: (831) 382-4426
53675 San Benito St.
San Lucas, CA  93954

San Luis Coastal Unified
SUPERINTENDENT: Eric Prater
E-MAIL: eprater@slcusd.org
PHONE NUMBER: (805) 549-1200
1500 Lizzie St.
San Luis Obispo, CA  93401

San Luis Obispo County Office Of Education
SUPERINTENDENT: James Brescia
E-MAIL: jbrescia@slocoe.org
PHONE NUMBER: (805) 543-7732
3350 Ed Dr.
San Luis Obispo, CA  93405

San Marcos Unified
SUPERINTENDENT: Carmen Garcia
E-MAIL: carmen.garcia@smusd.org
PHONE NUMBER: (760) 752-1299
255 Pico Ave., Ste. 250
San Marcos, CA  92069

San Marino Unified
SUPERINTENDENT: Jeff Wilson
E-MAIL: superintendent@smusd.us
PHONE NUMBER: (626) 299-7000
1665 W. Dr.
San Marino, CA  91108

San Mateo County Office Of Education
SUPERINTENDENT: Nancy Magee
E-MAIL: nmagee@smcoe.org
PHONE NUMBER: (650) 802-5550
101 Twin Dolphin Dr.
Redwood City, CA  94065

San Mateo County Rop
SUPERINTENDENT: Nancy Magee
E-MAIL: nmagee@smcoe.org
PHONE NUMBER: (650) 598-2000
101 Twin Dolphin Dr.
Redwood City, CA  94065

San Mateo Union High
SUPERINTENDENT: Kevin Skelly
E-MAIL: kskelly@smuhsd.org
PHONE NUMBER: (650) 558-2299
650 N. Delaware St.
San Mateo, CA  94401

San Mateo-foster City
SUPERINTENDENT: Joan Rosas
E-MAIL: jrosas@smfcsd.net
PHONE NUMBER: (650) 312-7348
1170 Chess Dr.
Foster City, CA  94404

San Miguel Joint Union
SUPERINTENDENT: Karen Grandoli
E-MAIL: kgrandoli@sanmiguelschools.org
PHONE NUMBER: (805) 467-3216
1601 L St.
San Miguel, CA  93451

San Pasqual Union Elementary
SUPERINTENDENT: Mark Burroughs
E-MAIL: mark.burroughs@sanpasqualunion.net
PHONE NUMBER: (760) 745-4931
15305 Rockwood Rd.
Escondido, CA  92027

San Pasqual Valley Unified
SUPERINTENDENT: Rauna Fox
E-MAIL: rfox@spvusd.org
PHONE NUMBER: (760) 572-0222
Route 1, 676 Baseline Rd.
Winterhaven, CA  92283

San Rafael City Elementary
SUPERINTENDENT: Jim Hogeboom
E-MAIL: jhogeboom@srcs.org
PHONE NUMBER: (415) 492-3233
310 Nova Albion Way
San Rafael, CA  94903

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

San Rafael City High
SUPERINTENDENT: Jim Hogeboom
E-MAIL: jhogeboom@srcs.org
PHONE NUMBER: (415) 492-3233
310 Nova Albion Way
San Rafael, CA  94903

San Ramon Valley Unified
SUPERINTENDENT: Rick Schmitt
E-MAIL: superintendent@srvusd.net
PHONE NUMBER: (925) 552-5500
699 Old Orchard Dr.
Danville, CA  94526

San Ysidro Elementary
SUPERINTENDENT: Gina Potter
E-MAIL: Gina.Potter@sysdschools.org
PHONE NUMBER: (619) 428-4476
4350 Otay Mesa Rd.
San Ysidro, CA  92173

Sanger Unified
SUPERINTENDENT: Adela Jones
E-MAIL: adela_jones@sangerusd.net
PHONE NUMBER: (559) 524-6521
1905 Seventh St.
Sanger, CA  93657

Santa Ana Unified
SUPERINTENDENT: Jerry Almendarez
E-MAIL: jerry.almendarez@sausd.us
PHONE NUMBER: (714) 558-5501
1601 E. Chestnut Ave.
Santa Ana, CA  92701

Santa Barbara County Office Of Education
SUPERINTENDENT: Susan Salcido
E-MAIL: ssalcido@sbceo.org
PHONE NUMBER: (805) 964-4711
4400 Cathedral Oaks Rd.
Santa Barbara, CA  93110

Santa Barbara County Rop
SUPERINTENDENT: Tony Bauer
E-MAIL: bauer@sbceo.org
PHONE NUMBER: (805) 937-8427
3970 La Colina Rd.
Santa Barbara, CA  93160

Santa Barbara County Selpa Jpa
SUPERINTENDENT: Ray Avila
E-MAIL: ravila@sbceo.org
PHONE NUMBER: (805) 683-1424
401 N. Fairview Ave.
Goleta, CA  93117

Santa Clara County Office Of Education
SUPERINTENDENT: Mary Ann Dewan
E-MAIL: maryann_dewan@sccoe.org
PHONE NUMBER: (408) 453-6500
1290 Ridder Park Dr.
San Jose, CA  95131

Santa Clara County Rop
SUPERINTENDENT: Mark Hodges
E-MAIL: markhodges@santacruzcoe.org
PHONE NUMBER: (831) 466-5760
575 W. Fremont Ave.
Sunnyvale, CA  94087

Santa Clara Elementary
SUPERINTENDENT: Kari Skidmore
E-MAIL: kskidmore@santaclaraesd.org
PHONE NUMBER: (805) 525-4573
20030 E. Telegraph Rd.
Santa Paula, CA  93060

Santa Clara Unified
SUPERINTENDENT: Stella Kemp
E-MAIL: skemp@scusd.net
PHONE NUMBER: (408) 423-2000
1889 Lawrence Rd.
Santa Clara, CA  95052

Santa Clarita Vlly Sch Food Svs Agency Jpa
SUPERINTENDENT: Robert Lewis
E-MAIL: lgrumbles@scvsfsa.net
PHONE NUMBER: (661) 295-1574
25210 Anza Dr.
Valencia, CA  91355

Santa Cruz City Elementary
SUPERINTENDENT: Kris Munro
E-MAIL: kmunro@sccs.net
PHONE NUMBER: (831) 429-3410
405 Old San Jose Rd.
Soquel, CA  95073

Santa Cruz City Elementary/high
SUPERINTENDENT: Kris Munro
E-MAIL: kmunro@sccs.net
PHONE NUMBER: (831) 429-3410
405 Old San Jose Rd.
Soquel, CA  95073

Santa Cruz City High
SUPERINTENDENT: Kris Munro
E-MAIL: kmunro@sccs.net
PHONE NUMBER: (831) 429-3410
405 Old San Jose Rd.
Soquel, CA  95073

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Santa Cruz County Office Of Education
SUPERINTENDENT: Faris Sabbah
E-MAIL: fsabbah@santacruzcoe.org
PHONE NUMBER: (831) 466-5600
400 Encinal St.
Santa Cruz, CA  95060

Santa Cruz County Rop
SUPERINTENDENT: Mark Hodges
E-MAIL: markhodges@santacruzcoe.org
PHONE NUMBER: (831) 466-5760
400 Encinal St.
Santa Cruz, CA  95060

Santa Maria Joint Union High
SUPERINTENDENT: Antonio Garcia
E-MAIL: angarcia@smjuhsd.org
PHONE NUMBER: (805) 922-4573
2560 Skyway Dr.
Santa Maria, CA  93455

Santa Maria-bonita
SUPERINTENDENT: Luke Ontiveros
E-MAIL: lontiveros@smbsd.net
PHONE NUMBER: (805) 928-1783
708 S. Miller St.
Santa Maria, CA  93454

Santa Monica-malibu Unified
SUPERINTENDENT: Ben Drati
E-MAIL: bdrati@smmusd.org
PHONE NUMBER: (310) 450-8338
1651 16Th St.
Santa Monica, CA  90404

Santa Paula Unified
SUPERINTENDENT: Ed Cora
E-MAIL: ecora@santapaulaunified.org
PHONE NUMBER: (805) 933-8802
201 S. Steckel Dr.
Santa Paula, CA  93060

Santa Rita Union Elementary
SUPERINTENDENT: Timothy Ryan
E-MAIL: tryan@santaritaschools.org
PHONE NUMBER: (831) 443-7200
57 Russell Rd.
Salinas, CA  93906

Santa Rosa Elementary
SUPERINTENDENT: Diann Kitamura
E-MAIL: dkitamura@srcs.k12.ca.us
PHONE NUMBER: (707) 528-5352
211 Ridgway Ave.
Santa Rosa, CA  95401

Santa Rosa Elementary-high, City Of
SUPERINTENDENT: Diann Kitamura
E-MAIL: dkitamura@srcs.k12.ca.us
PHONE NUMBER: (707) 528-5181
211 Ridgeway Ave.
Santa Rosa, CA  95401

Santa Rosa High
SUPERINTENDENT: Diann Kitamura
E-MAIL: dkitamura@srcs.k12.ca.us
PHONE NUMBER: (707) 528-5181
211 Ridgway Ave.
Santa Rosa, CA  95401

Santa Ynez Valley Union High
SUPERINTENDENT: Scott Cory
E-MAIL: scory@syvuhsd.org
PHONE NUMBER: (805) 688-6487
2975 E. Highway 246
Santa Ynez, CA  93460

Santee
SUPERINTENDENT: Kristin Baranski
E-MAIL: kristin.baranski@santeesd.net
PHONE NUMBER: (619) 258-2300
9625 Cuyamaca St.
Santee, CA  92071

Saratoga Union Elementary
SUPERINTENDENT: Kenneth Geisick
E-MAIL: kgeisick@saratogausd.org
PHONE NUMBER: (408) 867-3424
20460 Forrest Hills Dr.
Saratoga, CA  95070

Saucelito Elementary
SUPERINTENDENT: Courtney Castle
E-MAIL: ccastle@saucelito.org
PHONE NUMBER: (559) 784-2164
17615 Ave. 104
Terra Bella, CA  93270

Saugus Union
SUPERINTENDENT: Colleen Hawkins
E-MAIL: chawkins@saugususd.org
PHONE NUMBER: (661) 294-5300
24930 Ave. Stanford
Santa Clarita, CA  91355

Sausalito Marin City
SUPERINTENDENT: Itoco Garcia
E-MAIL: igarcia@smcsd.org
PHONE NUMBER: (415) 332-3190
200 Phillips Dr.
Sausalito, CA  94965

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Savanna Elementary
SUPERINTENDENT: Sue Johnson
E-MAIL: sue.johnson@savsd.org
PHONE NUMBER: (714) 236-3800
1330 S. Knott Ave.
Anaheim, CA  92804

Scotia Union Elementary
SUPERINTENDENT: Amy Gossien
E-MAIL: agossien@scotiaschool.org
PHONE NUMBER: (707) 764-2212
417 Church St.
Scotia, CA  95565

Scott Valley Unified
SUPERINTENDENT: Micheline Miglis
E-MAIL: mmiglis@svusd.us
PHONE NUMBER: (530) 468-2727
11918 Main St.
Fort Jones, CA  96032

Scotts Valley Unified
SUPERINTENDENT: Tanya Krause
E-MAIL: tkrause@scottsvalleyusd.org
PHONE NUMBER: (831) 438-1820
4444 Scotts Valley Dr.
Scotts Valley, CA  95066

Sebastopol Union Elementary
SUPERINTENDENT: Linda Irving
E-MAIL: lirving@sebusd.org
PHONE NUMBER: (707) 829-4570
7611 Huntley St.
Sebastopol, CA  95472

Seeley Union Elementary
SUPERINTENDENT: Andrea Ellis
E-MAIL: aellis@seeley.k12.ca.us
PHONE NUMBER: (760) 352-3571
1812 W. Rio Vista St.
Seeley, CA  92273

Seiad Elementary
SUPERINTENDENT: Marsha Jackson
E-MAIL: mjackson@seiad.k12.ca.us
PHONE NUMBER: (530) 496-3308
44539 Highway 96
Seiad Valley, CA  96086

Selma Unified
SUPERINTENDENT: Tanya Fisher
E-MAIL: tfisher@selmausd.org
PHONE NUMBER: (559) 898-6500
3036 Thompson Ave.
Selma, CA  93662

Semitropic Elementary
SUPERINTENDENT: Bethany Ferguson
E-MAIL: bferguson@semitropicschool.org
PHONE NUMBER: (661) 758-6412
25300 Highway 46
Wasco, CA  93280

Sequoia Union Elementary
SUPERINTENDENT: Ken Horn
E-MAIL: kenhorn@sequoiaunion.org
PHONE NUMBER: (559) 564-2106
23958 Ave. 324
Lemon Cove, CA  93244

Sequoia Union High
SUPERINTENDENT: Mary Streshly
E-MAIL: mstreshly@seq.org
PHONE NUMBER: (650) 369-1411
480 James Ave.
Redwood City, CA  94062

Shaffer Union Elementary
SUPERINTENDENT: Jeff Baker
E-MAIL: jbaker@shafferschool.com
PHONE NUMBER: (530) 254-6577
722-055 Highway 395 N.
Litchfield, CA  96117

Shandon Joint Unified
SUPERINTENDENT: Kristina Benson
E-MAIL: kbenson@shandonschools.org
PHONE NUMBER: (805) 238-0286
101 S. First St.
Shandon, CA  93461

Shasta County Office Of Education
SUPERINTENDENT: Judy Flores
E-MAIL: jflores@shastacoe.org
PHONE NUMBER: (530) 225-0200
1644 Magnolia Ave.
Redding, CA  96001

Shasta Union Elementary
SUPERINTENDENT: Robert Adams
E-MAIL: rjadams@rsdnmp.org
PHONE NUMBER: (530) 243-1110
10446 Red Bluff Rd.
Shasta, CA  96087

Shasta Union High
SUPERINTENDENT: Jim Cloney
E-MAIL: jcloney@suhsd.net
PHONE NUMBER: (530) 241-3261
2200 Eureka Way, Ste. B
Redding, CA  96001

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Shasta-trinity Rop
SUPERINTENDENT: Charlie Hoffman
E-MAIL: choffman@strop.org
PHONE NUMBER: (530) 246-3302
4659 E. Side Rd.
Redding, CA  96001

Shasta-trinity Rop Jpa
SUPERINTENDENT: Charlie Hoffman
E-MAIL: choffman@strop.org
PHONE NUMBER: (530) 246-3302
4659 Eastside Road
Redding, CA  96001

Sherman Indian High School
SUPERINTENDENT: Mary Yarger
E-MAIL: mary.yarger@bie.edu
PHONE NUMBER: (951) 276-6326
9010 Magnolia Ave
Riverside, CA  92503

Shiloh Elementary
SUPERINTENDENT: Seth Ehrler
E-MAIL: sehrler@shiloh.k12.ca.us
PHONE NUMBER: (209) 522-2261
6633 Paradise Rd.
Modesto, CA  95358

Shoreline Unified
SUPERINTENDENT: Bob Raines
E-MAIL: bob.raines@shorelineunified.org
PHONE NUMBER: (707) 878-2257
10 John St.
Tomales, CA  94971

Sierra County Office Of Education
SUPERINTENDENT: Merrill Grant
E-MAIL: mgrant@spjusd.org
PHONE NUMBER: (530) 993-1660
109 Beckwith Rd.
Loyalton, CA  96118

Sierra Sands Unified
SUPERINTENDENT: Dave Ostash
E-MAIL: superintendent@ssusd.org
PHONE NUMBER: (760) 499-1604
113 W. Felspar Ave.
Ridgecrest, CA  93555

Sierra Unified
SUPERINTENDENT: Alan Harris
E-MAIL: aharris@sierrausd.org
PHONE NUMBER: (559) 855-3662
29143 Auberry Rd.
Prather, CA  93651

Sierra-plumas Joint Unified
SUPERINTENDENT: Merrill Grant
E-MAIL: mgrant@spjusd.org
PHONE NUMBER: (530) 993-1660
109 Beckwith Rd.
Loyalton, CA  96118

Silver Fork Elementary
SUPERINTENDENT: Pat Atkins
E-MAIL: patkins@ppesd.org
PHONE NUMBER: (530) 644-5416
2701 Amber Trail
Pollock Pines, CA  95726

Silver Valley Unified
SUPERINTENDENT: Jesse Najera
E-MAIL: jnajera@svusdk12.net
PHONE NUMBER: (760) 254-2916
35320 Daggett Yermo Rd.
Yermo, CA  92398

Simi Valley Unified
SUPERINTENDENT: Jason Peplinski
E-MAIL: jason.peplinski@simivalleyusd.org
PHONE NUMBER: (805) 306-4500
101 West Cochran Street
Simi Valley, CA  93065

Siskiyou County Office Of Education
SUPERINTENDENT: Kermith Walters
E-MAIL: kwalters@siskiyoucoe.net
PHONE NUMBER: (530) 842-8400
609 S. Gold St.
Yreka, CA  96097

Siskiyou Union High
SUPERINTENDENT: Michael Matheson
E-MAIL: mmatheson@sisuhsd.net
PHONE NUMBER: (530) 926-3006
624 Everitt Memorial Hwy.
Mt. Shasta, CA  96067

Snelling-merced Falls Union Elementary
SUPERINTENDENT: Alison Kahl
E-MAIL: akahl@snellingschool.org
PHONE NUMBER: (209) 563-6414
16099 N. Highway 59
Snelling, CA  95369

Snowline Joint Unified
SUPERINTENDENT: Ryan Holman
E-MAIL: ryan_holman@snowlineschools.com
PHONE NUMBER: (760) 868-5817
4075 Nielson Rd.
Phelan, CA  92329

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Solana Beach Elementary
SUPERINTENDENT: Jodee Brentlinger
E-MAIL: superintendent@sbsd.net
PHONE NUMBER: (858) 794-7100
309 N. Rios Ave.
Solana Beach, CA  92075

Solano County Office of Education
SUPERINTENDENT: Lisette Henderson
E-MAIL: lehenderson@solanocoe.net
PHONE NUMBER: (707) 399-4400
5100 Business Center Dr.
Fairfield, CA  94534

Soledad Unified
SUPERINTENDENT: Timothy Vanoli
E-MAIL: tvanoli@soledad.k12.ca.us
PHONE NUMBER: (831) 678-3987
1261 Metz Rd.
Soledad, CA  93960

Solvang Elementary
SUPERINTENDENT: Steve Seaford
E-MAIL: sseaford@solvangschool.org
PHONE NUMBER: (805) 688-4810
565 Atterdag Rd.
Solvang, CA  93463

Somis Union
SUPERINTENDENT: Colleen Robertson
E-MAIL: dr.robertson@staff.somisusd.org
PHONE NUMBER: (805) 386-8258
5268 N. St.
Somis, CA  93066

Sonoma County Office Of Education
SUPERINTENDENT: Steven Herrington
E-MAIL: sherrington@scoe.org
PHONE NUMBER: (707) 524-2600
5340 Skylane Blvd.
Santa Rosa, CA  95403

Sonoma County Rop
SUPERINTENDENT: Adam Stein
E-MAIL: astein@sonomaselpa.org
PHONE NUMBER: (707) 524-2750
5340 Skylane Blvd.
Santa Rosa, CA  95403

Sonoma Valley Unified
SUPERINTENDENT: Socorro Shiels
E-MAIL: sshiels@sonomaschools.org
PHONE NUMBER: (707) 935-6000
17850 Railrd. Ave.
Sonoma, CA  95476

Sonora Elementary
SUPERINTENDENT: John Baker
E-MAIL: jbaker@sesk12.org
PHONE NUMBER: (209) 532-3159
830 Greenley Rd.
Sonora, CA  95370

Sonora Union High
SUPERINTENDENT: Ed Pelfrey
E-MAIL: epelfrey@sonorahigh.org
PHONE NUMBER: (209) 533-8510
100 Sch St.
Sonora, CA  95370

Soquel Union Elementary
SUPERINTENDENT: Scott Turnbull
E-MAIL: sturnbull@suesd.org
PHONE NUMBER: (831) 464-5639
620 Monterey Ave.
Capitola, CA  95010

Soulsbyville Elementary
SUPERINTENDENT: Jeff Winfield
E-MAIL: jwinfield@soulsbyvilleschool.com
PHONE NUMBER: (209) 532-1419
20300 Soulsbyville Rd.
Soulsbyville, CA  95372

South Bay Union
SUPERINTENDENT: Katie Mcnamara
E-MAIL: kmcnamara@sbusd.org
PHONE NUMBER: (619) 628-1600
601 Elm Ave.
Imperial Beach, CA  91932

South Bay Union Elementary
SUPERINTENDENT: Katie Mcnamara
E-MAIL: kmcnamara@sbusd.org
PHONE NUMBER: (707) 476-8549
6077 Loma Ave.
Eureka, CA  95503

South Fork Union
SUPERINTENDENT: Kim Kissack
E-MAIL: kkissack@southforkschool.org
PHONE NUMBER: (760) 378-4000
5225 Kelso Valley Rd.
Weldon, CA  93283

South Monterey County Joint Union High
SUPERINTENDENT: Brian Walker
E-MAIL: bwalker@smcjuhsd.org
PHONE NUMBER: (831) 385-0606
800 Brd.Way St.
King City, CA  93930

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

South Pasadena Unified
SUPERINTENDENT: Geoff Yantz
E-MAIL: gyantz@spusd.net
PHONE NUMBER: (626) 441-5810
1020 El Centro St.
South Pasadena, CA  91030

South San Francisco Unified
SUPERINTENDENT: Shawnterra Moore
E-MAIL: smoore@ssfusd.org
PHONE NUMBER: (650) 877-8700
398 B St.
South San Francisco, CA  94080

South Whittier Elementary
SUPERINTENDENT: Gary Gonzales
E-MAIL: garygonzales@swhittier.net
PHONE NUMBER: (562) 944-6231
11200 Telechron Ave.
Whittier, CA  90605

Southern Humboldt Joint Unified
SUPERINTENDENT: Stephanie Davis
E-MAIL: supt@sohumusd.com
PHONE NUMBER: (707) 943-1789
110 Sch Rd.
Miranda, CA  95553

Southern Kern Unified
SUPERINTENDENT: Barbara Gaines
E-MAIL: bgaines@skusd.k12.ca.us
PHONE NUMBER: (661) 256-5000
2601 Rosamond Blvd.
Rosamond, CA  93560

Southern Trinity Joint Unified
SUPERINTENDENT: Peggy Canale
E-MAIL: pcanale@stjusd.org
PHONE NUMBER: (707) 574-6237
680 Van Duzen Rd.
Bridgeville, CA  95526

Southside Elementary
SUPERINTENDENT: John Schilling
E-MAIL: jschilling@sbcoe.org
PHONE NUMBER: (831) 637-4439
4991 S.Side Rd.
Hollister, CA  95023

Southwest Transportation Agency
SUPERINTENDENT: Gary Geringer
E-MAIL: ggeringer@southwestjpa.org
PHONE NUMBER: (559) 644-1021
3086 W. Mt. Whitney
Riverdale, CA  93656

Spencer Valley Elementary
SUPERINTENDENT: Julie Weaver
E-MAIL: julie@svesd.net
PHONE NUMBER: (760) 765-0336
4414 Highway 78 And 79
Santa Ysabel, CA  92070

Spreckels Union Elementary
SUPERINTENDENT: Eric Tarallo
E-MAIL: etarallo@spreckelsdistrict.org
PHONE NUMBER: (831) 455-2550
130 Railrd. Ave.
Spreckels, CA  93962

Springville Union Elementary
SUPERINTENDENT: Connie Owens
E-MAIL: connies@ocsnet.org
PHONE NUMBER: (559) 539-2605
35424 Ward Ave.
Springville, CA  93265

Standard Elementary
SUPERINTENDENT: Paul Meyers
E-MAIL: pmeyers@standardschools.net
PHONE NUMBER: (661) 392-2110
1200 N. Chester Ave.
Bakersfield, CA  93308

Stanislaus County Office Of Education
SUPERINTENDENT: Scott Kuykendall
E-MAIL: skuykendall@stancoe.org
PHONE NUMBER: (209) 238-1700
1100 H St.
Modesto, CA  95354

Stanislaus Union Elementary
SUPERINTENDENT: Shannon Sanford
E-MAIL: ssanford@stanunion.k12.ca.us
PHONE NUMBER: (209) 529-9546
2410 Janna Ave.
Modesto, CA  95350

Stockton Unified
SUPERINTENDENT: John Deasy
E-MAIL: jdeasy@stocktonusd.net
PHONE NUMBER: (209) 933-7000
701 N. Madison St.
Stockton, CA  95202

Stone Corral Elementary
SUPERINTENDENT: Christopher Kemper
E-MAIL: ckemper@stone-corral.k12.ca.us
PHONE NUMBER: (559) 528-4455
15590 Ave. 383
Visalia, CA  93292

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Stony Creek Joint Unified
SUPERINTENDENT: Kevin Triance
E-MAIL: ktriance@scjusd.org
PHONE NUMBER: (530) 968-5361
3430 Co Rd. 309
Elk Creek, CA  95939

Strathmore Union Elementary
SUPERINTENDENT: Shelly Long
E-MAIL: slong@suesd.k12.ca.us
PHONE NUMBER: (559) 568-1283
19811 Orange Belt Dr.
Strathmore, CA 93267

Sulphur Springs Union
SUPERINTENDENT: Catherine Kawaguchi
E-MAIL: ckawaguchi@sssd.k12.ca.us
PHONE NUMBER: (661) 252-5131
27000 Weyerhaeuser Way
Canyon Country, CA  91351

Summerville Elementary
SUPERINTENDENT: Ben Howell
E-MAIL: bhowell@sumel.org
PHONE NUMBER: (209) 928-4291
18451 Carter St.
Tuolumne, CA 95379

Summerville Union High
SUPERINTENDENT: Michael Merrill
E-MAIL: mmerrill@summbears.net
PHONE NUMBER: (209) 928-3498
17555 Tuolumne Rd.
Tuolumne, CA  95379

Sundale Union Elementary
SUPERINTENDENT: Terri Rufert
E-MAIL: terri.rufert@sundale.org
PHONE NUMBER: (559) 688-7451
13990 Ave. 240
Tulare, CA 93274

Sunnyside Union Elementary
SUPERINTENDENT: Steve Tsuboi
E-MAIL: stsuboi@sunnysideunion.com
PHONE NUMBER: (559) 568-1741
21644 Ave. 196
Strathmore, CA  93267

Sunnyvale
SUPERINTENDENT: Michael Gallagher
E-MAIL: michael.gallagher@sesd.org
PHONE NUMBER: (408) 522-8200
819 W. Iowa Ave.
Sunnyvale, CA  94088

Sunol Glen Unified
SUPERINTENDENT: Molleen Barnes
E-MAIL: mbarnes@sunol.k12.ca.us
PHONE NUMBER: (925) 862-2026
11601 Main St.
Sunol, CA  94586

Surprise Valley Joint Unified
SUPERINTENDENT: Audra Evans
E-MAIL: aevans@svjusd.org
PHONE NUMBER: (530) 279-6141
470 Lincoln St.
Cedarville, CA 96104

Susanville Elementary
SUPERINTENDENT: Jason Waddell
E-MAIL: jwaddell@susanvillesd.org
PHONE NUMBER: (530) 257-8200
109 S. Gilman St.
Susanville, CA  96130

Sutter County Office Of Education
SUPERINTENDENT: Tom Reusser
E-MAIL: tomr@sutter.k12.ca.us
PHONE NUMBER: (530) 822-2900
970 Klamath Ln.
Yuba City, CA  95993

Sutter Union High
SUPERINTENDENT: Ryan Robison
E-MAIL: rrobison@sutterhigh.k12.ca.us
PHONE NUMBER: (530) 822-5161
2665 Acacia St.
Sutter, CA  95982

Sweetwater Union High
SUPERINTENDENT: Moises Aguirre
E-MAIL: moises.aguirre@sweetwaterschools.org
PHONE NUMBER: (619) 691-5555
1130 Fifth Ave.
Chula Vista, CA  91911

Sylvan Union Elementary
SUPERINTENDENT: Eric Fredrickson
E-MAIL: efredrickson@sylvan.k12.ca.us
PHONE NUMBER: (209) 574-5000
605 Sylvan Ave.
Modesto, CA  95350

Taft City
SUPERINTENDENT: Julie Graves
E-MAIL: jgraves@taftcity.org
PHONE NUMBER: (661) 763-1521
820 Sixth St.
Taft, CA  93268

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Taft Union High
SUPERINTENDENT: Blanca Cavazos
E-MAIL: bcavazos@taftunion.org
PHONE NUMBER: (661) 763-2330
701 Wildcat Way
Taft, CA  93268

Tahoe-truckee Unified
SUPERINTENDENT: Robert Leri
E-MAIL: rleri@ttusd.org
PHONE NUMBER: (530) 582-2500
11603 Donner Pass Rd.
Truckee, CA  96161

Tamalpais Union High
SUPERINTENDENT: Tara Taupier
E-MAIL: ttaupier@tamdistrict.org
PHONE NUMBER: (415) 945-1000
395 Doherty Dr.
Larkspur, CA  94977

Tehachapi Unified
SUPERINTENDENT: Stacey Everson
E-MAIL: severson@teh.k12.ca.us
PHONE NUMBER: (661) 822-2100
300 S. Robinson St.
Tehachapi, CA  93561

Tehama County Office Of Education
SUPERINTENDENT: Rich Duvarney
E-MAIL: rduvarney@tehamaschools.org
PHONE NUMBER: (530) 527-5811
1135 Lincoln St.
Red Bluff, CA  96080

Tehama County Rop
SUPERINTENDENT: Rich Duvarney
E-MAIL: rduvarney@tehamaschools.org
PHONE NUMBER: (530) 527-5811
1135 Lincoln St.
Red Bluff, CA  96080

Temecula Valley Unified
SUPERINTENDENT: Timothy Ritter
E-MAIL: tritter@tvusd.k12.ca.us
PHONE NUMBER: (951) 676-2661
31350 Rancho Vista Rd.
Temecula, CA  92592

Temple City Unified
SUPERINTENDENT: Kimberly Fricker
E-MAIL: kfricker@tcusd.net
PHONE NUMBER: (626) 548-5000
9700 Las Tunas Dr.
Temple City, CA  91780

Templeton Unified
SUPERINTENDENT: Aaron Asplund
E-MAIL: aasplund@templetonusd.org
PHONE NUMBER: (805) 434-5800
960 Old Co Rd.
Templeton, CA  93465

Terra Bella Union Elementary
SUPERINTENDENT: Guadalupe   Roman
E-MAIL: groman@tbuesd.org
PHONE NUMBER: (559) 535-4451
9121 Rd. 240
Terra Bella, CA  93270

Thermalito Union Elementary
SUPERINTENDENT: Gregory Blake
E-MAIL: gblake@thermalito.org
PHONE NUMBER: (530) 538-2900
400 Grand Ave.
Oroville, CA  95965

Three Rivers Union Elementary
SUPERINTENDENT: Susan Sherwood
E-MAIL: spsherwood@3rusd.org
PHONE NUMBER: (559) 561-4466
41932 Sierra Dr.
Three Rivers, CA  93271

Tipton Elementary
SUPERINTENDENT: Stacey Bettencourt
E-MAIL: sbettencourt@tipton.k12.ca.us
PHONE NUMBER: (559) 752-4213
370 N. Evans Rd.
Tipton, CA  93272

Torrance Unified
SUPERINTENDENT: George Mannon
E-MAIL: mannon.george@tusd.org
PHONE NUMBER: (310) 972-6500
2335 Plaza Del Amo
Torrance, CA  90501

Tracy Joint Unified
SUPERINTENDENT: Brian Stephens
E-MAIL: bstephens@tusd.net
PHONE NUMBER: (209) 830-3200
1875 W. Lowell Ave.
Tracy, CA  95376

Traver Joint Elementary
SUPERINTENDENT: Steve Ramirez
E-MAIL: sramirez@traversd.com
PHONE NUMBER: (559) 897-2755
36736 Canal Dr.
Traver, CA  93673

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Travis Unified
SUPERINTENDENT: Pam Conklin
E-MAIL: pconklin@travisusd.org
PHONE NUMBER: (707) 437-4604
2751 De Ronde Dr.
Fairfield, CA  94533

Tres Pinos Union Elementary
SUPERINTENDENT: Bronson Lobue
E-MAIL: blobue@sbcoe.k12.ca.us
PHONE NUMBER: (831) 637-0503
5635 Airline Hwy.
Tres Pinos, CA  95075

Tri-cities Rop
SUPERINTENDENT: Daniel Barajas
E-MAIL: dbarajas@tricitiesrop.org
PHONE NUMBER: (562) 698-9571
10800 Benavon St., Unit E
Whittier, CA  90606

Tri-cities Rop
SUPERINTENDENT: Daniel Barajas
E-MAIL: dbarajas@tricitiesrop.org
PHONE NUMBER: (562) 698-9571
9401 S.  Painter Ave.
West Covina, CA  90605

Trinidad Union Elementary
SUPERINTENDENT: Katie Cavanagh
E-MAIL: kcavanagh@trinidadusd.net
PHONE NUMBER: (707) 677-3631
300 Trinity St.
Trinidad, CA  95570

Trinity Alps Unified
SUPERINTENDENT: Jaime Green
E-MAIL: jgreen@tausd.org
PHONE NUMBER: (530) 623-6104
321 Victory Ln.
Weaverville, CA  96093

Trinity Center Elementary
SUPERINTENDENT: Carole Havens
E-MAIL: carolehavens@tcoek12.org
PHONE NUMBER: (530) 266-3342
1 Trinity Vista Dr.
Trinity Center, CA  96091

Trinity County Office Of Education
SUPERINTENDENT: Sarah Supahan
E-MAIL: ssupahan@tcoek12.org
PHONE NUMBER: (530) 623-2861
201 Memorial Dr.
Weaverville, CA  96093

Tri-valley Rop
SUPERINTENDENT: Julie Duncan
E-MAIL: jduncan@tvrop.org
PHONE NUMBER: (925) 455-4800
1040 Florence Rd.
Livermore, CA  94550

Tri-valley Rop Jpa
SUPERINTENDENT: Julie Duncan
E-MAIL: jduncan@tvrop.org
PHONE NUMBER: (925) 455-4800
1040 Florence Rd.
Livermore, CA  94550

Trona Joint Unified
SUPERINTENDENT: Jairo Arellano
E-MAIL: jarellano@tjusd.net
PHONE NUMBER: (760) 372-2861
83600 Trona Rd.
Trona, CA  93562

Tulare City
SUPERINTENDENT: Brian Hollingshead
E-MAIL: bhollingshead@tcsdk8.org
PHONE NUMBER: (559) 685-7200
600 N. Cherry St.
Tulare, CA  93274

Tulare County Office Of Education
SUPERINTENDENT: Tim Hire
E-MAIL: tim.hire@tcoe.org
PHONE NUMBER: (559) 733-6300
6200 S. Mooney Blvd.
Visalia, CA  93278

Tulare Joint Union High
SUPERINTENDENT: Tony Rodriguez
E-MAIL: tony.rodriguez@tulare.k12.ca.us
PHONE NUMBER: (559) 688-2021
426 N. Blackstone
Tulare, CA  93274

Tulelake Basin Joint Unified
SUPERINTENDENT: Bryce Brin
E-MAIL: bbrin@tbjusd.org
PHONE NUMBER: (530) 667-2295
400 G St.
Tulelake, CA  96134

Tuolumne County Superintendent Of Schools
SUPERINTENDENT: Cathy Parker
E-MAIL: cparker@tcsos.us
PHONE NUMBER: (209) 536-2000
175 S. Fairview Ln.
Sonora, CA  95370

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Turlock Unified
SUPERINTENDENT: Dana Trevethan
E-MAIL: dtrevethan@turlock.k12.ca.us
PHONE NUMBER: (209) 667-0633
1574 E. Canal
Turlock, CA  95380

Tustin Unified
SUPERINTENDENT: Gregory Franklin
E-MAIL: gfranklin@tustin.k12.ca.us
PHONE NUMBER: (714) 730-7301
300 S. C St.
Tustin, CA  92780

Twain Harte
SUPERINTENDENT: Rick Hennes
E-MAIL: rhennes@twainharteschool.com
PHONE NUMBER: (209) 586-3772
18995 Twain Harte Dr.
Twain Harte, CA  95383

Twin Hills Union Elementary
SUPERINTENDENT: Barbara Bickford
E-MAIL: bbickford@twinhillsusd.org
PHONE NUMBER: (707) 823-0871
700 Water Trough Rd.
Sebastopol, CA  95472

Twin Ridges Elementary
SUPERINTENDENT: Melissa Madigan
E-MAIL: mmadigan@tresd.org
PHONE NUMBER: (530) 265-9052
16661 Old Mill Rd.
Nevada City, CA  95959

Twin Rivers Unified
SUPERINTENDENT: Steven Martinez
E-MAIL: steve.martinez@twinriversusd.org
PHONE NUMBER: (916) 566-1600
5115 Dudley Blvd.
Mcclellan, CA  95652

Two Rock Union
SUPERINTENDENT: Betha Macclain
E-MAIL: bmacclain@trusd.org
PHONE NUMBER: (707) 762-6617
5001 Spring Hill Rd.
Petaluma, CA  94952

Ukiah Unified
SUPERINTENDENT: Debra Kubin
E-MAIL: dkubin@uusd.net
PHONE NUMBER: (707) 472-5000
511 S. Orchard Ave.
Ukiah, CA  95482

Union Elementary
SUPERINTENDENT: Denise Coleman
E-MAIL: colemand@unionsd.org
PHONE NUMBER: (408) 377-8010
5175 Union Ave.
San Jose, CA  95124

Union Hill Elementary
SUPERINTENDENT: Andy Parsons
E-MAIL: aparsons@uhsd.k12.ca.us
PHONE NUMBER: (530) 273-0647
10879 Bartlett Dr.
Grass Valley, CA  95945

Upland Unified
SUPERINTENDENT: Lynn   Day
E-MAIL: lcarmenday@upland.k12.ca.us
PHONE NUMBER: (909) 985-1864
390 N. Euclid Ave.
Upland, CA  91786

Upper Lake Unified
SUPERINTENDENT: Giovanni Annous
E-MAIL: gannous@ulusd.org
PHONE NUMBER: (707)275-2655
675 Clover Valley Rd.
Upper Lake, CA  95485

Upper Lake Union Elementary
SUPERINTENDENT: Stephanie Wayment
E-MAIL: swayment@ulusd.org
PHONE NUMBER: (707) 275-2357
679 Second St.
Upper Lake, CA  95485

Upper Lake Union High
SUPERINTENDENT: Giovanni Annous
E-MAIL: gannous@ulusd.org
PHONE NUMBER: (707) 275-2655
675 Clover Valley Rd.
Upper Lake, CA  95485

Vacaville Unified
SUPERINTENDENT: Jane Shamieh
E-MAIL: janes@vacavilleusd.org
PHONE NUMBER: (707) 453-6117
401 Nut Tree Rd.
Vacaville, CA  95687

Val Verde Unified
SUPERINTENDENT: Michael Mccormick
E-MAIL: mmccormick@valverde.edu
PHONE NUMBER: (951) 940-6100
975 W. Morgan St.
Perris, CA  92571

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Valle Lindo Elementary
SUPERINTENDENT: Lynn Bulgin
E-MAIL: mbulgin@sd.vallelindo.k12.ca.us
PHONE NUMBER: (626) 580-0610
1431 N. Central Ave.
South El Monte, CA  91733

Vallecito Union
SUPERINTENDENT: Jim Frost
E-MAIL: jfrost@vsd.k12.ca.us
PHONE NUMBER: (209) 795-8500
4545 B Moran Rd.
Avery, CA  95224

Vallecitos Elementary
SUPERINTENDENT: Maritza Koeppen
E-MAIL: mkoeppen@vallecitossd.net
PHONE NUMBER: (760) 728-7092
5211 Fifth St.
Rainbow, CA  92028

Vallejo City Unified
SUPERINTENDENT: Mitchell Romao
E-MAIL: mromao@vcusd.org
PHONE NUMBER: (707) 556-8921
665 Walnut Ave.
Vallejo, CA  94592

Valley Center-pauma Unified
SUPERINTENDENT: Ron Mccowan
E-MAIL: mccowan.ro@vcpusd.org
PHONE NUMBER: (760) 749-0464
28751 Cole Grade Rd.
Valley Center, CA  92082

Valley Home Joint Elementary
SUPERINTENDENT: Debra Boggs
E-MAIL: dboggs@vhjsd.org
PHONE NUMBER: (209) 847-0117
13231 Pioneer Ave.
Valley Home, CA  95361

Valley Rop Jpa
SUPERINTENDENT: Fabrizio Lofaro
E-MAIL: flofaro@valleyrop.net
PHONE NUMBER: (559) 876-2122
1305 Q St.
Sanger, CA  93657

Ventura County Office Of Education
SUPERINTENDENT: Stan Mantooth
E-MAIL: mantooth@vcoe.org
PHONE NUMBER: (805) 383-1902
5189 Verdugo Way
Camarillo, CA  93012

Ventura County Rop
SUPERINTENDENT: Stan Mantooth
E-MAIL: mantooth@vcoe.org
PHONE NUMBER: (916) 319-0800
5189 Verdugo Way
Camarillo, CA  93012

Ventura County Schools Business Services Jpa
SUPERINTENDENT: Tami Peterson
E-MAIL: tpeterson@vcoe.org
PHONE NUMBER: (805) 383-1972
535 E. Main St.
Ventura, CA  93001

Ventura Unified
SUPERINTENDENT: Roger Rice
E-MAIL: roger.rice@venturausd.org
PHONE NUMBER: (805) 641-5000
255 W. Stanley Ave., Ste. 100
Ventura, CA  93001

Victor Elementary
SUPERINTENDENT: Jan Gonzales
E-MAIL: jgonzales@vesd.net
PHONE NUMBER: (760) 245-1691
12219 2Nd Ave.
Victorville, CA  92395

Victor Valley Union High
SUPERINTENDENT: Ron Williams
E-MAIL: rwilliams@vvuhsd.org
PHONE NUMBER: (760) 955-3201
16350 Mojave Dr.
Victorville, CA  92395

Vineland Elementary
SUPERINTENDENT: Cindy Castro
E-MAIL: cicastro@vineland.k12.ca.us
PHONE NUMBER: (661) 845-3713
14713 Weedpatch Hwy.
Bakersfield, CA  93307

Visalia Unified
SUPERINTENDENT: Tamara Ravalin
E-MAIL: travalin@vusd.org
PHONE NUMBER: (559) 730-7300
5000 W. Cypress Ave.
Visalia, CA  93277

Vista Del Mar Union
SUPERINTENDENT: Lois Peterson
E-MAIL: lpeterson@vistadelmarunion.com
PHONE NUMBER: (805) 686-1880
9467 San Julian Rd.
Gaviota, CA  93117

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Vista Unified
SUPERINTENDENT: Matt Doyle
E-MAIL: mattdoyle@vistausd.org
PHONE NUMBER: (760) 726-2170
1234 Arcadia Ave.
Vista, CA  92084

Walnut Creek Elementary
SUPERINTENDENT: Marie Morgan
E-MAIL: mmorgan@walnutcreeksd.org
PHONE NUMBER: (925) 944-6850
960 Ygnacio Valley Rd.
Walnut Creek, CA  94596

Walnut Valley Unified
SUPERINTENDENT: Robert Taylor
E-MAIL: rtaylor@wvusd.k12.ca.us
PHONE NUMBER: (909) 595-1261
880 S. Lemon Ave.
Walnut, CA  91789

Warner Unified
SUPERINTENDENT: David Macleod
E-MAIL: david.macleod@warnerusd.net
PHONE NUMBER: (760) 782-3517
30951 Highway 79
Warner Springs, CA  92086

Wasco Union Elementary
SUPERINTENDENT: Kelly Richers
E-MAIL: kerichers@wuesd.org
PHONE NUMBER: (661) 758-7100
1102 Fifth St.
Wasco, CA  93280

Wasco Union High
SUPERINTENDENT: Lori Albrecht
E-MAIL: lalbrecht@wascohsd.org
PHONE NUMBER: (661) 758-8447
2100 Seventh St.
Wasco, CA  93280

Washington Colony Elementary
SUPERINTENDENT: Jesus Cruz
E-MAIL: jesuscruz@washingtoncolony.org
PHONE NUMBER: (559) 233-0706
130 E. Lincoln Ave..
Fresno, CA  93706

Washington Unified
SUPERINTENDENT: Linda Luna
E-MAIL: lluna@wusd.k12.ca.us
PHONE NUMBER: (916) 375-7600
930 W.Acre Rd.
West Sacramento, CA  95691

Washington Unified
SUPERINTENDENT: Randy Morris
E-MAIL: randy.morris@wusd.ws
PHONE NUMBER: (559) 495-5600
7950 S. Elm Ave.
Fresno, CA  93706

Washington Union Elementary
SUPERINTENDENT: Gina Uccelli
E-MAIL: guccelli@washingtonusd.org
PHONE NUMBER: (831) 484-2166
43 San Benancio Rd.
Salinas, CA  93908

Waterford Unified
SUPERINTENDENT: Don Davis
E-MAIL: dondavis@waterford.k12.ca.us
PHONE NUMBER: (209) 874-1809
219 N. Reinway Ave., Bldg. 2
Waterford, CA  95386

Waugh Elementary
SUPERINTENDENT: Mike Gardner
E-MAIL: mgardner@waughsd.org
PHONE NUMBER: (707) 765-3331
1851 Hartman Ln.
Petaluma, CA  94954

Waukena Joint Union Elementary
SUPERINTENDENT: Deanna Cardoza
E-MAIL: deannac@waukena.k12.ca.us
PHONE NUMBER: (559) 686-3328
19113 Rd. 28
Tulare, CA  93274

Weaver Union
SUPERINTENDENT: John Curry
E-MAIL: jcurry@weaverusd.org
PHONE NUMBER: (209) 723-7606
3076 E. Childs Ave.
Merced, CA  95341

Weed Union Elementary
SUPERINTENDENT: Alisa Cummings
E-MAIL: wesprincipal@weedelem.k12.ca.us
PHONE NUMBER: (530) 938-6103
575 White Avenue.
Weed, CA  96094

West Contra Costa Unified
SUPERINTENDENT: Matthew Duffy
E-MAIL: matthew.duffy@wccusd.net
PHONE NUMBER: (510) 231-1101
1108 Bissell Ave.
Richmond, CA  94801

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

West Covina Unified
SUPERINTENDENT: Charles Hinman
E-MAIL: chinman@wcusd.org
PHONE NUMBER: (626) 939-4600
1717 W. Merced Ave.
West Covina, CA  91790

West Park Elementary
SUPERINTENDENT: Ralph Vigil
E-MAIL: ralph_v@wpesd.org
PHONE NUMBER: (559) 233-6501
2695 S. Valentine Ave.
Fresno, CA  93706

West Side Union Elementary
SUPERINTENDENT: Kris Menlove
E-MAIL: kmenlove@westsideusd.org
PHONE NUMBER: (707) 433-3923
1201 Felta Rd.
Healdsburg, CA  95448

West Sonoma County Union High
SUPERINTENDENT: Toni Beal
E-MAIL: tbeal.do@wscuhsd.k12.ca.us
PHONE NUMBER: (707) 824-6403
462 Johnson St.
Sebastopol, CA  95472

Western Placer Unified
SUPERINTENDENT: Scott Leaman
E-MAIL: sleaman@wpusd.org
PHONE NUMBER: (916) 645-6350
600 Sixth St., Ste. 400
Lincoln, CA  95648

Westminster
SUPERINTENDENT: Cyndi Paik
E-MAIL: cpaik@wsdk8.us
PHONE NUMBER: (714) 894-7311
14121 Cedarwood Ave.
Westminster, CA  92683

Westmorland Union Elementary
SUPERINTENDENT: Richard Cordero
E-MAIL: r.cordero@wued.org
PHONE NUMBER: (760) 344-4364
200 S. C St.
Westmorland, CA  92281

Westside Elementary
SUPERINTENDENT: Baldomero Hernandez
E-MAIL: bhernandez@westside-elem.com
PHONE NUMBER: (559) 884-2494
19191 Excelsior Ave.
Five Points, CA  93624

Westside Union Elementary
SUPERINTENDENT: Regina Rossall
E-MAIL: r.rossall@westside.k12.ca.us
PHONE NUMBER: (661) 722-0716
41914 50Th St. W.
Quartz Hill, CA  93536

Westwood Unified
SUPERINTENDENT: Michael Altenburg
E-MAIL: maltenburg@westwoodusd.org
PHONE NUMBER: (530) 256-2311
Fourth And Greenwood Sts.
Westwood, CA  96137

Wheatland
SUPERINTENDENT: Craig Guensler
E-MAIL: cguensler@wheatland.k12.ca.us
PHONE NUMBER: (530) 633-3130
111 Main St.
Wheatland, CA  95692

Wheatland Union High
SUPERINTENDENT: Nicole Newman
E-MAIL: nnewman@wheatlandhigh.org
PHONE NUMBER: (530) 633-3100
1010 Wheatland Rd.
Wheatland, CA  95692

Whitmore Union Elementary
SUPERINTENDENT: Larry Robins
E-MAIL: lrobins@wujesd.org
PHONE NUMBER: (530) 472-3243
30611 Whitmore Rd.
Whitmore, CA  96096

Whittier City Elementary
SUPERINTENDENT: Maria Poulin
E-MAIL: mmartinez-poulin@whittiercity.net
PHONE NUMBER: (562) 789-3000
7211 S. Whittier Ave.
Whittier, CA  90602

Whittier Union High
SUPERINTENDENT: Martin Plourde
E-MAIL: martin.plourde@wuhsd.org
PHONE NUMBER: (562) 698-8121
9401 S. Painter Ave.
Whittier, CA  90605

William S. Hart Union High
SUPERINTENDENT: Mike Kuhlman
E-MAIL: mkuhlman@hartdistrict.org
PHONE NUMBER: (661) 259-0033
21380 Centre Pointe Pkwy.
Santa Clarita, CA  91350

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Williams Unified
SUPERINTENDENT: Edgar Lampkin
E-MAIL: elampkin@williams.k12.ca.us
PHONE NUMBER: (530) 473-2550
260 11Th St.
Williams, CA  95987

Willits Unified
SUPERINTENDENT: Mark Westerburg
E-MAIL: markwesterburg@willitsunified.com
PHONE NUMBER: (707) 459-5314
1277 Blosser Ln.
Willits, CA  95490

Willow Creek Elementary
SUPERINTENDENT: Ron Ferrando
E-MAIL: rferrando@sisnet.ssku.k12.ca.us
PHONE NUMBER: (530) 459-3313
5321 York Rd.
Montague, CA  96064

Willow Grove Union Elementary
SUPERINTENDENT: Linda Smith
E-MAIL: lsmith@sbcoe.org
PHONE NUMBER: (831) 628-3256
11655 Airline Hwy.
Paicines, CA  95043

Willows Unified
SUPERINTENDENT: Emmett Koerperich
E-MAIL: ekoerperich@willowsunified.org
PHONE NUMBER: (530) 934-6600
823 W. Laurel St.
Willows, CA  95988

Wilmar Union Elementary
SUPERINTENDENT: Sheila Garvey
E-MAIL: sgarvey@wilmarusd.org
PHONE NUMBER: (707) 765-4340
3775 Bodega Ave.
Petaluma, CA  94952

Wilsona Elementary
SUPERINTENDENT: Susan Bervel
E-MAIL: sbervel@wilsona.k12.ca.us
PHONE NUMBER: (661) 264-1111
18050 E. Ave. O
Palmdale, CA  93591

Windsor Unified
SUPERINTENDENT: Brandon Krueger
E-MAIL: bkrueger@wusd.org
PHONE NUMBER: (707) 837-7700
9291 Old Redwood Hwy.
Windsor, CA  95492

Winship-robbins
SUPERINTENDENT: Dawn Carl
E-MAIL: DawnC@sutter.k12.ca.us
PHONE NUMBER: (530) 696-2451
4305 S. Meridian Rd.
Meridian, CA  95957

Winters Joint Unified
SUPERINTENDENT: Diana Jimenez
E-MAIL: djimenez@wintersjusd.org
PHONE NUMBER: (530) 795-6100
909 W. Grant Ave.
Winters, CA  95694

Winton
SUPERINTENDENT: Randall Heller
E-MAIL: rheller@winton.k12.ca.us
PHONE NUMBER: (209) 357-6175
7000 N. Center St.
Winton, CA  95388

Wiseburn Elementary
SUPERINTENDENT: Blake Silvers
E-MAIL: bsilvers@wiseburn.org
PHONE NUMBER: (310) 643-3025
13530 Aviation Blvd.
Hawthorne, CA  90250

Wiseburn Unified
SUPERINTENDENT: Blake Silvers
E-MAIL: bsilvers@wiseburn.org
PHONE NUMBER: (310) 643-3025
13530 Aviation Blvd.
Hawthorne, CA  90250

Woodlake Unified
SUPERINTENDENT: Laura Gonzalez
E-MAIL: lagonzalez@w-usd.org
PHONE NUMBER: (559) 564-8081
300 W. Whitney Ave.
Woodlake, CA  93286

Woodland Joint Unified
SUPERINTENDENT: Tom Pritchard
E-MAIL: thomas.pritchard@wjusd.org
PHONE NUMBER: (530) 662-0201
435 Sixth St.
Woodland, CA  95695

Woodside Elementary
SUPERINTENDENT: Steve Frank
E-MAIL: sfrank@woodsideschool.us
PHONE NUMBER: (650) 851-1571
3195 Woodside Rd.
Woodside, CA  94062

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Woodville Union Elementary
SUPERINTENDENT: Lou Saephan
E-MAIL: lsaephan@woodvilleschools.org
PHONE NUMBER: (559) 686-9713
16541 Rd. 168
Porterville, CA  93257

Wright Elementary
SUPERINTENDENT: Adam Schaible
E-MAIL: aschaible@wrightesd.org
PHONE NUMBER: (707) 542-0550
4385 Price Ave.
Santa Rosa, CA  95407

Yolo County Office Of Education
SUPERINTENDENT: Garth Lewis
E-MAIL: garth.lewis@ycoe.org
PHONE NUMBER: (530) 668-6700
1280 Santa Anita Ct., Ste. 100
Woodland, CA  95776

Yolo County Rop
SUPERINTENDENT: Garth Lewis
E-MAIL: garth.lewis@ycoe.org
PHONE NUMBER: (916) 319-0800
1280 Santa Anita Ct., Ste. 100
Woodland, CA  95776

Yosemite Unified
SUPERINTENDENT: Glen Billington
E-MAIL: gbillington@yosemiteusd.org
PHONE NUMBER: (559) 683-8801
50200 Rd. 427, Ste. A
Oakhurst, CA  93644

Yreka Union Elementary
SUPERINTENDENT: Chris Harris
E-MAIL: charris@yrekausd.net
PHONE NUMBER: (530) 842-1168
309 Jackson St.
Yreka, CA  96097

Yreka Union High
SUPERINTENDENT: Mark Greenfield
E-MAIL: mgreenfield@yuhsd.net
PHONE NUMBER: (530) 842-2521
400 Preece Way
Yreka, CA  96097

Yuba City Unified
SUPERINTENDENT: Doreen Osumi
E-MAIL: dosumi@ycusd.org
PHONE NUMBER: (530) 822-5200
750 Palora Ave.
Yuba City, CA  95991

Yuba County Office Of Education
SUPERINTENDENT: Francisco Reveles
E-MAIL: francisco.reveles@yubacoe.k12.ca.us
PHONE NUMBER: (530) 749-4900
935 14Th St.
Marysville, CA  95901

Yucaipa-calimesa Joint Unified
SUPERINTENDENT: Cali Binks
E-MAIL: cali_binks@ycjusd.us
PHONE NUMBER: (909) 797-0174
12797 Third St.
Yucaipa, CA  92399

Academy District 20
SUPERINTENDENT: Thomas Gregory
E-MAIL: tom.gregory@asd20.org
PHONE NUMBER: (719) 234-1200
1110 Chapel Hills Drive
Colorado Springs, CO  80920

Adams 12 Five Star Schools
SUPERINTENDENT: Chris Gdowski
E-MAIL: chris.gdowski@adams12.org
PHONE NUMBER: (720) 972-4000
1500 E 128Th Avenue
Thornton, CO  80241

Adams 12 Northglenn
SUPERINTENDENT: Chris Gdowski
E-MAIL: chris.gdowski@adams12.org
PHONE NUMBER: (720) 972-4000
1500 East 128Th Avenue
Thornton, CO  80241

Adams 14 Commerce City
SUPERINTENDENT: Don Rangel
E-MAIL: drangel@adams14.org
PHONE NUMBER: (303) 853-3333
5291 East 60Th Avenue
Commerce City, CO  80022

Adams 14 School District
SUPERINTENDENT: Don Rangel
E-MAIL: drangel@adams14.org
PHONE NUMBER: (303) 853-3333
5291 East 60Th Avenue
Commerce City, CO  80022

Adams County Boces
SUPERINTENDENT: Eric Wiant
E-MAIL: ewiant@aboces.org
PHONE NUMBER: (303) 286-7294
1400 W. 122Nd Ave
Westminster, CO  80234

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Agate School District
SUPERINTENDENT: Hilary Jaynes
E-MAIL: hilaryj@agateschools.net
PHONE NUMBER: (719) 764-2741
41032 2Nd Avenue
Agate, CO  80101

Aguilar School District Re-6
SUPERINTENDENT: Stacy Houser
E-MAIL: shouser@aguilarschools.org
PHONE NUMBER: (719) 941-4188
420 North Balsam
Aguilar, CO  81020

Akron School District
SUPERINTENDENT: Brian Christensen
E-MAIL: b.christensen@akronrams.org
PHONE NUMBER: (970) 345-0600
600 Elm Avenue
Akron, CO  80720

Alamosa School District, No. Re-11j
SUPERINTENDENT: Rob Alejo
E-MAIL: ralejo@alamosa.k12.co.us
PHONE NUMBER: (719) 587-1600
209 Victoria Avenue
Alamosa, CO  81101

Archuleta County School District No. 50 Jt
SUPERINTENDENT: Linda Reed
E-MAIL: lreed@pagosa.k12.co.us
PHONE NUMBER: (970) 264-2228
800 B South 8Th Street
Pagosa Springs, CO  81147

Arickaree School District No. R-2
SUPERINTENDENT: Tonya Rodwell
E-MAIL: tonyar@arickaree.org
PHONE NUMBER: (970) 383-2202
12155 County Road Nn
Anton, CO  80801

Arriba-flagler Consolidated School District No. 20
SUPERINTENDENT: Valorie Mccleary
E-MAIL: vmccleary@af20.net
PHONE NUMBER: (719) 765-4684
421 Julian Street
Flagler, CO  80815

Aspen School District
SUPERINTENDENT: David Baugh
E-MAIL: dbaugh@aspenk12.net
PHONE NUMBER: (970)925-3760
235 High School Road
ASPEN, CO  81611

Aspen School District No. 1, In The County Of Pitkin
SUPERINTENDENT: David Baugh
E-MAIL: dbaugh@aspenk12.net
PHONE NUMBER: (970) 925-3760
235 High School Road
Aspen, CO  81611

Aurora Public Schools
SUPERINTENDENT: Rico Munn
E-MAIL: supt@aps.k12.co.us
PHONE NUMBER: (303) 340-0510
15751 East First Avenue
Aurora, CO  80011

Aurora, Joint District No. 28 Of Adams County
SUPERINTENDENT: Rico Munn
E-MAIL: supt@aps.k12.co.us
PHONE NUMBER: (303) 365-7800
15701 E. 1St Ave. Suite 206
Aurora, CO  80011

Bayfield School District
SUPERINTENDENT: Kevin Aten
E-MAIL: katen@bayfield.k12.co.us
PHONE NUMBER: (970) 884-2496
24 Clover Drive
Bayfield, CO  81122

Bennett School District No. 29j
SUPERINTENDENT: Robin Purdy
E-MAIL: robinp@bsd29j.com
PHONE NUMBER: (303) 644-3234
610 7Th Street
Bennett, CO  80102

Bethune School District No. R- 5
SUPERINTENDENT: Shila Adolf
E-MAIL: sadolf@bethuneschool.com
PHONE NUMBER: (719) 346-7513
145 West 3Rd Avenue
Bethune, CO  80805

Big Sandy School District No. 100j
SUPERINTENDENT: Steve Wilson
E-MAIL: swilson@bigsandy100j.org
PHONE NUMBER: (719) 541-2291
18091 Cr 125
Simla, CO  80835

Boulder Valley School District
SUPERINTENDENT: Rob Anderson
E-MAIL: rob.anderson@bvsd.org
PHONE NUMBER: (303) 447-1010
6500 East Arapahoe Road
Boulder, CO  80303

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Boulder Valley School District No. Re2
SUPERINTENDENT: Rob Anderson
E-MAIL: rob.anderson@bvsd.org
PHONE NUMBER: (303) 447-1010
6500 Arapahoe Road
Boulder, CO  80303

Branson School District
SUPERINTENDENT: Kyle Cooper
E-MAIL: kcooper@bransonschoolonline.com
PHONE NUMBER: (719) 946-5531
101 Saddlerock Drive
Branson, CO  81027

Brush School District Re - 2J
SUPERINTENDENT: Bill Wilson
E-MAIL: b.wilson@brushschools.org
PHONE NUMBER: (970) 842-5176
527 Industrial Park Road
Brush, CO  80723

Buena Vista School District
SUPERINTENDENT: Lisa Yates
E-MAIL: lyates@bvschools.org
PHONE NUMBER: (719) 395-7003
113 North Court Street
Buena Vista, CO  81211

Buffalo School District Re-4J
SUPERINTENDENT: Robert Sanders
E-MAIL: sandersr@merinok12.com
PHONE NUMBER: (970) 522-7424
315 Lee Street
Merino, CO  80741

Burlington Public School District No. Re-6j
SUPERINTENDENT: Tom Satterly
E-MAIL: tsatterly@burlingtonk12.org
PHONE NUMBER: (719) 346-8737
2600 Rose Avenue
Burlington, CO  80807

Byers School District No. 32j
SUPERINTENDENT: Tom Turrell
E-MAIL: turrell.tom@byers.k12.co.us
PHONE NUMBER: (303) 822-5292
444 East Front Street
Byers, CO  80103

Calhan District No. Rj1
SUPERINTENDENT: David Slothower
E-MAIL: dslothower@calhanschool.org
PHONE NUMBER: (719) 347-2766
800 Bulldog Drive
Calhan, CO  80808

Campo School District No. Re-6
SUPERINTENDENT: Nikki Johnson
E-MAIL: nikki.johnson@campok12.org
PHONE NUMBER: (719) 787-2226
480 Maple Street
Campo, CO  81029

Cañon City Schools - Fremont Re-1
SUPERINTENDENT: George Welsh
E-MAIL: george.welsh@canoncityschools.org
PHONE NUMBER: (719) 276-5700
101 North 14Th Street
Canon City, CO  81212

Centennial Boces
SUPERINTENDENT: Randy Zila
E-MAIL: rzila@cboces.org
PHONE NUMBER: (970) 352-7404
2020 Clubhouse Dr.
Greeley, CO  80634

Centennial School District No. R-1
SUPERINTENDENT: Toby Melster
E-MAIL: tmelster@centennialschool.net
PHONE NUMBER: (719) 672-3322
14644 Hwy 159
San Luis, CO  81152

Center Consolidated School District 26Jt
SUPERINTENDENT: Carrie Zimmerman
E-MAIL: czimmerman@center.k12.co.us
PHONE NUMBER: (719) 754-3442
550 S. Sylvester Avenue
Center, CO  81125

Cheraw School District
SUPERINTENDENT: Matthew Snyder
E-MAIL: matthew.snyder@cheraw.k12.co.us
PHONE NUMBER: (719) 853-6655
110 Lakeview Ave.
Cheraw, CO  81030

Cherry Creek School District
SUPERINTENDENT: Scott Siegfried
E-MAIL: ssiegfried@cherrycreekschools.org
PHONE NUMBER: (303) 773-1184
4700 South Yosemite Street
Greenwood Village, CO  80111

Cheyenne County School District Re-5
SUPERINTENDENT: Glen Bradshaw
E-MAIL: glen.bradshaw@cheyennesd.net
PHONE NUMBER: (719) 767-5866
395 North 5Th West
Cheyenne Wells, CO  80810

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Cheyenne Mountain School District 12
SUPERINTENDENT: Walt Cooper
E-MAIL: cooper@cmsd12.org
PHONE NUMBER: (719) 475-6100
1775 Laclede Street
Colorado Springs, CO  80905

Clear Creek School District No. Re-1
SUPERINTENDENT: Karen Quanbeck
E-MAIL: karen.quanbeck@ccsdre1.org
PHONE NUMBER: (303) 567-3850
320 Highway 103
Idaho Springs, CO  80452

Colorado Digital Boces
SUPERINTENDENT: Ken Witt
E-MAIL: ken@cdboces.org
PHONE NUMBER: (719) 368-6392
4035 Tutt Blvd
Colorado Springs, CO  80922

Colorado School For The Deaf And Blind
SUPERINTENDENT: Nancy Benham
E-MAIL: nbenham@csdb.org
PHONE NUMBER: (719) 578-2100
33 N Institute St
Colorado Springs, CO  80903

Colorado School For The Deaf And The Blind
SUPERINTENDENT: Nancy Benham
E-MAIL: nbenham@csdb.org
PHONE NUMBER: (719) 578-2100
33 North Institute Street
Colorado Springs, CO  80903

Colorado Springs School District 11
SUPERINTENDENT: Michael Thomas
E-MAIL: michael.thomas@d11.org
PHONE NUMBER: (719) 520-2000
1115 North El Paso Street
Colorado Springs, CO  80903

Cotopaxi School District
SUPERINTENDENT: Danielle Van Esselstine
E-MAIL: dvanesselstine@cotopaxire3.org
PHONE NUMBER: (719) 942-4131
0345 County Road 12
Cotopaxi, CO  81223

Creede School District
SUPERINTENDENT: Collin Vinchattle
E-MAIL: collin.vinchattle@creedek12.net
PHONE NUMBER: (719) 658-2220
450 Corsair Drive
Creede, CO  81130

Cripple Creek-victor School District No. Re-1
SUPERINTENDENT: Miriam Mondragon
E-MAIL: mmondragon@ccvschools.com
PHONE NUMBER: (719) 689-2685
410 North B Street
Cripple Creek, CO  80813

Crowley County School District No. Re-1-j
SUPERINTENDENT: Scott Cuckow
E-MAIL: scott.cuckow@cck12.net
PHONE NUMBER: (719) 267-3117
1001 Main St.
Ordway, CO  81063

Custer County School District Consolidate 1
SUPERINTENDENT: Michael Mcfalls
E-MAIL: michael.mcfalls@ccbobcats.net
PHONE NUMBER: (719) 783-2291
709 Main Street
Westcliffe, CO  81252

De Beque Joint District No. 49
SUPERINTENDENT: Robin Dove
E-MAIL: rdove@debeque.k12.co.us
PHONE NUMBER: (970) 283-5596
730 Minter Avenue
De Beque, CO  81630

Deer Trail School District No. 26j
SUPERINTENDENT: Budd Buchmann
E-MAIL: bbuchmann@dt26j.com
PHONE NUMBER: (303) 769-4421
350 Second Avenue
Deer Trail, CO  80105

Delta County Joint District No. 50
SUPERINTENDENT: Caryn Gibson
E-MAIL: cgibson@deltaschools.com
PHONE NUMBER: (970) 874-4438
7655 2075 Road
Delta, CO  81416

Delta County School District
SUPERINTENDENT: Caryn Gibson
E-MAIL: cgibson@deltaschools.com
PHONE NUMBER: (970) 874-4438
1002 Hastings Street
Delta, CO  81416

Denver Public Schools
SUPERINTENDENT: Susana Cordova
E-MAIL: superintendent@dpsk12.org
PHONE NUMBER: (720) 423-3200
1860 Lincoln St.
Denver, CO  80203

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

District 49
SUPERINTENDENT: Peter Hilts
E-MAIL: philts@d49.org
PHONE NUMBER: (719) 495-1116
7545 Mohawk Road
Colorado Springs, CO  80908

Division Of Youth Services
SUPERINTENDENT: Madlynn Ruble
E-MAIL: madlynn.ruble@state.co.us
PHONE NUMBER: (303) 866-7962
4141 South Julian Way
Denver, CO  80236

Dolores County School District Re-2j
SUPERINTENDENT: Ty Gray
E-MAIL: tgray@dc2j.org
PHONE NUMBER: (970) 677-2522
425 North Main Street
Dove Creek, CO  81324

Dolores School District
SUPERINTENDENT: Lis Richard
E-MAIL: lrichard@dolores.k12.co.us
PHONE NUMBER: (970) 882-7255
100 N. 6Th Street
Dolores, CO  81323

Douglas County School District
SUPERINTENDENT: Thomas Tucker
E-MAIL: tstucker@dcsdk12.org
PHONE NUMBER: (303) 387-0123
620 Wilcox Street
Castle Rock, CO  80104

Durango 9-r
SUPERINTENDENT: Dan Snowberger
E-MAIL: dsnowberger@durangoschools.org
PHONE NUMBER: (970)247-5411
201 EAST 12TH STREET
DURANGO, CO  81301

Durango School District 9-R
SUPERINTENDENT: Thomas Tucker
E-MAIL: tstucker@dcsdk12.org
PHONE NUMBER: (303) 387-0123
620 Wilcox Street
Castle Rock, CO  80104

Durango School District No. 9-r
SUPERINTENDENT: Dan Snowberger
E-MAIL: dsnowberger@durangoschools.org
PHONE NUMBER: (970) 247-5411
201 East 12Th Street
Durango, CO  81301

Eagle County School District Re-50j
SUPERINTENDENT: Phil Qualman
E-MAIL: philip.qualman@eagleschools.net
PHONE NUMBER: (970) 328-6321
948 Chambers Avenue
Eagle, CO  81631

Eagle County Schools
SUPERINTENDENT: Philip Qualman
E-MAIL: philip.qualman@eagleschools.net
PHONE NUMBER: (970) 328-6321
948 Chambers Avenue
Eagle, CO  81631

East Central Boces
SUPERINTENDENT: Jason Westfall
E-MAIL: jasonw@ecboces.org
PHONE NUMBER: (719) 775-2342
820 2Nd Street
Limon, CO  80828

East Grand School District
SUPERINTENDENT: Frank Reeves
E-MAIL: frank.reeves@egsd.org
PHONE NUMBER: (970) 887-2581
299 County Road 611
Granby, CO  80446

East Otero School District No. R1
SUPERINTENDENT: Rick Lovato
E-MAIL: rlovato@lajunta.k12.co.us
PHONE NUMBER: (719) 384-6900
301 Raton Avenue
La Junta, CO  81050

Eaton School District Re-2
SUPERINTENDENT: Jay Tapia
E-MAIL: jtapia@eaton.k12.co.us
PHONE NUMBER: (970) 454-3402
211 1st Street
Eaton, CO  80615

Edison School District 54Jt
SUPERINTENDENT: Paul Frank
E-MAIL: pfrank@edison54jt.org
PHONE NUMBER: (719) 478-2125
14550 Edison Road
Yoder, CO  80864

Elbert County School District C-2
SUPERINTENDENT: Scott Mader
E-MAIL: smader@kiowaschool.org
PHONE NUMBER: (303) 621-2220
525 Commanche St
Kiowa, CO  80117

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Elbert School District No. 200
SUPERINTENDENT: Kelli Thompson
E-MAIL: kloflin@elbertschool.org
PHONE NUMBER: (303) 648-3030
24489 Main Street
Elbert, CO  80106

Elizabeth School District
SUPERINTENDENT: Douglas Bissonette
E-MAIL: dbissonette@esdk12.org
PHONE NUMBER: (303) 646-1836
634 South Elbert Street
Elizabeth, CO  80107

Ellicott School District 22
SUPERINTENDENT: Chris Smith
E-MAIL: chrissmith@esd22.org
PHONE NUMBER: (719) 683-2700
322 South Ellicott Highway
Ellicott, CO  80808

Englewood Public School District
SUPERINTENDENT: Wendy Rubin
E-MAIL: wendy_rubin@engschools.net
PHONE NUMBER: (303) 761-7050
4101 South Bannock Street
Englewood, CO  80110

Englewood Schools
SUPERINTENDENT: Wendy Rubin
E-MAIL: wendy_rubin@engschools.net
PHONE NUMBER: (303) 761-7050
4101 South Bannock
Englewood, CO  80110

Estes Park School District R-3
SUPERINTENDENT: Sheldon Rosenkrance
E-MAIL: sheldon_rosenkrance@estesschools.org
PHONE NUMBER: (970) 586-2361
1605 Brodie Avenue
Estes Park, CO  80517

Falcon, School District No. 49, In County Of El Paso
SUPERINTENDENT: Peter Hilts
E-MAIL: philts@d49.org
PHONE NUMBER: (719) 495-1100
10850 East Woodmen Road
Falcon, CO  80831

Fountain–Fort Carson School District 8
SUPERINTENDENT: Keith Owen
E-MAIL: kowen@ffc8.org
PHONE NUMBER: (719) 382-1300
10665 Jimmy Camp Road
Fountain, CO  80817

Fowler School District No. R4j
SUPERINTENDENT: Alfie Lotrich
E-MAIL: alfie.lotrich@fowler.k12.co.us
PHONE NUMBER: (719) 263-4224
600 W. Eugene
Fowler, CO  81039

Fremont Re-1 Canon City
SUPERINTENDENT: George Welsh
E-MAIL: george.welsh@canoncityschools.org
PHONE NUMBER: (719) 276-5700
101 North 14Th Street
Canon City, CO  81212

Fremont Re-2 School District
SUPERINTENDENT: Brenda Krage
E-MAIL: bkrage@re-2.org
PHONE NUMBER: (719) 784-6312
403 West 5Th Street
Florence, CO  81226

Frenchman School District Re - 3
SUPERINTENDENT: Steve Mccracken
E-MAIL: mccrackens@flemingschools.org
PHONE NUMBER: (970) 265-2111
506 North Fremont Ave
Fleming, CO  80728

Front Range Boces
SUPERINTENDENT: Hi Howard
E-MAIL: hi.howard@bvsd.org
PHONE NUMBER: (720) 375-5813
6500 Arapahoe Road
Boulder, CO  80303

Garfield County School District 16
SUPERINTENDENT: Brad Ray
E-MAIL: bray@garfield16.org
PHONE NUMBER: (970) 285-5701
0460 Stone Quarry Road
Parachute, CO  81635

Garfield School District No. Re-2
SUPERINTENDENT: Heather Grumley
E-MAIL: hgrumley@garfieldre2.net
PHONE NUMBER: (970) 665-7600
839 Whiteriver Ave
Rifle, CO  81650

Genoa-Hugo School
SUPERINTENDENT: Terry Weber
E-MAIL: tweber@genoahugo.org
PHONE NUMBER: (719) 743-2428
220 W 7Th Street
Hugo, CO  80821

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Gilpin County School District
SUPERINTENDENT: David Mackenzie
E-MAIL: dmackenzie@gilpin.k12.co.us
PHONE NUMBER: (303) 582-3444
10595 Highway 119
Black Hawk, CO  80422

Granada School District No. Re-1
SUPERINTENDENT: Ty Kemp
E-MAIL: ty.kemp@granadaschools.org
PHONE NUMBER: (719) 734-5492
201 S Hoisington Avenue
Granada, CO  81041

Greeley Evans School District 6
SUPERINTENDENT: Deirdre Pilch
E-MAIL: dpilch@greeleyschools.org
PHONE NUMBER: (970) 348-6000
1025  9Th Avenue
Greeley, CO  80631

Gunnison Watershed School District Re1j
SUPERINTENDENT: Leslie Nichols
E-MAIL: lnichols@gunnisonschools.net
PHONE NUMBER: (970) 641-7770
800 North Boulevard
Gunnison, CO  81230

Hanover School District #28
SUPERINTENDENT: Tim Mcnerney
E-MAIL: tmcnerney@hanoverhornets.org
PHONE NUMBER: (719) 683-2247
17050 South Peyton Highway
Colorado Springs, CO  80928

Harrison School District 2
SUPERINTENDENT: Wendy Birhanzel
E-MAIL: wbirhanzel@hsd2.org
PHONE NUMBER: (719) 579-2000
1060 Harrison Rd.
Colorado Springs, CO  80906

Harrison School District Two
SUPERINTENDENT: Wendy Birhanzel
E-MAIL: wbirhanzel@hsd2.org
PHONE NUMBER: (719) 579-2000
1060 Harrison Road
Colorado Springs, CO  80905

Haxtun Re-2J
SUPERINTENDENT: Darcy Garretson
E-MAIL: darcygarretson@haxtunk12.org
PHONE NUMBER: (970) 774-6111
201 West Powell Street
Haxtun, CO  80731

Hayden School District
SUPERINTENDENT: Christy Sinner
E-MAIL: csinner@haydenschools.org
PHONE NUMBER: (970) 276-3864
495 W. Jefferson Ave.
Hayden, CO  81639

Hinsdale County School District Re-1
SUPERINTENDENT: Rebecca Hall
E-MAIL: rebeccah@lakecityschool.org
PHONE NUMBER: (970) 944-2314
614 N. Silver Street
Lake City, CO  81235

Hi-Plains School District
SUPERINTENDENT: Michael Clark
E-MAIL: superintendent@hp-patriots.com
PHONE NUMBER: (970) 664-2636
1475 2Nd Avenue
Vona, CO  80861

Hoehne Reorganized School District No. 3
SUPERINTENDENT: Joe Deangelis
E-MAIL: joe.deangelis@hoehnesd.org
PHONE NUMBER: (719) 846-4457
19851 County Rd. 75.1
Trinidad, CO  81082

Holly School District No. Re-3
SUPERINTENDENT: Jackie Crabtree
E-MAIL: j.crabtree@hollyschool.org
PHONE NUMBER: (719) 537-6616
206 North Third Street
Holly, CO  81047

Holyoke School District
SUPERINTENDENT: Kyle Stumpf
E-MAIL: stumpfky@hcosd.org
PHONE NUMBER: (970) 854-3634
435 South Morlan
Holyoke, CO  80734

Huerfano School District Re-1
SUPERINTENDENT: Michael Moore
E-MAIL: mmoore@huerfano.k12.co.us
PHONE NUMBER: (719) 738-1520
201 East Fifth Street
Walsenburg, CO  81089

Idalia School District Rj-3
SUPERINTENDENT: Myles Johnson
E-MAIL: johnsonm@idaliaco.us
PHONE NUMBER: (970) 354-7298
26845 County Road 9.2
Idalia, CO  80735

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Ignacio School District No. 11jt
SUPERINTENDENT: Rocco Fuschetto
E-MAIL: rfuschetto@ignacioschools.org
PHONE NUMBER: (970) 563-0500
455 Becker Street
Ignacio, CO  81137

Jeffco Public Schools
SUPERINTENDENT: Kristopher Schuh
E-MAIL: kristopher.schuh@jeffco.k12.co.us
PHONE NUMBER: (303) 982-6500
1829 Denver West Dr.  Bldg #27
Golden, CO  80401

Julesburg School District
SUPERINTENDENT: Shawn Ehnes
E-MAIL: ehnes@julesburg.org
PHONE NUMBER: (970) 474-3365
102 West 6Th Street
Julesburg, CO  80737

Karval School District
SUPERINTENDENT: Sarah Nuss
E-MAIL: sarah.nuss@ksdre23.org
PHONE NUMBER: (719) 446-5311
16232 County Road 29
Karval, CO  80823

Kim School District
SUPERINTENDENT: Samantha Yocam
E-MAIL: samantha.yocam@kimk12.org
PHONE NUMBER: (719) 643-5295
425 State Street
Kim, CO  81049

Kiowa County School District No. Re-1
SUPERINTENDENT: Glenn Smith
E-MAIL: glenn.smith@eadseagles.org
PHONE NUMBER: (719) 438-2218
210 West 10Th
Eads, CO  81036

Kit Carson School District No. R-1
SUPERINTENDENT: Robert Framel
E-MAIL: robert.framel@kcsdr1.org
PHONE NUMBER: (719) 962-3219
102 W. 5Th Avenue
Kit Carson, CO  80825

La Veta School District Re-2
SUPERINTENDENT: Bree Lessar
E-MAIL: blessar@lvedu.org
PHONE NUMBER: (719) 742-3562
126 East Garland
La Veta, CO  81055

Lake County School District No. R-1
SUPERINTENDENT: Bethany Massey
E-MAIL: bmassey@lakecountyschools.net
PHONE NUMBER: (719) 486-6800
107 Spruce Street
Leadville, CO  80461

Lamar School District No. Re-2
SUPERINTENDENT: Dave Tecklenburg
E-MAIL: dave.tecklenburg@lamarschools.org
PHONE NUMBER: (719) 336-3251
210 W Pearl
Lamar, CO  81052

Las Animas School District No. Re-1
SUPERINTENDENT: Elsie Goines
E-MAIL: elsie.goines@la-schools.net
PHONE NUMBER: (719) 456-0161
1021 2Nd Street
Las Animas, CO  81054

Lewis-Palmer School District 38
SUPERINTENDENT: Kenneth Somers
E-MAIL: vwood@lewispalmer.org
PHONE NUMBER: (719) 488-4700
146 Jefferson St
Monument, CO  80132

Liberty Knights
SUPERINTENDENT: Rhonda Puckett
E-MAIL: puckettr@libertyschoolj4.com
PHONE NUMBER: (970) 358-4288
9332 Highway 36
Joes, CO  80822

Limon School District, No. Re 4j
SUPERINTENDENT: John Mccleary
E-MAIL: mcclearyj@limonbadgers.com
PHONE NUMBER: (719) 775-2350
874 F Avenue
Limon, CO  80828

Littleton Public Schools
SUPERINTENDENT: Brian Ewert
E-MAIL: bewert@lps.k12.co.us
PHONE NUMBER: (303) 347-3300
5776 South Crocker Street
Littleton, CO  80120

Lone Star School District No. 101
SUPERINTENDENT: Mike Bowers
E-MAIL: bowersm@lonestar.k12.co.us
PHONE NUMBER: (970) 848-2778
44940 County Road 54
Otis, CO  80743

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Mancos School District Re-6
SUPERINTENDENT: Brian Hanson
E-MAIL: bhanson@mancosre6.edu
PHONE NUMBER: (970) 533-7748
395 West Grand Avenue
Mancos, CO  81328

Manitou Springs School District 14
SUPERINTENDENT: Elizabeth Domangue
E-MAIL: edomangue@mssd14.org
PHONE NUMBER: (719) 685-2024
405 El Monte Place
Manitou Springs, CO  80829

Manzanola School District 3J
SUPERINTENDENT: Nancy Westfall
E-MAIL: nancy.westfall@manzanola.k12.co.us
PHONE NUMBER: (719) 462-5527
301 S. Catalpa
Manzanola, CO  81058

Mapleton Public Schools
SUPERINTENDENT: Charlotte Ciancio
E-MAIL: ciancioc@mapleton.us
PHONE NUMBER: (303) 853-1000
591 East 80Th Avenue
Denver, CO  80229

Mcclave School District No. Re-2
SUPERINTENDENT: Merlin Holmes
E-MAIL: merlin.holmes@mcclaveschool.org
PHONE NUMBER: (719) 829-4517
308 Lincoln Street
Mc Clave, CO  81057

Meeker School District Re1
SUPERINTENDENT: Chris Selle
E-MAIL: chris.selle@meeker.k12.co.us
PHONE NUMBER: (970) 878-9040
555 Garfield
Meeker, CO  81641

Mesa County Valley School District 51
SUPERINTENDENT: Diana Sirko
E-MAIL: superintendent@d51schools.org
PHONE NUMBER: (970) 254-5100
2523 Patterson Road
Grand Junction, CO  81505

Mesa County Valley School District No. 51
SUPERINTENDENT: Diana Sirko
E-MAIL: superintendent@d51schools.org
PHONE NUMBER: (970) 254-5100
2115 Grand Avenue
Grand Junction, CO  81501

Miami-Yoder School District
SUPERINTENDENT: Dwight Barnes
E-MAIL: dwight.barnes@miamiyoder.org
PHONE NUMBER: (719) 478-2206
420 S Rush Rd
Rush, CO  80833

Moffat Consolidated School District #2
SUPERINTENDENT: Christina Larson
E-MAIL: clarson@moffatschools.org
PHONE NUMBER: (719) 745-0500
501 Garfield Avenue
Moffat, CO  81143

Moffat County School District Re No. 1
SUPERINTENDENT: Scott Pankow
E-MAIL: scott.pankow@moffatsd.org
PHONE NUMBER: (970) 824-3268
775 Yampa Avenue
Craig, CO  81625

Monte Vista School District No. C-8
SUPERINTENDENT: Scott Wiedeman
E-MAIL: scottw@monte.k12.co.us
PHONE NUMBER: (719) 852-5996
345 East Prospect
Monte Vista, CO  81144

Montezuma-cortez School District No. Re-1
SUPERINTENDENT: Lori Haukeness
E-MAIL: lhaukeness@cortez.k12.co.us
PHONE NUMBER: (970) 565-7282
400 N Elm Street
Cortez, CO  81321

Montrose County School District Re-1j
SUPERINTENDENT: Stephen Schiell
E-MAIL: stephen.schiell@mcsd.org
PHONE NUMBER: (970) 249-7726
930 Colorado Avenue
Montrose, CO  81401

Morgan County School District Re-3
SUPERINTENDENT: Rena Frasco
E-MAIL: rena.frasco@morgan.k12.co.us
PHONE NUMBER: (970) 867-5633
715 W. Platte Avenue
Fort Morgan, CO  80701

Mount Evans Boces, Idaho Sprin
SUPERINTENDENT: Terri Jones
E-MAIL: tjones@mtevansboces.com
PHONE NUMBER: (303) 567-3855
320 Highway 103
Idaho Springs, CO  80452

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Mountain Boces
SUPERINTENDENT: Wendy Wyman
E-MAIL: wwyman@mtnboces.org
PHONE NUMBER: (719) 486-2603
1713 Mt Lincoln Drive West
Leadville, CO  80461

Mountain Valley School District No. Re 1
SUPERINTENDENT: Travis Garoutte
E-MAIL: garoutte@valley.k12.co.us
PHONE NUMBER: (719) 655-2578
403 Pitkin Avenue
Saguache, CO  81149

Mt Evans Boces
SUPERINTENDENT: Terri Jones
E-MAIL: tjones@mtevansboces.com
PHONE NUMBER: (303) 838-7666
57393 Us Highway 285
Bailey, CO  80421

North Conejos School District No. Re1j
SUPERINTENDENT: Curt Wilson
E-MAIL: cwilson@northconejos.com
PHONE NUMBER: (719) 274-5174
17890 Us Hwy 285
La Jara, CO  81140

North Park School District
SUPERINTENDENT: Ed Vandertook
E-MAIL: superintendent@npk12.org
PHONE NUMBER: (970) 723-3300
910 4Th Street
Walden, CO  80480

Northeast Colorado Boces
SUPERINTENDENT: Tamara Durbin
E-MAIL: tdurbin@neboces.org
PHONE NUMBER: (970) 774-6152
301 West Powell
Haxtun, CO  80731

Northwest Colo Boces
SUPERINTENDENT: Tina Goar
E-MAIL: tina.goar@nwboces.org
PHONE NUMBER: (970) 879-0391
325 7Th Street
Steamboat Springs, CO  80487

Norwood School District
SUPERINTENDENT: Ken Lawrence
E-MAIL: ken.lawrence@norwoodk12.org
PHONE NUMBER: (970) 327-4336
1225 West Summit Avenue
Norwood, CO  81423

Otis School District No. R-3
SUPERINTENDENT: Bryce Monasmith
E-MAIL: bryce.monasmith@otisr3.com
PHONE NUMBER: (970)246-3486
518 DUNGAN STREET
OTIS, CO  80743

Ouray School District No. R-1
SUPERINTENDENT: Tod Lokey
E-MAIL: tlokey@ouray.k12.co.us
PHONE NUMBER: (970) 325-4505
400 7Th Avenue
Ouray, CO  81427

Park County Re-2
SUPERINTENDENT: Cindy Bear
E-MAIL: cindy.bear@parkcountyre2.org
PHONE NUMBER: (719) 836-3111
640 Hathaway
Fairplay, CO  80440

Pawnee School District Re-12
SUPERINTENDENT: Bret Robinson
E-MAIL: brobinson@pawneeschool.org
PHONE NUMBER: (970) 895-2222
19 Chatoga
Grover, CO  80729

Peetz Plateau School District Re-5
SUPERINTENDENT: Dustin Seger
E-MAIL: segerd@peetzschool.org
PHONE NUMBER: (970) 334-2435
311 Coleman Ave
Peetz, CO  80747

Peyton School District
SUPERINTENDENT: Tim Kistler
E-MAIL: timkistler@peyton.k12.co.us
PHONE NUMBER: (719) 749-2330
13990 Bradshaw Road
Peyton, CO  80831

Pikes Peak Boces
SUPERINTENDENT: Pat Bershinsky
E-MAIL: pbershinsky@ppboces.org
PHONE NUMBER: (719) 622-2089
2883 South Circle Drive
Colorado Springs, CO  80906

Plainview School
SUPERINTENDENT: Dana Unruh
E-MAIL: dana.unruh@plainviewhawks.org
PHONE NUMBER: (719) 729-3331
13997 County Road 71
Sheridan Lake, CO  81071

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Plateau Valley School District No. 50
SUPERINTENDENT: Mike Page
E-MAIL: mpage@pvsd50.org
PHONE NUMBER: (970) 487-3547
56600 Highway 330
Collbran, CO  81624

Platte Canyon School District 1
SUPERINTENDENT: Mike Schmidt
E-MAIL: mschmidt@pcsdk12.org
PHONE NUMBER: (303) 838-7666
57393 Us Highway 285
Bailey, CO  80421

Platte Valley School District
SUPERINTENDENT: Glenn Mcclain
E-MAIL: gmcclain@pvre7.org
PHONE NUMBER: (970) 336-8500
501 Clark Street
Kersey, CO  80644

Poudre School District
SUPERINTENDENT: Sandra Smyser
E-MAIL: ssmyser@psdschools.org
PHONE NUMBER: (970) 482-7420
2407 La Porte Avenue
Fort Collins, CO  80521

Prairie School District
SUPERINTENDENT: Joe Kimmel
E-MAIL: jkimmel@frii.com
PHONE NUMBER: (970) 437-5351
42315 Wcr 133
New Raymer, CO  80742

Primero Reorganized School District No. 2
SUPERINTENDENT: Bill Naccarato
E-MAIL: bnaccarato@primeroschool.com
PHONE NUMBER: (719) 868-2715
20200 State Highway 12
Weston, CO  81091

Pritchett School District
SUPERINTENDENT: Bill Carwin
E-MAIL: bill.carwin@pritchettre3.org
PHONE NUMBER: (719) 523-4045
533 Irving Street
Pritchett, CO  81064

Pueblo County School District 70
SUPERINTENDENT: Ed Smith
E-MAIL: esmith@district70.org
PHONE NUMBER: (303) 866-6600
301 Lane 28
Pueblo, CO  81001

Pueblo School District No. 60
SUPERINTENDENT: Charlotte Macaluso
E-MAIL: charlotte.macaluso@pueblocityschools.us
PHONE NUMBER: (719) 549-7100
315 West 11Th Street
Pueblo, CO  81003

Pueblo, School District No. 60, In County Of Pueblo
SUPERINTENDENT: Charlotte Macaluso
E-MAIL: charlotte.macaluso@pueblocityschools.us
PHONE NUMBER: (719) 549-7100
315 West 11Th Street
Pueblo, CO  81003

Rangely School District Re4
SUPERINTENDENT: Matt Scoggins
E-MAIL: mscoggins@rangelyk12.org
PHONE NUMBER: (970) 675-2207
402 West Main St.
Rangely, CO  81648

Re-1 Valley School District
SUPERINTENDENT: Jan Delay
E-MAIL: delayj@re1valleyschools.org
PHONE NUMBER: (970) 522-0792
301 Hagen Street
Sterling, CO  80751

Revere School District
SUPERINTENDENT: Sharon Green
E-MAIL: sharon.green@revereschool.com
PHONE NUMBER: (970) 463-5477
500 Main Street
Ovid, CO  80744

Ridgway School District No. R-2
SUPERINTENDENT: Susan Lacy
E-MAIL: slacy@ridgway.k12.co.us
PHONE NUMBER: (970) 626-4320
1115 West Clinton Street
Ridgway, CO  81432

Rio Blanco Boces
SUPERINTENDENT: Jessica Fortunato
E-MAIL: jfortunato@rangelyk12.org
PHONE NUMBER: (970) 675-2064
402 West Main Street Ste 219
Rangely, CO  81648

Roaring Fork School
SUPERINTENDENT: Rob Stein
E-MAIL: rstein@rfschools.com
PHONE NUMBER: (970) 384-6000
1405 Grand Avenue
Glenwood Springs, CO  81601

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Rocky Ford School District No. R2
SUPERINTENDENT: Kermit Snyder
E-MAIL: kermit.snyder@rockyford.k12.co.us
PHONE NUMBER: (719) 254-7423
601 South 8Th Street
Rocky Ford, CO  81067

Rocky Mountain School of Expeditionary Learning
SUPERINTENDENT: Chad Burns
E-MAIL: cburns@rmsel.org
PHONE NUMBER: (720) 423-3200
1700 South Holly Street
Denver, CO  80222

Salida School District
SUPERINTENDENT: David Blackburn
E-MAIL: dblackburn@salidaschools.org
PHONE NUMBER: (719) 530-5200
349 East 9Th Street
Salida, CO  81201

San Juan Boces
SUPERINTENDENT: Adrea Bogle
E-MAIL: abogle@sjboces.org
PHONE NUMBER: (970) 247-3261
201 East 12Th
Durango, CO  81301

San Luis Valley Boces
SUPERINTENDENT: Nita Mcauliffe
E-MAIL: nmcauliffe@slvboces.org
PHONE NUMBER: (719) 589-5851
2261 Enterprise Dr
Alamosa, CO  81101

Sanford School District
SUPERINTENDENT: Kevin Edgar
E-MAIL: kedgar@sanfordschools.org
PHONE NUMBER: (719) 274-5167
755 Second Street
Sanford, CO  81151

Sangre De Cristo School District, No. Re-22j
SUPERINTENDENT: Brady Stagner
E-MAIL: bstagner@sangreschools.org
PHONE NUMBER: (719) 378-2310
8751 Lane 7 N
Mosca, CO  81146

Santa Fe Trail Boces
SUPERINTENDENT: Sandy Malouff
E-MAIL: sandy.malouff@sftboces.k12.co.us
PHONE NUMBER: (719) 383-2623
315 Santa Fe Avenue
La Junta, CO  81050

Sargent School District
SUPERINTENDENT: Brian Crowther
E-MAIL: bcrowther@sargent.k12.co.us
PHONE NUMBER: (719) 852-4023
7090 North County Rd 2 East
Monte Vista, CO  81144

School District 27j
SUPERINTENDENT: Chris Fiedler
E-MAIL: cfiedler@sd27j.net
PHONE NUMBER: (303) 655-2900
18551 East 160Th Avenue
Brighton, CO  80601

Sheridan School District No. 2
SUPERINTENDENT: Pat Sandos
E-MAIL: psandos@ssd2.org
PHONE NUMBER: (720) 833-6991
4150 South Hazel Court
Sheridan, CO  80110

Sierra Grande School District No. R-30
SUPERINTENDENT: Darren Edgar
E-MAIL: dedgar@sierragrandeschool.net
PHONE NUMBER: (719) 379-3259
17523 Highway 160
Blanca, CO  81123

Silverton School District
SUPERINTENDENT: Kim White
E-MAIL: supt@silvertonschool.org
PHONE NUMBER: (970) 387-5543
1160 Snowden St
Silverton, CO 81433

South Conejos School District
SUPERINTENDENT: Emma Martinez
E-MAIL: dr.martinez@southconejos.com
PHONE NUMBER: (719) 376-7000
13099 County Road G
Antonito, CO  81120

South Routt School District No. Re 3
SUPERINTENDENT: Rim Watson
E-MAIL: rwatson@southrouttk12.org
PHONE NUMBER: (970) 736-2313
305 South Grant Street
Oak Creek, CO  80467

Southeastern Boces
SUPERINTENDENT: Loraine Saffer
E-MAIL: loraine.saffer@seboces.org
PHONE NUMBER: (719) 336-9046
703 South 3Rd Street
Lamar, CO  81053

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Springfield School District
SUPERINTENDENT: Richard Hargrove
E-MAIL: richard.hargrove@spre4.org
PHONE NUMBER: (719) 523-6654
389 Tipton Street
Springfield, CO  81073

St. Vrain Valley School District
SUPERINTENDENT: Don Haddad
E-MAIL: haddad_don@svvsd.org
PHONE NUMBER: (303) 776-6200
395 South Pratt Parkway
Longmont, CO 80501

Steamboat Springs School District No. Re 2
SUPERINTENDENT: Brad Meeks
E-MAIL: bmeeks@ssk12.org
PHONE NUMBER: (970) 871-3199
325 7Th Street
Steamboat Springs, CO  80487

Strasburg School District 31j
SUPERINTENDENT: Monica Johnson
E-MAIL: mjohnson@strasburg31j.com
PHONE NUMBER: (303) 622-9211
56729 East Colorado Avenue
Strasburg, CO  80136

Stratton Schools R-4
SUPERINTENDENT: Kandy Davis
E-MAIL: kdavis@strattonschools.org
PHONE NUMBER: (719) 348-5369
219 Illinois Ave
Stratton, CO 80836

Summit Re-1
SUPERINTENDENT: Marion Smith
E-MAIL: marion.smithjr@summitk12.org
PHONE NUMBER: (970)368-1000
150 SCHOOL ROAD
FRISCO, CO  80443

Summit School District
SUPERINTENDENT: Marion Smith
E-MAIL: marion.smithjr@summitk12.org
PHONE NUMBER: (970) 368-1000
0150 School Road
Frisco, CO  80443

Swink School District
SUPERINTENDENT: Kyle Hebberd
E-MAIL: kyle.hebberd@swink.k12.co.us
PHONE NUMBER: (719) 384-8103
610 Columbia Avenue
Swink, CO  81077

Telluride School District No. R-1
SUPERINTENDENT: John Pandolfo
E-MAIL: jpandolfo@telluride.k12.co.us
PHONE NUMBER: (970) 728-6617
725 West Colorado Ave.
Telluride, CO  81435

Thompson School District
SUPERINTENDENT: Marc Schaffer
E-MAIL: marc.schaffer@thompsonschools.org
PHONE NUMBER: (970) 613-5000
800 South Taft Avenue
Loveland, CO  80537

Trinidad School District 1
SUPERINTENDENT: Bonnie Aaron
E-MAIL: bonnie.aaron@trinidad.k12.co.us
PHONE NUMBER: (719)846-3324
612 PARK STREET
TRINIDAD, CO  81082

Uncompahgre Bocs
SUPERINTENDENT: Tammy Johnson
E-MAIL: tjohnson@ridgway.k12.co.us
PHONE NUMBER: (970) 626-2977
1115 Clinton Ave
Ridgway, CO  81432

Upper Rio Grande School District
SUPERINTENDENT: Chris Burr
E-MAIL: cburr@urtigers.co
PHONE NUMBER: (719) 657-4040
770  11Th Street
Del Norte, CO  81132

Ute Pass Boces
SUPERINTENDENT: Marcy Palmer
E-MAIL: mpalmer@upboces.org
PHONE NUMBER: (719) 685-2640
405 El Monte Place
Manitou Springs, CO  80829

Vilas School District Re-5
SUPERINTENDENT: Corey Doss
E-MAIL: corey.doss@vilasre5.us
PHONE NUMBER: (719) 523-6738
202 Collingwood Street
Vilas, CO  81087

Walsh School District No. Re-1
SUPERINTENDENT: Kirk Henwood
E-MAIL: k.henwood@walsheagles.com
PHONE NUMBER: (719) 324-5632
301 West Poplar
Walsh, CO  81090

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Weld County School District No. Re-1
SUPERINTENDENT: Johan Van Nieuwenhuizen
E-MAIL: vanj@wcsdre1.org
PHONE NUMBER: (970) 350-4204
14827 W.C.R. 42
Gilcrest, CO  80623

Weld County School District Re 10-J
SUPERINTENDENT: Rick Mondt
E-MAIL: rmondt@briggsdaleschool.org
PHONE NUMBER: (970) 656-3417
515 Leslie Street
Briggsdale, CO  80611

Weld County School District Re-3j
SUPERINTENDENT: Greg Rabenhorst
E-MAIL: gregrabenhorst@re3j.com
PHONE NUMBER: (303) 536-2000
99 West Broadway
Keenesburg, CO  80643

Weld Re-4 School District
SUPERINTENDENT: Dan Seegmiller
E-MAIL: dan.seegmiller@weldre4.org
PHONE NUMBER: (970) 686-8000
1020 Main Street
Windsor, CO  80550

Weld Re-5Jschool District
SUPERINTENDENT: Leslie Arnold
E-MAIL: leslie.arnold@weldre5j.org
PHONE NUMBER: (970) 587-6050
110 So Centennial Dr, Suite 1
Milliken, CO  80543

Weld Re-8 School District
SUPERINTENDENT: Alan Kaylor
E-MAIL: akaylor@weld8.org
PHONE NUMBER: (303) 857-3200
301 Reynolds Street
Fort Lupton, CO  80621

Weld Re9 School District
SUPERINTENDENT: Robert Ring
E-MAIL: rring@weldre9.k12.co.us
PHONE NUMBER: (970) 834-1345
210 W. 1St Street
Ault, CO  80610

Weldon Valley School District
SUPERINTENDENT: Robert Petterson
E-MAIL: bpetterson@weldonvalley.org
PHONE NUMBER: (970) 645-2411
911 North Avenue
Weldona, CO  80653

West End Public Schools District
SUPERINTENDENT: Clint Wytulka
E-MAIL: cwytulka@westendschools.org
PHONE NUMBER: (970) 864-7350
225 West 4Th Street
Nucla, CO  81424

West Grand School District 1-Jt
SUPERINTENDENT: Darrin Peppard
E-MAIL: peppardd@wgsd.us
PHONE NUMBER: (970) 724-3217
715 Kinsey Avenue
Kremmling, CO  80459

Western Colorado Community College
SUPERINTENDENT: Armstrong Kurtis
E-MAIL: kuarmstr@coloradomesa.edu
PHONE NUMBER: (970) 255-2700
2508 Blichmann Avenue
Grand Junction, CO  81505

Westminster Public Schools
SUPERINTENDENT: Pamela Swanson
E-MAIL: pswanson@westminsterpublicschools.org
PHONE NUMBER: (303) 428-3511
6933 Raleigh Street
Westminster, CO  80030

Widefield School District 3
SUPERINTENDENT: Scott Campbell
E-MAIL: campbells@wsd3.org
PHONE NUMBER: (719) 391-3000
1820 Main Street
Colorado Springs, CO  80911

Wiggins School District Re-50J
SUPERINTENDENT: Trent Kerr
E-MAIL: kerrt@wiggins50.k12.co.us
PHONE NUMBER: (970) 483-7762
320 Chapman Street
Wiggins, CO  80654

Wiley School District No. Re-13 Jt
SUPERINTENDENT: Jeff Bollinger
E-MAIL: jeff.bollinger@wileyschool.org
PHONE NUMBER: (719) 829-4806
510 Ward Street
Wiley, CO  81092

Woodland Park School District
SUPERINTENDENT: Steve Woolf
E-MAIL: swoolf@wpsdk12.org
PHONE NUMBER: (719) 686-2000
155 Panther Way
Woodland Park, CO  80863

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Woodlin School District
SUPERINTENDENT: Chris Whetzel
E-MAIL: chris.whetzel@woodlinschool.com
PHONE NUMBER: (970) 386-2223
15400 Co Rd L
Woodrow, CO  80757

Wray School District
SUPERINTENDENT: Levi Kramer
E-MAIL: lkramer@wrayschools.org
PHONE NUMBER: (970) 332-5764
30222 County Road 35
Wray, CO  80758

Yuma School District
SUPERINTENDENT: Dianna Chrisman
E-MAIL: chrismand@yumaschools.net
PHONE NUMBER: (970) 848-5831
418 South Main Street
Yuma, CO  80759

Andover School District
SUPERINTENDENT: Sally Doyen
E-MAIL: doyens@andover.k12.ct.us
PHONE NUMBER: (860) 742-7339
35 School Road
Andover, CT  06232

Ansonia School District
SUPERINTENDENT: Joseph Dibacco
E-MAIL: jdibacco@ansonia.org
PHONE NUMBER: (203) 736-5095
42 Grove Street
Ansonia, CT  06401

Area Cooperative Educational
SUPERINTENDENT: Thomas Danehy
E-MAIL: tdanehy@aces.org
PHONE NUMBER: (203) 498-6800
350 State Street
North Haven, CT  06473

Ashford School District
SUPERINTENDENT: James Longo
E-MAIL: jplongo@ashfordct.org
PHONE NUMBER: (860) 429-1927
440 Westford Road
Ashford, CT  06278

Avon School District
SUPERINTENDENT: Bridget Carnemolla
E-MAIL: bhcarnemolla@avon.k12.ct.us
PHONE NUMBER: (860) 404-4700
34 Simsbury Road
Avon, CT  06001

Barkhamsted School District
SUPERINTENDENT: James Agostine
E-MAIL: jagostine@barkhamstedschool.org
PHONE NUMBER: (860) 738-4016
65 Ripley Hill Road
Barkhamsted, CT  06063

Berlin School District
SUPERINTENDENT: Brian Benigni
E-MAIL: bbenigni@berlinschools.org
PHONE NUMBER: (860) 828-6581
238 Kensington Road
Berlin, CT  06037

Bethany School District
SUPERINTENDENT: Colleen Murray
E-MAIL: cmurray@bethany-ed.org
PHONE NUMBER: (203) 393-1170
44 Peck Road
Bethany, CT  06524

Bethel School District
SUPERINTENDENT: Christine Carver
E-MAIL: carverc@bethel.k12.ct.us
PHONE NUMBER: (203) 794-8601
1 School Street
Bethel, CT  06801

Bloomfield School District
SUPERINTENDENT: James Thompson
E-MAIL: jthompson@blmfld.org
PHONE NUMBER: (860) 769-4200
1133 Blue Hills Ave
Bloomfield, CT  06002

Bolton School District
SUPERINTENDENT: Kristin Heckt
E-MAIL: kristin.heckt@boltonct.org
PHONE NUMBER: (860) 643-1569
Notch Road
Bolton, CT  06043

Bozrah School District
SUPERINTENDENT: Ruth Levy
E-MAIL: rlevy@bozrah.org
PHONE NUMBER: (860) 887-2561
8 Bozrah Street
Bozrah, CT  06334

Branford School District
SUPERINTENDENT: Hamlet Hernandez
E-MAIL: hhernandez@branfordschools.org
PHONE NUMBER: (203) 488-7276
1111 Main Street
Branford, CT  06405

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Bridgeport School District
SUPERINTENDENT: Michael Testani
E-MAIL: mtestani@bridgeportedu.net
PHONE NUMBER: (203) 576-7302
45 Lyon Terrace
Bridgeport, CT  06604

Bristol School District
SUPERINTENDENT: Catherine Carbone
E-MAIL: catherinecarbone@bristolk12.org
PHONE NUMBER: (860) 584-7002
129 Church Street
Bristol, CT  06011

Brookfield School District
SUPERINTENDENT: John Barile
E-MAIL: barilej@brookfieldps.org
PHONE NUMBER: (203)775-7620
100 POCONO ROAD
BROOKFIELD, CT  06804

Brooklyn School District
SUPERINTENDENT: Patricia Buell
E-MAIL: buell@brooklynschools.org
PHONE NUMBER: (860) 774-9153
119 Gorman Road
Brooklyn, CT  06234

Canaan School District
SUPERINTENDENT: Lisa Carter
E-MAIL: lcarter@region1schools.org
PHONE NUMBER: (860) 824-7791
47 Main Street
Falls Village, CT  06031

Canterbury School District
SUPERINTENDENT: James Connelly
E-MAIL: jconnelly@canterburypublicschools.org
PHONE NUMBER: (860) 546-6950
45 Westminster Road
Canterbury, CT  06331

Canton School District
SUPERINTENDENT: Kevin Case
E-MAIL: kcase@cantonschools.org
PHONE NUMBER: (860) 693-7704
39 Dyer Avenue
Canton, CT  06019

Capitol Region Education Coun
SUPERINTENDENT: Greg Florio
E-MAIL: gflorio@crec.org
PHONE NUMBER: (860) 524-4063
111 Charter Oak Avenue
Hartford, CT  06106

Chaplin School District
SUPERINTENDENT: Kenneth Henrici
E-MAIL: khenrici@parishhill.org
PHONE NUMBER: (860) 455-9593
240 Palmer Road
Chaplin, CT  06235

Cheshire School District
SUPERINTENDENT: Jeffrey Solan
E-MAIL: jsolan@cheshire.k12.ct.us
PHONE NUMBER: (203) 250-2400
29 Main Street
Cheshire, CT  06410

Chester School District
SUPERINTENDENT: Brian White
E-MAIL: bwhite@reg4.k12.ct.us
PHONE NUMBER: (860) 526-2417
1 Winthrop Rd
Deep River, CT  06417

Clinton School District
SUPERINTENDENT: Maryann Odonnell
E-MAIL: modonnell@clintonpublic.net
PHONE NUMBER: (860) 664-6500
137-B Glenwood Circle
Clinton, CT  06413

Colchester School District
SUPERINTENDENT: Jeffrey Burt
E-MAIL: jburt@colchesterct.org
PHONE NUMBER: (860) 537-7260
127 Norwich Avenue
Colchester, CT  06415

Colebrook School District
SUPERINTENDENT: Danuta Thibodeau
E-MAIL: dthibodeau@colebrookschool.org
PHONE NUMBER: (860) 379-2179
452 Smith Hill Road
Colebrook, CT  06021

Columbia School District
SUPERINTENDENT: Maria Geryk
E-MAIL: mgeryk@hwporter.org
PHONE NUMBER: (860) 228-9493
3 Schoolhouse Road
Columbia, CT  06237

Connecticut Office of Early Childhood
SUPERINTENDENT: Beth Bye
E-MAIL: beth.bye@ct.gov
PHONE NUMBER: (860) 418-6148
460 Capitol Avenue
Hartford, CT  06106

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Connecticut Technical High Sc
SUPERINTENDENT: Jeffrey Wihbey
E-MAIL: jeffrey.wihbey@ct.gov
PHONE NUMBER: (860) 807-2200
39 Woodland Street
Middletown, CT  06457

Cooperative Educational Servi
SUPERINTENDENT: Charles Dumais
E-MAIL: dumaisc@ces.k12.ct.us
PHONE NUMBER: (203) 365-8803
40 Lindeman Drive
Trumbull, CT  06611

Cornwall School District
SUPERINTENDENT: Lisa Carter
E-MAIL: lcarter@region1schools.org
PHONE NUMBER: (860) 672-6617
246 Warren Turnpike Rd.
Falls Village, CT  06031

Coventry School District
SUPERINTENDENT: David Petrone
E-MAIL: dpetrone@coventryct.org
PHONE NUMBER: (860) 742-7317
1700 Main Street
Coventry, CT  06238

Cromwell School District
SUPERINTENDENT: Enza Macri
E-MAIL: emacri@cromwell.k12.ct.us
PHONE NUMBER: (860) 632-4830
9 Mann Memorial Drive
Cromwell, CT  06416

Danbury School District
SUPERINTENDENT: Sal Pascarella
E-MAIL: pascas@danbury.k12.ct.us
PHONE NUMBER: (203) 797-4701
63 Beaver Brook Road
Danbury, CT  06810

Darien School District
SUPERINTENDENT: Alan Addley
E-MAIL: aaddley@darienps.org
PHONE NUMBER: (203) 656-7400
35 Leroy Avenue Darien
Darien, CT  06820

Deep River School District
SUPERINTENDENT: Brian White
E-MAIL: bwhite@reg4.k12.ct.us
PHONE NUMBER: (860) 526-2417
1 Winthrop Rd
Deep River, CT  06417

Department Of Mental Health A
SUPERINTENDENT: Miriam Rittmon
E-MAIL: miriam.delphin-rittmon@ct.gov
PHONE NUMBER: (860) 418-6691
410 Capitol Avenue
Hartford, CT  06134

Department Of Social Services
SUPERINTENDENT: Deidre Gifford
E-MAIL: deidre.gifford@ct.gov
PHONE NUMBER: (860) 424-5129
25 Sigourney Street
Hartford, CT  06106

Derby School District
SUPERINTENDENT: Matthew Conway
E-MAIL: mconway@derbyps.org
PHONE NUMBER: (203) 736-5027
35 Fifth Street
Derby, CT  06418

East Granby School District
SUPERINTENDENT: Melissa Grande
E-MAIL: mbavaro@eastgranby.k12.ct.us
PHONE NUMBER: (860) 653-6486
33 Turkey Hills Road
East Granby, CT  06026

East Haddam School District
SUPERINTENDENT: Brian Reas
E-MAIL: brian.reas@easthaddamschools.org
PHONE NUMBER: (860) 873-5090
26 Plains Road
Moodus, CT  06469

East Hampton School District
SUPERINTENDENT: Paul Smith
E-MAIL: psmith@easthamptonct.org
PHONE NUMBER: (860) 365-4000
94 Main Street
East Hampton, CT  06424

East Hartford School District
SUPERINTENDENT: Nathan Quesnel
E-MAIL: quesnel.nd@easthartford.org
PHONE NUMBER: (860) 622-5107
31 School Street
East Hartford, CT  06108

East Haven School District
SUPERINTENDENT: Erica Forti
E-MAIL: eforti@east-haven.k12.ct.us
PHONE NUMBER: (203) 468-3261
35 Wheelbarrow Lane
East Haven, CT  06513

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

East Lyme School District
SUPERINTENDENT: Jeffrey Newton
E-MAIL: jeffrey.newton@elpsk12.org
PHONE NUMBER: (860) 739-3966
Boston Post Road
East Lyme, CT  06333

East Windsor School District
SUPERINTENDENT: Christine Debarge
E-MAIL: cdebarge@ewct.org
PHONE NUMBER: (860) 623-3346
70 South Main Street
East Windsor, CT  06016

Eastern Connecticut Regional
SUPERINTENDENT: Gary Mala
E-MAIL: gmala@eastconn.org
PHONE NUMBER: (860) 455-0707
376 Hartford Turnpike
Hampton, CT  06247

Eastford School District
SUPERINTENDENT: Donna Leake
E-MAIL: dleake@eastfordct.org
PHONE NUMBER: (860) 974-1130
12 Westford Road
Eastford, CT  06242

Easton School District
SUPERINTENDENT: Thomas Mcmorran
E-MAIL: tmcmorran@er9.org
PHONE NUMBER: (203) 261-2513
654 Morehouse Road
Monroe, CT  06468

Education Connection
SUPERINTENDENT: Jeffrey Kitching
E-MAIL: kitching@educationconnection.org
PHONE NUMBER: (860) 567-0863
345 Main Street
Danbury, CT  06810

Ellington School District
SUPERINTENDENT: Scott Nicol
E-MAIL: snicol@ellingtonschools.net
PHONE NUMBER: (860) 896-2300
47 Main Street
Ellington, CT  06029

Enfield School District
SUPERINTENDENT: Christopher Drezek
E-MAIL: cdrezek@enfieldschools.org
PHONE NUMBER: (860) 253-6500
1010 Enfield Street
Enfield, CT  06082

Essex School District
SUPERINTENDENT: Ruth Levy
E-MAIL: rlevy@reg4.k12.ct.us
PHONE NUMBER: (860) 526-2417
1 Winthrop Rd
Deep River, CT  06417

Fairfield School District
SUPERINTENDENT: Mike Cummings
E-MAIL: mcummings@fairfieldschools.org
PHONE NUMBER: (203) 255-8371
785 Unquowa Road
Fairfield, CT  06825

Farmington School District
SUPERINTENDENT: Kathleen Greider
E-MAIL: greiderk@fpsct.org
PHONE NUMBER: (860) 673-8270
1 Monteith Drive
Farmington, CT  06032

Franklin School District
SUPERINTENDENT: Lawrence Fenn
E-MAIL: lfenn@franklinschoolct.org
PHONE NUMBER: (860) 642-7063
206 Pond Road
North Franklin, CT  06254

Glastonbury School District
SUPERINTENDENT: Alan Bookman
E-MAIL: bookmana@glastonburyus.org
PHONE NUMBER: (860) 652-7961
232 Williams Street
Glastonbury, CT  06033

Granby School District
SUPERINTENDENT: Jordan Grossman
E-MAIL: grossmanj@granby.k12.ct.us
PHONE NUMBER: (860) 844-5250
15B North Granby Road
Granby, CT  06035

Greenwich School District
SUPERINTENDENT: Toni Jones
E-MAIL: toni_jones@greenwich.k12.ct.us
PHONE NUMBER: (203) 625-7400
Havemeyer Building
Greenwich, CT  06830

Griswold School District
SUPERINTENDENT: Sean McKenna
E-MAIL: SMckenna@griswoldpublicschools.org
PHONE NUMBER: (860) 376-7600
211 Slater Avenue
Griswold, CT  06351

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Groton School District
SUPERINTENDENT: Michael Graner
E-MAIL: mgraner@groton.k12.ct.us
PHONE NUMBER: (860) 572-2120
1300 Flanders Road
Mystic, CT  06355

Guilford School District
SUPERINTENDENT: Paul Freeman
E-MAIL: freemanp@guilford.k12.ct.us
PHONE NUMBER: (203) 453-8200
701 New England Road
Guilford, CT  06437

Hamden School District
SUPERINTENDENT: Jody Goeler
E-MAIL: jgoeler@hamden.org
PHONE NUMBER: (203) 407-2000
60 Putnam Avenue
Hamden, CT  06517

Hampton School District
SUPERINTENDENT: Frank Olah
E-MAIL: folah@hamptonschool.org
PHONE NUMBER: (860) 455-9409
380 Main Street
Hampton, CT  06247

Hartford School District
SUPERINTENDENT: Leslie Rodriguez
E-MAIL: superintendent@hartfordschools.org
PHONE NUMBER: (860) 695-8000
153 Market Street
Hartford, CT  06103

Hartland School District
SUPERINTENDENT: Imma Canelli
E-MAIL: icanelli@hartlandschool.com
PHONE NUMBER: (860) 653-7207
30 South Road
East Hartland, CT  06027

Hebron School District
SUPERINTENDENT: Thomas Baird
E-MAIL: tbaird@hebron.k12.ct.us
PHONE NUMBER: (860) 228-2577
580 GILEAD STREET
Hebron, CT  06248

Kent School District
SUPERINTENDENT: Lisa Carter
E-MAIL: lcarter@region1schools.org
PHONE NUMBER: (860) 824-0855
246 Warren Turnpike Rd
Falls Village, CT  06031

Killingly School District
SUPERINTENDENT: Steven Rioux
E-MAIL: srioux@killinglyschools.org
PHONE NUMBER: (860) 779-6600
369 Main Street
Danielson, CT  06239

Learn
SUPERINTENDENT: Kate Ericson
E-MAIL: kericson@learn.k12.ct.us
PHONE NUMBER: (860) 434-4800
44 Hatchetts Hill Road
Old Lyme, CT  06371

Lebanon School District
SUPERINTENDENT: Robert Angeli
E-MAIL: robert.angeli@lebanonct.org
PHONE NUMBER: (860) 642-7795
891 Exeter Road
Lebanon, CT  06249

Ledyard School District
SUPERINTENDENT: Jason Hartling
E-MAIL: jhartling@ledyard.net
PHONE NUMBER: (860) 464-9255
4 Blonder Boulevard
Ledyard, CT  06339

Lisbon School District
SUPERINTENDENT: Sally Keating
E-MAIL: skeating@lisbonschool.org
PHONE NUMBER: (860) 376-5565
15 Newent Road
Lisbon, CT  06351

Litchfield School District
SUPERINTENDENT: Chris Leone
E-MAIL: leonec@litchfieldschools.org
PHONE NUMBER: (860) 567-7500
35 Plumb Hill Road
Litchfield, CT  06759

Madison School District
SUPERINTENDENT: Jeanann Paddyfote
E-MAIL: paddyfotej@madison.k12.ct.us
PHONE NUMBER: (203) 245-6300
10 Campus Drive
Madison, CT  06443

Manchester School District
SUPERINTENDENT: Matthew Geary
E-MAIL: mgeary@mpspride.org
PHONE NUMBER: (860) 647-3441
45 North School Street
Manchester, CT  06040

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Mansfield School District
SUPERINTENDENT: Kelly Lyman
E-MAIL: mboesupt@mansfieldct.org
PHONE NUMBER: (860) 429-3350
4 South Eagleville Road
Storrs, CT  06268

Marlborough School District
SUPERINTENDENT: David Sklarz
E-MAIL: dsklarz@marlborough.k12.ct.us
PHONE NUMBER: (860) 295-6236
25 School Drive
Marlborough, CT  06447

Meriden School District
SUPERINTENDENT: Mark Benigni
E-MAIL: mark.benigni@meridenk12.org
PHONE NUMBER: (203) 630-4171
22 Liberty Street
Meriden, CT  06450

Middletown School District
SUPERINTENDENT: Michael Conner
E-MAIL: connerm@mpsct.org
PHONE NUMBER: (860) 638-1401
311 Hunting Hill Avenue
Middletown, CT  06457

Milford School District
SUPERINTENDENT: Anna Cutaia
E-MAIL: acutaia@milforded.org
PHONE NUMBER: (203) 783-3400
70 West River Street
Milford, CT  06460

Monroe School District
SUPERINTENDENT: Jack Zamary
E-MAIL: jzamary@monroeps.org
PHONE NUMBER: (203) 452-2860
375 Monroe Turnpike
Monroe, CT  06468

Montville School District
SUPERINTENDENT: Laurie Pallin
E-MAIL: lpallin@montvilleschools.org
PHONE NUMBER: (860) 848-1228
Old Colchester Road
Oakdale, CT  06370

Naugatuck School District
SUPERINTENDENT: Christopher Montini
E-MAIL: christopher.montini@naugatuck.k12.ct.us
PHONE NUMBER: (203) 720-5265
497 Rubber Avenue
Naugatuck, CT  06770

New Britain School District
SUPERINTENDENT: Nancy Sarra
E-MAIL: sarra@csdnb.org
PHONE NUMBER: (860) 827-2200
272 Main Street
New Britain, CT  06050

New Canaan School District
SUPERINTENDENT: Bryan Luizzi
E-MAIL: bryan.luizzi@ncps-k12.org
PHONE NUMBER: (203) 594-4000
39 Locust Avenue
New Canaan, CT  06840

New Fairfield School District
SUPERINTENDENT: Patricia Cosentino
E-MAIL: cosentino.patricia@newfairfieldschools.org
PHONE NUMBER: (203) 312-5770
3 Brush Hill Road
New Fairfield, CT  06812

New Hartford School District
SUPERINTENDENT: Brian Murphy
E-MAIL: murphyb@newhtfd.org
PHONE NUMBER: (860) 379-8546
530 Main Street
New Hartford, CT  06057

New Haven School District
SUPERINTENDENT: Iline Tracey
E-MAIL: iline.tracey@new-haven.k12.ct.us
PHONE NUMBER: (203) 946-8888
140 Dewitt Street
New Haven, CT  06519

New London School District
SUPERINTENDENT: Cynthia Ritchie
E-MAIL: ritchiec@newlondon.org
PHONE NUMBER: (860) 447-6000
134 Williams Street
New London, CT  06320

New Milford School District
SUPERINTENDENT: Kerry Parker
E-MAIL: parkerk@newmilfordps.org
PHONE NUMBER: (860) 355-8406
50 East Street
New Milford, CT  06776

Newington School District
SUPERINTENDENT: Maureen Brummett
E-MAIL: superintendent@npsct.org
PHONE NUMBER: (860) 667-2000
131 Cedar Street
Newington, CT  06111

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Newtown School District
SUPERINTENDENT: Lorrie Rodrigue
E-MAIL: rodriguel@newtown.k12.ct.us
PHONE NUMBER: (203) 426-7600
3 Primrose Street
Newtown, CT  06470

Norfolk School District
SUPERINTENDENT: Lauren Valentino
E-MAIL: valentinol@botelleschool.org
PHONE NUMBER: (860) 542-5553
128 Greenwoods Road East
Norfolk, CT  06058

North Branford School Distric
SUPERINTENDENT: Scott Schoonmaker
E-MAIL: sschoonmaker@northbranfordschools.org
PHONE NUMBER: (203) 484-1440
1388 Middletown Avenue
Northford, CT  06472

North Canaan School District
SUPERINTENDENT: Lisa Carter
E-MAIL: lcarter@region1schools.org
PHONE NUMBER: (860) 824-5149
246 Warren Turnpike Rd
Falls Village, CT  06031

North Haven School District
SUPERINTENDENT: Patrick Stirk
E-MAIL: stirk.patrick@northhavenschools.org
PHONE NUMBER: (203) 239-2581
5 Linsley Street
North Haven, CT  06473

North Stonington School Distr
SUPERINTENDENT: Peter Nero
E-MAIL: nerop@northstonington.k12.ct.us
PHONE NUMBER: (860) 535-2800
297 Norwich/Westerly Rd
North Stonington, CT  06359

Norwalk School District
SUPERINTENDENT: Steven Adamowski
E-MAIL: adamowskis@norwalkps.org
PHONE NUMBER: (203) 854-4001
125 East Avenue
Norwalk, CT  06852

Norwich Free Academy
SUPERINTENDENT: Brian Kelly
E-MAIL: kellyb@nfaschool.org
PHONE NUMBER: (860) 887-2004
305 Broadway
Norwich, CT  06360

Norwich School District
SUPERINTENDENT: Kristen Stringfellow
E-MAIL: kstringfellow@norwichpublicschools.org
PHONE NUMBER: (860) 823-4200
90 Town Street
Norwich, CT  06360

Old Saybrook School District
SUPERINTENDENT: Jan Perruccio
E-MAIL: jperruccio@oldsaybrookschools.org
PHONE NUMBER: (860) 395-3157
50 Sheffield Street
Old Saybrook, CT  06475

Orange School District
SUPERINTENDENT: Vince Scarpetti
E-MAIL: vscarpetti@orange-ed.org
PHONE NUMBER: (203) 891-8020
637 Orange Center Road
Orange, CT  06477

Oxford School District
SUPERINTENDENT: Jason Mckinnon
E-MAIL: mckinnonj@oxfordpublicschools.org
PHONE NUMBER: (203) 888-7754
1 Great Hill Road
Oxford, CT  06478

Plainfield School District
SUPERINTENDENT: Kenneth Dipietro
E-MAIL: dipietrok@plainfieldschools.org
PHONE NUMBER: (860) 564-6403
651 Norwich Road
Plainfield, CT  06374

Plainville School District
SUPERINTENDENT: Steven Lepage
E-MAIL: lepages@plainvilleschools.org
PHONE NUMBER: (860) 793-3200
47 Robert Holcomb Way
Plainville, CT  06062

Plymouth School District
SUPERINTENDENT: Martin Semmel
E-MAIL: semmelm@plymouth.k12.ct.us
PHONE NUMBER: (860) 314-8005
77 Main Street
Terryville, CT  06786

Pomfret School District
SUPERINTENDENT: Stephen Cullinan
E-MAIL: cullinan@pomfret.ctschool.net
PHONE NUMBER: (860) 928-2718
20 Pomfret Street
Pomfret Center, CT  06259

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Portland School District
SUPERINTENDENT: Charles Britton
E-MAIL: cbritton@portlandct.us
PHONE NUMBER: (860) 342-6790
33 East Main Street
Portland, CT  06480

Preston School District
SUPERINTENDENT: Roy Seitsinger
E-MAIL: seitsingerr@prestonschools.org
PHONE NUMBER: (860) 889-6098
325 Shetucket Turnpike
Preston, CT  06365

Putnam School District
SUPERINTENDENT: Daniel Sullivan
E-MAIL: sullivand@putnam.k12.ct.us
PHONE NUMBER: (860) 963-6900
152 Woodstock Avenue
Putnam, CT  06260

Redding School District
SUPERINTENDENT: Thomas Mcmorran
E-MAIL: tmcmorran@er9.org
PHONE NUMBER: (203) 261-2513
654 Morehouse Road
Monroe, CT  06468

Regional School District 01
SUPERINTENDENT: Lisa Carter
E-MAIL: lcarter@region1schools.org
PHONE NUMBER: (860) 824-0855
246 Warren Turnpike Rd
Falls Village, CT  06031

Regional School District 04
SUPERINTENDENT: Brian White
E-MAIL: bwhite@reg4.k12.ct.us
PHONE NUMBER: (860) 526-2417
1 Winthrop Rd
Deep River, CT  06417

Regional School District 05
SUPERINTENDENT: Jennifer Byars
E-MAIL: jennifer.byars@amityregion5.org
PHONE NUMBER: (203) 397-4811
25 Newton Road
Woodbridge, CT  06525

Regional School District 06
SUPERINTENDENT: Chris Leone
E-MAIL: cleone@rsd6.org
PHONE NUMBER: (860) 567-7400
98 Wamogo Road
Litchfield, CT  06759

Regional School District 07
SUPERINTENDENT: Judith Palmer
E-MAIL: jpalmer@nwr7.org
PHONE NUMBER: (860) 379-8525
100 Battistoni Drive
Winsted, CT  06098

Regional School District 08
SUPERINTENDENT: Patricia Law
E-MAIL: patricia.law@rhamschools.org
PHONE NUMBER: (860) 228-2115
33 Pendleton Drive
Hebron, CT  06248

Regional School District 09
SUPERINTENDENT: Thomas Mcmorran
E-MAIL: tmcmorran@er9.org
PHONE NUMBER: (203) 261-2513
654 Morehouse Road
Monroe, CT  06468

Regional School District 10
SUPERINTENDENT: Howard Theiry
E-MAIL: thieryh@region10ct.org
PHONE NUMBER: (860) 673-2538
24 Lyon Road
Burlington, CT  06013

Regional School District 11
SUPERINTENDENT: Kenneth Henrici
E-MAIL: khenrici@parishhill.org
PHONE NUMBER: (860) 455-9306
304 Parish Hill Road
Chaplin, CT  06235

Regional School District 12
SUPERINTENDENT: Megan Bennett
E-MAIL: bennettm@region-12.org
PHONE NUMBER: (860) 868-6100
11A School Street
Washington Depot, CT  06794

Regional School District 13
SUPERINTENDENT: Karen Veronesi
E-MAIL: kveronesi@rsd13.org
PHONE NUMBER: (860) 349-7200
135-A Pickett Lane
Durham, CT  06422

Regional School District 14
SUPERINTENDENT: Joseph Olzacki
E-MAIL: jolzacki@ctreg14.org
PHONE NUMBER: (203) 263-4330
5 Minortown Lane
Woodbury, CT  06798

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Regional School District 15
SUPERINTENDENT: Joshua Smith
E-MAIL: jsmith@region15.org
PHONE NUMBER: (203) 758-8258
286 Whittemore Road
Middlebury, CT  06762

Regional School District 16
SUPERINTENDENT: Michael Yamin
E-MAIL: myamin@region16ct.org
PHONE NUMBER: (203) 758-6671
30 Coer Rd
Prospect, CT  06712

Regional School District 17
SUPERINTENDENT: Holly Hageman
E-MAIL: hhageman@rsd17.org
PHONE NUMBER: (860) 345-4534
95 Little City Road
Higganum, CT  06441

Regional School District 18
SUPERINTENDENT: Ian Neviaser
E-MAIL: ineviaser@region18.org
PHONE NUMBER: (860) 434-7238
4 Davis Road West
Old Lyme, CT  06371

Regional School District 19
SUPERINTENDENT: Sharon Cournoyer
E-MAIL: supt@eosmith.org
PHONE NUMBER: (860) 487-1862
1235 Storrs Road
Storrs, CT  06268

Ridgefield School District
SUPERINTENDENT: Susie Dasilva
E-MAIL: superintendent@ridgefieldps.net
PHONE NUMBER: (203) 431-2800
70 Prospect Street
Ridgefield, CT  06877

Rocky Hill School District
SUPERINTENDENT: Mark Zito
E-MAIL: zitom@rockyhillps.com
PHONE NUMBER: (860) 258-7701
761 Old Main Street
Rocky Hill, CT  06067

Salem School District
SUPERINTENDENT: Joseph Onofrio
E-MAIL: jonofrio@salem.cen.ct.gov
PHONE NUMBER: (860) 892-1223
200 Hartford Road
Salem, CT  06420

Salisbury School District
SUPERINTENDENT: Lisa Carter
E-MAIL: lcarter@region1schools.org
PHONE NUMBER: (860) 435-9871
246 Warren Turnpike Rd
Falls Village, CT  06031

Scotland School District
SUPERINTENDENT: Francis Baran
E-MAIL: fbaran@scotlandes.org
PHONE NUMBER: (860) 423-0064
68 Brook Road
Scotland, CT  06264

Seymour School District
SUPERINTENDENT: Michael Wilson
E-MAIL: mwilson@seymourschools.org
PHONE NUMBER: (203) 888-4564
98 Bank Street
Seymour, CT  06483

Sharon School District
SUPERINTENDENT: Lisa Carter
E-MAIL: lcarter@region1schools.org
PHONE NUMBER: (860) 364-5153
246 Warren Turnpike Rd
Falls Village, CT  06031

Shelton School District
SUPERINTENDENT: Beth Smith
E-MAIL: bsmith@sheltonpublicschools.org
PHONE NUMBER: (203) 924-1023
124 Meadow Street
Shelton, CT  06484

Sherman School District
SUPERINTENDENT: Jeff Melendez
E-MAIL: jmelendez@shermanschool.com
PHONE NUMBER: (860) 355-3793
2 Route 37 East
Sherman, CT  06784

Simsbury School District
SUPERINTENDENT: Matthew Curtis
E-MAIL: mcurtis@simsbury.k12.ct.us
PHONE NUMBER: (860) 651-3361
933 Hopmeadow Street
Simsbury, CT  06070

Somers School District
SUPERINTENDENT: Brian Czapla
E-MAIL: brian.czapla@somers.k12.ct.us
PHONE NUMBER: (860) 749-2270
Ninth District Road
Somers, CT  06071

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

South Windsor School District
SUPERINTENDENT: Kate Carter
E-MAIL: superintendent@swindsor.k12.ct.us
PHONE NUMBER: (860) 291-1205
1737 Main Street
South Windsor, CT  06074

Southington School District
SUPERINTENDENT: Timothy Connellan
E-MAIL: tconnellan@southingtonschools.org
PHONE NUMBER: (860) 628-3202
49 Beecher Street
Southington, CT  06489

Sprague School District
SUPERINTENDENT: William Hull
E-MAIL: whull@spraguek12.org
PHONE NUMBER: (860) 822-8086
25 Scotland Road
Baltic, CT  06330

Stafford School District
SUPERINTENDENT: Steven Moccio
E-MAIL: moccios@stafford.k12.ct.us
PHONE NUMBER: (860) 684-2208
16 Levinthal Run
Stafford Springs, CT  06076

Stamford School District
SUPERINTENDENT: Tamu Lucero
E-MAIL: tlucero@stamfordct.gov
PHONE NUMBER: (203) 977-4543
888 Washington Boulevard
Stamford, CT  06901

Sterling School District
SUPERINTENDENT: Gail Lanza
E-MAIL: glanza@sterlingschool.org
PHONE NUMBER: (860) 564-4219
1183 Plainfield Pike
Oneco, CT  06373

Stonington School District
SUPERINTENDENT: Van Riley
E-MAIL: vriley@stoningtonschools.org
PHONE NUMBER: (860) 572-0506
49 North Stonington Rd
Old Mystic, CT  06372

Stratford School District
SUPERINTENDENT: Janet Robinson
E-MAIL: robinsonj@stratk12.org
PHONE NUMBER: (203) 385-4210
1000 East Broadway
Stratford, CT  06615

Suffield School District
SUPERINTENDENT: Timothy Vantasel
E-MAIL: superintendent@suffield.org
PHONE NUMBER: (860) 668-3800
350 Mountain Road
Suffield, CT  06078

The Gilbert School
SUPERINTENDENT: Anthony Serio
E-MAIL: serioa@gilbertschool.org
PHONE NUMBER: (860) 379-8521
200 Williams Avenue
Winsted, CT  06098

Thomaston School District
SUPERINTENDENT: Francine Coss
E-MAIL: fcoss@thomastonschools.org
PHONE NUMBER: (860) 283-6560
158 Main Street
Thomaston, CT  06787

Thompson School District
SUPERINTENDENT: Melinda Smith
E-MAIL: melindasmith@thompsonpublicschools.org
PHONE NUMBER: (860) 923-9581
785 Riverside Drive
North Grosvenordale, CT  06255

Tolland School District
SUPERINTENDENT: Walter Willett
E-MAIL: wwillett@tolland.k12.ct.us
PHONE NUMBER: (860) 870-6850
51 Tolland Green
Tolland, CT  06084

Torrington School District
SUPERINTENDENT: Susan Lubomski
E-MAIL: slubomski@torrington.org
PHONE NUMBER: (860) 489-2327
355 Migeon Avenue
Torrington, CT  06790

Trumbull School District
SUPERINTENDENT: Ralph Iassogna
E-MAIL: riassogn@trumbullps.org
PHONE NUMBER: (203) 452-4301
6254 Main Street
Trumbull, CT  06611

Unified School District #1
SUPERINTENDENT: Maria Pirro
E-MAIL: maria.pirro-simmons@ct.gov
PHONE NUMBER: (860) 692-7537
24 Wolcott Hill Rd.
Wethersfield, CT  06109

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Unified School District #2
SUPERINTENDENT: Matt Folan
E-MAIL: matt.folan@ct.gov
PHONE NUMBER: (860)550-6416
505 HUDSON STREET
HARTFORD, CT  06106

University Of Connecticut
SUPERINTENDENT: Thomas Katsouleas
E-MAIL: thomas.katsouleas@uconn.edu
PHONE NUMBER: (860) 486-0210
249 Glenbrook Road
Storrs, CT  06269

Vernon School District
SUPERINTENDENT: Joseph Macary
E-MAIL: jmacary@vernon-ct.gov
PHONE NUMBER: (860) 870-6000
30 Park Street
Vernon, CT  06066

Voluntown School District
SUPERINTENDENT: Adam Burrows
E-MAIL: aburrows@voluntownct.org
PHONE NUMBER: (860) 376-9167
195 Main Street
Voluntown, CT  06384

Wallingford School District
SUPERINTENDENT: Salvatore Menzo
E-MAIL: smenzo@wallingfordschools.org
PHONE NUMBER: (203) 949-6500
100 South Turnpike
Wallingford, CT  06492

Waterbury School District
SUPERINTENDENT: Verna Ruffin
E-MAIL: vruffin@waterbury.k12.ct.us
PHONE NUMBER: (203) 574-8004
236 Grand Street
Waterbury, CT  06702

Waterford School District
SUPERINTENDENT: Thomas Giard
E-MAIL: tgiard@waterfordschools.org
PHONE NUMBER: (860) 444-5801
15 Rope Ferry Road
Waterford, CT  06385

Watertown School District
SUPERINTENDENT: Rydell Harrison
E-MAIL: harrisonry@watertownps.org
PHONE NUMBER: (860) 945-4801
10 Deforest Street
Watertown, CT  06795

West Hartford School District
SUPERINTENDENT: Thomas Moore
E-MAIL: tom_moore@whps.org
PHONE NUMBER: (860) 523-3500
28 South Main Street
West Hartford, CT  06107

West Haven School District
SUPERINTENDENT: Neil Cavallaro
E-MAIL: neil.cavallaro@whschools.org
PHONE NUMBER: (203) 937-4300
25 Ogden Street
West Haven, CT  06516

Westbrook School District
SUPERINTENDENT: Patricia Charles
E-MAIL: pcharles@westbrookctschools.org
PHONE NUMBER: (860) 399-6432
105 Goodspeed Drive
Westbrook, CT  06498

Weston School District
SUPERINTENDENT: William Mckersie
E-MAIL: williammckersie@westonps.org
PHONE NUMBER: (203) 291-1401
24 School Road
Weston, CT  06883

Westport School District
SUPERINTENDENT: Colleen Palmer
E-MAIL: cpalmer@westportps.org
PHONE NUMBER: (203) 341-1025
110 Myrtle Avenue
Westport, CT  06880

Wethersfield School District
SUPERINTENDENT: Michael Emmett
E-MAIL: memmett@wethersfield.me
PHONE NUMBER: (860) 571-8110
51 Willow Street
Wethersfield, CT  06109

Willington School District
SUPERINTENDENT: Philip Stevens
E-MAIL: pstevens@willingtonct.org
PHONE NUMBER: (860) 487-3130
40 Old Farms Road
Willington, CT  06279

Wilton School District
SUPERINTENDENT: Kevin Smith
E-MAIL: kevin.smith@wiltonps.org
PHONE NUMBER: (203) 762-3381
395 Danbury Road
Wilton, CT  06897

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Winchester School District
SUPERINTENDENT: Melony Shanley
E-MAIL: melony.brady-
shanley@winchesterschools.org
PHONE NUMBER: (860) 379-0706
338 Main Street
Winsted, CT  06098

Windham School District
SUPERINTENDENT: Tracy Youngberg
E-MAIL: tyoungberg@windham.k12.ct.us
PHONE NUMBER: (860) 465-2310
322 Prospect Street
Willimantic, CT  06226

Windsor Locks School District
SUPERINTENDENT: Shawn Parkhurst
E-MAIL: sparkhurst@wlps.org
PHONE NUMBER: (860) 292-5000
58 South Elm Street
Windsor Locks, CT  06096

Windsor School District
SUPERINTENDENT: Craig Cooke
E-MAIL: ccooke@windsorct.org
PHONE NUMBER: (860) 687-2000
601 Matianuck Avenue
Windsor, CT  06095

Wolcott School District
SUPERINTENDENT: Tony Gasper
E-MAIL: agasper@wolcottps.org
PHONE NUMBER: (203) 879-8183
154 Center Street
Wolcott, CT  06716

Woodbridge School District
SUPERINTENDENT: Robert Gilbert
E-MAIL: rgilbert@woodbridgeps.org
PHONE NUMBER: (203)387-6631
4 MEETING HOUSE LANE
WOODBRIDGE, CT  06525

Woodstock Academy
SUPERINTENDENT: Christopher Sandford
E-MAIL: csandford@woodstockacademy.org
PHONE NUMBER: (860) 928-6575
57 Academy Road
Woodstock, CT  06281

Woodstock School District
SUPERINTENDENT: Viktor Toth
E-MAIL: tothv@woodstockschools.net
PHONE NUMBER: (860) 928-7453
147 Route 169
Woodstock, CT  06281

Dc Youth Re-engagement Center
SUPERINTENDENT: Hanseul Kang
E-MAIL: hanseul.kang@dc.gov
PHONE NUMBER: (202) 671-2539
4058 Minnesota Ave Ne
Washington, DC  20019

District Of Columbia Public Schools
SUPERINTENDENT: Lewis Ferebee
E-MAIL: lewis.ferebee@dc.gov
PHONE NUMBER: (202) 442-5885
1200 First Street Ne
Washington, DC  20002

Dyrs
SUPERINTENDENT: Clinton Lacey
E-MAIL: clinton.lacey@dc.gov
PHONE NUMBER: (202) 299-5362
450 H Street Nw
Washington, DC  20011

State Operative Agency
SUPERINTENDENT: Hanseul Kang
E-MAIL: hanseul.kang@dc.gov
PHONE NUMBER: (202) 727-6436
810 First Street Ne
Washington, DC  20002

Appoquinimink School District
SUPERINTENDENT: Matthew Burrows
E-MAIL: matthew.burrows@appo.k12.de.us
PHONE NUMBER: (302) 376-4128
118 S. Sixth Street
Odessa, DE  19730

Brandywine School District
SUPERINTENDENT: Lincoln Hohler
E-MAIL: lincoln.hohler@bsd.k12.de.us
PHONE NUMBER: (302) 793-5000
1311 Brandywine Boulevard
Wilmington, DE  19809

Caesar Rodney School District
SUPERINTENDENT: Kevin Fitzgerald
E-MAIL: kevin.fitzgerald@cr.k12.de.us
PHONE NUMBER: (302) 698-4800
7 Front Street
Wyoming, DE  19934

Cape Henlopen School District
SUPERINTENDENT: Robert Fulton
E-MAIL: robert.fulton@cape.k12.de.us
PHONE NUMBER: (302) 645-6686
1270 Kings Highway
Lewes, DE  19958

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Capital School District
SUPERINTENDENT: Dan Shelton
E-MAIL: dan.shelton@capital.k12.de.us
PHONE NUMBER: (302) 672-1500
198 Commerce Way
Dover, DE  19904

Christina School District
SUPERINTENDENT: Dan Shelton
E-MAIL: dan.shelton@christina.k12.de.us
PHONE NUMBER: (302) 552-2600
600 N. Lombard Street
Wilmington, DE  19801

Colonial School District
SUPERINTENDENT: Jeffrey Menzer
E-MAIL: jeffrey.menzer@colonial.k12.de.us
PHONE NUMBER: (302) 323-2700
318 East Basin Road
New Castle, DE  19720

Delaware Adolescent Program Inc. (dapi)
SUPERINTENDENT: Doris Griffin
E-MAIL: dgriffin@dapi.org
PHONE NUMBER: (302) 764-9740
1600 Jessup Street
Wilmington, DE  19801

Delmar School District
SUPERINTENDENT: Charity Phillips
E-MAIL: charity.phillips@delmar.k12.de.us
PHONE NUMBER: (302) 846-9544
200 North Eighth Street
Delmar, DE  19940

Indian River School District
SUPERINTENDENT: Mark Steele
E-MAIL: mark.steele@irsd.k12.de.us
PHONE NUMBER: (302) 436-1000
31 Hosier Street
Selbyville, DE  19975

Lake Forest School District
SUPERINTENDENT: Steven Lucas
E-MAIL: steven.lucas@lf.k12.de.us
PHONE NUMBER: (302) 284-3020
5423 Killens Pond Road
Felton, DE  19943

Laurel School District
SUPERINTENDENT: Shawn Larrimore
E-MAIL: shawn.larrimore@laurel.k12.de.us
PHONE NUMBER: (302) 875-6100
1160 South Central Avenue
Laurel, DE  19956

Milford School District
SUPERINTENDENT: Kevin Dickerson
E-MAIL: kdickerson@msd.k12.de.us
PHONE NUMBER: (302) 422-1600
906 Lakeview Avenue
Milford, DE  19963

New Castle County Vocational-technical School
SUPERINTENDENT: Jones Joseph
E-MAIL: joseph.jones@nccvt.k12.de.us
PHONE NUMBER: (302) 995-8000
1417 Newport Road
Wilmington, DE  19804

Polytech School District
SUPERINTENDENT: Amelia Hodges
E-MAIL: amelia.hodges@polytech.k12.de.us
PHONE NUMBER: (302) 697-2170
823 Walnut Shade Road
Woodside, DE  19980

Red Clay Consolidated School District
SUPERINTENDENT: Jill Floore
E-MAIL: jill.floore@redclay.k12.de.us
PHONE NUMBER: (302) 552-3702
1502 Spruce Avenue
Wilmington, DE  19805

Seaford School District
SUPERINTENDENT: Corey Miklus
E-MAIL: corey.miklus@seaford.k12.de.us
PHONE NUMBER: (302) 629-4587
390 North Market Street Extend
Seaford, DE  19973

Smyrna School District
SUPERINTENDENT: Patrik Williams
E-MAIL: patrik.williams@smyrna.k12.de.us
PHONE NUMBER: (302) 653-8585
82 Monrovia Avenue
Smyrna, DE  19977

Sussex Technical School District
SUPERINTENDENT: Stephen Guthrie
E-MAIL: stephen.guthrie@sussexvt.k12.de.us
PHONE NUMBER: (302) 856-0961
17099 County Seat Highway
Georgetown, DE  19947

Woodbridge School District
SUPERINTENDENT: Heath Chasanov
E-MAIL: heath.chasanov@wsd.k12.de.us
PHONE NUMBER: (302) 337-7990
16359 Sussex Highway
Bridgeville, DE  19933

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Ahfachkee Day School
SUPERINTENDENT: Dorothy Cain
E-MAIL: dorothycain@semtribe.com
PHONE NUMBER: (863) 983-6348
31200 Josie Billie Hwy
Clewiston, FL  33440

Alachua
SUPERINTENDENT: Karen Clarke
E-MAIL: supt@gm.sbac.edu
PHONE NUMBER: (352) 955-7300
620 East University Avenue
Gainesville, FL 32601

Baker
SUPERINTENDENT: Sherrie Raulerson
E-MAIL: sherrie.raulerson@bakerk12.org
PHONE NUMBER: (904) 259-0401
270 South Blvd E
Macclenny, FL  32063

Bay
SUPERINTENDENT: William Husfelt
E-MAIL: husfewv@bay.k12.fl.us
PHONE NUMBER: (850) 767-4101
1311 Balboa Ave
Panama City, FL  32401

Bradford
SUPERINTENDENT: Stacey Creighton
E-MAIL: creighton.stacey@mybradford.us
PHONE NUMBER: (904)966-6800
501 W WASHINGTON ST
STARKE, FL  32091

Brevard
SUPERINTENDENT: Mark Mullins
E-MAIL: mullins.mark@brevardschools.org
PHONE NUMBER: (321) 633-1000
2700 Judge Fran Jamieson Way
Viera, FL  32940

Broward
SUPERINTENDENT: Robert Runcie
E-MAIL: supt_runcie@browardschools.com
PHONE NUMBER: (754) 321-0000
600 Se 3Rd Ave Fl 10
Fort Lauderdale, FL  33301

Calhoun
SUPERINTENDENT: Darryl Taylor
E-MAIL: darryl.taylor@calhounflschools.org
PHONE NUMBER: (850) 674-5927
20859 E Central Ave Rm G20
Blountstown, FL  32424

Charlotte
SUPERINTENDENT: Steve Dionisio
E-MAIL: steve.dionisio@yourcharlotteschools.net
PHONE NUMBER: (941) 255-0808
1445 Education Way
Port Charlotte, FL  33948

Citrus
SUPERINTENDENT: Sandra Himmel
E-MAIL: himmels@citrusschools.org
PHONE NUMBER: (352) 726-1931
1007 W Main St
Inverness, FL  34450

Clay
SUPERINTENDENT: David Broskie
E-MAIL: david.broskie@myoneclay.net
PHONE NUMBER: (904) 284-6500
900 Walnut St
Green Cove Springs, FL  32043

Collier
SUPERINTENDENT: Kamela Patton
E-MAIL: patton@collierschools.com
PHONE NUMBER: (239) 377-0212
5775 Osceola Trl
Naples, FL  34109

Columbia
SUPERINTENDENT: Alex Carswell
E-MAIL: carswella@columbiak12.com
PHONE NUMBER: (386) 755-8000
372 W Duval St
Lake City, FL  32055

Csusa Donnan
SUPERINTENDENT: Jon Hage
E-MAIL: jhage@charterschoolsusa.com
PHONE NUMBER: (239) 834-7379
800 Corporate Drive-Suite 124
Fort Lauderdale, FL  33334

Csusa Howe
SUPERINTENDENT: Jon Hage
E-MAIL: jhage@charterschoolsusa.com
PHONE NUMBER: (954) 202-3500
6245 N Federal Hwy-5Th Floor
Fort Lauderdale, FL  33308

Csusa Manual
SUPERINTENDENT: Jon Hage
E-MAIL: jhage@charterschoolsusa.com
PHONE NUMBER: (239) 834-7379
800 Corporate Drive-Suite 124
Fort Lauderdale, FL  33334

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Dade
SUPERINTENDENT: Alberto Carvalho
E-MAIL: acarvalho@dadeschools.net
PHONE NUMBER: (305) 995-1000
1450 Ne 2Nd Ave # 912
Miami, FL  33132

Deaf/blind
SUPERINTENDENT: Julia Mintzer
E-MAIL: mintzerj@fsdb.k12.fl.us
PHONE NUMBER: (904) 827-2210
207 N San Marco Ave
St Augustine, FL  32084

Desoto
SUPERINTENDENT: Adrian Cline
E-MAIL: adrian.cline@desotoschools.com
PHONE NUMBER: (863) 494-4222
530 Lasolona Ave
Arcadia, FL  34266

Dixie
SUPERINTENDENT: Mike Thomas
E-MAIL: mikethomas@dixie.k12.fl.us
PHONE NUMBER: (352) 498-6131
16077 Ne Highway 19
Cross City, FL  32628

Duval
SUPERINTENDENT: Diana Greene
E-MAIL: greened@duvalschools.org
PHONE NUMBER: (904) 390-2000
1701 Prudential Dr
Jacksonville, FL  32207

Escambia
SUPERINTENDENT: Malcolm Thomas
E-MAIL: mthomas@ecsdfl.us
PHONE NUMBER: (850) 469-6130
75 N Pace Blvd
Pensacola, FL  32505

Famu Lab Sch
SUPERINTENDENT: Ronald Holmes
E-MAIL: ronald.holmes@famu.edu
PHONE NUMBER: (850) 599-3325
400 W Orange Ave
Tallahassee, FL  32307

Fau Lab Sch
SUPERINTENDENT: Valerie Bristor
E-MAIL: bristor@fau.edu
PHONE NUMBER: (561) 297-3357
777 Glades Rd Bldg 47
Boca Raton, FL  33431

Flagler
SUPERINTENDENT: Cathy Mittelstadt
E-MAIL: mittelstadtc@flaglerschools.com
PHONE NUMBER: (386) 437-7526
1769 E Moody Blvd Bldg 2
Bunnell, FL  32110

Franklin
SUPERINTENDENT: Traci Moses
E-MAIL: tmoses@franklincountyschools.org
PHONE NUMBER: (850) 670-2810
85 School Rd Ste 1
Eastpoint, FL  32328

Fsu Lab Sch
SUPERINTENDENT: Stacy Chambers
E-MAIL: slchambers@fsu.edu
PHONE NUMBER: (850) 245-3700
3000 School House Rd
Tallahassee, FL  32311

Gadsden
SUPERINTENDENT: Roger Milton
E-MAIL: miltonr@gcpsmail.com
PHONE NUMBER: (850) 627-9651
35 Martin Luther King Jr Blvd
Quincy, FL  32351

Gilchrist
SUPERINTENDENT: Rob Rankin
E-MAIL: rankinr@mygcsd.org
PHONE NUMBER: (352) 463-3200
310 Nw 11Th Ave
Trenton, FL  32693

Glades
SUPERINTENDENT: Scott Bass
E-MAIL: scott.bass@gladesschools.org
PHONE NUMBER: (863) 946-2083
400 10Th St Sw
Moore Haven, FL  33471

Gulf
SUPERINTENDENT: Jim Norton
E-MAIL: jnorton@gulf.k12.fl.us
PHONE NUMBER: (850) 229-8256
150 Middle School Rd
Port St Joe, FL  32456

Hamilton
SUPERINTENDENT: Rex Mitchell
E-MAIL: rex.mitchell@hamiltonfl.com
PHONE NUMBER: (386) 792-7800
5683 Us Highway 129 S Ste 1
Jasper, FL  32052

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Hardee
SUPERINTENDENT: Bob Shayman
E-MAIL: bshayman@hardee.k12.fl.us
PHONE NUMBER: (863) 773-9058
1009 N 6Th Ave
Wauchula, FL  33873

Hendry
SUPERINTENDENT: Paul Puletti
E-MAIL: pulettip@hendry-schools.net
PHONE NUMBER: (863) 674-4642
25 E Hickpochee Ave
Labelle, FL  33935

Hernando
SUPERINTENDENT: John Stratton
E-MAIL: stratton_j@hcsb.k12.fl.us
PHONE NUMBER: (352) 797-7000
919 N Broad St
Brooksville, FL  34601

Highlands
SUPERINTENDENT: Brenda Longshore
E-MAIL: longshob@highlands.k12.fl.us
PHONE NUMBER: (863) 471-5555
426 School St
Sebring, FL  33870

Hillsborough
SUPERINTENDENT: Addison Davis
E-MAIL: addison.davis@hcps.net
PHONE NUMBER: (813) 272-4000
901 East Kennedy Boulevard
Tampa, FL  33602

Holmes
SUPERINTENDENT: Terry Mears
E-MAIL: terry.mears@hdsb.org
PHONE NUMBER: (850) 547-9341
701 E Pennsylvania Ave
Bonifay, FL  32425

Indian River
SUPERINTENDENT: David Moore
E-MAIL: david.moore@indianriverschools.org
PHONE NUMBER: (772) 564-3000
6500 57th Street
Vero Beach, FL  32967

Jackson
SUPERINTENDENT: Larry Moore
E-MAIL: larry.moore@jcsb.org
PHONE NUMBER: (850) 482-1200
2903 Jefferson St
Marianna, FL  32446

Jefferson
SUPERINTENDENT: Marianne Arbulu
EMAIL:Marianne.arbulu@jeffersonschooldistrict.org
PHONE NUMBER: (850) 342-0100
1490 West Washington Street
Monticello, FL  32344

Lafayette
SUPERINTENDENT: Robert Edwards
E-MAIL: redwards@lcsbmail.net
PHONE NUMBER: (386) 294-4107
363 Ne Crawford St
Mayo, FL  32066

Lake
SUPERINTENDENT: Diane Kornegay
E-MAIL: kornegayd@lake.k12.fl.us
PHONE NUMBER: (352) 253-6500
201 W Burleigh Blvd
Tavares, FL  32778

Lee
SUPERINTENDENT: Gregory Adkins
E-MAIL: gregad@leeschools.net
PHONE NUMBER: (239) 334-1102
2855 Colonial Blvd
Fort Myers, FL  33966

Leon
SUPERINTENDENT: Rocky Hanna
E-MAIL: hannar@leonschools.net
PHONE NUMBER: (850) 487-7147
2757 W Pensacola St
Tallahassee, FL  32304

Levy
SUPERINTENDENT: Jeffery Edison
E-MAIL: jeffery.edison@levyk12.org
PHONE NUMBER: (352) 486-5231
480 Marshburn Dr
Bronson, FL  32621

Liberty
SUPERINTENDENT: David Summers
E-MAIL: david.summers@lcsb.org
PHONE NUMBER: (850) 643-2275
12926 Nw County Road 12
Bristol, FL  32321

Madison
SUPERINTENDENT: Shirley Joseph
E-MAIL: shirley.joseph@mcsbfl.us
PHONE NUMBER: (850) 973-5022
210 Ne Duval Ave
Madison, FL  32340

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Manatee
SUPERINTENDENT: Cynthia Saunders
E-MAIL: saundersc@manateeschools.net
PHONE NUMBER: (941) 708-8770
215 Manatee Ave W
Bradenton, FL  34205

Marion
SUPERINTENDENT: Diane Gullett
E-MAIL: diane.gullett@marion.k12.fl.us
PHONE NUMBER: (352) 671-7702
512 Se 3Rd St
Ocala, FL  34471

Martin
SUPERINTENDENT: Laurie Gaylord
E-MAIL: gaylorl@martin.k12.fl.us
PHONE NUMBER: (772) 219-1200
500 E Ocean Blvd
Stuart, FL  34994

Miccosukee Indian School
SUPERINTENDENT: Manuel Varela
E-MAIL: manuelv@miccosukeetribe.com
PHONE NUMBER: (305)894-2364
U.s. Hwy 41, Mile Marker 70
Miami, FL  33144

Monroe
SUPERINTENDENT: Theresa Axford
E-MAIL: theresa.axford@keysschools.com
PHONE NUMBER: (305) 293-1400
241 Trumbo Rd
Key West, FL  33040

Nassau
SUPERINTENDENT: Kathy Burns
E-MAIL: kathy.burns@nassau.k12.fl.us
PHONE NUMBER: (904) 491-9901
1201 Atlantic Ave
Fernandina Beach, FL  32034

Okaloosa
SUPERINTENDENT: Marcus Chambers
E-MAIL: chambersm@okaloosaschools.com
PHONE NUMBER: (850) 833-3100
120 Lowery Pl Se
Fort Walton Beach, FL  32548

Okeechobee
SUPERINTENDENT: Ken Kenworthy
E-MAIL: kenworthyk@okee.k12.fl.us
PHONE NUMBER: (863) 462-5000
700 Sw 2Nd Ave
Okeechobee, FL  34974

Orange
SUPERINTENDENT: Barbara Jenkins
E-MAIL: barbara.jenkins@ocps.net
PHONE NUMBER: (407) 317-3200
445 W Amelia St
Orlando, FL  32801

Osceola
SUPERINTENDENT: Debra Pace
E-MAIL: debra.pace@osceolaschools.net
PHONE NUMBER: (407) 870-4600
817 Bill Beck Boulevard
Kissimmee, FL  34744

Palm Beach
SUPERINTENDENT: Donald Fennoy
E-MAIL: superintendent@palmbeachschools.org
PHONE NUMBER: (561) 434-8000
3300 Forest Hill Blvd # C-316
West Palm Beach, FL  33406

Pasco
SUPERINTENDENT: Kurt Browning
E-MAIL: ksbsos@pasco.k12.fl.us
PHONE NUMBER: (813) 794-2000
7227 Land O Lakes Blvd
Land O Lakes, FL  34638

Pinellas
SUPERINTENDENT: Michael Grego
E-MAIL: gregom@pcsb.org
PHONE NUMBER: (727) 588-6000
301 4Th St Sw
Largo, FL  33770

Polk
SUPERINTENDENT: Jacqueline Byrd
E-MAIL: jacqueline.byrd@polk-fl.net
PHONE NUMBER: (863) 534-0500
1915 South Floral Avenue
Bartow, FL 33831

Putnam
SUPERINTENDENT: Richard Surrency
E-MAIL: rsurrency@my.putnamschools.org
PHONE NUMBER: (386) 329-0538
200 S 7Th St
Palatka, FL  32177

Santa Rosa
SUPERINTENDENT: Tim Wyrosdick
E-MAIL: wyrosdickt@santarosa.k12.fl.us
PHONE NUMBER: (850) 983-5000
5086 Canal St
Milton, FL  32570

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Sarasota
SUPERINTENDENT: Mitsi Corcoran
E-MAIL: mitsi.corcoran@sarasotacountyschools.net
PHONE NUMBER: (941) 927-9000
1960 Landings Blvd
Sarasota, FL  34231

Seminole
SUPERINTENDENT: Walt Griffin
E-MAIL: walt_griffin@scps.k12.fl.us
PHONE NUMBER: (407) 320-0000
400 E Lake Mary Blvd
Sanford, FL  32773

St. Johns
SUPERINTENDENT: Tim Forson
E-MAIL: tim.forson@stjohns.k12.fl.us
PHONE NUMBER: (904) 547-7502
40 Orange St
St Augustine, FL  32084

St. Lucie
SUPERINTENDENT: Wayne Gent
E-MAIL: wayne.gent@stlucieschools.org
PHONE NUMBER: (772) 429-3925
4204 Okeechobee Rd
Fort Pierce, FL  34947

Sumter
SUPERINTENDENT: Richard Shirley
E-MAIL: richard.shirley@sumter.k12.fl.us
PHONE NUMBER: (352) 793-2315
2680 West County Road 476
Bushnell, FL  33513

Suwannee
SUPERINTENDENT: Ted Roush
E-MAIL: troush@suwanneeschools.org
PHONE NUMBER: (386) 647-4600
702 2Nd St Nw
Live Oak, FL  32064

Taylor
SUPERINTENDENT: Danny Glover
E-MAIL: danny.glover@taylor.k12.fl.us
PHONE NUMBER: (850) 838-2500
318 N Clark St
Perry, FL  32347

Uf Lab Sch
SUPERINTENDENT: Lynda Hayes
E-MAIL: lhayes@pky.ufl.edu
PHONE NUMBER: (352) 392-1554
1080 Sw 11Th St
Gainesville, FL  32601

Union
SUPERINTENDENT: Carlton Faulk
E-MAIL: faulkc@union.k12.fl.us
PHONE NUMBER: (386) 496-2045
55 Sw 6Th St
Lake Butler, FL  32054

Volusia
SUPERINTENDENT: Ronald Fritz
E-MAIL: rsfritz@volusia.k12.fl.us
PHONE NUMBER: (386) 734-7190
200 N Clara Ave
Deland, FL  32720

Wakulla
SUPERINTENDENT: Robert Pearce
E-MAIL: robert.pearce@wcsb.us
PHONE NUMBER: (850) 926-0065
69 Arran Rd
Crawfordville, FL  32327

Walton
SUPERINTENDENT: Russell Hughes
E-MAIL: hughesr@walton.k12.fl.us
PHONE NUMBER: (850) 892-1100
145 S Park St Ste 2
Defuniak Springs, FL  32435

Wash Special
SUPERINTENDENT: Joseph Taylor
E-MAIL: joseph.taylor@wcsdschools.com
PHONE NUMBER: (850) 638-6222
652 3Rd St
Chipley, FL  32428

Washington
SUPERINTENDENT: Joseph Taylor
E-MAIL: joseph.taylor@wcsdschools.com
PHONE NUMBER: (850) 638-6222
652 3Rd St
Chipley, FL  32428

Appling County
SUPERINTENDENT: Scarlett Copeland
E-MAIL: scarlett.copeland@appling.k12.ga.us
PHONE NUMBER: (912) 367-8600
249 Blackshear Highway
Baxley, GA  31513

Atkinson County
SUPERINTENDENT: Bob Brown
E-MAIL: bbrown@atkinson.k12.ga.us
PHONE NUMBER: (912) 422-7373
98 E. Roberts Ave.
Pearson, GA  31642

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Atlanta Public Schools
SUPERINTENDENT: Lisa Herring
E-MAIL: suptoffice@atlanta.k12.ga.us
PHONE NUMBER: (404) 802-3500
210 Pryor Rd.
Atlanta, GA  30303

Bacon County
SUPERINTENDENT: Judy Rowland
E-MAIL: judy.rowland@bcraiders.com
PHONE NUMBER: (912) 632-7363
102 W. 4th St.
Alma, GA  31510

Baker County
SUPERINTENDENT: Roy Brooks
E-MAIL: rbrooks@baker.k12.ga.us
PHONE NUMBER: (229)734-5274
260 Highway 37 SW
Newton, GA  31770

Baldwin County
SUPERINTENDENT: Noris Price
E-MAIL: noris.price@baldwin.k12.ga.us
PHONE NUMBER: (478) 453-4176
110 N. Abc Street
Milledgeville, GA  31061

Banks County
SUPERINTENDENT: Ann Hopkins
E-MAIL: ahopkins@banks.k12.ga.us
PHONE NUMBER: (706) 677-2224
102 Hwy 51 South
Homer, GA  30547

Barrow County
SUPERINTENDENT: Chris Mcmichael
E-MAIL: chris.mcmichael@barrow.k12.ga.us
PHONE NUMBER: (770) 867-4527
106 Church St
Winder, GA  30680

Bartow County
SUPERINTENDENT: Phillip Page
E-MAIL: phillip.page@bartow.k12.ga.us
PHONE NUMBER: (770) 606-5800
65 Gilreath Road Nw
Cartersville, GA  30120

Ben Hill County
SUPERINTENDENT: Shawn Haralson
E-MAIL: shawn.haralson@benhillschools.org
PHONE NUMBER: (229) 409-5500
509 West Palm Street
Fitzgerald, GA  31750

Berrien County
SUPERINTENDENT: Lilli Drawdy
E-MAIL: lilli.drawdy@berrien.k12.ga.us
PHONE NUMBER: (229) 686-2081
100 E. Smith Ave.
Nashville, GA  31639

Bibb County
SUPERINTENDENT: Curtis Jones
E-MAIL: curtis.jones@bcsdk12.net
PHONE NUMBER: (478) 765-8711
484 Mulberry St
Macon, GA  31201

Bleckley County
SUPERINTENDENT: Steve Smith
E-MAIL: steve.smith@bleckley.k12.ga.us
PHONE NUMBER: (478) 934-2821
909 N.E Dykes St.
Cochran, GA  31014

Brantley County
SUPERINTENDENT: Kim Morgan
E-MAIL: kim.morgan@brantley.k12.ga.us
PHONE NUMBER: (912) 462-6176
122 School Circle
Nahunta, GA  31553

Bremen City
SUPERINTENDENT: David Hicks
E-MAIL: david.hicks@bremencs.com
PHONE NUMBER: (770) 537-5508
504 Laurel Street
Bremen, GA  30110

Brooks County
SUPERINTENDENT: Vickie Reed
E-MAIL: vreed@brooks.k12.ga.us
PHONE NUMBER: (229) 263-7531
704 N. Tallokas Road
Quitman, GA  31643

Bryan County
SUPERINTENDENT: Paul Brooksher
E-MAIL: pbrooksher@bryan.k12.ga.us
PHONE NUMBER: (912) 851-4000
66 Industrial Blvd.
Pembroke, GA  31321

Buford City
SUPERINTENDENT: Robert Downs
E-MAIL: robert.downs@bufordcityschools.org
PHONE NUMBER: (770) 945-5035
70 Wiley Drive. Suite 200
Buford, GA  30518

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Bulloch County
SUPERINTENDENT: Charles Wilson
E-MAIL: cwilson@bullochschools.org
PHONE NUMBER: (912) 212-8500
150 Williams Rd. Suite A
Statesboro, GA  30458

Burke County
SUPERINTENDENT: Angela Williams
E-MAIL: amwilliam@burke.k12.ga.us
PHONE NUMBER: (706) 554-5101
789 Perimeter Road
Waynesboro, GA  30830

Butts County
SUPERINTENDENT: Todd Simpson
E-MAIL: todd.simpson@bcssk12.org
PHONE NUMBER: (770) 504-2300
181 N. Mulberry St.
Jackson, GA  30233

Calhoun City
SUPERINTENDENT: Michele Taylor
E-MAIL: taylorm@calhounschools.org
PHONE NUMBER: (706) 629-2900
380 Barrett Rd.
Calhoun, GA  30701

Calhoun County
SUPERINTENDENT: Michael Ward
E-MAIL: michaelward@calhoun.k12.ga.us
PHONE NUMBER: (229) 213-0189
10877 Dickey Street
Morgan, GA 39866

Camden County
SUPERINTENDENT: John Tucker
E-MAIL: jtucker@camden.k12.ga.us
PHONE NUMBER: (912) 729-5687
311 South East Street
Kingsland, GA  31548

Candler County
SUPERINTENDENT: Bubba Longgrear
E-MAIL: blonggrear@metter.org
PHONE NUMBER: (912) 685-5713
210 South College Street
Metter, GA 30439

Carroll County
SUPERINTENDENT: Scott Cowart
E-MAIL: scott.cowart@carrollcountyschools.com
PHONE NUMBER: (770) 832-3568
164 Independence Dr.
Carrollton, GA  30116

Carrollton City
SUPERINTENDENT: Mark Albertus
E-MAIL: mark.albertus@carrolltoncityschools.net
PHONE NUMBER: (770) 832-9633
106 Trojan Drive
Carrollton, GA  30117

Cartersville City
SUPERINTENDENT: Marc Feuerbach
E-MAIL: mfeuerbach@cartersvilleschools.org
PHONE NUMBER: (770) 382-5880
15 Nelson Street
Cartersville, GA  30120

Catoosa County
SUPERINTENDENT: Denia Reese
E-MAIL: dreese@catoosa.k12.ga.us
PHONE NUMBER: (706) 965-2297
307 Cleveland Street
Ringgold, GA  30736

Central Savannah River Resa
SUPERINTENDENT: Debbie Alexander
E-MAIL: dalexander@csraresa.org
PHONE NUMBER: (706) 556-6225
Highway 78
Dearing, GA  30808

Charlton County
SUPERINTENDENT: John Lairsey
E-MAIL: jlairsey@charlton.k12.ga.us
PHONE NUMBER: (912) 496-2596
500 South Third Street
Folkston, GA  31537

Chatham County
SUPERINTENDENT: Ann Levett
E-MAIL: ann.levett@sccpss.com
PHONE NUMBER: (912) 395-5600
208 Bull St
Savannah, GA  31401

Chattahoochee County
SUPERINTENDENT: Tim Buchanan
E-MAIL: tbuchanan@chattco.org
PHONE NUMBER: (706) 989-3774
326 Broad Street
Cusseta, GA  31805

Chattahoochee-flint Resa
SUPERINTENDENT: Betsy Green
E-MAIL: betsy_green@kennesaw.edu
PHONE NUMBER: (229) 937-5341
203 East College Street
Ellaville, GA  31806

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Chattooga County
SUPERINTENDENT: Jared Hosmer
E-MAIL: jhosmer@chattooga.k12.ga.us
PHONE NUMBER: (706) 857-3447
33 Middle School Road
Summerville, GA  30747

Cherokee County
SUPERINTENDENT: Brian Hightower
E-MAIL: brian.hightower@cherokee.k12.ga.us
PHONE NUMBER: (770) 479-1871
110 Academy Street
Canton, GA 30114

Chickamauga City
SUPERINTENDENT: Melody Day
E-MAIL: melody.day@glschools.org
PHONE NUMBER: (706) 382-3100
402 Cove Road
Chickamauga, GA  30707

Clarke County
SUPERINTENDENT: Xernona Thomas
E-MAIL: superintendent@clarke.k12.ga.us
PHONE NUMBER: (706) 546-7721
240 Mitchell Bridge Road
Athens, GA  30606

Clay County
SUPERINTENDENT: John Hamilton
E-MAIL: jhamilton@clay.k12.ga.us
PHONE NUMBER: (229) 768-2232
111 Commerce St.
Fort Gaines, GA  31751

Clayton County
SUPERINTENDENT: Morcease Beasley
E-MAIL: morcease.beasley@clayton.k12.ga.us
PHONE NUMBER: (770) 473-2700
1058 Fifth Avenue
Jonesboro, GA  30236

Clinch County
SUPERINTENDENT: Lori James
E-MAIL: ljames@clinchcounty.com
PHONE NUMBER: (912) 487-5321
119 S. College Street
Homerville, GA  31634

Cobb County
SUPERINTENDENT: Chris Ragsdale
E-MAIL: chris.ragsdale@cobbk12.org
PHONE NUMBER: (770) 426-3300
514 Glover Street
Marietta, GA  30060

Coffee County
SUPERINTENDENT: Morris Leis
E-MAIL: morris.leis@coffee.k12.ga.us
PHONE NUMBER: (912) 384-2086
1311 S. Peterson Ave.
Douglas, GA  31533

Colquitt County
SUPERINTENDENT: James Howell
E-MAIL: james.howell@colquitt.k12.ga.us
PHONE NUMBER: (229) 890-6200
710 28Th Ave Se
Moultrie, GA  31768

Columbia County
SUPERINTENDENT: Sandra Carraway
E-MAIL: scarraway@ccboe.net
PHONE NUMBER: (706) 541-0650
4781 Hereford Farm Road
Evans, GA  30809

Commerce City
SUPERINTENDENT: Joy Tolbert
E-MAIL: jtolbert@commerce-city.k12.ga.us
PHONE NUMBER: (706) 335-5500
270 Lakeview Drive
Commerce, GA  30529

Cook County
SUPERINTENDENT: Timothy Dixon
E-MAIL: timdixon@cook.k12.ga.us
PHONE NUMBER: (229) 896-2294
1109 N Parrish Ave
Adel, GA  31620

Coweta County
SUPERINTENDENT: Evan Horton
E-MAIL: evan.horton@cowetaschools.net
PHONE NUMBER: (770) 254-2801
237 Jackson Street
Newnan, GA  30264

Crawford County
SUPERINTENDENT: Brent Lowe
E-MAIL: brent.lowe@crawfordschools.org
PHONE NUMBER: (478) 836-3131
348 Crusselle Street
Roberta, GA  31078

Crisp County
SUPERINTENDENT: Cindy Hughes
E-MAIL: chughes@crispschools.org
PHONE NUMBER: (229) 276-3400
201 7Th Street South
Cordele, GA  31015

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Dade County
SUPERINTENDENT: Jan Harris
E-MAIL: janharris@dadecs.org
PHONE NUMBER: (706) 657-4361
52 Tradition Lane
Trenton, GA  30752

Dalton City
SUPERINTENDENT: Tim Scott
E-MAIL: tim.scott@dalton.k12.ga.us
PHONE NUMBER: (706) 876-4000
300 West Waugh Street
Dalton, GA 30720

Dawson County
SUPERINTENDENT: Damon Gibbs
E-MAIL: dgibbs@dawson.k12.ga.us
PHONE NUMBER: (706) 265-3246
28 Main Street
Dawsonville, GA  30534

Decatur City
SUPERINTENDENT: David Dude
E-MAIL: superintendent@csdecatur.net
PHONE NUMBER: (404) 371-3601
125 Electric Avenue Decatur
Decatur, GA  30030

Decatur County
SUPERINTENDENT: Tim Cochran
E-MAIL: tcochran@dcboe.com
PHONE NUMBER: (229) 248-2200
100 South West Street
Bainbridge, GA  39817

Dekalb County
SUPERINTENDENT: Stephen Green
E-MAIL: rsgreen@dekalbschoolsga.org
PHONE NUMBER: (678) 676-1200
1701 Mountain Industrial Blvd
Stone Mountain, GA  30083

Department Of Juvenile Justice
SUPERINTENDENT: Tyrone Oliver
E-MAIL: tyrone.oliver@djj.state.ga.us
PHONE NUMBER: (404) 508-6500
3408 Covington Highway
Decatur, GA  30032

Department Of Labor
SUPERINTENDENT: Mark Butler
E-MAIL: mark.butler@dol.state.ga.us
PHONE NUMBER: (404) 232-7300
148 Andrew Young International
Atlanta, GA  30303

Dodge County
SUPERINTENDENT: Susan Long
E-MAIL: slong@dodge.k12.ga.us
PHONE NUMBER: (478) 374-3783
700 College Street
Eastman, GA  31023

Dooly County
SUPERINTENDENT: Craig Lockhart
E-MAIL: craig.lockhart@dooly.k12.ga.us
PHONE NUMBER: (229) 268-4761
202 Cotton Street
Vienna, GA  31092

Dougherty County
SUPERINTENDENT: Kenneth Dyer
E-MAIL: kenneth.dyer@docoschools.org
PHONE NUMBER: (229) 431-1285
200 Pine Avenue
Albany, GA  31701

Douglas County
SUPERINTENDENT: Trent North
E-MAIL: trent.north@dcssga.org
PHONE NUMBER: (770) 651-2000
9030 Highway 5
Douglasville, GA  30134

Dublin City
SUPERINTENDENT: Fred Williams
E-MAIL: fred.williams@dublincityschools.us
PHONE NUMBER: (478) 353-8000
207 Shamrock Dr.
Dublin, GA  31021

Early County
SUPERINTENDENT: Bronwyn Martin
E-MAIL: bmartin@early.k12.ga.us
PHONE NUMBER: (229) 723-4337
11927 Columbia Street
Blakely, GA  39823

Echols County
SUPERINTENDENT: Shannon King
E-MAIL: shannon.king@echols.k12.ga.us
PHONE NUMBER: (229) 559-5734
216 Hwy 129 North
Statenville, GA  31648

Effingham County
SUPERINTENDENT: Randy Shearouse
E-MAIL: rshearouse@effingham.k12.ga.us
PHONE NUMBER: (912) 754-6491
405 North Ash Street
Springfield, GA  31329

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Elbert County
SUPERINTENDENT: Jon Jarvis
E-MAIL: jjarvis@elbert.k12.ga.us
PHONE NUMBER: (706) 213-4000
50 Laurel Drive
Elberton, GA  30635

Emanuel County
SUPERINTENDENT: Kevin Judy
E-MAIL: kjudy@emanuel.k12.ga.us
PHONE NUMBER: (478) 237-6674
201 North Main Street
Swainsboro, GA  30401

Evans County
SUPERINTENDENT: Marty Waters
E-MAIL: mwaters@evans.k12.ga.us
PHONE NUMBER: (912) 739-3544
613 West Main Street
Claxton, GA  30417

Fannin County
SUPERINTENDENT: Michael Gwatney
E-MAIL: mgwatney@fannin.k12.ga.us
PHONE NUMBER: (706) 632-3771
2290 East First Street
Blue Ridge, GA  30513

Fayette County
SUPERINTENDENT: Joseph Barrow
E-MAIL: barrow.joseph@mail.fcboe.org
PHONE NUMBER: (770) 460-3535
210 Stonewall Avenue West
Fayetteville, GA  30214

First District Resa
SUPERINTENDENT: Richard Smith
E-MAIL: rsmith@fdresa.org
PHONE NUMBER: (912) 842-5000
201 West Lee Street
Brooklet, GA  30415

Floyd County
SUPERINTENDENT: Jeff Wilson
E-MAIL: jwilson@floydboe.net
PHONE NUMBER: (706) 234-1031
600 Riverside Parkway Ne
Rome, GA  30161

Forsyth County
SUPERINTENDENT: Jeff Bearden
E-MAIL: jbearden@forsyth.k12.ga.us
PHONE NUMBER: (770) 887-2461
1120 Dahlonega Highway
Cumming, GA  30040

Franklin County
SUPERINTENDENT: Chris Forrer
E-MAIL: chris.forrer@franklin.k12.ga.us
PHONE NUMBER: (706) 384-4554
919 Hull Avenue
Carnesville, GA  30521

Fulton County
SUPERINTENDENT: Mike Looney
E-MAIL: looneym@fultonschools.org
PHONE NUMBER: (470) 254-3600
6201 Powers Ferry Road Nw
Atlanta, GA  30339

Gainesville City
SUPERINTENDENT: Jeremy Williams
E-MAIL: jeremy.williams@gcssk12.net
PHONE NUMBER: (770) 536-5275
508 Oak Street. Nw
Gainesville, GA  30501

Gilmer County
SUPERINTENDENT: Shanna Downs
E-MAIL: shanna.downs@gilmerschools.com
PHONE NUMBER: (706) 276-5000
134 Industrial Blvd
Ellijay, GA  30540

Glascock County
SUPERINTENDENT: Jim Holton
E-MAIL: jholton@glascock.k12.ga.us
PHONE NUMBER: (706) 598-2291
738 Railroad Ave.
Gibson, GA  30810

Glynn County
SUPERINTENDENT: Scott Spence
E-MAIL: sspence@glynn.k12.ga.us
PHONE NUMBER: (912) 267-4100
1313 Egmont St
Brunswick, GA  31520

Gordon County
SUPERINTENDENT: Susan Remillard
E-MAIL: sremillard@gcbe.org
PHONE NUMBER: (706) 629-7366
205 Warrior Path
Calhoun, GA  30701

Grady County
SUPERINTENDENT: Kermit Gilliard
E-MAIL: k.gilliard@grady.k12.ga.us
PHONE NUMBER: (229) 377-3701
122 Noth Broad Street
Cairo, GA  39828

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Greene County
SUPERINTENDENT: Chris Houston
E-MAIL: chris.houston@greene.k12.ga.us
PHONE NUMBER: (706) 453-7688
101 East Third Street
Greensboro, GA  30642

Griffin Resa
SUPERINTENDENT: Stephanie Gordy
E-MAIL: sgordy@griffinresa.net
PHONE NUMBER: (770) 229-3247
119 West Vineyard Road
Griffin, GA  30224

Gwinnett County
SUPERINTENDENT: Alvin Wilbanks
E-MAIL: awilbanks@gwinnett.k12.ga.us
PHONE NUMBER: (678) 301-6000
437 Old Peachtree Road Nw
Suwanee, GA  30024

Habersham County
SUPERINTENDENT: Matthew Cooper
E-MAIL: mcooper@habershamschools.com
PHONE NUMBER: (706) 754-2118
132 West Stanford Mill Rd
Clarkesville, GA  30523

Hall County
SUPERINTENDENT: Will Schofield
E-MAIL: will.schofield@hallco.org
PHONE NUMBER: (770) 534-1080
711 Green St. Suite 100
Gainesville, GA  30505

Hancock County
SUPERINTENDENT: Miranda Wilson
E-MAIL: mwilson@hancock.k12.ga.us
PHONE NUMBER: (706) 444-5775
12480 Augusta Highway
Sparta, GA  31087

Haralson County
SUPERINTENDENT: Jerry Bell
E-MAIL: jerry.bell@haralson.k12.ga.us
PHONE NUMBER: (770) 646-3882
10 Van Wert Street
Buchanan, GA  30113

Harris County
SUPERINTENDENT: Roger Couch
E-MAIL: couch-r@harris.k12.ga.us
PHONE NUMBER: (706) 628-4206
132 Barnes Mill Rd
Hamilton, GA  31811

Hart County
SUPERINTENDENT: Jaybez Floyd
E-MAIL: jay.floyd@hart.k12.ga.us
PHONE NUMBER: (706) 376-5141
284 Campbell Drive
Hartwell, GA  30643

Heard County
SUPERINTENDENT: Rodney Kay
E-MAIL: rodney.kay@heard.k12.ga.us
PHONE NUMBER: (706) 675-3320
131 East Court Square
Franklin, GA  30217

Heart Of Georgia Resa
SUPERINTENDENT: Steve Miletto
E-MAIL: smiletto@hgresa.org
PHONE NUMBER: (478) 353-8693
717 Smith Street
Dublin, GA  31021

Henry County
SUPERINTENDENT: Mary Davis
E-MAIL: maryelizabeth.davis@henry.k12.ga.us
PHONE NUMBER: (770) 957-6601
33 N. Zack Hinton Pkwy
Mcdonough, GA  30253

Houston County
SUPERINTENDENT: Mark Scott
E-MAIL: mark.scott@hcbe.net
PHONE NUMBER: (478) 988-6200
1100 Main Street
Perry, GA  31069

Irwin County
SUPERINTENDENT: Thad Clayton
E-MAIL: tclayton@irwin.k12.ga.us
PHONE NUMBER: (229) 468-7485
210 Apple St.
Ocilla, GA  31774

Jackson County
SUPERINTENDENT: April Howard
E-MAIL: ahoward@jcss.us
PHONE NUMBER: (706) 367-5151
1660 Winder Highway
Jefferson, GA  30549

Jasper County
SUPERINTENDENT: Kenny Garland
E-MAIL: kgarland@jasper.k12.ga.us
PHONE NUMBER: (706) 468-6350
1411 College St
Monticello, GA  31064

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Jeff Davis County
SUPERINTENDENT: Chris Roppe
E-MAIL: chris.roppe@jeff-davis.k12.ga.us
PHONE NUMBER: (912) 375-6700
44 Charles Rogers Blvd
Hazlehurst, GA  31539

Jefferson City
SUPERINTENDENT: Donna Mcmullan
E-MAIL: dmcmullan@jeffcityschools.org
PHONE NUMBER: (706) 367-2880
575 Washington St.
Jefferson, GA  30549

Jefferson County
SUPERINTENDENT: Molly Howard
E-MAIL: howardmp@jefferson.k12.ga.us
PHONE NUMBER: (478) 625-7626
1001 Peachtree Street
Louisville, GA  30434

Jenkins County
SUPERINTENDENT: Tara Cooper
E-MAIL: tcooper@jchs.com
PHONE NUMBER: (478) 982-6000
527 Barney Ave
Millen, GA  30442

Johnson County
SUPERINTENDENT: Eddie Morris
E-MAIL: eddie_morris@johnson.k12.ga.us
PHONE NUMBER: (478) 864-3302
325 Lee Street
Wrightsville, GA  31096

Jones County
SUPERINTENDENT: Charles Gibson
E-MAIL: cgibson@jones.k12.ga.us
PHONE NUMBER: (478) 986-3032
125 Stewart Avenue
Gray, GA  31032

Lamar County
SUPERINTENDENT: Jute Wilson
E-MAIL: jute.wilson@lamar.k12.ga.us
PHONE NUMBER: (770) 358-5891
100 Victory Ln
Barnesville, GA  30204

Lanier County
SUPERINTENDENT: Anita Watson
E-MAIL: awatson@lanier.k12.ga.us
PHONE NUMBER: (229) 482-3966
247 S Highway 221
Lakeland, GA  31635

Laurens County
SUPERINTENDENT: Jerry Hatcher
E-MAIL: jerryhatcher@lcboe.net
PHONE NUMBER: (478) 272-4767
467 Firetower Road
Dublin, GA  31021

Lee County
SUPERINTENDENT: Jason Miller
E-MAIL: millerja@lee.k12.ga.us
PHONE NUMBER: (229) 903-2100
126 Starksville Ave.N
Leesburg, GA  31763

Liberty County
SUPERINTENDENT: Franklin Perry
E-MAIL: fperry@liberty.k12.ga.us
PHONE NUMBER: (912) 876-2161
110 S. Gause St.
Hinesville, GA  31313

Lincoln County
SUPERINTENDENT: Samuel Light
E-MAIL: slight@lcboe.us
PHONE NUMBER: (706) 359-3742
423 Metasville Road
Lincolnton, GA  30817

Long County
SUPERINTENDENT: David Edwards
E-MAIL: dedwards@longcountyschools.org
PHONE NUMBER: (912) 545-2367
468 S. Mcdonald Street
Ludowici, GA  31316

Lowndes County
SUPERINTENDENT: Wes Taylor
E-MAIL: westaylor@lowndes.k12.ga.us
PHONE NUMBER: (229) 245-2250
1592 Norman Drive
Valdosta, GA  31601

Lumpkin County
SUPERINTENDENT: Rob Brown
E-MAIL: rob.brown@lumpkinschools.com
PHONE NUMBER: (706) 864-3611
51 Mountain View Dr
Dahlonega, GA  30533

Macon County
SUPERINTENDENT: Marc Maynor
E-MAIL: mmaynor@macon.k12.ga.us
PHONE NUMBER: (478) 472-8188
31 Buck Creek Bypass Road
Oglethorpe, GA  31068

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Madison County
SUPERINTENDENT: Michael Williams
E-MAIL: mwilliams@madison.k12.ga.us
PHONE NUMBER: (706) 795-2191
800 Madison Street
Danielsville, GA  30633

Marietta City
SUPERINTENDENT: Grant Rivera
E-MAIL: grivera@marietta-city.org
PHONE NUMBER: (770) 422-3500
250 Howard Street
Marietta, GA  30060

Marion County
SUPERINTENDENT: Glenn Tidwell
E-MAIL: tidwell.glenn@marion.k12.ga.us
PHONE NUMBER: (229) 649-2234
1697 Pineville Road
Buena Vista, GA  31803

Mcduffie County
SUPERINTENDENT: Mychele Rhodes
E-MAIL: rhodesm@mcduffie.k12.ga.us
PHONE NUMBER: (706) 986-4000
716 N. Lee St.
Thomson, GA  30824

Mcintosh County
SUPERINTENDENT: Jim Pulos
E-MAIL: jpulos@mcintosh.k12.ga.us
PHONE NUMBER: (912) 437-6645
200 Pine Street
Darien, GA  31305

Meriwether County
SUPERINTENDENT: Robert Griffin
E-MAIL: robert.griffin@mcssga.org
PHONE NUMBER: (706) 672-4297
2100 Gaston Street
Greenville, GA  30222

Metro Resa
SUPERINTENDENT: Leigh Putman
E-MAIL: leighann.putman@mresa.org
PHONE NUMBER: (770) 432-2404
1870 Teasley Drive. Se
Smyrna, GA  30080

Middle Georgia Resa
SUPERINTENDENT: Juli Alligood
E-MAIL: jalligood@mgresa.us
PHONE NUMBER: (478) 988-7170
510 Riley Avenue
Fort Valley, GA  31030

Miller County
SUPERINTENDENT: Shane Miller
E-MAIL: smiller@miller.k12.ga.us
PHONE NUMBER: (229) 758-5592
111 North First Street
Colquitt, GA  39837

Mitchell County
SUPERINTENDENT: Robert Adams
E-MAIL: donpeters@garfordisd.org
PHONE NUMBER: (229) 336-2100
108 South Harney Street
Camilla, GA  31730

Monroe County
SUPERINTENDENT: Mike Hickman
E-MAIL: mike.hickman@mcschools.org
PHONE NUMBER: (478) 994-2031
25 Brooklyn Avenue
Forsyth, GA  31029

Montgomery County
SUPERINTENDENT: Hugh Kight
E-MAIL: hkight@montgomery.k12.ga.us
PHONE NUMBER: (912) 583-2301
305 South Richardson Street
Mt. Vernon, GA  30445

Morgan County
SUPERINTENDENT: Virgil Cole
E-MAIL: virgil.cole@morgan.k12.ga.us
PHONE NUMBER: (706) 752-4600
1065 East Avenue
Madison, GA  30650

Murray County
SUPERINTENDENT: Steve Loughridge
E-MAIL: steve.loughridge@murray.k12.ga.us
PHONE NUMBER: (706) 695-4531
715 Chestnut St
Chatsworth, GA  30705

Muscogee County
SUPERINTENDENT: David Lewis
E-MAIL: lewis.david.f@muscogee.k12.ga.us
PHONE NUMBER: (706) 748-2000
1200 Bradley Dr.
Columbus, GA  31901

Newton County
SUPERINTENDENT: Samantha Fuhrey
E-MAIL: fuhrey.samantha@newton.k12.ga.us
PHONE NUMBER: (770) 787-1330
3187 Newton Drive Ne
Covington, GA  30014

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

North Georgia Resa
SUPERINTENDENT: Samuel Depaul
E-MAIL: sam.depaul@ngresa.org
PHONE NUMBER: (706) 276-1111
4731 Old Highway 5 South
Ellijay, GA  30540

Northeast Georgia Resa
SUPERINTENDENT: Keith Everson
E-MAIL: keith.everson@negaresa.org
PHONE NUMBER: (706) 742-8292
375 Winter Street
Winterville, GA 30683

Northwest Georgia Resa
SUPERINTENDENT: Dexter Mills
E-MAIL: dmills@nwgaresa.com
PHONE NUMBER: (706) 295-6189
3167 Cedartown Hwy Se
Rome, GA  30161

Oconee County
SUPERINTENDENT: Jason Branch
E-MAIL: jbranch@oconeeschools.org
PHONE NUMBER: (706) 769-5130
34 School Street
Watkinsville, GA  30677

Oconee Resa
SUPERINTENDENT: Hayward Cordy
E-MAIL: hayward.cordy@oconeeresa.org
PHONE NUMBER: (478) 552-5178
518 North Harris Street
Sandersville, GA 31082

Oglethorpe County
SUPERINTENDENT: Beverley Levine
E-MAIL: blevine@oglethorpe.k12.ga.us
PHONE NUMBER: (706) 743-8128
735 Athens Road
Lexington, GA 30648

Okefenokee Resa
SUPERINTENDENT: Greg Jacobs
E-MAIL: gjacobs@okresa.org
PHONE NUMBER: (912) 285-6151
1450 North Augusta Avenue
Waycross, GA 31503

Paulding County
SUPERINTENDENT: Brian Otott
E-MAIL: botott@paulding.k12.ga.us
PHONE NUMBER: (770) 443-8000
522 Hardee Street
Dallas, GA 30132

Peach County
SUPERINTENDENT: Daryl Fineran
E-MAIL: dfineran@peachschools.org
PHONE NUMBER: (478) 825-5933
523 Vineville Street
Fort Valley, GA  31030

Pelham City
SUPERINTENDENT: Floyd Fort
E-MAIL: ffort@pelham-city.k12.ga.us
PHONE NUMBER: (229) 294-8715
188 West Railroad St South
Pelham, GA  31779

Pickens County
SUPERINTENDENT: Rick Townsend
E-MAIL: ricktownsend@pickenscountyschools.org
PHONE NUMBER: (706) 253-1700
100 D. B. Carroll St
Jasper, GA  30143

Pierce County
SUPERINTENDENT: Dara Bennett
E-MAIL: dbennett@pierce.k12.ga.us
PHONE NUMBER: (912) 449-2044
834 East Main Street
Blackshear, GA 31516

Pike County
SUPERINTENDENT: Michael Duncan
E-MAIL: duncans@pike.k12.ga.us
PHONE NUMBER: (770) 567-8489
115 West Jackson Street
Zebulon, GA 30295

Pioneer Resa
SUPERINTENDENT: Justin Old
E-MAIL: jold@pioneerresa.org
PHONE NUMBER: (706) 865-2141
1342 Highway 254
Cleveland, GA  30528

Polk County
SUPERINTENDENT: Laurie Atkins
E-MAIL: latkins@polk.k12.ga.us
PHONE NUMBER: (770) 748-3821
612 South College Street
Cedartown, GA  30125

Pulaski County
SUPERINTENDENT: Al Pollard
E-MAIL: apollard@pulaski.k12.ga.us
PHONE NUMBER: (478) 783-7200
206 Mccormick Avenue
Hawkinsville, GA  31036

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Putnam County
SUPERINTENDENT: Eric Arena
E-MAIL: eric_arena@putnam.k12.ga.us
PHONE NUMBER: (706) 485-5381
158 Old Glenwood Springs Road
Eatonton, GA  31024

Quitman County
SUPERINTENDENT: Victoria Harris
E-MAIL: victoria.harris@quitman.k12.ga.us
PHONE NUMBER: (229) 334-4298
215 Kaigler Road
Georgetown, GA  31754

Rabun County
SUPERINTENDENT: April Childers
E-MAIL: achilders@rabuncountyschools.org
PHONE NUMBER: (706) 212-4350
963 Tiger Connector
Tiger, GA  30525

Randolph County
SUPERINTENDENT: Tangela Madge
E-MAIL: tangela.madge@sowegak12.org
PHONE NUMBER: (229) 732-2641
1208 Andrew Street
Cuthbert, GA  39840

Richmond County
SUPERINTENDENT: Kenneth Bradshaw
E-MAIL: bradske@boe.richmond.k12.ga.us
PHONE NUMBER: (706) 826-1000
864 Broad Street
Augusta, GA  30901

Rockdale County
SUPERINTENDENT: Terry Oatts
E-MAIL: toatts@rockdale.k12.ga.us
PHONE NUMBER: (770) 483-4713
954 North Main Street
Conyers, GA  30012

Rome City
SUPERINTENDENT: Louis Byars
E-MAIL: lbyars@rcs.rome.ga.us
PHONE NUMBER: (706) 236-5050
508 East 2Nd Street
Rome, GA  30161

Schley County
SUPERINTENDENT: Brian Hall
E-MAIL: bhall@schleyk12.org
PHONE NUMBER: (229) 937-2405
401 Perry Drive
Ellaville, GA  31806

Screven County
SUPERINTENDENT: Jim Thompson
E-MAIL: jimthomp@screven.k12.ga.us
PHONE NUMBER: (912) 564-7114
216 Mims Road
Sylvania, GA  30467

Seminole County
SUPERINTENDENT: Mark Earnest
E-MAIL: mark.earnest@seminole.k12.ga.us
PHONE NUMBER: (229) 524-2433
800 South Woolfork Ave.
Donalsonville, GA  39845

Social Circle City
SUPERINTENDENT: Todd Mcghee
E-MAIL: todd.mcghee@socialcircleschools.org
PHONE NUMBER: (770) 464-2731
240-B West Hightower Trail
Social Circle, GA  30025

Spalding County
SUPERINTENDENT: Jim Smith
E-MAIL: jim.smith@gscs.org
PHONE NUMBER: (770) 229-3700
216 South Sixth Street
Griffin, GA  30224

State Schools- Atlanta Area School For The Deaf
SUPERINTENDENT: John Serrano
E-MAIL: jserrano@doe.k12.ga.us
PHONE NUMBER: (404) 296-7101
890 N Indian Creek Dr
Clarkston, GA  30021

State Schools- Georgia Academy For The Blind
SUPERINTENDENT: Cindy Gibson
E-MAIL: cgibson@doe.k12.ga.us
PHONE NUMBER: (478) 751-6083
2895 Vineville Ave
Macon, GA  31204

State Schools- Georgia School For The Deaf
SUPERINTENDENT: Leslie Jackson
E-MAIL: leslie.jackson@doe.k12.ga.us
PHONE NUMBER: (706) 777-2200
232 Perry Farm Rd Sw
Cave Spring, GA  30124

Stephens County
SUPERINTENDENT: Daniel Oldham
E-MAIL: daniel.oldham@stephens.k12.ga.us
PHONE NUMBER: (706) 886-9415
Highway 106 South
Toccoa, GA  30577

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Stewart County
SUPERINTENDENT: Valerie Roberts
E-MAIL: vroberts@stewart.k12.ga.us
PHONE NUMBER: (229) 838-4329
Old Eufaula Highway
Lumpkin, GA  31815

Sumter County
SUPERINTENDENT: Torrance Choates
E-MAIL: tchoates@sumterschools.org
PHONE NUMBER: (229) 931-8500
100 Learning Lane
Americus, GA  31719

Talbot County
SUPERINTENDENT: James Catrett
E-MAIL: jcatrett@talbot.k12.ga.us
PHONE NUMBER: (706) 665-8528
405 Tyler Street
Talbotton, GA  31827

Taliaferro County
SUPERINTENDENT: Allen Fort
E-MAIL: afort@taliaferro.k12.ga.us
PHONE NUMBER: (706) 456-2575
557 Broad Street
Crawfordville, GA  30631

Tattnall County
SUPERINTENDENT: Gina Williams
E-MAIL: gwilliams@tattnall.k12.ga.us
PHONE NUMBER: (912) 557-4726
147 Brazell Street
Reidsville, GA  30453

Taylor County
SUPERINTENDENT: Jennifer Albritton
E-MAIL: jalbritton@taylor.k12.ga.us
PHONE NUMBER: (478) 862-5224
229 Mulberry Street
Butler, GA  31006

Telfair County
SUPERINTENDENT: Lenard Harrelson
E-MAIL: lharrelson@telfairschools.org
PHONE NUMBER: (229) 868-5661
910 W Huckabee Street
Mcrae, GA  31055

Terrell County
SUPERINTENDENT: Douglas Bell
E-MAIL: dbell@terrell.k12.ga.us
PHONE NUMBER: (229) 995-4425
955 Forrester Drive Se
Dawson, GA  31742

Thomas County
SUPERINTENDENT: Lisa Williams
E-MAIL: lwilliams@tcjackets.net
PHONE NUMBER: (229) 225-4380
200 N Pinetree Blvd
Thomasville, GA  31757

Thomaston-upson County
SUPERINTENDENT: Larry Derico
E-MAIL: lderico@upson.k12.ga.us
PHONE NUMBER: (706) 647-9621
205 Civic Center Drive
Thomaston, GA  30286

Thomasville City
SUPERINTENDENT: Ben Wiggins
E-MAIL: wigginsb@tcitys.org
PHONE NUMBER: (229) 225-2600
915 E. Jackson Street
Thomasville, GA  31792

Tift County
SUPERINTENDENT: Adam Hathaway
E-MAIL: adam.hathaway@tiftschools.com
PHONE NUMBER: (229) 387-2400
207 North Ridge Ave
Tifton, GA  31794

Toombs County
SUPERINTENDENT: Barry Waller
E-MAIL: barry.waller@toombs.k12.ga.us
PHONE NUMBER: (912) 526-3141
117 E. Wesley Avenue
Lyons, GA  30436

Towns County
SUPERINTENDENT: Darren Berrong
E-MAIL: dberrong@townscountyschools.org
PHONE NUMBER: (706) 896-2279
67 Lakeview Circle. Suite C
Hiawassee, GA  30546

Treutlen County
SUPERINTENDENT: Bradley Anderson
E-MAIL: banderson@treutlen.k12.ga.us
PHONE NUMBER: (912) 529-7101
5040 South 3rd Street
Soperton, GA  30457

Trion City
SUPERINTENDENT: Phil Williams
E-MAIL: phil.williams@trionschools.org
PHONE NUMBER: (706) 734-2363
1255 Pine St
Trion, GA  30753

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Troup County
SUPERINTENDENT: Roy Nichols
E-MAIL: nicholsrd@troup.org
PHONE NUMBER: (706) 812-7900
200 Mooty Bridge Road
Lagrange, GA  30240

Twiggs County
SUPERINTENDENT: Elgin Dixon
E-MAIL: edixon@twiggs.k12.ga.us
PHONE NUMBER: (478) 945-3127
952 Main Street
Jeffersonville, GA  31044

Union County
SUPERINTENDENT: John Hill
E-MAIL: jhill@ucschools.org
PHONE NUMBER: (706) 745-2322
10 Hughes St.
Blairsville, GA  30512

Valdosta City
SUPERINTENDENT: Todd Cason
E-MAIL: tcason@gocats.org
PHONE NUMBER: (229) 333-8500
1204 Williams St.
Valdosta, GA  31601

Vidalia City
SUPERINTENDENT: Garrett Wilcox
E-MAIL: gwilcox@vidalia-city.k12.ga.us
PHONE NUMBER: (912) 537-3088
301 Adams St.
Vidalia, GA  30474

Walker County
SUPERINTENDENT: Damon Raines
E-MAIL: damonraines@walkerschools.org
PHONE NUMBER: (706) 638-1240
201 South Duke Street
Lafayette, GA  30728

Walton County
SUPERINTENDENT: Nathan Franklin
E-MAIL: nathan.franklin@walton.k12.ga.us
PHONE NUMBER: (770) 266-4520
200 Double Springs Church Rd
Monroe, GA  30656

Ware County
SUPERINTENDENT: Bert Smith
E-MAIL: bert.smith@ware.k12.ga.us
PHONE NUMBER: (912) 283-8656
1301 Bailey Street
Waycross, GA  31501

Warren County
SUPERINTENDENT: Carole Carey
E-MAIL: cjcarey@warren.k12.ga.us
PHONE NUMBER: (706) 465-3383
107 Academy St.
Warrenton, GA  30828

Washington County
SUPERINTENDENT: Rickey Edmond
E-MAIL: rickey.edmond@washington.k12.ga.us
PHONE NUMBER: (478) 552-3981
501 Industrial Drive
Sandersville, GA  31082

Wayne County
SUPERINTENDENT: James Brinson
E-MAIL: jbrinson@wayne.k12.ga.us
PHONE NUMBER: (912) 427-1000
555 South Sunset Boulvard
Jesup, GA  31545

Webster County
SUPERINTENDENT: Janie Downer
E-MAIL: janiesdowner@webster.k12.ga.us
PHONE NUMBER: (229) 828-3315
Highway 280 East
Preston, GA  31824

West Georgia Resa
SUPERINTENDENT: Rachel Spates
E-MAIL: rspates@garesa.org
PHONE NUMBER: (770) 583-2528
99 Brown School Drive
Grantville, GA  30220

Wheeler County
SUPERINTENDENT: Suzanne Couey
E-MAIL: suzanne.couey@wheeler.k12.ga.us
PHONE NUMBER: (912) 568-7198
18 McRae Street
Alamo, GA  30411

White County
SUPERINTENDENT: Laurie Burkett
E-MAIL: laurie.burkett@white.k12.ga.us
PHONE NUMBER: (706) 865-2315
113 North Brooks St.
Cleveland, GA  30528

Whitfield County
SUPERINTENDENT: Judy Gilreath
E-MAIL: jgilreath@whitfield.k12.ga.us
PHONE NUMBER: (706) 217-6712
1306 S. Thornton Ave.
Dalton, GA  30720

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Wilcox County
SUPERINTENDENT: Julie Childers
E-MAIL: childerj@wilcox.k12.ga.us
PHONE NUMBER: (229) 467-2141
103 North Broad Street
Abbeville, GA  31001

Wilkes County
SUPERINTENDENT: Rosemary Caddell
E-MAIL: caddellr@wilkes.k12.ga.us
PHONE NUMBER: (706) 678-2718
313-A North Alexander Avenue
Washington, GA  30673

Wilkinson County
SUPERINTENDENT: Aaron Geter
E-MAIL: aaron.geter@wilkinson.k12.ga.us
PHONE NUMBER: (478) 946-5521
197 West Main Street
Irwinton, GA  31042

Worth County
SUPERINTENDENT: Shannon Norfleet
E-MAIL: snorfleet@worthschools.net
PHONE NUMBER: (229) 776-8600
504 East Price Street
Sylvester, GA  31791

Hawaii Department Of Education
SUPERINTENDENT: Christina Kishimoto
E-MAIL: christina.kishimoto@k12.hi.us
PHONE NUMBER: (808)586-3310
1390 Miller St
Honolulu, HI  96813

Adair-casey Comm School District
SUPERINTENDENT: Dennis Mcclain
E-MAIL: dmcclain@acgcschools.org
PHONE NUMBER: (641) 746-2241
3384 Indigo Ave.
Adair, IA  50002

Adel Desoto Minburn Comm School District
SUPERINTENDENT: Greg Dufoe
E-MAIL: gdufoe@admschools.org
PHONE NUMBER: (515) 993-4283
801 Nile Kinnick Dr S
Adel, IA  50003

Aea 11 Heartland Aea
SUPERINTENDENT: Jon Sheldahl
E-MAIL: jsheldahl@heartlandaea.org
PHONE NUMBER: (515) 270-9030
6500 Corporate Dr
Johnston, IA  50131

Aea 13 Green Hills Aea
SUPERINTENDENT: Lolli Haws
E-MAIL: lhaws@ghaea.org
PHONE NUMBER: (712) 366-0503
24997 Highway 92
Council Bluffs, IA  51502

Aea 267
SUPERINTENDENT: Sam Miller
E-MAIL: smiller@centralriversaea.org
PHONE NUMBER: (319) 273-8200
3712 Cedar Heights Dr
Cedar Falls, IA  50613

Agwsr Comm School District
SUPERINTENDENT: Erik Smith
E-MAIL: esmith@agwsr.org
PHONE NUMBER: (641) 847-2611
511 State St
Ackley, IA  50601

A-h-s-t Comm School District
SUPERINTENDENT: Darin Jones
E-MAIL: darin.jones@ahstwschools.org
PHONE NUMBER: (712) 343-6364
768 South Maple Street
Avoca, IA  51521

Akron Westfield Comm School District
SUPERINTENDENT: Randy Collins
E-MAIL: rcollins@akron-westfield.com
PHONE NUMBER: (712) 568-2616
850 Kerr Dr
Akron, IA  51001

Albert City-truesdale Comm School District
SUPERINTENDENT: Jeff Dicks
E-MAIL: jdicks@albertct.k12.ia.us
PHONE NUMBER: (712) 843-5416
300 Orchard
Albert City, IA  50510

Albia Comm School District
SUPERINTENDENT: Kevin Crall
E-MAIL: kevin.crall@albia.k12.ia.us
PHONE NUMBER: (641) 932-2161
701 Washington Ave E
Albia, IA  52531

Alburnett Comm School District
SUPERINTENDENT: Dani Trimble
E-MAIL: dtrimble@alburnettcsd.org
PHONE NUMBER: (319) 842-2261
131 Roosevelt Street
Alburnett, IA  52202

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Alden Comm School District
SUPERINTENDENT: Tony Neumann
E-MAIL: tneumann@ifacadets.net
PHONE NUMBER: (515) 859-3393
209 Center Street
Alden, IA  50006

Algona Comm School District
SUPERINTENDENT: Joe Carter
E-MAIL: jcarter@algona.k12.ia.us
PHONE NUMBER: (515) 295-3528
600 S. Hale Street
Algona, IA  50511

Allamakee Comm School District
SUPERINTENDENT: Jay Mathis
E-MAIL: jmathis@allamakee.k12.ia.us
PHONE NUMBER: (563) 568-3409
1059 3Rd Ave Nw
Waukon, IA  52172

Alta Comm School District
SUPERINTENDENT: Bill Walters
E-MAIL: bwalters@alta-aurelia.k12.ia.us
PHONE NUMBER: (712) 200-1010
101 W 5Th St
Alta, IA  51002

Ames Comm School District
SUPERINTENDENT: Jenny Risner
E-MAIL: jenny.risner@ames.k12.ia.us
PHONE NUMBER: (515) 268-6600
2005 24th St
Ames, IA  50014

Anamosa Comm School District
SUPERINTENDENT: Larry Hunt
E-MAIL: lhunt@anamosa.k12.ia.us
PHONE NUMBER: (319) 462-4321
200 South Garnavillo St.
Anamosa, IA  52205

Andrew Comm School District
SUPERINTENDENT: Chris Fee
E-MAIL: chris.fee@andrew.k12.ia.us
PHONE NUMBER: (563) 672-3221
13 S Marion
Andrew, IA  52030

Ankeny Comm School District
SUPERINTENDENT: Jen Lindaman
E-MAIL: jen.lindaman@ankenyschools.org
PHONE NUMBER: (515) 965-9600
306 Sw School Street
Ankeny, IA  50023

Aplington-parkersburg Comm School District
SUPERINTENDENT: Robert Hughes
E-MAIL: robert.hughes@a-pcsd.net
PHONE NUMBER: (319) 346-1571
610 N. Johnson St
Parkersburg, IA  50665

Ar-we-va Comm School District
SUPERINTENDENT: Jeff Kruse
E-MAIL: jkruse@scc.k12.ia.us
PHONE NUMBER: (712) 663-4311
108 Clinton St
Westside, IA  51467

Atlantic Comm School District
SUPERINTENDENT: Steven Barber
E-MAIL: sbarber@atlanticiaschools.org
PHONE NUMBER: (712) 243-4252
1100 Linn St
Atlantic, IA  50022

Audubon Comm School District
SUPERINTENDENT: Eric Audubon
E-MAIL: eobrien@audubon.k12.ia.us
PHONE NUMBER: (712) 563-2607
800 3Rd Ave
Audubon, IA  50025

Aurelia Comm School District
SUPERINTENDENT: Bill Walters
E-MAIL: bwalters@alta-aurelia.k12.ia.us
PHONE NUMBER: (712) 434-2284
300 Ash St
Aurelia, IA  51005

Ballard Comm School District
SUPERINTENDENT: Ottie Maxey
E-MAIL: omaxey@ballard.k12.ia.us
PHONE NUMBER: (515) 597-2811
509 N Main Avenue
Huxley, IA  50124

Battle Creek-ida Grove Comm School District
SUPERINTENDENT: Matt Alexander
E-MAIL: malexander@oabcig.org
PHONE NUMBER: (712) 364-3687
900 John Montgomery Dr
Ida Grove, IA  51445

Baxter Comm School District
SUPERINTENDENT: Mickolyn Clapper
E-MAIL: mclapper@baxter.k12.ia.us
PHONE NUMBER: (641) 227-3102
202 E State
Baxter, IA  50028

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Bcluw Comm School District
SUPERINTENDENT: Ben Petty
E-MAIL: bpetty@bcluw.org
PHONE NUMBER: (641) 366-2819
610 East Center Street
Conrad, IA 50621

Bedford Comm School District
SUPERINTENDENT: Joe Drake
E-MAIL: jdrake@bedford.k12.ia.us
PHONE NUMBER: (712) 523-2656
906 Pennsylvania St
Bedford, IA 50833

Belle Plaine Comm School District
SUPERINTENDENT: Chad Straight
E-MAIL: cstraight@belle-plaine.k12.ia.us
PHONE NUMBER: (319) 444-3611
707-7Th Street
Belle Plaine, IA 52208

Bellevue Comm School District
SUPERINTENDENT: Tom Meyer
E-MAIL: tommeyer@bellevue.k12.ia.us
PHONE NUMBER: (563) 872-4913
1601 State St
Bellevue, IA 52031

Belmond-klemme Comm School District
SUPERINTENDENT: Daniel Frazier
E-MAIL: dan.frazier@bkcsd.org
PHONE NUMBER: (641) 444-4300
411 10Th Ave Ne
Belmond, IA 50421

Bennett Comm School District
SUPERINTENDENT: Lonnie Luepker
E-MAIL: lonnie.luepker@bennett.k12.ia.us
PHONE NUMBER: (563) 890-2226
300 Cedar St
Bennett, IA 52721

Benton Comm School District
SUPERINTENDENT: Pamela Ewell
E-MAIL: pewell@benton.k12.ia.us
PHONE NUMBER: (319) 228-8701
304 1St St
Van Horne, IA 52346

Bettendorf Comm School District
SUPERINTENDENT: Michelle Morse
E-MAIL: mmorse@bettendorf.k12.ia.us
PHONE NUMBER: (563) 359-3681
3311 18Th Street
Bettendorf, IA 52722

Bondurant-farrar Comm School District
SUPERINTENDENT: Rich Powers
E-MAIL: powersr@bfschools.org
PHONE NUMBER: (515) 967-7819
300 Garfield St. Sw
Bondurant, IA 50035

Boone Comm School District
SUPERINTENDENT: Julie Trepa
E-MAIL: jtrepa@boone.k12.ia.us
PHONE NUMBER: (515) 433-0750
500 7Th St
Boone, IA 50036

Boyden-hull Comm School District
SUPERINTENDENT: Steve Grond
E-MAIL: steve.grond@boyden-hull.org
PHONE NUMBER: (712) 439-2711
801 First Street
Hull, IA 51239

Boyer Valley Comm School District
SUPERINTENDENT: Kurt Brosamle
E-MAIL: kbrosamle@boyer-valley.k12.ia.us
PHONE NUMBER: (712) 643-2258
1102 Iowa Ave
Dunlap, IA 51529

Brooklyn-guernsey-malcom Comm School District
SUPERINTENDENT: Brad Hohensee
E-MAIL: bhohensee@brooklyn.k12.ia.us
PHONE NUMBER: (641) 522-7058
1090 Jackson St
Brooklyn, IA 52211

Burlington Comm School District
SUPERINTENDENT: Patrick Coen
E-MAIL: patrick.coen@bcsds.org
PHONE NUMBER: (319) 753-6791
1429 West Ave
Burlington, IA 52601

Cal Comm School District
SUPERINTENDENT: Todd Lettow
E-MAIL: lettowt@cal.k12.ia.us
PHONE NUMBER: (641) 579-6087
1441 Gull Ave
Latimer, IA 50452

Calamus-wheatland Comm School District
SUPERINTENDENT: Lonnie Luepker
E-MAIL: lluepker@cal-wheat.net
PHONE NUMBER: (563) 374-1292
110 E Park Rd
Wheatland, IA 52777

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Cam Comm School District
SUPERINTENDENT: Paul Croghan
E-MAIL: pcroghan@cam.k12.ia.us
PHONE NUMBER: (712) 762-3231
1000 Victory Park Road
Anita, IA  50020

Camanche Comm School District
SUPERINTENDENT: Thomas Parker
E-MAIL: tparker@camanchecsd.org
PHONE NUMBER: (563) 259-3000
702 13Th Ave
Camanche, IA  52730

Cardinal Comm School District
SUPERINTENDENT: Joel Pedersen
E-MAIL: joel.pedersen@cardinalcomet.com
PHONE NUMBER: (641) 652-7531
4045 Ashland Rd
Eldon, IA  52554

Carlisle Comm School District
SUPERINTENDENT: Bryce Amos
E-MAIL: bryce.amos@carlislecsd.org
PHONE NUMBER: (515) 989-3589
430 School St
Carlisle, IA  50047

Carroll Comm School District
SUPERINTENDENT: Casey Berlau
E-MAIL: cberlau@carrolltigers.org
PHONE NUMBER: (712) 792-8001
1026 N. Adams St
Carroll, IA  51401

Cedar Falls Comm School District
SUPERINTENDENT: Andy Pattee
E-MAIL: andy.pattee@cfschools.org
PHONE NUMBER: (319) 553-2420
1002 W 1St St
Cedar Falls, IA  50613

Cedar Rapids Comm School District
SUPERINTENDENT: Noreen Bush
E-MAIL: nbush@crschools.us
PHONE NUMBER: (319) 558-2000
2500 Edgewood Rd Nw
Cedar Rapids, IA  52405

Centerville Comm School District
SUPERINTENDENT: Tom Rubel
E-MAIL: tom.rubel@centervillek12.org
PHONE NUMBER: (641) 856-0601
634 North Main
Centerville, IA  52544

Central City Comm School District
SUPERINTENDENT: Tim Cronin
E-MAIL: tcronin@central-city.k12.ia.us
PHONE NUMBER: (319) 438-6181
400 Barber Street
Central City, IA  52214

Central Comm School District
SUPERINTENDENT: Nick Trenkamp
E-MAIL: ntrenkamp@central.k12.ia.us
PHONE NUMBER: (563) 245-1751
400 1St Street Nw
Elkader, IA  52043

Central Decatur Comm School District
SUPERINTENDENT: Chris Coffelt
E-MAIL: chris.coffelt@centraldecatur.org
PHONE NUMBER: (641) 446-4819
1201 Ne Poplar
Leon, IA  50144

Central Dewitt School District
SUPERINTENDENT: Dan Peterson
E-MAIL: dan.peterson@cd-csd.org
PHONE NUMBER: (563) 659-0700
331 E. 8Th St
De Witt, IA  52742

Central Lee Comm School District
SUPERINTENDENT: Andy Crozier
E-MAIL: acrozier@centrallee.org
PHONE NUMBER: (319) 835-9510
2642 Highway 218
Donnellson, IA  52625

Central Lyon Comm School District
SUPERINTENDENT: Brent Jorth
E-MAIL: bjorth@centrallyon.org
PHONE NUMBER: (712) 472-2664
1105 S Story
Rock Rapids, IA  51246

Central Springs Comm School District
SUPERINTENDENT: Darwin Lehmann
E-MAIL: dlehmann@centralsprings.net
PHONE NUMBER: (641) 454-2211
105 S East St
Manly, IA  50456

Chariton Comm School District
SUPERINTENDENT: Larry Achenbach
E-MAIL: larry.achenbach@chariton.k12.ia.us
PHONE NUMBER: (641) 774-5967
140 East Albia Road
Chariton, IA  50049

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Charles City Comm School District
SUPERINTENDENT: Mike Fisher
E-MAIL: mfisher@charlescityschools.org
PHONE NUMBER: (641) 257-6500
500 N Grand Ave
Charles City, IA  50616

Charter Oak-ute Comm School District
SUPERINTENDENT: Adam Eggeling
E-MAIL: aeggeling@co-u.net
PHONE NUMBER: (712) 678-3325
321 Main St
Charter Oak, IA  51439

Cherokee Comm School District
SUPERINTENDENT: Kimberly Lingenfelter
E-MAIL: klingenfelter@ccsd.k12.ia.us
PHONE NUMBER: (712) 225-6767
600 W. Bluff Street
Cherokee, IA  51012

Clarinda Comm School District
SUPERINTENDENT: Chris Bergman
E-MAIL: cbergman@clarindacsd.org
PHONE NUMBER: (712) 542-5165
423 E. Nodaway
Clarinda, IA  51632

Clarion-goldfield-dows Comm School District
SUPERINTENDENT: Robert Olson
E-MAIL: rolson@clargold.org
PHONE NUMBER: (515) 532-3423
319 3Rd Ave Ne
Clarion, IA  50525

Clarke Comm School District
SUPERINTENDENT: Steve Seid
E-MAIL: sseid@clarke.k12.ia.us
PHONE NUMBER: (641) 342-4969
802 North Jackson
Osceola, IA  50213

Clarksville Comm School District
SUPERINTENDENT: Joel Foster
E-MAIL: jfoster@clarksville.k12.ia.us
PHONE NUMBER: (319) 278-4008
318 N Mather
Clarksville, IA  50619

Clay Central-everly Comm School District
SUPERINTENDENT: Scott Williamson
E-MAIL: swilliamson@claycentraleverly.org
PHONE NUMBER: (712) 933-2242
401 Church Street
Royal, IA  51357

Clayton Ridge Comm School District
SUPERINTENDENT: Shane Wahls
E-MAIL: swahls@claytonridge.k12.ia.us
PHONE NUMBER: (563) 252-2341
131 S River Park Dr
Guttenberg, IA  52052

Clear Creek Amana Comm School District
SUPERINTENDENT: Tim Kuehl
E-MAIL: timkuehl@ccaschools.org
PHONE NUMBER: (319) 828-4510
327 South Augusta Ave
Oxford, IA  52322

Clear Lake Comm School District
SUPERINTENDENT: Doug Gee
E-MAIL: dgee@clearlakeschools.org
PHONE NUMBER: (641) 357-2181
1529 3Rd Avenue North
Clear Lake, IA  50428

Clinton Comm School District
SUPERINTENDENT: Gary Delacy
E-MAIL: gdelacy@clintonia.org
PHONE NUMBER: (563) 243-9600
1401 12Th Ave N
Clinton, IA  52732

Colfax-mingo Comm School District
SUPERINTENDENT: Erik Anderson
E-MAIL: erik.anderson@colfaxmingo.org
PHONE NUMBER: (515) 674-3646
204 N. League Rd.
Colfax, IA  50054

College Comm School District
SUPERINTENDENT: Doug Wheeler
E-MAIL: dwheeler@crprairie.org
PHONE NUMBER: (319) 848-5201
401 76Th Ave Sw
Cedar Rapids, IA  52404

Collins-maxwell Comm School District
SUPERINTENDENT: Corey Lunn
E-MAIL: clunn@collins-maxwell.k12.ia.us
PHONE NUMBER: (515) 387-1115
400 Metcalf
Maxwell, IA  50161

Colo-nesco School Comm School District
SUPERINTENDENT: Jim Walker
E-MAIL: jwalker@colo-nesco.k12.ia.us
PHONE NUMBER: (641) 377-2284
919 West St.
Colo, IA  50056

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Columbus Comm School District
SUPERINTENDENT: Jeff Maeder
E-MAIL: jeff.maeder@columbuscsd.org
PHONE NUMBER: (319) 728-2911
1208 Colton St
Columbus Junction, IA  52738

Coon Rapids-bayard Comm School District
SUPERINTENDENT: Eric Trager
E-MAIL: eric.trager@crbcrusaders.org
PHONE NUMBER: (712) 999-2207
905 North St
Coon Rapids, IA  50058

Corning Comm School District
SUPERINTENDENT: Chris Fenster
E-MAIL: cfenster@corningcsd.org
PHONE NUMBER: (641) 322-4242
904 8Th St
Corning, IA  50841

Council Bluffs Comm School District
SUPERINTENDENT: Vickie Murillo
E-MAIL: vmurillo@cb-schools.org
PHONE NUMBER: (712) 328-6446
300 W Broadway
Council Bluffs, IA  51503

Creston Comm School District
SUPERINTENDENT: Deron Stender
E-MAIL: dstender@crestonschools.org
PHONE NUMBER: (641) 782-7028
801 N. Elm Street
Creston, IA  50801

Dallas Center-grimes Comm School District
SUPERINTENDENT: Scott Grimes
E-MAIL: scott.grimes@dcgschools.com
PHONE NUMBER: (515) 992-3866
1414 Walnut St, Ste. 200
Dallas Center, IA  50063

Danville Comm School District
SUPERINTENDENT: Thomas Ward
E-MAIL: thomas.ward@danvillecsd.org
PHONE NUMBER: (319) 392-4223
419 S Main
Danville, IA  52623

Davenport Comm School District
SUPERINTENDENT: Robert Kobylski
E-MAIL: kobylskir@mail.davenport.k12.ia.us
PHONE NUMBER: (563) 336-5000
1606 Brady St
Davenport, IA  52803

Davis County Comm School District
SUPERINTENDENT: Dan Maeder
E-MAIL: dan.maeder@dcmustangs.com
PHONE NUMBER: (641) 664-2200
608 S. Washington
Bloomfield, IA  52537

Decorah Community School District
SUPERINTENDENT: Mark Lane
E-MAIL: mark.lane@decorah.k12.ia.us
PHONE NUMBER: (563) 382-4208
510 Winnebago Street
Decorah, IA  52101

Delwood Comm School District
SUPERINTENDENT: Todd Hawley
E-MAIL: thawley@delwood.k12.ia.us
PHONE NUMBER: (563) 674-4164
311 Delmar Ave
Delmar, IA  52037

Denison Comm School District
SUPERINTENDENT: Michael Pardun
E-MAIL: mpardun@denisoncsd.org
PHONE NUMBER: (712) 263-2176
819 N 16Th St
Denison, IA  51442

Denver Comm School District
SUPERINTENDENT: Brad Laures
E-MAIL: blaures@denver.k12.ia.us
PHONE NUMBER: (319) 984-6323
520 Lincoln Street
Denver, IA  50622

Des Moines Independent Comm School District
SUPERINTENDENT: Thomas Ahart
E-MAIL: superintendent@dmschools.org
PHONE NUMBER: (515) 242-7911
901 Walnut Street
Des Moines, IA  50309

Diagonal Comm School District
SUPERINTENDENT: Karleen Stephens
E-MAIL: kstephens@diagonalschools.org
PHONE NUMBER: (641) 734-5331
403 W 2Nd Street
Diagonal, IA  50845

Dike-new Hartford Comm School District
SUPERINTENDENT: Justin Stockdale
E-MAIL: justin.stockdale@dnhcsd.org
PHONE NUMBER: (319) 989-2552
330 Main St
Dike, IA  50624

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Dows Comm School District
SUPERINTENDENT: Robert Olson
E-MAIL: rolson@clargold.org
PHONE NUMBER: (515) 852-4164
404 Park Ave
Dows, IA  50071

Dubuque Comm School District
SUPERINTENDENT: Stan Rheingans
E-MAIL: srheingans@dbqschools.org
PHONE NUMBER: (563) 552-3000
2300 Chaney Road
Dubuque, IA  52001

Dunkerton Comm School District
SUPERINTENDENT: Tim Cronin
E-MAIL: tcronin@dunkerton.k12.ia.us
PHONE NUMBER: (319) 822-4295
509 Canfield
Dunkerton, IA  50626

Durant Comm School District
SUPERINTENDENT: Duane Bennett
E-MAIL: duane.bennett@durant.k12.ia.us
PHONE NUMBER: (563) 785-4432
408 7Th Street
Durant, IA  52747

Eagle Grove Comm School District
SUPERINTENDENT: Jess Toliver
E-MAIL: jtoliver@eagle-grove.k12.ia.us
PHONE NUMBER: (515) 448-4749
325 N Commercial
Eagle Grove, IA  50533

Earlham Comm School District
SUPERINTENDENT: Michael Wright
E-MAIL: mwright@ecsdcards.com
PHONE NUMBER: (515) 758-2235
535 N Chestnut Ave
Earlham, IA  50072

East Buchanan Comm School District
SUPERINTENDENT: Dan Fox
E-MAIL: dfox@east-buc.k12.ia.us
PHONE NUMBER: (319) 935-3767
414 5Th St North
Winthrop, IA  50682

East Greene Comm School District
SUPERINTENDENT: Barb Kruthoff
E-MAIL: bkruthoff@eastsac.k12.ia.us
PHONE NUMBER: (515) 738-5741
405 12Th Street South
Grand Junction, IA  50107

East Marshall Comm School District
SUPERINTENDENT: Tony Ryan
E-MAIL: tryan@e-marshall.k12.ia.us
PHONE NUMBER: (641) 498-7481
204 West Center
Gilman, IA  50106

East Mills Comm School District
SUPERINTENDENT: Tim Hood
E-MAIL: thood@emschools.org
PHONE NUMBER: (712) 624-8700
58962 380Th Steet
Hastings, IA  51540

East Sac County Comm School District
SUPERINTENDENT: Jeff Kruse
E-MAIL: jkruse@scc.k12.ia.us
PHONE NUMBER: (712) 665-5000
801 Jackson
Lake View, IA  51450

East Union Comm School District
SUPERINTENDENT: Ken Kasper
E-MAIL: kkasper@eastunionschools.org
PHONE NUMBER: (641) 347-5215
1916 High School Dr
Afton, IA  50830

Eastern Allamakee Comm School District
SUPERINTENDENT: Dale Crozier
E-MAIL: dcrozier@kee.k12.ia.us
PHONE NUMBER: (563) 538-4201
569 Center St.
Lansing, IA  52151

Easton Valley Comm School District
SUPERINTENDENT: Chris Fee
E-MAIL: chris.fee@eastonvalleycsd.com
PHONE NUMBER: (563) 689-4221
321 W. School
Preston, IA  52069

Eddyville-blakesburg- Fremont Csd
SUPERINTENDENT: Dean Cook
E-MAIL: dean.cook@rocketsk12.org
PHONE NUMBER: (641) 969-4226
222 Walnut
Eddyville, IA  52553

Edgewood-colesburg Comm School District
SUPERINTENDENT: Rob Busch
E-MAIL: rbusch@edge-cole.k12.ia.us
PHONE NUMBER: (563) 928-6411
403 W Union
Edgewood, IA  52042

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Eldora-new Providence Comm School District
SUPERINTENDENT: Adam Zellmer
E-MAIL: azellmer@southhardin.org
PHONE NUMBER: (641) 939-5631
1010 Edgington Ave
Eldora, IA  50627

Elk Horn-kimballton Comm School District
SUPERINTENDENT: Trevor Miller
E-MAIL: tmiller@exira-ehk.k12.ia.us
PHONE NUMBER: (712) 764-4616
4114 Madison St
Elk Horn, IA  51531

Emmetsburg Comm School District
SUPERINTENDENT: Darren Hanna
E-MAIL: dhanna@e-hawks.org
PHONE NUMBER: (712) 852-2966
205 King Street
Emmetsburg, IA  50536

English Valleys Comm School District
SUPERINTENDENT: Mark Olmstead
E-MAIL: molmstead@english-valleys.k12.ia.us
PHONE NUMBER: (319) 664-3634
211 S College Street
North English, IA  52316

Essex Comm School District
SUPERINTENDENT: Mike Wells
E-MAIL: wellsm@essex.k12.ia.us
PHONE NUMBER: (712) 379-3117
111 Forbes St
Essex, IA  51638

Estherville Lincoln Central Com Sch Dist
SUPERINTENDENT: Tara Paul
E-MAIL: tara.paul@elc-csd.org
PHONE NUMBER: (712) 362-8460
1814 7Th Ave S
Estherville, IA  51334

Exira-elk Horn-kimballton Comm School District
SUPERINTENDENT: Trevor Miller
E-MAIL: tmiller@exira-ehk.k12.ia.us
PHONE NUMBER: (712) 268-5318
4114 Madison St
Elk Horn, IA  51531

Fairfield Comm School District
SUPERINTENDENT: Laurie Noll
E-MAIL: laurie.noll@fairfieldsfuture.org
PHONE NUMBER: (641) 472-2655
403 South 20Th Street
Fairfield, IA  52556

Forest City Comm School District
SUPERINTENDENT: Darwin Lehmann
E-MAIL: dlehmann@forestcity.k12.ia.us
PHONE NUMBER: (641) 585-2323
145 S Clark St
Forest City, IA  50436

Fort Dodge Comm School District
SUPERINTENDENT: Jesse Ulrich
E-MAIL: jesseulrich@fdschools.org
PHONE NUMBER: (515) 576-1161
104 S 17Th St
Fort Dodge, IA  50501

Fort Madison Comm School District
SUPERINTENDENT: Erin Slater
E-MAIL: erin.slater@fmcsd.org
PHONE NUMBER: (319) 372-7252
1930 Ave M
Fort Madison, IA  52627

Fredericksburg Comm School District
SUPERINTENDENT: Fred Matlage
E-MAIL: matlagef@sfcougars.k12.ia.us
PHONE NUMBER: (563) 237-5364
401 E High Street
Fredericksburg, IA  50630

Fremont-mills Comm School District
SUPERINTENDENT: Dave Gute
E-MAIL: dgute@fmtabor.org
PHONE NUMBER: (712) 629-2325
1114 U.S. Highway 275
Tabor, IA  51653

Galva-holstein Comm School District
SUPERINTENDENT: Jon Wiebers
E-MAIL: jwiebers@rvraptors.org
PHONE NUMBER: (712) 368-4353
519 E Maple
Holstein, IA  51025

Garner-hayfield Comm School District
SUPERINTENDENT: Tyler Williams
E-MAIL: twilliams@ghvschools.org
PHONE NUMBER: (641) 923-2718
605 Lyon Street
Garner, IA  50438

George-little Rock Comm School District
SUPERINTENDENT: Tom Luxford
E-MAIL: tluxford@george-littlerock.org
PHONE NUMBER: (712) 475-3311
500 E Indiana Ave
George, IA  51237

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Gilbert Comm School District
SUPERINTENDENT: Lindsey Beecher
E-MAIL: beecherl@gilbert.k12.ia.us
PHONE NUMBER: (515) 232-3740
103 Mathews Dr
Gilbert, IA  50105

Gilmore City-bradgate Comm School District
SUPERINTENDENT: Amanda Schmidt
E-MAIL: aschmidt@gcb.k12.ia.us
PHONE NUMBER: (515) 373-6124
402 Se E Ave
Gilmore City, IA  50541

Gladbrook-reinbeck Comm School District
SUPERINTENDENT: Erik Smith
E-MAIL: erik.smith@gr-rebels.net
PHONE NUMBER: (319) 345-2712
600 Blackhawk St
Reinbeck, IA  50669

Glenwood Comm School District
SUPERINTENDENT: Devin Embray
E-MAIL: embrayd@glenwoodschools.org
PHONE NUMBER: (712) 527-9034
103 Central St
Glenwood, IA  51534

Glidden-ralston Comm School District
SUPERINTENDENT: Kreg Lensch
E-MAIL: klensch@glidden-ralston.k12.ia.us
PHONE NUMBER: (712) 659-3411
602 Idaho
Glidden, IA  51443

Gmg Comm School District
SUPERINTENDENT: Ben Petty
E-MAIL: bpetty@bcluw.org
PHONE NUMBER: (641) 499-2239
306 Park Street
Garwin, IA  50632

Graettinger-terril Comm School District
SUPERINTENDENT: Marshall Lewis
E-MAIL: mlewis@gt.ratitans.org
PHONE NUMBER: (712) 859-3286
400 W Lost Island St
Graettinger, IA  51342

Grant Wood Aea
SUPERINTENDENT: John Speer
E-MAIL: jspeer@gwaea.org
PHONE NUMBER: (319) 399-6700
4401 6Th St Sw
Cedar Rapids, IA  52404

Great Prairie Aea
SUPERINTENDENT: Cindy Yelick
E-MAIL: cindy.yelick@gpaea.org
PHONE NUMBER: (641) 682-8591
2814 N Court St
Ottumwa, IA  52501

Greene County Comm School District
SUPERINTENDENT: Tim Christensen
E-MAIL: christensent@greenecountycsd.net
PHONE NUMBER: (515) 386-4168
204 W Madison Ave
Jefferson, IA  50129

Grinnell-newburg Comm School District
SUPERINTENDENT: Janet Stutz
E-MAIL: janet.stutz@grinnell-k12.org
PHONE NUMBER: (641) 236-2700
927 4Th Ave
Grinnell, IA  50112

Griswold Comm School District
SUPERINTENDENT: David Henrichs
E-MAIL: dhenrichs@griswoldschools.org
PHONE NUMBER: (712) 778-2152
20 Madison
Griswold, IA  51535

Grundy Center Comm School District
SUPERINTENDENT: Robert Hughes
E-MAIL: rhughes@spartanpride.net
PHONE NUMBER: (319) 825-5418
1301 12Th St
Grundy Center, IA  50638

Guthrie Center Comm School District
SUPERINTENDENT: Dennis Mcclain
E-MAIL: dmcclain@acgcschools.org
PHONE NUMBER: (641) 332-2972
906 School St
Guthrie Center, IA  50115

Hamburg Comm School District
SUPERINTENDENT: Mike Wells
E-MAIL: mwells@hamburgcsd.org
PHONE NUMBER: (712) 382-1063
309 S Street
Hamburg, IA  51640

Hampton-dumont Comm School District
SUPERINTENDENT: Todd Lettow
E-MAIL: tlettow@hdcsd.org
PHONE NUMBER: (641) 456-2175
601 - 12th Avenue Ne
Hampton, IA  50441

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Harlan Comm School District
SUPERINTENDENT: Justin Wagner
E-MAIL: jwagner@hcsdcyclones.com
PHONE NUMBER: (712) 755-2152
2102 Durant
Harlan, IA  51537

Harris-lake Park Comm School District
SUPERINTENDENT: Andy Irwin
E-MAIL: airwin@hlpcsd.org
PHONE NUMBER: (712) 832-3809
905 South Market
Lake Park, IA  51347

Hartley-melvin-sanborn Comm School District
SUPERINTENDENT: Patrick Carlin
E-MAIL: pcarlin@hmshawks.org
PHONE NUMBER: (712) 928-2022
300 N. 8th Ave W.
Hartley, IA  51346

Highland Comm School District
SUPERINTENDENT: Ken Crawford
E-MAIL: kcrawford@highlandhuskies.org
PHONE NUMBER: (319) 648-3822
1715 Vine Avenue
Riverside, IA  52327

Hinton Comm School District
SUPERINTENDENT: Todd Meyer
E-MAIL: todd.meyer@hintonschool.com
PHONE NUMBER: (712) 947-4329
315 W Grand
Hinton, IA  51024

Howard-winneshiek Comm School District
SUPERINTENDENT: Ted Ihns
E-MAIL: tihns@howard-winn.k12.ia.us
PHONE NUMBER: (563) 547-2762
1000 Schroder Dr
Cresco, IA  52136

Hubbard-radcliffe Comm School District
SUPERINTENDENT: Adam Zellmer
E-MAIL: azellmer@southhardin.org
PHONE NUMBER: (641) 864-2211
200 Chestnut
Hubbard, IA  50122

Hudson Comm School District
SUPERINTENDENT: Tony Voss
E-MAIL: anthonyvoss@hudsonpiratepride.com
PHONE NUMBER: (319) 988-3233
136 S. Washington
Hudson, IA  50643

Humboldt Comm School District
SUPERINTENDENT: Jim Murray
E-MAIL: jmurray@humboldt.k12.ia.us
PHONE NUMBER: (515) 332-1330
23 3Rd St N
Dakota City, IA  50529

Ikm-manning Comm School District
SUPERINTENDENT: Trevor Miller
E-MAIL: tmiller@ikm-manning.k12.ia.us
PHONE NUMBER: (712) 654-2852
209 10Th St
Manning, IA  51455

Independence Comm School District
SUPERINTENDENT: Russell Reiter
E-MAIL: rreiter@independence.k12.ia.us
PHONE NUMBER: (319) 334-7400
1207 1St St W
Independence, IA  50644

Indianola Comm School District
SUPERINTENDENT: Art Sathoff
E-MAIL: art.sathoff@indianola.k12.ia.us
PHONE NUMBER: (515) 961-9500
1304 E 2Nd Ave
Indianola, IA  50125

Interstate 35 Comm School District
SUPERINTENDENT: Sharon Dentlinger
E-MAIL: sdentlinger@roadrunnerpride.org
PHONE NUMBER: (641) 765-4291
405 E North St
Truro, IA  50257

Iowa City Comm School District
SUPERINTENDENT: Matt Degner
E-MAIL: degner.matt@iowacityschools.org
PHONE NUMBER: (319) 688-1000
1725 N. Dodge Street
Iowa City, IA  52245

Iowa Falls Comm School District
SUPERINTENDENT: Tony Neumann
E-MAIL: tneumann@ifacadets.net
PHONE NUMBER: (641) 648-6400
710 North Street
Iowa Falls, IA  50126

Iowa Valley Comm School District
SUPERINTENDENT: Mark Olmstead
E-MAIL: molmstead@ivcsd.org
PHONE NUMBER: (319) 642-7714
359 E Hilton St
Marengo, IA  52301

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Janesville Consolidated School District
SUPERINTENDENT: Bj Meaney
E-MAIL: bj.meaney@janesvilleschools.net
PHONE NUMBER: (319) 987-2581
505 Barrick Rd
Janesville, IA  50647

Jesup Comm School District
SUPERINTENDENT: Nathan Marting
E-MAIL: nmarting@jesup.k12.ia.us
PHONE NUMBER: (319) 827-1700
531 Prospect
Jesup, IA  50648

Johnston Comm School District
SUPERINTENDENT: Laura Kacer
E-MAIL: laura.kacer@johnston.k12.ia.us
PHONE NUMBER: (515) 278-0470
5608 Merle Hay Road
Johnston, IA  50131

Keokuk Comm School District
SUPERINTENDENT: Christine Barnes
E-MAIL: christine.barnes@keokukschools.org
PHONE NUMBER: (319) 524-1402
1721 Fulton St
Keokuk, IA  52632

Keota Comm School District
SUPERINTENDENT: Jim Henrich
E-MAIL: jim.henrich@keota.k12.ia.us
PHONE NUMBER: (641) 636-2189
400 N Ellis St
Keota, IA  52248

Keystone Aea
SUPERINTENDENT: Patrick Heiderscheit
E-MAIL: pheiderscheit@aea1.k12.ia.us
PHONE NUMBER: (563) 245-1480
1400 2Nd St Nw
Elkader, IA  52043

Kingsley-pierson Comm School District
SUPERINTENDENT: Scott Bailey
E-MAIL: sbailey@k-pcsd.org
PHONE NUMBER: (712) 378-2861
322 Quest Avenue
Kingsley, IA  51028

Knoxville Comm School District
SUPERINTENDENT: Cassi Pearson
E-MAIL: cassi.pearson@kcsd.k12.ia.us
PHONE NUMBER: (641) 842-6552
309 W Main
Knoxville, IA  50138

Lake Mills Comm School District
SUPERINTENDENT: Chad Kohagen
E-MAIL: ckohagen@lake-mills.org
PHONE NUMBER: (641) 592-0881
102 S 4Th Ave E
Lake Mills, IA  50450

Lamoni Comm School District
SUPERINTENDENT: Chris Coffelt
E-MAIL: ccoffelt@lamonischools.org
PHONE NUMBER: (641) 784-3342
202 N Walnut St
Lamoni, IA  50140

Laurens-marathon Comm School District
SUPERINTENDENT: Kevin Wood
E-MAIL: kevinwood@lm.k12.ia.us
PHONE NUMBER: (712) 841-5000
300 W. Garfield St.
Laurens, IA  50554

Lawton-bronson Comm School District
SUPERINTENDENT: Chad Shook
E-MAIL: shookc@lb-eagles.org
PHONE NUMBER: (712) 944-5183
100 Tara Way
Lawton, IA  51030

Le Mars Comm School District
SUPERINTENDENT: Steven Webner
E-MAIL: steve.webner@lemarscsd.org
PHONE NUMBER: (712) 546-4155
940 Lincoln Street Sw
Le Mars, IA  51031

Lenox Comm School District
SUPERINTENDENT: David Henrichs
E-MAIL: dhenrichs@lenoxschools.org
PHONE NUMBER: (641) 333-2244
600 S Locust
Lenox, IA  50851

Lewis Central Comm School District
SUPERINTENDENT: Eric Knost
E-MAIL: eric.knost@lewiscentral.org
PHONE NUMBER: (712) 366-8202
4121 Harry Langdon Blvd
Council Bluffs, IA  51503

Linn-mar Comm School District
SUPERINTENDENT: Shannon Bisgard
E-MAIL: sbisgard@linnmar.k12.ia.us
PHONE NUMBER: (319) 447-3000
2999 N 10Th St
Marion, IA  52302

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Lisbon Comm School District
SUPERINTENDENT: Pat Hocking
E-MAIL: phocking@lisbon.k12.ia.us
PHONE NUMBER: (319) 455-2075
235 W School St
Lisbon, IA 52253

Logan-magnolia Comm School District
SUPERINTENDENT: Tom Ridder
E-MAIL: tridder@lomaschools.org
PHONE NUMBER: (712) 644-2250
1200 N 2Nd Ave
Logan, IA 51546

Lone Tree Comm School District
SUPERINTENDENT: Ken Crawford
E-MAIL: kcrawford@lonetreecsd.org
PHONE NUMBER: (319) 629-4212
303 S Devoe St
Lone Tree, IA 52755

Louisa-muscatine Comm School District
SUPERINTENDENT: Mike Sickle
E-MAIL: mvansickle@lmcsd.org
PHONE NUMBER: (319) 726-3541
14478 170Th St
Letts, IA 52754

Luverne Comm School District
SUPERINTENDENT: Jon Hueser
E-MAIL: jhueser@luverne.k12.ia.us
PHONE NUMBER: (515) 882-3357
405 Hanna Ave
Luverne, IA 50560

Lynnville-sully Comm School District
SUPERINTENDENT: Shane Ehresman
E-MAIL: ehresman@lshawks.com
PHONE NUMBER: (641) 594-4445
12476 Hwy F62 E
Sully, IA 50251

Madrid Comm School District
SUPERINTENDENT: Brian Horn
E-MAIL: bhorn@madrid.k12.ia.us
PHONE NUMBER: (515) 795-3241
201 N. Main
Madrid, IA 50156

Manson Northwest Webster Comm School District
SUPERINTENDENT: Justin Daggett
E-MAIL: jdaggett@manson-nw.k12.ia.us
PHONE NUMBER: (712) 469-2202
1016 Main Street
Manson, IA 50563

Maple Valley-anthon Oto Comm School District
SUPERINTENDENT: Jeff Thelander
E-MAIL: jthelander@mvaoschool.org
PHONE NUMBER: (712) 881-1315
501 S 7Th St
Mapleton, IA 51034

Maquoketa Comm School District
SUPERINTENDENT: Chris Hoover
E-MAIL: choover@maquoketaschools.org
PHONE NUMBER: (563) 652-4984
612 So Vermont
Maquoketa, IA 52060

Maquoketa Valley Comm School District
SUPERINTENDENT: Doug Tuetken
E-MAIL: dougtuetken@maquoketa-v.k12.ia.us
PHONE NUMBER: (563) 922-9422
112 3Rd Street
Delhi, IA 52223

Marcus-meriden-cleghorn Comm School District
SUPERINTENDENT: Dan Barkel
E-MAIL: dan.barkel@mmcruroyals.org
PHONE NUMBER: (712) 376-4171
400 East Fenton
Marcus, IA 51035

Marion Independent School District
SUPERINTENDENT: Janelle Brouwer
E-MAIL: jbrouwer@marion-isd.org
PHONE NUMBER: (319) 377-4691
777 S 15Th St
Marion, IA 52302

Marshalltown Comm School District
SUPERINTENDENT: Theron Schutte
E-MAIL: tschutte@marshalltown.k12.ia.us
PHONE NUMBER: (641) 754-1000
1002 South 3Rd Ave.
Marshalltown, IA 50158

Martensdale-st Marys Comm School District
SUPERINTENDENT: Tom Wood
E-MAIL: tom_wood@mstm.us
PHONE NUMBER: (641) 764-2466
390 Burlington
Martensdale, IA 50160

Mason City Comm School District
SUPERINTENDENT: David Versteeg
E-MAIL: dversteeg@masoncityschools.org
PHONE NUMBER: (641) 421-4400
1515 S. Pennsylvania Ave
Mason City, IA 50401

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Mediapolis Comm School District
SUPERINTENDENT: Greg Ray
E-MAIL: rayg@mepoedu.org
PHONE NUMBER: (319) 394-3101
725 N. Northfield
Mediapolis, IA  52637

Melcher-dallas Comm School District
SUPERINTENDENT: Scott Bridges
E-MAIL: bridgess@melcher-dallas.k12.ia.us
PHONE NUMBER: (641) 947-2321
214 S Main
Melcher, IA  50163

Meskwaki Settlement School
SUPERINTENDENT: Willie Barney
E-MAIL: wbarney@msswarriors.org
PHONE NUMBER: (641) 484-9000
1610 305Th Street
Tama, IA  52339

Mfl Marmac Comm School District
SUPERINTENDENT: Dale Crozier
E-MAIL: dale.crozier@mflmm.k12.ia.us
PHONE NUMBER: (563) 539-4795
700 S Page St
Monona, IA  52159

Midland Comm School District
SUPERINTENDENT: Todd Hawley
E-MAIL: thawley@midland.k12.ia.us
PHONE NUMBER: (563) 488-2292
109 W. Green Street
Wyoming, IA  52362

Mid-prairie Comm School District
SUPERINTENDENT: Mark Schneider
E-MAIL: mschneider@mphawks.org
PHONE NUMBER: (319) 646-6093
1635 Highway 22 E
Wellman, IA  52356

Mississippi Bend Aea
SUPERINTENDENT: William Decker
E-MAIL: bdecker@mbaea.org
PHONE NUMBER: (563) 359-1371
729 21St St
Bettendorf, IA  52722

Missouri Valley Comm School District
SUPERINTENDENT: Brent Hoesing
E-MAIL: bhoesing@movalleycsd.org
PHONE NUMBER: (712) 642-2706
109 East Michigan Street
Missouri Valley, IA  51555

Moc-floyd Valley Comm School District
SUPERINTENDENT: Russ Adams
E-MAIL: radams@moc-fv.k12.ia.us
PHONE NUMBER: (712) 737-4873
1301 8Th St Se
Orange City, IA  51041

Montezuma Comm School District
SUPERINTENDENT: Dave Hoeger
E-MAIL: dhoeger@montezuma.k12.ia.us
PHONE NUMBER: (641) 623-5121
504 N 4Th St
Montezuma, IA  50171

Monticello Comm School District
SUPERINTENDENT: Brian Jaeger
E-MAIL: brian.jaeger@monticello.k12.ia.us
PHONE NUMBER: (319) 465-5963
711 S Maple St
Monticello, IA  52310

Moravia Comm School District
SUPERINTENDENT: Brad Breon
E-MAIL: brad.breon@moravia.k12.ia.us
PHONE NUMBER: (641) 724-3311
505 N Trussell St
Moravia, IA  52571

Mormon Trail Comm School District
SUPERINTENDENT: Kerry Phillips
E-MAIL: kphillips@mormontrailcsd.org
PHONE NUMBER: (641) 877-2521
403 S Front St
Humeston, IA  50123

Morning Sun Comm School District
SUPERINTENDENT: Mike Peterson
E-MAIL: mike.peterson@mscsd.org
PHONE NUMBER: (319) 868-7701
311 Division Street
Morning Sun, IA  52640

Moulton-udell Comm School District
SUPERINTENDENT: Brian Vandersluis
E-MAIL: brian.vandersluis@moulton-udell.org
PHONE NUMBER: (641) 642-8131
305 E 8Th
Moulton, IA  52572

Mount Ayr Comm School District
SUPERINTENDENT: Joe Drake
E-MAIL: joe.drake@mtayrschools.org
PHONE NUMBER: (641) 464-0500
1001 E Columbus St
Mount Ayr, IA  50854

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Mount Pleasant Comm School District
SUPERINTENDENT: John Henriksen
E-MAIL: john.henriksen@mtpcsd.org
PHONE NUMBER: (319) 385-7750
307 E. Monroe, Suite 201
Mount Pleasant, IA  52641

Mount Vernon Comm School District
SUPERINTENDENT: Greg Batenhorst
E-MAIL: gbatenhorst@mvcsd.org
PHONE NUMBER: (319) 895-8845
525 Palisades Rd Sw
Mount Vernon, IA  52314

Murray Comm School District
SUPERINTENDENT: Ken Kasper
E-MAIL: kkasper@murraycsd.org
PHONE NUMBER: (641) 447-2517
216 Sherman
Murray, IA  50174

Muscatine Comm School District
SUPERINTENDENT: Clint Christopher
E-MAIL: clint.christopher@mcsdonline.org
PHONE NUMBER: (563) 263-7223
2900 Mulberry Avenue
Muscatine, IA  52761

Nashua-plainfield Comm School District
SUPERINTENDENT: Keith Turner
E-MAIL: kturner@nashua-plainfield.k12.ia.us
PHONE NUMBER: (641) 435-4835
612 Greeley St
Nashua, IA  50658

Nevada Comm School District
SUPERINTENDENT: Steve Gray
E-MAIL: sgray@nevadacubs.org
PHONE NUMBER: (515) 382-2783
1035 15Th St
Nevada, IA  50201

New Hampton Comm School District
SUPERINTENDENT: Jay Jurrens
E-MAIL: j_jurrens@new-hampton.k12.ia.us
PHONE NUMBER: (641) 394-2134
710 W Main
New Hampton, IA  50659

New London Comm School District
SUPERINTENDENT: Chad Wahls
E-MAIL: chad.wahls@nlcsd.org
PHONE NUMBER: (319) 367-0512
106 Jack Wilson Dr
New London, IA  52645

Newell-fonda Comm School District
SUPERINTENDENT: Jeff Dicks
E-MAIL: dicksj@newell-fonda.k12.ia.us
PHONE NUMBER: (712) 272-3324
205 Clark St
Newell, IA  50568

Newton Comm School District
SUPERINTENDENT: Tom Messinger
E-MAIL: messingert@newtoncsd.org
PHONE NUMBER: (641) 792-5809
700 N 4Th Ave E Suite300
Newton, IA  50208

Nodaway Valley Comm School District
SUPERINTENDENT: Paul Croghan
E-MAIL: paul.croghan@nodawayvalley.org
PHONE NUMBER: (641) 743-6127
410 Nw 2Nd
Greenfield, IA  50849

North Butler Comm School District
SUPERINTENDENT: Joel Foster
E-MAIL: joel.foster@northbutler.k12.ia.us
PHONE NUMBER: (319) 267-2205
513 Birch
Allison, IA  50602

North Cedar Comm School District
SUPERINTENDENT: Mark Dohmen
E-MAIL: mdohmen@north-cedarstu.org
PHONE NUMBER: (563) 942-3358
102 E North Street
Stanwood, IA  52337

North Fayette Comm School District
SUPERINTENDENT: Joe Griffith
E-MAIL: jgriffith@nfv.k12.ia.us
PHONE NUMBER: (563) 422-3851
600 N. Pine Street
West Union, IA  52175

North Iowa Comm School District
SUPERINTENDENT: Joe Erickson
E-MAIL: erickson@northiowa.org
PHONE NUMBER: (641) 562-2525
111 3Rd Ave Nw
Buffalo Center, IA  50424

North Kossuth Comm School District
SUPERINTENDENT: Travis Schueller
E-MAIL: travis.schueller@nuwarriors.org
PHONE NUMBER: (515) 272-4361
203 5Th Street North
Swea City, IA  50590

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

North Linn Comm School District
SUPERINTENDENT: Dave Hoeger
E-MAIL: dhoeger@northlinncsd.org
PHONE NUMBER: (319) 224-3291
3033 Lynx Drive
Troy Mills, IA  52344

North Mahaska Comm School District
SUPERINTENDENT: Angela Livezey
E-MAIL: livezeya@nmwarhawks.org
PHONE NUMBER: (641) 637-4187
2163 135Th St
New Sharon, IA  50207

North Polk Comm School District
SUPERINTENDENT: Dan Mart
E-MAIL: dan.mart@northpolk.org
PHONE NUMBER: (515) 984-3400
13930 Ne 6Th St
Alleman, IA  50007

North Scott Comm School District
SUPERINTENDENT: Joe Stutting
E-MAIL: joe.stutting@north-scott.k12.ia.us
PHONE NUMBER: (563) 285-4819
251 E Iowa St
Eldridge, IA  52748

North Tama County Comm School District
SUPERINTENDENT: David Hill
E-MAIL: dhill@n-tama.k12.ia.us
PHONE NUMBER: (319) 478-2265
605 Walnut
Traer, IA  50675

North Union Comm School District
SUPERINTENDENT: Travis Schueller
E-MAIL: travis.schueller@nuwarriors.org
PHONE NUMBER: (712) 868-3550
600 4Th Ave
Armstrong, IA  50514

Northeast Comm School District
SUPERINTENDENT: Neil Gray
E-MAIL: neil.gray@northeast.k12.ia.us
PHONE NUMBER: (563) 577-2249
1450 370Th Ave
Goose Lake, IA  52750

Northeast Hamilton Comm School District
SUPERINTENDENT: Mike Kruger
E-MAIL: mkruger@ne-hamilton.k12.ia.us
PHONE NUMBER: (515) 325-6202
606 Illinois St
Blairsburg, IA  50034

Northwest Aea
SUPERINTENDENT: Dan Cox
E-MAIL: dcox@nwaea.org
PHONE NUMBER: (800) 352-9040
1520 Morningside Ave
Sioux City, IA  51106

Northwood-kensett Comm School District
SUPERINTENDENT: Michael Crozier
E-MAIL: mcrozier@nkvikings.com
PHONE NUMBER: (641) 324-2021
1200 1St Ave North
Northwood, IA  50459

Norwalk Comm School District
SUPERINTENDENT: Duane Magee
E-MAIL: dmagee@norwalk.k12.ia.us
PHONE NUMBER: (515) 981-0676
380 Wright Road
Norwalk, IA  50211

Odebolt-arthur Comm School District
SUPERINTENDENT: Matt Alexander
E-MAIL: malexander@oabcig.org
PHONE NUMBER: (712) 668-2289
600 S. Maple
Odebolt, IA  51458

Oelwein Comm School District
SUPERINTENDENT: Josh Ehn
E-MAIL: jehn@oelwein.k12.ia.us
PHONE NUMBER: (319) 283-3536
307 8Th Ave Se
Oelwein, IA  50662

Ogden Comm School District
SUPERINTENDENT: Pam Dodge
E-MAIL: pam.dodge@ogden.k12.ia.us
PHONE NUMBER: (515) 275-2894
732 W Division
Ogden, IA  50212

Okoboji Comm School District
SUPERINTENDENT: Todd Abrahamson
E-MAIL: tabrahamson@okoboji.k12.ia.us
PHONE NUMBER: (712) 338-4757
1205 7Th St
Milford, IA  51351

Olin Consolidated School District
SUPERINTENDENT: Dave Larson
E-MAIL: dlarson@olin.k12.ia.us
PHONE NUMBER: (319) 484-2155
212 Trilby St
Olin, IA  52320

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Orient-macksburg Comm School District
SUPERINTENDENT: Bill Szakacs
E-MAIL: bill.szakacs@o-mschools.org
PHONE NUMBER: (641) 337-5061
201 South School Street
Orient, IA  50858

Osage Comm School District
SUPERINTENDENT: Barb Schwamman
E-MAIL: bschwamman@osage.k12.ia.us
PHONE NUMBER: (641) 732-5381
820 Sawyer
Osage, IA 50461

Oskaloosa Comm School District
SUPERINTENDENT: Paula Wright
E-MAIL: wrightp@oskycsd.org
PHONE NUMBER: (641) 673-8345
1800 North 3Rd
Oskaloosa, IA  52577

Ottumwa Comm School District
SUPERINTENDENT: Mike Mcgrory
E-MAIL: mike.mcgrory@ottumwaschools.com
PHONE NUMBER: (641) 684-6597
422 Mccarroll Dr
Ottumwa, IA 52501

Panorama Comm School District
SUPERINTENDENT: Shawn Holloway
E-MAIL: shawn.holloway@panorama.k12.ia.us
PHONE NUMBER: (641) 755-4144
701 W Main
Panora, IA  50216

Paton-churdan Comm School District
SUPERINTENDENT: Kreg Lensch
E-MAIL: klensch@glidden-ralston.k12.ia.us
PHONE NUMBER: (515) 389-3111
606 Adrian St
Churdan, IA  50050

Pcm Comm School District
SUPERINTENDENT: Brad Jermeland
E-MAIL: bjermeland@pcmonroe.k12.ia.us
PHONE NUMBER: (641) 259-2752
400 E Hwy 163
Monroe, IA  50170

Pekin Comm School District
SUPERINTENDENT: David Harper
E-MAIL: dave.harper@pekincsd.org
PHONE NUMBER: (319) 695-3707
1062 Birch Ave
Packwood, IA  52580

Pella Comm School District
SUPERINTENDENT: Greg Ebeling
E-MAIL: greg.ebeling@pella.k12.ia.us
PHONE NUMBER: (641) 628-1111
210 E University St
Pella, IA  50219

Perry Comm School District
SUPERINTENDENT: Clark Wicks
E-MAIL: clark.wicks@perry.k12.ia.us
PHONE NUMBER: (515) 465-4656
1102 Willis Ave. Ste 200
Perry, IA  50220

Pleasant Valley Comm School District
SUPERINTENDENT: James Spelhaug
E-MAIL: spelhaugjim@pleasval.k12.ia.us
PHONE NUMBER: (563) 332-5550
525 Belmont Rd
Bettendorf, IA  52722

Pleasantville Comm School District
SUPERINTENDENT: Tony Aylsworth
E-MAIL: taylsworth@pvillecsd.org
PHONE NUMBER: (515) 848-0555
415 Jones St
Pleasantville, IA  50225

Pocahontas Area Comm School District
SUPERINTENDENT: Joseph Kramer
E-MAIL: jkramer@pocahontas.k12.ia.us
PHONE NUMBER: (712) 335-4311
202 1St Ave Sw
Pocahontas, IA  50574

Postville Comm School District
SUPERINTENDENT: Tim Dugger
E-MAIL: tdugger@postville.k12.ia.us
PHONE NUMBER: (563) 864-7651
314 W Post
Postville, IA  52162

Prairie Lakes Aea
SUPERINTENDENT: Susie Meade
E-MAIL: smeade@plaea.org
PHONE NUMBER: (712) 335-3588
500 Ne 6Th St
Pocahontas, IA  50574

Prairie Valley Comm School District
SUPERINTENDENT: Brian Johnson
E-MAIL: johnsonb@prairievalley.k12.ia.us
PHONE NUMBER: (515) 352-5575
1005 Riddle St
Gowrie, IA  50543

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Red Oak Comm School District
SUPERINTENDENT: Tom Messinger
E-MAIL: messingert@roschools.org
PHONE NUMBER: (712) 623-6600
2011 North 8Th
Red Oak, IA  51566

Remsen-union Comm School District
SUPERINTENDENT: Jan Brandhorst
E-MAIL: jan.brandhorst@rurockets.org
PHONE NUMBER: (712) 786-1101
511 Roosevelt St
Remsen, IA 51050

Riceville Comm School District
SUPERINTENDENT: Barb Schwamman
E-MAIL: barb.schwamman@riceville.k12.ia.us
PHONE NUMBER: (641) 985-2288
912 Woodland Ave
Riceville, IA  50466

Riverside Comm School District
SUPERINTENDENT: Tim Mitchell
E-MAIL: tmitchell@riverside.k12.ia.us
PHONE NUMBER: (712) 484-2212
330 Pleasant St
Carson, IA  51525

Rock Valley Comm School District
SUPERINTENDENT: Chad Janzen
E-MAIL: cjanzen@rvcsd.org
PHONE NUMBER: (712) 476-2701
1712 20Th Avenue
Rock Valley, IA  51247

Rockwell City-lytton Comm School District
SUPERINTENDENT: Jeff Kruse
E-MAIL: jkruse@scc.k12.ia.us
PHONE NUMBER: (712) 297-7341
1000 Tonawanda Avenue
Rockwell City, IA  50579

Roland-story Comm School District
SUPERINTENDENT: Matt Patton
E-MAIL: mpatton@roland-story.k12.ia.us
PHONE NUMBER: (515) 733-4301
1009 Story St
Story City, IA  50248

Rudd-rockford-marble Rk Comm School District
SUPERINTENDENT: Keith Turner
E-MAIL: kturner@rockford.k12.ia.us
PHONE NUMBER: (641) 756-3610
1460 210Th Street
Rockford, IA  50468

Ruthven-ayrshire Comm School District
SUPERINTENDENT: Marshall Lewis
E-MAIL: mlewis@gt.ratitans.org
PHONE NUMBER: (712) 837-5211
1505 Washington St
Ruthven, IA  51358

Saydel Comm School District
SUPERINTENDENT: Todd Martin
E-MAIL: martintodd@saydel.net
PHONE NUMBER: (515) 264-0866
5740 N E 14Th Street
Des Moines, IA  50313

Schaller-crestland Comm School District
SUPERINTENDENT: Jon Wiebers
E-MAIL: jwiebers@rvraptors.org
PHONE NUMBER: (712) 275-4267
300 S Berwick
Schaller, IA  51053

Schleswig Comm School District
SUPERINTENDENT: Mike Pardun
E-MAIL: mikepardun@schleswig.k12.ia.us
PHONE NUMBER: (712) 676-3313
714 Date Street
Schleswig, IA  51461

Sentral Comm School District
SUPERINTENDENT: Travis Schueller
E-MAIL: travis.schueller@nuwarriors.org
PHONE NUMBER: (515) 889-2261
308 310Th Street
Fenton, IA  50539

Sergeant Bluff-luton Comm School District
SUPERINTENDENT: Rod Earleywine
E-MAIL: earlerod@sblschools.com
PHONE NUMBER: (712) 943-4338
201 Port Neal Road
Sergeant Bluff, IA  51054

Seymour Comm School District
SUPERINTENDENT: Brad Breon
E-MAIL: brad.breon@seymourcsd.org
PHONE NUMBER: (641) 898-2291
100 South Park
Seymour, IA  52590

Sheldon Comm School District
SUPERINTENDENT: Cory Myer
E-MAIL: cory.myer@sheldonschools.com
PHONE NUMBER: (712) 324-2504
1700 East Fourth Street
Sheldon, IA  51201

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Shenandoah Comm School District
SUPERINTENDENT: Kerri Nelson
E-MAIL: nelsonk@shencsd.com
PHONE NUMBER: (712) 246-1581
304 West Nishna
Shenandoah, IA  51601

Sibley-ocheyedan Comm School District
SUPERINTENDENT: James Craig
E-MAIL: james.craig@thegenerals.org
PHONE NUMBER: (712) 754-2533
120 11Th Ave Ne
Sibley, IA  51249

Sidney Comm School District
SUPERINTENDENT: Tim Hood
E-MAIL: thood@sidney.k12.ia.us
PHONE NUMBER: (712) 374-2141
2754 Knox Road
Sidney, IA  51652

Sigourney Comm School District
SUPERINTENDENT: Dave Harper
E-MAIL: dave.harper@sigourneyschools.com
PHONE NUMBER: (641) 622-2025
300 West Kelly
Sigourney, IA  52591

Sioux Center Comm School District
SUPERINTENDENT: Gary Mceldowney
E-MAIL: gary.mceldowney@scwarriors.org
PHONE NUMBER: (712) 722-2985
550 9Th St Ne
Sioux Center, IA  51250

Sioux Central Comm School District
SUPERINTENDENT: Kevin Wood
E-MAIL: kwood@siouxcentral.org
PHONE NUMBER: (712) 283-2571
4440 U.S. Hwy 71
Sioux Rapids, IA  50585

Sioux City Comm School District
SUPERINTENDENT: Paul Gausman
E-MAIL: gausmap@live.siouxcityschools.com
PHONE NUMBER: (712) 279-6667
627 4Th St
Sioux City, IA  51101

Solon Comm School District
SUPERINTENDENT: Davis Eidahl
E-MAIL: deidahl@solon.k12.ia.us
PHONE NUMBER: (319) 624-3401
301 S Iowa Street
Solon, IA  52333

South Central Calhoun Comm School District
SUPERINTENDENT: Jeff Kruse
E-MAIL: jkruse@scc.k12.ia.us
PHONE NUMBER: (712) 464-7210
1000 Tonawanda St
Rockwell City, IA  50579

South Hamilton Comm School District
SUPERINTENDENT: Ken Howard
E-MAIL: ken_howard@s-hamilton.k12.ia.us
PHONE NUMBER: (515) 827-5479
315 Division St
Jewell, IA  50130

South O'Brien Comm School District
SUPERINTENDENT: Wade Riley
E-MAIL: wriley@soswolverines.org
PHONE NUMBER: (712) 949-2115
216 S Rutledge
Paullina, IA  51046

South Page Comm School District
SUPERINTENDENT: Tim Hood
E-MAIL: thood@southpageschools.com
PHONE NUMBER: (712) 582-3212
606 Iowa Ave
College Springs, IA  51637

South Tama County Comm School District
SUPERINTENDENT: Jared Smith
E-MAIL: jsmith@s-tama.k12.ia.us
PHONE NUMBER: (641) 484-4811
1702 Harding St
Tama, IA  52339

South Winneshiek Comm School District
SUPERINTENDENT: Kris Einck
E-MAIL: keinck@swinn.k12.ia.us
PHONE NUMBER: (563) 562-3269
304 S Webster St
Calmar, IA  52132

Southeast Polk Comm School District
SUPERINTENDENT: Dirk Halupnik
E-MAIL: dirk.halupnik@southeastpolk.org
PHONE NUMBER: (515) 967-4294
8379 Ne University Ave
Pleasant Hill, IA  50327

Southeast Warren Comm School District
SUPERINTENDENT: Brian Johnson
E-MAIL: delane.galvin@se-warren.k12.ia.us
PHONE NUMBER: (641) 466-3510
16331 Tyler St
Liberty Center, IA  50145

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Southeast Webster Grand Comm School District
SUPERINTENDENT: Brian Johnson
E-MAIL: bjohnson@svjags.org
PHONE NUMBER: (515) 359-2235
30850 Paragon Ave.
Burnside, IA  50521

Spencer Comm School District
SUPERINTENDENT: Terry Hemann
E-MAIL: themann@spencerschools.org
PHONE NUMBER: (712) 262-8950
23 E 7Th St
Spencer, IA  51301

Spirit Lake Comm School District
SUPERINTENDENT: David Smith
E-MAIL: dsmith@spirit-lake.k12.ia.us
PHONE NUMBER: (712) 336-2820
2701 Hill Avenue
Spirit Lake, IA  51360

Springville Comm School District
SUPERINTENDENT: Pat Hocking
E-MAIL: phocking@springville.k12.ia.us
PHONE NUMBER: (319) 854-6197
400 Academy St
Springville, IA  52336

St Ansgar Comm School District
SUPERINTENDENT: Michael Crozier
E-MAIL: mcrozier@st-ansgar.k12.ia.us
PHONE NUMBER: (641) 713-4681
206 E 8Th
St. Ansgar, IA  50472

Stanton Comm School District
SUPERINTENDENT: David Gute
E-MAIL: dgute@stantonschools.com
PHONE NUMBER: (712) 829-2162
605 Elliott Street
Stanton, IA  51573

Starmont Comm School District
SUPERINTENDENT: Troy Heller
E-MAIL: theller@starmont.k12.ia.us
PHONE NUMBER: (563) 933-4598
3202 40Th St
Arlington, IA  50606

Storm Lake Comm School District
SUPERINTENDENT: Stacey Cole
E-MAIL: scole@slcsd.org
PHONE NUMBER: (712) 732-8060
419 Lake Ave
Storm Lake, IA  50588

Stratford Comm School District
SUPERINTENDENT: Mandy Ross
E-MAIL: mandy_ross@webster-city.k12.ia.us
PHONE NUMBER: (515) 838-2208
1000 Shakespeare Ave
Stratford, IA  50249

Sumner-fredericksburg Comm School District
SUPERINTENDENT: Fred Matlage
E-MAIL: matlagef@sfcougars.k12.ia.us
PHONE NUMBER: (563) 578-3425
802 West Sixth Street
Sumner, IA  50674

Tipton Comm School District
SUPERINTENDENT: Jason Wester
E-MAIL: jason.wester@tipton.k12.ia.us
PHONE NUMBER: (563) 886-6131
400 E 6Th St
Tipton, IA  52772

Titonka Consolidated School District
SUPERINTENDENT: Joe Carter
E-MAIL: jcarter@algona.k12.ia.us
PHONE NUMBER: (515) 928-2717
543 Dieckman St. Ne.
Titonka, IA  50480

Treynor Comm School District
SUPERINTENDENT: Mark Hopkins
E-MAIL: mhopkins@treynorcardinals.org
PHONE NUMBER: (712) 487-3414
102 E Main St
Treynor, IA  51575

Tri-center Comm School District
SUPERINTENDENT: Angela Huseman
E-MAIL: ahuseman@tctrojans.org
PHONE NUMBER: (712) 485-2257
33980 310Th Street
Neola, IA  51559

Tri-county Comm School District
SUPERINTENDENT: Chad Straight
E-MAIL: chad.straight@tri-countyschools.com
PHONE NUMBER: (641) 634-2408
3003 Highway 22
Thornburg, IA  50255

Tripoli Comm School District
SUPERINTENDENT: Troy Heller
E-MAIL: hellert@tripoli.k12.ia.us
PHONE NUMBER: (319) 882-4201
209 8Th Ave Sw
Tripoli, IA  50676

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Turkey Valley Comm School District
SUPERINTENDENT: Jay Jurrens
E-MAIL: jjurrens@turkey-v.k12.ia.us
PHONE NUMBER: (563) 776-6011
3219 St Hwy 24
Jackson Junction, IA  52171

Twin Cedars Comm School District
SUPERINTENDENT: Brian Vandersluis
E-MAIL: bvandersluis@twincedarscsd.org
PHONE NUMBER: (641) 944-5241
2204 Highway G71
Bussey, IA  50044

Twin Rivers Comm School District
SUPERINTENDENT: Greg Darling
E-MAIL: gdarling@tr.k12.ia.us
PHONE NUMBER: (515) 379-1309
200 College Ave
Bode, IA  50519

Underwood Comm School District
SUPERINTENDENT: Edward Hawks
E-MAIL: ehawks@underwoodschools.org
PHONE NUMBER: (712) 566-2332
601 Third Street
Underwood, IA  51576

Union Comm School District
SUPERINTENDENT: Travis Fleshner
E-MAIL: t_fleshner@union.k12.ia.us
PHONE NUMBER: (319) 342-2674
200 Adams St
La Porte City, IA  50651

United Comm School District
SUPERINTENDENT: Pam Dodge
E-MAIL: pdodge@united.k12.ia.us
PHONE NUMBER: (515) 432-5319
1284 U Ave
Boone, IA  50036

Urbandale Comm School District
SUPERINTENDENT: Steve Bass
E-MAIL: basss@urbandaleschools.com
PHONE NUMBER: (515) 457-5000
11152 Aurora Avenue
Urbandale, IA  50322

Valley Comm School District
SUPERINTENDENT: Joe Griffith
E-MAIL: jgriffith@nfv.k12.ia.us
PHONE NUMBER: (563) 426-5501
23493 Canoe Rd
Elgin, IA  52141

Van Buren Comm School District
SUPERINTENDENT: Jeremy Hissem
E-MAIL: jeremy.hissem@van-burencsd.org
PHONE NUMBER: (319) 293-3334
405 4Th Street
Keosauqua, IA  52565

Van Meter Comm School District
SUPERINTENDENT: Deron Durflinger
E-MAIL: deron.durflinger@vmbulldogs.com
PHONE NUMBER: (515) 996-9960
520 1St Ave
Van Meter, IA  50261

Villisca Comm School District
SUPERINTENDENT: Chris Fenster
E-MAIL: cfenster@corningcsd.org
PHONE NUMBER: (712) 826-2552
406 East Third Street
Villisca, IA  50864

Vinton-shellsburg Comm School District
SUPERINTENDENT: Kyle Koeppen
E-MAIL: kyle.koeppen@vscsd.org
PHONE NUMBER: (319) 436-4728
1502 C Avenue
Vinton, IA  52349

Waco Comm School District
SUPERINTENDENT: Chris Armstrong
E-MAIL: chris.armstrong@wacocsd.org
PHONE NUMBER: (319) 256-6201
706 N. Pearl
Wayland, IA  52654

Wapello Comm School District
SUPERINTENDENT: Mike Peterson
E-MAIL: mike.peterson@wapellocsd.org
PHONE NUMBER: (319) 523-3641
406 Mechanic Street
Wapello, IA  52653

Wapsie Valley Comm School District
SUPERINTENDENT: Dave Larson
E-MAIL: dlarson@wapsievalleyschools.org
PHONE NUMBER: (319) 638-6711
2535 Viking Avenue
Fairbank, IA  50629

Washington Comm School District
SUPERINTENDENT: Willie Stone
E-MAIL: wstone@washington.k12.ia.us
PHONE NUMBER: (319) 653-6543
404 West Main
Washington, IA  52353

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Waterloo Comm School District
SUPERINTENDENT: Jane Lindaman
E-MAIL: lindamanj@waterlooschools.org
PHONE NUMBER: (319) 433-1800
1516 Washington St
Waterloo, IA  50702

Waukee Comm School District
SUPERINTENDENT: Brad Buck
E-MAIL: bbuck@waukeeschools.org
PHONE NUMBER: (515) 987-5161
560 Se University Avenue
Waukee, IA  50263

Waverly-shell Rock Comm School District
SUPERINTENDENT: Ed Klamfoth
E-MAIL: ed.klamfoth@wsr.k12.ia.us
PHONE NUMBER: (319) 352-3630
1415 4Th Ave Sw
Waverly, IA  50677

Wayne Comm School District
SUPERINTENDENT: Mike Still
E-MAIL: mike.still@wayne.k12.ia.us
PHONE NUMBER: (641) 872-2184
102 N Dekalb Street
Corydon, IA  50060

Webster City Comm School District
SUPERINTENDENT: Mandy Ross
E-MAIL: mandy_ross@webster-city.k12.ia.us
PHONE NUMBER: (515) 832-9200
825 Beach St
Webster City, IA  50595

West Bend-mallard Comm School District
SUPERINTENDENT: Amanda Schmidt
E-MAIL: schmidt@west-bend.k12.ia.us
PHONE NUMBER: (515) 887-7821
300 3Rd Ave. Sw
West Bend, IA  50597

West Branch Comm School District
SUPERINTENDENT: Marty Jimmerson
E-MAIL: mjimmerson@west-branch.k12.ia.us
PHONE NUMBER: (319) 643-7213
148 N Oliphant
West Branch, IA  52358

West Burlington Ind School District
SUPERINTENDENT: Lisa Beames
E-MAIL: lisa.beames@wbschools.us
PHONE NUMBER: (319) 754-6567
607 Ramsey St
West Burlington, IA  52655

West Central Comm School District
SUPERINTENDENT: Fred Matlage
E-MAIL: fmatlage@wc.k12.ia.us
PHONE NUMBER: (563) 637-2283
305 Pember
Maynard, IA  50655

West Central Valley Comm School District
SUPERINTENDENT: Anthony Lohse
E-MAIL: alohse@wcv.k12.ia.us
PHONE NUMBER: (515) 523-1165
3299 White Pole Rd
Stuart, IA  50250

West Delaware County Comm School District
SUPERINTENDENT: Kristen Rickey
E-MAIL: kristenrickey@w-delaware.k12.ia.us
PHONE NUMBER: (563) 927-3515
701 New St
Manchester, IA  52057

West Des Moines Comm School District
SUPERINTENDENT: Lisa Remy
E-MAIL: remyl@wdmcs.org
PHONE NUMBER: (515) 633-5000
3550 Mills Civic Parkway
West Des Moines, IA  50265

West Fork Csd
SUPERINTENDENT: Mike Kruger
E-MAIL: mike.kruger@westforkschool.org
PHONE NUMBER: (641) 822-3234
210 South Second Street
Rockwell, IA  50469

West Hancock Comm School District
SUPERINTENDENT: Wayne Kronemann
E-MAIL: wkronemann@whancock.org
PHONE NUMBER: (641) 843-3833
510 9Th Ave Sw
Britt, IA  50423

West Harrison Comm School District
SUPERINTENDENT: Julie Trepa
E-MAIL: jtrepa@westharrison.school
PHONE NUMBER: (712) 646-2231
410 Pine St
Mondamin, IA  51557

West Liberty Comm School District
SUPERINTENDENT: Diego Giraldo
E-MAIL: dgiraldo@wl.k12.ia.us
PHONE NUMBER: (319) 627-2116
111 W. 7Th St
West Liberty, IA  52776

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

West Lyon Comm School District
SUPERINTENDENT: Shawn Kreman
E-MAIL: skreman@wlwildcats.org
PHONE NUMBER: (712) 753-4917
1787 182Nd Street
Inwood, IA  51240

West Marshall Comm School District
SUPERINTENDENT: Jacy Large
E-MAIL: jlarge@wmcsd.org
PHONE NUMBER: (641) 483-2660
601 3Rd St. Nw
State Center, IA  50247

West Monona Comm School District
SUPERINTENDENT: Julie Trepa
E-MAIL: julie.trepa@westmonona.org
PHONE NUMBER: (712) 433-2043
1314 15Th St
Onawa, IA  51040

West Sioux Comm School District
SUPERINTENDENT: Steve Grond
E-MAIL: sgrond@w-sioux.k12.ia.us
PHONE NUMBER: (712) 551-1461
1300 Falcon Drive
Hawarden, IA  51023

Western Dubuque Comm School District
SUPERINTENDENT: Rick Colpitts
E-MAIL: rick.colpitts@wdbqschools.org
PHONE NUMBER: (563) 744-3885
310 4Th Street Sw
Farley, IA  52046

Westwood Comm School District
SUPERINTENDENT: Jay Lutt
E-MAIL: jlutt@wcsdrebels.com
PHONE NUMBER: (712) 428-3303
1000 Rebel Way
Sloan, IA  51055

Whiting Comm School District
SUPERINTENDENT: Randy Collins
E-MAIL: rcollins@akron-westfield.com
PHONE NUMBER: (712) 455-2468
606 West St
Whiting, IA  51063

Williamsburg Comm School District
SUPERINTENDENT: Chad Garber
E-MAIL: cgarber@williamsburg.k12.ia.us
PHONE NUMBER: (319) 668-1059
810 W Walnut
Williamsburg, IA  52361

Wilton Comm School District
SUPERINTENDENT: Joe Burnett
E-MAIL: joeburnett@wiltoncsd.org
PHONE NUMBER: (563) 732-2035
1002 Cypress St
Wilton, IA  52778

Winfield-mt Union Comm School District
SUPERINTENDENT: Jeff Maeder
E-MAIL: jeff.maeder@wmucsd.org
PHONE NUMBER: (319) 257-7700
208 S Olive
Winfield, IA  52659

Winterset Comm School District
SUPERINTENDENT: Justin Gross
E-MAIL: jgross@winterset.k12.ia.us
PHONE NUMBER: (515) 462-2718
110 West Washington
Winterset, IA  50273

Woodbine Comm School District
SUPERINTENDENT: Justin Wagner
E-MAIL: jwagner@woodbine.k12.ia.us
PHONE NUMBER: (712) 647-2411
501 Weare St
Woodbine, IA  51579

Woodbury Central Comm School District
SUPERINTENDENT: Doug Glackin
E-MAIL: dglackin@wcwildcats.org
PHONE NUMBER: (712) 873-3128
408 South 4Th Street
Moville, IA  51039

Woodward-granger Comm School District
SUPERINTENDENT: Matt Adams
E-MAIL: mattadams@wghawks.school
PHONE NUMBER: (515) 438-4333
306 W 3Rd St
Woodward, IA  50276

Aberdeen District
SUPERINTENDENT: Jane Ward
E-MAIL: jane@aberdeen58.org
PHONE NUMBER: (208) 397-4113
318 W Washington
Aberdeen, ID  83210

American Falls Joint District
SUPERINTENDENT: Randy Jensen
E-MAIL: randyj@sd381.k12.id.us
PHONE NUMBER: (208) 226-5173
827 Fort Hall Avenue
American Falls, ID  83211

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Arbon Elementary District
SUPERINTENDENT: Cheri Evans
E-MAIL: arbon3@dcdi.net
PHONE NUMBER: (208) 335-2197
4405 Arbon Valley Hwy
Arbon, ID  83212

Avery Elementary District
SUPERINTENDENT: Robert Vian
E-MAIL: vianr@sd394.com
PHONE NUMBER: (208)245-2479
#1 SCHOOLHOUSE HILL
CALDER, ID  83808

Basin School District
SUPERINTENDENT: Brian Hunicke
E-MAIL: bhunicke@basinschools.net
PHONE NUMBER: (208) 392-4183
100 Centerville Road
Idaho City, ID  83631

Bear Lake County District
SUPERINTENDENT: Gary Brogan
E-MAIL: gbrogan@blsd.net
PHONE NUMBER: (208) 945-2891
39 Fielding Street
Paris, ID  83261

Blackfoot District
SUPERINTENDENT: Brian Kress
E-MAIL: kresb@d55.k12.id.us
PHONE NUMBER: (208) 785-8800
270 East Bridge Street
Blackfoot, ID  83221

Blaine County District
SUPERINTENDENT: Gwencarol Holmes
E-MAIL: gholmes@blaineschools.org
PHONE NUMBER: (208) 578-5000
118 W Bullion St
Hailey, ID  83333

Bliss Joint District
SUPERINTENDENT: Kevin Lancaster
E-MAIL: kevin.lancaster@bliss234.org
PHONE NUMBER: (208) 352-4447
East Main Street
Bliss, ID  83314

Boise Independent District
SUPERINTENDENT: Coby Dennis
E-MAIL: coby.dennis@boiseschools.org
PHONE NUMBER: (208) 854-4000
8169 W Victory Rd
Boise, ID  83709

Bonneville Joint District
SUPERINTENDENT: Scott Woolstenhulme
E-MAIL: woolstes@d93.k12.id.us
PHONE NUMBER: (208) 525-4400
3497 N Ammon Road
Idaho Falls, ID  83401

Boundary County District
SUPERINTENDENT: Jan Bayer
E-MAIL: jan.bayer@mail.bcsd101.com
PHONE NUMBER: (208) 267-3146
7188 Oak Street
Bonners Ferry, ID  83805

Bruneau-grand View Joint School District
SUPERINTENDENT: Ryan Cantrell
E-MAIL: rcantrell@sd365.us
PHONE NUMBER: (208) 834-2260
39678 State Highway 78
Bruneau, ID  83604

Buhl Joint District
SUPERINTENDENT: Ron Anthony
E-MAIL: ranthony@buhlschools.org
PHONE NUMBER: (208) 543-6436
920 Main Street
Buhl, ID  83316

Butte County Joint District
SUPERINTENDENT: Joel Wilson
E-MAIL: wilsjoel@butteschools.org
PHONE NUMBER: (208) 690-3410
246 Sunset Drive
Arco, ID  83213

Caldwell District
SUPERINTENDENT: Shalene French
E-MAIL: nfrench@caldwellschools.org
PHONE NUMBER: (208) 455-3300
1502 Fillmore Street
Caldwell, ID  83605

Camas County District
SUPERINTENDENT: Janet Williamson
E-MAIL: jwilliamson@camascountyschools.org
PHONE NUMBER: (208) 764-2625
610 Soldier Road
Fairfield, ID  83327

Cambridge Joint District
SUPERINTENDENT: Anthony Butler
E-MAIL: abutler@cambridge432.org
PHONE NUMBER: (208) 257-3321
40 North 4Th Street
Cambridge, ID  83610

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Canyon-owyhee School Service Agency (cossa)
SUPERINTENDENT: Harold Nevill
E-MAIL: nevillh@cossaschools.org
PHONE NUMBER: (208) 482-6074
109 Penny Lane
Wilder, ID  83676

Cascade District
SUPERINTENDENT: Jeff Blaser
E-MAIL: jeff@cascadeschools.org
PHONE NUMBER: (208) 382-4227
209 School Street
Cascade, ID  83611

Cassia County Joint District
SUPERINTENDENT: James Shank
E-MAIL: shajames@cassiaschools.org
PHONE NUMBER: (208) 878-6600
237 East 19Th Street
Burley, ID  83318

Castleford District
SUPERINTENDENT: Lyle Bayley
E-MAIL: lbayley@castlefordschools.org
PHONE NUMBER: (208) 537-6511
500 Main Street
Castleford, ID  83321

Challis Joint District
SUPERINTENDENT: Lani Rembelski
E-MAIL: lani@d181.k12.id.us
PHONE NUMBER: (208) 879-4231
721 E Main Ave Suite 6
Challis, ID  83226

Clark County District
SUPERINTENDENT: Blair Wilding
E-MAIL: wildingb@mudlake.net
PHONE NUMBER: (208) 374-5215
137 West 2Nd South
Dubois, ID  83423

Coeur D' Alene Tribal School
SUPERINTENDENT: Tina Strong
E-MAIL: tstrong@tribalschool.org
PHONE NUMBER: (208) 686-5808
30 Moctelme St
De Smet, ID  83824

Coeur D'Alene District
SUPERINTENDENT: Steven Cook
E-MAIL: scook@cdaschools.org
PHONE NUMBER: (208) 664-8241
1400 West Northwood Center Ct.
Coeur D' Alene, ID  83814

Cottonwood Joint District
SUPERINTENDENT: Rene Forsmann
E-MAIL: rfors@sd242.k12.id.us
PHONE NUMBER: (208) 962-3971
907 Lewiston St
Cottonwood, ID  83522

Council District
SUPERINTENDENT: Clete Edmunson
E-MAIL: cedmunson@csd13.org
PHONE NUMBER: (208) 253-4217
101 E Bleeker Avenue
Council, ID  83612

Culdesac Joint District
SUPERINTENDENT: Alan Felgenhauer
E-MAIL: alanf@culsch.org
PHONE NUMBER: (208) 843-5413
600 Culdesac Avenue
Culdesac, ID  83524

Dietrich District
SUPERINTENDENT: Stefanie Shaw
E-MAIL: stefanies@dietrichschools.org
PHONE NUMBER: (208) 544-2158
406 N Park Street
Dietrich, ID  83324

Emmett Independent Dist
SUPERINTENDENT: Craig Woods
E-MAIL: cwoods@isd221.net
PHONE NUMBER: (208) 365-6301
601 East Third Street
Emmett, ID  83617

Filer District
SUPERINTENDENT: John Graham
E-MAIL: john.graham@filer.k12.id.us
PHONE NUMBER: (208) 326-5981
700 B Stevens Avenue
Filer, ID  83328

Firth District
SUPERINTENDENT: Sid Tubbs
E-MAIL: stubbs@d59.k12.id.us
PHONE NUMBER: (208) 346-6815
319 Lincoln Street
Firth, ID  83236

Fremont County Joint District
SUPERINTENDENT: Byron Stutzman
E-MAIL: byrons@sd215.net
PHONE NUMBER: (208) 624-7542
945 West 1St North
St. Anthony, ID  83445

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Fruitland District
SUPERINTENDENT: Lyle Bayley
E-MAIL: lbayley@fruitlandschools.org
PHONE NUMBER: (208) 452-3595
303 Sw 3Rd Street
Fruitland, ID  83619

Garden Valley District
SUPERINTENDENT: Vickie Chandler
E-MAIL: vchandler@gvsd.net
PHONE NUMBER: (208) 462-3756
1053 Banks Lowman Rd
Garden Valley, ID  83622

Genesee Joint District
SUPERINTENDENT: Wendy Moore
E-MAIL: wmoore@sd282.org
PHONE NUMBER: (208) 285-1161
330 West Ash Street
Genesee, ID  83832

Glenns Ferry Joint District
SUPERINTENDENT: Cody Fisher
E-MAIL: cfisher@glennsferryschools.org
PHONE NUMBER: (208) 366-7436
800 Old Highway 30
Glenns Ferry, ID  83623

Gooding Joint District
SUPERINTENDENT: Spencer Larsen
E-MAIL: spencer.larsen@goodingschools.org
PHONE NUMBER: (208) 934-4321
507 Idaho St.
Gooding, ID  83330

Grace Joint District
SUPERINTENDENT: Jamie Holyoak
E-MAIL: jholyoak@sd148.org
PHONE NUMBER: (208) 425-3984
710 South Main
Grace, ID  83241

Hagerman Joint District
SUPERINTENDENT: Mark Kress
E-MAIL: mark.kress@hjsd.org
PHONE NUMBER: (208) 837-6344
324 North 2Nd Avenue
Hagerman, ID  83332

Hansen District
SUPERINTENDENT: David Carson
E-MAIL: dcarson@hansen.k12.id.us
PHONE NUMBER: (208) 423-6387
550 Main St
Hansen, ID  83334

Highland Joint District
SUPERINTENDENT: Sarah Hatfield
E-MAIL: shatfield@sd305.org
PHONE NUMBER: (208) 924-5211
112 Boulevard
Craigmont, ID  83523

Homedale Joint District
SUPERINTENDENT: Rob Sauer
E-MAIL: rsauer@homedaleschools.org
PHONE NUMBER: (208) 337-4611
116 E Owyhee Avenue
Homedale, ID  83628

Horseshoe Bend School District
SUPERINTENDENT: Dennis Chesnut
E-MAIL: chesnutd@hsbschools.org
PHONE NUMBER: (208) 793-2225
398 School Drive
Horseshoe Bend, ID  83629

Idaho Falls District
SUPERINTENDENT: George Boland
E-MAIL: bolageor@d91.k12.id.us
PHONE NUMBER: (208) 525-7500
690 Johns Adams Parkway
Idaho Falls, ID  83401

Idaho School For The Deaf And Blind
SUPERINTENDENT: Brian Darcy
E-MAIL: brian.darcy@iesdb.org
PHONE NUMBER: (208) 934-4457
1450 Main Street
Gooding, ID  83330

Jefferson County Jt District
SUPERINTENDENT: Chad Martin
E-MAIL: cmartin@sd251.org
PHONE NUMBER: (208) 745-6693
3850 E. 300 N.
Rigby, ID  83442

Jerome Joint District
SUPERINTENDENT: Dale Layne
E-MAIL: dale.layne@jeromeschools.org
PHONE NUMBER: (208) 324-2392
125 4Th Avenue West
Jerome, ID  83338

Joint School District No. 2
SUPERINTENDENT: Mary Ann Ranells
E-MAIL: ranells.maryann@westada.org
PHONE NUMBER: (208) 855-4500
1303 E Central Dr
Meridian, ID  83642

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Kellogg Joint District
SUPERINTENDENT: Nancy Larsen
E-MAIL: nancy.larsen@kelloggschools.org
PHONE NUMBER: (208) 784-1348
800 Bunker Avenue
Kellogg, ID  83837

Kendrick Joint District
SUPERINTENDENT: Steve         Kirkland
E-MAIL: steve.kirkland@dist283.org
PHONE NUMBER: (208) 289-4211
202 Bear Creek Road
Kendrick, ID  83537

Kimberly District
SUPERINTENDENT: Luke Schroeder
E-MAIL: lschroeder@kimberly.edu
PHONE NUMBER: (208) 423-4170
141 Center Street West
Kimberly, ID  83341

Kootenai District
SUPERINTENDENT: Dennis Kachelmier
E-MAIL: dkachelmier@sd274.com
PHONE NUMBER: (208) 689-3631
13030 E Ogara Road
Harrison, ID  83833

Ktec - Kootenai Tech Ed Campus
SUPERINTENDENT: Colby Mattila
E-MAIL: colby@ktectraining.org
PHONE NUMBER: (208)712-4733
6838 W LANCASTER ROAD
RATHDRUM, ID  83858

Kuna Joint District
SUPERINTENDENT: Wendy Johnson
E-MAIL: wjohnson@kunaschools.org
PHONE NUMBER: (208) 922-1000
711 E Porter Rd
Kuna, ID  83634

Lake Pend Oreille School District
SUPERINTENDENT: Tom Albertson
E-MAIL: tom.albertson@lposd.org
PHONE NUMBER: (208) 263-2184
901 N Triangle Drive
Ponderay, ID  83852

Lakeland District
SUPERINTENDENT: Becky Meyer
E-MAIL: becky.meyer@lakeland272.org
PHONE NUMBER: (208) 687-0431
15506 N  Washington St
Rathdrum, ID  83858

Lapwai District
SUPERINTENDENT: David Aiken
E-MAIL: daiken@lapwai.org
PHONE NUMBER: (208) 843-2622
271 B Street
Lapwai, ID  83540

Lewiston Independent District
SUPERINTENDENT: Robert Donaldson
E-MAIL: rdonaldson@lewistonschools.net
PHONE NUMBER: (208) 748-3000
3317 12Th Street
Lewiston, ID  83501

Mackay Joint District
SUPERINTENDENT: Susan Buescher
E-MAIL: susabues@mackayschools.org
PHONE NUMBER: (208) 588-2896
410 E Spruce
Mackay, ID  83251

Madison District
SUPERINTENDENT: Geoffrey Thomas
E-MAIL: gmt@msd321.com
PHONE NUMBER: (208) 359-3300
60 W Main St.
Rexburg, ID  83440

Marsh Valley Joint District
SUPERINTENDENT: Marvin Hansen
E-MAIL: mjhansen@mvsd21.org
PHONE NUMBER: (208) 254-3306
40 School Street
Arimo, ID  83214

Marsing Joint District
SUPERINTENDENT: Norm Stewart
E-MAIL: nstewart@marsingschools.org
PHONE NUMBER: (208) 896-4111
209 8Th Avenue West
Marsing, ID  83639

Mccall-donnelly Jt. School District
SUPERINTENDENT: Jim Foudy
E-MAIL: jfoudy@mdsd.org
PHONE NUMBER: (208) 634-2161
120 Idaho Street
Mc Call, ID  83638

Meadows Valley District
SUPERINTENDENT: Mike Howard
E-MAIL: mihoward@mvsd11.org
PHONE NUMBER: (208) 347-2118
500 N Miller Ave
New Meadows, ID  83654

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Melba Joint District
SUPERINTENDENT: Sherry Adams
E-MAIL: sadams@melbaschools.org
PHONE NUMBER: (208) 495-1141
520 Broadway Avenue
Melba, ID  83641

Middleton District
SUPERINTENDENT: Kristin Beck
E-MAIL: kbeck@msd134.org
PHONE NUMBER: (208) 585-3027
5 South 3Rd Avenue West
Middleton, ID  83644

Midvale District
SUPERINTENDENT: Kylee Morris
E-MAIL: morrisk@msd433.org
PHONE NUMBER: (208) 355-2234
56 North School Road
Midvale, ID  83645

Minidoka County Joint District
SUPERINTENDENT: Kenneth Cox
E-MAIL: kcox@minidokaschools.org
PHONE NUMBER: (208) 436-4727
310 10Th Street
Rupert, ID  83350

Moscow District
SUPERINTENDENT: Gregory Bailey
E-MAIL: gbailey@msd281.org
PHONE NUMBER: (208) 882-1120
650 North Cleveland
Moscow, ID  83843

Mountain Home District
SUPERINTENDENT: James Gilbert
E-MAIL: gilbert_jg@mtnhomesd.org
PHONE NUMBER: (208) 587-2580
470 N 3Rd E
Mountain Home, ID  83647

Mountain View School District
SUPERINTENDENT: Todd Fiske
E-MAIL: fisket@sd244.org
PHONE NUMBER: (208) 983-0990
714 Jefferson St
Grangeville, ID  83530

Mullan District
SUPERINTENDENT: Les Wells
E-MAIL: lwells@mullanschools.com
PHONE NUMBER: (208) 744-1118
345 Park Avenue
Mullan, ID  83846

Murtaugh Joint District
SUPERINTENDENT: Michele Capps
E-MAIL: michele.capps@murtaugh.k12.id.us
PHONE NUMBER: (208) 432-5451
500 W Boyd Street
Murtaugh, ID  83344

Nampa School District
SUPERINTENDENT: Paula Kellerer
E-MAIL: pkellerer@nsd131.org
PHONE NUMBER: (208) 468-4600
619 South Canyon Street
Nampa, ID  83686

New Plymouth District
SUPERINTENDENT: David Sotutu
E-MAIL: sotutud@npschools.us
PHONE NUMBER: (208) 278-5740
103 Se Avenue
New Plymouth, ID  83655

Nezperce Joint District
SUPERINTENDENT: Dennis Kachelmier
E-MAIL: dkachelmier@nezpercesd.us
PHONE NUMBER: (208) 937-2551
615 2Nd Avenue
Nezperce, ID  83543

North Gem District
SUPERINTENDENT: Todd Hale
E-MAIL: thale@sd149.com
PHONE NUMBER: (208) 648-7848
360 S Main Street
Bancroft, ID  83217

Notus District
SUPERINTENDENT: Tana Kellogg
E-MAIL: kelloggt@notusschools.org
PHONE NUMBER: (208) 459-7442
20250 Purple Sage Road
Notus, ID  83656

Oneida County District
SUPERINTENDENT: Rich Moore
E-MAIL: rich.moore@malad.us
PHONE NUMBER: (208) 534-6080
25 East 50 South - Suite A
Malad City, ID  83252

Orofino Joint District
SUPERINTENDENT: Michael Garrett
E-MAIL: garrettm@jsd171.org
PHONE NUMBER: (208) 476-5593
1051 Michigan
Orofino, ID  83544

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Parma District
SUPERINTENDENT: Stoney Winston
E-MAIL: swinston@parmaschools.org
PHONE NUMBER: (208) 779-4069
805 East Mc Connell
Parma, ID  83660

Payette Joint District
SUPERINTENDENT: Robin Gilbert
E-MAIL: rogilbert@payetteschools.org
PHONE NUMBER: (208) 642-9366
20 North 12Th Street
Payette, ID  83661

Plummer-worley Joint District
SUPERINTENDENT: Judi Sharrett
E-MAIL: sharrett.judi@lakesidesch.org
PHONE NUMBER: (208) 686-1621
1157 E Street
Plummer, ID  83851

Pocatello District
SUPERINTENDENT: Doug Howell
E-MAIL: howelldo@sd25.us
PHONE NUMBER: (208) 232-3563
3115 Pole Line Road
Pocatello, ID  83201

Post Falls District
SUPERINTENDENT: Jerry Keane
E-MAIL: jkeane@sd273.com
PHONE NUMBER: (208) 773-1658
206 W Mullan Avenue
Post Falls, ID  83877

Potlatch District
SUPERINTENDENT: Jeff Cirka
E-MAIL: jcirka@psd285.org
PHONE NUMBER: (208) 875-0327
130 6Th Street
Potlatch, ID  83855

Prairie Elementary District
SUPERINTENDENT: Carrie Markham
E-MAIL: prairiesd191@yahoo.com
PHONE NUMBER: (208) 868-3243
73 Smith Creek Road
Prairie, ID  83647

Preston Joint District
SUPERINTENDENT: Marc Gee
E-MAIL: marc.gee@psd201.org
PHONE NUMBER: (208) 852-0283
120 East 2Nd South Street
Preston, ID  83263

Richfield District
SUPERINTENDENT: Mike Smith
E-MAIL: mikesmith@richfieldsd.org
PHONE NUMBER: (208) 487-2241
555 N Tiger Drive
Richfield, ID  83349

Ririe Joint District
SUPERINTENDENT: Jeff Gee
E-MAIL: jgee@ririe252.org
PHONE NUMBER: (208) 538-7482
455 Main Street
Ririe, ID  83443

Rockland District
SUPERINTENDENT: Greg Larson
E-MAIL: larsgreg@rbulldogs.org
PHONE NUMBER: (208) 548-2231
321 East Center Street
Rockland, ID  83271

Salmon District
SUPERINTENDENT: Chris Born
E-MAIL: chris.born@salmon291.org
PHONE NUMBER: (208) 756-4271
907 Sharkey Street
Salmon, ID  83467

Salmon River Joint School Dist
SUPERINTENDENT: Jim Doramus
E-MAIL: doramusj@jsd243.org
PHONE NUMBER: (208) 630-6027
133 N Main
Riggins, ID  83549

Shelley Joint District
SUPERINTENDENT: Chad Williams
E-MAIL: cwilliams@shelleyschools.org
PHONE NUMBER: (208) 357-3411
545 Seminary Avenue
Shelley, ID  83274

Shoshone Joint District
SUPERINTENDENT: Rob Waite
E-MAIL: rob.waite@shoshonesd.org
PHONE NUMBER: (208) 886-2381
61 E Hwy 24
Shoshone, ID  83352

Snake River District
SUPERINTENDENT: David Kerns
E-MAIL: kerndavi@snakeriver.org
PHONE NUMBER: (208) 684-3001
103 South 900 West
Blackfoot, ID  83221

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Soda Springs Joint District
SUPERINTENDENT: Molly Stein
E-MAIL: steimoll@sodaschools.org
PHONE NUMBER: (208) 547-3371
250 East 2Nd South
Soda Springs, ID  83276

South Lemhi District
SUPERINTENDENT: Kevin Ramsey
E-MAIL: kpramsey@leadoreschool.org
PHONE NUMBER: (208) 768-2441
111 South Third Street
Leadore, ID 83464

St Maries Joint District
SUPERINTENDENT: Alica Holthaus
E-MAIL: aholthaus@sd41.org
PHONE NUMBER: (208) 245-2579
240 S. 11th Street
St Maries, ID  83861

Sugar-salem Joint District
SUPERINTENDENT: Chester Bradshaw
E-MAIL: cbradshaw@sugarsalem.com
PHONE NUMBER: (208) 356-8802
105 W Center Street
Sugar City, ID 83448

Swan Valley Elementary Dist
SUPERINTENDENT: Michael Jacobson
E-MAIL: mjacobson@sveidaho.com
PHONE NUMBER: (208) 483-2405
3389 Highway 26
Irwin, ID  83428

Teton County District
SUPERINTENDENT: Monte Woolstenhulme
E-MAIL: mrw@tsd401.org
PHONE NUMBER: (208) 228-5923
210 N Main
Driggs, ID  83422

Three Creek Jt Elem District
SUPERINTENDENT: Marylin Boss
E-MAIL: mudruts@rtci.net
PHONE NUMBER: (208) 857-2281
49909 Three Creek Road
Rogerson, ID  83302

Troy School District
SUPERINTENDENT: Brad Malm
E-MAIL: bmalm@troysd287.org
PHONE NUMBER: (208) 835-3791
102 W 5Th Street
Troy, ID  83871

Twin Falls District
SUPERINTENDENT: Brady Dickinson
E-MAIL: dickinsonbr@tfsd.org
PHONE NUMBER: (208) 733-6900
201 Main Avenue West
Twin Falls, ID  83301

Valley District
SUPERINTENDENT: Eric Anderson
E-MAIL: eanderson@valley262.org
PHONE NUMBER: (208) 829-5333
882 Valley Road South
Hazelton, ID  83335

Vallivue School District
SUPERINTENDENT: Pat Charlton
E-MAIL: pat.charlton@vallivue.org
PHONE NUMBER: (208) 454-0445
5207 S Montana Avenue
Caldwell, ID  83607

Wallace District
SUPERINTENDENT: Robert Ranells
E-MAIL: branells@wsd393.org
PHONE NUMBER: (208) 753-4515
405 7Th Street
Wallace, ID  83873

Weiser District
SUPERINTENDENT: Wade Wilson
E-MAIL: wilsonw@weiserschools.org
PHONE NUMBER: (208) 414-0616
925 Pioneer Road
Weiser, ID  83672

Wendell District
SUPERINTENDENT: Tim Perrigot
E-MAIL: tperrigot@wendellschools.org
PHONE NUMBER: (208) 536-2418
150 East Main Street
Wendell, ID  83355

West Bonner County District
SUPERINTENDENT: Paul Anselmo
E-MAIL: paulanselmo@sd83.org
PHONE NUMBER: (208) 448-4439
221 Main Street
Priest River, ID  83856

West Jefferson District
SUPERINTENDENT: Shane Williams
E-MAIL: shane.williams@wjsd.org
PHONE NUMBER: (208) 663-4542
1256 East 1500 North
Terreton, ID  83450

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

West Side Joint District
SUPERINTENDENT: Spencer Barzee
E-MAIL: sbarzee@westside202.com
PHONE NUMBER: (208) 747-3502
626 N West Side Highway
Dayton, ID  83232

Whitepine Jt School District
SUPERINTENDENT: Bruce Bradberry
E-MAIL: bbradberry@sd288.k12.id.us
PHONE NUMBER: (208) 877-1408
502 First Ave
Deary, ID  83823

Wilder District
SUPERINTENDENT: Jeff Dillon
E-MAIL: jdillon@wilderschools.org
PHONE NUMBER: (208) 482-6228
218 Golden Gate Ave East
Wilder, ID  83676

A E R O  Spec Educ Coop
SUPERINTENDENT: James Gunnell
E-MAIL: jgunnell@aerosped.org
PHONE NUMBER: (708) 496-3330
7600 Mason Ave
Burbank, IL  60459

Abingdon-avon Cusd 276
SUPERINTENDENT: Mike Curry
E-MAIL: mcurry@atown276.net
PHONE NUMBER: (309) 462-2301
401 W Latimer St
Abingdon, IL  61410

A-c Central Cusd 262
SUPERINTENDENT: Tim Page
E-MAIL: tpage@a-ccentral.us
PHONE NUMBER: (217) 476-8112
501 E Buchanan St
Ashland, IL  62612

Adams/pike Roe
SUPERINTENDENT: Jill Reis
E-MAIL: jreis@roe1.net
PHONE NUMBER: (217) 277-2080
507 Vermont St
Quincy, IL  62301

Addison Sd 4
SUPERINTENDENT: John Langton
E-MAIL: jlangton@asd4.org
PHONE NUMBER: (630) 458-2425
222 N Jf Kennedy Dr
Addison, IL  60101

Adlai E Stevenson Hsd 125
SUPERINTENDENT: Eric Twadell
E-MAIL: etwadell@d125.org
PHONE NUMBER: (847) 415-4000
1 Stevenson Drive
Lincolnshire, IL  60069

Akin Ccsd 91
SUPERINTENDENT: Tammy Mccollum
E-MAIL: tmccollum@akin091.org
PHONE NUMBER: (618) 627-2180
21962 Akin Blacktop
Akin, IL  62890

Albers Sd 63
SUPERINTENDENT: Mike Toeben
E-MAIL: mtoeben@alberscougars.com
PHONE NUMBER: (618) 248-5146
206 N Broadway
Albers, IL  62215

Alden Hebron Sd 19
SUPERINTENDENT: Debbie Ehlenburg
E-MAIL: dehlenburg@alden-hebron.org
PHONE NUMBER: (815) 648-2886
9604 Illinois St
Hebron, IL  60034

Allendale Ccsd 17
SUPERINTENDENT: Robert Bowser
E-MAIL: bbowser@allendaleschool.net
PHONE NUMBER: (618) 299-3161
101 N 3Rd St
Allendale, IL  62410

Allen-otter Creek Ccsd 65
SUPERINTENDENT: Mary Baima
E-MAIL: mpbaima@ransomgradeschool.net
PHONE NUMBER: (815) 586-4611
400 S Lane St
Ransom, IL  60470

Alsip-hazlgrn-oaklwn Sd 126
SUPERINTENDENT: Craig Gwaltney
E-MAIL: cgwaltney@dist126.org
PHONE NUMBER: (708) 389-1900
11900 S Kostner Ave
Alsip, IL  60803

Altamont Cusd 10
SUPERINTENDENT: Steve Mayerhofer
E-MAIL: smayerho@altamontschools.org
PHONE NUMBER: (618) 483-6195
7 S Ewing St
Altamont, IL  62411

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Alton Cusd 11
SUPERINTENDENT: Kristie Baumgartner
E-MAIL: kbaumgartner@altonschools.org
PHONE NUMBER: (618) 474-2600
1854 E Broadway
Alton, IL  62002

Alwood Cusd 225
SUPERINTENDENT: Shannon Bumann
E-MAIL: bumanns@alwood.net
PHONE NUMBER: (309) 334-2719
301 E 5Th Ave
Woodhull, IL  61490

Amboy Cusd 272
SUPERINTENDENT: Joshua Nichols
E-MAIL: jnichols@amboy.net
PHONE NUMBER: (815) 857-2164
11 E Hawley St
Amboy, IL  61310

Anna Ccsd 37
SUPERINTENDENT: Julie Bullard
E-MAIL: jbullard@anna37.com
PHONE NUMBER: (618) 833-6812
301 S Green St
Anna, IL  62906

Anna Jonesboro Chsd 81
SUPERINTENDENT: Rob Wright
E-MAIL: rwright@aj81.net
PHONE NUMBER: (618) 833-8421
608 S Main St
Anna, IL  62906

Annawan Cusd 226
SUPERINTENDENT: Matt Nordstrom
E-MAIL: mnordstrom@annawan226.org
PHONE NUMBER: (309) 935-6781
501 W South St
Annawan, IL  61234

Antioch Ccsd 34
SUPERINTENDENT: Bradford Hubbard
E-MAIL: bhubbard@antioch34.com
PHONE NUMBER: (847) 838-8400
964 Spafford St
Antioch, IL  60002

Aptakisic-tripp Ccsd 102
SUPERINTENDENT: Lori Wilcox
E-MAIL: lwilcox@d102.org
PHONE NUMBER: (847) 353-5650
1231 Weiland Rd
Buffalo Grove, IL  60089

Arbor Park Sd 145
SUPERINTENDENT: Andrea Sala
E-MAIL: asala@arbor145.org
PHONE NUMBER: (708) 687-8040
17301 Central Ave
Oak Forest, IL  60452

Arcola Cusd 306
SUPERINTENDENT: Tom Mulligan
E-MAIL: tmulligan@arcolaschools.com
PHONE NUMBER: (217) 268-4963
351 W Washington St
Arcola, IL  61910

Argenta-oreana Cusd 1
SUPERINTENDENT: Damian Jones
E-MAIL: djones@argenta-oreana.org
PHONE NUMBER: (217) 795-2313
500 N Main St
Argenta, IL  62501

Argo Chsd 217
SUPERINTENDENT: William Toulios
E-MAIL: wtoulios@argohs.net
PHONE NUMBER: (708) 728-3200
7329 W 63Rd St
Summit, IL  60501

Arlington Heights Sd 25
SUPERINTENDENT: Lori Bein
E-MAIL: lbein@sd25.org
PHONE NUMBER: (847) 758-4900
1200 S Dunton Ave
Arlington Heights, IL  60005

Armstrong Twp Hsd 225
SUPERINTENDENT: Bill Mulvaney
E-MAIL: bilmul@armstrong.k12.il.us
PHONE NUMBER: (217) 569-2122
30474 Smith
Armstrong, IL  61812

Armstrong-ellis Cons Sd 61
SUPERINTENDENT: William Mulvaney
E-MAIL: bilmul@armstrong.k12.il.us
PHONE NUMBER: (217) 569-2115
3571 Gifford Ave
Armstrong, IL  61812

Arthur Cusd 305
SUPERINTENDENT: Shannon Cheek
E-MAIL: cheeks@cusd305.org
PHONE NUMBER: (217) 543-2511
301 E Columbia St
Arthur, IL  61911

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Ashley Ccsd 15
SUPERINTENDENT: Brian Hodge
E-MAIL: bhodge@ashleyccsd15.org
PHONE NUMBER: (618) 485-6611
450 N Third St
Ashley, IL  62808

Ashton-franklin Center Cusd 275
SUPERINTENDENT: Michael Lindy
E-MAIL: mlindy@afcschools.net
PHONE NUMBER: (815) 453-7461
611 Western Ave
Ashton, IL  61006

Astoria Cusd 1
SUPERINTENDENT: Don Willett
E-MAIL: dwillett@acusd1.org
PHONE NUMBER: (309) 329 - 2156
402 N Jefferson St
Astoria, IL  61501

Athens Cusd 213
SUPERINTENDENT: Scott Laird
E-MAIL: slaird@athens-213.org
PHONE NUMBER: (217) 636-8761
501 Warrior Way
Athens, IL  62613

Atwood Heights Sd 125
SUPERINTENDENT: Thomas Livingston
E-MAIL: tlivingston@ahsd125.org
PHONE NUMBER: (708) 371-0080
12150 S Hamlin Ave
Alsip, IL  60803

Auburn Cusd 10
SUPERINTENDENT: Darren Root
E-MAIL: droot@auburn.k12.il.us
PHONE NUMBER: (217) 438-6164
606 W North St
Auburn, IL  62615

Aurora East Usd 131
SUPERINTENDENT: Jennifer Norrell
E-MAIL: jnorrell@d131.org
PHONE NUMBER: (630) 299-5554
417 5Th St
Aurora, IL  60505

Aurora West Usd 129
SUPERINTENDENT: Jeff Craig
E-MAIL: jcraig@sd129.org
PHONE NUMBER: (630) 301-5100
80 S River St
Aurora, IL  60506

Aviston Sd 21
SUPERINTENDENT: Phillip Hamil
E-MAIL: phamil@avistonk-8.org
PHONE NUMBER: (618) 228-7245
350 S Hull St
Aviston, IL  62216

Avoca Sd 37
SUPERINTENDENT: Kaine Osburn
E-MAIL: osburnk@avoca37.org
PHONE NUMBER: (847) 251-3587
2921 Illinois Rd
Wilmette, IL  60091

B H R A Cooperative Hs
SUPERINTENDENT: Scott Watson
E-MAIL: swatson@bismarck.k12.il.us
PHONE NUMBER: (217)759-7261
PO Box 350
Bismarck, IL  61814

Ball Chatham Cusd 5
SUPERINTENDENT: Douglas Wood
E-MAIL: dwood@bcsd5.org
PHONE NUMBER: (217) 483-2416
201 W Mulberry St
Chatham, IL  62629

Bannockburn Sd 106
SUPERINTENDENT: Scott Herrmann
E-MAIL: sherrmann@bannockburnschool.org
PHONE NUMBER: (847) 945-5900
2165 Telegraph Rd
Bannockburn, IL  60015

Barrington Cusd 220
SUPERINTENDENT: Brian Harris
E-MAIL: bharris@barrington220.org
PHONE NUMBER: (847) 381-6300
310 James St
Barrington, IL  60010

Bartelso Sd 57
SUPERINTENDENT: Tom Siegler
E-MAIL: tsiegler@bsd57.org
PHONE NUMBER: (618) 765-2164
306 S Washington
Bartelso, IL  62218

Bartonville Sd 66
SUPERINTENDENT: Lan Eberle
E-MAIL: leberle@bgs66.org
PHONE NUMBER: (309) 697-3253
6000 S Adams St
Bartonville, IL  61607

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Batavia Usd 101
SUPERINTENDENT: Lisa Hichens
E-MAIL: lisa.hichens@bps101.net
PHONE NUMBER: (630) 937-8800
335 W Wilson St
Batavia, IL  60510

Beach Park Ccsd 3
SUPERINTENDENT: Craig Doster
E-MAIL: cdoster@bpd3.org
PHONE NUMBER: (847) 599-5005
11315 W Wadsworth Rd
Beach Park, IL  60099

Beardstown Cusd 15
SUPERINTENDENT: Ron Gilbert
E-MAIL: gilbertr@beardstown.com
PHONE NUMBER: (217) 323-3099
500 E 15Th St
Beardstown, IL  62618

Beecher City Cusd 20
SUPERINTENDENT: Scott Cameron
E-MAIL: scameron.bchs@gmail.com
PHONE NUMBER: (618) 487-5100
438 E State Highway 33
Beecher City, IL  62414

Beecher Cusd 200u
SUPERINTENDENT: Brad Cox
E-MAIL: bcox@beecher200u.org
PHONE NUMBER: (708) 946-2266
538 Miller St
Beecher, IL  60401

Belle Valley Sd 119
SUPERINTENDENT: Dane Gale
E-MAIL: rdgale@bv119.net
PHONE NUMBER: (618) 236-5200
2465 Amann Dr
Belleville, IL  62220

Belleville Area Special Services
SUPERINTENDENT: Jeff Daugherty
E-MAIL: jeff.daugherty@bassc-sped.org
PHONE NUMBER: (618) 355-4700
2411 Pathways Xing
Belleville, IL  62221

Belleville Sd 118
SUPERINTENDENT: Ryan Boike
E-MAIL: rboike@belleville118.org
PHONE NUMBER: (618) 233-2830
105 W A St
Belleville, IL  62220

Belleville Twp Hsd 201
SUPERINTENDENT: Brian Mentzer
E-MAIL: bmentzer@bths201.org
PHONE NUMBER: (618) 222-8200
920 N Illinois St
Belleville, IL  62220

Bellwood Sd 88
SUPERINTENDENT: Mark Holder
E-MAIL: mholder@sd88.org
PHONE NUMBER: (708)410-3934
640 Eastern Ave
Bellwood, IL  60104

Belvidere Cusd 100
SUPERINTENDENT: Daniel Woestman
E-MAIL: dwoestman@district100.com
PHONE NUMBER: (815) 544-0301
1201 5Th Ave
Belvidere, IL  61008

Bement Cusd 5
SUPERINTENDENT: Sheila Greenwood
E-MAIL: sgreenwood@bement.k12.il.us
PHONE NUMBER: (217) 678-4200
201 S Champaign St
Bement, IL  61813

Benjamin Sd 25
SUPERINTENDENT: Jim Woell
E-MAIL: jwoell@bendist25.org
PHONE NUMBER: (630) 876-7800
28W250 Saint Charles Rd
West Chicago, IL  60185

Bensenville Sd 2
SUPERINTENDENT: James Stelter
E-MAIL: jstelter@bsd2.org
PHONE NUMBER: (630) 766-5940
210 S Church Rd
Bensenville, IL  60106

Benton Ccsd 47
SUPERINTENDENT: Steve Smith
E-MAIL: stevesmith@benton47.org
PHONE NUMBER: (618) 439-3136
1000 Forest St.
Benton, IL  62812

Benton Cons Hsd 103
SUPERINTENDENT: Benjamin Johnson
E-MAIL: bjohnson@bentonhighschool.org
PHONE NUMBER: (618) 439-6415
511 E Main St
Benton, IL  62812

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Berkeley Sd 87
SUPERINTENDENT: Terri Bresnahan
E-MAIL: tbresnahan@berkeley87.org
PHONE NUMBER: (708) 449-3350
1200 N Wolf Rd
Berkeley, IL  60163

Berwyn North Sd 98
SUPERINTENDENT: Michelle Smith
E-MAIL: msmith@bn98.org
PHONE NUMBER: (708) 484-6200
6633 16Th St
Berwyn, IL  60402

Berwyn South Sd 100
SUPERINTENDENT: Mary Havis
E-MAIL: mhavis@bsd100.org
PHONE NUMBER: (708) 795-2300
3401 Gunderson Ave
Berwyn, IL  60402

Bethalto Cusd 8
SUPERINTENDENT: Jill Griffin
E-MAIL: jgriffin@bethalto.org
PHONE NUMBER: (618) 377-7200
610 Texas Blvd
Bethalto, IL  62010

Bethel Sd 82
SUPERINTENDENT: Craig Kujawa
E-MAIL: ckujawa@bethelschool.net
PHONE NUMBER: (618) 244-8095
1201 Bethel Rd
Mount Vernon, IL  62864

Bi-county Special Educ Coop
SUPERINTENDENT: Laurie Heston
E-MAIL: lheston@bi-county.org
PHONE NUMBER: (815)622-0858
2317 E Lincolnway A
Sterling, IL  61081

Big Hollow Sd 38
SUPERINTENDENT: Bob Gold
E-MAIL: bobgold@bighollow.us
PHONE NUMBER: (847) 740-1490
26051 W Nippersink Rd
Ingleside, IL  60041

Bismarck Henning Cusd
SUPERINTENDENT: Scott Watson
E-MAIL: swatson@bismarck.k12.il.us
PHONE NUMBER: (217) 759-7261
17268 E 2750 North Rd
Bismarck, IL  61814

Black Hawk Area Sp Ed District
SUPERINTENDENT: Christan Schrader
E-MAIL: cschrader@bhased.org
PHONE NUMBER: (309) 796-2500
4670 11Th St
East Moline, IL  61244

Bloom Twp Hsd 206
SUPERINTENDENT: Lenell Navarre
E-MAIL: lnavarre@sd206.org
PHONE NUMBER: (708) 755-7010
100 W 10Th St
Chicago Heights, IL  60411

Bloomingdale Sd 13
SUPERINTENDENT: Jon Bartelt
E-MAIL: jbartelt@sd13.org
PHONE NUMBER: (630) 893-9590
164 Euclid Ave
Bloomingdale, IL  60108

Bloomington Area Career Center
SUPERINTENDENT: Tom Frazier
E-MAIL: fraziert@district87.org
PHONE NUMBER: (309) 829-8671
1202 E Locust St
Bloomington, IL  61701

Bloomington Sd 87
SUPERINTENDENT: Barry Reilly
E-MAIL: reillyb@district87.org
PHONE NUMBER: (309) 827-6031
300 E Monroe St
Bloomington, IL  61701

Blue Ridge Cusd 18
SUPERINTENDENT: Hillary Stanifer
E-MAIL: hstanifer@blueridge18.org
PHONE NUMBER: (309) 928-9141
411 N John St
Farmer City, IL  61842

Bluford Ccsd 114
SUPERINTENDENT: Shane Gordon
E-MAIL: sgordon@blufordschools.org
PHONE NUMBER: (618) 732-8242
901 6Th St
Bluford, IL  62814

Bluford Unit School District 318
SUPERINTENDENT: Shane Gordon
E-MAIL: sgordon@blufordschools.org
PHONE NUMBER: (618)732-8242
901 6th St
Bluford, IL  62814

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Bmp Tri County Special Ed Coop
SUPERINTENDENT: Gwen Garver
E-MAIL: tricountyse5@gmail.com
PHONE NUMBER: (815) 646-8031
400 N Galena St
Tiskilwa, IL  61368

Bond County Cusd 2
SUPERINTENDENT: Wes Olson
E-MAIL: wolson@bccu2.org
PHONE NUMBER: (618) 664-0170
1008 N Hena St
Greenville, IL  62246

Bond Fayette Effingham Efe 410
SUPERINTENDENT: Julie Wollerman
E-MAIL: juliewollerman@roe3.org
PHONE NUMBER: (618) 283-4525
1109 N 8Th St
Vandalia, IL  62471

Bond/effingham/fayette Roe
SUPERINTENDENT: Julie Wollerman
E-MAIL: juliewollerman@roe3.org
PHONE NUMBER: (618) 283-5011
300 S 7Th St
Vandalia, IL  62471

Boone County Spec Educ Coop
SUPERINTENDENT: Daniel Woestman
E-MAIL: dwoestman@district100.com
PHONE NUMBER: (815) 547-5432
1201 5Th Ave
Belvidere, IL  61008

Boone/winnebago Roe
SUPERINTENDENT: Scott Bloomquist
E-MAIL: sbloomquist@roe4.org
PHONE NUMBER: (815) 636-3060
300 Heart Blvd
Loves Park, IL  61111

Bourbonnais Sd 53
SUPERINTENDENT: Adam Ehrman
E-MAIL: ehrmana@besd53.org
PHONE NUMBER: (815) 929-5100
281 W John Casey Rd
Bourbonnais, IL  60914

Bradford Cusd 1
SUPERINTENDENT: Chad Gripp
E-MAIL: c.gripp@bcusd1.net
PHONE NUMBER: (309) 897-2801
115 High St
Bradford, IL  61421

Bradley Bourbonnais Chsd 307
SUPERINTENDENT: Scott Wakeley
E-MAIL: swakeley@bbchs.org
PHONE NUMBER: (815) 937-3707
700 W North St
Bradley, IL  60915

Bradley Sd 61
SUPERINTENDENT: Scott Goselin
E-MAIL: sgoselin@bradleyschools.com
PHONE NUMBER: (815) 933-3371
111 N Crosswell Ave
Bradley, IL  60915

Breese Esd 12
SUPERINTENDENT: Travis Schmale
E-MAIL: tschmale@d12bobcats.org
PHONE NUMBER: (618) 526-7128
777 Memorial Dr
Breese, IL  62230

Bremen Chsd 228
SUPERINTENDENT: Bill Kendall
E-MAIL: bkendall@bhsd228.com
PHONE NUMBER: (708) 389-1175
15233 Pulaski Rd
Midlothian, IL  60445

Brimfield Cusd 309
SUPERINTENDENT: Dennis Mcnamara
E-MAIL: dennis.mcnamara@brimfield309.com
PHONE NUMBER: (309) 446-3378
323 E Clinton St
Brimfield, IL  61517

Brookfield Lagrange Park Sd 95
SUPERINTENDENT: Mark Kuzniewski
E-MAIL: mkuzniewski@district95.org
PHONE NUMBER: (708) 485-0606
3524 Maple Ave
Brookfield, IL  60513

Brooklyn Ud 188
SUPERINTENDENT: Raelynn Parks
E-MAIL: rparks@lovejoyschool.com
PHONE NUMBER: (618) 271-1028
800 Madison St
Lovejoy, IL  62059

Brookwood Sd 167
SUPERINTENDENT: Valorie Moore
E-MAIL: vmoore@brookwood167.org
PHONE NUMBER: (708) 758-5190
201 E Glenwood Dyer Rd
Glenwood, IL  60425

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Brown County Cusd 1
SUPERINTENDENT: Vicki Phillips
E-MAIL: vphillips@bchornets.com
PHONE NUMBER: (217) 773-7502
503 Nw Cross St
Mount Sterling, IL  62353

Brown/cass/morgan/scott Roe
SUPERINTENDENT: Jill Reis
E-MAIL: jreis@roe1.net
PHONE NUMBER: (217) 243-1804
110 N West St
Jacksonville, IL  62650

Brownstown Cusd 201
SUPERINTENDENT: Mike Shackelford
E-MAIL: mshack@bcusd201.com
PHONE NUMBER: (618) 427-3355
421 S College Ave
Brownstown, IL  62418

Buncombe Cons Sd 43
SUPERINTENDENT: Vickie Tripp
E-MAIL: vickitrpp@yahoo.com
PHONE NUMBER: (618) 658-8830
164 Main
Buncombe, IL  62912

Bunker Hill Cusd 8
SUPERINTENDENT: Todd Dugan
E-MAIL: tdugan@bhcusd.org
PHONE NUMBER: (618) 585-3116
504 E Warren St
Bunker Hill, IL  62014

Burbank Sd 111
SUPERINTENDENT: Franzy Fleck
E-MAIL: ffleck@bsd111.org
PHONE NUMBER: (708) 496-0500
7600 Central Ave
Burbank, IL  60459

Bureau Valley Cusd 340
SUPERINTENDENT: Amber Harper
E-MAIL: aharper@bureauvalley.net
PHONE NUMBER: (815) 445-3101
9068 2125 N Avenue
Manilus, IL  61338

Bureau/henry/stark Roe
SUPERINTENDENT: Angie Zarvell
E-MAIL: azarvell@bhsroe.org
PHONE NUMBER: (309) 936-7890
107 S State St
Atkinson, IL  61235

Burnham Sd 154-5
SUPERINTENDENT: Stephen Geraci
E-MAIL: s.geraci@d1545.org
PHONE NUMBER: (708) 862-8636
13945 S Green Bay Ave
Burnham, IL  60633

Bushnell Prairie City Cusd 170
SUPERINTENDENT: Kathy Dinger
E-MAIL: dingerk@bpcschools.org
PHONE NUMBER: (309) 772-9461
845 Walnut St
Bushnell, IL  61422

Butler Sd 53
SUPERINTENDENT: Paul Omalley
E-MAIL: superintendent@butler53.com
PHONE NUMBER: (630) 573-2887
2801 York Rd
Oak Brook, IL  60523

Byron Cusd 226
SUPERINTENDENT: Buster Barton
E-MAIL: bbarton@byron226.org
PHONE NUMBER: (815) 234-5491
696 N Colfax St
Byron, IL  61010

Cahokia Cusd 187
SUPERINTENDENT: Tanya Mitchell
E-MAIL: mitchellta@cusd187.org
PHONE NUMBER: (618) 332-3700
1700 Jerome Ln
Cahokia, IL  62206

Cairo Usd 1
SUPERINTENDENT: Andrea Evers
E-MAIL: aevers@cairoschooldistrict1.com
PHONE NUMBER: (618) 734-4102
4201 Sycamore St
Cairo, IL  62914

Calhoun Cusd 40
SUPERINTENDENT: Kate Sievers
E-MAIL: ksievers@calhoun40.net
PHONE NUMBER: (618) 576-2722
101 Calhoun Ave
Hardin, IL  62047

Calhoun/greene/jersy/macoupin Roe
SUPERINTENDENT: Michelle Mueller
E-MAIL: mmueller@roe40.com
PHONE NUMBER: (217) 854-4016
225 E Nicholas St
Carlinville, IL  62626

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Calumet City Sd 155
SUPERINTENDENT: Joseph Zotto
E-MAIL: jzotto@calumetcity155.org
PHONE NUMBER: (708) 862-7665
540 Superior Ave
Calumet City, IL  60409

Calumet Public Sd 132
SUPERINTENDENT: Elizabeth Reynolds
E-MAIL: ereynolds@sd132.org
PHONE NUMBER: (708) 388-8920
1440 W Vermont Ave
Calumet Park, IL  60827

Cambridge Cusd 227
SUPERINTENDENT: Thomas Akers
E-MAIL: takers@district227.org
PHONE NUMBER: (309) 937-2144
300 S West St
Cambridge, IL  61238

Canton Union Sd 66
SUPERINTENDENT: Rolf Sivertsen
E-MAIL: Rolf.Sivertsen@cantonusd.org
PHONE NUMBER: (309) 647-9411
20 W Walnut St
Canton, IL  61520

Capital Area Career Center
SUPERINTENDENT: Jodi Ferriell
E-MAIL: jferriell@caccschool.org
PHONE NUMBER: (217) 529-5431
2201 Toronto Rd
Springfield, IL  62712

Carbon Cliff-barstow Sd 36
SUPERINTENDENT: Kyle Ganson
E-MAIL: kganson@ccb36.com
PHONE NUMBER: (309) 792-2002
2002 Eagle Ridge Dr
Silvis, IL  61282

Carbondale Chsd 165
SUPERINTENDENT: Steve Murphy
E-MAIL: steve.murphy@cchs165.com
PHONE NUMBER: (618) 457-4722
330 S Giant City Rd
Carbondale, IL  62902

Carbondale Esd 95
SUPERINTENDENT: Daniel Booth
E-MAIL: dbooth@ces95.org
PHONE NUMBER: (618) 457-3591
925 S Giant City Rd
Carbondale, IL  62902

Career & Tech Educ Consortium
SUPERINTENDENT: Brian Greene
E-MAIL: brian.greene@fsd145.org
PHONE NUMBER: (815) 232-0709
2037 W Galena Ave
Freeport, IL  61032

Career Center Of Southern Il
SUPERINTENDENT: Stephanie Mohr
E-MAIL: smohr@gotoccsi.org
PHONE NUMBER: (618) 473-2222
6137 Beck Rd
Red Bud, IL  62278

Career Development System
SUPERINTENDENT: Carol Brooks
E-MAIL: cbrooks@ssc.edu
PHONE NUMBER: (708) 225-6021
16333 Kilbourne Ave
Oak Forest, IL  60452

Career Educ Assoc Of N Central Il
SUPERINTENDENT: Margie Hartfiel
E-MAIL: m.hartfiel@ceanci.org
PHONE NUMBER: (815) 921-1650
4151 Samuelson Rd
Rockford, IL  61109

Career Prep Net @ Prairie State
SUPERINTENDENT: Deborah Havighorst
E-MAIL: dhavighorst@prairiestate.edu
PHONE NUMBER: (708) 709-7903
202 S Halsted St
Chicago Heights, IL  60411

Career Preparation Network
SUPERINTENDENT: Janice Stoettner
E-MAIL: jstoettner@prairiestate.edu
PHONE NUMBER: (708)709-7905
202 S Halsted St
Chicago Heights, IL  60411

Carlinville Cusd 1
SUPERINTENDENT: Becky Schuchman
E-MAIL: schuchmb@cusd1.com
PHONE NUMBER: (217) 854-9823
829 W Main St
Carlinville, IL  62626

Carlyle Cusd 1
SUPERINTENDENT: Annie Gray
E-MAIL: agray@clinton.k12.il.us
PHONE NUMBER: (618) 594-8283
1400 13Th St
Carlyle, IL  62231

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Carmi-white County Cusd 5
SUPERINTENDENT: Brad Lee
E-MAIL: blee@carmischools.org
PHONE NUMBER: (618) 382-2341
301 W Main St
Carmi, IL 62821

Carroll/jo Daviess/stephenson Roe
SUPERINTENDENT: Aaron Mercier
E-MAIL: amercier@roe8.com
PHONE NUMBER: (815) 599-1408
27 S State Ave Ste 101
Freeport, IL 61032

Carrollton Cusd 1
SUPERINTENDENT: Mark Halwachs
E-MAIL: mhalwachs@c-hawks.org
PHONE NUMBER: (217) 942-5314
950A 3Rd St
Carrollton, IL 62016

Carterville Cusd 5
SUPERINTENDENT: Keith Liddell
E-MAIL: kliddell@cartervilleschools.org
PHONE NUMBER: (618) 985-2940
306 Virginia Ave
Carterville, IL 62918

Carthage Esd 317
SUPERINTENDENT: Vicki Hardy
E-MAIL: vhardy@cesd317.org
PHONE NUMBER: (217) 357-3922
210 S Adams St
Carthage, IL 62321

Cary Ccsd 26
SUPERINTENDENT: Brian Coleman
E-MAIL: brian.coleman@cary26.org
PHONE NUMBER: (847) 639-7788
2115 Crystal Lake Rd
Cary, IL 60013

Casey-westfield Cusd 4c
SUPERINTENDENT: Jon Julius
E-MAIL: jon.julius@caseywestfield.org
PHONE NUMBER: (217) 932-2184
502 E Delaware Ave
Casey, IL 62420

Cass Sd 63
SUPERINTENDENT: Mark Cross
E-MAIL: mcross@cassd63.org
PHONE NUMBER: (331) 481-4000
8502 Bailey Rd
Darien, IL 60561

Catlin Cusd 5
SUPERINTENDENT: Phil Cox
E-MAIL: pcox@saltfork.org
PHONE NUMBER: (217) 427-2116
701 1/2 W Vermilion St
Catlin, IL 61817

Ccsd 146
SUPERINTENDENT: Jeff Stawick
E-MAIL: jstawick@district146.org
PHONE NUMBER: (708) 614-4500
6611 171St St
Tinley Park, IL 60477

Ccsd 168
SUPERINTENDENT: Donna Leak
E-MAIL: dleak@d168.org
PHONE NUMBER: (708) 758-1614
21899 Torrence Ave
Sauk Village, IL 60411

Ccsd 180
SUPERINTENDENT: Thomas Schneider
E-MAIL: tschneider@ccsd180.org
PHONE NUMBER: (630) 734-6600
15W451 91St St
Burr Ridge, IL 60527

Ccsd 204
SUPERINTENDENT: Jerry Travelstead
E-MAIL: jtravelstead@ccsd204.org
PHONE NUMBER: (618) 357-2419
6067 State Route 154
Pinckneyville, IL 62274

Ccsd 62
SUPERINTENDENT: Paul Hertel
E-MAIL: Hertelp@d62.org
PHONE NUMBER: (847) 824-1136
777 E Algonquin Rd
Des Plaines, IL 60016

Ccsd 89
SUPERINTENDENT: Emily Tammaru
E-MAIL: etammaru@ccsd89.org
PHONE NUMBER: (630) 469-8900
22W600 Butterfield Rd
Glen Ellyn, IL 60137

Ccsd 93
SUPERINTENDENT: David Hill
E-MAIL: hilld@ccsd93.com
PHONE NUMBER: (630) 539-3000
230 Covington Dr
Bloomingdale, IL 60108

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Center Cass Sd 66
SUPERINTENDENT: Andrew Wise
E-MAIL: awise@ccsd66.org
PHONE NUMBER: (630) 783-5153
699 Plainfield Rd
Downers Grove, IL  60516

Central A & M Cud 21
SUPERINTENDENT: Deann Heck
E-MAIL: dheck@camraiders.com
PHONE NUMBER: (217) 226-4022
105 N College St
Assumption, IL  62510

Central Chsd 71
SUPERINTENDENT: Dustin Foutch
E-MAIL: dfoutch@centralcougars.org
PHONE NUMBER: (618) 526-4510
7740 Old Us Highway 50
Breese, IL  62230

Central City Sd 133
SUPERINTENDENT: Tim Branon
E-MAIL: branon@ccs133.com
PHONE NUMBER: (618) 532-9521
129 Douglas St
Centralia, IL  62801

Central Cusd 3
SUPERINTENDENT: Erica Smith
E-MAIL: esmith@cusd3.com
PHONE NUMBER: (217) 593-7116
2110 Highway 94 N
Camp Point, IL  62320

Central Cusd 301
SUPERINTENDENT: Todd Stirn
E-MAIL: todd.stirn@central301.net
PHONE NUMBER: (847) 464-6005
275 South St
Burlington, IL  60109

Central Cusd 4
SUPERINTENDENT: Tonya Evans
E-MAIL: tevans@cusd4.org
PHONE NUMBER: (815) 694-2231
203 N 3Rd St
Ashkum, IL  60911

Central Il Voc Ed Coop
SUPERINTENDENT: Randall Toepke
E-MAIL: rtoepke@mths.us
PHONE NUMBER: (309) 367-2783
101 W Madison St
Metamora, IL  61548

Central Ill Rural Region
SUPERINTENDENT: Michelle Mueller
E-MAIL: mmueller@roe40.com
PHONE NUMBER: (618) 498-5541
201 W Exchange St
Jerseyville, IL  62052

Central Sd 104
SUPERINTENDENT: Dawn Elser
E-MAIL: delser@central104.org
PHONE NUMBER: (618) 632-6336
309 Hartman Ln
O Fallon, IL  62269

Central Sd 51
SUPERINTENDENT: Dale Heidbreder
E-MAIL: dheidbreder@central51.net
PHONE NUMBER: (309) 444-3943
1301 Eagle Ave
Washington, IL  61571

Central Stickney Sd 110
SUPERINTENDENT: Erin Hackett
E-MAIL: ehackett@sahs.k12.il.us
PHONE NUMBER: (708) 458-1152
5001 S Long Ave
Chicago, IL  60638

Centralia Hsd 200
SUPERINTENDENT: Chuck Lane
E-MAIL: clane@centraliahs.org
PHONE NUMBER: (618) 532-7391
2100 E Calumet St
Centralia, IL  62801

Centralia Sd 135
SUPERINTENDENT: Craig Clark
E-MAIL: cclark@ccs135.com
PHONE NUMBER: (618) 532-1907
400 S Elm St
Centralia, IL  62801

Century Cusd 100
SUPERINTENDENT: Landon Sommer
E-MAIL: landonsommer@centuryschool100.com
PHONE NUMBER: (618) 845-3447
4721 Shawnee College Rd
Ullin, IL  62992

Cerro Gordo Cusd 100
SUPERINTENDENT: Brett Robinson
E-MAIL: brobinson@cgbroncos.org
PHONE NUMBER: (217) 763-2711
300 E Durfee St
Cerro Gordo, IL  61818

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Chadwick-milledgeville Cusd 399
SUPERINTENDENT: Timothy Schurman
E-MAIL: tschurman@dist399.net
PHONE NUMBER: (815) 684-5191
15 School St
Chadwick, IL  61014

Champaign Cusd 4
SUPERINTENDENT: Susan Zola
E-MAIL: zolasu@u4sd.org
PHONE NUMBER: (217) 351-3800
703 S New St
Champaign, IL  61820

Champaign/ford Roe
SUPERINTENDENT: Gary Lewis
E-MAIL: glewis@roe9.org
PHONE NUMBER: (217) 893-3219
200 S Fredrick St
Rantoul, IL  61866

Chaney-monge Sd 88
SUPERINTENDENT: Andy Siegfried
E-MAIL: asiegfried@chaneymonge.us
PHONE NUMBER: (815) 722-6673
400 Elsie Ave
Crest Hill, IL  60403

Channahon Sd 17
SUPERINTENDENT: Nicholas Henkle
E-MAIL: nhenkle@csd17.org
PHONE NUMBER: (815) 467-4315
24920 S Sage St
Channahon, IL  60410

Charleston Cusd 1
SUPERINTENDENT: Todd Vilardo
E-MAIL: tjvil@charleston.k12.il.us
PHONE NUMBER: (217) 639-1000
410 W Polk Ave
Charleston, IL  61920

Chester N Hsd 122
SUPERINTENDENT: Kelton Davis
E-MAIL: kdavis@roe45.org
PHONE NUMBER: (618) 939-5650
107 E Mill St
Waterloo, IL  62298

Chester-east Lincoln Ccsd 61
SUPERINTENDENT: Laura Irwin
E-MAIL: lirwin@cel61.com
PHONE NUMBER: (217) 732-4136
1300 1500Th St
Lincoln, IL  62656

Chicago Heights Sd 170
SUPERINTENDENT: Tom Amadio
E-MAIL: tamadio@sd170.com
PHONE NUMBER: (708) 756-4165
30 W 16Th St
Chicago Heights, IL  60411

Chicago Ridge Sd 127-5
SUPERINTENDENT: Adam Thorns
E-MAIL: athorns@crsd1275.org
PHONE NUMBER: (708) 636-2000
6135 108Th St
Chicago Ridge, IL  60415

Christian/montgomery Efe System
SUPERINTENDENT: Nick Elder
E-MAIL: nelder@efe.k12.il.us
PHONE NUMBER: (217) 532-5184
1 Courthouse Sq
Hillsboro, IL  62049

Christian/montgomery Roe
SUPERINTENDENT: Julie Wollerman
E-MAIL: juliewollerman@roe3.org
PHONE NUMBER: (217) 532-9591
203 S Main St
Hillsboro, IL  62049

Christopher Usd 99
SUPERINTENDENT: Richard Towers
E-MAIL: rtowers@cpher99.org
PHONE NUMBER: (618) 724-9461
1 Bearcat Dr
Christopher, IL  62822

Chsd 117
SUPERINTENDENT: James Mckay
E-MAIL: jim.mckay@chsd117.org
PHONE NUMBER: (847) 838-7679
1625 Deep Lake Rd
Lake Villa, IL  60046

Chsd 128
SUPERINTENDENT: Prentiss Lea
E-MAIL: prentiss.lea@d128.org
PHONE NUMBER: (847) 247-4500
50 Lakeview Pkwy Ste 101
Vernon Hills, IL  60061

Chsd 155
SUPERINTENDENT: Steve Olson
E-MAIL: solson@d155.org
PHONE NUMBER: (815) 455-8500
1 South Virginia Road
Crystal Lake, IL  60014

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Chsd 218
SUPERINTENDENT: Ty Harting
E-MAIL: ty.harting@chsd218.org
PHONE NUMBER: (708) 424-2000
10701 Kilpatrick Ave
Oak Lawn, IL  60453

Chsd 94
SUPERINTENDENT: Moses Cheng
E-MAIL: mcheng@d94.org
PHONE NUMBER: (630) 876-6210
326 Joliet St
West Chicago, IL  60185

Chsd 99
SUPERINTENDENT: Hank Thiele
E-MAIL: hthiele@csd99.org
PHONE NUMBER: (630) 795-7100
6301 Springside Ave
Downers Grove, IL  60516

Cicero Sd 99
SUPERINTENDENT: Rodolfo Hernandez
E-MAIL: rohernandez@cicd99.edu
PHONE NUMBER: (708) 863-4856
5110 W 24Th St
Cicero, IL  60804

Cissna Park Cusd 6
SUPERINTENDENT: Daniel Hylbert
E-MAIL: dan.hylbert@cpschool.org
PHONE NUMBER: (815) 457-2171
511 N 2Nd St
Cissna Park, IL  60924

City Of Chicago Sd 299
SUPERINTENDENT: Janice Jackson
E-MAIL: cedo-jackson@cps.edu
PHONE NUMBER: (773) 553-1000
42 W Madison St 2Nd Flr
Chicago, IL  60602

Clay City Cusd 10
SUPERINTENDENT: Cathy Croy
E-MAIL: ccroy@claycityschools.org
PHONE NUMBER: (618) 676-1431
607 S Walnut  Sw
Clay City, IL  62824

Clay/cwford/jsper/lwrnce/rhland
SUPERINTENDENT: Monte Newlin
E-MAIL: mnewlin@roe12.net
PHONE NUMBER: (618) 392-4631
103 W Main St
Olney, IL  62450

Clay/jasper/richland/n Wayne Rds
SUPERINTENDENT: Mary Stine
E-MAIL: cjrnwrds@wabash.net
PHONE NUMBER: (618) 662-4059
600 S Locust St
Flora, IL  62839

Clinton Cusd 15
SUPERINTENDENT: Curt Nettles
E-MAIL: cnettles@cusd15.org
PHONE NUMBER: (217) 935-8321
1210 State Route 54W
Clinton, IL  61727

Clinton/marion/washington Roe
SUPERINTENDENT: Ron Daniels
E-MAIL: rdaniels@roe13.org
PHONE NUMBER: (618) 594-2432
930 Fairfax St Ste B
Carlyle, IL  62231

Coal City Cusd 1
SUPERINTENDENT: Kent Bugg
E-MAIL: kbugg@coalcityschools.org
PHONE NUMBER: (815) 634-2287
100 S Baima St
Coal City, IL  60416

Cobden Sud 17
SUPERINTENDENT: Edwin Shoemate
E-MAIL: eshoemate@cusd17.com
PHONE NUMBER: (618) 893-2313
413 N Appleknocker St
Cobden, IL  62920

Collinsville Area Career Ctr
SUPERINTENDENT: Mark Skertich
E-MAIL: bskertich@cusd.kahoks.org
PHONE NUMBER: (618) 346-6350
2201 S Morrison Ave
Collinsville, IL  62234

Collinsville Cusd 10
SUPERINTENDENT: Mark Skertich
E-MAIL: bskertich@cusd.kahoks.org
PHONE NUMBER: (618) 346-6350
201 W Clay St
Collinsville, IL  62234

Colona Sd 190
SUPERINTENDENT: Carl Johnson
E-MAIL: cjohnson@csd190.com
PHONE NUMBER: (309) 792-1232
700 1St St
Colona, IL  61241

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Columbia Cusd 4
SUPERINTENDENT: Christopher Grode
E-MAIL: grode.christopher@columbia4.org
PHONE NUMBER: (618) 281-4772
5 Veterans Pkwy
Columbia, IL  62236

Comm Cons Sd 59
SUPERINTENDENT: Arthur Fessler
E-MAIL: fessler.art@ccsd59.org
PHONE NUMBER: (847) 593-4300
2123 S Arlington Heights Rd
Arlington Heights, IL  60005

Cons Hsd 230
SUPERINTENDENT: James Gay
E-MAIL: jgay@d230.org
PHONE NUMBER: (708) 745-5210
15100 S 94Th Ave
Orland Park, IL  60462

Cons Sd 158
SUPERINTENDENT: Scott Rowe
E-MAIL: superintendent@district158.org
PHONE NUMBER: (847) 659-6158
650 Academic Dr
Algonquin, IL  60102

Cook County Sd 130
SUPERINTENDENT: Colleen Mckay
E-MAIL: cmckay@district130.org
PHONE NUMBER: (708) 385-6800
12300 Greenwood Ave
Blue Island, IL  60406

Coop Assoc For Spec Educ
SUPERINTENDENT: Mary Furbush
E-MAIL: mfurbush@casedupage.com
PHONE NUMBER: (630) 942-5600
22W600 Butterfield Rd
Glen Ellyn, IL  60137

Coop Assoc For Spec Educ
SUPERINTENDENT: Mindy Mcguffin
E-MAIL: mmcguffin@sased.org
PHONE NUMBER: (630)942-5600
22w600 Butterfield
Glen Ellyn, IL  60137

Cornell Ccsd 426
SUPERINTENDENT: Geoff Schoonover
E-MAIL: gschoonover@cornellgradeschool.org
PHONE NUMBER: (815) 358-2214
300 N 7Th St
Cornell, IL  61319

Coulterville Usd 1
SUPERINTENDENT: Karyn Albers
E-MAIL: kalbers@cvillecusd1.org
PHONE NUMBER: (618) 758-2881
101 W Grant St
Coulterville, IL  62237

Country Club Hills Sd 160
SUPERINTENDENT: Duane Meighan
E-MAIL: dr.duane.meighan@cch160.org
PHONE NUMBER: (708) 957-6200
4411 185Th St
Country Club Hills, IL  60478

County Of Union Sch Dist No43
SUPERINTENDENT: Kevin Westall
E-MAIL: kwestall@jonesboro43.com
PHONE NUMBER: (618) 833-5148
309 Cook Ave
Jonesboro, IL  62952

County Of Winnebago Sd 320
SUPERINTENDENT: Scott Fisher
E-MAIL: sfisher@sb320.org
PHONE NUMBER: (815) 389-3478
850 Hayes Ave
South Beloit, IL  61080

County Of Woodford School
SUPERINTENDENT: Sean Olaughlin
E-MAIL: solaughl@mths.us
PHONE NUMBER: (309) 367-4129
101 W Madison St
Metamora, IL  61548

Cowden-herrick Cusd 3a
SUPERINTENDENT: Seth Schuler
E-MAIL: sschuler@cowdenherrick.org
PHONE NUMBER: (217) 783-2126
Rr 128
Cowden, IL  62422

Crab Orchard Cusd 3
SUPERINTENDENT: Derek Hutchins
E-MAIL: derek.hutchins@cocusd3.com
PHONE NUMBER: (618) 982-2181
19189 Bailey St
Marion, IL  62959

Crescent Iroquois Cusd 249
SUPERINTENDENT: Rodney Grimsley
E-MAIL: rgrimsley@ccgshawks.net
PHONE NUMBER: (815) 683-2141
600 South St
Crescent City, IL  60928

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Creston Ccsd 161
SUPERINTENDENT: Curt Rheingans
E-MAIL: crheingans@crestonschool.org
PHONE NUMBER: (815) 384-3920
202 W South St
Creston, IL  60113

Crete Monee Cusd 201u
SUPERINTENDENT: Kara Coglianese
E-MAIL: coglianesek@cm201u.org
PHONE NUMBER: (708) 367-8310
1500 S Sangamon St
Crete, IL  60417

Creve Coeur Sd 76
SUPERINTENDENT: Steve Johnson
E-MAIL: sjohnson@cc76.k12.il.us
PHONE NUMBER: (309) 698-3600
300 N Highland St
Creve Coeur, IL  61610

Crystal Lake Ccsd 47
SUPERINTENDENT: Kathy Hinz
E-MAIL: khinz@d47.org
PHONE NUMBER: (815) 788-5000
300 Commerce Dr
Crystal Lake, IL  60014

Cumberland Cusd 77
SUPERINTENDENT: Todd Butler
E-MAIL: tbutler@cumberland.k12.il.us
PHONE NUMBER: (217) 923-3132
1496 Illinois Route 121
Toledo, IL  62468

Cusd 200
SUPERINTENDENT: Jeff Schuler
E-MAIL: jeff.schuler@cusd200.org
PHONE NUMBER: (630) 682-2002
130 W Park Ave
Wheaton, IL  60189

Cusd 201
SUPERINTENDENT: Kevin Carey
E-MAIL: kcarey@cusd201.org
PHONE NUMBER: (630) 468-8004
133 S Grant St
Westmont, IL  60559

Cusd 3 Fulton County
SUPERINTENDENT: Angela Simmons
E-MAIL: asimmons@cusd3.net
PHONE NUMBER: (309) 785-5021
517 E Madison St
Cuba, IL  61427

Cusd 300
SUPERINTENDENT: Fred Heid
E-MAIL: frederick.heid@d300.org
PHONE NUMBER: (847) 551-8308
2550 Harnish Dr
Algonquin, IL  60102

Cusd 4
SUPERINTENDENT: Scott Riddle
E-MAIL: scott.riddle@cusd4.com
PHONE NUMBER: (217) 936-2111
453 W Collins St
Mendon, IL  62351

Cypress Sd 64
SUPERINTENDENT: Kimberly Shoemaker
E-MAIL: kshoemaker@cypressgradeschool.org
PHONE NUMBER: (618) 657-2525
4580 Mount Pisgah Rd
Cypress, IL  62923

Dakota Cusd 201
SUPERINTENDENT: Jason Grey
E-MAIL: jgrey@dakota201.com
PHONE NUMBER: (815) 449-2832
400 Campus Dr
Dakota, IL  61018

Dallas Esd 327
SUPERINTENDENT: Michelle Lee
E-MAIL: mlee@dallascity.k12.il.us
PHONE NUMBER: (217) 852-3204
921 Creamery Hill Rd
Dallas City, IL  62330

Dalzell Sd 98
SUPERINTENDENT: Bruce Bauer
E-MAIL: bbauer@bhsroe.org
PHONE NUMBER: (815) 663-8821
307 Chestnut St
Dalzell, IL  61320

Damiansville Sd 62
SUPERINTENDENT: Dustin Nail
E-MAIL: dnail@damiansvilleelem.com
PHONE NUMBER: (618) 248-5188
101 E Main St
Damiansville, IL  62215

Danville Ccsd 118
SUPERINTENDENT: Alicia Geddis
E-MAIL: geddisa@danville118.org
PHONE NUMBER: (217) 444-1004
516 N Jackson St
Danville, IL  61832

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Darien Sd 61
SUPERINTENDENT: Robert Carlo
E-MAIL: bcarlo@darien61.org
PHONE NUMBER: (630) 968-7505
7414 S Cass Ave
Darien, IL  60561

De Kalb Roe
SUPERINTENDENT: Amanda Christensen
E-MAIL: achristensen@dekalbcounty.org
PHONE NUMBER: (815) 217-0460
2500 N Annie Glidden Rd Ste C
Dekalb, IL  60115

De Witt/livingston/mclean Roe
SUPERINTENDENT: Mark Jontry
E-MAIL: jontrym@roe17.org
PHONE NUMBER: (309) 888-5120
200 W Front St Ste 500D
Bloomington, IL  61701

Decatur Sd 61
SUPERINTENDENT: Paul Fregeau
E-MAIL: pfregeau@dps61.org
PHONE NUMBER: (217) 424-3011
101 W Cerro Gordo St
Decatur, IL  62523

Deer Creek-mackinaw Cusd 701
SUPERINTENDENT: Michele Jacobs
E-MAIL: mjacobs@deemack.org
PHONE NUMBER: (309) 359-8965
401 E Fifth St
Mackinaw, IL  61755

Deer Park Ccsd 82
SUPERINTENDENT: Michael Struna
E-MAIL: mstruna@deerpark82.org
PHONE NUMBER: (815)434-6930
2350 E 1025th Rd
Ottawa, IL  61350

Deerfield Sd 109
SUPERINTENDENT: Jane Westerhold
E-MAIL: superintendent@dps109.org
PHONE NUMBER: (847) 945-1844
517 Deerfield Rd
Deerfield, IL  60015

Dekalb Cusd 428
SUPERINTENDENT: Ray Lechner
E-MAIL: ray.lechner@d428.org
PHONE NUMBER: (815) 754-2350
901 S 4Th St
Dekalb, IL  60115

Delabar Cte System
SUPERINTENDENT: Nancy Bitner
E-MAIL: nbitner@roe33.net
PHONE NUMBER: (309) 734-7545
105 N E St Ste 1
Monmouth, IL  61462

Deland-weldon Cusd 57
SUPERINTENDENT: Amanda Geary
E-MAIL: ageary@dwschools.org
PHONE NUMBER: (217) 736-2311
304 E Il Route 10
De Land, IL  61839

Delavan Cusd 703
SUPERINTENDENT: Andrew Brooks
E-MAIL: brooksa@delavanschools.com
PHONE NUMBER: (309) 244-9872
907 Locust St
Delavan, IL  61734

Depue Usd 103
SUPERINTENDENT: Brad Kenser
E-MAIL: kenserb@depueschools.org
PHONE NUMBER: (815) 200-5253
204 Pleasant
Depue, IL  61322

Des Plaines Valley Efe
SUPERINTENDENT: Anne Cothran
E-MAIL: director@dvr-efe.org
PHONE NUMBER: (708) 779-4448
2000 5Th Ave M100
River Grove, IL  60171

Desoto Cons Sd 86
SUPERINTENDENT: Nathaniel Wilson
E-MAIL: nwilson@desoto86.org
PHONE NUMBER: (618) 867-2317
311 Hurst Rd
De Soto, IL  62924

Diamond Lake Sd 76
SUPERINTENDENT: Bhavna Lewis
E-MAIL: bsharmalewis@dist76.org
PHONE NUMBER: (847) 566-9221
500 Acorn Ln
Mundelein, IL  60060

Dieterich Cusd 30
SUPERINTENDENT: Cary Jackson
E-MAIL: cjackson@dieterich.k12.il.us
PHONE NUMBER: (217) 925-5249
205 S Pine St
Dieterich, IL  62424

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Dimmick Ccsd 175
SUPERINTENDENT: Ryan Linnig
E-MAIL: rlinnig@dimmick175.com
PHONE NUMBER: (815) 223-2933
297 N 33Rd Rd
La Salle, IL  61301

Dimmick Comm Cons Sd #175
SUPERINTENDENT: Ryan Linnig
E-MAIL: rlinnig@dimmick175.com
PHONE NUMBER: (815)223-2933
297 N 33rd Rd
La Salle, IL  61301

District 50 Schools
SUPERINTENDENT: Chad Allaman
E-MAIL: callaman@d50schools.com
PHONE NUMBER: (309) 745-8914
304 E Almond Dr
Washington, IL  61571

Dixon Usd 170
SUPERINTENDENT: Margo Empen
E-MAIL: mempen@dps170.org
PHONE NUMBER: (815) 284-7722
1335 Franklin Grove Rd
Dixon, IL  61021

Dolton Sd 148
SUPERINTENDENT: Kevin Nohelty
E-MAIL: noheltyk@district148.net
PHONE NUMBER: (708) 841-2290
114 W 144Th St
Riverdale, IL  60827

Dolton Sd 149
SUPERINTENDENT: Shelly Jones
E-MAIL: daviss@sd149.org
PHONE NUMBER: (708) 868-7861
292 Torrence Ave
Calumet City, IL  60409

Dongola Usd 66
SUPERINTENDENT: Paige Maginel
E-MAIL: pmaginel@dongolaschool.com
PHONE NUMBER: (618) 827-3841
1000 High St
Dongola, IL  62926

Donovan Cusd 3
SUPERINTENDENT: Toby Coates
E-MAIL: coatest@donovanschools.org
PHONE NUMBER: (815) 486-7398
600 North St
Donovan, IL  60931

Downers Grove Gsd 58
SUPERINTENDENT: Kevin Russell
E-MAIL: krussell@dg58.org
PHONE NUMBER: (630) 719-5800
1860 63Rd St
Downers Grove, IL  60516

Dunlap Cusd 323
SUPERINTENDENT: Scott Dearman
E-MAIL: sdearman@dunlapcusd.net
PHONE NUMBER: (309) 691-3955
3020 W Willow Knolls Dr
Peoria, IL 61614

Dupage Area Occup Educ Sys
SUPERINTENDENT: Mike Zimmerman
E-MAIL: mikez@daoes.org
PHONE NUMBER: (630) 691-7590
301 S Swift Rd
Addison, IL  60101

Dupage Hsd 88
SUPERINTENDENT: Scott Helton
E-MAIL: shelton@dupage88.net
PHONE NUMBER: (630) 530-3981
2 Friendship Plz
Addison, IL  60101

Dupage Roe
SUPERINTENDENT: Darlene Ruscitti
E-MAIL: druscitti@dupage.k12.il.us
PHONE NUMBER: (630) 407-5800
421 N County Farm Rd
Wheaton, IL  60187

Dupo Cusd 196
SUPERINTENDENT: Kelly Carpenter
E-MAIL: kcarpenter@dupo196.org
PHONE NUMBER: (618) 286-3812
600 Louisa Ave
Dupo, IL  62239

Duquoin Cusd 300
SUPERINTENDENT: Matthew Hickam
E-MAIL: mhickam@duquoinschools.org
PHONE NUMBER: (618) 542-3856
845 E Jackson St
Du Quoin, IL  62832

Durand Cusd 322
SUPERINTENDENT: Kurt Alberstett
E-MAIL: kalberstett@cusd322.org
PHONE NUMBER: (815) 248-2171
200 W South St
Durand, IL  61024

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Dwight Common Sd 232
SUPERINTENDENT: Rich Jancek
E-MAIL: jancekr@dwight.k12.il.us
PHONE NUMBER: (815) 584-6220
801 S Franklin St
Dwight, IL 60420

Dwight Twp Hsd 230
SUPERINTENDENT: Rich Jancek
E-MAIL: jancekr@dwight.k12.il.us
PHONE NUMBER: (815) 584-6220
801 S Franklin St
Dwight, IL 60420

E St Louis Area Joint Agreement
SUPERINTENDENT: Arthur Culver
E-MAIL: arthur.culver@estl189.com
PHONE NUMBER: (618) 646-3000
1005 State St
East Saint Louis, IL 62201

Eagle Ridge Vocational Del Sys
SUPERINTENDENT: Kris Hall
E-MAIL: khall@cteacademy.net
PHONE NUMBER: (815) 947-3810
950 Us Highway 20 W
Elizabeth, IL 61028

Earlville Cusd 9
SUPERINTENDENT: Rich Faivre
E-MAIL: rfaivre@earlville9.org
PHONE NUMBER: (815) 246-8361
415 W Union St
Earlville, IL 60518

East Alton Sd 13
SUPERINTENDENT: Emile Warnecke
E-MAIL: ewarnecke@easd13.org
PHONE NUMBER: (618) 433-2051
210 E Saint Louis Ave
East Alton, IL 62024

East Alton-wood River Chsd 14
SUPERINTENDENT: John Pearson
E-MAIL: jpearson@eawr.org
PHONE NUMBER: (618) 254-3151
777 N Wood River Ave
Wood River, IL 62095

East Coloma - Nelson Cesd 20
SUPERINTENDENT: Chris Lensing
E-MAIL: clensing@ecoloma.net
PHONE NUMBER: (815) 625-4400
1602 Dixon Rd
Rock Falls, IL 61071

East Dubuque Usd 119
SUPERINTENDENT: Tj Potts
E-MAIL: tpotts@edbqhs.org
PHONE NUMBER: (815) 747-3188
100 N School Rd
East Dubuque, IL 61025

East Maine Sd 63
SUPERINTENDENT: Scott Clay
E-MAIL: sclay@emsd63.org
PHONE NUMBER: (847) 299-1900
10150 Dee Rd
Des Plaines, IL 60016

East Moline Sd 37
SUPERINTENDENT: Kristin Humphries
E-MAIL: khumphries@emsd37.org
PHONE NUMBER: (309) 792-2887
3451 Morton Dr
East Moline, IL 61244

East Peoria Chsd 309
SUPERINTENDENT: Marjorie Greuter
E-MAIL: MGreuter@ep309.org
PHONE NUMBER: (309) 694-8300
1401 E Washington St
East Peoria, IL 61611

East Peoria Sd 86
SUPERINTENDENT: Tony Ingold
E-MAIL: tony@epd86.org
PHONE NUMBER: (309) 427-5100
601 Taylor St
East Peoria, IL 61611

East Prairie Sd 73
SUPERINTENDENT: Scott Thompson
E-MAIL: sthompson@eps73.net
PHONE NUMBER: (847) 673-1141
3907 W. Dobson
Skokie, IL 60076

East Richland Cusd 1
SUPERINTENDENT: Chris Simpson
E-MAIL: csimpson@rccu1.net
PHONE NUMBER: (618) 395-2324
1100 E Laurel St
Olney, IL 62450

East St Louis Sd 189
SUPERINTENDENT: Arthur Culver
E-MAIL: arthur.culver@estl189.com
PHONE NUMBER: (618) 646-3009
1005 State St
East Saint Louis, IL 62201

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Eastern Il Area Of Spec Educ
SUPERINTENDENT: Tony Reeley
E-MAIL: treeley@eiase.com
PHONE NUMBER: (217) 348-7700
5837 Park Dr Ste 1
Charleston, IL  61920

Eastern Il Efe System
SUPERINTENDENT: Laura Sullivan
E-MAIL: lsullivan@eiefes.k12.il.us
PHONE NUMBER: (217) 258-6283
1617 Lakeland Blvd
Mattoon, IL 61938

Eastland Cusd 308
SUPERINTENDENT: Alex Kashner
E-MAIL: akashner@eastland308.com
PHONE NUMBER: (815) 493-6301
500 S School Dr
Lanark, IL  61046

Edgar County Cud 6
SUPERINTENDENT: James Acklin
E-MAIL: jacklin@chrisman.k12.il.us
PHONE NUMBER: (217) 269-2513
23231 Il Highway 1
Chrisman, IL  61924

Edinburg Cusd 4
SUPERINTENDENT: Ben Theilen
E-MAIL: btheilen@ecusd4.com
PHONE NUMBER: (217) 623-5603
100 E Martin St
Edinburg, IL  62531

Educ For Employment Sys 330
SUPERINTENDENT: Nick Elder
E-MAIL: nelder@efe.k12.il.us
PHONE NUMBER: (217) 355-1382
2400 W Bradley Ave # A113
Champaign, IL  61821

Edwards County Cusd 1
SUPERINTENDENT: David Cowger
E-MAIL: dcowger@eccusd.org
PHONE NUMBER: (618) 445-2814
361 W Main St # 100
Albion, IL  62806

Edwardsville Cusd 7
SUPERINTENDENT: Jason Henderson
E-MAIL: jhenderson@ecusd7.org
PHONE NUMBER: (618) 656-1182
708 Saint Louis St
Edwardsville, IL  62025

Effingham Cusd 40
SUPERINTENDENT: Mark Doan
E-MAIL: doanm@effingham.k12.il.us
PHONE NUMBER: (217) 540-1501
2803 S Banker St
Effingham, IL  62401

Egyptian Cusd 5
SUPERINTENDENT: Brad Misner
E-MAIL: bmisner@egyptianschool.com
PHONE NUMBER: (618) 776-5251
20023 Diswood Rd
Tamms, IL  62988

Eisenhower Cooperative
SUPERINTENDENT: Angela Zajac
E-MAIL: azajac@eisencoop.org
PHONE NUMBER: (708) 389-7580
5318 135Th St
Crestwood, IL  60445

El Paso-gridley Cusd 11
SUPERINTENDENT: Brian Kurz
E-MAIL: brian.kurz@unit11.org
PHONE NUMBER: (309) 527-4410
97 W 5Th St
El Paso, IL  61738

Eldorado Cusd 4
SUPERINTENDENT: Ryan Hobbs
E-MAIL: rhobbs@eldorado.k12.il.us
PHONE NUMBER: (618) 273-6394
2200A Illinois Ave
Eldorado, IL  62930

Elmhurst Sd 205
SUPERINTENDENT: David Moyer
E-MAIL: dmoyer@elmhurst205.org
PHONE NUMBER: (630) 834-4530
162 S York St
Elmhurst, IL  60126

Elmwood Cusd 322
SUPERINTENDENT: Chad Wagner
E-MAIL: cwagner@elmwood322.com
PHONE NUMBER: (309) 742-8464
301 W Butternut St
Elmwood, IL  61529

Elmwood Park Cusd 401
SUPERINTENDENT: Leah Gauthier
E-MAIL: gauthierl@epcusd401.org
PHONE NUMBER: (708) 583-5831
8201 W Fullerton Ave
Elmwood Park, IL  60707

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Elverado Cusd 196
SUPERINTENDENT: Kevin Spain
E-MAIL: kspain@elv196.org
PHONE NUMBER: (618) 568-1321
114 S 8Th St
Elkville, IL  62932

Elwood Ccsd 203
SUPERINTENDENT: Cathie Pezanoski
E-MAIL: c.pezanoski@elwoodschool.com
PHONE NUMBER: (815) 423-5588
409 N Chicago St
Elwood, IL  60421

Emmons Sd 33
SUPERINTENDENT: Janean Friedman
E-MAIL: jfriedman@emmons33.org
PHONE NUMBER: (847) 395-1105
24226 W Beach Grove Rd
Antioch, IL  60002

Erie Cusd 1
SUPERINTENDENT: Marty Felesena
E-MAIL: mfelesena@ecusd.info
PHONE NUMBER: (309) 659-2239
520 5Th Ave
Erie, IL  61250

Esd 159
SUPERINTENDENT: Mable Alfred
E-MAIL: malfred@dist159.com
PHONE NUMBER: (708) 720-1300
6202 Vollmer Rd
Matteson, IL  60443

Esl Regional Vocational System
SUPERINTENDENT: Arthur Culver
E-MAIL: arthur.culver@estl189.com
PHONE NUMBER: (618) 646-3000
1005 State St
East Saint Louis, IL  62201

Eswood Ccsd 269
SUPERINTENDENT: Joe Schwartz
E-MAIL: jschwartz@eswoodschool.org
PHONE NUMBER: (815) 393-4477
304 Main St
Lindenwood, IL  61049

Eureka Cud 140
SUPERINTENDENT: Robert Bardwell
E-MAIL: robert.bardwell@district140.org
PHONE NUMBER: (309) 467-3737
109 W Cruger Ave
Eureka, IL  61530

Evanston Ccsd 65
SUPERINTENDENT: Devon Horton
E-MAIL: hortond@district65.net
PHONE NUMBER: (847) 859-8000
1500 Mcdaniel Ave
Evanston, IL  60201

Evanston Dists 65/202 Jnt Agr
SUPERINTENDENT: Devon Horton
E-MAIL: hortond@district65.net
PHONE NUMBER: (847) 492-5986
1500 Mcdaniel Ave
Evanston, IL  60201

Evanston Twp Hsd 202
SUPERINTENDENT: Eric Witherspoon
E-MAIL: witherspoone@eths.k12.il.us
PHONE NUMBER: (847) 424-7220
1600 Dodge Ave
Evanston, IL  60201

Evergreen Park Chsd 231
SUPERINTENDENT: Tom Omalley
E-MAIL: tomalley@evergreenpark.org
PHONE NUMBER: (708) 424-7400
9901 S Kedzie Ave
Evergreen Park, IL  60805

Evergreen Park Esd 124
SUPERINTENDENT: Robert Machak
E-MAIL: rmachak@d124.org
PHONE NUMBER: (708) 423-0950
2929 W 87Th St
Evergreen Park, IL  60805

Ewing Northern Ccsd 115
SUPERINTENDENT: Kristin Ing
E-MAIL: king@ewinggradeschool.org
PHONE NUMBER: (618) 629-2181
51 N Main St
Ewing, IL  62836

Exc Children Have Opportunities
SUPERINTENDENT: Sandra Thomas
E-MAIL: sandra.thomas@echoja.org
PHONE NUMBER: (708) 333-7880
350 W 154Th St
South Holland, IL  60473

Exceptional Learners
SUPERINTENDENT: Megan Clarke
E-MAIL: mclarke@elced.org
PHONE NUMBER: (224)513-6444
601 Deerfield Pkwy
Buffalo Grove, IL  60089

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Fairfield Comm H S Dist 225
SUPERINTENDENT: Jill Fulkerson
E-MAIL: jfulkerson@fchsmules.com
PHONE NUMBER: (618) 847-9410
300 W King St
Fairfield, IL  62837

Fairfield Psd 112
SUPERINTENDENT: Diana Zurliene
E-MAIL: dzurliene@fairfieldcolts.com
PHONE NUMBER: (618) 842-6501
806 N 1St St
Fairfield, IL  62837

Fairmont Sd 89
SUPERINTENDENT: Diane Cepela
E-MAIL: dcepela@fsd89.org
PHONE NUMBER: (815) 726-6318
735 Green Garden Pl
Lockport, IL  60441

Fairview Sd 72
SUPERINTENDENT: Cindy Whittaker
E-MAIL: cwhittaker@fairview.k12.il.us
PHONE NUMBER: (847) 929-1050
7040 Laramie Ave
Skokie, IL  60077

Farmington Central Cusd 265
SUPERINTENDENT: Zac Chatterton
E-MAIL: zchatterton@dist265.com
PHONE NUMBER: (309) 245-1000
212 N Lightfoot Rd
Farmington, IL  61531

Fenton Chsd 100
SUPERINTENDENT: James Ongtengco
E-MAIL: ongtengco@fenton100.org
PHONE NUMBER: (630) 766-2500
1000 W Green St
Bensenville, IL  60106

Field Ccsd 3
SUPERINTENDENT: Gina Ilbery
E-MAIL: grilbery@fieldpanthers.com
PHONE NUMBER: (618) 755-4611
21075 N Hails Ln
Texico, IL  62889

Fieldcrest Cusd 6
SUPERINTENDENT: Kari Rockwell
E-MAIL: krockwell@unit6.org
PHONE NUMBER: (309) 432-2177
1 Dornbush Dr
Minonk, IL  61760

Fisher Cusd 1
SUPERINTENDENT: Barbara Thompson
E-MAIL: barb.thompson@fisherk12.org
PHONE NUMBER: (217) 897-6125
801 S 5Th St
Fisher, IL  61843

Five County Reg Voc Center
SUPERINTENDENT: Patrick Harner
E-MAIL: patrickpharner@fivecountyrvs.com
PHONE NUMBER: (618) 747-2703
130 Washington St
Tamms, IL  62988

Five County Reg Voc System
SUPERINTENDENT: Patrick Harner
E-MAIL: patrickpharner@fivecountyrvs.com
PHONE NUMBER: (618) 747-2703
130 Washington St
Tamms, IL  62988

Flanagan-cornell Dist 74
SUPERINTENDENT: Jerry Farris
E-MAIL: jfarris@fc74.org
PHONE NUMBER: (815) 796-2233
202 E Falcon Hwy
Flanagan, IL  61740

Flora Cusd 35
SUPERINTENDENT: Joel Hackney
E-MAIL: jhackney@floraschools.com
PHONE NUMBER: (618) 662-2412
444 S Locust St
Flora, IL  62839

Flossmoor Sd 161
SUPERINTENDENT: Dana Smith
E-MAIL: dsmith@sd161.org
PHONE NUMBER: (708) 647-7000
41 E Elmwood Dr
Chicago Heights, IL  60411

Ford Heights Sd 169
SUPERINTENDENT: Gregory Jackson
E-MAIL: gjackson@fordheights169.org
PHONE NUMBER: (708) 758-1370
910 Woodlawn Ave
Ford Heights, IL  60411

Ford Special Education Coop
SUPERINTENDENT: Jesse Mcfarling
E-MAIL: mcfarling.jesse@gcmsk12.org
PHONE NUMBER: (217) 784-5470
307 N Sangamon Ave
Gibson City, IL  60936

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Forest Park Sd 91
SUPERINTENDENT: Louis Cavallo
E-MAIL: lcavallo@forestparkschools.org
PHONE NUMBER: (708) 366-5700
424 Des Plaines Ave
Forest Park, IL  60130

Forest Ridge Sd 142
SUPERINTENDENT: Paul Mcdermott
E-MAIL: pmcdermott@d142.org
PHONE NUMBER: (708) 687-3334
15000 Laramie Ave
Oak Forest, IL  60452

Forrestville Valley Cusd 221
SUPERINTENDENT: Sheri Smith
E-MAIL: ssmith@fvdistrict221.org
PHONE NUMBER: (815) 938-2036
601 E Main St
Forreston, IL  61030

Four Rivers Spec Educ Dist
SUPERINTENDENT: Tracey Fair
E-MAIL: tfair@frsed.org
PHONE NUMBER: (217) 245-7174
936 W Michigan Ave
Jacksonville, IL  62650

Fox Lake Gsd 114
SUPERINTENDENT: Heather Friziellie
E-MAIL: heather.friziellie@foxlake114.org
PHONE NUMBER: (847) 973-4028
29067 W Grass Lake Rd
Spring Grove, IL  60081

Fox River Grove Cons Sd 3
SUPERINTENDENT: Tim Mahaffy
E-MAIL: mahaffyt@dist3.org
PHONE NUMBER: (847) 516-5100
403 Orchard St
Fox River Grove, IL  60021

Fox Valley Career Center
SUPERINTENDENT: Rick Burchell
E-MAIL: rick.burchell@kaneland.org
PHONE NUMBER: (630) 365-5113
47W326 Keslinger Rd
Maple Park, IL  60151

Frankfort Ccsd 157c
SUPERINTENDENT: Maura Zinni
E-MAIL: mzinni@fsd157c.org
PHONE NUMBER: (815) 469-5922
10482 Nebraska St
Frankfort, IL  60423

Frankfort Cusd 168
SUPERINTENDENT: Matt Donkin
E-MAIL: mdonkin@wfschools.org
PHONE NUMBER: (618) 937-2421
900 N Cherry St
West Frankfort, IL  62896

Franklin County Reg Del System
SUPERINTENDENT: Lorie Lequatte
E-MAIL: llequatte@roe21.org
PHONE NUMBER: (618) 438-9711
202 W Main St
Benton, IL  62812

Franklin Cusd 1
SUPERINTENDENT: Curt Simonson
E-MAIL: csimonson@franklinhigh.com
PHONE NUMBER: (217) 675-2395
107 N School Ave
Alexander, IL  62601

Franklin Park Sd 84
SUPERINTENDENT: David Katzin
E-MAIL: dkatzin@d84.org
PHONE NUMBER: (847) 455-4230
2915 Maple St
Franklin Park, IL  60131

Franklin/williamson Roe
SUPERINTENDENT: Lorie Lequatte
E-MAIL: llequatte@roe21.org
PHONE NUMBER: (618) 438-9711
202 W Main St
Benton, IL  62812

Franklin-jefferson Co Sp Ed Dist
SUPERINTENDENT: Jera Pieper
E-MAIL: jpieper@fjsped.org
PHONE NUMBER: (618) 439-7231
409 E Park St
Benton, IL  62812

Freeburg Ccsd 70
SUPERINTENDENT: Tomi Diefenbach
E-MAIL: diefenba@frg70.org
PHONE NUMBER: (618) 539-3188
408 S Belleville St
Freeburg, IL  62243

Freeburg Chsd 77
SUPERINTENDENT: Greg Frerking
E-MAIL: frerkiga@fchs77.org
PHONE NUMBER: (618) 539-5533
401 S Monroe St
Freeburg, IL  62243

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Freeport Sd 145
SUPERINTENDENT: Anna Alvarado
E-MAIL: anna.alvarado@fsd145.org
PHONE NUMBER: (815) 232-0309
501 E South St
Freeport, IL  61032

Fremont Sd 79
SUPERINTENDENT: Bill Robertson
E-MAIL: wrobertson@fsd79.org
PHONE NUMBER: (847) 566-0169
28855 N Fremont Center Rd
Mundelein, IL  60060

Fulton/schuyler Roe
SUPERINTENDENT: John Meixner
E-MAIL: jmeixner@roe26.net
PHONE NUMBER: (309) 575-3226
257 W Lincoln Ave
Lewistown, IL  61542

Galatia Cusd 1
SUPERINTENDENT: Shain Crank
E-MAIL: scrank@galatiak12.org
PHONE NUMBER: (618) 268-6371
200 N Hickory St
Galatia, IL  62935

Galena Usd 120
SUPERINTENDENT: Craig Mathers
E-MAIL: cmathers@gusd120.org
PHONE NUMBER: (815) 777-3086
1206 Franklin St
Galena, IL  61036

Galesburg Area Voc Ctr
SUPERINTENDENT: Jeff Houston
E-MAIL: jhouston@galesburg205.org
PHONE NUMBER: (309) 973-2005
1135 W Fremont St
Galesburg, IL  61401

Galesburg Cusd 205
SUPERINTENDENT: John Asplund
E-MAIL: jasplund@galesburg205.org
PHONE NUMBER: (309) 973-2000
932 Harrison St
Galesburg, IL  61401

Gallatin Cusd 7
SUPERINTENDENT: Judy Kaegi
E-MAIL: jlkaegi@gallatincusd7.com
PHONE NUMBER: (618) 272-7008
5175 Highway 13
Junction, IL  62954

Galva Cusd 224
SUPERINTENDENT: Doug Oriley
E-MAIL: doriley@galva224.org
PHONE NUMBER: (309) 932-2108
224 Morgan Rd
Galva, IL  61434

Gardner Ccsd 72c
SUPERINTENDENT: Michael Merritt
E-MAIL: mmerritt@ggs72.org
PHONE NUMBER: (815) 237-2313
598 N Elm St
Gardner, IL  60424

Gardner S Wilmington Twp Hsd 73
SUPERINTENDENT: Joshua Delong
E-MAIL: jdelong@gswhs73.org
PHONE NUMBER: (815) 237-2176
500 E Main St
Gardner, IL  60424

Gavin Sd 37
SUPERINTENDENT: Julie Brua
E-MAIL: jbrua@gavin37.org
PHONE NUMBER: (847) 546-2916
25775 W Il Route 134
Ingleside, IL  60041

Geff Ccsd 14
SUPERINTENDENT: Jill Barger
E-MAIL: jbarger@geffgs.org
PHONE NUMBER: (618) 897-2465
201 E Lafayette St
Geff, IL  62842

Gen George Patton Sd 133
SUPERINTENDENT: Carol Kunst
E-MAIL: ckunst@district133.org
PHONE NUMBER: (708) 841-3955
150 W 137Th St
Riverdale, IL  60827

Geneseo Cusd 228
SUPERINTENDENT: Adam Brumbaugh
E-MAIL: abrumbaugh@geneseoschools.org
PHONE NUMBER: (309) 945-0450
648 N Chicago St
Geneseo, IL  61254

Geneva Cusd 304
SUPERINTENDENT: Kent Mutchler
E-MAIL: kmutchler@geneva304.org
PHONE NUMBER: (630) 463-3000
227 N 4Th St
Geneva, IL  60134

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Genoa Kingston Cusd 424
SUPERINTENDENT: Brent Odaniell
E-MAIL: bodaniell@gkschools.org
PHONE NUMBER: (815) 784-6222
980 Park Ave
Genoa, IL  60135

Georgetown-ridge Farm Cud 4
SUPERINTENDENT: Jean Neal
E-MAIL: jneal@gobuffaloes.org
PHONE NUMBER: (217) 662-8488
502 W Mulberry St
Georgetown, IL  61846

Germantown Hills Sd 69
SUPERINTENDENT: Dan Mair
E-MAIL: dmair@ghills69.com
PHONE NUMBER: (309) 383-2121
110 Fandel Rd
Germantown Hills, IL  61548

Germantown Sd 60
SUPERINTENDENT: Robin Becker
E-MAIL: rbecker@germantownbulldogs.org
PHONE NUMBER: (618) 523-4253
401 Walnut St
Germantown, IL  62245

Giant City Ccsd 130
SUPERINTENDENT: Belinda Hill
E-MAIL: bhill@gcs130.org
PHONE NUMBER: (618) 457-5391
1062 Boskydell Rd
Carbondale, IL  62902

Gibson City-melvin-sibley Cusd 5
SUPERINTENDENT: Jeremy Darnell
E-MAIL: darnell.jeremy@gcmsk12.org
PHONE NUMBER: (217) 784-8296
307 N Sangamon Ave
Gibson City, IL  60936

Gifford Ccsd 188
SUPERINTENDENT: Jay Smith
E-MAIL: smithj@gifford.k12.il.us
PHONE NUMBER: (217) 568-7733
406 S Main St
Gifford, IL  61847

Gillespie Cusd 7
SUPERINTENDENT: Joe Tieman
E-MAIL: jtieman@cusd7.org
PHONE NUMBER: (217) 839-2464
510 W Elm St
Gillespie, IL  62033

Glen Ellyn Sd 41
SUPERINTENDENT: Paul Gordon
E-MAIL: pgordon@d41.org
PHONE NUMBER: (630) 790-6400
793 N Main St
Glen Ellyn, IL  60137

Glenbard Twp Hsd 87
SUPERINTENDENT: David Larson
E-MAIL: david_larson@glenbard.org
PHONE NUMBER: (630) 469-9100
596 Crescent Blvd
Glen Ellyn, IL  60137

Glencoe Sd 35
SUPERINTENDENT: Catherine Wang
E-MAIL: wangc@glencoeschools.org
PHONE NUMBER: (847) 835-7800
620 Greenwood Ave
Glencoe, IL  60022

Glenview Ccsd 34
SUPERINTENDENT: Dane Delli
E-MAIL: ddelli@glenview34.org
PHONE NUMBER: (847) 998-5000
1401 Greenwood Rd
Glenview, IL  60026

Golf Esd 67
SUPERINTENDENT: Beth Flores
E-MAIL: bflores@golf67.net
PHONE NUMBER: (847) 966-8200
9401 Waukegan Rd
Morton Grove, IL  60053

Goreville Cud 1
SUPERINTENDENT: Steve Webb
E-MAIL: swebb@gorevilleschools.com
PHONE NUMBER: (618) 995-9831
201 S Ferne Clyffe Rd
Goreville, IL  62939

Gower Sd 62
SUPERINTENDENT: Victor Simon
E-MAIL: vsimon@gower62.com
PHONE NUMBER: (630) 986-5383
7700 Clarendon Hills Rd
Willowbrook, IL  60527

Grand Prairie Ccsd 6
SUPERINTENDENT: Stuart Parks
E-MAIL: stuartp@gp6.org
PHONE NUMBER: (618) 249-6289
21462 N Richview Ln
Centralia, IL  62801

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Grand Ridge Ccsd 95
SUPERINTENDENT: Ted Sanders
E-MAIL: sandet@grgs95.org
PHONE NUMBER: (815) 249-6225
400 W Main St
Grand Ridge, IL  61325

Granite City Cusd 9
SUPERINTENDENT: Stephanie Cann
E-MAIL: stephanie.cann@gcsd9.net
PHONE NUMBER: (618) 451-5800
3200 Maryville Rd
Granite City, IL  62040

Grant Ccsd 110
SUPERINTENDENT: Matt Stines
E-MAIL: stines.m@dist110.com
PHONE NUMBER: (618) 398-5577
10110 Old Lincoln Trl
Fairview Heights, IL  62208

Grant Chsd 124
SUPERINTENDENT: Christine Sefcik
E-MAIL: csefcik@grantbulldogs.org
PHONE NUMBER: (847) 587-2561
285 E Grand Ave
Fox Lake, IL  60020

Grant Park Cusd 6
SUPERINTENDENT: John Palan
E-MAIL: jpalan@grantpark.k12.il.us
PHONE NUMBER: (815) 465-6013
421 Esson Farm Rd
Grant Park, IL  60940

Grass Lake Sd 36
SUPERINTENDENT: William Newby
E-MAIL: wnewby@gls36.org
PHONE NUMBER: (847) 395-1550
26177 W Grass Lake Rd
Antioch, IL  60002

Grayslake Ccsd 46
SUPERINTENDENT: Ellen Correll
E-MAIL: correll.ellen@d46.org
PHONE NUMBER: (847) 223-3650
565 Frederick Rd
Grayslake, IL  60030

Grayslake Chsd 127
SUPERINTENDENT: Mikkel Storaasli
E-MAIL: mstoraasli@d127.org
PHONE NUMBER: (847) 986-3400
400 N Lake St
Grayslake, IL  60030

Greenfield Cusd 10
SUPERINTENDENT: Kevin Bowman
E-MAIL: kbowman@greenfieldschools.org
PHONE NUMBER: (217) 368-2447
311 Mulberry St
Greenfield, IL  62044

Greenview Cusd 200
SUPERINTENDENT: Ryan Heavner
E-MAIL: rheavner@greenviewschools.org
PHONE NUMBER: (217) 968-2295
147 W Palmer St
Greenview, IL  62642

Griggsville-perry Cusd 4
SUPERINTENDENT: Kent Hawley
E-MAIL: hawleyk@griggsvilleperry.org
PHONE NUMBER: (217) 833-2352
202 N Stanford
Griggsville, IL  62340

Grundy Area Vocational Center
SUPERINTENDENT: Lance Copes
E-MAIL: lcopes@gavc-il.org
PHONE NUMBER: (815) 942-4390
1002 Union St
Morris, IL  60450

Grundy County Spec Educ Coop
SUPERINTENDENT: Neil Sanburg
E-MAIL: nsanburg@grundyspecialed.org
PHONE NUMBER: (815) 942-5780
725 School St
Morris, IL  60450

Grundy/kendall Roe
SUPERINTENDENT: Christopher Mehochko
E-MAIL: cmehochko@roe24.org
PHONE NUMBER: (815) 941-3247
1320 Union St
Morris, IL  60450

Gurnee Sd 56
SUPERINTENDENT: Colleen Pacatte
E-MAIL: cpacatte@d56.org
PHONE NUMBER: (847) 336-0800
3706 Florida Ave
Gurnee, IL  60031

Hall Hsd 502
SUPERINTENDENT: Jesse Brandt
E-MAIL: jbrandt@hallhighschool502.com
PHONE NUMBER: (815) 664-4500
800 W Erie St
Spring Valley, IL  61362

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Hamilton Ccsd 328
SUPERINTENDENT: Joe Yurko
E-MAIL: yurkoja@hhs328.com
PHONE NUMBER: (866) 332-3880
270 N 10Th St
Hamilton, IL  62341

Hamilton Co Cusd 10
SUPERINTENDENT: Jeff Fetcho
E-MAIL: fetchoj@unit10.com
PHONE NUMBER: (618) 643-2328
109 N Washington St
Mc Leansboro, IL  62859

Hamilton/jefferson Roe
SUPERINTENDENT: Ron Daniels
E-MAIL: rdaniels@roe13.org
PHONE NUMBER: (618) 244-8040
1714 Broadway St
Mount Vernon, IL  62864

Hampton Sd 29
SUPERINTENDENT: Scott Mckissick
E-MAIL: smckissick@hampton29.com
PHONE NUMBER: (309) 755-0693
206 5Th St
Hampton, IL  61256

Hancock/mcdonough Roe
SUPERINTENDENT: John Meixner
E-MAIL: jmeixner@roe26.net
PHONE NUMBER: (309) 575-3226
130 S Lafayette St Ste 200
Macomb, IL  61455

Hardin County Cusd 1
SUPERINTENDENT: Andy Edmondson
E-MAIL: aedmondson@hardink12.net
PHONE NUMBER: (618) 287-2411
Rr 2
Elizabethtown, IL  62931

Harlem Ud 122
SUPERINTENDENT: Julie Morris
E-MAIL: julie.morris@harlem122.org
PHONE NUMBER: (815) 654-4588
8605 N 2Nd St
Machesney Park, IL  61115

Harmony Emge Sd 175
SUPERINTENDENT: Dave Deets
E-MAIL: ddeets@harmony175.org
PHONE NUMBER: (618) 397-8444
7401 Westchester Dr
Belleville, IL  62223

Harrisburg Cusd 3
SUPERINTENDENT: Michael Gauch
E-MAIL: mgauch@harrisburg3.org
PHONE NUMBER: (618) 253-7637
40 S Main St
Harrisburg, IL  62946

Harrison Sd 36
SUPERINTENDENT: Susan Wings
E-MAIL: swings@hsd36.org
PHONE NUMBER: (815) 653-2311
6809 Mccullom Lake Rd
Wonder Lake, IL  60097

Hartsburg Emden Cusd 21
SUPERINTENDENT: Terry Wisniewski
E-MAIL: twisniewski@hartem.org
PHONE NUMBER: (217) 642-5244
400 W Front St
Hartsburg, IL  62643

Harvard Cusd 50
SUPERINTENDENT: Corey Tafoya
E-MAIL: ctafoya@cusd50.org
PHONE NUMBER: (815) 943-4022
401 N Division St
Harvard, IL  60033

Harvey Sd 152
SUPERINTENDENT: John Thomas
E-MAIL: superintendent@harvey152.org
PHONE NUMBER: (708) 333-0300
16001 Lincoln Ave
Harvey, IL  60426

Havana Cusd 126
SUPERINTENDENT: Mathew Plater
E-MAIL: mplater@havana126.net
PHONE NUMBER: (309) 543-3384
501 S Mckinley St
Havana, IL  62644

Hawthorn Ccsd 73
SUPERINTENDENT: Pete Hannigan
E-MAIL: hanniganp@hawthorn73.org
PHONE NUMBER: (847) 990-4244
841 W End Ct
Vernon Hills, IL  60061

Hazel Crest Sd 152-5
SUPERINTENDENT: Kenneth Spells
E-MAIL: kspells@sd1525.org
PHONE NUMBER: (708) 335-0790
1910 170Th St
Hazel Crest, IL  60429

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Heartland Region
SUPERINTENDENT: Bret Hitchings
E-MAIL: bhitchin@tech-academy.org
PHONE NUMBER: (217) 875-7211
1 College Park
Decatur, IL  62521

Heartland Technical Academy
SUPERINTENDENT: Bret Hitchings
E-MAIL: bhitchin@tech-academy.org
PHONE NUMBER: (217) 872-4050
1 College Park
Decatur, IL  62521

Henderson/mercer/warren Roe
SUPERINTENDENT: Jodi Scott
E-MAIL: jscott@roe33.net
PHONE NUMBER: (309) 734-6822
105 N E St Ste 1
Monmouth, IL  61462

Henry-senachwine Cusd 5
SUPERINTENDENT: Michael Miller
E-MAIL: mmiller@hscud5.org
PHONE NUMBER: (309) 364-3614
1023 College St
Henry, IL  61537

Henry-stark County Spec Ed Dist
SUPERINTENDENT: Greg Wertheim
E-MAIL: gwertheim@hscsed.org
PHONE NUMBER: (309) 852-5696
1318 W 6Th St
Kewanee, IL  61443

Heritage Cusd 8
SUPERINTENDENT: Tom Davis
E-MAIL: heritage8@usa.net
PHONE NUMBER: (217) 896-2041
206 E Diller St
Broadlands, IL  61816

Herrin Cusd 4
SUPERINTENDENT: Terry Ryker
E-MAIL: terry.ryker@herrinschools.org
PHONE NUMBER: (618) 988-8024
500 N 10Th St
Herrin, IL  62948

Herscher Cusd 2
SUPERINTENDENT: Richard Decman
E-MAIL: decmanr@hcusd2.org
PHONE NUMBER: (815) 426-2162
501 N Main St
Herscher, IL  60941

Heyworth Cusd 4
SUPERINTENDENT: Lisa Taylor
E-MAIL: taylorl@husd4.org
PHONE NUMBER: (309) 473-3727
522 E Main St
Heyworth, IL  61745

Hiawatha Cusd 426
SUPERINTENDENT: Jared Poynter
E-MAIL: jared.poynter@d426.org
PHONE NUMBER: (815) 522-6676
410 1St St
Kirkland, IL  60146

Highland Cusd 5
SUPERINTENDENT: Michael Sutton
E-MAIL: msutton@highlandcusd5.org
PHONE NUMBER: (618) 654-2106
400 Broadway
Highland, IL  62249

Hillsboro Cusd 3
SUPERINTENDENT: David Powell
E-MAIL: dpowell@hillsboroschools.net
PHONE NUMBER: (217) 532-2942
1311 Vandalia Rd
Hillsboro, IL  62049

Hillside Sd 93
SUPERINTENDENT: Kevin Suchinski
E-MAIL: KSuchinski@hillside93.org
PHONE NUMBER: (708) 449-6490
4804 Harrison St
Hillside, IL  60162

Hinckley Big Rock Cusd 429
SUPERINTENDENT: Travis Mcguire
E-MAIL: tmcguire@hbr429.org
PHONE NUMBER: (815) 286-7578
700 E Lincoln Ave
Hinckley, IL  60520

Hinsdale Ccsd 181
SUPERINTENDENT: Hector Garcia
E-MAIL: hgarcia@d181.org
PHONE NUMBER: (630) 861-4900
6010 S Elm St
Burr Ridge, IL  60527

Hinsdale Twp Hsd 86
SUPERINTENDENT: Tammy Prentiss
E-MAIL: tprentis@hinsdale86.org
PHONE NUMBER: (630) 655-6110
5500 S Grant St
Hinsdale, IL  60521

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Hollis Cons Sd 328
SUPERINTENDENT: Chad Jones
E-MAIL: cjones@hollis328.net
PHONE NUMBER: (309) 697-1325
5613 W Tuscarora Rd
Peoria, IL  61607

Homer Ccsd 33c
SUPERINTENDENT: Craig Schoppe
E-MAIL: cschoppe@homerschools.org
PHONE NUMBER: (708) 226-7600
15733 S Bell Rd
Homer Glen, IL  60491

Homewood Flossmoor Chsd 233
SUPERINTENDENT: Von Mansfield
E-MAIL: vmansfield@hf233.org
PHONE NUMBER: (708) 799-3000
999 Kedzie Ave
Flossmoor, IL  60422

Homewood Sd 153
SUPERINTENDENT: Dale Mitchell
E-MAIL: dale.mitchell@hsd153.org
PHONE NUMBER: (708) 799-5661
18205 Aberdeen St
Homewood, IL  60430

Hononegah Chd 207
SUPERINTENDENT: Michael Dugan
E-MAIL: mdugan@hononegah.org
PHONE NUMBER: (815) 624-5010
307 Salem St
Rockton, IL  61072

Hoopeston Area Cusd 11
SUPERINTENDENT: Robert Richardson
E-MAIL: richarre@hoopeston.k12.il.us
PHONE NUMBER: (217) 283-6668
615 E Orange St
Hoopeston, IL  60942

Hoover-schrum Memorial Sd 157
SUPERINTENDENT: Dwayne Evans
E-MAIL: devans@hsdist157.org
PHONE NUMBER: (708) 868-7500
1255 Superior Ave
Calumet City, IL  60409

Hutsonville Cusd 1
SUPERINTENDENT: Julie Kraemer
E-MAIL: julie.kraemer@hutsonvilletigers.net
PHONE NUMBER: (618) 563-4912
500 W Clover St
Hutsonville, IL  62433

Idjj Sch Dist 428
SUPERINTENDENT: Sophia Redmond
E-MAIL: sjredmond16@hotmail.com
PHONE NUMBER: (312) 814-4464
100 W Randolph Ste 4-200
Chicago, IL  60601

Il Mathematics & Science Academy
SUPERINTENDENT: Jose Torres
E-MAIL: jtorres@imsa.edu
PHONE NUMBER: (630) 907-5000
1500 Sullivan Rd
Aurora, IL  60506

Il Valley Central Usd 321
SUPERINTENDENT: Chad Allison
E-MAIL: callison@ivcschools.com
PHONE NUMBER: (309) 274-5418
1300 W Sycamore St
Chillicothe, IL  61523

Illini Bluffs Cusd 327
SUPERINTENDENT: Roger Alvey
E-MAIL: ralvey@ib327.com
PHONE NUMBER: (309) 389-2231
9611 S Hanna City Glasford Rd
Glasford, IL  61533

Illini Central Cusd 189
SUPERINTENDENT: Mike Ward
E-MAIL: mward@illinicentral.org
PHONE NUMBER: (217) 482-5180
208 N West Ave
Mason City, IL  62664

Illini West H S Dist 307
SUPERINTENDENT: Kim Schilson
E-MAIL: schilson.kim@illiniwest.org
PHONE NUMBER: (217) 357-9607
600 Miller St
Carthage, IL  62321

Illinois Migrant Council
SUPERINTENDENT: Magdalena Rivera
E-MAIL: mrivera@illinoismigrant.org
PHONE NUMBER: (312) 663-1522
118 S Clinton St Ste 500
Chicago, IL  60661

Indian Creek Cusd 425
SUPERINTENDENT: Chad Willis
E-MAIL: chad.willis@ictwolves.com
PHONE NUMBER: (815) 824-2197
506 S Shabbona Rd
Shabbona, IL  60550

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Indian Prairie Cusd 204
SUPERINTENDENT: Adrian Talley
E-MAIL: adrian_talley@ipsd.org
PHONE NUMBER: (630) 375-3000
780 Shoreline Dr
Aurora, IL  60504

Indian Springs Sd 109
SUPERINTENDENT: Blair Nuccio
E-MAIL: bnuccio@isd109.org
PHONE NUMBER: (708) 496-8700
7540 S 86Th Ave
Justice, IL 60458

Indian Valley Area Voc Ctr
SUPERINTENDENT: Joe Barbic
E-MAIL: jbarbic@ivvc.net
PHONE NUMBER: (815) 786-9873
600 Lions Rd
Sandwich, IL 60548

Iroquois Area Reg Del System
SUPERINTENDENT: Leo Sherman
E-MAIL: iardsdirector@co.iroquois.il.us
PHONE NUMBER: (815) 432-5470
1001 E Grant St Ste112B
Watseka, IL 60970

Iroquois County Cusd 9
SUPERINTENDENT: David Andriano
E-MAIL: david.andriano@watsekaschools.org
PHONE NUMBER: (815) 432-4931
1411 W Lafayette St
Watseka, IL 60970

Iroquois Special Education
SUPERINTENDENT: Nicole Bullington
E-MAIL: bullingtonn@iroqsea.org
PHONE NUMBER: (815) 683-2662
100 S Chestnut St
Crescent City, IL 60928

Iroquois/kankakee Roe
SUPERINTENDENT: Gregg Murphy
E-MAIL: gmurphy@i-kan.org
PHONE NUMBER: (815) 937-2950
189 E Court St Ste 600E
Kankakee, IL 60901

Irvington Ccsd 11
SUPERINTENDENT: Charles Schulte
E-MAIL: dschulte@irvingtongradeschool.com
PHONE NUMBER: (618) 249-6761
500 Superior
Irvington, IL 62848

Isu  Laboratory Schools
SUPERINTENDENT: Dana Kinley
E-MAIL: dfkinle@ilstu.edu
PHONE NUMBER: (309) 438-8542
250 S University St
Normal, IL  61790

Itasca Sd 10
SUPERINTENDENT: Craig Benes
E-MAIL: cbenes@itasca10.org
PHONE NUMBER: (630) 773-1232
200 N Maple St
Itasca, IL  60143

Iuka Ccsd 7
SUPERINTENDENT: John Consolino
E-MAIL: jconsoli23@marion.k12.il.us
PHONE NUMBER: (618) 323-6233
405 S Main St
Iuka, IL  62849

J S Morton Hsd 201
SUPERINTENDENT: Timothy Truesdale
E-MAIL: ttruesdale@jsmorton.org
PHONE NUMBER: (708) 780-2800
5801 W. Cermak. Rd
Cicero, IL  60804

Jackson/perry Co Reg Del System
SUPERINTENDENT: Cheryl Graff
E-MAIL: cgraff@roe30.org
PHONE NUMBER: (618) 357-2828
3764 State Route 13/127
Pinckneyville, IL 62274

Jackson/perry Roe
SUPERINTENDENT: Cheryl Graff
E-MAIL: cgraff@roe30.org
PHONE NUMBER: (618) 687-7290
1001 Walnut St
Murphysboro, IL 62966

Jacksonville Sd 117
SUPERINTENDENT: Steve Ptacek
E-MAIL: sptacek@jsd117.org
PHONE NUMBER: (217) 243-9411
516 Jordan St
Jacksonville, IL 62650

Jamp Spec Educ Services
SUPERINTENDENT: Cheryl Graff
E-MAIL: cgraff@roe30.org
PHONE NUMBER: (618) 634-9800
251 W 2Nd St
Grand Chain, IL 62941

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Jasper Ccsd 17
SUPERINTENDENT: Jon Julius
E-MAIL: jjulius@jasperpolecats.com
PHONE NUMBER: (618) 842-3048
2030 County Road 1020 N
Fairfield, IL  62837

Jasper County Cud 1
SUPERINTENDENT: Andrew Johnson
E-MAIL: ajohnson@jccu1.org
PHONE NUMBER: (618) 783-8459
609 S Lafayette St
Newton, IL  62448

Jersey Cusd 100
SUPERINTENDENT: Brad Tuttle
E-MAIL: brad.tuttle@jersey100.org
PHONE NUMBER: (618) 498-5561
100 Lincoln Ave
Jerseyville, IL  62052

Jo Daviess-carroll Area Voc Ctr
SUPERINTENDENT: Kris Hall
E-MAIL: khall@cteacademy.net
PHONE NUMBER: (815) 858-2203
950 Us Highway 20 W
Elizabeth, IL  61028

John C Dunham Stem Partnership School
SUPERINTENDENT: Arin Carter
E-MAIL: acarter@aurora.edu
PHONE NUMBER: (630) 844-5626
405 S Gladstone Ave
Aurora, IL  60506

Johnsburg Cusd 12
SUPERINTENDENT: Daniel Johnson
E-MAIL: djohnson@johnsburg12.org
PHONE NUMBER: (815) 385-6916
2222 Church St
Johnsburg, IL  60051

Johnston City Cusd 1
SUPERINTENDENT: Kathy Clark
E-MAIL: kclark@jcindians.org
PHONE NUMBER: (618) 983-8021
200 E 12Th St
Johnston City, IL  62951

Joliet Psd 86
SUPERINTENDENT: Theresa Rouse
E-MAIL: trouse@joliet86.org
PHONE NUMBER: (815) 740-3196
420 N Raynor Ave
Joliet, IL  60435

Joliet Twp Hsd 204
SUPERINTENDENT: Karla Guseman
E-MAIL: kguseman@jths.org
PHONE NUMBER: (815) 727-6970
300 Caterpillar Dr
Joliet, IL  60436

Joppa-maple Grove Ud 38
SUPERINTENDENT: Vickie Artman
E-MAIL: vartman@joppa38.com
PHONE NUMBER: (618) 543-9023
911 Joppa North Ave
Joppa, IL  62953

Kane Roe
SUPERINTENDENT: Patricia Dal Santo
E-MAIL: pdalsanto@kaneroe.org
PHONE NUMBER: (630) 232-5969
210 S 6Th St
Geneva, IL  60134

Kaneland Cusd 302
SUPERINTENDENT: Todd Leden
E-MAIL: todd.leden@kaneland.org
PHONE NUMBER: (630) 365-5111
47W326 Keslinger Rd
Maple Park, IL  60151

Kankakee Area Career Center
SUPERINTENDENT: Matthew Kelley
E-MAIL: kelleysm@kacc.k12.il.us
PHONE NUMBER: (815) 939-4971
4083 N 1000W Rd
Bourbonnais, IL  60914

Kankakee Area Reg Voc Ed System
SUPERINTENDENT: Matthew Kelley
E-MAIL: kelleysm@kacc.k12.il.us
PHONE NUMBER: (815) 939-4971
4083 N 1000W Rd
Bourbonnais, IL  60914

Kankakee Area Spec Educ Coop
SUPERINTENDENT: Debra Quain
E-MAIL: quaind@kasec.org
PHONE NUMBER: (815) 422-4151
650 W. Guertin
St. Anne, IL  60901

Kankakee Sd 111
SUPERINTENDENT: Genevra Walters
E-MAIL: genevra-walters@ksd111.org
PHONE NUMBER: (815) 802-7730
240 Warren Ave
Kankakee, IL  60901

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Kansas Cusd 3
SUPERINTENDENT: John Hasten
E-MAIL: hastenj@kansas.k12.il.us
PHONE NUMBER: (217) 948-5174
310 S Front
Kansas, IL  61933

Kaskaskia Spec Educ District
SUPERINTENDENT: Cassie Clark
E-MAIL: cclark@ksed801.com
PHONE NUMBER: (618) 532-4721
224 S Locust St
Centralia, IL  62801

Kec  Area Voc Center
SUPERINTENDENT: Tom Crouch
E-MAIL: tcrouch@kecprograms.us
PHONE NUMBER: (815) 825-2000
21255 Malta Rd
Malta, IL  60150

Keeneyville Sd 20
SUPERINTENDENT: Omar Castillo
E-MAIL: ocastillo@esd20.org
PHONE NUMBER: (630) 894-4606
5540 Arlington Dr E
Hanover Park, IL  60133

Kell Cons Sd 2
SUPERINTENDENT: Christopher Mccann
E-MAIL: cmccann@kellgradeschool.com
PHONE NUMBER: (618) 822-6234
207 N Johnson St
Kell, IL  62853

Kenilworth Sd 38
SUPERINTENDENT: Kate Donegan
E-MAIL: kdonegan@kenilworth38.org
PHONE NUMBER: (847) 256-5006
542 Abbotsford Rd
Kenilworth, IL  60043

Kewanee Cusd 229
SUPERINTENDENT: Chris Sullens
E-MAIL: csullens@kcud229.org
PHONE NUMBER: (309) 853-3341
1001 N. Main Street
Kewanee, IL  61443

Kildeer Countryside Ccsd 96
SUPERINTENDENT: Julie Schmidt
E-MAIL: jschmidt@kcsd96.org
PHONE NUMBER: (847) 459-4260
1050 Ivy Hall Ln
Buffalo Grove, IL  60089

Kings Cons Sd 144
SUPERINTENDENT: Matthew Lamb
E-MAIL: mlamb@kings144.org
PHONE NUMBER: (815) 562-7191
100 1St St
Kings, IL  61068

Kinnikinnick Ccsd 131
SUPERINTENDENT: Keli Freedlund
E-MAIL: kfreedlund@kinnschools.org
PHONE NUMBER: (815) 623-2837
5410 Pine Ln
Roscoe, IL  61073

Kirby Sd 140
SUPERINTENDENT: Shawn Olson
E-MAIL: solson@ksd140.org
PHONE NUMBER: (708) 532-6462
16931 Grissom Dr
Tinley Park, IL  60477

Kishwaukee Educ Consortium
SUPERINTENDENT: Tom Crouch
E-MAIL: tcrouch@kecprograms.us
PHONE NUMBER: (815) 825-2000
21255 Malta Rd
Malta, IL  60150

Knox Roe
SUPERINTENDENT: Jodi Scott
E-MAIL: jscott@roe33.net
PHONE NUMBER: (309) 345-3828
121 S Prairie St
Galesburg, IL  61401

Knox Warren Spec Ed Districts
SUPERINTENDENT: Zach Crowl
E-MAIL: zcrowl@kwsed.org
PHONE NUMBER: (309)351-7224
311 E Main Ste 632
Galesburg, IL  61401

Knoxville Cusd 202
SUPERINTENDENT: Joe Burgess
E-MAIL: joeburgess@bluebullets.org
PHONE NUMBER: (309) 289-2328
809 E Main St
Knoxville, IL  61448

Knox-warren Spec Educ District
SUPERINTENDENT: Dawn Michaud
E-MAIL: dmichaud@galesburg205.org
PHONE NUMBER: (309) 973-2020
938 Harrison St
Galesburg, IL  61401

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Komarek Sd 94
SUPERINTENDENT: Todd Fitzgerald
E-MAIL: tfitzgerald@komarek94.org
PHONE NUMBER: (708) 447-8030
8940 W 24Th St
North Riverside, IL  60546

La Grange Sd 102
SUPERINTENDENT: Kyle Schumacher
E-MAIL: schumacherky@dist102.k12.il.us
PHONE NUMBER: (708) 482-2400
333 N Park Rd
La Grange Park, IL 60526

La Grange Sd 105 South
SUPERINTENDENT: Dawn Green
E-MAIL: dgreen@d105.net
PHONE NUMBER: (708) 482-2700
701 7Th Ave
La Grange, IL  60525

La Harpe Csd 347
SUPERINTENDENT: Michelle Lee
E-MAIL: mlee@laharpeeagles.com
PHONE NUMBER: (217) 659-7739
404 W Main St
La Harpe, IL  61450

La Moille Cusd 303
SUPERINTENDENT: Jay Mccracken
E-MAIL: jmccracken@lamoilleschools.org
PHONE NUMBER: (815) 638-2018
801 S Main St
La Moille, IL  61330

La Salle Esd 122
SUPERINTENDENT: Brian Debernardi
E-MAIL: debernardib@lasalleschools.net
PHONE NUMBER: (815) 223-0786
1165 Saint Vincents Ave
La Salle, IL  61301

La Salle Roe
SUPERINTENDENT: Chris Dvorak
E-MAIL: cdvorak@roe35.org
PHONE NUMBER: (815) 434-0780
119 W Madison St Rm 102
Ottawa, IL  61350

La Salle-peru Area Career Ctr
SUPERINTENDENT: Dwayne Mentgen
E-MAIL: dmentgen@lphs.net
PHONE NUMBER: (815) 223-2454
200 9Th St
Peru, IL  61354

La Salle-peru Twp Hsd 120
SUPERINTENDENT: Steven Wrobleski
E-MAIL: swrobleski@lphs.net
PHONE NUMBER: (815) 223-2373
541 Chartres St
La Salle, IL  61301

Ladd Ccsd 94
SUPERINTENDENT: Michelle Zeko
E-MAIL: mzeko@laddccsd94.com
PHONE NUMBER: (815) 894-2363
232 E Cleveland St
Ladd, IL  61329

Lagrange Area Dept Spec Ed-ladse
SUPERINTENDENT: Ellie Ambuehl
E-MAIL: eambuehl@ladse.org
PHONE NUMBER: (708) 354-5730
1301 W Cossitt Ave
La Grange, IL  60525

Lagrange Highlands Sd 106
SUPERINTENDENT: Amy Warke
E-MAIL: awarke@district106.net
PHONE NUMBER: (708) 246-3085
1750 W Plainfield Rd
La Grange Highlands, IL  60525

Lake Bluff Esd 65
SUPERINTENDENT: Jean Sophie
E-MAIL: jsophie@lb65.org
PHONE NUMBER: (847) 234-9400
900 W North Shore Dr Ste 220
Lake Bluff, IL  60044

Lake Co High Schools Tech Campus
SUPERINTENDENT: Sebastian Kapala
E-MAIL: skapala@techcampus.org
PHONE NUMBER: (847) 223-6681
19525 W Washington St
Grayslake, IL  60030

Lake County Area Voc System
SUPERINTENDENT: Sebastian Kapala
E-MAIL: skapala@techcampus.org
PHONE NUMBER: (847) 223-6681
19525 W Washington St
Grayslake, IL  60030

Lake Forest Chsd 115
SUPERINTENDENT: Michael Simeck
E-MAIL: msimeck@lfschools.net
PHONE NUMBER: (847) 235-9657
300 S Waukegan Rd
Lake Forest, IL  60045

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Lake Forest Sd 67
SUPERINTENDENT: Michael Simeck
E-MAIL: msimeck@lfschools.net
PHONE NUMBER: (847) 235-9657
300 S Waukegan Rd
Lake Forest, IL  60045

Lake Park Chsd 108
SUPERINTENDENT: Jef Feucht
E-MAIL: jfeucht@lphs.org
PHONE NUMBER: (630) 529-4500
590 S Medinah Rd
Roselle, IL  60172

Lake Roe
SUPERINTENDENT: Roycealee Wood
E-MAIL: rwood@lake.k12.il.us
PHONE NUMBER: (847) 543-7833
800 Lancer Ln # E128
Grayslake, IL  60030

Lake Villa Ccsd 41
SUPERINTENDENT: Lynette Zimmer
E-MAIL: lynette.zimmer@district41.org
PHONE NUMBER: (847) 245-8001
131 Mckinley Ave
Lake Villa, IL  60046

Lake Zurich Cusd 95
SUPERINTENDENT: Kelley Gallt
E-MAIL: kelley.gallt@lz95.org
PHONE NUMBER: (847) 438-2831
832 South Rand Road
Lake Zurich, IL  60047

Lansing Sd 158
SUPERINTENDENT: Nathan Schilling
E-MAIL: nschilling@d158.net
PHONE NUMBER: (708) 474-6700
18300 Greenbay Ave
Lansing, IL  60438

Laraway Ccsd 70c
SUPERINTENDENT: Joe Salmieri
E-MAIL: jsalmieri@laraway70c.org
PHONE NUMBER: (815) 727-5196
275 W Laraway Rd
Joliet, IL  60436

Lasalle Putnam Alliance
SUPERINTENDENT: Mary Chapman
E-MAIL: mchapman@lease-sped.org
PHONE NUMBER: (815) 433-6433
1009 Boyce Memorial Dr
Ottawa, IL  61350

Lawrence County Cud 20
SUPERINTENDENT: Doug Daugherty
E-MAIL: ddaugherty@cusd20.net
PHONE NUMBER: (618) 943-2326
1802 Cedar St
Lawrenceville, IL  62439

Lebanon Cusd 9
SUPERINTENDENT: Patrick Keeney
E-MAIL: pkeeney@lcusd9.org
PHONE NUMBER: (618) 537-4611
200 W Schuetz St
Lebanon, IL  62254

Lee/ogle Roe
SUPERINTENDENT: Robert Sondgeroth
E-MAIL: bsondgeroth@roe47.org
PHONE NUMBER: (815) 625-1495
7772 Clinton St
Dixon, IL  61021

Leland Cusd 1
SUPERINTENDENT: Jodi Moore
E-MAIL: jmoore@leland1.org
PHONE NUMBER: (815) 495-3821
370 N Main St
Leland, IL  60531

Lemont Twp Hsd 210
SUPERINTENDENT: Mary Ticknor
E-MAIL: mticknor@lhs210.net
PHONE NUMBER: (630) 243-3260
800 Porter St
Lemont, IL  60439

Lemont-bromberek Csd 113a
SUPERINTENDENT: Courtney Orzel
E-MAIL: corzel@sd113a.org
PHONE NUMBER: (630) 257-2286
16100 W 127Th St
Lemont, IL  60439

Lena Winslow Cusd 202
SUPERINTENDENT: Thomas Chiles
E-MAIL: chilest@le-win.net
PHONE NUMBER: (815) 369-3100
401 Fremont St
Lena, IL  61048

Leroy Cusd 2
SUPERINTENDENT: Gary Tipsord
E-MAIL: tipsordg@leroyk12.org
PHONE NUMBER: (309) 962-4211
600 E Pine St
Le Roy, IL  61752

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Lewistown Cusd 97
SUPERINTENDENT: Jeanne Davis
E-MAIL: jdavis@lewistown97.net
PHONE NUMBER: (309) 547-5826
15501 E Avenue L
Lewistown, IL  61542

Lexington Cusd 7
SUPERINTENDENT: Dwight Stricklin
E-MAIL: dstricklin@lexington.k12.il.us
PHONE NUMBER: (309) 365-4141
202 E Greenwich St
Lexington, IL  61753

Leyden Area Spec Educ Coop
SUPERINTENDENT: Kim Petrasek
E-MAIL: petrasekk@d83.org
PHONE NUMBER: (847) 455-3143
10401 Grand Ave
Franklin Park, IL  60131

Leyden Chsd 212
SUPERINTENDENT: Nick Polyak
E-MAIL: npolyak@leyden212.org
PHONE NUMBER: (847) 451-3020
3400 Rose St
Franklin Park, IL  60131

Liberty Cusd 2
SUPERINTENDENT: Kelle Bunch
E-MAIL: bunchk@libertyschool.net
PHONE NUMBER: (217) 645-3433
505 N Park St
Liberty, IL  62347

Libertyville Sd 70
SUPERINTENDENT: Matt Barbini
E-MAIL: mbarbini@d70schools.org
PHONE NUMBER: (847) 362-9695
1381 Lake St
Libertyville, IL  60048

Lick Creek Ccsd 16
SUPERINTENDENT: Brent Boren
E-MAIL: bboren@lickcreekschool.com
PHONE NUMBER: (618) 833-2545
7355 Lick Creek Rd
Buncombe, IL  62912

Limestone Chsd 310
SUPERINTENDENT: Allan Gresham
E-MAIL: agresham@limestone310.org
PHONE NUMBER: (309) 697-6271
4201 Airport Rd
Peoria, IL  61607

Limestone Walters Ccsd 316
SUPERINTENDENT: Tim Dotson
E-MAIL: tdotson@limestonewalters.com
PHONE NUMBER: (309) 697-3035
8223 W Smithville Rd
Peoria, IL  61607

Lincoln Chsd 404
SUPERINTENDENT: Dwight Stricklin
E-MAIL: dstricklin@lchsrailers.org
PHONE NUMBER: (217) 732-4131
1000 Railer Way
Lincoln, IL  62656

Lincoln Esd 156
SUPERINTENDENT: Anita Rice
E-MAIL: arice@l156.org
PHONE NUMBER: (708) 862-6625
410 157Th St
Calumet City, IL  60409

Lincoln Esd 27
SUPERINTENDENT: Kent Froebe
E-MAIL: kfroebe@lincoln27.net
PHONE NUMBER: (217) 732-2522
304 8Th St
Lincoln, IL  62656

Lincoln Way Chsd 210
SUPERINTENDENT: Scott Tingley
E-MAIL: stingley@lw210.org
PHONE NUMBER: (815) 462-2345
1801 E Lincoln Hwy
New Lenox, IL  60451

Lincolnland Reg Del System
SUPERINTENDENT: Matt Puckett
E-MAIL: mpuckett@lchsrailers.org
PHONE NUMBER: (217) 732-4131
1000 Railer Way
Lincoln, IL  62656

Lincolnland Technical Ed Ctr
SUPERINTENDENT: Matt Puckett
E-MAIL: mpuckett@lchsrailers.org
PHONE NUMBER: (217) 732-4131
1000 Primm Rd
Lincoln, IL  62656

Lincolnshire-prairieview Sd 103
SUPERINTENDENT: Scott Warren
E-MAIL: swarren@d103.org
PHONE NUMBER: (847) 295-4030
1370 N Riverwoods Rd
Lincolnshire, IL  60069

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Lincoln-way Area Spec Ed Ja Dist
SUPERINTENDENT: Sarah Rexroad
E-MAIL: srexroad@lwase843.org
PHONE NUMBER: (815) 806-4600
601 Willow St
Frankfort, IL  60423

Lincolnwood Sd 74
SUPERINTENDENT: Kimberly Nasshan
E-MAIL: knasshan@sd74.org
PHONE NUMBER: (847) 675-8234
6950 N East Prairie Rd
Lincolnwood, IL  60712

Lindop Sd 92
SUPERINTENDENT: Janiece Jackson
E-MAIL: jjackson@lindop92.net
PHONE NUMBER: (708) 786-6457
2400 S 18Th Ave
Broadview, IL  60155

Lisbon Ccsd 90
SUPERINTENDENT: Melanie Elias
E-MAIL: melias@lisbon.k12.il.us
PHONE NUMBER: (815) 736-6324
127 S Canal St
Newark, IL  60541

Lisle Cusd 202
SUPERINTENDENT: Keith Filipiak
E-MAIL: kfilipiak@lisle202.org
PHONE NUMBER: (630) 493-8001
5211 Center Ave
Lisle, IL  60532

Litchfield Cusd 12
SUPERINTENDENT: Greggory Fuerstenau
E-MAIL: gfuerstenau@litchfieldpanthers.org
PHONE NUMBER: (217) 324-2157
1702 N State St
Litchfield, IL  62056

Livingston Area Career Cntr
SUPERINTENDENT: Tera Graves
E-MAIL: tgraves@pontiac90.org
PHONE NUMBER: (815) 842-2557
1100 E Indiana Ave
Pontiac, IL  61764

Livingston Area Educ For Employ
SUPERINTENDENT: Tera Graves
E-MAIL: tgraves@pontiac90.org
PHONE NUMBER: (815) 842-2557
1100 E Indiana Ave
Pontiac, IL  61764

Livingston Co Spec Services Unit
SUPERINTENDENT: Joshua Olsen
E-MAIL: jolsen@lcssu.org
PHONE NUMBER: (815) 844-7115
920 W Custer Ave Ste A
Pontiac, IL  61764

Lockport Area Spec Educ Coop
SUPERINTENDENT: Hassan Schlegell
E-MAIL: hvonschlegell@lasec.org
PHONE NUMBER: (815) 838-8080
1343 E 7Th St
Lockport, IL  60441

Lockport Sd 91
SUPERINTENDENT: Donna Gray
E-MAIL: dgray@d91.net
PHONE NUMBER: (815) 838-0737
808 Adams St
Lockport, IL  60441

Lockport Twp Hsd 205
SUPERINTENDENT: Robert Mcbride
E-MAIL: rmcbride@lths.org
PHONE NUMBER: (815) 588-8100
1323 E 7Th St
Lockport, IL  60441

Lombard Sd 44
SUPERINTENDENT: Ted Stec
E-MAIL: tstec@sd44.org
PHONE NUMBER: (630) 827-4400
150 W Madison St
Lombard, IL  60148

Lostant Cusd 425
SUPERINTENDENT: Sandra Malahy
E-MAIL: malahys@lostantcomets.org
PHONE NUMBER: (815) 368-3392
315 W 3Rd St
Lostant, IL  61334

Lowpoint-washburn Cusd 21
SUPERINTENDENT: Duane Schupp
E-MAIL: schupp@lwcusd21.org
PHONE NUMBER: (309) 248-7522
508 E Walnut St
Washburn, IL  61570

Lyons Sd 103
SUPERINTENDENT: Kristopher Rivera
E-MAIL: riverak@sd103.com
PHONE NUMBER: (708) 783-4100
4100 Joliet Ave
Lyons, IL  60534

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Lyons Twp Hsd 204
SUPERINTENDENT: Timothy Kilrea
E-MAIL: tkilrea@lths.net
PHONE NUMBER: (708) 579-6451
100 S Brainard Ave
La Grange, IL  60525

Macomb Cusd 185
SUPERINTENDENT: Patrick Twomey
E-MAIL: twomeym@mcusd185.org
PHONE NUMBER: (309) 833-4161
323 W Washington St
Macomb, IL 61455

Macon/piatt Roe
SUPERINTENDENT: Matthew Snyder
E-MAIL: mattsnyder@roe39.k12.il.us
PHONE NUMBER: (217) 872-3721
1690 Huston Dr
Decatur, IL  62526

Macon-piatt Spec Educ Jnt Agr
SUPERINTENDENT: Kathy Horath
E-MAIL: krhorath@dps61.org
PHONE NUMBER: (217) 424-3030
335 E Cerro Gordo St
Decatur, IL  62523

Madison Co Career & Tech Ed Sys
SUPERINTENDENT: Kaleb Smith
E-MAIL: kwsmith@ecusd7.org
PHONE NUMBER: (618) 656-0415
6161 Center Grove Rd
Edwardsville, IL  62025

Madison County Voc Adj Counseling
SUPERINTENDENT: Robert Werden
E-MAIL: rwwerden@co.madison.il.us
PHONE NUMBER: (618) 692-6200
157 N Main St
Edwardsville, IL  62025

Madison Cusd 12
SUPERINTENDENT: Andrew Reinking
E-MAIL: andrew.reinking@madisoncusd12.org
PHONE NUMBER: (618) 877-1712
602 Farrish St
Madison, IL  62060

Madison Roe
SUPERINTENDENT: Robert Werden
E-MAIL: rwwerden@co.madison.il.us
PHONE NUMBER: (618) 692-4530
157 N Main St Ste 438
Edwardsville, IL  62025

Maercker Sd 60
SUPERINTENDENT: Sean Nugent
E-MAIL: snugent@maercker.org
PHONE NUMBER: (630) 515-4840
1 S Cass Ave Ste 202
Westmont, IL  60559

Mahomet-seymour Cusd 3
SUPERINTENDENT: Lindsey Hall
E-MAIL: lhall@mscusd.org
PHONE NUMBER: (217) 586-2161
101 N Division St
Mahomet, IL  61853

Maine Township Hsd 207
SUPERINTENDENT: Ken Wallace
E-MAIL: kwallace@maine207.org
PHONE NUMBER: (847) 696-3600
1131 S Dee Rd
Park Ridge, IL  60068

Malden Ccsd 84
SUPERINTENDENT: Mike Patterson
E-MAIL: mpatterson@maldenschool.org
PHONE NUMBER: (815) 643-2436
350 East St
Malden, IL  61337

Manhattan Sd 114
SUPERINTENDENT: Russell Ragon
E-MAIL: rragon@manhattan114.org
PHONE NUMBER: (815) 478-0191
25440 S Gougar Rd
Manhattan, IL  60442

Mannheim Sd 83
SUPERINTENDENT: Kim Petrasek
E-MAIL: petrasekk@d83.org
PHONE NUMBER: (847) 455-4413
10401 Grand Ave
Franklin Park, IL  60131

Manteno Cusd 5
SUPERINTENDENT: Lisa Harrod
E-MAIL: lharrod@manteno5.org
PHONE NUMBER: (815) 928-7000
84 N Oak St
Manteno, IL  60950

Marengo Chsd 154
SUPERINTENDENT: David Engelbrecht
E-MAIL: engelbrechtd@mchs154.org
PHONE NUMBER: (815) 568-6511
110 Franks Rd
Marengo, IL  60152

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Marengo-union E Cons D 165
SUPERINTENDENT: Lea Damisch
E-MAIL: ldamisch@marengo165.org
PHONE NUMBER: (815) 568-8323
816 E Grant Hwy
Marengo, IL  60152

Marion Cusd 2
SUPERINTENDENT: Keith Oates
E-MAIL: koates@marionunit2.org
PHONE NUMBER: (618) 993-2321
1700 W Cherry St
Marion, IL  62959

Marion/clinton/wash Co Ctes
SUPERINTENDENT: Ron Daniels
E-MAIL: rdaniels@roe13.org
PHONE NUMBER: (618) 548-3885
200 E Schwartz St
Salem, IL  62881

Marissa Cusd 40
SUPERINTENDENT: Jeff Strieker
E-MAIL: jstrieker@marissa40.org
PHONE NUMBER: (618) 295-2313
1 E Marissa St
Marissa, IL  62257

Maroa Forsyth Cusd 2
SUPERINTENDENT: John Ahlemeyer
E-MAIL: john.ahlemeyer@mfschools.net
PHONE NUMBER: (217) 794-3488
641 E. Shafer St.
Forsyth, IL  62535

Marquardt Sd 15
SUPERINTENDENT: Jerome Oshea
E-MAIL: joshea@d15.us
PHONE NUMBER: (630) 469-7615
1860 Glen Ellyn Rd
Glendale Heights, IL  60139

Marseilles Esd 150
SUPERINTENDENT: Brenda Donahue
E-MAIL: bdonahue@mes150.org
PHONE NUMBER: (815) 795-2162
201 Chicago St
Marseilles, IL  61341

Marshall Cusd 2c
SUPERINTENDENT: Kevin Ross
E-MAIL: kross@marshallk12.net
PHONE NUMBER: (217) 826-5912
503 Pine St
Marshall, IL  62441

Martinsville Cusd 3c
SUPERINTENDENT: Jill Rogers
E-MAIL: jrogers@martinsville.k12.il.us
PHONE NUMBER: (217) 382-4321
255 W Cumberland St
Martinsville, IL  62442

Mascoutah Cud 19
SUPERINTENDENT: Craig Fiegel
E-MAIL: fiegelc@msd19.org
PHONE NUMBER: (618) 566-7414
622 S Jefferson St
Mascoutah, IL  62258

Massac Ud 1
SUPERINTENDENT: Jason Hayes
E-MAIL: jhayes@massac.org
PHONE NUMBER: (618) 524-9376
401 Metropolis St
Metropolis, IL  62960

Matteson Esd 162
SUPERINTENDENT: Blondean Davis
E-MAIL: bdavis@sd162.org
PHONE NUMBER: (708) 748-0100
4601 Sauk Trl
Richton Park, IL  60471

Mattoon Cusd 2
SUPERINTENDENT: Tim Condron
E-MAIL: timcondron@mcusd2.com
PHONE NUMBER: (217) 238-8850
1701 Charleston Ave
Mattoon, IL  61938

Maywood-melrose Park-broadview 89
SUPERINTENDENT: David Negron
E-MAIL: david.negron@maywood89.org
PHONE NUMBER: (708) 450-2460
906 Walton St
Melrose Park, IL  60160

Mazon-verona-kinsman Esd 2c
SUPERINTENDENT: Nancy Dillow
E-MAIL: ndillow@mvkmavericks.org
PHONE NUMBER: (815) 448-2200
1013 North St
Mazon, IL  60444

Mcclellan Ccsd 12
SUPERINTENDENT: Brian Brink
E-MAIL: bbrink@mcclellanschool.net
PHONE NUMBER: (618) 244-8072
9475 N Il Highway 148
Mount Vernon, IL  62864

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Mchenry Ccsd 15
SUPERINTENDENT: Alan Hoffman
E-MAIL: ahoffman@d15.org
PHONE NUMBER: (815) 385-7210
1011 N Green St
Mchenry, IL  60050

Mchenry Chsd 156
SUPERINTENDENT: Ryan Mctague
E-MAIL: mctagueryan@dist156.org
PHONE NUMBER: (815) 385-7900
4716 W Crystal Lake Rd
Mchenry, IL  60050

Mchenry Co Coop For Employ Educ
SUPERINTENDENT: Dan Bertrand
E-MAIL: directorefe140@gmail.com
PHONE NUMBER: (815) 334-0183
2200 N Seminary Ave
Woodstock, IL  60098

Mchenry Roe
SUPERINTENDENT: Leslie Schermerhorn
E-MAIL: laschermerhorn@mchenrycountyil.gov
PHONE NUMBER: (815) 334-4475
2200 N Seminary Ave
Woodstock, IL  60098

Mclean County Usd 5
SUPERINTENDENT: Kristen Weikle
E-MAIL: weiklek@unit5.org
PHONE NUMBER: (309) 557-4000
1809 Hovey Ave
Normal, IL  61761

Mclean/dewitt Reg Voc System
SUPERINTENDENT: Tom Frazier
E-MAIL: fraziert@district87.org
PHONE NUMBER: (309) 829-8671
1202 E Locust St
Bloomington, IL  61701

Medinah Sd 11
SUPERINTENDENT: John Butts
E-MAIL: jbutts@medinah11.org
PHONE NUMBER: (630) 893-3737
700 E Granville Ave
Roselle, IL  60172

Mendota Ccsd 289
SUPERINTENDENT: Kristen School
E-MAIL: kschool@m289.org
PHONE NUMBER: (815) 539-7631
1806 Guiles Ave
Mendota, IL  61342

Mendota Twp Hsd 280
SUPERINTENDENT: Jeff Prusator
E-MAIL: jprusator@mendotahs.org
PHONE NUMBER: (815) 539-7446
2300 W Main St
Mendota, IL  61342

Mercer County School District 404
SUPERINTENDENT: Scott Petrie
E-MAIL: petries@mercerschools.org
PHONE NUMBER: (309) 582-2238
1002 Sw 6Th St
Aledo, IL  61231

Meredosia-chambersburg Cusd 11
SUPERINTENDENT: Thad Walker
E-MAIL: twalker@mcsd11.net
PHONE NUMBER: (217) 584-1744
623 Main St
Meredosia, IL  62665

Meridian Cusd 101
SUPERINTENDENT: Jonathan Green
E-MAIL: jgreen@meridian101.com
PHONE NUMBER: (618) 342-6776
1401 Mounds Rd
Mounds, IL  62964

Meridian Cusd 15
SUPERINTENDENT: Andy Pygott
E-MAIL: pygotta@meridianhawks.net
PHONE NUMBER: (217) 764-5269
728 S Wall St
Macon, IL  62544

Meridian Cusd 223
SUPERINTENDENT: Phillip Caposey
E-MAIL: pcaposey@mail.meridian223.org
PHONE NUMBER: (815) 645-2606
207 W Main St
Stillman Valley, IL  61084

Metamora Ccsd 1
SUPERINTENDENT: Marty Payne
E-MAIL: mpayne@mgsredbirds.org
PHONE NUMBER: (309) 367-2361
815 E Chatham St
Metamora, IL  61548

Midland Cusd 7
SUPERINTENDENT: Bill Wrenn
E-MAIL: bwrenn@midland-7.net
PHONE NUMBER: (309) 469-2061
901 Hilltop Dr
Sparland, IL  61565

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Midlothian Sd 143
SUPERINTENDENT: Michael Hollingsworth
E-MAIL: mhollingsworth@msd143.org
PHONE NUMBER: (708) 388-6450
14959 Pulaski Rd
Midlothian, IL  60445

Mid-state Spec Educ Jnt Agr
SUPERINTENDENT: Angela Armour
E-MAIL: angela.armour@midstatespec.org
PHONE NUMBER: (217) 526-8121
202 Prairie St
Morrisonville, IL  62546

Mid-valley Special Ed Coop
SUPERINTENDENT: Lisa Palese
E-MAIL: lisa.palese@d303.org
PHONE NUMBER: (630) 513-4400
1304 Ronzheimer Ave
St Charles, IL  60174

Midwest Central Cusd 191
SUPERINTENDENT: Todd Hellrigel
E-MAIL: toddh@midwestcentral.org
PHONE NUMBER: (309) 968-6868
1010 S Washington St
Manito, IL 61546

Milford Area Psd 124
SUPERINTENDENT: Michele Lindenmeyer
E-MAIL: mlindenmeyer@mpsk12.org
PHONE NUMBER: (815)889-5176
PO Box 304
Milford, IL 60953

Milford Ccsd 280
SUPERINTENDENT: Michele Lindenmeyer
E-MAIL: mlindenmeyer@mpsk12.org
PHONE NUMBER: (815) 889-5176
208 S Chicago St
Milford, IL 60953

Milford Twp Hsd 233
SUPERINTENDENT: Michele Lindenmeyer
E-MAIL: mlindenmeyer@mpsk12.org
PHONE NUMBER: (815) 889-5176
208 S Chicago St
Milford, IL 60953

Millburn Ccsd 24
SUPERINTENDENT: Jason Lind
E-MAIL: jlind@millburn24.net
PHONE NUMBER: (847) 356-8331
18550 W Millburn Rd
Old Mill Creek, IL  60083

Miller Twp Ccsd 210
SUPERINTENDENT: David Hermann
E-MAIL: dhermann@miltonpope.net
PHONE NUMBER: (815) 357-8151
3197 E 28Th Rd
Marseilles, IL  61341

Millstadt Ccsd 160
SUPERINTENDENT: Brad Landgraf
E-MAIL: blandgraf@mccsd160.com
PHONE NUMBER: (618) 476-1803
211 W Mill St
Millstadt, IL  62260

Minooka Ccsd 201
SUPERINTENDENT: Kris Monn
E-MAIL: kmonn@min201.org
PHONE NUMBER: (815) 467-6121
305 W Church St
Minooka, IL  60447

Minooka Chsd 111
SUPERINTENDENT: Kenneth Lee
E-MAIL: klee@mchs.net
PHONE NUMBER: (815) 521-4001
203 W Mondamin St
Minooka, IL  60447

Mokena Sd 159
SUPERINTENDENT: Mark Cohen
E-MAIL: cohenm@mokena159.org
PHONE NUMBER: (708) 342-4900
11244 Willow Crest Ln
Mokena, IL  60448

Moline-coal Valley Cusd 40
SUPERINTENDENT: Rachel Savage
E-MAIL: rsavage@molineschools.org
PHONE NUMBER: (309) 743-1600
1619 11Th Ave
Moline, IL 61265

Momence Cusd 1
SUPERINTENDENT: Shannon Anderson
E-MAIL: sanderson@mcusd1.net
PHONE NUMBER: (815) 472-3501
400 North Pine
Momence, IL  60954

Monmouth-roseville Cusd 238
SUPERINTENDENT: Edward Fletcher
E-MAIL: efletcher@mr238.org
PHONE NUMBER: (309) 734-4712
105 N E St
Monmouth, IL  61462

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Monroe Sd 70
SUPERINTENDENT: Darrick Reiley
E-MAIL: dreiley@monroe70.org
PHONE NUMBER: (309) 697-3120
5137 W Cisna Rd
Bartonville, IL  61607

Monroe/randolph Roe
SUPERINTENDENT: Kelton Davis
E-MAIL: kdavis@roe45.org
PHONE NUMBER: (618) 939-5650
107 E Mill St
Waterloo, IL  62298

Monticello Cusd 25
SUPERINTENDENT: Vic Zimmerman
E-MAIL: zimvi@sages.us
PHONE NUMBER: (217) 762-8511
2 Sage Dr
Monticello, IL  61856

Montmorency Ccsd 145
SUPERINTENDENT: Alex Moore
E-MAIL: amoore@mgs145.net
PHONE NUMBER: (815) 625-6616
9415 Hoover Rd
Rock Falls, IL  61071

Moraine Area Career System
SUPERINTENDENT: Debbie Canna
E-MAIL: canna@macspartnership.com
PHONE NUMBER: (708) 422-6230
4625 W 107Th St
Oak Lawn, IL  60453

Morris Chsd 101
SUPERINTENDENT: Craig Ortiz
E-MAIL: cortiz@morrishs.org
PHONE NUMBER: (815) 941-5326
1000 Union St
Morris, IL  60450

Morris Sd 54
SUPERINTENDENT: Shannon Dudek
E-MAIL: sdudek@morris54.org
PHONE NUMBER: (815) 942-0056
54 White Oak Dr
Morris, IL  60450

Morrison Cusd 6
SUPERINTENDENT: Scott Vance
E-MAIL: scott.vance@morrisonschools.org
PHONE NUMBER: (815) 772-2064
643 Genesee Ave
Morrison, IL  61270

Morrisonville Cusd 1
SUPERINTENDENT: Dave Meister
E-MAIL: dmeister@mohawks.net
PHONE NUMBER: (217) 526-4431
301 School St
Morrisonville, IL  62546

Morton Cusd 709
SUPERINTENDENT: Jeff Hill
E-MAIL: jeff.hill@mcusd709.org
PHONE NUMBER: (309) 263-2581
1050 S 4Th Ave Ste 200
Morton, IL  61550

Morton Grove Sd 70
SUPERINTENDENT: Brad Voehringer
E-MAIL: bvoehringer@mgsd70.org
PHONE NUMBER: (847) 965-6200
6200 Lake St
Morton Grove, IL  60053

Morton Regional Del Sys
SUPERINTENDENT: Timothy Truesdale
E-MAIL: ttruesdale@jsmorton.org
PHONE NUMBER: (708) 780-2110
1801 S 55Th Ave A219
Cicero, IL  60804

Mount Olive Cusd 5
SUPERINTENDENT: Patrick Murphy
E-MAIL: pmurphy@mtoliveschools.org
PHONE NUMBER: (217) 999-7831
804 W Main St
Mount Olive, IL  62069

Mount Prospect Sd 57
SUPERINTENDENT: Elaine Aumiller
E-MAIL: eaumiller@d57.org
PHONE NUMBER: (847) 394-7300
701 W Gregory St
Mt Prospect, IL  60056

Mount Vernon Sd 80
SUPERINTENDENT: Aletta Lawrence
E-MAIL: alawrence@mtv80.org
PHONE NUMBER: (618) 244-8080
2710 North St
Mount Vernon, IL  62864

Mt Pulaski Cusd 23
SUPERINTENDENT: Fred Lamkey
E-MAIL: flamkey@mtpulaski.k12.il.us
PHONE NUMBER: (217) 792-7222
119 N Garden St
Mount Pulaski, IL  62548

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Mt Vernon Area Voc Center
SUPERINTENDENT: Melanie Andrews
E-MAIL: mandrews@mvths.org
PHONE NUMBER: (618) 244-3700
11101 North Wells Bypass
Mount Vernon, IL  62864

Mt Vernon Twp Hsd 201
SUPERINTENDENT: Melanie Andrews
E-MAIL: mandrews@mvths.org
PHONE NUMBER: (618) 244-3700
11101 North Wells Bypass
Mount Vernon, IL  62864

Mt Zion Cusd 3
SUPERINTENDENT: Travis Roundcount
E-MAIL: roundcountt@mtzion.k12.il.us
PHONE NUMBER: (217) 864-2366
455 Elm St
Mt Zion, IL  62549

Mulberry Grove Cusd 1
SUPERINTENDENT: Steve Phillips
E-MAIL: sphillips@mgschools.com
PHONE NUMBER: (618) 326-8812
801 W Wall St
Mulberry Grove, IL  62262

Multicultural Community Center
SUPERINTENDENT: Martha Gonzalez
E-MAIL: mgonzalez@mcc-rantoul.org
PHONE NUMBER: (217) 722-4466
1126 Country Club Ln
Rantoul, IL  61866

Mundelein Cons Hsd 120
SUPERINTENDENT: Kevin Myers
E-MAIL: kmyers@d120.org
PHONE NUMBER: (847) 949-2200
1350 W Hawley St
Mundelein, IL  60060

Mundelein Esd 75
SUPERINTENDENT: Kevin Myers
E-MAIL: kmyers@d75.org
PHONE NUMBER: (847) 949-2700
470 N Lake St
Mundelein, IL  60060

Murphysboro Cusd 186
SUPERINTENDENT: Andrea Evers
E-MAIL: aevers@mhs.org
PHONE NUMBER: (618) 684-3781
593 Ava Rd
Murphysboro, IL  62966

N Pekin & Marquette Hght Sd 102
SUPERINTENDENT: Byron Sondgeroth
E-MAIL: bsondgeroth@dist102.org
PHONE NUMBER: (309) 382-2172
51 Yates Rd
Marquette Heights, IL  61554

Naperville Cusd 203
SUPERINTENDENT: Dan Bridges
E-MAIL: dbridges@naperville203.org
PHONE NUMBER: (630) 420-6311
203 W Hillside Rd
Naperville, IL  60540

Nashville Ccsd 49
SUPERINTENDENT: Michael Brink
E-MAIL: mbrink@nashville49.org
PHONE NUMBER: (618) 327-3055
750 E Gorman St
Nashville, IL  62263

Nashville Chsd 99
SUPERINTENDENT: Michael Brink
E-MAIL: mbrink@nashville49.org
PHONE NUMBER: (618) 327-8286
1300 S Mill St
Nashville, IL  62263

Nauvoo-colusa Cusd 325
SUPERINTENDENT: Kent Young
E-MAIL: kyoung@nauvoo-colusa.com
PHONE NUMBER: (217) 453-6639
2461 N County Road 1000
Nauvoo, IL  62354

Neoga Cusd 3
SUPERINTENDENT: Bill Fritcher
E-MAIL: bfritcher@neogacusd3.net
PHONE NUMBER: (217) 895-2201
790 E 17Th St
Neoga, IL  62447

Nettle Creek Ccsd 24c
SUPERINTENDENT: Marissa Darlington
E-MAIL: marissa.darlington@nettlecreek.org
PHONE NUMBER: (815) 942-0511
8820 Scott School Rd
Morris, IL  60450

New Athens Cusd 60
SUPERINTENDENT: Brian Karraker
E-MAIL: bkarraker@na60.org
PHONE NUMBER: (618) 475-2174
501 Hanft St
New Athens, IL  62264

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

New Berlin Cusd 16
SUPERINTENDENT: Jill Larson
E-MAIL: jlarson@pretzelpride.com
PHONE NUMBER: (217) 488-2040
212 N Church
Loami, IL  62661

New Holland-middletown Ed 88
SUPERINTENDENT: Marc Campbell
E-MAIL: mcampbell@nhm88.com
PHONE NUMBER: (217) 445-2421
75 1250Th St
Middletown, IL  62666

New Hope Ccsd 6
SUPERINTENDENT: Julie Harrelson
E-MAIL: jharrelsonnh@gmail.com
PHONE NUMBER: (618) 842-3296
1804 County Road 445 N
Fairfield, IL  62837

New Lenox Sd 122
SUPERINTENDENT: Lori Motsch
E-MAIL: lmotsch@nlsd122.org
PHONE NUMBER: (815) 485-2169
102 S Cedar Rd
New Lenox, IL  60451

New Simpson Hill Sd 32
SUPERINTENDENT: Joe Nighswander
E-MAIL: jnighswander@newsimpsonhill.com
PHONE NUMBER: (618) 658-8536
95 Tunnel Hill Rd
Tunnel Hill, IL  62972

New Trier Twp Hsd 203
SUPERINTENDENT: Paul Sally
E-MAIL: sallyp@newtrier.k12.il.us
PHONE NUMBER: (847) 446-7000
7 Happ Rd
Northfield, IL  60093

Newark Ccsd 66
SUPERINTENDENT: Demetra Turman
E-MAIL: dturman@ngsd66.org
PHONE NUMBER: (815) 695-5143
503 Chicago Rd
Newark, IL  60541

Newark Chsd 18
SUPERINTENDENT: Amy Smith
E-MAIL: asmith@nchs18.org
PHONE NUMBER: (815) 695-5164
413 Chicago Rd
Newark, IL  60541

Niles Esd 71
SUPERINTENDENT: John Kosirog
E-MAIL: jkosirog@niles71.org
PHONE NUMBER: (847) 966-9280
6901 W Oakton St
Niles, IL  60714

Niles Twp Chsd 219
SUPERINTENDENT: Steven Isoye
E-MAIL: steiso@d219.org
PHONE NUMBER: (847) 626-3000
7700 Gross Point Rd
Skokie, IL  60077

Niles Twp District For Spec Educ
SUPERINTENDENT: Tarin Kendrick
E-MAIL: tkendrick@ntdse.org
PHONE NUMBER: (847) 965-9040
8701 Menard Ave
Morton Grove, IL  60053

Nippersink Sd 2
SUPERINTENDENT: Tom Lind
E-MAIL: tlind@nsd2.com
PHONE NUMBER: (815) 678-4242
4213 Us Highway 12
Richmond, IL  60071

Nokomis Cusd 22
SUPERINTENDENT: Scott Doerr
E-MAIL: scottdoerr@nokomis.k12.il.us
PHONE NUMBER: (217) 563-7311
511 Oberle St
Nokomis, IL  62075

Norridge Sd 80
SUPERINTENDENT: Stephanie Palmer
E-MAIL: spalmer@norridge80.net
PHONE NUMBER: (708) 583-2068
8151 W Lawrence Ave
Norridge, IL  60706

Norris City-omaha-enfield Cusd 3
SUPERINTENDENT: Matt Vollman
E-MAIL: mvollman@ncoeschools.org
PHONE NUMBER: (618) 378-3222
409 E 3Rd St
Norris City, IL  62869

North Boone Cusd 200
SUPERINTENDENT: Michael Greenlee
E-MAIL: mgreenlee@nbcusd.org
PHONE NUMBER: (815) 765-3322
6248 N Boone School Rd
Poplar Grove, IL  61065

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

North Chicago Sd 187
SUPERINTENDENT: John Price
E-MAIL: jprice@d187.org
PHONE NUMBER: (847) 689-8150
2000 Lewis Ave
North Chicago, IL  60064

North Clay Cusd 25
SUPERINTENDENT: Travis Wyatt
E-MAIL: twyatt@northclayschools.com
PHONE NUMBER: (618) 665-3358
953 Kinmundy Rd
Louisville, IL  62858

North Dupage Sp Ed Cooperative
SUPERINTENDENT: Jim Nelson
E-MAIL: jnelson@ndsec.org
PHONE NUMBER: (630) 894-0490
132 E Pine Ave
Roselle, IL  60172

North Greene Cusd 3
SUPERINTENDENT: Mark Scott
E-MAIL: mscott@northgreene.com
PHONE NUMBER: (217) 374-2842
407 N Main St
White Hall, IL  62092

North Mac Cusd 34
SUPERINTENDENT: Jay Goble
E-MAIL: jgoble@northmacschools.org
PHONE NUMBER: (217) 627-2915
525 N 3Rd St
Girard, IL  62640

North Palos Sd 117
SUPERINTENDENT: Jeannie Stachowiak
E-MAIL: jstachowiak@npd117.net
PHONE NUMBER: (708) 598-5500
7825 W 103Rd St
Palos Hills, IL  60465

North Shore Sd 112
SUPERINTENDENT: Mike Lubelfeld
E-MAIL: mlubelfeld@nssd112.org
PHONE NUMBER: (224) 765-3000
1936 Green Bay Rd
Highland Park, IL  60035

North Suburban Educ Reg For Voc
SUPERINTENDENT: Amy Romito
E-MAIL: aromito@maine207.org
PHONE NUMBER: (847) 692-8023
1131 S Dee Rd
Park Ridge, IL  60068

North Wamac Sd 186
SUPERINTENDENT: Brad Morris
E-MAIL: bmorris@northwamac.com
PHONE NUMBER: (618) 532-1826
1500 Case St
Centralia, IL  62801

North Wayne Cusd 200
SUPERINTENDENT: Lucas Schroeder
E-MAIL: lschroeder@northwayne.net
PHONE NUMBER: (618) 673-2151
206 Mulberry St
Cisne, IL  62823

Northbrook Esd 27
SUPERINTENDENT: David Kroeze
E-MAIL: kroeze.d@nb27.org
PHONE NUMBER: (847) 498-2610
1250 Sanders Rd
Northbrook, IL  60062

Northbrook Sd 28
SUPERINTENDENT: Larry Hewitt
E-MAIL: lhewitt@northbrook28.net
PHONE NUMBER: (847) 498-7900
1475 Maple Ave
Northbrook, IL  60062

Northbrook/glenview Sd 30
SUPERINTENDENT: Brian Wegley
E-MAIL: bwegley@district30.org
PHONE NUMBER: (847) 498-4190
2374 Shermer Rd
Northbrook, IL  60062

Northern Kane Co Reg Voc System
SUPERINTENDENT: Tony Sanders
E-MAIL: tonysanders@u-46.org
PHONE NUMBER: (847) 888-5000
355 E Chicago St
Elgin, IL  60120

Northern Suburban Spec Ed Dist
SUPERINTENDENT: Kurt Schneider
E-MAIL: kschneider@nssed.org
PHONE NUMBER: (847) 831-5100
760 Red Oak Ln
Highland Park, IL  60035

Northfield Twp Hsd 225
SUPERINTENDENT: Charles Johns
E-MAIL: cjohns@glenbrook225.org
PHONE NUMBER: (847) 486-4700
3801 W Lake Ave
Glenview, IL  60026

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Northwest Educational Council For Student Success
SUPERINTENDENT: David Schuler
E-MAIL: david.schuler@d214.org
PHONE NUMBER: (847) 718-6801
2121 S Goebbert Rd
Arlington Heights, IL  60005

Northwest Sp Ed Cooperative
SUPERINTENDENT: Tracy Dahl
E-MAIL: tracy.dahl@nwseonline.com
PHONE NUMBER: (815) 232-0332
310 N West St
Elizabeth, IL  61028

Northwest Sp Ed Cooperative
SUPERINTENDENT: Tracy Dahl
E-MAIL: tracy.dahl@nwseonline.com
PHONE NUMBER: (815)599-1947
310 N West St
Elizabeth, IL  61028

Northwestern Cusd 2
SUPERINTENDENT: Kevin Bowman
E-MAIL: kbowman@northwestern.k12.il.us
PHONE NUMBER: (217) 436-2210
30953 Route 111
Palmyra, IL  62674

Northwestern Illinois Assn
SUPERINTENDENT: Jon Malone
E-MAIL: jmalone@thenia.org
PHONE NUMBER: (815) 895-9227
245 W Exchange St Ste 4
Sycamore, IL  60178

Norwood Esd 63
SUPERINTENDENT: David Black
E-MAIL: dblack@norwood63.org
PHONE NUMBER: (309) 676-3523
6521 W Farmington Rd
Peoria, IL  61604

Nw Suburban Spec Educ Org
SUPERINTENDENT: Judy Hackett
E-MAIL: jhackett@nsseo.org
PHONE NUMBER: (847) 463-8100
799 W Kensington Rd
Mt Prospect, IL  60056

O Fallon Ccsd 90
SUPERINTENDENT: Carrie Hruby
E-MAIL: chruby@of90.net
PHONE NUMBER: (618) 632-3666
118 E Washington St
O Fallon, IL  62269

O Fallon Twp Hsd 203
SUPERINTENDENT: Darcy Benway
E-MAIL: benwayd@oths.us
PHONE NUMBER: (618) 632-3507
600 S Smiley St
O Fallon, IL  62269

Oak Grove Sd 68
SUPERINTENDENT: Loren Baele
E-MAIL: lbaele@og68.org
PHONE NUMBER: (309) 697-3367
4812 Pfeiffer Rd
Bartonville, IL  61607

Oak Grove Sd 68
SUPERINTENDENT: Lonny Lemon
E-MAIL: lemon@ogschool.org
PHONE NUMBER: (847) 367-4120
1700 Oplaine Rd
Libertyville, IL  60048

Oak Lawn Chsd 229
SUPERINTENDENT: Michael Riordan
E-MAIL: mriordan@olchs.org
PHONE NUMBER: (708) 424-5200
9400 Southwest Hwy
Oak Lawn, IL  60453

Oak Lawn-hometown Sd 123
SUPERINTENDENT: Paul Enderle
E-MAIL: penderle@d123.org
PHONE NUMBER: (708) 423-0150
4201 W 93Rd St
Oak Lawn, IL  60453

Oak Park - River Forest Sd 200
SUPERINTENDENT: Joylynn Adams
E-MAIL: jpruittadams@oprfhs.org
PHONE NUMBER: (708) 434-3211
201 N Scoville Ave
Oak Park, IL  60302

Oak Park Esd 97
SUPERINTENDENT: Carol Kelley
E-MAIL: ckelley@op97.org
PHONE NUMBER: (708) 524-3000
970 Madison St
Oak Park, IL  60302

Oakdale Ccsd 1
SUPERINTENDENT: Charles Peterson
E-MAIL: cpeterson@oakdalegs.org
PHONE NUMBER: (618) 329-5292
280 E Main St
Oakdale, IL  62268

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Oakland Cusd 5
SUPERINTENDENT: Lance Landeck
E-MAIL: lance.landeck@oakland5.org
PHONE NUMBER: (217) 346-2555
310 N Teeter St
Oakland, IL  61953

Oakwood Cusd 76
SUPERINTENDENT: Larry Maynard
E-MAIL: maynardl@oakwood76.org
PHONE NUMBER: (217) 446-6081
12190 Us Route 150
Oakwood, IL  61858

Oblong Cusd 4
SUPERINTENDENT: Jeff Patchett
E-MAIL: jpatchett@oblongschools.net
PHONE NUMBER: (618) 592-3933
600 W Main St
Oblong, IL  62449

Odell Ccsd 435
SUPERINTENDENT: Mark Hettmansberger
E-MAIL: markh@odell.k12.il.us
PHONE NUMBER: (815) 998-2272
203 N East St
Odell, IL  60460

Odin Psd 722
SUPERINTENDENT: Jeffrey Humes
E-MAIL: jhumes@odinpublicschools.org
PHONE NUMBER: (618) 775-8266
102 S Merritt St
Odin, IL  62870

Ogle Co Education Cooperative
SUPERINTENDENT: Matt Zilm
E-MAIL: mzilm@ocecil.org
PHONE NUMBER: (815) 234-2722
417 N Colfax St
Byron, IL  61010

Oglesby Esd 125
SUPERINTENDENT: Michael Pillion
E-MAIL: mpillion@ops125.net
PHONE NUMBER: (815) 883-9297
755 Bennett Ave
Oglesby, IL  61348

Ohio & Wabash Valley Reg Voc Sys
SUPERINTENDENT: Karen Drage
E-MAIL: ksdrage.efe535@gmail.com
PHONE NUMBER: (618) 378-2274
800 S Division St
Norris City, IL  62869

Ohio Ccsd 17
SUPERINTENDENT: Angie Zarvell
E-MAIL: azarvell@bhsroe.org
PHONE NUMBER: (815) 376-2934
103 Memorial St
Ohio, IL  61349

Ohio Chsd 505
SUPERINTENDENT: Angie Zarvell
E-MAIL: azarvell@bhsroe.org
PHONE NUMBER: (815) 376-2934
103 Memorial St
Ohio, IL  61349

Okaw Area Vocational Center
SUPERINTENDENT: Nick Casey
E-MAIL: ncasey@vandals203.org
PHONE NUMBER: (618) 283-5150
1109 N 8Th St
Vandalia, IL  62471

Okaw Valley Cusd 302
SUPERINTENDENT: Kent Stauder
E-MAIL: kstauder@okawvalley.org
PHONE NUMBER: (217) 665-3232
709 S St John
Bethany, IL  61914

Olympia Cusd 16
SUPERINTENDENT: Laura Odonnell
E-MAIL: laura.odonnell@olympia.org
PHONE NUMBER: (309) 379-6011
903 E 800 North Rd
Stanford, IL  61774

Opdyke-belle-rive Ccsd 5
SUPERINTENDENT: Mark Miller
E-MAIL: mmiller@obr5.org
PHONE NUMBER: (618) 756-2492
19380 E 4Th St
Opdyke, IL  62872

Orangeville Cusd 203
SUPERINTENDENT: Douglas Deschepper
E-MAIL: ddeschepper@orangevillecusd.com
PHONE NUMBER: (815) 789-4289
201 S Orange St
Orangeville, IL  61060

Oregon Cusd 220
SUPERINTENDENT: Thomas Mahoney
E-MAIL: tmahoney@ocusd.net
PHONE NUMBER: (815) 732-2186
206 S 10Th St
Oregon, IL  61061

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Orion Cusd 223
SUPERINTENDENT: Joe Blessman
E-MAIL: jblessman@orionschools.us
PHONE NUMBER: (309) 526-3388
1002 11Th Ave
Orion, IL  61273

Orland Sd 135
SUPERINTENDENT: John Bryk
E-MAIL: jbryk@orland135.org
PHONE NUMBER: (708) 364-3306
15100 S 94Th Ave
Orland Park, IL  60462

Oswego Cusd 308
SUPERINTENDENT: John Sparlin
E-MAIL: superintendent@sd308.org
PHONE NUMBER: (630) 636-3080
4175 State Route 71
Oswego, IL  60543

Ottawa Esd 141
SUPERINTENDENT: Cleve Threadgill
E-MAIL: cthreadgill@oes141.org
PHONE NUMBER: (815) 433-1133
320 W Main St
Ottawa, IL 61350

Ottawa Twp Hsd 140
SUPERINTENDENT: Michael Cushing
E-MAIL: mcushing@ottawahigh.com
PHONE NUMBER: (815) 433-1323
211 E Main St
Ottawa, IL  61350

Palatine Ccsd 15
SUPERINTENDENT: Laurie Heinz
E-MAIL: heinzl@ccsd15.net
PHONE NUMBER: (847) 963-3000
580 N 1St Bank Dr
Palatine, IL  60067

Palestine Cusd 3
SUPERINTENDENT: Jo Campbell
E-MAIL: jo.campbell@palestine-pioneers.net
PHONE NUMBER: (618) 586-2713
100 S Main St
Palestine, IL  62451

Palos Ccsd 118
SUPERINTENDENT: Anthony Scarsella
E-MAIL: ascarsella@palos118.org
PHONE NUMBER: (708) 448-4800
8800 W 119Th St
Palos Park, IL  60464

Palos Heights Sd 128
SUPERINTENDENT: Merryl Brownlow
E-MAIL: mbrownlow@palos128.org
PHONE NUMBER: (708) 597-9040
12809 S Mcvickers Ave
Palos Heights, IL  60463

Pana Cusd 8
SUPERINTENDENT: Jason Bauer
E-MAIL: jbauer@panaschools.com
PHONE NUMBER: (217) 562-1500
14 Main St
Pana, IL 62557

Panhandle Cusd 2
SUPERINTENDENT: Aaron Hopper
E-MAIL: ahopper@panhandleschools.com
PHONE NUMBER: (217) 229-4215
507 N Prairie St
Raymond, IL  62560

Paris Cooperative High School
SUPERINTENDENT: Mark Cox
E-MAIL: coxm@pchs.k12.il.us
PHONE NUMBER: (217) 466-1175
14040 E 1200th Rd
Paris, IL  61944

Paris Cusd 4
SUPERINTENDENT: Danette Young
E-MAIL: dyoung@crestwood.k12.il.us
PHONE NUMBER: (217) 465-5391
15601 Us Highway 150
Paris, IL  61944

Paris-union Sd 95
SUPERINTENDENT: Jeremy Larson
E-MAIL: jlarson@paris95.k12.il.us
PHONE NUMBER: (217) 465-8448
300 S Eads Ave
Paris, IL  61944

Park Forest Sd 163
SUPERINTENDENT: Caletha White
E-MAIL: cwhite@sd163.com
PHONE NUMBER: (708) 668-9400
242 S Orchard Dr
Park Forest, IL  60466

Park Ridge Ccsd 64
SUPERINTENDENT: Eric Olson
E-MAIL: eolson@d64.org
PHONE NUMBER: (847) 318-4300
164 S Prospect Ave
Park Ridge, IL  60068

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Parkland Coll Dist #505
SUPERINTENDENT: Tom Ramage
E-MAIL: ramage@parkland.edu
PHONE NUMBER: (217) 351-2200
2400 W Bradley Ave
Champaign, IL  61821

Patoka Cusd 100
SUPERINTENDENT: David Rademacher
E-MAIL: drademacher@marion.k12.il.us
PHONE NUMBER: (618) 432-5440
1220 Kinoka Rd
Patoka, IL  62875

Paw Paw Cusd 271
SUPERINTENDENT: Steve Epperson
E-MAIL: sepperson@2paws.net
PHONE NUMBER: (815) 627-2841
511 Chapman St
Paw Paw, IL  61353

Pawnee Cusd 11
SUPERINTENDENT: Scott Cameron
E-MAIL: scameron@pawneeschools.org
PHONE NUMBER: (217) 625-2471
810 4Th St
Pawnee, IL  62558

Paxton-buckley-loda Cud 10
SUPERINTENDENT: Cliff Mcclure
E-MAIL: cmcclure@pblpanthers.org
PHONE NUMBER: (217) 379-3314
700 Panther Way
Paxton, IL  60957

Payson Cusd 1
SUPERINTENDENT: Donna Veile
E-MAIL: dveile@cusd1.org
PHONE NUMBER: (217) 656-3323
404 W State St # 1
Payson, IL  62360

Pearl City Cusd 200
SUPERINTENDENT: Mike Schiffman
E-MAIL: mschiffman@pcwolves.net
PHONE NUMBER: (815) 443-2715
100 S Summit
Pearl City, IL  61032

Pecatonica Cusd 321
SUPERINTENDENT: William Faller
E-MAIL: billfaller@pecschools.com
PHONE NUMBER: (815) 239-1639
1300 Main St
Pecatonica, IL  61063

Pekin Csd 303
SUPERINTENDENT: Danielle Owens
E-MAIL: dnowens@pekinhigh.net
PHONE NUMBER: (309) 477-4222
320 Stadium Dr
Pekin, IL  61554

Pekin Psd 108
SUPERINTENDENT: Bill Link
E-MAIL: bill.link@pekin.net
PHONE NUMBER: (309) 477-4700
501 Washington St
Pekin, IL  61554

Pembroke Ccsd 259
SUPERINTENDENT: Marcus Alexander
E-MAIL: superintendent@pembroke.k12.il.us
PHONE NUMBER: (815) 944-8168
4120 S Wheeler Rd
Pembroke Township, IL  60958

Pennoyer Sd 79
SUPERINTENDENT: Kristin Kopta
E-MAIL: kkopta@pennoyerschool.org
PHONE NUMBER: (708) 456-9094
5200 N Cumberland Ave
Norridge, IL  60706

Peoria Educ Reg For Empl Traing
SUPERINTENDENT: Chris Kendall
E-MAIL: ckendall@perfectpeoria.com
PHONE NUMBER: (309) 693-7373
2000 W Pioneer Pkwy
Peoria, IL  61615

Peoria Heights Cusd 325
SUPERINTENDENT: Eric Heath
E-MAIL: eric.heath@ph325.org
PHONE NUMBER: (309) 686-8800
500 E Glen Ave
Peoria Heights, IL  61616

Peoria Roe
SUPERINTENDENT: Elizabeth Derry
E-MAIL: bderry@peoriaroe.org
PHONE NUMBER: (309) 672-6906
324 Main St Rm 401
Peoria, IL  61602

Peoria Sd 150
SUPERINTENDENT: Sharon Kherat
E-MAIL: sharon.kherat@psd150.org
PHONE NUMBER: (309) 672-6768
3202 N Wisconsin Ave
Peoria, IL  61603

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Peotone Cusd 207u
SUPERINTENDENT: Steve Stein
E-MAIL: sstein@peotoneschools.org
PHONE NUMBER: (708) 258-0991
212 W Wilson St
Peotone, IL  60468

Perandoe Spec Educ District
SUPERINTENDENT: Kathleen Hopkins
E-MAIL: khopkins@perandoe.org
PHONE NUMBER: (618) 282-6251
1525 Locust St
Red Bud, IL  62278

Peru Esd 124
SUPERINTENDENT: Jamie Craven
E-MAIL: jcraven@perued.net
PHONE NUMBER: (815) 223-0486
1800 Church St
Peru, IL  61354

Philip J Rock Center And School
SUPERINTENDENT: Bonnie Jordan
E-MAIL: bjordan@philiprockcenter.org
PHONE NUMBER: (630) 790-2474
818 Du Page Blvd
Glen Ellyn, IL  60137

Pikeland Cusd 10
SUPERINTENDENT: Paula Hawley
E-MAIL: phawley@pikeland.org
PHONE NUMBER: (217) 285-2147
512 S Madison St
Pittsfield, IL  62363

Pinckneyville Chsd 101
SUPERINTENDENT: Keith Hagene
E-MAIL: khagene@pchspanthers.com
PHONE NUMBER: (618) 357-5013
600 E Water St
Pinckneyville, IL  62274

Pinckneyville Sd 50
SUPERINTENDENT: Scott Wagner
E-MAIL: gwagner@jrpanther.com
PHONE NUMBER: (618) 357-9096
301 W Mulberry St
Pinckneyville, IL  62274

Plainfield Sd 202
SUPERINTENDENT: Lane Abrell
E-MAIL: labrell@psd202.org
PHONE NUMBER: (815) 577-4000
15732 S Howard St
Plainfield, IL  60544

Plano Area Special Ed Coop
SUPERINTENDENT: Mary Furbush
E-MAIL: mfurbush@casedupage.com
PHONE NUMBER: (630)552-8978
800 S Hale St
Plano, IL  60545

Plano Cusd 88
SUPERINTENDENT: Tony Baker
E-MAIL: tbaker@plano88.org
PHONE NUMBER: (630) 552-8978
800 S Hale St
Plano, IL  60545

Pleasant Hill Cusd 3
SUPERINTENDENT: Ron Edwards
E-MAIL: ron.edwards@phwolves.com
PHONE NUMBER: (217) 734-2311
501 W Quincy St
Pleasant Hill, IL  62366

Pleasant Hill Sd 69
SUPERINTENDENT: Lisa Weaver
E-MAIL: lweaver@phill69.com
PHONE NUMBER: (309) 637-6829
3717 W Malone St
Peoria, IL  61605

Pleasant Plains Cusd 8
SUPERINTENDENT: Matt Runge
E-MAIL: mrunge@ppcusd8.org
PHONE NUMBER: (217) 626-1041
315 W Church St
Pleasant Plains, IL  62677

Pleasant Valley Sd 62
SUPERINTENDENT: Tracy Forck
E-MAIL: tforck@pv62.com
PHONE NUMBER: (309) 673-6750
4623 W Red Bud Dr
Peoria, IL  61604

Pleasantdale Sd 107
SUPERINTENDENT: Dave Palzet
E-MAIL: dpalzet@d107.org
PHONE NUMBER: (708) 784-2170
7450 Wolf Rd
Burr Ridge, IL  60527

Polo Cusd 222
SUPERINTENDENT: Kelly Mandrell
E-MAIL: kmandrell@poloschools.net
PHONE NUMBER: (815) 946-3815
100 S Union Ave
Polo, IL  61064

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Pontiac Ccsd 429
SUPERINTENDENT: Brian Dukes
E-MAIL: dukesbri@pontiac429.org
PHONE NUMBER: (815) 842-1533
117 W Livingston St
Pontiac, IL  61764

Pontiac Twp Hsd 90
SUPERINTENDENT: Jon Kilgore
E-MAIL: jkilgore@pontiac90.org
PHONE NUMBER: (815) 844-6113
1100 E Indiana Ave
Pontiac, IL  61764

Pontiac-w Holliday Sd 105
SUPERINTENDENT: Julie Brown
E-MAIL: jbrown@pwh105.org
PHONE NUMBER: (618) 233-2320
400 Ashland Ave
Fairview Heights, IL  62208

Pope Co Cud 1
SUPERINTENDENT: Bailey Climer
E-MAIL: bclimer@popek12.org
PHONE NUMBER: (618) 683-2301
125 State Highway 146 W
Golconda, IL  62938

Porta Cusd 202
SUPERINTENDENT: Matt Brue
E-MAIL: mbrue@porta202.org
PHONE NUMBER: (217) 632-3803
17651 Bluejay Rd
Petersburg, IL  62675

Posen-robbins Esd 143-5
SUPERINTENDENT: Anthony Edison
E-MAIL: aedison@prsd1435.org
PHONE NUMBER: (708) 388-7200
14025 S Harrison Ave
Posen, IL  60469

Potomac Cusd 10
SUPERINTENDENT: Jim Owens
E-MAIL: owensj@potomac.k12.il.us
PHONE NUMBER: (217) 987-6155
7915 Us Route 136
Potomac, IL  61865

Prairie Grove Csd 46
SUPERINTENDENT: John Bute
E-MAIL: jbute@dist46.org
PHONE NUMBER: (815) 459-3023
3223 Il Route 176
Crystal Lake, IL  60014

Prairie Hill Ccsd 133
SUPERINTENDENT: Clint Czizek
E-MAIL: czizekc@prairiehill.org
PHONE NUMBER: (815) 389-3964
6605 Prairie Hill Rd
South Beloit, IL  61080

Prairie-hills Esd 144
SUPERINTENDENT: Kimako Patterson
E-MAIL: kpatterson@phsd144.net
PHONE NUMBER: (708) 210-2888
3015 W 163Rd St
Markham, IL  60428

Prairieview-ogden Ccsd 197
SUPERINTENDENT: Jeff Isenhower
E-MAIL: isenhowerj@pvo.k12.il.us
PHONE NUMBER: (217) 583-3300
106 N Vine St
Royal, IL  61871

Princeton Esd 115
SUPERINTENDENT: Tim Smith
E-MAIL: tsmith@pes115.org
PHONE NUMBER: (815) 875-3162
506 E Dover Rd
Princeton, IL  61356

Princeton Hsd 500
SUPERINTENDENT: Kirk Haring
E-MAIL: kirk.haring@phs-il.org
PHONE NUMBER: (815) 875-3308
103 S Euclid Ave
Princeton, IL  61356

Princeville Cusd 326
SUPERINTENDENT: Shannon Duling
E-MAIL: sduling@princeville326.org
PHONE NUMBER: (309) 385-2213
909 N Town Ave
Princeville, IL  61559

Prophetstown-lyndon-tampico Cusd3
SUPERINTENDENT: John Petzke
E-MAIL: jpetzke@plt3.org
PHONE NUMBER: (815) 537-5101
79 Grove St
Prophetstown, IL  61277

Prospect Heights Sd 23
SUPERINTENDENT: Don Angelaccio
E-MAIL: dangelaccio@d23.org
PHONE NUMBER: (847) 870-3850
700 N Schoenbeck Rd
Prospect Heights, IL  60070

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Proviso Area Exceptional Child
SUPERINTENDENT: Mary Beth Boeh
E-MAIL: mboeh@paec803.org
PHONE NUMBER: (708) 450-2100
1000 Van Buren St
Maywood, IL  60153

Proviso Twp Hsd 209
SUPERINTENDENT: James Henderson
E-MAIL: jhenderson@pths209.org
PHONE NUMBER: (708) 338-5912
8601 Roosevelt Rd
Forest Park, IL  60130

Putnam County Cusd 535
SUPERINTENDENT: Carl Carlson
E-MAIL: carlsonc@pcschools535.org
PHONE NUMBER: (815) 882-2800
400 E Silverspoon Ave
Granville, IL  61326

Quad City Career And Tech Ed Cons
SUPERINTENDENT: Larry Shimmin
E-MAIL: lshimmin@uths.net
PHONE NUMBER: (309) 752-1691
1275 Avenue Of The Cities
East Moline, IL  61244

Queen Bee Sd 16
SUPERINTENDENT: Joseph Williams
E-MAIL: superintendent@queenbee16.org
PHONE NUMBER: (630) 260-6105
1560 Bloomingdale Rd
Glendale Heights, IL  60139

Quincy Area Voc Ctr
SUPERINTENDENT: Kaleb Smith
E-MAIL: smithka@qps.org
PHONE NUMBER: (217) 224-3775
219 Baldwin Dr
Quincy, IL  62301

Quincy Sd 172
SUPERINTENDENT: Shane Webb
E-MAIL: webbro@qps.org
PHONE NUMBER: (217) 223-8700
1416 Maine St
Quincy, IL  62301

R O W V A Cusd 208
SUPERINTENDENT: Joe Sornberger
E-MAIL: jsornberger@rowva.k12.il.us
PHONE NUMBER: (309) 483-3711
335 N Joy St
Oneida, IL  61467

Raccoon Cons Sd 1
SUPERINTENDENT: Misty Johannes
E-MAIL: mjohannes@raccoonschool.org
PHONE NUMBER: (618) 532-7329
3601 State Route 161
Centralia, IL  62801

Ramsey Cusd 204
SUPERINTENDENT: Melissa Ritter
E-MAIL: mritter@ramseycusd.org
PHONE NUMBER: (618) 423-2335
702 W 6Th St
Ramsey, IL  62080

Rankin Csd 98
SUPERINTENDENT: Matt Gordon
E-MAIL: mgordon@rankin98.org
PHONE NUMBER: (309) 346-3182
13716 5Th St
Pekin, IL  61554

Rantoul City Sd 137
SUPERINTENDENT: Michelle Ramage
E-MAIL: mramage@rcs137.org
PHONE NUMBER: (217) 893-4171
400 E Wabash Ave
Rantoul, IL  61866

Rantoul Township Hsd 193
SUPERINTENDENT: Scott Amerio
E-MAIL: scottamerio@students.rths.k12.il.us
PHONE NUMBER: (217) 892-6001
200 S Sheldon St
Rantoul, IL  61866

Reavis Twp Hsd 220
SUPERINTENDENT: Daniel Riordan
E-MAIL: driordan@d220.org
PHONE NUMBER: (708) 599-7200
6034 W 77Th St
Burbank, IL  60459

Red Bud Cusd 132
SUPERINTENDENT: Jonathan Tallman
E-MAIL: jtallman@redbud132.org
PHONE NUMBER: (618) 282-3507
815 Locust St
Red Bud, IL  62278

Red Hill Cusd 10
SUPERINTENDENT: Jakie Walker
E-MAIL: jwalker@cusd10.org
PHONE NUMBER: (618) 945-2061
1250 Judy Ave
Bridgeport, IL  62417

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Reed Custer Cusd 255u
SUPERINTENDENT: Mark Mitchell
E-MAIL: mark.mitchell@rc255.net
PHONE NUMBER: (815) 458-2307
255 Comet Dr
Braidwood, IL  60408

Region 05 North Cook Isc 1
SUPERINTENDENT: Kevin Jauch
E-MAIL: kjauch@ncisc.org
PHONE NUMBER: (847) 824-8300
2340 S River Rd Ste 414
Des Plaines, IL  60018

Region 06 West Cook Isc 2
SUPERINTENDENT: Mark Klaisner
E-MAIL: mklaisner@west40.org
PHONE NUMBER: (708) 449-4284
4413 Roosevelt Rd Ste 104
Hillside, IL  60162

Region 07 South Cook Isc 4
SUPERINTENDENT: Vanessa Kinder
E-MAIL: vkinder@s-cook.org
PHONE NUMBER: (708) 754-6600
253 W Joe Orr Rd
Chicago Heights, IL  60411

Region Iii Spec Ed Coop
SUPERINTENDENT: Messina Lenger
E-MAIL: mlenger@region3sec.org
PHONE NUMBER: (618) 462-1031
1800 Storey Ln
Cottage Hills, IL  62018

Regional Office Of Car/tech Educ
SUPERINTENDENT: Mary Wood
E-MAIL: mjwood@rocte.com
PHONE NUMBER: (217) 529-3716
2450 Foundation Dr
Springfield, IL  62703

Rhodes Sd 84-5
SUPERINTENDENT: Jim Prather
E-MAIL: jprather@rhodes.k12.il.us
PHONE NUMBER: (708) 453-1266
8931 Fullerton Ave
River Grove, IL  60171

Rich Twp Hsd 227
SUPERINTENDENT: Johnnie Thomas
E-MAIL: jthomas@rich227.org
PHONE NUMBER: (708) 679-5800
20550 S Cicero Ave
Matteson, IL  60443

Richland Gsd 88a
SUPERINTENDENT: Joseph Simpkins
E-MAIL: jsimpkins@d88a.org
PHONE NUMBER: (815) 744-6166
1919 Caton Farm Rd
Crest Hill, IL  60403

Richmond-burton Chsd 157
SUPERINTENDENT: Tom Lind
E-MAIL: tlind@rbchs.com
PHONE NUMBER: (815) 678-4525
8311 Illinois Route 31
Richmond, IL  60071

Ridgeland Sd 122
SUPERINTENDENT: Joseph Matise
E-MAIL: jmatise@ridgeland122.com
PHONE NUMBER: (708) 599-5550
6500 W 95Th St
Oak Lawn, IL  60453

Ridgeview Cusd 19
SUPERINTENDENT: Erik Young
E-MAIL: eyoung@ridgeview19.org
PHONE NUMBER: (309) 723-5111
300 S Harrison St
Colfax, IL  61728

Ridgewood Chsd 234
SUPERINTENDENT: Jennifer Kelsall
E-MAIL: jkelsall@ridgenet.org
PHONE NUMBER: (708) 456-4242
7500 W Montrose Ave
Norridge, IL  60706

Riley Ccsd 18
SUPERINTENDENT: Christine Conkling
E-MAIL: conkling@riley18.org
PHONE NUMBER: (815) 568-8637
9406 Riley Rd
Marengo, IL  60152

River Bend Cusd 2
SUPERINTENDENT: Darryl Hogue
E-MAIL: dhogue@riverbendschools.net
PHONE NUMBER: (815) 589-2711
1110 3Rd St
Fulton, IL  61252

River Forest Sd 90
SUPERINTENDENT: Edward Condon
E-MAIL: condone@district90.org
PHONE NUMBER: (708) 771-8282
7776 Lake St
River Forest, IL  60305

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

River Grove Sd 85-5
SUPERINTENDENT: Jan Rashid
E-MAIL: jrashid@rivergroveschool.org
PHONE NUMBER: (708) 453-6172
2650 Thatcher Ave
River Grove, IL  60171

River Ridge Cusd 210
SUPERINTENDENT: Bradley Albrecht
E-MAIL: balbrecht@riverridge210.org
PHONE NUMBER: (815) 858-9005
4141 Il Route 84 S
Hanover, IL  61041

River Trails Sd 26
SUPERINTENDENT: Nancy Wagner
E-MAIL: nwagner@rtsd26.org
PHONE NUMBER: (847) 297-4120
1900 E Kensington Rd
Mt Prospect, IL  60056

Riverdale Cusd 100
SUPERINTENDENT: Ron Jacobs
E-MAIL: rjacobs@riverdaleschools.org
PHONE NUMBER: (309) 523-3184
9624 256Th St N
Port Byron, IL  61275

Riverside Sd 96
SUPERINTENDENT: Martha Toye
E-MAIL: ryan-toyem@district96.org
PHONE NUMBER: (708) 447-5007
63 Woodside Rd
Riverside, IL  60546

Riverside-brookfield Twp Sd 208
SUPERINTENDENT: Kevin Skinkis
E-MAIL: skinkisk@rbhs208.net
PHONE NUMBER: (708) 442 -8275
160 Ridgewood Rd
Riverside, IL  60546

Riverton Cusd 14
SUPERINTENDENT: Brad Polanin
E-MAIL: bpolanin@rivertonschools.org
PHONE NUMBER: (217) 629-6009
4365 Sunset Ln
Spaulding, IL  62561

Riverview Ccsd 2
SUPERINTENDENT: Daren Lowery
E-MAIL: dlowery@rgschool.com
PHONE NUMBER: (309) 822-8550
1421 Spring Bay Rd
East Peoria, IL  61611

Roanoke Benson Cusd 60
SUPERINTENDENT: Thomas Welsh
E-MAIL: twelsh@rb60.com
PHONE NUMBER: (309) 923-8921
202 W High St
Roanoke, IL  61561

Robein Sd 85
SUPERINTENDENT: Bradley Bennett
E-MAIL: bbennett@robein.org
PHONE NUMBER: (309) 694-1409
200 Campus Ave
East Peoria, IL  61611

Robinson Cusd 2
SUPERINTENDENT: Josh Quick
E-MAIL: jquick@robinsonschools.com
PHONE NUMBER: (618) 544-7781
206 S Jackson St
Robinson, IL  62454

Rochelle Ccsd 231
SUPERINTENDENT: Jason Harper
E-MAIL: jharper@rthsd212.org
PHONE NUMBER: (815) 562-6363
444 N 8Th St
Rochelle, IL  61068

Rochelle Twp Hsd 212
SUPERINTENDENT: Jason Harper
E-MAIL: jharper@rthsd212.org
PHONE NUMBER: (815) 562-4161
1401 Flagg Rd
Rochelle, IL  61068

Rochester Cusd 3a
SUPERINTENDENT: Russell Clover
E-MAIL: rclover@rochester3a.net
PHONE NUMBER: (217) 498-6210
4 Rocket Dr
Rochester, IL  62563

Rock Falls Esd 13
SUPERINTENDENT: Dan Arickx
E-MAIL: danarickx@dist13.org
PHONE NUMBER: (815) 626-2604
602 4Th Ave
Rock Falls, IL  61071

Rock Falls Twp Hsd 301
SUPERINTENDENT: Ron Mccord
E-MAIL: ronm@rfhs301.org
PHONE NUMBER: (815) 625-3886
101 12Th Ave
Rock Falls, IL  61071

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Rock Island Roe
SUPERINTENDENT: Tammy Muerhoff
E-MAIL: tammy.muerhoff@riroe.com
PHONE NUMBER: (309) 736-1111
3430 Avenue Of The Cities
Moline, IL  61265

Rock Island Sd 41
SUPERINTENDENT: Reginald Lawrence
E-MAIL: reginald.lawrence@rimsd41.org
PHONE NUMBER: (309) 793-5900
2101 6Th Ave
Rock Island, IL  61201

Rockdale Sd 84
SUPERINTENDENT: Paul Schrik
E-MAIL: pschrik@rockdale84.org
PHONE NUMBER: (815) 725-5321
715 Meadow Ave
Rockdale, IL  60436

Rockford Sd 205
SUPERINTENDENT: Ehren Jarrett
E-MAIL: ehren.jarrett@rps205.com
PHONE NUMBER: (815) 966-3101
501 7Th St
Rockford, IL  61104

Rockridge Cusd 300
SUPERINTENDENT: Perry Miller
E-MAIL: pmiller@rr300.org
PHONE NUMBER: (309) 793-8000
14110 134Th Ave W
Taylor Ridge, IL  61284

Rockton Sd 140
SUPERINTENDENT: Glenn Terry
E-MAIL: terry@rockton140.org
PHONE NUMBER: (815) 624-7143
1050 E Union St
Rockton, IL  61072

Rome Ccsd 2
SUPERINTENDENT: Stephen Phillips
E-MAIL: sphillips@rome2.net
PHONE NUMBER: (618) 266-7214
233 W South St
Dix, IL  62830

Rondout Sd 72
SUPERINTENDENT: Jenny Wojcik
E-MAIL: jenny.wojcik@rondoutsd72.org
PHONE NUMBER: (847) 362-2021
28593 N Bradley Rd
Lake Forest, IL  60045

Rooks Creek Ccsd 425
SUPERINTENDENT: Todd Bean
E-MAIL: beant@rookscreek.k12.il.us
PHONE NUMBER: (815) 743-5346
228 Lydia St
Graymont, IL  61743

Roselle Sd 12
SUPERINTENDENT: Mary Henderson
E-MAIL: mhenderson@sd12.org
PHONE NUMBER: (630) 529-2091
100 E Walnut St
Roselle, IL  60172

Rosemont Esd 78
SUPERINTENDENT: Kevin Anderson
E-MAIL: kanderson@rosemont78.org
PHONE NUMBER: (847) 825-0144
6101 Ruby St
Rosemont, IL  60018

Rossville-alvin Cusd 7
SUPERINTENDENT: Crystal Johnson
E-MAIL: johnsoncl@rossville.k12.il.us
PHONE NUMBER: (217) 748-6666
350 N Chicago St
Rossville, IL  60963

Round Lake Cusd 116
SUPERINTENDENT: Donn Mendoza
E-MAIL: dmendoza@rlas-116.org
PHONE NUMBER: (847) 270-9003
316 S Rosedale Ct
Round Lake, IL  60073

Roxana Cusd 1
SUPERINTENDENT: Debra Kreutztrager
E-MAIL: debra.kreutztrager@rcusd.org
PHONE NUMBER: (618) 254-7544
401 Chaffer Ave
Roxana, IL  62084

Rural Champaign Co Spec Ed Coop
SUPERINTENDENT: Jennifer Armstrong
E-MAIL: armstrongj@rccsec.org
PHONE NUMBER: (217) 892-8877
201 S Sheldon St
Rantoul, IL  61866

Rural Champaign Co Spec Ed Coop
SUPERINTENDENT: Jennifer Armstrong
E-MAIL: armstrongj@rccsec.org
PHONE NUMBER: (217) 892-8877
807 N. Mattis Ave
Champaign, IL  61866

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Rutland Ccsd 230
SUPERINTENDENT: Michael Matteson
E-MAIL: mmatteson@rutlandgs.org
PHONE NUMBER: (815) 433-2949
Rr 71 E 3231
Ottawa, IL  61350

S Will Co Coop For Spec Ed
SUPERINTENDENT: Bill Roseland
E-MAIL: billr@sowic.org
PHONE NUMBER: (815) 741-7777
1207 N Larkin Ave
Joliet, IL  60435

Salem Chsd 600
SUPERINTENDENT: Brad Detering
E-MAIL: detering@salemhigh.com
PHONE NUMBER: (618) 548-0727
1200 N Broadway Ave
Salem, IL  62881

Salem Sd 111
SUPERINTENDENT: Leslie Foppe
E-MAIL: foppe@salem111.com
PHONE NUMBER: (618) 548-7702
1300 Hawthorn Rd
Salem, IL  62881

Salt Creek Sd 48
SUPERINTENDENT: Jake Chung
E-MAIL: jchung@saltcreek48.org
PHONE NUMBER: (630) 279-8400
1110 S Villa Ave
Villa Park, IL  60181

Salt Fork Cusd 512
SUPERINTENDENT: Phil Cox
E-MAIL: pcox@saltfork.org
PHONE NUMBER: (217)427-2116
701 1/2 W Vermilion
Catlin, IL  61817

Sandoval Cusd 501
SUPERINTENDENT: Rob Miller
E-MAIL: rob.miller@sandoval501.org
PHONE NUMBER: (618) 247-3233
859 W Missouri Ave
Sandoval, IL  62882

Sandridge Sd 172
SUPERINTENDENT: Michael Kuzniewski
E-MAIL: mkuzniewski@sandridgesd172.org
PHONE NUMBER: (708) 895-8339
2950 Glenwood Dyer Rd
Lynwood, IL  60411

Sandwich Cusd 430
SUPERINTENDENT: Rick Schmitt
E-MAIL: rschmitt@sandwich430.org
PHONE NUMBER: (815) 786-2187
720 S Wells St
Sandwich, IL  60548

Sangamon Area Spec Ed Dist
SUPERINTENDENT: Mark Strawn
E-MAIL: strawn@sased.com
PHONE NUMBER: (217) 786-3250
2500 Taylor Ave
Springfield, IL  62703

Sangamon Roe
SUPERINTENDENT: Jeff Vose
E-MAIL: jvose@roe51.org
PHONE NUMBER: (217) 753-6620
200 S 9Th St Ste 303
Springfield, IL  62701

Sangamon Valley Cusd 9
SUPERINTENDENT: Robert Meadows
E-MAIL: rmeadows@sangamonvalley.org
PHONE NUMBER: (217) 668-2338
398 N Illinois St
Niantic, IL  62551

Saratoga Ccsd 60c
SUPERINTENDENT: Kathy Perry
E-MAIL: kperry@sd60c.org
PHONE NUMBER: (815) 942-2128
4040 N Division St
Morris, IL  60450

Saunemin Ccsd 438
SUPERINTENDENT: Christopher Maier
E-MAIL: maierc@saunemin.org
PHONE NUMBER: (815) 832-4421
39 Main St
Saunemin, IL  61769

Scales Mound Cusd 211
SUPERINTENDENT: Bill Caron
E-MAIL: billcaron@scalesmound.net
PHONE NUMBER: (815) 845-2215
210 Main St
Scales Mound, IL  61075

Sch Assoc Spec Educ Dupage Sased
SUPERINTENDENT: Mindy Mcguffin
E-MAIL: mmcguffin@sased.org
PHONE NUMBER: (630) 778-4500
6S331 Cornwall Rd
Naperville, IL  60540

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Schaumburg Ccsd 54
SUPERINTENDENT: Andrew Duross
E-MAIL: andyduross@sd54.org
PHONE NUMBER: (847) 357-5000
524 E Schaumburg Rd
Schaumburg, IL  60194

Schiller Park Sd 81
SUPERINTENDENT: Kimberly Boryszewski
E-MAIL: kboryszewski@sd81.org
PHONE NUMBER: (847) 671-1816
9760 Soreng Ave
Schiller Park, IL  60176

School Assn For Special Educ
SUPERINTENDENT: Eric Helbig
E-MAIL: ehelbig@woodlawnschools.org
PHONE NUMBER: (630)778-4500
2900 Ogden Ave
Lisle, IL  60532

Schuyler-industry Cusd 5
SUPERINTENDENT: Beau Fretueg
E-MAIL: bfretueg@sid5.com
PHONE NUMBER: (217)322-4311
740 Maple Ave
Rushville, IL  62681

Scott-morgan Cusd 2
SUPERINTENDENT: Kevin Blankenship
E-MAIL: kblankenship@bluffs-school.com
PHONE NUMBER: (217) 754-3351
100 W Rockwood St
Bluffs, IL  62621

Sd 45 Dupage County
SUPERINTENDENT: Anthony Palmisano
E-MAIL: apalmisano@d45.org
PHONE NUMBER: (630) 516-7700
255 W Vermont St
Villa Park, IL  60181

Sd U-46
SUPERINTENDENT: Tony Sanders
E-MAIL: tonysanders@u-46.org
PHONE NUMBER: (847) 888-5000
355 E Chicago St
Elgin, IL  60120

Selmaville Ccsd 10
SUPERINTENDENT: Robin Brooks
E-MAIL: rbrooks@selmaville.com
PHONE NUMBER: (618) 548-2416
3185 Selmaville Rd
Salem, IL  62881

Seneca Ccsd 170
SUPERINTENDENT: Eric Misener
E-MAIL: ericm@sgs170.org
PHONE NUMBER: (815) 357-8744
174 Oak St
Seneca, IL  61360

Seneca Twp Hsd 160
SUPERINTENDENT: Jim Carlson
E-MAIL: jcarlson@senecahs.org
PHONE NUMBER: (815) 357-5000
307 E Scott St
Seneca, IL  61360

Serena Cusd 2
SUPERINTENDENT: Spencer Byrd
E-MAIL: sbyrd@unit2.net
PHONE NUMBER: (815) 496-2850
2283 N 3812Th Rd
Serena, IL  60549

Sesser-valier Cusd 196
SUPERINTENDENT: Jason Henry
E-MAIL: donpeters@garfordisd.org
PHONE NUMBER: (618) 625-5105
4626 State Highway 154
Sesser, IL  62884

Shawnee Cusd 84
SUPERINTENDENT: Shelly Hill
E-MAIL: sclover-hill@shawneedistrict84.com
PHONE NUMBER: (618) 833-5709
3365 State Rte 3 N
Wolf Lake, IL  62998

Shelbyville Cusd 4
SUPERINTENDENT: Shane Schuricht
E-MAIL: schurichts@shelbyville.k12.il.us
PHONE NUMBER: (217) 774-4626
720 W Main St
Shelbyville, IL  62565

Sherrard Cusd 200
SUPERINTENDENT: Alan Boucher
E-MAIL: bouchera@sherrard.us
PHONE NUMBER: (309) 593-4075
507 3Rd St
Sherrard, IL  61281

Shiloh Cusd 1
SUPERINTENDENT: Allen Hall
E-MAIL: halla@shiloh1.us
PHONE NUMBER: (217) 887-2364
21751 N 575Th St
Hume, IL  61932

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Shiloh Village Sd 85
SUPERINTENDENT: Dale Sauer
E-MAIL: dsauer@shi85.org
PHONE NUMBER: (618) 632-7434
125 Diamond Ct
Shiloh, IL  62269

Shirland Ccsd 134
SUPERINTENDENT: John Ulferts
E-MAIL: julferts@shirland134.com
PHONE NUMBER: (815) 629-2000
8020 North St
Shirland, IL  61079

Silvis Sd 34
SUPERINTENDENT: Terri Vandewiele
E-MAIL: tvandewiele@silvis34.com
PHONE NUMBER: (309) 792-9325
1305 5Th Avenue
Silvis, IL  61282

Skokie Sd 68
SUPERINTENDENT: James Garwood
E-MAIL: jgarwood@skokie68.org
PHONE NUMBER: (847) 676-9000
9440 Kenton Ave
Skokie, IL  60076

Skokie Sd 69
SUPERINTENDENT: Margaret Clauson
E-MAIL: clausonm@skokie69.net
PHONE NUMBER: (847) 675-7666
5050 Madison St
Skokie, IL  60077

Skokie Sd 73-5
SUPERINTENDENT: John Correll
E-MAIL: jcorrell@sd735.org
PHONE NUMBER: (847) 324-0509
8000 E Prairie Rd
Skokie, IL  60076

Smithton Ccsd 130
SUPERINTENDENT: Ryan Wamser
E-MAIL: rwamser@sccsd130.com
PHONE NUMBER: (618) 233-6863
316 S Hickory St
Smithton, IL  62285

Somonauk Cusd 432
SUPERINTENDENT: Jay Streicher
E-MAIL: streicherj@somonauk.net
PHONE NUMBER: (815) 498-2314
501 W Market St
Somonauk, IL  60552

South Central Cud 401
SUPERINTENDENT: Kerry Herdes
E-MAIL: kherdes@southcentralschools.org
PHONE NUMBER: (618) 547-3414
501 S Madison St
Kinmundy, IL  62854

South Eastern Sp Ed Program
SUPERINTENDENT: Kim Kessler
E-MAIL: kkessler@sese.org
PHONE NUMBER: (618) 455-3396
111 Mound St
Sainte Marie, IL  62459

South Fork Sd 14
SUPERINTENDENT: Chris Clark
E-MAIL: cclark@southforkschools.com
PHONE NUMBER: (217) 237-4333
612 Dial St
Kincaid, IL  62540

South Holland Sd 150
SUPERINTENDENT: Denise Julius
E-MAIL: djulius@sd150.org
PHONE NUMBER: (708) 339-4240
848 E 170Th St
South Holland, IL  60473

South Holland Sd 151
SUPERINTENDENT: Teresa Hill
E-MAIL: thill@shsd151.org
PHONE NUMBER: (708) 339-1516
525 E 162Nd St
South Holland, IL  60473

South Macoupin Association
SUPERINTENDENT: Alison Storm
E-MAIL: astorm@stauntonschools.org
PHONE NUMBER: (618) 635-8230
701 N Deneen St
Staunton, IL  62088

South Pekin Sd 137
SUPERINTENDENT: Seth Mingus
E-MAIL: smingus@spgs.net
PHONE NUMBER: (309) 348-3695
206 Main St
South Pekin, IL  61564

South Wilmington Ccsd 74
SUPERINTENDENT: Cindy Christensen
E-MAIL: cchristensen@swil74.org
PHONE NUMBER: (815) 237-2281
375 Fifth Ave
South Wilmington, IL  60474

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Southeastern Cusd 337
SUPERINTENDENT: Todd Fox
E-MAIL: shsprin@southeastern337.com
PHONE NUMBER: (217) 392-2172
90 W Green St
Augusta, IL  62311

Southwest Cook Coop Spec Ed
SUPERINTENDENT: Gineen Oneil
E-MAIL: goneil@swcccase.org
PHONE NUMBER: (708) 687-0900
6020 151St St
Oak Forest, IL  60452

Southwestern Cusd 9
SUPERINTENDENT: Kyle Hacke
E-MAIL: khacke@piasabirds.net
PHONE NUMBER: (618) 372-3813
305 N Maple St
Brighton, IL  62012

Southwestern Illinois Career & Te
SUPERINTENDENT: Julie Knutson
E-MAIL: knutsonj@oths.us
PHONE NUMBER: (618)632-3507
600 S Smiley St
O Fallon, IL  62269

Sparta Cusd 140
SUPERINTENDENT: Gabrielle Schwemmer
E-MAIL: gschwemmer@sparta.k12.il.us
PHONE NUMBER: (618) 443-5331
203B Dean Ave
Sparta, IL  62286

Spec Ed Dist Of Mchenry Co-sedom
SUPERINTENDENT: Tim Burns
E-MAIL: tburns@sedom.org
PHONE NUMBER: (815) 338-3622
1200 Claussen Dr
Woodstock, IL  60098

Spec Educ Assoc Of Adams County
SUPERINTENDENT: Eryn Beswick
E-MAIL: beswicer@qps.org
PHONE NUMBER: (217) 223-8700
1416 Maine St
Quincy, IL  62301

Spec Educ Assoc Of Peoria County
SUPERINTENDENT: Lora Haas
E-MAIL: lhaas@seapco.org
PHONE NUMBER: (309) 697-0880
6000 S Adams St
Bartonville, IL  61607

Spec Educ Dist Lake County/sedol
SUPERINTENDENT: Valerie Donnan
E-MAIL: vdonnan@sedol.us
PHONE NUMBER: (847) 548-8470
18160 W Gages Lake Rd
Grayslake, IL  60030

Speed Seja #802
SUPERINTENDENT: Tina Halliman
E-MAIL: thalliman@speed802.org
PHONE NUMBER: (708) 481-6100
1125 Division St
Chicago Heights, IL  60411

Spoon River Valley Cusd 4
SUPERINTENDENT: Chris Janssen
E-MAIL: cjanssen@spoonrivervalley.us
PHONE NUMBER: (309) 778-2204
35265 N Il Route 97
London Mills, IL  61544

Spring Lake Ccsd 606
SUPERINTENDENT: Charles Nagel
E-MAIL: cnagel@springlake606.org
PHONE NUMBER: (309) 545-2241
13650 N Manito Rd
Manito, IL  61546

Spring Valley Ccsd 99
SUPERINTENDENT: James Hermes
E-MAIL: jimh@sv99.org
PHONE NUMBER: (815) 664-4242
800 N Richards St
Spring Valley, IL  61362

Springfield Sd 186
SUPERINTENDENT: Jennifer Gill
E-MAIL: district@sps186.org
PHONE NUMBER: (217) 525-3002
1900 W Monroe St
Springfield, IL  62704

St Anne Ccsd 256
SUPERINTENDENT: Charles Stegall
E-MAIL: stegallc@apps.sags256.org
PHONE NUMBER: (815) 427-8153
333 S Saint Louis Ave
Saint Anne, IL  60964

St Anne Chsd 302
SUPERINTENDENT: Charles Stegall
E-MAIL: stegallc@gapps.sachs302.org
PHONE NUMBER: (815) 427-8141
650 W. Guertin
Saint Anne, IL  60964

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

St Charles Cusd 303
SUPERINTENDENT: Jason Pearson
E-MAIL: jason.pearson@d303.org
PHONE NUMBER: (331) 228-2000
201 S 7Th St
St Charles, IL  60174

St Clair Roe
SUPERINTENDENT: Susan Sarfaty
E-MAIL: ssarfaty@sccroe50.org
PHONE NUMBER: (618) 825-3900
1000 S Illinois St
Belleville, IL  62220

St Clair Roe Special Education
SUPERINTENDENT: Susan Sarfaty
E-MAIL: ssarfaty@sccroe50.org
PHONE NUMBER: (618) 825-3900
1000 S Illinois St
Belleville, IL  62220

St Elmo Cusd 202
SUPERINTENDENT: Julie Healy
E-MAIL: jhealy@stelmo.org
PHONE NUMBER: (618) 829-3264
1200 N Walnut St
Saint Elmo, IL  62458

St George Ccsd 258
SUPERINTENDENT: Helen Boehrnsen
E-MAIL: hboehrnsen@sg258.com
PHONE NUMBER: (815) 933-1503
5200 E Center St
Bourbonnais, IL  60914

St Joseph Ccsd 169
SUPERINTENDENT: Todd Pence
E-MAIL: tpence@stjoe.k12.il.us
PHONE NUMBER: (217) 469-2291
404 S 5Th St
Saint Joseph, IL  61873

St Joseph Ogden Chsd 305
SUPERINTENDENT: Brian Brooks
E-MAIL: brooksb@sjo.k12.il.us
PHONE NUMBER: (217) 469-2586
301 N Main St
Saint Joseph, IL  61873

St Libory Cons Sd 30
SUPERINTENDENT: Thomas Rude
E-MAIL: trude@egyptian.net
PHONE NUMBER: (618) 768-4923
811 Darmstadt St
St. Libory, IL  62282

St Rose Sd 14-15
SUPERINTENDENT: Erick Baer
E-MAIL: ebaer@strosedistrict14-15.com
PHONE NUMBER: (618) 526-7484
18004 Saint Rose Rd
Breese, IL  62230

Stark County Cusd 100
SUPERINTENDENT: Brett Elliott
E-MAIL: belliot@stark100.com
PHONE NUMBER: (309) 695-6123
300 W Van Buren St
Wyoming, IL  61491

Starved Rock For Voc Tech Ed
SUPERINTENDENT: Dwayne Mentgen
E-MAIL: dmentgen@lphs.net
PHONE NUMBER: (815) 220-8195
200 9Th St
Peru, IL  61354

Staunton Cusd 6
SUPERINTENDENT: Cynthia Tolbert
E-MAIL: ctolbert@stauntonschools.org
PHONE NUMBER: (618) 635-2962
801 N Deneen St
Staunton, IL  62088

Steeleville Cusd 138
SUPERINTENDENT: Mstephanie Mulholland
E-MAIL: smulholl@steeleville138.org
PHONE NUMBER: (618) 965-3469
609 S Sparta St
Steeleville, IL  62288

Steger Sd 194
SUPERINTENDENT: David Frusher
E-MAIL: dfrusher@sd194.org
PHONE NUMBER: (708) 753-4300
3753 Park Ave
Steger, IL  60475

Sterling Cusd 5
SUPERINTENDENT: Tad Everett
E-MAIL: teverett@sps5.org
PHONE NUMBER: (815) 626-5050
410 E Le Fevre Rd
Sterling, IL  61081

Steward Esd 220
SUPERINTENDENT: Lowell Taylor
E-MAIL: ltaylor@stewardschool220.org
PHONE NUMBER: (815) 396-2413
602 Main St
Steward, IL  60553

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Stewardson-strasburg Cud 5a
SUPERINTENDENT: Kenneth Schwengel
E-MAIL: kschwengel@stew-stras.org
PHONE NUMBER: (217) 682-3355
2806 E 600 North Rd
Strasburg, IL  62465

Stockton Cusd 206
SUPERINTENDENT: James Bunting
E-MAIL: james.bunting@stocktonschools.com
PHONE NUMBER: (815) 947-3323
540 N Rush St
Stockton, IL  61085

Streator Esd 44
SUPERINTENDENT: Lisa Parker
E-MAIL: LParker@ses44.net
PHONE NUMBER: (815) 672-2926
1520 N Bloomington St
Streator, IL  61364

Streator Twp Hsd 40
SUPERINTENDENT: Matt Seaton
E-MAIL: mseaton@streatorhs.org
PHONE NUMBER: (815) 672-0545
202 W Lincoln Ave
Streator, IL  61364

Sullivan Cusd 300
SUPERINTENDENT: Ted Walk
E-MAIL: walkt@sullivan.k12.il.us
PHONE NUMBER: (217) 728-8341
725 N Main St
Sullivan, IL  61951

Summersville Sd 79
SUPERINTENDENT: Mike Denault
E-MAIL: mdenault@sgs79.org
PHONE NUMBER: (618) 244-8079
1118 Fairfield Rd
Mount Vernon, IL  62864

Summit Hill Sd 161
SUPERINTENDENT: Barb Rains
E-MAIL: brains@summithill.org
PHONE NUMBER: (815) 469-9103
20100 S Spruce Dr
Frankfort, IL  60423

Summit Sd 104
SUPERINTENDENT: Troy Whalen
E-MAIL: twhalen@sd104.us
PHONE NUMBER: (708) 458-0505
6021 S 74Th Ave
Summit, IL  60501

Sunnybrook Sd 171
SUPERINTENDENT: Hughes George
E-MAIL: hgeorge@sd171.org
PHONE NUMBER: (708) 895-0750
19266 Burnham Ave
Lansing, IL  60438

Sunset Ridge Sd 29
SUPERINTENDENT: Edward Stange
E-MAIL: stangee@sunsetridge29.org
PHONE NUMBER: (847) 881-9456
525 Sunset Ridge Rd
Northfield, IL  60093

Sycamore Cusd 427
SUPERINTENDENT: Steve Wilder
E-MAIL: swilder@syc427.org
PHONE NUMBER: (815) 899-8103
245 W Exchange St
Sycamore, IL  60178

Taft Sd 90
SUPERINTENDENT: Jim Calabrese
E-MAIL: j.calabrese@taftsd90.org
PHONE NUMBER: (815) 838-0408
1605 S Washington St
Lockport, IL  60441

Tamaroa School Dist 5
SUPERINTENDENT: Brian Brink
E-MAIL: bbrink@tgs5.com
PHONE NUMBER: (618) 496-5513
200 E Main St
Tamaroa, IL  62888

Taylorville Cusd 3
SUPERINTENDENT: Chris Dougherty
E-MAIL: cdougherty@tcusd3.org
PHONE NUMBER: (217) 824-4951
512 W Spresser St
Taylorville, IL  62568

Tazewell Co Area Efe Rds
SUPERINTENDENT: Jill Warren
E-MAIL: jwarren@efe320.org
PHONE NUMBER: (309)353-5011
200 S 2nd St Ste 12
Pekin, IL  61554

Tazewell Roe
SUPERINTENDENT: Jeff Ekena
E-MAIL: jekena@roe53.net
PHONE NUMBER: (309) 477-2290
414 Court St Ste 100
Pekin, IL  61554

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Tazewell-mason Cntys Sp Ed Assoc
SUPERINTENDENT: Kristina Neville
E-MAIL: kneville@tmcsea.org
PHONE NUMBER: (309) 347-3532
300 Cedar St
Pekin, IL 61554

Technology Center Of Dupage
SUPERINTENDENT: Steve Carr
E-MAIL: scarr@tcdupage.org
PHONE NUMBER: (630) 691-7591
301 S Swift Rd
Addison, IL 60101

Teutopolis Cusd 50
SUPERINTENDENT: Matthew Sturgeon
E-MAIL: sturgeonm@ttown.k12.il.us
PHONE NUMBER: (217) 857-3535
801 W Main St
Teutopolis, IL 62467

Thomasboro Ccsd 130
SUPERINTENDENT: Bonnie Mcarthur
E-MAIL: bmcarthur@tgs130.org
PHONE NUMBER: (217) 643-3275
201 N Phillips St
Thomasboro, IL 61878

Thompsonville Cusd 174
SUPERINTENDENT: Brock Harris
E-MAIL: bharris@tvilleschools.org
PHONE NUMBER: (618) 627-2446
21191 Shawneetown Rd
Thompsonville, IL 62890

Thornton Fractional Twp Hsd 215
SUPERINTENDENT: Teresa Lance
E-MAIL: tlance@tfd215.org
PHONE NUMBER: (708) 585-2309
1601 Wentworth Ave
Calumet City, IL 60409

Thornton Sd 154
SUPERINTENDENT: Thomas Hurlburt
E-MAIL: thurlburt@wolcottschool.com
PHONE NUMBER: (708) 877-2526
200 N Wolcott St
Thornton, IL 60476

Thornton Twp Hsd 205
SUPERINTENDENT: Nathaniel Cunningham
E-MAIL: cunningham.nathaniel@district205.net
PHONE NUMBER: (708) 225-4020
465 E 170Th St
South Holland, IL 60473

Three Rivers Efe System
SUPERINTENDENT: Brian Gordon
E-MAIL: brian.gordon@jjc.edu
PHONE NUMBER: (815) 727-2714
214 N Ottawa St Ste 309
Joliet, IL 60432

Tolono Cusd 7
SUPERINTENDENT: Andy Larson
E-MAIL: larsona@unity.k12.il.us
PHONE NUMBER: (217) 485-6510
408 N Central St
Tolono, IL 61880

Tonica Ccsd 79
SUPERINTENDENT: Chuck Schneider
E-MAIL: cschneider@tonicagradeschool.org
PHONE NUMBER: (815) 442-3420
535 N 1981St Rd
Tonica, IL 61370

Township Hsd 211
SUPERINTENDENT: Lisa Small
E-MAIL: lsmall@d211.org
PHONE NUMBER: (847)755-6600
1750 S Roselle Rd
Palatine, IL 60067

Township Hsd 214
SUPERINTENDENT: David Schuler
E-MAIL: david.schuler@d214.org
PHONE NUMBER: (847) 718-7600
2121 S Goebbert Rd
Arlington Heights, IL 60005

Tremont Cusd 702
SUPERINTENDENT: Sean Berry
E-MAIL: sean.berry@d702.org
PHONE NUMBER: (309) 925-3461
400 W Pearl St
Tremont, IL 61568

Tri City Cusd 1
SUPERINTENDENT: Chad Colmone
E-MAIL: ccolmone@tricityschools.org
PHONE NUMBER: (217) 364-4811
324 W Charles
Buffalo, IL 62515

Tri Point Cusd 6-j
SUPERINTENDENT: Jeff Bryan
E-MAIL: bryanj@tripointschools.org
PHONE NUMBER: (815) 253-6299
101 Main St
Kempton, IL 60946

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Tri Valley Cusd 3
SUPERINTENDENT: David Mouser
E-MAIL: dmouser@tri-valley3.org
PHONE NUMBER: (309) 378-2351
410 E Washington St
Downs, IL  61736

Triad Cusd 2
SUPERINTENDENT: Leigh Lewis
E-MAIL: leigh.lewis@tcusd2.org
PHONE NUMBER: (618) 667-8851
203 E Throp St
Troy, IL  62294

Trico Cusd 176
SUPERINTENDENT: Larry Lovel
E-MAIL: larrylovel@trico176.org
PHONE NUMBER: (618) 426-1111
16411 Highway 4
Campbell Hill, IL  62916

Tri-county Sp Ed Jnt Agreement
SUPERINTENDENT: Jan Pearcy
E-MAIL: jpearcy@tcse.us
PHONE NUMBER: (618) 684-2109
1725 Shomaker Dr
Murphysboro, IL  62966

Tri-county Spec Educ Assoc
SUPERINTENDENT: Scott Hogan
E-MAIL: hogans@tcsea.org
PHONE NUMBER: (309) 828-5231
105 E Hamilton Rd
Bloomington, IL  61704

Triopia Cusd 27
SUPERINTENDENT: Adam Dean
E-MAIL: adean@triopiacusd27.org
PHONE NUMBER: (217) 457-2283
2204 Concord Arenzville Rd
Concord, IL  62631

Troy Ccsd 30c
SUPERINTENDENT: Todd Koehl
E-MAIL: tkoehl@troy30c.org
PHONE NUMBER: (815) 577-6760
5800 Theodore Dr
Plainfield, IL  60586

Tuscola Cusd 301
SUPERINTENDENT: Gary Alexander
E-MAIL: alexanderg@tuscola.k12.il.us
PHONE NUMBER: (217) 253-4241
409 S Prairie St
Tuscola, IL  61953

Twin Rivers Career & Tech Ed Sys
SUPERINTENDENT: Troy Hickey
E-MAIL: thickey@robinsonschools.com
PHONE NUMBER: (618) 544-8664
301 S Cross St Ste 235
Robinson, IL  62454

Two Rivers Career Educ System
SUPERINTENDENT: Ron Hainds
E-MAIL: trces@casscomm.com
PHONE NUMBER: (217) 323-4711
113 E Main St Ste 2
Beardstown, IL  62618

Twp Hsd 113
SUPERINTENDENT: Bruce Law
E-MAIL: blaw@dist113.org
PHONE NUMBER: (224) 765-1001
1040 Park Ave W
Highland Park, IL  60035

Union Ridge Sd 86
SUPERINTENDENT: Mike Maguire
E-MAIL: mmaguire@urs86.org
PHONE NUMBER: (708) 867-5822
4600 N Oak Park Ave
Harwood Heights, IL  60706

Union Sd 81
SUPERINTENDENT: Tim Baldermann
E-MAIL: tbaldermann@union81.com
PHONE NUMBER: (815) 726-5218
1661 Cherry Hill Rd
Joliet, IL  60433

United Cusd 304
SUPERINTENDENT: Jeff Whitsitt
E-MAIL: jeff.whitsitt@u304.org
PHONE NUMBER: (309) 734-9413
1905 100Th St
Monmouth, IL  61462

United Twp Area Career Ctr
SUPERINTENDENT: Larry Shimmin
E-MAIL: lshimmin@uths.net
PHONE NUMBER: (309) 752-1691
1275 Avenue Of The Cities
East Moline, IL  61244

United Twp Hsd 30
SUPERINTENDENT: Jay Morrow
E-MAIL: jmorrow@uths.net
PHONE NUMBER: (309) 752-1611
1275 Avenue Of The Cities
East Moline, IL  61244

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Unity Point Ccsd 140
SUPERINTENDENT: Lori Gross
E-MAIL: ljgross@up140.org
PHONE NUMBER: (618) 529-4151
4033 S Illinois Ave
Carbondale, IL  62903

University Of Ill Lab School
SUPERINTENDENT: Elizabeth Majerus
E-MAIL: emajerus@illinois.edu
PHONE NUMBER: (217) 333-2870
1212 W Springfield Ave
Urbana, IL  61801

Urbana Sd 116
SUPERINTENDENT: Jennifer Tatum
E-MAIL: jivory-tatum@usd116.org
PHONE NUMBER: (217) 384-3636
205 N Race St
Urbana, IL  61801

V I T Cusd 2
SUPERINTENDENT: Scot Reynolds
E-MAIL: sreynolds@vit2.org
PHONE NUMBER: (309) 758-5138
1502 E Us Highway 136
Table Grove, IL  61482

Valley Educ For Employ System
SUPERINTENDENT: Cassie Blickem
E-MAIL: cblickem@waubonsee.edu
PHONE NUMBER: (630) 466-5736
Rr 47 Waubonsee
Sugar Grove, IL  60554

Valley View Cusd 365u
SUPERINTENDENT: James Mitchem
E-MAIL: mitchemja@vvsd.org
PHONE NUMBER: (815) 886-2700
755 Dalhart Ave
Romeoville, IL  60446

Valmeyer Cusd 3
SUPERINTENDENT: Eric Frankford
E-MAIL: efrankford@valmeyerk12.org
PHONE NUMBER: (618) 935-2100
300 S Cedar Bluff Dr
Valmeyer, IL  62295

Vandalia Cusd 203
SUPERINTENDENT: Jennifer Garrison
E-MAIL: jgarrison@vandals203.org
PHONE NUMBER: (618) 283-4525
1109 N 8Th St
Vandalia, IL  62471

Venice Cusd 3
SUPERINTENDENT: Ronald Ferrell
E-MAIL: rferrell@veniceschools.org
PHONE NUMBER: (618) 274-7953
300 4Th St
Venice, IL  62090

Vermilion Assoc For Spec Educ
SUPERINTENDENT: Kristin Dunker
E-MAIL: dunkerk@vase.k12.il.us
PHONE NUMBER: (217) 443-8273
15009 Catlin Tilton Rd
Danville, IL  61834

Vermilion Roe
SUPERINTENDENT: Aaron Hird
E-MAIL: ahird@roe54.org
PHONE NUMBER: (217) 431-2668
200 S College St Ste B
Danville, IL  61832

Vermilion Voc Ed Deliver System
SUPERINTENDENT: Cheryl Reifsteck
E-MAIL: csreifsteck@roe54.org
PHONE NUMBER: (217) 443-8742
2000 E Main 110 Lh
Danville, IL  61832

Vienna Hsd 133
SUPERINTENDENT: Joshua Stafford
E-MAIL: joshuawstafford@viennahighschool.com
PHONE NUMBER: (618) 658-4461
601 N 1St St
Vienna, IL  62995

Vienna Sd 55
SUPERINTENDENT: Greg Frehner
E-MAIL: gfrehner@viennagradeschool.com
PHONE NUMBER: (618) 658-8638
310 N 3Rd St
Vienna, IL  62995

Villa Grove Cusd 302
SUPERINTENDENT: Norm Tracy
E-MAIL: ntracy@vg302.org
PHONE NUMBER: (217) 832-2261
400 N Sycamore St
Villa Grove, IL  61956

Virginia Cusd 64
SUPERINTENDENT: Gary Depatis
E-MAIL: gdepatis@virginia64.com
PHONE NUMBER: (217) 452-3085
651 S Morgan St
Virginia, IL  62691

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

W Harvey-dixmoor Psd 147
SUPERINTENDENT: Johnnetta Miller
E-MAIL: jmiller@whd147.org
PHONE NUMBER: (708) 339-9500
191 W 155Th Pl
Harvey, IL  60426

Wabash & Ohio Valley Sp Ed Dist
SUPERINTENDENT: David Kaytor
E-MAIL: dskaytor@wovsed.org
PHONE NUMBER: (618) 378-2131
800 S Division St
Norris City, IL  62869

Wabash Cusd 348
SUPERINTENDENT: Chuck Bleyer
E-MAIL: cbleyer@wabash348.com
PHONE NUMBER: (618) 262-4181
218 W 13Th St
Mount Carmel, IL  62863

Wallace Ccsd 195
SUPERINTENDENT: Mike Matteson
E-MAIL: mdmatteson@wallacegs.org
PHONE NUMBER: (815) 433-2986
1463 N 33Rd Rd
Ottawa, IL  61350

Waltham Ccsd 185
SUPERINTENDENT: Kristine Eager
E-MAIL: keager@wesd185.org
PHONE NUMBER: (815) 667-4417
946 N 33Rd Rd
Utica, IL  61373

Waltonville Cusd 1
SUPERINTENDENT: Melanie Brink
E-MAIL: mbrink@wcusd1.org
PHONE NUMBER: (618) 279-7211
804 W Knob St
Waltonville, IL  62894

Warren Cusd 205
SUPERINTENDENT: Shawn Teske
E-MAIL: shawn.teske@205warren.net
PHONE NUMBER: (815) 745-2653
311 S Water St
Warren, IL  61087

Warren Twp Hsd 121
SUPERINTENDENT: John Ahlgrim
E-MAIL: jahlgrim@wths.net
PHONE NUMBER: (847) 548-6980
34090 N Almond Rd
Gurnee, IL  60031

Warrensburg-latham Cusd 11
SUPERINTENDENT: Cheryl Warner
E-MAIL: warnerc@wl.k12.il.us
PHONE NUMBER: (217) 672-3514
430 W North St
Warrensburg, IL  62573

Warsaw Cusd 316
SUPERINTENDENT: Bob Gound
E-MAIL: bob.gound@warsawschool.com
PHONE NUMBER: (217) 256-4282
340 S 11Th St
Warsaw, IL  62379

Washington Chsd 308
SUPERINTENDENT: Kyle Freeman
E-MAIL: kwfreeman@wacohi.net
PHONE NUMBER: (309) 444-7704
115 Bondurant St
Washington, IL  61571

Washington Sd 52
SUPERINTENDENT: Pat Minasian
E-MAIL: pminasian@d52schools.com
PHONE NUMBER: (309) 444-4182
303 Jackson St
Washington, IL  61571

Waterloo Cusd 5
SUPERINTENDENT: Brian Charron
E-MAIL: bcharron@wcusd5.net
PHONE NUMBER: (618) 939-3453
302 Bellefontaine Dr
Waterloo, IL  62298

Wauconda Cusd 118
SUPERINTENDENT: Daniel Coles
E-MAIL: dcoles@d118.org
PHONE NUMBER: (847) 526-7690
555 N Main St
Wauconda, IL  60084

Waukegan Cusd 60
SUPERINTENDENT: Theresa Plascencia
E-MAIL: tplascencia@wps60.org
PHONE NUMBER: (847) 336-3100
1201 N Sheridan Rd
Waukegan, IL  60085

Waverly Cusd 6
SUPERINTENDENT: Dustin Day
E-MAIL: dday@waverlyscotties.com
PHONE NUMBER: (217) 435-2211
201 N Miller St
Waverly, IL  62692

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Wayne City Cusd 100
SUPERINTENDENT: Myron Caudle
E-MAIL: mcaudle@waynecity100.org
PHONE NUMBER: (618) 895-3103
302 Mill St
Wayne City, IL  62895

Wesclin Cusd 3
SUPERINTENDENT: Jennifer Filyaw
E-MAIL: filyawj@wesclin.k12.il.us
PHONE NUMBER: (618) 224-7583
699 Wesclin Rd
Trenton, IL  62293

West Carroll Cusd 314
SUPERINTENDENT: Julie Katzenberger
E-MAIL: jkatzenberger@wc314.org
PHONE NUMBER: (815) 259-2735
642 S East St
Mount Carroll, IL  61053

West Central Cusd 235
SUPERINTENDENT: Paula Markey
E-MAIL: markey-paula@wc235.k12.il.us
PHONE NUMBER: (309) 627-2371
Rr 1 72
Biggsville, IL  61418

West Central Il Spec Educ Coop
SUPERINTENDENT: Leyona Wiley
E-MAIL: lwiley@wcisec.org
PHONE NUMBER: (309) 837-3911
130 S Lafayette St Ste 201
Macomb, IL  61455

West Central Regional System
SUPERINTENDENT: Kaleb Smith
E-MAIL: smithka@qps.org
PHONE NUMBER: (217) 224-3775
219 Baldwin Dr
Quincy, IL  62301

West Chicago Esd 33
SUPERINTENDENT: Kristina Davis
E-MAIL: davisk@wego33.org
PHONE NUMBER: (630) 293-6000
312 E Forest Ave
West Chicago, IL  60185

West Lincoln-broadwell Esd 92
SUPERINTENDENT: Heather Baker
E-MAIL: hbaker@wlb92.org
PHONE NUMBER: (217) 732-2630
2695 Woodlawn Rd
Lincoln, IL  62656

West Northfield Sd 31
SUPERINTENDENT: Erin Murphy
E-MAIL: emurphy@district31.net
PHONE NUMBER: (847) 272-6880
3131 Techny Rd
Northbrook, IL  60062

West Prairie Cusd 103
SUPERINTENDENT: Guy Gradert
E-MAIL: gradertg@wp103.org
PHONE NUMBER: (309) 776-3180
204 S Hun St
Colchester, IL  62326

West Washington Co Cud 10
SUPERINTENDENT: Scott Fuhrhop
E-MAIL: sfuhrhop@okawvillek12.org
PHONE NUMBER: (618) 243-9066
400 S Hanover St
Okawville, IL  62271

Westchester Sd 92-5
SUPERINTENDENT: Philip Salemi
E-MAIL: psalemi@sd925.org
PHONE NUMBER: (708) 450-2700
9981 Canterbury St
Westchester, IL  60154

Western Area Career System 265
SUPERINTENDENT: Dave Messersmith
E-MAIL: dmessersmith@roe26.net
PHONE NUMBER: (309) 837-4821
130 S Lafayette St Ste 200
Macomb, IL  61455

Western Cusd 12
SUPERINTENDENT: Jessica Funk
E-MAIL: jfunk@westerncusd12.org
PHONE NUMBER: (217) 335-2323
401 Mcdonough St
Barry, IL  62312

Western Springs Sd 101
SUPERINTENDENT: Brian Barnhart
E-MAIL: bbarnhart@d101.org
PHONE NUMBER: (708) 246-3700
4335 Howard Ave
Western Springs, IL  60558

Westville Cusd 2
SUPERINTENDENT: Seth Miller
E-MAIL: millers@gowestville.org
PHONE NUMBER: (217) 267-3141
125 W Ellsworth St
Westville, IL  61883

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Wethersfield Cusd 230
SUPERINTENDENT: Shane Kazubowski
E-MAIL: skazubow@geese230.com
PHONE NUMBER: (309) 853-4860
439 Willard St
Kewanee, IL  61443

Wheeling Ccsd 21
SUPERINTENDENT: Michael Connolly
E-MAIL: michael.connolly@ccsd21.org
PHONE NUMBER: (847) 537-8270
999 W Dundee Rd
Wheeling, IL  60090

Whiteside Area Career
SUPERINTENDENT: Joshua Johnson
E-MAIL: jjohnson@wacc.cc
PHONE NUMBER: (815) 626-5810
1608 5Th Ave
Sterling, IL  61081

Whiteside Regional Voc System
SUPERINTENDENT: Joshua Johnson
E-MAIL: jjohnson@wacc.cc
PHONE NUMBER: (815) 626-5810
1608 5Th Ave
Sterling, IL  61081

Whiteside Roe
SUPERINTENDENT: Robert Sondgeroth
E-MAIL: bsondgeroth@roe47.org
PHONE NUMBER: (815) 625-1495
1001 W 23Rd St
Sterling, IL  61081

Whiteside Sd 115
SUPERINTENDENT: Mark Heuring
E-MAIL: mark.heuring@wssd115.org
PHONE NUMBER: (618) 239-0000
111 Warrior Way
Belleville, IL  62221

Wilco Area Career Center
SUPERINTENDENT: Bosa Goodale
E-MAIL: bgoodale@wilco.k12.il.us
PHONE NUMBER: (815) 838-6941
500 Wilco Blvd
Romeoville, IL  60446

Will County Sd 92
SUPERINTENDENT: Tim Arnold
E-MAIL: tarnold@d92.org
PHONE NUMBER: (815) 838-8031
708 N State St
Lockport, IL  60441

Will Roe
SUPERINTENDENT: Shawn Walsh
E-MAIL: swalsh@willcountyillinois.com
PHONE NUMBER: (815) 740-8360
702 W Maple St
New Lenox, IL  60451

Williamsfield Cusd 210
SUPERINTENDENT: Tim Farquer
E-MAIL: tim.farquer@billtown.org
PHONE NUMBER: (309) 639-2219
325 W Kentucky Ave
Williamsfield, IL 61489

Williamson Co Cte System
SUPERINTENDENT: Sharon Helleny
E-MAIL: sharon.helleny@wces.co
PHONE NUMBER: (618) 993-2138
411 S Court St
Marion, IL  62959

Williamson Co Spec Educ District
SUPERINTENDENT: Jami Hodge
E-MAIL: jami.hodge@wces.co
PHONE NUMBER: (618) 993-2138
411 S Court St
Marion, IL  62959

Williamsville Cusd 15
SUPERINTENDENT: Tip Reedy
E-MAIL: reedy@wcusd15.org
PHONE NUMBER: (217) 566-2014
800 S Walnut St
Williamsville, IL  62693

Willow Grove Sd 46
SUPERINTENDENT: Dave Fults
E-MAIL: dfults@willowgroveschool.org
PHONE NUMBER: (618) 532-3313
815 W 7Th St
Centralia, IL  62801

Willow Springs Sd 108
SUPERINTENDENT: Frank Patrick
E-MAIL: fpatrick@willowspringsschool.org
PHONE NUMBER: (708) 839-6828
8345 Archer Ave
Willow Springs, IL  60480

Wilmette Community Sp Ed Agreement
SUPERINTENDENT: Kari Cremascoli
E-MAIL: cremasck@wilmette39.org
PHONE NUMBER: (847) 256-2450
615 Locust Rd
Wilmette, IL  60091

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Wilmette Sd 39
SUPERINTENDENT: Kari Cremascoli
E-MAIL: cremasck@wilmette39.org
PHONE NUMBER: (847) 512-6030
615 Locust Rd
Wilmette, IL  60091

Wilmington Cusd 209u
SUPERINTENDENT: Matt Swick
E-MAIL: mswick@wilmington.will.k12.il.us
PHONE NUMBER: (815) 926-1751
209U Wildcat Ct
Wilmington, IL  60481

Winchester Cusd 1
SUPERINTENDENT: Kevin Blankenship
E-MAIL: blashmett@winchesterschools.net
PHONE NUMBER: (217) 742-3175
149 S Elm St
Winchester, IL  62694

Windsor Cusd 1
SUPERINTENDENT: Erik Vanhoveln
E-MAIL: vanhovelne@windsorcusd.org
PHONE NUMBER: (217)459-2636
1424 Minnesota Ave
Windsor, IL  61957

Winfield Sd 34
SUPERINTENDENT: Matt Rich
E-MAIL: mrich@winfield34.org
PHONE NUMBER: (630) 909-4900
S150 Winfield Rd
Winfield, IL  60190

Winnebago County Spec Educ Coop
SUPERINTENDENT: Sarah Moore
E-MAIL: smoore@winnebagocsec.org
PHONE NUMBER: (815) 624-2615
11971 Wagon Wheel Rd
Rockton, IL  61072

Winnebago Cusd 323
SUPERINTENDENT: John Schwuchow
E-MAIL: schwuchowj@winnebagoschools.org
PHONE NUMBER: (815) 335-2456
304 E Mcnair Rd
Winnebago, IL  61088

Winnetka Sd 36
SUPERINTENDENT: Trisha Kocanda
E-MAIL: trishakocanda@winnetka36.org
PHONE NUMBER: (847) 446-9400
1235 Oak St
Winnetka, IL  60093

Winthrop Harbor Sd 1
SUPERINTENDENT: Jeffery Mccartney
E-MAIL: jmccartney@sta.whsd1.org
PHONE NUMBER: (847) 731-3085
500 North Ave
Winthrop Harbor, IL  60096

Wolf Branch Sd 113
SUPERINTENDENT: Scott Harres
E-MAIL: sharres@wbsd113.org
PHONE NUMBER: (618) 277-2100
410 Huntwood Rd
Swansea, IL  62226

Wood Dale Sd 7
SUPERINTENDENT: John Corbett
E-MAIL: jcorbett@wdsd7.org
PHONE NUMBER: (630) 595-9510
543 N Wood Dale Rd
Wood Dale, IL  60191

Wood River-hartford Esd 15
SUPERINTENDENT: Patrick Anderson
E-MAIL: panderson@wrh15.org
PHONE NUMBER: (618)254-0607
501 E Lorena Ave
Wood River, IL  62095

Woodford County Spec Educ Assn
SUPERINTENDENT: Eric Scroggs
E-MAIL: escroggs@wcsea.org
PHONE NUMBER: (309) 367-4901
205 S Englewood Dr
Metamora, IL  61548

Woodland Ccsd 50
SUPERINTENDENT: Lori Casey
E-MAIL: lcasey@dist50.net
PHONE NUMBER: (847) 596-5601
1105 N Hunt Club Rd
Gurnee, IL  60031

Woodland Cusd 5
SUPERINTENDENT: Ryan Mcguckin
E-MAIL: mcguckinr@woodland5.net
PHONE NUMBER: (815) 672-5974
5800 E 3000 North Rd
Streator, IL  61364

Woodlawn Ccsd 4
SUPERINTENDENT: Eric Helbig
E-MAIL: ehelbig@woodlawnschools.org
PHONE NUMBER: (618) 735-2631
300 North Central Lane
Woodlawn, IL  62898

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Woodlawn Chsd 205
SUPERINTENDENT: Eric Helbig
E-MAIL: ehelbig@woodlawnschools.org
PHONE NUMBER: (618) 735-2631
300 N Central St
Woodlawn, IL  62898

Woodlawn Unit School District 209
SUPERINTENDENT: Eric Helbig
E-MAIL: ehelbig@woodlawnschools.org
PHONE NUMBER: (618)735-2631
300 N Central St
Woodlawn, IL  62898

Woodridge Sd 68
SUPERINTENDENT: Patrick Broncato
E-MAIL: superintendent@woodridge68.org
PHONE NUMBER: (630) 985-7925
7925 Janes Ave
Woodridge, IL  60517

Woodstock Cusd 200
SUPERINTENDENT: Michael Moan
E-MAIL: mmoan@wcusd200.org
PHONE NUMBER: (815) 337-5406
227 W Judd St
Woodstock, IL  60098

Worth Sd 127
SUPERINTENDENT: Mark Fleming
E-MAIL: mfleming@worthschools.org
PHONE NUMBER: (708) 448-2800
11218 S Ridgeland Ave
Worth, IL  60482

Yorkville Cusd 115
SUPERINTENDENT: Timothy Shimp
E-MAIL: tshimp@y115.org
PHONE NUMBER: (630) 553-4382
602 Center Pkwy Ste A
Yorkville, IL  60560

Zeigler-royalton Cusd 188
SUPERINTENDENT: Quent Hamilton
E-MAIL: qhamilton@zr188.org
PHONE NUMBER: (618) 596-5841
4989 State Highway 148
Mulkeytown, IL  62865

Zion Esd 6
SUPERINTENDENT: Keely Roberts
E-MAIL: kroberts@zion6.org
PHONE NUMBER: (847) 872-5455
2800 29th Street
Zion, IL  60099

Zion-benton Twp Hsd 126
SUPERINTENDENT: Jesse Rodriguez
E-MAIL: rodriguezj@zbths.org
PHONE NUMBER: (847) 731-9792
1 Zb Way
Zion, IL  60099

Adams Central Community Schools
SUPERINTENDENT: Joel Mahaffey
E-MAIL: mahaffey@accs.k12.in.us
PHONE NUMBER: (260) 692-6193
222 W Washington St
Monroe, IN  46772

Alexandria Com School Corp
SUPERINTENDENT: Melissa Brisco
E-MAIL: mbrisco@alex.k12.in.us
PHONE NUMBER: (765) 724-4496
202 E Washington St
Alexandria, IN  46001

Anderson Community School Corp
SUPERINTENDENT: Tim Smith
E-MAIL: tsmith@acsc.net
PHONE NUMBER: (765) 641-2000
1600 Hillcrest Ave
Anderson, IN  46011

Area 30 Career Center Edu Inter
SUPERINTENDENT: Lora Busch
E-MAIL: lbusch@area30.k12.in.us
PHONE NUMBER: (765) 653-3515
1 N Calbert Way Suite A
Greencastle, IN  46135

Argos Community Schools
SUPERINTENDENT: Ned Speicher
E-MAIL: nspeicher@argos.k12.in.us
PHONE NUMBER: (574) 892-5139
410 N First St
Argos, IN  46501

Attica Consolidated Sch Corp
SUPERINTENDENT: Sheri Hardman
E-MAIL: shardman@attica.k12.in.us
PHONE NUMBER: (765) 762-7000
205 E Sycamore St
Attica, IN  47918

Avon Community School Corp
SUPERINTENDENT: Scott Wyndham
E-MAIL: smwyndham@avon-schools.org
PHONE NUMBER: (317) 544-6000
7203 E Us Hwy 36
Avon, IN  46123

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Barr-reeve Com Schools Inc
SUPERINTENDENT: Travis Madison
E-MAIL: tmadison@barr.k12.in.us
PHONE NUMBER: (812) 486-3220
373 N Main St
Montgomery, IN  47558

Bartholomew Con School Corp
SUPERINTENDENT: Jim Roberts
E-MAIL: robertsj@bcsc.k12.in.us
PHONE NUMBER: (812) 376-4220
1200 Central Ave
Columbus, IN  47201

Batesville Community Sch Corp
SUPERINTENDENT: Paul Ketcham
E-MAIL: pketcham@batesville.k12.in.us
PHONE NUMBER: (812) 934-2194
626 N Huntersville Rd
Batesville, IN  47006

Baugo Community Schools
SUPERINTENDENT: Byron Sanders
E-MAIL: bsanders@baugo.org
PHONE NUMBER: (574) 293-8583
29125 Cr 22 W
Elkhart, IN  46517

Beech Grove City Schools
SUPERINTENDENT: Paul Kaiser
E-MAIL: pkaiser@bgcs.k12.in.us
PHONE NUMBER: (317) 788-4481
5334 Hornet Ave
Beech Grove, IN  46107

Benton Community School Corp
SUPERINTENDENT: Gregg Hoover
E-MAIL: ghoover@benton.k12.in.us
PHONE NUMBER: (765) 884-0850
405 S Grant Ave
Fowler, IN  47944

Blackford County Schools
SUPERINTENDENT: Chad Yencer
E-MAIL: cyencer@blackfordschools.org
PHONE NUMBER: (765) 348-7550
0668 W 200 S
Hartford City, IN  47348

Bloomfield School District
SUPERINTENDENT: Trent Lehman
E-MAIL: tlehman@bsd.k12.in.us
PHONE NUMBER: (812) 384-4507
500 W South St
Bloomfield, IN  47424

Blue River Career Programs
SUPERINTENDENT: Steve Shaw
E-MAIL: sshaw@brcp.k12.in.us
PHONE NUMBER: (317) 392-4191
801 St Joseph St
Shelbyville, IN  46176

Blue River Valley Schools
SUPERINTENDENT: Eric Creviston
E-MAIL: eric.creviston@brv.k12.in.us
PHONE NUMBER: (765) 836-4816
303 S Walnut St
Mount Summit, IN  47361

Bremen Public Schools
SUPERINTENDENT: Jim White
E-MAIL: jwhite@bps.k12.in.us
PHONE NUMBER: (574) 546-3929
512 W Grant St
Bremen, IN  46506

Brown County School Corporation
SUPERINTENDENT: Laura Hammack
E-MAIL: lhammack@browncountyschools.com
PHONE NUMBER: (812) 988-6601
357 E Main St
Nashville, IN  47448

Brownsburg Community Sch Corp
SUPERINTENDENT: Jim Snapp
E-MAIL: jsnapp@brownsburg.k12.in.us
PHONE NUMBER: (317) 852-5726
310 Stadium Dr
Brownsburg, IN  46112

Brownstown Cnt Com Sch Corp
SUPERINTENDENT: Jade Peters
E-MAIL: jpeters@btownccs.k12.in.us
PHONE NUMBER: (812) 358-4271
608 W Commerce St
Brownstown, IN  47220

C A Beard Memorial School Corp
SUPERINTENDENT: Jediah Behny
E-MAIL: jbehny@cabeard.k12.in.us
PHONE NUMBER: (765) 345-5101
8139 W Us 40
Knightstown, IN  46148

Cannelton City Schools
SUPERINTENDENT: Alva Sibbitt
E-MAIL: alva.sibbitt@cannelton.k12.in.us
PHONE NUMBER: (812) 547-2637
109 S Third St
Cannelton, IN  47520

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Carmel Clay Schools
SUPERINTENDENT: Michael Beresford
E-MAIL: mberesfo@ccs.k12.in.us
PHONE NUMBER: (317) 844-9961
5201 E Main St
Carmel, IN  46033

Carroll Consolidated Sch Corp
SUPERINTENDENT: Keith Thackery
E-MAIL: kthackery@carroll.k12.in.us
PHONE NUMBER: (574) 967-4113
2 S 3Rd St
Flora, IN  46929

Caston School Corporation
SUPERINTENDENT: Cindy Douglass
E-MAIL: douglasc@caston.k12.in.us
PHONE NUMBER: (574) 857-2035
9815 Sr 25 S
Fulton, IN  46931

Center Grove Com Sch Corp
SUPERINTENDENT: Richard Arkanoff
E-MAIL: arkanoffr@centergrove.k12.in.us
PHONE NUMBER: (317) 881-9326
4800 W Stones Crossing Rd
Greenwood, IN  46143

Centerville-abington Com Schs
SUPERINTENDENT: Mike Mccoy
E-MAIL: mmccoy@centerville.k12.in.us
PHONE NUMBER: (765) 855-3475
115 W South St
Centerville, IN  47330

Central In Education Service Ctr
SUPERINTENDENT: Andrew Melin
E-MAIL: amelin@ciesc.org
PHONE NUMBER: (317) 759-5547
6036 Lakeside Blvd-Bldg A
Indianapolis, IN  46278

Central Nine Career Center
SUPERINTENDENT: William Kovach
E-MAIL: wkovach@central9.k12.in.us
PHONE NUMBER: (317) 888-4401
1999 Us 31 S
Greenwood, IN  46143

Central Noble Com School Corp
SUPERINTENDENT: Troy Gaff
E-MAIL: gafft@centralnoble.k12.in.us
PHONE NUMBER: (260) 636-2175
200 E Main St
Albion, IN  46701

Clark-pleasant Com School Corp
SUPERINTENDENT: Patrick Spray
E-MAIL: pspray@cpcsc.k12.in.us
PHONE NUMBER: (317) 535-7579
50 Center St
Whiteland, IN  46184

Clarksville Com School Corp
SUPERINTENDENT: Tina Bennett
E-MAIL: tbennett@clarksvilleschools.org
PHONE NUMBER: (812) 282-7753
200 Ettel Ln
Clarksville, IN  47129

Clay Community Schools
SUPERINTENDENT: Jeff Fritz
E-MAIL: fritzj@clay.k12.in.us
PHONE NUMBER: (812) 443-4461
1013 S Forest Ave
Brazil, IN  47834

Clinton Central School Corp
SUPERINTENDENT: Al Remaly
E-MAIL: allen.remaly@clinton.k12.in.us
PHONE NUMBER: (765) 249-2515
725 N Sr 29
Michigantown, IN  46057

Clinton Prairie School Corp
SUPERINTENDENT: Amanda Whitlock
E-MAIL: awhitlock@cpsc.k12.in.us
PHONE NUMBER: (765) 659-1339
4431 W Old Sr 28
Frankfort, IN  46041

Cloverdale Community Schools
SUPERINTENDENT: Greg Linton
E-MAIL: glinton@cloverdale.k12.in.us
PHONE NUMBER: (765) 795-4664
310 E Logan
Cloverdale, IN  46120

Community Schools Of Frankfort
SUPERINTENDENT: Donald Deweese
E-MAIL: deweesed@frankfort.k12.in.us
PHONE NUMBER: (765) 654-5585
2400 E Wabash Ave
Frankfort, IN  46041

Concord Community Schools
SUPERINTENDENT: Denise Seger
E-MAIL: dseger@concord.k12.in.us
PHONE NUMBER: (574) 875-5161
59040 Minuteman Way
Elkhart, IN  46517

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Covered Bridge Spec Ed Dist
SUPERINTENDENT: Susan Cobb
E-MAIL: smb4@vigoschools.org
PHONE NUMBER: (812) 462-4364
1320 Walnut St
Terre Haute, IN  47807

Covington Community Sch Corp
SUPERINTENDENT: Kevin Smith
E-MAIL: smithk@covington.k12.in.us
PHONE NUMBER: (765) 793-4877
601 Market St
Covington, IN  47932

Cowan Community School Corp
SUPERINTENDENT: Timothy Brown
E-MAIL: tbrown@cowan.k12.in.us
PHONE NUMBER: (765) 289-4866
9401 S Nottingham
Muncie, IN  47302

Crawford Co Com School Corp
SUPERINTENDENT: Michael Key
E-MAIL: mkey@cccs.k12.in.us
PHONE NUMBER: (812) 365-2135
5805 E Administration Rd
Marengo, IN  47140

Crawfordsville Com Schools
SUPERINTENDENT: Scott Bowling
E-MAIL: sbowling@cville.k12.in.us
PHONE NUMBER: (765) 362-2342
1000 Fairview Ave
Crawfordsville, IN  47933

Crothersville Community Schools
SUPERINTENDENT: Terry Goodin
E-MAIL: trichey@crothersville.k12.in.us
PHONE NUMBER: (812) 793-2601
201 S Preston St
Crothersville, IN  47229

Crown Point Community Sch Corp
SUPERINTENDENT: Todd          Terrill
E-MAIL: tterrill@cps.k12.in.us
PHONE NUMBER: (219) 663-3371
200 E North St
Crown Point, IN  46307

Culver Community Schools Corp
SUPERINTENDENT: Karen Shuman
E-MAIL: kshuman@culver.k12.in.us
PHONE NUMBER: (574) 842-3364
700 School St
Culver, IN  46511

Daleville Community Schools
SUPERINTENDENT: Paul Garrison
E-MAIL: pgarrison@daleville.k12.in.us
PHONE NUMBER: (765) 378-3329
14300 W 2Nd St
Daleville, IN  47334

Danville Community School Corp
SUPERINTENDENT: Tracey Shafer
E-MAIL: tshafer@danville.k12.in.us
PHONE NUMBER: (317) 745-2212
200 Warrior Way
Danville, IN  46122

Daviess-martin Special Ed Coop
SUPERINTENDENT: Mary Rodimel
E-MAIL: mrodimel@wcs.k12.in.us
PHONE NUMBER: (812)254-1530
9 W Main St
Washington, IN  47501

Decatur County Com Schools
SUPERINTENDENT: Jarrod Burns
E-MAIL: jburns@decaturco.k12.in.us
PHONE NUMBER: (812) 663-4595
2020 N Montgomery Rd
Greensburg, IN  47240

Dekalb Co Ctl United Sch Dist
SUPERINTENDENT: Steve Teders
E-MAIL: steders@dekalbcentral.net
PHONE NUMBER: (260) 920-1011
3326 Cr 427
Waterloo, IN  46793

Dekalb Co Eastern Com Sch Dist
SUPERINTENDENT: Jeffrey Stephens
E-MAIL: jstephens@dkeschools.com
PHONE NUMBER: (260) 868-2125
300 E Washington St
Butler, IN  46721

Delaware Community School Corp
SUPERINTENDENT: Reece Mann
E-MAIL: rmann@delcomschools.org
PHONE NUMBER: (765) 284-5074
9750 N Cr 200 E
Muncie, IN  47303

Delphi Community School Corp
SUPERINTENDENT: Dan Ronk
E-MAIL: ronkd@delphi.k12.in.us
PHONE NUMBER: (765) 564-2100
501 Armory Rd
Delphi, IN  46923

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Duneland School Corporation
SUPERINTENDENT: Chip Pettit
E-MAIL: cpettit@duneland.k12.in.us
PHONE NUMBER: (219) 983-3600
601 W Morgan Ave
Chesterton, IN  46304

East Allen County Schools
SUPERINTENDENT: Marilyn Hissong
E-MAIL: mhissong@eacs.k12.in.us
PHONE NUMBER: (260) 446-0100
1240 Sr 930 E
New Haven, IN  46774

East Central Education Service Ctr
SUPERINTENDENT: Katie Lash
E-MAIL: klash@ecesc.k12.in.us
PHONE NUMBER: (765) 825-1247
1601 Indiana Ave
Connersville, IN  47331

East Gibson School Corporation
SUPERINTENDENT: Henry Brewster
E-MAIL: hmbrewster@egsc.k12.in.us
PHONE NUMBER: (812) 749-4755
941 S Franklin St
Oakland City, IN  47660

East Noble School Corp
SUPERINTENDENT: Ann Linson
E-MAIL: alinson@eastnoble.net
PHONE NUMBER: (260) 347-2502
126 W Rush St
Kendallville, IN  46755

East Porter County School Corp
SUPERINTENDENT: Aaron Case
E-MAIL: aaron.case@eastporter.k12.in.us
PHONE NUMBER: (219) 766-2214
502 E College Ave
Kouts, IN  46347

East Washington School Corp
SUPERINTENDENT: Dennis Stockdale
E-MAIL: dstockdale@ewsc.k12.in.us
PHONE NUMBER: (812) 967-3926
1050 N Eastern School Rd
Pekin, IN  47165

Eastbrook Community Sch Corp
SUPERINTENDENT: Brett Garrett
E-MAIL: bgarrett@eastbrook.k12.in.us
PHONE NUMBER: (765) 664-0624
Cr 560 S 900 E
Marion, IN  46953

Eastern Greene Schools
SUPERINTENDENT: Trent Provo
E-MAIL: tprovo@egreene.k12.in.us
PHONE NUMBER: (812) 825-5722
1471 N Sr 43
Bloomfield, IN  47424

Eastern Hancock Co Com Sch Corp
SUPERINTENDENT: David Pfaff
E-MAIL: dpfaff@easternhancock.org
PHONE NUMBER: (317) 467-0064
10370 E 250 N
Charlottesville, IN  46117

Eastern Howard School Corp
SUPERINTENDENT: Keith Richie
E-MAIL: keith.richie@eastern.k12.in.us
PHONE NUMBER: (765) 628-3391
221 W Main Suite One
Greentown, IN  46936

Eastern Pulaski Com Sch Corp
SUPERINTENDENT: Dara Chezem
E-MAIL: dara.chezem@epulaski.k12.in.us
PHONE NUMBER: (574) 946-4010
711 School Dr
Winamac, IN  46996

Edinburgh Community Sch Corp
SUPERINTENDENT: Doug Arnold
E-MAIL: darnold@ecsc.k12.in.us
PHONE NUMBER: (812) 526-2681
202 S Keeley St
Edinburgh, IN  46124

Edpower Arlington
SUPERINTENDENT: Brian Metcalf
E-MAIL: metcalf@tindley.org
PHONE NUMBER: (317) 545-1745
3960 Meadows Dr
Indianapolis, IN  46205

Elkhart Community Schools
SUPERINTENDENT: Steve Thalheimer
E-MAIL: sthalheimer@elkhart.k12.in.us
PHONE NUMBER: (574) 262-5516
2720 California Rd
Elkhart, IN  46514

Elwood Community School Corp
SUPERINTENDENT: Joe Brown
E-MAIL: jobrown@elwood.k12.in.us
PHONE NUMBER: (765) 552-9861
1306 N Anderson St
Elwood, IN  46036

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Eminence Community School Corp
SUPERINTENDENT: Laura Penman
E-MAIL: lpenman@eminence.k12.in.us
PHONE NUMBER: (765) 528-2101
6764 N Sr 42
Eminence, IN  46125

Evansville Vanderburgh Sch Corp
SUPERINTENDENT: David Smith
E-MAIL: david.smith@evsck12.com
PHONE NUMBER: (812) 435-8453
951 Walnut St
Evansville, IN  47713

Fairfield Community Schools
SUPERINTENDENT: Robert Evans
E-MAIL: revans@fairfield.k12.in.us
PHONE NUMBER: (574) 831-2188
67240 Cr 31
Goshen, IN  46528

Fayette County School Corp
SUPERINTENDENT: Scott Collins
E-MAIL: scollins@fayette.k12.in.us
PHONE NUMBER: (765) 825-2178
1401 Spartan Dr
Connersville, IN  47331

Flat Rock-hawcreek School Corp
SUPERINTENDENT: Shawn Price
E-MAIL: sprice@flatrock.k12.in.us
PHONE NUMBER: (812) 546-2000
9423 N Sr 9
Hope, IN  47246

Fort Wayne Community Schools
SUPERINTENDENT: Mark Daniel
E-MAIL: mark.daniel@fwcs.k12.in.us
PHONE NUMBER: (260) 467-2025
1200 S Clinton St
Fort Wayne, IN  46802

Franklin Community School Corp
SUPERINTENDENT: David Clendening
E-MAIL: clendeningd@franklinschools.org
PHONE NUMBER: (317) 738-5800
998 Grizzly Cub Dr
Franklin, IN  46131

Franklin County Com Sch Corp
SUPERINTENDENT: Debbie Howell
E-MAIL: dhowell@fccsc.k12.in.us
PHONE NUMBER: (765) 647-4128
225 E 10Th St
Brookville, IN  47012

Franklin Township Com Sch Corp
SUPERINTENDENT: Bruce Hibbard
E-MAIL: bruce.hibbard@ftcsc.org
PHONE NUMBER: (317) 862-2411
6141 S Franklin Rd
Indianapolis, IN  46259

Frankton-lapel Community Schs
SUPERINTENDENT: Bobby Fields
E-MAIL: bfields@flcs.k12.in.us
PHONE NUMBER: (765) 734-1261
7916 W 300 N
Anderson, IN  46011

Fremont Community Schools
SUPERINTENDENT: William Stitt
E-MAIL: bstitt@fcs.k12.in.us
PHONE NUMBER: (260) 495-5005
1100 W Toledo St
Fremont, IN  46737

Frontier School Corporation
SUPERINTENDENT: Dan Sichting
E-MAIL: dsichting@frontier.k12.in.us
PHONE NUMBER: (219) 984-5009
126 E Main St
Chalmers, IN  47929

Garrett-keyser-butler Com
SUPERINTENDENT: Tonya Weaver
E-MAIL: tweaver@gkb.k12.in.us
PHONE NUMBER: (260) 357-3185
801 E. Houston St.
Garrett, IN  46738

Gary Community School Corp
SUPERINTENDENT: Paige Mcnulty
E-MAIL: pmcnulty@garycsc.k12.in.us
PHONE NUMBER: (219) 881-5401
620 E 10Th Pl
Gary, IN  46402

Goshen Community Schools
SUPERINTENDENT: Diane Woodworth
E-MAIL: dwoodworth@goshenschools.org
PHONE NUMBER: (574) 533-8631
613 E Purl St
Goshen, IN  46526

Greater Clark County Schools
SUPERINTENDENT: Andrew Melin
E-MAIL: amelin@gccschools.com
PHONE NUMBER: (812) 283-0701
2112 Utica-Sellersburg Rd
Jeffersonville, IN  47130

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Greater Jasper Con Schs
SUPERINTENDENT: Tracy Lorey
E-MAIL: tlorey@gjcs.k12.in.us
PHONE NUMBER: (812) 482-1801
1520 St Charles St Suite 1
Jasper, IN  47546

Greater Randolph Interlocal Coop
SUPERINTENDENT: Rolland Abraham
E-MAIL: rabraham@randolphcentral.us
PHONE NUMBER: (765) 584-7602
325 S Oak St - Suite L103
Winchester, IN  47394

Greencastle Community Sch Corp
SUPERINTENDENT: Jeff Gibboney
E-MAIL: jgibboney@greencastle.k12.in.us
PHONE NUMBER: (765) 653-9771
711 S Central Ave
Greencastle, IN  46135

Greene-sullivan Sp Ed Coop
SUPERINTENDENT: Sarah Sparks
E-MAIL: ssparks@gssec.k12.in.us
PHONE NUMBER: (812) 847-8497
77 'A' St Ne
Linton, IN  47441

Greenfield-central Com Schools
SUPERINTENDENT: Harold Olin
E-MAIL: holin@gcsc.k12.in.us
PHONE NUMBER: (317) 462-4434
110 W North St
Greenfield, IN  46140

Greensburg Community Schools
SUPERINTENDENT: Tom Hunter
E-MAIL: thunter@greensburg.k12.in.us
PHONE NUMBER: (812) 663-4774
1312 W Westridge Pky
Greensburg, IN  47240

Greenwood Community Sch Corp
SUPERINTENDENT: Kent Dekoninck
E-MAIL: kdekoninck@gws.k12.in.us
PHONE NUMBER: (317) 889-4060
605 W Smith Valley Rd
Greenwood, IN  46142

Griffith Public Schools
SUPERINTENDENT: Michele Riise
E-MAIL: mriise@griffith.k12.in.us
PHONE NUMBER: (219) 924-4250
602 N Raymond
Griffith, IN  46319

Hamilton Community Schools
SUPERINTENDENT: Anthony Cassel
E-MAIL: anthony.cassel@hcs.k12.in.us
PHONE NUMBER: (260) 488-2513
903 S Wayne St
Hamilton, IN  46742

Hamilton Heights School Corp
SUPERINTENDENT: Derek Arrowood
E-MAIL: darrowood@hhschuskies.org
PHONE NUMBER: (317) 984-3538
410 W Main St
Arcadia, IN  46030

Hamilton Southeastern Schools
SUPERINTENDENT: Allen Bourff
E-MAIL: abourff@hse.k12.in.us
PHONE NUMBER: (317) 594-4100
13485 Cumberland Rd
Fishers, IN  46038

Hanover Community School Corp
SUPERINTENDENT: Mary Macaulay
E-MAIL: mtracy@hanover.k12.in.us
PHONE NUMBER: (219) 374-3500
9520 W 133Rd Ave
Cedar Lake, IN  46303

Heartland Career Center
SUPERINTENDENT: Mark Hobbs
E-MAIL: mhobbs@hcc.k12.in.us
PHONE NUMBER: (260) 563-7481
79 S 200 W
Wabash, IN  46992

Huntington Co Com Sch Corp
SUPERINTENDENT: Charles Daugherty
E-MAIL: cdaugherty@hccsc.k12.in.us
PHONE NUMBER: (260) 356-8312
2485 Waterworks Rd
Huntington, IN  46750

In Acad For Sci Math Humanities
SUPERINTENDENT: Dain Kavars
E-MAIL: dwkavars@bsu.edu
PHONE NUMBER: (765) 285-8488
301 North Talley Street
Muncie, IN  47306

In Sch For The Blind & Vis Imprd
SUPERINTENDENT: Jim Durst
E-MAIL: jdurst@isbvik12.org
PHONE NUMBER: (317) 253-1481
7725 N College Ave
Indianapolis, IN  46240

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Indiana School For The Deaf
SUPERINTENDENT: David Geeslin
E-MAIL: dgeeslin@isd.k12.in.us
PHONE NUMBER: (317) 924-8400
1200 E 42Nd St
Indianapolis, IN  46205

Indianapolis Public Schools
SUPERINTENDENT: Aleesia Johnson
E-MAIL: johnsonal@myips.org
PHONE NUMBER: (317) 226-4411
120 E Walnut St
Indianapolis, IN  46204

Jac-cen-del Community Sch Corp
SUPERINTENDENT: Ryan Middleton
E-MAIL: rmiddleton@jaccendel.k12.in.us
PHONE NUMBER: (812) 689-4114
723 N Buckeye St
Osgood, IN  47037

Jay School Corp
SUPERINTENDENT: Jeremy Gulley
E-MAIL: jgulley@jayschools.k12.in.us
PHONE NUMBER: (260) 726-9341
1976 W Tyson Rd
Portland, IN  47371

Jennings County Schools
SUPERINTENDENT: Teresa Brown
E-MAIL: teresabrown@jcsc.org
PHONE NUMBER: (812) 346-4483
34 Main St
North Vernon, IN  47265

John Glenn School Corporation
SUPERINTENDENT: Christopher Winchell
E-MAIL: cwinchell@jgsc.k12.in.us
PHONE NUMBER: (574) 586-3129
101 John Glenn Dr
Walkerton, IN  46574

Joint Ed Services In Spec Ed
SUPERINTENDENT: Linda Holland
E-MAIL: lholland@jesse.k12.in.us
PHONE NUMBER: (574) 936-2627
324 N Kingston Rd
Plymouth, IN  46563

Kankakee Valley School Corp
SUPERINTENDENT: Don Street
E-MAIL: dstreet@kv.k12.in.us
PHONE NUMBER: (219) 987-4711
12021 N 550 W
Wheatfield, IN  46392

Knox Community School Corp
SUPERINTENDENT: William Reichhart
E-MAIL: wreichhart@knox.k12.in.us
PHONE NUMBER: (574) 772-1600
2 Redskin Trl
Knox, IN  46534

Kokomo School Corporation
SUPERINTENDENT: Jeff Hauswald
E-MAIL: jhauswald@kokomo.k12.in.us
PHONE NUMBER: (765) 455-8000
1500 S Washington
Kokomo, IN  46904

Lafayette School Corporation
SUPERINTENDENT: Les Huddle
E-MAIL: lhuddle@lsc.k12.in.us
PHONE NUMBER: (765) 771-6000
2300 Cason St
Lafayette, IN  47904

Lake Central School Corp
SUPERINTENDENT: Larry Veracco
E-MAIL: lveracco@lcscmail.com
PHONE NUMBER: (219) 558-2707
8260 Wicker Ave
Saint John, IN  46373

Lake Ridge Schools
SUPERINTENDENT: Sharon Shirley
E-MAIL: sshirley@lakeridgeschools.net
PHONE NUMBER: (219) 838-1819
6111 W Ridge Rd
Gary, IN  46408

Lake Station Community Schools
SUPERINTENDENT: Tom Cripliver
E-MAIL: tcripliver@lakes.k12.in.us
PHONE NUMBER: (219) 962-1159
2500 Pike St
Lake Station, IN  46405

Lakeland School Corporation
SUPERINTENDENT: Eva Merkel
E-MAIL: emerkel@lakelandlakers.net
PHONE NUMBER: (260) 499-2400
0825 E 075 N
Lagrange, IN  46761

Lanesville Community School Corp
SUPERINTENDENT: Steve Morris
E-MAIL: morriss@lanesville.k12.in.us
PHONE NUMBER: (812) 952-2555
2725 Crestview Ave Ne
Lanesville, IN  47136

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Laporte Community School Corp
SUPERINTENDENT: Mark Francesconi
E-MAIL: mfrancesconi@lpcsc.k12.in.us
PHONE NUMBER: (219) 362-7056
1921 'A' St
Laporte, IN  46350

Laporte County Superintendent
SUPERINTENDENT: Mark Francesconi
E-MAIL: mfrancesconi@lpcsc.k12.in.us
PHONE NUMBER: (219) 326-6808
Co Gov Cmplx-4Th Flr-809 State
Laporte, IN  46350

Lawrenceburg Com School Corp
SUPERINTENDENT: Karl Galey
E-MAIL: kgaley@lburg.k12.in.us
PHONE NUMBER: (812) 537-7201
300 Tiger Blvd
Lawrenceburg, IN  47025

Lebanon Community School Corp
SUPERINTENDENT: Jon Milleman
E-MAIL: millemanj@leb.k12.in.us
PHONE NUMBER: (765) 482-0380
1810 N Grant St
Lebanon, IN  46052

Lewis Cass Schools
SUPERINTENDENT: Tim Garland
E-MAIL: garlandt@lewiscass.net
PHONE NUMBER: (574) 626-2525
100 S Main Street
Walton, IN  46994

Liberty-perry Com School Corp
SUPERINTENDENT: Bryan Rausch
E-MAIL: brausch@libertyperry.org
PHONE NUMBER: (765) 282-5615
105 S Cr 650 E
Selma, IN  47383

Linton-stockton School Corp
SUPERINTENDENT: Kathy Goad
E-MAIL: kgoad@lssc.k12.in.us
PHONE NUMBER: (812) 847-6020
801 Ne 1St St
Linton, IN  47441

Logansport Community Sch Corp
SUPERINTENDENT: Michele Starkey
E-MAIL: starkeym@lcsc.k12.in.us
PHONE NUMBER: (574) 722-2911
2829 George St
Logansport, IN  46947

Loogootee Community Sch Corp
SUPERINTENDENT: Chip Mehaffey
E-MAIL: cmehaffey@loogootee.k12.in.us
PHONE NUMBER: (812) 295-2595
201 Brooks Ave
Loogootee, IN  47553

Lost River Career Cooperative
SUPERINTENDENT: Kevin Knies
E-MAIL: kknies@lrcc.k12.in.us
PHONE NUMBER: (812) 723-4818
600 Elm St
Paoli, IN  47454

M S D Bluffton-harrison
SUPERINTENDENT: Brad Yates
E-MAIL: byates@bhmsd.org
PHONE NUMBER: (260) 824-2620
805 E Harrison St
Bluffton, IN  46714

M S D Boone Township
SUPERINTENDENT: Nathan Kleefisch
E-MAIL: kleefischn@hebronschools.k12.in.us
PHONE NUMBER: (219) 996-4771
307 S Main St
Hebron, IN  46341

M S D Decatur Township
SUPERINTENDENT: Matthew Prusiecki
E-MAIL: mprusiecki@decaturproud.org
PHONE NUMBER: (317) 856-5265
5275 Kentucky Ave
Indianapolis, IN  46221

M S D Lawrence Township
SUPERINTENDENT: Shawn Smith
E-MAIL: shawnsmith@msdlt.k12.in.us
PHONE NUMBER: (317) 423-8200
6501 Sunnyside Rd
Indianapolis, IN  46236

M S D Martinsville Schools
SUPERINTENDENT: Jay Arthur
E-MAIL: jay.arthur@msdmartinsville.org
PHONE NUMBER: (765) 342-6641
460 S Main St
Martinsville, IN  46151

M S D Mount Vernon
SUPERINTENDENT: Matthew Thompson
E-MAIL: thompsonmm@mvschool.org
PHONE NUMBER: (812) 838-4471
1000 W 4Th St
Mount Vernon, IN  47620

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

M S D North Posey Co Schools
SUPERINTENDENT: Todd Camp
E-MAIL: tcamp@northposey.k12.in.us
PHONE NUMBER: (812) 874-2243
101 N Church St
Poseyville, IN  47633

M S D Of New Durham Township
SUPERINTENDENT: Sandra Wood
E-MAIL: swood@westville.k12.in.us
PHONE NUMBER: (219) 785-2239
207 E Valparaiso St
Westville, IN  46391

M S D Pike Township
SUPERINTENDENT: Flora Reichanadter
E-MAIL: freichanadter@pike.k12.in.us
PHONE NUMBER: (317) 293-0393
6901 Zionsville Rd
Indianapolis, IN  46268

M S D Shakamak Schools
SUPERINTENDENT: Daniel Noel
E-MAIL: dnoel@shakamak.k12.in.us
PHONE NUMBER: (812) 665-3550
9233 Shakamak School Rd
Jasonville, IN  47438

M S D Southwest Allen County Schls
SUPERINTENDENT: Phil Downs
E-MAIL: pdowns@sacs.k12.in.us
PHONE NUMBER: (260) 431-2010
4824 Homestead Rd
Fort Wayne, IN  46814

M S D Steuben County
SUPERINTENDENT: Brent Wilson
E-MAIL: bwilson@msdsc.us
PHONE NUMBER: (260) 665-2854
400 S Martha St
Angola, IN  46703

M S D Wabash County Schools
SUPERINTENDENT: Mike Keaffaber
E-MAIL: keaffaberm@msdwc.k12.in.us
PHONE NUMBER: (260) 563-8050
204 N 300 W
Wabash, IN  46992

M S D Warren County
SUPERINTENDENT: Ralph Shrader
E-MAIL: rshrader@msdwarco.k12.in.us
PHONE NUMBER: (765) 762-3364
101 N Monroe St
Williamsport, IN  47993

M S D Warren Township
SUPERINTENDENT: Timothy Hanson
E-MAIL: thanson@warren.k12.in.us
PHONE NUMBER: (317) 869-4300
975 N Post Rd
Indianapolis, IN  46219

M S D Washington Township
SUPERINTENDENT: Nikki Woodson
E-MAIL: nwoodson@msdwt.k12.in.us
PHONE NUMBER: (317) 845-9400
8550 Woodfield Crossing Blvd
Indianapolis, IN  46240

M S D Wayne Township
SUPERINTENDENT: Jeff Butts
E-MAIL: jeff.butts@wayne.k12.in.us
PHONE NUMBER: (317) 988-8600
1220 S High Sch Rd
Indianapolis, IN  46241

Maconaquah School Corp
SUPERINTENDENT: James Callane
E-MAIL: callanej@maconaquah.k12.in.us
PHONE NUMBER: (765) 689-9131
7932 S Strawtown Pk
Bunker Hill, IN  46914

Madison Area Ed Spec Srv Unit
SUPERINTENDENT: Michael Jones
E-MAIL: mjones@maessu.org
PHONE NUMBER: (812) 265-3448
702 Elm St
Madison, IN  47250

Madison Consolidated Schools
SUPERINTENDENT: Jeff Studebaker
E-MAIL: jstudebaker@madison.k12.in.us
PHONE NUMBER: (812) 274-8001
2421 Wilson Ave
Madison, IN  47250

Madison-grant United Sch Corp
SUPERINTENDENT: Scott Deetz
E-MAIL: sdeetz@mgusc.k12.in.us
PHONE NUMBER: (765) 948-4143
11580 S/E 00 W
Fairmount, IN  46928

Manchester Community Schools
SUPERINTENDENT: Teresa Gremaux
E-MAIL: teresa_gremaux@mcs.k12.in.us
PHONE NUMBER: (260) 982-7518
404 W Ninth St
N Manchester, IN  46962

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Marion Community Schools
SUPERINTENDENT: Brad Lindsay
E-MAIL: blindsay@marion.k12.in.us
PHONE NUMBER: (765) 662-2546
1240 S Adams St
Marion, IN  46953

Medora Community School Corp
SUPERINTENDENT: Roger Bane
E-MAIL: rbane@medora.k12.in.us
PHONE NUMBER: (812) 966-2210
31 S Perry St
Medora, IN  47260

Merrillville Community School
SUPERINTENDENT: Nicholas Brown
E-MAIL: nick.brown@mvsc.k12.in.us
PHONE NUMBER: (219) 650-5300
6701 Delaware St
Merrillville, IN  46410

Michigan City Area Schools
SUPERINTENDENT: Barbara Watkins
E-MAIL: bewatkins@mcas.k12.in.us
PHONE NUMBER: (219) 873-2000
408 S Carroll Ave
Michigan City, IN  46360

Middlebury Community Schools
SUPERINTENDENT: Jane Allen
E-MAIL: allenj@mcsin-k12.org
PHONE NUMBER: (574) 825-9425
56853 Northridge Dr
Middlebury, IN  46540

Milan Community Schools
SUPERINTENDENT: Jane Rogers
E-MAIL: jane.rogers@milan.k12.in.us
PHONE NUMBER: (812) 654-2365
412 E Carr St
Milan, IN  47031

Mill Creek Community Sch Corp
SUPERINTENDENT: Jim Diagostino
E-MAIL: jdiagostino@mccsc.k12.in.us
PHONE NUMBER: (317) 539-9200
6631 S Cr 200 W
Clayton, IN  46118

Mississinewa Community School Corp
SUPERINTENDENT: Tab Mckenzie
E-MAIL: tab_mckenzie@olemiss.k12.in.us
PHONE NUMBER: (765) 674-8528
424 E S 'A' St
Gas City, IN  46933

Mitchell Community Schools
SUPERINTENDENT: Mike Wilcox
E-MAIL: wilcoxm@mitchell.k12.in.us
PHONE NUMBER: (812) 849-4481
441 N 8Th St
Mitchell, IN  47446

Monroe Central School Corp
SUPERINTENDENT: Adrian Moulton
E-MAIL: adrianm@monroecentral.org
PHONE NUMBER: (765) 468-6868
1918 N Cr 1000 W
Parker City, IN  47368

Monroe County Com Sch Corp
SUPERINTENDENT: Judy Demuth
E-MAIL: jdemuth@mccsc.edu
PHONE NUMBER: (812) 330-7700
315 E North Dr
Bloomington, IN  47401

Monroe-gregg School District
SUPERINTENDENT: Kirk Freeman
E-MAIL: kfreeman@m-gsd.org
PHONE NUMBER: (317) 996-3720
135 S Chestnut St
Monrovia, IN  46157

Mooresville Con School Corp
SUPERINTENDENT: Randy Taylor
E-MAIL: randy.taylor@mooresvilleschools.org
PHONE NUMBER: (317) 831-0950
11 W Carlisle St
Mooresville, IN  46158

Mt Vernon Community Sch Corp
SUPERINTENDENT: Chis Smedley
E-MAIL: chris.smedley@mvcsc.k12.in.us
PHONE NUMBER: (317) 485-3100
One Shoppell Blvd
Fortville, IN  46040

Muncie Community Schools
SUPERINTENDENT: Lee Ann Kwiatkowski
E-MAIL: leeann.k@muncieschools.org
PHONE NUMBER: (765) 747-5211
2500 North Elgin St.
Muncie, IN  47304

Nettle Creek School Corp
SUPERINTENDENT: William Doering
E-MAIL: wdoering@nettlecreek.k12.in.us
PHONE NUMBER: (765) 489-4543
297 E Northmarket St
Hagerstown, IN  47346

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

New Albany-floyd Co Con Sch
SUPERINTENDENT: Bradley Snyder
E-MAIL: bsnyder@nafcs.k12.in.us
PHONE NUMBER: (812) 949-4200
2813 Grant Line Rd
New Albany, IN  47150

New Castle Community Sch Corp
SUPERINTENDENT: Matthew Shoemaker
E-MAIL: mshoemaker@ncweb.me
PHONE NUMBER: (765) 521-7201
322 Elliott Ave
New Castle, IN  47362

New Prairie United School Corp
SUPERINTENDENT: Paul White
E-MAIL: paulwhite@npusc.k12.in.us
PHONE NUMBER: (574) 654-7273
5327 N Cougar Rd
New Carlisle, IN  46552

Nineveh-hensley-jackson United
SUPERINTENDENT: Timothy Edsell
E-MAIL: tedsell@nhj.k12.in.us
PHONE NUMBER: (317) 878-2100
802 S Indian Creek Dr
Trafalgar, IN  46181

Noblesville Schools
SUPERINTENDENT: Beth Niedermeyer
E-MAIL: beth_niedermeyer@nobl.k12.in.us
PHONE NUMBER: (317) 773-3171
18025 River Ave
Noblesville, IN  46062

North Adams Community Schools
SUPERINTENDENT: Brent Lehman
E-MAIL: lehmanb@nadams.k12.in.us
PHONE NUMBER: (260) 724-7146
625 Stadium Dr
Decatur, IN  46733

North Central Parke Comm Schl Corp
SUPERINTENDENT: Mike Schimpf
E-MAIL: schimpfm@ncp.k12.in.us
PHONE NUMBER: (765) 597-2750
1497 East Sr 47
Marshall, IN  47859

North Daviess Com Schools
SUPERINTENDENT: Robert Bell
E-MAIL: bbell@ndaviess.k12.in.us
PHONE NUMBER: (812) 636-8000
5494 E Sr 58
Elnora, IN  47529

North Gibson School Corp
SUPERINTENDENT: Brian Harmon
E-MAIL: supt@ngsc.k12.in.us
PHONE NUMBER: (812) 385-4851
1108 N Embree St
Princeton, IN  47670

North Harrison Com School Corp
SUPERINTENDENT: Lance Richards
E-MAIL: lrichards@nhcs.k12.in.us
PHONE NUMBER: (812) 347-2407
1260 Hwy 64 Nw
Ramsey, IN  47166

North Judson-san Pierre Sch Corp
SUPERINTENDENT: Annette Zupin
E-MAIL: azupin@njsp.k12.in.us
PHONE NUMBER: (574) 896-2155
801 Campbell Dr
North Judson, IN  46366

North Knox School Corp
SUPERINTENDENT: Darrel Bobe
E-MAIL: dbobe@nknox.k12.in.us
PHONE NUMBER: (812) 735-4434
11110 N Sr 159
Bicknell, IN  47512

North Lawrence Com Schools
SUPERINTENDENT: Ty Mungle
E-MAIL: munglet@nlcs.k12.in.us
PHONE NUMBER: (812) 279-3521
460 'W' St
Bedford, IN  47421

North Miami Community Schools
SUPERINTENDENT: Kenneth Hanson
E-MAIL: khanson@nmcs.k12.in.us
PHONE NUMBER: (765) 985-3891
394 E 900 N
Denver, IN  46926

North Montgomery Com Sch Corp
SUPERINTENDENT: Colleen Moran
E-MAIL: cmoran@nm.k12.in.us
PHONE NUMBER: (765) 359-2112
480 W 580 N
Crawfordsville, IN  47933

North Newton School Corp
SUPERINTENDENT: Cathy Rowe
E-MAIL: crowe@nn.k12.in.us
PHONE NUMBER: (219) 285-2228
310 S Lincoln St
Morocco, IN  47963

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

North Putnam Community Schools
SUPERINTENDENT: Nicole Singer
E-MAIL: nsinger@nputnam.k12.in.us
PHONE NUMBER: (765) 522-6218
300 N Washington
Bainbridge, IN  46105

North Spencer County Sch Corp
SUPERINTENDENT: Daniel Scherry
E-MAIL: dscherry@nspencer.k12.in.us
PHONE NUMBER: (812) 937-2400
3720 E Sr 162
Lincoln City, IN  47552

North Vermillion Com Sch Corp
SUPERINTENDENT: Dan Nelson
E-MAIL: dnelson@nvc.k12.in.us
PHONE NUMBER: (765) 492-4033
5551 N Falcon Dr
Cayuga, IN  47928

North West Hendricks Schools
SUPERINTENDENT: Scott Syverson
E-MAIL: syversonsc@hendricks.k12.in.us
PHONE NUMBER: (317) 994-4100
104 N Church St
Lizton, IN  46149

North White School Corp
SUPERINTENDENT: Nicholas Eccles
E-MAIL: neccles@nwhite.k12.in.us
PHONE NUMBER: (219) 253-6618
402 E Broadway St
Monon, IN  47959

Northeast Dubois Co Sch Corp
SUPERINTENDENT: Bill Hochgesang
E-MAIL: bhochgesang@nedubois.k12.in.us
PHONE NUMBER: (812) 678-2781
5379 E Main St
Dubois, IN  47527

Northeast School Corp
SUPERINTENDENT: Mark Baker
E-MAIL: bakerm@nesc.k12.in.us
PHONE NUMBER: (812) 383-5761
406 N Vine St
Hymera, IN  47855

Northeastern Wayne Schools
SUPERINTENDENT: Laura Blessing
E-MAIL: lblessing@nws.k12.in.us
PHONE NUMBER: (765) 847-2821
314 W Main St
Fountain City, IN  47341

Northern In Education Center
SUPERINTENDENT: Randy Zimmerly
E-MAIL: rzimmerly@niesc.k12.in.us
PHONE NUMBER: (574) 254-0111
56535 Magnetic Dr
Mishawaka, IN  46545

Northern Wells Com Schools
SUPERINTENDENT: Scott Mills
E-MAIL: scott.mills@nwcs.k12.in.us
PHONE NUMBER: (260) 622-4125
312 N Jefferson St
Ossian, IN  46777

Northwest Allen County Schools
SUPERINTENDENT: Christopher Himsel
E-MAIL: chris.himsel@nacs.k12.in.us
PHONE NUMBER: (260) 637-3155
13119 Coldwater Rd
Fort Wayne, IN  46845

Northwest In Education Center
SUPERINTENDENT: Randy Zimmerly
E-MAIL: rzimmerly@niesc.k12.in.us
PHONE NUMBER: (219) 922-0900
2939 41St St
Highland, IN  46322

Northwest Indiana Spec Ed Coop
SUPERINTENDENT: Jane Winkoff
E-MAIL: jwinkoff@nisec.org
PHONE NUMBER: (219) 663-6500
2150 W 97Th Pl
Crown Point, IN  46307

Northwestern Con School Corp
SUPERINTENDENT: Chris Hoke
E-MAIL: choke@nwshelbyschools.org
PHONE NUMBER: (317) 835-7461
4920 W 600 N
Fairland, IN  46126

Northwestern School Corp
SUPERINTENDENT: Kristen Bilkey
E-MAIL: kristen.bilkey@nwsc.k12.in.us
PHONE NUMBER: (765) 452-3060
3075 N Washington St
Kokomo, IN  46901

Oak Hill United School Corp
SUPERINTENDENT: Chad Cripe
E-MAIL: chadcr@ohusc.k12.in.us
PHONE NUMBER: (765) 395-3341
1474 N 800 W 27
Converse, IN  46919

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Oregon-davis School Corp
SUPERINTENDENT: Donald Harman
E-MAIL: dharman@od.k12.in.us
PHONE NUMBER: (574) 867-2111
5998 N 750 E
Hamlet, IN  46532

Orleans Community Schools
SUPERINTENDENT: Jimmy Ellis
E-MAIL: jellis@orleans.k12.in.us
PHONE NUMBER: (812) 865-2688
173 W Marley St
Orleans, IN  47452

Paoli Community School Corp
SUPERINTENDENT: Greg Walker
E-MAIL: walkerg@paoli.k12.in.us
PHONE NUMBER: (812) 723-4717
501 Elm St - Ofc Supt
Paoli, IN  47454

Parke-vermillion Ed & Trng Inter
SUPERINTENDENT: Craig Newby
E-MAIL: cnewby@wrcte.org
PHONE NUMBER: (765) 245-2870
3636 E Us Hwy 36
Hillsdale, IN  47854

Penn-harris-madison Sch Corp
SUPERINTENDENT: Jerry Thacker
E-MAIL: jthacker@phm.k12.in.us
PHONE NUMBER: (574) 259-7941
55900 Bittersweet Rd
Mishawaka, IN  46545

Perry Central Com Schools Corp
SUPERINTENDENT: Tara Bishop
E-MAIL: tbishop@pccommodores.org
PHONE NUMBER: (812) 843-5576
18677 Old Sr 37
Leopold, IN  47551

Perry Township Schools
SUPERINTENDENT: Patrick Mapes
E-MAIL: pmapes@perryschools.org
PHONE NUMBER: (317) 789-3700
6548 Orinoco Ave
Indianapolis, IN  46227

Peru Community Schools
SUPERINTENDENT: Sam Watkins
E-MAIL: swatkins@peru.k12.in.us
PHONE NUMBER: (765) 473-3081
35 W 3Rd St
Peru, IN  46970

Pike County School Corp
SUPERINTENDENT: Suzanne Blake
E-MAIL: sblake@pcsc.k12.in.us
PHONE NUMBER: (812) 354-8731
907 Walnut St
Petersburg, IN  47567

Pioneer Regional School Corp
SUPERINTENDENT: Charles Grable
E-MAIL: grablec@pioneer.k12.in.us
PHONE NUMBER: (574) 643-2605
413 S Chicago St
Royal Center, IN  46978

Plainfield Community Sch Corp
SUPERINTENDENT: Scott Olinger
E-MAIL: solinger@plainfield.k12.in.us
PHONE NUMBER: (317) 839-2578
985 S Longfellow Dr
Plainfield, IN  46168

Plymouth Community School Corp
SUPERINTENDENT: Andy Hartley
E-MAIL: ahartley@plymouth.k12.in.us
PHONE NUMBER: (574) 936-3115
611 Berkley St
Plymouth, IN  46563

Portage Township Schools
SUPERINTENDENT: Amanda Alaniz
E-MAIL: amanda.alaniz@portage.k12.in.us
PHONE NUMBER: (219) 762-6511
6240 Us Hwy 6
Portage, IN  46368

Porter County Education Services
SUPERINTENDENT: Liz Prieboy
E-MAIL: lprieboy@pces.k12.in.us
PHONE NUMBER: (219) 464-9607
750 Ransom Rd
Valparaiso, IN  46385

Porter Township School Corp
SUPERINTENDENT: Stacey Schmidt
E-MAIL: stacey.schmidt@ptsc.k12.in.us
PHONE NUMBER: (219) 477-4933
248 S 500 W
Valparaiso, IN  46385

Prairie Heights Com Sch Corp
SUPERINTENDENT: Jeff Reed
E-MAIL: jreed@ph.k12.in.us
PHONE NUMBER: (260) 351-3214
305 S 1150 E
Lagrange, IN  46761

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Randolph Central School Corp
SUPERINTENDENT: Rolland Abraham
E-MAIL: rabraham@randolphcentral.us
PHONE NUMBER: (765) 584-1401
103 N East St
Winchester, IN  47394

Randolph Eastern School Corp
SUPERINTENDENT: Aaron Black
E-MAIL: ablack@resc.k12.in.us
PHONE NUMBER: (765) 964-4994
731 N Plum St
Union City, IN  47390

Randolph Southern School Corp
SUPERINTENDENT: Donnie Bowsman
E-MAIL: bowsmand@rssc.k12.in.us
PHONE NUMBER: (765) 874-1181
1 Rebel Dr
Lynn, IN  47355

Region 8 Education Service Center
SUPERINTENDENT: Joshua Wenning
E-MAIL: jwenning@r8esc.k12.in.us
PHONE NUMBER: (260) 724-6200
251 W 850 N
Decatur, IN  46733

Rensselaer Central School Corp
SUPERINTENDENT: Curt Craig
E-MAIL: curtis.craig@rcsc.k12.in.us
PHONE NUMBER: (219) 866-7822
900 E Washington St
Rensselaer, IN  47978

Richland-bean Blossom C S C
SUPERINTENDENT: Jerry Sanders
E-MAIL: jsanders@rbbschools.net
PHONE NUMBER: (812) 876-7100
600 S Edgewood Dr
Ellettsville, IN  47429

Richmond Community Schools
SUPERINTENDENT: Jennifer Obrien
E-MAIL: jennifero@rcs.k12.in.us
PHONE NUMBER: (765) 973-3300
300 Hub Etchison Pky
Richmond, IN  47374

Ripley-ohio-dearborn Sp Ed Coop
SUPERINTENDENT: Alex Brewer
E-MAIL: abrewer@rodspecialed.org
PHONE NUMBER: (812) 623-2212
925 N Meridian St Ste 100
Sunman, IN  47041

Rising Sun-ohio Co Com
SUPERINTENDENT: Branden Roeder
E-MAIL: broeder@risingsun.k12.in.us
PHONE NUMBER: (812) 438-2655
110 S Henrietta St
Rising Sun, IN  47040

River Forest Community Sch Corp
SUPERINTENDENT: Steven Disney
E-MAIL: sdisney@rfcsc.k12.in.us
PHONE NUMBER: (219) 962-2909
3250 Michigan St
Hobart, IN  46342

Rochester Community Sch Corp
SUPERINTENDENT: Jana Vance
E-MAIL: jana.vance@zebras.net
PHONE NUMBER: (574) 223-2159
690 Zebra Ln
Rochester, IN  46975

Rossville Con School District
SUPERINTENDENT: James Hanna
E-MAIL: jhanna@rcsd.k12.in.us
PHONE NUMBER: (765) 379-2990
1 Robert Egly Dr
Rossville, IN  46065

Rush County Schools
SUPERINTENDENT: Matt Vance
E-MAIL: vancem@rushville.k12.in.us
PHONE NUMBER: (765) 932-4186
330 W 8Th St
Rushville, IN  46173

Salem Community Schools
SUPERINTENDENT: Jon Acton
E-MAIL: jacton@salemschools.com
PHONE NUMBER: (812) 883-4437
500 N Harrison St
Salem, IN  47167

School City Of East Chicago
SUPERINTENDENT: Dee Wright
E-MAIL: dwright@ecps.org
PHONE NUMBER: (219) 391-4100
210 E Columbus Dr
East Chicago, IN  46312

School City Of Hammond
SUPERINTENDENT: Scott Miller
E-MAIL: semiller@hammond.k12.in.us
PHONE NUMBER: (219) 933-2400
41 Williams St
Hammond, IN  46320

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

School City Of Hobart
SUPERINTENDENT: Peggy Buffington
E-MAIL: peggyb@hobart.k12.in.us
PHONE NUMBER: (219) 942-8885
32 E 7Th St
Hobart, IN  46342

School City Of Mishawaka
SUPERINTENDENT: Wayne Barker
E-MAIL: barkerw@mishawaka.k12.in.us
PHONE NUMBER: (574) 254-4537
1402 S Main St
Mishawaka, IN  46544

School Town Of Highland
SUPERINTENDENT: Brian Smith
E-MAIL: bsmith@highland.k12.in.us
PHONE NUMBER: (219) 922-5615
9145 Kennedy Ave
Highland, IN  46322

School Town Of Munster
SUPERINTENDENT: Jeff Hendrix
E-MAIL: jahendrix@munster.us
PHONE NUMBER: (219) 836-9111
8616 Columbia Ave
Munster, IN  46321

School Town Of Speedway
SUPERINTENDENT: Kyle Trebley
E-MAIL: ktrebley@speedwayschools.org
PHONE NUMBER: (317) 244-0236
5335 W 25Th St
Speedway, IN  46224

Scott County School District 1
SUPERINTENDENT: Trevor Jones
E-MAIL: trevor.jones@scsd1.com
PHONE NUMBER: (812) 794-8750
255 Hwy 31S
Austin, IN  47102

Scott County School District 2
SUPERINTENDENT: Marc Slaton
E-MAIL: mslaton@scsd2.k12.in.us
PHONE NUMBER: (812) 752-8921
375 E Mcclain Ave
Scottsburg, IN  47170

Seymour Community Schools
SUPERINTENDENT: Brandon Harpe
E-MAIL: harpeb@scsc.k12.in.us
PHONE NUMBER: (812) 522-3340
1638 S Walnut St
Seymour, IN  47274

Shelby Eastern Schools
SUPERINTENDENT: Todd Hitchcock
E-MAIL: thitchcock@ses.k12.in.us
PHONE NUMBER: (765) 544-2246
2451 N 600 E
Shelbyville, IN  46176

Shelbyville Central Schools
SUPERINTENDENT: Mary Harper
E-MAIL: meharper@shelbycs.org
PHONE NUMBER: (317) 392-2505
803 St Joseph St
Shelbyville, IN  46176

Shenandoah School Corporation
SUPERINTENDENT: Ron Green
E-MAIL: rgreen@shenandoah.k12.in.us
PHONE NUMBER: (765) 354-2266
5100 N Raider Rd
Middletown, IN  47356

Sheridan Community Schools
SUPERINTENDENT: Mary Roberson
E-MAIL: mroberson@sheridan.k12.in.us
PHONE NUMBER: (317) 758-4172
24795 N Hinesley Rd
Sheridan, IN  46069

Shoals Community School Corp
SUPERINTENDENT: Candace Roush
E-MAIL: roushc@shoals.k12.in.us
PHONE NUMBER: (812) 247-2060
11741 Ironton Rd
Shoals, IN  47581

Smith-green Community Schools
SUPERINTENDENT: Daniel Hile
E-MAIL: HileD@sgcs.k12.in.us
PHONE NUMBER: (260) 693-2007
222 W Tulley St
Churubusco, IN  46723

South Adams Schools
SUPERINTENDENT: Michelle Penrod
E-MAIL: mclouserpenrod@southadams.k12.in.us
PHONE NUMBER: (260) 589-3133
1075 Starfire Way
Berne, IN  46711

South Bend Community Sch Corp
SUPERINTENDENT: Kenneth Spells
E-MAIL: kspells@sbcsc.k12.in.us
PHONE NUMBER: (574) 393-6000
215 S St Joseph St
South Bend, IN  46601

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

South Central Area Special Ed
SUPERINTENDENT: Janice Oakley
E-MAIL: oakleyj@scasec.k12.in.us
PHONE NUMBER: (812) 723-2089
600 Elm St Suite 2
Paoli, IN  47454

South Central Com School Corp
SUPERINTENDENT: Theodore Stevens
E-MAIL: tstevens@scentral.k12.in.us
PHONE NUMBER: (219) 767-2263
9808 S 600 W
Union Mills, IN  46382

South Dearborn Com School Corp
SUPERINTENDENT: Eric Lows
E-MAIL: eric.lows@sdcsc.k12.in.us
PHONE NUMBER: (812) 926-2090
6109 Squire Pl
Aurora, IN  47001

South Gibson School Corp
SUPERINTENDENT: Stacey Humbaugh
E-MAIL: stacey.humbaugh@sgibson.k12.in.us
PHONE NUMBER: (812) 753-4230
1029 W 650 S
Fort Branch, IN  47648

South Harrison Com Schools
SUPERINTENDENT: Mark Eastridge
E-MAIL: eastridgem@shcsc.k12.in.us
PHONE NUMBER: (812) 738-2168
315 S Harrison Dr
Corydon, IN  47112

South Henry School Corp
SUPERINTENDENT: Wesley Hammond
E-MAIL: whammond@shenry.k12.in.us
PHONE NUMBER: (765) 987-7882
6972 S Sr 103
Straughn, IN  47387

South Knox School Corp
SUPERINTENDENT: Tim Grove
E-MAIL: tgrove@sknox.k12.in.us
PHONE NUMBER: (812) 726-4440
6116 E Sr 61
Vincennes, IN  47591

South Madison Com Sch Corp
SUPERINTENDENT: Joseph Buck
E-MAIL: jbuck@smcsc.com
PHONE NUMBER: (765) 778-2152
203 S Heritage Way
Pendleton, IN  46064

South Montgomery Com Sch Corp
SUPERINTENDENT: Shawn Greiner
E-MAIL: shawn.greiner@southmont.k12.in.us
PHONE NUMBER: (765) 866-0203
200 N 3Rd St
New Market, IN  47965

South Newton School Corp
SUPERINTENDENT: Casey Hall
E-MAIL: hallc@newton.k12.in.us
PHONE NUMBER: (219) 474-5184
13232 S 50 E
Kentland, IN  47951

South Putnam Community Schools
SUPERINTENDENT: Bruce Bernhardt
E-MAIL: bbernhardt@sputnam.k12.in.us
PHONE NUMBER: (765) 653-3119
3999 S Us Hwy 231
Greencastle, IN  46135

South Ripley Com Sch Corp
SUPERINTENDENT: Robert Moorhead
E-MAIL: rmoorhead@sripley.k12.in.us
PHONE NUMBER: (812) 689-6282
207 W Tyson St
Versailles, IN  47042

South Spencer County Sch Corp
SUPERINTENDENT: Richard Rutherford
E-MAIL: richard.rutherford@sspencer.k12.in.us
PHONE NUMBER: (812) 649-2591
321 S 5Th St
Rockport, IN  47635

South Vermillion Com Sch Corp
SUPERINTENDENT: Dave Chapman
E-MAIL: dchapman@svcs.k12.in.us
PHONE NUMBER: (765) 832-2426
800 W Wildcat Dr
Clinton, IN  47842

Southeast Dubois Co Sch Corp
SUPERINTENDENT: Jamie Pund
E-MAIL: jamie.pund@sedubois.k12.in.us
PHONE NUMBER: (812) 367-1653
432 E 15Th St
Ferdinand, IN  47532

Southeast Fountain School Corp
SUPERINTENDENT: Dan Foster
E-MAIL: fosterd@sefschools.org
PHONE NUMBER: (765) 294-2254
744 E Us Hwy 136
Veedersburg, IN  47987

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Southeastern Career Center
SUPERINTENDENT: Derek Marshall
E-MAIL: dmarshall@sccenter.k12.in.us
PHONE NUMBER: (812) 689-5253
901 W Us 50
Versailles, IN  47042

Southern Hancock Co Com Sch Corp
SUPERINTENDENT: Lisa Lantrip
E-MAIL: llantrip@newpal.k12.in.us
PHONE NUMBER: (317) 861-4463
4711 S 500 W
New Palestine, IN  46163

Southern In Education Center
SUPERINTENDENT: Judy Bueckert
E-MAIL: jbueckert@siec.k12.in.us
PHONE NUMBER: (812) 482-6641
1102 Tree Lane Dr
Jasper, IN  47546

Southern Wells Com Schools
SUPERINTENDENT: Steve Darnell
E-MAIL: sdarnell@swraiders.com
PHONE NUMBER: (765) 728-5537
9120 S 300 W
Poneto, IN  46781

Southside Sp Srvs Of Marion Co
SUPERINTENDENT: Scott Carson
E-MAIL: scarson@sssmc.k12.in.us
PHONE NUMBER: (317) 789-1650
5391 S Shelby St
Indianapolis, IN  46227

Southwest Dubois Co Sch Corp
SUPERINTENDENT: Tim Lagrange
E-MAIL: lagranget@swdubois.k12.in.us
PHONE NUMBER: (812) 683-3971
113 N Jackson St
Huntingburg, IN  47542

Southwest Parke Com Sch Corp
SUPERINTENDENT: Philip Harrison
E-MAIL: harrisonp@swparke.k12.in.us
PHONE NUMBER: (765)569-2073
4851 S Coxville Rd
Montezuma, IN  47862

Southwest School Corp
SUPERINTENDENT: Chris Stitzle
E-MAIL: cstitzle@swest.k12.in.us
PHONE NUMBER: (812) 268-6311
110 N Main St
Sullivan, IN  47882

Southwestern Con Sch Shelby Co
SUPERINTENDENT: Curtis Chase
E-MAIL: cchase@swshelby.k12.in.us
PHONE NUMBER: (317) 729-5746
3406 W 600 S
Shelbyville, IN  46176

Southwestern-jefferson Co Con
SUPERINTENDENT: Jeff Bates
E-MAIL: jbates@swjcs.us
PHONE NUMBER: (812) 866-6255
239 S Main Cross St
Hanover, IN  47243

Special Services - Johnson Co
SUPERINTENDENT: Angela Balsley
E-MAIL: abalsley@earlywood.org
PHONE NUMBER: (317) 736-8495
500 Earlywood Dr
Franklin, IN  46131

Spencer-owen Community Schools
SUPERINTENDENT: Chad Briggs
E-MAIL: cbriggs@socs.k12.in.us
PHONE NUMBER: (812) 829-2233
205 E Hillside
Spencer, IN  47460

Springs Valley Com School Corp
SUPERINTENDENT: Trevor Apple
E-MAIL: apple@svalley.k12.in.us
PHONE NUMBER: (812) 936-4474
498 S Larry Bird Blvd
French Lick, IN  47432

Sunman-dearborn Com Sch Corp
SUPERINTENDENT: Andrew Jackson
E-MAIL: ajackson@sunmandearborn.k12.in.us
PHONE NUMBER: (812) 623-2291
1 Trojan Place Ste B
St Leon, IN  47012

Switzerland County School Corp
SUPERINTENDENT: Rodney Hite
E-MAIL: rhite@switzsc.org
PHONE NUMBER: (812) 427-2611
1040 W Main St
Vevay, IN  47043

Taylor Community School Corp
SUPERINTENDENT: Christopher Smith
E-MAIL: chris.smith@taylor.k12.in.us
PHONE NUMBER: (765) 453-3035
3750 E Cr 300 S
Kokomo, IN  46902

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Tell City-troy Twp School Corp
SUPERINTENDENT: John Scioldo
E-MAIL: john.scioldo@tellcity.k12.in.us
PHONE NUMBER: (812) 547-3300
837 17Th St
Tell City, IN  47586

Tippecanoe School Corp
SUPERINTENDENT: Scott Hanback
E-MAIL: shanback@tsc.k12.in.us
PHONE NUMBER: (765) 474-2481
21 Elston Rd
Lafayette, IN  47909

Tippecanoe Valley School Corp
SUPERINTENDENT: Blaine Conley
E-MAIL: conleyb@tvsc.k12.in.us
PHONE NUMBER: (574) 353-7741
8343 S Sr 19
Akron, IN  46910

Tipton Community School Corp
SUPERINTENDENT: Ryan Glaze
E-MAIL: rglaze@tcsc.k12.in.us
PHONE NUMBER: (765) 675-2147
1051 S Main St
Tipton, IN  46072

Tri-central Community Schools
SUPERINTENDENT: Dave Driggs
E-MAIL: ddriggs@tccs.k12.in.us
PHONE NUMBER: (765) 963-2585
4774 N 200 W
Sharpsville, IN  46068

Tri-county School Corp
SUPERINTENDENT: Patrick Culp
E-MAIL: culpp@trico.k12.in.us
PHONE NUMBER: (219) 279-2418
105 N 2Nd St
Wolcott, IN  47995

Tri-creek School Corporation
SUPERINTENDENT: Rod Gardin
E-MAIL: rgardin@tricreek.k12.in.us
PHONE NUMBER: (219) 696-6661
195 W Oakley Ave
Lowell, IN  46356

Triton School Corporation
SUPERINTENDENT: Jeremy Riffle
E-MAIL: jriffle@triton.k12.in.us
PHONE NUMBER: (574) 342-2255
100 Triton Dr
Bourbon, IN  46504

Tri-township Cons School Corp
SUPERINTENDENT: Kelly Shepherd
E-MAIL: kshepherd@tritownship.k12.in.us
PHONE NUMBER: (219) 754-2709
309 School Dr
Wanatah, IN  46390

Twin Lakes School Corp
SUPERINTENDENT: Michael Galvin
E-MAIL: mgalvin@twinlakes.k12.in.us
PHONE NUMBER: (574) 583-7211
565 S Main St
Monticello, IN  47960

Twin Rivers Career & Tech Ed Area
SUPERINTENDENT: Brandon Small
E-MAIL: bsmall@twinriversarea.org
PHONE NUMBER: (812) 882-0801
20 N Third St
Vincennes, IN  47591

Union Co/clg Corner Joint Sch Dist
SUPERINTENDENT: Aron Borowiak
E-MAIL: aron.borowiak@uc.k12.in.us
PHONE NUMBER: (765) 458-7471
107 S Layman St
Liberty, IN  47353

Union School Corporation
SUPERINTENDENT: Michael Huber
E-MAIL: mhuber@usc.k12.in.us
PHONE NUMBER: (765) 853-5464
8707 W Us Hwy 36
Modoc, IN  47358

Union Township School Corp
SUPERINTENDENT: John Hunter
E-MAIL: jhunter@union.k12.in.us
PHONE NUMBER: (219) 759-2531
599 W 300 N Suite A
Valparaiso, IN  46385

Union-north United School Corp
SUPERINTENDENT: Mitchell Mawhorter
E-MAIL: mmawhorter@unorth.k12.in.us
PHONE NUMBER: (574) 784-8141
22601 Tyler Rd
Lakeville, IN  46536

Valparaiso Community Schools
SUPERINTENDENT: Michael Berta
E-MAIL: mberta@valpo.k12.in.us
PHONE NUMBER: (219) 531-3000
3801 N Campbell St
Valparaiso, IN  46385

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Vigo County School Corp
SUPERINTENDENT: Robert Haworth
E-MAIL: robert.haworth@vigoschools.org
PHONE NUMBER: (812) 462-4216
686 Wabash Ave
Terre Haute, IN  47807

Vincennes Community Sch Corp
SUPERINTENDENT: Greg Parsley
E-MAIL: parsleyg@vcsc.k12.in.us
PHONE NUMBER: (812) 882-4844
1712 S Quail Run Rd
Vincennes, IN  47591

Wabash City Schools
SUPERINTENDENT: Jason Callahan
E-MAIL: callahaj@apaches.k12.in.us
PHONE NUMBER: (260) 563-2151
1101 Colerain St   744
Wabash, IN  46992

Wabash Valley Education Center
SUPERINTENDENT: Judi Hendrix
E-MAIL: judi.hendrix@esc5.k12.in.us
PHONE NUMBER: (765) 463-1589
3061 Benton St
West Lafayette, IN  47906

Wa-nee Community Schools
SUPERINTENDENT: Scot Croner
E-MAIL: scroner@wanee.org
PHONE NUMBER: (574) 773-3131
1300 N Main St
Nappanee, IN  46550

Warrick County School Corp
SUPERINTENDENT: Brad Schneider
E-MAIL: bschneider@warrick.k12.in.us
PHONE NUMBER: (812) 897-0400
300 E Gum
Boonville, IN  47601

Warsaw Community Schools
SUPERINTENDENT: David Hoffert
E-MAIL: dhoffert@warsawschools.org
PHONE NUMBER: (574) 371-5098
1 Administration Dr
Warsaw, IN  46580

Washington Com Schools
SUPERINTENDENT: Dan Roach
E-MAIL: droach@wcs.k12.in.us
PHONE NUMBER: (812) 254-5536
301 E South St
Washington, IN  47501

Wawasee Community School Corp
SUPERINTENDENT: Thomas Edington
E-MAIL: tedington@wawasee.k12.in.us
PHONE NUMBER: (574) 457-3188
1 Warrior Path - Bldg 2
Syracuse, IN  46567

Wes-del Community Schools
SUPERINTENDENT: Kyle Mealy
E-MAIL: kmealy@wes-del.org
PHONE NUMBER: (765) 358-4006
10290 N Cr 600 W
Gaston, IN  47342

West Central Education Service Ctr
SUPERINTENDENT: Richard King
E-MAIL: rking@wciesc.k12.in.us
PHONE NUMBER: (765) 653-2727
1 North Calbert Way
Greencastle, IN  46135

West Central School Corp
SUPERINTENDENT: Dan Zylstra
E-MAIL: dzylstra@wcsc.k12.in.us
PHONE NUMBER: (219) 567-9161
117 E Montgomery St
Francesville, IN  47946

West Clark Community Schools
SUPERINTENDENT: Clemen Lloyd
E-MAIL: cperez-lloyd@westclarkschools.com
PHONE NUMBER: (812) 246-3375
601 Renz Ave
Sellersburg, IN  47172

West Lafayette Com School Corp
SUPERINTENDENT: Rocky Killion
E-MAIL: killionr@wl.k12.in.us
PHONE NUMBER: (765) 746-1602
1130 N Salisbury
West Lafayette, IN  47906

West Noble School Corporation
SUPERINTENDENT: Galen Mast
E-MAIL: mastga@westnoble.k12.in.us
PHONE NUMBER: (260) 894-3191
5050 N Us 33
Ligonier, IN  46767

West Washington School Corp
SUPERINTENDENT: Keith Nance
E-MAIL: nancek@wwcs.k12.in.us
PHONE NUMBER: (812) 755-4872
9699 W Mt Tabor Rd
Campbellsburg, IN  47108

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Western Boone Co Com Sch Dist
SUPERINTENDENT: Rob Ramey
E-MAIL: rob.ramey@webo.k12.in.us
PHONE NUMBER: (765) 482-6333
1201 N Sr 75
Thorntown, IN  46071

Western School Corp
SUPERINTENDENT: Randy Mccracken
E-MAIL: rmccrack@western.k12.in.us
PHONE NUMBER: (765) 883-5576
2600 S 600 W
Russiaville, IN  46979

Western Wayne Schools
SUPERINTENDENT: George Philhower
E-MAIL: gphilhower@wwayne.k12.in.us
PHONE NUMBER: (765) 478-5375
519 Queen St -  217
Pershing, IN  47370

Westfield-washington Schools
SUPERINTENDENT: Sherry Grate
E-MAIL: grates@wws.k12.in.us
PHONE NUMBER: (317) 867-8000
1143 E 181st Street
Westfield, IN  46074

Westview School Corporation
SUPERINTENDENT: Randy Miller
E-MAIL: millerra@westview.k12.in.us
PHONE NUMBER: (260) 768-4404
1545 S 600 W
Topeka, IN  46571

White River Valley Sch Dist
SUPERINTENDENT: Bob Hacker
E-MAIL: bhacker@wrv.k12.in.us
PHONE NUMBER: (812) 659-1424
5644 W State Rd 54
Switz City, IN  47465

Whiting School City
SUPERINTENDENT: Cynthia Scroggins
E-MAIL: cscroggins@ns.whiting.k12.in.us
PHONE NUMBER: (219) 659-0656
1500 Center St
Whiting, IN  46394

Whitko Community School Corp
SUPERINTENDENT: Brandon Penrod
E-MAIL: brandon.penrod@whitko.org
PHONE NUMBER: (574) 327-3677
710 North State Rd 5
Pierceton, IN  46562

Whitley Co Cons Schools
SUPERINTENDENT: Patricia Oconnor
E-MAIL: oconnorpc@wccsonline.com
PHONE NUMBER: (260) 244-5771
107 N Walnut St
Columbia City, IN  46725

Wilson Education Ctr Corp
SUPERINTENDENT: Phil Partenheimer
E-MAIL: philp@wesc.k12.in.us
PHONE NUMBER: (812) 256-8000
2101 Grace Ave
Charlestown, IN  47111

Yorktown Community Schools
SUPERINTENDENT: Gregory Hinshaw
E-MAIL: ghinshaw@yorktown.k12.in.us
PHONE NUMBER: (765) 759-2720
2311 S Broadway St
Yorktown, IN  47396

Zionsville Community Schools
SUPERINTENDENT: Scott Robison
E-MAIL: srobison@zcs.k12.in.us
PHONE NUMBER: (317) 873-2858
900 Mulberry St
Zionsville, IN  46077

Abilene
SUPERINTENDENT: Greg Brown
E-MAIL: gbrown@abileneschools.org
PHONE NUMBER: (785) 263-2630
213 N. Broadway
Abilene, KS  67410

Altoona-midway
SUPERINTENDENT: Brent Kaempfe
E-MAIL: bkaempfe@usd387.org
PHONE NUMBER: (620) 537-7721
20584 Us 75 Hwy
Buffalo, KS  66717

Andover
SUPERINTENDENT: Brett White
E-MAIL: whiteb@usd385.org
PHONE NUMBER: (316) 218-4660
1432 N Andover Rd
Andover, KS  67002

Anthony-harper
SUPERINTENDENT: Josh Swartz
E-MAIL: joshs@usd361.org
PHONE NUMBER: (620) 842-5183
124 N Jennings
Anthony, KS  67003

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Anw Special Education Cooperative
SUPERINTENDENT: Doug Tressler
E-MAIL: dtressler@anwcoop.com
PHONE NUMBER: (620)473-2257
710 Bridge
Humboldt, KS  66748

Argonia Public Schools
SUPERINTENDENT: Julie McPherron
E-MAIL: jmcpherron@argonia359.org
PHONE NUMBER: (620) 435-6311
202 E. Allen
Argonia, KS  67004

Arkansas City
SUPERINTENDENT: Ron Ballard
E-MAIL: ron.ballard@usd470.com
PHONE NUMBER: (620) 441-2000
2545 Greenway
Arkansas City, KS  67005

Ashland
SUPERINTENDENT: Jamie Wetig
E-MAIL: jwetig@usd220.net
PHONE NUMBER: (620) 635-2220
311 J.E. Humphreys St.
Ashland, KS  67831

Atchison Co Comm Schools
SUPERINTENDENT: Andrew Gaddis
E-MAIL: gaddis.andrew@usd377.org
PHONE NUMBER: (913) 833-5050
306 Main Street
Effingham, KS  66023

Atchison Public Schools
SUPERINTENDENT: Renee Scott
E-MAIL: renee.scott@usd409.net
PHONE NUMBER: (913) 367-4384
626 Commercial Street
Atchison, KS  66002

Attica
SUPERINTENDENT: Mike Sanders
E-MAIL: mikesanders@usd511.org
PHONE NUMBER: (620) 254-7915
718 N Main
Attica, KS  67009

Auburn Washburn
SUPERINTENDENT: Scott Mcwilliams
E-MAIL: mcwilsco@usd437.net
PHONE NUMBER: (785) 339-4000
5928 Sw 53Rd
Topeka, KS  66610

Augusta
SUPERINTENDENT: Matt Ward
E-MAIL: mward@usd402.com
PHONE NUMBER: (316) 775-5484
2345 Greyhound Drive
Augusta, KS  67010

Baldwin City
SUPERINTENDENT: Paul Dorathy
E-MAIL: pdorathy@usd348.com
PHONE NUMBER: (785) 594-2721
715 Chapel Street
Baldwin City, KS  66006

Barber County North
SUPERINTENDENT: Mark Buck
E-MAIL: supt@usd254.org
PHONE NUMBER: (620) 886-3370
100 E. First
Medicine Lodge, KS  67104

Barnes
SUPERINTENDENT: John Whetzal
E-MAIL: jwhetzal@usd223.org
PHONE NUMBER: (785) 763-4231
212 N. Tripp
Barnes, KS  66933

Basehor-linwood
SUPERINTENDENT: David Howard
E-MAIL: dhoward@usd458.org
PHONE NUMBER: (913) 724-1396
2008 N 155Th St
Basehor, KS  66007

Baxter Springs
SUPERINTENDENT: David Pendergraft
E-MAIL: penderd@usd508.org
PHONE NUMBER: (620) 856-2375
1108 Military Ave
Baxter Springs, KS  66713

Belle Plaine
SUPERINTENDENT: James Sutton
E-MAIL: jsutton@usd357.org
PHONE NUMBER: (620) 488-2288
719 N Main
Belle Plaine, KS  67013

Beloit
SUPERINTENDENT: Jeff Travis
E-MAIL: jtravis@usd273.org
PHONE NUMBER: (785) 738-3261
2020 N Independence
Beloit, KS  67420

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Blue Valley
SUPERINTENDENT: John Cox
E-MAIL: jcox@usd384.org
PHONE NUMBER: (785) 293-5256
3 Ram Way
Randolph, KS  66554

Blue Valley
SUPERINTENDENT: Todd White
E-MAIL: twhite@bluevalleyk12.org
PHONE NUMBER: (913) 239-4000
15020 Metcalf Ave.
Overland Park, KS  66223

Bluestem
SUPERINTENDENT: Joel Lovesee
E-MAIL: jlovesee@usd205.com
PHONE NUMBER: (316) 742-3261
625 S. Mill Road
Leon, KS  67074

Bonner Springs
SUPERINTENDENT: Dan Brungardt
E-MAIL: brungardtd@usd204.net
PHONE NUMBER: (913) 422-5600
2200 S 138Th Street
Bonner Springs, KS  66012

Brewster
SUPERINTENDENT: Shelly Angelos
E-MAIL: shelly.angelos@usd314.com
PHONE NUMBER: (785) 694-2236
127 Kansas Avenue
Brewster, KS  67732

Brown Co Ks Special Ed Coop
SUPERINTENDENT: Becky Shamburg
E-MAIL: bshamburg@bcksei.org
PHONE NUMBER: (785) 742-7108
301 S 1St
Hiawatha, KS  66434

Bucklin
SUPERINTENDENT: Kelly Lampe
E-MAIL: lampek@usd459.org
PHONE NUMBER: (620) 826-3828
422 S Main
Bucklin, KS  67834

Buhler
SUPERINTENDENT: Cindy Couchman
E-MAIL: ccouchman@usd313.org
PHONE NUMBER: (620) 543-2258
406 W 7Th
Buhler, KS  67522

Burlingame Public School
SUPERINTENDENT: Marcy Cassidy
E-MAIL: cassidy@usd454.net
PHONE NUMBER: (785) 654-3328
100 Bioomquist Drive, Suite A
Burlingame, KS  66413

Burlington
SUPERINTENDENT: Craig Marshall
E-MAIL: cmarshall@usd244ks.org
PHONE NUMBER: (620) 364-8478
200 South 6Th
Burlington, KS  66839

Burrton
SUPERINTENDENT: Joan Simoneau
E-MAIL: simoneauj@usd369.org
PHONE NUMBER: (620)463-3840
105 East Lincoln
Burrton, KS  67020

Butler Co Special Education Interlocal
SUPERINTENDENT: Miles Harvey
E-MAIL: mharvey@bcsbc.org
PHONE NUMBER: (316) 775-6904
1266 Southeast Bluestem Road
Eldorado, KS  67042

Caldwell
SUPERINTENDENT: Alan Jamison
E-MAIL: ajamison@usd360.com
PHONE NUMBER: (620) 845-2585
22 N. Webb St.
Caldwell, KS  67022

Caney Valley
SUPERINTENDENT: Blake Vargas
E-MAIL: vargas@caney.com
PHONE NUMBER: (620) 879-9200
700 E. Bullpup Blvd.
Caney, KS  67333

Canton-galva
SUPERINTENDENT: Bill Anderson
E-MAIL: andersonw@usd419.org
PHONE NUMBER: (620) 628-4901
109 S. Main
Canton, KS  67428

Cedar Vale
SUPERINTENDENT: Lance Rhodd
E-MAIL: rhoddl@cvs285.net
PHONE NUMBER: (620) 758-2265
508 Dora
Cedar Vale, KS  67024

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Central
SUPERINTENDENT: Rick Shaffer
E-MAIL: rshaffer@usd462.org
PHONE NUMBER: (620) 438-2218
700 N Main
Burden, KS  67019

Central Heights
SUPERINTENDENT: Nathan Hinrichs
E-MAIL: nhinrichs@usd288.org
PHONE NUMBER: (785) 869-3455
3521 Ellis Rd
Richmond, KS  66080

Central Kansas Cooperative In Education
SUPERINTENDENT: Linn Exline
E-MAIL: linn.exline@usd305.com
PHONE NUMBER: (785) 309-5100
409 W Cloud
Salina, KS  67401

Central Plains
SUPERINTENDENT: Greg Clark
E-MAIL: gclark@usd112.org
PHONE NUMBER: (785) 252-3695
600 S. Main
Holyrood, KS  67450

Centre
SUPERINTENDENT: Susan Beeson
E-MAIL: sbeeson@usd397.com
PHONE NUMBER: (785) 983-4304
2382 310Th St
Lost Springs, KS  66859

Chanute Public Schools
SUPERINTENDENT: Kellen Adams
E-MAIL: adamsk@usd413.org
PHONE NUMBER: (620) 432-2500
315 Chanute 35 Pkwy.
Chanute, KS  66720

Chapman
SUPERINTENDENT: Jerry Hodson
E-MAIL: jhodson@usd473.net
PHONE NUMBER: (785) 922-6521
822 N Marshall
Chapman, KS  67431

Chase County
SUPERINTENDENT: Glenna Grinstead
E-MAIL: grinsteadg@usd284.org
PHONE NUMBER: (620) 273-6303
219 Broadway
Cottonwood Falls, KS  66845

Chase-raymond
SUPERINTENDENT: Jim Johnson
E-MAIL: johnsonjim@usd401.com
PHONE NUMBER: (620) 938-2913
313 East C Avenue
Chase, KS  67524

Chautauqua Co Community
SUPERINTENDENT: Nathan Hinrichs
E-MAIL: hinrichsn@usd286.org
PHONE NUMBER: (620) 725-3187
302 North Sherman
Sedan, KS  67361

Cheney
SUPERINTENDENT: David Grover
E-MAIL: dgrover@usd268.org
PHONE NUMBER: (316) 542-3512
100 W 6Th
Cheney, KS  67025

Cherokee
SUPERINTENDENT: Brad Miner
E-MAIL: bminer@usd247.com
PHONE NUMBER: (620) 457-8350
506 South Smelter
Cherokee, KS  66724

Cherryvale
SUPERINTENDENT: Shelly Kiblinger
E-MAIL: skiblinger@usd447.org
PHONE NUMBER: (620) 336-8130
618 East 4Th Street
Cherryvale, KS  67335

Chetopa-st. Paul
SUPERINTENDENT: Craig Bagshaw
E-MAIL: cbagshaw@usd505.org
PHONE NUMBER: (620) 236-7244
430 Elm Street
Chetopa, KS  67336

Cheylin
SUPERINTENDENT: Steve Raymer
E-MAIL: raymers@cheylin.com
PHONE NUMBER: (785) 734-2341
605 Bird Ave.
Bird City, KS  67731

Cimarron-ensign
SUPERINTENDENT: Michael Waters
E-MAIL: mwaters@cimarronschools.net
PHONE NUMBER: (620) 855-7743
314 N. First
Cimarron, KS  67835

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Circle
SUPERINTENDENT: Don Potter
E-MAIL: dpotter@usd375.org
PHONE NUMBER: (316) 541-2577
901 Main
Towanda, KS  67144

Clay Center
SUPERINTENDENT: Brett Nelson
E-MAIL: brettnelson@usd379.org
PHONE NUMBER: (785) 632-3176
807 Dexter
Clay Center, KS  67432

Clearwater
SUPERINTENDENT: Chris Cooper
E-MAIL: ccooper@usd264.org
PHONE NUMBER: (620) 584-2091
150 South Prospect
Clearwater, KS  67026

Clifton-clyde
SUPERINTENDENT: Art Baker
E-MAIL: abaker@usd224.com
PHONE NUMBER: (785) 446-2098
616 N. High, Suite 2
Clyde, KS  66938

Coffeyville
SUPERINTENDENT: Craig Correll
E-MAIL: correllc@cvilleschools.com
PHONE NUMBER: (620) 252-6400
615 Ellis
Coffeyville, KS  67337

Colby Public Schools
SUPERINTENDENT: Katina Brenn
E-MAIL: kbrenn@colbyeagles.org
PHONE NUMBER: (785) 460-5000
600 W Third St
Colby, KS  67701

Columbus
SUPERINTENDENT: Brian Smith
E-MAIL: bsmith@usd493.com
PHONE NUMBER: (620) 429-3661
802 South High School Avenue
Columbus, KS  66725

Comanche County
SUPERINTENDENT: Ty Theurer
E-MAIL: theurert@usd300ks.com
PHONE NUMBER: (620) 582-2181
600 E Garfield
Coldwater, KS  67029

Concordia
SUPERINTENDENT: Quentin Breese
E-MAIL: qbreese@usd333.com
PHONE NUMBER: (785) 243-3518
217 W 7Th
Concordia, KS  66901

Conway Springs
SUPERINTENDENT: Clay Murphy
E-MAIL: murphy@usd356.org
PHONE NUMBER: (620) 456-2961
110 N. Monnet
Conway Springs, KS  67031

Copeland
SUPERINTENDENT: Jay Zehr
E-MAIL: jzehr@usd476.org
PHONE NUMBER: (620) 668-5565
105 Thatcher
Copeland, KS  67837

Cowley County Special Services Cooperative
SUPERINTENDENT: Nathan Reed
E-MAIL: nathan_reed@usd465.com
PHONE NUMBER: (620) 221-5100
1321 East 7Th
Winfield, KS  67156

Crest
SUPERINTENDENT: Shane Walter
E-MAIL: swalter@usd479.org
PHONE NUMBER: (620) 852-3540
603 E. Broad
Colony, KS  66015

Cunningham
SUPERINTENDENT: Robert Reed
E-MAIL: robert.reed@usd332.com
PHONE NUMBER: (620) 298-3271
117 N Main
Cunningham, KS  67035

De Soto
SUPERINTENDENT: Frank Harwood
E-MAIL: fharwood@usd232.org
PHONE NUMBER: (913) 667-6200
35200 W. 91St Street
De Soto, KS  66018

Deerfield
SUPERINTENDENT: Tyson Eslinger
E-MAIL: tyson.eslinger@usd216.org
PHONE NUMBER: (620) 426-8516
801 Beech Street
Deerfield, KS  67838

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Derby
SUPERINTENDENT: Heather Bohaty
E-MAIL: hbohaty@usd260.com
PHONE NUMBER: (316) 788-8400
120 E. Washington
Derby, KS  67037

Dexter
SUPERINTENDENT: Kenneth Criss
E-MAIL: kbcriss@usd471.org
PHONE NUMBER: (620) 876-5415
311 N Main
Dexter, KS  67038

Dighton
SUPERINTENDENT: Kelly Arnberger
E-MAIL: karnberger@usd482.org
PHONE NUMBER: (620) 397-2835
544 E Pearl
Dighton, KS  67839

Dodge City
SUPERINTENDENT: Fred Dierksen
E-MAIL: dierksen.fred@usd443.org
PHONE NUMBER: (620) 371-1000
1000 Second Ave
Dodge City, KS  67801

Doniphan Co Education Coop
SUPERINTENDENT: Matt Peterson
E-MAIL: mpeterson@ksdcec.org
PHONE NUMBER: (785) 982-4204
135 S Main
Troy, KS  66087

Doniphan West Schools
SUPERINTENDENT: Mike Newman
E-MAIL: mnewman@usd111.org
PHONE NUMBER: (785) 442-3671
202 W. Illinois
Highland, KS  66035

Douglass Public Schools
SUPERINTENDENT: Rob Reynolds
E-MAIL: rreynolds@usd396.net
PHONE NUMBER: (316) 747-3300
921 E. First
Douglass, KS  67039

Durham-hillsboro-lehigh
SUPERINTENDENT: Max Heinrichs
E-MAIL: max.heinrichs@usd410.net
PHONE NUMBER: (620) 947-3184
416 S. Date Street
Hillsboro, KS  67063

East Central Ks Coop In Educ
SUPERINTENDENT: Daniel Wray
E-MAIL: dwray@eckce.com
PHONE NUMBER: (785) 594-2737
715 Chapel
Baldwin City, KS  66006

Easton
SUPERINTENDENT: Tim Beying
E-MAIL: tbeying@easton449.org
PHONE NUMBER: (913) 651-9740
32502 Easton Rd
Easton, KS  66020

El Dorado
SUPERINTENDENT: Teresa Tosh
E-MAIL: ttosh@eldoradoschools.org
PHONE NUMBER: (316) 322-4800
124 West Central Avenue
El Dorado, KS  67042

Elk Valley
SUPERINTENDENT: Jason Crawford
E-MAIL: supt@usd283.org
PHONE NUMBER: (620) 642-2811
701 S Delaware
Longton, KS  67352

Elkhart
SUPERINTENDENT: Rex Richardson
E-MAIL: rrichardson@usd218.org
PHONE NUMBER: (620) 697-2195
542 Morton St.
Elkhart, KS  67950

Ellinwood Public Schools
SUPERINTENDENT: Ben Jacobs
E-MAIL: bjacobs@usd355.org
PHONE NUMBER: (620) 564-3226
300 N. Schiller
Ellinwood, KS  67526

Ellis
SUPERINTENDENT: Corey Burton
E-MAIL: cburton@usd388.k12.ks.us
PHONE NUMBER: (785) 726-4281
1011 Washington
Ellis, KS  67637

Ell-saline
SUPERINTENDENT: Brian Rowley
E-MAIL: browley@ellsaline.org
PHONE NUMBER: (785) 225-6813
412 E. Anderson
Brookville, KS  67425

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Ellsworth
SUPERINTENDENT: Dale Brungardt
E-MAIL: dbrungardt@usd327.org
PHONE NUMBER: (785) 472-5561
145 W 15Th Street
Ellsworth, KS  67439

Emporia
SUPERINTENDENT: Kevin Case
E-MAIL: kevin.case@usd253.net
PHONE NUMBER: (620) 341-2200
1700 West 7Th
Emporia, KS  66801

Erie-galesburg
SUPERINTENDENT: Troy Damman
E-MAIL: tdamman@usd101.com
PHONE NUMBER: (620) 244-3264
205 S Main
Erie, KS  66733

Eudora
SUPERINTENDENT: Steve Splichal
E-MAIL: stevesplichal@eudoraschools.org
PHONE NUMBER: (785) 542-4910
1310 Winchester Road
Eudora, KS  66025

Eureka
SUPERINTENDENT: Scott Hoyt
E-MAIL: shoyt@eurekausd389.net
PHONE NUMBER: (620) 583-5588
216 N Main Street
Eureka, KS  67045

Fairfield
SUPERINTENDENT: Betsy Mckinney
E-MAIL: bmckinney@usd310.org
PHONE NUMBER: (620) 596-2152
16115 S Langdon Road
Langdon, KS  67583

Flinthills
SUPERINTENDENT: Jeremy Boldra
E-MAIL: j.boldra@usd492.org
PHONE NUMBER: (620) 476-2215
806 Se Rosalia
Rosalia, KS  67132

Fort Scott
SUPERINTENDENT: Ted Hessong
E-MAIL: ted.hessong@usd234.org
PHONE NUMBER: (620) 223-0800
424 S Main
Fort Scott, KS  66701

Fowler
SUPERINTENDENT: Cherie Nicholson
E-MAIL: cnicholson@usd225.org
PHONE NUMBER: (620) 646-5661
100 E 8Th Ave
Fowler, KS  67844

Fredonia
SUPERINTENDENT: Brian Smith
E-MAIL: bsmith@fredoniaks.com
PHONE NUMBER: (620) 378-4177
300 N. 6Th
Fredonia, KS  66736

Frontenac Public Schools
SUPERINTENDENT: Rick Simoncic
E-MAIL: rsimoncic@frontenac249.org
PHONE NUMBER: (620) 231-7551
208 S Cayuga
Frontenac, KS  66763

Ft Larned
SUPERINTENDENT: Bryce Wachs
E-MAIL: bryce.wachs@usd495.net
PHONE NUMBER: (620) 285-3185
120 East 6Th
Larned, KS  67550

Ft Leavenworth
SUPERINTENDENT: Keith Mispagel
E-MAIL: kmispagel@usd207.org
PHONE NUMBER: (913) 651-7373
Biddle Blvd
Fort Leavenworth, KS  66027

Galena
SUPERINTENDENT: Trey Moeller
E-MAIL: trey.moeller@galena499.org
PHONE NUMBER: (620) 783-4499
702 E. 7Th Street
Galena, KS  66739

Garden City
SUPERINTENDENT: Steve Karlin
E-MAIL: skarlin@gckschools.com
PHONE NUMBER: (620) 805-7000
1205 Fleming Street
Garden City, KS  67846

Gardner Edgerton
SUPERINTENDENT: Pam Stranathan
E-MAIL: stranathanp@usd231.com
PHONE NUMBER: (913) 856-2000
231 East Madison Street
Gardner, KS  66030

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Garnett
SUPERINTENDENT: Don Blome
E-MAIL: supt@usd365.org
PHONE NUMBER: (785) 448-6155
305 N. Oak
Garnett, KS  66032

Geary County Schools
SUPERINTENDENT: Reginald Eggleston
E-MAIL: ReginaldEggleston@usd475.org
PHONE NUMBER: (785) 717-4000
123 N. Eisenhower
Junction City, KS  66441

Girard
SUPERINTENDENT: Blaise Bauer
E-MAIL: bbauer@girard248.org
PHONE NUMBER: (620) 724-4325
415 North Summit
Girard, KS  66743

Goddard
SUPERINTENDENT: Justin Henry
E-MAIL: justinhenry@goddardusd.com
PHONE NUMBER: (316) 794-4000
201 South Main
Goddard, KS  67052

Goessel
SUPERINTENDENT: John Fast
E-MAIL: fastj@usd411.org
PHONE NUMBER: (620) 367-4601
500 E. Main
Goessel, KS  67053

Golden Plains
SUPERINTENDENT: Charles Keller
E-MAIL: ckeller@usd316.org
PHONE NUMBER: (785) 386-4559
210 W. 6Th Street
Selden, KS  67757

Goodland
SUPERINTENDENT: Bill Biermann
E-MAIL: bill.biermann@usd352.org
PHONE NUMBER: (785) 890-2397
1312 Main
Goodland, KS  67735

Graham County
SUPERINTENDENT: Dale Deighton
E-MAIL: daledeighton@usd281.com
PHONE NUMBER: (785) 421-2135
117 N. 3Rd Ave
Hill City, KS  67642

Great Bend
SUPERINTENDENT: Khris Thexton
E-MAIL: khris.thexton@usd428.net
PHONE NUMBER: (620) 793-1500
201 S. Patton Road
Great Bend, KS  67530

Greeley County Schools
SUPERINTENDENT: Stuart Holmes
E-MAIL: stuartholmes@tribuneschools.org
PHONE NUMBER: (620) 376-4211
400 W  Lawrence
Tribune, KS  67879

Grinnell Public Schools
SUPERINTENDENT: Gary Kraus
E-MAIL: garyk@usd291.com
PHONE NUMBER: (785) 824-3277
402 S Monroe
Grinnell, KS  67738

Halstead
SUPERINTENDENT: Ron Barry
E-MAIL: Rbarry@Usd440.Com
PHONE NUMBER: (316) 835-2641
521 W 6Th Street
Halstead, KS  67056

Hamilton
SUPERINTENDENT: Greg Markowitz
E-MAIL: gregm@hamilton390.net
PHONE NUMBER: (620) 678-3244
2596 W Road
Hamilton, KS  66853

Haven Public Schools
SUPERINTENDENT: Clark Wedel
E-MAIL: cwedel@havenschools.com
PHONE NUMBER: (620) 465-3445
414 West Main
Haven, KS  67543

Haviland
SUPERINTENDENT: Mark Clodfelter
E-MAIL: mclodfelter@usd474.org
PHONE NUMBER: (620) 862-5256
400 N. Topeka
Haviland, KS  67059

Hays
SUPERINTENDENT: Ron Wilson
E-MAIL: rwilson@usd489.com
PHONE NUMBER: (785) 623-2400
323 W. 12Th St
Hays, KS  67601

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Haysville
SUPERINTENDENT: John Burke
E-MAIL: jburke@usd261.com
PHONE NUMBER: (316) 554-2200
1745 W Grand Ave
Haysville, KS  67060

Healy Public Schools
SUPERINTENDENT: Cheryl Cook
E-MAIL: ccook@usd468.org
PHONE NUMBER: (620) 398-2248
5006 North Dodge Rd
Healy, KS  67850

Herington
SUPERINTENDENT: Donalyn Biehler
E-MAIL: dbiehler@usd487.org
PHONE NUMBER: (785) 258-2263
19 North Broadway
Herington, KS  67449

Hesston
SUPERINTENDENT: Ben Proctor
E-MAIL: ben.proctor@usd460.org
PHONE NUMBER: (620) 327-4931
150 N Ridge Road
Hesston, KS  67062

Hiawatha
SUPERINTENDENT: Lonnie Moser
E-MAIL: lmoser@usd415.org
PHONE NUMBER: (785) 742-2266
706 South First St
Hiawatha, KS  66434

High Plains Educational Cooperative
SUPERINTENDENT: Marcy Fierstein
E-MAIL: marcyf@pld.com
PHONE NUMBER: (620) 356-5577
621 E Oklahoma
Ulysses, KS  67880

Hodgeman County Schools
SUPERINTENDENT: Doug Chaney
E-MAIL: dbchaney@usd227.org
PHONE NUMBER: (620) 357-8301
401 Douglas
Jetmore, KS  67854

Hoisington
SUPERINTENDENT: Patrick Crowdis
E-MAIL: pcrowdis@usd431.net
PHONE NUMBER: (620) 653-4134
165 West Third Street
Hoisington, KS  67544

Holcomb
SUPERINTENDENT: Scott Myers
E-MAIL: scott.myers@usd363.com
PHONE NUMBER: (620) 277-2629
305 Wiley
Holcomb, KS  67851

Holton
SUPERINTENDENT: Bob Davies
E-MAIL: b.davies@holtonks.net
PHONE NUMBER: (785) 364-3650
515 Pennsylvania
Holton, KS  66436

Hoxie Community Schools
SUPERINTENDENT: Jim Howard
E-MAIL: jhoward@hoxie.org
PHONE NUMBER: (785) 675-3258
1100 Queen Ave.
Hoxie, KS  67740

Hugoton Public Schools
SUPERINTENDENT: Adrian Howie
E-MAIL: adrian.howie@usd210.org
PHONE NUMBER: (620) 544-4397
205 E 6Th Street
Hugoton, KS  67951

Humboldt
SUPERINTENDENT: Kay Lewis
E-MAIL: kay.lewis@usd258.net
PHONE NUMBER: (620) 473-3121
801 New York
Humboldt, KS  66748

Hutchinson Public Schools
SUPERINTENDENT: Michael Folks
E-MAIL: folks.michael@usd308.com
PHONE NUMBER: (620) 615-4000
1520 North Plum
Hutchinson, KS  67501

Independence
SUPERINTENDENT: Rusty Arnold
E-MAIL: rarnold@indyschools.com
PHONE NUMBER: (620) 332-1800
517 North Tenth
Independence, KS  67301

Ingalls
SUPERINTENDENT: Randy Rockhold
E-MAIL: rrockhold@ingallsusd477.com
PHONE NUMBER: (620) 335-5136
100 Bulldog Drive
Ingalls, KS  67853

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Inman
SUPERINTENDENT: Scott Friesen
E-MAIL: sfriesen@usd448.com
PHONE NUMBER: (620) 585-6424
119 S Main
Inman, KS  67546

Iola
SUPERINTENDENT: Stacey Fager
E-MAIL: stacey.fager@usd257.org
PHONE NUMBER: (620) 365-4700
305 North Washington Street
Iola, KS  66749

Jayhawk
SUPERINTENDENT: Royce Powelson
E-MAIL: rpowelson@usd346.org
PHONE NUMBER: (913) 795-2247
414 South 5Th Street
Mound City, KS  66056

Jefferson County North
SUPERINTENDENT: Denise Jennings
E-MAIL: djennings@usd339.net
PHONE NUMBER: (913) 774-2000
310 5Th Street
Winchester, KS  66097

Jefferson West
SUPERINTENDENT: Pat Happer
E-MAIL: pat.happer@usd340.org
PHONE NUMBER: (785) 484-3444
601 E Wyandotte
Meriden, KS  66512

Kansas City
SUPERINTENDENT: Charles Foust
E-MAIL: charles.foust@kckps.org
PHONE NUMBER: (913) 551-3200
2010 N. 59Th Street
Kansas City, KS  66104

Kaw Valley
SUPERINTENDENT: Kerry Lacock
E-MAIL: lacockk@kawvalley.k12.ks.us
PHONE NUMBER: (785) 437-2254
411 West Lasley
St. Marys, KS  66536

Kickapoo Nation School
SUPERINTENDENT: Deb Turner
E-MAIL: dturner@ketia.org
PHONE NUMBER: (785) 474-3364
400 First St
Powhattan, KS  66527

Kingman - Norwich
SUPERINTENDENT: Max Clark
E-MAIL: mclark@knusd331.com
PHONE NUMBER: (620) 532-3134
115 North Main Street
Kingman, KS  67068

Kinsley-offerle
SUPERINTENDENT: Becky Burcher
E-MAIL: bburcher@usd347.org
PHONE NUMBER: (620) 659-3646
120 W 8Th St
Kinsley, KS  67547

Kiowa County
SUPERINTENDENT: Staci Derstein
E-MAIL: sderstein@usd422.org
PHONE NUMBER: (620) 723-2145
710 S. Main St.
Greensburg, KS  67054

Kismet-plains
SUPERINTENDENT: Elton Argo
E-MAIL: eargo@usd483.net
PHONE NUMBER: (620) 563-7103
17222 Mustang Drive
Kismet, KS  67859

Ks State Industrial Reformatory
SUPERINTENDENT: Dan Schnurr
E-MAIL: dan.schnurr@ks.gov
PHONE NUMBER: (620) 662-2321
500 S. Reformatory
Hutchinson, KS  67504

Ks. State Penitentiary
SUPERINTENDENT: Sam Cline
E-MAIL: sam.cline@ks.gov
PHONE NUMBER: (913) 727-3235
301 E Kansas
Lansing, KS  66043

Labette County
SUPERINTENDENT: John Wyrick
E-MAIL: jwyrick@usd506.org
PHONE NUMBER: (620) 784-5326
401 S. High School
Altamont, KS  67330

Lacrosse
SUPERINTENDENT: Bill Keeley
E-MAIL: bkeeley@usd395.org
PHONE NUMBER: (785) 222-2505
616 Main
La Crosse, KS  67548

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Lakin
SUPERINTENDENT: Martin Stessman
E-MAIL: martin.stessman@usd215.org
PHONE NUMBER: (620) 355-6761
1003 West Kingman
Lakin, KS  67860

Lansing
SUPERINTENDENT: Dan Wessel
E-MAIL: dan.wessel@usd469.net
PHONE NUMBER: (913) 727-1100
401 S. Second Street
Lansing, KS  66043

Larned State Hospital
SUPERINTENDENT: Lesia Dipman
E-MAIL: lesia.dipman@lsh.ks.gov
PHONE NUMBER: (620) 285-2131
1301 Ks Hwy 264
Larned, KS  67550

Lawrence
SUPERINTENDENT: Anthony Lewis
E-MAIL: Anthony.Lewis@usd497.org
PHONE NUMBER: (785) 832-5000
110 Mcdonald Drive
Lawrence, KS  66044

Lawrence Gardner High School
SUPERINTENDENT: Steve Backman
E-MAIL: stevebackman@lghs.smokyhill.org
PHONE NUMBER: (785) 354-9798
1430 Nw 25Th Street
Topeka, KS  66618

Leavenworth
SUPERINTENDENT: Mike Roth
E-MAIL: mike.roth@lvpioneers.org
PHONE NUMBER: (913) 684-1400
200 N 4Th
Leavenworth, KS  66048

Lebo-waverly
SUPERINTENDENT: Cory Reese
E-MAIL: creese@usd243ks.org
PHONE NUMBER: (785) 733-2651
411 Pearson
Waverly, KS  66871

Leoti
SUPERINTENDENT: Lori Maxwell
E-MAIL: lmaxwell@leoti.org
PHONE NUMBER: (620) 375-4677
106 S Indian Rd
Leoti, KS  67861

Leroy-gridley
SUPERINTENDENT: Russ Mildward
E-MAIL: mildwardr@usd245ks.org
PHONE NUMBER: (620) 964-2212
605 Main
Leroy, KS  66857

Lewis
SUPERINTENDENT: Michael McDermeit
E-MAIL: mike.mcdermeit@usd502.com
PHONE NUMBER: (620) 324-5547
401 Sunnyside Drive
Lewis, KS  67552

Liberal
SUPERINTENDENT: Renae Hickert
E-MAIL: renae.hickert@usd480.net
PHONE NUMBER: (620) 604-1010
401 N. Kansas
Liberal, KS  67901

Lincoln
SUPERINTENDENT: Betty Summers
E-MAIL: summers.betty@usd298.com
PHONE NUMBER: (785) 524 - 4193
133 E Lincoln Ave
Lincoln, KS  67455

Little River
SUPERINTENDENT: Brent Garrison
E-MAIL: bgarrison@usd444.com
PHONE NUMBER: (620) 897-6324
455 Prairie
Little River, KS  67457

Logan
SUPERINTENDENT: Mike Gower
E-MAIL: mgower@usd325.com
PHONE NUMBER: (785) 689-7595
305 N Sherman
Logan, KS  67646

Louisburg
SUPERINTENDENT: Brian Biermann
E-MAIL: biermannb@usd416.org
PHONE NUMBER: (913) 837-1700
29020 Mission Belleview Road
Louisburg, KS  66053

Lyndon
SUPERINTENDENT: Brad Marcotte
E-MAIL: marcotteb@usd421.org
PHONE NUMBER: (785) 828-4413
421 East 6Th St
Lyndon, KS  66451

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Lyons
SUPERINTENDENT: Bill Day
E-MAIL: bday@usd405.com
PHONE NUMBER: (620) 257-5196
800  South Workman
Lyons, KS  67554

Macksville
SUPERINTENDENT: Greg Rinehart
E-MAIL: super351@usd351.com
PHONE NUMBER: (620) 348-3415
433 N. Gilmore
Macksville, KS  67557

Madison-virgil
SUPERINTENDENT: Stuart Moeckel
E-MAIL: smoeckel@usd386.net
PHONE NUMBER: (620) 437-2910
100 N. 3Rd St.
Madison, KS  66860

Maize
SUPERINTENDENT: Chad Higgins
E-MAIL: chiggins@usd266.com
PHONE NUMBER: (316) 722-0614
905 W Academy Ave
Maize, KS  67101

Manhattan-ogden
SUPERINTENDENT: Marvin Wade
E-MAIL: marvinw@usd383.org
PHONE NUMBER: (785) 587-2000
2031 Poyntz
Manhattan, KS  66502

Marais Des Cygnes Valley
SUPERINTENDENT: Joe Sample
E-MAIL: jsample@usd456.org
PHONE NUMBER: (785) 549-3521
105 Sw Main
Melvern, KS  66510

Marion County Special Education
SUPERINTENDENT: David Sheppard
E-MAIL: dsheppard@mcsec.org
PHONE NUMBER: (620) 382-2858
1500 E. Lawrence
Marion, KS  66861

Marion-florence
SUPERINTENDENT: Aaron Homburg
E-MAIL: hombuaar@usd408.com
PHONE NUMBER: (800) 498-2014
101 N Thorp
Marion, KS  66861

Marmaton Valley
SUPERINTENDENT: Kenneth Mcwhirter
E-MAIL: kmcwhirter@usd256.net
PHONE NUMBER: (620) 237-4250
128 West Oak Street
Moran, KS  66755

Marysville
SUPERINTENDENT: Denise Guy
E-MAIL: dguy@usd364.org
PHONE NUMBER: (785) 562-5308
211 S 10Th St
Marysville, KS  66508

Mclouth
SUPERINTENDENT: Steve Lilly
E-MAIL: lillys@mclouth.org
PHONE NUMBER: (913) 796-2201
217 Summit
Mclouth, KS  66054

Mcpherson
SUPERINTENDENT: Shiloh Vincent
E-MAIL: shiloh.vincent@mcpherson.com
PHONE NUMBER: (620) 241-9400
514 North Main
Mcpherson, KS  67460

Meade
SUPERINTENDENT: Kenneth Harshberger
E-MAIL: harshberger@usd226.org
PHONE NUMBER: (620) 873-2081
409 School Addition
Meade, KS  67864

Mill Creek Valley
SUPERINTENDENT: Bradford Starnes
E-MAIL: bstarnes@usd329.com
PHONE NUMBER: (785) 765-3394
213 E 9Th
Alma, KS  66401

Minneola
SUPERINTENDENT: Mark Walker
E-MAIL: mwalker@usd219.org
PHONE NUMBER: (620) 885-4372
111 Locust
Minneola, KS  67865

Mission Valley
SUPERINTENDENT: Bill Clark
E-MAIL: bclark@mv330.org
PHONE NUMBER: (866) 557-6686
511 East 2Nd Avenue
Eskridge, KS  66423

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Montezuma
SUPERINTENDENT: Jay Zehr
E-MAIL: jay@usd371.org
PHONE NUMBER: (620) 846-2293
103 W. Sunnyside
Montezuma, KS  67867

Morris County
SUPERINTENDENT: Aron Dody
E-MAIL: adody@cgrove417.org
PHONE NUMBER: (620) 767-5192
17 Wood Street
Council Grove, KS  66846

Moscow Public Schools
SUPERINTENDENT: Stuart Moore
E-MAIL: smoore@pld.com
PHONE NUMBER: (620) 598-2205
301 High Road
Moscow, KS  67952

Moundridge
SUPERINTENDENT: George Leary
E-MAIL: learyg@usd423.org
PHONE NUMBER: (620) 345-5500
526 E. Cole
Moundridge, KS  67107

Mulvane
SUPERINTENDENT: Jay Ensley
E-MAIL: jensley@usd263.org
PHONE NUMBER: (316) 777-1102
628 E. Mulvane
Mulvane, KS  67110

Nemaha Central
SUPERINTENDENT: Darrel Kohlman
E-MAIL: dkohlman@usd115.org
PHONE NUMBER: (785) 336-6101
318 Main Street
Seneca, KS  66538

Neodesha
SUPERINTENDENT: Juanita Erickson
E-MAIL: jerickson@usd461.org
PHONE NUMBER: (620) 325-2610
522 Wisconsin
Neodesha, KS  66757

Ness City
SUPERINTENDENT: Derek Reinhardt
E-MAIL: derek.reinhardt@usd303.org
PHONE NUMBER: (785) 798-2210
414 E Chestnut St
Ness City, KS  67560

Newton
SUPERINTENDENT: Fred Vanranken
E-MAIL: fred.vanranken@usd373.org
PHONE NUMBER: (316) 284-6200
308 East First
Newton, KS  67114

Nickerson
SUPERINTENDENT: Dawn Johnson
E-MAIL: djohnson@usd309ks.org
PHONE NUMBER: (620) 663-7141
4501  West Fourth
Hutchinson, KS  67501

North Central Kansas Sp. Ed. Coop. Interlocal
SUPERINTENDENT: Deb Reha
E-MAIL: dreha@ncksec.net
PHONE NUMBER: (785) 543-2149
205 F Street
Phillipsburg, KS  67661

North Jackson
SUPERINTENDENT: Adrianne Walsh
E-MAIL: adrianne.walsh@jhcobras.net
PHONE NUMBER: (785) 364-2194
12692 266Th Road
Holton, KS  66436

North Lyon County
SUPERINTENDENT: Robert Blair
E-MAIL: blairb@usd251.org
PHONE NUMBER: (620) 443-5116
614 Main St
Americus, KS  66835

North Ottawa County
SUPERINTENDENT: Chris Vignery
E-MAIL: cvignery@usd239.org
PHONE NUMBER: (785) 392-2167
716 E 7Th St
Minneapolis, KS  67467

Northeast
SUPERINTENDENT: Greg Gorman
E-MAIL: ggorman@usd246.org
PHONE NUMBER: (620) 347-4116
1001 E South Street
Arma, KS  66712

Northeast Ks Education Serv Cntr
SUPERINTENDENT: Doug Anderson
E-MAIL: danderson@keystonelearning.org
PHONE NUMBER: (785) 876-2214
500 E. Sunflower Blvd.
Ozawkie, KS  66070

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Northern Valley
SUPERINTENDENT: Ken Tharman
E-MAIL: ktharman@usd212.com
PHONE NUMBER: (785) 669-2445
512 W Bryant
Almena, KS  67622

Northwest Ks Educational Serv Cntr
SUPERINTENDENT: Dan Thornton
E-MAIL: dthornton@nkesc.org
PHONE NUMBER: (785) 672-3125
703 W 2Nd
Oakley, KS  67748

Norton Community Schools
SUPERINTENDENT: Phil Wilson
E-MAIL: pwilson@usd211.org
PHONE NUMBER: (785) 877-3386
105 E. Waverly
Norton, KS  67654

Oakley
SUPERINTENDENT: Ken Bockwinkel
E-MAIL: kbockwinkel@oakleyschoolsks.com
PHONE NUMBER: (785) 671-4588
621 Center Ave. Suite 103
Oakley, KS  67748

Oberlin
SUPERINTENDENT: Joel Applegate
E-MAIL: japplegate@usd294.org
PHONE NUMBER: (785) 475-3805
131 E Commercial
Oberlin, KS  67749

Olathe
SUPERINTENDENT: John Allison
E-MAIL: jallison@olatheschools.org
PHONE NUMBER: (913) 780-7000
14160 Black Bob Road
Olathe, KS  66063

Onaga-havensville-wheaton
SUPERINTENDENT: Dan Polk
E-MAIL: polkd@usd322.org
PHONE NUMBER: (785) 889-4614
500 High
Onaga, KS  66521

Osage City
SUPERINTENDENT: Troy Hutton
E-MAIL: thutton@usd420.org
PHONE NUMBER: (785) 528-3176
520 Main Street
Osage City, KS  66523

Osawatomie
SUPERINTENDENT: Justin Burchett
E-MAIL: burchett@usd367.org
PHONE NUMBER: (913) 755-4172
1200 Trojan Dr
Osawatomie, KS  66064

Osborne County
SUPERINTENDENT: Troy Langdon
E-MAIL: tlangdon@usd392.com
PHONE NUMBER: (785) 346-2145
234 N Third
Osborne, KS  67473

Oskaloosa Public Schools
SUPERINTENDENT: Jon Pfau
E-MAIL: jpfau@usd341.org
PHONE NUMBER: (785) 863-2539
404 Park Street
Oskaloosa, KS  66066

Oswego
SUPERINTENDENT: Douglas Beisel
E-MAIL: dbeisel@usd504.org
PHONE NUMBER: (620) 795-2126
719 Fourth Street
Oswego, KS  67356

Otis-bison
SUPERINTENDENT: Bill Lowry
E-MAIL: lowryb@usd403.org
PHONE NUMBER: (785) 387-2201
301 W. Eagle Street
Otis, KS  67565

Ottawa
SUPERINTENDENT: Ryan Cobbs
E-MAIL: cobbsr@usd290.org
PHONE NUMBER: (785) 229-8010
1404 S Ash St
Ottawa, KS  66067

Oxford
SUPERINTENDENT: Cathi Wilson
E-MAIL: cathiwilson@usd358.com
PHONE NUMBER: (620) 455-2410
515 N Water
Oxford, KS  67119

Palco
SUPERINTENDENT: Larry Lysell
E-MAIL: llysell@usd269.net
PHONE NUMBER: (785) 839-4261
402 3Rd Street
Damar, KS  67632

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Paola
SUPERINTENDENT: Mat Meek
E-MAIL: matt_meek@usd368.org
PHONE NUMBER: (913) 294-8000
1115 E 303Rd Street
Paola, KS  66071

Paradise
SUPERINTENDENT: Larry Geist
E-MAIL: lgeist@natoma-usd399.net
PHONE NUMBER: (785) 885-4843
710 5Th Street
Natoma, KS  67651

Parsons
SUPERINTENDENT: Lori Ray
E-MAIL: lray@vikingnet.net
PHONE NUMBER: (620) 421-5950
2900 Southern
Parsons, KS  67357

Pawnee Heights
SUPERINTENDENT: Casey Robinson
E-MAIL: caseyrobinson@phtigers.net
PHONE NUMBER: (620) 527-4212
100 East Grand
Rozel, KS  67574

Peabody-burns
SUPERINTENDENT: Ronald Traxson
E-MAIL: rtraxson@usd398.com
PHONE NUMBER: (620) 983-2198
506 Elm Street
Peabody, KS  66866

Perry Public Schools
SUPERINTENDENT: John Elliott
E-MAIL: jelliott@usd343.org
PHONE NUMBER: (785) 597-5138
205 W Bridge St
Perry, KS  66073

Phillipsburg
SUPERINTENDENT: Michael Gower
E-MAIL: mgower@usd325.com
PHONE NUMBER: (785) 543-5281
240 S 7Th
Phillipsburg, KS  67661

Pike Valley
SUPERINTENDENT: Steve Joonas
E-MAIL: steve.joonas@pikevalley.com
PHONE NUMBER: (785) 335-2206
101 School St.
Scandia, KS  66966

Piper-kansas City
SUPERINTENDENT: Blane Mccann
E-MAIL: bmccann@piperschools.com
PHONE NUMBER: (913) 721-2088
3130 North 122nd Street
Suite A Kansas City, KS  66109

Pittsburg
SUPERINTENDENT: Rich Proffitt
E-MAIL: rproffitt@usd250.org
PHONE NUMBER: (620) 235-3100
510 Deill St
Pittsburg, KS  66762

Plainville
SUPERINTENDENT: Lisa Gehring
E-MAIL: lgehring@plainville270.net
PHONE NUMBER: (785) 434-4678
203 Se Cardinal
Plainville, KS  67663

Pleasanton
SUPERINTENDENT: Travis Laver
E-MAIL: travis.laver@usd344.org
PHONE NUMBER: (913) 352-8534
309 W. 13Th
Pleasanton, KS  66075

Prairie Hills
SUPERINTENDENT: Todd Evans
E-MAIL: evanst@usd113.org
PHONE NUMBER: (785) 284-2175
1619 S. Old Hwy 75
Sabetha, KS  66534

Prairie View
SUPERINTENDENT: Rex Bollinger
E-MAIL: rexb@pv362.org
PHONE NUMBER: (913) 757-2677
13799 Kansas Hwy 152
Lacygne, KS  66040

Pratt
SUPERINTENDENT: Tony Helfrich
E-MAIL: tony.helfrich@usd382.com
PHONE NUMBER: (620) 672-4500
401 S. Hamilton
Pratt, KS  67124

Pretty Prairie
SUPERINTENDENT: Randy Hendrickson
E-MAIL: hendricksonr@usd311.com
PHONE NUMBER: (620) 459-6241
206 E Main
Pretty Prairie, KS  67570

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Quinter Public Schools
SUPERINTENDENT: Kurt Brown
E-MAIL: superintendent@quinterschools.org
PHONE NUMBER: (785) 754-2470
601 Gove
Quinter, KS  67752

Rawlins County
SUPERINTENDENT: Wesley Dreyer
E-MAIL: wdreyer@usd105.org
PHONE NUMBER: (785) 626-3236
205 North 4Th Street Suite 1
Atwood, KS  67730

Remington-whitewater
SUPERINTENDENT: James Regier
E-MAIL: jeregier@usd206.org
PHONE NUMBER: (316) 799-2115
110 S Main
Whitewater, KS  67154

Reno County Education Cooperative
SUPERINTENDENT: Lena Kisner
E-MAIL: lkisner@rcec610.com
PHONE NUMBER: (620) 663-7178
2500 E 30Th Ave
Hutchinson, KS  67502

Renwick
SUPERINTENDENT: Mindy Bruce
E-MAIL: mindy.bruce@usd267.com
PHONE NUMBER: (316) 444-2165
600 West Rush
Andale, KS  67001

Republic County
SUPERINTENDENT: Michael Couch
E-MAIL: mcouch@usd109.org
PHONE NUMBER: (785) 527-5621
1205 19Th Street
Belleville, KS  66935

Riley County
SUPERINTENDENT: Cliff Williams
E-MAIL: cwilliams@usd378.org
PHONE NUMBER: (785) 485-4000
204 W. Kansas Ave.
Riley, KS  66531

Riverside
SUPERINTENDENT: Bob Blair
E-MAIL: bblair@cyclones114.org
PHONE NUMBER: (913) 365-5632
1409 Vermont
Elwood, KS  66024

Riverton
SUPERINTENDENT: Todd Berry
E-MAIL: tberry@usd404.org
PHONE NUMBER: (620) 848-3386
6860 Se Highway 66
Riverton, KS  66770

Rock Creek
SUPERINTENDENT: Kevin Logan
E-MAIL: logank@rockcreekschools.org
PHONE NUMBER: (785) 457-3732
201 S 3Rd
Westmoreland, KS  66549

Rock Hills
SUPERINTENDENT: Rex Boley
E-MAIL: rboley@usd107.org
PHONE NUMBER: (785) 378-3102
109 E Main Street
Mankato, KS  66956

Rolla
SUPERINTENDENT: John Barrett
E-MAIL: jbarrett@usd217.org
PHONE NUMBER: (620) 593-4344
204 Van Buren
Rolla, KS  67954

Rose Hill Public Schools
SUPERINTENDENT: Randal Chickadonz
E-MAIL: rchickadonz@usd394.com
PHONE NUMBER: (316) 776-3300
104 N Rose Hill Rd
Rose Hill, KS  67133

Royal Valley
SUPERINTENDENT: Aaric Davis
E-MAIL: davisa@rv337.org
PHONE NUMBER: (785) 966-2246
101 W Main
Mayetta, KS  66509

Rural Vista
SUPERINTENDENT: Ron Meitler
E-MAIL: rmeitler@usd481.com
PHONE NUMBER: (785) 349-2964
414 E Goodnow
White City, KS  66872

Russell County
SUPERINTENDENT: Shelly Swayne
E-MAIL: sswayne@usd407.org
PHONE NUMBER: (785) 483-2173
802 N Main
Russell, KS  67665

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Salina
SUPERINTENDENT: Linn Exline
E-MAIL: linn.exline@usd305.com
PHONE NUMBER: (785) 309-4700
1511 Gypsum
Salina, KS  67402

Santa Fe Trail
SUPERINTENDENT: James Lentz
E-MAIL: jlentz@usd434.us
PHONE NUMBER: (785) 665-7168
1663 E Us Highway 56
Carbondale, KS  66414

Satanta
SUPERINTENDENT: Mike Ward
E-MAIL: mward@usd507.org
PHONE NUMBER: (620) 649-2234
100 Caddo
Satanta, KS  67870

School For Blind
SUPERINTENDENT: Jon Harding
E-MAIL: jharding@kssdb.org
PHONE NUMBER: (913) 305-3000
1100 State Avenue
Kansas City, KS  66102

School For Deaf
SUPERINTENDENT: Luanne Barron
E-MAIL: lbarron@kssdb.org
PHONE NUMBER: (913) 210-8200
450 East Park Street
Olathe, KS  66061

Scott County
SUPERINTENDENT: Jamie Rumford
E-MAIL: jrumford@usd466.org
PHONE NUMBER: (620) 872-7600
704 S. College
Scott City, KS  67871

Seaman
SUPERINTENDENT: Steve Noble
E-MAIL: steve.noble@usd345.com
PHONE NUMBER: (785) 575-8600
901 Nw Lyman Rd
Topeka, KS  66608

Sedgwick Co Area Educational Servs
SUPERINTENDENT: Larry Clark
E-MAIL: lclark@sped618.org
PHONE NUMBER: (316) 794-8641
620 Industrial
Goddard, KS  67052

Sedgwick Public Schools
SUPERINTENDENT: Larry Roth
E-MAIL: lroth@usd439.com
PHONE NUMBER: (316) 772-5783
400 W 4Th
Sedgwick, KS  67135

Shawnee Heights
SUPERINTENDENT: Matt Hirsch
E-MAIL: hirschm@usd450.net
PHONE NUMBER: (785) 379-5800
4401 Se Shawnee Heights Rd
Tecumseh, KS  66542

Shawnee Mission Pub Sch
SUPERINTENDENT: Michael Fulton
E-MAIL: michaelfulton@smsd.org
PHONE NUMBER: (913) 993-6200
7235 Antioch
Shawnee Mission, KS  66204

Silver Lake
SUPERINTENDENT: Tim Hallacy
E-MAIL: thallacy@silverlakeschools.org
PHONE NUMBER: (785) 582-4026
200 Rice Rd.
Silver Lake, KS  66539

Skyline Schools
SUPERINTENDENT: Becca Flowers
E-MAIL: bflowers@skylineschools.org
PHONE NUMBER: (620) 672-5651
20269 W. Hwy 54
Pratt, KS  67124

Smith Center
SUPERINTENDENT: Josh Lanning
E-MAIL: jlanning@usd237.com
PHONE NUMBER: (785) 282-6665
216 S. Jefferson
Smith Center, KS  66967

Smoky Valley
SUPERINTENDENT: Glen Suppes
E-MAIL: gsuppes@smokyvalley.org
PHONE NUMBER: (785) 227-2981
126 S Main
Lindsborg, KS  67456

Solomon
SUPERINTENDENT: Justin Coup
E-MAIL: jcoup@usd393.net
PHONE NUMBER: (785) 655-2541
113 E 7Th Street
Solomon, KS  67480

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

South Barber
SUPERINTENDENT: Mylo Miller
E-MAIL: mylom@southbarber.com
PHONE NUMBER: (620) 825-4115
512 Main
Kiowa, KS  67070

South Brown County
SUPERINTENDENT: Jason Cline
E-MAIL: clinej@usd430.org
PHONE NUMBER: (785) 486-2611
522 Central Ave
Horton, KS  66439

South Central Ks Education Serv Cnt
SUPERINTENDENT: Brad Pepper
E-MAIL: bpepper@sckesc.org
PHONE NUMBER: (620) 584-3300
13939 Diagonal Road
Clearwater, KS  67026

South Central Ks Spec Ed Coop
SUPERINTENDENT: Bob Diepenbrock
E-MAIL: bdiepenbrock@scksec.com
PHONE NUMBER: (620) 672-7500
412 Sandy Lane
Pratt, KS  67124

South Haven
SUPERINTENDENT: Dorsey Burgess
E-MAIL: dorseyburgess@usd509.org
PHONE NUMBER: (620) 892-5215
229 Kickapoo Avenue
South Haven, KS  67140

Southeast Kansas Special Education Interlocal
SUPERINTENDENT: Greg Kubler
E-MAIL: greg@sekconnection.com
PHONE NUMBER: (620) 235-3180
400 N. Pine
Pittsburg, KS  66762

Southeast Ks Education Serv Center
SUPERINTENDENT: Bart Swartz
E-MAIL: bart.swartz@greenbush.org
PHONE NUMBER: (620) 724-6281
947 W 47 Highway
Girard, KS  66743

Southeast Of Saline
SUPERINTENDENT: Roger Stumpf
E-MAIL: rstumpf@usd306.k12.ks.us
PHONE NUMBER: (785) 536-4291
5056 East K-4 Highway
Gypsum, KS  67448

Southern Cloud
SUPERINTENDENT: Roger Perkins
E-MAIL: rperkins334@usd334.org
PHONE NUMBER: (785) 427-3334
619 Tootle Avenue
Miltonvale, KS  67466

Southern Lyon County
SUPERINTENDENT: Michael Argabright
E-MAIL: margabright@usd252.org
PHONE NUMBER: (620) 392-5519
100 Commercial St., Ste. A
Hartford, KS  66854

Southwest Kansas Area Cooperative
SUPERINTENDENT: Trina Wynn
E-MAIL: twynn@skacd.org
PHONE NUMBER: (620) 865-2054
001 Ford Road
Ensign, KS  67841

Southwest Plains Regional Svc Ctr
SUPERINTENDENT: Kim Mauk
E-MAIL: kim.mauk@swplains.org
PHONE NUMBER: (620) 675-2241
900 Lark Avenue
Sublette, KS  67877

Spearville
SUPERINTENDENT: Daryl Stegman
E-MAIL: daryls@usd381.org
PHONE NUMBER: (620) 385-2676
207 Pine
Spearville, KS  67876

Special Services Cooperative Of Wamego
SUPERINTENDENT: Tim Winter
E-MAIL: wintert@usd320.com
PHONE NUMBER: (785) 456-9195
510 Highway 24 East
Wamego, KS  66547

Spring Hill
SUPERINTENDENT: Wayne Burke
E-MAIL: burke@usd230.org
PHONE NUMBER: (913) 592-7200
101 E South Street
Spring Hill, KS  66083

St Francis Comm Sch
SUPERINTENDENT: Mark Penka
E-MAIL: mpenka@usd297.org
PHONE NUMBER: (785) 332-8182
100 College Street
St Francis, KS  67756

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

St John-hudson
SUPERINTENDENT: Josh Meyer
E-MAIL: meyerj@usd350.com
PHONE NUMBER: (620) 549-3564
505 North Broadway
St. John, KS  67576

St. Hosp. Training Center Parsons
SUPERINTENDENT: Mike Dixon
E-MAIL: mike.dixon@pshtc.ks.gov
PHONE NUMBER: (620) 421-6550
2601 Gabriel
Parsons, KS  67357

Stafford
SUPERINTENDENT: Traci Becker
E-MAIL: tbecker@stafford349.com
PHONE NUMBER: (620) 234-5243
418 E Broadway
Stafford, KS  67578

Stanton County
SUPERINTENDENT: Trent Horn
E-MAIL: trent.horn@usd452.org
PHONE NUMBER: (620) 492-6226
300 W Weaver Street
Johnson, KS  67855

Sterling
SUPERINTENDENT: Jim Goracke
E-MAIL: gorackej@usd376.com
PHONE NUMBER: (620) 278-3621
308 E. Washington
Sterling, KS  67579

Sublette
SUPERINTENDENT: Rex Bruce
E-MAIL: rexb@usd374.org
PHONE NUMBER: (620) 675-2277
105 W Fern
Sublette, KS  67877

Sumner Co Educational Services
SUPERINTENDENT: Jon Mages
E-MAIL: jmages@d619.org
PHONE NUMBER: (620) 326-8935
221 W. 15th St.
Wellington, KS  67152

Sylvan Grove
SUPERINTENDENT: Jude Stecklein
E-MAIL: jstecklein@usd299.org
PHONE NUMBER: (785) 526-7175
504 W. 4Th.
Sylvan Grove, KS  67481

Syracuse
SUPERINTENDENT: Paul Larkin
E-MAIL: plarkin@usd494.net
PHONE NUMBER: (620) 384-7446
103 West Avenue F
Syracuse, KS  67878

Three Lakes Educational Cooperative
SUPERINTENDENT: Kathy Mickelson
E-MAIL: kmickelson@three-lakes.org
PHONE NUMBER: (785) 828-3113
1318 Topeka Ave
Lyndon, KS  66451

Thunder Ridge Schools
SUPERINTENDENT: Jeff Yoxall
E-MAIL: jyoxall@usd110.net
PHONE NUMBER: (785) 476-2218
128 S Kansas
Kensington, KS  66951

Tonganoxie
SUPERINTENDENT: Loren Feldkamp
E-MAIL: lfeldkamp@tong464.org
PHONE NUMBER: (913)416-1400
330 E Hwy 24/40
Tonganoxie, KS  66086

Topeka Public Schools
SUPERINTENDENT: Tiffany Anderson
E-MAIL: tanderson@tps501.org
PHONE NUMBER: (785) 295-3000
624 Sw 24Th
Topeka, KS  66611

Tri County Special Education Coop
SUPERINTENDENT: Emily Mccambridge
E-MAIL: emccambridge@tricounty607.com
PHONE NUMBER: (620) 331-6303
220 E. Chestnut
Independence, KS  67301

Triplains
SUPERINTENDENT: Lamar Bergsten
E-MAIL: lbergsten@st-tel.net
PHONE NUMBER: (785) 846-7869
5Th & Wilson
Winona, KS  67764

Troy Public Schools
SUPERINTENDENT: Pat Mckernan
E-MAIL: pmckernan@troyusd.org
PHONE NUMBER: (785) 985-3950
230 W Poplar
Troy, KS  66087

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Turner-kansas City
SUPERINTENDENT: Jason Dandoy
E-MAIL: dandoyj@turnerusd202.org
PHONE NUMBER: (913) 288-4100
800 South 55Th Street
Kansas City, KS  66106

Twin Valley
SUPERINTENDENT: Fred Ranken
E-MAIL: fvanranken@usd240.org
PHONE NUMBER: (785) 488-3325
107 N. Nelson
Bennington, KS  67422

Udall
SUPERINTENDENT: Dale Adams
E-MAIL: daleadams@usd463.org
PHONE NUMBER: (620) 782-3355
303 South Seymour
Udall, KS  67146

Ulysses
SUPERINTENDENT: David Younger
E-MAIL: dyounger@ulysses.org
PHONE NUMBER: (620) 356-3655
111 S. Baughman
Ulysses, KS  67880

Uniontown
SUPERINTENDENT: Bret Howard
E-MAIL: bhoward@uniontown235.org
PHONE NUMBER: (620) 756-4302
601  Fifth Street
Uniontown, KS 66779

Valley Center Pub Sch
SUPERINTENDENT: Cory Gibson
E-MAIL: cory.gibson@usd262.net
PHONE NUMBER: (316) 755-7000
143 S. Meridian
Valley Center, KS  67147

Valley Falls
SUPERINTENDENT: Volora Hanzlicek
E-MAIL: volora.hanzlicek@vfalls338.com
PHONE NUMBER: (785) 945-3214
700 Oak Street
Valley Falls, KS  66088

Valley Heights
SUPERINTENDENT: Melissa Kennedy
E-MAIL: mkennedy@valleyheights.org
PHONE NUMBER: (785) 363-2398
121 E Commercial
Waterville, KS  66548

Vermillion
SUPERINTENDENT: Matt Rogers
E-MAIL: rogersm@usd380.com
PHONE NUMBER: (785) 382-6216
209 School Street
Vermillion, KS  66544

Victoria
SUPERINTENDENT: Kent Michel
E-MAIL: kmichel1@ruraltel.net
PHONE NUMBER: (785) 735-9212
1105 10Th Street
Victoria, KS  67671

Waconda
SUPERINTENDENT: Jesse Janssen
E-MAIL: jesse.janssen@usd272.org
PHONE NUMBER: (785) 781-4328
708 Locust
Cawker City, KS  67430

Wakeeney
SUPERINTENDENT: Tavis Desormiers
E-MAIL: gsprin@tregoeagles.com
PHONE NUMBER: (785) 743-2145
527 Russell Avenue
Wakeeney, KS  67672

Wamego
SUPERINTENDENT: Tim Winter
E-MAIL: wintert@usd320.com
PHONE NUMBER: (785) 456-7643
510 East Highway 24
Wamego, KS  66547

Washington Co. Schools
SUPERINTENDENT: Denise Odea
E-MAIL: dodea@usd108.org
PHONE NUMBER: (785) 325-2261
101 West College
Washington, KS  66968

Wellington
SUPERINTENDENT: Adam Hatfield
E-MAIL: ahatfield@usd353.com
PHONE NUMBER: (620) 326-4300
221 South Washington
Wellington, KS  67152

Wellsville
SUPERINTENDENT: Ryan Bradbury
E-MAIL: rbradbury@usd289.org
PHONE NUMBER: (785) 883-2388
602 Walnut
Wellsville, KS  66092

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Weskan
SUPERINTENDENT: David Hale
E-MAIL: dhale@weskanschools.org
PHONE NUMBER: (785) 943-5222
219 Coyote Boulevard
Weskan, KS  67762

West Elk
SUPERINTENDENT: Martin Burke
E-MAIL: martin.burkesupt@westelk.us
PHONE NUMBER: (620) 374-2113
1201 State Highway 99
Howard, KS  67349

West Franklin
SUPERINTENDENT: Jerry Turner
E-MAIL: turnerj@usd287.org
PHONE NUMBER: (785) 566-3396
510 E Franklin St
Pomona, KS  66076

Western Plains
SUPERINTENDENT: Jeff Jones
E-MAIL: jjones@usd106.org
PHONE NUMBER: (785) 731-2352
100 School St.
Ransom, KS  67572

Wichita
SUPERINTENDENT: Alicia Thompson
E-MAIL: athompson@usd259.net
PHONE NUMBER: (316) 973-4000
903 S. Edgemoor
Wichita, KS  67218

Winfield
SUPERINTENDENT: Nathan Reed
E-MAIL: nathan_reed@usd465.com
PHONE NUMBER: (620) 221-5100
1407 Wheat Rd.
Winfield, KS  67156

Woodson
SUPERINTENDENT: Steve Pegram
E-MAIL: spegram@usd366.net
PHONE NUMBER: (620) 625-8804
101 W Butler
Yates Center, KS  66783

Adair County
SUPERINTENDENT: Pamela Stephens
E-MAIL: pamela.stephens@adair.kyschools.us
PHONE NUMBER: (270) 384-2476
1204 Greensburg St
Columbia, KY  42728

Allen County
SUPERINTENDENT: Travis Hamby
E-MAIL: travis.hamby@allen.kyschools.us
PHONE NUMBER: (270) 618-3181
570 Oliver St
Scottsville, KY  42164

Anchorage Independent
SUPERINTENDENT: Kelley Ransdell
E-MAIL: kelley.ransdell@anchorage.kyschools.us
PHONE NUMBER: (502) 245-8927
11400 Ridge Rd
Anchorage, KY  40223

Anderson County
SUPERINTENDENT: Sheila Mitchell
E-MAIL: sheila.mitchell@anderson.kyschools.us
PHONE NUMBER: (502) 839-3406
1160 By Pass North
Lawrenceburg, KY  40342

Ashland Independent
SUPERINTENDENT: Sean Howard
E-MAIL: sean.howard@ashland.kyschools.us
PHONE NUMBER: (606) 327-2706
1820 Hickman Street
Ashland, KY  41101

Augusta Independent
SUPERINTENDENT: Lisa Mccane
E-MAIL: lisa.mccane@augusta.kyschools.us
PHONE NUMBER: (606) 756-2545
307 Bracken St
Augusta, KY  41002

Ballard County
SUPERINTENDENT: Casey Allen
E-MAIL: casey.allen@ballard.kyschools.us
PHONE NUMBER: (270) 665-8400
3465 Paducah Rd
Barlow, KY  42024

Barbourville Independent
SUPERINTENDENT: Kay Dixon
E-MAIL: kay.dixon@bville.kyschools.us
PHONE NUMBER: (606) 546-3120
140 School St
Barbourville, KY  40906

Bardstown Independent
SUPERINTENDENT: Ryan Clark
E-MAIL: ryan.clark@bardstown.kyschools.us
PHONE NUMBER: (502) 331-8800
308 N Fifth St
Bardstown, KY  40004

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Barren County
SUPERINTENDENT: Bo Matthews
E-MAIL: bo.matthews@barren.kyschools.us
PHONE NUMBER: (270) 651-3787
202 W Washington St
Glasgow, KY  42141

Bath County
SUPERINTENDENT: Harvey Tackett
E-MAIL: harvey.tackett@bath.kyschools.us
PHONE NUMBER: (606) 674-6314
405 W Main St
Owingsville, KY  40360

Beechwood Independent
SUPERINTENDENT: Mike Stacy
E-MAIL: mike.stacy@beechwood.kyschools.us
PHONE NUMBER: (859) 331-3250
50 Beechwood Rd
Fort Mitchell, KY  41017

Bell County
SUPERINTENDENT: Tom Gambrel
E-MAIL: tom.gambrel@bell.kyschools.us
PHONE NUMBER: (606) 337-7051
211 Virginia Ave
Pineville, KY  40977

Bellevue Independent
SUPERINTENDENT: Robb Smith
E-MAIL: robb.smith@bellevue.kyschools.us
PHONE NUMBER: (859) 261-2108
219 Center St
Bellevue, KY  41073

Berea Independent
SUPERINTENDENT: Diane Hatchett
E-MAIL: diane.hatchett@berea.kyschools.us
PHONE NUMBER: (859) 986-8446
3 Pirate Pkwy
Berea, KY  40403

Boone County
SUPERINTENDENT: Randy Poe
E-MAIL: randy.poe@boone.kyschools.us
PHONE NUMBER: (859) 283-1003
8330 Us 42
Florence, KY  41042

Bourbon County
SUPERINTENDENT: Amy Baker
E-MAIL: amy.baker@bourbon.kyschools.us
PHONE NUMBER: (859) 987-2180
3343 Lexington Road
Paris, KY  40361

Bowling Green Independent
SUPERINTENDENT: Gary Fields
E-MAIL: gary.fields@bgreen.kyschools.us
PHONE NUMBER: (270) 746-2200
1211 Center St
Bowling Green, KY  42101

Boyd County
SUPERINTENDENT: William Boblett
E-MAIL: bill.boblett@boyd.kyschools.us
PHONE NUMBER: (606) 928-4141
1104 Bob Mccullough Dr
Ashland, KY  41102

Boyle County
SUPERINTENDENT: Michael Lafavers
E-MAIL: mike.lafavers@boyle.kyschools.us
PHONE NUMBER: (859) 236-6634
352 N Danville By-Pass
Danville, KY  40422

Bracken County
SUPERINTENDENT: Jeff Aulick
E-MAIL: jeff.aulick@bracken.kyschools.us
PHONE NUMBER: (606) 735-2523
348 W Miami St
Brooksville, KY  41004

Breathitt County
SUPERINTENDENT: Phillip Watts
E-MAIL: Phillip.Watts@breathitt.kyschools.us
PHONE NUMBER: (606) 666-2491
420 Court Street
Jackson, KY  41339

Breckinridge County
SUPERINTENDENT: Nick Carter
E-MAIL: nick.carter@breck.kyschools.us
PHONE NUMBER: (270) 756-3000
86 Airport Rd
Hardinsburg, KY  40143

Bullitt County
SUPERINTENDENT: Jesse Bacon
E-MAIL: jesse.bacon@bullitt.kyschools.us
PHONE NUMBER: (502) 869-8000
1040 Hwy 44 E
Shepherdsville, KY  40165

Burgin Independent
SUPERINTENDENT: Will Begley
E-MAIL: will.begley@burgin.kyschools.us
PHONE NUMBER: (859) 748-4000
140 Burgin/Danville Rd
Burgin, KY  40310

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Butler County
SUPERINTENDENT: Robert Tuck
E-MAIL: robert.tuck@butler.kyschools.us
PHONE NUMBER: (270) 526-5624
203 N Tyler St
Morgantown, KY  42261

Caldwell County
SUPERINTENDENT: Randy Mccarty
E-MAIL: randy.mccarty@caldwell.kyschools.us
PHONE NUMBER: (270) 365-8000
612 West Washington Street
Princeton, KY  42445

Calloway County
SUPERINTENDENT: Tres Settle
E-MAIL: tres.settle@calloway.kyschools.us
PHONE NUMBER: (270) 762-7300
2110 College Farm Rd
Murray, KY  42071

Campbell County
SUPERINTENDENT: David Rust
E-MAIL: david.rust@campbell.kyschools.us
PHONE NUMBER: (859) 635-2173
101 Orchard Ln
Alexandria, KY  41001

Campbellsville Independent
SUPERINTENDENT: Kirby Smith
E-MAIL: kirby.smith@cville.kyschools.us
PHONE NUMBER: (270) 465-4162
136 S Columbia
Campbellsville, KY  42718

Carlisle County
SUPERINTENDENT: Jay Simmons
E-MAIL: jay.simmons@carlisle.kyschools.us
PHONE NUMBER: (270) 628-3800
4557 State Rt 1377
Bardwell, KY  42023

Carroll County
SUPERINTENDENT: Danny Osborne
E-MAIL: danny.osborne@carroll.kyschools.us
PHONE NUMBER: (502) 732-7070
813 Hawkins St
Carrollton, KY  41008

Carter County
SUPERINTENDENT: Ronnie Dotson
E-MAIL: ronnie.dotson@carter.kyschools.us
PHONE NUMBER: (606) 474-6696
228 S Carol Malone Blvd
Grayson, KY  41143

Casey County
SUPERINTENDENT: Marion Sowders
E-MAIL: marion.sowders@casey.kyschools.us
PHONE NUMBER: (606) 787-6941
1922 N Us 127
Liberty, KY  42539

Caverna Independent
SUPERINTENDENT: Cornelius Faulkner
E-MAIL: cornelius.faulkner@caverna.kyschools.us
PHONE NUMBER: (270) 773-2530
1102 N Dixie Hwy
Cave City, KY  42127

Central Kentucky Educational Cooperative
SUPERINTENDENT: Kathy Fields
E-MAIL: kathy.fields@ckec.org
PHONE NUMBER: (859) 527-3244
2331 Fortune Drive
Lexington, KY  40509

Christian County
SUPERINTENDENT: Christopher Bentzel
E-MAIL: christopher.bentzel@christian.kyschools.us
PHONE NUMBER: (270) 887-7000
200 Glass Ave
Hopkinsville, KY  42240

Clark County
SUPERINTENDENT: Paul Christy
E-MAIL: paul.christy@clark.kyschools.us
PHONE NUMBER: (859) 744-4545
1600 W Lexington Ave
Winchester, KY  40391

Clay County
SUPERINTENDENT: William Sexton
E-MAIL: william.sexton@clay.kyschools.us
PHONE NUMBER: (606) 598-2168
128 Richmond Road
Manchester, KY  40962

Clinton County
SUPERINTENDENT: Tim Parson
E-MAIL: tim.parson@clinton.kyschools.us
PHONE NUMBER: (606) 387-6480
169 County Road 1185
Albany, KY  42602

Cloverport Independent
SUPERINTENDENT: Keith Haynes
E-MAIL: keith.haynes@cloverport.kyschools.us
PHONE NUMBER: (270) 788-3910
214 W Main St
Cloverport, KY  40111

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Corbin Independent
SUPERINTENDENT: David Cox
E-MAIL: david.cox@corbin.kyschools.us
PHONE NUMBER: (606) 528-1303
108 Roy Kidd Ave
Corbin, KY  40701

Covington Independent
SUPERINTENDENT: Alvin Garrison
E-MAIL: alvin.garrison@covington.kyschools.us
PHONE NUMBER: (859) 392-1000
25 E Seventh St
Covington, KY  41011

Craft Academy
SUPERINTENDENT: Carol Christian
E-MAIL: c.christian@moreheadstate.edu
PHONE NUMBER: (606)783-2093
150 University Blvd.
Morehead, KY  40351

Crittenden County
SUPERINTENDENT: Vince Clark
E-MAIL: vince.clark@crittenden.kyschools.us
PHONE NUMBER: (270) 965-3525
601 W Elm Street
Marion, KY  42064

Cumberland County
SUPERINTENDENT: Kirk Biggerstaff
E-MAIL: kirk.biggerstaff@cumberland.kyschools.us
PHONE NUMBER: (270) 864-3377
902 N Main St
Burkesville, KY  42717

Danville Independent
SUPERINTENDENT: Tammy Mcdonald
E-MAIL: tammy.mcdonald@danville.kyschools.us
PHONE NUMBER: (859) 238-1300
152 E Martin Luther King Blvd
Danville, KY  40422

Daviess County
SUPERINTENDENT: Matt Robbins
E-MAIL: matt.robbins@daviess.kyschools.us
PHONE NUMBER: (270) 852-7000
1622 Southeastern Parkway
Owensboro, KY  42303

Dawson Springs Independent
SUPERINTENDENT: Leonard Whalen
E-MAIL:
leonard.whalen@dawsonsprings.kyschools.us
PHONE NUMBER: (270) 797-3811
118 E Arcadia Ave

Dawson Springs, KY  42408

Dayton Independent
SUPERINTENDENT: Jay Brewer
E-MAIL: jay.brewer@dayton.kyschools.us
PHONE NUMBER: (859) 491-6565
200 Clay St
Dayton, KY  41074

East Bernstadt Independent
SUPERINTENDENT: Vicki Jones
E-MAIL: vicki.jones@ebernstadt.kyschools.us
PHONE NUMBER: (606) 843-7373
296 East Highway 3094
East Bernstadt, KY  40729

Edmonson County
SUPERINTENDENT: Patrick Waddell
E-MAIL: patrick.waddell@edmonson.kyschools.us
PHONE NUMBER: (270) 597-2101
100 Wildcat Way
Brownsville, KY  42210

Elizabethtown Independent
SUPERINTENDENT: Kelli Bush
E-MAIL: kelli.bush@etown.kyschools.us
PHONE NUMBER: (270) 765-6146
219 Helm St
Elizabethtown, KY  42701

Elliott County
SUPERINTENDENT: Debbie Stephens
E-MAIL: debbie.stephens@elliott.kyschools.us
PHONE NUMBER: (606) 738-8002
Main St
Sandy Hook, KY  41171

Eminence Independent
SUPERINTENDENT: Buddy Berry
E-MAIL: buddy.berry@eminence.kyschools.us
PHONE NUMBER: (502) 845-5427
291 West Broadway Street
Eminence, KY  40019

Erlanger-elsmere Independent
SUPERINTENDENT: Kathlyn Burkhardt
E-MAIL: kathy.burkhardt@erlanger.kyschools.us
PHONE NUMBER: (859) 727-2009
500 Graves Ave
Erlanger, KY  41018

Estill County
SUPERINTENDENT: Jeff Saylor
E-MAIL: jeff.saylor@estill.kyschools.us
PHONE NUMBER: (606) 723-2181
253 Main St

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Irvine, KY  40336

Fairview Independent
SUPERINTENDENT: Jackie Smith
E-MAIL: jackie.risden-smith@fairview.kyschools.us
PHONE NUMBER: (606) 324-3877
2201 Main Street
Ashland, KY  41102

Fayette County
SUPERINTENDENT: Emmanuel Caulk
E-MAIL: emmanuel.caulk@fayette.kyschools.us
PHONE NUMBER: (859) 381-4100
701 East Main Street
Lexington, KY  40502

Fleming County
SUPERINTENDENT: Brian Creasman
E-MAIL: brian.creasman@fleming.kyschools.us
PHONE NUMBER: (606) 845-5851
211 W Water St
Flemingsburg, KY  41041

Floyd County
SUPERINTENDENT: Danny Adkins
E-MAIL: danny.adkins@floyd.kyschools.us
PHONE NUMBER: (606) 886-2354
106 North Front Avenue
Prestonsburg, KY  41653

Fort Thomas Independent
SUPERINTENDENT: Karen Cheser
E-MAIL: karen.cheser@fortthomas.kyschools.us
PHONE NUMBER: (859) 781-3333
28 N Ft Thomas Ave
Fort Thomas, KY  41075

Frankfort Independent
SUPERINTENDENT: Houston Barber
E-MAIL: houston.barber@frankfort.kyschools.us
PHONE NUMBER: (502) 875-8661
506 W. Second Street
Frankfort, KY  40601

Franklin County
SUPERINTENDENT: Mark Kopp
E-MAIL: mark.kopp@franklin.kyschools.us
PHONE NUMBER: (502) 695-6700
916 E Main St
Frankfort, KY  40601

Fulton County
SUPERINTENDENT: Aaron Collins
E-MAIL: aaron.collins@fulton.kyschools.us
PHONE NUMBER: (270) 236-3923
2780 Moscow Ave

Hickman, KY  42050

Fulton Independent
SUPERINTENDENT: Deanna Miller
E-MAIL: deanna.miller@fultonind.kyschools.us
PHONE NUMBER: (270) 472-1553
304 West State Line
Fulton, KY  42041

Gallatin County
SUPERINTENDENT: Larry Hammond
E-MAIL: larry.hammond@gallatin.kyschools.us
PHONE NUMBER: (859) 567-1820
75 Boardwalk
Warsaw, KY  41095

Garrard County
SUPERINTENDENT: Kevin Stull
E-MAIL: kevin.stull@garrard.kyschools.us
PHONE NUMBER: (859) 792-3018
322 West Maple Avenue
Lancaster, KY  40444

Glasgow Independent
SUPERINTENDENT: Keith Hale
E-MAIL: keith.hale@glasgow.kyschools.us
PHONE NUMBER: (270) 651-6757
711 South L. Roger Wells Boulevard
Glasgow, KY  42142

Grant County
SUPERINTENDENT: Matt Morgan
E-MAIL: matt.morgan@grant.kyschools.us
PHONE NUMBER: (859) 824-3323
820 Arnie Risen Boulevard
Williamstown, KY  41097

Graves County
SUPERINTENDENT: Matthew Madding
E-MAIL: matthew.madding@graves.kyschools.us
PHONE NUMBER: (270) 328-2656
2290 State Rt 121 N
Mayfield, KY  42066

Grayson County
SUPERINTENDENT: Doug Robinson
E-MAIL: doug.robinson@grayson.kyschools.us
PHONE NUMBER: (270) 259-4011
909 Brandenburg Rd
Leitchfield, KY  42754

Green County
SUPERINTENDENT: Will Hodges
E-MAIL: will.hodges@green.kyschools.us
PHONE NUMBER: (270) 932-6601
206 West Court St

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Greensburg, KY  42743

Green River Regional Educational Cooperative
SUPERINTENDENT: Bart Flener
E-MAIL: bart.flener@grrec.org
PHONE NUMBER: (270) 745-2451
230 Technology Way
Bowling Green, KY  42101

Greenup County
SUPERINTENDENT: Traysea Moresea
E-MAIL: traysea.moresea@greenup.kyschools.us
PHONE NUMBER: (606) 473-9819
45 Musketeer Drive
Greenup, KY  41144

Hancock County
SUPERINTENDENT: Kyle Estes
E-MAIL: kyle.estes@hancock.kyschools.us
PHONE NUMBER: (270) 927-6914
83 State Route 3543
Hawesville, KY  42348

Hardin County
SUPERINTENDENT: Teresa Morgan
E-MAIL: teresa.morgan@hardin.kyschools.us
PHONE NUMBER: (270) 769-8800
65 W A Jenkins Rd
Elizabethtown, KY  42701

Harlan County
SUPERINTENDENT: Brent Roark
E-MAIL: brent.roark@harlan.kyschools.us
PHONE NUMBER: (606) 573-4330
251 Ball Park Rd
Harlan, KY 40831

Harlan Independent
SUPERINTENDENT: Charles Morton
E-MAIL: charles.morton@harlanind.kyschools.us
PHONE NUMBER: (606) 573-8700
420 E Central St
Harlan, KY  40831

Harrison County
SUPERINTENDENT: Harry Burchett
E-MAIL: harry.burchett@harrison.kyschools.us
PHONE NUMBER: (859) 234-7110
308 Webster Ave
Cynthiana, KY  41031

Hart County
SUPERINTENDENT: Ricky Line
E-MAIL: ricky.line@hart.kyschools.us
PHONE NUMBER: (270) 524-2631
25 Quality Street

Munfordville, KY  42765

Hazard Independent
SUPERINTENDENT: Sandra Johnson
E-MAIL: sandra.johnson@hazard.kyschools.us
PHONE NUMBER: (606) 436-3911
705 Main St
Hazard, KY  41701

Henderson County
SUPERINTENDENT: Marganna Stanley
E-MAIL: marganna.stanley@henderson.kyschools.us
PHONE NUMBER: (270) 831-5000
1805 Second St
Henderson, KY  42420

Henry County
SUPERINTENDENT: Terry Price
E-MAIL: terry.price@henry.kyschools.us
PHONE NUMBER: (502) 845-8600
326 S Main St
New Castle, KY  40050

Hickman County
SUPERINTENDENT: Casey Henderson
E-MAIL: casey.henderson@hickman.kyschools.us
PHONE NUMBER: (270) 653-2341
416 Waterfield Dr
Clinton, KY  42031

Hopkins County
SUPERINTENDENT: Deanna Ashby
E-MAIL: deanna.ashby@hopkins.kyschools.us
PHONE NUMBER: (270) 825-6000
320 S Seminary St
Madisonville, KY  42431

Jackson County
SUPERINTENDENT: Mike Smith
E-MAIL: mike.smith@jackson.kyschools.us
PHONE NUMBER: (606) 287-7181
Hwy 421
Mckee, KY  40447

Jackson Independent
SUPERINTENDENT: Paul Green
E-MAIL: paul.green@jacksonind.kyschools.us
PHONE NUMBER: (606) 666-4979
940 Highland Ave
Jackson, KY  41339

Jefferson County
SUPERINTENDENT: Martin Pollio
E-MAIL: marty.pollio@jefferson.kyschools.us
PHONE NUMBER: (502) 485-3011
3332 Newburg Rd

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Louisville, KY  40218

Jefferson County Exceptional Child Education
Services
SUPERINTENDENT: Kim Chevalier
E-MAIL: kimberly.chevalier@jefferson.kyschools.us
PHONE NUMBER: (502) 485-8500
2501 Rockford Ln
Louisville, KY  40232

Jenkins Independent
SUPERINTENDENT: Damian Johnson
E-MAIL: damian.johnson@jenkins.kyschools.us
PHONE NUMBER: (606) 832-2183
9409 Hwy 805
Jenkins, KY  41537

Jessamine County
SUPERINTENDENT: Matthew Moore
E-MAIL: matt.moore@jessamine.kyschools.us
PHONE NUMBER: (859) 885-4179
871 Wilmore Rd
Nicholasville, KY  40356

Johnson County
SUPERINTENDENT: Thom Cochran
E-MAIL: thom.cochran@johnson.kyschools.us
PHONE NUMBER: (606) 789-2530
253 North Mayo Trail
Paintsville, KY  41240

Kenton County
SUPERINTENDENT: Henry Webb
E-MAIL: henry.webb@kenton.kyschools.us
PHONE NUMBER: (859) 344-8888
1055 Eaton Dr
Fort Wright, KY  41017

Kentucky Educational Development Corporation
SUPERINTENDENT: Trisha Carroll
E-MAIL: trish.carroll@kedc.org
PHONE NUMBER: (606) 928-0205
904 West Rose Road
Ashland, KY  41102

Kentucky School For The Blind
SUPERINTENDENT: Jackie Williams
E-MAIL: jackie.williams@ksb.kyschools.us
PHONE NUMBER: (502) 897-1583
1867 Frankfort Avenue
Louisville, KY  40206

Kentucky School For The Deaf
SUPERINTENDENT: Toyah Robey
E-MAIL: toyah.robey@ksd.kyschools.us
PHONE NUMBER: (859) 239-7017

S 2Nd St
Danville, KY  40423

Kentucky Valley Educational Corporation
SUPERINTENDENT: Jeff Hawkins
E-MAIL: jeff.hawkins@hazard.kyschools.us
PHONE NUMBER: (606) 436-3161
412 Roy Campbell Drive
Hazard, KY  41701

Knott County
SUPERINTENDENT: Kim King
E-MAIL: kim.king@knott.kyschools.us
PHONE NUMBER: (606) 785-3153
1156 Hindman Bypass
Hindman, KY  41822

Knox County
SUPERINTENDENT: Kelly Sprinkles
E-MAIL: kelly.sprinkles@knox.kyschools.us
PHONE NUMBER: (606) 546-3157
200 Daniel Boone Dr
Barbourville, KY  40906

Larue County
SUPERINTENDENT: David Raleigh
E-MAIL: david.raleigh@larue.kyschools.us
PHONE NUMBER: (270) 358-4111
208 College St
Hodgenville, KY  42748

Laurel County
SUPERINTENDENT: Doug Bennett
E-MAIL: doug.bennett@laurel.kyschools.us
PHONE NUMBER: (606) 862-4600
718 North Main Street
London, KY  40741

Lawrence County
SUPERINTENDENT: Robbie Fletcher
E-MAIL: robbie.fletcher@lawrence.kyschools.us
PHONE NUMBER: (606) 638-9671
Hwy 644
Louisa, KY  41230

Lee County
SUPERINTENDENT: Sarah Wasson
E-MAIL: sarah.wasson@lee.kyschools.us
PHONE NUMBER: (606) 464-5000
242 Lee Avenue
Beattyville, KY  41311

Leslie County
SUPERINTENDENT: Brett Wilson
E-MAIL: brett.wilson@leslie.kyschools.us
PHONE NUMBER: (606) 672-2397

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

108 Maple St
Hyden, KY  41749

Letcher County
SUPERINTENDENT: Tony Sergent
E-MAIL: tony.sergent@letcher.kyschools.us
PHONE NUMBER: (606) 633-4455
224 Park St
Whitesburg, KY  41858

Lewis County
SUPERINTENDENT: Jamie Weddington
E-MAIL: jamie.weddington@lewis.kyschools.us
PHONE NUMBER: (606) 796-2811
96 Plummer Ln
Vanceburg, KY  41179

Lincoln County
SUPERINTENDENT: Michael Rowe
E-MAIL: michael.rowe@lincoln.kyschools.us
PHONE NUMBER: (606) 365-2124
305 Danville Ave
Stanford, KY  40484

Livingston County
SUPERINTENDENT: Victor Zimmerman
E-MAIL:
victor.zimmerman@livingston.kyschools.us
PHONE NUMBER: (270) 928-2111
127 E Adair St
Smithland, KY  42081

Logan County
SUPERINTENDENT: Paul Mullins
E-MAIL: paul.mullins@logan.kyschools.us
PHONE NUMBER: (270) 726-2436
2222 Bowling Green Rd
Russellville, KY  42276

Ludlow Independent
SUPERINTENDENT: Michael Borchers
E-MAIL: mike.borchers@ludlow.kyschools.us
PHONE NUMBER: (859) 261-8210
525 Elm St
Ludlow, KY  41016

Lyon County
SUPERINTENDENT: Russ Tilford
E-MAIL: russ.tilford@lyon.kyschools.us
PHONE NUMBER: (270) 388-9715
217 Jenkins Rd
Eddyville, KY  42038

Madison County
SUPERINTENDENT: David Gilliam
E-MAIL: david.gilliam@madison.kyschools.us

PHONE NUMBER: (859) 624-4500
550 S Keeneland Dr
Richmond, KY  40475

Magoffin County
SUPERINTENDENT: Scott Helton
E-MAIL: scott.helton@magoffin.kyschools.us
PHONE NUMBER: (606) 349-6117
109 Gardner Trail
Salyersville, KY  41465

Marion County
SUPERINTENDENT: Taylora Schlosser
E-MAIL: taylora.schlosser@marion.kyschools.us
PHONE NUMBER: (270) 692-3721
755 E Main St
Lebanon, KY  40033

Marshall County
SUPERINTENDENT: Trent Lovett
E-MAIL: trent.lovett@marshall.kyschools.us
PHONE NUMBER: (270) 527-8628
86 High School Rd
Benton, KY  42025

Martin County
SUPERINTENDENT: Larry James
E-MAIL: larry.james@martin.kyschools.us
PHONE NUMBER: (606) 298-3572
Rt 40 E
Inez, KY  41224

Mason County
SUPERINTENDENT: Rick Ross
E-MAIL: rick.ross@mason.kyschools.us
PHONE NUMBER: (606) 564-5563
34 East 2Nd Street
Maysville, KY  41056

Mayfield Independent
SUPERINTENDENT: Joe Henderson
E-MAIL: joe.henderson@mayfield.kyschools.us
PHONE NUMBER: (270) 247-3868
914 E College St
Mayfield, KY  42066

Mccracken County
SUPERINTENDENT: Steve Carter
E-MAIL: steven.carter@mccracken.kyschools.us
PHONE NUMBER: (270) 538-4000
5347 Benton Rd
Paducah, KY  42003

Mccreary County
SUPERINTENDENT: Michael Cash
E-MAIL: michael.cash@mccreary.kyschools.us

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (606) 376-2591
120 Raider Way
Stearns, KY  42647

Mclean County
SUPERINTENDENT: Tommy Burrough
E-MAIL: tommy.burrough@mclean.kyschools.us
PHONE NUMBER: (270) 273-5257
283 Main St
Calhoun, KY  42327

Meade County
SUPERINTENDENT: John Millay
E-MAIL: john.millay@meade.kyschools.us
PHONE NUMBER: (270) 422-7500
1155 Old Ekron Rd
Brandenburg, KY  40108

Menifee County
SUPERINTENDENT: Timothy Spencer
E-MAIL: tim.spencer@menifee.kyschools.us
PHONE NUMBER: (606) 768-8002
110 Main Street
Frenchburg, KY  40322

Mercer County
SUPERINTENDENT: Dennis Davis
E-MAIL: dennis.davis@mercer.kyschools.us
PHONE NUMBER: (859) 733-7000
961 Moberly Rd
Harrodsburg, KY  40330

Metcalfe County
SUPERINTENDENT: Josh Hurt
E-MAIL: josh.hurt@metcalfe.kyschools.us
PHONE NUMBER: (270) 432-3171
109 Sartin Drive
Edmonton, KY  42129

Middlesboro Independent
SUPERINTENDENT: Waylon Allen
E-MAIL: waylon.allen@mboro.kyschools.us
PHONE NUMBER: (606) 242-8800
220 N 20Th St
Middlesboro, KY  40965

Monroe County
SUPERINTENDENT: Amy Thompson
E-MAIL: amy.thompson@monroe.kyschools.us
PHONE NUMBER: (270) 487-5456
309 Emberton St
Tompkinsville, KY  42167

Montgomery County
SUPERINTENDENT: Matthew Thompson

E-MAIL:
matthew.thompson@montgomery.kyschools.us
PHONE NUMBER: (859) 497-8760
700 Woodford Dr
Mount Sterling, KY  40353

Morgan County
SUPERINTENDENT: Thomas Potter
E-MAIL: thomas.potter@morgan.kyschools.us
PHONE NUMBER: (606) 743-8002
212 University Drive
West Liberty, KY  41472

Muhlenberg County
SUPERINTENDENT: Robert Davis
E-MAIL: robert.davis@muhlenberg.kyschools.us
PHONE NUMBER: (270) 338-2871
510 W Main St
Powderly, KY  42367

Murray Independent
SUPERINTENDENT: Coy Samons
E-MAIL: coy.samons@murray.kyschools.us
PHONE NUMBER: (270) 753-4363
208 S 13Th St
Murray, KY  42071

Nelson County
SUPERINTENDENT: Wes Bradley
E-MAIL: wes.bradley@nelson.kyschools.us
PHONE NUMBER: (502) 349-7000
288 Wildcat Ln
Bardstown, KY  40004

Newport Independent
SUPERINTENDENT: Kelly Middleton
E-MAIL: kelly.middleton@newport.kyschools.us
PHONE NUMBER: (859) 292-3004
301 E Eighth St
Newport, KY  41071

Nicholas County
SUPERINTENDENT: Doug Bechanan
E-MAIL: doug.bechanan@nicholas.kyschools.us
PHONE NUMBER: (859) 289-3770
395 West Main St.
Carlisle, KY  40311

Northern Kentucky Cooperative For Educational
Services
SUPERINTENDENT: Amy Razor
E-MAIL: amy.razor@nkces.org
PHONE NUMBER: (859) 442-3510
5516 East Alexandria Pike
Cold Spring, KY  41076

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Ohio County
SUPERINTENDENT: Seth Southard
E-MAIL: seth.southard@ohio.kyschools.us
PHONE NUMBER: (270) 298-3249
315 E Union St
Hartford, KY  42347

Ohio Valley Educational Cooperative
SUPERINTENDENT: Leon Mooneyhan
E-MAIL: lmooneyhan@ovec.org
PHONE NUMBER: (502) 647-3533
100 Alpine Drive
Shelbyville, KY  40066

Oldham County
SUPERINTENDENT: Greg Schultz
E-MAIL: greg.schultz@oldham.kyschools.us
PHONE NUMBER: (502) 241-3500
6165 W. Highway 146
Buckner, KY  40010

Owen County
SUPERINTENDENT: Rob Stafford
E-MAIL: robert.stafford@owen.kyschools.us
PHONE NUMBER: (502) 484-3934
1600 Hwy 22 E
Owenton, KY  40359

Owensboro Independent
SUPERINTENDENT: Matthew Constant
E-MAIL:
matthew.constant@owensboro.kyschools.us
PHONE NUMBER: (270) 686-1000
450 Griffith Ave
Owensboro, KY  42301

Owsley County
SUPERINTENDENT: Tim Bobrowski
E-MAIL: tim.bobrowski@owsley.kyschools.us
PHONE NUMBER: (606) 593-6363
Corner Of Court And Main
Booneville, KY  41314

Paducah Independent
SUPERINTENDENT: Donald Shively
E-MAIL: donald.shively@paducah.kyschools.us
PHONE NUMBER: (270) 444-5600
800 Caldwell St
Paducah, KY  42003

Paintsville Independent
SUPERINTENDENT: David Gibson
E-MAIL: david.gibson@paintsville.kyschools.us
PHONE NUMBER: (606) 789-2654
305 2Nd St
Paintsville, KY  41240

Paris Independent
SUPERINTENDENT: Stephen Mccauley
E-MAIL: stephen.mccauley@paris.kyschools.us
PHONE NUMBER: (859) 987-2160
310 W Seventh St
Paris, KY  40361

Pendleton County
SUPERINTENDENT: Joe Buerkley
E-MAIL: joe.buerkley@pendleton.kyschools.us
PHONE NUMBER: (859) 654-6911
2525 Hwy 27 N
Falmouth, KY  41040

Perry County
SUPERINTENDENT: Jonathan Jett
E-MAIL: jonathan.jett@perry.kyschools.us
PHONE NUMBER: (606) 439-5814
315 Park Ave
Hazard, KY  41701

Pike County
SUPERINTENDENT: Kenneth Adkins
E-MAIL: reed.adkins@pike.kyschools.us
PHONE NUMBER: (606) 433-9200
314 S Mayo Tr
Pikeville, KY  41502

Pikeville Independent
SUPERINTENDENT: Jerry Green
E-MAIL: jerry.green@pikeville.kyschools.us
PHONE NUMBER: (606) 432-8161
148 Second Street
Pikeville, KY  41501

Pineville Independent
SUPERINTENDENT: Russell Thompson
E-MAIL: russell.thompson@pineville.kyschools.us
PHONE NUMBER: (606) 337-5701
401 Virginia Avenue
Pineville, KY  40977

Powell County
SUPERINTENDENT: Anthony Orr
E-MAIL: anthony.orr@powell.kyschools.us
PHONE NUMBER: (606) 663-3300
691 Breckinridge St
Stanton, KY  40380

Pulaski County
SUPERINTENDENT: Pat Richardson
E-MAIL: patrick.richardson@pulaski.kyschools.us
PHONE NUMBER: (606) 679-1123
501 University Dr
Somerset, KY  42503

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Raceland-worthington Independent
SUPERINTENDENT: Larry Coldiron
E-MAIL: larry.coldiron@raceland.kyschools.us
PHONE NUMBER: (606) 836-7141
600 Ram Blvd
Raceland, KY  41169

River Region Cooperative
SUPERINTENDENT: Lesa Hibbs
E-MAIL: lesa.hibbs@daviess.kyschools.us
PHONE NUMBER: (270) 686-3995
3520 New Hartford Road
Owensboro, KY 42303

Robertson County
SUPERINTENDENT: Sanford Holbrook
E-MAIL: sanford.holbrook@robertson.kyschools.us
PHONE NUMBER: (606) 724-5431
110 Deming High Way
Mount Olivet, KY 41064

Rockcastle County
SUPERINTENDENT: Carrie Ballinger
E-MAIL: carrie.ballinger@rockcastle.kyschools.us
PHONE NUMBER: (606) 256-2125
245 Richmond St
Mount Vernon, KY 40456

Rowan County
SUPERINTENDENT: John Maxey
E-MAIL: john.maxey@rowan.kyschools.us
PHONE NUMBER: (606) 784-8928
121 E Second St
Morehead, KY 40351

Russell County
SUPERINTENDENT: Michael Ford
E-MAIL: michael.ford@russell.kyschools.us
PHONE NUMBER: (270) 343-3191
404 S Main St
Jamestown, KY 42629

Russell Independent
SUPERINTENDENT: Sean Horne
E-MAIL: sean.horne@russellind.kyschools.us
PHONE NUMBER: (606) 836-9679
409 Belfont Street
Russell, KY 41169

Russellville Independent
SUPERINTENDENT: Bart Flener
E-MAIL: bart.flener@russellville.kyschools.us
PHONE NUMBER: (270) 726-8405
355 South Summer Street
Russellville, KY 42276

Science Hill Independent
SUPERINTENDENT: Jimmy Dyehouse
E-MAIL: jimmy.dyehouse@sciencehill.kyschools.us
PHONE NUMBER: (606) 423-3341
6007 N Hwy 27
Science Hill, KY 42553

Scott County
SUPERINTENDENT: Kevin Hub
E-MAIL: kevin.hub@scott.kyschools.us
PHONE NUMBER: (502) 863-3663
2168 Frankfort Pk
Georgetown, KY 40324

Shelby County
SUPERINTENDENT: James Neihof
E-MAIL: james.neihof@shelby.kyschools.us
PHONE NUMBER: (502) 633-2375
1155 Main Street
Shelbyville, KY 40066

Simpson County
SUPERINTENDENT: Tim Schlosser
E-MAIL: tim.schlosser@simpson.kyschools.us
PHONE NUMBER: (270) 586-8877
430 S College St
Franklin, KY 42135

Somerset Independent
SUPERINTENDENT: Kyle Lively
E-MAIL: kyle.lively@somerset.kyschools.us
PHONE NUMBER: (606) 679-4451
305 College St
Somerset, KY 42501

Southeast/southcentral Education Cooperative
SUPERINTENDENT: David Johnson
E-MAIL: david.johnson@sesccoop.org
PHONE NUMBER: (859) 622-2581
55 Waco Drive
London, KY 40741

Southgate Independent
SUPERINTENDENT: Greg Duty
E-MAIL: greg.duty@southgate.kyschools.us
PHONE NUMBER: (859) 441-0743
Wm Blatt And Evergreen
Southgate, KY 41071

Spencer County
SUPERINTENDENT: Chuck Adams
E-MAIL: charles.adams@spencer.kyschools.us
PHONE NUMBER: (502) 477-3250
207 W Main St
Taylorsville, KY 40071

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Taylor County
SUPERINTENDENT: Charles Higdon
E-MAIL: charles.higdon@taylor.kyschools.us
PHONE NUMBER: (270) 465-5371
1209 E Broadway
Campbellsville, KY  42718

Todd County
SUPERINTENDENT: Camille Dillingham
E-MAIL: camille.dillingham@todd.kyschools.us
PHONE NUMBER: (270) 265-2436
205 Airport Rd
Elkton, KY  42220

Trigg County
SUPERINTENDENT: Bill Thorpe
E-MAIL: bill.thorpe@trigg.kyschools.us
PHONE NUMBER: (270) 522-6075
202 Main St
Cadiz, KY  42211

Trimble County
SUPERINTENDENT: Jessica Wilcoxson
E-MAIL: jessica.wilcoxson@trimble.kyschools.us
PHONE NUMBER: (502) 255-3201
68 Wentworth Ave
Bedford, KY  40006

Union County
SUPERINTENDENT: Patricia Sheffer
E-MAIL: patricia.sheffer@union.kyschools.us
PHONE NUMBER: (270) 389-1694
510 S Mart St
Morganfield, KY  42437

Walton-verona Independent
SUPERINTENDENT: Matt Baker
E-MAIL: matt.baker@wv.kyschools.us
PHONE NUMBER: (859) 485-4181
16 School Rd
Walton, KY  41094

Warren County
SUPERINTENDENT: Rob Clayton
E-MAIL: rob.clayton@warren.kyschools.us
PHONE NUMBER: (270) 781-5150
303 Lovers Ln
Bowling Green, KY  42102

Washington County
SUPERINTENDENT: Robin Cochran
E-MAIL: robin.cochran@washington.kyschools.us
PHONE NUMBER: (859) 336-5470
120 Mackville Hill Rd
Springfield, KY  40069

Wayne County
SUPERINTENDENT: Wayne Roberts
E-MAIL: wayne.roberts@wayne.kyschools.us
PHONE NUMBER: (606) 348-8484
1025 S Main St
Monticello, KY  42633

Webster County
SUPERINTENDENT: Rhonda Callaway
E-MAIL: rhonda.callaway@webster.kyschools.us
PHONE NUMBER: (270) 639-0101
28 State Rt 1340
Dixon, KY  42409

West Kentucky Educational Cooperative
SUPERINTENDENT: Gretchen Wetzel
E-MAIL: gretchen.wetzel@wkec.org
PHONE NUMBER: (270) 762-6978
201 General Services Building
Murray, KY  42071

West Point Independent
SUPERINTENDENT: Sally Sugg
E-MAIL: sally.sugg@westpoint.kyschools.us
PHONE NUMBER: (502) 922-4797
209 N 13Th St
West Point, KY  40177

Whitley County
SUPERINTENDENT: John Siler
E-MAIL: john.siler@whitley.kyschools.us
PHONE NUMBER: (606) 549-7000
300 Main Street
Williamsburg, KY  40769

Williamsburg Independent
SUPERINTENDENT: Amon Couch
E-MAIL: amon.couch@wburg.kyschools.us
PHONE NUMBER: (606) 549-6044
1000 Main Street
Williamsburg, KY  40769

Williamstown Independent
SUPERINTENDENT: Misty Middleton
E-MAIL:
misty.middleton@williamstown.kyschools.us
PHONE NUMBER: (859) 824-7144
300 Helton Street
Williamstown, KY  41097

Wolfe County
SUPERINTENDENT: Kenny Bell
E-MAIL: kenny.bell@wolfe.kyschools.us
PHONE NUMBER: (606) 668-8002
85 Main Street

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Campton, KY  41301

Woodford County
SUPERINTENDENT: Scott Hawkins
E-MAIL: scott.hawkins@woodford.kyschools.us
PHONE NUMBER: (859) 879-4600
330 Pisgah Pk
Versailles, KY  40383

A.e. Phillips Laboratory School
SUPERINTENDENT: Jenny Blalock
E-MAIL: jblalock@aep.latech.edu
PHONE NUMBER: (318) 257-3469
Hergot Street - La Tech Campus
Ruston, LA  71272

Acadia Parish
SUPERINTENDENT: Scott Richard
E-MAIL: smrichard@acadia.k12.la.us
PHONE NUMBER: (337) 783-3664
2402 North Parkerson Avenue
Crowley, LA  70526

Allen Parish
SUPERINTENDENT: Kent Reed
E-MAIL: kent.reed@allen.k12.la.us
PHONE NUMBER: (337) 639-4311
1111 West Seventh Avenue
Oberlin, LA  70655

Ascension Parish
SUPERINTENDENT: Patrice Pujol
E-MAIL: superintendent@apsb.org
PHONE NUMBER: (225) 473-7981
1100 Webster Street
Donaldsonville, LA  70346

Assumption Parish
SUPERINTENDENT: Anya Randle
E-MAIL: arandle@assumptionschools.com
PHONE NUMBER: (985) 369-7251
4901 Highway 308
Napoleonville, LA  70390

Avoyelles Parish
SUPERINTENDENT: Blaine Dauzat
E-MAIL: blaine.dauzat@avoyellespsb.com
PHONE NUMBER: (318) 253-5982
221 Tunica Drive West
Marksville, LA  71351

Beauregard Parish
SUPERINTENDENT: Timothy Cooley
E-MAIL: tcooley@beau.k12.la.us
PHONE NUMBER: (337) 463-5551
202 West Third Street

Deridder, LA  70634

Bienville Parish
SUPERINTENDENT: William Wysinger
E-MAIL: wwysinger@bpsb.us
PHONE NUMBER: (318) 263-9416
1956 First Street
Arcadia, LA  71001

Bossier Parish
SUPERINTENDENT: Mitch Downey
E-MAIL: mitch.downey@bossierschools.org
PHONE NUMBER: (318) 549-5000
316 Sibley Street
Benton, LA  71006

Caddo Parish
SUPERINTENDENT: Theodis Goree
E-MAIL: tlgoree@caddoschools.org
PHONE NUMBER: (318) 603-6300
1961 Midway Street
Shreveport, LA  71108

Calcasieu Parish
SUPERINTENDENT: Karl Bruchhaus
E-MAIL: karl.bruchhaus@cpsb.org
PHONE NUMBER: (337) 217-4000
3310 Broad Street
Lake Charles, LA  70615

Caldwell Parish
SUPERINTENDENT: Nicki Mccann
E-MAIL: nmccann@caldwelledu.org
PHONE NUMBER: (318) 649-2689
7112 Hwy 165
Columbia, LA  71418

Cameron Parish
SUPERINTENDENT: Charley Lemons
E-MAIL: charley_lemons@camsch.org
PHONE NUMBER: (337) 775-5784
510 Marshall Street
Cameron, LA  70631

Central Community School District
SUPERINTENDENT: Jason Fountain
E-MAIL: jfountain@centralcss.org
PHONE NUMBER: (225) 262-1919
10510 Joor Road, Suite 300
Central, LA  70818

Chitimacha Day School
SUPERINTENDENT: Tanya Rosamond
E-MAIL: schoolinfo@chitimacha.gov
PHONE NUMBER: (337) 923-9960
3613 Chitimacha Trail

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Jeanerette, LA  70544

City Of Baker School District
SUPERINTENDENT: Herman Brister
E-MAIL: hbrister@bakerschools.org
PHONE NUMBER: (225) 774-5795
14750 Plank Road
Baker, LA  70714

City Of Bogalusa School District
SUPERINTENDENT: Lisa Tanner
E-MAIL: ltanner@bogschools.org
PHONE NUMBER: (985) 281-2100
1705 Sullivan Drive
Bogalusa, LA  70427

City Of Monroe School District
SUPERINTENDENT: Brent Vidrine
E-MAIL: brent.vidrine@mcschools.net
PHONE NUMBER: (318) 325-0601
2006 Tower Drive
Monroe, LA  71201

Claiborne Parish
SUPERINTENDENT: William Kennedy
E-MAIL: wkennedy@claibornepsb.org
PHONE NUMBER: (318) 927-3502
415 East Main Street
Homer, LA  71040

Concordia Parish
SUPERINTENDENT: Whest Shirley
E-MAIL: wshirley@cpsbla.us
PHONE NUMBER: (318) 336-4226
4358 Highway 84 West
Vidalia, LA  71373

Desoto Parish
SUPERINTENDENT: Kathy Noel
E-MAIL: superintendent@desotopsb.com
PHONE NUMBER: (318) 872-2836
201 Crosby Street
Mansfield, LA  71052

East Baton Rouge Parish
SUPERINTENDENT: Warren Drake
E-MAIL: warrendrake@ebrschools.org
PHONE NUMBER: (225) 922-5400
1050 South Foster Drive
Baton Rouge, LA  70806

East Carroll Parish
SUPERINTENDENT: Meagan Brown
E-MAIL: mbrown@ecarrollschools.org
PHONE NUMBER: (318) 559-2222
514 Third Street

Lake Providence, LA  71254

East Feliciana Parish
SUPERINTENDENT: Keisha Netterville
E-MAIL: knetterville@efschools.net
PHONE NUMBER: (225) 683-8277
12732 Silliman Street
Clinton, LA  70722

Evangeline Parish
SUPERINTENDENT: Darwan Lazard
E-MAIL: darwan.lazard@epsb.com
PHONE NUMBER: (337) 363-6651
1123 Te Mamou Road
Ville Platte, LA  70586

Franklin Parish
SUPERINTENDENT: John Gullatt
E-MAIL: jgullatt@fpsb.us
PHONE NUMBER: (318) 435-9046
7293 Prairie Road
Winnsboro, LA  71295

Grant Parish
SUPERINTENDENT: Paxton Teddlie
E-MAIL: paxton.teddlie@epsb.org
PHONE NUMBER: (318) 627-3274
512 Main Street
Colfax, LA  71417

Howard School
SUPERINTENDENT: Rick Wheat
E-MAIL: rick.wheat@lmch.org
PHONE NUMBER: (318) 255-5763
904 Deville Lane
Ruston, LA  71270

Iberia Parish
SUPERINTENDENT: Carey Laviolette
E-MAIL: calaviolette@iberia.k12.la.us
PHONE NUMBER: (337) 365-2341
1500 Jane Street
New Iberia, LA  70563

Iberville Parish
SUPERINTENDENT: Arthur Joffrion
E-MAIL: arthurjoffrion@ipsb.education
PHONE NUMBER: (225) 687-4341
58030 Plaquemine Street
Plaquemine, LA  70764

Jackson Parish
SUPERINTENDENT: David Claxton
E-MAIL: david.claxton@jpsb.us
PHONE NUMBER: (318) 259-4456
315 Pershing Highway

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Jonesboro, LA  71251

Jefferson Davis Parish
SUPERINTENDENT: Kirk Credeur
E-MAIL: kirk.credeur@jdpsbk12.org
PHONE NUMBER: (337) 824-1834
203 East Plaquemine Street
Jennings, LA  70546

Jefferson Parish
SUPERINTENDENT: Lale Geer
E-MAIL: lale.geer@jpschools.org
PHONE NUMBER: (504) 349-7600
501 Manhattan Blvd
Harvey, LA  70058

La Schools For The Deaf And Visually Impaired
SUPERINTENDENT: Jamia Green
E-MAIL: jgreen@lsdvi.org
PHONE NUMBER: (225) 769-8160
2888 Brightside Lane
Baton Rouge, LA  70821

Lafayette Parish
SUPERINTENDENT: Irma Trosclair
E-MAIL: idtrosclair@lpssonline.com
PHONE NUMBER: (337) 521-7000
113 Chaplin Drive
Lafayette, LA  70508

Lafourche Parish
SUPERINTENDENT: Jarod Martin
E-MAIL: jwmartin@mylpsd.com
PHONE NUMBER: (985) 446-5631
805 East Seventh Street
Thibodaux, LA  70301

Lasalle Parish
SUPERINTENDENT: Janet Tullos
E-MAIL: jtullos@lasallepsb.com
PHONE NUMBER: (318) 992-2161
3012 North First Street
Jena, LA  71342

Lincoln Parish
SUPERINTENDENT: Mike Milstead
E-MAIL: mmilstead@lincolnschools.org
PHONE NUMBER: (318) 255-1430
410 South Farmerville Street
Ruston, LA  71270

Livingston Parish
SUPERINTENDENT: Alan Murphy
E-MAIL: alan.murphy@lpsb.org
PHONE NUMBER: (225) 686-7044
13909 Florida Boulevard

Livingston, LA  70754

Louisiana School For Math Science & The Arts
SUPERINTENDENT: Steve Horton
E-MAIL: shorton@lsmsa.edu
PHONE NUMBER: (318) 357-3174
715 University Parkway
Natchitoches, LA  71457

Louisiana Special Education Center
SUPERINTENDENT: Kristy Flynn
E-MAIL: kristy_flynn@lsec-la.org
PHONE NUMBER: (318) 487-5484
5400 Coliseum Road
Alexandria, LA  71303

Lsu Laboratory School
SUPERINTENDENT: Amy Westbrook
E-MAIL: awestbrook@lsu.edu
PHONE NUMBER: (225) 578-3221
45 Dalrymple Drive
Baton Rouge, LA  70803

Morehouse Parish
SUPERINTENDENT: David Gray
E-MAIL: dgray@mpsb.us
PHONE NUMBER: (318) 281-5784
4099 Naff Avenue
Bastrop, LA  71220

Natchitoches Parish
SUPERINTENDENT: Grant Eloi
E-MAIL: grant.eloi@nat.k12.la.us
PHONE NUMBER: (318) 352-2358
310 Royal Street
Natchitoches, LA  71457

New Orleans Center For Creative Arts
SUPERINTENDENT: Kyle Wedberg
E-MAIL: kwedberg@nocca.com
PHONE NUMBER: (504) 940-2787
2800 Chartres Street
New Orleans, LA  70117

Office Of Juvenile Justice
SUPERINTENDENT: Kim Mims
E-MAIL: kim.mims@la.gov
PHONE NUMBER: (225) 287-7944
7919 Independence Blvd
Baton Rouge, LA  70806

Orleans Parish
SUPERINTENDENT: Henderson Lewis
E-MAIL: superintendent@opsb.us
PHONE NUMBER: (504) 304-5680
3520 General De Gaulle, Ste. 5

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

New Orleans, LA  70114

Ouachita Parish
SUPERINTENDENT: Don Coker
E-MAIL: coker@opsb.net
PHONE NUMBER: (318) 432-5000
100 Bry Street
Monroe, LA  71201

Plaquemines Parish
SUPERINTENDENT: Denis Rousselle
E-MAIL: drousselle@ppsb.org
PHONE NUMBER: (504) 595-6400
1484 Woodland Hwy.
Belle Chasse, LA  70037

Pointe Coupee Parish
SUPERINTENDENT: Kim Canezaro
E-MAIL: kim.canezaro@pcpsb.net
PHONE NUMBER: (225) 638-8674
337 Napoleon Street
New Roads, LA  70760

Rapides Parish
SUPERINTENDENT: Jeff Powell
E-MAIL: jeff.powell@rpsb.us
PHONE NUMBER: (318) 487-0888
619 Sixth Street
Alexandria, LA  71301

Red River Parish
SUPERINTENDENT: Alison Hughes
E-MAIL: anhughes@rrpsb.com
PHONE NUMBER: (318) 932-4081
1922 Alonzo Street
Coushatta, LA  71019

Richland Parish
SUPERINTENDENT: Sheldon Jones
E-MAIL: srjones@richland.k12.la.us
PHONE NUMBER: (318) 728-5964
411 Foster Street
Rayville, LA  71269

Sabine Parish
SUPERINTENDENT: Sara Ebarb
E-MAIL: sara@sabine.k12.la.us
PHONE NUMBER: (318) 256-9228
695 Peterson Street
Many, LA  71449

Southern University Lab School
SUPERINTENDENT: Herman Brister
E-MAIL: herman_brister2@subr.edu
PHONE NUMBER: (225)771-3490
129 Swan Street

Baton Rouge, LA  70813

Special School District
SUPERINTENDENT: Pat Cooper
E-MAIL: pat.cooper@la.gov
PHONE NUMBER: (225) 763-5515
2888 Brightside Lane, Building
Baton Rouge, LA  70820

St. Bernard Parish
SUPERINTENDENT: Doris Voitier
E-MAIL: dvoitier@sbpsb.org
PHONE NUMBER: (504) 301-2000
200 East St. Bernard Highway
Chalmette, LA  70043

St. Charles Parish
SUPERINTENDENT: Ken Oertling
E-MAIL: sbabineaux@stcharles.k12.la.us
PHONE NUMBER: (985) 785-6289
13855 River Road
Luling, LA  70070

St. Helena Parish
SUPERINTENDENT: Kelli Joseph
E-MAIL: kjoseph@sthpk-12.net
PHONE NUMBER: (225) 222-4244
354 Sitman Street
Greensburg, LA  70441

St. James Parish
SUPERINTENDENT: Edward Cancienne
E-MAIL: ecancienne@stjames.k12.la.us
PHONE NUMBER: (225) 869-5375
1876 West Main Street
Lutcher, LA  70071

St. John The Baptist Parish
SUPERINTENDENT: Lynett Hookfin
E-MAIL: lhookfin@stjohn.k12.la.us
PHONE NUMBER: (985) 536-1106
118 West Tenth Street
Reserve, LA  70084

St. Landry Parish
SUPERINTENDENT: Patrick Jenkins
E-MAIL: pjenkins@slp.k12.la.us
PHONE NUMBER: (337) 948-3657
1013 Creswell Lane
Opelousas, LA  70570

St. Martin Parish
SUPERINTENDENT: Al Blanchard
E-MAIL: al_blanchard@saintmartinschools.org
PHONE NUMBER: (337) 394-6261
600 Corporate Boulevard

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

St. Martinville, LA  70517

St. Mary Parish
SUPERINTENDENT: Teresa Bagwell
E-MAIL: tbagwell@stmaryk12.net
PHONE NUMBER: (337) 836-9661
474 Highway 317
Centerville, LA  70522

St. Tammany Parish
SUPERINTENDENT: Peter  Jabbia
E-MAIL: pete.jabbia@stpsb.org
PHONE NUMBER: (985) 892-2276
321 N Theard Street
Covington, LA  70433

Tangipahoa Parish
SUPERINTENDENT: Melissa Stilley
E-MAIL: melissa.stilley@tangischools.org
PHONE NUMBER: (985) 748-7153
59656 Puleston Road
Amite, LA  70422

Tensas Parish
SUPERINTENDENT: Paul Nelson
E-MAIL: pnelson@tensaspsb.org
PHONE NUMBER: (318) 766-3269
512 Plank Road
St. Joseph, LA  71366

Terrebonne Parish
SUPERINTENDENT: Philip Martin
E-MAIL: pmartin@tpsd.org
PHONE NUMBER: (985) 876-7400
201 Stadium Drive
Houma, LA  70360

Thrive Academy
SUPERINTENDENT: Sarah Broome
E-MAIL: sbroome@thrivebr.org
PHONE NUMBER: (225)726-3355
2585 Brightside Drive
Baton Rouge, LA  70820

Union Parish
SUPERINTENDENT: Kristy Fine
E-MAIL: finek@unionpsd.org
PHONE NUMBER: (318) 368-9715
1206 Marion Highway
Farmerville, LA  71241

Vermilion Parish
SUPERINTENDENT: James Prudhomme
E-MAIL: james.prudhomme@vpsb.net
PHONE NUMBER: (337) 893-3973
220 South Jefferson Street

Abbeville, LA  70510

Vernon Parish
SUPERINTENDENT: James Williams
E-MAIL: james.williams@vpsb.us
PHONE NUMBER: (337) 239-3401
201 Belview Road
Leesville, LA  71446

Washington Parish
SUPERINTENDENT: Frances Varnado
E-MAIL: frances.varnado@wpsb.info
PHONE NUMBER: (985) 839-3436
800 Main Street
Franklinton, LA  70438

Webster Parish
SUPERINTENDENT: Johnny Rowland
E-MAIL: jrowland@websterpsb.org
PHONE NUMBER: (318) 377-7052
1442 Sheppard Street
Minden, LA  71055

West Baton Rouge Parish
SUPERINTENDENT: Wes Watts
E-MAIL: wes.watts@wbrschools.net
PHONE NUMBER: (225) 343-8309
3761 Rosedale Road
Port Allen, LA  70767

West Carroll Parish
SUPERINTENDENT: Richard Strong
E-MAIL: mrstrong@wcpsb.com
PHONE NUMBER: (318) 428-2378
314 East Main Street
Oak Grove, LA  71263

West Feliciana Parish
SUPERINTENDENT: Hollis Milton
E-MAIL: miltonh@wfpsb.org
PHONE NUMBER: (225) 635-3891
4727 Fidelity Street
St. Francisville, LA  70775

Winn Parish
SUPERINTENDENT: Steve Bartlett
E-MAIL: sbartlett@winnpsb.org
PHONE NUMBER: (318) 628-6936
304 East Court Street
Winnfield, LA  71483

Zachary Community School District
SUPERINTENDENT: Scott Devillier
E-MAIL: scott.devillier@zacharyschools.org
PHONE NUMBER: (225) 658-4969
3755 Church Street

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Zachary, LA  70791

Abington
SUPERINTENDENT: Peter Schafer
E-MAIL: peterschafer@abingtonps.org
PHONE NUMBER: (781) 982-2150
171 Adams St
Abington, MA  02351

Accept Education Collaborative
SUPERINTENDENT: Donna Flaherty
E-MAIL: dflaherty@accept.org
PHONE NUMBER: (508)653-6776
4 Tech Circle
Natick, MA  01760

Acton (non-op)
SUPERINTENDENT: Peter Light
E-MAIL: plight@abschools.org
PHONE NUMBER: (978) 264-4700
16 Charter Road
Acton, MA  01720

Acton-boxborough
SUPERINTENDENT: Peter Light
E-MAIL: plight@abschools.org
PHONE NUMBER: (978) 264-4700
16 Charter Rd
Acton, MA  01720

Acushnet
SUPERINTENDENT: Paula Bailey
E-MAIL: paulabailey@acushnetschools.us
PHONE NUMBER: (508) 998-0260
708 Middle Road
Acushnet, MA  02743

Adams-cheshire
SUPERINTENDENT: Aaron Dean
E-MAIL: deana@acrsd.net
PHONE NUMBER: (413) 743-2939
191 Church St
Cheshire, MA  01225

Agawam
SUPERINTENDENT: Steven Lemanski
E-MAIL: slemanski@agawamed.org
PHONE NUMBER: (413) 821-0551
1305 Springfield Street
Feeding Hills, MA  01030

Amesbury
SUPERINTENDENT: Jared Fulgoni
E-MAIL: fulgonij@amesburyma.gov
PHONE NUMBER: (978) 388-0507
5 Highland Street

Amesbury, MA  01913

Amherst
SUPERINTENDENT: Michael Morris
E-MAIL: morrism@arps.org
PHONE NUMBER: (413) 362-1810
170 Chestnut Street
Amherst, MA  01002

Amherst-pelham
SUPERINTENDENT: Michael Morris
E-MAIL: morrism@arps.org
PHONE NUMBER: (413) 362-1810
170 Chestnut Street
Amherst, MA  01002

Andover
SUPERINTENDENT: Sheldon Berman
E-MAIL: sheldon.berman@andoverma.us
PHONE NUMBER: (978) 247-7000
36R Bartlet Street
Andover, MA  01810

Arlington
SUPERINTENDENT: Kathleen Bodie
E-MAIL: kbodie@arlington.k12.ma.us
PHONE NUMBER: (781) 316-3523
869 Massachusetts Avenue
Arlington, MA  02476

Ashburnham-westminster
SUPERINTENDENT: Todd Stewart
E-MAIL: tstewart@awrsd.org
PHONE NUMBER: (978) 827-1434
11 Oakmont Drive
Ashburnham, MA  01430

Ashland
SUPERINTENDENT: James Adams
E-MAIL: jadams@ashland.k12.ma.us
PHONE NUMBER: (508) 881-0150
87 West Union Street
Ashland, MA  01721

Assabet Valley Collaborative
SUPERINTENDENT: Cathy Cummins
E-MAIL: ccummins@avcollaborative.org
PHONE NUMBER: (508)460-0491
28 Lord Road
Marlborough, MA  01752

Assabet Valley Regional Vocational Technical
SUPERINTENDENT: Ernest Houle
E-MAIL: ehoule@assabet.org
PHONE NUMBER: (508) 485-9430
215 Fitchburg Street

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Marlborough, MA  01752

Athol-royalston
SUPERINTENDENT: Darcy Fernandes
E-MAIL: dfernandes@arrsd.org
PHONE NUMBER: (978) 249-2400
1062 Pleasant Street
Athol, MA  01331

Attleboro
SUPERINTENDENT: David Sawyer
E-MAIL: dsawyer@attleboroschools.com
PHONE NUMBER: (508) 222-0012
100 Rathbun Willard Drive
Attleboro, MA  02703

Auburn
SUPERINTENDENT: Maryellen Brunelle
E-MAIL: mbrunelle@auburn.k12.ma.us
PHONE NUMBER: (508) 832-7755
5 West Street
Auburn, MA  01501

Avon
SUPERINTENDENT: Christine Godino
E-MAIL: cgodino@avon.k12.ma.us
PHONE NUMBER: (508) 588-0230
1 Patrick Clark Drive
Avon, MA  02322

Ayer Shirley School District
SUPERINTENDENT: Mary Malone
E-MAIL: mmalone@asrsd.org
PHONE NUMBER: (978) 772-8600
115 Washington Street
Ayer, MA  01432

Barnstable
SUPERINTENDENT: Meg Brown
E-MAIL: meg@mybps.us
PHONE NUMBER: (508) 862-4953
230 South Street
Hyannis, MA  02601

Bedford
SUPERINTENDENT: Thomas Anderson
E-MAIL: superintendent@newbedfordschools.org
PHONE NUMBER: (781) 275-7588
97 Mcmahon Road
Bedford, MA  01730

Belchertown
SUPERINTENDENT: Brian Cameron
E-MAIL: superintendent@belchertownps.org
PHONE NUMBER: (413) 323-0456
14 Maple Street

Belchertown, MA  01007

Bellingham
SUPERINTENDENT: Peter Marano
E-MAIL: pmarano@bpsdk12.org
PHONE NUMBER: (508) 883-1706
4 Mechanic Street
Bellingham, MA  02019

Belmont
SUPERINTENDENT: John Phelan
E-MAIL: jphelan@belmont.k12.ma.us
PHONE NUMBER: (617) 993-5401
644 Pleasant Street
Belmont, MA  02478

Berkley
SUPERINTENDENT: Thomas Lynch
E-MAIL: tlynch@berkley.k12.ma.us
PHONE NUMBER: (508) 822-5220
21 North Main Street
Berkley, MA  02779

Berkshire Hills
SUPERINTENDENT: Peter Dillon
E-MAIL: peter.dillon@bhrsd.org
PHONE NUMBER: (413) 298-4017
50 Main Street
Stockbridge, MA  01262

Berlin
SUPERINTENDENT: Jeffrey Zanghi
E-MAIL: jzanghi@bbrsd.org
PHONE NUMBER: (508) 869-2837
215 Main Street
Boylston, MA  01505

Berlin-boylston
SUPERINTENDENT: Jeffrey Zanghi
E-MAIL: jzanghi@bbrsd.org
PHONE NUMBER: (508) 869-2837
215 Main Street
Boylston, MA  01505

Beverly
SUPERINTENDENT: Suzanne Charochak
E-MAIL: scharochak@beverlyschools.org
PHONE NUMBER: (978) 921-6100
502 Cabot St
Beverly, MA  01915

Bi-county Collaborative (bico)
SUPERINTENDENT: Jeanne Sullivan
E-MAIL: jsullivan@bicounty.org
PHONE NUMBER: (508)520-1998
397 East Central Street

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Franklin, MA  02038

Billerica
SUPERINTENDENT: Tim Piwowar
E-MAIL: tpiwowar@billericak12.com
PHONE NUMBER: (978) 528-7900
365 Boston Rd
Billerica, MA  01821

Blackstone Valley Regional Vocational Technical
SUPERINTENDENT: Michael Fitzpatrick
E-MAIL: mfitzpat@valleytech.k12.ma.us
PHONE NUMBER: (508) 529-7758
65 Pleasant Street
Upton, MA  01568

Blackstone-millville
SUPERINTENDENT: Jason Defalco
E-MAIL: jdefalco@bmrsd.net
PHONE NUMBER: (508) 883-4400
175 Lincoln Street
Blackstone, MA  01504

Blue Hills Regional Vocational Technical
SUPERINTENDENT: Jill Rossetti
E-MAIL: jrossetti@bluehills.org
PHONE NUMBER: (781) 828-5800
800 Randolph Street
Canton, MA  02021

Boston
SUPERINTENDENT: Brenda Cassellius
E-MAIL: bcassellius@bostonpublicschools.org
PHONE NUMBER: (617) 635-9050
26 Court Street
Boston, MA  02108

Bourne
SUPERINTENDENT: Kerri Zhou
E-MAIL: kzhou@bourneps.org
PHONE NUMBER: (508) 759-0660
36 Sandwich Rd
Bourne, MA  02532

Boxborough (non-op)
SUPERINTENDENT: Peter Light
E-MAIL: plight@abschools.org
PHONE NUMBER: (978) 263-4569
493 Massachusetts Avenue
Boxborough, MA  01719

Boxford
SUPERINTENDENT: Scott Morrison
E-MAIL: smorrison@tritownschoolunion.com
PHONE NUMBER: (978) 887-0771
28 Middleton Road

Boxford, MA  01921

Boylston
SUPERINTENDENT: Jeffrey Zanghi
E-MAIL: jzanghi@bbrsd.org
PHONE NUMBER: (508) 869-2837
215 Main Street
Boylston, MA  01505

Braintree
SUPERINTENDENT: Frank Hackett
E-MAIL: fhackett@braintreema.gov
PHONE NUMBER: (781) 380-0130
348 Pond Street
Braintree, MA  02184

Brewster
SUPERINTENDENT: Thomas Conrad
E-MAIL: conradt@nausetschools.org
PHONE NUMBER: (508) 255-8800
78 Eldredge Pkwy
Orleans, MA  02653

Bridgewater-raynham
SUPERINTENDENT: Derek Swenson
E-MAIL: dswenson@bridge-rayn.org
PHONE NUMBER: (508) 279-2140
166 Mt. Prospect Street
Bridgewater, MA  02324

Brimfield
SUPERINTENDENT: Erin Nosek
E-MAIL: noseke@tantasqua.org
PHONE NUMBER: (508) 347-3077
320A Brookfield Rd
Fiskdale, MA  01518

Bristol County Agricultural
SUPERINTENDENT: Adele Sands
E-MAIL: ASands@bcahs.com
PHONE NUMBER: (508) 669-6744
135 Center Street
Dighton, MA  02715

Bristol-plymouth Regional Vocational Technical
SUPERINTENDENT: Alexandre Magalhaes
E-MAIL: amagalhaes@bptech.org
PHONE NUMBER: (508) 823-5151
207 Hart Street
Taunton, MA  02780

Brockton
SUPERINTENDENT: Mike Thomas
E-MAIL: michaelpthomas@bpsma.org
PHONE NUMBER: (508) 580-7511
43 Crescent Street

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Brockton, MA  02301

Brookfield
SUPERINTENDENT: Erin Nosek
E-MAIL: noseke@tantasqua.org
PHONE NUMBER: (508) 347-3077
320 Brookfield Rd
Fiskdale, MA  01518

Brookline
SUPERINTENDENT: Andrew Bott
E-MAIL: andrew_bott@brookline.k12.ma.us
PHONE NUMBER: (617) 730-2403
333 Washington Street
Brookline, MA  02445

Burlington
SUPERINTENDENT: Eric Conti
E-MAIL: conti@bpsk12.org
PHONE NUMBER: (781) 270-1801
123 Cambridge Street
Burlington, MA  01803

C.a.s.e. Concord Area Sped Collaborative
SUPERINTENDENT: Sanchita Banerjee
E-MAIL: sbanerjee@casecollaborative.org
PHONE NUMBER: (978)318-1534
120 Meriam Rd
Concord, MA  01742

Cambridge
SUPERINTENDENT: Kenneth Salim
E-MAIL: ksalim@cpsd.us
PHONE NUMBER: (617) 349-6494
159 Thorndike Street
Cambridge, MA  02141

Canton
SUPERINTENDENT: Jennifer Mueller
E-MAIL: fischer-muellerj@cantonma.org
PHONE NUMBER: (781) 821-5060
960 Washington Street
Canton, MA  02021

Cape Cod Collaborative
SUPERINTENDENT: Paul Hilton
E-MAIL: paulhilton@capecodcollaborative.org
PHONE NUMBER: (508)420-6950
418 Bumps River Road
Osterville, MA  02655

Cape Cod Regional Vocational Technical
SUPERINTENDENT: Robert Sanborn
E-MAIL: bsanborn@capetech.us
PHONE NUMBER: (508) 432-4500
351 Pleasant Lake Avenue

Harwich, MA  02645

Caps Education Collaborative
SUPERINTENDENT: Cindy Landanno
E-MAIL: clandanno@capsed.net
PHONE NUMBER: (978)632-2208
2 Narrows Rd.
Westminster, MA  01475

Carlisle
SUPERINTENDENT: James Oshea
E-MAIL: joshea@carlisle.k12.ma.us
PHONE NUMBER: (978) 369-6550
83 School Street
Carlisle, MA  01741

Carver
SUPERINTENDENT: Scott Knief
E-MAIL: kniefs@carver.org
PHONE NUMBER: (508) 866-6160
3 Carver Square Blvd.
Carver, MA  02330

Central Berkshire
SUPERINTENDENT: Laurie Casna
E-MAIL: lcasna@cbrsd.org
PHONE NUMBER: (413) 684-0320
254 Hinsdale Road
Dalton, MA  01227

Central Massachusetts Sped Collaborative
SUPERINTENDENT: Susan Farrell
E-MAIL: sfarrell@cmasscollaborative.org
PHONE NUMBER: (508)538-9100
14 New Bond Street
Worcester, MA  01606

Chelmsford
SUPERINTENDENT: Jay Lang
E-MAIL: langj@chelmsford.k12.ma.us
PHONE NUMBER: (978) 251-5100
230 North Road
Chelmsford, MA  01824

Chelsea
SUPERINTENDENT: Almi Abeyta
E-MAIL: aabeyta@chelseama.gov
PHONE NUMBER: (617) 466-4477
500 Broadway Street
Chelsea, MA  02150

Chesterfield-goshen
SUPERINTENDENT: Aaron Osborne
E-MAIL: aosborne@hr-k12.org
PHONE NUMBER: (413) 527-7200
19 Stage Rd

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Westhampton, MA  01027

Chicopee
SUPERINTENDENT: Lynn Clark
E-MAIL: lclark@chicopeeps.org
PHONE NUMBER: (413) 594-3410
180 Broadway Street
Chicopee, MA 01020

Clarksburg
SUPERINTENDENT: Tara Barnes
E-MAIL: tbarnes@clarksburgschool.org
PHONE NUMBER: (413) 664-8735
777 West Crossroad
Clarksburg, MA 01247

Clinton
SUPERINTENDENT: Steven Meyer
E-MAIL: smeyer@clinton.k12.ma.us
PHONE NUMBER: (978) 365-4200
150 School Street
Clinton, MA  01510

Cohasset
SUPERINTENDENT: Patrick Sullivan
E-MAIL: psullivan@cohassetk12.org
PHONE NUMBER: (781) 383-6111
143 Pond Street
Cohasset, MA  02025

Collaborative For Educational Services
SUPERINTENDENT: William Diehl
E-MAIL: wdiehl@collaborative.org
PHONE NUMBER: (413)586-4900
97 Hawley Street
Northampton, MA  01060

Collaborative For Regional Educational Service And
Training
SUPERINTENDENT: William Diehl
E-MAIL: wdiehl@collaborative.org
PHONE NUMBER: (978)685-3000
1 Branch Street
Methuen, MA 01844

Concord
SUPERINTENDENT: Laurie Hunter
E-MAIL: lhunter@concordps.org
PHONE NUMBER: (978) 318-1500
120 Meriam Rd
Concord, MA  01742

Concord-carlisle
SUPERINTENDENT: Laurie Hunter
E-MAIL: lhunter@concordps.org
PHONE NUMBER: (978) 341-2490

120 Meriam Rd
Concord, MA  01742

Conway
SUPERINTENDENT: Darius Modestow
E-MAIL: darius.modestow@frsu38.org
PHONE NUMBER: (413) 665-1155
219 Christian Ln Rfd1
South Deerfield, MA  01373

Danvers
SUPERINTENDENT: Lisa Dana
E-MAIL: dana@danvers.org
PHONE NUMBER: (978) 777-4539
64 Cabot Road
Danvers, MA  01923

Dartmouth
SUPERINTENDENT: Bonny Gifford
E-MAIL: bonnygifford@dartmouthschools.org
PHONE NUMBER: (508) 997-3391
8 Bush Street
Dartmouth, MA 02748

Dedham
SUPERINTENDENT: Michael Welch
E-MAIL: mwelch@dedham.k12.ma.us
PHONE NUMBER: (781) 310-1000
100 Whiting Avenue
Dedham, MA  02026

Deerfield
SUPERINTENDENT: Darius Modestow
E-MAIL: darius.modestow@frsu38.org
PHONE NUMBER: (413) 665-1155
219 Christian Ln Rfd1
South Deerfield, MA  01373

Dennis-yarmouth
SUPERINTENDENT: Carol Woodbury
E-MAIL: woodburc@dy-regional.k12.ma.us
PHONE NUMBER: (508) 398-7600
296 Station Avenue
South Yarmouth, MA  02664

Dighton-rehoboth
SUPERINTENDENT: Anthony Azar
E-MAIL: aazar@drregional.org
PHONE NUMBER: (508) 252-5000
2700 Regional Road
North Dighton, MA  02764

Douglas
SUPERINTENDENT: Paul  Vieira
E-MAIL: pvieira@douglasps.net
PHONE NUMBER: (508) 476-7901

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

21 Davis Street
Douglas, MA  01516

Dover
SUPERINTENDENT: Andrew Keough
E-MAIL: keougha@doversherborn.org
PHONE NUMBER: (508) 785-0036
157 Farm Street
Dover, MA  02030

Dover-sherborn
SUPERINTENDENT: Andrew Keough
E-MAIL: keougha@doversherborn.org
PHONE NUMBER: (508) 785-0036
157 Farm Street
Dover, MA  02030

Dracut
SUPERINTENDENT: Steven Stone
E-MAIL: sstone@dracutps.org
PHONE NUMBER: (978) 957-2660
2063 Lakeview Avenue
Dracut, MA  01826

Dudley-charlton Reg
SUPERINTENDENT: Steven Lamarche
E-MAIL: slamarche@dcrsd.org
PHONE NUMBER: (508) 943-6888
68 Dudley Oxford Road
Dudley, MA  01571

Duxbury
SUPERINTENDENT: John Antonucci
E-MAIL: jantonucci@duxbury.k12.ma.us
PHONE NUMBER: (781) 934-7600
93 Chandler Street
Duxbury, MA  02332

East Bridgewater
SUPERINTENDENT: Gina Williams
E-MAIL: gwilliams@ebps.net
PHONE NUMBER: (508) 378-8200
143 Plymouth Street
East Bridgewater, MA  02333

East Longmeadow
SUPERINTENDENT: Gordon Smith
E-MAIL: gordon.smith@eastlongmeadowma.gov
PHONE NUMBER: (413) 525-5450
180 Maple Street
East Longmeadow, MA  01028

Eastham
SUPERINTENDENT: Thomas Conrad
E-MAIL: conradt@nausetschools.org
PHONE NUMBER: (508) 255-8800

78 Eldredge Pkwy
Orleans, MA  02653

Easthampton
SUPERINTENDENT: Allison Leclair
E-MAIL: superintendent@epsd.us
PHONE NUMBER: (413) 529-1500
50 Payson Avenue
Easthampton, MA  01027

Easton
SUPERINTENDENT: Lisha Cabral
E-MAIL: lcabral@easton.k12.ma.us
PHONE NUMBER: (508) 230-3200
50 Oliver Street
North Easton, MA  02356

Edco Collaborative
SUPERINTENDENT: Nadine Ekstrom
E-MAIL: nekstrom@edcollab.org
PHONE NUMBER: (617)738-5600
36 Middlesex Turnpike
Bedford, MA  01730

Edgartown
SUPERINTENDENT: Matthew Dandrea
E-MAIL: mdandrea@mvyps.org
PHONE NUMBER: (508) 693-2007
4 Pine Street
Vineyard Haven, MA  02568

Erving
SUPERINTENDENT: Jennifer Culkeen
E-MAIL: culkeen@erving.com
PHONE NUMBER: (413) 423-3337
18 Pleasant Street
Erving, MA  01344

Essex Agricultural Technical
SUPERINTENDENT: Heidi Riccio
E-MAIL: hriccio@essextech.net
PHONE NUMBER: (978) 774-0050
562 Maple Street
Hathorne, MA  01937

Essex North Shore Agricultural And Technical
School District
SUPERINTENDENT: Heidi Riccio
E-MAIL: hriccio@essextech.net
PHONE NUMBER: (978) 304-4700
565 Maple Street
Hathorne, MA  01937

Everett
SUPERINTENDENT: Priya Tahiliani
E-MAIL: ptahiliani@everett.k12.ma.us

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (617) 389-7950
121 Vine Street
Everett, MA  02149

Fairhaven
SUPERINTENDENT: Robert Baldwin
E-MAIL: rbaldwin@fairhavenps.net
PHONE NUMBER: (508) 979-4000
128 Washington Street
Fairhaven, MA  02719

Fall River
SUPERINTENDENT: Matthew Malone
E-MAIL: mmalone@fallriverschools.org
PHONE NUMBER: (508) 675-8420
417 Rock Street
Fall River, MA  02720

Falmouth
SUPERINTENDENT: Lori Duerr
E-MAIL: lduerr@falmouth.k12.ma.us
PHONE NUMBER: (508) 548-0151
340 Teaticket Hwy
East Falmouth, MA  02536

Farmington River Reg
SUPERINTENDENT: Tom Nadolny
E-MAIL: tnadolny@frrsd.org
PHONE NUMBER: (413) 269-4466
555 N Main Street
Otis, MA  01253

Fitchburg
SUPERINTENDENT: Robert Jokela
E-MAIL: jokelar@fitchburg.k12.ma.us
PHONE NUMBER: (978) 345-3200
376 South Street
Fitchburg, MA  01420

Fllac Collaborative
SUPERINTENDENT: John Demanche
E-MAIL: jdemanche@fllac.net
PHONE NUMBER: (978)425-0310
2 Shaker Road Suite D215
Shirley, MA  01464

Florida
SUPERINTENDENT: Heidi Dugal
E-MAIL: hdugal@abbottmemorial.org
PHONE NUMBER: (413) 664-6023
56 North County Rd
Florida, MA  01247

Foxborough
SUPERINTENDENT: Amy Berdos
E-MAIL: berdosa@foxborough.k12.ma.us

PHONE NUMBER: (508) 543-1660
60 South Street
Foxborough, MA  02035

Framingham
SUPERINTENDENT: Robert Tremblay
E-MAIL: rtremblay@framingham.k12.ma.us
PHONE NUMBER: (508) 626-9117
73 Mt. Wayte Ave., Suite 5
Framingham, MA  01702

Franklin
SUPERINTENDENT: Sara Ahern
E-MAIL: aherns@franklinps.net
PHONE NUMBER: (508) 553-4819
355 East Central Street
Franklin, MA  02038

Franklin County Regional Vocational Technical
SUPERINTENDENT: Richard Martin
E-MAIL: rmartin@fcts.us
PHONE NUMBER: (413) 863-4239
82 Industrial Blvd
Turners Falls, MA  01376

Freetown-lakeville
SUPERINTENDENT: Richard Medeiros
E-MAIL: rmedeiros@freelake.org
PHONE NUMBER: (508) 923-2000
98 Howland Rd
Lakeville, MA  02347

Frontier
SUPERINTENDENT: Darius Modestow
E-MAIL: darius.modestow@frsu38.org
PHONE NUMBER: (413) 665-1155
219 Christian Ln Rfd1
South Deerfield, MA  01373

Gardner
SUPERINTENDENT: Mark Pellegrino
E-MAIL: pellegm@gardnerk12.org
PHONE NUMBER: (978) 632-1000
70 Waterford Street
Gardner, MA  01440

Gateway
SUPERINTENDENT: David Hopson
E-MAIL: dhopson@grsd.org
PHONE NUMBER: (413) 685-1000
12 Littleville Road
Huntington, MA  01050

Georgetown
SUPERINTENDENT: Carol Jacobs
E-MAIL: jacobsc@georgetown.k12.ma.us

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (978) 352-5777
51 North Street
Georgetown, MA  01833

Gill-montague
SUPERINTENDENT: Michael Sullivan
E-MAIL: michael.sullivan@gmrsd.org
PHONE NUMBER: (413) 863-9324
35 Crocker Avenue
Turners Falls, MA  01376

Gloucester
SUPERINTENDENT: Ben Lummis
E-MAIL: blummis@gloucesterschools.com
PHONE NUMBER: (978) 281-9800
6 School House Rd
Gloucester, MA  01930

Gosnold
SUPERINTENDENT: Russell Latham
E-MAIL: rflatham@comcast.net
PHONE NUMBER: (508) 252-4272
16 Williams Street
Rehoboth, MA  02769

Grafton
SUPERINTENDENT: James Cummings
E-MAIL: cummingsj@grafton.k12.ma.us
PHONE NUMBER: (508) 839-5421
30 Providence Rd
Grafton, MA  01519

Granby
SUPERINTENDENT: Sheryl Stanton
E-MAIL: sstanton@granbyschoolsma.net
PHONE NUMBER: (413) 467-7193
387 East State Street
Granby, MA  01033

Greater Fall River Regional Vocational Technical
SUPERINTENDENT: Elvio Ferreira
E-MAIL: eferreira@dimanregional.org
PHONE NUMBER: (508) 678-2891
251 Stonehaven Rd
Fall River, MA  02723

Greater Lawrence Regional Vocational Technical
SUPERINTENDENT: John Lavoie
E-MAIL: jlavoie@glts.net
PHONE NUMBER: (978) 686-0194
57 River Rd
Andover, MA  01810

Greater Lowell Regional Vocational Technical
SUPERINTENDENT: Jill Davis
E-MAIL: jdavis@gltech.org

PHONE NUMBER: (978) 454-5411
250 Pawtucket Blvd
Tyngsborough, MA  01879

Greater New Bedford Regional Vocational Technical
SUPERINTENDENT: James Obrien
E-MAIL: jobrien@gnbvt.edu
PHONE NUMBER: (508) 998-3321
1121 Ashley Blvd
New Bedford, MA  02745

Greenfield
SUPERINTENDENT: Jordana Harper
E-MAIL: supergps@gpsk12.org
PHONE NUMBER: (413) 772-1311
141 Davis Street
Greenfield, MA  01301

Groton-dunstable
SUPERINTENDENT: Laura Chesson
E-MAIL: lchesson@gdrsd.org
PHONE NUMBER: (978) 448-5505
145 Main Street
Groton, MA  01450

Hadley
SUPERINTENDENT: Anne Mckenzie
E-MAIL: amckenzie@hadleyschools.org
PHONE NUMBER: (413) 586-0822
125 Russell Street
Hadley, MA  01035

Halifax
SUPERINTENDENT: Jill Proulx
E-MAIL: jproulx@slrsd.org
PHONE NUMBER: (781) 585-4313
250 Pembroke Street
Kingston, MA  02364

Hamilton-wenham
SUPERINTENDENT: Mary Banios
E-MAIL: m.banios@hwschools.net
PHONE NUMBER: (978) 468-5310
5 School Street
Wenham, MA  01984

Hampden-wilbraham
SUPERINTENDENT: Albert Ganem
E-MAIL: aganem@hwrsd.org
PHONE NUMBER: (413) 596-3884
621 Main Street
Wilbraham, MA  01095

Hampshire
SUPERINTENDENT: Aaron Osborne
E-MAIL: aosborne@hr-k12.org

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (413) 527-7200
19 Stage Rd
Westhampton, MA  01027

Hancock
SUPERINTENDENT: Peter Dillon
E-MAIL: pdillon@richmondconsolidated.org
PHONE NUMBER: (413) 698-2207
1831 State Road
Richmond, MA  01254

Hanover
SUPERINTENDENT: Matthew Ferron
E-MAIL: mferron@hanoverschools.org
PHONE NUMBER: (781) 878-0786
188 Broadway Street
Hanover, MA  02339

Harvard
SUPERINTENDENT: Linda Dwight
E-MAIL: ldwight@psharvard.org
PHONE NUMBER: (978) 456-4140
39 Massachusetts Avenue
Harvard, MA  01451

Hatfield
SUPERINTENDENT: John Robert
E-MAIL: jrobert@hatfieldps.net
PHONE NUMBER: (413) 247-5641
34 School Street
Hatfield, MA  01038

Haverhill
SUPERINTENDENT: Margaret Marotta
E-MAIL: superintendent@haverhill-ps.org
PHONE NUMBER: (978) 374-3405
4 Summer Street
Haverhill, MA  01830

Hawlemont
SUPERINTENDENT: Leann Loomis
E-MAIL: lloomis@mtrsd.org
PHONE NUMBER: (413) 625-0192
24 Ashfield Rd
Shelburne Falls, MA  01370

Hingham
SUPERINTENDENT: Paul Austin
E-MAIL: paustin@hinghamschools.org
PHONE NUMBER: (781) 741-1500
220 Central Street
Hingham, MA  02043

Holbrook
SUPERINTENDENT: Julie Hamilton
E-MAIL: hamilton@holbrook.k12.ma.us

PHONE NUMBER: (781) 767-1226
245 So. Franklin Street
Holbrook, MA  02343

Holland
SUPERINTENDENT: Erin Nosek
E-MAIL: noseke@tantasqua.org
PHONE NUMBER: (508) 347-3077
320 Brookfield Rd
Fiskdale, MA  01518

Holliston
SUPERINTENDENT: Susan Kustka
E-MAIL: kustkas@holliston.k12.ma.us
PHONE NUMBER: (508) 429-0654
370 Hollis Street
Holliston, MA  01746

Holyoke
SUPERINTENDENT: Vazquez Matos
E-MAIL: avazquezmatos@hps.holyoke.ma.us
PHONE NUMBER: (413) 534-2000
57 Suffolk Street
Holyoke, MA  01040

Hopedale
SUPERINTENDENT: Karen Crebase
E-MAIL: kcrebase@hopedaleschools.org
PHONE NUMBER: (508) 634-2220
25 Adin Street
Hopedale, MA  01747

Hopkinton
SUPERINTENDENT: Carol Cavanaugh
E-MAIL: ccavanaugh@hopkinton.k12.ma.us
PHONE NUMBER: (508) 417-9360
89 Hayden Rowe Street
Hopkinton, MA  01748

Hudson
SUPERINTENDENT: Marco Rodrigues
E-MAIL: mcrodrigues@hudson.k12.ma.us
PHONE NUMBER: (978) 567-6100
155 Apsley Street
Hudson, MA  01749

Hull
SUPERINTENDENT: Judith Kuehn
E-MAIL: jkuehn@town.hull.ma.us
PHONE NUMBER: (781) 925-4400
180 Harborview Rd
Hull, MA  02045

Institutional Schools
SUPERINTENDENT: Mary Chapman
E-MAIL: mchapman@doe.mass.edu

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (781) 338-3305
75 Pleasant Street
Malden, MA  02148

Ipswich
SUPERINTENDENT: Brian Blake
E-MAIL: bblake@ipsk12.net
PHONE NUMBER: (978) 356-2935
1 Lord Square
Ipswich, MA  01938

King Philip
SUPERINTENDENT: Paul Zinni
E-MAIL: zinnip@kingphilip.org
PHONE NUMBER: (508) 520-7991
18 King Street
Norfolk, MA  02056

Kingston
SUPERINTENDENT: Jill Proulx
E-MAIL: jproulx@slrsd.org
PHONE NUMBER: (781) 585-4313
250 Pembroke Street
Kingston, MA  02364

Labbb Collaborative
SUPERINTENDENT: Patric Barbieri
E-MAIL: pbarbieri@labbb.net
PHONE NUMBER: (339)222-5644
36 Middlesex Turnpike
Bedford, MA  01730

Lanesborough
SUPERINTENDENT: Robert Putnam
E-MAIL: rputnam@mgrhs.org
PHONE NUMBER: (413) 458-9582
188 Summer Street
Lanesborough, MA  01237

Lawrence
SUPERINTENDENT: Cynthia Paris
E-MAIL: cynthia.paris@lawrence.k12.ma.us
PHONE NUMBER: (978) 975-5900
233 Haverhill Street
Lawrence, MA  01840

Lee
SUPERINTENDENT: Michael Richard
E-MAIL: mjrichard@leepublicschools.net
PHONE NUMBER: (413) 243-0276
480 Pleasant Street
Lee, MA  01238

Leicester
SUPERINTENDENT: Marilyn Tencza
E-MAIL: tenczam@lpsma.net

PHONE NUMBER: (508) 892-7040
1078 Main Street
Leicester, MA  01524

Lenox
SUPERINTENDENT: William Cameron
E-MAIL: supt@lenoxps.org
PHONE NUMBER: (413) 637-5550
6 Walker Street
Lenox, MA  01240

Leominster
SUPERINTENDENT: Paula Deacon
E-MAIL: paula.deacon@leominsterschools.org
PHONE NUMBER: (978) 534-7700
24 Church Street
Leominster, MA  01453

Leverett
SUPERINTENDENT: Jennifer Culkeen
E-MAIL: culkeen@erving.com
PHONE NUMBER: (413) 423-3337
18 Pleasant Street
Erving, MA  01344

Lexington
SUPERINTENDENT: Julie Hackett
E-MAIL: jhackett@lexingtonma.org
PHONE NUMBER: (781) 861-2550
146 Maple Street
Lexington, MA  02420

Lincoln
SUPERINTENDENT: Rebecca Mcfall
E-MAIL: bmcfall@lincnet.org
PHONE NUMBER: (781) 259-9409
1 Ballfield Road
Lincoln, MA  01773

Lincoln-sudbury
SUPERINTENDENT: Bella Wong
E-MAIL: bella_wong@lsrhs.net
PHONE NUMBER: (978) 443-9961
390 Lincoln Rd
Sudbury, MA  01776

Littleton
SUPERINTENDENT: Kelly Clenchy
E-MAIL: kclenchy@littletonps.org
PHONE NUMBER: (978) 540-2500
33 Shattuck Street
Littleton, MA  01460

Longmeadow
SUPERINTENDENT: Martin Oshea
E-MAIL: moshea@longmeadow.k12.ma.us

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (413) 565-4200
535 Bliss Road
Longmeadow, MA  01106

Lowell
SUPERINTENDENT: Joel Boyd
E-MAIL: superintendent@lowell.k12.ma.us
PHONE NUMBER: (978) 674-4320
155 Merrimack Street
Lowell, MA  01852

Lower Pioneer Valley Educational Collaborative
SUPERINTENDENT: Donald Jarvis
E-MAIL: rjoyal@lpvec.org
PHONE NUMBER: (413)735-2200
174 Brush Hill Avenue
West Springfield, MA  01089

Ludlow
SUPERINTENDENT: Todd Gazda
E-MAIL: t_gazda@ludlowps.org
PHONE NUMBER: (413) 583-8372
63 Chestnut Street
Ludlow, MA  01056

Lunenburg
SUPERINTENDENT: Kathleen Burnham
E-MAIL: kburnham@lunenburgonline.com
PHONE NUMBER: (978) 582-4100
1025 Mass Avenue
Lunenburg, MA  01462

Lynn
SUPERINTENDENT: Patrick Tutwiler
E-MAIL: tutwilerp@lynnschools.org
PHONE NUMBER: (781) 593-1680
100 Bennett St
Lynn, MA  01905

Lynnfield
SUPERINTENDENT: Jane Tremblay
E-MAIL: tremblayja@lynnfield.k12.ma.us
PHONE NUMBER: (781) 334-9200
525 Salem Street
Lynnfield, MA  01940

Ma Academy For Math And Science
SUPERINTENDENT: Michael Barney
E-MAIL: mbarney@wpi.edu
PHONE NUMBER: (508) 831-5859
85 Prescott Street
Worcester, MA  01605

Malden
SUPERINTENDENT: John Oteri
E-MAIL: joteri@maldenps.org

PHONE NUMBER: (781) 397-6100
77 Salem Street
Malden, MA  02148

Manchester Essex Regional
SUPERINTENDENT: Pam Beaudoin
E-MAIL: beaudoinp@mersd.org
PHONE NUMBER: (978) 526-4919
36 Lincoln Street
Manchester, MA  01944

Mansfield
SUPERINTENDENT: Teresa Murphy
E-MAIL: teresa.murphy@mansfieldschools.com
PHONE NUMBER: (508) 261-7500
2 Park Row
Mansfield, MA  02048

Marblehead
SUPERINTENDENT: John Buckey
E-MAIL: buckey.john@marbleheadschools.org
PHONE NUMBER: (781) 639-3141
9 Widger Road
Marblehead, MA  01945

Marion
SUPERINTENDENT: Douglas White
E-MAIL: dougwhite@oldrochester.org
PHONE NUMBER: (508) 758-2772
135 Marion Rd
Mattapoisett, MA  02739

Marlborough
SUPERINTENDENT: Michael Bergeron
E-MAIL: superintendent@mps-edu.org
PHONE NUMBER: (508) 460-3509
17 Washington Street
Marlborough, MA  01752

Marshfield
SUPERINTENDENT: Jeffrey Granatino
E-MAIL: jwgranatino@mpsd.org
PHONE NUMBER: (781) 834-5000
76 South River Street
Marshfield, MA  02050

Martha'S Vineyard
SUPERINTENDENT: Matthew Dandrea
E-MAIL: mdandrea@mvyps.org
PHONE NUMBER: (508) 693-2007
4 Pine Street
Vineyard Haven, MA  02568

Masconomet
SUPERINTENDENT: Michael Harvey
E-MAIL: mharvey@masconomet.org

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (978) 887-2323
20 Endicott Rd
Boxford, MA 01921

Mashpee
SUPERINTENDENT: Patricia Deboer
E-MAIL: pdeboer@mpspk12.org
PHONE NUMBER: (508) 539-1500
150-A Old Barnstable Road
Mashpee, MA 02649

Massachusetts Virtual Academy At Greenfield
Commonwealth Vir
SUPERINTENDENT: Salah Khelfaoui
E-MAIL: skhelfaoui@gcvs.org
PHONE NUMBER: (413) 772-1311
278 Main St.
Greenfield, MA 01301

Mattapoisett
SUPERINTENDENT: Douglas White
E-MAIL: dougwhite@oldrochester.org
PHONE NUMBER: (508) 758-2772
135 Marion Rd
Mattapoisett, MA 02739

Maynard
SUPERINTENDENT: Brian Haas
E-MAIL: bhaas@maynard.k12.ma.us
PHONE NUMBER: (978) 897-2222
3-R Tiger Drive
Maynard, MA 01754

Medfield
SUPERINTENDENT: Jeffrey Marsden
E-MAIL: jmarsden@email.medfield.net
PHONE NUMBER: (508) 359-2302
459 Main St
Medfield, MA 02052

Medford
SUPERINTENDENT: Marice Vincent
E-MAIL: medouardvincent@medford.k12.ma.us
PHONE NUMBER: (781) 393-2442
489 Winthrop Street
Medford, MA 02155

Medway
SUPERINTENDENT: Armand Pires
E-MAIL: apires@medway.k12.ma.us
PHONE NUMBER: (508) 533-3222
45 Holliston Street
Medway, MA 02053

Melrose
SUPERINTENDENT: Julie Kukenberger

E-MAIL: jkukenberger@melroseschools.com
PHONE NUMBER: (781) 662-2000
360 Lynn Fells Pkwy
Melrose, MA 02176

Mendon-upton
SUPERINTENDENT: Joseph Maruszczak
E-MAIL: jmaruszczak@mursd.org
PHONE NUMBER: (508) 634-1585
150 North Ave
Mendon, MA 01756

Methuen
SUPERINTENDENT: Brandi Kwong
E-MAIL: bikwong@methuen.k12.ma.us
PHONE NUMBER: (978) 722-6001
10 Ditson Place
Methuen, MA 01844

Middleborough
SUPERINTENDENT: Brian Lynch
E-MAIL: blynch@middleboro.k12.ma.us
PHONE NUMBER: (508) 946-2000
30 Forest Street
Middleborough, MA 02346

Middleton
SUPERINTENDENT: Scott Morrison
E-MAIL: smorrison@tritownschoolunion.com
PHONE NUMBER: (978) 887-0771
28 Middleton Road
Boxford, MA 01921

Milford
SUPERINTENDENT: Kevin Mcintyre
E-MAIL: kmcintyre@milfordma.com
PHONE NUMBER: (508) 478-1101
31 West Fountain Street
Milford, MA 01757

Millbury
SUPERINTENDENT: Gregory Myers
E-MAIL: gmyers@millburyschools.org
PHONE NUMBER: (508) 865-9501
12 Martin Street
Millbury, MA 01527

Millis
SUPERINTENDENT: Nancy Gustafson
E-MAIL: ngustafson@millisschools.org
PHONE NUMBER: (508) 376-7000
245 Plain Street
Millis, MA 02054

Milton
SUPERINTENDENT: Mary Gormley

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

E-MAIL: mgormley@miltonps.org
PHONE NUMBER: (617) 696-4808
25 Gile Road
Milton, MA  02186

Minuteman Regional Vocational Technical
SUPERINTENDENT: Edward Bouquillon
E-MAIL: ebouquillon@minuteman.org
PHONE NUMBER: (781) 861-6500
758 Marrett Rd
Lexington, MA  02421

Mohawk Trail
SUPERINTENDENT: Leann Loomis
E-MAIL: lloomis@mtrsd.org
PHONE NUMBER: (413) 625-0192
24 Ashfield Rd
Shelburne Falls, MA  01370

Monomoy Regional School District
SUPERINTENDENT: Scott Carpenter
E-MAIL: scarpenter@monomoy.edu
PHONE NUMBER: (508) 945-5130
425 Crowell Rd
Chatham, MA  02633

Monson
SUPERINTENDENT: Cheryl Clarke
E-MAIL: clarkec@monsonschools.com
PHONE NUMBER: (413) 267-4150
43 Margaret Street
Monson, MA  01057

Montachusett Regional Vocational Technical
SUPERINTENDENT: Sheila Harrity
E-MAIL: harrity@montytech.net
PHONE NUMBER: (978) 345-9200
1050 Westminster Street
Fitchburg, MA  01420

Mount Greylock
SUPERINTENDENT: Kimberley Grady
E-MAIL: kgrady@williamstownelementary.org
PHONE NUMBER: (413) 458-9582
1781 Cold Spring Rd
Williamstown, MA  01267

Nahant
SUPERINTENDENT: Tony Pierantozzi
E-MAIL: tpierantozzi@johnsonschool.org
PHONE NUMBER: (781) 581-1600
290 Castle Road
Nahant, MA  01908

Nantucket
SUPERINTENDENT: Michael Cozort

E-MAIL: cozortm@npsk.org
PHONE NUMBER: (508) 228-7285
10 Surfside Road
Nantucket, MA  02554

Narragansett
SUPERINTENDENT: Christopher Casavant
E-MAIL: ccasavant@nrsd.org
PHONE NUMBER: (978) 939-5661
462 Baldwinville Road
Baldwinville, MA  01436

Nashoba
SUPERINTENDENT: Brooke Clenchy
E-MAIL: bclenchy@nrsd.net
PHONE NUMBER: (978) 779-0539
50 Mechanic Street
Bolton, MA  01740

Nashoba Valley Regional Vocational Technical
SUPERINTENDENT: Denise Pigeon
E-MAIL: dpigeon@nashoba.tec.ma.us
PHONE NUMBER: (978) 692-4711
100 Littleton Road
Westford, MA  01886

Natick
SUPERINTENDENT: Anna Nolin
E-MAIL: anolin@natickps.org
PHONE NUMBER: (508) 647-6500
13 East Central Street
Natick, MA  01760

Nauset
SUPERINTENDENT: Thomas Conrad
E-MAIL: conradt@nausetschools.org
PHONE NUMBER: (508) 255-8800
78 Eldredge Pkwy
Orleans, MA  02653

Needham
SUPERINTENDENT: Daniel Gutekanst
E-MAIL: dan_gutekanst@needham.k12.ma.us
PHONE NUMBER: (781) 455-0400
1330 Highland Avenue
Needham, MA  02492

New Bedford
SUPERINTENDENT: Thomas Anderson
E-MAIL: superintendent@newbedfordschools.org
PHONE NUMBER: (508) 997-4511
455 County Street
New Bedford, MA  02740

New Salem-wendell
SUPERINTENDENT: Jennifer Culkeen

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

E-MAIL: culkeen@erving.com
PHONE NUMBER: (413) 423-3337
18 Pleasant Street
Erving, MA  01344

Newburyport
SUPERINTENDENT: Sean Gallagher
E-MAIL: sgallagher@newburyport.k12.ma.us
PHONE NUMBER: (978) 465-4457
70 Low Street
Newburyport, MA  01950

Newton
SUPERINTENDENT: David Fleishman
E-MAIL: fleishmand@newton.k12.ma.us
PHONE NUMBER: (617) 559-6100
100 Walnut Street
Newtonville, MA  02460

Norfolk
SUPERINTENDENT: Ingrid Allardi
E-MAIL: allardi@norfolk.k12.ma.us
PHONE NUMBER: (508) 528-1225
70 Boardman Street
Norfolk, MA  02056

Norfolk County Agricultural
SUPERINTENDENT: Tammy Quinn
E-MAIL: tquinn@norfolkaggie.org
PHONE NUMBER: (508) 668-0268
400 Main Street
Walpole, MA  02081

North Adams
SUPERINTENDENT: Barbara Malkas
E-MAIL: bmalkas@napsk12.org
PHONE NUMBER: (413) 776-1458
37 Main Street
North Adams, MA  01247

North Andover
SUPERINTENDENT: Gregg Gilligan
E-MAIL: gilligang@northandoverpublicschools.com
PHONE NUMBER: (978) 794-1503
1600 Osgood Street
North Andover, MA  01845

North Attleborough
SUPERINTENDENT: Scott Holcomb
E-MAIL: sholcomb@naschools.net
PHONE NUMBER: (508) 643-2100
6 Morse Street
North Attleborough, MA  02760

North Brookfield
SUPERINTENDENT: Richard Lind

E-MAIL: rlind@nbschools.org
PHONE NUMBER: (508) 867-9821
10 New School Drive
North Brookfield, MA  01535

North Middlesex
SUPERINTENDENT: Brad Morgan
E-MAIL: bmorgan@nmrsd.org
PHONE NUMBER: (978) 597-8713
45 Main Street
Pepperell, MA  01463

North Reading
SUPERINTENDENT: Patrick Daly
E-MAIL: pdaly@north-reading.k12.ma.us
PHONE NUMBER: (978) 664-7810
0 Sherman Road
North Reading, MA  01864

North River Collaborative
SUPERINTENDENT: Stephen Donovan
E-MAIL: sdonovan@nrcollab.org
PHONE NUMBER: (781)878-6056
198 Spring Street
Rockland, MA  02370

North Shore Regional Vocational Technical
SUPERINTENDENT: Heidi Riccio
E-MAIL: hriccio@essextech.net
PHONE NUMBER: (978) 762-0001
30 Log Bridge Rd
Middleton, MA  01949

Northampton
SUPERINTENDENT: John Provost
E-MAIL: jprovost@northampton-k12.us
PHONE NUMBER: (413) 587-1315
212 Main Street
Northampton, MA  01060

Northampton-smith Vocational Agricultural
SUPERINTENDENT: Andrew Linkenhoker
E-MAIL: alinkenhoker@smithtec.org
PHONE NUMBER: (413) 587-1414
80 Locust Street
Northampton, MA  01060

Northboro-southboro
SUPERINTENDENT: Gregory Martineau
E-MAIL: gmartineau@nsboro.k12.ma.us
PHONE NUMBER: (508) 486-5115
53 Parkerville Road
Southborough, MA  01772

Northborough
SUPERINTENDENT: Gregory Martineau

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

E-MAIL: gmartineau@nsboro.k12.ma.us
PHONE NUMBER: (508) 486-5115
53 Parkerville Road
Southborough, MA  01772

Northbridge
SUPERINTENDENT: Amy Mckinstry
E-MAIL: amckinstry@nps.org
PHONE NUMBER: (508) 234-8156
87 Linwood Avenue
Whitinsville, MA  01588

Northeast Metropolitan Regional Vocational
Technical
SUPERINTENDENT: David Dibarri
E-MAIL: ddibarri@northeastmetrotech.com
PHONE NUMBER: (781) 246-0810
100 Hemlock Rd
Wakefield, MA  01880

Northern Berkshire Regional Vocational Technical
SUPERINTENDENT: James Brosnan
E-MAIL: jbrosnan@mccanntech.org
PHONE NUMBER: (413) 663-5383
70 Hodges Cross Rd
North Adams, MA  01247

Northshore Education Consortium
SUPERINTENDENT: Francine Rosenberg
E-MAIL: frosenberg@nsedu.org
PHONE NUMBER: (978)232-9755
112 Sohier Rd
Beverly, MA  01915

Norton
SUPERINTENDENT: Joseph Baeta
E-MAIL: jbaeta@norton.k12.ma.us
PHONE NUMBER: (508) 285-0100
64 West Main Street
Norton, MA  02766

Norwell
SUPERINTENDENT: Matthew Keegan
E-MAIL: matthew.keegan@norwellschools.org
PHONE NUMBER: (781) 659-8800
322 Main Street
Norwell, MA  02061

Norwood
SUPERINTENDENT: David Thomson
E-MAIL: dthomson@norwood.k12.ma.us
PHONE NUMBER: (781) 762-6804
275 Prospect Street
Norwood, MA  02062

Oak Bluffs

SUPERINTENDENT: Matthew Dandrea
E-MAIL: mdandrea@mvyps.org
PHONE NUMBER: (508) 693-2007
4 Pine Street
Vineyard Haven, MA  02568

Old Colony Regional Vocational Technical
SUPERINTENDENT: Aaron Polansky
E-MAIL: apolansky@oldcolony.us
PHONE NUMBER: (508) 763-8011
476 North Avenue
Rochester, MA  02770

Old Rochester
SUPERINTENDENT: Michael Nelson
E-MAIL: michaelnelson@oldrochester.org
PHONE NUMBER: (508) 758-2772
135 Marion Rd
Mattapoisett, MA  02739

Orange
SUPERINTENDENT: Liz Zielinski
E-MAIL: ezielinski@rcmahar.org
PHONE NUMBER: (978) 544-2920
507 S. Main Street
Orange, MA  01364

Orleans
SUPERINTENDENT: Thomas Conrad
E-MAIL: conradt@nausetschools.org
PHONE NUMBER: (508) 255-8800
78 Eldredge Pkwy
Orleans, MA  02653

Oxford
SUPERINTENDENT: Kristine Nash
E-MAIL: knash@oxps.org
PHONE NUMBER: (508) 987-6050
4 Maple Road
Oxford, MA  01540

Palmer
SUPERINTENDENT: Patricia Gardner
E-MAIL: pgardner@palmerschools.org
PHONE NUMBER: (413) 283-2650
24 Converse Street
Palmer, MA  01069

Pathfinder Regional Vocational Technical
SUPERINTENDENT: Gerald Paist
E-MAIL: paist@pathfindertech.org
PHONE NUMBER: (413) 283-9701
240 Sykes Street
Palmer, MA  01069

Peabody

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

SUPERINTENDENT: Josh Vadala
E-MAIL: vadalaj@peabody.k12.ma.us
PHONE NUMBER: (978) 536-6500
27 Lowell St.
Peabody, MA  01960

Pelham
SUPERINTENDENT: Michael Morris
E-MAIL: morrism@arps.org
PHONE NUMBER: (413) 362-1810
45 Amherst Rd
Pelham, MA  01002

Pembroke
SUPERINTENDENT: Erin Obey
E-MAIL: eobey@pembrokek12.org
PHONE NUMBER: (781) 829-0832
72 Pilgrim Road
Pembroke, MA  02359

Pentucket
SUPERINTENDENT: Justin Bartholomew
E-MAIL: jbartholomew@prsd.org
PHONE NUMBER: (978) 363-2280
22 Main Street
West Newbury, MA  01985

Petersham
SUPERINTENDENT: Liz Zielinski
E-MAIL: ezielinski@rcmahar.org
PHONE NUMBER: (978) 724-3363
2 Spring Street
Petersham, MA  01366

Pilgrim Area Collaborative (pac)
SUPERINTENDENT: Dympna Thomas
E-MAIL: dthomas@pilgrimac.org
PHONE NUMBER: (781)293-6111
120 Center Street
Pembroke, MA  02359

Pioneer Valley
SUPERINTENDENT: Jonathan Scagel
E-MAIL: scagelj@pvrsdk12.org
PHONE NUMBER: (413) 498-2911
97 F Sumner Turner Rd
Northfield, MA  01360

Pittsfield
SUPERINTENDENT: Jason Mccandless
E-MAIL: jmccandless@pittsfield.net
PHONE NUMBER: (413) 499-9512
269 First Street
Pittsfield, MA  01201

Plainville

SUPERINTENDENT: David Raiche
E-MAIL: draiche@plainville.k12.ma.us
PHONE NUMBER: (508) 699-1300
68 Messenger Street
Plainville, MA  02762

Plymouth
SUPERINTENDENT: Gary Maestas
E-MAIL: gmaestas@plymouth.k12.ma.us
PHONE NUMBER: (508) 830-4300
253 South Meadow Rd
Plymouth, MA  02360

Plympton
SUPERINTENDENT: Jill Proulx
E-MAIL: jproulx@slrsd.org
PHONE NUMBER: (781) 585-4313
250 Pembroke Street
Kingston, MA  02364

Provincetown
SUPERINTENDENT: Suzanne Scallion
E-MAIL: sscallion@provincetownschools.com
PHONE NUMBER: (508) 487-5000
12 Winslow Street
Provincetown, MA  02657

Quabbin
SUPERINTENDENT: Sheila Muir
E-MAIL: smuir@qrsd.org
PHONE NUMBER: (978) 355-4668
872 South Street
Barre, MA  01005

Quaboag Regional
SUPERINTENDENT: Brett Kustigian
E-MAIL: bkustigian@quaboagrsd.org
PHONE NUMBER: (413) 436-9256
284 Old West Brookfield Road
Warren, MA  01083

Quincy
SUPERINTENDENT: Kevin Mulvey
E-MAIL: kevin.mulvey@quincypublicschools.com
PHONE NUMBER: (617) 984-8700
34 Coddington Street
Quincy, MA  02169

Ralph C Mahar
SUPERINTENDENT: Liz Zielinski
E-MAIL: ezielinski@rcmahar.org
PHONE NUMBER: (978) 544-2920
507 South Main Street
Orange, MA  01364

Randolph

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

SUPERINTENDENT: Thea Stovell
E-MAIL: stovellt@randolph.k12.ma.us
PHONE NUMBER: (781) 961-6205
40 Highland Avenue
Randolph, MA  02368

Reading
SUPERINTENDENT: John Doherty
E-MAIL: john.doherty@reading.k12.ma.us
PHONE NUMBER: (781) 944-5800
82 Oakland Road
Reading, MA  01867

Reads Collaborative
SUPERINTENDENT: Theresa Craig
E-MAIL: tcraig@readscollab.org
PHONE NUMBER: (508)947-3634
105 East Grove Street
Middleborough, MA  02346

Revere
SUPERINTENDENT: Dianne Kelly
E-MAIL: dkelly@reverek12.org
PHONE NUMBER: (781) 286-8226
101 School Street
Revere, MA  02151

Richmond
SUPERINTENDENT: Peter Dillon
E-MAIL: pdillon@richmondconsolidated.org
PHONE NUMBER: (413) 698-2207
1831 State Road
Richmond, MA  01254

Rochester
SUPERINTENDENT: Douglas White
E-MAIL: dougwhite@oldrochester.org
PHONE NUMBER: (508) 758-2772
135 Marion Rd
Mattapoisett, MA  02739

Rockland
SUPERINTENDENT: Alan Cron
E-MAIL: acron@rocklandschools.org
PHONE NUMBER: (781) 878-3893
34 Mackinlay Way
Rockland, MA  02370

Rockport
SUPERINTENDENT: Rob Liebow
E-MAIL: rliebow@rpk12.org
PHONE NUMBER: (978) 546-1200
24 Jerdens Lane
Rockport, MA  01966

Rowe

SUPERINTENDENT: Leann Loomis
E-MAIL: lloomis@mtrsd.org
PHONE NUMBER: (413) 625-0192
24 Ashfield Rd
Shelburne Falls, MA  01370

Salem
SUPERINTENDENT: Kathleen Smith
E-MAIL: superintendent@salemk12.org
PHONE NUMBER: (978) 740-1212
29 Highland Avenue
Salem, MA  01970

Sandwich
SUPERINTENDENT: Pamela Gould
E-MAIL: pgould@sandwich.k12.ma.us
PHONE NUMBER: (508) 888-1054
260 Quaker Meetinghouse Road
East Sandwich, MA  02537

Saugus
SUPERINTENDENT: David Deruosi
E-MAIL: dderuosi@saugus.k12.ma.us
PHONE NUMBER: (781) 231-5000
23 Main Street
Saugus, MA  01906

Savoy
SUPERINTENDENT: John Franzoni
E-MAIL: jfranzoni@comcast.net
PHONE NUMBER: (413) 743-1992
26 Chapel Road
Savoy, MA  01256

Scituate
SUPERINTENDENT: William Burkhead
E-MAIL: kpeters@scit.org
PHONE NUMBER: (781) 545-8759
606 C J Cushing Hwy
Scituate, MA  02066

Seekonk
SUPERINTENDENT: Rich Drolet
E-MAIL: droletr@seekonkschools.org
PHONE NUMBER: (508) 399-5106
25 Water Lane
Seekonk, MA  02771

Seem Collaborative
SUPERINTENDENT: Catherine Lawson
E-MAIL: clawson@seemcollaborative.org
PHONE NUMBER: (781)279-1361
92 Montvale Ave
Stoneham, MA  02180

Sharon

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

SUPERINTENDENT: Victoria Greer
E-MAIL: vgreer@sharonschools.net
PHONE NUMBER: (781) 784-1570
75 Mountain Street
Sharon, MA  02067

Shawsheen Valley Regional Vocational Technical
SUPERINTENDENT: Melanie Hagman
E-MAIL: mhagman@shawsheen.tec.ma.us
PHONE NUMBER: (978) 667-2111
100 Cook Street
Billerica, MA  01821

Sherborn
SUPERINTENDENT: Andrew Keough
E-MAIL: keougha@doversherborn.org
PHONE NUMBER: (508) 785-0036
157 Farm Street
Dover, MA  02030

Shore Educational Collaborative
SUPERINTENDENT: Jacki Clark
E-MAIL: jclark@shorecollaborative.org
PHONE NUMBER: (617)887-2930
100 Revere Beach Parkway
Chelsea, MA  02150

Shrewsbury
SUPERINTENDENT: Joseph Sawyer
E-MAIL: jsawyer@shrewsbury.k12.ma.us
PHONE NUMBER: (508) 841-8400
100 Maple Avenue
Shrewsbury, MA  01545

Shutesbury
SUPERINTENDENT: Jennifer Haggerty
E-MAIL: haggerty@erving.com
PHONE NUMBER: (413) 423-3337
18 Pleasant Street
Erving, MA  01344

Silver Lake
SUPERINTENDENT: Jill Proulx
E-MAIL: jproulx@slrsd.org
PHONE NUMBER: (781) 585-4313
250 Pembroke Street
Kingston, MA  02364

Somerset
SUPERINTENDENT: Jeffrey Schoonover
E-MAIL: jeffrey.schoonover@somersetschools.org
PHONE NUMBER: (508) 324-3100
580 Whetstone Hill Road
Somerset, MA  02726

Somerset Berkley Regional School District

SUPERINTENDENT: Jeffrey Schoonover
E-MAIL: jeffrey.schoonover@somersetps.com
PHONE NUMBER: (508) 324-3100
580 Whetstone Hill
Somerset, MA  02726

Somerville
SUPERINTENDENT: Mary Skipper
E-MAIL: mskipper@k12.somerville.ma.us
PHONE NUMBER: (617) 625-6600
42 Cross Street
Somerville, MA  02145

South Coast Educational Collaborative
SUPERINTENDENT: David Heimbecker
E-MAIL: drh@scecoll.org
PHONE NUMBER: (508)379-1180
2201 G.A.R. Highway
Swansea, MA  02777

South Hadley
SUPERINTENDENT: Diana Bonneville
E-MAIL: dbonneville@shschools.com
PHONE NUMBER: (413) 538-5060
116 Main Street
South Hadley, MA  01075

South Middlesex Regional Vocational Technical
SUPERINTENDENT: Jonathan Evans
E-MAIL: jevans@jpkeefehs.org
PHONE NUMBER: (508) 416-2250
750 Winter Street
Framingham, MA  01702

South Shore Educational Collaborative (ssec)
SUPERINTENDENT: Richard Reino
E-MAIL: rreino@ssec.org
PHONE NUMBER: (781)749-7518
75 Abington Street
Hingham, MA  02043

South Shore Regional Vocational Technical
SUPERINTENDENT: Thomas Hickey
E-MAIL: thickey@ssvotech.org
PHONE NUMBER: (781) 878-8822
476 Webster Street
Hanover, MA  02339

Southampton
SUPERINTENDENT: Aaron Osborne
E-MAIL: aosborne@hr-k12.org
PHONE NUMBER: (413) 527-7200
19 Stage Rd
Westhampton, MA  01027

Southborough

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

SUPERINTENDENT: Gregory Martineau
E-MAIL: gmartineau@nsboro.k12.ma.us
PHONE NUMBER: (508) 486-5115
53 Parkerville Road
Southborough, MA  01772

Southbridge
SUPERINTENDENT: Jeffrey Villar
E-MAIL: jvillar@southbridgepublic.org
PHONE NUMBER: (508) 764-5414
25 Cole Avenue
Southbridge, MA  01550

Southeastern Mass. Educational Collaborative (smec)
SUPERINTENDENT: Catherine Cooper
E-MAIL: ccooper@smecollaborative.org
PHONE NUMBER: (508)998-5599
25 Russells Mills Road
Dartmouth, MA  02748

Southeastern Regional Vocational Technical
SUPERINTENDENT: Luis Lopes
E-MAIL: llopes@sersd.org
PHONE NUMBER: (508) 230-1200
250 Foundry Street
South Easton, MA  02375

Southern Berkshire
SUPERINTENDENT: Beth Regulbuto
E-MAIL: bregulbuto@sbrsd.org
PHONE NUMBER: (413) 229-8778
491 Berkshire School Rd
Sheffield, MA  01257

Southern Worcester County Educational
Collaborative
SUPERINTENDENT: Arnold Lundwall
E-MAIL: alundwall@swcec.org
PHONE NUMBER: (508)764-8500
185 Southbridge Road
Dudley, MA  01571

Southern Worcester County Regional Vocational
Technical
SUPERINTENDENT: John Lafleche
E-MAIL: jlafleche@baypath.net
PHONE NUMBER: (508) 248-5971
57 Old Muggett Hill Road
Charlton, MA  01507

Southwick-tolland-granville Regional School District
SUPERINTENDENT: Jennifer Willard
E-MAIL: superintendent@stgrsd.org
PHONE NUMBER: (413) 569-5391
86 Powder Mill Road
Southwick, MA  01077

Spencer-e Brookfield
SUPERINTENDENT: Paul Haughey
E-MAIL: haugheyp@sebrsd.org
PHONE NUMBER: (508) 885-8500
306 Main Street
Spencer, MA  01562

Springfield
SUPERINTENDENT: Daniel Warwick
E-MAIL: warwickd@springfieldpublicschools.com
PHONE NUMBER: (413) 787-7100
1550 Main Street
Springfield, MA  01103

Stoneham
SUPERINTENDENT: John Macero
E-MAIL: jmacero@stonehamschools.org
PHONE NUMBER: (781) 279-3802
149 Franklin Street
Stoneham, MA  02180

Stoughton
SUPERINTENDENT: John Marcus
E-MAIL: j_marcus@stoughtonschools.org
PHONE NUMBER: (781) 344-4000
232 Pearl Street
Stoughton, MA  02072

Sturbridge
SUPERINTENDENT: Erin Nosek
E-MAIL: noseke@tantasqua.org
PHONE NUMBER: (508) 347-3077
320 Brookfield Rd
Fiskdale, MA  01518

Sudbury
SUPERINTENDENT: Brad Crozier
E-MAIL: brad_crozier@sudbury.k12.ma.us
PHONE NUMBER: (978) 443-1058
40 Fairbank Road
Sudbury, MA  01776

Sunderland
SUPERINTENDENT: Darius Modestow
E-MAIL: darius.modestow@frsu38.org
PHONE NUMBER: (413) 665-1155
219 Christian Ln Rfd1
South Deerfield, MA  01373

Sutton
SUPERINTENDENT: Theodore Friend
E-MAIL: friendt@suttonschools.net
PHONE NUMBER: (508) 581-1600
383 Boston Rd
Sutton, MA  01590

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Swampscott
SUPERINTENDENT: Pamela Angelakis
E-MAIL: angelakis@swampscott.k12.ma.us
PHONE NUMBER: (781) 596-8800
207 Forest Avenue
Swampscott, MA  01907

Swansea
SUPERINTENDENT: John Robidoux
E-MAIL: jrobidoux@swanseaschools.org
PHONE NUMBER: (508) 675-1195
1 Gardners Neck Road
Swansea, MA  02777

Tantasqua
SUPERINTENDENT: Erin Nosek
E-MAIL: noseke@tantasqua.org
PHONE NUMBER: (508) 347-3077
320 Brookfield Rd
Fiskdale, MA  01518

Taunton
SUPERINTENDENT: John Cabral
E-MAIL: jcabral@tauntonschools.org
PHONE NUMBER: (508) 821-1201
215 Harris Street
Taunton, MA  02780

Tec Connections Academy Commonwealth Virtual
School District
SUPERINTENDENT: Patrick Lattuca
E-MAIL: plattuca@tecca.connectionsacademy.org
PHONE NUMBER: (508) 647-6500
141 Mansion Drive
East Walpole, MA  02032

Tewksbury
SUPERINTENDENT: Christopher Malone
E-MAIL: cmalone@tewksbury.k12.ma.us
PHONE NUMBER: (978) 640-7800
139 Pleasant Street
Tewksbury, MA  01876

The Education Cooperative (tec)
SUPERINTENDENT: Susan Donelan
E-MAIL: sdonelan@tec-coop.org
PHONE NUMBER: (781)326-2473
141 Mansion Drive
E. Walpole, MA  02032

Tisbury
SUPERINTENDENT: Matthew Dandrea
E-MAIL: mdandrea@mvyps.org
PHONE NUMBER: (508) 696-6500
40 West William Street

Vineyard Haven, MA  02568

Topsfield
SUPERINTENDENT: Scott Morrison
E-MAIL: smorrison@tritownschoolunion.com
PHONE NUMBER: (978) 887-0771
28 Middleton Road
Boxford, MA  01921

Tri County Regional Vocational Technical
SUPERINTENDENT: Stephen Dockray
E-MAIL: dockray@tri-county.us
PHONE NUMBER: (508) 528-5400
147 Pond Street
Franklin, MA  02038

Triton
SUPERINTENDENT: Brian Forget
E-MAIL: brian.forget@tritonschools.org
PHONE NUMBER: (978) 465-2397
112 Elm Street
Byfield, MA  01922

Truro
SUPERINTENDENT: Michael Gradone
E-MAIL: gradonem@truromass.org
PHONE NUMBER: (508) 487-1558
317 Route 6
Truro, MA  02666

Tyngsborough
SUPERINTENDENT: Michael Flanagan
E-MAIL: michael.flanagan@tyngsboroughps.org
PHONE NUMBER: (978) 649-7488
50 Norris Rd
Tyngsborough, MA  01879

Up-island Regional
SUPERINTENDENT: Matthew Dandrea
E-MAIL: mdandrea@mvyps.org
PHONE NUMBER: (508) 693-2007
4 Pine Street
Vineyard Haven, MA  02568

Upper Cape Cod Regional Vocational Technical
SUPERINTENDENT: Robert Dutch
E-MAIL: bdutch@uppercapetech.org
PHONE NUMBER: (508) 759-7711
220 Sandwich Rd
Bourne, MA  02532

Uxbridge
SUPERINTENDENT: Frank Tiano
E-MAIL: ftiano@uxbridge.k12.ma.us
PHONE NUMBER: (508) 278-8648
21 South Main Street

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Uxbridge, MA  01569

Valley Collaborative
SUPERINTENDENT: Chris Scott
E-MAIL: cscott@valleycollaborative.org
PHONE NUMBER: (978)528-7800
40 Linnell Circle
Billerica, MA  01821

Wachusett
SUPERINTENDENT: Darryll Mccall
E-MAIL: darryll_mccall@wrsd.net
PHONE NUMBER: (508) 829-1670
1745 Main Street
Jefferson, MA  01522

Wakefield
SUPERINTENDENT: Douglas Lyons
E-MAIL: doug.lyons@wpsk12.org
PHONE NUMBER: (781) 246-6400
60 Farm Street
Wakefield, MA  01880

Wales
SUPERINTENDENT: Erin Nosek
E-MAIL: noseke@tantasqua.org
PHONE NUMBER: (508) 347-3077
320 Brookfield Rd
Fiskdale, MA  01518

Walpole
SUPERINTENDENT: Bridget Gough
E-MAIL: bgough@walpole.k12.ma.us
PHONE NUMBER: (508) 660-7200
135 School Street
Walpole, MA  02081

Waltham
SUPERINTENDENT: Brian Reagan
E-MAIL: brianreagan@walthampublicschools.org
PHONE NUMBER: (781) 314-5400
617 Lexington Street
Waltham, MA  02452

Ware
SUPERINTENDENT: Marlene Dileo
E-MAIL: mdileo@wareps.org
PHONE NUMBER: (413) 967-4271
239 West Street
Ware, MA  01082

Wareham
SUPERINTENDENT: Kimberly Hood
E-MAIL: kshaver-hood@wareham.k12.ma.us
PHONE NUMBER: (508) 291-3500
48 Marion Road

Wareham, MA  02571

Watertown
SUPERINTENDENT: Dede Galdston
E-MAIL: deanne.galdston@watertown.k12.ma.us
PHONE NUMBER: (617) 926-7700
30 Common Street
Watertown, MA  02472

Wayland
SUPERINTENDENT: Arthur Unobskey
E-MAIL: arthur_unobskey@wayland.k12.ma.us
PHONE NUMBER: (508) 358-3774
41 Cochituate Rd
Wayland, MA  01778

Webster
SUPERINTENDENT: Ruthann Goguen
E-MAIL: rgoguen@webster-schools.org
PHONE NUMBER: (508) 943-0104
41 East Main Street
Webster, MA  01570

Wellesley
SUPERINTENDENT: David Lussier
E-MAIL: david_lussier@wellesley.k12.ma.us
PHONE NUMBER: (781) 446-6210
40 Kingsbury Street
Wellesley, MA  02481

Wellfleet
SUPERINTENDENT: Thomas Conrad
E-MAIL: conradt@nausetschools.org
PHONE NUMBER: (508) 255-8800
78 Eldredge Pkwy
Orleans, MA  02653

West Boylston
SUPERINTENDENT: Richard Meagher
E-MAIL: richardmeagher@wbschools.com
PHONE NUMBER: (508) 835-2917
125 Crescent Street
West Boylston, MA  01583

West Bridgewater
SUPERINTENDENT: Patricia Oakley
E-MAIL: poakley@wbridgewater.com
PHONE NUMBER: (508) 894-1230
2 Spring Street
West Bridgewater, MA  02379

West Springfield
SUPERINTENDENT: Timothy Connor
E-MAIL: connor@wsps.org
PHONE NUMBER: (413) 263-3300
26 Central Street

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

West Springfield, MA  01089

Westborough
SUPERINTENDENT: Amber Bock
E-MAIL: bocka@westboroughk12.org
PHONE NUMBER: (508) 836-7700
200 Friberg Parkway
Westborough, MA  01581

Westfield
SUPERINTENDENT: Stefan Czaporowski
E-MAIL: suptsofc@schoolsofwestfield.org
PHONE NUMBER: (413) 572-6403
1029 North Road
Westfield, MA  01085

Westford
SUPERINTENDENT: Everett Olsen
E-MAIL: bolsen@westfordk12.us
PHONE NUMBER: (978) 692-5560
23 Depot Street
Westford, MA  01886

Westhampton
SUPERINTENDENT: Aaron Osborne
E-MAIL: aosborne@hr-k12.org
PHONE NUMBER: (413) 527-0561
19 Stage Rd
Westhampton, MA  01027

Weston
SUPERINTENDENT: Marguerite Connolly
E-MAIL: connollym@weston.org
PHONE NUMBER: (781) 786-5210
89 Wellesley Street
Weston, MA  02493

Westport
SUPERINTENDENT: Gary Reese
E-MAIL: greese@westportschools.org
PHONE NUMBER: (508) 636-1140
17 Main Rd
Westport, MA  02790

Westwood
SUPERINTENDENT: Emily Parks
E-MAIL: eparks@westwood.k12.ma.us
PHONE NUMBER: (781) 326-7500
220 Nahatan Street
Westwood, MA  02090

Weymouth
SUPERINTENDENT: Jennifer Whipple
E-MAIL: jennifer.whipple@weymouthschools.org
PHONE NUMBER: (781) 335-1460
111 Middle Street

Weymouth, MA  02189

Whately
SUPERINTENDENT: Darius Modestow
E-MAIL: darius.modestow@frsu38.org
PHONE NUMBER: (413) 665-1155
219 Christian Ln Rfd1
South Deerfield, MA  01373

Whitman-hanson
SUPERINTENDENT: Jeffrey Szymaniak
E-MAIL: jeffrey.szymaniak@whrsd.org
PHONE NUMBER: (781) 618-7412
610 Franklin Street
Whitman, MA  02382

Whittier Regional Vocational Technical
SUPERINTENDENT: Maureen Lynch
E-MAIL: superintendentsoffice@whittiertech.org
PHONE NUMBER: (978) 373-4101
115 Amesbury Line Rd
Haverhill, MA  01830

Williamsburg
SUPERINTENDENT: Aaron Osborne
E-MAIL: aosborne@hr-k12.org
PHONE NUMBER: (413) 268-8421
19 Stage Rd
Westhampton, MA  01027

Williamstown
SUPERINTENDENT: Robert Putnam
E-MAIL: rputnam@mgrhs.org
PHONE NUMBER: (413) 458-9582
115 Church Street
Williamstown, MA  01267

Wilmington
SUPERINTENDENT: Glenn Brand
E-MAIL: glenn.brand@wpsk12.com
PHONE NUMBER: (978) 694-6000
161 Church Street
Wilmington, MA  01887

Winchendon
SUPERINTENDENT: Joan Landers
E-MAIL: jlanders@winchendonk12.org
PHONE NUMBER: (978) 297-0031
175 Grove Street
Winchendon, MA  01475

Winchester
SUPERINTENDENT: Judith Evans
E-MAIL: jevans@winchesterps.org
PHONE NUMBER: (781) 721-7000
40 Samoset Road

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Winchester, MA  01890

Winthrop
SUPERINTENDENT: Lisa Howard
E-MAIL: lhoward@winthrop.k12.ma.us
PHONE NUMBER: (617) 846-5500
1 Metcalf Square
Winthrop, MA  02152

Woburn
SUPERINTENDENT: Matthew Crowley
E-MAIL: mcrowley@woburnps.com
PHONE NUMBER: (781) 937-8233
55 Locust Street
Woburn, MA  01801

Worcester
SUPERINTENDENT: Maureen Binienda
E-MAIL: biniendam@worcesterschools.net
PHONE NUMBER: (508) 799-3115
20 Irving Street
Worcester, MA  01609

Worthington
SUPERINTENDENT: Aaron Osborne
E-MAIL: aosborne@hr-k12.org
PHONE NUMBER: (413)527-7200
147 Huntington Road
Worthington, MA  01098

Wrentham
SUPERINTENDENT: Allan Cameron
E-MAIL: camerona@wrentham.k12.ma.us
PHONE NUMBER: (508) 384-5439
120 Taunton Street
Wrentham, MA  02093

Allegany County Public Schools
SUPERINTENDENT: Jeffrey Blank
E-MAIL: jeffrey.s.blank@acpsmd.org
PHONE NUMBER: (301) 759-2000
108 Washington Street
Cumberland, MD  21501

Anne Arundel County Public Schools
SUPERINTENDENT: George Arlotto
E-MAIL: garlotto@aacps.org
PHONE NUMBER: (410) 222-5000
2644 Riva Road
Annapolis, MD  21401

Baltimore City Public Schools
SUPERINTENDENT: Sonja Santelises
E-MAIL: sbsantelises@bcps.k12.md.us
PHONE NUMBER: (443) 984-2000
200 East North Avenue

Baltimore, MD  21202

Baltimore County Public Schools
SUPERINTENDENT: Verletta White
E-MAIL: vwhite@bcps.org
PHONE NUMBER: (410) 887-4554
6901 North Charles Street
Baltimore, MD  21204

Calvert County Public Schools
SUPERINTENDENT: Daniel Curry
E-MAIL: curryd@calvertnet.k12.md.us
PHONE NUMBER: (410) 535-1700
1305 Dares Beach Road
Prince Frederick, MD  20678

Caroline County Public Schools
SUPERINTENDENT: Patricia Saelens
E-MAIL: saelens.patricia@ccpsstaff.org
PHONE NUMBER: (410) 479-1460
204 Franklin Street
Denton, MD  21629

Carroll County Public Schools
SUPERINTENDENT: Steven Lockard
E-MAIL: steven.lockard@carrollk12.org
PHONE NUMBER: (410) 751-3000
125 North Court Street
Westminster, MD  21157

Cecil County Public Schools
SUPERINTENDENT: Jeffrey Lawson
E-MAIL: jalawson@ccps.org
PHONE NUMBER: (410) 996-5400
201 Booth Street
Elkton, MD  21921

Charles County Public Schools
SUPERINTENDENT: Kimberly Hill
E-MAIL: khill@ccboe.com
PHONE NUMBER: (301) 932-6610
5980 Radio Station Road
La Plata, MD  20646

Dorchester County Public Schools
SUPERINTENDENT: David Bromwell
E-MAIL: bromwelld@dcpsmd.org
PHONE NUMBER: (410) 228-4747
700 Glasgow Street
Cambridge, MD  21613

Frederick County Public Schools
SUPERINTENDENT: Theresa Alban
E-MAIL: superintendent@fcps.org
PHONE NUMBER: (301) 644-5000
191 South East Street

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Frederick, MD  21701

Garrett County Public Schools
SUPERINTENDENT: Barbara Baker
E-MAIL: barbara.baker@garrettcountyschools.org
PHONE NUMBER: (301) 334-8900
40 South Second Street
Oakland, MD  21550

Harford County Public Schools
SUPERINTENDENT: Sean Bulson
E-MAIL: sean.bulson@hcps.org
PHONE NUMBER: (410) 838-7300
102 South Hickory Avenue
Bel Air, MD  21014

Howard County Public Schools
SUPERINTENDENT: Michael Martirano
E-MAIL: superintendent@hcpss.org
PHONE NUMBER: (410) 313-6600
10910 Route 108
Ellicott City, MD  21042

Kent County Public Schools
SUPERINTENDENT: Karen Couch
E-MAIL: kcouch@kent.k12.md.us
PHONE NUMBER: (410) 778-1595
5608 Boundary Avenue
Rock Hall, MD  21661

Montgomery County Public Schools
SUPERINTENDENT: Jack Smith
E-MAIL: jack_smith@mcpsmd.org
PHONE NUMBER: (301) 279-3391
850 Hungerford Drive
Rockville, MD  20850

Prince George'S County Public Schools
SUPERINTENDENT: Monica Goldson
E-MAIL: ceo@pgcps.org
PHONE NUMBER: (301) 952-6000
14201 School Lane
Upper Marlboro, MD  20772

Queen Anne'S County Public Schools
SUPERINTENDENT: Andrea Kane
E-MAIL: andrea.kane@qacps.org
PHONE NUMBER: (410) 758-2403
202 Chesterfield Avenue
Centreville, MD  21617

Seed School Of Maryland
SUPERINTENDENT: Jon Tucker
E-MAIL: jtucker@seedschoolmd.org
PHONE NUMBER: (410) 843-9477
200 Font Hill Avenue

Baltimore, MD  21223

Somerset County Public Schools
SUPERINTENDENT: John Gaddis
E-MAIL: jgaddis@somerset.k12.md.us
PHONE NUMBER: (410) 651-1616
7982-A Tawes Campus Drive
Westover, MD  21871

St. Mary'S County Public Schools
SUPERINTENDENT: James Smith
E-MAIL: jssmith@smcps.org
PHONE NUMBER: (301) 475-5511
23160 Moakley Street
Leonardtown, MD  20650

Talbot County Public Schools
SUPERINTENDENT: Kelly Griffith
E-MAIL: kgriffith@talbotschools.org
PHONE NUMBER: (410) 822-0330
12 Magnolia Street
Easton, MD  21601

Washingtion County Public Schools
SUPERINTENDENT: Boyd Michael
E-MAIL: michaboy@wcps.k12.md.us
PHONE NUMBER: (301) 766-2800
820 Commonwealth Avenue
Hagerstown, MD  21740

Wicomico County Public Schools
SUPERINTENDENT: Donna Hanlin
E-MAIL: dhanlin@wcboe.org
PHONE NUMBER: (410) 677-4400
101 Long Avenue
Salisbury, MD  21802

Worcester County Public Schools
SUPERINTENDENT: Louis Taylor
E-MAIL: lhtaylor@mail.worcester.k12.md.us
PHONE NUMBER: (410) 632-5000
6270 Worcester Highway
Newark, MD  21841

Acton Public Schools
SUPERINTENDENT: Jonathan Ross
E-MAIL: jross@actonschool.org
PHONE NUMBER: (207) 636-2100
700 Milton Mills Road
Acton, ME  04001

Airline Csd
SUPERINTENDENT: James Stoneton
E-MAIL: j.stoneton@cdsedu.org
PHONE NUMBER: (207)825-3364
19 School Street

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Orrington, ME  04474

Alexander Public Schools
SUPERINTENDENT: Ronald Jenkins
E-MAIL: ronaldjenkins@calaisschools.org
PHONE NUMBER: (207) 454-7561
32 Blue Devil Hill
Calais, ME  04691

Andover Public Schools
SUPERINTENDENT: Susan Pratt
E-MAIL: SPratt@andoverschoolmaine.org
PHONE NUMBER: (207)392-4381
85 Pine Street
Andover, ME  04216

Appleton Public Schools
SUPERINTENDENT: Judy Baseman
E-MAIL: basemanjudith@aasd.k12.wi.us
PHONE NUMBER: (207) 763-3818
431 Camden Road Suite 2
Hope, ME  04847

Arthur R. Gould Sch--lcydc
SUPERINTENDENT: Caroline Raymond
E-MAIL: caroline.raymond@maine.gov
PHONE NUMBER: (207) 822-2617
675 Westbrook Street
South Portland, ME  04106

Athens Public Schools
SUPERINTENDENT: Kevin Jordan
E-MAIL: kjordan@aos94.org
PHONE NUMBER: (207) 654-2561
8 Fox Hill Road
Athens, ME  04912

Auburn Public Schools
SUPERINTENDENT: Cornelia Brown
E-MAIL: cbrown@auburnschl.edu
PHONE NUMBER: (207) 784-6431
60 Court St 4Th Floor   8
Auburn, ME  04210

Augusta Public Schools
SUPERINTENDENT: James Anastasio
E-MAIL: janastasio@augustaschools.org
PHONE NUMBER: (207) 626-2468
12 Gedney Street
Augusta, ME  04330

Baileyville Public Schools
SUPERINTENDENT: Patricia Metta
E-MAIL: super.a@aos90.org
PHONE NUMBER: (207) 427-6913
63 Broadway

Baileyville, ME  04694

Bancroft Public Schools
SUPERINTENDENT: Margaret White
E-MAIL: mwhite@eastgrandschool.org
PHONE NUMBER: (207) 448-2882
31A Houlton Road
Danforth, ME  04424

Bangor Public Schools
SUPERINTENDENT: Betsy Webb
E-MAIL: bwebb@bangorschools.net
PHONE NUMBER: (207) 992-4152
73 Harlow Street
Bangor, ME  04401

Bangor-region 4
SUPERINTENDENT: Greg Miller
E-MAIL: gmiller@utc4me.org
PHONE NUMBER: (207) 942-5296
200 Hogan Road
Bangor, ME  04401

Bar Harbor Public Schools
SUPERINTENDENT: Marc Gousse
E-MAIL: marc.gousse@mdirss.org
PHONE NUMBER: (207) 288-5049
1081 Eagle Lake Road
Mount Desert, ME  04660

Baring Plt Public Schools
SUPERINTENDENT: Ronald Jenkins
E-MAIL: ronaldjenkins@calaisschools.org
PHONE NUMBER: (207) 853-2567
32 Blue Devil Hill
Calais, ME  04619

Beals Public Schools
SUPERINTENDENT: Lewis Collins
E-MAIL: lewis.collins@union103.org
PHONE NUMBER: (207) 497-2154
127 Snare Creek Lane
Jonesport, ME  04649

Beatrice Rafferty School
SUPERINTENDENT: Dan Morang
E-MAIL: daniel.morang50@gmail.com
PHONE NUMBER: (207) 853-6085
22 Bayview Dr, Pleasant Point
Perry, ME  04667

Beddington Public Schools
SUPERINTENDENT: Ronald Ramsay
E-MAIL: rramsay@msad37.org
PHONE NUMBER: (207) 483-2734
1020 Sacarap Road

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Harrington, ME  04643

Biddeford Public Schools
SUPERINTENDENT: Jeremy Ray
E-MAIL: jray@biddefordschools.me
PHONE NUMBER: (207) 282-8280
18 Maplewood Avenue
Biddeford, ME  04005

Blue Hill Public Schools
SUPERINTENDENT: Joel Ruybalid
E-MAIL: joelruybalid@bluehillschools.org
PHONE NUMBER: (207) 374-9927
20 Hinckley Ridge Road
Blue Hill, ME  04614

Boothbay-boothbay Hbr Csd
SUPERINTENDENT: Keith Laser
E-MAIL: klaser@aos98schools.org
PHONE NUMBER: (207) 633-2874
51 Emery Lane
Boothbay Harbor, ME  04538

Bowerbank Public Schools
SUPERINTENDENT: Ann Bridge
E-MAIL: abridge123@myfairpoint.net
PHONE NUMBER: (207) 876-4418
24 Hayes Road
Parkman, ME  04443

Bremen Public Schools
SUPERINTENDENT: Craig Jurgensen
E-MAIL: cjurgensen@aos93.org
PHONE NUMBER: (207) 563-3044
767 Main Street #1-A
Damariscotta, ME  04543

Brewer Public Schools
SUPERINTENDENT: Gregg Palmer
E-MAIL: gpalmer@breweredu.org
PHONE NUMBER: (207) 989-3160
261 Center Street
Brewer, ME  04412

Bridgewater Public Schools
SUPERINTENDENT: Elaine Boulier
E-MAIL: eboulier@sad42.us
PHONE NUMBER: (207) 425-3771
35 Pleasant Street
Mars Hill, ME  04758

Bristol Public Schools
SUPERINTENDENT: Craig Jurgensen
E-MAIL: cjurgensen@aos93.org
PHONE NUMBER: (207) 563-3044
767 Main Street #1-A

Damariscotta, ME  04543

Brooklin Public Schools
SUPERINTENDENT: Christian Elkington
E-MAIL: celkington@su76.org
PHONE NUMBER: (207) 359-2133
41 School Street
Brooklin, ME  04616

Brooksville Public Schools
SUPERINTENDENT: Mark Hurvitt
E-MAIL: mhurvitt@schoolunion93.org
PHONE NUMBER: (207) 374-9927
20 Hinckley Ridge Road
Blue Hill, ME  04614

Brunswick Public Schools
SUPERINTENDENT: Phil Potenziano
E-MAIL: ppotenziano@brunswick.k12.me.us
PHONE NUMBER: (207) 319-1900
46 Federal Street
Brunswick, ME  04011

Brunswick-region 10
SUPERINTENDENT: Nancy Weed
E-MAIL: weed@r10tech.org
PHONE NUMBER: (207) 729-6622
68 Church Road
Brunswick, ME  04011

Burlington Public Schools
SUPERINTENDENT: Eric Conti
E-MAIL: conti@bpsk12.org
PHONE NUMBER: (207) 732-3985
1523 Long Ridge Road
Burlington, ME  04417

Calais Public Schools
SUPERINTENDENT: Ronald Jenkins
E-MAIL: ronaldjenkins@calaisschools.org
PHONE NUMBER: (207) 454-2591
32 Blue Devil Hill
Calais, ME  04619

Cape Elizabeth Public Schools
SUPERINTENDENT: Donna Wolfrom
E-MAIL: dwolfrom@capeelizabethschools.org
PHONE NUMBER: (207) 799-2217
320 Ocean House Road
Cape Elizabeth, ME  04107

Carrabassett Valley Public Schools
SUPERINTENDENT: George Joseph
E-MAIL: gjoseph@carrabassettvalley.org
PHONE NUMBER: (207) 235-2645
26 Clyde Wells Road

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Fayette, ME  04349

Carroll Plt Public Schools
SUPERINTENDENT: Patricia Metta
E-MAIL: super.a@aos90.org
PHONE NUMBER: (207) 427-6913
63 Broadway
Baileyville, ME  04694

Castine Public Schools
SUPERINTENDENT: Mark Hurvitt
E-MAIL: mhurvitt@schoolunion93.org
PHONE NUMBER: (207) 374-9927
20 Hinckley Ridge Road
Blue Hill, ME  04614

Caswell Public Schools
SUPERINTENDENT: William Dobbins
E-MAIL: wdobbins@caswellme.org
PHONE NUMBER: (207) 325-4611
1025 Van Buren Road
Caswell, ME  04750

Chebeague Island Public Schools
SUPERINTENDENT: Ann Kirkpatrick
E-MAIL: kirkpatrick@chebeagueschool.net
PHONE NUMBER: (207) 846-4162
14 School House Road
Chebeague Island, ME  04017

Cherryfield Public Schools
SUPERINTENDENT: Katherine Mayo
E-MAIL: kmayo@cherryfieldschool.org
PHONE NUMBER: (207) 546-7770
No Physical Location Available
Cherryfield, ME  04622

Cooper Public Schools
SUPERINTENDENT: Patricia Metta
E-MAIL: super.a@aos90.org
PHONE NUMBER: (207) 427-6913
63 Broadway
Baileyville, ME  04694

Cranberry Isles Public Schools
SUPERINTENDENT: Marc Gousse
E-MAIL: marc.gousse@mdirss.org
PHONE NUMBER: (207) 288-5049
1081 Eagle Lake Road
Mount Desert, ME  04660

Crawford Public Schools
SUPERINTENDENT: Ronald Jenkins
E-MAIL: ronaldjenkins@calaisschools.org
PHONE NUMBER: (207) 853-2567
32 Blue Devil Hill

Calais, ME  04619

Cutler Public Schools
SUPERINTENDENT: Scott Porter
E-MAIL: super@aos96.org
PHONE NUMBER: (207) 255-6585
291 Court Street
Machias, ME  04654

Damariscotta Public Schools
SUPERINTENDENT: Craig Jurgensen
E-MAIL: cjurgensen@aos93.org
PHONE NUMBER: (207) 563-3044
767 Main Street #1-A
Damariscotta, ME  04543

Dayton Public Schools
SUPERINTENDENT: Jeremy Ray
E-MAIL: jray@biddefordschools.me
PHONE NUMBER: (207)282-8280
21 Clarks Mills Road
Dayton, ME  04005

Deblois Public Schools
SUPERINTENDENT: Ronald Ramsay
E-MAIL: rramsay@msad37.org
PHONE NUMBER: (207) 483-2734
1020 Sacarap Road
Harrington, ME  04643

Dedham Public Schools
SUPERINTENDENT: James Stoneton
E-MAIL: j.stoneton@cdsedu.org
PHONE NUMBER: (207)825-3364
2065 Main Road
Dedham, ME  04429

Deer Isle-stonington Csd
SUPERINTENDENT: Christian Elkington
E-MAIL: celkington@su76.org
PHONE NUMBER: (207) 348-9100
251 N Deer Isle Road #1
Deer Isle, ME  04627

Dennistown Plt Public Schools
SUPERINTENDENT: Chris Downing
E-MAIL: cdowning@rsu20.org
PHONE NUMBER: (207) 668-7694
1022 Waterville Rd
Waldo, ME  04915

Dennysville Public Schools
SUPERINTENDENT: Ken Johnson
E-MAIL: superintendent@shead.org
PHONE NUMBER: (207)853-2567
100 High Street

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Eastport, ME  04631

Drew Plt Public Schools
SUPERINTENDENT: Patricia Metta
E-MAIL: super.a@aos90.org
PHONE NUMBER: (207) 427-6913
63 Broadway
Baileyville, ME  04694

East Machias Public Schools
SUPERINTENDENT: Scott Porter
E-MAIL: super@aos96.org
PHONE NUMBER: (207) 255-6585
291 Court Street
Machias, ME  04654

East Millinocket Public Schools
SUPERINTENDENT: Eric Steeves
E-MAIL: esteeves@emmm.org
PHONE NUMBER: (207) 746-3500
45 North St Ste 2
East Millinocket, ME  04430

East Range Csd
SUPERINTENDENT: Patricia Metta
E-MAIL: super.a@aos90.org
PHONE NUMBER: (207) 427-6913
63 Broadway
Baileyville, ME  04694

Easton Public Schools
SUPERINTENDENT: Roger Shaw
E-MAIL: roger.shaw@eastonschools.org
PHONE NUMBER: (207) 488-7700
33 Bangor Rd   126
Easton, ME  04740

Eastport Public Schools
SUPERINTENDENT: Ken Johnson
E-MAIL: superintendent@shead.org
PHONE NUMBER: (207)853-2567
100 High Street
Eastport, ME  04631

Edgecomb Public Schools
SUPERINTENDENT: Keith Laser
E-MAIL: klaser@aos98schools.org
PHONE NUMBER: (207) 633-2874
51 Emery Lane
Boothbay Harbor, ME  04538

Education In Unorganized Terr
SUPERINTENDENT: Shelley Lane
E-MAIL: shelley.b.lane@maine.gov
PHONE NUMBER: (207) 624-6892
23 State House Sta--Doe

Augusta, ME  04333

Ellsworth Public Schools
SUPERINTENDENT: Daniel Higgins
E-MAIL: dhiggins@ellsworthschools.org
PHONE NUMBER: (207) 669-7100
66 Main Street
Ellsworth, ME  04605

Eustis Public Schools
SUPERINTENDENT: Mike Shea
E-MAIL: mshea@strattonschool.org
PHONE NUMBER: (207)246-2283
65 School Street
Stratton, ME  04982

Falmouth Public Schools
SUPERINTENDENT: Geoff Bruno
E-MAIL: gbruno@falmouthschools.org
PHONE NUMBER: (207) 781-3200
51 Woodville Road
Falmouth, ME  04105

Fayette Public Schools
SUPERINTENDENT: James Hodgkin
E-MAIL: jhodgkin@winthropschools.org
PHONE NUMBER: (207) 377-2296
17A Highland Avenue
Winthrop, ME  04364

Five Town Csd
SUPERINTENDENT: Maria Libby
E-MAIL: maria.libby@fivetowns.net
PHONE NUMBER: (207) 236-3358
7 Lions Lane
Camden, ME  04843

Frenchboro Public Schools
SUPERINTENDENT: Marc Gousse
E-MAIL: marc.gousse@mdirss.org
PHONE NUMBER: (207) 288-5049
1081 Eagle Lake Road
Mount Desert, ME  04660

Georgetown Public Schools
SUPERINTENDENT: Keith Laser
E-MAIL: klaser@aos98schools.org
PHONE NUMBER: (207) 633-2874
51 Emery Lane
Boothbay Harbor, ME  04538

Gilead Public Schools
SUPERINTENDENT: David Murphy
E-MAIL: murphyd@sad44.org
PHONE NUMBER: (207) 824-2185
One Parkway Suite 204

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Bethel, ME  04217

Glenburn Public Schools
SUPERINTENDENT: Richard Modery
E-MAIL: moderyr@glenburnschool.us
PHONE NUMBER: (207) 942-4405
983 Hudson Road
Glenburn, ME  04401

Glenwood Plt Public Schools
SUPERINTENDENT: Mary Mclean
E-MAIL: mamclean@rsu71.org
PHONE NUMBER: (207) 338-1790
98 Waldo Avenue
Belfast, ME  04915

Gorham Public Schools
SUPERINTENDENT: Heather Perry
E-MAIL: heather.perry@gorhamschools.org
PHONE NUMBER: (207) 222-1000
75 South St Suite 2
Gorham, ME  04038

Grand Isle Public Schools
SUPERINTENDENT: Gisele Dionne
E-MAIL: gisele@madawaskaschools.org
PHONE NUMBER: (207) 728-3346
328 St Thomas St Suite 201
Madawaska, ME  04756

Grand Lake Stream Plt School Dept
SUPERINTENDENT: Patricia Metta
E-MAIL: super.a@aos90.org
PHONE NUMBER: (207) 427-6913
63 Broadway
Baileyville, ME  04694

Great Salt Bay Csd
SUPERINTENDENT: Craig Jurgensen
E-MAIL: cjurgensen@aos93.org
PHONE NUMBER: (207) 563-3044
767 Main Street #1-A
Damariscotta, ME  04543

Greenbush Public Schools
SUPERINTENDENT: Gwen Smith
E-MAIL: gsmith@hsdgreenbush.org
PHONE NUMBER: (207) 826-2000
129 Military Road
Greenbush, ME  04418

Greenville Public Schools
SUPERINTENDENT: Lee Pearsall
E-MAIL: lee.pearsall@ghslakers.org
PHONE NUMBER: (207) 695-3708
130 Pritham Ave

Greenville, ME  04441

Hancock Public Schools
SUPERINTENDENT: Katrina Kane
E-MAIL: kkane@hancockgrammar.org
PHONE NUMBER: (207)664-7199
66 Main Street Suite 201
Ellsworth, ME  04605

Harmony Public Schools
SUPERINTENDENT: Kevin Jordan
E-MAIL: kjordan@aos94.org
PHONE NUMBER: (207) 924-6000
175 Fern Road Suite 1
Dexter, ME  04930

Hermon Public Schools
SUPERINTENDENT: Gary Gonyar
E-MAIL: gary.gonyar@schools.hermon.net
PHONE NUMBER: (207) 848-1010
333 Billings Road
Hermon, ME  04401

Highland Plt Public Schools
SUPERINTENDENT: Todd Sanders
E-MAIL: tsanders@msad58.org
PHONE NUMBER: (207) 639-2086
No Physical Location Available
North New Portland, ME  04961

Hope Public Schools
SUPERINTENDENT: Kathryn Clark
E-MAIL: kate.clark@fivetowns.net
PHONE NUMBER: (207) 763-3818
431 Camden Road Suite 2
Hope, ME  04847

Houlton-region 2
SUPERINTENDENT: Dave Keaton
E-MAIL: dkeaton@regiontwo.org
PHONE NUMBER: (207) 532-9541
5 Bird St   307
Houlton, ME  04730

Indian Island
SUPERINTENDENT: Linda Mcleod
E-MAIL: linda.mcleod@bie.edu
PHONE NUMBER: (207) 454-2126
39A Union Street
Calais, ME  04619

Indian Island School
SUPERINTENDENT: Linda Mcleod
E-MAIL: linda.mcleod@bie.edu
PHONE NUMBER: (207) 827-4285
10 Wabanaki Way

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Indian Island, ME  04468

Indian Township
SUPERINTENDENT: Linda Mcleod
E-MAIL: linda.mcleod@bie.edu
PHONE NUMBER: (207) 454-2126
39A Union Street
Calais, ME  04619

Isle Au Haut Public Schools
SUPERINTENDENT: Christian Elkington
E-MAIL: celkington@su76.org
PHONE NUMBER: (207) 348-9100
251 N Deer Isle Road #1
Deer Isle, ME  04627

Islesboro Public Schools
SUPERINTENDENT: Charles Hamm
E-MAIL: chamm@icspathways.org
PHONE NUMBER: (207) 734-2251
No Physical Location Available
Islesboro, ME  04848

Jefferson Public Schools
SUPERINTENDENT: Craig Jurgensen
E-MAIL: cjurgensen@aos93.org
PHONE NUMBER: (207) 563-3044
767 Main Street #1-A
Damariscotta, ME  04543

Jonesboro Public Schools
SUPERINTENDENT: Scott Porter
E-MAIL: super@aos96.org
PHONE NUMBER: (207) 255-6585
291 Court Street
Machias, ME  04654

Jonesport Public Schools
SUPERINTENDENT: Lewis Collins
E-MAIL: lewis.collins@union103.org
PHONE NUMBER: (207) 497-2154
127 Snare Creek Lane
Jonesport, ME  04649

Kingsbury Plt Public Schools
SUPERINTENDENT: Lee Pearsall
E-MAIL: lee.pearsall@ghslakers.org
PHONE NUMBER: (207) 695-3708
130 Pritham Ave
Greenville, ME  04441

Kittery Public Schools
SUPERINTENDENT: Eric Waddell
E-MAIL: ewaddell@kitteryschools.com
PHONE NUMBER: (207) 475-1334
200 Rogers Road

Kittery, ME  03904

Lakeville Public Schools
SUPERINTENDENT: Patricia Metta
E-MAIL: super.a@aos90.org
PHONE NUMBER: (207) 427-6913
63 Broadway
Baileyville, ME  04694

Lamoine Public Schools
SUPERINTENDENT: Katrina Kane
E-MAIL: kkane@lamoineconsolidated.org
PHONE NUMBER: (207)664-7199
66 Main St.  Suite 201
Ellsworth, ME  04605

Lewiston Public Schools
SUPERINTENDENT: Jake Langlais
E-MAIL: jlanglais@lewistonpublicschools.org
PHONE NUMBER: (207) 795-4100
Dingley Bldg 36 Oak St
Lewiston, ME  04240

Lincoln-region 3
SUPERINTENDENT: Curt Ring
E-MAIL: cring@nptregioniii.com
PHONE NUMBER: (207) 794-3004
35 West Broadway
Lincoln, ME  04457

Lincolnville Public Schools
SUPERINTENDENT: Kathryn Clark
E-MAIL: kate.clark@fivetowns.net
PHONE NUMBER: (207) 763-3818
431 Camden Road Suite 2
Hope, ME  04847

Lisbon Public Schools
SUPERINTENDENT: Richard Green
E-MAIL: rgreen@lisbonschoolsme.org
PHONE NUMBER: (207) 353-6711
19 Gartley Street
Lisbon, ME  04250

Long Island Public Schools
SUPERINTENDENT: Barbara Powers
E-MAIL: bspowers1951@gmail.com
PHONE NUMBER: (207) 766-4414
33 Fern Avenue
Long Island, ME  04050

Lowell Public Schools
SUPERINTENDENT: Joel Boyd
E-MAIL: superintendent@lowell.k12.ma.us
PHONE NUMBER: (207) 794-2721
28 School Street

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Lincoln, ME  04457

Machias Public Schools
SUPERINTENDENT: Scott Porter
E-MAIL: super@aos96.org
PHONE NUMBER: (207) 255-6585
291 Court Street
Machias, ME  04654

Machiasport Public Schools
SUPERINTENDENT: Scott Porter
E-MAIL: super@aos96.org
PHONE NUMBER: (207) 255-6585
291 Court Street
Machias, ME  04654

Macwahoc Plt School Dept
SUPERINTENDENT: Patricia Metta
E-MAIL: super.a@aos90.org
PHONE NUMBER: (207) 427-6913
63 Broadway
Baileyville, ME  04694

Madawaska Public Schools
SUPERINTENDENT: Gisele Dionne
E-MAIL: gisele@madawaskaschools.org
PHONE NUMBER: (207) 728-3346
328 St Thomas St Suite 201
Madawaska, ME  04756

Marshfield Public Schools
SUPERINTENDENT: Scott Porter
E-MAIL: super@aos96.org
PHONE NUMBER: (207) 255-6585
291 Court Street
Machias, ME  04654

Me Educational Ctr For The Deaf & Hard Of Hearing
SUPERINTENDENT: Owen Logue
E-MAIL: owen.logue@mecdhh.org
PHONE NUMBER: (207) 781-6284
One Mackworth Island
Falmouth, ME  04105

Me Sch Of Science & Mathematics
SUPERINTENDENT: David Pearson
E-MAIL: pearsond@mssm.org
PHONE NUMBER: (207) 325-3303
95 High Street
Limestone, ME  04750

Meddybemps Public Schools
SUPERINTENDENT: Patricia Metta
E-MAIL: super.a@aos90.org
PHONE NUMBER: (207) 427-6913
63 Broadway

Baileyville, ME  04694

Medford Public Schools
SUPERINTENDENT: Marice Vincent
E-MAIL: medouardvincent@medford.k12.ma.us
PHONE NUMBER: (207)827-7171
492 North Road
Medford, ME  04453

Medway Public Schools
SUPERINTENDENT: Armand Pires
E-MAIL: apires@medwayschools.org
PHONE NUMBER: (207) 746-3500
45 North St Ste 2
East Millinocket, ME  04430

Milford Public Schools
SUPERINTENDENT: Trish Clark
E-MAIL: tclark@milfordsd.org
PHONE NUMBER: (207) 827-2252
13 School Street
Milford, ME  04461

Millinocket Public Schools
SUPERINTENDENT: Frank Boynton
E-MAIL: fboynton@millinocketschools.org
PHONE NUMBER: (207) 723-6400
No Physical Location Available
Millinocket, ME  04462

Monhegan Plt School Dept
SUPERINTENDENT: Tonya Arnold
E-MAIL: supermonhegan@gmail.com
PHONE NUMBER: (207) 844-0666
45 Wentworth Rd
Lincolnville, ME  04849

Moosabec Csd
SUPERINTENDENT: Lewis Collins
E-MAIL: lewis.collins@union103.org
PHONE NUMBER: (207) 497-2154
127 Snare Creek Lane
Jonesport, ME  04649

Mount Desert Public Schools
SUPERINTENDENT: Marc Gousse
E-MAIL: marc.gousse@mdirss.org
PHONE NUMBER: (207) 288-5049
1081 Eagle Lake Road
Mount Desert, ME  04660

Mountain View Youth Dev Ctr
SUPERINTENDENT: Jeff Morin
E-MAIL: jeff.morin@maine.gov
PHONE NUMBER: (207) 285-0880
1182 Dover Road

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Charleston, ME  04422

Msad 10
SUPERINTENDENT: Benjamin Sirois
E-MAIL: bsirois@vuesc.org
PHONE NUMBER: (207) 834-3189
84 Pleasant Street  Suite 1
Fort Kent, ME  04743

Msad 27
SUPERINTENDENT: Benjamin Sirois
E-MAIL: benjaminsirois@sad27.org
PHONE NUMBER: (207) 834-3189
84 Pleasant Street  Suite 1
Fort Kent, ME  04743

Msad 46
SUPERINTENDENT: Kevin Jordan
E-MAIL: kjordan@aos94.org
PHONE NUMBER: (207) 924-6000
175 Fern Road Suite 1
Dexter, ME  04930

Msad 76
SUPERINTENDENT: Marc Gousse
E-MAIL: marc.gousse@mdirss.org
PHONE NUMBER: (207) 288-5049
1081 Eagle Lake Road
Mount Desert, ME  04660

Mt Desert Csd
SUPERINTENDENT: Marc Gousse
E-MAIL: marc.gousse@mdirss.org
PHONE NUMBER: (207) 288-5049
1081 Eagle Lake Road
Mount Desert, ME  04660

Nashville Plt Public Schools
SUPERINTENDENT: Gehrig Johnson
E-MAIL: gjohnson@sad32.org
PHONE NUMBER: (207) 435-3661
190 Presque Isle Rd
Ashland, ME  04732

New Sweden Public Schools
SUPERINTENDENT: Karla Michaud
E-MAIL: karla.michaud@schoolunion122.net
PHONE NUMBER: (207) 498-8436
843 Woodland Ctr Rd Ste 3
Woodland, ME  04736

Newcastle Public Schools
SUPERINTENDENT: Craig Jurgensen
E-MAIL: cjurgensen@aos93.org
PHONE NUMBER: (207) 563-3044
767 Main Street #1-A

Damariscotta, ME  04543

Nobleboro Public Schools
SUPERINTENDENT: Craig Jurgensen
E-MAIL: cjurgensen@aos93.org
PHONE NUMBER: (207) 563-3044
767 Main Street #1-A
Damariscotta, ME  04543

Northfield Public Schools
SUPERINTENDENT: Scott Porter
E-MAIL: super@aos96.org
PHONE NUMBER: (207) 255-6585
291 Court Street
Machias, ME  04654

Northport Public Schools
SUPERINTENDENT: Neil Wetherbee
E-MAIL: nwetherbee@northportps.org
PHONE NUMBER: (207)338-3430
56 Bayside Rd
Northport, ME  04849

Orient Public Schools
SUPERINTENDENT: Richard Malone
E-MAIL: rmalone@oysterponds.org
PHONE NUMBER: (207) 448-2882
31A Houlton Road
Danforth, ME  04424

Orrington Public Schools
SUPERINTENDENT: James Stoneton
E-MAIL: j.stoneton@cdsedu.org
PHONE NUMBER: (207) 825-3697
19 School Street
Orrington, ME  04474

Otis Public Schools
SUPERINTENDENT: Nichole Pothier
E-MAIL: npothier@beechhillschool.org
PHONE NUMBER: (207) 537-2203
105 Otis Road
Otis, ME  04605

Oxford-region 11
SUPERINTENDENT: Paul Bickford
E-MAIL: p.bickford@msad17.org
PHONE NUMBER: (207) 743-7756
256 Main St.
South Paris, ME  04281

Pembroke Public Schools
SUPERINTENDENT: Ken Johnson
E-MAIL: superintendent@shead.org
PHONE NUMBER: (207)853-2567
100 High Street

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Eastport, ME  04631

Penobscot Public Schools
SUPERINTENDENT: Mark Hurvitt
E-MAIL: mhurvitt@schoolunion93.org
PHONE NUMBER: (207) 374-9927
20 Hinckley Ridge Road
Blue Hill, ME  04614

Perry Public Schools
SUPERINTENDENT: Ken Johnson
E-MAIL: superintendent@shead.org
PHONE NUMBER: (207)853-2567
100 High Street
Eastport, ME  04631

Pleasant Point
SUPERINTENDENT: Linda Mcleod
E-MAIL: linda.mcleod@bie.edu
PHONE NUMBER: (207) 454-2126
39A Union Street
Calais, ME  04619

Pleasant Ridge Plt School Dept
SUPERINTENDENT: Chris Downing
E-MAIL: cdowning@rsu20.org
PHONE NUMBER: (207) 342-4070
1022 Waterville Rd.
Waldo, ME  04915

Portage Lake Public Schools
SUPERINTENDENT: Gehrig Johnson
E-MAIL: gjohnson@sad32.org
PHONE NUMBER: (207) 435-3661
190 Presque Isle Rd
Ashland, ME  04732

Portland Public Schools
SUPERINTENDENT: Xavier Botana
E-MAIL: superintendent@portlandschools.org
PHONE NUMBER: (207) 874-8100
353 Cumberland Ave
Portland, ME  04103

Princeton Public Schools
SUPERINTENDENT: Patricia Metta
E-MAIL: super.a@aos90.org
PHONE NUMBER: (207) 427-6913
289 Main St
Princeton, ME  04668

Reed Plt Public Schools
SUPERINTENDENT: Patricia Metta
E-MAIL: super.a@aos90.org
PHONE NUMBER: (207) 427-6913
63 Broadway

Baileyville, ME  04694

Robbinston Public Schools
SUPERINTENDENT: Ronald Jenkins
E-MAIL: ronaldjenkins@calaisschools.org
PHONE NUMBER: (207)454-7561
32 Blue Devil Hill
Calais, ME  04619

Rockland-region 8
SUPERINTENDENT: Robert Deetjen
E-MAIL: rdeetjen@mcst8.org
PHONE NUMBER: (207) 594-2161
One Main Street
Rockland, ME  04841

Roque Bluffs Public Schools
SUPERINTENDENT: Scott Porter
E-MAIL: super@aos96.org
PHONE NUMBER: (207) 255-6585
291 Court Street
Machias, ME  04654

Rsu 01 - Lkrsu
SUPERINTENDENT: Patrick Manuel
E-MAIL: pmanuel@rsu1.org
PHONE NUMBER: (207) 443-6601
34 Wing Farm Parkway
Bath, ME  04530

Rsu 02
SUPERINTENDENT: Mary Paine
E-MAIL: mpaine@kidsrsu.org
PHONE NUMBER: (207) 622-6351
7 Reed Street
Hallowell, ME  04347

Rsu 03/msad 03
SUPERINTENDENT: Charles Brown
E-MAIL: cbrown@rsu3.org
PHONE NUMBER: (207) 948-6136
84 School Street
Unity, ME  04988

Rsu 04
SUPERINTENDENT: Andrew Carlton
E-MAIL: andrew.carlton@rsu4.org
PHONE NUMBER: (207) 375-4273
971 Gardiner Road
Wales, ME  04280

Rsu 05
SUPERINTENDENT: Becky Foley
E-MAIL: foleyb@rsu5.org
PHONE NUMBER: (207) 865-0928
17 West Street

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Freeport, ME  04032

Rsu 06/msad 06
SUPERINTENDENT: Paul Penna
E-MAIL: ppenna@bonnyeagle.org
PHONE NUMBER: (207) 929-3831
94 Main Street
Buxton, ME  04093

Rsu 07/msad 07
SUPERINTENDENT: Peter Gallace
E-MAIL: pgallace@nhcshawks.org
PHONE NUMBER: (207) 867-4707
93 Pulpit Harbor Road
North Haven, ME  04853

Rsu 08/msad 08
SUPERINTENDENT: Richard Lyons
E-MAIL: rlyons@vinalhavenschool.org
PHONE NUMBER: (207) 863-4800
22 Arcola Lane
Vinalhaven, ME  04863

Rsu 09
SUPERINTENDENT: Tina Meserve
E-MAIL: tmeserve@mtbluersd.org
PHONE NUMBER: (207) 778-6571
129 Seamon Road
Farmington, ME  04938

Rsu 10
SUPERINTENDENT: Deb Alden
E-MAIL: dalden@rsu10.org
PHONE NUMBER: (207) 562-7254
33 Nash Street
Dixfield, ME  04224

Rsu 11/msad 11
SUPERINTENDENT: Patricia Hopkins
E-MAIL: phopkins@msad11.org
PHONE NUMBER: (207) 582-5346
150 Highland Avenue
Gardiner, ME  04345

Rsu 12
SUPERINTENDENT: Howard Tuttle
E-MAIL: htuttle@svrsu.org
PHONE NUMBER: (207) 549-3261
665 Patricktown Road
Somerville, ME  04348

Rsu 13
SUPERINTENDENT: John Mcdonald
E-MAIL: jmcdonald@rsu13.org
PHONE NUMBER: (207) 596-6620
28 Lincoln Street

Rockland, ME  04841

Rsu 14
SUPERINTENDENT: Christopher Howell
E-MAIL: chowell@rsu14.org
PHONE NUMBER: (207) 892-1800
228 Windham Center Road
Windham, ME  04062

Rsu 15/msad 15
SUPERINTENDENT: Craig King
E-MAIL: cking@sad15.org
PHONE NUMBER: (207) 657-3335
14 Shaker Road
Gray, ME  04039

Rsu 16
SUPERINTENDENT: Kenneth Healey
E-MAIL: khealey@rsu16.org
PHONE NUMBER: (207) 998-2727
3 Aggregate Road
Poland, ME  04274

Rsu 17/msad 17
SUPERINTENDENT: Richard Colpitts
E-MAIL: r.colpitts@msad17.org
PHONE NUMBER: (207) 743-8972
1570 Main St Ste 11
Oxford, ME  04270

Rsu 18
SUPERINTENDENT: Carl Gartley
E-MAIL: cgartley@rsu18.org
PHONE NUMBER: (207) 465-7384
41 Heath Street
Oakland, ME  04963

Rsu 19
SUPERINTENDENT: Michael Hammer
E-MAIL: mhammer@rsu19.net
PHONE NUMBER: (207) 368-5091
182 Moosehead Trail
Newport, ME  04953

Rsu 20
SUPERINTENDENT: Chris Downing
E-MAIL: cdowning@rsu20.org
PHONE NUMBER: (207) 548-6643
6 Mortland Rd. Searsport
Searsport, ME  04974

Rsu 21
SUPERINTENDENT: Phillip Potenziano
E-MAIL: ppotenziano@rsu21.net
PHONE NUMBER: (207) 985-1100
117 Alewive Road

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Kennebunk, ME  04043

Rsu 22
SUPERINTENDENT: Regan Nickels
E-MAIL: rnickels@rsu22.us
PHONE NUMBER: (207) 862-3255
24 Main Road North
Hampden, ME  04444

Rsu 23
SUPERINTENDENT: John Suttie
E-MAIL: jsuttie@rsu23.org
PHONE NUMBER: (207) 934-5751
28 Jameson Hill Road
Old Orchard Beach, ME  04064

Rsu 24
SUPERINTENDENT: Michael Eastman
E-MAIL: meastman@rsu24.org
PHONE NUMBER: (207) 422-2017
248 State St  Ste 3A
Ellsworth, ME  04605

Rsu 25
SUPERINTENDENT: James Boothby
E-MAIL: jim.boothby@rsu25.org
PHONE NUMBER: (207) 469-7311
62 Mechanic Street
Bucksport, ME  04416

Rsu 26
SUPERINTENDENT: Meredith Higgins
E-MAIL: mhiggins@rsu26.org
PHONE NUMBER: (207) 866-7110
10 Goodridge Drive
Orono, ME  04473

Rsu 28/msad 28
SUPERINTENDENT: Maria Libby
E-MAIL: maria.libby@fivetowns.net
PHONE NUMBER: (207) 236-3358
7 Lions Lane
Camden, ME  04843

Rsu 29/msad 29
SUPERINTENDENT: Ellen Halliday
E-MAIL: ellen.halliday@rsu29.org
PHONE NUMBER: (207) 532-6555
No Physical Location Available
Houlton, ME  04730

Rsu 30/msad 30
SUPERINTENDENT: Patricia Metta
E-MAIL: super.a@aos90.org
PHONE NUMBER: (207) 427-6913
63 Broadway

Baileyville, ME  04694

Rsu 31/msad 31
SUPERINTENDENT: Michael Wright
E-MAIL: mwright@msad41.us
PHONE NUMBER: (207) 943-7317
20 Howland Road
Lagrange, ME  04453

Rsu 32/msad 32
SUPERINTENDENT: Gehrig Johnson
E-MAIL: gjohnson@sad32.org
PHONE NUMBER: (207) 435-3661
190 Presque Isle Rd
Ashland, ME  04732

Rsu 33/msad 33
SUPERINTENDENT: Benjamin Sirois
E-MAIL: bsirois@vuesc.org
PHONE NUMBER: (207) 543-7334
431 Us Rte 1  9
Frenchville, ME  04745

Rsu 34
SUPERINTENDENT: David Walker
E-MAIL: david.walker@rsu34.org
PHONE NUMBER: (207) 827-7171
156 Oak Street
Old Town, ME  04468

Rsu 35/msad 35
SUPERINTENDENT: John Caverly
E-MAIL: john.caverly@rsu35.org
PHONE NUMBER: (207) 439-2438
180 Depot Road
Eliot, ME  03903

Rsu 37/msad 37
SUPERINTENDENT: Ronald Ramsay
E-MAIL: rramsay@msad37.org
PHONE NUMBER: (207) 483-2734
1020 Sacarap Road
Harrington, ME  04643

Rsu 38
SUPERINTENDENT: Jay Charette
E-MAIL: jay_charette@maranacook.org
PHONE NUMBER: (207) 685-3336
45 Millard Harrison Drive
Readfield, ME  04355

Rsu 39
SUPERINTENDENT: Timothy Doak
E-MAIL: tdoak@rsu39.org
PHONE NUMBER: (207) 496-6311
75 Bennett Drive

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Caribou, ME  04736

Rsu 40/msad 40
SUPERINTENDENT: Steve Nolan
E-MAIL: steve_nolan@msad40.org
PHONE NUMBER: (207) 785-2277
No Physical Location Available
Union, ME  04862

Rsu 41/msad 41
SUPERINTENDENT: Michael Wright
E-MAIL: mwright@msad41.us
PHONE NUMBER: (207) 943-7317
20 Howland Road
Lagrange, ME  04453

Rsu 42/msad 42
SUPERINTENDENT: Elaine Boulier
E-MAIL: eboulier@sad42.us
PHONE NUMBER: (207) 425-3771
35 Pleasants Street
Mars Hill, ME  04758

Rsu 44/msad 44
SUPERINTENDENT: David Murphy
E-MAIL: murphyd@sad44.org
PHONE NUMBER: (207) 824-2185
One Parkway Suite 204
Bethel, ME  04217

Rsu 45/msad 45
SUPERINTENDENT: Larry Worcester
E-MAIL: lworcester@msad45.net
PHONE NUMBER: (207) 455-8301
33 School Street
Washburn, ME  04786

Rsu 49/msad 49
SUPERINTENDENT: Roberta Hersom
E-MAIL: rhersom@msad49.org
PHONE NUMBER: (207) 453-4200
8 School Street
Fairfield, ME  04937

Rsu 50
SUPERINTENDENT: Jonathan Porter
E-MAIL: jporter203@rsu50.org
PHONE NUMBER: (207) 757-8223
922 Dyer Brook Road
Dyer Brook, ME  04747

Rsu 51/msad 51
SUPERINTENDENT: Jeff Porter
E-MAIL: jporter@msad51.org
PHONE NUMBER: (207) 829-4800
357 Tuttle Rd   6A

Cumberland Center, ME  04021

Rsu 52/msad 52
SUPERINTENDENT: Kimberly Brandt
E-MAIL: kimberly.brandt@msad52.org
PHONE NUMBER: (207) 225-1000
486 Turner Center Road
Turner, ME  04282

Rsu 53/msad 53
SUPERINTENDENT: Sherry Littlefield
E-MAIL: slittlefield@msad53.org
PHONE NUMBER: (207) 487-5107
167 School St.  Suite A
Pittsfield, ME  04967

Rsu 54/msad 54
SUPERINTENDENT: Jon Moody
E-MAIL: jmoody@msad54.org
PHONE NUMBER: (207) 474-9508
196 West Front Street
Skowhegan, ME  04976

Rsu 55/msad 55
SUPERINTENDENT: Carl Landry
E-MAIL: clandry@sad55.org
PHONE NUMBER: (207) 625-2490
137 South Hiram Road
Hiram, ME  04041

Rsu 56
SUPERINTENDENT: Pamela Doyen
E-MAIL: pdoyen@rsu56.org
PHONE NUMBER: (207)562-4300
46 Main Street
Dixfield, ME  04224

Rsu 57/msad 57
SUPERINTENDENT: Larry Malone
E-MAIL: larrymalone@rsu57.org
PHONE NUMBER: (207) 247-3221
86 West Road
Waterboro, ME  04087

Rsu 58/msad 58
SUPERINTENDENT: Todd Sanders
E-MAIL: tsanders@msad58.org
PHONE NUMBER: (207) 639-2086
1401 Rangeley Road
Phillips, ME  04966

Rsu 59/msad 59
SUPERINTENDENT: Bonnie Levesque
E-MAIL: bonnie.levesque@msad59.org
PHONE NUMBER: (207) 696-3323
205 Main Street

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Madison, ME  04950

Rsu 60/msad 60
SUPERINTENDENT: Steve Connolly
E-MAIL: steve.connolly@msad60.org
PHONE NUMBER: (207) 676-2234
388 Somersworth Rd
North Berwick, ME  03906

Rsu 61/msad 61
SUPERINTENDENT: Al Smith
E-MAIL: al.smith@lakeregionschools.org
PHONE NUMBER: (207) 647-3048
900 Portland Road
Bridgton, ME  04009

Rsu 63/msad 63
SUPERINTENDENT: Susan Smith
E-MAIL: ssmith@rsu63.org
PHONE NUMBER: (207) 843-7851
202 Kidder Hill Road
Holden, ME  04429

Rsu 64/msad 64
SUPERINTENDENT: Rhonda Sperrey
E-MAIL: rsperrey@rsu64schools.org
PHONE NUMBER: (207) 285-3334
408 Main St   279
East Corinth, ME  04427

Rsu 67
SUPERINTENDENT: Jean Skorapa
E-MAIL: jskorapa@rsu67.org
PHONE NUMBER: (207) 794-6500
25 Reed Dr
Lincoln, ME  04457

Rsu 68/msad 68
SUPERINTENDENT: Stacy Shorey
E-MAIL: sshorey@sedomocha.org
PHONE NUMBER: (207) 564-6535
63 Harrison Avenue  Suite C
Dover-Foxcroft, ME  04426

Rsu 70/msad 70
SUPERINTENDENT: Stephen Fitzpatrick
E-MAIL: stephenfitzpatrick@msad70.org
PHONE NUMBER: (207) 532-9294
175 Hodgdon Mills Road
Hodgdon, ME  04730

Rsu 71
SUPERINTENDENT: Mary Mclean
E-MAIL: mamclean@rsu71.org
PHONE NUMBER: (207) 338-1960
6A Lions Way

Belfast, ME  04915

Rsu 72/msad 72
SUPERINTENDENT: Jay Robinson
E-MAIL: jay.robinson@msad72.org
PHONE NUMBER: (207) 935-2600
124 Portland Street
Fryeburg, ME  04037

Rsu 73
SUPERINTENDENT: Scott Albert
E-MAIL: salbert@rsu73.com
PHONE NUMBER: (207) 897-6722
9 Cedar Street
Livermore Falls, ME  04254

Rsu 74/msad 74
SUPERINTENDENT: Michael Tracy
E-MAIL: mtracy@carrabec.org
PHONE NUMBER: (207) 635-2727
No Physical Location Available
North Anson, ME  04958

Rsu 75/msad 75
SUPERINTENDENT: Shawn Chabot
E-MAIL: chabots@link75.org
PHONE NUMBER: (207) 729-9961
50 Republic Avenue
Topsham, ME  04086

Rsu 78
SUPERINTENDENT: Chris Downing
E-MAIL: cdowning@rangeleyschool.org
PHONE NUMBER: (207) 864-3311
43 Merdolia Rd
Rangeley, ME  04970

Rsu 79/msad 01
SUPERINTENDENT: Ben Greenlaw
E-MAIL: greenlawb@sad1.org
PHONE NUMBER: (207) 764-4101
79 Blake St Ste 1   1118
Presque Isle, ME  04769

Rsu 80/msad 04
SUPERINTENDENT: Kelly Macfadyen
E-MAIL: kmacfadyen@sad4.org
PHONE NUMBER: (207) 876-3444
31 High Street
Guilford, ME  04443

Rsu 82/msad 12
SUPERINTENDENT: Thad Lacasse
E-MAIL: thad.lacasse@sad12.com
PHONE NUMBER: (207) 668-7749
606 Main Street

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Jackman, ME  04945

Rsu 83/msad 13
SUPERINTENDENT: Sandra Macarthur
E-MAIL: sandra.macarthur@sad13.org
PHONE NUMBER: (207) 672-5502
No Physical Location Available
Bingham, ME  04920

Rsu 84/msad 14
SUPERINTENDENT: Margaret White
E-MAIL: mwhite@eastgrandschool.org
PHONE NUMBER: (207) 448-2882
31A Houlton Road
Danforth, ME  04424

Rsu 86/msad 20
SUPERINTENDENT: Timothy Doak
E-MAIL: tdoak@msad20.org
PHONE NUMBER: (207) 472-3271
28 High School Drive Suite B
Fort Fairfield, ME  04742

Rsu 87/msad 23
SUPERINTENDENT: Mark Turner
E-MAIL: mturner@rsu87.org
PHONE NUMBER: (207) 848-5173
44 Plymouth Road
Carmel, ME  04419

Rsu 88/msad 24
SUPERINTENDENT: Elaine Boulier
E-MAIL: eboulier@msad24.org
PHONE NUMBER: (207) 868-2746
169 Main Street  Suite 101
Van Buren, ME  04785

Rumford-region 9
SUPERINTENDENT: Brenda Gammon
E-MAIL: brendagammon@region9school.org
PHONE NUMBER: (207) 364-3764
377 River Road
Mexico, ME  04257

Saco Public Schools
SUPERINTENDENT: Dominic Depatsy
E-MAIL: ddepatsy@sacoschools.org
PHONE NUMBER: (207) 284-4505
90 Beach Street
Saco, ME  04072

Sanford Public Schools
SUPERINTENDENT: Matthew Nelson
E-MAIL: mnelson@sanford.org
PHONE NUMBER: (207) 324-2810
917 Main St Suite 200

Sanford, ME  04073

Scarborough Public Schools
SUPERINTENDENT: Sanford Prince
E-MAIL: sprince@scarboroughschools.org
PHONE NUMBER: (207) 730-4100
259 U.S. Route 1
Scarborough, ME  04074

Seboeis Plt Public Schools
SUPERINTENDENT: Frederick Woodman
E-MAIL: fwoodman60@gmail.com
PHONE NUMBER: (207) 794-2721
28 School Street
Lincoln, ME  04457

Sedgwick Public Schools
SUPERINTENDENT: Christian Elkington
E-MAIL: celkington@su76.org
PHONE NUMBER: (207) 348-9100
251 N Deer Isle Road #1
Deer Isle, ME  04627

Shirley Public Schools
SUPERINTENDENT: Tyrene Gardner
E-MAIL: tyrene.gardner@shirley.k12.ar.us
PHONE NUMBER: (207) 695-3708
130 Pritham Ave
Greenville, ME  04441

South Bristol Public Schools
SUPERINTENDENT: Craig Jurgensen
E-MAIL: cjurgensen@aos93.org
PHONE NUMBER: (207) 563-3044
767 Main Street #1-A
Damariscotta, ME  04543

South Portland Public Schools
SUPERINTENDENT: Ken Kunin
E-MAIL: kuninke@spsd.org
PHONE NUMBER: (207) 871-0555
130 Wescott Road
South Portland, ME  04106

Southport Public Schools
SUPERINTENDENT: Keith Laser
E-MAIL: klaser@aos98schools.org
PHONE NUMBER: (207) 633-2874
51 Emery Lane
Boothbay Harbor, ME  04538

Southwest Harbor Public Schools
SUPERINTENDENT: Marc Gousse
E-MAIL: marc.gousse@mdirss.org
PHONE NUMBER: (207) 288-5049
1081 Eagle Lake Road

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Mount Desert, ME  04660

St George Public Schools
SUPERINTENDENT: Michael Felton
E-MAIL: m.felton@stgeorgemsu.org
PHONE NUMBER: (207)372-6312
65 Main street
Tenants Harbor, ME  04860

Surry Public Schools
SUPERINTENDENT: Mark Hurvitt
E-MAIL: mhurvitt@schoolunion93.org
PHONE NUMBER: (207) 374-9927
20 Hinckley Ridge Road
Blue Hill, ME  04614

Talmadge Public Schools
SUPERINTENDENT: Patricia Metta
E-MAIL: super.a@aos90.org
PHONE NUMBER: (207) 427-6913
63 Broadway
Baileyville, ME  04694

Tremont Public Schools
SUPERINTENDENT: Marc Gousse
E-MAIL: marc.gousse@mdirss.org
PHONE NUMBER: (207) 288-5049
1081 Eagle Lake Road
Mount Desert, ME  04660

Trenton Public Schools
SUPERINTENDENT: Marc Gousse
E-MAIL: marc.gousse@mdirss.org
PHONE NUMBER: (207) 288-5049
1081 Eagle Lake Road
Mount Desert, ME  04660

Upton Public Schools
SUPERINTENDENT: David Murphy
E-MAIL: murphyd@sad44.org
PHONE NUMBER: (207) 824-2185
One Parkway Suite 204
Bethel, ME  04217

Vassalboro Public Schools
SUPERINTENDENT: Alan Pfeiffer
E-MAIL: apfeiffer@vcsvikings.org
PHONE NUMBER: (207) 873-4281
25 Messalonskee Avenue
Waterville, ME  04901

Veazie Public Schools
SUPERINTENDENT: Matthew Cyr
E-MAIL: mcyr@veaziecs.org
PHONE NUMBER: (207) 947-6573
1040 School St

Veazie, ME  04401

Waite Public Schools
SUPERINTENDENT: Patricia Metta
E-MAIL: super.a@aos90.org
PHONE NUMBER: (207) 427-6913
63 Broadway
Baileyville, ME  04694

Waldo-region 7
SUPERINTENDENT: Kevin Michaud
E-MAIL: kmichaud@waldotech.org
PHONE NUMBER: (207) 342-5231
1022 Waterville Road
Waldo, ME  04915

Waterville Public Schools
SUPERINTENDENT: Peter Thiboutot
E-MAIL: pthiboutot@aos92.org
PHONE NUMBER: (207) 873-4281
25 Messalonskee Avenue
Waterville, ME  04901

Wells-ogunquit Csd
SUPERINTENDENT: James Daly
E-MAIL: jadaly@wocsd.org
PHONE NUMBER: (207) 646-8331
1460 Post Road
Wells, ME  04090

Wesley Public Schools
SUPERINTENDENT: Scott Porter
E-MAIL: super@aos96.org
PHONE NUMBER: (207) 255-6585
291 Court Street
Machias, ME  04654

West Bath Public Schools
SUPERINTENDENT: Emily Thompson
E-MAIL: ethompson@westbathschool.org
PHONE NUMBER: (207)443-9145
126 New Meadows Road
West Bath, ME  04530

Westbrook Public Schools
SUPERINTENDENT: Peter Lancia
E-MAIL: wsd@westbrookschools.org
PHONE NUMBER: (207) 854-0800
117 Stroudwater Street
Westbrook, ME  04092

Westmanland Public Schools
SUPERINTENDENT: Karla Michaud
E-MAIL: karla.michaud@schoolunion122.net
PHONE NUMBER: (207) 498-8436
843 Woodland Ctr Rd Ste 3

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Woodland, ME  04736

Whiting Public Schools
SUPERINTENDENT: Scott Porter
E-MAIL: super@aos96.org
PHONE NUMBER: (207) 255-6585
291 Court Street
Machias, ME  04654

Whitneyville Public Schools
SUPERINTENDENT: Scott Porter
E-MAIL: super@aos96.org
PHONE NUMBER: (207) 255-6585
291 Court Street
Machias, ME  04654

Willimantic Public Schools
SUPERINTENDENT: Lee Pearsall
E-MAIL: lee.pearsall@ghslakers.org
PHONE NUMBER: (207) 695-3708
130 Pritham Ave
Greenville, ME  04441

Winslow Schools
SUPERINTENDENT: Eric Haley
E-MAIL: ehaley@watervillek12.org
PHONE NUMBER: (207) 873-4281
25 Messalonskee Avenue
Waterville, ME  04901

Winthrop Public Schools
SUPERINTENDENT: James Hodgkin
E-MAIL: jhodgkin@winthropschools.org
PHONE NUMBER: (207) 377-2296
17A Highland Avenue
Winthrop, ME  04364

Wiscasset Public Schools
SUPERINTENDENT: Terry Wood
E-MAIL: twood@wiscassetschools.org
PHONE NUMBER: (207) 882-4104
83 Federal Street
Wiscasset, ME  04578

Woodland Public Schools
SUPERINTENDENT: Karla Michaud
E-MAIL: karla.michaud@schoolunion122.net
PHONE NUMBER: (207) 498-8436
843 Woodland Ctr Rd Ste 3
Woodland, ME  04736

Woodville Public Schools
SUPERINTENDENT: Eric Steeves
E-MAIL: esteeves@emmm.org
PHONE NUMBER: (207) 746-3500
45 North St Ste 2

East Millinocket, ME  04430

Yarmouth Schools
SUPERINTENDENT: Andrew Dolloff
E-MAIL: andrew_dolloff@yarmouthschools.org
PHONE NUMBER: (207) 846-5586
101 Mccartney Street
Yarmouth, ME  04096

York Public Schools
SUPERINTENDENT: Lou Goscinski
E-MAIL: lgoscinski@yorkschools.org
PHONE NUMBER: (207) 363-3403
469 U.S. Route 1
York, ME  03909

Adams Township School District
SUPERINTENDENT: Tim Keteri
E-MAIL: keterit@adams.k12.mi.us
PHONE NUMBER: (906) 482-0599
43084 Goodell St
Painesdale, MI  49955

Addison Community Schools
SUPERINTENDENT: Steven Guerra
E-MAIL: steve.guerra@addisonschools.us
PHONE NUMBER: (517) 547-6123
219 North Comstock St
Addison, MI  49220

Adrian School District Of The City Of
SUPERINTENDENT: Bob Behnke
E-MAIL: bbehnke@adrian.k12.mi.us
PHONE NUMBER: (517) 264-6640
785 Riverside Ave Ste 1
Adrian, MI  49221

Airport Community Schools
SUPERINTENDENT: John Krimmel
E-MAIL: jkrimmel@airport.school
PHONE NUMBER: (734) 869-7000
11270 Grafton Rd
Carleton, MI  48117

Akron-fairgrove Schools
SUPERINTENDENT: Diane Foster
E-MAIL: dfoster@a-f.k12.mi.us
PHONE NUMBER: (989) 693-6163
2800 North Thomas Rd
Fairgrove, MI  48733

Alanson Public Schools
SUPERINTENDENT: RACHELLE COOK
E-MAIL: rcook@alansonvikings.net
PHONE NUMBER: (231) 548-2261
7400 North St

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Alanson, MI  49706

Alba Public Schools
SUPERINTENDENT: Richard Satterlee
E-MAIL: rsatterlee@albaschool.org
PHONE NUMBER: (231) 584-2000
5935 Elm St
Alba, MI  49611

Alcona Community Schools
SUPERINTENDENT: Daniel Oconnor
E-MAIL: oconnord@alconaschools.net
PHONE NUMBER: (989) 736-6212
51 North Barlow Rd
Lincoln, MI  48742

Algonac Community School District
SUPERINTENDENT: Alan Latosz
E-MAIL: alatosz@acsk12.us
PHONE NUMBER: (810) 794-9364
5200 Taft Rd.
Algonac, MI  48001

Allegan Area Educational Service Agency
SUPERINTENDENT: William Brown
E-MAIL: wbrown@alleganaesa.org
PHONE NUMBER: (269) 673-2161
310 Thomas St
Allegan, MI  49010

Allegan Public Schools
SUPERINTENDENT: James Antoine
E-MAIL: jantoine@alleganps.org
PHONE NUMBER: (269) 673-5431
550 5Th St
Allegan, MI  49010

Allen Park Public Schools
SUPERINTENDENT: Mike Darga
E-MAIL: darga@appublicschools.com
PHONE NUMBER: (313) 827-2150
9601 Vine Ave
Allen Park, MI  48101

Allendale Public Schools
SUPERINTENDENT: Garth Cooper
E-MAIL: CooperGar@APSFalcons.net
PHONE NUMBER: (616) 892-5570
10505 Learning Ln
Allendale, MI  49401

Alma Public Schools
SUPERINTENDENT: Donalynn Ingersoll
E-MAIL: dingersoll@almaschools.net
PHONE NUMBER: (989) 463-3111
1500 Pine Ave

Alma, MI  48801

Almont Community Schools
SUPERINTENDENT: William Kalmar
E-MAIL: bkalmar@almontschools.org
PHONE NUMBER: (810) 798-8561
4701 Howland Rd.
Almont, MI  48003

Alpena-montmorency-alcona Esd
SUPERINTENDENT: Scott Reynolds
E-MAIL: reynoldss@amaesd.org
PHONE NUMBER: (989) 354-3101
2118 Us Highway 23 S
Alpena, MI  49707

Anchor Bay School District
SUPERINTENDENT: Leonard Woodside
E-MAIL: lwoodside@abs.misd.net
PHONE NUMBER: (586) 725-2861
5201 County Line Rd
Casco, MI  48064

Ann Arbor Public Schools
SUPERINTENDENT: Jeanice Swift
E-MAIL: swift@a2schools.org
PHONE NUMBER: (734) 994-2230
2555 S. State St
Ann Arbor, MI  48104

Arenac Eastern School District
SUPERINTENDENT: Darren Kroczaleski
E-MAIL: dkroczaleski@arenaceastern.org
PHONE NUMBER: (989) 867-4234
200 Smalley St
Twining, MI  48766

Armada Area Schools
SUPERINTENDENT: Michael Musary
E-MAIL: mmusary@armadaschools.org
PHONE NUMBER: (586) 784-2112
74500 Burk St
Armada, MI  48005

Arvon Township School District
SUPERINTENDENT: Lori Johnson
E-MAIL: arvschool@up.net
PHONE NUMBER: (906) 524-7336
21798 Skanee Rd
Skanee, MI  49962

Ashley Community Schools
SUPERINTENDENT: Traci Gavenda
E-MAIL: tgavenda@ashleyschools.net
PHONE NUMBER: (989) 847-4000
104 New St

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Ashley, MI  48806

Athens Area Schools
SUPERINTENDENT: Joseph Huepenbecker
E-MAIL: huepenbeckerj@athensk12.org
PHONE NUMBER: (269) 729-5427
4320 K Dr S
East Leroy, MI  49051

Atherton Community Schools
SUPERINTENDENT: John Ploof
E-MAIL: jploof@athertonschools.org
PHONE NUMBER: (810) 591-9182
3354 South Genesee Rd
Burton, MI  48519

Atlanta Community Schools
SUPERINTENDENT: Carl Seiter
E-MAIL: cseiter@atlantaschools.us
PHONE NUMBER: (989) 785-4877
10500 County Road 489
Atlanta, MI  49709

Au Gres-sims School District
SUPERINTENDENT: Chris Ming
E-MAIL: mingc@ags-schools.org
PHONE NUMBER: (989) 876-7150
310 Court St
Au Gres, MI  48703

Autrain-onota Public Schools
SUPERINTENDENT: Bryan Tyner
E-MAIL: tyner@autrainonota.com
PHONE NUMBER: (906) 343-6632
8790 Deerton Rd
Deerton, MI  49822

Avondale School District
SUPERINTENDENT: James Schwarz
E-MAIL: james.schwarz@avondale.k12.mi.us
PHONE NUMBER: (248) 537-6002
2940 Waukegan St
Auburn Hills, MI  48326

Bad Axe Public Schools
SUPERINTENDENT: Gregory Newland
E-MAIL: gnewland@badaxeps.org
PHONE NUMBER: (989) 269-9938
200 North Barrie Ste 100
Bad Axe, MI  48413

Baldwin Community Schools
SUPERINTENDENT: Richard Heitmeyer
E-MAIL: rheitmeyer@bcsdmi.com
PHONE NUMBER: (231) 745-4791
525 4Th St

Baldwin, MI  49304

Bangor Public Schools (van Buren)
SUPERINTENDENT: Lynn Johnson
E-MAIL: ljohnson@bangorvikings.org
PHONE NUMBER: (269) 427-6800
801 West Arlington St
Bangor, MI  49013

Bangor Township S/d #8
SUPERINTENDENT: Jeff Mills
E-MAIL: jmills@vbisd.org
PHONE NUMBER: (269) 427-8562
29842 66Th St
Bangor, MI  49013

Bangor Township Schools
SUPERINTENDENT: Matt Schmidt
E-MAIL: schmidtm@bangorschools.org
PHONE NUMBER: (989) 684-8121
3359 East Midland Rd
Bay City, MI  48706

Baraga Area Schools
SUPERINTENDENT: Richard Sarau
E-MAIL: rsarau@baragaschools.org
PHONE NUMBER: (906) 353-6664
210 Lyons St
Baraga, MI  49908

Bark River-harris School District
SUPERINTENDENT: Jason Lockwood
E-MAIL: jlockwood@brhschools.org
PHONE NUMBER: (906) 466-9981
W471 Hwy Us 2 & 41
Harris, MI  49845

Barry Isd
SUPERINTENDENT: Rich Franklin
E-MAIL: rfranklin@barryisd.org
PHONE NUMBER: (269) 945-9545
535 West Woodlawn Ave
Hastings, MI  49058

Bath Community Schools
SUPERINTENDENT: Paul Hartsig
E-MAIL: paul.hartsig@bathschools.net
PHONE NUMBER: (517) 641-6721
6175 E. Clark Road
Bath, MI  48808

Battle Creek Public Schools
SUPERINTENDENT: Kimberly Carter
E-MAIL: kcarter@battle-creek.k12.mi.us
PHONE NUMBER: (269) 965-9500
3 Van Buren St W

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Battle Creek, MI  49017

Bay City School District
SUPERINTENDENT: Stephen Bigelow
E-MAIL: bigelows@bcschools.net
PHONE NUMBER: (989) 686-9700
910 North Walnut St
Bay City, MI  48706

Bay-arenac Isd
SUPERINTENDENT: Deborah Kadish
E-MAIL: kadishd@baisd.net
PHONE NUMBER: (989) 686-4410
4228 2 Mile Rd
Bay City, MI  48706

Beal City Public Schools
SUPERINTENDENT: William Chilman
E-MAIL: wchilman@bealcityschools.net
PHONE NUMBER: (989) 644-3901
3117 Elias Rd
Mount Pleasant, MI  48858

Bear Lake Schools
SUPERINTENDENT: Marlen Cordes
E-MAIL: cordesm@manistee.org
PHONE NUMBER: (231) 864-3133
7748 Cody St
Bear Lake, MI  49614

Beaver Island Community School
SUPERINTENDENT: Wil Cwikiel
E-MAIL: wilc@beaverisland.k12.mi.us
PHONE NUMBER: (231) 448-2744
37895 Kings Hwy
Beaver Island, MI  49782

Beaverton Rural Schools
SUPERINTENDENT: Joseph Passalacqua
E-MAIL: jpassalacqua@beavertonruralschools.com
PHONE NUMBER: (989) 246-3000
468 South Ross St
Beaverton, MI  48612

Bedford Public Schools
SUPERINTENDENT: Carl Shultz
E-MAIL: carl.shultz@mybedford.us
PHONE NUMBER: (734) 850-6000
1623 West Sterns Rd
Temperance, MI  48182

Beecher Community School District
SUPERINTENDENT: Marcus Davenport
E-MAIL: mdavenport@beecherschools.org
PHONE NUMBER: (810) 591-9200
1020 West Coldwater Rd

Flint, MI  48505

Belding Area School District
SUPERINTENDENT: Brent Noskey
E-MAIL: bnoskey@bas-k12.org
PHONE NUMBER: (616) 794-4700
850 Hall St
Belding, MI  48809

Bellaire Public Schools
SUPERINTENDENT: Jim Emery
E-MAIL: jemery@bellaire.k12.mi.us
PHONE NUMBER: (231) 533-8141
204 W Forest Home Ave
Bellaire, MI  49615

Bellevue Community Schools
SUPERINTENDENT: Katherin Mohney
E-MAIL: mohneyk@bellevue-schools.com
PHONE NUMBER: (269) 763-9432
201 West St
Bellevue, MI  49021

Bendle Public Schools
SUPERINTENDENT: John Krolewski
E-MAIL: jkrolewski@bendleschools.org
PHONE NUMBER: (810) 591-2501
3420 Columbine Ave
Burton, MI  48529

Bentley Community School District
SUPERINTENDENT: Kristy Spann
E-MAIL: kspann@bentleyschools.org
PHONE NUMBER: (810) 591-9120
1170 North Belsay Rd
Burton, MI  48509

Benton Harbor Area Schools
SUPERINTENDENT: Andrae Townsel
E-MAIL: andrae.townsel@bhas.org
PHONE NUMBER: (269) 605-1000
636 Pipestone St
Benton Harbor, MI  49022

Benzie County Central Schools
SUPERINTENDENT: David Clasen
E-MAIL: clasend@benzieschools.net
PHONE NUMBER: (231) 882-9654
9222 Homestead Rd
Benzonia, MI  49616

Berkley School District
SUPERINTENDENT: Dennis Mcdavid
E-MAIL: dennis.mcdavid@berkleyschools.org
PHONE NUMBER: (248) 837-8000
14700 Lincoln St

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Oak Park, MI  48237

Berlin Township S/d #3
SUPERINTENDENT: Ethan Ebenstein
E-MAIL: eebenstein@ioniaisd.org
PHONE NUMBER: (616) 527-4900
6679 South State Rd
Ionia, MI  48846

Berrien Resa
SUPERINTENDENT: Kevin Ivers
E-MAIL: kevin.ivers@berrienresa.org
PHONE NUMBER: (269) 471-7725
711 Saint Joseph Ave
Berrien Springs, MI  49103

Berrien Springs Public Schools
SUPERINTENDENT: David Eichberg
E-MAIL: deichberg@homeoftheshamrocks.org
PHONE NUMBER: (269) 471-2891
1 Sylvester Ave
Berrien Springs, MI  49103

Bessemer Area School District
SUPERINTENDENT: Dan Niemi
E-MAIL: dniemi@bessemer.k12.mi.us
PHONE NUMBER: (906) 667-0802
301 East Sellar St
Bessemer, MI  49911

Big Bay De Noc School District
SUPERINTENDENT: Diana Thill
E-MAIL: dthill@bigbayschool.com
PHONE NUMBER: (906) 644-2773
8928 Oo 25 Rd
Cooks, MI  49817

Big Jackson School District
SUPERINTENDENT: Lori Clark
E-MAIL: lori@ncresa.org
PHONE NUMBER: (231) 796-8947
4020 13 Mile Rd
Paris, MI  49338

Big Rapids Public Schools
SUPERINTENDENT: Tim Haist
E-MAIL: thaist@brps.org
PHONE NUMBER: (231) 796-2627
21034 15 Mile Rd
Big Rapids, MI  49307

Birch Run Area Schools
SUPERINTENDENT: David Bush
E-MAIL: dbush@birchrunschools.org
PHONE NUMBER: (989) 624-9307
12400 Church St

Birch Run, MI  48415

Birmingham Public Schools
SUPERINTENDENT: Mark Dziatczak
E-MAIL: mdziatczak@birmingham.k12.mi.us
PHONE NUMBER: (248) 203-3000
31301 Evergreen Rd
Beverly Hills, MI  48025

Blissfield Community Schools
SUPERINTENDENT: Scott Riley
E-MAIL: sriley@blissfieldschools.us
PHONE NUMBER: (517) 486-2205
630 South Lane St
Blissfield, MI  49228

Bloomfield Hills Schools
SUPERINTENDENT: Tina Kostiuk
E-MAIL: tkostiuk@bloomfield.org
PHONE NUMBER: (248) 341-5405
7273 Wing Lake Rd
Bloomfield Hills, MI  48301

Bloomingdale Public School District
SUPERINTENDENT: Deb Paquette
E-MAIL: depaque@bdalecards.org
PHONE NUMBER: (269) 521-3900
203 North Van Buren St
Bloomingdale, MI  49026

Bois Blanc Pines School District
SUPERINTENDENT: Angie Mcarthur
E-MAIL: angiem@eupschools.org
PHONE NUMBER: (231) 634-7225
100 Sioux Ave
Pointe Aux Pins, MI  49775

Boyne City Public Schools
SUPERINTENDENT: Patrick Little
E-MAIL: plittle@boyne.k12.mi.us
PHONE NUMBER: (231) 439-8190
321 South Park St
Boyne City, MI  49712

Boyne Falls Public School District
SUPERINTENDENT: Cynthia Pineda
E-MAIL: cpineda@boynefalls.org
PHONE NUMBER: (231) 549-2211
1662 M75 S
Boyne Falls, MI  49713

Branch Isd
SUPERINTENDENT: Kris Jenkins
E-MAIL: jenkinsk@branch-isd.org
PHONE NUMBER: (517) 279-5730
370 Morse St

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Coldwater, MI  49036

Brandon School District In The Counties Of Oakland
And Lapee
SUPERINTENDENT: Matthew Outlaw
E-MAIL: moutlaw@brandon.k12.mi.us
PHONE NUMBER: (248) 627-1802
1025 South Ortonville Rd
Ortonville, MI  48462

Brandywine Community Schools
SUPERINTENDENT: Karen Weimer
E-MAIL: kweimer@brandywinebobcats.org
PHONE NUMBER: (269) 684-7150
1830 S. 3Rd St.
Niles, MI  49120

Breckenridge Community Schools
SUPERINTENDENT: Kimberly Thompson
E-MAIL: kthompson@breckhuskies.org
PHONE NUMBER: (989) 842-3182
700 Wright St
Breckenridge, MI  48615

Breitung Township School District
SUPERINTENDENT: Craig Allen
E-MAIL: callen@kingsford.org
PHONE NUMBER: (906) 779-2650
2000 West Pyle Dr
Kingsford, MI  49802

Bridgeport-spaulding Community School District
SUPERINTENDENT: Mark Whelton
E-MAIL: wheltonm@bscs.k12.mi.us
PHONE NUMBER: (989) 777-1770
4691 Bearcat Blvd
Bridgeport, MI  48722

Bridgman Public Schools
SUPERINTENDENT: Shane Peters
E-MAIL: speters@bridgmanschools.com
PHONE NUMBER: (269) 466-0271
9964 Gast Rd
Bridgman, MI  49106

Brighton Area Schools
SUPERINTENDENT: Greg Gray
E-MAIL: grayg@brightonk12.com
PHONE NUMBER: (810) 299-4040
125 South Church St
Brighton, MI  48116

Brimley Area Schools
SUPERINTENDENT: Brian Reattoir
E-MAIL: breattoir@eupschools.org
PHONE NUMBER: (906) 248-3219

7134 South M 221
Brimley, MI  49715

Britton Deerfield Schools
SUPERINTENDENT: Stacy Johnson
E-MAIL: stacy.johnson@bdschools.us
PHONE NUMBER: (517) 451-4581
201 College Ave
Britton, MI  49229

Bronson Community School District
SUPERINTENDENT: Steve Wilson
E-MAIL: wilsons@bronsonschools.org
PHONE NUMBER: (517) 369-3257
501 E Chicago St
Bronson, MI  49028

Brown City Community Schools
SUPERINTENDENT: Neil Kohler
E-MAIL: nkohler@browncityschools.org
PHONE NUMBER: (810) 346-4700
4349 2Nd St
Brown City, MI  48416

Buchanan Community Schools
SUPERINTENDENT: Timothy Donahue
E-MAIL: tdonahue@buchananschools.com
PHONE NUMBER: (269) 695-8401
401 West Chicago St
Buchanan, MI  49107

Buckley Community Schools
SUPERINTENDENT: Jessica Harrand
E-MAIL: jharrand@buckleyschools.com
PHONE NUMBER: (231) 269-3325
305 South 1St St
Buckley, MI  49620

Bullock Creek School District
SUPERINTENDENT: Shawn Hale
E-MAIL: hales@bcreek.org
PHONE NUMBER: (989) 631-9022
1420 South Badour Rd
Midland, MI  48640

Burr Oak Community School District
SUPERINTENDENT: Terry Conklin
E-MAIL: tconklin@burroakcs.org
PHONE NUMBER: (269) 489-2213
326 East Eagle St
Burr Oak, MI  49030

Burt Township School District
SUPERINTENDENT: Greg Nyen
E-MAIL: superintendent@burt.school
PHONE NUMBER: (906) 494-2521

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

27 Cowell Ave
Grand Marais, MI 49839

Byron Area Schools
SUPERINTENDENT: Tricia Alderman
E-MAIL: murphyalderman@byron.k12.mi.us
PHONE NUMBER: (810) 266-4881
312 West Maple St
Byron, MI 48418

Byron Center Public Schools
SUPERINTENDENT: Kevin Macina
E-MAIL: kmacina@bcpsk12.net
PHONE NUMBER: (616) 878-6100
8542 Byron Center Ave Sw
Byron Center, MI 49315

C.o.o.r. Isd
SUPERINTENDENT: Shawn Petri
E-MAIL: petris@coorisd.net
PHONE NUMBER: (989) 275-9520
11051 North Cut Rd
Roscommon, MI 48653

Cadillac Area Public Schools
SUPERINTENDENT: Jennifer Brown
E-MAIL: jennifer.brown@cadillac.k12.mi.us
PHONE NUMBER: (231) 876-5000
421 South Mitchell St
Cadillac, MI 49601

Caledonia Community Schools
SUPERINTENDENT: Dedrick Martin
E-MAIL: martind@calschools.org
PHONE NUMBER: (616) 891-8185
9753 Duncan Lake Ave Se
Caledonia, MI 49316

Calhoun Isd
SUPERINTENDENT: Terance Lunger
E-MAIL: lungert@calhounisd.org
PHONE NUMBER: (269) 781-5141
17111 G Dr N
Marshall, MI 49068

Camden-frontier School
SUPERINTENDENT: Kevin Kelly
E-MAIL: kevin.kelly@cfss.org
PHONE NUMBER: (517) 368-5991
4971 West Montgomery Rd
Camden, MI 49232

Capac Community Schools
SUPERINTENDENT: Jeff Terpenning
E-MAIL: jterpenning@capacschools.us
PHONE NUMBER: (810) 395-3700

403 North Glassford St
Capac, MI 48014

Carman-ainsworth Community Schools
SUPERINTENDENT: Eddie Kindle
E-MAIL: ekindle@carmanainsworth.org
PHONE NUMBER: (810) 591-3700
G3475 West Court St
Flint, MI 48532

Carney-nadeau Public Schools
SUPERINTENDENT: Adam Cocco
E-MAIL: acocco@cnps.k12.mi.us
PHONE NUMBER: (906) 639-2171
151  Us 41
Carney, MI 49812

Caro Community Schools
SUPERINTENDENT: Peter Newman
E-MAIL: pnewman@carok12.org
PHONE NUMBER: (989) 673-3160
301 North Hooper St
Caro, MI 48723

Carrollton Public Schools
SUPERINTENDENT: Rachel Snell
E-MAIL: rsnell@gocavs.net
PHONE NUMBER: (989) 754-1475
3211 Carla Dr
Saginaw, MI 48604

Carson City-crystal Area Schools
SUPERINTENDENT: John Sattler
E-MAIL: jsattler@cccschools.org
PHONE NUMBER: (989) 584-3138
115 East Main St
Carson City, MI 48811

Carsonville-port Sanilac School District
SUPERINTENDENT: Doug Muxlow
E-MAIL: dmuxlow@cpsk12.us
PHONE NUMBER: (810) 657-9393
100 North Goetze Rd
Carsonville, MI 48419

Caseville Public Schools
SUPERINTENDENT: Ken Ewald
E-MAIL: kewald@cpseagles.org
PHONE NUMBER: (989) 856-2311
6609 Vine St
Caseville, MI 48725

Cass City Public Schools
SUPERINTENDENT: Jeff Hartel
E-MAIL: jhartel@casscityschools.org
PHONE NUMBER: (989) 872-2200

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

4868 Seeger St
Cass City, MI  48726

Cassopolis Public Schools
SUPERINTENDENT: Angela Piazza
E-MAIL: apiazza@cassopolis.org
PHONE NUMBER: (269) 445-0500
725 Center St
Cassopolis, MI  49031

Cedar Springs Public Schools
SUPERINTENDENT: Scott Smith
E-MAIL: scott.smith@csredhawks.org
PHONE NUMBER: (616) 696-1204
204 East Muskegon St
Cedar Springs, MI  49319

Center Line Public Schools
SUPERINTENDENT: Eve Kaltz
E-MAIL: kaltze@clps.org
PHONE NUMBER: (586) 510-2000
26400 Arsenal
Center Line, MI  48015

Central Lake Public Schools
SUPERINTENDENT: Lenore Weaver
E-MAIL: weaver@clps.k12.mi.us
PHONE NUMBER: (231) 544-3141
8190 West State St
Central Lake, MI  49622

Central Montcalm Public Schools
SUPERINTENDENT: Amy Meinhardt
E-MAIL: ameinhardt@central-montcalm.org
PHONE NUMBER: (989) 831-2001
1480 South Sheridan Rd
Stanton, MI  48888

Centreville Public Schools
SUPERINTENDENT: Stephanie Lemmer
E-MAIL: slemmer@cpschools.org
PHONE NUMBER: (269) 467-5220
190 Hogan St
Centreville, MI  49032

Charlevoix Public Schools
SUPERINTENDENT: Mike Ritter
E-MAIL: mritter@rayder.net
PHONE NUMBER: (231) 547-3200
104 East Saint Marys Dr
Charlevoix, MI  49720

Charlevoix-emmet Isd
SUPERINTENDENT: Jeff Crouse
E-MAIL: crousej@charemisd.org
PHONE NUMBER: (231) 547-9947

08568  Mercer Rd
Charlevoix, MI  49720

Charlotte Public Schools
SUPERINTENDENT: Mandy Stewart
E-MAIL: stewarmr@charlottenet.org
PHONE NUMBER: (517) 541-5100
378 State St
Charlotte, MI  48813

Chassell Township School District
SUPERINTENDENT: Stephen Spahn
E-MAIL: spahns@cts.k12.mi.us
PHONE NUMBER: (906) 523-4691
41585 Us Highway 41
Chassell, MI  49916

Cheb-otsego-presque Isle Esd
SUPERINTENDENT: Jamie Huber
E-MAIL: huberj@copesd.org
PHONE NUMBER: (231) 238-9394
6065 Learning Ln
Indian River, MI  49749

Cheboygan Area Schools
SUPERINTENDENT: Paul Clark
E-MAIL: clarkp@chebschools.com
PHONE NUMBER: (231) 627-4436
7461 N Straits Hwy
Cheboygan, MI  49721

Chelsea School District
SUPERINTENDENT: Julie Helber
E-MAIL: jhelber@chelsea.k12.mi.us
PHONE NUMBER: (734) 433-2208
500 Washington St
Chelsea, MI  48118

Chesaning Union Schools
SUPERINTENDENT: Mike Mcgough
E-MAIL: mmcgough@chesaning.k12.mi.us
PHONE NUMBER: (989) 845-7020
850 North 4Th St
Chesaning, MI  48616

Chippewa Hills School District
SUPERINTENDENT: Michael Grover
E-MAIL: bgrover@chsd.us
PHONE NUMBER: (989) 967-2000
3226 Arthur Rd
Remus, MI  49340

Chippewa Valley Schools
SUPERINTENDENT: Ronald Roberts
E-MAIL: rroberts@cvs.k12.mi.us
PHONE NUMBER: (586) 723-2137

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

19120 Cass Ave
Clinton Township, MI  48038

Church School District
SUPERINTENDENT: Joe Murphy
E-MAIL: jmurphy@huronisd.org
PHONE NUMBER: (989) 269-7772
2927 Crockard Rd
Bad Axe, MI  48413

Clare Public Schools
SUPERINTENDENT: Jim Walter
E-MAIL: jwalter@clare.k12.mi.us
PHONE NUMBER: (989) 386-9945
201 East State St
Clare, MI  48617

Clare-gladwin Regional Education Service District
SUPERINTENDENT: Sheryl Presler
E-MAIL: spresler@cgresd.net
PHONE NUMBER: (989) 386-3851
4041 East Mannsiding Rd
Clare, MI  48617

Clarenceville School District
SUPERINTENDENT: Paul Shepich
E-MAIL: paul.shepich@clarencevilleschools.org
PHONE NUMBER: (248) 919-0400
20210 Middlebelt Rd
Livonia, MI  48152

Clarkston Community School District
SUPERINTENDENT: Shawn Ryan
E-MAIL: spryan@clarkston.k12.mi.us
PHONE NUMBER: (248) 623-5408
6389 Clarkston Rd
Clarkston, MI  48346

Clawson Public Schools
SUPERINTENDENT: Tim Wilson
E-MAIL: tim.wilson@clawsonschools.org
PHONE NUMBER: (248) 655-4448
626 Phillips Ave
Clawson, MI  48017

Climax-scotts Community Schools
SUPERINTENDENT: Doug Newington
E-MAIL: dnewington@csschools.net
PHONE NUMBER: (269) 746-2400
372 South Main St
Climax, MI  49034

Clinton Community Schools
SUPERINTENDENT: James Cracraft
E-MAIL: jim.cracraft@clinton.k12.mi.us
PHONE NUMBER: (517) 456-6501

341 East Michigan Ave
Clinton, MI  49236

Clinton County Resa
SUPERINTENDENT: Wayne Petroelje
E-MAIL: wpetroelje@ccresa.org
PHONE NUMBER: (989) 224-6831
1013 South Us Highway 27 Ste A
Saint Johns, MI  48879

Clintondale Community Schools
SUPERINTENDENT: Thomas Harrell
E-MAIL: harrellt@clintondaleschools.net
PHONE NUMBER: (586) 791-6300
35100 Little Mack Ave
Clinton Township, MI  48035

Clio Area School District
SUPERINTENDENT: Fletcher Spears
E-MAIL: fspears@clioschools.org
PHONE NUMBER: (810) 591-0500
430 North Mill St
Clio, MI  48420

Coldwater Community Schools
SUPERINTENDENT: Terry Boguth
E-MAIL: bogutht@ccscards.org
PHONE NUMBER: (517) 279-5910
401 Sauk River Dr
Coldwater, MI  49036

Coleman Community Schools
SUPERINTENDENT: Jennifer Mccormack
E-MAIL: jmccormack@colemanschools.net
PHONE NUMBER: (989) 465-6060
991 East Railway St
Coleman, MI  48618

Colfax Township S/d #1f
SUPERINTENDENT: Joe Murphy
E-MAIL: jmurphy@huronisd.org
PHONE NUMBER: (989) 269-8853
1509 North Van Dyke Rd
Bad Axe, MI  48413

Coloma Community Schools
SUPERINTENDENT: Dave Ehlers
E-MAIL: dehlers@ccs.coloma.org
PHONE NUMBER: (269) 468-2424
2518 Boyer Rd
Coloma, MI  49038

Colon Community School District
SUPERINTENDENT: Penny Brockway
E-MAIL: pbrockway@colonschools.org
PHONE NUMBER: (269) 432-3231

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

400 Dallas St
Colon, MI  49040

Columbia School District
SUPERINTENDENT: Pamela Campbell
E-MAIL: pamela.campbell@myeagles.org
PHONE NUMBER: (517) 592-6641
11775 Hewitt Rd
Brooklyn, MI  49230

Comstock Park Public Schools
SUPERINTENDENT: David Washburn
E-MAIL: dwashburn@cppschools.com
PHONE NUMBER: (616) 254-5002
101 School St Ne
Comstock Park, MI  49321

Comstock Public Schools
SUPERINTENDENT: Jeffrey Thoenes
E-MAIL: thoenesj@comstockps.org
PHONE NUMBER: (269) 250-8900
3010 Gull Rd
Kalamazoo, MI  49048

Constantine Public School District
SUPERINTENDENT: John Jarpe
E-MAIL: jjarpe@constps.org
PHONE NUMBER: (269) 435-8900
1 Falcon Dr
Constantine, MI  49042

Coopersville Area Public School District
SUPERINTENDENT: Matt Spencer
E-MAIL: mspencer@capsk12.org
PHONE NUMBER: (616) 997-3200
198 East St
Coopersville, MI  49404

Copper Country Isd
SUPERINTENDENT: George Stockero
E-MAIL: gstockero@copperisd.org
PHONE NUMBER: (906) 482-4250
809 Hecla St
Hancock, MI  49930

Corunna Public Schools
SUPERINTENDENT: John Fattal
E-MAIL: jfattal@corunna.k12.mi.us
PHONE NUMBER: (989) 743-6338
124 North Shiawassee St
Corunna, MI  48817

Covert Public Schools
SUPERINTENDENT: Yolanda Brunt
E-MAIL: brunty@covertps.org
PHONE NUMBER: (269) 764-3700

35323 M 140 Hwy
Covert, MI  49043

Crawford Ausable Schools
SUPERINTENDENT: Justin Gluesing
E-MAIL: jgluesing@casdk12.net
PHONE NUMBER: (989) 344-3500
1135 North Old 27
Grayling, MI  49738

Crestwood School District
SUPERINTENDENT: Youssef Mosallam
E-MAIL: ymosallam@csdm.k12.mi.us
PHONE NUMBER: (313) 274-6320
1501 North Beech Daly Rd
Dearborn Heights, MI  48127

Croswell-lexington Community Schools
SUPERINTENDENT: Dan Gilbertson
E-MAIL: dgilbertson@croslex.org
PHONE NUMBER: (810) 679-1000
5407 Peck Rd
Croswell, MI  48422

Dansville Schools
SUPERINTENDENT: Amy Hodgson
E-MAIL: hodgson@dansville.org
PHONE NUMBER: (517) 623-6120
1264 Adams St
Dansville, MI  48819

Davison Community Schools
SUPERINTENDENT: Kevin Brown
E-MAIL: kbrown@davisonschools.org
PHONE NUMBER: (810) 591-0801
1490 North Oak Rd
Davison, MI  48423

Dearborn City School District
SUPERINTENDENT: Glenn Maleyko
E-MAIL: maleykg@dearbornschools.org
PHONE NUMBER: (313) 827-3022
18700 Audette St
Dearborn, MI  48124

Dearborn Heights School District #7
SUPERINTENDENT: Jennifer Mast
E-MAIL: mastjenn@dhsd7.net
PHONE NUMBER: (313) 278-1900
20629 Annapolis St
Dearborn Heights, MI  48125

Decatur Public Schools
SUPERINTENDENT: Patrick Creagan
E-MAIL: pcreagan@raiderpride.org
PHONE NUMBER: (269) 423-6800

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

110 Cedar St
Decatur, MI  49045

Deckerville Community School District
SUPERINTENDENT: Michael Hugan
E-MAIL: mhugan@deckerville.k12.mi.us
PHONE NUMBER: (810) 376-3615
2633 Black River St
Deckerville, MI  48427

Delta-schoolcraft Isd
SUPERINTENDENT: Doug Leisenring
E-MAIL: dleisenring@dsisd.net
PHONE NUMBER: (906) 786-9300
2525 3Rd Ave S
Escanaba, MI  49829

Delton Kellogg Schools
SUPERINTENDENT: Kyle Corlett
E-MAIL: kyle.corlett@dkschools.org
PHONE NUMBER: (269) 623-1500
327 North Grove St
Delton, MI  49046

Detour Area Schools
SUPERINTENDENT: Robert Vaught
E-MAIL: rvaught@eupschools.org
PHONE NUMBER: (906) 297-2011
202 South Division St
De Tour Village, MI  49725

Detroit City School District
SUPERINTENDENT: Nikolai Vitti
E-MAIL: nikolai.vitti@detroitk12.org
PHONE NUMBER: (313) 873-6205
3011 West Grand Blvd
Detroit, MI  48202

Detroit Public Schools Community District
SUPERINTENDENT: Nikolai Vitti
E-MAIL: nikolai.vitti@detroitk12.org
PHONE NUMBER: (313)873-7922
3011 West Grand Blvd
Detroit, MI  48202

Dewitt Public Schools
SUPERINTENDENT: John Deiter
E-MAIL: deiter@dewittschools.net
PHONE NUMBER: (517) 668-3000
2957 West Herbison Rd
Dewitt, MI  48820

Dexter Community School District
SUPERINTENDENT: Christopher Timmis
E-MAIL: timmisc@dexterschools.org
PHONE NUMBER: (734) 424-4100

7714 Ann Arbor St
Dexter, MI  48130

Dickinson-iron Isd
SUPERINTENDENT: Wendy Warmuth
E-MAIL: wwarmuth@diisd.org
PHONE NUMBER: (906) 779-2690
1074 Pyle Dr
Kingsford, MI  49802

Dollar Bay-tamarack City Area Schools
SUPERINTENDENT: Christina Norland
E-MAIL: norlandc@dollarbay.k12.mi.us
PHONE NUMBER: (906) 482-5800
48475 Maple Dr
Dollar Bay, MI  49922

Dowagiac Union School District
SUPERINTENDENT: Jonathan     Whan
E-MAIL: jwhan@dowagiacschools.org
PHONE NUMBER: (269) 782-4402
243 S Front St
Dowagiac, MI  49047

Dryden Community Schools
SUPERINTENDENT: Mary Finnigan
E-MAIL: mfinnigan@dryden.k12.mi.us
PHONE NUMBER: (810) 796-9534
3866 Rochester Rd
Dryden, MI  48428

Dundee Community Schools
SUPERINTENDENT: Edward Manuszak
E-MAIL: edward.manuszak@dundee.k12.mi.us
PHONE NUMBER: (734) 529-2350
420 Ypsilanti St
Dundee, MI  48131

Durand Area Schools
SUPERINTENDENT: Craig Mccrumb
E-MAIL: mccrumb@durand.k12.mi.us
PHONE NUMBER: (989) 288-2681
310 North Saginaw St
Durand, MI  48429

East China School District
SUPERINTENDENT: Suzanne Cybulla
E-MAIL: scybulla@ecsd.us
PHONE NUMBER: (810) 676-1018
1585 Meisner Rd
East China, MI  48054

East Detroit Public Schools
SUPERINTENDENT: Ryan Mcleod
E-MAIL: ryan.mcleod@eastdetroit.org
PHONE NUMBER: (586) 533-3024

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

24685 Kelly Rd
Eastpointe, MI  48021

East Grand Rapids Public Schools
SUPERINTENDENT: Heidi Kattula
E-MAIL: hkattula@egrps.org
PHONE NUMBER: (616) 235-3535
2915 Hall St Se
Grand Rapids, MI  49506

East Jackson Community Schools
SUPERINTENDENT: Steve Doerr
E-MAIL: stephen.doerr@eastjacksonschools.org
PHONE NUMBER: (517) 764-2090
1404 North Sutton Rd
Jackson, MI  49202

East Jordan Public Schools
SUPERINTENDENT: Matt Stevenson
E-MAIL: mstevenson@ejps.org
PHONE NUMBER: (231) 536-3131
304 4Th St
East Jordan, MI  49727

East Lansing School District
SUPERINTENDENT: Dori Leyko
E-MAIL: dori.leyko@elps.us
PHONE NUMBER: (517) 333-7424
501 Burcham Dr
East Lansing, MI  48823

Eastern Upper Peninsula Isd
SUPERINTENDENT: Angie Mcarthur
E-MAIL: angiem@eupschools.org
PHONE NUMBER: (906) 632-3373
315 Armory Pl
Sault Sainte Marie, MI  49783

Easton Township S/d #6
SUPERINTENDENT: Ethan Ebenstein
E-MAIL: eebenstein@ioniaisd.org
PHONE NUMBER: (616) 527-4900
1779 Haynor Rd
Ionia, MI  48846

Eaton Rapids Public Schools
SUPERINTENDENT: Bill Defrance
E-MAIL: wdefrance@erpsk12.org
PHONE NUMBER: (517) 663-8155
912 Greyhound Dr
Eaton Rapids, MI  48827

Eaton Resa
SUPERINTENDENT: Cindy Anderson
E-MAIL: canderson@eatonresa.org
PHONE NUMBER: (517) 541-8720

1790 Packard Hwy
Charlotte, MI  48813

Eau Claire Public Schools
SUPERINTENDENT: Ann Shell
E-MAIL: ashell@eauclaireps.com
PHONE NUMBER: (269) 461-6947
6190 West Main St
Eau Claire, MI  49111

Ecorse Public Schools
SUPERINTENDENT: Josha Talison
E-MAIL: jtalison@eps.k12.mi.us
PHONE NUMBER: (313) 294-4750
27225 W Outer Dr
Ecorse, MI  48229

Edwardsburg Public Schools
SUPERINTENDENT: James Knoll
E-MAIL: jknoll@goeddies.com
PHONE NUMBER: (269) 663-1053
69410 Section St
Edwardsburg, MI  49112

Elk Rapids Schools
SUPERINTENDENT: Tom Enslen
E-MAIL: tenslen@erschools.com
PHONE NUMBER: (231) 264-8692
707 East 3Rd St
Elk Rapids, MI  49629

Elkton-pigeon-bay Port Laker Schools
SUPERINTENDENT: Brian Keim
E-MAIL: bkeim@lakerschools.org
PHONE NUMBER: (989) 453-4600
6136 Pigeon Rd
Pigeon, MI  48755

Ellsworth Community School
SUPERINTENDENT: Aaron Gaffney
E-MAIL: agaffney@ellsworth.k12.mi.us
PHONE NUMBER: (231) 588-2544
9467 Park St
Ellsworth, MI  49729

Elm River Township School District
SUPERINTENDENT: Bruce Matson
E-MAIL: bmatson@elmriver.school
PHONE NUMBER: (906) 288-3751
3999 E. Winona Rd
Toivola, MI  49965

Engadine Consolidated Schools
SUPERINTENDENT: Angie Mcarthur
E-MAIL: angiem@eupschools.org
PHONE NUMBER: (906) 477-6313

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

13920 Melville St
Engadine, MI  49827

Escanaba Area Public Schools
SUPERINTENDENT: Coby Fletcher
E-MAIL: cfletcher@eskymos.com
PHONE NUMBER: (906) 786-5411
1500 Ludington St
Escanaba, MI  49829

Essexville-hampton Public Schools
SUPERINTENDENT: Eric Allshouse
E-MAIL: allshousee@e-hps.net
PHONE NUMBER: (989) 894-9700
303 Pine St
Essexville, MI  48732

Evart Public Schools
SUPERINTENDENT: Shirley Howard
E-MAIL: howards@evartps.org
PHONE NUMBER: (231) 734-5594
321 North Hemlock St
Evart, MI  49631

Ewen-trout Creek Consolidated School District
SUPERINTENDENT: David Radovich
E-MAIL: dradovich@etc.k12.mi.us
PHONE NUMBER: (906) 813-0620
14312 Airport Rd
Ewen, MI  49925

Excelsior Township S/d #1
SUPERINTENDENT: Michael Hill
E-MAIL: mhill@crawfordschool.org
PHONE NUMBER: (231) 922-6200
5521 M 72 Ne
Kalkaska, MI  49646

Fairview Area School District
SUPERINTENDENT: John Sattler
E-MAIL: jsattler@fairview.k12.mi.us
PHONE NUMBER: (989) 848-7004
1879 East Miller Rd
Fairview, MI  48621

Farmington Public School District
SUPERINTENDENT: Robert Herrera
E-MAIL: robert.herrera@fpsk12.net
PHONE NUMBER: (248) 489-3339
32500 Shiawassee Rd
Farmington, MI  48336

Farwell Area Schools
SUPERINTENDENT: Steven Scoville
E-MAIL: sscoville@farwellschools.net
PHONE NUMBER: (989) 588-9917

399 E Michigan St
Farwell, MI  48622

Fennville Public Schools
SUPERINTENDENT: Jim Greydanus
E-MAIL: jgreydanus@fennville.org
PHONE NUMBER: (269) 561-7331
5 Memorial Dr
Fennville, MI  49408

Fenton Area Public Schools
SUPERINTENDENT: Adam Hartley
E-MAIL: ahartley@fentonschools.org
PHONE NUMBER: (810) 591-4700
3100 Owen Rd
Fenton, MI  48430

Ferndale Public Schools
SUPERINTENDENT: Dania Bazzi
E-MAIL: dania.bazzi@ferndaleschools.org
PHONE NUMBER: (248) 586-8652
881 Pinecrest Drive
Ferndale, MI  48220

Fitzgerald Public Schools
SUPERINTENDENT: Laurie Fournier
E-MAIL: laufou@myfitz.net
PHONE NUMBER: (586) 757-1750
23200 Ryan Rd
Warren, MI  48091

Flat Rock Community Schools
SUPERINTENDENT: Andrew Brodie
E-MAIL: abrodie@flatrockschools.org
PHONE NUMBER: (734) 535-6500
28639 Division St
Flat Rock, MI  48134

Flint School District Of The City Of
SUPERINTENDENT: Anita Steward
E-MAIL: superintendent@flintschools.org
PHONE NUMBER: (810) 760-1249
923 East Kearsley St
Flint, MI  48503

Flushing Community Schools
SUPERINTENDENT: Matt Shanafelt
E-MAIL: matt.shanafelt@flushingschools.org
PHONE NUMBER: (810) 591-1180
522 North Mckinley Rd
Flushing, MI  48433

Forest Area Community Schools
SUPERINTENDENT: Joshua Rothwell
E-MAIL: jrothwell@forestarea.org
PHONE NUMBER: (231) 369-4191

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

7741 Shippy Rd Sw
Fife Lake, MI  49633

Forest Hills Public Schools
SUPERINTENDENT: Daniel Behm
E-MAIL: dbehm@fhps.net
PHONE NUMBER: (616) 493-8800
6590 Cascade Rd Se
Grand Rapids, MI  49546

Forest Park School District
SUPERINTENDENT: Christy Larson
E-MAIL: clarson@fptrojans.org
PHONE NUMBER: (906) 875-6761
801 Forest Pkwy
Crystal Falls, MI  49920

Fowler Public Schools
SUPERINTENDENT: Neil Hufnagel
E-MAIL: neil.hufnagel@fowlerschools.net
PHONE NUMBER: (989) 593-2250
700 S Main St
Fowler, MI  48835

Fowlerville Community Schools
SUPERINTENDENT: Wayne Roedel
E-MAIL: roedelw@fowlervilleschools.org
PHONE NUMBER: (517) 223-6001
7677 West Sharpe Rd
Fowlerville, MI  48836

Frankenmuth School District
SUPERINTENDENT: Adele Martin
E-MAIL: amartin@fmuthschools.com
PHONE NUMBER: (989) 652-9958
525 East Genesee St
Frankenmuth, MI  48734

Frankfort-elberta Area Schools
SUPERINTENDENT: Jeff Tousley
E-MAIL: jtousley@frankfort.k12.mi.us
PHONE NUMBER: (231) 352-4641
534 11Th St
Frankfort, MI  49635

Fraser Public Schools
SUPERINTENDENT: Carrie Wozniak
E-MAIL: carrie.wozniak@fraserk12.org
PHONE NUMBER: (586) 439-7000
33466 Garfield Rd
Fraser, MI  48026

Freeland Community School District
SUPERINTENDENT: Matt Cairy
E-MAIL: cairym@freelandschools.net
PHONE NUMBER: (989) 695-5527

710 Powley Dr
Freeland, MI  48623

Fremont Public School District
SUPERINTENDENT: Ken Haggart
E-MAIL: khaggart@fremont.net
PHONE NUMBER: (231) 924-2350
450 E Pine St
Fremont, MI  49412

Fruitport Community Schools
SUPERINTENDENT: Robert Szymoniak
E-MAIL: bszymoniak@fruitportschools.net
PHONE NUMBER: (231) 865-3154
3255 Pontaluna Rd
Fruitport, MI  49415

Fulton Schools
SUPERINTENDENT: Paul Hungerford
E-MAIL: hungerfordp@fultonpirates.net
PHONE NUMBER: (989) 236-7300
8060 Ely Hwy
Middleton, MI  48856

Galesburg-augusta Community Schools
SUPERINTENDENT: Wendy Somers
E-MAIL: wsomers@gacsnet.org
PHONE NUMBER: (269) 484-2000
1076 North 37Th St
Galesburg, MI  49053

Garden City Public Schools
SUPERINTENDENT: Derek Fisher
E-MAIL: fisherd@gardencityschools.com
PHONE NUMBER: (734) 762-8300
1333 Radcliff St
Garden City, MI  48135

Gaylord Community Schools
SUPERINTENDENT: Brian Pearson
E-MAIL: pearsonb@gaylord.k12.mi.us
PHONE NUMBER: (989) 705-3009
615 South Elm Ave
Gaylord, MI  49735

Genesee Isd
SUPERINTENDENT: Lisa Hagel
E-MAIL: lhagel@geneseeisd.org
PHONE NUMBER: (810) 591-4402
2413 West Maple Ave
Flint, MI  48507

Genesee School District
SUPERINTENDENT: Melody Strang
E-MAIL: mstrang@geneseeschools.org
PHONE NUMBER: (810) 591-1650

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

7347 North Genesee Rd
Genesee, MI  48437

Gibraltar School District
SUPERINTENDENT: Amy Conway
E-MAIL: conwaya@gibdist.net
PHONE NUMBER: (734) 379-6350
19370 Vreeland Rd
Woodhaven, MI  48183

Gladstone Area Schools
SUPERINTENDENT: Jay Kulbertis
E-MAIL: jkulbert@gladstone.k12.mi.us
PHONE NUMBER: (906) 428-2417
400 South 10Th St
Gladstone, MI  49837

Gladwin Community Schools
SUPERINTENDENT: Rick Seebeck
E-MAIL: mrseebeck@gladwinschools.net
PHONE NUMBER: (989) 426-9255
401 North Bowery Ave Fl 2
Gladwin, MI  48624

Glen Lake Community Schools
SUPERINTENDENT: Jon Hoover
E-MAIL: hooverj@mylakers.org
PHONE NUMBER: (231) 334-3061
3375 West Burdickville Rd
Maple City, MI  49664

Glenn Public School District
SUPERINTENDENT: Brian Scieszka
E-MAIL: bscieszka@glennpublicschool.org
PHONE NUMBER: (269) 227-3411
1392 Adams Rd
Glenn, MI  49416

Gobles Public School District
SUPERINTENDENT: Jeffery Rehlander
E-MAIL: jrehlander@gobles.org
PHONE NUMBER: (269) 628-5618
409 North State St
Gobles, MI  49055

Godfrey-lee Public Schools
SUPERINTENDENT: Kevin Polston
E-MAIL: kpolston@godfrey-lee.org
PHONE NUMBER: (616) 241-4722
1324 Burton St Sw
Wyoming, MI  49509

Godwin Heights Public Schools
SUPERINTENDENT: William Fetterhoff
E-MAIL: fetterhoff@godwinschools.org
PHONE NUMBER: (616) 252-2090

15 36Th St Sw
Grand Rapids, MI  49548

Gogebic-ontonagon Isd
SUPERINTENDENT: Alan Tulppo
E-MAIL: atulppo@goisd.org
PHONE NUMBER: (906) 575-3438
202 Elm St
Bergland, MI  49910

Goodrich Area Schools
SUPERINTENDENT: Wayne Wright
E-MAIL: wwright@goodrichschools.org
PHONE NUMBER: (810) 591-2550
8029 Gale Rd
Goodrich, MI  48438

Grand Blanc Community Schools
SUPERINTENDENT: Clarence Garner
E-MAIL: cgarner@grandblancschools.org
PHONE NUMBER: (810) 591-6000
11920 South Saginaw St # G
Grand Blanc, MI  48439

Grand Haven Area Public Schools
SUPERINTENDENT: Andrew Ingall
E-MAIL: ingalla@ghaps.org
PHONE NUMBER: (616) 850-5015
1415 South Beechtree St
Grand Haven, MI  49417

Grand Ledge Public Schools
SUPERINTENDENT: David Chapin
E-MAIL: chapind@glcomets.net
PHONE NUMBER: (517) 925-5400
220 Lamson St
Grand Ledge, MI  48837

Grand Rapids Public Schools
SUPERINTENDENT: Leadriane Roby
E-MAIL: robyl@grps.org
PHONE NUMBER: (616) 819-2000
1331 Franklin St Se
Grand Rapids, MI  49506

Grandville Public Schools
SUPERINTENDENT: Roger Bearup
E-MAIL: rbearup@gpsbulldogs.org
PHONE NUMBER: (616) 254-6570
3839 Prairie St Sw
Grandville, MI  49418

Grant Public School District
SUPERINTENDENT: Brett Zuver
E-MAIL: bzuver@grantps.net
PHONE NUMBER: (231) 834-5621

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

148 Elder St
Grant, MI  49327

Grant Township S/d #2
SUPERINTENDENT: George Stockero
E-MAIL: gstockero@copperisd.org
PHONE NUMBER: (906) 289-4447
346 Gratiot Street U.S. 41
Copper Harbor, MI  49918

Grass Lake Community Schools
SUPERINTENDENT: Ryle Kiser
E-MAIL: ryle.kiser@grasslakeschools.com
PHONE NUMBER: (517) 522-5540
899 South Union St
Grass Lake, MI  49240

Gratiot-isabella Resd
SUPERINTENDENT: Jan Amsterburg
E-MAIL: jamsterburg@giresd.net
PHONE NUMBER: (989) 875-5101
1131 East Center St
Ithaca, MI  48847

Greenville Public Schools
SUPERINTENDENT: Linda Vanhouten
E-MAIL: vanhoutl@gpsmi.us
PHONE NUMBER: (616) 754-3686
1414 Chase St
Greenville, MI  48838

Grosse Ile Township Schools
SUPERINTENDENT: Joanne Lelekatch
E-MAIL: lelekaj@gischools.org
PHONE NUMBER: (734) 362-2581
23276 East River Rd
Grosse Ile, MI  48138

Grosse Pointe Public Schools
SUPERINTENDENT: Gary Niehaus
E-MAIL: niehaug@gpschools.org
PHONE NUMBER: (313) 432-3000
389 Saint Clair St
Grosse Pointe, MI  48230

Gull Lake Community Schools
SUPERINTENDENT: Raphael Rittenhouse
E-MAIL: rrittenhouse@gulllakecs.org
PHONE NUMBER: (269) 488-5000
11775 East D Ave
Richland, MI  49083

Gwinn Area Community Schools
SUPERINTENDENT: Sandra Petrovich
E-MAIL: spetrovi@gwinn.k12.mi.us
PHONE NUMBER: (906) 346-9283

50 West State Highway M35
Gwinn, MI  49841

Hagar Township S/d #6
SUPERINTENDENT: Joann Gilliam
E-MAIL: joann.gilliam@riversidehagar.org
PHONE NUMBER: (269) 849-1343
3422 Riverside Rd
Benton Harbor, MI  49022

Hale Area Schools
SUPERINTENDENT: Robert Colby
E-MAIL: rcolby@haleschools.net
PHONE NUMBER: (989) 728-7661
311 N. Washington
Hale, MI  48739

Hamilton Community Schools
SUPERINTENDENT: David Tebo
E-MAIL: dtebo@hamiltonschools.us
PHONE NUMBER: (269) 751-5148
4815 136Th Ave
Hamilton, MI  49419

Hamtramck School District Of The City Of
SUPERINTENDENT: Jaleelah Ahmed
E-MAIL: jahmed@hamtramck.k12.mi.us
PHONE NUMBER: (313) 872-9270
3201 Roosevelt St
Hamtramck, MI  48212

Hancock Public Schools
SUPERINTENDENT: Steve Patchin
E-MAIL: spatchin@hancock.k12.mi.us
PHONE NUMBER: (906) 487-5925
501 Campus Drive
Hancock, MI  49930

Hannahville Indian School
SUPERINTENDENT: Tom Miller
E-MAIL: tom.miller@hannahvilleschool.net
PHONE NUMBER: (906) 466-2952
N 14911 Hannahville B1 Rd
Wilson, MI  49896

Hanover-horton School District
SUPERINTENDENT: John Denney
E-MAIL: john.denney@hanoverhorton.org
PHONE NUMBER: (517) 563-0100
10000 Moscow Rd
Horton, MI  49246

Harbor Beach Community Schools
SUPERINTENDENT: Shawn Bishop
E-MAIL: sbishop@hbpirates.org
PHONE NUMBER: (989) 479-3261

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

402 S 5Th St
Harbor Beach, MI  48441

Harbor Springs School District
SUPERINTENDENT: Michael Behrmann
E-MAIL: mbehrmann@harborps.org
PHONE NUMBER: (231) 526-4545
800 State Road
Harbor Springs, MI  49740

Harper Creek Community Schools
SUPERINTENDENT: Rob Ridgeway
E-MAIL: ridgewayr@harpercreek.net
PHONE NUMBER: (269) 441-6555
7454 B Dr N
Battle Creek, MI  49014

Harper Woods The School District Of The City Of
SUPERINTENDENT: Steven McGhee
E-MAIL: steven.mcghee@hwschools.org
PHONE NUMBER: (313) 245-3000
20225 Beaconsfield St
Harper Woods, MI  48225

Harrison Community Schools
SUPERINTENDENT: Rick Foote
E-MAIL: rfoote@harrisonschools.com
PHONE NUMBER: (989) 539-7871
224 West Main St
Harrison, MI  48625

Hart Public School District
SUPERINTENDENT: Mark Platt
E-MAIL: mplatt@hart.k12.mi.us
PHONE NUMBER: (231) 873-6214
301 Johnson St W
Hart, MI  49420

Hartford Public Schools
SUPERINTENDENT: Andrew Hubbard
E-MAIL: hubbarda@hpsmi.org
PHONE NUMBER: (269) 621-7000
115 School St
Hartford, MI  49057

Hartland Consolidated Schools
SUPERINTENDENT: Chuck Hughes
E-MAIL: chuckhughes@hartlandschools.us
PHONE NUMBER: (810) 626-2100
9525 East Highland Rd
Hartland, MI  48353

Haslett Public Schools
SUPERINTENDENT: Steven Cook
E-MAIL: cooks1@haslett.k12.mi.us
PHONE NUMBER: (517) 339-8242

5593 Franklin St
Haslett, MI  48840

Hastings Area School District
SUPERINTENDENT: Daniel Remenap
E-MAIL: dremenap@hassk12.org
PHONE NUMBER: (269) 948-4400
232 West Grand Street
Hastings, MI  49058

Hazel Park School District Of The City Of
SUPERINTENDENT: Amy Kruppe
E-MAIL: amy.kruppe@hazelparkschools.org
PHONE NUMBER: (248) 658-5220
1620 East Elza Ave
Hazel Park, MI  48030

Hemlock Public School District
SUPERINTENDENT: Donald Killingbeck
E-MAIL: killingbeck@hemlockps.com
PHONE NUMBER: (989) 642-5282
200 Wilson St
Hemlock, MI  48626

Hesperia Community Schools
SUPERINTENDENT: Vaughn White
E-MAIL: whitev@hesp.net
PHONE NUMBER: (231) 854-6185
96 South Division St
Hesperia, MI  49421

Hillman Community Schools
SUPERINTENDENT: Carl Seiter
E-MAIL: seiterca@hillmanschools.com
PHONE NUMBER: (989) 742-2908
26042 M 32 S
Hillman, MI  49746

Hillsdale Community Schools
SUPERINTENDENT: Shawn Vondra
E-MAIL: shawn.vondra@hillsdaleschools.org
PHONE NUMBER: (517) 439-4320
30 South Norwood Ave
Hillsdale, MI  49242

Hillsdale Isd
SUPERINTENDENT: Troy Reehl
E-MAIL: troy.reehl@hillsdale-isd.org
PHONE NUMBER: (517) 437-0990
310 West Bacon St
Hillsdale, MI  49242

Holland City School District
SUPERINTENDENT: Brian Davis
E-MAIL: bdavis@hollandpublicschools.org
PHONE NUMBER: (616) 494-2005

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

320 W. 24Th
Holland, MI  49423

Holly Area School District
SUPERINTENDENT: Scott Roper
E-MAIL: scott.roper@hask12.org
PHONE NUMBER: (248) 328-3140
920 Baird St
Holly, MI  48442

Holt Public Schools
SUPERINTENDENT: David Hornak
E-MAIL: dhornak@hpsk12.net
PHONE NUMBER: (517) 694-5715
5780 Holt Rd
Holt, MI  48842

Holton Public Schools
SUPERINTENDENT: Adam Bayne
E-MAIL: abayne@holton.k12.mi.us
PHONE NUMBER: (231) 821-1700
6500 Fourth Street
Holton, MI  49425

Homer Community School District
SUPERINTENDENT: Scott Salow
E-MAIL: ssalow@homerschools.net
PHONE NUMBER: (517) 568-4461
403 South Hillsdale St
Homer, MI  49245

Hopkins Public Schools
SUPERINTENDENT: Gary Wood
E-MAIL: garywood@hpsvikings.org
PHONE NUMBER: (269) 793-7261
400 South Clark St
Hopkins, MI  49328

Houghton Lake Community Schools
SUPERINTENDENT: Julie Brown
E-MAIL: brownjsupt@hlcsk12.net
PHONE NUMBER: (989) 366-2000
6001 West Houghton Lake Dr
Houghton Lake, MI  48629

Houghton-portage Township School District
SUPERINTENDENT: Doreen Kramer
E-MAIL: doreen@hpts.us
PHONE NUMBER: (906) 482-0451
1603 Gundlach Rd
Houghton, MI  49931

Howell Public Schools
SUPERINTENDENT: Erin Macgregor
E-MAIL: macgrege@howellschools.com
PHONE NUMBER: (517) 548-6200

411 North Highlander Way
Howell, MI  48843

Hudson Area Schools
SUPERINTENDENT: Michael Osborne
E-MAIL: mosborne@hudson.k12.mi.us
PHONE NUMBER: (517) 448-8912
781 North Maple Grove Ave
Hudson, MI  49247

Hudsonville Public School District
SUPERINTENDENT: Douglas Vanderjagt
E-MAIL: dvanderj@hpseagles.net
PHONE NUMBER: (616) 669-1740
3886 Van Buren St
Hudsonville, MI  49426

Huron Isd
SUPERINTENDENT: Joseph Murphy
E-MAIL: jmurphy@huronisd.org
PHONE NUMBER: (989) 269-6406
1299 South Thomas Road Suite 1
Bad Axe, MI  48413

Huron School District
SUPERINTENDENT: Donovan Rowe
E-MAIL: rowed@huronschools.org
PHONE NUMBER: (734) 782-2441
32044 Huron River Dr
New Boston, MI  48164

Huron Valley Schools
SUPERINTENDENT: Paul Salah
E-MAIL: paul.salah@hvs.org
PHONE NUMBER: (248) 684-8234
2390 South Milford Rd
Highland, MI  48357

Ida Public School District
SUPERINTENDENT: Sandy Kreps
E-MAIL: kreps@idaschools.org
PHONE NUMBER: (734) 269-9003
3145 Prairie St
Ida, MI  48140

Imlay City Community Schools
SUPERINTENDENT: Stu Cameron
E-MAIL: scameron@icschools.us
PHONE NUMBER: (810) 724-9861
634 West Borland Rd
Imlay City, MI  48444

Ingham Isd
SUPERINTENDENT: Jason Mellema
E-MAIL: jmellema@inghamisd.org
PHONE NUMBER: (517) 676-1051

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

2630 West Howell Rd
Mason, MI  48854

Inland Lakes Schools
SUPERINTENDENT: Brad Jacobs
E-MAIL: bjacobs@inlandlakes.org
PHONE NUMBER: (231) 238-6868
4363 South Straits Hwy
Indian River, MI  49749

Ionia Isd
SUPERINTENDENT: Ethan Ebenstein
E-MAIL: eebenstein@ioniaisd.org
PHONE NUMBER: (616) 527-4900
2191 Harwood Rd
Ionia, MI  48846

Ionia Public Schools
SUPERINTENDENT: Ron Wilson
E-MAIL: rwilson@ioniaschools.org
PHONE NUMBER: (616) 527-9280
250 East Tuttle Rd
Ionia, MI  48846

Ionia Township S/d #2
SUPERINTENDENT: Ethan Ebenstein
E-MAIL: eebenstein@ioniaisd.org
PHONE NUMBER: (616) 527-4900
2120 North State Rd
Ionia, MI  48846

Iosco Resa
SUPERINTENDENT: Dana Mcgrew
E-MAIL: dmcgrew@ioscoresa.net
PHONE NUMBER: (989) 362-3006
27 North Rempert Rd
Tawas City, MI 48763

Iron Mountain Public Schools
SUPERINTENDENT: Jerry Sardina
E-MAIL: sardinaj@imschools.org
PHONE NUMBER: (906) 779-2600
217 Izzo Marriucci Way
Iron Mountain, MI 49801

Ironwood Area Schools Of Gogebic County
SUPERINTENDENT: Travis Powell
E-MAIL: travis.powell@ironwood.k12.mi.us
PHONE NUMBER: (906) 932-0200
650 East Ayer St
Ironwood, MI  49938

Ishpeming Public School District No. 1
SUPERINTENDENT: Carrie Meyer
E-MAIL: cmeyer@ishpemingschools.com
PHONE NUMBER: (906) 485-5501

319 East Division St
Ishpeming, MI 49849

Ithaca Public Schools
SUPERINTENDENT: Steven Netzley
E-MAIL: steven@ithacaschools.net
PHONE NUMBER: (989) 875-3700
710 North Union St
Ithaca, MI  48847

Jackson Isd
SUPERINTENDENT: Kevin Oxley
E-MAIL: kevin.oxley@jcisd.org
PHONE NUMBER: (517) 768-5200
6700 Browns Lake Rd
Jackson, MI 49201

Jackson Public Schools
SUPERINTENDENT: Jeff Beal
E-MAIL: Jeff.Beal@jpsk12.org
PHONE NUMBER: (517) 841-2202
522 Wildwood Ave
Jackson, MI 49201

Jefferson Schools (monroe)
SUPERINTENDENT: Steven Petty
E-MAIL: mpetty@jeffersonschools.org
PHONE NUMBER: (734) 289-5550
5707 Williams Rd
Monroe, MI  48162

Jenison Public Schools
SUPERINTENDENT: Thomas Tenbrink
E-MAIL: ttenbrin@jpsonline.org
PHONE NUMBER: (616) 457-8890
8375 20Th Ave
Jenison, MI 49428

Jkl Bahweting Anishnabe School
SUPERINTENDENT: Theresa Kallstrom
E-MAIL: tkallstrom@jklschool.org
PHONE NUMBER: (906) 635-5055
1301 Marquette Ave
Sault Ste Marie, MI  49783

Johannesburg-lewiston Area Schools
SUPERINTENDENT: Kathleen Makowski
E-MAIL: makowskik@jlas.org
PHONE NUMBER: (989) 732-1773
10854 M 32 E
Johannesburg, MI  49751

Jonesville Community Schools
SUPERINTENDENT: Chellie Broesamle
E-MAIL: cbroesamle@jonesvilleschools.org
PHONE NUMBER: (517) 849-9075

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

202 Wright St
Jonesville, MI  49250

Kalamazoo Public Schools
SUPERINTENDENT: Rita Raichoudhuri
E-MAIL:
raichoudhurira@kalamazoopublicschools.net
PHONE NUMBER: (269) 337-0123
1220 Howard St
Kalamazoo, MI  49008

Kalamazoo Resa
SUPERINTENDENT: Dave Campbell
E-MAIL: dcampbell@kresa.org
PHONE NUMBER: (269) 250-9205
1819 East Milham Ave
Kalamazoo, MI  49002

Kaleva Norman Dickson School District
SUPERINTENDENT: Marlen Cordes
E-MAIL: cordesm@manistee.org
PHONE NUMBER: (231) 477-5353
4400 North High Bridge Rd
Brethren, MI  49619

Kalkaska Public Schools
SUPERINTENDENT: Terry Starr
E-MAIL: tstarr@kpschools.com
PHONE NUMBER: (231) 258-9109
315 South Coral St
Kalkaska, MI  49646

Kearsley Community School District
SUPERINTENDENT: Kevin Walworth
E-MAIL: kwalwort@kearsleyschools.org
PHONE NUMBER: (810) 591-8000
4396 Underhill Dr
Flint, MI  48506

Kelloggsville Public Schools
SUPERINTENDENT: Samuel Wright
E-MAIL: swright@kvilleps.org
PHONE NUMBER: (616) 538-7460
242 52Nd St Se
Grand Rapids, MI  49548

Kenowa Hills Public Schools
SUPERINTENDENT: Gerald Hopkins
E-MAIL: ghopkins@khps.org
PHONE NUMBER: (616) 784-2511
2325 4 Mile Rd Nw
Grand Rapids, MI  49544

Kent City Community Schools
SUPERINTENDENT: Mike Weiler
E-MAIL: mike.weiler@kentcityschools.org

PHONE NUMBER: (616) 678-7714
200 North Clover St
Kent City, MI  49330

Kent Isd
SUPERINTENDENT: Ron Caniff
E-MAIL: roncaniff@kentisd.org
PHONE NUMBER: (616) 364-1333
2930 Knapp St Ne
Grand Rapids, MI  49525

Kentwood Public Schools
SUPERINTENDENT: Michael Zoerhoff
E-MAIL: michael.zoerhoff@kentwoodps.org
PHONE NUMBER: (616) 455-4400
5820 Eastern Ave Se
Grand Rapids, MI  49508

Kingsley Area Schools
SUPERINTENDENT: Keith Smith
E-MAIL: ksmith@kingsley.k12.mi.us
PHONE NUMBER: (231) 263-5261
402 Fenton St
Kingsley, MI  49649

Kingston Community School District
SUPERINTENDENT: Matt Drake
E-MAIL: mdrake@kingstonk12.org
PHONE NUMBER: (989) 683-2294
5790 State St
Kingston, MI  48741

Laingsburg Community Schools
SUPERINTENDENT: Matt Shastal
E-MAIL: matt.shastal@laingsburg.k12.mi.us
PHONE NUMBER: (517) 651-2705
205 South Woodhull Rd
Laingsburg, MI  48848

Lake City Area School District
SUPERINTENDENT: Kimberly Blaszak
E-MAIL: kblaszak@lakecity.k12.mi.us
PHONE NUMBER: (231) 839-4333
710 East Mitchell St
Lake City, MI  49651

Lake Fenton Community Schools
SUPERINTENDENT: Julie Williams
E-MAIL: jwilliams@lakefentonschools.org
PHONE NUMBER: (810) 591-4141
11425 Torrey Road Fenton
Fenton, MI  48430

Lake Linden-hubbell School District
SUPERINTENDENT: Brad Codere
E-MAIL: coderebr@lakelinden.k12.mi.us

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (906) 296-6211
601 Calumet St
Lake Linden, MI  49945

Lake Orion Community Schools
SUPERINTENDENT: Ben Kirby
E-MAIL: ben.kirby@lok12.org
PHONE NUMBER: (248) 693-5413
315 North Lapeer St
Lake Orion, MI  48362

Lake Shore Public Schools (macomb)
SUPERINTENDENT: Joe Diponio
E-MAIL: jdiponio@lsps.org
PHONE NUMBER: (586) 285-8480
28850 Harper Ave
Saint Clair Shores, MI  48081

Lakeshore School District (berrien)
SUPERINTENDENT: Philip Freeman
E-MAIL: pfreeman@lakeshoreps.org
PHONE NUMBER: (269) 428-1400
5771 Cleveland Ave
Stevensville, MI  49127

Lakeview Community Schools (montcalm)
SUPERINTENDENT: Kyle Hamlin
E-MAIL: hamlink@lakeviewschools.net
PHONE NUMBER: (989) 352-6226
123 5Th St
Lakeview, MI  48850

Lakeview Public Schools (macomb)
SUPERINTENDENT: Karl Paulson
E-MAIL: kpaulson@scslakeview-k12.com
PHONE NUMBER: (586) 445-4000
27575 Harper Ave
Saint Clair Shores, MI  48081

Lakeview Sch. District (calhoun)
SUPERINTENDENT: Blake Prewitt
E-MAIL: bprewitt@lakeviewspartans.org
PHONE NUMBER: (269) 565-2411
15 Arbor St
Battle Creek, MI  49015

Lakeville Community School District
SUPERINTENDENT: Mike Lytle
E-MAIL: mlytle@lakevilleschools.org
PHONE NUMBER: (810) 591-3980
11107 Washburn Rd
Otisville, MI  48463

Lakewood Public Schools
SUPERINTENDENT: Steven Skalka
E-MAIL: stevenskalka@lakewoodps.org

PHONE NUMBER: (616) 374-8043
223 W Broadway St
Woodland, MI  48897

Lamphere Public Schools
SUPERINTENDENT: Dale Steen
E-MAIL: steend@lamphereschools.org
PHONE NUMBER: (248) 589-1990
31201 Dorchester Ave
Madison Heights, MI  48071

L'Anse Area Schools
SUPERINTENDENT: Susan Tollefson
E-MAIL: stollefson@laschools.us
PHONE NUMBER: (906) 524-6000
201 North 4Th St
Lanse, MI  49946

L'Anse Creuse Public Schools
SUPERINTENDENT: Erik Edoff
E-MAIL: edoffer@lc-ps.org
PHONE NUMBER: (586) 783-6300
24076 F.V. Pankow Blvd.
Clinton Township, MI  48036

Lansing Public School District
SUPERINTENDENT: Sam Sinicropi
E-MAIL: sam.sinicropi@lansingschools.net
PHONE NUMBER: (517) 755-1010
519 West Kalamazoo St
Lansing, MI  48933

Lapeer Community Schools
SUPERINTENDENT: Matthew Wandrie
E-MAIL: mwandrie@lapeerschools.org
PHONE NUMBER: (810) 667-2401
250 2Nd St
Lapeer, MI  48446

Lapeer Isd
SUPERINTENDENT: Steven Zott
E-MAIL: szott@lcisd.k12.mi.us
PHONE NUMBER: (810) 664-5917
1996 West Oregon St
Lapeer, MI  48446

Lawrence Public Schools
SUPERINTENDENT: Gretchen Gendron
E-MAIL: gretchengendron@lawrencetigers.com
PHONE NUMBER: (269) 674-8233
650 West Saint Joseph St
Lawrence, MI  49064

Lawton Community School District
SUPERINTENDENT: Christopher Rice
E-MAIL: crice@lawtoncs.org

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (269) 624-7901
101 Primary Way
Lawton, MI 49065

Leland Public School District
SUPERINTENDENT: Stephanie Long
E-MAIL: slong@lelandschool.com
PHONE NUMBER: (231) 256-9857
200 North Grand Ave
Leland, MI 49654

Lenawee Isd
SUPERINTENDENT: Mark Haag
E-MAIL: mark.haag@lisd.us
PHONE NUMBER: (517) 265-2119
4107 North Adrian Hwy
Adrian, MI 49221

Les Cheneaux Community Schools
SUPERINTENDENT: Randy Schaedig
E-MAIL: rschaedig@eupschools.org
PHONE NUMBER: (906) 484-2256
298 East Highway M-134
Cedarville, MI 49719

Leslie Public Schools
SUPERINTENDENT: Jeff Manthei
E-MAIL: mantheij@lesliek12.net
PHONE NUMBER: (517) 589-8200
4141 Hull Rd
Leslie, MI 49251

Lewis Cass Isd
SUPERINTENDENT: Brent Holcomb
E-MAIL: bholcomb@lewiscassisd.org
PHONE NUMBER: (269) 445-6204
61682 Dailey Rd
Cassopolis, MI 49031

Lincoln Consolidated School District
SUPERINTENDENT: Sean Mcnatt
E-MAIL: mcnatts@lincolnk12.org
PHONE NUMBER: (734) 484-7001
8970 Whittaker Rd
Ypsilanti, MI 48197

Lincoln Park School District Of The City Of
SUPERINTENDENT: Terry Dangerfield
E-MAIL: terry.dangerfield@lpps.info
PHONE NUMBER: (313) 389-0200
1650 Champaign Ave
Lincoln Park, MI 48146

Linden Community Schools
SUPERINTENDENT: Russ Ciesielski
E-MAIL: rciesiel@lindenschools.org

PHONE NUMBER: (810) 591-0980
7205 Silver Lake Rd
Linden, MI 48451

Litchfield Community Schools
SUPERINTENDENT: Mike Corey
E-MAIL: mcorey@litchfieldschools.com
PHONE NUMBER: (517) 542-2388
210 Williams St
Litchfield, MI 49252

Livingston Esa
SUPERINTENDENT: Michael Hubert
E-MAIL: mike@livingstonesa.org
PHONE NUMBER: (517) 546-5550
1425 West Grand River Ave
Howell, MI 48843

Livonia Public Schools School District
SUPERINTENDENT: Andrea Oquist
E-MAIL: aoquist@livoniapublicschools.org
PHONE NUMBER: (734) 744-2500
15125 Farmington Rd
Livonia, MI 48154

Lowell Area Schools
SUPERINTENDENT: Nate Fowler
E-MAIL: nfowler@lowellschools.com
PHONE NUMBER: (616) 987-2500
300 High St
Lowell, MI 49331

Ludington Area School District
SUPERINTENDENT: Jason Kennedy
E-MAIL: jkennedy@lasd.net
PHONE NUMBER: (231) 845-7303
809 East Tinkham Ave
Ludington, MI 49431

Mackinac Island Public Schools
SUPERINTENDENT: Bob Lohff
E-MAIL: blohff@eupschools.org
PHONE NUMBER: (906) 847-3377
7846 Main Street
Mackinac Island, MI 49757

Mackinaw City Public Schools
SUPERINTENDENT: Jeffrey Curth
E-MAIL: jcurth@mackcity.k12.mi.us
PHONE NUMBER: (231) 436-8211
609 West Central Ave
Mackinaw City, MI 49701

Macomb Isd
SUPERINTENDENT: Michael Devault
E-MAIL: mdevault@misd.net

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (586) 228-3300
44001 Garfield Rd
Clinton Township, MI  48038

Madison District Public Schools
SUPERINTENDENT: Angel Abdulahad
E-MAIL: aabdulahad@madisondistrict.org
PHONE NUMBER: (248) 399-7800
26524 John R Rd
Madison Heights, MI  48071

Madison School District (lenawee)
SUPERINTENDENT: Nick Steinmetz
E-MAIL: nick.steinmetz@madisonk12.us
PHONE NUMBER: (517) 263-0741
3498 Treat Hwy
Adrian, MI  49221

Mancelona Public Schools
SUPERINTENDENT: Jeffery Dirosa
E-MAIL: jdirosa@mancelonaschools.org
PHONE NUMBER: (231) 587-9764
112 St John St
Mancelona, MI  49659

Manchester Community Schools
SUPERINTENDENT: Brad Bezeau
E-MAIL: bbezeau@mcs.k12.mi.us
PHONE NUMBER: (734) 428-9711
410 City Rd
Manchester, MI  48158

Manistee Area Public Schools
SUPERINTENDENT: Ronald Stoneman
E-MAIL: rstoneman@manistee.org
PHONE NUMBER: (231) 723-3521
550 Maple St
Manistee, MI  49660

Manistee Isd
SUPERINTENDENT: David Cox
E-MAIL: dcox@wmisd.org
PHONE NUMBER: (231) 723-4264
772 East Parkdale Ave
Manistee, MI  49660

Manistique Area Schools
SUPERINTENDENT: Howard Parmentier
E-MAIL: hparmentier@manistiqueschools.org
PHONE NUMBER: (906) 341-4330
100 North Cedar St
Manistique, MI  49854

Manton Consolidated Schools
SUPERINTENDENT: Leonard Morrow
E-MAIL: lmorrow@mantonschools.org

PHONE NUMBER: (231) 824-6411
105 5Th St
Manton, MI  49663

Maple Valley Schools
SUPERINTENDENT: Katherine Bertolini
E-MAIL: kbertolini@mvs.k12.mi.us
PHONE NUMBER: (517) 852-9699
11090 Nashville Hwy
Vermontville, MI  49096

Mar Lee School District
SUPERINTENDENT: Jennifer Goodman
E-MAIL: goodmanj@mar-lee.org
PHONE NUMBER: (269) 781-5412
21236 H Dr N
Marshall, MI  49068

Marcellus Community Schools
SUPERINTENDENT: Nanette Pauley
E-MAIL: npauley@marculluscs.org
PHONE NUMBER: (269) 646-7655
305 Arbor St
Marcellus, MI  49067

Marion Public Schools
SUPERINTENDENT: Chris Arrington
E-MAIL: carrington@marion.k12.mi.us
PHONE NUMBER: (231) 743-2486
510 West Main St
Marion, MI  49665

Marlette Community Schools
SUPERINTENDENT: Sarah Barratt
E-MAIL: sarah.barratt@marletteschools.org
PHONE NUMBER: (989) 635-4900
6230 Euclid St.
Marlette, MI  48453

Marquette Area Public Schools
SUPERINTENDENT: William Saunders
E-MAIL: wsaunders@mapsnet.org
PHONE NUMBER: (906) 225-4200
1201 West Fair Ave
Marquette, MI  49855

Marquette-alger Resa
SUPERINTENDENT: Greg Nyen
E-MAIL: gnyen@maresa.org
PHONE NUMBER: (906) 226-5101
321 East Ohio St
Marquette, MI  49855

Marshall Public Schools
SUPERINTENDENT: Randall Davis
E-MAIL: rdavis@marshallpublicschools.org

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (269) 781-1250
100 East Green St
Marshall, MI  49068

Martin Public Schools
SUPERINTENDENT: Brooke Stone
E-MAIL:
brooke.balleestone@martinpublicschools.org
PHONE NUMBER: (269) 672-7194
1619 University St
Martin, MI  49070

Marysville Public Schools
SUPERINTENDENT: Shawn Wightman
E-MAIL: swightman@marysvilleschools.us
PHONE NUMBER: (810) 364-7731
495 East Huron Blvd.
Marysville, MI  48040

Mason Consolidated Schools (monroe)
SUPERINTENDENT: Kelli Tuller
E-MAIL: ktuller@eriemason.k12.mi.us
PHONE NUMBER: (734) 848-9304
2400 Mason Eagle Dr
Erie, MI  48133

Mason County Central Schools
SUPERINTENDENT: Jeffrey Mount
E-MAIL: jmount@mccschools.org
PHONE NUMBER: (231) 757-3713
300 West Broadway Ave
Scottville, MI  49454

Mason County Eastern Schools
SUPERINTENDENT: Paul Shoup
E-MAIL: pshou@mceschools.com
PHONE NUMBER: (231) 757-3733
18 South Main St
Custer, MI  49405

Mason Public Schools (ingham)
SUPERINTENDENT: Ronald Drzewicki
E-MAIL: drzewickir@masonk12.net
PHONE NUMBER: (517) 676-6489
400 S Cedar St
Mason, MI  48854

Mattawan Consolidated School
SUPERINTENDENT: Randy Fleenor
E-MAIL: rfleenor@mattawanschools.org
PHONE NUMBER: (269) 668-3361
56720 Murray St
Mattawan, MI  49071

Mayville Community School District
SUPERINTENDENT: Barry Markwart

E-MAIL: barry.markwart@mayvilleschools.org
PHONE NUMBER: (989) 843-6115
6250 Fulton St
Mayville, MI  48744

Mcbain Rural Agricultural Schools
SUPERINTENDENT: Stephen Prissel
E-MAIL: sprissel@mcbain.org
PHONE NUMBER: (231) 825-2165
107 East Maple St
Mc Bain, MI  49657

Mecosta-osceola Isd
SUPERINTENDENT: Steve Locke
E-MAIL: slocke@moisd.org
PHONE NUMBER: (231) 796-3543
15760 190Th Ave
Big Rapids, MI  49307

Melvindale-north Allen Park Schools
SUPERINTENDENT: Kimberly Soranno
E-MAIL: sorannk@melnapschools.com
PHONE NUMBER: (313) 389-3300
18530 Prospect St
Melvindale, MI  48122

Memphis Community Schools
SUPERINTENDENT: Brad Gudme
E-MAIL: bgudme@memphisk12.org
PHONE NUMBER: (810) 392-2151
34110 Bordman Rd
Memphis, MI  48041

Mendon Community School District
SUPERINTENDENT: Leasa Griffith
E-MAIL: lgriffith@mendonschools.org
PHONE NUMBER: (269) 496-8491
148 Kirby Rd
Mendon, MI  49072

Menominee Area Public Schools
SUPERINTENDENT: John Mans
E-MAIL: mansj@gomaroons.org
PHONE NUMBER: (906) 863-9951
1230 13Th St
Menominee, MI  49858

Menominee Isd
SUPERINTENDENT: Steve Martin
E-MAIL: stevemartin@mc-isd.org
PHONE NUMBER: (906) 863-5665
1201 41St Ave
Menominee, MI  49858

Meridian Public Schools
SUPERINTENDENT: Craig Carmoney

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

E-MAIL: craig.carmoney@merps.org
PHONE NUMBER: (989) 687-3200
3361 North Meridian Rd
Sanford, MI  48657

Merrill Community Schools
SUPERINTENDENT: Gwen Glazier
E-MAIL: glazier.gwen@merrillschools.org
PHONE NUMBER: (989) 643-7261
431 W. Alice
Merrill, MI  48637

Mesick Consolidated Schools
SUPERINTENDENT: Scott Akom
E-MAIL: akoms@mesick.org
PHONE NUMBER: (231) 885-2727
210 East Mesick Ave
Mesick, MI  49668

Michigan Center School District
SUPERINTENDENT: Brady Cook
E-MAIL: brady.cook@mccardinals.org
PHONE NUMBER: (517) 764-5778
400 S State St
Michigan Center, MI  49254

Michigan Department Of Community Health
SUPERINTENDENT: Robert Gordon
E-MAIL: gordonr3@michigan.gov
PHONE NUMBER: (517) 373-3740
201 Townsend St
Lansing, MI  48933

Michigan Department Of Human Services
SUPERINTENDENT: Nick Lyon
E-MAIL: lyonn@michigan.gov
PHONE NUMBER: (517) 373-2000
235 South Grand Ave
Lansing, MI  48933

Michigan Department Of Licensing And Regulatory
Affairs/mrs
SUPERINTENDENT: Orlene Hawks
E-MAIL: hawkso@michigan.gov
PHONE NUMBER: (517) 373-3390
201 North Washington Sq Flr 4T
Lansing, MI  48913

Michigan School For The Deaf
SUPERINTENDENT: Charles Thomas
E-MAIL: thomasc29@michigan.gov
PHONE NUMBER: (810) 257-1467
1235 W Court St
Flint, MI  48503

Mid Peninsula School District

SUPERINTENDENT: Eric Vandamme
E-MAIL: evandamme@mpswolverines.com
PHONE NUMBER: (906) 359-4387
5055 Saint Nicholas 31St Rd
Rock, MI  49880

Midland County Educational Service Agency
SUPERINTENDENT: John Searles
E-MAIL: suptsearles@midlandesa.org
PHONE NUMBER: (989) 631-5890
3917 Jefferson Ave
Midland, MI  48640

Midland Public Schools
SUPERINTENDENT: Michael Sharrow
E-MAIL: sharrowme@midlandps.org
PHONE NUMBER: (989) 923-5001
600 East Carpenter St
Midland, MI  48640

Milan Area Schools
SUPERINTENDENT: Bryan Girbach
E-MAIL: girbachb@milanareaschools.org
PHONE NUMBER: (734) 439-5050
100 Big Red Dr
Milan, MI  48160

Millington Community Schools
SUPERINTENDENT: Lawrence Kroswek
E-MAIL: lawrence.kroswek@mcsdistrict.com
PHONE NUMBER: (989) 660-2451
8537 Gleason Street
Millington, MI  48746

Mio-ausable Schools
SUPERINTENDENT: Paul Ciske
E-MAIL: ciskep@miok12.net
PHONE NUMBER: (989) 826-2401
1110 West 8Th St
Mio, MI  48647

Mona Shores Public School District
SUPERINTENDENT: Bill Obrien
E-MAIL: obrienb@monashores.net
PHONE NUMBER: (231) 780-4751
121 Randall Road
Norton Shores, MI  49441

Monroe Isd
SUPERINTENDENT: Stephen Mcnew
E-MAIL: stephen.mcnew@monroeisd.us
PHONE NUMBER: (734) 242-5799
1101 South Raisinville Rd
Monroe, MI  48161

Monroe Public Schools

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

SUPERINTENDENT: Julie Everly
E-MAIL: everly@monroe.k12.mi.us
PHONE NUMBER: (734) 265-3070
1275 North Macomb St
Monroe, MI  48162

Montabella Community Schools
SUPERINTENDENT: Shelly Millis
E-MAIL: smillis@montabella.com
PHONE NUMBER: (989) 427-5148
302 West Main St
Edmore, MI  48829

Montague Area Public Schools
SUPERINTENDENT: Jeffrey Johnson
E-MAIL: johnsonj@mapsk12.org
PHONE NUMBER: (231) 893-1515
4882 Stanton Blvd
Montague, MI  49437

Montcalm Area Isd
SUPERINTENDENT: Roger Thelen
E-MAIL: rthelen@maisd.com
PHONE NUMBER: (989) 831-5261
621 North New St
Stanton, MI  48888

Montrose Community Schools
SUPERINTENDENT: Linden Moore
E-MAIL: lmoore@montroseschools.org
PHONE NUMBER: (810) 591-8800
300 Nanita Dr
Montrose, MI  48457

Moran Township School District
SUPERINTENDENT: Amy Lester
E-MAIL: alester@eupschools.org
PHONE NUMBER: (906) 643-7970
W 1828 Gros Cap Rd
Saint Ignace, MI  49781

Morenci Area Schools
SUPERINTENDENT: Michael McAran
E-MAIL: mcaran@morencibulldogs.org
PHONE NUMBER: (517) 458-7501
788 Coomer St
Morenci, MI  49256

Morley Stanwood Community Schools
SUPERINTENDENT: Roger Cole
E-MAIL: rcole@morleystanwood.org
PHONE NUMBER: (231) 856-4392
4700 Northland Dr
Morley, MI  49336

Morrice Area Schools

SUPERINTENDENT: Michael Dewey
E-MAIL: mdewey@morrice.k12.mi.us
PHONE NUMBER: (517) 625-3142
111 East Mason
Morrice, MI  48857

Mount Clemens Community School District
SUPERINTENDENT: Monique Beels
E-MAIL: beelsm@mtcps.org
PHONE NUMBER: (586) 469-6100
167 Cass Ave
Mount Clemens, MI  48043

Mt. Morris Consolidated Schools
SUPERINTENDENT: Mickie Kujat
E-MAIL: mkujat@mtmorrisschools.org
PHONE NUMBER: (810)591-8760
12356 WALTER ST
MOUNT MORRIS, MI  48458

Mt. Pleasant City School District
SUPERINTENDENT: Jennifer Verleger
E-MAIL: jverleger@mp.edzone.net
PHONE NUMBER: (989) 775-2300
720 North Kinney Ave
Mount Pleasant, MI  48858

Munising Public Schools
SUPERINTENDENT: Peter Kelto
E-MAIL: pete.kelto@mps-up.com
PHONE NUMBER: (906) 387-2251
411 Elm Ave
Munising, MI  49862

Muskegon Area Isd
SUPERINTENDENT: John Severson
E-MAIL: jseverson@muskegonisd.org
PHONE NUMBER: (231) 777-2637
630 Harvey St
Muskegon, MI  49442

Muskegon Public Schools Of The City Of
SUPERINTENDENT: Matthew Cortez
E-MAIL: mcortez@mpsk12.net
PHONE NUMBER: (231)720-2000
349 WEST WEBSTER AVE
MUSKEGON, MI  49440

Napoleon Community Schools
SUPERINTENDENT: Jim Graham
E-MAIL: jim.graham@napoleonschools.org
PHONE NUMBER: (517) 536-8667
200 West
Napoleon, MI  49261

Negaunee Public Schools

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

SUPERINTENDENT: Dan Skewis
E-MAIL: dan.skewis@negauneeschools.org
PHONE NUMBER: (906) 475-4157
101 South Pioneer Ave
Negaunee, MI  49866

New Buffalo Area Schools
SUPERINTENDENT: Jeff Leslie
E-MAIL: jleslie@nbas.org
PHONE NUMBER: (269) 469-6000
1112 East Clay St
New Buffalo, MI  49117

New Haven Community Schools
SUPERINTENDENT: Cheryl Puzdrakiewicz
E-MAIL: cpuzdrakiewicz@newhaven.misd.net
PHONE NUMBER: (586) 749-5123
30375 Clark Street
New Haven, MI  48048

New Lothrop Area Public Schools
SUPERINTENDENT: Anthony Berthiaume
E-MAIL: aberthiaume@newlothrop.k12.mi.us
PHONE NUMBER: (810) 638-5091
9285 Easton Rd.
New Lothrop, MI  48460

Newaygo County Resa
SUPERINTENDENT: Lori Clark
E-MAIL: lori@ncresa.org
PHONE NUMBER: (231) 924-0381
4747 West 48Th St
Fremont, MI  49412

Newaygo Public School District
SUPERINTENDENT: Peggy Mathis
E-MAIL: pmathis@newaygo.net
PHONE NUMBER: (231) 652-6984
360 S Mill Street
Newaygo, MI  49337

Nice Community School District
SUPERINTENDENT: Bryan Deaugustine
E-MAIL: bryand@nice.k12.mi.us
PHONE NUMBER: (906) 485-1021
300 Westwood Dr
Ishpeming, MI  49849

Niles Community Schools
SUPERINTENDENT: Dan Applegate
E-MAIL: dan.applegate@nilesschools.org
PHONE NUMBER: (269) 683-0732
111 Spruce St
Niles, MI  49120

North Adams-jerome Public Schools

SUPERINTENDENT: Wes Johnson
E-MAIL: wes.johnson@najps.org
PHONE NUMBER: (517) 287-4214
4555 Knowles Rd
North Adams, MI  49262

North Branch Area Schools
SUPERINTENDENT: Jim Fish
E-MAIL: jfish@nbbroncos.net
PHONE NUMBER: (810) 688-3570
6655 Jefferson Rd
North Branch, MI  48461

North Central Area Schools
SUPERINTENDENT: Jennifer Eichmeier
E-MAIL: jeichmeier@ncajets.org
PHONE NUMBER: (906) 498-7737
5465 Third St
Hermansville, MI  49847

North Dickinson County Schools
SUPERINTENDENT: Angel Inglese
E-MAIL: ainglese@go-nordics.com
PHONE NUMBER: (906) 542-9281
6588 M-69
Felch, MI  49831

North Huron School District
SUPERINTENDENT: Martin Prout
E-MAIL: proutm@nhuron.org
PHONE NUMBER: (989) 874-4100
21 Main St
Kinde, MI  48445

North Muskegon Public Schools
SUPERINTENDENT: Curt Babcock
E-MAIL: cbabcock@nmps.net
PHONE NUMBER: (231) 719-4100
1600 Mills Ave
Muskegon, MI  49445

Northport Public School District
SUPERINTENDENT: Neil Wetherbee
E-MAIL: nwetherbee@northportps.org
PHONE NUMBER: (231) 386-5153
104 Wing St
Northport, MI  49670

Northview Public Schools
SUPERINTENDENT: Scott Korpak
E-MAIL: skorpak@nvps.net
PHONE NUMBER: (616) 363-6861
4365 Hunsberger Ave Ne
Grand Rapids, MI  49525

Northville Public Schools

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

SUPERINTENDENT: Mary Gallagher
E-MAIL: gallagma@northvilleschools.org
PHONE NUMBER: (248) 344-3500
501 West Main St
Northville, MI  48167

Northwest Community Schools
SUPERINTENDENT: Geoff Bontrager
E-MAIL: geoff.bontrager@nwschools.org
PHONE NUMBER: (517) 817-4710
6900 Rives Junction Rd
Jackson, MI 49201

Norway-vulcan Area Schools
SUPERINTENDENT: Lou Steigerwald
E-MAIL: lsteigerwald@nvknights.org
PHONE NUMBER: (906) 563-9552
300 Section St
Norway, MI  49870

Nottawa Community School
SUPERINTENDENT: Jerome Wolff
E-MAIL: jwolff@nottawaschool.org
PHONE NUMBER: (269) 467-7153
26438 M 86
Sturgis, MI 49091

Novi Community School District
SUPERINTENDENT: Steven Matthews
E-MAIL: steven.matthews@novik12.org
PHONE NUMBER: (248) 449-1234
25345 Taft Rd
Novi, MI 48374

Oak Park School District Of The City Of
SUPERINTENDENT: Jamii Hitchcock
E-MAIL: jhitchcock@oakparkschools.org
PHONE NUMBER: (248) 336-7706
13900 Granzon St
Oak Park, MI  48237

Oakland Schools
SUPERINTENDENT: Wanda Robinson
E-MAIL: wanda.cook-robinson@oakland.k12.mi.us
PHONE NUMBER: (248) 209-2000
2111 Pontiac Lake Rd
Waterford, MI  48328

Oakridge Public Schools
SUPERINTENDENT: Tom Livezey
E-MAIL: tlivezey@oakridgeschools.org
PHONE NUMBER: (231) 788-7100
275 South Wolf Lake Rd
Muskegon, MI  49442

Okemos Public Schools

SUPERINTENDENT: John Hood
E-MAIL: john.hood@okemosk12.net
PHONE NUMBER: (517) 706-5010
4406 Okemos Rd
Okemos, MI  48864

Olivet Community Schools
SUPERINTENDENT: Rocky Aldrich
E-MAIL: aldricr@olivetschools.org
PHONE NUMBER: (269) 749-4572
255 First St
Olivet, MI 49076

Onaway Area Community School District
SUPERINTENDENT: Rod Fullerton
E-MAIL: rfullerton@oacsd.com
PHONE NUMBER: (989) 733-4950
4549 M 33
Onaway, MI 49765

Onekama Consolidated Schools
SUPERINTENDENT: Gina Hagen
E-MAIL: ghagen@manistee.org
PHONE NUMBER: (231) 889-4251
5016 Main St
Onekama, MI  49675

Onsted Community Schools
SUPERINTENDENT: Steve Head
E-MAIL: head.s@onstedschools.us
PHONE NUMBER: (517) 467-2174
10109 Slee Rd
Onsted, MI  49265

Ontonagon Area School District
SUPERINTENDENT: James Bobula
E-MAIL: jimb@oasd.k12.mi.us
PHONE NUMBER: (906) 813-0614
701 Parker Avenue
Ontonagon, MI  49953

Orchard View Schools
SUPERINTENDENT: Jim Nielsen
E-MAIL: jim.nielsen@orchardview.org
PHONE NUMBER: (231) 760-1309
35 South Sheridan Dr
Muskegon, MI 49442

Oscoda Area Schools
SUPERINTENDENT: Scott Moore
E-MAIL: moores@oscodaschools.org
PHONE NUMBER: (989) 739-2033
3550 East River Rd
Oscoda, MI 48750

Otsego Public Schools

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

SUPERINTENDENT: Jeffrey Haase
E-MAIL: jhaase@otsegops.org
PHONE NUMBER: (269) 692-6066
400 Sherwood St
Otsego, MI  49078

Ottawa Area Isd
SUPERINTENDENT: Peter Haines
E-MAIL: phaines@oaisd.org
PHONE NUMBER: (616) 738-8940
13565 Port Sheldon St
Holland, MI  49424

Ovid-elsie Area Schools
SUPERINTENDENT: Ryan Cunningham
E-MAIL: ryan.cunningham@ovidelsie.org
PHONE NUMBER: (989) 834-2271
8989 East Colony Rd
Elsie, MI  48831

Owendale-gagetown Area School District
SUPERINTENDENT: Terri Falkenberg
E-MAIL: falkenbergt@owengage.org
PHONE NUMBER: (989) 678-4141
7166 East Main St
Owendale, MI  48754

Owosso Public Schools
SUPERINTENDENT: Andrea Tuttle
E-MAIL: tuttle@owosso.k12.mi.us
PHONE NUMBER: (989) 723-8131
645 Alger Ave
Owosso, MI  48867

Oxford Community Schools
SUPERINTENDENT: Tim Throne
E-MAIL: tim.throne@oxfordschools.org
PHONE NUMBER: (248) 969-5000
10 N. Washington St
Oxford, MI  48371

Parchment School District
SUPERINTENDENT: Jason Misner
E-MAIL: jmisner@parchment.k12.mi.us
PHONE NUMBER: (269) 488-1050
520 North Orient St
Kalamazoo, MI  49004

Paw Paw Public School District
SUPERINTENDENT: Rick Reo
E-MAIL: rick.reo@ppps.org
PHONE NUMBER: (269) 657-8800
119 Johnson Rd
Paw Paw, MI  49079

Peck Community School District

SUPERINTENDENT: Bill Kerr
E-MAIL: Kerrb@peckschools.net
PHONE NUMBER: (810) 378-5200
222 East Lapeer St
Peck, MI  48466

Pellston Public Schools
SUPERINTENDENT: Stephen Seelye
E-MAIL: sseelye@pellstonschools.org
PHONE NUMBER: (231) 539-8682
172 Park St
Pellston, MI  49769

Pennfield Schools
SUPERINTENDENT: Kevin Simmons
E-MAIL: simmonsk@pennfield.net
PHONE NUMBER: (269) 961-9781
8587 Pennfield Rd
Battle Creek, MI  49017

Pentwater Public School District
SUPERINTENDENT: Scott Karaptian
E-MAIL: skaraptian@pentwater.k12.mi.us
PHONE NUMBER: (231) 869-4100
600 Park St
Pentwater, MI  49449

Perry Public Schools
SUPERINTENDENT: Lori Haven
E-MAIL: havenl@perry.k12.mi.us
PHONE NUMBER: (517) 625-3108
2665 W Britton Rd
Perry, MI  48872

Pewamo-westphalia Community Schools
SUPERINTENDENT: Jeff Wright
E-MAIL: jeff.wright@pwschools.org
PHONE NUMBER: (989) 587-5100
5101 South Clintonia Rd
Westphalia, MI  48894

Pickford Public Schools
SUPERINTENDENT: Angela Nettleton
E-MAIL: angelan@eupschools.org
PHONE NUMBER: (906) 647-6285
333 South Pleasant St
Pickford, MI  49774

Pinckney Community Schools
SUPERINTENDENT: Richard Todd
E-MAIL: rtodd@pinckneypirates.org
PHONE NUMBER: (810) 225-3950
2130 East M 36
Pinckney, MI  48169

Pinconning Area Schools

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

SUPERINTENDENT: Mike Vieau
E-MAIL: vieaum@pasd.org
PHONE NUMBER: (989) 879-4556
605 West 5Th St
Pinconning, MI  48650

Pine River Area Schools
SUPERINTENDENT: Matt Lukshaitis
E-MAIL: matt.lukshaitis@pineriver.org
PHONE NUMBER: (231) 829-3141
17445 Pine River Rd
Leroy, MI  49655

Pittsford Area Schools
SUPERINTENDENT: Deanna Edens
E-MAIL: deanna.edens@pittsfordk12.org
PHONE NUMBER: (517) 523-3481
9304 Hamilton Rd
Pittsford, MI  49271

Plainwell Community Schools
SUPERINTENDENT: Matthew Montange
E-MAIL: matthew.montange@plainwellschools.org
PHONE NUMBER: (269) 685-5823
600 School Dr
Plainwell, MI  49080

Plymouth-canton Community Schools
SUPERINTENDENT: Monica Merritt
E-MAIL: monica.merritt@pccsk12.com
PHONE NUMBER: (734) 416-2700
454 South Harvey St
Plymouth, MI  48170

Pontiac City School District
SUPERINTENDENT: Kelley Williams
E-MAIL: kelley.williams@pontiacschools.org
PHONE NUMBER: (248) 451-6883
47200 Woodward Ave
Pontiac, MI  48342

Port Huron Area School District
SUPERINTENDENT: Jamie Cain
E-MAIL: superintendent@phasd.us
PHONE NUMBER: (810) 984-3101
2720 Riverside Drive
Port Huron, MI  48060

Portage Public Schools
SUPERINTENDENT: Mark Bielang
E-MAIL: mbielang@portageps.org
PHONE NUMBER: (269) 323-5000
8107 Mustang Drive
Portage, MI  49002

Portland Public Schools

SUPERINTENDENT: William Heath
E-MAIL: wheath@portlandk12.org
PHONE NUMBER: (517) 647-4161
1100 Ionia Rd
Portland, MI  48875

Posen Consolidated School District No. 9
SUPERINTENDENT: Michelle Wesner
E-MAIL: mwesner@posen.k12.mi.us
PHONE NUMBER: (989) 766-2573
10575 Michigan Ave
Posen, MI  49776

Potterville Public Schools
SUPERINTENDENT: Kevin Robydek
E-MAIL: robydeks@pps.k12.mi.us
PHONE NUMBER: (517) 645-2662
420 North High St
Potterville, MI  48876

Powell Township Schools
SUPERINTENDENT: Daniel Barry
E-MAIL: dbarry@maresa.org
PHONE NUMBER: (906) 345-9355
101 Deutsch Ave
Big Bay, MI  49808

Public Schools Of Calumet Laurium & Keweenaw
SUPERINTENDENT: Christopher Davidson
E-MAIL: cdavidson@clkschools.org
PHONE NUMBER: (906) 337-0311
57070 Mine St
Calumet, MI  49913

Public Schools Of Petoskey
SUPERINTENDENT: Christopher Parker
E-MAIL: parker.cd.m@petoskeyschools.org
PHONE NUMBER: (231) 348-2100
1130 Howard St
Petoskey, MI  49770

Quincy Community Schools
SUPERINTENDENT: Marc Kramer
E-MAIL: kramerm@quincyschools.org
PHONE NUMBER: (517) 639-7141
1 Educational Pkwy
Quincy, MI  49082

Rapid River Public Schools
SUPERINTENDENT: Jay Kulbertis
E-MAIL: jkulbertis@rapidriver.k12.mi.us
PHONE NUMBER: (906) 474-6411
10070 Us Highway 2
Rapid River, MI  49878

Ravenna Public Schools

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

SUPERINTENDENT: Greg Helmer
E-MAIL: ghelmer@ravennaschools.org
PHONE NUMBER: (231) 853-2231
12322 Stafford St
Ravenna, MI  49451

Reading Community Schools
SUPERINTENDENT: Chuck North
E-MAIL: chuck.north@readingrangers.org
PHONE NUMBER: (517) 283-2166
301 Chestnut Street
Reading, MI 49274

Redford Union Schools District No. 1
SUPERINTENDENT: Sarena Shivers
E-MAIL: shivers@redfordu.k12.mi.us
PHONE NUMBER: (313) 242-6000
17715 Brady
Redford, MI 48240

Reed City Area Public Schools
SUPERINTENDENT: Michael Sweet
E-MAIL: msweet@reedcityschools.org
PHONE NUMBER: (231) 832-2201
225 W Church Ave
Reed City, MI  49677

Reese Public Schools
SUPERINTENDENT: Keith Wetters
E-MAIL: kwetters@reese.k12.mi.us
PHONE NUMBER: (989) 868-9864
1696 South Van Buren Rd
Reese, MI 48757

Reeths-puffer Schools
SUPERINTENDENT: Steve Edwards
E-MAIL: edwardst@reeths-puffer.org
PHONE NUMBER: (231) 744-4736
991 West Giles Rd
Muskegon, MI 49445

Republic-michigamme Schools
SUPERINTENDENT: Kevin Luokkala
E-MAIL: kluokkala@r-mschool.org
PHONE NUMBER: (906) 376-2277
227 Maple St
Republic, MI  49879

Richmond Community Schools
SUPERINTENDENT: Brian Walmsley
E-MAIL: bwalmsley@richmond.k12.mi.us
PHONE NUMBER: (586) 727-3565
35276 Division Rd
Richmond, MI  48062

River Rouge School District Of The City Of

SUPERINTENDENT: Derrick Coleman
E-MAIL: derrick.coleman@riverrougeschools.org
PHONE NUMBER: (313) 297-9600
1460 Coolidge Hwy
River Rouge, MI  48218

River Valley School District
SUPERINTENDENT: Scott Bojanich
E-MAIL: sbojanich@rivervalleyschools.org
PHONE NUMBER: (269) 756-9541
15480 Three Oaks Rd
Three Oaks, MI  49128

Riverview Community School District
SUPERINTENDENT: Russell Pickell
E-MAIL: rpickell@riverviewschools.com
PHONE NUMBER: (734) 285-9660
13425 Colvin St
Riverview, MI 48193

Rochester Community School District
SUPERINTENDENT: Robert Shaner
E-MAIL: rshaner@rochester.k12.mi.us
PHONE NUMBER: (248) 726-3000
501 West University Dr
Rochester, MI  48307

Rockford Public Schools
SUPERINTENDENT: Michael Shibler
E-MAIL: mshibler@rockfordschools.org
PHONE NUMBER: (616) 863-6557
350 North Main St
Rockford, MI 49341

Rogers City Area Schools
SUPERINTENDENT: Nicholas Hein
E-MAIL: nic.hein@rcashurons.org
PHONE NUMBER: (989) 734-9100
1033 W Huron Ave
Rogers City, MI  49779

Romeo Community Schools
SUPERINTENDENT: Todd Robinson
E-MAIL: todd.robinson@romeok12.org
PHONE NUMBER: (586) 752-0225
316 North Main St
Romeo, MI  48065

Romulus Community Schools
SUPERINTENDENT: Nicole Crockett
E-MAIL: nicrockett@romulusk12.org
PHONE NUMBER: (734) 532-1610
36540 Grant St
Romulus, MI  48174

Roscommon Area Public Schools

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

SUPERINTENDENT: Catherine Erickson
E-MAIL: ericksonc@rapsk12.net
PHONE NUMBER: (989) 275-6600
299H W. Sunset
Roscommon, MI  48653

Roseville Community Schools
SUPERINTENDENT: Mark Blaszkowski
E-MAIL: mblaszkowski@roseville.k12.mi.us
PHONE NUMBER: (586) 445-5505
18975 Church St
Roseville, MI  48066

Royal Oak Schools
SUPERINTENDENT: Mary Fitzpatrick
E-MAIL: fitzpatrickmb@royaloakschools.org
PHONE NUMBER: (248) 435-8400
800 DeVillen
Royal Oak, MI  48073

Rudyard Area Schools
SUPERINTENDENT: Mark Pavloski
E-MAIL: pavloski@eupschools.org
PHONE NUMBER: (906) 478-3771
11185 W 2Nd St
Rudyard, MI  49780

Saginaw Isd
SUPERINTENDENT: Kathy Stewart
E-MAIL: kstewart1@sisd.cc
PHONE NUMBER: (989) 399-7473
3933 Barnard Road
Saginaw, MI  48638

Saginaw School District Of The City Of
SUPERINTENDENT: Ramont Roberts
E-MAIL: rmroberts@spsd.net
PHONE NUMBER: (989) 399-6500
550 Millard St
Saginaw, MI  48607

Saginaw Township Community Schools
SUPERINTENDENT: Bruce Martin
E-MAIL: Dbmartin@stcs.org
PHONE NUMBER: (989) 797-1800
3465 North Center Rd
Saginaw, MI  48603

Saline Area Schools
SUPERINTENDENT: Scot Graden
E-MAIL: gradens@salineschools.org
PHONE NUMBER: (734) 429-8001
7265 N Ann Arbor St
Saline, MI  48176

Sand Creek Community Schools

SUPERINTENDENT: Steve Laundra
E-MAIL: steve.laundra@sc-aggies.us
PHONE NUMBER: (517) 436-3108
6850 Sand Creek Hwy
Sand Creek, MI  49279

Sandusky Community School District
SUPERINTENDENT: Paul Flynn
E-MAIL: pflynn@sandusky.k12.mi.us
PHONE NUMBER: (810) 648-3400
191 Pine Tree Ln
Sandusky, MI  48471

Sanilac Isd
SUPERINTENDENT: Duane Lange
E-MAIL: dlange@sanilacisd.org
PHONE NUMBER: (810) 648-4700
175 East Aitken Rd
Peck, MI  48466

Saranac Community Schools
SUPERINTENDENT: Jason Smith
E-MAIL: smithjas@scs-staff.org
PHONE NUMBER: (616) 642-1400
250 Pleasant St
Saranac, MI  48881

Saugatuck Public Schools
SUPERINTENDENT: Timothy Travis
E-MAIL: ttravis@saugatuckps.com
PHONE NUMBER: (269) 857-1444
201 Randolph St
Douglas, MI  49406

Sault Ste. Marie Area Schools
SUPERINTENDENT: Timothy Hall
E-MAIL: thall@eupschools.org
PHONE NUMBER: (906) 635-6609
876 Marquette Ave
Sault Sainte Marie, MI  49783

Schoolcraft Community Schools
SUPERINTENDENT: Rusty Stitt
E-MAIL: stittr@schoolcraftschools.org
PHONE NUMBER: (269) 488-7390
551 E Lyons St
Schoolcraft, MI  49087

Shelby Public Schools
SUPERINTENDENT: Tim Reeves
E-MAIL: reevest@shelby.k12.mi.us
PHONE NUMBER: (231) 861-5211
525 North State St
Shelby, MI  49455

Shepherd Public Schools

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

SUPERINTENDENT: Steve Brimmer
E-MAIL: sbrimmer@shepherdschools.net
PHONE NUMBER: (989) 828-5520
258 West Wright Ave
Shepherd, MI  48883

Shiawassee Regional Esd
SUPERINTENDENT: David Schulte
E-MAIL: schulte@sresd.org
PHONE NUMBER: (989) 743-3471
1025 North Shiawassee St
Corunna, MI  48817

Sigel Township S/d #3f
SUPERINTENDENT: Joe Murphy
E-MAIL: jmurphy@huronisd.org
PHONE NUMBER: (989) 269-8944
4151 Section Line Rd
Bad Axe, MI  48413

Sigel Township S/d #4f
SUPERINTENDENT: Joe Murphy
E-MAIL: jmurphy@huronisd.org
PHONE NUMBER: (989) 479-9266
5754 Section Line Rd
Harbor Beach, MI  48441

Sodus Township S/d #5
SUPERINTENDENT: Laura Lausch
E-MAIL: llausch@riverschoolk8.org
PHONE NUMBER: (269) 925-6757
4439 River Rd
Sodus, MI  49126

South Haven Public Schools
SUPERINTENDENT: Kevin Schooley
E-MAIL: kschooley@shps.org
PHONE NUMBER: (269) 637-0521
554 Green St
South Haven, MI  49090

South Lake Schools
SUPERINTENDENT: Ted Vonhiltmayer
E-MAIL: tvonhiltmayer@solake.org
PHONE NUMBER: (586) 435-1600
23101 Stadium Dr
Saint Clair Shores, MI  48080

South Lyon Community Schools
SUPERINTENDENT: Melissa Baker
E-MAIL: bakerm@slcs.us
PHONE NUMBER: (248) 573-8100
345 South Warren St
South Lyon, MI  48178

South Redford School District

SUPERINTENDENT: Brian Galdes
E-MAIL: brian.galdes@southredford.org
PHONE NUMBER: (313) 535-4000
26141 Schoolcraft
Redford, MI  48239

Southfield Public School District
SUPERINTENDENT: Jennifer Green
E-MAIL: jennifer.martin-green@southfieldk12.org
PHONE NUMBER: (248) 746-8500
24661 Lahser Rd
Southfield, MI  48033

Southgate Community School District
SUPERINTENDENT: Jill Pastor
E-MAIL: pastorj@sgate.k12.mi.us
PHONE NUMBER: (734) 246-4600
14600 Dix Toledo Rd
Southgate, MI  48195

Sparta Area Schools
SUPERINTENDENT: Pete Bush
E-MAIL: pete.bush@spartaschools.org
PHONE NUMBER: (616) 887-8253
465 South Union St
Sparta, MI  49345

Spring Lake Public Schools
SUPERINTENDENT: Dennis Furton
E-MAIL: dfurton@springlakeschools.org
PHONE NUMBER: (616) 847-7919
345 Hammond St
Spring Lake, MI  49456

Springport Public Schools
SUPERINTENDENT: Bob Cassiday
E-MAIL: bob.cassiday@springportschools.net
PHONE NUMBER: (517) 857-3495
300 W Main St
Springport, MI  49284

St. Charles Community Schools
SUPERINTENDENT: Michael Decker
E-MAIL: deckerm@stccs.org
PHONE NUMBER: (989) 865-9961
891 West Walnut St
Saint Charles, MI  48655

St. Clair County Resa
SUPERINTENDENT: Kevin Miller
E-MAIL: miller.kevin@sccresa.org
PHONE NUMBER: (810) 364-8990
499 Range Rd
Marysville, MI  48040

St. Ignace Area Schools

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

SUPERINTENDENT: Donald Gustafson
E-MAIL: dongus@eupschools.org
PHONE NUMBER: (906) 643-8145
429 Portage St
Saint Ignace, MI  49781

St. Johns Public Schools
SUPERINTENDENT: Mark Palmer
E-MAIL: palmerm@sjredwings.org
PHONE NUMBER: (989) 227-4050
501 West Sickles St
Saint Johns, MI  48879

St. Joseph County Isd
SUPERINTENDENT: Teresa Belote
E-MAIL: tebelote@sjcisd.org
PHONE NUMBER: (269) 467-5400
62445 Shimmel Road
Centreville, MI  49032

St. Joseph Public Schools
SUPERINTENDENT: Thomas Bruce
E-MAIL: tbruce@sjschools.org
PHONE NUMBER: (269) 926-3100
3275 Lincoln Ave
Saint Joseph, MI  49085

St. Louis Public Schools
SUPERINTENDENT: Jennifer Mckittrick
E-MAIL: jmckittrick@stlouisschools.net
PHONE NUMBER: (989) 681-2545
113 East Saginaw St
Saint Louis, MI  48880

Standish-sterling Community Schools
SUPERINTENDENT: Darren Kroczaleski
E-MAIL: dkroczaleski@sscsd.org
PHONE NUMBER: (989) 846-3670
3789 Wyatt Rd
Standish, MI  48658

Stanton Township Public Schools
SUPERINTENDENT: James Rautiola
E-MAIL: jrautiola@stpsd.us
PHONE NUMBER: (906) 482-2797
50870 Holman School Rd
Atlantic Mine, MI  49905

State Of Michigan
SUPERINTENDENT: Michael Rice
E-MAIL: Ricem@michigan.gov
PHONE NUMBER: (517) 373-3400
111 South Capitol Ave
Lansing, MI  48933

Stephenson Area Public Schools

SUPERINTENDENT: Ronald Kraft
E-MAIL: rkraft@stephenson.k12.mi.us
PHONE NUMBER: (906) 753-2222
526 Division St
Stephenson, MI  49887

Stockbridge Community Schools
SUPERINTENDENT: Karl Heidrich
E-MAIL: heidrick@panthernet.net
PHONE NUMBER: (517) 851-7188
305 West Elizabeth St
Stockbridge, MI  49285

Sturgis Public Schools
SUPERINTENDENT: Art Ebert
E-MAIL: aebert@sturgisps.org
PHONE NUMBER: (269) 659-1500
107 West West St
Sturgis, MI  49091

Summerfield Schools
SUPERINTENDENT: John Hewitt
E-MAIL: hewitt@summerfield.k12.mi.us
PHONE NUMBER: (734) 279-1035
17555 Ida West Rd
Petersburg, MI  49270

Superior Central School District
SUPERINTENDENT: Bill Valima
E-MAIL: bvalima@superiorcentralschools.org
PHONE NUMBER: (906) 439-5531
2865 East State Road 94
Eben Junction, MI  49825

Suttons Bay Public Schools
SUPERINTENDENT: Casey Petz
E-MAIL: petzc@suttonsbayschools.com
PHONE NUMBER: (231) 271-8600
310 South Elm St
Suttons Bay, MI  49682

Swan Valley School District
SUPERINTENDENT: Mat Mcrae
E-MAIL: mmcrae@swanvalley.k12.mi.us
PHONE NUMBER: (989) 921-3701
8380 Ohern Rd
Saginaw, MI  48609

Swartz Creek Community Schools
SUPERINTENDENT: Ben Mainka
E-MAIL: bmainka@swcrk.org
PHONE NUMBER: (810) 591-2300
8354 Cappy Ln
Swartz Creek, MI  48473

Tahquamenon Area Schools

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

SUPERINTENDENT: Stacy Price
E-MAIL: sprice@taschools.org
PHONE NUMBER: (906) 293-3226
700 Newberry Ave
Newberry, MI  49868

Tawas Area Schools
SUPERINTENDENT: John Klinger
E-MAIL: jklinger@tawas.net
PHONE NUMBER: (989) 984-2250
245 West M 55
Tawas City, MI  48763

Taylor School District
SUPERINTENDENT: Mark Kleinhans
E-MAIL: mark.kleinhans@taylorschools.net
PHONE NUMBER: (734) 374-1200
23033 Northline Rd
Taylor, MI  48180

Tecumseh Public Schools
SUPERINTENDENT: Richard Hilderley
E-MAIL: rhilderley@tps.k12.mi.us
PHONE NUMBER: (517) 423-2167
212 North Ottawa St
Tecumseh, MI  49286

Tekonsha Community Schools
SUPERINTENDENT: Jeff Kawaski
E-MAIL: kawaskij@tekonsha.k12.mi.us
PHONE NUMBER: (517) 767-4121
245 South Elm St
Tekonsha, MI  49092

Thornapple Kellogg School District
SUPERINTENDENT: Robert Blitchok
E-MAIL: rblitchok@tkschools.org
PHONE NUMBER: (269) 795-5521
10051 Green Lake Rd
Middleville, MI  49333

Three Rivers Community Schools
SUPERINTENDENT: Ron Moag
E-MAIL: rmoag@trschools.org
PHONE NUMBER: (269) 279-1100
851 6Th Avenue Rd
Three Rivers, MI  49093

Traverse Bay Area Isd
SUPERINTENDENT: Nick Ceglarek
E-MAIL: nceglarek@tbaisd.org
PHONE NUMBER: (231) 922-6200
1101 Red Dr
Traverse City, MI  49684

Traverse City Area Public Schools

SUPERINTENDENT: John Vanwagoner
E-MAIL: vanwagonjo@tcaps.net
PHONE NUMBER: (231) 933-1700
412 Webster St
Traverse City, MI  49686

Trenton Public Schools
SUPERINTENDENT: Rodney Wakeham
E-MAIL: wakehamr@trentonschools.com
PHONE NUMBER: (734) 676-8600
2603 Charlton Rd
Trenton, MI  48183

Tri County Area Schools
SUPERINTENDENT: Allen Cumings
E-MAIL: acumings@tricountyschools.com
PHONE NUMBER: (616) 636-5454
94 Cherry St
Sand Lake, MI  49343

Troy School District
SUPERINTENDENT: Richard Machesky
E-MAIL: rmachesky@troy.k12.mi.us
PHONE NUMBER: (248) 823-4000
4400 Livernois Rd
Troy, MI  48098

Tuscola Isd
SUPERINTENDENT: Eugene Pierce
E-MAIL: gpierce@tuscolaisd.org
PHONE NUMBER: (989) 673-2144
1385 Cleaver Rd
Caro, MI  48723

Ubly Community Schools
SUPERINTENDENT: Joseph Candela
E-MAIL: jcandela@ublyschools.org
PHONE NUMBER: (989) 658-8202
2020 Union St
Ubly, MI  48475

Union City Community Schools
SUPERINTENDENT: Ronna Steel
E-MAIL: rsteel@unioncityschools.org
PHONE NUMBER: (517) 741-8091
430 Saint Joseph St
Union City, MI  49094

Unionville-sebewaing Area S.d.
SUPERINTENDENT: George Rierson
E-MAIL: riersong@think-usa.org
PHONE NUMBER: (989) 883-2360
2203 Wildner Rd
Sebewaing, MI  48759

Utica Community Schools

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

SUPERINTENDENT: Christine Johns
E-MAIL: superintendent@uticak12.org
PHONE NUMBER: (586) 797-1000
11303 Greendale Dr
Sterling Heights, MI  48312

Van Buren Isd
SUPERINTENDENT: Jeffrey Mills
E-MAIL: jmills@vbisd.org
PHONE NUMBER: (269) 674-8091
490 South Paw Paw St
Lawrence, MI  49064

Van Buren Public Schools
SUPERINTENDENT: Peter Kudlak
E-MAIL: superintendent@vanburenschools.net
PHONE NUMBER: (734) 697-9123
555 West Columbia Ave
Belleville, MI  48111

Van Dyke Public Schools
SUPERINTENDENT: Piper Bognar
E-MAIL: bognar.piper@vdps.net
PHONE NUMBER: (586) 758-8334
23500 Mac Arthur Blvd
Warren, MI  48089

Vanderbilt Area Schools
SUPERINTENDENT: Lee Sandy
E-MAIL: leesandy@vanderbilt.k12.mi.us
PHONE NUMBER: (989) 983-2561
947 Donovan St
Vanderbilt, MI  49795

Vandercook Lake Public Schools
SUPERINTENDENT: Scott Leach
E-MAIL: scott.leach@vandyschools.org
PHONE NUMBER: (517) 782-9044
1000 East Golf Ave
Jackson, MI  49203

Vassar Public Schools
SUPERINTENDENT: Dorothy Blackwell
E-MAIL: dblackwell@vassar.k12.mi.us
PHONE NUMBER: (989) 823-8535
220 Athletic St
Vassar, MI  48768

Verona Township S/d #1f
SUPERINTENDENT: Joe Murphy
E-MAIL: jmurphy@huronisd.org
PHONE NUMBER: (989) 269-7054
3487 School St
Bad Axe, MI  48413

Vestaburg Community Schools

SUPERINTENDENT: Brandon Hubbard
E-MAIL: bhubbard@vcs-k12.net
PHONE NUMBER: (989) 268-5353
7188 Avenue B
Vestaburg, MI  48891

Vicksburg Community Schools
SUPERINTENDENT: Keevin Oneill
E-MAIL: koneill@vicksburgschools.org
PHONE NUMBER: (269) 321-1000
301 South Kalamazoo St
Vicksburg, MI  49097

Wakefield-marenisco School District
SUPERINTENDENT: Jason Gustafson
E-MAIL: gustafsonj@wmschools.org
PHONE NUMBER: (906) 224-9421
715 Putnam St
Wakefield, MI  49968

Waldron Area Schools
SUPERINTENDENT: Mike Potts
E-MAIL: mike.potts@waldronspartans.org
PHONE NUMBER: (517) 286-6251
13380 Waldron Rd
Waldron, MI  49288

Walkerville Public Schools
SUPERINTENDENT: Thomas Langdon
E-MAIL: tlangdon@walkerville.k12.mi.us
PHONE NUMBER: (231) 873-4850
145 Lathrop St
Walkerville, MI  49459

Walled Lake Consolidated Schools
SUPERINTENDENT: Kenneth Gutman
E-MAIL: kennethgutman@wlcsd.org
PHONE NUMBER: (248) 956-2000
850 Ladd Rd
Walled Lake, MI  48390

Warren Consolidated Schools
SUPERINTENDENT: Robert Livernois
E-MAIL: livernois@wcskids.net
PHONE NUMBER: (586) 825-2400
31300 Anita Drive
Warren, MI  48093

Warren Woods Public Schools
SUPERINTENDENT: Stacey Fici
E-MAIL: sdenewith@mywwps.org
PHONE NUMBER: (586) 439-4469
12900 Frazho Rd
Warren, MI  48089

Washtenaw Isd

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

SUPERINTENDENT: Naomi Norman
E-MAIL: nnorman@washtenawisd.org
PHONE NUMBER: (734) 994-8100
1819 South Wagner Rd
Ann Arbor, MI  48103

Waterford School District
SUPERINTENDENT: Scott Lindberg
E-MAIL: lindbs01@wsdmi.org
PHONE NUMBER: (248) 706-4860
501 North Cass
Waterford, MI  48328

Watersmeet Township School District
SUPERINTENDENT: Gerald Pease
E-MAIL: gpease@watersmeet.k12.mi.us
PHONE NUMBER: (906) 358-4555
4720 Highway Us-45
Watersmeet, MI  49969

Watervliet School District
SUPERINTENDENT: Ric Seager
E-MAIL: rseager@watervlietps.org
PHONE NUMBER: (269) 463-5566
450 East Saint Joseph St
Watervliet, MI  49098

Waverly Community Schools
SUPERINTENDENT: Kelly Blake
E-MAIL: kblake@waverlyk12.net
PHONE NUMBER: (517) 321-7265
515 Snow Rd
Lansing, MI  48917

Wayland Union Schools
SUPERINTENDENT: Christina Hinds
E-MAIL: hindsc@waylandunion.org
PHONE NUMBER: (269) 792-2181
850 E Superior St
Wayland, MI  49348

Wayne Resa
SUPERINTENDENT: Randy Liepa
E-MAIL: liepar@resa.net
PHONE NUMBER: (734) 334-1300
33500 Van Born Rd
Wayne, MI  48184

Wayne-westland Community School District
SUPERINTENDENT: John Dignan
E-MAIL: dignanj@wwcsd.net
PHONE NUMBER: (734) 419-2000
36745 Marquette St
Westland, MI  48185

Webberville Community Schools

SUPERINTENDENT: Brian Friddle
E-MAIL: bfriddle@webbervilleschools.org
PHONE NUMBER: (517) 521-3422
309 East Grand River Rd
Webberville, MI  48892

Wells Township School District
SUPERINTENDENT: Luann Lohfink
E-MAIL: llohfink@maresa.org
PHONE NUMBER: (906) 238-4200
38211 Co Rd 426
Arnold, MI  49819

West Bloomfield School District
SUPERINTENDENT: Gerald Hill
E-MAIL: gerald.hill@wbsd.org
PHONE NUMBER: (248) 865-6485
5810 Commerce Rd
West Bloomfield, MI  48324

West Branch-rose City Area Schools
SUPERINTENDENT: Philip Mikulski
E-MAIL: mikulskp@wbrc.k12.mi.us
PHONE NUMBER: (989) 343-2000
960 S M 33
West Branch, MI  48661

West Iron County Public Schools
SUPERINTENDENT: Christopher Thomson
E-MAIL: cthomson@westiron.org
PHONE NUMBER: (906) 265-9218
601 Garfield Ave
Iron River, MI  49935

West Ottawa Public School District
SUPERINTENDENT: Thomas Martin
E-MAIL: martint@westottawa.net
PHONE NUMBER: (616) 738-5795
1138 136Th Ave
Holland, MI  49424

West Shore Educational Service District
SUPERINTENDENT: Jason Jeffrey
E-MAIL: jjeffrey@wsesd.org
PHONE NUMBER: (231) 757-3716
2130 West Us Highway 10
Ludington, MI  49431

Western School District
SUPERINTENDENT: Mike Smajda
E-MAIL: mike.smajda@wsdpanthers.org
PHONE NUMBER: (517) 841-8100
1400 S Dearing Rd
Parma, MI  49269

Westwood Community School District

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

SUPERINTENDENT: Stiles Simmons
E-MAIL: simmonss@wwschools.net
PHONE NUMBER: (313) 565-1900
3335 South Beech Daly St
Dearborn Heights, MI  48125

Westwood Heights Schools
SUPERINTENDENT: Peter Toal
E-MAIL: ptoal@hamadyhawks.net
PHONE NUMBER: (810) 591-0870
3223 W Carpenter Rd # G
Flint, MI  48504

Wexford-missaukee Isd
SUPERINTENDENT: Dave Cox
E-MAIL: dcox@wmisd.org
PHONE NUMBER: (231) 876-2260
9907 East 13Th St
Cadillac, MI  49601

White Cloud Public Schools
SUPERINTENDENT: Ed Canning
E-MAIL: canninge@whitecloud.net
PHONE NUMBER: (231) 689-3201
555 East Wilcox Ave
White Cloud, MI  49349

White Pigeon Community Schools
SUPERINTENDENT: Carrie Erlandson
E-MAIL: cerlandson@wpcschools.org
PHONE NUMBER: (269) 483-7676
410 Prairie Ave
White Pigeon, MI  49099

Whitefish Township Schools
SUPERINTENDENT: Tom Mckee
E-MAIL: tmckee@eupschools.org
PHONE NUMBER: (906) 492-3353
7221 North M 123
Paradise, MI  49768

Whiteford Agricultural School District Of The
Counties Of Le
SUPERINTENDENT: Valerie Orr
E-MAIL: val.orr@whiteford.k12.mi.us
PHONE NUMBER: (734) 856-1443
6655 Consear Rd
Ottawa Lake, MI  49267

Whitehall District Schools
SUPERINTENDENT: Jerry Mcdowell
E-MAIL: jerrymcdowell@whitehallschools.net
PHONE NUMBER: (231) 893-1005
541 East Slocum St
Whitehall, MI  49461

Whitmore Lake Public School District
SUPERINTENDENT: Tom Dekeyser
E-MAIL: tom.dekeyser@wlps.net
PHONE NUMBER: (734) 449-4464
8845 Whitmore Lake Rd
Whitmore Lake, MI  48189

Whittemore-prescott Area Schools
SUPERINTENDENT: Joe Perrera
E-MAIL: perreraj@wpas.net
PHONE NUMBER: (989) 756-2500
8970 Prescott Rd
Whittemore, MI  48770

Williamston Community Schools
SUPERINTENDENT: Adam Spina
E-MAIL: spinaa@gowcs.net
PHONE NUMBER: (517) 655-4361
418 Highland St
Williamston, MI  48895

Wolverine Community School District
SUPERINTENDENT: Jim Emery
E-MAIL: jemery@wolverineschools.org
PHONE NUMBER: (231) 525-8201
13131 Brook St
Wolverine, MI  49799

Woodhaven-brownstown School District
SUPERINTENDENT: Mark Greathead
E-MAIL: mark.greathead@wbsdweb.com
PHONE NUMBER: (734) 789-2357
24821 Hall Rd
Woodhaven, MI  48183

Wyandotte School District Of The City Of
SUPERINTENDENT: Catherine Cost
E-MAIL: costc@wy.k12.mi.us
PHONE NUMBER: (734) 759-6002
639 Oak St
Wyandotte, MI  48192

Wyoming Public Schools
SUPERINTENDENT: Craig Hoekstra
E-MAIL: Craig_Hoekstra@wyomingps.org
PHONE NUMBER: (616) 530-7555
3575 Gladiola Ave Sw
Wyoming, MI  49519

Yale Public Schools
SUPERINTENDENT: Kenneth Nicholl
E-MAIL: knicholl@ypsd.us
PHONE NUMBER: (810) 387-3231
198 School Dr
Yale, MI  48097

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Ypsilanti Community Schools
SUPERINTENDENT: Alena Ross
E-MAIL: azacheryross7@ycschools.us
PHONE NUMBER: (734) 221-1200
1885 Packard Rd
Ypsilanti, MI  48197

Zeeland Public Schools
SUPERINTENDENT: Calvin Kuiper
E-MAIL: cdekuipe@zps.org
PHONE NUMBER: (616) 748-3000
183 West Roosevelt Ave
Zeeland, MI  49464

A.c.g.c. Public School District
SUPERINTENDENT: Nels Onstad
E-MAIL: onstadn@acgcfalcons.org
PHONE NUMBER: (320) 244-4712
27250 Mn Hwy 4
Grove City, MN  56243

Ada-borup Public School District
SUPERINTENDENT: Aaron Cook
E-MAIL: acook@ada.k12.mn.us
PHONE NUMBER: (218) 784-5312
604 Thorpe Ave W
Ada, MN  56510

Adrian Public School District
SUPERINTENDENT: Molly Schilling
E-MAIL: m.schilling@isd511.net
PHONE NUMBER: (507) 483-2266
410 Indiana Ave
Adrian, MN  56110

Aitkin Public School District
SUPERINTENDENT: Dan Stifter
E-MAIL: dstifter@isd1.org
PHONE NUMBER: (218) 927-2115
306 2Nd St Nw
Aitkin, MN  56431

Albany Public School District
SUPERINTENDENT: Greg Johnson
E-MAIL: gregjohnson@district745.org
PHONE NUMBER: (320) 845-2171
30 Forest Ave
Albany, MN  56307

Albert Lea Public School District
SUPERINTENDENT: Mike Funk
E-MAIL: mike.funk@alschools.org
PHONE NUMBER: (507) 379-4800
211 W Richway Dr
Albert Lea, MN  56007

Alden-conger Public School District
SUPERINTENDENT: Brian Shanks
E-MAIL: bshanks@ac242.us
PHONE NUMBER: (507) 874-3240
215 N Broadway
Alden, MN  56009

Alexandria Public School District
SUPERINTENDENT: Julie Critz
E-MAIL: jcritz@alexschools.org
PHONE NUMBER: (320) 762-2141
1410 Mckay Ave S Ste 201
Alexandria, MN  56308

Annandale Public School District
SUPERINTENDENT: Tim Prom
E-MAIL: tprom@isd876.org
PHONE NUMBER: (320) 274-5602
125 Cherry Ave N
Annandale, MN  55302

Anoka-hennepin Public School Dist.
SUPERINTENDENT: David Law
E-MAIL: david.law@ahschools.us
PHONE NUMBER: (763) 506-1000
2727 N Ferry St
Anoka, MN  55303

Area Special Education Cooperative
SUPERINTENDENT: Julie Aumock
E-MAIL: jaumock@asec.net
PHONE NUMBER: (218) 773-0315
1505 Central Ave Nw
East Grand Forks, MN  56721

Ashby Public School District
SUPERINTENDENT: Alan Niemann
E-MAIL: ANiemann@ashbyps.org
PHONE NUMBER: (218) 747-2257
300 Birch Ave
Ashby, MN  56309

Austin Albert Lea Area Special Educ
SUPERINTENDENT: Mike Funk
E-MAIL: mike.funk@alschools.org
PHONE NUMBER: (507)379-4800
2001 2ND AVE NW
AUSTIN, MN  55912

Austin Public School District
SUPERINTENDENT: David Krenz
E-MAIL: david.krenz@austin.k12.mn.us
PHONE NUMBER: (507) 460-1900
401 Nw 3Rd Ave
Austin, MN  55912

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Badger Public School District
SUPERINTENDENT: Kevin Ricke
E-MAIL: kricke@badger.k12.mn.us
PHONE NUMBER: (218) 528-3201
110 Carpenter Ave
Badger, MN  56714

Bagley Public School District
SUPERINTENDENT: Erich Heise
E-MAIL: eheise@bagley.k12.mn.us
PHONE NUMBER: (218) 694-6184
202 Bagley Ave Nw
Bagley, MN  56621

Barnesville Public School Dist.
SUPERINTENDENT: Jon Ellerbusch
E-MAIL: jellerbusch@barnesville.k12.mn.us
PHONE NUMBER: (218) 354-2217
302 3Rd St Se
Barnesville, MN  56514

Barnum Public School District
SUPERINTENDENT: Mike McNulty
E-MAIL: mmcnulty@isd91.org
PHONE NUMBER: (218) 389-6978
3675 County Rd 140
Barnum, MN  55707

Battle Lake Public School District
SUPERINTENDENT: Darren Kern
E-MAIL: dkern@isd542.org
PHONE NUMBER: (218) 864-5215
402 Summit St W
Battle Lake, MN  56515

Becker Public School District
SUPERINTENDENT: Jeremy Schmidt
E-MAIL: jschmidt@isd726.org
PHONE NUMBER: (763) 261-4502
12000 Hancock St
Becker, MN  55308

Belgrade-brooten-elrosa School Dist
SUPERINTENDENT: Patrick Walsh
E-MAIL: pwalsh@bbejaguars.org
PHONE NUMBER: (320) 346-2278
710 Washburn Avenue
Belgrade, MN  56312

Belle Plaine Public School District
SUPERINTENDENT: Ryan Laager
E-MAIL: rlaager@belleplaine.k12.mn.us
PHONE NUMBER: (952) 873-2400
130 S Willow St
Belle Plaine, MN  56011

Bemidji Public School District
SUPERINTENDENT: Tim Lutz
E-MAIL: tim_lutz@isd31.net
PHONE NUMBER: (218) 333-3100
502 Minnesota Ave Nw
Bemidji, MN  56601

Bemidji Regional Interdist. Council
SUPERINTENDENT: Brenda Story
E-MAIL: bstory@bric.k12.mn.us
PHONE NUMBER: (218) 751-6622
1615 Nw 5Th St
Bemidji, MN  56601

Benson Public School District
SUPERINTENDENT: Dennis Laumeyer
E-MAIL: dlaumeyer@benson.k12.mn.us
PHONE NUMBER: (320) 843-2710
1400 Montana Ave
Benson, MN  56215

Benton-stearns Ed. District
SUPERINTENDENT: Alicia Jepsen
E-MAIL: ajepsen@bentonstearns.k12.mn.us
PHONE NUMBER: (320) 252-8427
517 2Nd St S
Sartell, MN  56377

Bertha-hewitt Public School Dist.
SUPERINTENDENT: Eric Koep
E-MAIL: eric.koep@isd786.org
PHONE NUMBER: (218) 924-2500
310 Central Ave S
Bertha, MN  56437

Big Lake Public School District
SUPERINTENDENT: Tim Truebenbach
E-MAIL: t.truebenbach@biglakeschools.org
PHONE NUMBER: (763) 262-2536
501 Minnesota Ave
Big Lake, MN  55309

Bird Island-olivia-lake Lillian
SUPERINTENDENT: Dale Brandsoy
E-MAIL: dale.brandsoy@bold.k12.mn.us
PHONE NUMBER: (320) 523-1031
701 S 9Th St
Olivia, MN  56277

Blackduck Public School District
SUPERINTENDENT: Mark Lundin
E-MAIL: mlundin@blackduck.k12.mn.us
PHONE NUMBER: (218) 835-5200
156 1St St Ne
Blackduck, MN  56630

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Blooming Prairie Public School Dist
SUPERINTENDENT: Christopher Staloch
E-MAIL: cstaloch@blossoms.k12.mn.us
PHONE NUMBER: (507) 583-4426
202 4Th Ave Nw
Blooming Prairie, MN  55917

Bloomington Public School District
SUPERINTENDENT: Les Fujitake
E-MAIL: lesf@isd271.org
PHONE NUMBER: (952) 681-6400
1350 W 106Th St
Bloomington, MN  55431

Blue Earth Area Public School
SUPERINTENDENT: Mandy Fletcher
E-MAIL: mfletcher@beas.blueearth.k12.mn.us
PHONE NUMBER: (507) 526-3188
315 E 6Th St
Blue Earth, MN  56013

Braham Public School District
SUPERINTENDENT: Ken Gagner
E-MAIL: kgagner@braham.k12.mn.us
PHONE NUMBER: (320) 396-3313
531 Elmhurst Ave S
Braham, MN  55006

Brainerd Public School District
SUPERINTENDENT: Laine Larson
E-MAIL: laine.larson@isd181.org
PHONE NUMBER: (218) 547-6900
804 Oak St
Brainerd, MN  56401

Brandon-evansville Public Schools
SUPERINTENDENT: Don Peschel
E-MAIL: dpeschel@b-e.k12.mn.us
PHONE NUMBER: (320) 524-2263
206 W 3Rd St
Brandon, MN  56315

Breckenridge Public School District
SUPERINTENDENT: Diane Cordes
E-MAIL: cordesd@breckenridge.k12.mn.us
PHONE NUMBER: (218) 643-6822
810 Beede Ave
Breckenridge, MN  56520

Brooklyn Center School District
SUPERINTENDENT: Carly Baker
E-MAIL: cbaker@bccs286.org
PHONE NUMBER: (763) 450-3386
6300 Shingle Creek Pkwy
Brooklyn Center, MN  55430

Browerville Public School District
SUPERINTENDENT: Scott Vedbraaten
E-MAIL: svedbraaten@browerville.k12.mn.us
PHONE NUMBER: (320) 594-2272
620 Park Ave N
Browerville, MN  56438

Browns Valley Public School Dist.
SUPERINTENDENT: Carmen Hills
E-MAIL: chills@brownsvalley.k12.mn.us
PHONE NUMBER: (320) 695-2103
118 Church St
Browns Valley, MN  56219

Buffalo Lk-hector-stewart Public Sc
SUPERINTENDENT: Michelle Mortensen
E-MAIL: mmortensen@blh.k12.mn.us
PHONE NUMBER: (320) 848-2233
220 W 3Rd St
Hector, MN  55342

Buffalo-hanover-montrose Public Sch
SUPERINTENDENT: Scott Thielman
E-MAIL: sthielman@bhmschools.org
PHONE NUMBER: (763) 682-8707
214 1St Ave Ne
Buffalo, MN  55313

Bug-o-nay-ge-shig
SUPERINTENDENT: Dan Mckeon
E-MAIL: dan.mckeon@bugschool.k12.mn.us
PHONE NUMBER: (218)665-3000
15353 Silver Eagle Dr. NW
Bena, MN  56626

Burnsville Public School District
SUPERINTENDENT: Theresa Battle
E-MAIL: superintendent191@isd191.org
PHONE NUMBER: (952) 707-2000
100 River Ridge Ct
Burnsville, MN  55337

Butterfield Public School District
SUPERINTENDENT: Steve Thomas
E-MAIL: sthomas@isd836.org
PHONE NUMBER: (507) 956-2771
440 Hubbard Ave
Butterfield, MN  56120

Byron Public School District
SUPERINTENDENT: Joey Page
E-MAIL: joey.page@byron.k12.mn.us
PHONE NUMBER: (507) 775-2383
1887 2Nd Ave Nw
Byron, MN  55920

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Caledonia Public School District
SUPERINTENDENT: Craig Ihrke
E-MAIL: craig_ihrke@cps.k12.mn.us
PHONE NUMBER: (507) 725-3389
511 W Main St
Caledonia, MN  55921

Cambridge-isanti Public School Dist
SUPERINTENDENT: Nate Rudolph
E-MAIL: nrudolph@c-ischools.org
PHONE NUMBER: (763) 689-6188
625A Main St N
Cambridge, MN  55008

Campbell-tintah Public School Dist.
SUPERINTENDENT: Kyle Edgerton
E-MAIL: edgertonk@campbell.k12.mn.us
PHONE NUMBER: (218) 630-5311
430 Connecticut Ave
Campbell, MN  56522

Canby Public School District
SUPERINTENDENT: Ryan Nielsen
E-MAIL: ryan.nielsen@canbylancers.org
PHONE NUMBER: (507) 223-2001
307 1St St W
Canby, MN  56220

Cannon Falls Public School District
SUPERINTENDENT: Jeff Sampson
E-MAIL: sampson.jeff@cf.k12.mn.us
PHONE NUMBER: (507) 263-6800
820 E Minnesota St
Cannon Falls, MN  55009

Cannon Valley Special Education Coo
SUPERINTENDENT: Lynn Krominga
E-MAIL: lkrominga@cannonvalleyspecialed.org
PHONE NUMBER: (507)209-2030
2800 1ST AVENUE NW
FARIBAULT, MN  55021

Carlton Public School District
SUPERINTENDENT: Gwen Carman
E-MAIL: gcarman@carlton.k12.mn.us
PHONE NUMBER: (218) 384-4225
405 School Ave
Carlton, MN  55718

Carver County Schools Network
SUPERINTENDENT: Ron Wilke
E-MAIL: ron.wilke@wm.k12.mn.us
PHONE NUMBER: (952) 955-0610
1001 Highway 25 Nw
Watertown, MN  55388

Cass Lake-bena Public Schools
SUPERINTENDENT: Rochelle Johnson
E-MAIL: rjohnson@isd115.net
PHONE NUMBER: (218) 335-2204
208 Central Ave Nw
Cass Lake, MN  56633

Cedar Mountain School District
SUPERINTENDENT: Rob Brandl
E-MAIL: rbrandl@cedarmt.org
PHONE NUMBER: (507) 249-5990
310 Somerville Ave
Morgan, MN  56266

Centennial Public School District
SUPERINTENDENT: Brian Dietz
E-MAIL: bdietz@isd12.org
PHONE NUMBER: (763) 792-6000
4707 N Rd
Circle Pines, MN  55014

Central Lakes Education District
SUPERINTENDENT: Jeff Holm
E-MAIL: holmj@willmar.k12.mn.us
PHONE NUMBER: (320) 231-8500
611 Sw 5Th St
Willmar, MN  56201

Central Minnesota E.r.d.c.
SUPERINTENDENT: Peter Eigen
E-MAIL: peigen@erdc.k12.mn.us
PHONE NUMBER: (320) 202-0992
570 1St St Se
Saint Cloud, MN  56304

Central Minnesota Jt. Powers Dist.
SUPERINTENDENT: Alicia Fischer
E-MAIL: alicia.fischer@isd742.org
PHONE NUMBER: (320) 203-8470
216 N 8Th Ave
Waite Park, MN  56387

Central Mn Ed Telecom System
SUPERINTENDENT: Julie Critz
E-MAIL: jcritz@alexandria.k12.mn.us
PHONE NUMBER: (320) 762-2141
1410 Mckay Ave S
Alexandria, MN  56308

Central Public School District
SUPERINTENDENT: Timothy Schochenmaier
E-MAIL: tschochenmaier@central.k12.mn.us
PHONE NUMBER: (952) 467-7000
531 Morse St
Norwood Young America, MN  55368

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Chatfield Public Schools
SUPERINTENDENT: Edward Harris
E-MAIL: eharris@chatfieldschools.com
PHONE NUMBER: (507) 867-4210
205 Union St Ne
Chatfield, MN  55923

Chisago Lakes School District
SUPERINTENDENT: Dean Jennissen
E-MAIL: djennissen@isd2144.org
PHONE NUMBER: (651) 213-2000
13750 Lake Blvd
Lindstrom, MN  55045

Chisholm Public School District
SUPERINTENDENT: Janey Blanchard
E-MAIL: jblanchard@chisholm.k12.mn.us
PHONE NUMBER: (218) 254-5726
300 Sw 3Rd Ave
Chisholm, MN  55719

Chokio-alberta Public School Dist.
SUPERINTENDENT: David Baukol
E-MAIL: dbaukol@chokioalberta.k12.mn.us
PHONE NUMBER: (320) 324-7131
311 1St St West
Chokio, MN  56221

Circle Of Life Survival School
SUPERINTENDENT: Jenna Leadbetter
E-MAIL: jenna.leadbetter@col.pvt.k12.mn.us
PHONE NUMBER: (218) 983-4180
36274 Cty Hwy 21
White Earth, MN  56591

Clearbrook-gonvick School District
SUPERINTENDENT: Jeff Burgess
E-MAIL: jburgess@clearbrook-gonvick.k12.mn.us
PHONE NUMBER: (218) 776-3112
16770 Clearwater Lake Rd
Clearbrook, MN  56634

Cleveland Public School District
SUPERINTENDENT: Brian Phillips
E-MAIL: phillips.brian@cleveland.k12.mn.us
PHONE NUMBER: (507) 931-5953
400 6Th St
Cleveland, MN  56017

Climax-shelly Public Schools
SUPERINTENDENT: Michael Underwood
E-MAIL: munderwood@isd592.org
PHONE NUMBER: (218) 857-2385
111 E Broadway
Climax, MN  56523

Clinton-graceville-beardsley
SUPERINTENDENT: Jon Fulton
E-MAIL: jfulton@graceville.k12.mn.us
PHONE NUMBER: (320) 325-5282
601 1St St
Clinton, MN  56225

Cloquet Public School District
SUPERINTENDENT: Michael Cary
E-MAIL: mcary@isd94.org
PHONE NUMBER: (218) 879-6721
302 14Th St
Cloquet, MN  55720

Columbia Heights Public School Dist
SUPERINTENDENT: Zena Stenvik
E-MAIL: stenvikz@colheights.k12.mn.us
PHONE NUMBER: (763) 528-4500
1440 49Th Ave Ne
Columbia Heights, MN  55421

Comfrey Public School District
SUPERINTENDENT: Kirsten Hutchison
E-MAIL: khutchison@comfrey.mntm.org
PHONE NUMBER: (507) 877-3491
305 Ochre St W
Comfrey, MN  56019

Cook County Public Schools
SUPERINTENDENT: William Crandall
E-MAIL: bcrandall@isd166.org
PHONE NUMBER: (218) 387-2271
101 W 5Th St
Grand Marais, MN  55604

Cromwell-wright Public Schools
SUPERINTENDENT: Nathan Libbon
E-MAIL: nlibbon@isd95.org
PHONE NUMBER: (218) 644-3716
5624 Hwy 210
Cromwell, MN  55726

Crookston Public School District
SUPERINTENDENT: Jeremy Olson
E-MAIL: jeremyolson@isd593.org
PHONE NUMBER: (218) 281-5313
402 Fisher Ave, Ste 593
Crookston, MN  56716

Crosby-ironton Public School Dist.
SUPERINTENDENT: Jamie Skjeveland
E-MAIL: jskjeveland@ci.k12.mn.us
PHONE NUMBER: (218) 545-8801
711 Poplar St
Crosby, MN  56441

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Dassel-cokato Public School Dist.
SUPERINTENDENT: Jeff Powers
E-MAIL: jeff.powers@dc.k12.mn.us
PHONE NUMBER: (320) 286-4100
4852 Reardon Ave Sw Ste 1700
Cokato, MN  55321

Dawson-boyd Public School District
SUPERINTENDENT: David Hansen
E-MAIL: dhansen@dwby.k12.mn.us
PHONE NUMBER: (320) 769-2955
848 Chestnut St
Dawson, MN  56232

Deer River Public School District
SUPERINTENDENT: Jeff Pesta
E-MAIL: jpesta@isd317.org
PHONE NUMBER: (218) 246-2420
101 1St Ave Ne
Deer River, MN  56636

Delano Public School District
SUPERINTENDENT: Matthew Schoen
E-MAIL: matt.schoen@delanoschools.org
PHONE NUMBER: (763) 972-3365
700 Elm Ave E
Delano, MN  55328

Detroit Lakes Public School Dist.
SUPERINTENDENT: Mark Jenson
E-MAIL: markjenson@detlakes.k12.mn.us
PHONE NUMBER: (218) 847-9271
702 Lake Ave
Detroit Lakes, MN  56501

Dilworth-glyndon-felton
SUPERINTENDENT: Bryan Thygeson
E-MAIL: bthygeson@dgf.k12.mn.us
PHONE NUMBER: (218) 287-2371
108 N Main
Dilworth, MN  56529

Dover-eyota Public School District
SUPERINTENDENT: Michael Carolan
E-MAIL: mikecarolan@deschools.org
PHONE NUMBER: (507) 545-2125
615 S Ave Sw
Eyota, MN  55934

Duluth Public School District
SUPERINTENDENT: John Magas
E-MAIL: superintendent@isd709.org
PHONE NUMBER: (218) 336-8752
215 N 1St Ave E
Duluth, MN  55802

East Central Mn Ed. Cable Coop.
SUPERINTENDENT: Marc Johnson
E-MAIL: mjohnson@ecmecc.org
PHONE NUMBER: (320) 396-3674
531 Elmhurst Ave S
Braham, MN  55006

East Central School District
SUPERINTENDENT: Andrew Almos
E-MAIL: aalmos@eastcentral.k12.mn.us
PHONE NUMBER: (320) 245-2289
61085 State Hwy 23
Finlayson, MN  55735

East Grand Forks Public School Dist
SUPERINTENDENT: Mike Kolness
E-MAIL: mkolness@egf.k12.mn.us
PHONE NUMBER: (218) 773-3494
203 14Th Street Ne
East Grand Forks, MN  56721

East Metro Integration District
SUPERINTENDENT: Sebastian Witherspoon
E-MAIL: switherspoon@ea-mn.org
PHONE NUMBER: (651) 379-2700
600 Weir Dr.
Woodbury, MN  55125

East Range Sec. Technical Center
SUPERINTENDENT: Greg Allen
E-MAIL: gallen@isd2711.org
PHONE NUMBER: (218) 229-3321
601 N 1St St W
Aurora, MN  55705

Eastern Carver County Public School
SUPERINTENDENT: Lisa Adams
E-MAIL: saylesadamsl@district112.org
PHONE NUMBER: (952) 556-6100
11 Peavey Rd
Chaska, MN  55318

Eden Prairie Public School District
SUPERINTENDENT: Josh Swanson
E-MAIL: jswanson@edenpr.org
PHONE NUMBER: (952) 975-7000
8100 School Rd
Eden Prairie, MN  55344

Eden Valley-watkins School District
SUPERINTENDENT: Mark Messman
E-MAIL: mmessman@evw.k12.mn.us
PHONE NUMBER: (320) 453-2900
298 Brooks St N
Eden Valley, MN  55329

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Edgerton Public School District
SUPERINTENDENT: Keith Buckridge
E-MAIL: kbuckridge@edgertonpublic.com
PHONE NUMBER: (507) 442-7881
423 1St Ave W
Edgerton, MN  56128

Edina Public School District
SUPERINTENDENT: John Schultz
E-MAIL: superintendent@edinaschools.org
PHONE NUMBER: (952) 848-3900
5701 Normandale Rd
Edina, MN  55424

Education Innovation Partners Coope
SUPERINTENDENT: Joe Silko
E-MAIL: jsilko.eip@gmail.com
PHONE NUMBER: (218)262-7235
1515 EAST 25TH STREET ROOM L3
HIBBING, MN  55746

Elk River Public School District
SUPERINTENDENT: Daniel Bittman
E-MAIL: daniel.bittman@isd728.org
PHONE NUMBER: (763) 241-3400
11500 193rd Ave. NW
Elk River, MN  55330

Ellsworth Public School District
SUPERINTENDENT: John Willey
E-MAIL: john.willey@ellsworth.mntm.org
PHONE NUMBER: (507) 967-2242
513 S Broadway
Ellsworth, MN  56129

Ely Public School District
SUPERINTENDENT: Erik Erie
E-MAIL: eerie@ely.k12.mn.us
PHONE NUMBER: (218) 365-6166
600 E Harvey St
Ely, MN  55731

Esko Public School District
SUPERINTENDENT: Aaron Fischer
E-MAIL: afischer@esko.k12.mn.us
PHONE NUMBER: (218) 879-2969
2 E Highway 61
Esko, MN  55733

Eveleth-gilbert School District
SUPERINTENDENT: Jeff Carey
E-MAIL: jcarey@egschools.org
PHONE NUMBER: (218) 744-7701
801 Jones St
Eveleth, MN  55734

Fairmont Area School District
SUPERINTENDENT: Joseph Brown
E-MAIL: jbrown@fairmont.k12.mn.us
PHONE NUMBER: (507) 238-4234
714 Victoria Street Ste 103
Fairmont, MN  56031

Faribault Public School District
SUPERINTENDENT: Todd Sesker
E-MAIL: tsesker@faribault.k12.mn.us
PHONE NUMBER: (507) 333-6000
710 17th Street Sw
Faribault, MN  55021

Farmington Public School District
SUPERINTENDENT: Jason Berg
E-MAIL: jberg@farmington.k12.mn.us
PHONE NUMBER: (651) 463-5000
20655 Flagstaff Avenue
Farmington, MN  55024

Fergus Falls Area Sp. Ed. Coop.
SUPERINTENDENT: Shannon Erickson
E-MAIL: serickson@fergusotters.org
PHONE NUMBER: (218) 998-0544
518 Friberg Ave
Fergus Falls, MN  56537

Fergus Falls Public School District
SUPERINTENDENT: Jeff Drake
E-MAIL: jdrake@fergusotters.org
PHONE NUMBER: (218) 998-0544
601 Randolph Ave
Fergus Falls, MN  56537

Fertile-beltrami School District
SUPERINTENDENT: Brian Clarke
E-MAIL: bclarke@isd599.org
PHONE NUMBER: (218) 945-6933
210 Mill St S
Fertile, MN  56540

Fillmore Central
SUPERINTENDENT: Heath Olstad
E-MAIL: heath.olstad@isd2198.k12.mn.us
PHONE NUMBER: (507) 765-3845
700 Chatfield Ave
Preston, MN  55965

Fisher Public School District
SUPERINTENDENT: Evan Hanson
E-MAIL: hansone@fisher.k12.mn.us
PHONE NUMBER: (218) 891-4105
313 Park Ave
Fisher, MN  56723

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Floodwood Public School District
SUPERINTENDENT: Rae Villebrun
E-MAIL: rvillebrun@isd698.org
PHONE NUMBER: (218) 476-2285
115 W 4Th Ave
Floodwood, MN  55736

Foley Public School District
SUPERINTENDENT: Paul Neubauer
E-MAIL: pneubauer@apps.isd51.org
PHONE NUMBER: (320) 968-7175
840 Norman Ave N
Foley, MN  56329

Fond Du Lac Ojibwe School
SUPERINTENDENT: Jennifer Murray
E-MAIL: jennifermurray@fdlrez.com
PHONE NUMBER: (218) 878-7242
49 University Road
Cloquet, MN  55720

Forest Lake Public School District
SUPERINTENDENT: Steve Massey
E-MAIL: smassey@flaschools.org
PHONE NUMBER: (651) 982-8103
6100 210Th St N
Forest Lake, MN  55025

Fosston Public School District
SUPERINTENDENT: Sue Chase
E-MAIL: schase@fosston.k12.mn.us
PHONE NUMBER: (218) 435-6335
301 E 1St St
Fosston, MN  56542

Franconia Public School District
SUPERINTENDENT: Carla Greene
E-MAIL: franconia323@frontiernet.net
PHONE NUMBER: (651) 257-2898
999 Nofound Street
Scandia, MN  55073

Frazee-vergas Public School Dist.
SUPERINTENDENT: Terry Karger
E-MAIL: tkarger@frazee.k12.mn.us
PHONE NUMBER: (218) 334-3181
305 N Lake St
Frazee, MN  56544

Freshwater Ed. Dist.
SUPERINTENDENT: Jerry Nesland
E-MAIL: jnesland@fed.k12.mn.us
PHONE NUMBER: (218) 894-2439
1100 5Th St. Ne
Staples, MN  56479

Fridley Public School District
SUPERINTENDENT: Kim Hiel
E-MAIL: kim.hiel@fridley.k12.mn.us
PHONE NUMBER: (763) 502-5001
6000 W Moore Lake Dr
Fridley, MN  55432

Fulda Public School District
SUPERINTENDENT: Loy Woelber
E-MAIL: lwoelber@wwgschools.org
PHONE NUMBER: (507) 425-2514
410 N College Ave
Fulda, MN  56131

G.f.w.
SUPERINTENDENT: Jeff Horton
E-MAIL: jeff.horton@gfwschools.org
PHONE NUMBER: (507) 834-9813
323 E 11Th St
Gibbon, MN  55335

Glencoe-silver Lake School District
SUPERINTENDENT: Christopher Sonju
E-MAIL: csonju@gsl.k12.mn.us
PHONE NUMBER: (320) 864-2498
1621 16Th St E
Glencoe, MN  55336

Glenville-emmons School District
SUPERINTENDENT: Jerry Reshetar
E-MAIL: reshetarj@geschools.com
PHONE NUMBER: (507) 448-2889
230 5Th St Se
Glenville, MN  56036

Goodhue County Education District
SUPERINTENDENT: Cherie Johnson
E-MAIL: cjohnson@gced.k12.mn.us
PHONE NUMBER: (651) 388-4441
601 Buchanan St
Red Wing, MN  55066

Goodhue Public School District
SUPERINTENDENT: Evan Gough
E-MAIL: egough@goodhue.k12.mn.us
PHONE NUMBER: (651) 923-4447
510 3Rd Ave
Goodhue, MN  55027

Goodridge Public School District
SUPERINTENDENT: Tomas Loberg
E-MAIL: tomas.loberg@goodridgeisd561.org
PHONE NUMBER: (218) 378-4133
201 Osmund Ave
Goodridge, MN  56725

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Granada Huntley-east Chain
SUPERINTENDENT: Doug Storbeck
E-MAIL: doug.storbeck@ghec.k12.mn.us
PHONE NUMBER: (507) 447-2211
300 Reynolds St
Granada, MN  56039

Grand Meadow Public School District
SUPERINTENDENT: Paul Besel
E-MAIL: pbesel@gm.k12.mn.us
PHONE NUMBER: (507) 754-5318
710 4Th Ave Ne
Grand Meadow, MN  55936

Grand Rapids Public School District
SUPERINTENDENT: Matt Grose
E-MAIL: mgrose@isd318.org
PHONE NUMBER: (218) 327-5700
820 Nw 1St Ave
Grand Rapids, MN  55744

Greenbush-middle River School Dist.
SUPERINTENDENT: Larry Guggisberg
E-MAIL: lguggisberg@greenbush.k12.mn.us
PHONE NUMBER: (218) 782-2231
401 Park Ave
Greenbush, MN  56726

Greenway Public School District
SUPERINTENDENT: David Pace
E-MAIL: dpace@isd316.org
PHONE NUMBER: (218) 247-7306
201 Kate St
Marble, MN  55764

Grygla Public School District
SUPERINTENDENT: Jamie Lunsetter
E-MAIL: jlunsetter@grygla.k12.mn.us
PHONE NUMBER: (218) 294-6155
114 N Fladland Ave
Grygla, MN  56727

Hancock Public School District
SUPERINTENDENT: Paul Carlson
E-MAIL: paul.carlson@hancockisd768.org
PHONE NUMBER: (320) 392-5622
371 Hancock Ave
Hancock, MN  56244

Hastings Public School District
SUPERINTENDENT: Robert Mcdowell
E-MAIL: rmcdowell@hastings.k12.mn.us
PHONE NUMBER: (651) 480-7000
1000 11Th St W
Hastings, MN  55033

Hawley Public School District
SUPERINTENDENT: Phil Jensen
E-MAIL: pjensen@hawley.k12.mn.us
PHONE NUMBER: (218) 483-4647
714 Joseph St
Hawley, MN  56549

Hayfield Public School District
SUPERINTENDENT: Gregg Slaathaug
E-MAIL: gslaathaug@hayfield.k12.mn.us
PHONE NUMBER: (507) 477-3235
9 6Th Ave Se
Hayfield, MN  55940

Hendricks Public School District
SUPERINTENDENT: Paul Chick
E-MAIL: paul.chick@isd402.org
PHONE NUMBER: (507) 275-3115
200 E Lincoln
Hendricks, MN  56136

Henning Public School District
SUPERINTENDENT: Mike Rowe
E-MAIL: mrowe@henning.k12.mn.us
PHONE NUMBER: (218) 583-2927
500 School Ave
Henning, MN  56551

Herman-norcross School District
SUPERINTENDENT: Rick Bleichner
E-MAIL: rbleichner@hncs.k12.mn.us
PHONE NUMBER: (320) 677-2291
504 Lois Ave N
Herman, MN  56248

Hermantown Public School District
SUPERINTENDENT: Kerry Juntunen
E-MAIL: kjuntunen@isd700.org
PHONE NUMBER: (218) 729-9313
4307 Ugstad Rd
Hermantown, MN  55811

Heron Lake-okabena School District
SUPERINTENDENT: Paul Bang
E-MAIL: paul.bang@isd330.org
PHONE NUMBER: (507) 853-4507
124 N Minnesota Ave
Okabena, MN  56161

Hiawatha Valley Ed. District
SUPERINTENDENT: Debra Marcotte
E-MAIL: dmarcotte@hved.org
PHONE NUMBER: (507) 452-1200
1410 Bundy Blvd
Winona, MN  55987

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Hibbing Public School District
SUPERINTENDENT: Richard Aldrich
E-MAIL: richard.aldrich@isd701.org
PHONE NUMBER: (218) 263-4850
800 E 21St St
Hibbing, MN  55746

Hill City Public School District
SUPERINTENDENT: Patrick Rendle
E-MAIL: prendle@isd002.org
PHONE NUMBER: (218) 697-2394
500 Ione Ave
Hill City, MN  55748

Hills-beaver Creek School District
SUPERINTENDENT: Todd Holthaus
E-MAIL: t.holthaus@isd671.net
PHONE NUMBER: (507) 962-3240
301 N Summit Ave
Hills, MN  56138

Hinckley-finlayson School District
SUPERINTENDENT: Rob Prater
E-MAIL: rprater@isd2165.org
PHONE NUMBER: (320) 384-6277
201 Main Street E
Hinckley, MN  55037

Holdingford Public School District
SUPERINTENDENT: Chris Swenson
E-MAIL: chris.swenson@isd738.org
PHONE NUMBER: (320) 746-2196
900 5Th St
Holdingford, MN  56340

Hopkins Public School District
SUPERINTENDENT: Rhoda Reed
E-MAIL: rhoda.m-reed@hopkinsschools.org
PHONE NUMBER: (952) 988-4000
1001 Hwy 7
Hopkins, MN  55305

Houston Public School District
SUPERINTENDENT: Krin Abraham
E-MAIL: krin.abraham@hps294.us
PHONE NUMBER: (507) 896-5323
306 W Elm St
Houston, MN  55943

Howard Lake-waverly-winsted
SUPERINTENDENT: Brad Sellner
E-MAIL: bsellner@hlww.k12.mn.us
PHONE NUMBER: (320) 543-3900
801 8Th Ave
Howard Lake, MN  55349

Hutchinson Public School District
SUPERINTENDENT: Daron Vanderheiden
E-MAIL: daron.vanderheiden@isd423.org
PHONE NUMBER: (320) 587-2860
30 Glen St Nw
Hutchinson, MN  55350

Infinityminnesota  Digital Academy
SUPERINTENDENT: Jo Mcclure
E-MAIL: jo.mcclure@mninfinity.org
PHONE NUMBER: (218) 244-4428
1851 E Us Hwy 169
Grand Rapids, MN  55744

Intermediate School District 287
SUPERINTENDENT: Sandra Lewandowski
E-MAIL: sllewandowski@district287.org
PHONE NUMBER: (763) 559-3535
1820 N Xenium Ln
Plymouth, MN  55441

Intermediate School District 917
SUPERINTENDENT: Mark Zuzek
E-MAIL: mark.zuzek@isd917.org
PHONE NUMBER: (651) 423-8214
1300 145Th St E
Rosemount, MN  55068

International Falls School District
SUPERINTENDENT: Kevin Grover
E-MAIL: kgrover@isd361.org
PHONE NUMBER: (218) 283-2571
1515 11Th St
International Falls, MN  56649

Inver Grove Heights Schools
SUPERINTENDENT: Dave Bernhardson
E-MAIL: bernhardsond@isd199.org
PHONE NUMBER: (651) 306-7800
2990 80Th St E
Inver Grove Heights, MN  55076

Isle Public School District
SUPERINTENDENT: Dean Kapsner
E-MAIL: dkapsner@isle.k12.mn.us
PHONE NUMBER: (320) 676-3146
730 5Th Ave S
Isle, MN  56342

Itasca Area Schools Collaborative
SUPERINTENDENT: Jeff Pesta
E-MAIL: jpesta@isd317.org
PHONE NUMBER: (218) 246-2420
101 1St Avenue Ne
Deer River, MN  56636

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Ivanhoe Public School District
SUPERINTENDENT: Daniel Deitte
E-MAIL: daniel.deitte@minneotaschools.org
PHONE NUMBER: (507) 694-1540
421 N Rebecca
Ivanhoe, MN  56142

Jackson County Central School Dist.
SUPERINTENDENT: Barry Schmidt
E-MAIL: barry.schmidt@jccschools.net
PHONE NUMBER: (507) 847-3608
1128 N Hwy
Jackson, MN  56143

Janesville-waldorf-pemberton
SUPERINTENDENT: Kurt Stumpf
E-MAIL: kstumpf@isd2835.org
PHONE NUMBER: (507) 234-5181
110 E 3Rd St
Janesville, MN  56048

Jordan Public School District
SUPERINTENDENT: Matthew Helgerson
E-MAIL: mhelgerson@isd717.org
PHONE NUMBER: (952) 492-6200
500 Sunset Dr
Jordan, MN  55352

Kasson-mantorville School District
SUPERINTENDENT: Mark Matuska
E-MAIL: m.matuska@komets.k12.mn.us
PHONE NUMBER: (507) 634-1100
101 16Th St Ne
Kasson, MN  55944

Kelliher Public School District
SUPERINTENDENT: Malcolm Wax
E-MAIL: mwax@kelliher.k12.mn.us
PHONE NUMBER: (218) 647-8286
345 4Th St Nw
Kelliher, MN  56650

Kenyon-wanamingo School District
SUPERINTENDENT: Jeff Pesta
E-MAIL: jpesta@kw.k12.mn.us
PHONE NUMBER: (507) 789-7001
225 3Rd Ave
Wanamingo, MN  55983

Kerkhoven-murdock-sunburg
SUPERINTENDENT: Martin Heidelberger
E-MAIL: mheidelberger@kms.k12.mn.us
PHONE NUMBER: (320) 264-1411
302 15Th St N
Kerkhoven, MN  56252

Kimball Public School District
SUPERINTENDENT: Erik Widvey
E-MAIL: erik.widvey@kimball.k12.mn.us
PHONE NUMBER: (320) 398-5585
100 Hwy 55 W
Kimball, MN  55353

Kingsland Public School District
SUPERINTENDENT: James Hecimovich
E-MAIL: hecimovich.james@kingsland2137.org
PHONE NUMBER: (507) 346-7276
705 N Section Ave
Spring Valley, MN  55975

Kittson Central School District
SUPERINTENDENT: Bob Jaszczak
E-MAIL: bjaszczak@kittson.k12.mn.us
PHONE NUMBER: (218) 843-3682
444 N Ash
Hallock, MN  56728

La Crescent-hokah School District
SUPERINTENDENT: Kevin Cardille
E-MAIL: kevin.cardille@isd300.k12.mn.us
PHONE NUMBER: (507) 895-4484
703 S 11Th St
La Crescent, MN  55947

Lac Qui Parle Valley School Dist.
SUPERINTENDENT: Greg Schmidt
E-MAIL: gschmidt@lqpv.org
PHONE NUMBER: (320) 752-4200
2860 291St Ave
Madison, MN  56256

Lake Agassiz Special Ed. Coop.
SUPERINTENDENT: Scott Masten
E-MAIL: smasten@lagassiz.com
PHONE NUMBER: (888)267-5380
1010 HOBART ST
HAWLEY, MN  56549

Lake Benton Public School District
SUPERINTENDENT: Loy Woelber
E-MAIL: lwoelber@wwgschools.org
PHONE NUMBER: (507) 368-4241
101 Garfield St
Lake Benton, MN  56149

Lake City Public School District
SUPERINTENDENT: Erick Enger
E-MAIL: eenger@lake-city.k12.mn.us
PHONE NUMBER: (651) 345-2198
300 S Garden St
Lake City, MN  55041

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Lake Crystal-wellcome Memorial
SUPERINTENDENT: Tom Farrell
E-MAIL: tfarrell@isd2071.k12.mn.us
PHONE NUMBER: (507) 726-2323
607 Knights Ln
Lake Crystal, MN  56055

Lake Of The Woods School District
SUPERINTENDENT: Jeff Nelson
E-MAIL: jeff_n@lakeofthewoodsschool.org
PHONE NUMBER: (218) 634-2735
236 15Th Ave Sw
Baudette, MN  56623

Lake Park Audubon School District
SUPERINTENDENT: Paula Henry
E-MAIL: phenry@lpa.k12.mn.us
PHONE NUMBER: (218) 238-5914
611 Vigen Rd
Lake Park, MN  56554

Lake Superior Public School Dist.
SUPERINTENDENT: William Crandall
E-MAIL: bcrandall@isd381.org
PHONE NUMBER: (218) 834-8216
1640 Hwy 2 Ste 200
Two Harbors, MN  55616

Lakeview School District
SUPERINTENDENT: Chris Fenske
E-MAIL: chrisfenske@lakeview2167.com
PHONE NUMBER: (507) 423-5164
875 Barstad Rd N
Cottonwood, MN  56229

Lakeville Public School District
SUPERINTENDENT: Michael Baumann
E-MAIL: michael.baumann@isd194.org
PHONE NUMBER: (952) 232-2000
8670 210Th St W
Lakeville, MN  55044

Lancaster Public School District
SUPERINTENDENT: Shannon Hunstad
E-MAIL: shunstad@lancaster.k12.mn.us
PHONE NUMBER: (218) 762-5400
401 Central Ave S
Lancaster, MN  56735

Lanesboro Public School District
SUPERINTENDENT: Matt Schultz
E-MAIL: mattschultz@lanesboroschools.com
PHONE NUMBER: (507) 467-2229
100 Kirkwood St E
Lanesboro, MN  55949

Laporte Public School District
SUPERINTENDENT: Kim Goodwin
E-MAIL: kim.goodwin@laporte.k12.mn.us
PHONE NUMBER: (218) 224-2288
315 Main St W
Laporte, MN  56461

Le Sueur-henderson School District
SUPERINTENDENT: Marlene Johnson
E-MAIL: mjohnson@isd2397.org
PHONE NUMBER: (507) 665-4600
115 1/2 N 5Th Street Ste 200
Le Sueur, MN  56058

Leroy-ostrander Public Schools
SUPERINTENDENT: Ray Arsenault
E-MAIL: rarsenault@leroy.k12.mn.us
PHONE NUMBER: (507) 324-5743
406 W Main St
Leroy, MN  55951

Lester Prairie Public School Dist.
SUPERINTENDENT: Melissa Radeke
E-MAIL: radeke@lp.k12.mn.us
PHONE NUMBER: (320) 395-2521
131 Hickory St N
Lester Prairie, MN  55354

Lewiston-altura Public School Dist.
SUPERINTENDENT: Debbra Marcotte
E-MAIL: dmarcotte@hved.org
PHONE NUMBER: (507) 523-2191
100 County Rd 25
Lewiston, MN  55952

Litchfield Public School District
SUPERINTENDENT: Beckie Simenson
E-MAIL: bsimenson@isd465.org
PHONE NUMBER: (320) 693-2444
307 East 6th Street
Litchfield, MN  55355

Little Crow Tele-media Network
SUPERINTENDENT: Pete Royer
E-MAIL: pete@lctn.k12.mn.us
PHONE NUMBER: (320) 295-7411
Two Century Ave
Hutchinson, MN  55350

Little Falls Public School District
SUPERINTENDENT: Stephen Jones
E-MAIL: sjones@lfalls.k12.mn.us
PHONE NUMBER: (320) 632-2002
1001 Se 5Th Ave
Little Falls, MN  56345

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Littlefork-big Falls School Dist.
SUPERINTENDENT: Jamie Wendt
E-MAIL: wendt_j@isd362.k12.mn.us
PHONE NUMBER: (218) 278-6614
700 Main St
Littlefork, MN 56653

Long Prairie-grey Eagle School Dist
SUPERINTENDENT: Jon Kringen
E-MAIL: jkringen@lpge.k12.mn.us
PHONE NUMBER: (320) 732-2194
205 2Nd St S
Long Prairie, MN 56347

Luverne Public School District
SUPERINTENDENT: Craig Oftedahl
E-MAIL: c.oftedahl@isd2184.net
PHONE NUMBER: (507) 283-8088
709 N Kniss
Luverne, MN 56156

Lyle Public School District
SUPERINTENDENT: Bryan Boysen
E-MAIL: bboysen@lyle.k12.mn.us
PHONE NUMBER: (507) 325-2201
700 2Nd St
Lyle, MN 55953

Lynd Public School District
SUPERINTENDENT: Robert Tews
E-MAIL: robert.tews@lyndschool.org
PHONE NUMBER: (507) 865-4404
100 St Alban
Lynd, MN 56157

M.a.c.c.r.a.y. School District
SUPERINTENDENT: Sherri Broderius
E-MAIL: broderiuss@maccray.k12.mn.us
PHONE NUMBER: (320) 847-2154
711 Wolverine Dr
Clara City, MN 56222

Mabel-canton Public School Dist.
SUPERINTENDENT: Gary Kuphal
E-MAIL: gkuphal@mabelcanton.org
PHONE NUMBER: (507) 493-5422
316 W Fillmore Ave
Mabel, MN 55954

Madelia Public School District
SUPERINTENDENT: Tom Ames
E-MAIL: tomames@isd837.org
PHONE NUMBER: (507) 642-3232
320 Buck Ave Se
Madelia, MN 56062

Mahnomen Public School District
SUPERINTENDENT: Jeff Bisek
E-MAIL: jeff.bisek@mahnomen.k12.mn.us
PHONE NUMBER: (218) 935-2211
209 1St St
Mahnomen, MN 56557

Mahtomedi Public School District
SUPERINTENDENT: Barb Duffrin
E-MAIL: barb.duffrin@isd832.net
PHONE NUMBER: (651) 407-2001
1520 Mahtomedi Ave
Mahtomedi, MN 55115

Mankato Public School District
SUPERINTENDENT: Paul Peterson
E-MAIL: ppeter1@isd77.k12.mn.us
PHONE NUMBER: (507) 387-1868
10 Civic Center Plaza, Ste 2
Mankato, MN 56001

Maple Lake Public School District
SUPERINTENDENT: Mike Rowe
E-MAIL: rowem@maplelake.k12.mn.us
PHONE NUMBER: (320) 963-3171
200 State Hwy 55 E
Maple Lake, MN 55358

Maple River School District
SUPERINTENDENT: Dan Anderson
E-MAIL: danderson@isd2135.org
PHONE NUMBER: (507) 524-3915
101 6Th Ave Ne
Mapleton, MN 56065

Marshall County Central Schools
SUPERINTENDENT: Jeffrey Lund
E-MAIL: jlund@mccfreeze.org
PHONE NUMBER: (218) 874-8530
310 Minnesota Ave W
Newfolden, MN 56738

Marshall Public School District
SUPERINTENDENT: Jeremy Williams
E-MAIL: jeremy.williams@marshall.k12.mn.us
PHONE NUMBER: (507) 537-6924
401 S Saratoga St
Marshall, MN 56258

Martin County West School District
SUPERINTENDENT: Allison Schmidt
E-MAIL: aschmidt@mcwmavericks.org
PHONE NUMBER: (507) 764-2330
105 E 5Th St
Sherburn, MN 56171

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Mcgregor Public School District
SUPERINTENDENT: Paul Grams
E-MAIL: pgrams@isd4.org
PHONE NUMBER: (218) 768-2111
148 S 2Nd St
Mcgregor, MN  55760

Medford Public School District
SUPERINTENDENT: Mark Ristau
E-MAIL: mristau@medfordtigers.org
PHONE NUMBER: (507) 451-5250
750 2Nd Ave Se
Medford, MN  55049

Meeker And Wright Special Education
SUPERINTENDENT: Janell Bullard
E-MAIL: jbullard@mawseco.k12.mn.us
PHONE NUMBER: (320) 543-1122
720 9th Ave
Howard Lake, MN  55349

Melrose Public School District
SUPERINTENDENT: Greg Winter
E-MAIL: gwinter@isd740.org
PHONE NUMBER: (320) 256-5160
546 5Th Ave Ne
Melrose, MN  56352

Menahga Public School District
SUPERINTENDENT: Kevin Wellen
E-MAIL: kwellen@menahga.k12.mn.us
PHONE NUMBER: (218) 564-4141
216 Aspen Ave Se
Menahga, MN  56464

Mesabi East School District
SUPERINTENDENT: Gregg Allen
E-MAIL: gallen@isd2711.org
PHONE NUMBER: (218) 229-3321
601 N 1St St W
Aurora, MN  55705

Mid State Education District
SUPERINTENDENT: Simoine Bolin
E-MAIL: sbolin@midstate.k12.mn.us
PHONE NUMBER: (320) 631-2500
14713 Cloverglen Ln
Little Falls, MN  56345

Midwest Special Education Coop.
SUPERINTENDENT: Todd Travis
E-MAIL: ttravis@morris.k12.mn.us
PHONE NUMBER: (320) 589-4248
203 S Columbia Ave
Morris, MN  56267

Milaca Public School District
SUPERINTENDENT: Tim Truebenbach
E-MAIL: tim.truebenbach@milaca.k12.mn.us
PHONE NUMBER: (320) 982-7210
500 Hwy 23 W
Milaca, MN  56353

Milroy Public School District
SUPERINTENDENT: Heidi Sachariason
E-MAIL: heidi.sachariason@milroy.k12.mn.us
PHONE NUMBER: (507) 336-2563
103 Prospect St
Milroy, MN  56263

Minneapolis Public School Dist.
SUPERINTENDENT: Ed Graff
E-MAIL: MPSSup@mpls.k12.mn.us
PHONE NUMBER: (612) 668-0000
1250 West Broadway Ave
Minneapolis, MN  55411

Minneota Public School District
SUPERINTENDENT: Dan Deitte
E-MAIL: daniel.deitte@minneotaschools.org
PHONE NUMBER: (507) 872-6532
504 N Monroe St
Minneota, MN  56264

Minnesota State Academies
SUPERINTENDENT: Terry Wilding
E-MAIL: terry.wilding@msa.state.mn.us
PHONE NUMBER: (507) 384-6602
615 Olof Hanson Dr
Faribault, MN  55021

Minnetonka Public School District
SUPERINTENDENT: Dennis Peterson
E-MAIL: dennis.peterson@minnetonkaschools.org
PHONE NUMBER: (952) 401-5000
5621 County Rd 101
Minnetonka, MN  55345

Minnewaska School District
SUPERINTENDENT: Chip Rankin
E-MAIL: crankin@isd2149.org
PHONE NUMBER: (320) 239-4820
25122 State Hwy 28
Glenwood, MN  56334

Mn River Valley Education District
SUPERINTENDENT: Karen Jacobson
E-MAIL: kjacobson@mrved.net
PHONE NUMBER: (320) 269-9297
1315 E Black Oak Ave
Montevideo, MN  56265

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Mn Valley Education District
SUPERINTENDENT: Jeff Olson
E-MAIL: jolson@mnved.org
PHONE NUMBER: (507) 934-5420
801 Davis St
Saint Peter, MN  56082

Montevideo Public School District
SUPERINTENDENT: Luther Heller
E-MAIL: lheller@montevideoschools.org
PHONE NUMBER: (320) 269-8833
2001 William Ave
Montevideo, MN  56265

Monticello Public School District
SUPERINTENDENT: Eric Olson
E-MAIL: eric.olson@monticello.k12.mn.us
PHONE NUMBER: (763) 272-2000
302 Washington St
Monticello, MN  55362

Moorhead Public School District
SUPERINTENDENT: Brandon Lunak
E-MAIL: blunak@moorheadschools.org
PHONE NUMBER: (218) 284-3300
2410 14Th St S
Moorhead, MN  56560

Moose Lake Public School District
SUPERINTENDENT: Robert Indihar
E-MAIL: bob.indihar@isd97.org
PHONE NUMBER: (218) 485-4435
413 Birch Ave
Moose Lake, MN  55767

Mora Public School District
SUPERINTENDENT: Craig Schultz
E-MAIL: cschultz@moraschools.org
PHONE NUMBER: (320) 679-6200
400 Maple Ave E
Mora, MN  55051

Morris Area Public Schools
SUPERINTENDENT: Troy Ferguson
E-MAIL: tferguson@morris.k12.mn.us
PHONE NUMBER: (320) 589-4840
201 S Columbia Ave
Morris, MN  56267

Mounds View Public School District
SUPERINTENDENT: Chris Lennox
E-MAIL: chris.lennox@moundsviewschools.org
PHONE NUMBER: (651) 621-6001
350 Hwy 96 W
Shoreview, MN  55126

Mountain Iron-buhl School District
SUPERINTENDENT: Reggie Engebritson
E-MAIL: rengebritson@isd712.org
PHONE NUMBER: (218) 735-8271
5720 Marble Ave
Mountain Iron, MN  55768

Mountain Lake Public Schools
SUPERINTENDENT: Bill Strom
E-MAIL: bstrom@mountainlake.k12.mn.us
PHONE NUMBER: (507) 427-2325
450 12Th St
Mountain Lake, MN  56159

Murray County Central School Dist.
SUPERINTENDENT: Joe Meyer
E-MAIL: joe_meyer@mcc.mntm.org
PHONE NUMBER: (507) 836-6183
2420 28Th St
Slayton, MN  56172

N.w.suburban Integration District
SUPERINTENDENT: Melissa Jordan
E-MAIL: mjordan@nws.k12.mn.us
PHONE NUMBER: (763) 450-1300
9201 W. Broadway #690
Brooklyn Park, MN  55445

Nashwauk-keewatin School District
SUPERINTENDENT: Matt Grose
E-MAIL: mgrose@isd319.org
PHONE NUMBER: (218) 247-7306
400 2Nd Street
Nashwauk, MN  55769

Nay-ah-shing School
SUPERINTENDENT: Karrie Mccurdy
E-MAIL: karrie.mccurdy@millelacsband.com
PHONE NUMBER: (320) 532-4695
43651 Oodena Drive
Onamia, MN  56359

Nett Lake Public School District
SUPERINTENDENT: Peter Hardy
E-MAIL: phardy@isd707.org
PHONE NUMBER: (218) 757-3102
13090 Westley Dr
Nett Lake, MN  55772

Nevis Public School District
SUPERINTENDENT: Gregg Parks
E-MAIL: gparks@nevis.k12.mn.us
PHONE NUMBER: (218) 652-3500
210 Pleasant St
Nevis, MN  56467

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

New London-spicer School District
SUPERINTENDENT: William Adams
E-MAIL: adamsw@nls.k12.mn.us
PHONE NUMBER: (320) 354-9001
101 4Th Ave Sw
New London, MN  56273

New Prague Area Schools
SUPERINTENDENT: Tim Dittberner
E-MAIL: tdittber@isd721.org
PHONE NUMBER: (952) 758-1700
410 Central Ave N
New Prague, MN  56071

New Ulm Public School District
SUPERINTENDENT: Jeff Bertrang
E-MAIL: jbertrang@newulm.k12.mn.us
PHONE NUMBER: (507) 359-8401
15 N State St
New Ulm, MN  56073

New York Mills Public School Dist.
SUPERINTENDENT: Blaine Novak
E-MAIL: bnovak@nymills.k12.mn.us
PHONE NUMBER: (218) 385-2553
209 Hayes St
New York Mills, MN  56567

Nicollet Public School District
SUPERINTENDENT: Stephen Malone
E-MAIL: stephen.malone@isd507.k12.mn.us
PHONE NUMBER: (507) 232-3411
1 Pine St
Nicollet, MN  56074

Nobles County Intg Collaborative
SUPERINTENDENT: John Landgaard
E-MAIL: john.landgaard@isd518.net
PHONE NUMBER: (507) 372-2172
1117 Marine Ave
Worthington, MN  56187

Norman County East School District
SUPERINTENDENT: Rob Nudell
E-MAIL: robn@nce.k12.mn.us
PHONE NUMBER: (218) 584-5151
408 W Main Ave
Twin Valley, MN  56584

Norman County West School District
SUPERINTENDENT: James Hess
E-MAIL: jhess@ncw.k12.mn.us
PHONE NUMBER: (218) 861-5800
320 E Main St
Hendrum, MN  56550

North Branch Public Schools
SUPERINTENDENT: Sara Paul
E-MAIL: spaul@isd138.org
PHONE NUMBER: (651) 674-1000
38705 Grand Ave
North Branch, MN  55056

North St Paul-maplewood Oakdale Dis
SUPERINTENDENT: Christine Osorio
E-MAIL: cosorio@isd622.org
PHONE NUMBER: (651) 748-7410
2520 E 12Th Ave
Maplewood, MN  55109

Northeast Metro 916
SUPERINTENDENT: Connie Hayes
E-MAIL: chayes@916schools.org
PHONE NUMBER: (651) 415-5500
2540 E County Rd F
White Bear Lake, MN  55110

Northern Lights Academy Cooperative
SUPERINTENDENT: Dena Hagen
E-MAIL: dhagen@nlsec.org
PHONE NUMBER: (218)879-1283
302 14TH STREET
CLOQUET, MN  55720

Northfield Public School District
SUPERINTENDENT: Matt Hillmann
E-MAIL: mhillmann@northfieldschools.org
PHONE NUMBER: (507) 663-0629
1400 Division St S
Northfield, MN  55057

Northland Community Schools
SUPERINTENDENT: Pat Rendle
E-MAIL: prendle@isd118.org
PHONE NUMBER: (218) 566-2351
316 Main St E
Remer, MN  56672

Northland Learning Center
SUPERINTENDENT: Brian Yuretich
E-MAIL: byuretich@northlandsped.org
PHONE NUMBER: (218) 741-9201
1201 S 13Th Ave
Virginia, MN  55792

Nrheg School District
SUPERINTENDENT: Dale Carlson
E-MAIL: dcarlson@nrheg.k12.mn.us
PHONE NUMBER: (507) 465-3205
306 Ash Ave S
New Richland, MN  56072

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Nw Region Interdistrict Council
SUPERINTENDENT: Kyle Erickson
E-MAIL: kerickson@nwric.com
PHONE NUMBER: (218) 874-8215
201 W Minnesota Ave
Newfolden, MN  56738

Oak Land Vocational Cooperatve
SUPERINTENDENT: Nate Rudolph
E-MAIL: nrudolph@c-ischools.org
PHONE NUMBER: (763) 689-6215
625C Main St N
Cambridge, MN  55008

Ogilvie Public School District
SUPERINTENDENT: Kathy Belsheim
E-MAIL: kbelsheim@ogilvie.k12.mn.us
PHONE NUMBER: (320) 272-5075
333 School Dr
Ogilvie, MN  56358

Onamia Public School District
SUPERINTENDENT: Jason Vold
E-MAIL: jvold@onamia.k12.mn.us
PHONE NUMBER: (320) 532-4174
35465 125Th Ave
Onamia, MN  56359

Orono Public School District
SUPERINTENDENT: Karen Orcutt
E-MAIL: korcutt@orono.k12.mn.us
PHONE NUMBER: (952) 449-8305
685 Old Crystal Bay Rd N
Long Lake, MN  55356

Ortonville Public Schools
SUPERINTENDENT: Jeffrey Taylor
E-MAIL: jeff.taylor@ortonville.k12.mn.us
PHONE NUMBER: (320) 839-6181
200 Trojan Dr
Ortonville, MN  56278

Osakis Public School District
SUPERINTENDENT: Randy Bergquist
E-MAIL: rbergquist@osakis.k12.mn.us
PHONE NUMBER: (320) 859-2191
500 1St Ave E
Osakis, MN  56360

Osseo Public School District
SUPERINTENDENT: Cory Mcintyre
E-MAIL: mcintyrec@district279.org
PHONE NUMBER: (763) 391-7000
11200 93Rd Ave N
Maple Grove, MN  55369

Owatonna Public School District
SUPERINTENDENT: Jeff Elstad
E-MAIL: jelstad@isd761.org
PHONE NUMBER: (507) 444-8610
515 W Bridge St
Owatonna, MN  55060

Park Rapids Public School District
SUPERINTENDENT: Lance Bagstad
E-MAIL: lbagstad@parkrapids.k12.mn.us
PHONE NUMBER: (218) 237-6500
301 Huntsinger Ave
Park Rapids, MN  56470

Parkers Prairie Public School Dist.
SUPERINTENDENT: Dean Yocum
E-MAIL: dyocum@pp.k12.mn.us
PHONE NUMBER: (218) 338-6011
411 S Otter Ave
Parkers Prairie, MN  56361

Paul Bunyan Education Cooperative
SUPERINTENDENT: Jennifer Johnson
E-MAIL: jennifer.johnson@isd181.org
PHONE NUMBER: (218) 454-5500
Washington Educational Service
Brainerd, MN  56401

Paynesville Public School District
SUPERINTENDENT: Matt Bullard
E-MAIL: mbullard@isd741.org
PHONE NUMBER: (320) 243-3410
217 W Mill St
Paynesville, MN  56362

Pelican Rapids Public School Dist.
SUPERINTENDENT: Jerry Ness
E-MAIL: jness@pelicanrapids.k12.mn.us
PHONE NUMBER: (218) 863-5910
310 S Broadway
Pelican Rapids, MN  56572

Pequot Lakes Public Schools
SUPERINTENDENT: Chris Lindholm
E-MAIL: clindholm@isd186.org
PHONE NUMBER: (218) 568-4996
30805 Olson St
Pequot Lakes, MN  56472

Perham-dent Public School District
SUPERINTENDENT: Mitch Anderson
E-MAIL: manderson@perham.k12.mn.us
PHONE NUMBER: (218) 346-4501
200 5Th St Se
Perham, MN  56573

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Perpich Center For Arts Education
SUPERINTENDENT: Charles Rick
E-MAIL: charles.rick@pcae.k12.mn.us
PHONE NUMBER: (763) 279-4160
6125 Olson Memorial Hwy
Minneapolis, MN  55422

Pierz Public School District
SUPERINTENDENT: George Weber
E-MAIL: gweber@pierz.k12.mn.us
PHONE NUMBER: (320) 468-6458
112 Kamnic St
Pierz, MN  56364

Pillager Public School District
SUPERINTENDENT: Michael Malmberg
E-MAIL: mmalmberg@isd116.org
PHONE NUMBER: (218) 746-3772
323 E 2Nd St S
Pillager, MN  56473

Pine City Public School District
SUPERINTENDENT: Curt Tryggestad
E-MAIL: ctryggestad@isd578.org
PHONE NUMBER: (320) 629-4011
1400 Main St S
Pine City, MN  55063

Pine Island Public School Dist.
SUPERINTENDENT: Tamara Champa
E-MAIL: tammy.champa@pineisland.k12.mn.us
PHONE NUMBER: (507) 356-4849
223 1St Ave Se
Pine Island, MN  55963

Pine Point Public School District
SUPERINTENDENT: Christopher Schulz
E-MAIL: cschulz@pinepointk8.org
PHONE NUMBER: (218) 573-4102
48075 Pow Wow Hwy
Ponsford, MN  56575

Pine River-backus School District
SUPERINTENDENT: Jonathan Clark
E-MAIL: jclark@prbschools.org
PHONE NUMBER: (218) 587-4720
401 Murray Ave
Pine River, MN  56474

Pipestone Area School District
SUPERINTENDENT: Kevin Enerson
E-MAIL: kevin.enerson@pas.k12.mn.us
PHONE NUMBER: (507) 825-5861
1401 Sw 7Th St
Pipestone, MN  56164

Plainview-elgin-millville
SUPERINTENDENT: Bill Ihrke
E-MAIL: bihrke@isd2899.k12.mn.us
PHONE NUMBER: (507) 534-3651
500 West Broadway
Plainview, MN  55964

Princeton Public School District
SUPERINTENDENT: Ben Barton
E-MAIL: ben.barton@isd477.org
PHONE NUMBER: (763) 389-2422
706 1St St
Princeton, MN  55371

Prior Lake-savage Area Schools
SUPERINTENDENT: Teri Staloch
E-MAIL: tstaloch@priorlake-savage.k12.mn.us
PHONE NUMBER: (952) 226-0000
4540 Tower St
Prior Lake, MN  55372

Proctor Public School District
SUPERINTENDENT: John Engelking
E-MAIL: jengelki@proctor.k12.mn.us
PHONE NUMBER: (218) 628-4934
131 9Th Ave
Proctor, MN  55810

Randolph Public School District
SUPERINTENDENT: Mike Kelley
E-MAIL: kelleym@district195.org
PHONE NUMBER: (507) 263-2151
29110 Davisson Ave
Randolph, MN  55065

Red Lake County Central Public Sch
SUPERINTENDENT: James Guetter
E-MAIL: rlccandrlfsupt@gvtel.com
PHONE NUMBER: (218) 796-5136
201 Governor St
Oklee, MN  56742

Red Lake Falls Public School Dist.
SUPERINTENDENT: James Guetter
E-MAIL: rlccandrlfsupt@gvtel.com
PHONE NUMBER: (218) 253-2139
404 Champagne Ave
Red Lake Falls, MN  56750

Red Lake Public School District
SUPERINTENDENT: Melinda Crowley
E-MAIL: mcrowley@redlake.k12.mn.us
PHONE NUMBER: (218) 679-3353
23990 Hwy 1 E
Red Lake, MN  56671

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Red Rock Central School District
SUPERINTENDENT: Todd Lee
E-MAIL: toddlee@rrcfalcons.org
PHONE NUMBER: (507) 752-7361
100 6Th Ave E
Lamberton, MN  56152

Red Wing Public School District
SUPERINTENDENT: Karsten Anderson
E-MAIL: klanderson@rwps.org
PHONE NUMBER: (651) 385-4500
2451 Eagle Ridge Dr
Red Wing, MN  55066

Redwood Area School District
SUPERINTENDENT: Becky Cselovszki
E-MAIL: bcselovszki@redwoodareaschools.com
PHONE NUMBER: (507) 644-8064
100 George Ramseth Dr
Redwood Falls, MN  56283

Redwood Area Telecom Cooperative
SUPERINTENDENT: Becky Cselovszki
E-MAIL: bcselovszki@redwoodareaschools.com
PHONE NUMBER: (320) 905-0575
100 George Ramseth Dr
Redwood Falls, MN  56283

Region 1 And 2-northwest Svc. Coop
SUPERINTENDENT: Bruce Jensen
E-MAIL: bjensen@nw-service.k12.mn.us
PHONE NUMBER: (218) 681-0900
114 West 1St St
Thief River Falls, MN  56701

Region 10-southeast Service Coop
SUPERINTENDENT: Steve Sallee
E-MAIL: ssallee@ssc.coop
PHONE NUMBER: (507) 281-6673
210 Woodlake Dr Se
Rochester, MN  55904

Region 11-metro Educ. Service Unit
SUPERINTENDENT: Julie Frame
E-MAIL: julie.frame@metroecsu.org
PHONE NUMBER: (612) 638-1508
4001 Stinson Blvd Ste 210
Minneapolis, MN  55421

Region 3 - Northeast Service Coop
SUPERINTENDENT: Paul Brinkman
E-MAIL: paulb@nesc.k12.mn.us
PHONE NUMBER: (218) 748-7603
5525 Emerald Ave
Mountain Iron, MN  55768

Region 4-lakes Country Service Coop
SUPERINTENDENT: Jeremy Kovash
E-MAIL: jkovash@lcsc.org
PHONE NUMBER: (218) 739-3273
1001 E Mount Faith
Fergus Falls, MN  56537

Region 7-resource Trng And Solution
SUPERINTENDENT: Mark Schmitz
E-MAIL: mschmitz@resourcecoop-mn.gov
PHONE NUMBER: (320) 255-3236
137 23Rd Street South
Sartell, MN  56377

Region 9-south Central Service Coop
SUPERINTENDENT: Les Martisko
E-MAIL: cehlers@mnscsc.org
PHONE NUMBER: (507) 389-1425
2075 Lookout Dr
North Mankato, MN  56003

Regn 6 And 8-sw/wc Srv Cooperative
SUPERINTENDENT: Cliff Carmody
E-MAIL: cliff.carmody@swsc.org
PHONE NUMBER: (507) 537-2240
1420 E College Dr
Marshall, MN  56258

Renville County West School Dist.
SUPERINTENDENT: Doug Froke
E-MAIL: dfroke@rcw.k12.mn.us
PHONE NUMBER: (320) 329-8362
301 Ne 3Rd St
Renville, MN  56284

Richfield Public School District
SUPERINTENDENT: Steven Unowsky
E-MAIL: steven.unowsky@rpsmn.org
PHONE NUMBER: (612) 798-6010
7001 Harriet Ave S
Richfield, MN  55423

River Bend Education District
SUPERINTENDENT: Doug Hazen
E-MAIL: dhazen@riverbend.k12.mn.us
PHONE NUMBER: (507) 359-8700
1315 S Broadway
New Ulm, MN  56073

Robbinsdale Public School District
SUPERINTENDENT: Carlton Jenkins
E-MAIL: carlton_jenkins@rdale.org
PHONE NUMBER: (763) 504-8000
4148 Winnetka Ave N
New Hope, MN  55427

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Rochester Public School District
SUPERINTENDENT: Michael Munoz
E-MAIL: mimunoz@rochester.k12.mn.us
PHONE NUMBER: (507) 328-3000
615 7Th St Sw
Rochester, MN 55902

Rockford Public School District
SUPERINTENDENT: Rhonda Dean
E-MAIL: deanr@rockford.k12.mn.us
PHONE NUMBER: (763) 477-9165
6051 Ash St
Rockford, MN 55373

Rocori Public School District
SUPERINTENDENT: Brad Kelvington
E-MAIL: kelvingtonb@rocori.k12.mn.us
PHONE NUMBER: (320) 685-4901
534 N 5Th Ave
Cold Spring, MN 56320

Roseau Public School District
SUPERINTENDENT: Tom Jerome
E-MAIL: tom_jerome@roseauschool.org
PHONE NUMBER: (218) 463-1471
509 3Rd St Ne
Roseau, MN 56751

Rosemount-apple Valley-eagan
SUPERINTENDENT: Mary Kreger
E-MAIL: supt@district196.org
PHONE NUMBER: (651) 423-7700
3455 153Rd St West
Rosemount, MN 55068

Roseville Public School District
SUPERINTENDENT: Aldo Sicoli
E-MAIL: aldo.sicoli@isd623.org
PHONE NUMBER: (651) 635-1600
1251 W County Rd B2
Roseville, MN 55113

Rothsay Public School District
SUPERINTENDENT: Wade Johnson
E-MAIL: wjohnson@rothsay.k12.mn.us
PHONE NUMBER: (218) 867-2116
2040 Co Rd 52
Rothsay, MN 56579

Round Lake-brewster Public Schools
SUPERINTENDENT: Raymond Hassing
E-MAIL: r.hassing@rlb.mntm.org
PHONE NUMBER: (507) 842-5951
915 4Th Ave
Brewster, MN 56119

Royalton Public School District
SUPERINTENDENT: John Phelps
E-MAIL: superintendent@isd485.org
PHONE NUMBER: (320) 584-5531
120 S Hawthorn St
Royalton, MN 56373

Rtr Public Schools
SUPERINTENDENT: David Marlette
E-MAIL: david.marlette@rtrschools.org
PHONE NUMBER: (507) 247-5913
100 Strong St
Tyler, MN 56178

Rum River Special Education Coop
SUPERINTENDENT: Tanya Tacker
E-MAIL: ttacker@rrsec.org
PHONE NUMBER: (763) 552-7733
140 N Buchanan St. Ste 150
Cambridge, MN 55008

Runestone Area Ed. District
SUPERINTENDENT: Carla Ptacek
E-MAIL: cptacek@alexandria.k12.mn.us
PHONE NUMBER: (320) 763-5559
700 Northside Dr Ne
Alexandria, MN 56308

Rush City Public School District
SUPERINTENDENT: Brent Stavig
E-MAIL: bstavig@rushcity.k12.mn.us
PHONE NUMBER: (320) 358-4855
51001 Fairfield Ave
Rush City, MN 55069

Rushford-peterson Public Schools
SUPERINTENDENT: Jon Thompson
E-MAIL: jonthompson@r-pschools.com
PHONE NUMBER: (507) 864-7785
102 N Mill Street
Rushford, MN 55971

Sartell-st. Stephen School District
SUPERINTENDENT: Jeff Schwiebert
E-MAIL: jeff.schwiebert@sartell.k12.mn.us
PHONE NUMBER: (320) 656-3715
212 3Rd Ave N
Sartell, MN 56377

Sauk Centre Public School District
SUPERINTENDENT: Patrick Westby
E-MAIL: patrick.westby@isd743.org
PHONE NUMBER: (320) 352-2258
903 State Rd
Sauk Centre, MN 56378

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Sauk Rapids-rice Public Schools
SUPERINTENDENT: Aaron Sinclair
E-MAIL: aaron.sinclair@isd47.org
PHONE NUMBER: (320) 253-4703
1833 Osauka Rd Ne
Sauk Rapids, MN  56379

Sebeka Public School District
SUPERINTENDENT: David Fjeldheim
E-MAIL: dfjeldheim@sebeka.k12.mn.us
PHONE NUMBER: (218) 837-5101
200 1St St Nw
Sebeka, MN  56477

Shakopee Public School District
SUPERINTENDENT: Mike Redmond
E-MAIL: mredmond@shakopee.k12.mn.us
PHONE NUMBER: (952) 496-5000
1200 Town Square Mall
Shakopee, MN  55379

Sherburne And Northern Wright Speci
SUPERINTENDENT: Heidi Nistler
E-MAIL: heidi.nistler@monticello.k12.mn.us
PHONE NUMBER: (763)272-2050
302 WASHINGTON STREET
MONTICELLO, MN  55362

Sibley East School District
SUPERINTENDENT: Jim Amsden
E-MAIL: jim.amsden@sibleyeast.org
PHONE NUMBER: (507) 964-2292
202 3Rd Ave Nw
Arlington, MN  55307

Sleepy Eye Public School District
SUPERINTENDENT: John Cselovszki
E-MAIL: john.cselovszki@sleepyeye.mntm.org
PHONE NUMBER: (507) 794-7903
400 4Th Ave Sw
Sleepy Eye, MN  56085

Socrates
SUPERINTENDENT: Glenn Morris
E-MAIL: gmorris@mnscsc.org
PHONE NUMBER: (507) 389-5106
2075 Lookout Dr
North Mankato, MN  56003

Sourcewell
SUPERINTENDENT: Chad Coauette
E-MAIL: chad.coauette@sourcewell-mn.gov
PHONE NUMBER: (218) 894-1930
202 12Th St Ne
Staples, MN  56479

South Koochiching School District
SUPERINTENDENT: Steve Cairns
E-MAIL: steve.cairns@isd363.org
PHONE NUMBER: (218) 897-5275
11731 Hwy 1
Northome, MN  56661

South St. Paul Public School Dist.
SUPERINTENDENT: Dave Webb
E-MAIL: dave.webb@sspps.org
PHONE NUMBER: (651) 457-9400
104 5Th Ave S
South Saint Paul, MN  55075

South Washington County School Dist
SUPERINTENDENT: Keith Jacobus
E-MAIL: kjacobus@sowashco.org
PHONE NUMBER: (651) 458-6201
7362 E Point Douglas Rd S
Cottage Grove, MN  55016

Southern Mn Education Consortium
SUPERINTENDENT: Dan Armagost
E-MAIL: darmagost@smec.k12.mn.us
PHONE NUMBER: (507) 438-5397
710 4Th Ave Ne
Grand Meadow, MN  55936

Southern Plains Education Coop.
SUPERINTENDENT: Sarah Mittelstadt
E-MAIL:
sarah.mittelstadt@southernplainsedcoop.org
PHONE NUMBER: (507) 238-1472
201 E 3Rd St
Fairmont, MN  56031

Southland Public School District
SUPERINTENDENT: Jeff Sampson
E-MAIL: jsampson@isd500.k12.mn.us
PHONE NUMBER: (507) 582-3283
203 2Nd St Nw
Adams, MN  55909

Southwest Metro Educational Coop
SUPERINTENDENT: Darren Kermes
E-MAIL: dkermes@swmetro.k12.mn.us
PHONE NUMBER: (952) 567-8102
792 Canterbury Rd S Ste 211
Shakopee, MN  55379

Southwest Metro Intermediate 288
SUPERINTENDENT: Darren Kermes
E-MAIL: dkermes@swmetro.k12.mn.us
PHONE NUMBER: (952)567-8102
792 CANTERBURY ROAD S STE 211
SHAKOPEE, MN  55379

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Spring Grove School District
SUPERINTENDENT: Rachel Udstuen
E-MAIL: rachel.udstuen@springgrove.k12.mn.us
PHONE NUMBER: (507) 498-3221
113 2Nd Ave Nw
Spring Grove, MN  55974

Spring Lake Park Public Schools
SUPERINTENDENT: Jeff Ronneberg
E-MAIL: jronne@district16.org
PHONE NUMBER: (763) 600-5000
1415 81St Ave Ne
Spring Lake Park, MN  55432

Springfield Public School District
SUPERINTENDENT: Keith Kottke
E-MAIL: keith.kottke@springfield.mntm.org
PHONE NUMBER: (507) 723-4283
12 S Burns
Springfield, MN  56087

St. Anthony-new Brighton Schools
SUPERINTENDENT: Renee Corneille
E-MAIL: rcorneille@stanthony.k12.mn.us
PHONE NUMBER: (612) 706-1000
3303 33Rd Ave Ne
Saint Anthony, MN  55418

St. Charles Public School District
SUPERINTENDENT: Jeff Apse
E-MAIL: japse@schs.k12.mn.us
PHONE NUMBER: (507) 932-4420
600 E 6Th St
Saint Charles, MN  55972

St. Clair Public School District
SUPERINTENDENT: Tim Collins
E-MAIL: tcollins@stclaircyclones.org
PHONE NUMBER: (507) 245-3501
121 W Main St
Saint Clair, MN  56080

St. Cloud Public School District
SUPERINTENDENT: Willie Jett
E-MAIL: willie.jett@isd742.org
PHONE NUMBER: (320) 253-9333
1000 44Th Ave N, Ste 100
Saint Cloud, MN  56303

St. Croix River Education District
SUPERINTENDENT: Jamie Nord
E-MAIL: jnord@scred.k12.mn.us
PHONE NUMBER: (320) 358-3616
425 S Dana Ave
Rush City, MN  55069

St. Francis Public School District
SUPERINTENDENT: Beth Giese
E-MAIL: beth.giese@isd15.org
PHONE NUMBER: (763) 753-7059
4115 Ambassador Blvd
Saint Francis, MN  55070

St. James Public School District
SUPERINTENDENT: Steven Heil
E-MAIL: sheil@stjames.k12.mn.us
PHONE NUMBER: (507) 375-5974
500 3Rd Ave S
Saint James, MN  56081

St. Louis County School District
SUPERINTENDENT: Reggie Engebritson
E-MAIL: rengebritson@isd2142.k12.mn.us
PHONE NUMBER: (218) 749-8130
1701 N 9Th Ave
Virginia, MN  55792

St. Louis Park Public School Dist.
SUPERINTENDENT: Astein Osei
E-MAIL: osei.astein@slpschools.org
PHONE NUMBER: (952) 928-6000
6425 W 33Rd St
Saint Louis Park, MN  55426

St. Michael-albertville School Dist
SUPERINTENDENT: Ann-Marie Foucault
E-MAIL: annmarief@mystma.org
PHONE NUMBER: (763) 497-3180
11343 50Th St Ne
Albertville, MN  55301

St. Paul Public School District
SUPERINTENDENT: Joe Gothard
E-MAIL: joe.gothard@spps.org
PHONE NUMBER: (651) 767-8100
360 Colborne St
Saint Paul, MN  55102

St. Peter Public School District
SUPERINTENDENT: Bill Gronseth
E-MAIL: bgronseth@stpeterschools.org
PHONE NUMBER: (507) 934-5703
100 Lincoln Drive Ste 229
Saint Peter, MN  56082

Staples-motley School District
SUPERINTENDENT: Shane Tappe
E-MAIL: shane.tappe@isd2170.k12.mn.us
PHONE NUMBER: (218) 894-5400
202 Pleasant Ave Ne
Staples, MN  56479

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Stephen-argyle Central Schools
SUPERINTENDENT: Christopher Mills
E-MAIL: cmills@sac.k12.mn.us
PHONE NUMBER: (218) 478-3315
500 School St
Stephen, MN  56757

Stewartville Public School District
SUPERINTENDENT: Belinda Selfors
E-MAIL: belinda.selfors@ssdtigers.org
PHONE NUMBER: (507) 533-1438
301 2nd Street Sw
Stewartville, MN  55976

Stillwater Area Public School Dist.
SUPERINTENDENT: Malinda Lansfeldt
E-MAIL: lansfeldtm@stillwaterschools.org
PHONE NUMBER: (651) 351-8301
1875 Greeley St S
Stillwater, MN  55082

Swanville Public School District
SUPERINTENDENT: Gene Harthan
E-MAIL: gharthan@swanville.k12.mn.us
PHONE NUMBER: (320) 547-5100
602 Degraf St
Swanville, MN  56382

Thief River Falls School District
SUPERINTENDENT: Donita Stepan
E-MAIL: donita.stepan@myprowler.org
PHONE NUMBER: (218) 681-8711
230 S Labree Ave
Thief River Falls, MN  56701

Tracy Area Public School District
SUPERINTENDENT: Chad Anderson
E-MAIL: andersonc@tracy.k12.mn.us
PHONE NUMBER: (507) 629-5500
934 Pine St
Tracy, MN  56175

Tri-city United School District
SUPERINTENDENT: Lonnie Seifert
E-MAIL: lseifert@tcu2905.us
PHONE NUMBER: (507) 364-8100
101 2Nd St Ne
Montgomery, MN  56069

Tri-county School District
SUPERINTENDENT: Ryan Baron
E-MAIL: barrya@tricounty.k12.mn.us
PHONE NUMBER: (218) 436-2261
303 Pembina Tr
Karlstad, MN  56732

Triton School District
SUPERINTENDENT: Craig Schlichting
E-MAIL: schlich@triton.k12.mn.us
PHONE NUMBER: (507) 374-2192
813 W Hwy St
Dodge Center, MN  55927

Truman Public School District
SUPERINTENDENT: Lisa Shellum
E-MAIL: shellum1@truman.k12.mn.us
PHONE NUMBER: (507) 776-2111
401 E 1St St S
Truman, MN  56088

Ulen-hitterdal Public School Dist
SUPERINTENDENT: Todd Cameron
E-MAIL: tcameron@ulenhitterdal.k12.mn.us
PHONE NUMBER: (218) 596-8853
27 Nw 2Nd St
Ulen, MN  56585

Underwood Public School District
SUPERINTENDENT: Dave Kuehn
E-MAIL: dkuehn@underwood.k12.mn.us
PHONE NUMBER: (218) 826-6101
100 Southern Ave E
Underwood, MN  56586

United South Central School Dist.
SUPERINTENDENT: Keith Fleming
E-MAIL: kfleming@unitedsouthcentral.org
PHONE NUMBER: (507) 553-3134
600 11Th St. Sw
Wells, MN  56097

Upsala Public School District
SUPERINTENDENT: Vern Capelle
E-MAIL: vcapelle@upsala.k12.mn.us
PHONE NUMBER: (320) 573-2174
415 S Main St
Upsala, MN  56384

Valley Crossing Community School
SUPERINTENDENT: Connha Classon
E-MAIL: cclasson@sowashco.org
PHONE NUMBER: (651) 425-7500
9900 Park Crossing
Woodbury, MN  55125

Verndale Public School District
SUPERINTENDENT: Paul Brownlow
E-MAIL: pbrownlow@vps.verndale.k12.mn.us
PHONE NUMBER: (218) 445-5184
411 Sw Brown St
Verndale, MN  56481

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Virginia Public School District
SUPERINTENDENT: Noel Schmidt
E-MAIL: nschmidt@vmps.org
PHONE NUMBER: (218) 742-3901
411 5Th Ave S
Virginia, MN  55792

Wabasha-kellogg Public School Dist.
SUPERINTENDENT: James Freihammer
E-MAIL: jfreihammer@wkfalcons.org
PHONE NUMBER: (651) 565-3559
2113 Hiawatha Dr E
Wabasha, MN  55981

Wabasso Public School District
SUPERINTENDENT: Wade McKittrick
E-MAIL: wade.mckittrick@isd640.org
PHONE NUMBER: (507) 342-5114
1333 May St
Wabasso, MN  56293

Waconia Public School District
SUPERINTENDENT: Pat Devine
E-MAIL: pdevine@isd110.org
PHONE NUMBER: (952) 442-0600
512 Industrial Blvd
Waconia, MN  55387

Wadena-deer Creek School District
SUPERINTENDENT: Lee Westrum
E-MAIL: lwestrum@wdc2155.k12.mn.us
PHONE NUMBER: (218) 632-2155
600 Colfax Ave Sw
Wadena, MN  56482

Walker-hackensack-akeley Schl. Dist
SUPERINTENDENT: Eric Pingrey
E-MAIL: ericpingrey@whaschools.org
PHONE NUMBER: (218) 547-1311
301 4Th St
Walker, MN  56484

Warren-alvarado-oslo School Dist.
SUPERINTENDENT: Lon Jorgensen
E-MAIL: ljorgensen@wao.k12.mn.us
PHONE NUMBER: (218) 745-5393
224 E Bridge Ave
Warren, MN  56762

Warroad Public School District
SUPERINTENDENT: Shawn Yates
E-MAIL: shawn_yates@warroad.k12.mn.us
PHONE NUMBER: (218) 386-1472
510 Cedar Ave
Warroad, MN  56763

Waseca Public School District
SUPERINTENDENT: Tom Lee
E-MAIL: leet@waseca.k12.mn.us
PHONE NUMBER: (507) 835-2500
501 Elm Ave E
Waseca, MN  56093

Wasioja Ed. Technology Coop.
SUPERINTENDENT: Michael Harvey
E-MAIL: mikeh@zmsch.k12.mn.us
PHONE NUMBER: (507) 732-7395
705 Mill St
Zumbrota, MN  55992

Watertown-mayer Public School Dist.
SUPERINTENDENT: Ron Wilke
E-MAIL: ron.wilke@wm.k12.mn.us
PHONE NUMBER: (952) 955-0480
1001 Hwy 25 Nw
Watertown, MN  55388

Waterville-elysian-morristown
SUPERINTENDENT: Joel Whitehurst
E-MAIL: jwhitehurst@wem.k12.mn.us
PHONE NUMBER: (507) 362-4432
500 E Paquin St
Waterville, MN  56096

Waubun-ogema-white Earth Public Sch
SUPERINTENDENT: Lisa Weber
E-MAIL: lisaw@waubun.k12.mn.us
PHONE NUMBER: (218) 473-6171
1013 3Rd St
Waubun, MN  56589

Wayzata Public School District
SUPERINTENDENT: Chace Anderson
E-MAIL: chace.anderson@wayzataschools.org
PHONE NUMBER: (763) 745-5000
210 County Road 101 N
Wayzata, MN  55391

West Central Area
SUPERINTENDENT: Dale Hogie
E-MAIL: dhogie@isd2342.org
PHONE NUMBER: (320) 528-7300
301 County Rd 2
Barrett, MN  56311

West Central Education District
SUPERINTENDENT: Laurie Fevig
E-MAIL: lfevig@wced6026.com
PHONE NUMBER: (320) 352-2284
903 State Rd S
Sauk Centre, MN  56378

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

West Metro Schools Network (wmsn)
SUPERINTENDENT: Crystal Schuman
E-MAIL: crystal@wmscu.org
PHONE NUMBER: (952)848-4849
5701 NORMANDALE ROAD
EDINA, MN  55424

West St. Paul-mendota Hts.-eagan
SUPERINTENDENT: Peter Skog
E-MAIL: peter.olsonskog@isd197.org
PHONE NUMBER: (651) 403-7002
1897 Delaware Ave
Mendota Heights, MN  55118

Westbrook-walnut Grove Schools
SUPERINTENDENT: Loy Woelber
E-MAIL: lwoelber@wwgschools.org
PHONE NUMBER: (507) 274-5450
344 8Th St
Westbrook, MN  56183

Westonka Public School District
SUPERINTENDENT: Kevin Borg
E-MAIL: borgk@westonka.k12.mn.us
PHONE NUMBER: (952) 491-8001
5901 Sunnyfield Rd E
Minnetrista, MN  55364

Wheaton Area Public School District
SUPERINTENDENT: Daniel Posthumus
E-MAIL: dposthumus@wheaton.k12.mn.us
PHONE NUMBER: (320) 563-8282
1700 3Rd Ave S
Wheaton, MN  56296

White Bear Lake School District
SUPERINTENDENT: Wayne Kazmierczak
E-MAIL: wayne.kazmierczak@isd624.org
PHONE NUMBER: (651) 407-7500
4855 Bloom Ave Ste 300
White Bear Lake, MN  55110

Willmar Public School District
SUPERINTENDENT: Jeff Holm
E-MAIL: holmj@willmar.k12.mn.us
PHONE NUMBER: (320) 231-8500
611 5Th St Sw
Willmar, MN  56201

Willow River Public School District
SUPERINTENDENT: Bill Peel
E-MAIL: bpeel@isd577.org
PHONE NUMBER: (218) 372-3131
8142 Pine St
Willow River, MN  55795

Windom Public School District
SUPERINTENDENT: Wayne Wormstadt
E-MAIL: wwormstadt@isd177.com
PHONE NUMBER: (507) 831-6910
1400 17Th St
Windom, MN  56101

Win-e-mac School District
SUPERINTENDENT: Randy Bruer
E-MAIL: rbruer@wemschools.org
PHONE NUMBER: (218) 563-2900
23130 345 St Se
Erskine, MN  56535

Winona Area Public School District
SUPERINTENDENT: Annette Freiheit
E-MAIL: annette.freiheit@winona.k12.mn.us
PHONE NUMBER: (507) 494-0861
903 Gilmore Ave
Winona, MN  55987

Worthington Public School District
SUPERINTENDENT: John Landgaard
E-MAIL: john.landgaard@isd518.net
PHONE NUMBER: (507) 372-2172
1117 Marine Ave
Worthington, MN  56187

Wrenshall Public School District
SUPERINTENDENT: Kim Belcastro
E-MAIL: kbelcastro@isd100.org
PHONE NUMBER: (218) 384-4274
207 Pioneer Dr
Wrenshall, MN  55797

Wright Technical Center
SUPERINTENDENT: Brian Koslofsky
E-MAIL: Brian.Koslofsky@wrighttech.org
PHONE NUMBER: (763) 682-4112
1405 3Rd Ave Ne
Buffalo, MN  55313

Yellow Medicine East
SUPERINTENDENT: Rich Schneider
E-MAIL: rschneider@isd2190.org
PHONE NUMBER: (320) 564-4081
450 9Th Ave
Granite Falls, MN  56241

Zumbro Education District
SUPERINTENDENT: Patrick Gordon
E-MAIL: pgordon@zumbroed.org
PHONE NUMBER: (507) 775-2037
801 Frontage Rd Nw
Byron, MN  55920

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Zumbrota-mazeppa School District
SUPERINTENDENT: Michael Harvey
E-MAIL: mikeh@zmsch.k12.mn.us
PHONE NUMBER: (507) 732-1400
343 3Rd Ave Ne
Mazeppa, MN  55956

Adair Co. R-i
SUPERINTENDENT: Rick Roberts
E-MAIL: rroberts@novinger.k12.mo.us
PHONE NUMBER: (660) 488-6411
600 Rombauer Ave
Novinger, MO  63559

Adair Co. R-ii
SUPERINTENDENT: Shelly Shipman
E-MAIL: shelly_shipman@brashear.k12.mo.us
PHONE NUMBER: (660) 323-5272
205 W Dewey
Brashear, MO  63533

Adrian R-iii
SUPERINTENDENT: Don Lile
E-MAIL: don.lile@adrian.k12.mo.us
PHONE NUMBER: (816) 297-2710
601 N Houston
Adrian, MO  64720

Advance R-iv
SUPERINTENDENT: Shannon Garner
E-MAIL: sgarner@advance.k12.mo.us
PHONE NUMBER: (573) 722-3581
201 School St - Gym Entrance
Advance, MO  63730

Affton 101
SUPERINTENDENT: Travis Bracht
E-MAIL: tbracht@afftonschools.net
PHONE NUMBER: (314) 638-8770
8701 Mackenzie Rd
St Louis, MO  63123

Albany R-iii
SUPERINTENDENT: Dick Smith
E-MAIL: dsmith@albany.k12.mo.us
PHONE NUMBER: (660) 726-3911
101 W Jefferson St
Albany, MO  64402

Altenburg 48
SUPERINTENDENT: Debbie Haertling
E-MAIL: aps48@altenburgps.eduk12.net
PHONE NUMBER: (573) 824-5857
8432 Main St
Altenburg, MO  63732

Alton R-iv
SUPERINTENDENT: Eric Allen
E-MAIL: ericallen@alton.k12.mo.us
PHONE NUMBER: (417) 778-7216
School Street
Alton, MO  65606

Appleton City R-ii
SUPERINTENDENT: Joe Dunlap
E-MAIL: jdunlap@appletoncity.k12.mo.us
PHONE NUMBER: (660) 476-2161
408 W 4Th
Appleton City, MO  64724

Arcadia Valley R-ii
SUPERINTENDENT: Brian Beard
E-MAIL: bbeard@avr2.org
PHONE NUMBER: (573) 546-9700
750 Park Dr
Ironton, MO  63650

Archie R-v
SUPERINTENDENT: Jeff Kramer
E-MAIL: jkramer@archie.k12.mo.us
PHONE NUMBER: (816) 293-5312
302 W State Rte A
Archie, MO  64725

Ash Grove R-iv
SUPERINTENDENT: Aaron Gerla
E-MAIL: agerla@apps.ashgrove.k12.mo.us
PHONE NUMBER: (417) 751-2534
100 N Maple Ln
Ash Grove, MO  65604

Atlanta C-3
SUPERINTENDENT: Will Perkins
E-MAIL: wperkins@atlanta.k12.mo.us
PHONE NUMBER: (660) 239-4212
600 S Atterberry
Atlanta, MO  63530

Aurora R-viii
SUPERINTENDENT: Billy Redus
E-MAIL: bredus@aurorar8.org
PHONE NUMBER: (417) 678-3373
201 S. Madison
Aurora, MO  65605

Ava R-i
SUPERINTENDENT: Jason Dial
E-MAIL: jdial@avabears.net
PHONE NUMBER: (417) 683-4717
507 Ne 3Rd St
Ava, MO  65608

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Avenue City R-ix
SUPERINTENDENT: Don Lawrence
E-MAIL: dlawrence@avenuecityschool.org
PHONE NUMBER: (816) 662-2305
18069 Hwy 169
Cosby, MO  64436

Avilla R-xiii
SUPERINTENDENT: Russ Cruzan
E-MAIL: rcruzan@avillapanthers.org
PHONE NUMBER: (417) 246-5330
400 Sarcoxie St
Avilla, MO  64833

Bakersfield R-iv
SUPERINTENDENT: Amy Britt
E-MAIL: abritt@bakersfield.k12.mo.us
PHONE NUMBER: (417) 284-7333
357 State Highway O
Bakersfield, MO  65609

Ballard R-ii
SUPERINTENDENT: John Siebeneck
E-MAIL: jksballard@gmail.com
PHONE NUMBER: (816) 297-2656
10247 Ne State Route 18
Butler, MO  64730

Bayless
SUPERINTENDENT: Ronald Tucker
E-MAIL: rtucker@bayless.k12.mo.us
PHONE NUMBER: (314) 256-8601
4530 Weber Road
St Louis, MO  63123

Bell City R-ii
SUPERINTENDENT: Matt Asher
E-MAIL: masher@bellcity.k12.mo.us
PHONE NUMBER: (573) 733-4444
25254 Walnut St
Bell City, MO  63735

Belleview R-iii
SUPERINTENDENT: Judd Marquis
E-MAIL: jmarquis@belleviewbraves.org
PHONE NUMBER: (573) 697-5702
27431 Hwy 32
Belleview, MO  63623

Belton 124
SUPERINTENDENT: Andrew Underwood
E-MAIL: aunderwood@bsd124.org
PHONE NUMBER: (816) 489-7000
110 W Walnut
Belton, MO  64012

Bernie R-xiii
SUPERINTENDENT: Dustin Hicks
E-MAIL: hicksd@bernie.k12.mo.us
PHONE NUMBER: (573) 293-5333
516 W Main
Bernie, MO  63822

Bevier C-4
SUPERINTENDENT: Joan Patrick
E-MAIL: patrickj@bevier.k12.mo.us
PHONE NUMBER: (660) 773-6611
400 Bloomington St
Bevier, MO  63532

Billings R-iv
SUPERINTENDENT: Cynthia Brandt
E-MAIL: brandtc@billings.k12.mo.us
PHONE NUMBER: (417) 744-2623
118 W Mt Vernon
Billings, MO  65610

Bismarck R-v
SUPERINTENDENT: Jason King
E-MAIL: jking@bismarckr5.org
PHONE NUMBER: (573) 734-6111
165 Campus Drive
Bismarck, MO  63624

Blackwater R-ii
SUPERINTENDENT: Tanya Brown
E-MAIL: brownt@blackwater.k12.mo.us
PHONE NUMBER: (660) 846-2461
300 Doddridge
Blackwater, MO  65322

Blair Oaks R-ii
SUPERINTENDENT: James Jones
E-MAIL: jjones@blairoaks.k12.mo.us
PHONE NUMBER: (573) 636-2020
6124 Falcon Ln
Jefferson City, MO  65101

Bloomfield R-xiv
SUPERINTENDENT: Toni Hill
E-MAIL: thill@bps14.org
PHONE NUMBER: (573) 568-4564
505 Court St
Bloomfield, MO  63825

Blue Eye R-v
SUPERINTENDENT: Doug Arnold
E-MAIL: darnold@blueeye.k12.mo.us
PHONE NUMBER: (417) 779-5332
658 State Hwy Ee
Blue Eye, MO  65611

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Blue Springs R-iv
SUPERINTENDENT: Paul Kinder
E-MAIL: pkinder@bssd.net
PHONE NUMBER: (816) 224-1300
1801 Nw Vesper
Blue Springs, MO  64015

Bolivar R-i
SUPERINTENDENT: Tony Berry
E-MAIL: tberry@bolivarschools.org
PHONE NUMBER: (417) 326-5291
524 W Madison
Bolivar, MO  65613

Boncl R-x
SUPERINTENDENT: Cassie Spangler
E-MAIL: cspangler@bonclbluejays.com
PHONE NUMBER: (573) 754-5412
23526 Pike 9247
Louisiana, MO  63353

Boonville R-i
SUPERINTENDENT: Sarah Marriott
E-MAIL: sarah.marriott@boonville.k12.mo.us
PHONE NUMBER: (660) 882-7474
736 Main St
Boonville, MO  65233

Bosworth R-v
SUPERINTENDENT: Lachrissa Smith
E-MAIL: superintendent@bosworthr-v.k12.mo.us
PHONE NUMBER: (660) 534-7311
102 E Eldridge St
Bosworth, MO  64623

Bowling Green R-i
SUPERINTENDENT: Matthew Frederickson
E-MAIL: mfrederickson@bgschools.k12.mo.us
PHONE NUMBER: (573) 324-5441
700 W. Adams Street
Bowling Green, MO  63334

Bradleyville R-i
SUPERINTENDENT: Scott Ewing
E-MAIL: sewing@bradleyviller1.com
PHONE NUMBER: (417) 796-2288
16474 N State Hwy 125
Bradleyville, MO  65614

Branson R-iv
SUPERINTENDENT: Brad Swofford
E-MAIL: swofford@branson.k12.mo.us
PHONE NUMBER: (417) 334-6541
1756 Bee Creek Road
Branson, MO  65616

Braymer C-4
SUPERINTENDENT: Wade Schroeder
E-MAIL: wschroeder@braymerc4.net
PHONE NUMBER: (660) 645-2284
400 Bobcat Ave
Braymer, MO  64624

Breckenridge R-i
SUPERINTENDENT: Brent Skinner
E-MAIL: bskinner@breckenridger1.org
PHONE NUMBER: (660) 644-5715
400 W Colfax St
Breckenridge, MO  64625

Brentwood
SUPERINTENDENT: Brian Lane
E-MAIL: blane@brentwoodmoschools.org
PHONE NUMBER: (314) 962-4507
1201 Hanley Industrial Court
Brentwood, MO  63144

Bronaugh R-vii
SUPERINTENDENT: Jordan Dickey
E-MAIL: jdickey@bronaugh.k12.mo.us
PHONE NUMBER: (417) 922-3211
527 E 6Th St
Bronaugh, MO  64728

Brookfield R-iii
SUPERINTENDENT: Kyle Collins
E-MAIL: kcollins@brookfieldr3.org
PHONE NUMBER: (660) 258-7443
124A Pershing Rd
Brookfield, MO  64628

Brunswick R-ii
SUPERINTENDENT: Cara Engelbrecht
E-MAIL: cengelbrecht@brunswick.k12.mo.us
PHONE NUMBER: (660) 548-3550
1008 County Rd
Brunswick, MO  65236

Buchanan Co. R-iv
SUPERINTENDENT: Travis Dittemore
E-MAIL: travis.dittemore@bcr4.org
PHONE NUMBER: (816) 685-3160
702 Main St
Dekalb, MO  64440

Bucklin R-ii
SUPERINTENDENT: Brandee Brown
E-MAIL: bbrown@bucklin.k12.mo.us
PHONE NUMBER: (660) 695-3555
26832 Hwy 129
Bucklin, MO  64631

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Bunker R-iii
SUPERINTENDENT: Melissa Nash
E-MAIL: mnash@bunkerr3.k12.mo.us
PHONE NUMBER: (573) 689-2507
Hwy 72  Eagle Pride Drive
Bunker, MO  63629

Butler R-v
SUPERINTENDENT: Darin Carter
E-MAIL: darin.carter@butler.k12.mo.us
PHONE NUMBER: (660) 679-0653
420 S Fulton St
Butler, MO  64730

Cabool R-iv
SUPERINTENDENT: Karl Janson
E-MAIL: kjanson@cabool.k12.mo.us
PHONE NUMBER: (417) 962-3153
1025 Rogers Avenue
Cabool, MO  65689

Cainsville R-i
SUPERINTENDENT: Ryan Rosenbaum
E-MAIL: rosenbaum@cainsville.k12.mo.us
PHONE NUMBER: (660) 893-5213
1308 Depot St
Cainsville, MO  64632

Calhoun R-viii
SUPERINTENDENT: Shane Stocks
E-MAIL: sstocks@calhoun.k12.mo.us
PHONE NUMBER: (660) 694-3422
409 S College
Calhoun, MO  65323

Callao C-8
SUPERINTENDENT: Pamela Halstead
E-MAIL: phalstead@callaoc8.k12.mo.us
PHONE NUMBER: (660) 768-5541
403 Pine St
Callao, MO  63534

Camdenton R-iii
SUPERINTENDENT: Tim Hadfield
E-MAIL: thadfield@camdentonschools.org
PHONE NUMBER: (573) 346-9213
119 Service Rd
Camdenton, MO  65020

Cameron R-i
SUPERINTENDENT: Matt Robinson
E-MAIL: mattrobinson@cameronschools.org
PHONE NUMBER: (816) 632-2170
423 N Chestnut St
Cameron, MO  64429

Campbell R-ii
SUPERINTENDENT: Jay Thornton
E-MAIL: jay@campbell.k12.mo.us
PHONE NUMBER: (573) 246-2133
801 S State Rte 53
Campbell, MO  63933

Canton R-v
SUPERINTENDENT: Jesse Uhlmeyer
E-MAIL: juhlmeyer@canton.k12.mo.us
PHONE NUMBER: (573) 288-5216
200 S Fourth St
Canton, MO  63435

Cape Girardeau 63
SUPERINTENDENT: Neil Glass
E-MAIL: glassn@capetigers.com
PHONE NUMBER: (573) 335-1867
301 N Clark St
Cape Girardeau, MO  63701

Carl Junction R-i
SUPERINTENDENT: Phillip Cook
E-MAIL: pcook@cj.k12.mo.us
PHONE NUMBER: (417) 649-7026
206 S Roney
Carl Junction, MO  64834

Carrollton R-vii
SUPERINTENDENT: Danny Dewitt
E-MAIL: dewitt-danny@trojans.k12.mo.us
PHONE NUMBER: (660) 542-2769
103 East 9Th Street
Carrollton, MO  64633

Carthage R-ix
SUPERINTENDENT: Mark Baker
E-MAIL: bakerm@carthagetigers.org
PHONE NUMBER: (417) 359-7000
710 Lyon St
Carthage, MO  64836

Caruthersville 18
SUPERINTENDENT: Jimmie Bullington
E-MAIL: jjbullington@cps18.org
PHONE NUMBER: (573) 333-6100
1711 Ward Ave
Caruthersville, MO  63830

Cassville R-iv
SUPERINTENDENT: Richard Asbill
E-MAIL: rasbill@cassville.k12.mo.us
PHONE NUMBER: (417) 847-2221
1501 Main
Cassville, MO  65625

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Center 58
SUPERINTENDENT: Yolanda Cargile
E-MAIL: superintendent@center.k12.mo.us
PHONE NUMBER: (816) 349-3300
8701 Holmes Rd
Kansas City, MO  64131

Centerville R-i
SUPERINTENDENT: Joseph Minks
E-MAIL: jminks@ces.k12.mo.us
PHONE NUMBER: (573) 648-2285
2354 S Green St
Centerville, MO  63633

Central R-iii
SUPERINTENDENT: Ashley Mcmillian
E-MAIL: amcmillian@centralr3.org
PHONE NUMBER: (573) 431-2616
200 High St
Park Hills, MO  63601

Centralia R-vi
SUPERINTENDENT: Steven Chancellor
E-MAIL: steven.chancellor@catnet.gen.mo.us
PHONE NUMBER: (573) 682-3561
635 S Jefferson
Centralia, MO  65240

Chadwick R-i
SUPERINTENDENT: Dana Comstock
E-MAIL: comstockd@chadwickcardinals.org
PHONE NUMBER: (417) 634-3588
7090 State Hwy 125 S
Chadwick, MO  65629

Chaffee R-ii
SUPERINTENDENT: Brad Blackman
E-MAIL: bblackman@chaffee.k12.mo.us
PHONE NUMBER: (573) 887-3532
517 W Yoakum Ave
Chaffee, MO  63740

Charleston R-i
SUPERINTENDENT: Tammy Lupardus
E-MAIL: tlupardus@charleston.k12.mo.us
PHONE NUMBER: (573) 683-3776
1014 S Main
Charleston, MO  63834

Chilhowee R-iv
SUPERINTENDENT: Troy Marnholtz
E-MAIL: tmarnholtz@chilhowee.k12.mo.us
PHONE NUMBER: (660) 678-2511
101 Hwy 2
Chilhowee, MO  64733

Chillicothe R-ii
SUPERINTENDENT: Daniel Wiebers
E-MAIL: dwiebers@chillicotheschools.org
PHONE NUMBER: (660) 646-4566
1020 Old Hwy 36 West
Chillicothe, MO  64601

Clark Co. R-i
SUPERINTENDENT: Ritchie Kracht
E-MAIL: rkracht@clarkcounty.k12.mo.us
PHONE NUMBER: (660) 727-2377
427 W Chestnut
Kahoka, MO  63445

Clarksburg C-2
SUPERINTENDENT: Wendy Brock
E-MAIL: wbrock@clarksburg.k12.mo.us
PHONE NUMBER: (573) 787-3511
401 S Hwy H
Clarksburg, MO  65025

Clarkton C-4
SUPERINTENDENT: Delane Beckwith
E-MAIL: dbeckwith@clarktonschools.org
PHONE NUMBER: (573) 448-3712
Hwy 162
Clarkton, MO  63837

Clayton
SUPERINTENDENT: Sean Doherty
E-MAIL: seandoherty@claytonschools.net
PHONE NUMBER: (314) 854-6000
#2 Mark Twain Circle
Clayton, MO  63105

Clearwater R-i
SUPERINTENDENT: Deborah Hand
E-MAIL: dhand@cwtigers.net
PHONE NUMBER: (573) 223-7426
Canyon Rd. & Piedmont Ave
Piedmont, MO  63957

Clever R-v
SUPERINTENDENT: Benjy Fenske
E-MAIL: fenskeb@cleverbluejays.org
PHONE NUMBER: (417) 743-4800
103 S Public Ave
Clever, MO  65631

Climax Springs R-iv
SUPERINTENDENT: Caleb Petet
E-MAIL: cpetet@cspringsr4.org
PHONE NUMBER: (573) 347-3905
119 Nort Dr
Climax Springs, MO  65324

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Clinton
SUPERINTENDENT: Destry Brown
E-MAIL: debrown@clintoncardinals.org
PHONE NUMBER: (660) 885-2237
701 S 8Th St
Clinton, MO  64735

Clinton Co. R-iii
SUPERINTENDENT: Sandy Steggall
E-MAIL: sandy.steggall@ccr3.k12.mo.us
PHONE NUMBER: (816) 539-2183
800 W Frost
Plattsburg, MO  64477

Cole Camp R-i
SUPERINTENDENT: Tim Roling
E-MAIL: rolingt@colecamp.k12.mo.us
PHONE NUMBER: (660) 668-4427
500 South Keeney Street
Cole Camp, MO  65325

Cole Co. R-i
SUPERINTENDENT: Perry Gorrell
E-MAIL: pgorrell@coler1indians.org
PHONE NUMBER: (573) 782-3534
13600 Rte C
Russellville, MO  65074

Cole Co. R-v
SUPERINTENDENT: Dawna Burrow
E-MAIL: dawna.burrow@coler5.us
PHONE NUMBER: (573) 498-4000
14803 Hwy 17
Eugene, MO  65032

Columbia 93
SUPERINTENDENT: Peter Stiepleman
E-MAIL: pstiepleman@cpsk12.org
PHONE NUMBER: (573) 214-3400
1818 W Worley St
Columbia, MO  65203

Community R-vi
SUPERINTENDENT: Cheryl Mack
E-MAIL: mack@cr6.net
PHONE NUMBER: (855) 708-7567
35063 Highway Bb
Laddonia, MO  63352

Concordia R-ii
SUPERINTENDENT: Brent Cooper
E-MAIL: bcooper@concordia.k12.mo.us
PHONE NUMBER: (660) 463-7235
204 Sw 11Th St
Concordia, MO  64020

Cooper Co. R-iv
SUPERINTENDENT: Kathryn Anderson
E-MAIL: kanderson@bunceton.k12.mo.us
PHONE NUMBER: (660) 427-5415
500 East Main
Bunceton, MO  65237

Cooter R-iv
SUPERINTENDENT: Clay Snider
E-MAIL: csnider@cooter.k12.mo.us
PHONE NUMBER: (573) 695-3312
Main St
Cooter, MO  63839

Cowgill R-vi
SUPERINTENDENT: Betty Vassmer
E-MAIL: bvassmer@cowgillr6.org
PHONE NUMBER: (660) 255-4415
341 E 6Th St
Cowgill, MO  64637

Craig R-iii
SUPERINTENDENT: Mike Leach
E-MAIL: mleach@craigr3school.org
PHONE NUMBER: (660) 683-5431
402 N Ward
Craig, MO  64437

Crane R-iii
SUPERINTENDENT: Chris Johnson
E-MAIL: johnsonc@crane.k12.mo.us
PHONE NUMBER: (417) 723-5300
209 Pirate Lane
Crane, MO  65633

Crawford Co. R-i
SUPERINTENDENT: Kyle Gibbs
E-MAIL: gibbsk@warhawks.k12.mo.us
PHONE NUMBER: (573) 732-4426
1444 Old Hwy 66
Bourbon, MO  65441

Crawford Co. R-ii
SUPERINTENDENT: Jon Earnhart
E-MAIL: jearnhart@cuba.k12.mo.us
PHONE NUMBER: (573) 885-2534
1 Wildcat Pride Dr
Cuba, MO  65453

Crocker R-ii
SUPERINTENDENT: Gary Doerhoff
E-MAIL: gdoerhoff@crockerschools.org
PHONE NUMBER: (573) 736-5000
104 School Street
Crocker, MO  65452

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Crystal City 47
SUPERINTENDENT: Matt Holdinghausen
E-MAIL: holdinghausenm@crystal.k12.mo.us
PHONE NUMBER: (636) 937-4411
1100 Mississippi Ave
Crystal City, MO  63019

Dadeville R-ii
SUPERINTENDENT: Matt Bushey
E-MAIL: mbushey@dadeville.k12.mo.us
PHONE NUMBER: (417) 995-2201
17 Bearcat Trail
Dadeville, MO  65635

Dallas Co. R-i
SUPERINTENDENT: Tim Ryan
E-MAIL: tim.ryan@bisonpride.org
PHONE NUMBER: (417) 345-2222
309 W Commercial
Buffalo, MO  65622

Davis R-xii
SUPERINTENDENT: Deborah Day
E-MAIL: brendavaughn80@hotmail.com
PHONE NUMBER: (660) 885-2629
227 Sw Hwy T
Clinton, MO  64735

Delta C-7
SUPERINTENDENT: Kenny Copley
E-MAIL: kcopley@deltac7.k12.mo.us
PHONE NUMBER: (573) 757-6648
20 Charger Ln
Deering, MO  63840

Delta R-v
SUPERINTENDENT: David Heeb
E-MAIL: david.heeb@deltarv.k12.mo.us
PHONE NUMBER: (573) 794-2500
324 Liberty St
Delta, MO  63744

Dent-phelps R-iii
SUPERINTENDENT: Victoria Brooker
E-MAIL: vbrooker@dentphelps.k12.mo.us
PHONE NUMBER: (573) 729-4680
27870 Hwy C
Salem, MO  65560

Desoto 73
SUPERINTENDENT: Joshua Isaacson
E-MAIL: isaacson.josh@desoto.k12.mo.us
PHONE NUMBER: (636) 586-1000
610 Vineland School Rd
Desoto, MO  63020

Dexter R-xi
SUPERINTENDENT: Charles Counts
E-MAIL: ccounts@dexter.k12.mo.us
PHONE NUMBER: (573) 614-1000
1031 Brown Pilot Ln
Dexter, MO  63841

Diamond R-iv
SUPERINTENDENT: Steve Hubbard
E-MAIL: shubbard@diamondwildcats.org
PHONE NUMBER: (417) 325-5186
401 S Main
Diamond, MO  64840

Dixon R-i
SUPERINTENDENT: Duane Doyle
E-MAIL: ddoyle@dixonr1.com
PHONE NUMBER: (573) 759-7163
106 W Fourth St
Dixon, MO  65459

Doniphan R-i
SUPERINTENDENT: Bradley Hagood
E-MAIL: bhagood@doniphanr1.com
PHONE NUMBER: (573) 996-3667
309 Pine St
Doniphan, MO  63935

Dora R-iii
SUPERINTENDENT: Allen Woods
E-MAIL: awoods@dora.org
PHONE NUMBER: (417) 261-2346
613 County Road 379
Dora, MO  65637

Drexel R-iv
SUPERINTENDENT: Terry Mayfield
E-MAIL: tmayfield@drexelbobcats.net
PHONE NUMBER: (816) 657-4715
207 S Fourth St
Drexel, MO  64742

Dunklin R-v
SUPERINTENDENT: Clint Freeman
E-MAIL: cfreeman@dunklin.k12.mo.us
PHONE NUMBER: (636) 479-5200
497 Joachim
Herculaneum, MO  63048

East Buchanan Co. C-1
SUPERINTENDENT: John Newell
E-MAIL: newell@ebs.k12.mo.us
PHONE NUMBER: (816) 424-6466
100 Smith St
Gower, MO  64454

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

East Carter Co. R-ii
SUPERINTENDENT: Richard Sullivan
E-MAIL: rsullivan@ecarter.k12.mo.us
PHONE NUMBER: (573) 322-5625
24 S Herren Ave
Ellsinore, MO  63937

East Lynne 40
SUPERINTENDENT: Sonja Yoder
E-MAIL: syoder@elynne.k12.mo.us
PHONE NUMBER: (816) 626-3511
24706 S State Rte K
East Lynne, MO  64743

East Newton Co. R-vi
SUPERINTENDENT: Ron Mitchell
E-MAIL: mitchellr@eastnewton.org
PHONE NUMBER: (417) 472-6231
22808 E Hwy 86
Granby, MO  64844

East Prairie R-ii
SUPERINTENDENT: Lesli Jones
E-MAIL: lesli.jones@eastprairie.org
PHONE NUMBER: (573) 649-3562
304 E Walnut
East Prairie, MO  63845

El Dorado Springs R-ii
SUPERINTENDENT: Mark Koca
E-MAIL: mkoca@eldok12.org
PHONE NUMBER: (417) 876-3112
901 S Grand Ave
El Dorado Springs, MO  64744

Eldon R-i
SUPERINTENDENT: Matt Davis
E-MAIL: matt.davis@eldonmustangs.org
PHONE NUMBER: (573) 392-8000
112 S Pine St
Eldon, MO  65026

Elsberry R-ii
SUPERINTENDENT: Tim Reller
E-MAIL: treller@elsberry.k12.mo.us
PHONE NUMBER: (573) 898-5554
138 Tomahawk Dr
Elsberry, MO  63343

Eminence R-i
SUPERINTENDENT: Steve Voyles
E-MAIL: steve.voyles@redwingsk12.org
PHONE NUMBER: (573) 226-3251
505 South 6Th Street
Eminence, MO  65466

Everton R-iii
SUPERINTENDENT: Michael Wallace
E-MAIL: mwallace@evertontigers.org
PHONE NUMBER: (417) 535-2221
211 School St
Everton, MO  65646

Excelsior Springs 40
SUPERINTENDENT: Dan Hoehn
E-MAIL: dhoehn@ga.essd40.com
PHONE NUMBER: (816) 630-9200
300 W Broadway
Excelsior Springs, MO  64024

Exeter R-vi
SUPERINTENDENT: Ernie Raney
E-MAIL: eraney@exeter.k12.mo.us
PHONE NUMBER: (417) 835-2922
101 Locust St
Exeter, MO  65647

Fair Grove R-x
SUPERINTENDENT: Mike Bell
E-MAIL: bellm@fgsmail.org
PHONE NUMBER: (417) 759-2233
132 N Main St
Fair Grove, MO  65648

Fair Play R-ii
SUPERINTENDENT: Renee Sagaser
E-MAIL: rsagaser@fairplay.k12.mo.us
PHONE NUMBER: (417) 654-2231
301 N Walnut
Fair Play, MO  65649

Fairfax R-iii
SUPERINTENDENT: Jeremy Burright
E-MAIL: jburright@fxbulldogs.net
PHONE NUMBER: (660) 686-2421
500 Main St
Fairfax, MO  64446

Fairview R-xi
SUPERINTENDENT: Aaron Sydow
E-MAIL: asydow@fairview.k12.mo.us
PHONE NUMBER: (417) 256-3868
4036 State Rte K
West Plains, MO  65775

Farmington R-vii
SUPERINTENDENT: Matthew Ruble
E-MAIL: supt@farmington.k12.mo.us
PHONE NUMBER: (573) 701-1300
1022 Ste Genevieve
Farmington, MO  63640

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Fayette R-iii
SUPERINTENDENT: Jill Wiseman
E-MAIL: jwiseman@fayetteschool.org
PHONE NUMBER: (660) 248-2153
705 Lucky
Fayette, MO  65248

Ferguson-florissant R-ii
SUPERINTENDENT: Joseph Davis
E-MAIL: jdavis@fergflor.org
PHONE NUMBER: (314) 506-9000
1005 Waterford Dr
Florissant, MO  63033

Festus R-vi
SUPERINTENDENT: Link Luttrell
E-MAIL: luttrelllink@festusedu.com
PHONE NUMBER: (636) 937-4920
1515 Mid-Meadow Ln
Festus, MO  63028

Fordland R-iii
SUPERINTENDENT: Chris Ford
E-MAIL: chrisford@fordlandschools.org
PHONE NUMBER: (417) 767-2298
1230 School St
Fordland, MO  65652

Forsyth R-iii
SUPERINTENDENT: Jeff Mingus
E-MAIL: jmingus@forsythr3.k12.mo.us
PHONE NUMBER: (417) 546-6384
178 Panther Street
Forsyth, MO  65653

Fort Osage R-i
SUPERINTENDENT: Jason Snodgrass
E-MAIL: jsnodgrass@fortosage.net
PHONE NUMBER: (816) 650-7000
2101 N Twyman Rd
Independence, MO  64058

Fox C-6
SUPERINTENDENT: Nisha Patel
E-MAIL: pateln@foxc6.org
PHONE NUMBER: (636) 296-8000
745 Jeffco Blvd
Arnold, MO  63010

Francis Howell R-iii
SUPERINTENDENT: Nathan Hoven
E-MAIL: nathan.hoven@fhsdschools.org
PHONE NUMBER: (636) 851-4000
4545 Central School Rd
St Charles, MO  63304

Franklin Co. R-ii
SUPERINTENDENT: Kathy Oetterer
E-MAIL: koetterer@fcr2.org
PHONE NUMBER: (573) 237-2414
3128 Hwy Y
New Haven, MO  63068

Fredericktown R-i
SUPERINTENDENT: Brett Reutzel
E-MAIL: brett.reutzel@fpsk12.org
PHONE NUMBER: (573) 783-2570
704 E Hwy 72
Fredericktown, MO  63645

Ft. Zumwalt R-ii
SUPERINTENDENT: Bernard Dubray
E-MAIL: bdubray@fz.k12.mo.us
PHONE NUMBER: (636) 240-2072
555 E. Terra Lane
O'Fallon, MO  63366

Fulton 58
SUPERINTENDENT: Jacque Cowherd
E-MAIL: jcowherd@fulton58.org
PHONE NUMBER: (573) 590-8000
2 Hornet Dr
Fulton, MO  65251

Gainesville R-v
SUPERINTENDENT: Justin Gilmore
E-MAIL: jgilmore@gainesville.k12.mo.us
PHONE NUMBER: (417) 679-4260
422 Bulldog Drive
Gainesville, MO  65655

Galena R-ii
SUPERINTENDENT: Danny Humble
E-MAIL: humbled@galena.k12.mo.us
PHONE NUMBER: (417) 357-6027
30925 State Hwy 413
Galena, MO  65656

Gallatin R-v
SUPERINTENDENT: Bryan Copple
E-MAIL: bcopple@gallatin.k12.mo.us
PHONE NUMBER: (660) 663-2171
602 S Olive St
Gallatin, MO  64640

Gasconade C-4
SUPERINTENDENT: Jim Bogle
E-MAIL: jbogle@gasconadec4.k12.mo.us
PHONE NUMBER: (417) 532-4821
32959 Hwy 32
Falcon, MO  65470

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Gasconade Co. R-i
SUPERINTENDENT: Scott Smith
E-MAIL: ssmith@hermann.k12.mo.us
PHONE NUMBER: (573) 486-2116
170 Blue Pride Dr
Hermann, MO  65041

Gasconade Co. R-ii
SUPERINTENDENT: Chuck Garner
E-MAIL: cgarner@dutchmen.us
PHONE NUMBER: (573) 437-2177
402 E Lincoln
Owensville, MO  65066

Gideon 37
SUPERINTENDENT: James Breece
E-MAIL: jbreece@gideon.k12.mo.us
PHONE NUMBER: (573) 448-3911
400 S Main St
Gideon, MO  63848

Gilliam C-4
SUPERINTENDENT: Carey Johnson
E-MAIL: cjohnson@gilliamschools.com
PHONE NUMBER: (660) 784-2225
102 North St
Gilliam, MO  65330

Gilman City R-iv
SUPERINTENDENT: Roger Alley
E-MAIL: ralley@gilman.k12.mo.us
PHONE NUMBER: (660) 876-5221
141 Lindsey Ave
Gilman City, MO  64642

Glasgow
SUPERINTENDENT: Sonya Fuemmeler
E-MAIL: sfuemmeler@glasgow.k12.mo.us
PHONE NUMBER: (660) 338-2012
860 Randolph St
Glasgow, MO  65254

Glenwood R-viii
SUPERINTENDENT: Wayne Stewart
E-MAIL: wstewart@glenwood.k12.mo.us
PHONE NUMBER: (417) 256-4849
10286 State Rte 17
West Plains, MO  65775

Golden City R-iii
SUPERINTENDENT: Keith Rook
E-MAIL: krook@goldencity.k12.mo.us
PHONE NUMBER: (417) 537-8311
1208 Walnut St
Golden City, MO  64748

Grain Valley R-v
SUPERINTENDENT: Marc Snow
E-MAIL: msnow@gvr5.net
PHONE NUMBER: (816) 847-5006
31606 Ne Pink Hill Rd
Grain Valley, MO  64029

Grandview C-4
SUPERINTENDENT: Kenny Rodrequez
E-MAIL: kenny.rodrequez@grandviewc4.net
PHONE NUMBER: (816) 316-5000
13015 10Th St
Grandview, MO  64030

Grandview R-ii
SUPERINTENDENT: Matthew Zoph
E-MAIL: zophm@grandviewr2.org
PHONE NUMBER: (636) 944-3941
11470 Hwy C
Hillsboro, MO  63050

Green City R-i
SUPERINTENDENT: Tennille Banner
E-MAIL: tbanner@greencity.k12.mo.us
PHONE NUMBER: (660) 874-4128
301 N East St
Green City, MO  63545

Green Forest R-ii
SUPERINTENDENT: Kevin Prugh
E-MAIL: kprugh@gfr2.k12.mo.us
PHONE NUMBER: (573) 729-3902
6111 Hwy F
Salem, MO  65560

Green Ridge R-viii
SUPERINTENDENT: Jamie Burkhart
E-MAIL: burkhartj@grtigers.net
PHONE NUMBER: (660) 527-3315
401 W Pettis St
Green Ridge, MO  65332

Greenfield R-iv
SUPERINTENDENT: Chris Kell
E-MAIL: ckell@greenfieldr4.org
PHONE NUMBER: (417) 637-5321
410 W College
Greenfield, MO  65661

Greenville R-ii
SUPERINTENDENT: Rick Clubb
E-MAIL: rclubb@gv.bears.k12.mo.us
PHONE NUMBER: (573) 224-3844
127 Walnut
Greenville, MO  63944

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Grundy Co. R-v
SUPERINTENDENT: Phillip Fox
E-MAIL: pfox@grundyr5.k12.mo.us
PHONE NUMBER: (660) 673-6511
205 Sw Border St
Galt, MO  64641

Hale R-i
SUPERINTENDENT: Clint Heussner
E-MAIL: cheussner@hale.k12.mo.us
PHONE NUMBER: (660) 565-2417
518 Main St
Hale, MO  64643

Halfway R-iii
SUPERINTENDENT: Lance Roweton
E-MAIL: lroweton@halfwayschools.org
PHONE NUMBER: (417) 445-2351
2150 Highway 32
Half Way, MO  65663

Hallsville R-iv
SUPERINTENDENT: John Downs
E-MAIL: jdowns@hallsville.org
PHONE NUMBER: (573) 696-5512
421 Hwy 124 E
Hallsville, MO  65255

Hamilton R-ii
SUPERINTENDENT: Troy Ford
E-MAIL: fordt@hamilton.k12.mo.us
PHONE NUMBER: (816) 583-2134
419 S Hughes
Hamilton, MO  64644

Hancock Place
SUPERINTENDENT: Kevin Carl
E-MAIL: kcarl@hancock.k12.mo.us
PHONE NUMBER: (314) 544-1300
9417 S Broadway
St Louis, MO  63125

Hannibal 60
SUPERINTENDENT: Susan Johnson
E-MAIL: sjohnson@hannibal.k12.mo.us
PHONE NUMBER: (573) 221-1258
4650 Mcmasters Ave
Hannibal, MO  63401

Hardeman R-x
SUPERINTENDENT: Paul Vaillancourt
E-MAIL: paulv15@hotmail.com
PHONE NUMBER: (660) 837-3400
21051 Hwy D
Marshall, MO  65340

Hardin-central C-2
SUPERINTENDENT: Trey Cavanah
E-MAIL: tcavanah@hardin-central.org
PHONE NUMBER: (660) 398-4394
500 Ne 1St St
Hardin, MO  64035

Harrisburg R-viii
SUPERINTENDENT: Steve Combs
E-MAIL: combss@harrisburg.k12.mo.us
PHONE NUMBER: (573) 875-5604
1000 S Harris
Harrisburg, MO  65256

Harrisonville R-ix
SUPERINTENDENT: Paul Mensching
E-MAIL: paul.mensching@harrisonvilleschools.org
PHONE NUMBER: (816) 380-2727
503 S Lexington
Harrisonville, MO  64701

Hartville R-ii
SUPERINTENDENT: Mark Piper
E-MAIL: piperm@hartville.k12.mo.us
PHONE NUMBER: (417) 741-7676
1 Eagle Landing Parkway
Hartville, MO  65667

Hayti R-ii
SUPERINTENDENT: Jackie Johnson
E-MAIL: johnsonj@hayti.k12.mo.us
PHONE NUMBER: (573) 359-6500
500 N Fourth
Hayti, MO  63851

Hazelwood
SUPERINTENDENT: Nettie Hart
E-MAIL: ncollinshart@hazelwoodschools.org
PHONE NUMBER: (314) 953-5000
15955 New Halls Ferry Rd
Florissant, MO  63031

Henry Co. R-i
SUPERINTENDENT: Scott Ireland
E-MAIL: irelands@henrycountyr1.k12.mo.us
PHONE NUMBER: (660) 647-3533
210 North St
Windsor, MO  65360

Hermitage R-iv
SUPERINTENDENT: Justin Yates
E-MAIL: jyates@hermitage.k12.mo.us
PHONE NUMBER: (417) 745-6418
302 E Polk
Hermitage, MO  65668

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Hickman Mills C-1
SUPERINTENDENT: Carl Skinner
E-MAIL: carls@hickmanmills.org
PHONE NUMBER: (816) 316-7000
9000 Old Santa Fe Rd
Kansas City, MO  64138

Hickory Co. R-i
SUPERINTENDENT: Mark Beem
E-MAIL: mbeem@skylineschools.net
PHONE NUMBER: (417) 993-4241
Rte 1
Urbana, MO  65767

Higbee R-viii
SUPERINTENDENT: Danielle Tuepker
E-MAIL: dtuepker@higbeeschool.com
PHONE NUMBER: (660) 456-7277
101 Evans
Higbee, MO  65257

High Point R-iii
SUPERINTENDENT: Eric Findley
E-MAIL: findleye@highpointr3.com
PHONE NUMBER: (660) 489-2213
60909 Highway C
High Point, MO  65042

Hillsboro R-iii
SUPERINTENDENT: Jon Isaacson
E-MAIL: isaacson_jon@hsdr3.org
PHONE NUMBER: (636) 789-0060
20 Hawk Dr
Hillsboro, MO  63050

Holcomb R-iii
SUPERINTENDENT: Dustin Ferguson
E-MAIL: dferguson@holcomb.k12.mo.us
PHONE NUMBER: (573) 792-3113
102 S Cherry
Holcomb, MO  63852

Holden R-iii
SUPERINTENDENT: Mike Hough
E-MAIL: mhough@holdenschools.org
PHONE NUMBER: (816) 732-5568
1612 S Main
Holden, MO  64040

Holliday C-2
SUPERINTENDENT: Justin Smoot
E-MAIL: jsmoot@hollidayschool.com
PHONE NUMBER: (660) 266-3412
201 Curtright St
Holliday, MO  65258

Hollister R-v
SUPERINTENDENT: Brian Wilson
E-MAIL: bwilson@hollisterschools.com
PHONE NUMBER: (417) 243-4000
1914 State Hwy Bb
Hollister, MO  65672

Houston R-i
SUPERINTENDENT: Allen Moss
E-MAIL: amoss@houston.k12.mo.us
PHONE NUMBER: (417) 967-3024
423 W Pine
Houston, MO  65483

Howell Valley R-i
SUPERINTENDENT: Marvin Hatley
E-MAIL: mhatley@hvpanthers.org
PHONE NUMBER: (417) 256-2268
6461 State Rte Zz
West Plains, MO  65775

Humansville R-iv
SUPERINTENDENT: Tammy Erwin
E-MAIL: tammy.erwin@humansville.k12.mo.us
PHONE NUMBER: (417) 754-2535
300 N Oak St
Humansville, MO  65674

Hume R-viii
SUPERINTENDENT: Scott Morrison
E-MAIL: smorrison@humer8.k12.mo.us
PHONE NUMBER: (660) 643-7411
9163 Sw 2Nd Street
Hume, MO  64752

Hurley R-i
SUPERINTENDENT: Allison Pope
E-MAIL: apope@hurley.k12.mo.us
PHONE NUMBER: (417) 369-3271
86 Holt Spring Rd
Hurley, MO  65675

Iberia R-v
SUPERINTENDENT: Lyndel Whittle
E-MAIL: lyndelw@iberia.k12.mo.us
PHONE NUMBER: (573) 793-6818
201 Pemberton Dr
Iberia, MO  65486

Independence 30
SUPERINTENDENT: Dale Herl
E-MAIL: dale_herl@isdschools.org
PHONE NUMBER: (816) 521-5300
201 North Forest Avenue
Independence, MO  64050

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Iron Co. C-4
SUPERINTENDENT: Kent Sherrow
E-MAIL: kent.sherrow@ironc4.com
PHONE NUMBER: (573) 244-5422
35 Hwy 49
Viburnum, MO  65566

Jackson R-ii
SUPERINTENDENT: John Link
E-MAIL: jlink@jr2mail.org
PHONE NUMBER: (573) 243-9501
614 E Adams St
Jackson, MO  63755

Jamestown C-1
SUPERINTENDENT: Gretchen Guitard
E-MAIL: guitardg@jamestown.k12.mo.us
PHONE NUMBER: (660) 849-2141
222 School St
Jamestown, MO  65046

Jasper Co. R-v
SUPERINTENDENT: Christina Hess
E-MAIL: christina.hess@jasper.k12.mo.us
PHONE NUMBER: (417) 394-2511
201 W Mercer St
Jasper, MO  64755

Jefferson C-123
SUPERINTENDENT: Tim Jermain
E-MAIL: timjermain@jc123.k12.mo.us
PHONE NUMBER: (660) 944-2316
37614 Us Hwy 136
Conception Jct, MO  64434

Jefferson City
SUPERINTENDENT: Larry Linthacum
E-MAIL: larry.linthacum@jcschools.us
PHONE NUMBER: (573) 659-3000
315 E Dunklin St
Jefferson City, MO  65101

Jefferson Co. R-vii
SUPERINTENDENT: Clint Johnston
E-MAIL: johnstonc@jr7.k12.mo.us
PHONE NUMBER: (636) 937-7940
1250 Dooling Hollow Rd
Festus, MO  63028

Jefferson College
SUPERINTENDENT: Raymond Cummiskey
E-MAIL: rcummisk@jeffco.edu
PHONE NUMBER: (636) 797-3000
1000 Viking Dr
Hillsboro, MO  63050

Jennings
SUPERINTENDENT: Art Mccoy
E-MAIL: mccoya@jenningsk12.org
PHONE NUMBER: (314) 653-8000
2559 Dorwood
Jennings, MO  63136

Johnson Co. R-vii
SUPERINTENDENT: Brett Gray
E-MAIL: bgray@crestridge.org
PHONE NUMBER: (660) 656-3316
92 Nw 58 Hwy
Centerview, MO  64019

Joplin Schools
SUPERINTENDENT: Melinda Moss
E-MAIL: melindamoss@joplinschools.org
PHONE NUMBER: (417) 625-5200
3901 E 32Nd St
Joplin, MO  64804

Junction Hill C-12
SUPERINTENDENT: John Dern
E-MAIL: jdern@junctionhill.k12.mo.us
PHONE NUMBER: (417) 256-4265
8004 County Rd 3010
West Plains, MO  65775

Kansas City 33
SUPERINTENDENT: Mark Bedell
E-MAIL: mbedell@kcpublicschools.org
PHONE NUMBER: (816) 418-7600
1211 Mcgee
Kansas City, MO  64106

Kearney R-i
SUPERINTENDENT: Matthew Miller
E-MAIL: millerm@ksdr1.net
PHONE NUMBER: (816) 628-4116
1002 S Jefferson
Kearney, MO  64060

Kelso C-7
SUPERINTENDENT: Kim Burger
E-MAIL: kburger8@kelsoc-7.k12.mo.us
PHONE NUMBER: (573) 545-3357
1016 State Hwy A
Benton, MO  63736

Kennett 39
SUPERINTENDENT: Chris Wilson
E-MAIL: cwilson@kennett.k12.mo.us
PHONE NUMBER: (573) 717-1100
510 College Ave
Kennett, MO  63857

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Keytesville R-iii
SUPERINTENDENT: Josh Shoemaker
E-MAIL: shoemakerj@keytesville.k12.mo.us
PHONE NUMBER: (660) 288-3767
27247 Hwy 5
Keytesville, MO  65261

King City R-i
SUPERINTENDENT: Danny Johnson
E-MAIL: dannyjohnson@kingcityschools.org
PHONE NUMBER: (660) 535-4319
300 N Grand
King City, MO  64463

Kingston 42
SUPERINTENDENT: Andrea Hieronymus
E-MAIL: andrea.hieronymus@kingston42.com
PHONE NUMBER: (816) 586-3111
139 E Lincoln
Kingston, MO  64650

Kingston K-14
SUPERINTENDENT: Alex Mccaul
E-MAIL: mccaul.alex@kingston.k12.mo.us
PHONE NUMBER: (573) 438-4982
10047 Diamond Rd
Cadet, MO  63630

Kingsville R-i
SUPERINTENDENT: Lorna Warren
E-MAIL: lwarren@kingsville.k12.mo.us
PHONE NUMBER: (816) 597-3422
101 E Adriatic
Kingsville, MO  64061

Kirbyville R-vi
SUPERINTENDENT: Carless Osbourn
E-MAIL: carless.osbourn@kirbyvillebraves.org
PHONE NUMBER: (417) 337-8913
6225 State Hwy 76 E
Kirbyville, MO  65679

Kirksville R-iii
SUPERINTENDENT: Robert Webb
E-MAIL: RWebb@kirksville.k12.mo.us
PHONE NUMBER: (660) 665-7774
1901 E Hamilton St
Kirksville, MO  63501

Kirkwood R-vii
SUPERINTENDENT: David Ulrich
E-MAIL: david.ulrich@kirkwoodschools.org
PHONE NUMBER: (314) 213-6100
11289 Manchester Rd
Kirkwood, MO  63122

Knob Noster R-viii
SUPERINTENDENT: Jerrod Wheeler
E-MAIL: jwheeler@knr8.net
PHONE NUMBER: (660) 563-3186
401 E Wimer
Knob Noster, MO  65336

Knox Co. R-i
SUPERINTENDENT: Andy Turgeon
E-MAIL: aturgeon@knoxr1.us
PHONE NUMBER: (660) 397-2228
55701 State Hwy 6
Edina, MO  63537

La Monte R-iv
SUPERINTENDENT: Randal Bagby
E-MAIL: rbagby@lamonte.k12.mo.us
PHONE NUMBER: (660) 347-5439
301 S Washington
La Monte, MO  65337

La Plata R-ii
SUPERINTENDENT: Craig Noah
E-MAIL: cnoah@laplata.k12.mo.us
PHONE NUMBER: (660) 332-7001
201 W Moore
La Plata, MO  63549

Laclede Co. C-5
SUPERINTENDENT: Rachelle Jennings
E-MAIL: rjennings@jebc5.k12.mo.us
PHONE NUMBER: (417) 532-4837
16050 Hwy Kk
Lebanon, MO  65536

Laclede Co. R-i
SUPERINTENDENT: Mark Hedger
E-MAIL: mhedger@lcr1.org
PHONE NUMBER: (417) 589-2951
726 W Jefferson
Conway, MO  65632

Ladue
SUPERINTENDENT: Jim Wipke
E-MAIL: jwipke@ladueschools.net
PHONE NUMBER: (314) 994-7080
9703 Conway Rd
St Louis, MO  63124

Lafayette Co. C-1
SUPERINTENDENT: David Figg
E-MAIL: figgd@huskersk12.org
PHONE NUMBER: (660) 584-3631
805 W 31St St
Higginsville, MO  64037

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Lakeland R-iii
SUPERINTENDENT: Mitch Towne
E-MAIL: mtowne@lakeland.k12.mo.us
PHONE NUMBER: (417) 644-2223
12530 Lakeland School Dr
Deepwater, MO  64740

Lamar R-i
SUPERINTENDENT: Zach Harris
E-MAIL: harrisz@lamar.k12.mo.us
PHONE NUMBER: (417) 682-3527
202 W 7Th
Lamar, MO  64759

Laquey R-v
SUPERINTENDENT: Michael Mayle
E-MAIL: mmayle@laqueyhornets.us
PHONE NUMBER: (573) 765-3716
27600 Hwy Aa
Laquey, MO  65534

Laredo R-vii
SUPERINTENDENT: Misty Foster
E-MAIL: mfoster@laredotigers.net
PHONE NUMBER: (660) 286-2225
106 W Main
Laredo, MO  64652

Lathrop R-ii
SUPERINTENDENT: Chris Fine
E-MAIL: chris.fine@lathropschools.com
PHONE NUMBER: (816) 528-7500
700 East St
Lathrop, MO  64465

Lawson R-xiv
SUPERINTENDENT: Roger Schmitz
E-MAIL: schmitzr@lawsoncardinals.org
PHONE NUMBER: (816)580-7277
401 N ALLISON
LAWSON, MO  64062

Lebanon R-iii
SUPERINTENDENT: David Schmitz
E-MAIL: dschmitz@lebanon.k12.mo.us
PHONE NUMBER: (417) 657-6001
224 W. Commercial St.
Lebanon, MO  65536

Lee'S Summit R-Vii
SUPERINTENDENT: Emily Miller
E-MAIL: emily.miller@lsr7.net
PHONE NUMBER: (816) 986-1000
301 Ne Tudor Rd
Lee'S Summit, MO  64086

Leesville R-ix
SUPERINTENDENT: Mona Reid
E-MAIL: mreid@leesville.k12.mo.us
PHONE NUMBER: (660) 477-3406
823 Se Hwy 7
Clinton, MO  64735

Leeton R-x
SUPERINTENDENT: Susan Crooks
E-MAIL: scrooks@leeton.k12.mo.us
PHONE NUMBER: (660) 653-2301
500 N Main
Leeton, MO  64761

Leopold R-iii
SUPERINTENDENT: Keenan Kinder
E-MAIL: kkinder@leopold.k12.mo.us
PHONE NUMBER: (573) 238-2211
100 Main St
Leopold, MO  63760

Lesterville R-iv
SUPERINTENDENT: James Watts
E-MAIL: jwatts@lesterville.k12.mo.us
PHONE NUMBER: (573) 637-2201
33415 Hwy 21
Lesterville, MO  63654

Lewis Co. C-1
SUPERINTENDENT: John French
E-MAIL: jfrench@lewis.k12.mo.us
PHONE NUMBER: (573) 209-3217
21504 State Hwy 6
Lewistown, MO  63452

Lexington R-v
SUPERINTENDENT: Sarrah Morgan
E-MAIL: smorgan@lexington.k12.mo.us
PHONE NUMBER: (660) 259-4369
2323A High School Drive
Lexington, MO  64067

Liberal R-ii
SUPERINTENDENT: Bill Harvey
E-MAIL: bharvey@liberal.k12.mo.us
PHONE NUMBER: (417) 843-5115
107 S Payne
Liberal, MO  64762

Liberty 53
SUPERINTENDENT: Jeremy Tucker
E-MAIL: jeremy.tucker@lps53.org
PHONE NUMBER: (816) 736-5300
8 Victory Lane
Liberty, MO  64068

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Licking R-viii
SUPERINTENDENT: Cristina Wright
E-MAIL: cwright@licking.k12.mo.us
PHONE NUMBER: (573) 674-2911
125 College Ave
Licking, MO  65542

Lincoln R-ii
SUPERINTENDENT: Kevin Smith
E-MAIL: smithk@lincoln.k12.mo.us
PHONE NUMBER: (660) 547-3514
101 W Lamine St
Lincoln, MO  65338

Lindbergh Schools
SUPERINTENDENT: Tony Lake
E-MAIL: tonylake@lindberghschools.ws
PHONE NUMBER: (314) 729-2480
4900 S Lindbergh Blvd
St Louis, MO  63126

Linn Co. R-i
SUPERINTENDENT: Ryan Livingston
E-MAIL: rlivingston@linnr1.k12.mo.us
PHONE NUMBER: (660) 244-5045
15533 Hwy Kk
Purdin, MO  64674

Livingston Co. R-iii
SUPERINTENDENT: Megan Hardie
E-MAIL: mhardie@chulaschool.org
PHONE NUMBER: (660) 639-3135
205 Waite St
Chula, MO  64635

Lockwood R-i
SUPERINTENDENT: Clay Lasater
E-MAIL: clasater@tigersk12.org
PHONE NUMBER: (417) 232-4513
400 W 4Th St
Lockwood, MO  65682

Logan-rogersville R-viii
SUPERINTENDENT: Shawn Randles
E-MAIL: srandles@logrogstudents.net
PHONE NUMBER: (417) 753-2891
100 E Front St
Rogersville, MO  65742

Lone Jack C-6
SUPERINTENDENT: Kathy Butler
E-MAIL: kbutler@lonejackc6.net
PHONE NUMBER: (816) 697-3539
313 S Bynum Road
Lone Jack, MO  64070

Lonedell R-xiv
SUPERINTENDENT: Jenny Ulrich
E-MAIL: julrich@lonedell.org
PHONE NUMBER: (636) 629-0401
7466 Hwy Ff
Lonedell, MO  63060

Louisiana R-ii
SUPERINTENDENT: Todd Smith
E-MAIL: smith@louisiana.k12.mo.us
PHONE NUMBER: (573) 754-4261
3321 W Georgia St
Louisiana, MO  63353

Lutie R-vi
SUPERINTENDENT: Scot Young
E-MAIL: syoung@lutieschool.com
PHONE NUMBER: (417) 273-4274
5802 Us Hwy 160
Theodosia, MO  65761

Macks Creek R-v
SUPERINTENDENT: Josh Phillips
E-MAIL: jphillips@mackscreekpirates.org
PHONE NUMBER: (573) 363-5909
245 State Road N
Macks Creek, MO  65786

Macon Co. R-i
SUPERINTENDENT: Scott Jarvis
E-MAIL: sjarvis@macon.k12.mo.us
PHONE NUMBER: (660)385-5719
702 N MISSOURI
MACON, MO  63552

Macon Co. R-iv
SUPERINTENDENT: John Dunham
E-MAIL: jdunham@mcr4.k12.mo.us
PHONE NUMBER: (660) 226-5615
501 S Main
New Cambria, MO  63558

Madison C-3
SUPERINTENDENT: Zacharri Bruner
E-MAIL: zbruner@madison.k12.mo.us
PHONE NUMBER: (660) 291-5115
309 Thomas St
Madison, MO  65263

Malden R-i
SUPERINTENDENT: Jeff Bullock
E-MAIL: jbullock@malden.k12.mo.us
PHONE NUMBER: (573) 276-5794
505 Burkhart St
Malden, MO  63863

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Malta Bend R-v
SUPERINTENDENT: Paul Vaillancourt
E-MAIL: superintendent@maltabend.k12.mo.us
PHONE NUMBER: (660) 595-2371
200 S Linn
Malta Bend, MO  65339

Manes R-v
SUPERINTENDENT: Mary Holder
E-MAIL: mholder@manes.k12.mo.us
PHONE NUMBER: (417) 668-5313
8939 Hwy 95
Mountain Grove, MO  65711

Mansfield R-iv
SUPERINTENDENT: Nathan Moore
E-MAIL: nmoore@mansfieldschool.net
PHONE NUMBER: (417) 924-3236
316 W Ohio St.
Mansfield, MO  65704

Maplewood-richmond Heights
SUPERINTENDENT: Karen Hall
E-MAIL: karen.hall@mrhschools.net
PHONE NUMBER: (314) 644-4400
7539 Manchester Rd
Maplewood, MO  63143

Marceline R-v
SUPERINTENDENT: Brian Sherrow
E-MAIL: bsherrow@marcelineschools.org
PHONE NUMBER: (660) 376-3371
400 E Santa Fe Ave
Marceline, MO  64658

Maries Co. R-i
SUPERINTENDENT: Mark Parker
E-MAIL: mparker@viennaeagles.org
PHONE NUMBER: (573) 422-3304
300 Fourth Street
Vienna, MO  65582

Maries Co. R-ii
SUPERINTENDENT: Patrick Call
E-MAIL: pcall@mariesr2.org
PHONE NUMBER: (573) 859-3800
503 W Third St
Belle, MO  65013

Marion C. Early R-v
SUPERINTENDENT: Joshua Angel
E-MAIL: jangel@mcestaff.com
PHONE NUMBER: (417) 376-2255
5309 S Main
Morrisville, MO  65710

Marion Co. R-ii
SUPERINTENDENT: Jason Keilholz
E-MAIL: jkeilholz@marion.k12.mo.us
PHONE NUMBER: (573) 439-5913
2905 Hwy D
Philadelphia, MO  63463

Marionville R-ix
SUPERINTENDENT: Chris Gold
E-MAIL: cgold@marionville.us
PHONE NUMBER: (417) 258-7755
College And O'Dell
Marionville, MO  65705

Mark Twain R-viii
SUPERINTENDENT: Joe Donley
E-MAIL: donleyj@marktwain.k12.mo.us
PHONE NUMBER: (417) 785-4323
37707 Us Hwy 160
Rueter, MO  65744

Marquand-zion R-vi
SUPERINTENDENT: Scott Blake
E-MAIL: sblake@mz.k12.mo.us
PHONE NUMBER: (573) 783-3388
205 E Morley St
Marquand, MO  63655

Marshall
SUPERINTENDENT: Carol Maher
E-MAIL: cmaher@marshallowls.com
PHONE NUMBER: (660) 886-7414
860 W Vest
Marshall, MO  65340

Marshfield R-i
SUPERINTENDENT: David Steward
E-MAIL: David.Steward@mjays.us
PHONE NUMBER: (417) 859-2120
170 State Hwy Dd
Marshfield, MO  65706

Maryville R-ii
SUPERINTENDENT: Becky Albrecht
E-MAIL: albrecht@maryviller2.com
PHONE NUMBER: (660) 562-3255
1501 South Munn
Maryville, MO  64468

Maysville R-i
SUPERINTENDENT: Robert Smith
E-MAIL: smithr@maysville.k12.mo.us
PHONE NUMBER: (816) 449-2308
601 W Main
Maysville, MO  64469

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Mcdonald Co. R-i
SUPERINTENDENT: Mark Stanton
E-MAIL: mstanton@mcdonaldco.k12.mo.us
PHONE NUMBER: (417) 845-3321
10 Stampede Drive
Anderson, MO  64831

Meadow Heights R-ii
SUPERINTENDENT: Donna Bristow
E-MAIL: dbristow@meadowheights.k12.mo.us
PHONE NUMBER: (573) 866-0060
Hwy 51
Patton, MO  63662

Meadville R-iv
SUPERINTENDENT: Ron Holcer
E-MAIL: rholcer@meadville.k12.mo.us
PHONE NUMBER: (660) 938-4111
101 W Crandall
Meadville, MO  64659

Mehlville R-ix
SUPERINTENDENT: Chris Gaines
E-MAIL: gainesc@msdr9.org
PHONE NUMBER: (314) 467-5000
3120 Lemay Ferry Rd
St Louis, MO  63125

Meramec Valley R-iii
SUPERINTENDENT: Jonathan Mulford
E-MAIL: jmulford@mvr3.k12.mo.us
PHONE NUMBER: (636) 271-1400
126 N Payne St
Pacific, MO  63069

Mexico 59
SUPERINTENDENT: Zachary Templeton
E-MAIL: ztempleton@mexico.k12.mo.us
PHONE NUMBER: (573) 581-3773
2101 Lakeview
Mexico, MO  65265

Miami R-i
SUPERINTENDENT: Daniel Johnson
E-MAIL: djohnson@miamik12.net
PHONE NUMBER: (660) 267-3480
7638 Nw State Route J
Amoret, MO  64722

Miami R-i
SUPERINTENDENT: Rayetta Self
E-MAIL: rself@miami.k12.mo.us
PHONE NUMBER: (660) 852-3269
34520 N. Hwy. 41
Miami, MO  65344

Mid-buchanan Co. R-v
SUPERINTENDENT: Jay Albright
E-MAIL: jalbright@midbuchanan.k12.mo.us
PHONE NUMBER: (816) 238-1646
3221 Se State Rte H
Faucett, MO  64448

Middle Grove C-1
SUPERINTENDENT: Scott Salmons
E-MAIL: ssalmons@middlegrove.k12.mo.us
PHONE NUMBER: (660) 291-8583
11476 Rte M
Madison, MO  65263

Midway R-i
SUPERINTENDENT: Gordon Myers
E-MAIL: gmyers@midwayk12.net
PHONE NUMBER: (816) 250-2994
5801 E State Rte 2
Cleveland, MO  64734

Milan C-2
SUPERINTENDENT: Ben Yocom
E-MAIL: byocom@milan.k12.mo.us
PHONE NUMBER: (660) 265-4414
373 S Market St
Milan, MO  63556

Miller Co. R-iii
SUPERINTENDENT: Jason Price
E-MAIL: jprice@tuscumbialions.k12.mo.us
PHONE NUMBER: (573) 369-2375
526 School Rd
Tuscumbia, MO  65082

Miller R-ii
SUPERINTENDENT: Dustin Storm
E-MAIL: dstorm@millerschools.org
PHONE NUMBER: (417) 452-3515
110 W. Sixth St.
Miller, MO  65707

Mirabile C-1
SUPERINTENDENT: Troy Stemberger
E-MAIL: troystemberger@gmail.com
PHONE NUMBER: (816) 586-4129
2954 Sw State Rte D
Polo, MO  64671

Missouri City 56
SUPERINTENDENT: Jay Jackson
E-MAIL: jj@mocity.k12.mo.us
PHONE NUMBER: (816) 750-4391
700 E Main
Missouri City, MO  64072

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Mo Schls For The Sev Disabled
SUPERINTENDENT: Archie Derboven
E-MAIL: archie.derboven@dese.mo.gov
PHONE NUMBER: (573) 751-4427
205 Jefferson St
Jefferson City, MO 65102

Mo School For The Blind
SUPERINTENDENT: Geoffrey Barney
E-MAIL: geoffrey.barney@msb.dese.mo.gov
PHONE NUMBER: (314) 776-4320
3815 Magnolia Ave
St Louis, MO 63110

Mo School For The Deaf
SUPERINTENDENT: George Stailey
E-MAIL: george.stailey@msd.dese.mo.gov
PHONE NUMBER: (573) 592-4000
505 E 5Th St
Fulton, MO 65251

Mo Virtual Instruction Program
SUPERINTENDENT: Caysie Turner
E-MAIL: caysie.turner@dese.mo.gov
PHONE NUMBER: (573) 751-2453
205 Jefferson St
Jefferson City, MO 65102

Moberly
SUPERINTENDENT: Tim Roling
E-MAIL: timroling@moberlyspartans.org
PHONE NUMBER: (660) 269-2600
926 Kwix Rd
Moberly, MO 65270

Monett R-i
SUPERINTENDENT: Russ Moreland
E-MAIL: rmoreland@monettschools.org
PHONE NUMBER: (417) 235-7422
900 E Scott St
Monett, MO 65708

Moniteau Co. R-i
SUPERINTENDENT: Dwight Sanders
E-MAIL: dwight.sanders@californiak12.org
PHONE NUMBER: (573) 796-2145
211 S Owen St Ste B
California, MO 65018

Moniteau Co. R-v
SUPERINTENDENT: Jordan Hoecker
E-MAIL: jhoecker@lathambraves.com
PHONE NUMBER: (660) 458-6271
156 School St
Latham, MO 65050

Monroe City R-i
SUPERINTENDENT: Tony Degrave
E-MAIL: tdegrave@monroe.k12.mo.us
PHONE NUMBER: (573) 735-4631
401 Hwys 24-36 East
Monroe City, MO 63456

Montgomery Co. R-ii
SUPERINTENDENT: Tracy Bottoms
E-MAIL: tbottoms@mc-wildcats.org
PHONE NUMBER: (573) 564-2278
418 N Hwy 19
Montgomery City, MO 63361

Morgan Co. R-i
SUPERINTENDENT: Matt Unger
E-MAIL: matt.unger@mcr1.us
PHONE NUMBER: (573) 377-2217
701 N Oak St
Stover, MO 65078

Morgan Co. R-ii
SUPERINTENDENT: Steven Barnes
E-MAIL: barness@versaillestigers.org
PHONE NUMBER: (573) 378-4231
913 W Newton
Versailles, MO 65084

Mound City R-ii
SUPERINTENDENT: Ken Eaton
E-MAIL: ken.eaton@mndcty.k12.mo.us
PHONE NUMBER: (660) 442-3737
708 Nebraska St
Mound City, MO 64470

Mountain Grove R-iii
SUPERINTENDENT: Jim Dickey
E-MAIL: jdickey@mg.k12.mo.us
PHONE NUMBER: (417) 926-3177
207 E Fifth
Mountain Grove, MO 65711

Mountain View-birch Tree R-iii
SUPERINTENDENT: Don Christensen
E-MAIL: dchristensen@liberty.mvbt.k12.mo.us
PHONE NUMBER: (417) 934-2020
2 Hwy 60 East
Mountain View, MO 65548

Mt. Vernon R-v
SUPERINTENDENT: Scott Cook
E-MAIL: cookscott@mtvernon.k12.mo.us
PHONE NUMBER: (417) 466-7573
731 S Landrum St
Mt Vernon, MO 65712

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Naylor R-ii
SUPERINTENDENT: Terry Arnold
E-MAIL: terryarnold@naylor.k12.mo.us
PHONE NUMBER: (573) 399-2505
101 Batten Street
Naylor, MO  63953

Neelyville R-iv
SUPERINTENDENT: Debra Parish
E-MAIL: dparish@neelyville.k12.mo.us
PHONE NUMBER: (573) 989-3813
289 Broadway St
Neelyville, MO  63954

Nell Holcomb R-iv
SUPERINTENDENT: Bleau Deckerd
E-MAIL: bdeckerd@nhshawks.com
PHONE NUMBER: (573) 334-3644
6547 State Hwy 177
Cape Girardeau, MO  63701

Neosho R-v
SUPERINTENDENT: Jim Cummins
E-MAIL: cumminsjim@neoshosd.org
PHONE NUMBER: (417) 451-8600
418 Fairground Road
Neosho, MO  64850

Nevada R-v
SUPERINTENDENT: Tyson Beshore
E-MAIL: tbeshore@nevada.k12.mo.us
PHONE NUMBER: (417) 448-2000
811 W Hickory
Nevada, MO  64772

New Bloomfield R-iii
SUPERINTENDENT: Sarah Wisdom
E-MAIL: swisdom@nb.k12.mo.us
PHONE NUMBER: (573) 491-3700
307 Redwood Dr
New Bloomfield, MO  65063

New Franklin R-i
SUPERINTENDENT: Brian Cordel
E-MAIL: bcordel@nfranklin.k12.mo.us
PHONE NUMBER: (660) 848-2141
412 West Broadway
New Franklin, MO  65274

New Haven
SUPERINTENDENT: Josh Hoener
E-MAIL: hoener@newhavenschools.us
PHONE NUMBER: (573) 237-3231
100 Park Dr
New Haven, MO  63068

New Madrid Co. R-i
SUPERINTENDENT: Sam Duncan
E-MAIL: sduncan@newmadridco.k12.mo.us
PHONE NUMBER: (573) 688-2161
310 Us Hwy 61
New Madrid, MO  63869

New York R-iv
SUPERINTENDENT: Debra Ellis
E-MAIL: nyr4@centurytel.net
PHONE NUMBER: (816) 583-2563
6061 Ne State Rte U
Hamilton, MO  64644

Newburg R-ii
SUPERINTENDENT: Randy Caffey
E-MAIL: rcaffey@newburg.k12.mo.us
PHONE NUMBER: (573) 762-9653
701 Wolf Pride Dr
Newburg, MO  65550

Newtown-harris R-iii
SUPERINTENDENT: Lucas Mckinnis
E-MAIL: lmckinnis@nhtigers.k12.mo.us
PHONE NUMBER: (660) 794-2245
306 N Main
Newtown, MO  64667

Niangua R-v
SUPERINTENDENT: Thomas Bransfield
E-MAIL: tjbransfield@yahoo.com
PHONE NUMBER: (417) 473-6101
301 Rumsey St
Niangua, MO  65713

Nixa Public Schools
SUPERINTENDENT: Gearl Loden
E-MAIL: gearlloden@nixaschools.net
PHONE NUMBER: (417) 875-5400
301 South Main Street
Nixa, MO  65714

Nodaway-holt R-vii
SUPERINTENDENT: Jeff Blackford
E-MAIL: jblackford@nodholt.org
PHONE NUMBER: (660) 939-2137
318 S Taylor
Graham, MO  64455

Norborne R-viii
SUPERINTENDENT: Troy Lentz
E-MAIL: tlentz@norborneschools.com
PHONE NUMBER: (660) 593-3319
405 Pirate Ln
Norborne, MO  64668

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Normandy Schools Collaborative
SUPERINTENDENT: Marcus Robinson
E-MAIL: m.robinson@normandysc.org
PHONE NUMBER: (314) 493-0400
3855 Lucas And Hunt Rd
St Louis, MO  63121

North Andrew Co. R-vi
SUPERINTENDENT: Mark Mcdaniel
E-MAIL: mmcdaniel@northandrew.org
PHONE NUMBER: (816) 567-2965
9120 Hwy 48
Rosendale, MO  64483

North Callaway Co. R-i
SUPERINTENDENT: Nicky Kemp
E-MAIL: nkemp@nc.k12.mo.us
PHONE NUMBER: (573) 386-2214
2690 Thunderbird Dr.
Kingdom City, MO  65262

North Daviess R-iii
SUPERINTENDENT: Dan Street
E-MAIL: ndsuperintendent@gmail.com
PHONE NUMBER: (660) 828-4123
413 E 2Nd St
Jameson, MO  64647

North Harrison R-iii
SUPERINTENDENT: Todd Willhite
E-MAIL: willhitet@nhr3.net
PHONE NUMBER: (660) 867-5221
12023 Fir St
Eagleville, MO  64442

North Kansas City 74
SUPERINTENDENT: Dan Clemens
E-MAIL: daniel.clemens@nkcschools.org
PHONE NUMBER: (816) 413-5000
2000 Ne 46Th St
Kansas City, MO  64116

North Mercer Co. R-iii
SUPERINTENDENT: Dan Owens
E-MAIL: dowenshoops@northmercer.k12.mo.us
PHONE NUMBER: (660) 382-4214
22931 Main St
Mercer, MO  64661

North Nodaway Co. R-vi
SUPERINTENDENT: Chris Turpin
E-MAIL: cturpin@nnr6.org
PHONE NUMBER: (660) 778-3411
705 E Barnard
Hopkins, MO  64461

North Pemiscot Co. R-i
SUPERINTENDENT: Kim Emmons
E-MAIL: kemmons@northpem.k12.mo.us
PHONE NUMBER: (573) 628-3471
102 School Dr
Wardell, MO  63879

North Platte Co. R-i
SUPERINTENDENT: Karl Matt
E-MAIL: karl.matt@nppanthers.org
PHONE NUMBER: (816) 450-3511
212 W Sixth St
Dearborn, MO  64439

North Shelby
SUPERINTENDENT: Kim Gaines
E-MAIL: kimg@nshelby.k12.mo.us
PHONE NUMBER: (573) 633-2410
3071 Hwy 15
Shelbyville, MO  63469

North St. Francois Co. R-i
SUPERINTENDENT: Jeff Levy
E-MAIL: jlevy@ncsd.k12.mo.us
PHONE NUMBER: (573) 431-3300
300 Berry Rd
Bonne Terre, MO  63628

North Wood R-iv
SUPERINTENDENT: Paul Dodson
E-MAIL: dodson@northwood.k12.mo.us
PHONE NUMBER: (573) 729-4607
3734 N Hwy 19
Salem, MO  65560

Northeast Nodaway Co. R-v
SUPERINTENDENT: Ken Grove
E-MAIL: kgrove@nen.k12.mo.us
PHONE NUMBER: (660) 937-3125
126 S High School Ave
Ravenwood, MO  64479

Northeast Randolph Co. R-iv
SUPERINTENDENT: Darren Rapert
E-MAIL: drapert@ner4.k12.mo.us
PHONE NUMBER: (660) 263-2788
301 W Martin
Cairo, MO  65239

Northeast Vernon Co. R-i
SUPERINTENDENT: Charles Naas
E-MAIL: cnaas@nevc.k12.mo.us
PHONE NUMBER: (417) 465-2221
216 E Leslie Ave
Walker, MO  64790

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Northwest R-i
SUPERINTENDENT: Desi Kirchhofer
E-MAIL: dkirchhofer@northwestschools.net
PHONE NUMBER: (636) 677-3473
2843 Community Ln
High Ridge, MO  63049

Northwestern R-i
SUPERINTENDENT: Eric Hoyt
E-MAIL: ehoyt@northwestern.k12.mo.us
PHONE NUMBER: (660) 272-3201
18475 Hwy 11
Mendon, MO  64660

Norwood R-i
SUPERINTENDENT: Shannon Crain
E-MAIL: scrain@norwood.k12.mo.us
PHONE NUMBER: (417) 746-4101
675 N Hawk Ave
Norwood, MO  65717

Oak Grove R-vi
SUPERINTENDENT: Bryan Thomsen
E-MAIL: bthomsen@ogr6.org
PHONE NUMBER: (816) 690-4156
601 Se 12Th Street
Oak Grove, MO  64075

Oak Hill R-i
SUPERINTENDENT: Douglas Dunn
E-MAIL: ddunn@oakhillr1.k12.mo.us
PHONE NUMBER: (573) 729-5618
6200 S Hwy 19
Salem, MO  65560

Oak Ridge R-vi
SUPERINTENDENT: Adrian Eftink
E-MAIL: aeftink@oakridge.k12.mo.us
PHONE NUMBER: (573) 266-3218
4198 State Hwy E
Oak Ridge, MO  63769

Odessa R-vii
SUPERINTENDENT: Jon Oetinger
E-MAIL: jtirschel@odessar7.net
PHONE NUMBER: (816) 633-5316
701 S Third
Odessa, MO  64076

Oran R-iii
SUPERINTENDENT: Adam Friga
E-MAIL: afriga@oran.k12.mo.us
PHONE NUMBER: (573) 262-2330
310 Church St.
Oran, MO  63771

Orchard Farm R-v
SUPERINTENDENT: Tom Muzzey
E-MAIL: tmuzzey@ofr5.com
PHONE NUMBER: (636) 250-5000
2165 Hwy V
Saint Charles, MO  63301

Orearville R-iv
SUPERINTENDENT: Meghan Tichenor
E-MAIL: just_meg@sbcglobal.net
PHONE NUMBER: (660) 529-2481
32524 E. Highway P
Slater, MO  65349

Oregon-howell R-iii
SUPERINTENDENT: Seth Bryant
E-MAIL: bryant@koshk12.org
PHONE NUMBER: (417) 867-5601
100 School Street
Koshkonong, MO  65692

Orrick R-xi
SUPERINTENDENT: Scott Archibald
E-MAIL: sarchibald@orrick.k12.mo.us
PHONE NUMBER: (816) 770-0094
100 Kirkham Street
Orrick, MO  64077

Osage Co. R-i
SUPERINTENDENT: Lyle Best
E-MAIL: bestl@osager1.com
PHONE NUMBER: (573) 763-5666
614 S Poplar St
Chamois, MO  65024

Osage Co. R-ii
SUPERINTENDENT: Dena Smith
E-MAIL: smithd@linn.k12.mo.us
PHONE NUMBER: (573) 897-4200
1212 E Main St
Linn, MO  65051

Osage Co. R-iii
SUPERINTENDENT: Chuck Woody
E-MAIL: woodyc@fatimacomets.org
PHONE NUMBER: (573) 455-2375
143 E Main St
Westphalia, MO  65085

Osborn R-o
SUPERINTENDENT: Rick Goin
E-MAIL: rick.goin@osbornwildcats.net
PHONE NUMBER: (816) 675-2217
275 Clinton Ave
Osborn, MO  64474

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Osceola
SUPERINTENDENT: Michael Fransen
E-MAIL: mfransen@osceola.k12.mo.us
PHONE NUMBER: (417) 646-8143
76 Se Hwy Ww
Osceola, MO  64776

Otterville R-vi
SUPERINTENDENT: Chad Harter
E-MAIL: charter@ottervillervi.k12.mo.us
PHONE NUMBER: (660) 366-4391
101 W Georgetown St
Otterville, MO  65348

Ozark R-vi
SUPERINTENDENT: Chris Bauman
E-MAIL: chrisbauman@ozarktigers.org
PHONE NUMBER: (417) 582-5900
302 N 4Th Ave
Ozark, MO  65721

Ozarks Technical Comm College
SUPERINTENDENT: Hal Higdon
E-MAIL: higdonh@otc.edu
PHONE NUMBER: (417) 447-7500
1001 E Chestnut Expy
Springfield, MO  65802

Palmyra R-i
SUPERINTENDENT: Kirt Malone
E-MAIL: malonek@palmyra.k12.mo.us
PHONE NUMBER: (573) 769-2066
1703 S Main
Palmyra, MO  63461

Paris R-ii
SUPERINTENDENT: Aaron Vitt
E-MAIL: avitt@paris.k12.mo.us
PHONE NUMBER: (660) 327-4112
740 Cleveland St
Paris, MO  65275

Park Hill
SUPERINTENDENT: Jeanette Cowherd
E-MAIL: cowherdj@parkhill.k12.mo.us
PHONE NUMBER: (816) 359-4050
7703 Nw Barry Rd
Kansas City, MO  64153

Parkway C-2
SUPERINTENDENT: Keith Marty
E-MAIL: kmarty@parkwayschools.net
PHONE NUMBER: (314) 415-8100
455 N Woods Mill Rd
Chesterfield, MO  63017

Pattonsburg R-ii
SUPERINTENDENT: Scott Ireland
E-MAIL: sireland@pattonsburg.k12.mo.us
PHONE NUMBER: (660) 367-2111
1 Panther Dr
Pattonsburg, MO  64670

Pattonville R-iii
SUPERINTENDENT: Tim Pecoraro
E-MAIL: tpecoraro@psdr3.org
PHONE NUMBER: (314) 213-8500
11097 St Charles Rock Rd
St Ann, MO  63074

Pemiscot Co. R-iii
SUPERINTENDENT: Joey Watkins
E-MAIL: jwatkins@r3.k12.mo.us
PHONE NUMBER: (573) 333-1856
1727 County Highway 536
Caruthersville, MO  63830

Pemiscot Co. Spec. Sch. Dist.
SUPERINTENDENT: Doug White
E-MAIL: dwhite@pcssd.k12.mo.us
PHONE NUMBER: (573) 359-0021
1317 W State Hwy 84
Hayti, MO  63851

Perry Co. 32
SUPERINTENDENT: Andy Comstock
E-MAIL: acomstock@pcsd32.com
PHONE NUMBER: (573) 547-7500
326 College St
Perryville, MO  63775

Pettis Co. R-v
SUPERINTENDENT: Amy Fagg
E-MAIL: afagg@northwest.k12.mo.us
PHONE NUMBER: (660) 827-0772
16215 Hwy H
Hughesville, MO  65334

Pettis Co. R-xii
SUPERINTENDENT: Travis Moore
E-MAIL: tmoore@pettisr12.k12.mo.us
PHONE NUMBER: (660) 826-5385
22675 Depot Rd
Sedalia, MO  65301

Phelps Co. R-iii
SUPERINTENDENT: John Fluhrer
E-MAIL: jfluhrer@pcr3.k12.mo.us
PHONE NUMBER: (573) 435-6293
17790 State Rte M
Edgar Springs, MO  65462

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Pierce City R-vi
SUPERINTENDENT: Kelli Alumbaugh
E-MAIL: kalumbaugh@pcschools.net
PHONE NUMBER: (417) 476-2555
300 Myrtle St
Pierce City, MO  65723

Pike Co. R-iii
SUPERINTENDENT: Mark Harvey
E-MAIL: harvey@clopton.k12.mo.us
PHONE NUMBER: (573) 242-3546
28176 Hwy Ww
Clarksville, MO  63336

Pilot Grove C-4
SUPERINTENDENT: Ashley Groepper
E-MAIL: agroepper@pilotgrove.k12.mo.us
PHONE NUMBER: (660) 834-6915
107 School St
Pilot Grove, MO  65276

Plainview R-viii
SUPERINTENDENT: Brenda Reed
E-MAIL: brendareed@plainviewschool.org
PHONE NUMBER: (417) 683-2046
Hwy 76 & Co Road 434
Ava, MO  65608

Plato R-v
SUPERINTENDENT: Kim Hawk
E-MAIL: khawk@plato.k12.mo.us
PHONE NUMBER: (417) 458-3333
10645 Plato Dr
Plato, MO  65552

Platte Co. R-iii
SUPERINTENDENT: Mike Reik
E-MAIL: reikm@platteco.k12.mo.us
PHONE NUMBER: (816) 858-5420
998 Platte Falls Rd
Platte City, MO  64079

Pleasant Hill R-iii
SUPERINTENDENT: Steven Meyers
E-MAIL: smeyers@pleasanthillschools.com
PHONE NUMBER: (816) 540-3161
318 Cedar St
Pleasant Hill, MO  64080

Pleasant Hope R-vi
SUPERINTENDENT: Kelly Lowe
E-MAIL: klowe@phr6.org
PHONE NUMBER: (417) 267-2850
303 N Main St
Pleasant Hope, MO  65725

Pleasant View R-vi
SUPERINTENDENT: Rebecca Steinhoff
E-MAIL: rsteinhoff@pleasantviewr6.org
PHONE NUMBER: (660) 359-3438
128 Se 20Th St
Trenton, MO  64683

Polo R-vii
SUPERINTENDENT: Kyle Ross
E-MAIL: rossk@polo.k12.mo.us
PHONE NUMBER: (660) 354-2326
300 W School St
Polo, MO  64671

Poplar Bluff R-i
SUPERINTENDENT: Scott Dill
E-MAIL: scottdill@pb.k12.mo.us
PHONE NUMBER: (573) 785-7751
1110 N Westwood Blvd
Poplar Bluff, MO  63901

Portageville
SUPERINTENDENT: Michael Allred
E-MAIL: mallred@portageville.k12.mo.us
PHONE NUMBER: (573) 379-3855
904 King Ave
Portageville, MO  63873

Prairie Home R-v
SUPERINTENDENT: Scott Gemes
E-MAIL: sgemes@prairiehome.k12.mo.us
PHONE NUMBER: (660) 841-5296
301 Hwy 87
Prairie Home, MO  65068

Princeton R-v
SUPERINTENDENT: Jerry Girdner
E-MAIL: jgirdner@tigertown.k12.mo.us
PHONE NUMBER: (660) 748-3211
1008 E Coleman
Princeton, MO  64673

Purdy R-ii
SUPERINTENDENT: Mindi Gates
E-MAIL: mgates@purdyk12.com
PHONE NUMBER: (417) 442-3216
201 S Gabby Gibbons Drive
Purdy, MO  65734

Putnam Co. R-i
SUPERINTENDENT: Heath Halley
E-MAIL: hhalley@putnamcountyr1.net
PHONE NUMBER: (660) 947-3361
803 S 20Th
Unionville, MO  63565

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Puxico R-viii
SUPERINTENDENT: Cindy Crabb
E-MAIL: ccrabb@puxico.k12.mo.us
PHONE NUMBER: (573) 222-3762
481 N Bedford St
Puxico, MO  63960

Ralls Co. R-ii
SUPERINTENDENT: Tara Lewis
E-MAIL: tlewis@rallsr2.k12.mo.us
PHONE NUMBER: (573) 267-3397
21622 Hwy 19
Center, MO  63436

Raymondville R-vii
SUPERINTENDENT: Dana Buschmann
E-MAIL: buschmannd@rville.k12.mo.us
PHONE NUMBER: (417) 457-6237
135 W Hwy B
Raymondville, MO  65555

Raymore-peculiar R-ii
SUPERINTENDENT: Mike Slagle
E-MAIL: mike.slagle@raypec.org
PHONE NUMBER: (816) 892-1300
21005 S School Rd
Peculiar, MO  64078

Raytown C-2
SUPERINTENDENT: Allan Markley
E-MAIL: allan.markley@raytownschools.org
PHONE NUMBER: (816) 268-7000
6608 Raytown Rd
Raytown, MO  64133

Reeds Spring R-iv
SUPERINTENDENT: Cody Hirschi
E-MAIL: chirschi@wolves.k12.mo.us
PHONE NUMBER: (417) 272-8173
20281 State Hwy 413
Reeds Spring, MO  65737

Renick R-v
SUPERINTENDENT: Lisa Borden
E-MAIL: lborden@renick.k12.mo.us
PHONE NUMBER: (660) 263-4886
101 Middle St
Renick, MO  65278

Republic R-iii
SUPERINTENDENT: Matt Pearce
E-MAIL: matt.pearce@republicschools.org
PHONE NUMBER: (417) 732-3605
518 N Hampton
Republic, MO  65738

Rich Hill R-iv
SUPERINTENDENT: Kevin Goddard
E-MAIL: kgoddard@richhill.k12.mo.us
PHONE NUMBER: (417) 395-2418
703 N Third
Rich Hill, MO  64779

Richards R-v
SUPERINTENDENT: Melonie Bunn
E-MAIL: mbunn@richardsschool.k12.mo.us
PHONE NUMBER: (417) 256-5239
3461 County Rd 1710
West Plains, MO  65775

Richland R-i
SUPERINTENDENT: Frank Killian
E-MAIL: fkillian@richland.k12.mo.us
PHONE NUMBER: (573) 283-5332
24456 State Hwy 114
Essex, MO  63846

Richland R-iv
SUPERINTENDENT: Brian Lee
E-MAIL: blee@richlandbears.us
PHONE NUMBER: (573) 765-3241
714 E Jefferson
Richland, MO  65556

Richmond R-xvi
SUPERINTENDENT: Greg Darling
E-MAIL: gdarling@richmondspartans.org
PHONE NUMBER: (816) 776-6912
1017 E Main St
Richmond, MO  64085

Richwoods R-vii
SUPERINTENDENT: Bethany Deal
E-MAIL: bdeal@richwoods.k12.mo.us
PHONE NUMBER: (573) 678-2257
10788 State Hwy A
Richwoods, MO  63071

Ridgeway R-v
SUPERINTENDENT: Dustin Freeman
E-MAIL: dfreeman@rhsk12.org
PHONE NUMBER: (660) 872-6813
305 Main St
Ridgeway, MO  64481

Ripley Co. R-iii
SUPERINTENDENT: Cody Young
E-MAIL: codyyoung@gatewoodmustangs.org
PHONE NUMBER: (573) 255-3213
Hwy 142 & Co Rd 142 W-4
Gatewood, MO  63942

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Ripley Co. R-iv
SUPERINTENDENT: Carly Carter
E-MAIL: ccarter@lonestar.k12.mo.us
PHONE NUMBER: (573) 996-7118
Hwy 160 & Co Rd 160 W-3
Doniphan, MO  63935

Risco R-ii
SUPERINTENDENT: Amy Baker
E-MAIL: abaker@risco.k12.mo.us
PHONE NUMBER: (573) 396-5568
Hwy 62
Risco, MO  63874

Ritenour
SUPERINTENDENT: Chris Kilbride
E-MAIL: kilbridec@ritenour.k12.mo.us
PHONE NUMBER: (314) 493-6010
2420 Woodson Rd
St Louis, MO  63114

Riverview Gardens
SUPERINTENDENT: Scott Spurgeon
E-MAIL: sspurgeon@rgsd.k12.mo.us
PHONE NUMBER: (314) 869-2505
1370 Northumberland
St Louis, MO  63137

Rock Port R-ii
SUPERINTENDENT: Ethan Sickels
E-MAIL: ethan.sickels@rpbluejays.com
PHONE NUMBER: (660) 744-6298
600 S Nebraska St
Rock Port, MO  64482

Rockwood R-vi
SUPERINTENDENT: Mark Miles
E-MAIL: milesmark@rsdmo.org
PHONE NUMBER: (636) 733-2000
111 E North St
Eureka, MO  63025

Rolla 31
SUPERINTENDENT: Craig Hounsom
E-MAIL: chounsom@rolla31.org
PHONE NUMBER: (573) 458-0100
500A Forum Dr
Rolla, MO  65401

Roscoe C-1
SUPERINTENDENT: Lexie Scott
E-MAIL: lexscott@roscoeschool.org
PHONE NUMBER: (417) 646-2376
1515 Sw 300 Rd
Osceola, MO  64776

Salem R-80
SUPERINTENDENT: John Mccolloch
E-MAIL: john.mccolloch@salemr80.org
PHONE NUMBER: (573) 729-6642
1409 W Rolla Rd
Salem, MO  65560

Salisbury R-iv
SUPERINTENDENT: Troy Clawson
E-MAIL: tclawson@salisbury.k12.mo.us
PHONE NUMBER: (660) 388-6699
1000 S Maple Ave
Salisbury, MO  65281

Santa Fe R-x
SUPERINTENDENT: Derek Lark
E-MAIL: dlark@santafechiefs.k12.mo.us
PHONE NUMBER: (660) 674-2238
108 N Chiefs
Alma, MO  64001

Sarcoxie R-ii
SUPERINTENDENT: Phil Lewis
E-MAIL: plewis@sarcoxie.k12.mo.us
PHONE NUMBER: (417) 548-3134
101 S 17Th St
Sarcoxie, MO  64862

Savannah R-iii
SUPERINTENDENT: Eric Kurre
E-MAIL: ekurre@savannahr3.com
PHONE NUMBER: (816) 324-3144
408 W Market St
Savannah, MO  64485

School Of The Osage
SUPERINTENDENT: Laura Nelson
E-MAIL: nelsonl@osageschools.org
PHONE NUMBER: (573) 365-4091
1501 School Rd
Lake Ozark, MO  65049

Schuyler Co. R-i
SUPERINTENDENT: Steve Carvajal
E-MAIL: scarvajal@schuyler.k12.mo.us
PHONE NUMBER: (660) 766-2204
1170 N Hwy 63
Queen City, MO  63561

Scotland Co. R-i
SUPERINTENDENT: Ryan Bergeson
E-MAIL: rbergeson@scotland.k12.mo.us
PHONE NUMBER: (660) 465-8531
438 West Lovers Lane
Memphis, MO  63555

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Scott City R-i
SUPERINTENDENT: Michael Umfleet
E-MAIL: umfleetm@scschools.k12.mo.us
PHONE NUMBER: (573) 264-2381
3000 Main St
Scott City, MO  63780

Scott Co. Central
SUPERINTENDENT: Brian Hukel
E-MAIL: bhukel@scottcentral.k12.mo.us
PHONE NUMBER: (573) 471-2686
20794 Us Hwy 61
Sikeston, MO  63801

Scott Co. R-iv
SUPERINTENDENT: Kevin Cogdill
E-MAIL: kevin.cogdill@kellyhawks.org
PHONE NUMBER: (573) 545-3541
4035 State Hwy 77
Benton, MO  63736

Sedalia 200
SUPERINTENDENT: Steve Triplett
E-MAIL: tripletts@sedalia200.org
PHONE NUMBER: (660) 829-6450
2806 Matthew Dr
Sedalia, MO  65301

Senath-hornersville C-8
SUPERINTENDENT: Chad Morgan
E-MAIL: cmorgan@shs.k12.mo.us
PHONE NUMBER: (573) 738-2669
803 S State
Senath, MO  63876

Seneca R-vii
SUPERINTENDENT: Brandon Eggleston
E-MAIL: beggleston@senecar7.com
PHONE NUMBER: (417) 776-3426
914 Frisco St
Seneca, MO  64865

Seymour R-ii
SUPERINTENDENT: Steve Richards
E-MAIL: srichards@seymourschool.net
PHONE NUMBER: (417) 935-2287
416 E Clinton Ave
Seymour, MO  65746

Shawnee R-iii
SUPERINTENDENT: Nancy Akert
E-MAIL: akert@shawnee.k12.mo.us
PHONE NUMBER: (660) 885-3620
1193 N Hwy 13
Chilhowee, MO  64733

Shelby Co. R-iv
SUPERINTENDENT: Tim Maddex
E-MAIL: tmaddex@cardinals.k12.mo.us
PHONE NUMBER: (573) 588-4961
4154 Hwy 36
Shelbina, MO  63468

Sheldon R-viii
SUPERINTENDENT: Jason Irwin
E-MAIL: jirwin@sheldon.k12.mo.us
PHONE NUMBER: (417) 884-5113
100 E Gene Lathrop Dr
Sheldon, MO  64784

Shell Knob 78
SUPERINTENDENT: Shelly Fransen
E-MAIL: sfransen@shellknob78.com
PHONE NUMBER: (417) 858-6743
24400 State Hwy 39
Shell Knob, MO  65747

Sherwood Cass R-viii
SUPERINTENDENT: Steve Ritter
E-MAIL: steve.ritter@sherwoodk12.net
PHONE NUMBER: (660) 499-2239
33300 S Sherwood Dr
Creighton, MO  64739

Sikeston R-6
SUPERINTENDENT: Tony Robinson
E-MAIL: trobinson@spsr6.org
PHONE NUMBER: (573) 472-2581
1002 Virginia
Sikeston, MO  63801

Silex R-i
SUPERINTENDENT: Rod Hamlett
E-MAIL: rodhamlett@silex.k12.mo.us
PHONE NUMBER: (573) 384-5227
64 Hwy Uu
Silex, MO  63377

Skyline R-ii
SUPERINTENDENT: Donnie Luna
E-MAIL: dluna@skyliner2.net
PHONE NUMBER: (417) 683-4874
Missouri 76 & Hwy C
Norwood, MO  65717

Slater
SUPERINTENDENT: Debbie Gonzalez
E-MAIL: dgonzalez@slaterschools.net
PHONE NUMBER: (660) 529-2278
515 N Elm
Slater, MO  65349

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Smithton R-vi
SUPERINTENDENT: David Bray
E-MAIL: brayd@smithton.k12.mo.us
PHONE NUMBER: (660) 343-5316
505 S Myrtle
Smithton, MO 65350

Smithville R-ii
SUPERINTENDENT: Todd Schuetz
E-MAIL: schuetzt@smithville.k12.mo.us
PHONE NUMBER: (816) 532-0406
655 S Commercial
Smithville, MO 64089

South Callaway Co. R-ii
SUPERINTENDENT: Kevin Hillman
E-MAIL: kevin.hillman@sc.k12.mo.us
PHONE NUMBER: (573) 676-5225
10135 State Rd C
Mokane, MO 65059

South Harrison Co. R-ii
SUPERINTENDENT: Dennis Eastin
E-MAIL: deastin@shr2.k12.mo.us
PHONE NUMBER: (660) 425-8044
3400 Bulldog Ave
Bethany, MO 64424

South Holt Co. R-i
SUPERINTENDENT: Bob Ottman
E-MAIL: ottmanb@southholtr1.com
PHONE NUMBER: (660) 446-2282
201 S Barbour
Oregon, MO 64473

South Iron Co. R-i
SUPERINTENDENT: Don Wakefield
E-MAIL: dwakefield@sipanthers.k12.mo.us
PHONE NUMBER: (573) 598-4241
210 School St
Annapolis, MO 63620

South Nodaway Co. R-iv
SUPERINTENDENT: Johnnie Silkett
E-MAIL: johnnie.silkett@southnodaway.k12.mo.us
PHONE NUMBER: (660) 652-3221
209 Morehouse
Barnard, MO 64423

South Pemiscot Co. R-v
SUPERINTENDENT: Chris Moore
E-MAIL: cmoore@southpemiscot.com
PHONE NUMBER: (573) 695-4426
611 Beasley Rd
Steele, MO 63877

Southern Boone Co. R-i
SUPERINTENDENT: Chris Felmlee
E-MAIL: cfelmlee@ashland.k12.mo.us
PHONE NUMBER: (573) 657-2147
303 N Main
Ashland, MO 65010

Southern Reynolds Co. R-ii
SUPERINTENDENT: Paula King
E-MAIL: pking@ewhippets.com
PHONE NUMBER: (573) 663-3591
One School St
Ellington, MO 63638

Southland C-9
SUPERINTENDENT: Misty Galloway
E-MAIL: mgalloway@southland.k12.mo.us
PHONE NUMBER: (573) 654-3574
500 S Main
Cardwell, MO 63829

Southwest Livingston Co. R-i
SUPERINTENDENT: Burnie Schneiderheinze
E-MAIL: bschneiderheinze@southwestr1.org
PHONE NUMBER: (660) 738-4433
4944 Hwy Dd
Ludlow, MO 64656

Southwest R-v
SUPERINTENDENT: Tosha Tilford
E-MAIL: ttilford@swr5.net
PHONE NUMBER: (417) 826-5410
529 E Pineville Road
Washburn, MO 65772

Sparta R-iii
SUPERINTENDENT: Rocky Valentine
E-MAIL: rvalentine@sparta.k12.mo.us
PHONE NUMBER: (417) 634-4284
217 Division St
Sparta, MO 65753

Specl. Sch. Dst. St. Louis Co.
SUPERINTENDENT: Elizabeth Keenan
E-MAIL: ekeenan@ssdmo.org
PHONE NUMBER: (314) 989-8100
12110 Clayton Rd
Town & Country, MO 63131

Spickard R-ii
SUPERINTENDENT: Kristi Weldon
E-MAIL: kweldon@spickard.k12.mo.us
PHONE NUMBER: (660) 485-6121
105 N 4Th St
Spickard, MO 64679

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Spokane R-vii
SUPERINTENDENT: Della Freeman
E-MAIL: BellFreemand@spokane.k12.mo.us
PHONE NUMBER: (417) 443-2200
167 Kentling Ave
Highlandville, MO  65669

Spring Bluff R-xv
SUPERINTENDENT: Jeannie Jenkins
E-MAIL: jjenkins@springbluffpirates.com
PHONE NUMBER: (573) 457-8302
9374 Hwy 185
Sullivan, MO  63080

Springfield R-xii
SUPERINTENDENT: John Jungmann
E-MAIL: jejungmann@spsmail.org
PHONE NUMBER: (417) 523-0000
1359 E. St. Louis St.
Springfield, MO  65802

St. Charles R-vi
SUPERINTENDENT: Jason Sefrit
E-MAIL: jsefrit@stcharlessd.org
PHONE NUMBER: (636) 443-4000
400 N Sixth Street
St Charles, MO  63301

St. Clair R-xiii
SUPERINTENDENT: Kyle Kruse
E-MAIL: kkruse@stcmo.org
PHONE NUMBER: (636) 629-3500
905 Bardot St
St Clair, MO  63077

St. Elizabeth R-iv
SUPERINTENDENT: Doug Kempker
E-MAIL: doug@ste.k12.mo.us
PHONE NUMBER: (573) 493-2246
240 Church St
St Elizabeth, MO  65075

St. James R-i
SUPERINTENDENT: Merlyn Johnson
E-MAIL: mj@stjschools.org
PHONE NUMBER: (573) 265-2300
122 E Scioto St
St James, MO  65559

St. Joseph
SUPERINTENDENT: Doug Vanzyl
E-MAIL: doug.vanzyl@sjsd.k12.mo.us
PHONE NUMBER: (816) 671-4000
925 Felix
St Joseph, MO  64501

St. Louis City
SUPERINTENDENT: Kelvin Adams
E-MAIL: kelvin.adams@slps.org
PHONE NUMBER: (314) 231-3720
801 N 11Th St
St Louis, MO  63101

Stanberry R-ii
SUPERINTENDENT: Robert Heddinger
E-MAIL: rheddinger@stanberryschools.org
PHONE NUMBER: (660) 783-2136
610 N Park St
Stanberry, MO  64489

State Fair Community College
SUPERINTENDENT: Joanna Anderson
E-MAIL: janderson@sfccmo.edu
PHONE NUMBER: (877) 311-7322
3201 W 16Th St
Sedalia, MO  65301

Ste. Genevieve Co. R-ii
SUPERINTENDENT: Julie Flieg
E-MAIL: jflieg@sgdragons.org
PHONE NUMBER: (573) 883-4500
375 N Fifth St
Ste Genevieve, MO  63670

Steelville R-iii
SUPERINTENDENT: Mike Whittaker
E-MAIL: mwhittaker@steelville.k12.mo.us
PHONE NUMBER: (573) 775-2175
817 W Main
Steelville, MO  65565

Stewartsville C-2
SUPERINTENDENT: Michael Stephenson
E-MAIL: mstephenson@stewartsville.k12.mo.us
PHONE NUMBER: (816) 669-3792
902 Buchanan
Stewartsville, MO  64490

Stockton R-i
SUPERINTENDENT: Doug Crawford
E-MAIL: dcrawford@stockton.k12.mo.us
PHONE NUMBER: (417) 276-5143
906 South St
Stockton, MO  65785

Stoutland R-ii
SUPERINTENDENT: Chuck Stockton
E-MAIL: stocktonc@stoutlandschools.com
PHONE NUMBER: (417) 286-3711
7584 State Rd T
Stoutland, MO  65567

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Strafford R-vi
SUPERINTENDENT: Brett Soden
E-MAIL: bretts@straffordschools.net
PHONE NUMBER: (417) 736-7000
201 W Mccabe
Strafford, MO  65757

Strain-japan R-xvi
SUPERINTENDENT: Kathy Vandegriffe
E-MAIL: mrsvandegriffe@strainjapan.com
PHONE NUMBER: (573) 627-3243
4640 Hwy H
Sullivan, MO  63080

Strasburg C-3
SUPERINTENDENT: Larry Arnone
E-MAIL: larnone@strasburg.k12.mo.us
PHONE NUMBER: (816) 680-3333
600 W State Rte E
Strasburg, MO  64090

Sturgeon R-v
SUPERINTENDENT: Geoff Neill
E-MAIL: gneill@sturgeon.k12.mo.us
PHONE NUMBER: (573) 687-3515
210 W Patton
Sturgeon, MO  65284

Success R-vi
SUPERINTENDENT: David Russell
E-MAIL: drussell@success.k12.mo.us
PHONE NUMBER: (417) 967-2597
10341 Hwy 17
Success, MO  65570

Sullivan
SUPERINTENDENT: Jana Thornsberry
E-MAIL: jana@sullivaneagles.org
PHONE NUMBER: (573) 468-5171
138 Taylor St
Sullivan, MO  63080

Summersville R-ii
SUPERINTENDENT: Rick Stark
E-MAIL: starkr@sville.k12.mo.us
PHONE NUMBER: (417) 932-4045
525 Rogers Ave
Summersville, MO  65571

Sunrise R-ix
SUPERINTENDENT: Armand Spurgin
E-MAIL: aspurgin@sunrise-r9.org
PHONE NUMBER: (636) 586-6660
4485 Sunrise School Rd
Desoto, MO  63020

Swedeborg R-iii
SUPERINTENDENT: Doug Jacobson
E-MAIL: djacobson@swedeborgpanthers.org
PHONE NUMBER: (573) 736-2735
17507 Hwy T
Richland, MO  65556

Sweet Springs R-vii
SUPERINTENDENT: Lori Price
E-MAIL: lprice@sweetsprings.k12.mo.us
PHONE NUMBER: (660) 335-4860
600 East Marshall St.
Sweet Springs, MO  65351

Taneyville R-ii
SUPERINTENDENT: Tara Roberts
E-MAIL: tara.roberts@taneyville.k12.mo.us
PHONE NUMBER: (417) 546-5803
302 Myrtle St
Taneyville, MO  65759

Tarkio R-i
SUPERINTENDENT: Karma Coleman
E-MAIL: colkar@tarkio.k12.mo.us
PHONE NUMBER: (660) 736-4161
312 S Eleventh St
Tarkio, MO  64491

Thayer R-ii
SUPERINTENDENT: Tonya Woods
E-MAIL: twoods@thayer.k12.mo.us
PHONE NUMBER: (417) 264-4600
401 E Walnut St
Thayer, MO  65791

Thornfield R-i
SUPERINTENDENT: Michael Wallace
E-MAIL: thornfieldr1school@gmail.com
PHONE NUMBER: (417) 265-3212
37 County Road 855
Thornfield, MO  65762

Tina-avalon R-ii
SUPERINTENDENT: Jana Holcer
E-MAIL: jholcer@tinaavalon.k12.mo.us
PHONE NUMBER: (660) 622-4211
11896 Hwy 65
Tina, MO  64682

Tipton R-vi
SUPERINTENDENT: Terry Robinson
E-MAIL: robinsont@tipton.k12.mo.us
PHONE NUMBER: (660) 433-5520
305 U.S. Highway 50 East
Tipton, MO  65081

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Trenton R-ix
SUPERINTENDENT: Michael Stegman
E-MAIL: mstegman@trentonr9.k12.mo.us
PHONE NUMBER: (660) 359-3994
1607 Normal St
Trenton, MO  64683

Tri-county R-vii
SUPERINTENDENT: David Probasco
E-MAIL: dprobasco@trico.k12.mo.us
PHONE NUMBER: (660) 684-6118
904 W Auberry Grove
Jamesport, MO 64648

Troy R-iii
SUPERINTENDENT: Mark Penny
E-MAIL: pennym@troy.k12.mo.us
PHONE NUMBER: (636) 462-6098
951 W College
Troy, MO 63379

Twin Rivers R-x
SUPERINTENDENT: Ben Johnson
E-MAIL: bjohnson@tr10.us
PHONE NUMBER: (573) 328-4321
9348 Hwy 51
Broseley, MO  63932

Union R-xi
SUPERINTENDENT: Steve Weinhold
E-MAIL: weinholds@unionrxi.org
PHONE NUMBER: (636) 583-8626
770 Independence Dr
Union, MO  63084

Union Star R-ii
SUPERINTENDENT: Rick Calloway
E-MAIL: rcalloway@usr2.com
PHONE NUMBER: (816) 593-2294
6132 Nw State Rte Z
Union Star, MO 64494

University City
SUPERINTENDENT: Sharonica Hardin
E-MAIL: shardin@ucityschools.org
PHONE NUMBER: (314) 290-4001
8136 Groby Rd
University City, MO 63130

Valley Park
SUPERINTENDENT: Tim Dilg
E-MAIL: tdilg@vp.k12.mo.us
PHONE NUMBER: (636) 923-3500
1 Main St
Valley Park, MO  63088

Valley R-vi
SUPERINTENDENT: Michael Silvy
E-MAIL: msilvy@valley.k12.mo.us
PHONE NUMBER: (573) 779-3446
1 Viking Dr
Caledonia, MO  63631

Van Buren R-i
SUPERINTENDENT: Jeff Davis
E-MAIL: jdavis@vanburen.k12.mo.us
PHONE NUMBER: (573) 323-4281
906 Broadway
Van Buren, MO 63965

Van-far R-i
SUPERINTENDENT: John Fortney
E-MAIL: jfortney@vf.k12.mo.us
PHONE NUMBER: (573) 594-6111
2200 Hwy 54 West
Vandalia, MO  63382

Verona R-vii
SUPERINTENDENT: Tony Simmons
E-MAIL: tsimmons@veronar7.net
PHONE NUMBER: (417) 498-2274
101 E Ella St
Verona, MO 65769

Walnut Grove R-v
SUPERINTENDENT: Adam Willard
E-MAIL: awillard@wgtigers.com
PHONE NUMBER: (417) 788-2543
300 E College
Walnut Grove, MO 65770

Warren Co. R-iii
SUPERINTENDENT: Gregg Klinginsmith
E-MAIL: klinginsmithgt@warrencor3.k12.mo.us
PHONE NUMBER: (636) 456-6901
385 W. Veterans Memorial Pkwy
Warrenton, MO 63383

Warrensburg R-vi
SUPERINTENDENT: Andy Kohl
E-MAIL: akohl@warrensburgr6.org
PHONE NUMBER: (660) 747-7823
201 South Holden Street
Warrensburg, MO  64093

Warsaw R-ix
SUPERINTENDENT: Shawn Poyser
E-MAIL: spoyser@warsawk12.org
PHONE NUMBER: (660) 438-7120
20363 Lane Of Champions
Warsaw, MO  65355

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Washington
SUPERINTENDENT: Lori Vanleer
E-MAIL: lori.vanleer@washington.k12.mo.us
PHONE NUMBER: (636) 231-2000
220 Locust St
Washington, MO  63090

Waynesville R-vi
SUPERINTENDENT: Brian Henry
E-MAIL: bhenry@waynesville.k12.mo.us
PHONE NUMBER: (573) 842-2097
200 Fleetwood Dr
Waynesville, MO  65583

Weaubleau R-iii
SUPERINTENDENT: Eric Wilken
E-MAIL: eric.wilken@weaubleau.k12.mo.us
PHONE NUMBER: (417) 428-3317
509 N Center
Weaubleau, MO  65774

Webb City R-vii
SUPERINTENDENT: Anthony Rossetti
E-MAIL: trossetti@wcr7.org
PHONE NUMBER: (417) 673-6000
411 N Madison
Webb City, MO  64870

Webster Groves
SUPERINTENDENT: John Simpson
E-MAIL: simpson.john@wgmail.org
PHONE NUMBER: (314) 961-1233
400 E Lockwood Ave
Webster Groves, MO  63119

Wellington-napoleon R-ix
SUPERINTENDENT: Mindy Hampton
E-MAIL: mhampton@wntigers.net
PHONE NUMBER: (816) 240-2621
800 Hwy 131
Wellington, MO  64097

Wellsville Middletown R-i
SUPERINTENDENT: Erin Oligschlaeger
E-MAIL: erinoligschlaeger@wmr1.k12.mo.us
PHONE NUMBER: (573) 684-2428
900 Burlington Rd
Wellsville, MO  63384

Wentzville R-iv
SUPERINTENDENT: Curtis Cain
E-MAIL: curtiscain@wsdr4.org
PHONE NUMBER: (636) 327-3800
One Campus Dr
Wentzville, MO  63385

West Nodaway Co. R-i
SUPERINTENDENT: Mitch Barnes
E-MAIL: mbarnes@wnrockets.com
PHONE NUMBER: (660) 725-4613
17665 Us Hwy 136
Burlington Jct, MO  64428

West Plains R-vii
SUPERINTENDENT: Lori Wilson
E-MAIL: lori.wilson@zizzers.org
PHONE NUMBER: (417) 256-6150
305 Valley View Dr.
West Plains, MO  65775

West Platte Co. R-ii
SUPERINTENDENT: John Rinehart
E-MAIL: rinehartj@wpsd.net
PHONE NUMBER: (816) 640-2236
1103 Washington
Weston, MO  64098

West St. Francois Co. R-iv
SUPERINTENDENT: Kevin Coffman
E-MAIL: kcoffman@wcr4.org
PHONE NUMBER: (573) 562-7535
1124 Main
Leadwood, MO  63653

Westran R-i
SUPERINTENDENT: Mike Nagel
E-MAIL: mnagel@westran.k12.mo.us
PHONE NUMBER: (660) 277-4429
228 Huntsville Ave.
Huntsville, MO  65259

Westview C-6
SUPERINTENDENT: Misty Hailey
E-MAIL: mhailey@wc6.org
PHONE NUMBER: (417) 776-2425
7441 Westview Rd
Neosho, MO  64850

Wheatland R-ii
SUPERINTENDENT: Tim Judd
E-MAIL: tjudd@wheatland.k12.mo.us
PHONE NUMBER: (417) 282-6433
291 S Hwy 83
Wheatland, MO  65779

Wheaton R-iii
SUPERINTENDENT: Trish Wilson
E-MAIL: twilson@wheatonschools.org
PHONE NUMBER: (417) 652-3914
116 Mccall
Wheaton, MO  64874

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Willard R-ii
SUPERINTENDENT: Matthew Teeter
E-MAIL: mattteeter@willardschools.net
PHONE NUMBER: (417) 742-2584
500 E Kime St
Willard, MO  65781

Willow Springs R-iv
SUPERINTENDENT: Bill Hall
E-MAIL: hallb@wspgs.com
PHONE NUMBER: (417) 469-3260
215 W Fourth St
Willow Springs, MO  65793

Windsor C-1
SUPERINTENDENT: Joel Holland
E-MAIL: jholland@windsor.k12.mo.us
PHONE NUMBER: (636) 464-4400
6208 Hwy 61-67
Imperial, MO  63052

Winfield R-iv
SUPERINTENDENT: Daniel Williams
E-MAIL: danielwilliams@winfield.k12.mo.us
PHONE NUMBER: (636) 668-8188
701 Elm St
Winfield, MO  63389

Winona R-iii
SUPERINTENDENT: Jennifer Asplin
E-MAIL: jlasplin@winonar3.org
PHONE NUMBER: (573) 325-8101
Hwy 19
Winona, MO  65588

Winston R-vi
SUPERINTENDENT: Brian Robinson
E-MAIL: brobinson@winston.k12.mo.us
PHONE NUMBER: (660) 749-5331
200 W Third
Winston, MO  64689

Woodland R-iv
SUPERINTENDENT: Michael Kiehne
E-MAIL: mkiehne@woodland.k12.mo.us
PHONE NUMBER: (573) 238-3343
Hwy 34 And Co. Road 800
Marble Hill, MO  63764

Worth Co. R-iii
SUPERINTENDENT: Matt Martz
E-MAIL: mmartz@wc.k12.mo.us
PHONE NUMBER: (660) 564-3389
510 East Ave
Grant City, MO  64456

Zalma R-v
SUPERINTENDENT: Gerard Vandeven
E-MAIL: superintendent@zalma.k12.mo.us
PHONE NUMBER: (573) 722-5504
Hwy 51
Zalma, MO  63787

Aberdeen School Dist
SUPERINTENDENT: Jeffrey Clay
E-MAIL: jclay@asdms.us
PHONE NUMBER: (662) 369-4682
205 Hwy 145 North
Aberdeen, MS  39730

Alcorn School Dist
SUPERINTENDENT: Bill Brand
E-MAIL: bbrand@alcornschools.org
PHONE NUMBER: (662) 286-5591
31 Cr 401
Corinth, MS  38834

Amite Co School Dist
SUPERINTENDENT: Don Cuevas
E-MAIL: dcuevas@amite.k12.ms.us
PHONE NUMBER: (601) 657-4361
533 Maggie Street
Liberty, MS  39645

Amory School Dist
SUPERINTENDENT: Ken Byars
E-MAIL: kbyars@amoryschools.com
PHONE NUMBER: (662) 256-5991
124 N. Main St.
Amory, MS  38821

Attala Co School Dist
SUPERINTENDENT: Kyle Hammond
E-MAIL: khammond@attala.k12.ms.us
PHONE NUMBER: (662) 289-2801
100 Courthouse Suite 3
Kosciusko, MS  39090

Baldwyn School District
SUPERINTENDENT: Jason Mckay
E-MAIL: mckayj@baldwynschools.com
PHONE NUMBER: (662) 365-1000
107 West Main Street
Baldwyn, MS  38824

Bay St Louis Waveland School Dist
SUPERINTENDENT: Sandra Reed
E-MAIL: SReed@bwsd.org
PHONE NUMBER: (228) 467-6621
200 N. Second St.
Bay St Louis, MS  39520

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Benton Co School Dist
SUPERINTENDENT: Lakimberly Hobson
E-MAIL: lhobson@benton.k12.ms.us
PHONE NUMBER: (662) 224-6252
31 Main Street
Ashland, MS  38603

Biloxi Public School Dist
SUPERINTENDENT: Marcus Boudreaux
E-MAIL: marcus.boudreaux@biloxischools.net
PHONE NUMBER: (228) 374-1810
160 St. Peters Street
Biloxi, MS  39530

Bogue Chitto Elementary School
SUPERINTENDENT: David Germany
E-MAIL: david.germany@choctawtribalschools.com
PHONE NUMBER: (601) 389-1000
13241 Hwy 491 North
Philadelphia, MS  39350

Booneville School Dist
SUPERINTENDENT: Todd English
E-MAIL: tenglish@boonevilleschools.org
PHONE NUMBER: (662) 728-2171
201 N. First Street
Booneville, MS  38829

Brookhaven School Dist
SUPERINTENDENT: Roderick Henderson
E-MAIL: rod.henderson@brookhavenschools.org
PHONE NUMBER: (601) 833-6661
326 E Court Street
Brookhaven, MS  39601

Calhoun Co School Dist
SUPERINTENDENT: Lisa Langford
E-MAIL: llangford@calhounk12.com
PHONE NUMBER: (662) 412-3152
119 West Main
Pittsboro, MS  38951

Canton Public School Dist
SUPERINTENDENT: Gary Hannah
E-MAIL: garyhannah@cantonschools.net
PHONE NUMBER: (601) 859-4110
403 East Lincoln Street
Canton, MS  39046

Carroll County School Dist
SUPERINTENDENT: James Ray
E-MAIL: jray@ccsd.ms
PHONE NUMBER: (662) 237-9276
603 Lexington Street
Carrollton, MS  38917

Choctaw Central High School
SUPERINTENDENT: David Germany
E-MAIL: david.germany@choctawtribalschools.com
PHONE NUMBER: (828) 497-5511
150 Recreation Road
Choctaw, MS  39350

Choctaw Central Middle School
SUPERINTENDENT: Bruce Burns
E-MAIL: bruce.burns@choctawtribalschools.com
PHONE NUMBER: (601) 663-7777
150 Recreation Road
Choctaw, MS  39350

Choctaw Co School Dist
SUPERINTENDENT: Glen Beard
E-MAIL: glenbeard@choctawsd.ms
PHONE NUMBER: (662) 285-4022
19 East Main Street
Ackerman, MS  39735

Claiborne Co School Dist
SUPERINTENDENT: Annie Kilcrease
E-MAIL: akilcrease@claiborne.k12.ms.us
PHONE NUMBER: (601) 437-4232
404 Market Street
Port Gibson, MS  39150

Clarksdale Municipal School Dist
SUPERINTENDENT: Earl Nelson
E-MAIL: enelson@cmsd.k12.ms.us
PHONE NUMBER: (662) 627-8500
135 Washington Ave
Clarksdale, MS  38614

Cleveland School Dist
SUPERINTENDENT: Otha Belcher
E-MAIL: obelcher@clevelandmssd.org
PHONE NUMBER: (601) 843-3529
305 Merritt Drive
Cleveland, MS  38732

Clinton Public School Dist
SUPERINTENDENT: Tim Martin
E-MAIL: tmartin@clintonpublicschools.com
PHONE NUMBER: (601) 924-7533
201Easthaven Drive
Clinton, MS  39056

Coahoma Co Ahs
SUPERINTENDENT: Valmadge Towner
E-MAIL: vtowner@coahomacc.edu
PHONE NUMBER: (662) 624-9424
3240 Friars Point Road
Clarksdale, MS  38614

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Coahoma County School District
SUPERINTENDENT: Ilean Richards
E-MAIL: irichards@coahoma.k12.ms.us
PHONE NUMBER: (662) 624-5448
1555 Lee Drive
Clarksdale, MS  38614

Coffeeville School Dist
SUPERINTENDENT: Vivian Robinson
E-MAIL: vrobinson@coffeevilleschools.org
PHONE NUMBER: (662) 675-8941
96 Mississippi Street
Coffeeville, MS 38922

Columbia School District
SUPERINTENDENT: Jason Harris
E-MAIL: jharris@columbiaschools.org
PHONE NUMBER: (601) 736-2366
613 Bryan Avenue
Columbia, MS  39429

Columbus Municipal School Dist
SUPERINTENDENT: Cherie Labat
E-MAIL: labatc@columbuscityschools.org
PHONE NUMBER: (662) 241-7400
2630 Mcarthur Dr.
Columbus, MS  39705

Conehatta Elementary School
SUPERINTENDENT: Brian Parkman
E-MAIL: brian.parkman@choctawtribalschools.com
PHONE NUMBER: (601) 775-8254
851 Tushka Drive
Conehatta, MS 39057

Copiah Co School Dist
SUPERINTENDENT: Rickey Clopton
E-MAIL: rickey.clopton@copiah.ms
PHONE NUMBER: (601) 894-1341
254 West Gallatin Street
Hazlehurst, MS 39083

Corinth School Dist
SUPERINTENDENT: Edward Childress
E-MAIL: lchildress@corinth.k12.ms.us
PHONE NUMBER: (662) 287-2425
1204 North Harper Road
Corinth, MS  38834

Covington Co Schools
SUPERINTENDENT: Babette Duty
E-MAIL: bduty@covingtoncountyschools.org
PHONE NUMBER: (601) 765-2104
1211 South Dogwood Street
Collins, MS  39428

Desoto Co School Dist
SUPERINTENDENT: Cory Uselton
E-MAIL: cory.uselton@dcsms.org
PHONE NUMBER: (662) 429-5271
Five East South Street
Hernando, MS  38632

East Jasper Consolidated Sch Dist
SUPERINTENDENT: Nadene Arrington
E-MAIL: narrington@eastjasper.k12.ms.us
PHONE NUMBER: (601) 787-3281
714 North Pine Ave
Heidelberg, MS 39439

East Tallahatchie Consol Sch Dist
SUPERINTENDENT: Darron Edwards
E-MAIL: dedwards@etsd.k12.ms.us
PHONE NUMBER: (662) 647-5524
411 E. Chestnut Street
Charleston, MS  38921

Ellisville State School Adm
SUPERINTENDENT: Rinsey Mcswain
E-MAIL: rinsey.mcswain@ess.ms.gov
PHONE NUMBER: (601) 477-9384
1101 Hwy 11 South
Ellisville, MS  39437

Enterprise School Dist
SUPERINTENDENT: Josh Perkins
E-MAIL: jperkins@esd.k12.ms.us
PHONE NUMBER: (601) 659-7965
503 River Road
Enterprise, MS  39330

Forest Municipal School Dist
SUPERINTENDENT: Karen Norwood
E-MAIL: knorwood@forest.k12.ms.us
PHONE NUMBER: (601) 469-3250
325 Cleveland Street
Forest, MS  39074

Forrest County Ag High School
SUPERINTENDENT: Donna Boone
E-MAIL: dboone@forrestcountyahs.com
PHONE NUMBER: (601) 582-4102
215 Old Hwy 49 East
Brooklyn, MS  39425

Forrest County School District
SUPERINTENDENT: Brian Freeman
E-MAIL: brfreeman@forrest.k12.ms.us
PHONE NUMBER: (601) 545-6055
400 Forrest Street
Hattiesburg, MS  39403

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Franklin Co School Dist
SUPERINTENDENT: Chris Kent
E-MAIL: ckent@fcsd.k12.ms.us
PHONE NUMBER: (601) 384-2340
41 First Street
Meadville, MS  39653

George Co School Dist
SUPERINTENDENT: Wade Whitney
E-MAIL: wade.whitney@gcsd.us
PHONE NUMBER: (601) 947-6993
5152 Main Street
Lucedale, MS  39452

Greene County School District
SUPERINTENDENT: Charles Breland
E-MAIL: cbreland@greene.k12.ms.us
PHONE NUMBER: (601) 394-2364
528 Oak Street
Leakesville, MS  39451

Greenville Public Schools
SUPERINTENDENT: Debra Dace
E-MAIL: ddace@gville.k12.ms.us
PHONE NUMBER: (662) 334-7105
412 South Main Street
Greenville, MS  38701

Greenwood Public School District
SUPERINTENDENT: Mary Brown
E-MAIL: mbrown@glcsd.org
PHONE NUMBER: (662) 453-4231
401 Howard Street
Greenwood, MS  38930

Grenada School Dist
SUPERINTENDENT: David Daigneault
E-MAIL: ddaigneault@grenadak12.com
PHONE NUMBER: (662) 226-1606
253 South Main Street
Grenada, MS  38901

Gulfport School Dist
SUPERINTENDENT: Glen East
E-MAIL: glen.east@gulfportschools.org
PHONE NUMBER: (228) 865-4600
2001 Pass Road
Gulfport, MS  39501

Hancock Co School Dist
SUPERINTENDENT: Alan Dedeaux
E-MAIL: adedeaux@hancockschools.net
PHONE NUMBER: (228) 255-0376
17304 Highway 603
Kiln, MS  39556

Harrison Co School Dist
SUPERINTENDENT: Roy Gill
E-MAIL: rgill@harrison.k12.ms.us
PHONE NUMBER: (228) 539-6500
11072 Highway 49
Gulfport, MS  39503

Hattiesburg Public School Dist
SUPERINTENDENT: Robert Williams
E-MAIL: superintendent@hattiesburgpsd.com
PHONE NUMBER: (601) 582-5078
301 Mamie St
Hattiesburg, MS  39401

Hazlehurst City School District
SUPERINTENDENT: Cloyd Garth
E-MAIL: cgarth@hazlehurst.k12.ms.us
PHONE NUMBER: (601) 894-1152
119 Robert Mcdaniel Drive
Hazlehurst, MS  39083

Hinds Co Ahs
SUPERINTENDENT: Clyde Muse
E-MAIL: vcmuse@hindscc.edu
PHONE NUMBER: (601) 857-3230
34175 Hwy 18
Utica, MS  39175

Hinds Co School Dist
SUPERINTENDENT: Delesicia Martin
E-MAIL: dmartin@hinds.k12.ms.us
PHONE NUMBER: (601) 857-5222
13192 Hwy 18
Raymond, MS  39154

Hollandale School Dist
SUPERINTENDENT: Mario Willis
E-MAIL: mwillis2@hollandalesd.org
PHONE NUMBER: (662) 827-2276
101 West Washington Avenue
Hollandale, MS  38748

Holly Springs School Dist
SUPERINTENDENT: Irene Turnage
E-MAIL: iwalton@hssdk12.org
PHONE NUMBER: (662) 252-2183
840 Highway 178 East
Holly Springs, MS  38635

Holmes Co School Dist
SUPERINTENDENT: James Henderson
E-MAIL: jahenderson@holmesccsd.org
PHONE NUMBER: (662) 834-2175
313 Olive Street
Lexington, MS  39095

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Houston  School Dist
SUPERINTENDENT: Tony Cook
E-MAIL: tcook@houston.k12.ms.us
PHONE NUMBER: (601) 456-3332
P.O. Drawer 351
Houston, MS  38851

Humphreys Co School Dist
SUPERINTENDENT: Jermall Wright
E-MAIL: jwright@masd.k12.ms.us
PHONE NUMBER: (662) 247-6000
401 Fourth Street
Belzoni, MS  39038

Indianola School Dist
SUPERINTENDENT: Miskia Davis
E-MAIL: mdavis@sunflower.k12.ms.us
PHONE NUMBER: (662) 884-1215
702 Highway 82 East
Indianola, MS  38751

Itawamba Co School Dist
SUPERINTENDENT: Trae Wiygul
E-MAIL: twiygul@itawambacountyschools.com
PHONE NUMBER: (662) 862-2159
605 South S. Cummings St.
Fulton, MS  38843

Jackson Co School Dist
SUPERINTENDENT: John Strycker
E-MAIL: john.strycker@jcsd.ms
PHONE NUMBER: (228) 826-1757
4700 Colonel Vickrey Rd.
Vancleave, MS  39565

Jackson Public School Dist
SUPERINTENDENT: Errick Greene
E-MAIL: ergreene@jackson.k12.ms.us
PHONE NUMBER: (601) 960-8700
662 S. President Street
Jackson, MS  39225

Jefferson Co School Dist
SUPERINTENDENT: Adrian Hammitte
E-MAIL: ahammitte@jcpsd.net
PHONE NUMBER: (601) 786-3721
942 Main Street
Fayette, MS  39069

Jefferson Davis Co School Dist
SUPERINTENDENT: Dexter Jordan
E-MAIL: djordan@jdcsd.com
PHONE NUMBER: (601) 792-4267
1025 3Rd Street
Prentiss, MS  39474

Kemper Co School Dist
SUPERINTENDENT: Hilute Hudson
E-MAIL: hhudson@kemper.k12.ms.us
PHONE NUMBER: (601) 743-2657
159 Main Avenue
Dekalb, MS  39328

Kosciusko School District
SUPERINTENDENT: Billy Ellzey
E-MAIL: billy.ellzey@kosciuskoschools.com
PHONE NUMBER: (662) 289-4771
229 West Washington St
Kosciusko, MS  39090

Lafayette Co School Dist
SUPERINTENDENT: Adam Pugh
E-MAIL: adam.pugh@lafayetteschools.net
PHONE NUMBER: (662) 234-3271
100 Commodore Dr.
Oxford, MS  38655

Lamar County School District
SUPERINTENDENT: Tess Smith
E-MAIL: tess.smith@lamark12.org
PHONE NUMBER: (601) 794-1030
424 Martin Luther King Drive
Purvis, MS  39475

Lauderdale Co School Dist
SUPERINTENDENT: John Cain
E-MAIL: jcain@lauderdale.k12.ms.us
PHONE NUMBER: (601) 693-1683
410 Constitution Avenue
Meridian, MS  39302

Laurel School District
SUPERINTENDENT: Toy Watts
E-MAIL: tlwatts@laurelschools.org
PHONE NUMBER: (601) 649-6391
303 West  8Th Street
Laurel, MS  39440

Lawrence Co School Dist
SUPERINTENDENT: Titus Hines
E-MAIL: thines@lawrence.k12.ms.us
PHONE NUMBER: (601) 587-2506
346 Thomas E. Jolly Drive
Monticello, MS  39654

Leake Co School Dist
SUPERINTENDENT: Yvette Young
E-MAIL: yyoung@leakesd.org
PHONE NUMBER: (601) 267-4579
111 West Main Street
Carthage, MS  39051

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Lee County School District
SUPERINTENDENT: Coke Magee
E-MAIL: coke.magee@leecountyschools.us
PHONE NUMBER: (662) 841-9144
1280 College View Drive
Tupelo, MS  38804

Leflore Co School Dist
SUPERINTENDENT: Mary Brown
E-MAIL: mbrown@glcsd.org
PHONE NUMBER: (662) 453-8566
1901 Highway 82 West
Greenwood, MS 38930

Leland School Dist
SUPERINTENDENT: Jessie King
E-MAIL: jesseking@lelandk12.org
PHONE NUMBER: (662)686-5000
408 E. Fourth Street
Leland, MS  38756

Lincoln Co School Dist
SUPERINTENDENT: Mickey Myers
E-MAIL: mickey.myers@lincoln.k12.ms.us
PHONE NUMBER: (601) 835-0011
233 East Monticello Street
Brookhaven, MS  39602

Long Beach School Dist
SUPERINTENDENT: Jay Smith
E-MAIL: jay.smith@lbsdk12.com
PHONE NUMBER: (228) 864-1146
19148 Commission Road
Long Beach, MS  39560

Louisville Municipal School Dist
SUPERINTENDENT: David Luke
E-MAIL: dluke@louisville.k12.ms.us
PHONE NUMBER: (662) 773-3411
112 South Columbus Avenue
Louisville, MS  39339

Lowndes Co School Dist
SUPERINTENDENT: Sam Allison
E-MAIL: sam.allison@lowndes.k12.ms.us
PHONE NUMBER: (662) 244-5000
1053 Hwy 45 South
Columbus, MS  39701

Lumberton Public School District
SUPERINTENDENT: Tess Smith
E-MAIL: tess.smith@lamark12.org
PHONE NUMBER: (601) 796-2451
7920 Us Hwy 11 South
Lumberton, MS  39455

Madison Co School Dist
SUPERINTENDENT: Charlotte Seals
E-MAIL: cseals@madison-schools.com
PHONE NUMBER: (601) 499-0800
476 Highland Colony Parkway
Ridgeland, MS  39157

Marion Co School Dist
SUPERINTENDENT: Wendy Bracey
E-MAIL: wbracey@marionk12.org
PHONE NUMBER: (601) 736-7193
1010 Hwy 13 N, Suite 2
Columbia, MS  39429

Marshall Co School Dist
SUPERINTENDENT: Roy Lawson
E-MAIL: rlawson@mcschools.us
PHONE NUMBER: (662) 252-4271
122 South Spring Street
Holly Springs, MS  38635

Mccomb School District
SUPERINTENDENT: Cederick Ellis
E-MAIL: ellisc@mccomb.k12.ms.us
PHONE NUMBER: (601) 684-4661
695 Minnesota Ave
Mccomb, MS  39648

Mdhs Division Of Youth Services
SUPERINTENDENT: Dennis Daniels
E-MAIL: dennis.daniels@mdhs.ms.gov
PHONE NUMBER: (601) 857-7640
2375 Oakley Road
Raymond, MS  39154

Meridian Public School Dist
SUPERINTENDENT: Amy Carter
E-MAIL: amcarter@mpsdk12.net
PHONE NUMBER: (601) 483-6271
1019 25Th Ave.
Meridian, MS  39301

Mississippi State Hospital
SUPERINTENDENT: Jacqueline Fleming
E-MAIL: flemija@msh.state.ms.us
PHONE NUMBER: (601) 351-8024
Ms State Hosp Building 25
Whitfield, MS  39193

Monroe Co School Dist
SUPERINTENDENT: Brian Jernigan
E-MAIL: brianjernigan@mcsd.us
PHONE NUMBER: (662) 257-2176
1619 Highway 25 North
Amory, MS  38821

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Montgomery Co School Dist
SUPERINTENDENT: Teresa Jackson
E-MAIL: teresajackson@winonaschools.net
PHONE NUMBER: (662) 283-4533
618 Summit Street
Winona, MS  38967

Moss Point Separate School Dist
SUPERINTENDENT: Shannon Vincent
E-MAIL: svincent@mpsdnow.org
PHONE NUMBER: (228) 475-0691
4924 Church Street
Moss Point, MS  39563

Mound Bayou Public School
SUPERINTENDENT: Maurice Smith
E-MAIL: msmith@nbcsd.k12.ms.us
PHONE NUMBER: (662) 741-2555
201 Green Street
Mound Bayou, MS  38762

Ms Sch For Math And Sc
SUPERINTENDENT: Germain Mcconnell
E-MAIL: gmcconnell@themsms.org
PHONE NUMBER: (662) 329-7360
5Th Ave South And Mscw Dr
Columbus, MS  39701

Ms Sch For The Blind
SUPERINTENDENT: Wendy Rogers
E-MAIL: wlrogers@mdek12.org
PHONE NUMBER: (601) 984-8200
1252 Eastover Drive
Jackson, MS  39211

Ms School For The Arts
SUPERINTENDENT: Suzanne Hirsch
E-MAIL: suzanne.hirsch@msabrookhaven.org
PHONE NUMBER: (601) 823-1300
308 West Cherokee Street
Brookhaven, MS  39601

Ms School For The Deaf
SUPERINTENDENT: Kim Benton
E-MAIL: kbenton@mdek12.org
PHONE NUMBER: (601) 984-8000
1253 Eastover Drive
Jackson, MS  39211

Natchez-adams School Dist
SUPERINTENDENT: Fred Butcher
E-MAIL: fbutcher@natchezschools.org
PHONE NUMBER: (601) 445-4329
10 Homochitto Street
Natchez, MS  39121

Neshoba County School District
SUPERINTENDENT: Lundy Brantley
E-MAIL: lbrantley@neshobacentral.com
PHONE NUMBER: (601) 656-3752
401 E Beacon Street, Suite 102
Philadelphia, MS  39350

Nettleton School Dist
SUPERINTENDENT: Tim Dickerson
E-MAIL: tdickerson@nettleton.k12.ms.us
PHONE NUMBER: (662) 963-2151
179 Mullen Avenue
Nettleton, MS  38858

New Albany Public Schools
SUPERINTENDENT: Lance Evans
E-MAIL: levans@nasd.ms
PHONE NUMBER: (662) 534-1800
301 Highway 15 North
New Albany, MS  38652

Newton County School District
SUPERINTENDENT: John Amis
E-MAIL: jamis@newton.k12.ms.us
PHONE NUMBER: (601) 635-2317
15305 Hwy 15
Decatur, MS  39327

Newton Municipal School District
SUPERINTENDENT: Glenda Nickson
E-MAIL: GDNickson@nmsd.us
PHONE NUMBER: (601) 683-2451
205 School Street
Newton, MS  39345

North Bolivar Cons Sch
SUPERINTENDENT: Maurice Smith
E-MAIL: msmith@nbcsd.k12.ms.us
PHONE NUMBER: (662) 741-2555
201 Green Street
Mound Bayou, MS  38762

North Bolivar School District
SUPERINTENDENT: Maurice Smith
E-MAIL: msmith@nbcsd.k12.ms.us
PHONE NUMBER: (662) 398-4000
700 Robert D. Gray Ave.
Shelby, MS  38774

North Panola Schools
SUPERINTENDENT: Cedric Richardson
E-MAIL: crichardson@northpanolaschools.org
PHONE NUMBER: (662) 487-2305
470 Highway 51 N
Sardis, MS  38666

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

North Pike School Dist
SUPERINTENDENT: Dennis Penton
E-MAIL: dpenton@npsd.k12.ms.us
PHONE NUMBER: (601) 276-2216
1036 Jaguar Trail
Summit, MS  39666

North Tippah School Dist
SUPERINTENDENT: Johnson Smith
E-MAIL: scott.smith@ntippah.k12.ms.us
PHONE NUMBER: (662) 223-4384
24111 Highway 15 N
Tiplersville, MS  38674

Noxubee County School District
SUPERINTENDENT: Rodriguez Broadnax
E-MAIL: rbroadnax@noxcnty.k12.ms.us
PHONE NUMBER: (662) 726-4527
15867 Hwy 14 West
Macon, MS  39341

Ocean Springs School Dist
SUPERINTENDENT: Bonita Coleman
E-MAIL: superintendent@ossdms.org
PHONE NUMBER: (228) 875-7706
2300 Government St
Ocean Springs, MS  39564

Okolona Separate School Dist
SUPERINTENDENT: Chad Spence
E-MAIL: cspence@okolona.k12.ms.us
PHONE NUMBER: (662) 447-2353
411 West Main Street
Okolona, MS  38860

Oktibbeha County School District
SUPERINTENDENT: Eddie Peasant
E-MAIL: epeasant@starkville.k12.ms.us
PHONE NUMBER: (662) 323-1472
106 West Main Street
Starkville, MS  39759

Oxford School District
SUPERINTENDENT: Brian Harvey
E-MAIL: bharvey@oxfordsd.org
PHONE NUMBER: (662) 234-3541
224 Bramlett Boulevard
Oxford, MS  38655

Pascagoula School Dist
SUPERINTENDENT: Wayne Rodolfich
E-MAIL: wrodolfich@pgsd.ms
PHONE NUMBER: (228) 938-6491
1006 Communy Ave
Pascagoula, MS  39567

Pass Christian Public School Dist
SUPERINTENDENT: Carla Evers
E-MAIL: cevers@pc.k12.ms.us
PHONE NUMBER: (228) 255-6200
6457 Kiln Delisle Road
Pass Christian, MS  39571

Pearl Public School Dist
SUPERINTENDENT: Raymond Morgigno
E-MAIL: rmorgigno@pearl.k12.ms.us
PHONE NUMBER: (601) 932-7916
3375 Highway 80 E
Pearl, MS  39208

Pearl River Co School Dist
SUPERINTENDENT: Alan Lumpkin
E-MAIL: alumpkin@prc.k12.ms.us
PHONE NUMBER: (601) 798-7744
7441 Highway 11
Carriere, MS  39426

Pearl River Elementary School
SUPERINTENDENT: Suzanne Hyatt
E-MAIL: suzanne.hyatt@choctawtribalschools.com
PHONE NUMBER: (601) 656-9051
470 Industrial Road
Choctaw, MS  39350

Perry Co School Dist
SUPERINTENDENT: Gregory Dearman
E-MAIL: sdearman@pcsdms.us
PHONE NUMBER: (601) 964-3211
105 Main Street
New Augusta, MS  39462

Petal School Dist
SUPERINTENDENT: Matthew Dillon
E-MAIL: matt.dillon@petalschools.com
PHONE NUMBER: (601) 545-3002
115 Highway 42 East
Petal, MS  39465

Philadelphia Public School Dist
SUPERINTENDENT: Lisa Hull
E-MAIL: lhull@phillytornadoes.com
PHONE NUMBER: (601) 656-2955
248 Byrd Avenue
Philadelphia, MS  39350

Picayune School Dist
SUPERINTENDENT: Dean Shaw
E-MAIL: dshaw@pcu.k12.ms.us
PHONE NUMBER: (601) 798-3230
706 Goodyear Blvd.
Picayune, MS  39466

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Pontotoc City Schools
SUPERINTENDENT: Michelle Bivens
E-MAIL: mbivens@pontotoc.k12.ms.us
PHONE NUMBER: (662) 489-3336
140 Education Drive
Pontotoc, MS  38863

Pontotoc Co School Dist
SUPERINTENDENT: Brock Puckett
E-MAIL: brockpuckett@pcsd.ms
PHONE NUMBER: (662) 489-3932
285 Highway 15 Bypass South
Pontotoc, MS  38863

Poplarville Separate School Dist
SUPERINTENDENT: Konya Miller
E-MAIL: kmiller@poplarvilleschools.org
PHONE NUMBER: (601) 795-8477
302 South Julia Street
Poplarville, MS  39470

Prentiss Co School Dist
SUPERINTENDENT: Jeff Palmer
E-MAIL: jpalmer@prentiss.k12.ms.us
PHONE NUMBER: (662) 728-4911
105 North College Street
Booneville, MS  38829

Quitman Co School Dist
SUPERINTENDENT: Evelyn Jossell
E-MAIL: evelynjossell@qcsd.k12.ms.us
PHONE NUMBER: (662) 326-5451
Courthouse Annex Building
Marks, MS  38646

Quitman School Dist
SUPERINTENDENT: Toriano Holloway
E-MAIL: tholloway@qsdk12.org
PHONE NUMBER: (601) 776-2186
104 East Franklin Street
Quitman, MS  39355

Rankin Co School Dist
SUPERINTENDENT: Sue Townsend
E-MAIL: stownsend@rcsd.ms
PHONE NUMBER: (601) 825-5590
1220 Apple Park Place
Brandon, MS  39042

Red Water Elementary School
SUPERINTENDENT: Presley Tate
E-MAIL: presley.tate@choctawtribalschools.com
PHONE NUMBER: (601) 267-8500
107 Braves Blvd.
Carthage, MS  39051

Richton School Dist
SUPERINTENDENT: Clay Anglin
E-MAIL: canglin@richton.k12.ms.us
PHONE NUMBER: (601) 788-5904
701 Elm Ave
Richton, MS  39476

Roger Amos Mcmurtry Adm
SUPERINTENDENT: Shannon Bush
E-MAIL: SBush@Stf.State.Ms.Us
PHONE NUMBER: (228) 328-6000
14426 James Bond Road
Gulfport, MS  39503

Scott Co School Dist
SUPERINTENDENT: Tony Mcgee
E-MAIL: tmcgee@scott.k12.ms.us
PHONE NUMBER: (601) 469-3861
100 E First St
Forest, MS  39074

Senatobia Municipal School Dist
SUPERINTENDENT: Chris  Fleming
E-MAIL: cfleming@senatobiaschools.com
PHONE NUMBER: (662) 562-4897
104 Mckie Street
Senatobia, MS  38668

Simpson Co School Dist
SUPERINTENDENT: Greg Paes
E-MAIL: gregpaes@simpson.k12.ms.us
PHONE NUMBER: (601) 847-8000
111 Education Lane
Mendenhall, MS  39114

Smith Co School Dist
SUPERINTENDENT: Nick Hillman
E-MAIL: nick.hillman@smithcountyschools.net
PHONE NUMBER: (601) 782-4296
212  Sylvarena Avenue Suite C
Raleigh, MS  39153

South Delta School District
SUPERINTENDENT: Sammy Ivy
E-MAIL: sivy@southdelta.k12.ms.us
PHONE NUMBER: (662) 873-4302
106 Athletic Drive
Rolling Fork, MS  39159

South Panola School District
SUPERINTENDENT: Tim Wilder
E-MAIL: twilder@spanola.net
PHONE NUMBER: (662) 563-9361
209 Boothe Street
Batesville, MS  38606

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

South Pike School Dist
SUPERINTENDENT: Donna Scott
E-MAIL: dscott@southpike.org
PHONE NUMBER: (601) 783-0430
250 West Bay Street
Magnolia, MS  39652

South Tippah School Dist
SUPERINTENDENT: Tony Elliott
E-MAIL: telliott@stsd.ms
PHONE NUMBER: (662) 837-7156
402 Greenlee Avenue
Ripley, MS  38663

Standing Pine Elementary School
SUPERINTENDENT: Linda Peoples
E-MAIL: linda.peoples@choctawtribalschools.com
PHONE NUMBER: (601) 267-9225
538 Hwy 487 East
Carthage, MS  39051

Starkville- Oktibbeha Cons Dist
SUPERINTENDENT: Eddie Peasant
E-MAIL: epeasant@starkville.k12.ms.us
PHONE NUMBER: (662)324-4050
401 Greensboro Street
Starkville, MS  39759

Starkville School District
SUPERINTENDENT: Eddie Peasant
E-MAIL: epeasant@starkville.k12.ms.us
PHONE NUMBER: (662) 324-4050
401 Greensboro Street
Starkville, MS  39759

Stone Co School Dist
SUPERINTENDENT: Inita Owen
E-MAIL: iowen@stoneschools.org
PHONE NUMBER: (601) 928-7247
214 Critz Street
Wiggins, MS  39577

Sunflower Co Consolidate Sch Dist
SUPERINTENDENT: Miskia Davis
E-MAIL: mdavis@sunflower.k12.ms.us
PHONE NUMBER: (662) 887-4919
196 Martin Luther King Drive
Indianola, MS  38751

Sunflower Co School Dist
SUPERINTENDENT: Miskia Davis
E-MAIL: mdavis@sunflower.k12.ms.us
PHONE NUMBER: (662) 887-4919
196 Martin Luther King Drive
Indianola, MS  38751

Tate Co School Dist
SUPERINTENDENT: Daryl Scoggin
E-MAIL: dscoggin@tcsd.k12.ms.us
PHONE NUMBER: (662) 562-5861
107 Court Street
Senatobia, MS  38668

Tishomingo Co Sp Mun Sch Dist
SUPERINTENDENT: Christie Holly
E-MAIL: cholly@tcsk12.com
PHONE NUMBER: (662) 423-3206
1620 Paul Edmondson Drive
Iuka, MS  38852

Tucker Elementary School
SUPERINTENDENT: David Germany
E-MAIL: david.germany@bie.edu
PHONE NUMBER: (601) 656-8775
126 East Tucker Circle
Philadelphia, MS  39350

Tunica County School District
SUPERINTENDENT: Margie Pulley
E-MAIL: pulleym@tunica12.org
PHONE NUMBER: (662) 363-2811
744 School Street
Tunica, MS  38676

Tupelo Public School Dist
SUPERINTENDENT: Rob Picou
E-MAIL: rjpicou@tupeloschools.com
PHONE NUMBER: (662) 841-8850
72 South Green Street
Tupelo, MS  38804

Union Co School Dist
SUPERINTENDENT: Ken Basil
E-MAIL: basilk@union.k12.ms.us
PHONE NUMBER: (662) 534-1960
250 Carter Ave
New Albany, MS  38652

Union Public School Dist
SUPERINTENDENT: Tyler Hansford
E-MAIL: hansfordt@unionyellowjackets.org
PHONE NUMBER: (601) 774-9579
417 S Decatur St
Union, MS  39365

Vicksburg Warren School Dist
SUPERINTENDENT: Chad Shealy
E-MAIL: cshealy@vwsd.k12.ms.us
PHONE NUMBER: (601) 638-5122
1500 Mission 66
Vicksburg, MS  39180

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Walthall Co School Dist
SUPERINTENDENT: Wade Carney
E-MAIL: wcarney@wcsd.k12.ms.us
PHONE NUMBER: (601) 876-3401
814A Morse Avenue
Tylertown, MS  39667

Water Valley School District
SUPERINTENDENT: Jerry Williams
E-MAIL: jwilliams@wvsd.k12.ms.us
PHONE NUMBER: (662) 473-1203
544 Market Street
Water Valley, MS  38965

Wayne Co School Dist
SUPERINTENDENT: Tommy Branch
E-MAIL: brancht@wcsdms.com
PHONE NUMBER: (601) 735-4871
810 Chickasawhay Street
Waynesboro, MS  39367

Webster Co School Dist
SUPERINTENDENT: Brian Jones
E-MAIL: bjones@webstercountyschools.org
PHONE NUMBER: (662) 258-5921
95 Clark Avenue
Eupora, MS  39744

West Bolivar Cons Sch
SUPERINTENDENT: John Taylor
E-MAIL: jtaylor@wbcsdk12.org
PHONE NUMBER: (662) 759-3525
909 Highway 8
Rosedale, MS  38769

West Bolivar School Dist
SUPERINTENDENT: John Taylor
E-MAIL: jtaylor@wbcsdk12.org
PHONE NUMBER: (662) 759-3525
909 Highway 8
Rosedale, MS  38769

West Jasper Consolidated Schools
SUPERINTENDENT: Warren Woodrow
E-MAIL: wwoodrow@westjasper.k12.ms.us
PHONE NUMBER: (601) 764-2280
510 Hwy 18
Bay Springs, MS  39422

West Point Consolidated School Dist
SUPERINTENDENT: Burnell Mcdonald
E-MAIL: bmcdonald@westpoint.k12.ms.us
PHONE NUMBER: (662) 494-4242
359 Commerce Street
West Point, MS  39773

West Point School Dist
SUPERINTENDENT: Burnell Mcdonald
E-MAIL: bmcdonald@westpoint.k12.ms.us
PHONE NUMBER: (662) 494-4242
359 Commerce St
West Point, MS  39773

West Tallahatchie School District
SUPERINTENDENT: Sherry Ellington
E-MAIL: sherryellington@wtsd.k12.ms.us
PHONE NUMBER: (662) 375-9291
1096 West Friendship Road
Sumner, MS  38957

Western Line School District
SUPERINTENDENT: Lawrence Hudson
E-MAIL: lhudson@westernline.org
PHONE NUMBER: (662) 335-7186
102 Maddox Road
Avon, MS  38723

Wilkinson Co School Dist
SUPERINTENDENT: Chavis Bradford
E-MAIL: cbradford@wilkinson.k12.ms.us
PHONE NUMBER: (601) 888-3582
488 Main Street
Woodville, MS  39669

Winona Separate School Dist
SUPERINTENDENT: Teresa Jackson
E-MAIL: teresajackson@winonaschools.net
PHONE NUMBER: (662) 283-3731
218 Fairground Street
Winona, MS  38967

Yazoo City Municipal School Dist
SUPERINTENDENT: Jermall Wright
E-MAIL: jwright@masd.k12.ms.us
PHONE NUMBER: (662) 746-2125
1133 Calhoun Ave
Yazoo City, MS  39194

Yazoo Co School Dist
SUPERINTENDENT: Ken Barron
E-MAIL: ken.barron@yazoo.k12.ms.us
PHONE NUMBER: (662) 746-4672
94 Panther Drive
Yazoo City, MS  39194

Absarokee Elem
SUPERINTENDENT: Meredith Feddes
E-MAIL: feddesm@absarokee.k12.mt.us
PHONE NUMBER: (406) 328-4581
327 S Woodard Ave
Absarokee, MT  59001

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Absarokee H S
SUPERINTENDENT: Meredith Feddes
E-MAIL: feddesm@absarokee.k12.mt.us
PHONE NUMBER: (406) 328-4583
327 S Woodard Ave
Absarokee, MT  59001

Alberton K-12 Schools
SUPERINTENDENT: Steve Picard
E-MAIL: spicard@alberton.k12.mt.us
PHONE NUMBER: (406) 722-4413
306 Railroad Ave
Alberton, MT  59820

Alzada Elem
SUPERINTENDENT: Tracey Walker
E-MAIL: twalker@mt.gov
PHONE NUMBER: (406) 828-4445
236 Spring Street
Alzada, MT  59311

Amsterdam Elem
SUPERINTENDENT: Katherine Dawe
E-MAIL: kdawe@amsterdamschool.org
PHONE NUMBER: (406) 282-7216
6360 Camp Creek Road
Manhattan, MT  59741

Anaconda Elem
SUPERINTENDENT: Justin Barnes
E-MAIL: jbarnes@anacondaschools.org
PHONE NUMBER: (406) 563-6361
1410 West Park Ave.
Anaconda, MT  59711

Anaconda H S
SUPERINTENDENT: Justin Barnes
E-MAIL: jbarnes@anacondaschools.org
PHONE NUMBER: (406) 563-6361
1410 West Park Ave.
Anaconda, MT  59711

Anderson Elem
SUPERINTENDENT: Kristi Jacobs
E-MAIL: kjacobs@andersonmt.org
PHONE NUMBER: (406) 587-1305
10040 Cottonwood Road
Bozeman, MT  59718

Arlee Elem
SUPERINTENDENT: Jim Baldwin
E-MAIL: jbaldwin@arleeschools.org
PHONE NUMBER: (406) 726-3216
72220 Fyant Street
Arlee, MT  59821

Arlee H S
SUPERINTENDENT: Mike Perry
E-MAIL: mperry@arleeschools.org
PHONE NUMBER: (406) 726-3216
72220 Fyant Street
Arlee, MT  59821

Arrowhead Elem
SUPERINTENDENT: Jo Newhall
E-MAIL: cosupt@parkcounty.org
PHONE NUMBER: (406) 333-4359
1489 East River Rd
Livingston, MT  59047

Ashland Elem
SUPERINTENDENT: Augustine Lopez
E-MAIL: alopez@ashlandpublicschool.com
PHONE NUMBER: (406) 784-2568
8 Old Mission Road
Ashland, MT  59003

Auchard Creek Elem
SUPERINTENDENT: Katrina Chaney
E-MAIL: kchaney@lccountymt.gov
PHONE NUMBER: (406) 562-3528
9605 Hwy 287
Wolf Creek, MT  59648

Augusta Elem
SUPERINTENDENT: Kim Ramorini
E-MAIL: kramorini@augusta.k12.mt.us
PHONE NUMBER: (406) 562-3384
410  Broadway
Augusta, MT  59410

Augusta H S
SUPERINTENDENT: Kim Ramorini
E-MAIL: kramorini@augusta.k12.mt.us
PHONE NUMBER: (406) 562-3384
410  Broadway
Augusta, MT  59410

Bainville K-12 Schools
SUPERINTENDENT: Renee Rasmussen
E-MAIL: rrasmussen@bainvilleschool.k12.mt.us
PHONE NUMBER: (406) 769-2321
409 Tubman
Bainville, MT  59212

Baker K-12 Schools
SUPERINTENDENT: Aaron Skogen
E-MAIL: skogena@baker.k12.mt.us
PHONE NUMBER: (406) 778-2577
1015 S 3Rd W
Baker, MT  59313

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Basin Elem
SUPERINTENDENT: Anika Mccauley
E-MAIL: amccauley@jeffersoncounty-mt.gov
PHONE NUMBER: (406)225-3211
30 N. Quartz
Basin, MT  59631

Bear Paw Cooperative
SUPERINTENDENT: Louise Nissen
E-MAIL: lnissenbpc@itstriangle.com
PHONE NUMBER: (406) 357-2269
431 Ohio Street
Chinook, MT  59523

Bear Paw Elem
SUPERINTENDENT: Valerie White
E-MAIL: vwhite@blainecounty-mt.gov
PHONE NUMBER: (406) 395-4436
29815 Clear Creek Road
Chinook, MT  59523

Beaverhead
SUPERINTENDENT: Gary Haverfield
E-MAIL: ghaverfield@bchsmt.com
PHONE NUMBER: (406) 683-3737
2 South Pacific Cl #7
Dillon, MT  59725

Beaverhead County H S
SUPERINTENDENT: Gary Haverfield
E-MAIL: ghaverfield@bchsmt.com
PHONE NUMBER: (406) 683-2361
104 North Pacific Street
Dillon, MT  59725

Belfry K-12 Schools
SUPERINTENDENT: Jason Olson
E-MAIL: jolson@belfry.k12.mt.us
PHONE NUMBER: (406) 664-3319
200 Wisconsin St
Belfry, MT  59008

Belgrade Elem
SUPERINTENDENT: Godfrey Saunders
E-MAIL: gsaunders@bsd44.org
PHONE NUMBER: (406) 924-2006
312 N Weaver
Belgrade, MT  59714

Belgrade H S
SUPERINTENDENT: Godfrey Saunders
E-MAIL: gsaunders@bsd44.org
PHONE NUMBER: (406) 924-2567
312 N Weaver
Belgrade, MT  59714

Belt Elem
SUPERINTENDENT: Joe Gaylord
E-MAIL: jgaylord@beltschool.com
PHONE NUMBER: (406) 277-3351
1 Church Street
Belt, MT  59412

Belt H S
SUPERINTENDENT: Joe Gaylord
E-MAIL: jgaylord@beltschool.com
PHONE NUMBER: (406) 277-3351
1 Church Street
Belt, MT  59412

Benton Lake Elem
SUPERINTENDENT: Loy Woelber
E-MAIL: lwoelber@wwgschools.org
PHONE NUMBER: (406)627-2388
17557 Bootlegger Trail
Floweree, MT  59440

Biddle Elem
SUPERINTENDENT: Molly Lloyd
E-MAIL: mlloyd@prco.mt.gov
PHONE NUMBER: (406) 767-5778
Hwy 59 N In Biddle
Biddle, MT  59314

Big Country Coop
SUPERINTENDENT: Annette Gorton
E-MAIL: agortonbcec@midrivers.com
PHONE NUMBER: (406) 234-1957
206 Kenwood
Miles City, MT  59301

Big Horn
SUPERINTENDENT: John Small
E-MAIL: jsmall@bighorncountymt.gov
PHONE NUMBER: (406) 665-9820
Hardin, MT  59034

Big Sandy Elem
SUPERINTENDENT: Kelly Haaland
E-MAIL: khaaland@bigsandy.k12.mt.us
PHONE NUMBER: (406) 378-2502
398 First Avenue
Big Sandy, MT  59520

Big Sandy H S
SUPERINTENDENT: Kelly Haaland
E-MAIL: khaaland@bigsandy.k12.mt.us
PHONE NUMBER: (406) 378-2502
398 First Avenue
Big Sandy, MT  59520

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Big Sky School K-12
SUPERINTENDENT: Dustin Shipman
E-MAIL: dshipman@bssd72.org
PHONE NUMBER: (406) 995-4281
45465 Gallatin Rd-30 Miles S.
Gallatin Gateway, MT  59730

Big Sky Se Coop
SUPERINTENDENT: Kris Magruder
E-MAIL: krismdi@bigskycoop.org
PHONE NUMBER: (406) 271-7558
220 North Wisconsin Street
Conrad, MT  59425

Big Timber Elem
SUPERINTENDENT: Mark Ketcham
E-MAIL: ketchamm@bigtimber-gs.k12.mt.us
PHONE NUMBER: (406) 932-5939
5Th And Anderson
Big Timber, MT  59011

Bigfork Elem
SUPERINTENDENT: Matt Jensen
E-MAIL: mattj@bigfork.k12.mt.us
PHONE NUMBER: (218) 743-3444
100 Huskie Blvd
Bigfork, MT  59911

Bigfork H S
SUPERINTENDENT: Matt Jensen
E-MAIL: mattj@bigfork.k12.mt.us
PHONE NUMBER: (406) 837-7400
600 Commerce St
Bigfork, MT  59911

Billings Elem
SUPERINTENDENT: Greg Upham
E-MAIL: uphamg@billingsschools.org
PHONE NUMBER: (406) 281-5000
415 North 30Th Street
Billings, MT  59101

Billings H S
SUPERINTENDENT: Greg Upham
E-MAIL: uphamg@billingsschools.org
PHONE NUMBER: (406) 281-5119
415 North 30Th Street
Billings, MT  59101

Birney Elem
SUPERINTENDENT: Lisa         Blevins
E-MAIL: lblevins@rosebudcountymt.com
PHONE NUMBER: (406)984-6247
205 Commercial Street
Birney, MT  59012

Bitterroot Valley Coop
SUPERINTENDENT: Jenny  Rammell
E-MAIL: rammellj@bvec-mt.org
PHONE NUMBER: (406) 777-2494
No Address
Stevensville, MT  59870

Blaine
SUPERINTENDENT: Valerie White
E-MAIL: vwhite@blainecounty-mt.gov
PHONE NUMBER: (406) 357-3270
420 Ohio Street
Chinook, MT  59523

Bloomfield Elem
SUPERINTENDENT: Jayne Mitchell
E-MAIL: mitchellj@dawsoncountymontana.com
PHONE NUMBER: (406) 377-7724
2285 Fas 470
Bloomfield, MT  59315

Blue Creek Elem
SUPERINTENDENT: Cathi Rude
E-MAIL: rude@bluecreekschool.org
PHONE NUMBER: (406) 259-0653
3652 Blue Creek Road
Billings, MT  59101

Bonner Elem
SUPERINTENDENT: Jim Howard
E-MAIL: jhoward@bonner.k12.mt.us
PHONE NUMBER: (406) 258-6151
9045 Hwy 200 E.
Bonner, MT  59823

Boulder Elem
SUPERINTENDENT: Maria Pace
E-MAIL: maria.pace@bgs.k12.mt.us
PHONE NUMBER: (406) 225-3316
205 S Washington
Boulder, MT  59632

Box Elder Elem
SUPERINTENDENT: Jeremy Macdonald
E-MAIL: jmacdonald@boxelder.k12.mt.us
PHONE NUMBER: (406) 352-3222
205 Main Street
Box Elder, MT  59521

Box Elder H S
SUPERINTENDENT: Jeremy Macdonald
E-MAIL: jmacdonald@boxelder.k12.mt.us
PHONE NUMBER: (406) 352-4195
205 Main Street
Box Elder, MT  59521

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Bozeman Elem
SUPERINTENDENT: Bob Connors
E-MAIL: bob.connors@bsd7.org
PHONE NUMBER: (406) 522-6042
404 West Main
Bozeman, MT  59715

Bozeman H S
SUPERINTENDENT: Bob Connors
E-MAIL: bob.connors@bsd7.org
PHONE NUMBER: (406) 522-6042
404 West Main
Bozeman, MT  59715

Bridger K-12 Schools
SUPERINTENDENT: Bill Phillips
E-MAIL: bphillips@bridgerscouts.org
PHONE NUMBER: (406) 662-3533
106 North 4Th Street
Bridger, MT  59014

Broadus Elem
SUPERINTENDENT: Jim Hansen
E-MAIL: jim@broadus.net
PHONE NUMBER: (406) 436-2658
500 North Trautman
Broadus, MT  59317

Broadview Elem
SUPERINTENDENT: Gary Fisher
E-MAIL: gary_f@broadviewschools.org
PHONE NUMBER: (406) 667-2337
13935 1St Street
Broadview, MT  59015

Broadview H S
SUPERINTENDENT: Gary Fisher
E-MAIL: gary_f@broadviewschools.org
PHONE NUMBER: (406) 667-2337
13935 1St Street
Broadview, MT  59015

Broadwater
SUPERINTENDENT: Doug Ellis
E-MAIL: dellis@co.broadwater.mt.us
PHONE NUMBER: (406) 266-9218
515 Broadway
Townsend, MT  59644

Brockton Elem
SUPERINTENDENT: Steve Engebretson
E-MAIL: sengebretson@brockton.k12.mt.us
PHONE NUMBER: (406) 786-3318
529 5Th Street
Brockton, MT  59213

Brockton H S
SUPERINTENDENT: Steve Engebretson
E-MAIL: sengebretson@brockton.k12.mt.us
PHONE NUMBER: (406) 786-3311
215 N 5th Street
Brockton, MT  59213

Brorson Elem
SUPERINTENDENT: Gail Staffanson
E-MAIL: gstaffanson@richland.org
PHONE NUMBER: (406) 798-3361
12917 Cr344
Sidney, MT  59270

Browning Elem
SUPERINTENDENT: Corrina Hall
E-MAIL: corrinag@bps.k12.mt.us
PHONE NUMBER: (406) 338-2715
129 1St Ave Se
Browning, MT  59417

Browning H S
SUPERINTENDENT: Corrina Hall
E-MAIL: corrinag@bps.k12.mt.us
PHONE NUMBER: (406) 338-2715
129 1St Ave Se
Browning, MT  59417

Butte Elem
SUPERINTENDENT: Judy Jonart
E-MAIL: jonartjm@butte.k12.mt.us
PHONE NUMBER: (406) 533-2500
111 North Montana
Butte, MT  59701

Butte H S
SUPERINTENDENT: Judy Jonart
E-MAIL: jonartjm@bsd1.org
PHONE NUMBER: (406) 533-2220
111 North Montana
Butte, MT  59701

Bynum Elem
SUPERINTENDENT: Cathy Sessions
E-MAIL: tetoncosupt@3rivers.net
PHONE NUMBER: (406) 469-2373
210 Central Avenue
Bynum, MT  59419

Canyon Creek Elem
SUPERINTENDENT: Brent Lipp
E-MAIL: blipp@canyoncreekschool.org
PHONE NUMBER: (406) 656-4471
3139 Duck Creek Road
Billings, MT  59101

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Carbon
SUPERINTENDENT: Lori Lynde
E-MAIL: llynde@co.carbon.mt.us
PHONE NUMBER: (406) 446-1301
No Address
Red Lodge, MT  59068

Cardwell Elem
SUPERINTENDENT: Sarah Eyer
E-MAIL: seyer@jeffersoncounty-mt.gov
PHONE NUMBER: (406) 287-3321
80 Highway 359
Cardwell, MT  59721

Carter
SUPERINTENDENT: Tracey Walker
E-MAIL: twalker@mt.gov
PHONE NUMBER: (406) 775-8721
No Address
Ekalaka, MT  59324

Carter County H S
SUPERINTENDENT: Katy Wright
E-MAIL: kwright@ekalaka.k12.mt.us
PHONE NUMBER: (406) 775-8767
111 W Speelmon St
Ekalaka, MT  59324

Carter Elem
SUPERINTENDENT: Katy Wright
E-MAIL: kwright@ekalaka.k12.mt.us
PHONE NUMBER: (406) 734-5387
438 Second Ave
Carter, MT  59420

Cascade
SUPERINTENDENT: Rick Miller
E-MAIL: rick.miller@cascade.k12.mt.us
PHONE NUMBER: (406) 454-6776
325 Second Avenue North
Great Falls, MT  59401

Cascade Elem
SUPERINTENDENT: Rick Miller
E-MAIL: rick.miller@cascade.k12.mt.us
PHONE NUMBER: (406) 468-2671
321 Central Avenue West
Cascade, MT  59421

Cascade H S
SUPERINTENDENT: Rick Miller
E-MAIL: rick.miller@cascade.k12.mt.us
PHONE NUMBER: (406) 468-2267
321 Central Avenue West
Cascade, MT  59421

Cayuse Prairie Elem
SUPERINTENDENT: Amy Piazzola
E-MAIL: apiazzola@cayuse.k12.mt.us
PHONE NUMBER: (406) 756-4560
897 Lake Blaine Road
Kalispell, MT  59901

Centerville Elem
SUPERINTENDENT: John Mcgee
E-MAIL: johnm@centerville.k12.mt.us
PHONE NUMBER: (406) 736-5123
693 Stockett Rd
Sand Coulee, MT  59472

Centerville H S
SUPERINTENDENT: John Mcgee
E-MAIL: johnm@centerville.k12.mt.us
PHONE NUMBER: (406) 736-5123
693 Stockett Rd
Sand Coulee, MT  59472

Central Mt Learn Res Ctr
SUPERINTENDENT: Chris Rice
E-MAIL: crice@lewistown.k12.mt.us
PHONE NUMBER: (406) 535-9012
215 7Th Avenue South
Lewistown, MT  59457

Charlo Elem
SUPERINTENDENT: Steve Love
E-MAIL: slove@charloschools.com
PHONE NUMBER: (406) 644-2206
404 1St Ave West
Charlo, MT  59824

Charlo H S
SUPERINTENDENT: Steve Love
E-MAIL: slove@charloschools.com
PHONE NUMBER: (406) 644-2206
404 1St Ave West
Charlo, MT  59824

Chester-joplin-inverness El
SUPERINTENDENT: Tim Bronk
E-MAIL: tbronk@cji.k12.mt.us
PHONE NUMBER: (406) 759-5108
School And Main
Chester, MT  59522

Chester-joplin-inverness Hs
SUPERINTENDENT: Tim Bronk
E-MAIL: tbronk@cji.k12.mt.us
PHONE NUMBER: (406) 759-5108
School And Main
Chester, MT  59522

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Chinook Elem
SUPERINTENDENT: Darin Hannum
E-MAIL: hannumd@chinookschools.org
PHONE NUMBER: (406) 357-2236
528 Ohio Street
Chinook, MT  59523

Chinook H S
SUPERINTENDENT: Darin Hannum
E-MAIL: hannumd@chinookschools.org
PHONE NUMBER: (406) 357-2236
528 Ohio Street
Chinook, MT  59523

Choteau Elem
SUPERINTENDENT: Chuck Gameon
E-MAIL: chuck.gameon@choteauschools.net
PHONE NUMBER: (406) 466-5364
204 7Th Ave Nw
Choteau, MT  59422

Choteau H S
SUPERINTENDENT: Chuck Gameon
E-MAIL: chuck.gameon@choteauschools.net
PHONE NUMBER: (406) 466-5303
204 7Th Ave Nw
Choteau, MT  59422

Chouteau
SUPERINTENDENT: Chuck Gameon
E-MAIL: chuck.gameon@choteauschools.net
PHONE NUMBER: (406) 622-3242
1308 Franklin
Fort Benton, MT  59442

Circle Elem
SUPERINTENDENT: Preston Wenz
E-MAIL: pwenz@circleschools.k12.mt.us
PHONE NUMBER: (406) 485-3600
1105 F Avenue
Circle, MT  59215

Circle H S
SUPERINTENDENT: Preston Wenz
E-MAIL: pwenz@circleschools.k12.mt.us
PHONE NUMBER: (406) 485-3600
1105 F Avenue
Circle, MT  59215

Clancy Elem
SUPERINTENDENT: Dave Selvig
E-MAIL: dselvig@clancy.k12.mt.us
PHONE NUMBER: (406) 933-5531
18 Clancy Creek Road
Clancy, MT  59634

Clinton Elem
SUPERINTENDENT: Tom Stack
E-MAIL: tstack@clintoncougars.com
PHONE NUMBER: (406) 825-3113
20397 East Mullan Road
Clinton, MT  59825

Cohagen Elem
SUPERINTENDENT: Heather     Gibson
E-MAIL: gcsupt@midrivers.com
PHONE NUMBER: (406) 557-2771
19 3Rd St. E.
Cohagen, MT  59322

Colstrip Elem
SUPERINTENDENT: Robert Lewandowski
E-MAIL: bob.lewandowski@colstrip.k12.mt.us
PHONE NUMBER: (406) 748-4699
216 Olive Drive
Colstrip, MT  59323

Colstrip H S
SUPERINTENDENT: Robert Lewandowski
E-MAIL: bob.lewandowski@colstrip.k12.mt.us
PHONE NUMBER: (406) 748-4699
216 Olive Drive
Colstrip, MT  59323

Columbia Falls Elem
SUPERINTENDENT: Dave Wick
E-MAIL: d_wick@cfmtschools.net
PHONE NUMBER: (406) 892-6550
501 6Th Ave West
Columbia Falls, MT  59912

Columbia Falls H S
SUPERINTENDENT: Dave Wick
E-MAIL: d_wick@cfmtschools.net
PHONE NUMBER: (406) 892-6550
501 6Th Ave West
Columbia Falls, MT  59912

Columbus Elem
SUPERINTENDENT: Marlene Deis
E-MAIL: mdeis@columbus.k12.mt.us
PHONE NUMBER: (406) 322-5373
433 N 3Rd St
Columbus, MT  59019

Columbus H S
SUPERINTENDENT: Jeff Bermes
E-MAIL: jbermes@columbus.k12.mt.us
PHONE NUMBER: (406) 322-5373
433 N 3Rd St
Columbus, MT  59019

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Conrad Elem
SUPERINTENDENT: Sean Beddow
E-MAIL: sean.beddow@conradschools.org
PHONE NUMBER: (406) 278-5521
215 South Maryland St
Conrad, MT  59425

Conrad H S
SUPERINTENDENT: Sean Beddow
E-MAIL: sean.beddow@conradschools.org
PHONE NUMBER: (406) 278-5521
215 South Maryland St
Conrad, MT  59425

Cooke City Elem
SUPERINTENDENT: Mollie Waldum
E-MAIL: mwaldum@parkcounty.org
PHONE NUMBER: (406) 838-2285
101 Broadway
Cooke City, MT  59020

Corvallis K-12 Schools
SUPERINTENDENT: Jon Konen
E-MAIL: jonk@corvallis.k12.mt.us
PHONE NUMBER: (406) 961-4211
1045 Main
Corvallis, MT  59828

Cottonwood Elem
SUPERINTENDENT: Doug Ellingson
E-MAIL: d.ellingson@co.custer.mt.us
PHONE NUMBER: (406) 874-3421
1712 Road 403
Ismay, MT  59336

Cottonwood Elem
SUPERINTENDENT: Marie Deegan
E-MAIL: deeganm@hillcounty.us
PHONE NUMBER: (406) 394-2273
14627 Wildhorse Road
Havre, MT  59501

Cottonwood Elem
SUPERINTENDENT: Matthew     Henry
E-MAIL: matthew.henry@gallatin.mt.gov
PHONE NUMBER: (406)763-4903
13233 Cottonwood Road
Bozeman, MT  59718

Creston Elem
SUPERINTENDENT: Tami Ward
E-MAIL: tward@creston.k12.mt.us
PHONE NUMBER: (406) 755-2859
4495 Montana 35
Kalispell, MT  59901

Culbertson Elem
SUPERINTENDENT: Larry Crowder
E-MAIL: crowderl@culbertson.k12.mt.us
PHONE NUMBER: (406) 787-6241
423 First Ave West
Culbertson, MT  59218

Culbertson H S
SUPERINTENDENT: Larry Crowder
E-MAIL: crowderl@culbertson.k12.mt.us
PHONE NUMBER: (406) 787-6241
423 First Ave West
Culbertson, MT  59218

Custer
SUPERINTENDENT: Doug Ellingson
E-MAIL: d.ellingson@co.custer.mt.us
PHONE NUMBER: (406) 874-3421
1010 Main Street
Miles City, MT  59301

Custer County H S
SUPERINTENDENT: Keith Campbell
E-MAIL: kcampbell@milescity.k12.mt.us
PHONE NUMBER: (406) 232-3840
1604 Main Street
Miles City, MT  59301

Custer K-12 Schools
SUPERINTENDENT: David Perkins
E-MAIL: supt@custerschools.org
PHONE NUMBER: (406) 856-4117
304 4Th Ave
Custer, MT  59024

Cut Bank Elem
SUPERINTENDENT: Wade Johnson
E-MAIL: wjco@cutbankschools.net
PHONE NUMBER: (406) 873-2229
101 3Rd Avenue Se
Cut Bank, MT  59427

Cut Bank H S
SUPERINTENDENT: Wade Johnson
E-MAIL: wjco@cutbankschools.net
PHONE NUMBER: (406) 873-2229
101 3Rd Avenue Se
Cut Bank, MT  59427

Darby K-12 Schools
SUPERINTENDENT: Chris Toynbee
E-MAIL: ctoynbee@darby.k12.mt.us
PHONE NUMBER: (406) 821-3841
209 School Drive
Darby, MT  59829

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Davey Elem
SUPERINTENDENT: Marie Deegan
E-MAIL: deeganm@hillcounty.us
PHONE NUMBER: (406) 265-4506
56182 Clear Ck Rd, 7 Miles Se
Havre, MT  59501

Dawson
SUPERINTENDENT: Jayne Mitchell
E-MAIL: mitchellj@dawsoncountymontana.com
PHONE NUMBER: (406) 377-3963
207 West Bell St
Glendive, MT  59330

Dawson H S
SUPERINTENDENT: Stephen Schreibeis
E-MAIL: schreibeiss@glendiveschools.org
PHONE NUMBER: (406) 377-2555
900 N Merrill Ave
Glendive, MT  59330

Deer Creek Elem
SUPERINTENDENT: Jayne Mitchell
E-MAIL: mitchellj@dawsoncountymontana.com
PHONE NUMBER: (406) 687-3724
12 Road 564
Glendive, MT  59330

Deer Lodge
SUPERINTENDENT: Rodney Simpson
E-MAIL: rsimpson@deerlodgeschools.org
PHONE NUMBER: (406) 563-9178
County Courthouse
Anaconda, MT  59711

Deer Lodge Elem
SUPERINTENDENT: Rodney Simpson
E-MAIL: rsimpson@deerlodgeschools.org
PHONE NUMBER: (406) 846-1553
444 Montana Avenue
Deer Lodge, MT  59722

Deer Park Elem
SUPERINTENDENT: Dan Block
E-MAIL: block@deerparkedu.org
PHONE NUMBER: (406) 892-5388
2105 Middle Road
Columbia Falls, MT  59912

Deerfield Elem
SUPERINTENDENT: Daniel Slack
E-MAIL: daniel.slack@usd216.org
PHONE NUMBER: (406)538-3852
360 Deerfield Road
Lewistown, MT  59457

Denton Elem
SUPERINTENDENT: Craig Widhalm
E-MAIL: cwidhalm@denton.k12.mt.us
PHONE NUMBER: (406) 567-2370
1200 Lehman Ave
Denton, MT  59430

Denton H S
SUPERINTENDENT: Craig Widhalm
E-MAIL: cwidhalm@denton.k12.mt.us
PHONE NUMBER: (406) 567-2270
1200 Lehman Ave
Denton, MT  59430

Desmet Elem
SUPERINTENDENT: Matthew Driessen
E-MAIL: mdriessen@desmetschool.org
PHONE NUMBER: (406) 549-4994
6355 Padre Lane
Missoula, MT  59808

Dillon Elem
SUPERINTENDENT: Randy Shipman
E-MAIL: rshipman@dillonelem.k12.mt.us
PHONE NUMBER: (406) 683-4311
22 North Cottom
Dillon, MT  59725

Dixon Elem
SUPERINTENDENT: Crista Anderson
E-MAIL: canderson@dixonschool.org
PHONE NUMBER: (406) 246-3566
411 B Street
Dixon, MT  59831

Dodson K-12
SUPERINTENDENT: Gary Weitz
E-MAIL: garyw@dodson.k12.mt.us
PHONE NUMBER: (406) 383-4361
124 First Ave W
Dodson, MT  59524

Drummond Elem
SUPERINTENDENT: Christina Barbachano
E-MAIL: cbarbachano@drummondschool.net
PHONE NUMBER: (406) 288-3283
108 West Edwards
Drummond, MT  59832

Drummond H S
SUPERINTENDENT: Christina Barbachano
E-MAIL: cbarbachano@drummondschool.net
PHONE NUMBER: (406) 288-3281
108 West Edwards
Drummond, MT  59832

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Dupuyer Elem
SUPERINTENDENT: Lynn Utterback
E-MAIL: cntysupt@3rivers.net
PHONE NUMBER: (406) 472-3297
319 Columbus Loop
Dupuyer, MT  59432

Dutton/brady K-12 Schools
SUPERINTENDENT: Erica Allen
E-MAIL: eallen@dbps.us
PHONE NUMBER: (406) 476-3201
101 2Nd St Ne
Dutton, MT  59433

E. Yellowstone Spec. Ser  Coop
SUPERINTENDENT: Karen Underwood
E-MAIL: karen@ywccssc.k12.mt.us
PHONE NUMBER: (406) 252-4022
1932 Us Highway 87 E
Billings, MT  59101

East Glacier Park Elem
SUPERINTENDENT: Karlona Sheppard
E-MAIL: eastglacierschool@yahoo.com
PHONE NUMBER: (406)226-5543
125 Washington St
E Glacier Park, MT  59434

East Helena Elem
SUPERINTENDENT: Ron Whitmoyer
E-MAIL: rwhitmoyer@ehps.k12.mt.us
PHONE NUMBER: (406) 227-7700
226 E Clinton
East Helena, MT  59635

Ekalaka Elem
SUPERINTENDENT: Katy Wright
E-MAIL: kwright@ekalaka.k12.mt.us
PHONE NUMBER: (406) 775-8767
111 W Speelmon St
Ekalaka, MT  59324

Elder Grove Elem
SUPERINTENDENT: Nathan Schmitz
E-MAIL: schmitz@eldergrove.k12.mt.us
PHONE NUMBER: (406) 656-2893
1532 South 64 Street W
Billings, MT  59106

Elliston Elem
SUPERINTENDENT: Jules Waber
E-MAIL: jwaber@powellcountymt.gov
PHONE NUMBER: (406) 492-7676
205 W Main St
Elliston, MT  59728

Elysian Elem
SUPERINTENDENT: Luke        Shelton
E-MAIL: lukeshelton@elysianschool.org
PHONE NUMBER: (406) 656-4101
6416 Elysian Road
Billings, MT  59101

Ennis K-12 Schools
SUPERINTENDENT: Casey Klasna
E-MAIL: cklasna@ennisschools.org
PHONE NUMBER: (406) 682-4258
223 S Charles Ave
Ennis, MT  59729

Eureka Elem
SUPERINTENDENT: Jim Mepham
E-MAIL: jmepham@teameureka.net
PHONE NUMBER: (406) 297-5650
430 9Th Street
Eureka, MT  59917

Evergreen Elem
SUPERINTENDENT: Laurie Barron
E-MAIL: lbarron@evergreensd50.com
PHONE NUMBER: (406) 751-1111
18 West Evergreen Drive
Kalispell, MT  59901

Fairfield Elem
SUPERINTENDENT: Dustin Gordon
E-MAIL: dgordon@fairfield.k12.mt.us
PHONE NUMBER: (406) 467-2528
13 7Th Street
Fairfield, MT  59436

Fairfield H S
SUPERINTENDENT: Dustin Gordon
E-MAIL: dgordon@fairfield.k12.mt.us
PHONE NUMBER: (406) 467-2528
13 7Th Street
Fairfield, MT  59436

Fair-mont-egan Elem
SUPERINTENDENT: Drea Beale
E-MAIL: principal@fmemontana.net
PHONE NUMBER: (406) 755-7072
797 Fairmont Road
Kalispell, MT  59901

Fairview Elem
SUPERINTENDENT: Luke Kloker
E-MAIL: lkloker@fschool.org
PHONE NUMBER: (406) 742-5265
713 S Western Ave
Fairview, MT  59221

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Fairview H S
SUPERINTENDENT: Luke Kloker
E-MAIL: lkloker@fschool.org
PHONE NUMBER: (406) 742-5265
713 S Western Ave
Fairview, MT  59221

Fallon
SUPERINTENDENT: Don Schillinger
E-MAIL: fallonschools@falloncounty.net
PHONE NUMBER: (406) 778-8168
No Address
Baker, MT 59313

Fergus
SUPERINTENDENT: Rhonda Long
E-MAIL: suptofschool@co.fergus.mt.us
PHONE NUMBER: (406) 535-3136
712 W Main St
Lewistown, MT  59457

Fergus H S
SUPERINTENDENT: Thom Peck
E-MAIL: thom.peck@lewistown.k12.mt.us
PHONE NUMBER: (406) 535-8777
215 7Th Avenue South
Lewistown, MT  59457

Fishtail Elem
SUPERINTENDENT: John       Smith
E-MAIL: jsmith@stillwatercountymt.gov
PHONE NUMBER: (406)328-4277
119 Easton Ave
Fishtail, MT  59028

Flathead
SUPERINTENDENT: Jack Eggensperger
E-MAIL: jack.eggensperger@flathead.mt.gov
PHONE NUMBER: (406) 758-5720
935 1St Ave. West, Suite Ss
Kalispell, MT  59901

Flathead County Coop
SUPERINTENDENT: Cheryl Russell
E-MAIL: crussell.fsecdirector@gmail.com
PHONE NUMBER: (406) 257-1857
15 Meridian Court
Kalispell, MT  59901

Flathead H S
SUPERINTENDENT: Mark Flatau
E-MAIL: flataum@sd5.k12.mt.us
PHONE NUMBER: (406) 751-3500
233 First Ave East
Kalispell, MT  59901

Florence-carlton K-12 Schls
SUPERINTENDENT: Brian Rayburn
E-MAIL: rayburnb@florence.k12.mt.us
PHONE NUMBER: (406) 273-6751
Old Highway 93 And Long Ave
Florence, MT  59833

Forsyth Elem
SUPERINTENDENT: Dinny Bennett
E-MAIL: dbennett@forsyth.k12.mt.us
PHONE NUMBER: (406) 346-2796
425 N 10Th Ave
Forsyth, MT  59327

Forsyth H S
SUPERINTENDENT: Dinny Bennett
E-MAIL: dbennett@forsyth.k12.mt.us
PHONE NUMBER: (406) 346-2796
425 N 10Th Ave
Forsyth, MT  59327

Fort Benton Elem
SUPERINTENDENT: Jory Thompson
E-MAIL: jthompson@fortbenton.k12.mt.us
PHONE NUMBER: (406) 622-5691
1820 Washington
Fort Benton, MT  59442

Fort Benton H S
SUPERINTENDENT: Jory Thompson
E-MAIL: jthompson@fortbenton.k12.mt.us
PHONE NUMBER: (406) 622-5691
1820 Washington
Fort Benton, MT  59442

Fortine Elem
SUPERINTENDENT: Laura Pluid
E-MAIL: laura@fortineschool.net
PHONE NUMBER: (406) 882-4531
358 Meadow Creek Rd
Fortine, MT  59918

Frazer Elem
SUPERINTENDENT: Melanie Cole
E-MAIL: mblount@frazer.k12.mt.us
PHONE NUMBER: (406) 695-2241
325 6Th Street
Frazer, MT  59225

Frazer H S
SUPERINTENDENT: Melanie Cole
E-MAIL: mblount@frazer.k12.mt.us
PHONE NUMBER: (406) 695-2241
325 6Th Street
Frazer, MT  59225

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Frenchtown K-12 Schools
SUPERINTENDENT: Randy Cline
E-MAIL: cliner@ftsd.org
PHONE NUMBER: (406) 626-2600
17620 Frenchtown Frontage Rd.
Frenchtown, MT  59834

Froid Elem
SUPERINTENDENT: Janessa Parenteau
E-MAIL: jparenteau@froidschool.com
PHONE NUMBER: (406) 766-2342
408 1St Street S
Froid, MT 59226

Froid H S
SUPERINTENDENT: Janessa Parenteau
E-MAIL: jparenteau@froidschool.com
PHONE NUMBER: (406) 766-2342
408 1St Street S
Froid, MT 59226

Fromberg K-12
SUPERINTENDENT: Teri Harris
E-MAIL: tharris@fromberg.k12.mt.us
PHONE NUMBER: (406) 668-7755
319 School Street
Fromberg, MT 59029

Frontier Elem
SUPERINTENDENT: Christine Eggar
E-MAIL: ceggar@frontierk8.org
PHONE NUMBER: (406) 653-2501
6996 Roy St.
Wolf Point, MT 59201

Galata Elem
SUPERINTENDENT: Lenora      Mcewen
E-MAIL: goldbuttelamb@gmail.com
PHONE NUMBER: (406) 432-2123
10 Division Avenue
Galata, MT 59444

Gallatin
SUPERINTENDENT: Matthew Henry
E-MAIL: matthew.henry@gallatin.mt.gov
PHONE NUMBER: (406) 582-3090
311 West Main, Room 107
Bozeman, MT 59715

Gallatin Gateway Elem
SUPERINTENDENT: Matthew Henry
E-MAIL: superintendentofschools@gallatin.mt.gov
PHONE NUMBER: (406) 763-4415
100 Mill Street
Gallatin Gateway, MT 59730

Gallatin/madison Coop
SUPERINTENDENT: Michelle Halberg
E-MAIL: mhalberg@galmadspecialedcoop.org
PHONE NUMBER: (406)388-6508
No Address
Belgrade, MT 59714

Gardiner Elem
SUPERINTENDENT: Mike Baer
E-MAIL: mbaer@gardiner.org
PHONE NUMBER: (406) 848-7563
510 Stone Street
Gardiner, MT 59030

Gardiner H S
SUPERINTENDENT: Mike Baer
E-MAIL: mbaer@gardiner.org
PHONE NUMBER: (406) 848-7563
510 Stone Street
Gardiner, MT 59030

Garfield
SUPERINTENDENT: Heather Gibson
E-MAIL: gcsupt@midrivers.com
PHONE NUMBER: (406) 557-6115
No Address
Jordan, MT 59337

Garfield County H S
SUPERINTENDENT: Nathan Olson
E-MAIL: nolson@jordanpublicschools.org
PHONE NUMBER: (406) 557-2259
324 Marguerite St
Jordan, MT 59337

Geraldine K-12
SUPERINTENDENT: Sheryl Mcginnis
E-MAIL: smcginnis@geraldine.k12.mt.us
PHONE NUMBER: (406) 737-4371
238 Brewster Street
Geraldine, MT 59446

Geyser Elem
SUPERINTENDENT: Shawn Harkins
E-MAIL: shawn.harkins@geyser.k12.mt.us
PHONE NUMBER: (406) 735-4368
103 3Rd St E
Geyser, MT 59447

Geyser H S
SUPERINTENDENT: Shawn Harkins
E-MAIL: shawn.harkins@geyser.k12.mt.us
PHONE NUMBER: (406) 735-4368
103 3Rd St E
Geyser, MT 59447

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Glacier
SUPERINTENDENT: Wade        Johnson
E-MAIL: wjco@cutbankschools.net
PHONE NUMBER: (406) 873-2295
1210 East Main
Cut Bank, MT  59427

Glasgow K-12 Schools
SUPERINTENDENT: Wade Sundby
E-MAIL: wsundby@mail.glasgow.k12.mt.us
PHONE NUMBER: (406) 228-2406
200 7Th St N
Glasgow, MT  59230

Glendive Elem
SUPERINTENDENT: Stephen Schreibeis
E-MAIL: schreibeiss@glendiveschools.org
PHONE NUMBER: (406) 377-2555
900 N Merrill Ave
Glendive, MT  59330

Gold Creek Elem
SUPERINTENDENT: Lewis        Cozby
E-MAIL: lcozby@powellcountymt.gov
PHONE NUMBER: (406)288-3560
825 Gold Creek Rd
Gold Creek, MT  59733

Golden Ridge Elem
SUPERINTENDENT: Cathy Sessions
E-MAIL: tetoncosupt@3rivers.net
PHONE NUMBER: (406) 467-2010
1374 Hiway 408
Fairfield, MT  59436

Golden Valley
SUPERINTENDENT: Park        Hook
E-MAIL: rpsadmin@midrivers.com
PHONE NUMBER: (406) 568-2342
107 Kemp
Ryegate, MT  59074

Granite
SUPERINTENDENT: Vicki Harding
E-MAIL: vharding@co.granite.mt.us
PHONE NUMBER: (406) 859-3831
No Address
Philipsburg, MT  59858

Grant Elem
SUPERINTENDENT: Matt Morgan
E-MAIL: matt.morgan@grant.kyschools.us
PHONE NUMBER: (406)683-2257
811 E Orr
Dillon, MT  59725

Grass Range Elem
SUPERINTENDENT: Joe Gaylord
E-MAIL: joe.gaylord@grps.k12.mt.us
PHONE NUMBER: (406) 428-2341
310 East 2Nd Street
Grass Range, MT  59032

Grass Range H S
SUPERINTENDENT: Joe Gaylord
E-MAIL: joe.gaylord@grps.k12.mt.us
PHONE NUMBER: (406) 428-2341
310 East 2Nd Street
Grass Range, MT  59032

Great Divide Educ Serv
SUPERINTENDENT: Silvia Mangen
E-MAIL: silviakmangen@gmail.com
PHONE NUMBER: (406) 846-2147
No Address
Deer Lodge, MT  59722

Great Falls Elem
SUPERINTENDENT: Tom Moore
E-MAIL: tom_moore@gfps.k12.mt.us
PHONE NUMBER: (406) 268-6447
1100 4Th St So
Great Falls, MT  59405

Great Falls H S
SUPERINTENDENT: Tom Moore
E-MAIL: tom_moore@gfps.k12.mt.us
PHONE NUMBER: (406) 268-6777
1100 4Th St So
Great Falls, MT  59405

Greenfield Elem
SUPERINTENDENT: Cathy Sessions
E-MAIL: tetoncosupt@3rivers.net
PHONE NUMBER: (406) 467-2433
590 Hwy 431
Fairfield, MT  59436

Greycliff Elem
SUPERINTENDENT: Susan Metcalf
E-MAIL: sgcountysuperintendent@yahoo.com
PHONE NUMBER: (406) 932-6641
301 A Street
Greycliff, MT  59033

Hall Elem
SUPERINTENDENT: Connie        Schiedermayer
E-MAIL: schiedermayerc@gmail.com
PHONE NUMBER: (406) 288-3440
109 West Main
Hall, MT  59837

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Hamilton K-12 Schools
SUPERINTENDENT: Tom Korst
E-MAIL: korstt@hsd3.org
PHONE NUMBER: (406) 363-2280
217 Daly Avenue
Hamilton, MT  59840

Hardin Elem
SUPERINTENDENT: Chad Johnson
E-MAIL: chad.johnson@hardin.k12.mt.us
PHONE NUMBER: (406) 665-9308
585 W. John Deere Road
Hardin, MT  59034

Hardin H S
SUPERINTENDENT: Chad Johnson
E-MAIL: chad.johnson@hardin.k12.mt.us
PHONE NUMBER: (406) 665-9300
585 W. John Deere Road
Hardin, MT  59034

Harlem Elem
SUPERINTENDENT: Doreen Warren
E-MAIL: doreenw@harlem-hs.k12.mt.us
PHONE NUMBER: (406) 353-2289
610 1St Ave Se
Harlem, MT  59526

Harlem H S
SUPERINTENDENT: Doreen Warren
E-MAIL: doreenw@harlem-hs.k12.mt.us
PHONE NUMBER: (406) 353-2289
610 1St Ave Se
Harlem, MT  59526

Harlowton Elem
SUPERINTENDENT: Aubrey Miller
E-MAIL: aubrey.miller@harlowton.k12.mt.us
PHONE NUMBER: (406) 632-4361
304 Division St
Harlowton, MT  59036

Harlowton H S
SUPERINTENDENT: Gregg Wasson
E-MAIL: gregg.wasson@harlowton.k12.mt.us
PHONE NUMBER: (406) 632-4822
304 Division St
Harlowton, MT  59036

Harrison K-12 Schools
SUPERINTENDENT: Fred Hofman
E-MAIL: fhofman@harrison.k12.mt.us
PHONE NUMBER: (406) 685-3428
120 Harrison St
Harrison, MT  59735

Havre Elem
SUPERINTENDENT: Andy Carlson
E-MAIL: carlsona@havre.k12.mt.us
PHONE NUMBER: (406) 265-4356
425 6Th Street
Havre, MT  59501

Havre H S
SUPERINTENDENT: Andy Carlson
E-MAIL: carlsona@blueponyk12.com
PHONE NUMBER: (406) 265-4356
425 6Th Street
Havre, MT  59501

Hawks Home Elem
SUPERINTENDENT: Tracey Walker
E-MAIL: twalker@mt.gov
PHONE NUMBER: (406) 427-5404
11 Talcott Lane
Hammond, MT  59332

Hays-lodge Pole K-12 Schls
SUPERINTENDENT: John Bach
E-MAIL: jbach@hlpschools.k12.mt.us
PHONE NUMBER: (406) 673-3120
197 School Road
Hays, MT  59527

Heart Butte K-12 Schools
SUPERINTENDENT: Mike Tatsey
E-MAIL: miket@heartbutte.k12.mt.us
PHONE NUMBER: (406) 338-3344
1 School Road
Heart Butte, MT  59448

Helena Elem
SUPERINTENDENT: Tyler Ream
E-MAIL: tream@helenaschools.org
PHONE NUMBER: (406) 324-2001
55 South Rodney
Helena, MT  59601

Helena Flats Elem
SUPERINTENDENT: Andy Maheras
E-MAIL: supt@helenaflats.org
PHONE NUMBER: (406) 257-2301
1000 Helena Flats Road
Kalispell, MT  59901

Helena H S
SUPERINTENDENT: Steve Thennis
E-MAIL: sthennis@helenaschools.org
PHONE NUMBER: (406) 324-2001
55 South Rodney
Helena, MT  59601

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Hellgate Elem
SUPERINTENDENT: Doug Reisig
E-MAIL: dreisig@hellgate.k12.mt.us
PHONE NUMBER: (406) 728-5626
2385 Flynn Lane
Missoula, MT  59808

Highwood K-12
SUPERINTENDENT: Jane Suberg
E-MAIL: jsuberg@highwood.k12.mt.us
PHONE NUMBER: (406) 733-2081
160 West Street South
Highwood, MT  59450

Hill
SUPERINTENDENT: Marie Deegan
E-MAIL: deeganm@hillcounty.us
PHONE NUMBER: (406) 265-5481
315 4Th Street
Havre, MT  59501

Hinsdale Elem
SUPERINTENDENT: Steve Morgan
E-MAIL: smorgan@hinsdale.k12.mt.us
PHONE NUMBER: (406) 364-2314
600 N Montana
Hinsdale, MT  59241

Hinsdale H S
SUPERINTENDENT: Steve Morgan
E-MAIL: smorgan@hinsdale.k12.mt.us
PHONE NUMBER: (406) 364-2314
600 N Montana
Hinsdale, MT  59241

Hobson K-12 Schools
SUPERINTENDENT: Hugo Anderson
E-MAIL: hugo.anderson@hobson.k12.mt.us
PHONE NUMBER: (406) 423-5483
108 6Th Street E
Hobson, MT  59452

Hot Springs K-12
SUPERINTENDENT: Mike Perry
E-MAIL: mperry@hotsprings.k12.mt.us
PHONE NUMBER: (406) 741-2962
301 Broadway
Hot Springs, MT  59845

Huntley Project K-12 Schools
SUPERINTENDENT: Mark Wandle
E-MAIL: mwandle@huntley.k12.mt.us
PHONE NUMBER: (406) 967-2540
1477 Ash St.
Worden, MT  59088

Independent Elem
SUPERINTENDENT: Bill Laurent
E-MAIL: laurent@independent.k12.mt.us
PHONE NUMBER: (406) 259-8109
2907 Roundup Road
Billings, MT  59105

Intermtn Childrens Home
SUPERINTENDENT: Jim Fitzgerald
E-MAIL: jimf@intermountain.org
PHONE NUMBER: (406) 442-7920
500 South Lamborn
Helena, MT  59601

Jackson Elem
SUPERINTENDENT: Gary Haverfield
E-MAIL: ghaverfield@bchsmt.com
PHONE NUMBER: (406) 834-3138
415 Jardine Ave
Jackson, MT  59736

Jefferson
SUPERINTENDENT: Tim        Norbeck
E-MAIL: tim.norbeck@jhs.k12.mt.us
PHONE NUMBER: (406) 225-4114
No Address
Boulder, MT  59632

Jefferson H S
SUPERINTENDENT: Aubrie Carey
E-MAIL: aubrie.carey@jhs.k12.mt.us
PHONE NUMBER: (406) 225-3740
312 So Main
Boulder, MT  59632

Joliet Elem
SUPERINTENDENT: Allison Evertz
E-MAIL: aevertz@joliet.k12.mt.us
PHONE NUMBER: (406) 962-3541
300 N Park St
Joliet, MT  59041

Joliet H S
SUPERINTENDENT: Allison Evertz
E-MAIL: aevertz@joliet.k12.mt.us
PHONE NUMBER: (406) 962-3541
300 N Park St
Joliet, MT  59041

Jordan Elem
SUPERINTENDENT: Nathan Olson
E-MAIL: nolson@jordanpublicschools.org
PHONE NUMBER: (406) 557-2259
324 Marguerite St
Jordan, MT  59337

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Judith Basin
SUPERINTENDENT: Jennifer Taylor
E-MAIL: jtaylor3@mt.gov
PHONE NUMBER: (406) 566-2277
No Address
Stanford, MT  59479

Judith Gap Elem
SUPERINTENDENT: Thomas Vail
E-MAIL: tvail@judithgap.k12.mt.us
PHONE NUMBER: (406) 473-2211
306 4Th Ave
Judith Gap, MT  59453

Judith Gap H S
SUPERINTENDENT: Thomas Vail
E-MAIL: tvail@judithgap.k12.mt.us
PHONE NUMBER: (406) 473-2211
306 4Th Ave
Judith Gap, MT  59453

Kalispell Elem
SUPERINTENDENT: Mark Flatau
E-MAIL: flataum@sd5.k12.mt.us
PHONE NUMBER: (406) 751-3800
233 First Ave East
Kalispell, MT  59901

Kester Elem
SUPERINTENDENT: Heather      Gibson
E-MAIL: gcsupt@midrivers.com
PHONE NUMBER: (406)557-6127
26 Miles NE of Jordan
Jordan, MT  59337

Kila Elem
SUPERINTENDENT: Liz English
E-MAIL: lenglish@kilaschool.com
PHONE NUMBER: (406) 257-2428
395 Kila Road
Kila, MT  59920

King Colony Elem
SUPERINTENDENT: Rhonda Long
E-MAIL: suptofschool@co.fergus.mt.us
PHONE NUMBER: (406) 366-9918
982 Jenni Road
Lewistown, MT  59457

Kinsey Elem
SUPERINTENDENT: Doug Ellingson
E-MAIL: d.ellingson@co.custer.mt.us
PHONE NUMBER: (406) 232-2440
7 Mastin Road
Kinsey, MT  59338

Kircher Elem
SUPERINTENDENT: Doug Ellingson
E-MAIL: d.ellingson@co.custer.mt.us
PHONE NUMBER: (406) 234-2761
331 Kircher Creek Rd
Miles City, MT  59301

Knees Elem
SUPERINTENDENT: Dena Kirschten
E-MAIL: kneesschool@hotmail.com
PHONE NUMBER: (406) 734-5312
23831 Brady Road E
Brady, MT  59416

Lake
SUPERINTENDENT: Carolyn Hall
E-MAIL: lacosupt@lakemt.gov
PHONE NUMBER: (406) 883-7262
106 4Th Avenue East
Polson, MT  59860

Lambert Elem
SUPERINTENDENT: Kara Triplett
E-MAIL: ktriplett@lambertschool.net
PHONE NUMBER: (406) 774-3333
121 3Rd Ave Nw
Lambert, MT  59243

Lambert H S
SUPERINTENDENT: Kara Triplett
E-MAIL: ktriplett@lambertschool.net
PHONE NUMBER: (406) 774-3333
121 3Rd Ave Nw
Lambert, MT  59243

Lamotte Elem
SUPERINTENDENT: Leeann Burke
E-MAIL: lburke@lamotteschool.com
PHONE NUMBER: (406) 586-2838
841 Bear Canyon Road
Bozeman, MT  59715

Laurel Elem
SUPERINTENDENT: Linda Filpula
E-MAIL: linda_filpula@laurel.k12.mt.us
PHONE NUMBER: (406) 628-8623
410 Colorado Avenue
Laurel, MT  59044

Laurel H S
SUPERINTENDENT: Linda Filpula
E-MAIL: linda_filpula@laurel.k12.mt.us
PHONE NUMBER: (406) 628-8623
410 Colorado Avenue
Laurel, MT  59044

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Lavina K-12 Schools
SUPERINTENDENT: Nicole Hanson
E-MAIL: nhanson@lavinapublicschools.com
PHONE NUMBER: (406) 636-2761
214 1St Street E
Lavina, MT  59046

Lewis & Clark
SUPERINTENDENT: Katrina Chaney
E-MAIL: kchaney@lccountymt.gov
PHONE NUMBER: (406) 447-8344
316 N Park Ave
Helena, MT  59601

Lewistown Elem
SUPERINTENDENT: Thom Peck
E-MAIL: thom.peck@lewistown.k12.mt.us
PHONE NUMBER: (406) 535-8777
215 7Th Avenue South
Lewistown, MT  59457

Libby K-12 Schools
SUPERINTENDENT: Ron Goodman
E-MAIL: goodmanr@libbyschools.org
PHONE NUMBER: (406) 293-8811
724 Louisiana Ave
Libby, MT  59923

Liberty Elem
SUPERINTENDENT: Kathy        Armstrong
E-MAIL: supt@co.liberty.mt.gov
PHONE NUMBER: (406) 432-5265
333 2100 Rd S
Galata, MT  59444

Lima K-12 Schools
SUPERINTENDENT: Brian Rayburn
E-MAIL: brayburn@limaschoolmt.org
PHONE NUMBER: (406) 276-3571
1 North Harrison
Lima, MT  59739

Lincoln
SUPERINTENDENT: Nancy Trotter
E-MAIL: nthiggins@libby.org
PHONE NUMBER: (406) 283-2450
512 California Avenue
Libby, MT  59923

Lincoln County H S
SUPERINTENDENT: Jim Mepham
E-MAIL: jmepham@teameureka.net
PHONE NUMBER: (406) 297-5650
430 9Th Street
Eureka, MT  59917

Lincoln K-12 Schools
SUPERINTENDENT: Jennifer Packer
E-MAIL: jpacker@lincoln.k12.mt.us
PHONE NUMBER: (406) 362-4201
808 Main St
Lincoln, MT  59639

Lindsay Elem
SUPERINTENDENT: Jayne Mitchell
E-MAIL: mitchellj@dawsoncountymontana.com
PHONE NUMBER: (406) 584-7592
Main Street
Lindsay, MT  59339

Livingston Elem
SUPERINTENDENT: Don Viegut
E-MAIL: don.viegut@livingston.k12.mt.us
PHONE NUMBER: (406) 222-0863
132 South B Street
Livingston, MT  59047

Lockwood Elem
SUPERINTENDENT: Tobin Novasio
E-MAIL: novasiot@lockwoodschool.org
PHONE NUMBER: (406) 252-6022
1932 Us Highway 87 E.
Lockwood, MT  59101

Lolo Elem
SUPERINTENDENT: Dale Olinger
E-MAIL: dolinger@loloschools.org
PHONE NUMBER: (406) 273-0451
11395 Highway 93 South
Lolo, MT  59847

Lone Rock Elem
SUPERINTENDENT: Scott Stiegler
E-MAIL: sstiegler@lonerockschool.org
PHONE NUMBER: (406) 777-3314
1112 Three Mile Creek Rd
Stevensville, MT  59870

Madison
SUPERINTENDENT: Pam Birkeland
E-MAIL: pbirkeland@madisoncountymt.gov
PHONE NUMBER: (406) 843-4280
103 W Wallace St
Virginia City, MT  59755

Malmborg Elem
SUPERINTENDENT: Matthew Henry
E-MAIL: matthew.henry@gallatin.mt.gov
PHONE NUMBER: (406) 586-2759
375 Jackson Creek Road
Bozeman, MT  59715

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Malta K-12 Schools
SUPERINTENDENT: Kris Kuehn
E-MAIL: kkuehn@maltaschools.org
PHONE NUMBER: (406) 654-1871
1 Hs Lane S 9Th St W
Malta, MT  59538

Manhattan High School
SUPERINTENDENT: Jeff Blessum
E-MAIL: jblessum@mhstigers.org
PHONE NUMBER: (406) 284-6460
416 N Broadway
Manhattan, MT  59741

Manhattan School
SUPERINTENDENT: Jeff Blessum
E-MAIL: jblessum@mhstigers.org
PHONE NUMBER: (406) 284-6460
416 N Broadway
Manhattan, MT  59741

Marion Elem
SUPERINTENDENT: Peter Loyda
E-MAIL: ployda@marionschoolmt.com
PHONE NUMBER: (406) 854-2333
205 Gopher Lane
Marion, MT  59925

Mccone
SUPERINTENDENT: Nita Crockett
E-MAIL: mctreas@midrivers.com
PHONE NUMBER: (406) 485-3590
No Address
Circle, MT  59215

Mccormick Elem
SUPERINTENDENT: Nancy Trotter
E-MAIL: nthiggins@libby.org
PHONE NUMBER: (406) 295-4982
1564 Old Highway 2 North
Troy, MT  59935

Mcleod Elem
SUPERINTENDENT: Susan Metcalf
E-MAIL: sgcountysuperintendent@yahoo.com
PHONE NUMBER: (406) 932-6164
23 Main Street
Mcleod, MT  59052

Medicine Lake K-12 Schools
SUPERINTENDENT: J Lail
E-MAIL: jlail@medicinelake.k12.mt.us
PHONE NUMBER: (406) 789-2211
311 Young St
Medicine Lake, MT  59247

Melstone H S
SUPERINTENDENT: Angie Armour
E-MAIL: angie.armour@melstone.net
PHONE NUMBER: (406) 358-2352
5 6Th Avenue N
Melstone, MT  59054

Melville Elem
SUPERINTENDENT: Susan Metcalf
E-MAIL: sgcountysuperintendent@yahoo.com
PHONE NUMBER: (406) 537-4457
50 Melville Main St
Melville, MT  59055

Miami Elem
SUPERINTENDENT: Lynn          Utterback
E-MAIL: cntysupt@3rivers.net
PHONE NUMBER: (406)472-3350
400 New Miami Colony Lane
Conrad, MT  59425

Miles City Elem
SUPERINTENDENT: Keith Campbell
E-MAIL: kcampbell@milescity.k12.mt.us
PHONE NUMBER: (406) 234-3840
1604 Main Street
Miles City, MT  59301

Mineral
SUPERINTENDENT: Mary Yarnall
E-MAIL: myarnall@co.mineral.mt.us
PHONE NUMBER: (406) 822-3529
300 River Street
Superior, MT  59872

Missoula
SUPERINTENDENT: Erin Lipkind
E-MAIL: elipkind@missoulacounty.us
PHONE NUMBER: (406) 258-3349
438 West Spruce
Missoula, MT  59802

Missoula Area Education Coop
SUPERINTENDENT: Stacia Vaughn
E-MAIL: svaughn@missoulaaec.com
PHONE NUMBER: (406) 532-4861
2825 Stockyard Road Suite I-2
Missoula, MT  59808

Missoula Elem
SUPERINTENDENT: Rob Watson
E-MAIL: rwatson@mcps.k12.mt.us
PHONE NUMBER: (406) 728-2400
215 South 6Th West
Missoula, MT  59801

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Missoula H S
SUPERINTENDENT: Rob Watson
E-MAIL: rwatson@mcps.k12.mt.us
PHONE NUMBER: (406) 728-2400
215 South 6Th West
Missoula, MT  59801

Molt Elem
SUPERINTENDENT: John Smith
E-MAIL: jsmith@stillwatercountymt.gov
PHONE NUMBER: (406) 669-3224
214 Lake Ave
Molt, MT  59057

Monforton Elem
SUPERINTENDENT: Darren Strauch
E-MAIL: dstrauch@monfortonschool.org
PHONE NUMBER: (406) 586-1557
6001 Monforton School Rd
Bozeman, MT  59718

Mont Sch For Deaf Blind
SUPERINTENDENT: Paul Furthmyre
E-MAIL: pfurthmyre@msdb.mt.gov
PHONE NUMBER: (406) 771-6000
3911 Central Avenue
Great Falls, MT  59405

Montana City Elem
SUPERINTENDENT: Tony Kloker
E-MAIL: tkloker@mtcityschool.net
PHONE NUMBER: (406) 442-6779
11 Mcclellan Creek Road
Clancy, MT  59634

Moore Elem
SUPERINTENDENT: Denise Chrest
E-MAIL: dchrest@moore.k12.mt.us
PHONE NUMBER: (406) 374-2231
509 Highland
Moore, MT  59464

Moore H S
SUPERINTENDENT: Denise Chrest
E-MAIL: dchrest@moore.k12.mt.us
PHONE NUMBER: (406) 374-2231
509 Highland
Moore, MT  59464

Morin Elem
SUPERINTENDENT: Greg Upham
E-MAIL: uphamg@billingsschools.org
PHONE NUMBER: (406) 259-6933
8824 Pryor Road
Billings, MT  59101

Mountain View Elem
SUPERINTENDENT: Tom Moore
E-MAIL: tom_moore@gfps.k12.mt.us
PHONE NUMBER: (406) 336-2433
Pardue Rd Seville Colony
Cut Bank, MT  59427

Mt Developmental Ctr
SUPERINTENDENT: Rebecca Camara
E-MAIL: rdecamara@mt.gov
PHONE NUMBER: (406) 225-4411
310 4Th Avenue
Boulder, MT  59632

Musselshell
SUPERINTENDENT: Chad         Sealey
E-MAIL: chadsealey@roundup.k12.mt.us
PHONE NUMBER: (406)323-1470
506 Main Street
Roundup, MT  59072

Nashua K-12 Schools
SUPERINTENDENT: James Russell
E-MAIL: jrussell@nashua.k12.mt.us
PHONE NUMBER: (406) 746-3411
222 Mabel
Nashua, MT  59248

North Ctrl Learn Res Ctr
SUPERINTENDENT: Jenny Reeves
E-MAIL: jenny.reeves@nclearning.org
PHONE NUMBER: (406) 727-6303
1601 2Nd Ave N, Suite 234
Great Falls, MT  59401

North Harlem Colony Elem
SUPERINTENDENT: Valerie White
E-MAIL: vwhite@blainecounty-mt.gov
PHONE NUMBER: (406) 353-2800
755 Hillcrest Road
Harlem, MT  59526

North Star Elem
SUPERINTENDENT: Bart Hawkins
E-MAIL: bhawkins@nsschools.org
PHONE NUMBER: (406) 376-3183
105 3Rd Ave Ne
Rudyard, MT  59540

North Star Hs
SUPERINTENDENT: Bart Hawkins
E-MAIL: bhawkins@nsschools.org
PHONE NUMBER: (406) 355-4481
105 3Rd Ave Ne
Rudyard, MT  59540

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Northern Cheyenne Tribal School
SUPERINTENDENT: Teresa Mcmakin
E-MAIL: teresamcmakin@nctsk12.com
PHONE NUMBER: (406) 592-3646
One Campus Drive
Busby, MT  59016

Noxon Elem
SUPERINTENDENT: Jonathan Martin
E-MAIL: noxonsupt@noxonschools.com
PHONE NUMBER: (406) 847-2442
300 Noxon Ave
Noxon, MT  59853

Noxon H S
SUPERINTENDENT: Jonathan Martin
E-MAIL: noxonsupt@noxonschools.com
PHONE NUMBER: (406) 847-2442
300 Noxon Ave
Noxon, MT  59853

Nye Elem
SUPERINTENDENT: John Smith
E-MAIL: jsmith@stillwatercountymt.gov
PHONE NUMBER: (406)328-6138
1970 Nye Road
Nye, MT  59061

Olney-bissell Elem
SUPERINTENDENT: Trevor Dahlman
E-MAIL: tdahlman@olneybissellschool.com
PHONE NUMBER: (406) 862-2828
5955 Farm To Market Road
Whitefish, MT  59937

Opheim K-12 Schools
SUPERINTENDENT: Tony Warren
E-MAIL: twarren@ohsvikings.org
PHONE NUMBER: (406) 762-3213
100 Rock Street
Opheim, MT  59250

Park
SUPERINTENDENT: Don Viegut
E-MAIL: don.viegut@livingston.k12.mt.us
PHONE NUMBER: (406) 222-4148
414 East Callender
Livingston, MT  59047

Park City Elem
SUPERINTENDENT: Dan Grabowska
E-MAIL: dgrabowska@pcsd5.org
PHONE NUMBER: (406) 633-2350
10 2Nd Ave Sw
Park City, MT  59063

Park City H S
SUPERINTENDENT: Dan Grabowska
E-MAIL: dgrabowska@pcsd5.org
PHONE NUMBER: (406) 633-2350
10 2Nd Ave Sw
Park City, MT  59063

Park H S
SUPERINTENDENT: Lynne Scalia
E-MAIL: lynne.scalia@livingston.k12.mt.us
PHONE NUMBER: (406) 222-0863
132 South B Street
Livingston, MT  59047

Pendroy Elem
SUPERINTENDENT: Cathy Sessions
E-MAIL: tetoncosupt@3rivers.net
PHONE NUMBER: (406) 469-2387
700 W. Pendry Road
Pendroy, MT  59467

Petroleum
SUPERINTENDENT: Lindsey     Wilkerson
E-MAIL: lwilkerson@winnettschool.org
PHONE NUMBER: (406) 429-5551
302 East Main
Winnett, MT  59087

Phillips
SUPERINTENDENT: Darlene Kolczak
E-MAIL: superintendent@phillipscounty.mt.gov
PHONE NUMBER: (406) 654-2010
No Address
Malta, MT  59538

Pine Creek Elem
SUPERINTENDENT: Kimberly    Debruycker
E-MAIL: pcskim.debruycker@gmail.com
PHONE NUMBER: (406)222-0059
2575 East River Rd
Livingston, MT  59047

Pine Grove Elem
SUPERINTENDENT: Heather     Gibson
E-MAIL: gcsupt@midrivers.com
PHONE NUMBER: (406) 557-2471
37 Miles Nw Of Jordan
Brusett, MT  59318

Pioneer Elem
SUPERINTENDENT: Melissa Schnitzmeier
E-MAIL: schnitzmeier@pioneerschool.us
PHONE NUMBER: (406) 373-5357
1937 Dover Road
Billings, MT  59105

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Plains Elem
SUPERINTENDENT: Thom Chisholm
E-MAIL: thom.chisholm@plainsschools.net
PHONE NUMBER: (406) 826-8600
412 Rittenour
Plains, MT  59859

Plains H S
SUPERINTENDENT: Thom Chisholm
E-MAIL: thom.chisholm@plainsschools.net
PHONE NUMBER: (406) 826-3666
412 Rittenour
Plains, MT  59859

Pleasant Valley Elem
SUPERINTENDENT: Jack Eggensperger
E-MAIL: jeggensperger@flathead.mt.gov
PHONE NUMBER: (406) 858-2343
7975 Pleasant Valley Road
Marion, MT  59925

Plenty Coups H S
SUPERINTENDENT: Linda Pease
E-MAIL: lpease@pryor.k12.mt.us
PHONE NUMBER: (406) 259-7329
1 High School Lane
Pryor, MT  59066

Plentywood K-12 Schools
SUPERINTENDENT: Robert Pedersen
E-MAIL: pederr@plentywood.k12.mt.us
PHONE NUMBER: (406) 765-1803
100 East Laurel Ave
Plentywood, MT  59254

Plevna K-12 Schools
SUPERINTENDENT: Nick Schumacher
E-MAIL: nschumacher@plevna.k12.mt.us
PHONE NUMBER: (406) 772-5666
327 N Main Street
Plevna, MT  59344

Polaris Elem
SUPERINTENDENT: Gary Haverfield
E-MAIL: ghaverfield@bchsmt.com
PHONE NUMBER: (406) 834-3403
4210 Pioneer Mountain Scenic B
Polaris, MT  59746

Polson Elem
SUPERINTENDENT: Tom Digiallonardo
E-MAIL: tdigiallonardo@polson.k12.mt.us
PHONE NUMBER: (406) 883-6355
111 4Th Avenue East
Polson, MT  59860

Polson H S
SUPERINTENDENT: Tom Digiallonardo
E-MAIL: tdigiallonardo@polson.k12.mt.us
PHONE NUMBER: (406) 883-6355
111 4Th Avenue East
Polson, MT  59860

Pondera
SUPERINTENDENT: Sean        Beddow
E-MAIL: sean.beddow@conradschools.org
PHONE NUMBER: (406) 271-4055
20 4Th Ave Sw
Conrad, MT  59425

Poplar Elem
SUPERINTENDENT: Dan Schmidt
E-MAIL: dan.schmidt@poplar.k12.mt.us
PHONE NUMBER: (406) 768-6730
400 4Th Ave West
Poplar, MT  59255

Poplar H S
SUPERINTENDENT: Dan Schmidt
E-MAIL: dan.schmidt@poplar.k12.mt.us
PHONE NUMBER: (406) 768-5603
400 4Th Ave West
Poplar, MT  59255

Potomac Elem
SUPERINTENDENT: John Rouse
E-MAIL: jrouse@potomacschoolmontana.us
PHONE NUMBER: (406) 244-5581
29750 Potomac Road
Bonner, MT  59823

Powder River
SUPERINTENDENT: Molly Lloyd
E-MAIL: mlloyd@prco.mt.gov
PHONE NUMBER: (406) 436-2488
Courthouse Square Room 208
Broadus, MT  59317

Powder River Co Dist H S
SUPERINTENDENT: Jim Hansen
E-MAIL: jim@broadus.net
PHONE NUMBER: (406) 436-2658
500 North Trautman
Broadus, MT  59317

Powell
SUPERINTENDENT: Rick Duncan
E-MAIL: rduncan@pchs.dl.k12.mt.us
PHONE NUMBER: (406) 846-9719
409 Missouri Ave
Deer Lodge, MT  59722

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Powell County H S
SUPERINTENDENT: Rick Duncan
E-MAIL: rduncan@pchs.dl.k12.mt.us
PHONE NUMBER: (406) 846-2757
709 Missouri Avenue
Deer Lodge, MT 59722

Power Elem
SUPERINTENDENT: Loren Dunk
E-MAIL: ldunk@power.k12.mt.us
PHONE NUMBER: (406) 463-2251
402 Teton Ave
Power, MT 59468

Power H S
SUPERINTENDENT: Loren Dunk
E-MAIL: ldunk@power.k12.mt.us
PHONE NUMBER: (406) 463-2251
402 Teton Ave
Power, MT 59468

Prairie
SUPERINTENDENT: Michael     Ehinger
E-MAIL: mike.ehinger@terryschools.com
PHONE NUMBER: (406)635-5577
No Address
Terry, MT 59349

Prairie View Coop
SUPERINTENDENT: Pam Pettigrew
E-MAIL: ppettigrew@pvssmt.org
PHONE NUMBER: (406) 377-5446
30 Highway 200 S
Glendive, MT 59330

Prickly Pear Coop
SUPERINTENDENT: Shelley Dempsey
E-MAIL: sdempsey@ehps.k12.mt.us
PHONE NUMBER: (406) 227-7322
2525 Lake Helena Drive
East Helena, MT 59635

Pryor Elem
SUPERINTENDENT: John Small
E-MAIL: jsmall@bighorncountymt.gov
PHONE NUMBER: (406) 259-8011
1 High School Lane
Pryor, MT 59066

Ramsay Elem
SUPERINTENDENT: Christopher  Kellogg
E-MAIL: kelloggc@ramsay.k12.mt.us
PHONE NUMBER: (406)782-5470
3 Russell St
Ramsay, MT 59748

Rapelje Elem
SUPERINTENDENT: Dennis Gerke
E-MAIL: dgerke@rapelje.k12.mt.us
PHONE NUMBER: (406) 663-2215
714 Main St
Rapelje, MT 59067

Rapelje H S
SUPERINTENDENT: Dennis Gerke
E-MAIL: dgerke@rapelje.k12.mt.us
PHONE NUMBER: (406) 663-2216
714 Main St
Rapelje, MT 59067

Ravalli
SUPERINTENDENT: Tom Korst
E-MAIL: korstt@hsd3.org
PHONE NUMBER: (406) 375-6522
217 Daly Ave
Hamilton, MT 59840

Red Lodge Elem
SUPERINTENDENT: John Fitzgerald
E-MAIL: john_fitzgerald@redlodge.k12.mt.us
PHONE NUMBER: (406) 446-1804
413 S Oakes
Red Lodge, MT 59068

Red Lodge H S
SUPERINTENDENT: Rex Ternan
E-MAIL: rexl_ternan@redlodge.k12.mt.us
PHONE NUMBER: (406) 446-1903
413 S Oakes
Red Lodge, MT 59068

Reed Point Elem
SUPERINTENDENT: Heather Jarrett
E-MAIL: hjarrett@reedpoint.k12.mt.us
PHONE NUMBER: (406) 326-2245
308 Central Ave
Reed Point, MT 59069

Reed Point H S
SUPERINTENDENT: Heather Jarrett
E-MAIL: hjarrett@reedpoint.k12.mt.us
PHONE NUMBER: (406) 326-2245
308 Central Ave
Reed Point, MT 59069

Reichle Elem
SUPERINTENDENT: Gary Haverfield
E-MAIL: ghaverfield@bchsmt.com
PHONE NUMBER: (406) 865-0353
6715 Schoolhouse Rd
Glen, MT 59732

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Reo Inc
SUPERINTENDENT: Jami Lind
E-MAIL: jami@reomontana.org
PHONE NUMBER: (406) 442-7850
46 N. Last Chance Gulch, Ste 2C
Helena, MT  59624

Richey Elem
SUPERINTENDENT: Maurren Simonson
E-MAIL: msimonson@richey.k12.mt.us
PHONE NUMBER: (406) 773-5680
202 Royal Ave
Richey, MT  59259

Richey H S
SUPERINTENDENT: Maurren Simonson
E-MAIL: msimonson@richey.k12.mt.us
PHONE NUMBER: (406) 773-5523
202 Royal Ave
Richey, MT  59259

Richland
SUPERINTENDENT: Gail Staffanson
E-MAIL: gstaffanson@richland.org
PHONE NUMBER: (406) 433-1608
201 West Main
Sidney, MT  59270

Roberts K-12 Schools
SUPERINTENDENT: Alex Ator
E-MAIL: ator@roberts.k12.mt.us
PHONE NUMBER: (406) 445-2421
106 Maple St
Roberts, MT  59070

Rocky Boy Elem
SUPERINTENDENT: Clintanna Colliflower
E-MAIL: clintanac@rockyboy.k12.mt.us
PHONE NUMBER: (406) 395-4291
81 Mission Taylor Road
Box Elder, MT  59521

Rocky Boy H S
SUPERINTENDENT: Voyd St Pierre
E-MAIL: voydsp@rockyboy.k12.mt.us
PHONE NUMBER: (406) 395-4291
81 Mission Taylor Road
Box Elder, MT  59521

Ronan Elem
SUPERINTENDENT: Mark Johnston
E-MAIL: mark.johnston@ronank12.edu
PHONE NUMBER: (406) 676-3390
421 Andrew Street Nw
Ronan, MT  59864

Ronan H S
SUPERINTENDENT: Mark Johnston
E-MAIL: mark.johnston@ronank12.edu
PHONE NUMBER: (406) 676-3390
421 Andrew Street Nw
Ronan, MT  59864

Roosevelt
SUPERINTENDENT: Jeri Toavs
E-MAIL: jtoavs@mt.gov
PHONE NUMBER: (406)653-6266
400 2nd Avenue South
Wolf Point, MT  59201

Rosebud
SUPERINTENDENT: Dinny Bennett
E-MAIL: dbennett@forsyth.k12.mt.us
PHONE NUMBER: (406) 346-2537
No Address
Forsyth, MT  59327

Rosebud K-12
SUPERINTENDENT: Dave Shreeve
E-MAIL: dshreeve@rhs12.com
PHONE NUMBER: (406) 347-5353
601 Main Street
Rosebud, MT  59347

Ross Elem
SUPERINTENDENT: Heather     Gibson
E-MAIL: gcsupt@midrivers.com
PHONE NUMBER: (406) 429-2098
1491 Old Stage Road
Mosby, MT  59058

Roundup Elem
SUPERINTENDENT: Chad Sealey
E-MAIL: chadsealey@roundup.k12.mt.us
PHONE NUMBER: (406) 323-1507
700 3Rd Street W
Roundup, MT  59072

Roundup High School
SUPERINTENDENT: Chad Sealey
E-MAIL: chadsealey@roundup.k12.mt.us
PHONE NUMBER: (406) 323-2402
700 3Rd Street W
Roundup, MT  59072

Roy K-12 Schools
SUPERINTENDENT: Gregory Dern
E-MAIL: gdern@roy.k12.mt.us
PHONE NUMBER: (406) 464-2511
500 Davis Street
Roy, MT  59471

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Ryegate K-12 Schools
SUPERINTENDENT: Park Hook
E-MAIL: phook@ryegate.k12.mt.us
PHONE NUMBER: (406) 568-2211
207 2Nd Ave W
Ryegate, MT  59074

S H Elem
SUPERINTENDENT: Doug Ellingson
E-MAIL: d.ellingson@co.custer.mt.us
PHONE NUMBER: (406) 421-5560
6281 Moon Creek Rd
Miles City, MT  59301

S Y Elem
SUPERINTENDENT: Doug Ellingson
E-MAIL: d.ellingson@co.custer.mt.us
PHONE NUMBER: (406) 421-5526
1 Road 664
Miles City, MT  59301

Saco Elem
SUPERINTENDENT: Tanya Funk
E-MAIL: tfunk@sacoschools.k12.mt.us
PHONE NUMBER: (406) 527-3531
321 Hwy 243
Saco, MT  59261

Saco H S
SUPERINTENDENT: Tanya Funk
E-MAIL: tfunk@sacoschools.k12.mt.us
PHONE NUMBER: (406) 527-3531
321 Hwy 243
Saco, MT  59261

Sanders
SUPERINTENDENT: Nichol Scribner
E-MAIL: nscribner@co.sanders.mt.us
PHONE NUMBER: (406) 826-4288
800 S Main
Thompson Falls, MT  59873

Sanders County Ed Servicescoop
SUPERINTENDENT: Taylor Salmi
E-MAIL: taylorsalmi@gmail.com
PHONE NUMBER: (406) 827-3007
307 3Rd Ave W
Thompson Falls, MT  59873

Savage Elem
SUPERINTENDENT: Angie Nelson
E-MAIL: anelson@savagepublicschool.com
PHONE NUMBER: (406) 776-2317
368 Mesa South
Savage, MT  59262

Savage H S
SUPERINTENDENT: Angie Nelson
E-MAIL: anelson@savagepublicschool.com
PHONE NUMBER: (406) 776-2317
368 Mesa South
Savage, MT  59262

Scobey K-12 Schools
SUPERINTENDENT: Greg Hardy
E-MAIL: ghardy@scobeyschools.com
PHONE NUMBER: (406) 487-2202
205 2Nd Ave E
Scobey, MT  59263

Seeley Lake Elem
SUPERINTENDENT: Chris Stout
E-MAIL: cstoutsle@blackfoot.net
PHONE NUMBER: (406) 677-2265
200 School Lane
Seeley Lake, MT  59868

Shelby Elem
SUPERINTENDENT: Elliott Crump
E-MAIL: elliott.crump@shelby.k12.mt.us
PHONE NUMBER: (406) 434-2622
1010 Oilfield Avenue
Shelby, MT  59474

Shelby H S
SUPERINTENDENT: Elliott Crump
E-MAIL: elliott.crump@shelby.k12.mt.us
PHONE NUMBER: (406) 434-2622
1010 Oilfield Avenue
Shelby, MT  59474

Shepherd Elem
SUPERINTENDENT: Drea Odonnell
E-MAIL: d-odonnell@shepherd.k12.mt.us
PHONE NUMBER: (406) 373-5461
7842 Shepherd Road
Shepherd, MT  59079

Shepherd H S
SUPERINTENDENT: Kj Poepping
E-MAIL: kj-poepping@shepherd.k12.mt.us
PHONE NUMBER: (406) 373-5461
7842 Shepherd Road
Shepherd, MT  59079

Sheridan
SUPERINTENDENT: Lindsey Brensdal
E-MAIL: record_supt@co.sheridan.mt.us
PHONE NUMBER: (406) 765-3403
100 West Laurel Ave
Plentywood, MT  59254

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Sheridan Elem
SUPERINTENDENT: Micheal Wetherbee
E-MAIL: mikew@sheridan.k12.mt.us
PHONE NUMBER: (406) 842-5302
211 Madison Street
Sheridan, MT  59749

Sheridan H S
SUPERINTENDENT: Micheal Wetherbee
E-MAIL: mikew@sheridan.k12.mt.us
PHONE NUMBER: (406) 842-5401
211 Madison Street
Sheridan, MT  59749

Sheridan/daniels Coop
SUPERINTENDENT: Rob          Pedersen
E-MAIL: 2wildcat@nemontel.net
PHONE NUMBER: (406) 765-1803
100 E Laurel Ave
Plentywood, MT  59254

Shields Valley Elem
SUPERINTENDENT: Dan Johnston
E-MAIL: djohnston@shieldsvalleyschools.org
PHONE NUMBER: (406) 578-2535
405 1St Street East
Clyde Park, MT  59018

Shields Valley H S
SUPERINTENDENT: Greg Sager
E-MAIL: gsager@shieldsvalleyschools.org
PHONE NUMBER: (406) 686-4621
405 1St Street East
Clyde Park, MT  59018

Shodair Specialty Hosp
SUPERINTENDENT: Craig Aasved
E-MAIL: caasved@shodair.org
PHONE NUMBER: (406) 444-7500
2755 Colonial Dr
Helena, MT  59604

Sidney Elem
SUPERINTENDENT: Brent          Sukut
E-MAIL: nbeyer@sidney.k12.mt.us
PHONE NUMBER: (406) 433-4358
200 3Rd Ave Se
Sidney, MT  59270

Sidney H S
SUPERINTENDENT: Brent Sukut
E-MAIL: bsukut@sidney.k12.mt.us
PHONE NUMBER: (406) 433-4080
200 3Rd Ave Se
Sidney, MT  59270

Silver Bow
SUPERINTENDENT: Cathy Maloney
E-MAIL: cmaloney@bsb.mt.gov
PHONE NUMBER: (406) 497-6215
155 West Granite
Butte, MT  59701

Simms H S
SUPERINTENDENT: Luke Mckinley
E-MAIL: lmckinley@srvs.k12.mt.us
PHONE NUMBER: (406) 264-5110
123 Walker Street
Simms, MT  59477

Smith Valley Elem
SUPERINTENDENT: Laili Komenda
E-MAIL: lkomenda@smithvalleyschool.org
PHONE NUMBER: (406) 756-4535
2901 Highway 2 West
Kalispell, MT  59901

Somers Elem
SUPERINTENDENT: Joe Price
E-MAIL: joe.price@somersdist29.org
PHONE NUMBER: (406) 857-3301
315 School Addition Rd
Somers, MT  59932

Spring Creek Elem
SUPERINTENDENT: Chad          Johnson
E-MAIL: chad.johnson@hardin.k12.mt.us
PHONE NUMBER: (406) 757-2515
Lakeshore Drive
Decker, MT  59025

Springdale Elem
SUPERINTENDENT: Jo Newhall
E-MAIL: jnewhall@parkcounty.org
PHONE NUMBER: (406) 932-6756
102 First Street
Springdale, MT  59082

St Ignatius K-12 Schools
SUPERINTENDENT: Jason Sargent
E-MAIL: jsargent@stignatiusschools.org
PHONE NUMBER: (406) 745-3811
75 3Rd Avenue
St Ignatius, MT  59865

St Regis K-12 Schools
SUPERINTENDENT: Joe Steele
E-MAIL: steelej@stregis.k12.mt.us
PHONE NUMBER: (406) 649-2311
90 Tiger Street
St Regis, MT  59866

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Stanford K-12 Schools
SUPERINTENDENT: Tim Dolphay
E-MAIL: tdolphay@stanford.k12.mt.us
PHONE NUMBER: (406) 566-2265
104 4Th Ave South
Stanford, MT  59479

Stevensville Elem
SUPERINTENDENT: Bob Moore
E-MAIL: mooreb@stevensville.k12.mt.us
PHONE NUMBER: (406) 777-5613
300 Park Street
Stevensville, MT  59870

Stevensville H S
SUPERINTENDENT: Robert Moore
E-MAIL: mooreb@stevensville.k12.mt.us
PHONE NUMBER: (406) 777-5481
300 Park Street
Stevensville, MT  59870

Stillwater
SUPERINTENDENT: John Smith
E-MAIL: jsmith@stillwatercountymt.gov
PHONE NUMBER: (406) 322-8057
809 E 4Th St N Ste B
Columbus, MT  59019

Stillwater/swt Grass Coop
SUPERINTENDENT: Monica Pugh
E-MAIL: ssgpugh11@yahoo.com
PHONE NUMBER: (406) 322-5298
42 N 4Th Street
Columbus, MT  59019

Sun River Valley Elem
SUPERINTENDENT: Dave Marzolf
E-MAIL: dmarzolf@srvs.k12.mt.us
PHONE NUMBER: (406) 264-5110
123 Walker Street
Simms, MT  59477

Sunburst K-12 Schools
SUPERINTENDENT: Tyler Bucklin
E-MAIL: tbucklin@sunburst.k12.mt.us
PHONE NUMBER: (406) 937-2811
414 3Rd St S
Sunburst, MT  59482

Superior K-12 Schools
SUPERINTENDENT: Scott Kinney
E-MAIL: srkinney@superior.k12.mt.us
PHONE NUMBER: (406) 822-3600
1003 E 5Th Ave
Superior, MT  59872

Swan Lake-salmon Elem
SUPERINTENDENT: Carolyn Hall
E-MAIL: lacosupt@lakemt.gov
PHONE NUMBER: (406) 886-2374
23187 Hwy 83
Swan Lake, MT  59911

Swan River Elem
SUPERINTENDENT: Marc Bunker
E-MAIL: principal@swanriverschoolk-8.org
PHONE NUMBER: (406) 837-4528
1205 Swan Highway 83
Bigfork, MT  59911

Swan Valley Elem
SUPERINTENDENT: Susan Bracha
E-MAIL: brachasvs@blackfoot.net
PHONE NUMBER: (406) 754-2320
6423 Highway 83
Condon, MT  59826

Sweet Grass
SUPERINTENDENT: Susan Metcalf
E-MAIL: sgcountysuperintendent@yahoo.com
PHONE NUMBER: (406) 932-5147
No Address
Big Timber, MT  59011

Sweet Grass County H S
SUPERINTENDENT: Corey Austin
E-MAIL: austinc@sgchs.com
PHONE NUMBER: (406) 932-5993
501 West 5Th Ave
Big Timber, MT  59011

Target Range Elem
SUPERINTENDENT: Heather  Schmidt
E-MAIL: heather.davisschmidt@target.k12.mt.us
PHONE NUMBER: (406) 549-9239
4095 South Avenue West
Missoula, MT  59804

Terry K-12 Schools
SUPERINTENDENT: Mike Ehinger
E-MAIL: mike.ehinger@terryschools.com
PHONE NUMBER: (406) 635-5533
215 E Park
Terry, MT  59349

Teton
SUPERINTENDENT: Cathy Sessions
E-MAIL: tetoncosupt@3rivers.net
PHONE NUMBER: (406) 466-2907
1 Main Avenue South
Choteau, MT  59422

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Thompson Falls Elem
SUPERINTENDENT: Bud Scully
E-MAIL: bscully@tfalls.org
PHONE NUMBER: (406) 827-3323
307 3Rd Ave West
Thompson Falls, MT  59873

Thompson Falls H S
SUPERINTENDENT: Bud Scully
E-MAIL: bscully@tfalls.org
PHONE NUMBER: (406) 827-3561
307 3Rd Ave West
Thompson Falls, MT  59873

Three Forks Elem
SUPERINTENDENT: Jeff Elliott
E-MAIL: jelliott@threeforks.k12.mt.us
PHONE NUMBER: (406) 285-6830
212 East Neal
Three Forks, MT  59752

Three Forks H S
SUPERINTENDENT: Jeff Elliott
E-MAIL: jelliott@threeforks.k12.mt.us
PHONE NUMBER: (406) 285-3224
212 East Neal
Three Forks, MT  59752

Toole
SUPERINTENDENT: Boyd Jackson
E-MAIL: bjackson@toolecountymt.gov
PHONE NUMBER: (406) 424-8322
226 1St Street South
Shelby, MT  59474

Townsend K-12 Schools
SUPERINTENDENT: Erik Wilkerson
E-MAIL: ewilkerson@townsend.k12.mt.us
PHONE NUMBER: (406) 441-3454
201 N Spruce
Townsend, MT  59644

Trail Creek Elem
SUPERINTENDENT: Doug Ellingson
E-MAIL: d.ellingson@co.custer.mt.us
PHONE NUMBER: (406) 421-5503
1734 Road 506
Miles City, MT  59301

Trego Elem
SUPERINTENDENT: Nancy Trotter
E-MAIL: nthiggins@libby.org
PHONE NUMBER: (406) 882-4713
64 Loon Lake Rd
Trego, MT  59934

Tri County Coop
SUPERINTENDENT: Molly Lloyd
E-MAIL: mlloyd@prco.mt.gov
PHONE NUMBER: (406) 436-2488
Courthouse Square Room 208
Broadus, MT  59317

Trinity Elem
SUPERINTENDENT: Laura White
E-MAIL: laurawhite@trinityed.org
PHONE NUMBER: (406) 368-2230
7435 Duffy Lane
Canyon Creek, MT  59633

Trout Creek Elem
SUPERINTENDENT: Debbie Phillips
E-MAIL: principal@troutcreekeagles.org
PHONE NUMBER: (406) 827-3629
4 School Lane
Trout Creek, MT  59874

Troy Elem
SUPERINTENDENT: Jacob Francom
E-MAIL: jfrancom@troyk12.org
PHONE NUMBER: (406) 295-4606
218 Spokane Ave
Troy, MT  59935

Troy H S
SUPERINTENDENT: Jacob Francom
E-MAIL: jfrancom@troyk12.org
PHONE NUMBER: (406) 295-4606
218 Spokane Ave
Troy, MT  59935

Turner Elem
SUPERINTENDENT: Tony Warren
E-MAIL: twarren@turner.k12.mt.us
PHONE NUMBER: (406) 379-2219
190 First Street East
Turner, MT  59542

Turner H S
SUPERINTENDENT: Tony Warren
E-MAIL: twarren@turner.k12.mt.us
PHONE NUMBER: (406) 379-2219
190 First Street East
Turner, MT  59542

Twin Bridges K-12 Schools
SUPERINTENDENT: Thad Kaiser
E-MAIL: tkaiser@twinfalcons.org
PHONE NUMBER: (406) 684-5656
216 West 6Th Street
Twin Bridges, MT  59754

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Two Eagle River School
SUPERINTENDENT: Rodney Bird
E-MAIL: rbird@twoeagleriverschool.org
PHONE NUMBER: (406) 675-0292
52096 Hwy 93 North
Pablo, MT  59855

Ulm Elem
SUPERINTENDENT: Russ Mcdaniel
E-MAIL: rmcdaniel@ulmschools.com
PHONE NUMBER: (406) 866-3313
6 Ulm Vaughn Road
Ulm, MT  59485

Upper West Shore Elem
SUPERINTENDENT: Carolyn Hall
E-MAIL: lacosupt@lakemt.gov
PHONE NUMBER: (406) 849-5240
506 B Street
Dayton, MT  59914

Valier Elem
SUPERINTENDENT: Julie Gaffney
E-MAIL: gaffneyj@valier.k12.mt.us
PHONE NUMBER: (406) 279-3314
804 4Th Street
Valier, MT  59486

Valier H S
SUPERINTENDENT: Julie Gaffney
E-MAIL: gaffneyj@valier.k12.mt.us
PHONE NUMBER: (406) 279-3613
804 4Th Street
Valier, MT  59486

Valley
SUPERINTENDENT: Lynne Nyquist
E-MAIL: lnyquist@valleycountymt.gov
PHONE NUMBER: (406) 228-6226
501 Court Square #2
Glasgow, MT  59230

Valley View Elem
SUPERINTENDENT: Carolyn Hall
E-MAIL: lacosupt@lakemt.gov
PHONE NUMBER: (406) 883-7262
42448 Valley View Road
Polson, MT  59860

Vaughn Elem
SUPERINTENDENT: Jan Cahill
E-MAIL: jcahill@vaughnschool.com
PHONE NUMBER: (406) 965-2231
480 Central Avenue
Vaughn, MT  59487

Victor K-12 Schools
SUPERINTENDENT: Lance Pearson
E-MAIL: pearson@victor.k12.mt.us
PHONE NUMBER: (406) 642-3221
425 4Th Avenue
Victor, MT  59875

Warrick Elem
SUPERINTENDENT: Kelly Haaland
E-MAIL: khaaland@bigsandy.k12.mt.us
PHONE NUMBER: (406) 378-2502
29200 Warrick Rd
Big Sandy, MT  59520

West Glacier Elem
SUPERINTENDENT: Krista Booher
E-MAIL: kristab@westglacierelementary.org
PHONE NUMBER: (406)888-5312
160 Old Bridge Rd
West Glacier, MT  59936

West Valley Elem
SUPERINTENDENT: Cal Ketchum
E-MAIL: cketchum@westvalleyschool.com
PHONE NUMBER: (406) 755-7239
2290 Farm To Market Road
Kalispell, MT  59901

West Yellowstone K-12
SUPERINTENDENT: Brian Smith
E-MAIL: bsmith@westyellowstone.k12.mt.us
PHONE NUMBER: (406) 646-7617
411 N Geyser St
West Yellowstone, MT  59758

Westby K-12 Schools
SUPERINTENDENT: Tony Holecek
E-MAIL: tholecek@westbyschool.k12.mt.us
PHONE NUMBER: (406) 385-2225
101 5Th Ave East
Westby, MT  59275

White Sulphur Spgs Elem
SUPERINTENDENT: Larry Markuson
E-MAIL: lmarkuson@whitesulphur.k12.mt.us
PHONE NUMBER: (406) 547-3751
209 S Central Ave
White Sulphur Springs, MT  59645

White Sulphur Spgs H S
SUPERINTENDENT: Larry Markuson
E-MAIL: lmarkuson@whitesulphur.k12.mt.us
PHONE NUMBER: (406) 547-3751
209 S Central Ave
White Sulphur Springs, MT  59645

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Whitefish Elem
SUPERINTENDENT: Dave Means
E-MAIL: meansd@whitefishschools.org
PHONE NUMBER: (406) 862-8640
600 East Second Street
Whitefish, MT  59937

Whitefish H S
SUPERINTENDENT: Dave Means
E-MAIL: meansd@whitefishschools.org
PHONE NUMBER: (406) 862-8640
600 East Second Street
Whitefish, MT  59937

Whitehall Elem
SUPERINTENDENT: Hannah Nieskens
E-MAIL: hnieskens@whitehallmt.org
PHONE NUMBER: (406) 287-3455
1 West Yellowstone
Whitehall, MT  59759

Whitehall H S
SUPERINTENDENT: Hannah Nieskens
E-MAIL: hnieskens@whitehallmt.org
PHONE NUMBER: (406) 287-3455
1 West Yellowstone
Whitehall, MT  59759

Whitewater K-12 Schools
SUPERINTENDENT: Darin Cummings
E-MAIL: cummingsh@whitewater.k12.mt.us
PHONE NUMBER: (406) 674-5418
1 Main Street
Whitewater, MT  59544

Wibaux
SUPERINTENDENT: Larry Helvik
E-MAIL: lhelvik@wibauxschool.net
PHONE NUMBER: (406) 796-2474
121 F Street N
Wibaux, MT  59353

Wibaux K-12 Schools
SUPERINTENDENT: Larry Helvik
E-MAIL: lhelvik@wibauxschool.net
PHONE NUMBER: (406) 796-2474
121 F Street N
Wibaux, MT  59353

Willow Creek Elem
SUPERINTENDENT: Bonnie Lower
E-MAIL: bonnielower@willowcreek.k12.mt.us
PHONE NUMBER: (406) 285-6991
407 Main Street
Willow Creek, MT  59760

Willow Creek H S
SUPERINTENDENT: Bonnie Lower
E-MAIL: bonnielower@willowcreek.k12.mt.us
PHONE NUMBER: (406) 285-6991
407 Main Street
Willow Creek, MT  59760

Winifred K-12 Schools
SUPERINTENDENT: Chad Fordyce
E-MAIL: cfordyce@winifred.k12.mt.us
PHONE NUMBER: (406) 462-5349
507 Main Street
Winifred, MT  59489

Winnett K-12 Schools
SUPERINTENDENT: Josh Gibbs
E-MAIL: jgibbs@winnettschool.org
PHONE NUMBER: (406) 429-2251
305 South Broadway
Winnett, MT  59087

Wolf Creek Elem
SUPERINTENDENT: Katrina Chaney
E-MAIL: kchaney@lccountymt.gov
PHONE NUMBER: (406) 235-4241
150 Walsh St
Wolf Creek, MT  59648

Wolf Point Elem
SUPERINTENDENT: Loverty Erickson
E-MAIL: lerickson@wolfpoint.k12.mt.us
PHONE NUMBER: (406) 653-2361
213 6Th Avenue South
Wolf Point, MT  59201

Wolf Point H S
SUPERINTENDENT: Loverty Erickson
E-MAIL: lerickson@wolfpoint.k12.mt.us
PHONE NUMBER: (406) 653-2361
213 6Th Avenue South
Wolf Point, MT  59201

Woodman Elem
SUPERINTENDENT: Erin Lipkind
E-MAIL: elipkind@missoulacounty.us
PHONE NUMBER: (406) 273-6770
18470 Highway 12 West
Lolo, MT  59847

Wyola Elem
SUPERINTENDENT: Christy Wright
E-MAIL: cwright@wyola.k12.mt.us
PHONE NUMBER: (406)343-2722
1 Mondell Avenue
Wyola, MT  59089

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Yaak Elem
SUPERINTENDENT: Sabre Alderete
E-MAIL: yaakteacher@yaakschool.org
PHONE NUMBER: (406) 295-9311
29893 Yaak River Road
Troy, MT  59935

Yellowstone Academy Elem
SUPERINTENDENT: Michael Chavers
E-MAIL: mchavers@ybgr.org
PHONE NUMBER: (406) 656-2198
1750 Ray Of Hope Lane
Billings, MT  59106

Yellowstone Boys & Girls Ranch
SUPERINTENDENT: Michael Chavers
E-MAIL: mchavers@ybgr.org
PHONE NUMBER: (406) 655-2100
1732 South 72Nd Street W
Billings, MT  59106

Yellowstone/w Carbon Coop
SUPERINTENDENT: Karen Underwood
E-MAIL: karen@ywccssc.k12.mt.us
PHONE NUMBER: (406) 628-7903
410 Colorado Avenue
Laurel, MT  59044

Alamance-burlington Schools
SUPERINTENDENT: Bruce        Benson
E-MAIL: william_benson@abss.k12.nc.us
PHONE NUMBER: (336) 570-6060
1712 Vaughn Road
Burlington, NC  27217

Alexander County Schools
SUPERINTENDENT: Jennifer Hefner
E-MAIL: jhefner@alexander.k12.nc.us
PHONE NUMBER: (828) 632-7001
700 Liledoun Road
Taylorsville, NC  28681

Alleghany County Schools
SUPERINTENDENT: Chad Beasley
E-MAIL: chad.beasley@alleghany.k12.nc.us
PHONE NUMBER: (336) 372-4345
85 Peachtree Street
Sparta, NC  28675

Anson County Schools
SUPERINTENDENT: Howard Mclean
E-MAIL: mclean.howard@anson.k12.nc.us
PHONE NUMBER: (704) 694-4417
320 Camden Road
Wadesboro, NC  28170

Appalachian State U Academy Middle Fork
SUPERINTENDENT: Tasha Powell
E-MAIL: hallpowelltm@appstate.edu
PHONE NUMBER: (336)748-4090
3125 Williston Road
Walkertown, NC  27051

Ashe County Schools
SUPERINTENDENT: Eisa Cox
E-MAIL: eisa.cox@ashe.k12.nc.us
PHONE NUMBER: (336) 246-7175
320 South Street
Jefferson, NC  28640

Ashe County Trac
SUPERINTENDENT: Travis Birdsell
E-MAIL: travis_birdsell@ncsu.edu
PHONE NUMBER: (336) 219-2650
134 Government Circle
Jefferson, NC  28640

Asheboro City Schools
SUPERINTENDENT: Aaron Woody
E-MAIL: awoody@asheboro.k12.nc.us
PHONE NUMBER: (336) 625-5104
1126 S Park Street
Asheboro, NC  27203

Asheville City Schools
SUPERINTENDENT: Bobbie Short
E-MAIL: bobbie.short@acsgmail.net
PHONE NUMBER: (828) 350-7000
85 Mountain Street
Asheville, NC  28801

Avery County Schools
SUPERINTENDENT: Dan Brigman
E-MAIL: davidburleson@averyschools.net
PHONE NUMBER: (828) 733-6006
775 Cranberry Street
Newland, NC  28657

Beaufort County Schools
SUPERINTENDENT: Mark Doane
E-MAIL: mdoane@beaufort.k12.nc.us
PHONE NUMBER: (252) 946-6593
321 Smaw Road
Washington, NC  27889

Bertie County Schools
SUPERINTENDENT: Otis Smallwood
E-MAIL: superintendent@bertie.k12.nc.us
PHONE NUMBER: (252) 794-6000
222 County Farm Road
Windsor, NC  27983

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Bladen County Schools
SUPERINTENDENT: Robert Taylor
E-MAIL: rtaylor@bladen.k12.nc.us
PHONE NUMBER: (910) 862-4136
1489 Us Hwy 701 South
Elizabethtown, NC  28337

Bold Kids After School Prog
SUPERINTENDENT: Carolyn Spellman
E-MAIL: boldkids@boldchurch.org
PHONE NUMBER: (704) 587-9339
2425C Westinghouse Road
Charlotte, NC  28273

Brunswick County Schools
SUPERINTENDENT: Jerry Oates
E-MAIL: joates@bcswan.net
PHONE NUMBER: (910) 253-2900
35 Referendum Drive
Bolivia, NC  28422

Buncombe County Schools
SUPERINTENDENT: Tony Baldwin
E-MAIL: tony.baldwin@bcsemail.org
PHONE NUMBER: (828) 232-4160
175 Bingham Road
Asheville, NC  28806

Burke County Schools
SUPERINTENDENT: Larry Putnam
E-MAIL: lputnam@burke.k12.nc.us
PHONE NUMBER: (828) 439-4311
700 East Parker Road
Morganton, NC  28655

Cabarrus County Schools
SUPERINTENDENT: Chris Lowder
E-MAIL: christopher.lowder@cabarrus.k12.nc.us
PHONE NUMBER: (704) 262-6123
4401 Old Airport Road
Concord, NC  28025

Caldwell County Schools
SUPERINTENDENT: Donald Phipps
E-MAIL: dphipps@caldwellschools.com
PHONE NUMBER: (828) 728-8407
1914 Hickory Boulevard Sw
Lenoir, NC  28645

Camden County Schools
SUPERINTENDENT: Joe Ferrell
E-MAIL: jferrell@camden.k12.nc.us
PHONE NUMBER: (252) 335-0831
174 Nc Hwy 343 N
Camden, NC  27921

Carteret County Public Schools
SUPERINTENDENT: Richard Paylor
E-MAIL: richard.paylor@carteretk12.org
PHONE NUMBER: (252) 728-4583
107 Safrit Drive
Beaufort, NC  28516

Caswell County Schools
SUPERINTENDENT: Sandra Carter
E-MAIL: sandra.carter@caswell.k12.nc.us
PHONE NUMBER: (336) 694-4116
353 County Home Road
Yanceyville, NC  27379

Catamount School
SUPERINTENDENT: Chip Cody
E-MAIL: ccody@email.wcu.edu
PHONE NUMBER: (828)331-1775
100 Smoky Mountain Dr
Sylva, NC  28779

Catawba County Schools
SUPERINTENDENT: Matt Stover
E-MAIL: matt_stover@catawbaschools.net
PHONE NUMBER: (828) 464-8333
2285 North Anderson Avenue
Newton, NC  28658

Chapel Hill-carrboro City Schools
SUPERINTENDENT: Jim Causby
E-MAIL: jcausby@chccs.k12.nc.us
PHONE NUMBER: (919) 967-8211
750 S Merritt Mill Rd
Chapel Hill, NC  27516

Charlotte-mecklenburg Schools
SUPERINTENDENT: Earnest Winston
E-MAIL: earnest.winston@cms.k12.nc.us
PHONE NUMBER: (980) 343-6270
Charlotte-Mecklenburg Gov Cent
Charlotte, NC  28202

Chatham County Schools
SUPERINTENDENT: Derrick Jordan
E-MAIL: djordan@chatham.k12.nc.us
PHONE NUMBER: (919) 542-3626
369 West Street
Pittsboro, NC  27312

Cherokee Central Schools
SUPERINTENDENT: Michael Murray
E-MAIL: mike.murray@ccs-nc.org
PHONE NUMBER: (828) 554-5000
86 Elk Crossing Lane
Cherokee, NC  28719

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Cherokee County Schools
SUPERINTENDENT: Jeana Conley
E-MAIL: superintendent@cherokee.k12.nc.us
PHONE NUMBER: (828) 837-2722
911 Andrews Road
Murphy, NC  28906

Cherokee Elementary School
SUPERINTENDENT: Michael Murray
E-MAIL: mike.murray@ccs-nc.org
PHONE NUMBER: (828) 554-5020
200 Ravensford Dr
Cherokee, NC  28719

Cherokee High School
SUPERINTENDENT: Michael Murray
E-MAIL: mike.murray@ccs-nc.org
PHONE NUMBER: (828) 554-5030
130 Ravensford Dr
Cherokee, NC  28719

Clay County Schools
SUPERINTENDENT: Dale Cole
E-MAIL: dcole@clayschools.org
PHONE NUMBER: (828) 389-8513
154 Yellow Jacket Drive
Hayesville, NC  28904

Cleveland County Community In-schools
SUPERINTENDENT: Heather Moore
E-MAIL: heather@cisofclevelandco.org
PHONE NUMBER: (704) 480-5569
502 S Lafayette St
Shelby, NC  28150

Cleveland County Schools
SUPERINTENDENT: Stephen Fisher
E-MAIL: srfisher@clevelandcountyschools.org
PHONE NUMBER: (704) 476-8000
400 West Marion Street
Shelby, NC  28150

Clinton City Schools
SUPERINTENDENT: Wesley Johnson
E-MAIL: wjohnson@clinton.k12.nc.us
PHONE NUMBER: (910) 592-3132
300 Westover Road
Clinton, NC  28328

Columbus County Schools
SUPERINTENDENT: Deanne Meadows
E-MAIL: deannemeadows@columbus.k12.nc.us
PHONE NUMBER: (910) 642-5168
817 Washington Street
Whiteville, NC  28472

Communities In-schools Of Brunswick County
SUPERINTENDENT: Bonnie Jordan
E-MAIL: bjordan@cisbrunswick.org
PHONE NUMBER: (910) 457-3494
8520 River Road
Southport, NC  28461

Craven County Schools
SUPERINTENDENT: Meghan Doyle
E-MAIL: meghan.doyle@cravenk12.org
PHONE NUMBER: (252) 514-6300
3600 Trent Road
New Bern, NC  28562

Cumberland County Schools
SUPERINTENDENT: Marvin Connelly
E-MAIL: superintendent@ccs.k12.nc.us
PHONE NUMBER: (910) 678-2300
2465 Gillespie Street
Fayetteville, NC  28306

Currituck County Schools
SUPERINTENDENT: Matt Lutz
E-MAIL: mlutz@currituck.k12.nc.us
PHONE NUMBER: (252) 232-2223
2958 Caratoke Hwy
Currituck, NC  27929

D.c. Virgo Preparatory Academy
SUPERINTENDENT: Sabrina Black
E-MAIL: blacksh@uncw.edu
PHONE NUMBER: (910)251-6150
813 Nixon Street
Wilmington, NC  28401

Dare County Schools
SUPERINTENDENT: John Farrelly
E-MAIL: farrellyjo@daretolearn.org
PHONE NUMBER: (252) 480-8888
3020 S. Wrightsville Ave
Nags Head, NC  27959

Davidson County Schools
SUPERINTENDENT: Emily Lipe
E-MAIL: elipe@davidson.k12.nc.us
PHONE NUMBER: (336) 249-8181
250 County School Road
Lexington, NC  27292

Davie County Schools
SUPERINTENDENT: Jeff Wallace
E-MAIL: wallacej@davie.k12.nc.us
PHONE NUMBER: (336) 751-5921
220 Cherry Street
Mocksville, NC  27028

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Deaf And Blind Schools
SUPERINTENDENT: Barbria Bacon
E-MAIL: barbria.bacon@esdb.dpi.nc.gov
PHONE NUMBER: (919) 733-6382
301 Ashe Ave
Raleigh, NC  27606

Division Of Prisons
SUPERINTENDENT: George Solomon
E-MAIL: george.solomon@ncdps.gov
PHONE NUMBER: (919) 838-4000
831 W Morgan Street
Raleigh, NC  27699

Duplin County Schools
SUPERINTENDENT: Austin Obasohan
E-MAIL: aobasohan@duplinschools.net
PHONE NUMBER: (910) 296-1521
315 N Main Street
Kenansville, NC  28349

Durham Public Schools
SUPERINTENDENT: Pascal Mubenga
E-MAIL: pascal.mubenga@dpsnc.net
PHONE NUMBER: (919) 560-2000
511 Cleveland Street
Durham, NC  27701

Edenton-chowan Schools
SUPERINTENDENT: Rob Jackson
E-MAIL: rjackson@ecps.k12.nc.us
PHONE NUMBER: (252) 482-4436
406 West Queen Street
Edenton, NC  27932

Edgecombe County Public Schools
SUPERINTENDENT: Valerie Bridges
E-MAIL: vbridges@ecps.us
PHONE NUMBER: (252) 641-2600
412 Pearl Street
Tarboro, NC  27886

Elizabeth City-pasquotank Public Schools
SUPERINTENDENT: Catherine Edmonds
E-MAIL: cedmonds@ecpps.k12.nc.us
PHONE NUMBER: (252) 335-2981
1200 S Halstead Boulevard
Elizabeth City, NC  27906

Elkin City Schools
SUPERINTENDENT: Myra Cox
E-MAIL: coxm@elkin.k12.nc.us
PHONE NUMBER: (336) 835-3135
202 West Spring Street
Elkin, NC  28621

Fort Bragg
SUPERINTENDENT: Donato Cuadrado
E-MAIL:
dodeaamericasmadistrictsupt@am.dodea.edu
PHONE NUMBER: (910) 907-0200
Holbrook Elementary
Fort Bragg, NC  28307

Franklin County Schools
SUPERINTENDENT: Rhonda Schuhler
E-MAIL: rhondaschuhler@fcschools.net
PHONE NUMBER: (919) 496-2600
53 West River Road
Louisburg, NC  27549

Gaston County Schools
SUPERINTENDENT: Jeffrey Booker
E-MAIL: superintendent@gaston.k12.nc.us
PHONE NUMBER: (704) 866-6100
943 Osceola Street
Gastonia, NC  28054

Gates County Schools
SUPERINTENDENT: Phillip Williams
E-MAIL: williamsb@gatescountyschools.net
PHONE NUMBER: (252) 357-1113
205 Main Street
Gatesville, NC  27938

Graham County Schools
SUPERINTENDENT: Angela Knight
E-MAIL: aknight@graham.k12.nc.us
PHONE NUMBER: (828) 479-9820
52 Moose Branch Road
Robbinsville, NC  28771

Granville County Schools
SUPERINTENDENT: Alisa Mclean
E-MAIL: mcleana@gcs.k12.nc.us
PHONE NUMBER: (919) 693-4613
101 Delacroix St
Oxford, NC  27565

Greene County Schools
SUPERINTENDENT: Patrick Miller
E-MAIL: patrickmiller@greene.k12.nc.us
PHONE NUMBER: (252) 747-3425
301 Kingold Boulevard
Snow Hill, NC  28580

Guilford County Schools
SUPERINTENDENT: Sharon Contreras
E-MAIL: superintendent@gcsnc.com
PHONE NUMBER: (336) 370-8100
712 North Eugene Street
Greensboro, NC  27401

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Halifax County Schools
SUPERINTENDENT: Eric Cunningham
E-MAIL: cunninghame@halifax.k12.nc.us
PHONE NUMBER: (252) 583-5111
9525 Hwy 301S
Halifax, NC  27839

Harnett County Schools
SUPERINTENDENT: Aaron Fleming
E-MAIL: afleming@harnett.k12.nc.us
PHONE NUMBER: (910) 893-8151
1008 Eleventh Street
Lillington, NC  27546

Haywood County Schools
SUPERINTENDENT: Bill Nolte
E-MAIL: nolte@haywood.k12.nc.us
PHONE NUMBER: (828) 456-2400
1230 N Main St
Waynesville, NC  28786

Henderson County Schools
SUPERINTENDENT: Bo Caldwell
E-MAIL: hrcaldwell@hcpsnc.org
PHONE NUMBER: (828) 697-4733
414 4Th Ave West
Hendersonville, NC  28739

Hertford County Schools
SUPERINTENDENT: William Wright
E-MAIL: wtwright@hertford.k12.nc.us
PHONE NUMBER: (252) 358-1761
701 N Martin Street
Winton, NC  27986

Hickory City Schools
SUPERINTENDENT: Robbie Adell
E-MAIL: adellro@hickoryschools.net
PHONE NUMBER: (828) 322-2855
432 4Th Avenue Sw
Hickory, NC  28602

Hoke County Schools
SUPERINTENDENT: Freddie Williamson
E-MAIL: fwilliamson@hcs.k12.nc.us
PHONE NUMBER: (910) 875-4106
310 Wooley Street
Raeford, NC  28376

Hyde County Schools
SUPERINTENDENT: Stephen Basnight
E-MAIL: sbasnight@hyde.k12.nc.us
PHONE NUMBER: (252) 926-3281
1430 Main Street
Swan Quarter, NC  27885

Iredell-statesville Schools
SUPERINTENDENT: Jeffery James
E-MAIL: jeff_james@iss.k12.nc.us
PHONE NUMBER: (704) 872-8931
549 N Race Street
Statesville, NC  28677

Jackson County Public Schools
SUPERINTENDENT: Kimberly Elliott
E-MAIL: kelliott@jcpsmail.org
PHONE NUMBER: (828)586-2311
398 Hospital Road
Sylva, NC  28779

Jones County Schools
SUPERINTENDENT: Ben Thigpen
E-MAIL: ben.thigpen@jonesnc.net
PHONE NUMBER: (252) 448-2531
320 West Jones Street
Trenton, NC  28585

Kannapolis City Schools
SUPERINTENDENT: Daron Buckwell
E-MAIL: chip.buckwell@kcs.k12.nc.us
PHONE NUMBER: (704) 938-1131
100 Denver Street
Kannapolis, NC  28083

Lee County Schools
SUPERINTENDENT: Andy Bryan
E-MAIL: abryan@lee.k12.nc.us
PHONE NUMBER: (919) 774-6226
106 Gordon Street
Sanford, NC  27330

Lenoir County Public Schools
SUPERINTENDENT: Brent Williams
E-MAIL: bwilliams@lenoir.k12.nc.us
PHONE NUMBER: (252) 527-1109
2017 W Vernon Avenue
Kinston, NC  28504

Lexington City Schools
SUPERINTENDENT: Anitra Wells
E-MAIL: awells@lexcs.org
PHONE NUMBER: (336) 242-1527
1010 Fair Street
Lexington, NC  27292

Lincoln County Schools
SUPERINTENDENT: Lory Morrow
E-MAIL: lory.morrow@lincoln.k12.nc.us
PHONE NUMBER: (704) 732-2261
353 N Generals Boulevard
Lincolnton, NC  28092

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Macon County Schools
SUPERINTENDENT: Chris Baldwin
E-MAIL: chris.baldwin@macon.k12.nc.us
PHONE NUMBER: (828) 524-3314
1202 Old Murphy Road
Franklin, NC  28734

Madison County Schools
SUPERINTENDENT: Will Hoffman
E-MAIL: whoffman@madisonk12.net
PHONE NUMBER: (828) 649-9276
5738 Us 25-70 Hwy
Marshall, NC  28753

Martin County Schools
SUPERINTENDENT: Tom Daly
E-MAIL: tdaly@martin.k12.nc.us
PHONE NUMBER: (252) 792-1575
300 N Watts Street
Williamston, NC  27892

Mcdowell County Schools
SUPERINTENDENT: Mark Garrett
E-MAIL: mark.garrett@mcdowell.k12.nc.us
PHONE NUMBER: (828) 652-4535
334 South Main Street
Marion, NC  28752

Mitchell County Schools
SUPERINTENDENT: Chad Calhoun
E-MAIL: chadcalhoun@mcsnc.org
PHONE NUMBER: (828) 766-2220
72 Ledger School Road
Bakersville, NC  28705

Montgomery County Schools
SUPERINTENDENT: Dale Ellis
E-MAIL: dale.ellis@montgomery.k12.nc.us
PHONE NUMBER: (910) 576-6511
441 Page Street
Troy, NC  27371

Moore County Schools
SUPERINTENDENT: Robert Grimesey
E-MAIL: rgrimesey@ncmcs.org
PHONE NUMBER: (910) 947-2976
5277 Hwy 15-501 S
Carthage, NC  28327

Mooresville Graded School District
SUPERINTENDENT: Stephen Mauney
E-MAIL: smauney@mgsd.k12.nc.us
PHONE NUMBER: (704) 658-2530
305 N Main St
Mooresville, NC  28115

Moss Street Partnership School
SUPERINTENDENT: Christina Oconnor
E-MAIL: ckoconno@uncg.edu
PHONE NUMBER: (336)349-5370
419 Moss Street
Reidsville, NC  27320

Mount Airy City Schools
SUPERINTENDENT: Kim Morrison
E-MAIL: kmorrison@mtairy.k12.nc.us
PHONE NUMBER: (336) 786-8355
130 Rawley Ave
Mount Airy, NC  27030

Nash-rocky Mount Schools
SUPERINTENDENT: Steven Ellis
E-MAIL: sjellis@ncpschools.net
PHONE NUMBER: (252) 459-5220
930 Eastern Avenue
Nashville, NC  27856

Nc Central University
SUPERINTENDENT: Johnson Akinleye
E-MAIL: johnson.akinleye@nccu.edu
PHONE NUMBER: (919) 530-6100
1801 Fayetteville Street
Durham, NC  27707

Nc Division Of Juvenile Justice
SUPERINTENDENT: Jim Speight
E-MAIL: jim.speight@ncdps.gov
PHONE NUMBER: (919) 743-8150
3010 Hammond Business Place
Raleigh, NC  27603

Nc Health And Human Services
SUPERINTENDENT: Elizabeth Tilson
E-MAIL: elizabeth.tilson@gastongov.com
PHONE NUMBER: (919) 855-4430
803 Biggs Drive
Raleigh, NC  27603

Nc School Of Science And Math
SUPERINTENDENT: Todd Roberts
E-MAIL: roberts@ncssm.edu
PHONE NUMBER: (919) 416-2600
1219 Broad Street
Durham, NC  27715

Nc Virtual Public School
SUPERINTENDENT: Eliz Colbert
E-MAIL: eliz.colbert@ncpublicschools.gov
PHONE NUMBER: (919) 513-8550
1017 Main Campus Dr
Raleigh, NC  27606

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

New Hanover County Schools
SUPERINTENDENT: Del Burns
E-MAIL: del.burns@nhcs.net
PHONE NUMBER: (910) 763-5431
6410 Carolina Beach Road
Wilmington, NC  28412

Newton Conover City Schools
SUPERINTENDENT: Aron Gabriel
E-MAIL: aron.gabriel@n-ccs.org
PHONE NUMBER: (828) 464-3191
605 North Ashe Avenue
Newton, NC  28658

Northampton County Schools
SUPERINTENDENT: Pamela Chamblee
E-MAIL: chambleep@northampton.k12.nc.us
PHONE NUMBER: (252) 534-1371
701 N Church St
Jackson, NC  27845

Northeast Regional School - Biotech/agri
SUPERINTENDENT: Hal Davis
E-MAIL: hdavis@neregionalschool.org
PHONE NUMBER: (252)791-0056
1215 Saint Andrews St
Jamesville, NC  27846

Onslow County Schools
SUPERINTENDENT: Barry Collins
E-MAIL: barry.collins@onslow.k12.nc.us
PHONE NUMBER: (910) 455-2211
200 Broadhurst Road
Jacksonville, NC  28540

Orange County Schools
SUPERINTENDENT: Monique Felder
E-MAIL: ocs.superintendent@orange.k12.nc.us
PHONE NUMBER: (919) 732-8126
200 E King Street
Hillsborough, NC  27278

Pamlico County Schools
SUPERINTENDENT: Lisa Jackson
E-MAIL: lisajackson@pamlicoschools.org
PHONE NUMBER: (252) 745-4171
507 Anderson Drive
Bayboro, NC  28515

Pender County Schools
SUPERINTENDENT: Steven Hill
E-MAIL: steven_hill@pender.k12.nc.us
PHONE NUMBER: (910) 259-2187
925 Penderlea Hwy
Burgaw, NC  28425

Perquimans County Schools
SUPERINTENDENT: Tanya Turner
E-MAIL: tanyaturner@pqschools.org
PHONE NUMBER: (252) 426-5741
411 Edenton Road Street
Hertford, NC  27944

Person County Schools
SUPERINTENDENT: Rodney Peterson
E-MAIL: petersonr@person.k12.nc.us
PHONE NUMBER: (336) 599-2191
304 S Morgan Street Rm 25
Roxboro, NC  27573

Pitt County Schools
SUPERINTENDENT: Ethan Lenker
E-MAIL: lenkere@pitt.k12.nc.us
PHONE NUMBER: (252) 830-4200
1717 W 5Th Street
Greenville, NC  27834

Polk County Schools
SUPERINTENDENT: Aaron Greene
E-MAIL: agreene@polkschools.org
PHONE NUMBER: (828) 894-3051
125 E Mills Street
Columbus, NC  28722

Public Schools Of Robeson County
SUPERINTENDENT: Shanita Wooten
E-MAIL: shanita.wooten@robeson.k12.nc.us
PHONE NUMBER: (910) 671-6000
5170 N. Fayetteville Road
Lumberton, NC  28358

Randolph County Schools
SUPERINTENDENT: Stephen Gainey
E-MAIL: sgainey@randolph.k12.nc.us
PHONE NUMBER: (336) 318-6100
2222-C S Fayetteville Street
Asheboro, NC  27205

Richmond County Schools
SUPERINTENDENT: Jeff Maples
E-MAIL: jeffmaples@richmond.k12.nc.us
PHONE NUMBER: (910) 582-5860
118 Vance Street
Hamlet, NC  28345

Roanoke Rapids City Schools
SUPERINTENDENT: Dain Butler
E-MAIL: butlerd.co@rrgsd.org
PHONE NUMBER: (252) 519-7100
536 Hamilton Street
Roanoke Rapids, NC  27870

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Rockingham County Schools
SUPERINTENDENT: Rodney Shotwell
E-MAIL: rshotwell@rock.k12.nc.us
PHONE NUMBER: (336) 627-2600
511 Harrington Hwy
Eden, NC  27288

Rowan-salisbury Schools
SUPERINTENDENT: Lynn Moody
E-MAIL: lynn.moody@rss.k12.nc.us
PHONE NUMBER: (704) 636-7500
500 North Main Street
Salisbury, NC  28144

Rutherford County Schools
SUPERINTENDENT: David Sutton
E-MAIL: dsutton@rcsnc.org
PHONE NUMBER: (828) 288-2200
382 West Main Street
Forest City, NC  28043

Sampson County Schools
SUPERINTENDENT: Eric Bracy
E-MAIL: ebracy@sampson.k12.nc.us
PHONE NUMBER: (910) 592-1401
437 Rowan Road
Clinton, NC  28328

Scotland County Schools
SUPERINTENDENT: Ron Hargrave
E-MAIL: rhargrave@scotland.k12.nc.us
PHONE NUMBER: (910) 276-1138
322 S Main St
Laurinburg, NC  28352

Stanly County Schools
SUPERINTENDENT: Vicki Calvert
E-MAIL: vicki.calvert@stanlycountyschools.org
PHONE NUMBER: (704) 961-3000
1000-4 N First Street
Albemarle, NC  28001

Statesville Housing Authority
SUPERINTENDENT: Darbah Skaf
E-MAIL: dskaf@iscecinc.org
PHONE NUMBER: (704) 978-2460
110 West Allison Street
Statesville, NC  28677

Stokes County Schools
SUPERINTENDENT: Phillip Rice
E-MAIL: brad.rice@stokes.k12.nc.us
PHONE NUMBER: (336) 593-8146
100 Courthouse Circle
Danbury, NC  27016

Surry County Schools
SUPERINTENDENT: Travis Reeves
E-MAIL: reevest@surry.k12.nc.us
PHONE NUMBER: (336) 386-8211
209 N Crutchfield St
Dobson, NC  27017

Swain County Schools
SUPERINTENDENT: Mark Sale
E-MAIL: msale@swainmail.org
PHONE NUMBER: (828) 488-3129
280 School Drive
Bryson City, NC  28713

Think Smart Outreach Center
SUPERINTENDENT: Pamela Williams
E-MAIL: pamela.williams@tylerisd.org
PHONE NUMBER: (910)897-8257
55 Think Smart Ln
Erwin, NC  28339

Thomasville City Schools
SUPERINTENDENT: Catherine Gentry
E-MAIL: gentryc@tcs.k12.nc.us
PHONE NUMBER: (336) 474-4200
400 Turner Street
Thomasville, NC  27360

Transylvania Community In-schools
SUPERINTENDENT: Jeffrey Mcdaris
E-MAIL: jmcdaris@tcsnc.org
PHONE NUMBER: (828) 884-6173
225 Rosenwald Lane
Bervard, NC  28712

Transylvania County Schools
SUPERINTENDENT: Jeffrey Mcdaris
E-MAIL: jmcdaris@tcsnc.org
PHONE NUMBER: (828) 884-6173
225 Rosenwald Ln
Brevard, NC  28712

Tyrrell County Schools
SUPERINTENDENT: Oliver Holley
E-MAIL: oholley@tycomail.net
PHONE NUMBER: (252) 796-1121
1107 Hwy 64 E
Columbia, NC  27925

Union County Public Schools
SUPERINTENDENT: Andrew Houlihan
E-MAIL: andrew.houlihan@ucps.k12.nc.us
PHONE NUMBER: (704) 296-9898
400 North Church Street
Monroe, NC  28112

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Vance County Schools
SUPERINTENDENT: Anthony Jackson
E-MAIL: ajackson@vcs.k12.nc.us
PHONE NUMBER: (252) 492-2127
1724 Graham Avenue
Henderson, NC  27536

Victorious Community Development
SUPERINTENDENT: Wil Nichols
E-MAIL: pastorwil@victoriouspraise.org
PHONE NUMBER: (919) 957-7500
2116 Page Road
Durham, NC  27703

Wake County Schools
SUPERINTENDENT: Cathy Moore
E-MAIL: cmoore@wcpss.net
PHONE NUMBER: (919) 431-7400
5625 Dillard Drive
Cary, NC  27518

Wamy Comm Action Inc
SUPERINTENDENT: Melissa Soto
E-MAIL: melissa@wamycommunityaction.org
PHONE NUMBER: (828) 264-2421
152 Southgate Drive, Suite 2
Boone, NC  28607

Warren County Schools
SUPERINTENDENT: Mary Young
E-MAIL: myoung@warrenk12nc.org
PHONE NUMBER: (252) 257-3184
109 Cousin Lucy'S Lane
Warrenton, NC  27589

Washington County Schools
SUPERINTENDENT: Julius Walker
E-MAIL: jwalker@wcsnc.org
PHONE NUMBER: (252) 793-5171
802 Washington St
Plymouth, NC  27962

Watauga County Schools
SUPERINTENDENT: Scott Elliott
E-MAIL: elliotts@watauga.k12.nc.us
PHONE NUMBER: (828) 264-7190
175 Pioneer Trail
Boone, NC  28607

Wayne County Public Schools
SUPERINTENDENT: James Merrill
E-MAIL: jamesmerrill@wcps.org
PHONE NUMBER: (919) 731-5900
2001 E Royall Avenue
Goldsboro, NC  27533

Weldon City Schools
SUPERINTENDENT: Jerry Congleton
E-MAIL: congletonj@weldonk12.org
PHONE NUMBER: (252) 536-4821
301 Mulberry Street
Weldon, NC  27890

Whiteville City Schools
SUPERINTENDENT: Marc Whichard
E-MAIL: mwhichard@whiteville.k12.nc.us
PHONE NUMBER: (910) 642-4116
107 W Walter Street
Whiteville, NC  28472

Wilkes County Schools
SUPERINTENDENT: Mark Byrd
E-MAIL: byrdma@wilkes.k12.nc.us
PHONE NUMBER: (336) 667-1121
613 Cherry St
North Wilkesboro, NC  28659

Wilson County Schools
SUPERINTENDENT: Lane Mills
E-MAIL: lane.mills@wilsonschoolsnc.net
PHONE NUMBER: (252) 399-7700
117 N E Tarboro St
Wilson, NC  27893

Winston Salem/forsyth County Schools
SUPERINTENDENT: Angela Hairston
E-MAIL: aphairston@wsfcs.k12.nc.us
PHONE NUMBER: (336) 727-2816
475 Corporate Square Drive
Winston Salem, NC  27105

Yadkin County Schools
SUPERINTENDENT: Todd Martin
E-MAIL: todd.martin@yadkin.k12.nc.us
PHONE NUMBER: (336) 679-2051
121 Washington St
Yadkinville, NC  27055

Yancey County Schools
SUPERINTENDENT: Kathy Amos
E-MAIL: kathyamos@yanceync.net
PHONE NUMBER: (828) 682-6101
100 School Circle
Burnsville, NC  28714

Ymca Of Northwest Nc Forsyth
SUPERINTENDENT: Stan Law
E-MAIL: s.law@ymcanwnc.org
PHONE NUMBER: (336) 777-8055
301 N Main St Suite 1900
Winston-Salem, NC  27101

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Ymca Of Wake County
SUPERINTENDENT: Doug Mcmillan
E-MAIL: doug.mcmillan@ymcatriangle.org
PHONE NUMBER: (919) 657-9622
801 Corporate Center Dr. Suite 200
Raleigh, NC  27607

Alexander 2
SUPERINTENDENT: Leslie Bieber
E-MAIL: leslie.bieber@k12.nd.us
PHONE NUMBER: (701) 828-3334
601 Delaney St
Alexander, ND  58831

Anamoose 14
SUPERINTENDENT: Steven Heim
E-MAIL: steven.heim@k12.nd.us
PHONE NUMBER: (701) 465-3258
706 3Rd St W
Anamoose, ND  58710

Apple Creek 39
SUPERINTENDENT: Sonya Miller
E-MAIL: sonya.miller@k12.nd.us
PHONE NUMBER: (701)223-7349
2000 93rd St SE
Bismarck, ND  58504

Ashley 9
SUPERINTENDENT: Jason Schmidt
E-MAIL: jason.schmidt@k12.nd.us
PHONE NUMBER: (701) 288-3456
703 W Main St
Ashley, ND  58413

Barnes County North 7
SUPERINTENDENT: Michael Severson
E-MAIL: michael.severson@k12.nd.us
PHONE NUMBER: (701) 646-6202
2192 101St Ave Se
Wimbledon, ND  58492

Beach 3
SUPERINTENDENT: David Wegner
E-MAIL: david.wegner@k12.nd.us
PHONE NUMBER: (701) 872-4161
600 N Central Ave
Beach, ND  58621

Belcourt 7
SUPERINTENDENT: Michelle Thomas
E-MAIL: michelle.thomas@k12.nd.us
PHONE NUMBER: (701) 477-6471
1215 Wm Hardesty St
Belcourt, ND  58316

Belfield 13
SUPERINTENDENT: Daren Kurle
E-MAIL: daren.kurle@k12.nd.us
PHONE NUMBER: (701) 575-4275
302 Ne 3Rd
Belfield, ND  58622

Beulah 27
SUPERINTENDENT: Travis Jordan
E-MAIL: travis.jordan@k12.nd.us
PHONE NUMBER: (701) 873-2261
204 5Th St Nw
Beulah, ND  58523

Billings Co 1
SUPERINTENDENT: Shae Peplinski
E-MAIL: shae.peplinski@k12.nd.us
PHONE NUMBER: (701) 623-4363
350 Broadway
Medora, ND  58645

Bismarck 1
SUPERINTENDENT: Jason Hornbacher
E-MAIL: jason_hornbacher@bismarckschools.org
PHONE NUMBER: (701) 323-4000
806 N Washington St
Bismarck, ND  58501

Bismarck Career Academy
SUPERINTENDENT: Dale Hoerauf
E-MAIL: dale_hoerauf@bismarckschools.org
PHONE NUMBER: (701) 323-4340
1221 College Dr
Bismarck, ND  58501

Bismarck Special Ed Unit
SUPERINTENDENT: Danica Nelson
E-MAIL: danica_nelson@bismarckschools.org
PHONE NUMBER: (701) 323-4028
806 N Washington St
Bismarck, ND  58501

Bismarck Technical Center
SUPERINTENDENT: Dale Hoerauf
E-MAIL: dale_hoerauf@bismarckschools.org
PHONE NUMBER: (701) 323-4340
1200 College Dr
Bismarck, ND  58501

Bottineau 1
SUPERINTENDENT: Pat Brenden
E-MAIL: pat.brenden@k12.nd.us
PHONE NUMBER: (701) 228-2266
301 Brander St
Bottineau, ND  58318

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Bowbells 14
SUPERINTENDENT: Celeste Thingvold
E-MAIL: celeste.thingvold@k12.nd.us
PHONE NUMBER: (701) 377-2397
200 Madison Ave
Bowbells, ND  58721

Bowman Co 1
SUPERINTENDENT: Wayne Heckaman
E-MAIL: wayne.heckaman@k12.nd.us
PHONE NUMBER: (701) 523-3283
102 8Th Ave Sw
Bowman, ND  58623

Burke Central 36
SUPERINTENDENT: Rick Lindblad
E-MAIL: rick.lindblad@k12.nd.us
PHONE NUMBER: (701) 933-2821
101 4Th Ave W
Lignite, ND  58752

Burleigh Co Special Ed Unit
SUPERINTENDENT: Jason Hornbacher
E-MAIL: jason_hornbacher@bismarckschools.org
PHONE NUMBER: (701) 258-6299
4007 State St Ste 101
Bismarck, ND  58503

Carrington 49
SUPERINTENDENT: Kris Kuehn
E-MAIL: kris.kuehn@k12.nd.us
PHONE NUMBER: (701) 652-3136
100 3Rd Ave S
Carrington, ND  58421

Cass County Career & Technical Center
SUPERINTENDENT: Denise Jonas
E-MAIL: djonas@west-fargo.k12.nd.us
PHONE NUMBER: (701)356-2000
207 Main Ave W
West Fargo, ND  58078

Cavalier 6
SUPERINTENDENT: Jeff Manley
E-MAIL: jeff.manley@cavalierk12.org
PHONE NUMBER: (701) 265-8417
300 Main St E
Cavalier, ND  58220

Center-stanton 1
SUPERINTENDENT: Tracy Peterson
E-MAIL: tracy.peterson@k12.nd.us
PHONE NUMBER: (701) 794-8778
315 Lincoln Ave
Center, ND  58530

Central Cass 17
SUPERINTENDENT: Morgan Forness
E-MAIL: morgan.forness@k12.nd.us
PHONE NUMBER: (701) 347-5352
802 5Th St N
Casselton, ND  58012

Central Valley 3
SUPERINTENDENT: Jeremy Brandt
E-MAIL: jeremy.brandt@k12.nd.us
PHONE NUMBER: (701) 847-2220
1556 Hwy 81 Ne
Buxton, ND  58218

Circle Of Nations
SUPERINTENDENT: Tanner Rabbithead
E-MAIL: tannerrabbithead@circleofnations.org
PHONE NUMBER: (701) 642-3796
832 8Th Street North
Wahpeton, ND  58075

Dakota Prairie 1
SUPERINTENDENT: Jay Slade
E-MAIL: jay.slade@k12.nd.us
PHONE NUMBER: (701) 345-8233
518 4Th Ave
Petersburg, ND  58272

Devils Lake 1
SUPERINTENDENT: Matt Bakke
E-MAIL: matt.bakke@dlschools.org
PHONE NUMBER: (701) 662-7640
1601 College Drive N
Devils Lake, ND  58301

Dickinson 1
SUPERINTENDENT: Shon Hocker
E-MAIL: shocker@dpsnd.org
PHONE NUMBER: (701) 456-0002
444 4Th St W
Dickinson, ND  58601

Dickinson Special Ed Unit
SUPERINTENDENT: Sheri Twist
E-MAIL: stwist@dpsnd.org
PHONE NUMBER: (701) 456-0002
444 4Th St W
Dickinson, ND  58601

Divide County 1
SUPERINTENDENT: Sherlock Hirning
E-MAIL: sherlock.hirning@k12.nd.us
PHONE NUMBER: (701) 965-6313
106 1St St Ne
Crosby, ND  58730

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Drake 57
SUPERINTENDENT: Steven Heim
E-MAIL: steven.heim@k12.nd.us
PHONE NUMBER: (701) 465-3732
411 Main
Drake, ND  58736

Drayton 19
SUPERINTENDENT: Dean Ralston
E-MAIL: dean.ralston@dps19.com
PHONE NUMBER: (701) 454-3324
108 S 5Th St
Drayton, ND  58225

Dunseith 1
SUPERINTENDENT: David Sjol
E-MAIL: david.sjol@k12.nd.us
PHONE NUMBER: (701) 244-0480
101 2Nd Ave Sw
Dunseith, ND  58329

Dunseith Day School
SUPERINTENDENT: Candace Peltier
E-MAIL: candace.peltier@k12.nd.us
PHONE NUMBER: (701) 263-4636
2994 99Th St Ne
Dunseith, ND  58329

East Central Special Ed Unit
SUPERINTENDENT: Ashly Wolsky
E-MAIL: ashly.wolsky@k12.nd.us
PHONE NUMBER: (701) 947-5015
16 8Th St S
New Rockford, ND  58356

Edgeley 3
SUPERINTENDENT: Tyler Hanson
E-MAIL: tyler.hanson1@k12.nd.us
PHONE NUMBER: (701) 493-2292
307 6Th St
Edgeley, ND  58433

Edmore 2
SUPERINTENDENT: Frank Schill
E-MAIL: francis.schill@k12.nd.us
PHONE NUMBER: (701) 644-2281
706 N Main St
Edmore, ND  58330

Eight Mile 6
SUPERINTENDENT: Matt Schriver
E-MAIL: matt.schriver1@k12.nd.us
PHONE NUMBER: (701) 774-8221
203 1St St E
Trenton, ND  58853

Elgin-new Leipzig 49
SUPERINTENDENT: Daniel Ludvigson
E-MAIL: daniel.ludvigson@k12.nd.us
PHONE NUMBER: (701) 584-2374
110 West St N
Elgin, ND  58533

Ellendale 40
SUPERINTENDENT: Michael Kaiser
E-MAIL: michael.kaiser@ellendale.k12.nd.us
PHONE NUMBER: (701) 349-3232
321 1St St N
Ellendale, ND  58436

Emerado 127
SUPERINTENDENT: Mickey Berry
E-MAIL: mickey.berry@emeradok8.com
PHONE NUMBER: (701) 594-5125
501 Main
Emerado, ND  58228

Emmons Co Special Ed Unit
SUPERINTENDENT: Janelle Ferderer
E-MAIL: janelle.ferderer1@k12.nd.us
PHONE NUMBER: (701) 254-4221
101 Ne 3Rd St
Linton, ND  58552

Enderlin Area 24
SUPERINTENDENT: Philip French
E-MAIL: Philip.French@k12.nd.us
PHONE NUMBER: (701) 437-2240
410 Bluff St
Enderlin, ND  58027

Fairmount 18
SUPERINTENDENT: Brian Nelson
E-MAIL: Brian.Nelson@k12.nd.us
PHONE NUMBER: (701) 474-5469
400 E Main
Fairmount, ND  58030

Fargo 1
SUPERINTENDENT: Rupak Gandhi
E-MAIL: gandhir@fargo.k12.nd.us
PHONE NUMBER: (701) 446-1000
415 4Th St N
Fargo, ND  58102

Fargo Special Ed Unit
SUPERINTENDENT: Patricia Cummings
E-MAIL: cumminp1@fargo.k12.nd.us
PHONE NUMBER: (701) 446-1012
415 4Th St N
Fargo, ND  58102

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Fessenden-bowdon 25
SUPERINTENDENT: Daulan Bussman
E-MAIL: daulan.bussman@fessenden.k12.nd.us
PHONE NUMBER: (701) 547-3296
500 2Nd St N
Fessenden, ND 58438

Finley-sharon 19
SUPERINTENDENT: Jeff Larson
E-MAIL: jeff.larson@finleysharonschool.com
PHONE NUMBER: (701) 524-2420
201 3Rd St E
Finley, ND 58230

Flasher 39
SUPERINTENDENT: Judy Zins
E-MAIL: judy.zins@k12.nd.us
PHONE NUMBER: (701) 597-3355
206 3Rd Ave E
Flasher, ND 58535

Fordville-lankin 5
SUPERINTENDENT: Michael Obrien
E-MAIL: michael.obrien@k12.nd.us
PHONE NUMBER: (701) 229-3297
102 4Th Ave W
Fordville, ND 58231

Ft Ransom 6
SUPERINTENDENT: Elinor Meckle
E-MAIL: elinor.meckle@k12.nd.us
PHONE NUMBER: (701) 973-2591
135 Mill Rd
Fort Ransom, ND 58033

Ft Totten 30
SUPERINTENDENT: Jeff Olson
E-MAIL: jeff.olson@k12.nd.us
PHONE NUMBER: (701) 766-1400
7268 Hwy 57 W
Fort Totten, ND 58335

Ft Totten Special Ed Unit
SUPERINTENDENT: Hayley Ness
E-MAIL: hayley.ness@k12.nd.us
PHONE NUMBER: (701) 766-1433
Hwy 57 S
Fort Totten, ND 58335

Ft Yates 4
SUPERINTENDENT: Robyn Baker
E-MAIL: Robyn.Baker@k12.nd.us
PHONE NUMBER: (701) 854-2142
9189 Hwy 24
Fort Yates, ND 58538

Gackle-streeter 56
SUPERINTENDENT: Duke Larson
E-MAIL: duke.larson@k12.nd.us
PHONE NUMBER: (701) 485-3692
300 2Nd Ave E
Gackle, ND 58442

Garrison 51
SUPERINTENDENT: Nick Klemisch
E-MAIL: Nick.Klemisch@k12.nd.us
PHONE NUMBER: (701) 463-2818
51 5Th Ave Ne
Garrison, ND 58540

Glen Ullin 48
SUPERINTENDENT: John Barry
E-MAIL: jbarry@glenullinbearcats.org
PHONE NUMBER: (701) 348-3590
6508 Hwy 49
Glen Ullin, ND 58631

Glenburn 26
SUPERINTENDENT: Michael Ehinger
E-MAIL: michael.ehinger@k12.nd.us
PHONE NUMBER: (701) 362-7426
102 Raymond St
Glenburn, ND 58740

Goodrich 16
SUPERINTENDENT: Rodney Scherbenske
E-MAIL: rodney.scherbenske@k12.nd.us
PHONE NUMBER: (701)884-2469
211 4th St
Goodrich, ND 58444

Grafton 3
SUPERINTENDENT: Darren Albrecht
E-MAIL: darren.albrecht@k12.nd.us
PHONE NUMBER: (701) 352-1930
1548 School Rd
Grafton, ND 58237

Grand Forks 1
SUPERINTENDENT: Terry Brenner
E-MAIL: tbrenner270@mygfschools.org
PHONE NUMBER: (701) 746-2200
2400 47Th Ave S
Grand Forks, ND 58201

Grand Forks Afb 140
SUPERINTENDENT: Terry Brenner
E-MAIL: tbrenner270@mygfschools.org
PHONE NUMBER: (701) 746-2200
2400 47Th Ave S
Grand Forks, ND 58201

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Grand Forks Area Career & Technical Center
SUPERINTENDENT: Eric Ripley
E-MAIL: eripley270@mygfschools.org
PHONE NUMBER: (701) 746-2200
2400 47Th Ave S
Grand Forks, ND  58201

Grand Forks Special Ed Unit
SUPERINTENDENT: Tricia Lee
E-MAIL: tlee250@mygfschools.org
PHONE NUMBER: (701) 746-2230
2400 47Th Ave S
Grand Forks, ND  58201

Grenora 99
SUPERINTENDENT: Troy Walters
E-MAIL: troy.walters@k12.nd.us
PHONE NUMBER: (701) 694-2711
402 Robinson St
Grenora, ND  58845

Griggs County Central 18
SUPERINTENDENT: Derek Simonsen
E-MAIL: derek.simonsen@k12.nd.us
PHONE NUMBER: (701) 797-3114
1207 Foster Ave Ne
Cooperstown, ND  58425

Gst Special Ed Unit
SUPERINTENDENT: Mary Stammen
E-MAIL: mary.stammen@k12.nd.us
PHONE NUMBER: (701)788-2004
600 Arnold Ave
Portland, ND  58274

Halliday 19
SUPERINTENDENT: Tony Duletski
E-MAIL: tony.duletski@k12.nd.us
PHONE NUMBER: (701) 938-4391
30 4 Th Street South
Halliday, ND  58636

Hanaa'Dli Community School
SUPERINTENDENT: Nadine Chatto
E-MAIL: nchatto10@gmail.com
PHONE NUMBER: (505) 325-3411
Cty Rd 7150 Stop 700
Bloomfield, ND  87413

Hankinson 8
SUPERINTENDENT: Chad Benson
E-MAIL: chad.benson@k12.nd.us
PHONE NUMBER: (701) 242-7516
415 1St Ave Se
Hankinson, ND  58041

Harvey 38
SUPERINTENDENT: Daniel Stutlien
E-MAIL: daniel.stutlien@k12.nd.us
PHONE NUMBER: (701) 324-2267
811 Burke Ave
Harvey, ND  58341

Hatton Eielson 7
SUPERINTENDENT: Kevin Rogers
E-MAIL: kevin.rogers@k12.nd.us
PHONE NUMBER: (701) 543-3456
503 4Th St
Hatton, ND  58240

Hazelton-moffit-braddock 6
SUPERINTENDENT: Tracy Hanzal
E-MAIL: tracy.hanzal@k12.nd.us
PHONE NUMBER: (701) 782-6231
211 Hazel Ave
Hazelton, ND  58544

Hazen 3
SUPERINTENDENT: Ken Miller
E-MAIL: ken.miller@k12.nd.us
PHONE NUMBER: (701) 748-2345
520 1St Ave Ne
Hazen, ND  58545

Hebron 13
SUPERINTENDENT: Myron Schaff
E-MAIL: myron.schaff@k12.nd.us
PHONE NUMBER: (701) 878-4442
400 Church Ave
Hebron, ND  58638

Hettinger 13
SUPERINTENDENT: Ryan Moser
E-MAIL: Ryan.Moser@k12.nd.us
PHONE NUMBER: (701) 567-5315
209 8Th St S
Hettinger, ND  58639

Hillsboro 9
SUPERINTENDENT: Paula Suda
E-MAIL: paula.suda@k12.nd.us
PHONE NUMBER: (701) 636-4360
12 4Th St Ne
Hillsboro, ND  58045

Hope 10
SUPERINTENDENT: Brad Callender
E-MAIL: brad.callender@k12.nd.us
PHONE NUMBER: (701) 945-2473
100 Bates Ave
Hope, ND  58046

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

James River Special Ed Cooperative
SUPERINTENDENT: Heidi Budeau
E-MAIL: heidi.budeau@k12.nd.us
PHONE NUMBER: (701) 252-1950
207 2Nd Ave Se
Jamestown, ND  58401

James Valley Area Career & Technical Center
SUPERINTENDENT: Adam Gehlhar
E-MAIL: adam.gehlhar@k12.nd.us
PHONE NUMBER: (701) 252-8841
910 12Th Ave Ne
Jamestown, ND  58401

Jamestown 1
SUPERINTENDENT: Rob Lech
E-MAIL: robert.lech@k12.nd.us
PHONE NUMBER: (701) 252-1950
207 2Nd Ave Se
Jamestown, ND  58401

Jamestown Special Ed Unit
SUPERINTENDENT: Heidi Budeau
E-MAIL: heidi.budeau@k12.nd.us
PHONE NUMBER: (701) 252-1950
207 2Nd Ave Se
Jamestown, ND  58401

Kenmare 28
SUPERINTENDENT: Tim Godfrey
E-MAIL: tgodfrey@mykps.us
PHONE NUMBER: (701) 385-4996
300 7Th Ave Ne
Kenmare, ND  58746

Kensal 19
SUPERINTENDENT: Matt Lokemoen
E-MAIL: matt.lokemoen@k12.nd.us
PHONE NUMBER: (701) 435-2484
803 1St Ave
Kensal, ND  58455

Kidder County 1
SUPERINTENDENT: Rick Diegel
E-MAIL: rick.diegel@k12.nd.us
PHONE NUMBER: (701) 475-2243
101 4Th St Se
Steele, ND  58482

Killdeer 16
SUPERINTENDENT: Gary Wilz
E-MAIL: gary.wilz@k12.nd.us
PHONE NUMBER: (701) 764-5877
101 High St Nw
Killdeer, ND  58640

Kindred 2
SUPERINTENDENT: Steve Hall
E-MAIL: steve.hall@k12.nd.us
PHONE NUMBER: (701) 428-3177
255 Dakota St
Kindred, ND  58051

Kulm 7
SUPERINTENDENT: Tami Kramlich
E-MAIL: tami.kramlich@k12.nd.us
PHONE NUMBER: (701) 647-2303
217 2Nd Ave Se
Kulm, ND  58456

Lake Area Career & Technical Center
SUPERINTENDENT: Christa Brodina
E-MAIL: christa.brodina@dlschools.org
PHONE NUMBER: (701) 662-7650
205 16Th St Nw
Devils Lake, ND  58301

Lake Region Special Ed Unit
SUPERINTENDENT: Rhandi Knutson
E-MAIL: rhandi.knutson@k12.nd.us
PHONE NUMBER: (701) 662-7690
801 5Th Ave Se
Devils Lake, ND  58301

Lakota 66
SUPERINTENDENT: Kevin Baumgarn
E-MAIL: kevin.baumgarn@k12.nd.us
PHONE NUMBER: (701) 247-2992
500 Main St N
Lakota, ND  58344

Lamoure 8
SUPERINTENDENT: Andy DelaBarre
E-MAIL: andrew.delabarre@k12.nd.us
PHONE NUMBER: (701) 883-5396
105 6Th Ave Se
Lamoure, ND  58458

Langdon Area 23
SUPERINTENDENT: Daren Christianson
E-MAIL: daren.christianson@k12.nd.us
PHONE NUMBER: (701) 256-5291
715 14Th Ave
Langdon, ND  58249

Larimore 44
SUPERINTENDENT: Steve Swiontek
E-MAIL: steve.swiontek@k12.nd.us
PHONE NUMBER: (701) 343-2366
300 Booth Ave
Larimore, ND  58251

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Leeds 6
SUPERINTENDENT: Robert Thom
E-MAIL: robert.thom@k12.nd.us
PHONE NUMBER: (701) 466-2461
530 1St St Se
Leeds, ND  58346

Lewis And Clark 161
SUPERINTENDENT: Marc Ritteman
E-MAIL: marc.ritteman1@k12.nd.us
PHONE NUMBER: (701) 453-3484
401 4Th Ave Ne
Berthold, ND  58718

Lidgerwood 28
SUPERINTENDENT: Chris Bastian
E-MAIL: chris.bastian@k12.nd.us
PHONE NUMBER: (701) 538-7341
28 3Rd Ave Se
Lidgerwood, ND  58053

Linton 36
SUPERINTENDENT: Paul Keeney
E-MAIL: paul.keeney@k12.nd.us
PHONE NUMBER: (701) 254-4138
101 Ne 3Rd St
Linton, ND  58552

Lisbon 19
SUPERINTENDENT: Steven Johnson
E-MAIL: steven.johnson@k12.nd.us
PHONE NUMBER: (701) 683-4106
502 Ash St
Lisbon, ND  58054

Litchville-marion 46
SUPERINTENDENT: Tom Nitschke
E-MAIL: thomas.nitschke@k12.nd.us
PHONE NUMBER: (701) 669-2261
104 2Nd St
Marion, ND  58466

Little Heart 4
SUPERINTENDENT: Jennifer Vetter
E-MAIL: jennifer.vetter@k12.nd.us
PHONE NUMBER: (701) 445-7331
2354 County Rd 136
Saint Anthony, ND  58566

Lonetree Special Ed Unit
SUPERINTENDENT: Carrie Odden
E-MAIL: carrie.odden@k12.nd.us
PHONE NUMBER: (701) 324-4811
210 North St E
Harvey, ND  58341

Maddock 9
SUPERINTENDENT: Robert Thom
E-MAIL: robert.thom@k12.nd.us
PHONE NUMBER: (701) 438-2531
909 1St St
Maddock, ND  58348

Mandan 1
SUPERINTENDENT: Mike Bitz
E-MAIL: mike.bitz@msd1.org
PHONE NUMBER: (701) 751-6500
901 Division St Nw
Mandan, ND  58554

Mandaree 36
SUPERINTENDENT: Tara Thomas
E-MAIL: tara.thomas@k12.nd.us
PHONE NUMBER: (701) 759-3311
1 Warrior Circle
Mandaree, ND  58757

Mandaree Day School
SUPERINTENDENT: Tara Thomas
E-MAIL: tara.thomas@k12.nd.us
PHONE NUMBER: (701) 759-3241
1 Warrior Circle
Mandaree, ND  58757

Manvel 125
SUPERINTENDENT: Dave Wheeler
E-MAIL: dave.wheeler@manvelk8.com
PHONE NUMBER: (701) 696-2212
801 Oldham Ave
Manvel, ND  58256

Maple Valley 4
SUPERINTENDENT: Pat Windish
E-MAIL: pat.windish@k12.nd.us
PHONE NUMBER: (701) 749-2570
207 Broadway
Tower City, ND  58071

Mapleton 7
SUPERINTENDENT: Tim Jacobson
E-MAIL: tim.jacobson@k12.nd.us
PHONE NUMBER: (701) 282-3833
506 1St St
Mapleton, ND  58059

Marmarth 12
SUPERINTENDENT: Jackie Kathrein
E-MAIL: jkathrein@nd.gov
PHONE NUMBER: (701)279-5521
301 2nd Ave SE
Marmarth, ND  58643

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Max 50
SUPERINTENDENT: Travis Engen
E-MAIL: travis.engen@k12.nd.us
PHONE NUMBER: (701) 679-2685
2855 Hwy 83 Nw
Max, ND  58759

May-port Cg 14
SUPERINTENDENT: Michael Bradner
E-MAIL: michael.bradner@may-portcg
PHONE NUMBER: (701) 788-2281
900 Main St W
Mayville, ND  58257

Mcclusky 19
SUPERINTENDENT: Dale Ekstrom
E-MAIL: dale.ekstrom@k12.nd.us
PHONE NUMBER: (701) 363-2470
219 Ave D W
Mcclusky, ND  58463

Mckenzie Co 1
SUPERINTENDENT: Steven Holen
E-MAIL: sholen@watford-city.k12.nd.us
PHONE NUMBER: (701) 444-3626
100 3Rd St Ne
Watford City, ND  58854

Medina 3
SUPERINTENDENT: Damon Bosche
E-MAIL: damon.bosche@k12.nd.us
PHONE NUMBER: (701) 486-3121
300 School St Se
Medina, ND  58467

Menoken 33
SUPERINTENDENT: Amanda Zabel
E-MAIL: amanda.zabel@k12.nd.us
PHONE NUMBER: (701) 673-3175
412 N Bismarck St
Menoken, ND  58558

Midkota 7
SUPERINTENDENT: Sara Bilden
E-MAIL: sara.bilden@k12.nd.us
PHONE NUMBER: (701) 676-2511
203 Curtis Ave W
Binford, ND  58416

Midway 128
SUPERINTENDENT: Roger Abbe
E-MAIL: roger.abbe@k12.nd.us
PHONE NUMBER: (701) 869-2432
3202 33Rd Ave Ne
Inkster, ND  58233

Milnor 2
SUPERINTENDENT: Chris Larson
E-MAIL: chris.larson@k12.nd.us
PHONE NUMBER: (701) 427-5237
530 5Th St
Milnor, ND  58060

Minnewaukan 5
SUPERINTENDENT: Jean Callahan
E-MAIL: jean.callahan@k12.nd.us
PHONE NUMBER: (701) 473-5306
4675 Hwy 281 N
Minnewaukan, ND  58351

Minot 1
SUPERINTENDENT: Mark Vollmer
E-MAIL: mark.vollmer@minot.k12.nd.us
PHONE NUMBER: (701) 857-4400
215 2Nd St Se
Minot, ND  58701

Minot Afb 160
SUPERINTENDENT: Mark Vollmer
E-MAIL: mark.vollmer@minot.k12.nd.us
PHONE NUMBER: (701) 857-4400
215 2Nd St Se
Minot, ND  58701

Minot Special Ed Unit
SUPERINTENDENT: Heather Opland
E-MAIL: heather.opland@minot.k12.nd.us
PHONE NUMBER: (701)857-4443
215 2nd St SE
Minot, ND  58701

Minto 20
SUPERINTENDENT: Linda Lutovsky
E-MAIL: linda.lutovsky@mintoschools.com
PHONE NUMBER: (701) 248-3479
200 4Th St
Minto, ND  58261

Missouri River Area Career & Technical Center
SUPERINTENDENT: Luke Schaefer
E-MAIL: luke.schaefer@k12.nd.us
PHONE NUMBER: (701)751-4041
3001 Memorial Hwy Ste B
Mandan, ND  58554

Mohall-lansford-sherwood 1
SUPERINTENDENT: Robby Voigt
E-MAIL: rob.voigt@k12.nd.us
PHONE NUMBER: (701) 756-6660
101 3Rd St Nw
Mohall, ND  58761

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Montpelier 14
SUPERINTENDENT: Jerry Waagen
E-MAIL: jerry.waagen@k12.nd.us
PHONE NUMBER: (701) 489-3348
214 7Th Ave
Montpelier, ND  58472

Morton-sioux Special Ed Unit
SUPERINTENDENT: Tracy Klein
E-MAIL: tracy.klein@msd1.org
PHONE NUMBER: (701) 751-6500
901 Division St Nw
Mandan, ND  58554

Mott-regent 1
SUPERINTENDENT: Willie Thibault
E-MAIL: willie.thibault@k12.nd.us
PHONE NUMBER: (701) 824-2795
205 Dakota Ave
Mott, ND  58646

Mt Pleasant 4
SUPERINTENDENT: Brad Nash
E-MAIL: brad.nash@k12.nd.us
PHONE NUMBER: (701) 477-3151
201 5Th St Ne
Rolla, ND  58367

Munich 19
SUPERINTENDENT: Robert Bubach
E-MAIL: robert.bubach@k12.nd.us
PHONE NUMBER: (701) 682-5321
410 7Th Ave
Munich, ND  58352

Napoleon 2
SUPERINTENDENT: Richard Bjerklie
E-MAIL: richard.bjerklie@napoleon.k12.nd.us
PHONE NUMBER: (701) 754-2244
615 3Rd St E
Napoleon, ND  58561

Nd School For The Deaf
SUPERINTENDENT: Connie Hovendick
E-MAIL: connie.hovendick@k12.nd.us
PHONE NUMBER: (701) 665-4400
1401 College Drive N
Devils Lake, ND  58301

Nd Vision Services
SUPERINTENDENT: Paul Olson
E-MAIL: polson@nd.gov
PHONE NUMBER: (701) 795-2700
500 Stanford Rd
Grand Forks, ND  58203

Nedrose 4
SUPERINTENDENT: Charles Miller
E-MAIL: charles.miller@k12.nd.us
PHONE NUMBER: (701) 838-5552
6900 Hwy 2 E
Minot, ND  58701

Nesson 2
SUPERINTENDENT: Benjamin Schafer
E-MAIL: ben.schafer@rayschools.com
PHONE NUMBER: (701) 568-3301
224 2Nd Ave W
Ray, ND  58849

New 8
SUPERINTENDENT: David Goetz
E-MAIL: david.goetz@k12.nd.us
PHONE NUMBER: (701) 572-6359
111 7Th Ave W
Williston, ND  58801

New England 9
SUPERINTENDENT: Kelly Koppinger
E-MAIL: kelly.koppinger@k12.nd.us
PHONE NUMBER: (701) 579-4160
1200 Main St
New England, ND  58647

New Rockford-sheyenne 2
SUPERINTENDENT: Jill Louters
E-MAIL: jill.louters@k12.nd.us
PHONE NUMBER: (701) 947-5036
437 1St Ave N
New Rockford, ND  58356

New Salem-almont 49
SUPERINTENDENT: Brian Christopherson
E-MAIL: Brian.Christopherson@k12.nd.us
PHONE NUMBER: (701) 843-7610
310 Elm Ave
New Salem, ND  58563

New Town 1
SUPERINTENDENT: Marc Bluestone
E-MAIL: marc.bluestone@k12.nd.us
PHONE NUMBER: (701) 627-3650
300 Eagle Dr
New Town, ND  58763

Newburg-united 54
SUPERINTENDENT: Jason Kersten
E-MAIL: jason.a.kersten@k12.nd.us
PHONE NUMBER: (701) 272-6151
400 Libbie St
Newburg, ND  58762

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

North Border 100
SUPERINTENDENT: Brian Wolf
E-MAIL: brian.wolf@k12.nd.us
PHONE NUMBER: (701) 549-3751
605 10Th St
Walhalla, ND  58282

North Central Area Career & Technical Center
SUPERINTENDENT: Jason Kersten
E-MAIL: jason.kersten@sendit.nodak.edu
PHONE NUMBER: (701) 776-7208
1123 S Main Ave
Rugby, ND 58368

North Sargent 3
SUPERINTENDENT: Dawn Hoeke
E-MAIL: dawn.hoeke@k12.nd.us
PHONE NUMBER: (701) 678-2492
16 1St St Sw
Gwinner, ND  58040

North Star 10
SUPERINTENDENT: Jeffrey Hagler
E-MAIL: jeffrey.hagler@k12.nd.us
PHONE NUMBER: (701) 968-4416
418 2Nd Ave
Cando, ND 58324

North Valley Area Career & Technical Center
SUPERINTENDENT: Mike Hanson
E-MAIL: michael.hanson@k12.nd.us
PHONE NUMBER: (701) 352-3705
1540 School Rd
Grafton, ND  58237

Northern Cass 97
SUPERINTENDENT: Cory Steiner
E-MAIL: cory.steiner@northerncassschool.com
PHONE NUMBER: (701) 874-2322
16021 18Th St Se
Hunter, ND 58048

Northern Plains Special Ed Unit
SUPERINTENDENT: Marsha Knutson
E-MAIL: marsha.knutson@k12.nd.us
PHONE NUMBER: (701) 628-3811
109 8Th Ave Sw
Stanley, ND  58784

Northwood 129
SUPERINTENDENT: Shane Azure
E-MAIL: shane.azure@northwoodk12.com
PHONE NUMBER: (701) 587-5221
420 Trojan Rd
Northwood, ND 58267

Oakes 41
SUPERINTENDENT: Kraig Steinhoff
E-MAIL: kraig.steinhoff@k12.nd.us
PHONE NUMBER: (701) 742-3234
804 Main Ave
Oakes, ND 58474

Oberon 16
SUPERINTENDENT: Lane Azure
E-MAIL: lane.azure@k12.nd.us
PHONE NUMBER: (701)798-2231
315 A St N
Oberon, ND  58357

Ojibwa Indian School
SUPERINTENDENT: Michael Blue
E-MAIL: michael.blue@bie.edu
PHONE NUMBER: (701) 477-3108
9620 42Nd Ave Ne
Belcourt, ND  58316

Oliver-mercer Special Ed Unit
SUPERINTENDENT: Linette Irwin
E-MAIL: linette.irwin@k12.nd.us
PHONE NUMBER: (701) 748-6383
507 1St Ave Nw
Hazen, ND  58545

Page 80
SUPERINTENDENT: Brad Callender
E-MAIL: brad.callender@k12.nd.us
PHONE NUMBER: (701) 668-2520
630 May Ave
Page, ND  58064

Park River Area 8
SUPERINTENDENT: Kirk Ham
E-MAIL: kirk.ham@parkriverk12.com
PHONE NUMBER: (701) 284-7164
605 6Th St W
Park River, ND  58270

Parshall 3
SUPERINTENDENT: Shane Sagert
E-MAIL: shane.sagert@parshallps.org
PHONE NUMBER: (701) 862-3129
501 N Main St
Parshall, ND  58770

Peace Garden Student Support Services
SUPERINTENDENT: Melissa Deckert
E-MAIL: melissa.deckert@k12.nd.us
PHONE NUMBER: (701) 228-3743
309 2Nd St E
Bottineau, ND  58318

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Pembina Special Ed Cooperative
SUPERINTENDENT: Lisa Goldade
E-MAIL: lisa.m.goldade@k12.nd.us
PHONE NUMBER: (701) 265-8080
106B Division Ave N
Cavalier, ND  58220

Pingree-buchanan 10
SUPERINTENDENT: Kurt Hayes
E-MAIL: kurt.hayes@k12.nd.us
PHONE NUMBER: (701) 252-5563
111 Lincoln Ave
Pingree, ND  58476

Powers Lake 27
SUPERINTENDENT: John Gruenberg
E-MAIL: john.gruenberg@k12.nd.us
PHONE NUMBER: (701) 464-5432
600 Railroad Ave E
Powers Lake, ND  58773

Richardton-taylor 34
SUPERINTENDENT: Brent Bautz
E-MAIL: brent.bautz@k12.nd.us
PHONE NUMBER: (701) 974-2111
320 Raider Rd
Richardton, ND  58652

Richland 44
SUPERINTENDENT: Dean Koppelman
E-MAIL: dean.koppelman@k12.nd.us
PHONE NUMBER: (701) 372-3713
101 Main Ave
Colfax, ND  58018

Rolette 29
SUPERINTENDENT: Wade Sherwin
E-MAIL: wade.sherwin@k12.nd.us
PHONE NUMBER: (701) 246-3595
901 3Rd Ave Ne
Rolette, ND  58366

Roosevelt 18
SUPERINTENDENT: Jerry Erdahl
E-MAIL: jerry.erdahl@k12.nd.us
PHONE NUMBER: (701) 622-3263
210 2Nd Ave W
Carson, ND  58529

Roughrider Area Career & Technical Center
SUPERINTENDENT: Myron Schaff
E-MAIL: myron.schaff@k12.nd.us
PHONE NUMBER: (701) 878-4442
400 Church Ave
Hebron, ND  58638

Rugby 5
SUPERINTENDENT: Michael Mcneff
E-MAIL: mike.mcneff@k12.nd.us
PHONE NUMBER: (701) 776-5201
1123 S Main Ave
Rugby, ND  58368

Rural Cass Special Ed Unit
SUPERINTENDENT: John Porter
E-MAIL: jporter@rrt.net
PHONE NUMBER: (701) 282-4538
506 1St St
Mapleton, ND  58059

Sargent Central 6
SUPERINTENDENT: Daniel Warcken
E-MAIL: daniel.warcken@k12.nd.us
PHONE NUMBER: (701) 724-3205
575 5Th St Sw
Forman, ND  58032

Sawyer 16
SUPERINTENDENT: Wayne Trottier
E-MAIL: wayne.trottier@k12.nd.us
PHONE NUMBER: (701) 624-5167
101 2Nd St W
Sawyer, ND  58781

Scranton 33
SUPERINTENDENT: John Pretzer
E-MAIL: john.pretzer@k12.nd.us
PHONE NUMBER: (701) 275-8897
1St And Fries
Scranton, ND  58653

Selfridge 8
SUPERINTENDENT: Kristi Miller
E-MAIL: kristi.miller@k12.nd.us
PHONE NUMBER: (701) 422-3353
210 2Nd Ave S
Selfridge, ND  58568

Sheyenne Valley Area Career & Technical Center
SUPERINTENDENT: Jeff Bopp
E-MAIL: jeff.bopp@k12.nd.us
PHONE NUMBER: (701)845-0256
801 Valley Ave SE
Valley City, ND  58072

Sheyenne Valley Special Ed Unit
SUPERINTENDENT: Tracey Zaun
E-MAIL: tracey.zaun@k12.nd.us
PHONE NUMBER: (701) 845-3402
232 3Rd St Ne
Valley City, ND  58072

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Solen 3
SUPERINTENDENT: Justin Fryer
E-MAIL: justin.fryer@k12.nd.us
PHONE NUMBER: (701) 445-3331
902 E Broadway
Solen, ND  58570

Souris Valley Special Ed Unit
SUPERINTENDENT: Alison Dollar
E-MAIL: alison.dollar@svssnd.org
PHONE NUMBER: (701) 857-4410
215 2Nd St Se
Minot, ND  58701

South Central Prairie Special Ed Unit
SUPERINTENDENT: Janelle Ferderer
E-MAIL: janelle.ferderer1@k12.nd.us
PHONE NUMBER: (701) 754-2971
301 Broadway
Napoleon, ND  58561

South Heart 9
SUPERINTENDENT: Calvin Dean
E-MAIL: Calvin.Dean@k12.nd.us
PHONE NUMBER: (701) 677-5671
310 4Th St Nw
South Heart, ND  58655

South Prairie 70
SUPERINTENDENT: Wayne Stanley
E-MAIL: wayne.stanley@k12.nd.us
PHONE NUMBER: (701) 722-3537
100 177Th Ave Sw
Minot, ND  58701

South Valley Special Ed Unit
SUPERINTENDENT: John Porter
E-MAIL: jporter@rrt.net
PHONE NUMBER: (701) 242-7031
102 6Th St Se
Hankinson, ND  58041

Southeast Region Career & Technical Center
SUPERINTENDENT: Dan Rood
E-MAIL: dan.rood@k12.nd.us
PHONE NUMBER: (701) 642-8701
2101 9Th St N
Wahpeton, ND  58075

Southwest Special Ed Unit
SUPERINTENDENT: Leona Zemliska
E-MAIL: swsped@ndsupernet.com
PHONE NUMBER: (701) 824-2937
205 Brown Ave
Mott, ND  58646

St John 3
SUPERINTENDENT: Paul Frydenlund
E-MAIL: paul.frydenlund@k12.nd.us
PHONE NUMBER: (701) 477-5651
400 Foussard Ave
Saint John, ND  58369

St Thomas 43
SUPERINTENDENT: Jack Maus
E-MAIL: jack.maus@k12.nd.us
PHONE NUMBER: (701) 257-6424
375 Heritage
Saint Thomas, ND  58276

Standing Rock Community School
SUPERINTENDENT: Robyn Baker
E-MAIL: robyn.baker@k12.nd.us
PHONE NUMBER: (701) 854-2142
9189 Hwy 24
Fort Yates, ND  58538

Standing Rock Education Line Office
SUPERINTENDENT: Rhonda White
E-MAIL: rhonda.white@k12.nd.us
PHONE NUMBER: (701) 854-3497
Agency Ave Bldg 144
Fort Yates, ND  58538

Standing Rock Special Ed Unit
SUPERINTENDENT: Robyn Baker
E-MAIL: robyn.baker@k12.nd.us
PHONE NUMBER: (701) 854-4722
9189 Hwy 24
Fort Yates, ND  58538

Stanley 2
SUPERINTENDENT: Tim Holte
E-MAIL: tim.holte@k12.nd.us
PHONE NUMBER: (701) 628-3811
109 8Th Ave Sw
Stanley, ND  58784

Starkweather 44
SUPERINTENDENT: Larry Volk
E-MAIL: larry.volk@k12.nd.us
PHONE NUMBER: (701) 292-4381
505 E Main
Starkweather, ND  58377

Sterling 35
SUPERINTENDENT: Tonya Bauer
E-MAIL: tonya.bauer@k12.nd.us
PHONE NUMBER: (701)387-4413
118 McKenzie St
Sterling, ND  58572

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Strasburg 15
SUPERINTENDENT: Gloria Odden
E-MAIL: gloria.odden@k12.nd.us
PHONE NUMBER: (701) 336-2667
307 W Main
Strasburg, ND  58573

Surrey 41
SUPERINTENDENT: Terry Voiles
E-MAIL: terry.voiles@k12.nd.us
PHONE NUMBER: (701) 838-1262
200 2Nd St Se
Surrey, ND  58785

Sweet Briar 17
SUPERINTENDENT: Dale Ekstrom
E-MAIL: dale.ekstrom@mortonnd.org
PHONE NUMBER: (701) 663-7453
4060 County Rd 83
Mandan, ND  58554

Tate Topa Tribal School
SUPERINTENDENT: Jackie Thompson
E-MAIL: jackie.thompson@k12.nd.us
PHONE NUMBER: (701) 766-1400
Hwy 57 South
Fort Totten, ND  58335

Tgu 60
SUPERINTENDENT: Erik Sveet
E-MAIL: erik.sveet@k12.nd.us
PHONE NUMBER: (701) 537-5414
302 2Nd St Se
Towner, ND  58788

Theodore Jamerson Elementary School
SUPERINTENDENT: Sam Azure
E-MAIL: sazure@uttc.edu
PHONE NUMBER: (701) 255-3285
3315 University Drive
Bismarck, ND  58504

Thompson 61
SUPERINTENDENT: John Maus
E-MAIL: john.maus@tps-k12.org
PHONE NUMBER: (701) 599-2765
424 3Rd St
Thompson, ND  58278

Tioga 15
SUPERINTENDENT: Carolyn Eide
E-MAIL: Carolyn.Eide@k12.nd.us
PHONE NUMBER: (701) 664-2333
303 N Linda St
Tioga, ND  58852

Turtle Lake-mercer 72
SUPERINTENDENT: Sheila Schlafmann
E-MAIL: sheila.schlafmann@k12.nd.us
PHONE NUMBER: (701) 448-2365
250 3Rd Ave W
Turtle Lake, ND  58575

Turtle Mountain Community Elementary School
SUPERINTENDENT: Michelle Thomas
E-MAIL: michelle.thomas@k12.nd.us
PHONE NUMBER: (701) 477-6471
Hwy 5 1350 Braves Blvd
Belcourt, ND  58316

Turtle Mountain Community Middle School
SUPERINTENDENT: Michelle Thomas
E-MAIL: michelle.thomas@k12.nd.us
PHONE NUMBER: (701) 477-6471
Hwy 5 East
Belcourt, ND  58316

Turtle Mountain Education Line Office
SUPERINTENDENT: Cheryl Johnson
E-MAIL: cheryl.johnson@bie.edu
PHONE NUMBER: (701) 477-3463
School St  Bldg 16
Belcourt, ND  58316

Turtle Mountain High School
SUPERINTENDENT: John Laducer
E-MAIL: melvin.laducer@k12.nd.us
PHONE NUMBER: (701) 477-6471
1350 Braves Blvd
Belcourt, ND  58316

Turtle Mt Special Ed Unit
SUPERINTENDENT: Terry Decoteau
E-MAIL: terry.decoteau@k12.nd.us
PHONE NUMBER: (701) 477-6471
1350 Braves Boulevard
Belcourt, ND  58316

Twin Buttes 37
SUPERINTENDENT: Troy Walters
E-MAIL: troy.walters@k12.nd.us
PHONE NUMBER: (701) 938-4396
7997 7A St Nw
Halliday, ND  58636

Twin Buttes Day School
SUPERINTENDENT: Troy Walters
E-MAIL: troy.walters@k12.nd.us
PHONE NUMBER: (701) 938-4396
7997 7A Street Nw
Halliday, ND  58636

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Underwood 8
SUPERINTENDENT: Brandt Dick
E-MAIL: brandt.dick@underwoodschool.org
PHONE NUMBER: (701) 442-3201
123 Summit St
Underwood, ND  58576

United 7
SUPERINTENDENT: Christopher Bachmeier
E-MAIL: c.bachmeier@k12.nd.us
PHONE NUMBER: (701) 725-4334
317 Roosevelt St
Des Lacs, ND  58733

Upper Valley Special Ed Unit
SUPERINTENDENT: Dan        Juve
E-MAIL: dan.juve@uvse.org
PHONE NUMBER: (701) 352-2574
516 Cooper Ave
Grafton, ND  58237

Valley City 2
SUPERINTENDENT: Josh Johnson
E-MAIL: josh.johnson@k12.nd.us
PHONE NUMBER: (701) 845-0483
460 Central Ave N
Valley City, ND  58072

Valley-edinburg 118
SUPERINTENDENT: Mitch Jorgensen
E-MAIL: Mitch.Jorgensen@Valley-
Edinburgk12.com
PHONE NUMBER: (701) 993-8312
600 5Th St S
Edinburg, ND  58227

Velva 1
SUPERINTENDENT: Dave Schoch
E-MAIL: dave.schoch@k12.nd.us
PHONE NUMBER: (701) 338-2022
101 4Th St W
Velva, ND  58790

Wahpeton 37
SUPERINTENDENT: Rick Jacobson
E-MAIL: rick.jacobson@k12.nd.us
PHONE NUMBER: (701) 642-6741
1505 11Th St N
Wahpeton, ND  58075

Wahpeton Special Ed Unit
SUPERINTENDENT: Rosemary Hardie
E-MAIL: rosemary.hardie@k12.nd.us
PHONE NUMBER: (701) 642-5499
508 9Th St N

Wahpeton, ND  58075

Warwick 29
SUPERINTENDENT: Dean Dauphinais
E-MAIL: dean.dauphinais@k12.nd.us
PHONE NUMBER: (701) 294-2561
210 4Th Ave
Warwick, ND  58381

Washburn 4
SUPERINTENDENT: Brad Rinas
E-MAIL: brad.rinas@k12.nd.us
PHONE NUMBER: (701) 462-3221
713 7Th St
Washburn, ND  58577

West Fargo 6
SUPERINTENDENT: Beth Slette
E-MAIL: slette@west-fargo.k12.nd.us
PHONE NUMBER: (701) 356-2000
207 Main Ave W
West Fargo, ND  58078

West Fargo Special Ed Unit
SUPERINTENDENT: Rachel Kjonaas
E-MAIL: osgood@west-fargo.k12.nd.us
PHONE NUMBER: (701) 356-2000
207 Main Ave W
West Fargo, ND  58078

West River Student Services Unit
SUPERINTENDENT: Pam Aman
E-MAIL: w.river@k12.nd.us
PHONE NUMBER: (701) 483-1257
2893 3Rd Ave W Ste 102
Dickinson, ND  58601

Western Star Area Career & Technical Center
SUPERINTENDENT: John Miller
E-MAIL: john.s.miller@willistonstate.edu
PHONE NUMBER: (701) 774-4200
1410 University Ave
Williston, ND  58801

Westhope 17
SUPERINTENDENT: Martin Bratrud
E-MAIL: martin.bratrud@k12.nd.us
PHONE NUMBER: (701) 245-6444
395 Main St
Westhope, ND  58793

White Shield 85
SUPERINTENDENT: Wayne Fox
E-MAIL: wayne.fox@k12.nd.us
PHONE NUMBER: (701) 743-4350
2 2Nd Ave W

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

White Shield, ND  58775

Williston 1
SUPERINTENDENT: Jeff Thake
E-MAIL: jeffrey.thake@willistonschools.org
PHONE NUMBER: (701) 572-1580
1201 9Th Ave Nw
Williston, ND  58801

Wilmac Special Ed Unit
SUPERINTENDENT: Shawn Huss
E-MAIL: shuss@wilmacsped.com
PHONE NUMBER: (701) 572-6757
222 University Ave
Williston, ND  58801

Wilton 1
SUPERINTENDENT: Andrew Jordan
E-MAIL: andrew.jordan@k12.nd.us
PHONE NUMBER: (701) 734-6331
504 Dakota Ave
Wilton, ND  58579

Wing 28
SUPERINTENDENT: David Goetz
E-MAIL: david.goetz@k12.nd.us
PHONE NUMBER: (701) 943-2319
4Th And Main
Wing, ND  58494

Wishek 19
SUPERINTENDENT: Shawn Kuntz
E-MAIL: shawn.kuntz@k12.nd.us
PHONE NUMBER: (701) 452-2892
200 Badger St S
Wishek, ND  58495

Wyndmere 42
SUPERINTENDENT: Dan Dalchow
E-MAIL: dan.dalchow@k12.nd.us
PHONE NUMBER: (701) 439-2287
101 Date Ave
Wyndmere, ND  58081

Zeeland 4
SUPERINTENDENT: Trudy Wolf
E-MAIL: trudy.fraasewolf@k12.nd.us
PHONE NUMBER: (701) 423-5429
510 S Main St
Zeeland, ND  58581

Adams Central Public Schools
SUPERINTENDENT: Shawn Scott
E-MAIL: shawn.scott@adams-central.org
PHONE NUMBER: (402) 463-3285
1090 S Adams Rd

Hastings, NE  68901

Ainsworth Community Schools
SUPERINTENDENT: Dale Hafer
E-MAIL: dhafer@ainsworthschools.org
PHONE NUMBER: (402) 387-2333
520 E 2Nd St
Ainsworth, NE  69210

Allen Consolidated Schools
SUPERINTENDENT: Michael Pattee
E-MAIL: mpattee@allenschools.org
PHONE NUMBER: (402) 635-2484
126 E 5Th
Allen, NE  68710

Alliance Public Schools
SUPERINTENDENT: Troy Unzicker
E-MAIL: troy.unzicker@alliancebulldogs.org
PHONE NUMBER: (308) 762-5475
1604 Sweetwater Ave
Alliance, NE  69301

Alma Public Schools
SUPERINTENDENT: Jon Davis
E-MAIL: jon.davis@almacardinals.org
PHONE NUMBER: (308) 928-2131
515 Jewell St
Alma, NE  68920

Amherst Public Schools
SUPERINTENDENT: Tom Moore
E-MAIL: tmoore@amherstbroncos.org
PHONE NUMBER: (308) 826-3131
100 N Sycamore
Amherst, NE  68812

Anselmo-merna Public Schools
SUPERINTENDENT: Logan Lightfoot
E-MAIL: logan.lightfoot@amcoyotes.org
PHONE NUMBER: (308) 643-2224
750 N Conway St
Merna, NE  68856

Ansley Public Schools
SUPERINTENDENT: Gordon Goodman
E-MAIL: ggoodman211961@gmail.com
PHONE NUMBER: (308) 935-1121
1124 Cameron St
Ansley, NE  68814

Arapahoe Public Schools
SUPERINTENDENT: George Griffith
E-MAIL: george.griffith@arapahoewarriors.org
PHONE NUMBER: (308) 962-5458
610 Walnut

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Arapahoe, NE  68922

Arcadia Public Schools
SUPERINTENDENT: Mike Williams
E-MAIL: mike.williams@apshuskies.org
PHONE NUMBER: (308) 789-6522
320 W Owens St
Arcadia, NE  68815

Arlington Public Schools
SUPERINTENDENT: Dawn Lewis
E-MAIL: dawn.lewis@apseagles.org
PHONE NUMBER: (402) 478-4173
705 N 9Th
Arlington, NE  68002

Arnold Public Schools
SUPERINTENDENT: Mark Sievering
E-MAIL: mark.sievering@arnoldpublicschools.org
PHONE NUMBER: (308) 848-2226
405 N Haskell
Arnold, NE  69120

Arthur County Schools
SUPERINTENDENT: Barry Schaeffer
E-MAIL: barry.schaeffer@arthurcountywolves.org
PHONE NUMBER: (308) 764-2253
111 Elm St
Arthur, NE  69121

Ashland-greenwood Public Schs
SUPERINTENDENT: Jason Libal
E-MAIL: jason.libal@agps.org
PHONE NUMBER: (402) 944-2128
1842 Furnas Street
Ashland, NE  68003

Auburn Public Schools
SUPERINTENDENT: David Patton
E-MAIL: david.patton@apsbulldogs.org
PHONE NUMBER: (402) 274-4830
1713 J St
Auburn, NE  68305

Aurora Public Schools
SUPERINTENDENT: Jody Phillips
E-MAIL: jphillips@4rhuskies.org
PHONE NUMBER: (402) 694-6923
300 L St
Aurora, NE  68818

Axtell Community Schools
SUPERINTENDENT: Rob Gregory
E-MAIL: rob.gregory@axtellwildcats.org
PHONE NUMBER: (308) 743-2415
500 Main St

Axtell, NE  68924

Bancroft-rosalie Comm Schools
SUPERINTENDENT: Jon Cerny
E-MAIL: jcerny@esu2.org
PHONE NUMBER: (402) 648-3336
708 Main St
Bancroft, NE  68004

Banner County Public Schools
SUPERINTENDENT: Evelyn Browne
E-MAIL: evelyn.browne@bcswildcats.org
PHONE NUMBER: (308) 436-5263
200 School St
Harrisburg, NE  69345

Battle Creek Public Schools
SUPERINTENDENT: Jake Luhr
E-MAIL: jluhr@bcpsne.info
PHONE NUMBER: (402) 675-6905
605 West Martin St
Battle Creek, NE  68715

Bayard Public Schools
SUPERINTENDENT: Travis Miller
E-MAIL: travis.miller@bayardtigers.org
PHONE NUMBER: (308) 586-1700
726 4Th Ave
Bayard, NE  69334

Beatrice Public Schools
SUPERINTENDENT: Jason Alexander
E-MAIL: jalexander@bpsnebr.org
PHONE NUMBER: (402) 223-1500
320 N 5Th Street
Beatrice, NE  68310

Bellevue Public Schools
SUPERINTENDENT: Jeff Rippe
E-MAIL: jeff.rippe@bpsne.net
PHONE NUMBER: (402) 293-4000
1600 Hwy 370
Bellevue, NE  68005

Bennington Public Schools
SUPERINTENDENT: Terry Haack
E-MAIL: thaack@bennps.org
PHONE NUMBER: (402) 238-3044
11620 N 156Th St
Bennington, NE  68007

Bertrand Public Schools
SUPERINTENDENT: Jason Brown
E-MAIL: jason.brown@bertrandvikings.org
PHONE NUMBER: (308) 472-3427
503 School St

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Bertrand, NE  68927

Blair Community Schools
SUPERINTENDENT: Randy Gilson
E-MAIL: randy.gilson@blairschools.org
PHONE NUMBER: (402) 426-2610
2232 Washington Street
Blair, NE  68008

Bloomfield Community Schools
SUPERINTENDENT: Shane Alexander
E-MAIL: salexander@blfdbees.org
PHONE NUMBER: (402) 373-4800
311 E Benton
Bloomfield, NE  68718

Blue Hill Public Schools
SUPERINTENDENT: Joel Ruybalid
E-MAIL: joelruybalid@bluehillschools.org
PHONE NUMBER: (402) 756-2085
606 S Sycamore
Blue Hill, NE  68930

Boone Central Schools
SUPERINTENDENT: Nicole Hardwick
E-MAIL: nhardwick@boonecentral.esu7.org
PHONE NUMBER: (402) 395-2134
605 S 6Th
Albion, NE  68620

Boyd County Schools
SUPERINTENDENT: Mike Brown
E-MAIL: mbrown@boydcounty.org
PHONE NUMBER: (402)589-1333
106 E GREIG ST
SPENCER, NE  68777

Boys Town Interim Prg Schs
SUPERINTENDENT: Steven Boes
E-MAIL: boystownadmissions@boystown.org
PHONE NUMBER: (402) 498-1898
13803 Flanagan Blvd
Boys Town, NE  68010

Brady Public Schools
SUPERINTENDENT: James Mcgown
E-MAIL: jmcgown@bradyschools.org
PHONE NUMBER: (308) 584-3317
112 E Popleton Ave
Brady, NE  69123

Bridgeport Public Schools
SUPERINTENDENT: Chuck Lambert
E-MAIL: clambert@bpsbulldogs.org
PHONE NUMBER: (308) 262-1470
800 Q St

Bridgeport, NE  69336

Broken Bow Public Schools
SUPERINTENDENT: Darren Tobey
E-MAIL: darren.tobey@bbps.org
PHONE NUMBER: (308) 872-6821
323 N 7Th Ave
Broken Bow, NE  68822

Bruning-davenport Unified Sys
SUPERINTENDENT: Kolin Haecker
E-MAIL: khaecker@bdstorm.org
PHONE NUMBER: (402) 364-2225
106 N Juniper Ave
Davenport, NE  68335

Burwell Public Schools
SUPERINTENDENT: Darrin Max
E-MAIL: darrin.max@burwellpublicschools.com
PHONE NUMBER: (308) 346-4150
190 I St
Burwell, NE  68823

Callaway Public Schools
SUPERINTENDENT: Bryon Hanson
E-MAIL: bhanson@callawaypublicschools.org
PHONE NUMBER: (308) 836-2272
101 N Needham
Callaway, NE  68825

Cambridge Public Schools
SUPERINTENDENT: Gregory Shepard
E-MAIL: gregory.shepard@cpstrojans.org
PHONE NUMBER: (308) 697-3322
1003 Nelson St
Cambridge, NE  69022

Cedar Bluffs Public Schools
SUPERINTENDENT: Harlan Ptomey
E-MAIL: harlan.ptomey@cbwildcats.org
PHONE NUMBER: (402) 628-2060
110 E Main St
Cedar Bluffs, NE  68015

Cedar Rapids Public School
SUPERINTENDENT: Stephanie Kaczor
E-MAIL: stephanie.kaczor@riversideps.org
PHONE NUMBER: (308) 358-0640
408 W Dayton St
Cedar Rapids, NE  68627

Centennial Public Schools
SUPERINTENDENT: Tim Dewaard
E-MAIL: tim.dewaard@centennialbroncos.org
PHONE NUMBER: (402) 534-2321
1301 Centennial

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Utica, NE  68456

Central City Public Schools
SUPERINTENDENT: Jeffrey Jensen
E-MAIL: jjensen@centralcityps.org
PHONE NUMBER: (308) 946-3055
1711 15Th Ave
Central City, NE  68826

Central Valley Public Schools
SUPERINTENDENT: Amy Malander
E-MAIL: amy.malander@centralvps.org
PHONE NUMBER: (308) 428-3145
203 N Kildare
Greeley, NE  68842

Centura Public Schools
SUPERINTENDENT: Ryan Ruhl
E-MAIL: ryan.ruhl@centuraps.org
PHONE NUMBER: (308) 485-4258
201 N Hwy 11
Cairo, NE  68824

Chadron Public Schools
SUPERINTENDENT: Caroline Winchester
E-MAIL: caroline.winchester@chadronschools.net
PHONE NUMBER: (308) 432-0700
602 E 10Th
Chadron, NE  69337

Chambers Public Schools
SUPERINTENDENT: Frank Jesse
E-MAIL: frankjesse@esu8.org
PHONE NUMBER: (402) 482-5233
201 South A St
Chambers, NE  68725

Chase County Schools
SUPERINTENDENT: Larry Lambert
E-MAIL: llambert@chasecountyschools.org
PHONE NUMBER: (308) 882-4304
520 E 9Th St
Imperial, NE  69033

Clarkson Public Schools
SUPERINTENDENT: Rich Lemburg
E-MAIL: rlemburg@clarkson.esu7.org
PHONE NUMBER: (402) 892-3454
649 Cherry St
Clarkson, NE  68629

Cody-kilgore Public Schs
SUPERINTENDENT: Adam Lambert
E-MAIL: alambert@cody-kilgore.com
PHONE NUMBER: (402) 823-4190
360 W 4Th St

Cody, NE  69211

Coleridge Community Schools
SUPERINTENDENT: Jeremy Christiansen
E-MAIL: jeremy.christiansen@lccschool.org
PHONE NUMBER: (402) 283-4255
203 S Main St
Coleridge, NE  68727

Columbus Public Schools
SUPERINTENDENT: Troy Loeffelholz
E-MAIL: loeffelholzt@discoverers.org
PHONE NUMBER: (402) 563-7000
2508 27Th St
Columbus, NE  68602

Conestoga Public Schools
SUPERINTENDENT: Beth Johnsen
E-MAIL: bjohnsen@conestogaps.org
PHONE NUMBER: (402) 235-2992
104 East High St
Murray, NE  68409

Cozad Community Schools
SUPERINTENDENT: Ron Wymore
E-MAIL: ron.wymore@cozadschools.net
PHONE NUMBER: (308) 784-2745
1910 Meridian Ave
Cozad, NE  69130

Crawford Public Schools
SUPERINTENDENT: Eugene Hanks
E-MAIL: eugene.hanks@cpsrams.org
PHONE NUMBER: (308) 665-1537
908 5Th St
Crawford, NE  69339

Creek Valley Schools
SUPERINTENDENT: Patrick Ningen
E-MAIL: patrick.ningen@cvsstorm.com
PHONE NUMBER: (308) 874-2911
6Th & Hayward
Chappell, NE  69129

Creighton Community Public Schools
SUPERINTENDENT: Robby Thompson
E-MAIL: robthompson@chsbulldogs.org
PHONE NUMBER: (402) 358-3663
1609 Redick Ave
Creighton, NE  68729

Crete Public Schools
SUPERINTENDENT: Joshua Mcdowell
E-MAIL: joshua.mcdowell@creteschools.org
PHONE NUMBER: (402) 826-5855
920 Linden Ave

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Crete, NE  68333

Crofton Community Schools
SUPERINTENDENT: Chris Look
E-MAIL: clook@croftonwarriors.org
PHONE NUMBER: (402) 388-2440
89048 N Hwy 121
Crofton, NE  68730

Cross County Community Schools
SUPERINTENDENT: Brent Hollinger
E-MAIL: bhollinger@crosscounty.esu7.org
PHONE NUMBER: (402) 764-5521
1270 123Rd Rd
Stromsburg, NE 68666

David City Public Schools
SUPERINTENDENT: Chad Denker
E-MAIL: denker@dcscouts.org
PHONE NUMBER: (402) 367-4590
750 D St
David City, NE  68632

Deshler Public Schools
SUPERINTENDENT: Al Meier
E-MAIL: al.meier@deshlerdragons.org
PHONE NUMBER: (402) 365-7272
1402 3Rd St
Deshler, NE  68340

Diller-odell Public Schools
SUPERINTENDENT: Mike Meyerle
E-MAIL: mmeyerle@dillerodell.org
PHONE NUMBER: (402) 766-4171
506 Perry St
Odell, NE  68415

Doniphan-trumbull Public Schs
SUPERINTENDENT: Stan Hendricks
E-MAIL: shendricks@dtcardinals.org
PHONE NUMBER: (402) 845-2282
302 W Plum
Doniphan, NE  68832

Dorchester Public School
SUPERINTENDENT: Daryl Schrunk
E-MAIL: dschrunk@dorchesterschool.org
PHONE NUMBER: (402) 946-2781
506 W 9Th
Dorchester, NE  68343

Douglas Co West Community Schs
SUPERINTENDENT: Melissa Poloncic
E-MAIL: mpoloncic@dcwest.org
PHONE NUMBER: (402) 359-2583
401 S Pine St

Valley, NE  68064

Douglas County Youth Center
SUPERINTENDENT: Brad Alexander
E-MAIL: brad.alexander@douglascounty-ne.gov
PHONE NUMBER: (402) 444-7492
1301 S 41St Street
Omaha, NE  68105

Dundy Co Stratton Public Schs
SUPERINTENDENT: Jim Kent
E-MAIL: jim@dcstigers.org
PHONE NUMBER: (308) 423-2738
400 9Th Ave West
Benkelman, NE  69021

East Butler Public Schools
SUPERINTENDENT: Michael Eldridge
E-MAIL: meldridge@ebutler.esu7.org
PHONE NUMBER: (402) 545-2081
212 S Madison St
Brainard, NE  68626

Educational Service Unit 01
SUPERINTENDENT: Bill Heimann
E-MAIL: bheimann@esu1.org
PHONE NUMBER: (402) 287-2061
211 Tenth St
Wakefield, NE  68784

Educational Service Unit 02
SUPERINTENDENT: Ted Deturk
E-MAIL: tdeturk@esu2.org
PHONE NUMBER: (402) 721-7710
2320 N Colorado Ave
Fremont, NE  68025

Educational Service Unit 03
SUPERINTENDENT: Dan Schnoes
E-MAIL: dschnoes@esu3.org
PHONE NUMBER: (402) 597-4800
6949 S 110Th St
Omaha, NE  68128

Educational Service Unit 04
SUPERINTENDENT: Gregg Robke
E-MAIL: grobke@esu4.net
PHONE NUMBER: (402) 274-4354
919 16Th St
Auburn, NE  68305

Educational Service Unit 05
SUPERINTENDENT: Brenda Mcniff
E-MAIL: bmcniff@esu5.org
PHONE NUMBER: (402) 223-5277
900 West Court

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Beatrice, NE  68310

Educational Service Unit 07
SUPERINTENDENT: Larianne Polk
E-MAIL: lpolk@esu7.org
PHONE NUMBER: (402) 564-5753
2657 44Th Ave
Columbus, NE 68601

Educational Service Unit 08
SUPERINTENDENT: Corey Dahl
E-MAIL: cdahl@esu8.org
PHONE NUMBER: (402) 887-5041
302 Main St
Neligh, NE 68756

Educational Service Unit 09
SUPERINTENDENT: Drew Harris
E-MAIL: drew.harris@esu9.us
PHONE NUMBER: (402) 463-5611
1117 E South Street
Hastings, NE 68901

Educational Service Unit 10
SUPERINTENDENT: Melissa Wheelock
E-MAIL: mwheelock@esu10.org
PHONE NUMBER: (308) 237-5927
76 Plaza Boulevard
Kearney, NE 68845

Educational Service Unit 11
SUPERINTENDENT: Greg Barnes
E-MAIL: greg.barnes@esu11.org
PHONE NUMBER: (308) 995-6585
412 W 14Th St
Holdrege, NE 68949

Educational Service Unit 13
SUPERINTENDENT: Andrew Dick
E-MAIL: andrewdick@esu13.org
PHONE NUMBER: (308) 635-3696
4215 Avenue I
Scottsbluff, NE 69361

Educational Service Unit 15
SUPERINTENDENT: Paul Calvert
E-MAIL: p.calvert@esu15.org
PHONE NUMBER: (308) 334-5160
344 Main St
Trenton, NE 69044

Educational Service Unit 16
SUPERINTENDENT: Debra Paulman
E-MAIL: dpaulman@esusixteen.org
PHONE NUMBER: (308) 284-8481
314 W First St

Ogallala, NE  69153

Educational Service Unit 17
SUPERINTENDENT: Geraldine Erickson
E-MAIL: gerickson17@esu17.org
PHONE NUMBER: (402) 387-1420
207 N Main Street
Ainsworth, NE 69210

Educational Service Unit 18
SUPERINTENDENT: Steve Joel
E-MAIL: sjoel@lps.org
PHONE NUMBER: (402) 436-1610
5905 O Street
Lincoln, NE 68516

Educational Service Unit No. 19
SUPERINTENDENT: Connie Wickham
E-MAIL: connie.wickham@esu19.org
PHONE NUMBER: (531) 299-9625
3215 Cuming Street
Omaha, NE 68117

Elba Public Schools
SUPERINTENDENT: Allison Pritchard
E-MAIL: allison.pritchard@elbaps.org
PHONE NUMBER: (308) 863-2228
711 Caroline St
Elba, NE 68835

Elgin Public Schools
SUPERINTENDENT: Dan Polk
E-MAIL: dan.polk@elgineagles.org
PHONE NUMBER: (402) 843-2455
101 N 4Th St
Elgin, NE 68636

Elkhorn Public Schools
SUPERINTENDENT: Bary Habrock
E-MAIL: bhabrock@epsne.org
PHONE NUMBER: (402) 289-2579
20650 Glenn St
Elkhorn, NE 68022

Elkhorn Valley Schools
SUPERINTENDENT: Darin Hahne
E-MAIL: mr.hahne@elkhornvalleyschools.org
PHONE NUMBER: (402) 368-5301
601 S Madison
Tilden, NE 68781

Elm Creek Public Schools
SUPERINTENDENT: Bret Schroder
E-MAIL: bret.schroder@elmcreekschools.org
PHONE NUMBER: (308) 856-4300
230 Calkins Avenue

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Elm Creek, NE  68836

Elmwood-murdock Public Schools
SUPERINTENDENT: Ryan Knippelmeyer
E-MAIL: rknippelmeyer@emknights.org
PHONE NUMBER: (402) 867-2341
300 Wyoming St
Murdock, NE  68407

Elwood Public Schools
SUPERINTENDENT: Daren Hatch
E-MAIL: daren.hatch@elwoodpirates.org
PHONE NUMBER: (308) 785-2491
502 First Ave
Elwood, NE  68937

Emerson-hubbard Public Schools
SUPERINTENDENT: Lindsey Beaudette
E-MAIL: lbeaudette@ehpirates.org
PHONE NUMBER: (402) 695-2621
109 W Third St
Emerson, NE  68733

Envisions Level Iii Sch Prog
SUPERINTENDENT: Marlee Gordon
E-MAIL: marlee6815@aol.com
PHONE NUMBER: (402) 371-1147
407 West Norfolk Avenue
Norfolk, NE  68701

Epworth Village Learning Ctr
SUPERINTENDENT: Margaret Donovan
E-MAIL: mdonovan@epworthvillage.org
PHONE NUMBER: (402) 362-3353
1822 Iowa Ave
York, NE  68467

Eustis-farnam Public Schools
SUPERINTENDENT: Steve Sampy
E-MAIL: steve.sampy@efknights.org
PHONE NUMBER: (308) 486-3991
504 N Ingall St
Eustis, NE  69028

Ewing Public Schools
SUPERINTENDENT: Ted Hillman
E-MAIL: thillman@esu8.org
PHONE NUMBER: (402) 626-7235
416 N Spruce St
Ewing, NE  68735

Exeter-milligan Public Schools
SUPERINTENDENT: Paul Sheffield
E-MAIL: psheffie@emwolves.net
PHONE NUMBER: (402) 266-5911
318 S River Ave

Exeter, NE  68351

Fairbury Public Schools
SUPERINTENDENT: Stephen Grizzle
E-MAIL: sgrizzle@fairburyjeffs.org
PHONE NUMBER: (402) 729-6104
703 K St
Fairbury, NE  68352

Falls City Public Schools
SUPERINTENDENT: Tim Heckenlively
E-MAIL: theckenlively@fallscityps.org
PHONE NUMBER: (402) 245-2825
1415 Morton St
Falls City, NE  68355

Fillmore Central Public Schs
SUPERINTENDENT: Mark Norvell
E-MAIL: mark.norvell@fillmorecentral.org
PHONE NUMBER: (402) 759-4955
1410 L Street
Geneva, NE  68361

Fort Calhoun Community Schs
SUPERINTENDENT: Jerry Green
E-MAIL: jjgreen@ftcpioneers.org
PHONE NUMBER: (402) 468-5592
1506 Lincoln St
Fort Calhoun, NE  68023

Franklin Public Schools
SUPERINTENDENT: Candace Conradt
E-MAIL: candace.conradt@fpsflyers.org
PHONE NUMBER: (308) 425-6283
1001 M St
Franklin, NE  68939

Freeman Public Schools
SUPERINTENDENT: Andrew Havelka
E-MAIL: andrew.havelka@freemanschools.net
PHONE NUMBER: (402) 988-2525
415 Eighth St
Adams, NE  68301

Fremont Public Schools
SUPERINTENDENT: Mark Shepard
E-MAIL: mark.shepard@fpsmail.org
PHONE NUMBER: (402) 727-3000
130 E 9Th Street
Fremont, NE  68025

Friend Public Schools
SUPERINTENDENT: David Kraus
E-MAIL: david.kraus@friendschool.org
PHONE NUMBER: (402) 947-2781
501 Main St

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Friend, NE  68359

Fullerton Public Schools
SUPERINTENDENT: Jeff Anderson
E-MAIL: janders@fullerton.esu7.org
PHONE NUMBER: (308) 536-2431
606 4Th St
Fullerton, NE  68638

Garden County Schools
SUPERINTENDENT: Jess Underwood
E-MAIL: junderwood@gceagles.org
PHONE NUMBER: (308) 772-3242
200 W 4Th St
Oshkosh, NE  69154

Gering Public Schools
SUPERINTENDENT: Bob Hastings
E-MAIL: bhastings@geringschools.net
PHONE NUMBER: (308) 436-3125
1519 10Th St
Gering, NE  69341

Gibbon Public Schools
SUPERINTENDENT: Vern Fisher
E-MAIL: vern.fisher@gibbonpublic.org
PHONE NUMBER: (308) 468-6555
1030 Court Street
Gibbon, NE  68840

Giltner Public Schools
SUPERINTENDENT: Stuart Lenz
E-MAIL: slenz@giltnerschool.us
PHONE NUMBER: (402) 849-2238
#2 West 6Th Rd
Giltner, NE  68841

Gordon-rushville Public Schs
SUPERINTENDENT: Lori Liggett
E-MAIL: lori.liggett@grmustangs.org
PHONE NUMBER: (308) 282-1322
810 N Oak St
Gordon, NE  69343

Gothenburg Public Schools
SUPERINTENDENT: Todd Rhodes
E-MAIL: todd.rhodes@goswedes.org
PHONE NUMBER: (308) 537-3651
1322 Avenue I
Gothenburg, NE  69138

Grand Island Public Schools
SUPERINTENDENT: Tawana Grover
E-MAIL: tgrover@gips.org
PHONE NUMBER: (308) 385-5900
123 S Webb Rd

Grand Island, NE  68803

Greeley-wolbach Public Schools
SUPERINTENDENT: Amy Malander
E-MAIL: amy.malander@centralvps.org
PHONE NUMBER: (308) 428-3145
203 N Kildare
Greeley, NE  68842

Gretna Public Schools
SUPERINTENDENT: Rich Beran
E-MAIL: rberan@gpsne.org
PHONE NUMBER: (402) 332-3265
11717 S 216Th St
Gretna, NE  68028

Hampton Public Schools
SUPERINTENDENT: Holly Herzberg
E-MAIL: hherzberg@hamptonhawks.us
PHONE NUMBER: (402) 725-3117
458 5Th St
Hampton, NE  68843

Hartington Newcastle Public Schools
SUPERINTENDENT: Adrian Johnson
E-MAIL: adrian@hnscats.org
PHONE NUMBER: (402) 254-3947
501 S Broadway
Hartington, NE  68739

Harvard Public Schools
SUPERINTENDENT: Michael Derr
E-MAIL: mderr@harvardcardinals.org
PHONE NUMBER: (402) 772-2171
506 E North St
Harvard, NE  68944

Hastings Public Schools
SUPERINTENDENT: Jeff Schneider
E-MAIL: jeff.schneider@hpstigers.org
PHONE NUMBER: (402) 461-7500
1924 West A  Street
Hastings, NE  68901

Hay Springs Public Schools
SUPERINTENDENT: Russell Lechtenberg
E-MAIL: russell.lechtenberg@hshawks.com
PHONE NUMBER: (308) 638-4434
407 N Baker St
Hay Springs, NE  69347

Hayes Center Public Schools
SUPERINTENDENT: Tony Primavera
E-MAIL: tprimavera@hccardinals.org
PHONE NUMBER: (308) 286-5600
501 Troth St

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Hayes Center, NE  69032

Heartland Community Schools
SUPERINTENDENT: Brad Best
E-MAIL: bbest@heartlandschools.net
PHONE NUMBER: (402) 723-4434
1501 Front St
Henderson, NE 68371

Hemingford Public Schools
SUPERINTENDENT: Charles Isom
E-MAIL: cisom@gubn.org
PHONE NUMBER: (308) 487-3328
911 Niobrara St
Hemingford, NE 69348

Hershey Public Schools
SUPERINTENDENT: Jane Davis
E-MAIL: jane.davis@hpspanthers.org
PHONE NUMBER: (308) 368-5574
301 S Lincoln
Hershey, NE 69143

High Plains Community Schools
SUPERINTENDENT: Brian Tonniges
E-MAIL: btonniges@hpcstorm.org
PHONE NUMBER: (402) 765-2271
260 S Pine
Polk, NE 68654

Hitchcock Co Sch System
SUPERINTENDENT: Robert Sattler
E-MAIL: rsattler@hcfalcons.org
PHONE NUMBER: (308) 334-5575
318 West D
Trenton, NE 69044

Holdrege Public Schools
SUPERINTENDENT: Todd Hilyard
E-MAIL: todd.hilyard@dusters.org
PHONE NUMBER: (308) 995-8663
505 14Th Ave
Holdrege, NE 68949

Homer Community Schools
SUPERINTENDENT: Gregg Cruickshank
E-MAIL: gcruickshank@homerknights.org
PHONE NUMBER: (402) 698-2377
212 S 3Rd
Homer, NE 68030

Howells-dodge Consolidated Schools
SUPERINTENDENT: Mark Ernst
E-MAIL: mernst@hdcjags.org
PHONE NUMBER: (402) 986-1621
417 Center Street

Howells, NE 68641

Humboldt Table Rock Steinauer
SUPERINTENDENT: Sherri Edmundson
E-MAIL: sherriedmundson@htrstitans.org
PHONE NUMBER: (402) 862-2151
810 Central Ave
Humboldt, NE 68376

Humphrey Public Schools
SUPERINTENDENT: Greg Sjuts
E-MAIL: gregsjuts@humphrey.esu7.org
PHONE NUMBER: (402) 923-1230
405 S 7Th St
Humphrey, NE 68642

Hyannis Area Schools
SUPERINTENDENT: Travis  Hawk
E-MAIL: travishawk@hyannislonghorns.org
PHONE NUMBER: (308) 458-2202
332 East Hwy 2
Hyannis, NE 69350

Johnson Co Central Public Schs
SUPERINTENDENT: Galen Boldt
E-MAIL: galen.boldt@jccentral.org
PHONE NUMBER: (402) 335-3320
358 N 6Th
Tecumseh, NE 68450

Johnson-brock Public Schools
SUPERINTENDENT: Jeff Koehler
E-MAIL: jeff.koehler@johnsonbrock.org
PHONE NUMBER: (402) 868-5235
310 Main St
Johnson, NE 68378

Kearney Public Schools
SUPERINTENDENT: Kent Edwards
E-MAIL: kenedwards@kearneycats.com
PHONE NUMBER: (308) 698-8000
310 W 24Th St
Kearney, NE 68845

Kearney West High School
SUPERINTENDENT: Kent Edwards
E-MAIL: kenedwards@kearneycats.com
PHONE NUMBER: (308) 338-2011
2802 30Th Ave
Kearney, NE 68845

Kenesaw Public Schools
SUPERINTENDENT: Rick Masters
E-MAIL: rmasters@kenesawschools.org
PHONE NUMBER: (402) 752-3215
110 N 5Th Ave

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Kenesaw, NE  68956

Keya Paha County Schools
SUPERINTENDENT: Dennis Peters
E-MAIL: dpeters@kpschools.org
PHONE NUMBER: (402)497-3164
101 Football Ave
Springview, NE  68778

Kimball Public Schools
SUPERINTENDENT: Trevor Anderson
E-MAIL: tanderson@kpslonghorns.org
PHONE NUMBER: (308) 235-2188
901 S Nadine
Kimball, NE  69145

Lakeview Community Schools
SUPERINTENDENT: Aaron Plas
E-MAIL: aplas@lakeview.esu7.org
PHONE NUMBER: (402) 564-8518
3744 83Rd St
Columbus, NE 68601

Laurel-concord-coleridge School
SUPERINTENDENT: Jeremy Christiansen
E-MAIL: jeremy.christiansen@lccschool.org
PHONE NUMBER: (402) 256-3133
502 Wakefield
Laurel, NE 68745

Leigh Community Schools
SUPERINTENDENT: Stephanie Petersen
E-MAIL: spetersen@leigh.esu7.org
PHONE NUMBER: (402) 487-2228
310 Short St
Leigh, NE 68643

Lewiston Consolidated Schools
SUPERINTENDENT: Rick Kentfield
E-MAIL: rkentfield@lewistonschool.net
PHONE NUMBER: (402) 865-4675
306 Tiger Ave
Lewiston, NE  68380

Lexington Public Schools
SUPERINTENDENT: John Hakonson
E-MAIL: john.hakonson@lexschools.org
PHONE NUMBER: (308) 324-4681
300 S Washington St
Lexington, NE  68850

Leyton Public Schools
SUPERINTENDENT: Chris Geary
E-MAIL: chris.geary@leytonwarriors.org
PHONE NUMBER: (308) 377-2301
504 Main St

Dalton, NE  69131

Lincoln Public Schools
SUPERINTENDENT: Steve Joel
E-MAIL: sjoel@lps.org
PHONE NUMBER: (402) 436-1000
5905 O Street
Lincoln, NE  68501

Litchfield Public Schools
SUPERINTENDENT: Wade Finley
E-MAIL: wade.finley@litchfieldps.org
PHONE NUMBER: (308) 446-2244
500 N Main St
Litchfield, NE  68852

Logan View Public Schools
SUPERINTENDENT: Jeremy Klein
E-MAIL: jklein@loganview.org
PHONE NUMBER: (402) 654-3317
2163 County Road G
Hooper, NE  68031

Loomis Public Schools
SUPERINTENDENT: Sam Dunn
E-MAIL: sam.dunn@loomiswolves.org
PHONE NUMBER: (308) 876-2111
101 Bryan
Loomis, NE  68958

Louisville Public Schools
SUPERINTENDENT: Andrew Farber
E-MAIL: afarber@lpslions.org
PHONE NUMBER: (402) 234-3585
202 W 3Rd
Louisville, NE  68037

Loup City Public Schools
SUPERINTENDENT: Angela Simpson
E-MAIL: angela.simpson@lcpublic.org
PHONE NUMBER: (308) 745-0120
800 N 8Th St
Loup City, NE  68853

Loup County Public Schools
SUPERINTENDENT: Wayne Ruppert
E-MAIL: wruppert@loupcountyschools.org
PHONE NUMBER: (308) 942-6115
608 Williams St
Taylor, NE  68879

Lynch Public Schools
SUPERINTENDENT: Mike Brown
E-MAIL: mbrown@boydcounty.org
PHONE NUMBER: (402) 569-2081
701 Hoffman St

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Lynch, NE  68746

Lyons-decatur Northeast Schs
SUPERINTENDENT: Fred Hansen
E-MAIL: fhansen@esu2.org
PHONE NUMBER: (402) 687-2363
400 S 5Th St
Lyons, NE  68038

Madison Public Schools
SUPERINTENDENT: Alan Ehlers
E-MAIL: aehlers@esu8.org
PHONE NUMBER: (402) 454-3336
700 S Kent
Madison, NE  68748

Malcolm Public Schools
SUPERINTENDENT: Ryan Terwilliger
E-MAIL: ryan.terwilliger@mps148.org
PHONE NUMBER: (402) 796-2151
10004 N W 112Th St
Malcolm, NE  68402

Maxwell Public Schools
SUPERINTENDENT: Daniel Mcmurtry
E-MAIL: dmcmurtry@maxwellschools.org
PHONE NUMBER: (308) 582-4585
415 E Hwy 30
Maxwell, NE  69151

Maywood Public Schools
SUPERINTENDENT: Jason Brown
E-MAIL: jason.brown@maywoodtigers.org
PHONE NUMBER: (308) 362-4223
1 Tiger Dr
Maywood, NE  69038

Mc Cook Public Schools
SUPERINTENDENT: Grant Norgaard
E-MAIL: gnorgaard@mccookbison.org
PHONE NUMBER: (308) 345-2510
700 W 7Th
Mc Cook, NE  69001

Mc Cool Junction Public Schs
SUPERINTENDENT: Curtis Cogswell
E-MAIL: curtis.cogswell@mcjmustangs.org
PHONE NUMBER: (402) 724-2231
209 S 2Nd St
Mccool Junction, NE  68401

Mc Pherson County Schools
SUPERINTENDENT: Tim Vanderheiden
E-MAIL: tvanderheiden@mcstryon.org
PHONE NUMBER: (308) 587-2262
525 Hwy 92

Tryon, NE  69167

Mead Public Schools
SUPERINTENDENT: Pj Quinn
E-MAIL: pquinn@esu2.org
PHONE NUMBER: (402) 624-2745
115 N Elm
Mead, NE  68041

Medicine Valley Public Schools
SUPERINTENDENT: Alan Garey
E-MAIL: agarey@medvalley.org
PHONE NUMBER: (308) 367-4106
303 Crook Ave
Curtis, NE  69025

Meridian Public Schools
SUPERINTENDENT: Randy Kort
E-MAIL: rkort@meridianmustangs.org
PHONE NUMBER: (402) 446-7265
72380 560Th Ave
Daykin, NE  68338

Milford Public Schools
SUPERINTENDENT: Kevin Wingard
E-MAIL: kevin.wingard@milfordpublicschools.org
PHONE NUMBER: (402) 761-3321
1200 W 1St
Milford, NE  68405

Millard Public Schools
SUPERINTENDENT: Jim Sutfin
E-MAIL: jsutfin@mpsomaha.org
PHONE NUMBER: (402) 715-8200
5606 S 147Th St
Omaha, NE  68137

Minatare Public Schools
SUPERINTENDENT: Tim Cody
E-MAIL: supttimcody@gmail.com
PHONE NUMBER: (308)783-1232
1107 7TH ST
MINATARE, NE  69356

Minden Public Schools
SUPERINTENDENT: James Widdifield
E-MAIL: james.widdifield@mindenwhippets.org
PHONE NUMBER: (308) 832-2440
520 W 3Rd
Minden, NE  68959

Mitchell Public Schools
SUPERINTENDENT: Katherine Urbanek
E-MAIL: kurbanek@mitchelltigers.org
PHONE NUMBER: (308) 623-1707
1819 19Th Ave

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Mitchell, NE  69357

Morrill Public Schools
SUPERINTENDENT: Joe Sherwood
E-MAIL: joe.sherwood@mpslions.org
PHONE NUMBER: (308) 247-2149
411 E Hamilton
Morrill, NE  69358

Mullen Public Schools
SUPERINTENDENT: Chris Kuncl
E-MAIL: chris.kuncl@mullenpublicschools.org
PHONE NUMBER: (308) 546-2223
404 N Blaine
Mullen, NE  69152

Nebraska City Public Schools
SUPERINTENDENT: Rex Pfeil
E-MAIL: rex.pfeil@nebcityps.org
PHONE NUMBER: (402) 873-6033
215 N 12Th St
Nebraska City, NE  68410

Nebraska Unified District 1
SUPERINTENDENT: Dale Martin
E-MAIL: dalemartin@neunified1.org
PHONE NUMBER: (402) 893-2068
420 E 4Th St
Orchard, NE  68764

Nebraska Youth Academy
SUPERINTENDENT: Dannette Smith
E-MAIL: dannette.smith@nebraska.gov
PHONE NUMBER: (402) 462-1971
4200 W 2Nd Bldg 3
Hastings, NE  68901

Neligh-oakdale Schools
SUPERINTENDENT: Bill Kuester
E-MAIL: bkuester@nowarriors.org
PHONE NUMBER: (402) 887-4166
600 J St
Neligh, NE  68756

Newcastle Public Schools
SUPERINTENDENT: Adrian Johnson
E-MAIL: adrian@hnscats.org
PHONE NUMBER: (402) 355-2231
509 Annie St
Newcastle, NE  68757

Newman Grove Public Schools
SUPERINTENDENT: Mikal Shalikow
E-MAIL: mikal.shalikow@ngpublicschools.com
PHONE NUMBER: (402) 447-2721
101 S 8Th St

Newman Grove, NE  68758

Niobrara Public Schools
SUPERINTENDENT: Margaret Sandoz
E-MAIL: msandoz@niobraraschools.org
PHONE NUMBER: (402) 857-3323
247 N Hwy 12
Niobrara, NE  68760

Norfolk Public Schools
SUPERINTENDENT: Jami Thompson
E-MAIL: jamijothompson@npsne.org
PHONE NUMBER: (402) 644-2500
512 Philip Ave
Norfolk, NE  68702

Norris School Dist 160
SUPERINTENDENT: John Schwartz
E-MAIL: john.schwartz@nsdtitans.org
PHONE NUMBER: (402) 791-0000
25211 S 68Th St
Firth, NE  68358

North Bend Central Public Schs
SUPERINTENDENT: Dan Endorf
E-MAIL: dendorf@nbtigers.org
PHONE NUMBER: (402) 652-3268
1320 Walnut St
North Bend, NE  68649

North Loup Scotia Public Schs
SUPERINTENDENT: Amy Malander
E-MAIL: amy.malander@centralvps.org
PHONE NUMBER: (308) 245-3201
204 Blaine St
Scotia, NE  68875

North Platte Public Schools
SUPERINTENDENT: Ron Hanson
E-MAIL: rhanson@nppsd.org
PHONE NUMBER: (308) 535-7100
301 West F
North Platte, NE  69103

Northeast Ne Juvenile Services
SUPERINTENDENT: Mark Benne
E-MAIL: adminnnjsc@cableone.net
PHONE NUMBER: (402) 454-3955
1313 1/2 N Main Street
Madison, NE  68748

Northwest Public Schools
SUPERINTENDENT: Jeff Edwards
E-MAIL: jedwards@ginorthwest.org
PHONE NUMBER: (308) 385-6398
2710 N North Rd

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Grand Island, NE  68803

Nova Alternative School
SUPERINTENDENT: Pegg Asche
E-MAIL: psiemekasche@novatc.org
PHONE NUMBER: (402) 455-8303
8502 MORMON BRIDGE RD
OMAHA, NE  68152

Oakland Craig Public Schools
SUPERINTENDENT: Jeff Smith
E-MAIL: jsmith@ocknights.org
PHONE NUMBER: (402) 685-5631
309 N Davis
Oakland, NE  68045

Ogallala Public Schools
SUPERINTENDENT: Michael Apple
E-MAIL: mikeapple@opsd.org
PHONE NUMBER: (308)284-6087
205 E 6Th St
Ogallala, NE  69153

Omaha Home For Boys School
SUPERINTENDENT: Jeff Dewispelare
E-MAIL: jdewispelare@omahahomeforboys.org
PHONE NUMBER: (402) 457-7000
4343 North 52nd Street
Omaha, NE 68140

Omaha Public Schools
SUPERINTENDENT: Cheryl Logan
E-MAIL: logancomm@ops.org
PHONE NUMBER: (402) 557-2222
3215 Cuming St
Omaha, NE 68131

O'Neill Public Schools
SUPERINTENDENT: Amy Shane
E-MAIL: amyshane@oneillschools.org
PHONE NUMBER: (402) 336-3775
410 E Benton
O'Neill, NE  68763

Ord Public Schools
SUPERINTENDENT: Heather Nebesniak
E-MAIL: hnebesniak@ordps.org
PHONE NUMBER: (308) 728-5013
320 N 19Th
Ord, NE  68862

Osceola Public Schools
SUPERINTENDENT: Jason Lavaley
E-MAIL: jlavaley@osceola.esu7.org
PHONE NUMBER: (402) 747-3121
565 S Kimmel

Osceola, NE  68651

Osmond Community Schools
SUPERINTENDENT: Dave Hamm
E-MAIL: dhamm@esu8.org
PHONE NUMBER: (402) 748-3777
202 W Prairie St
Osmond, NE  68765

Overton Public Schools
SUPERINTENDENT: Mark Aten
E-MAIL: mark.aten@overtoneagles.org
PHONE NUMBER: (308) 987-2424
401 7Th St
Overton, NE  68863

Palmer Public Schools
SUPERINTENDENT: Joel Bohlken
E-MAIL: jbohlken@palmer.esu7.org
PHONE NUMBER: (308) 894-3065
202 Commercial St
Palmer, NE  68864

Palmyra District O R 1
SUPERINTENDENT: Rob Hanger
E-MAIL: hanger.rob@districtor1.net
PHONE NUMBER: (402) 780-5327
425 F St
Palmyra, NE  68418

Papillion-la Vista Public Schs
SUPERINTENDENT: Andrew Rikli
E-MAIL: arikli@paplv.org
PHONE NUMBER: (402) 537-6200
420 S Washington
Papillion, NE  68046

Pathfinder Ed Prg-lancaster Co
SUPERINTENDENT: Randy Farmer
E-MAIL: rfarmer@lps.org
PHONE NUMBER: (402) 441-6817
1200 Radcliff Street
Lincoln, NE  68512

Pawnee City Public Schools
SUPERINTENDENT: Brian Rottinghaus
E-MAIL: brottinghaus@pawneecityschool.net
PHONE NUMBER: (402) 852-2988
729 E St
Pawnee City, NE  68420

Paxton Consolidated Schools
SUPERINTENDENT: Del Dack
E-MAIL: del.dack@paxtonschools.org
PHONE NUMBER: (308) 239-4283
308 N Elm

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Paxton, NE  69155

Pender Public Schools
SUPERINTENDENT: Jason Dolliver
E-MAIL: jadolli1@penderschools.org
PHONE NUMBER: (402) 385-3244
609 Whitney St
Pender, NE 68047

Perkins County Schools
SUPERINTENDENT: Phillip Picquet
E-MAIL: phillip.picquet@perkinscountyschools.org
PHONE NUMBER: (308) 352-4735
740 Sherman Ave
Grant, NE 69140

Pierce Public Schools
SUPERINTENDENT: Kendall Steffense
E-MAIL: kendallsteffensen@piercebluejays.org
PHONE NUMBER: (402) 329-4677
201 N Sunset
Pierce, NE 68767

Plainview Public Schools
SUPERINTENDENT: Darron Arlt
E-MAIL: darlt@plainviewschools.org
PHONE NUMBER: (402) 582-4993
301 W Pilcher
Plainview, NE 68769

Plattsmouth Community Schools
SUPERINTENDENT: Richard Hasty
E-MAIL: rhasty@pcsd.org
PHONE NUMBER: (402) 296-3361
1912 East Hwy 34
Plattsmouth, NE 68048

Pleasanton Public Schools
SUPERINTENDENT: Jeff Vetter
E-MAIL: jvetter@pleasantonbulldogs.org
PHONE NUMBER: (308) 388-2041
303 Church St
Pleasanton, NE 68866

Ponca Public Schools
SUPERINTENDENT: Jody Phillips
E-MAIL: jodyphillips@poncaschool.org
PHONE NUMBER: (402) 755-5700
505 3Rd St
Ponca, NE 68770

Potter-dix Public Schools
SUPERINTENDENT: Adam Patrick
E-MAIL: adam.patrick@pdcoyotes.org
PHONE NUMBER: (308) 879-4434
303 Walnut

Potter, NE  69156

Ralston Public Schools
SUPERINTENDENT: Mark Adler
E-MAIL: madler@ralstonschools.org
PHONE NUMBER: (402) 331-4700
8545 Park Dr
Ralston, NE 68127

Randolph Public Schools
SUPERINTENDENT: Jeff Hoesing
E-MAIL: jeff.hoesing@rcards.org
PHONE NUMBER: (402) 337-0252
207 N Pierce St
Randolph, NE 68771

Ravenna Public Schools
SUPERINTENDENT: Ken Schroeder
E-MAIL: ken.schroeder@ravennabluejays.org
PHONE NUMBER: (308) 452-3249
41750 Carthage St
Ravenna, NE 68869

Raymond Central Public Schools
SUPERINTENDENT: Derrick Joel
E-MAIL: djoel@rcentral.org
PHONE NUMBER: (402) 785-2615
1800 W Agnew Rd
Raymond, NE 68428

Red Cloud Community Schools
SUPERINTENDENT: Brian Hof
E-MAIL: bhof@redcloudschool.us
PHONE NUMBER: (402) 746-3413
334 N Cherry
Red Cloud, NE 68970

Riverside Public Schools
SUPERINTENDENT: Stephanie Kaczor
E-MAIL: stephanie.kaczor@riversideps.org
PHONE NUMBER: (308) 358-0640
408 W Dayton St
Cedar Rapids, NE 68627

Rock County Public Schools
SUPERINTENDENT: Mark Otten
E-MAIL: motten@rockcountyschools.org
PHONE NUMBER: (402) 684-3411
East Hwy 20
Bassett, NE 68714

Sandhills Public Schools
SUPERINTENDENT: Gary Cooper
E-MAIL: gary.cooper@sandhillsknights.org
PHONE NUMBER: (308) 538-2224
107 Gandy Ave

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Dunning, NE  68833

Santee Community Schools
SUPERINTENDENT: Justin Hayes
E-MAIL: jhayes@santeeschools.org
PHONE NUMBER: (402)857-2741
206 FRAZIER AVE EAST
NIOBRARA, NE  68760

Sargent Public Schools
SUPERINTENDENT: Rusty Ruppert
E-MAIL: wayne.ruppert@sargentpublicschools.org
PHONE NUMBER: (308) 527-4119
400 N 5Th St
Sargent, NE  68874

Schuyler Community Schools
SUPERINTENDENT: Daniel Hoesing
E-MAIL:
dan.hoesing@schuylercommunityschools.org
PHONE NUMBER: (402) 352-3527
401 Adam St
Schuyler, NE  68661

Scottsbluff Public Schools
SUPERINTENDENT: Rick Myles
E-MAIL: rmyles@sbps.net
PHONE NUMBER: (308) 635-6200
1722 1St Avenue
Scottsbluff, NE  69361

Scribner-snyder Community Schs
SUPERINTENDENT: Ginger Meyer
E-MAIL: gingermeyer@sstrojans.org
PHONE NUMBER: (402) 664-2567
400 Pebble
Scribner, NE  68057

Seward Public Schools
SUPERINTENDENT: Josh Fields
E-MAIL: josh.fields@sewardschools.org
PHONE NUMBER: (402) 643-2941
410 South St
Seward, NE  68434

Shelby - Rising City Public Schools
SUPERINTENDENT: Chip Kay
E-MAIL: ckay@shelby.esu7.org
PHONE NUMBER: (402) 527-5946
650 N Walnut
Shelby, NE  68662

Shelton Public Schools
SUPERINTENDENT: Shanna Gannon
E-MAIL: sgannon@sheltonbulldogs.org
PHONE NUMBER: (308) 647-6742

210 9Th St
Shelton, NE  68876

Shickley Public Schools
SUPERINTENDENT: Sadie Coffey
E-MAIL: scoffey@longhornpower.org
PHONE NUMBER: (402) 627-3375
104 E Murray
Shickley, NE  68436

Sidney Public Schools
SUPERINTENDENT: Jay Ehler
E-MAIL: jay.ehler@raidermail.org
PHONE NUMBER: (308) 254-5855
1101 21St Ave
Sidney, NE  69162

Silver Lake Public Schools
SUPERINTENDENT: Terry Bauer
E-MAIL: terrybauer@silverlakemustangs.org
PHONE NUMBER: (402) 756-6611
9405 S Lincoln Ave
Roseland, NE  68973

Sioux County Public Schools
SUPERINTENDENT: Brett Gies
E-MAIL: bgies@siouxcountyschools.org
PHONE NUMBER: (308) 668-2415
435 Kate
Harrison, NE  69346

So Sioux City Community Schs
SUPERINTENDENT: Todd Strom
E-MAIL: todd.strom@ssccards.org
PHONE NUMBER: (402) 494-2425
210 West 39Th St
So Sioux City, NE  68776

South Central Nebraska Unified 5
SUPERINTENDENT: Julie Otero
E-MAIL: jotero@southcentralusd.us
PHONE NUMBER: (402) 726-2151
30671 Hwy 14
Fairfield, NE  68938

South Platte Public Schools
SUPERINTENDENT: David Spencer
E-MAIL: dspencer@southplatteschools.com
PHONE NUMBER: (308) 889-3622
610 Plum St
Big Springs, NE  69122

Southern School Dist 1
SUPERINTENDENT: Chris Prososki
E-MAIL: cprososki@southernschools.org
PHONE NUMBER: (402) 645-3326

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

115 S 11Th St
Wymore, NE  68466

Southern Valley Schools
SUPERINTENDENT: Bryce Jorgenson
E-MAIL: bryce.jorgenson@sveagles.org
PHONE NUMBER: (308) 868-2222
43739 Hwy 89
Oxford, NE  68967

Southwest Public Schools
SUPERINTENDENT: Todd Porter
E-MAIL: todd.porter@swpschools.org
PHONE NUMBER: (308) 692-3223
900 Coke St
Bartley, NE  69020

Spalding Public Schools
SUPERINTENDENT: Stephanie Kaczor
E-MAIL: stephanie.kaczor@riversideps.org
PHONE NUMBER: (308) 497-2431
124 S Ash
Spalding, NE  68665

Springfield Platteview Community Schools
SUPERINTENDENT: Brett Richards
E-MAIL: brichards@springfieldplatteview.org
PHONE NUMBER: (402) 592-1300
14801 S 108Th St
Springfield, NE  68059

St Edward Public Schools
SUPERINTENDENT: Justin Frederick
E-MAIL: jfrederick@sted.esu7.org
PHONE NUMBER: (402)678-2282
601 CLARK ST
ST EDWARD, NE  68660

St Paul Public Schools
SUPERINTENDENT: John Poppert
E-MAIL: jpoppert8@gmail.com
PHONE NUMBER: (308) 754-4433
1305 Howard Ave
St. Paul, NE  68873

Stanton Community Schools
SUPERINTENDENT: Michael Sieh
E-MAIL: msieh@esu8.org
PHONE NUMBER: (402) 439-2233
1007 Kingwood St
Stanton, NE  68779

Stapleton Public Schools
SUPERINTENDENT: Howard Gaffney
E-MAIL: howard.gaffney@stapletonschools.org
PHONE NUMBER: (308) 636-2252

702 6Th Street
Stapleton, NE  69163

Sterling Public Schools
SUPERINTENDENT: Dottie Heusman
E-MAIL: dheusman@sterlingpublicschools.com
PHONE NUMBER: (402) 866-4761
250 Main St
Sterling, NE  68443

Stuart Public Schools
SUPERINTENDENT: Robert Hanzlik
E-MAIL: rhanzlik@stuartbroncos.org
PHONE NUMBER: (402) 924-3302
404 E 2Nd
Stuart, NE  68780

Sumner-eddyville-miller Schs
SUPERINTENDENT: Kevin Finkey
E-MAIL: kfinkey@semmustangs.org
PHONE NUMBER: (308) 752-2925
205 E 5Th Ave
Sumner, NE  68878

Superior Public Schools
SUPERINTENDENT: Marty Kobza
E-MAIL: mkobza@superiorwildcats.org
PHONE NUMBER: (402) 879-3258
601 W 8Th St
Superior, NE  68978

Sutherland Public Schools
SUPERINTENDENT: Dan Keyser
E-MAIL: dan.keyser@spssailors.org
PHONE NUMBER: (308) 386-4656
401 Walnut
Sutherland, NE  69165

Sutton Public Schools
SUPERINTENDENT: Dana Wiseman
E-MAIL: dwiseman@spsne.org
PHONE NUMBER: (402) 773-5569
1107 N Saunders
Sutton, NE  68979

Syracuse-dunbar-avoca Schools
SUPERINTENDENT: Brad Buller
E-MAIL: bbuller@sdarockets.org
PHONE NUMBER: (402) 269-2383
550 7Th St
Syracuse, NE  68446

Tekamah-herman Community Schs
SUPERINTENDENT: Dan Gross
E-MAIL: dgross@esu2.org
PHONE NUMBER: (402) 374-2157

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

112 N 13Th St
Tekamah, NE  68061

Thayer Central Community Schs
SUPERINTENDENT: Randy Page
E-MAIL: randy.page@thayercentral.net
PHONE NUMBER: (402) 768-6117
930 Eads Ave
Hebron, NE  68370

Thedford Public Schools
SUPERINTENDENT: Blake Dahlberg
E-MAIL: blake.dahlberg@thedfordschools.org
PHONE NUMBER: (308) 645-2230
304 Maple St
Thedford, NE  69166

Tri County Public Schools
SUPERINTENDENT: Randy Schlueter
E-MAIL: randy.schlueter@tricountyschools.org
PHONE NUMBER: (402) 683-2037
72520 Hwy 103
Dewitt, NE  68341

Twin River Public Schools
SUPERINTENDENT: John Weidner
E-MAIL: jweidner@twinriver.esu7.org
PHONE NUMBER: (402) 993-2274
816 Willard Ave
Genoa, NE  68640

Umo N Ho N Nation Public Schs
SUPERINTENDENT: Lacey Sateren
E-MAIL: lsateren@unpsk-12.org
PHONE NUMBER: (402) 837-5622
470 Main Street
Macy, NE  68039

Uta Halee Academy Program
SUPERINTENDENT: Tanya Martin
E-MAIL: tanya.martin@rop.com
PHONE NUMBER: (402)905-9656
10625 CALHOUN ROAD
OMAHA, NE  68112

Valentine Community Schools
SUPERINTENDENT: Mike Halley
E-MAIL: mhalley@vcsbadger.net
PHONE NUMBER: (402) 376-1780
431 N Green St
Valentine, NE  69201

Wahoo Public Schools
SUPERINTENDENT: Brandon Lavaley
E-MAIL: blavaley@wahoowarriors.org
PHONE NUMBER: (402) 443-3051

2201 N Locust
Wahoo, NE  68066

Wakefield Public Schools
SUPERINTENDENT: Mike Moody
E-MAIL: mmoody@wakefieldschools.org
PHONE NUMBER: (402) 287-2012
802 Highland
Wakefield, NE  68784

Wallace Public Sch Dist 65 R
SUPERINTENDENT: Tom Sandberg
E-MAIL: thsandberg@whscats.org
PHONE NUMBER: (308) 387-4323
151 N Wallace Rd
Wallace, NE  69169

Walthill Public Schools
SUPERINTENDENT: Kirk Ahrends
E-MAIL: kahrends@walthillschool.org
PHONE NUMBER: (402) 846-5432
602 Main St
Walthill, NE  68067

Wauneta-palisade Public Schs
SUPERINTENDENT: Randy Geier
E-MAIL: rgeier724@gmail.com
PHONE NUMBER: (308)394-5700
214 W WICHITA
WAUNETA, NE  69045

Wausa Public Schools
SUPERINTENDENT: Bradley Hoesing
E-MAIL: bradhoesing@wausaschools.org
PHONE NUMBER: (402) 586-2255
300 S Bismarck
Wausa, NE  68786

Waverly School District 145
SUPERINTENDENT: Cory        Worrell
E-MAIL: cory.worrell@district145.org
PHONE NUMBER: (402) 786-2321
14511 Heywood St
Waverly, NE  68462

Wayne Community Schools
SUPERINTENDENT: Mark Lenihan
E-MAIL: malenih1@waynebluedevils.org
PHONE NUMBER: (402) 375-3150
611 W 7Th St
Wayne, NE  68787

Weeping Water Public Schools
SUPERINTENDENT: Kevin Reiman
E-MAIL: kreiman@weepingwaterps.org
PHONE NUMBER: (402) 267-2445

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

204 West O
Weeping Water, NE  68463

West Boyd School District
SUPERINTENDENT: Michael Brown
E-MAIL: mbrown@westboyd.com
PHONE NUMBER: (402) 589-1333
106 E Greig St
Spencer, NE  68777

West Holt Public Schools
SUPERINTENDENT: Paul Pistulka
E-MAIL: paupistulka@westholt.org
PHONE NUMBER: (402) 925-2890
1000 N Main
Atkinson, NE  68713

West Point Public Schools
SUPERINTENDENT: Bill Mcallister
E-MAIL: wmcallister@wpcadets.org
PHONE NUMBER: (402) 372-5860
1200 E Washington
West Point, NE  68788

Westside Community Schools
SUPERINTENDENT: Mike Lucas
E-MAIL: lucas.mike@westside66.net
PHONE NUMBER: (402) 390-2100
909 S 76Th St
Omaha, NE  68114

Wheeler Central Schools
SUPERINTENDENT: Rodney Olson
E-MAIL: rodney.olson@wbroncs.org
PHONE NUMBER: (308) 654-3273
600 Randolph West
Bartlett, NE  68622

Wilber-clatonia Public Schools
SUPERINTENDENT: Ray Collins
E-MAIL: ray.collins@wilberclatonia.org
PHONE NUMBER: (402) 821-2266
900 S Franklin
Wilber, NE  68465

Wilcox-hildreth Public Schools
SUPERINTENDENT: Justin Patterson
E-MAIL: justin.patterson@whfalcons.org
PHONE NUMBER: (308) 478-5265
404 E Sapp St
Wilcox, NE  68982

Winnebago Public Schools
SUPERINTENDENT: John Schwuchow
E-MAIL: schwuchowj@winnebagoschools.org
PHONE NUMBER: (402) 878-2224

202 Osbourne St
Winnebago, NE  68071

Winside Public Schools
SUPERINTENDENT: Andrew Offner
E-MAIL: aoffner@winsidewildcats.org
PHONE NUMBER: (402) 286-4466
203 Crawford Ave
Winside, NE  68790

Wisner-pilger Public Schools
SUPERINTENDENT: Chad Boyer
E-MAIL: cboyer@igators.org
PHONE NUMBER: (402) 529-3249
801 18Th St
Wisner, NE  68791

Wood River Rural Schools
SUPERINTENDENT: James Haley
E-MAIL: jhaley@wrrsd.org
PHONE NUMBER: (308) 583-2249
13800 W Wood River Rd
Wood River, NE  68883

Wynot Public Schools
SUPERINTENDENT: Jeff Messersmith
E-MAIL: jeff.messersmith@wynotpublicschools.org
PHONE NUMBER: (402) 357-2121
709 St James Ave
Wynot, NE  68792

York Public Schools
SUPERINTENDENT: Mitch Bartholomew
E-MAIL: mitch.bartholomew@yorkdukes.org
PHONE NUMBER: (402) 362-6655
1715 N Delaware Ave
York, NE  68467

Youth Links-heartland Family
SUPERINTENDENT: John Jeanetta
E-MAIL: jjeanetta@heartlandfamilyservice.org
PHONE NUMBER: (402) 552-7024
815 Dorcas Street
Omaha, NE  68108

Yutan Public Schools
SUPERINTENDENT: Mitch Hoffer
E-MAIL: hoffer@esu2.org
PHONE NUMBER: (402) 625-2243
1200 2Nd St
Yutan, NE  68073

Albany School District
SUPERINTENDENT: Kevin Richard
E-MAIL: krichard@sau9.org
PHONE NUMBER: (603) 447-8368

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

176A Main St.
Conway, NH  03818

Allenstown School District
SUPERINTENDENT: Patricia Sherman
E-MAIL: psherman@sau53.org
PHONE NUMBER: (603) 485-5187
267 Pembroke St.
Pembroke, NH  03275

Alton Sau Office
SUPERINTENDENT: Pamela Stiles
E-MAIL: pstiles@sau72.org
PHONE NUMBER: (603) 875-7890
252 Suncook Valley Rd.
Alton, NH  03809

Alton School District
SUPERINTENDENT: Pamela Stiles
E-MAIL: pstiles@sau72.org
PHONE NUMBER: (603) 875-7890
252 Suncook Valley Rd.
Alton, NH  03809

Amherst Sau Office
SUPERINTENDENT: Adam Steel
E-MAIL: asteel@sprise.com
PHONE NUMBER: (603) 673-2690
1 School St.
Amherst, NH  03031

Amherst School District
SUPERINTENDENT: Adam Steel
E-MAIL: asteel@sprise.com
PHONE NUMBER: (603) 673-2690
1 School St.
Amherst, NH  03031

Andover School District
SUPERINTENDENT: Mark Maclean
E-MAIL: mmaclean@mvsdpride.org
PHONE NUMBER: (603) 753-6561
105 Community Dr.
Penacook, NH  03303

Ashland School District
SUPERINTENDENT: Mary Moriarty
E-MAIL: mary.moriarty@interlakes.org
PHONE NUMBER: (603) 279-7947
103 Main St.
Meredith, NH  03253

Auburn School District
SUPERINTENDENT: William Rearick
E-MAIL: wrearick@sau15.net
PHONE NUMBER: (603) 622-3731

90 Farmer Rd.
Hooksett, NH  03106

Barnstead Sau Office
SUPERINTENDENT: Timothy Broadrick
E-MAIL: tbroadrick@mybes.org
PHONE NUMBER: (603) 435-1510
1 Suncook Valley Road
Barnstead, Nh 03218, NH  03218

Barnstead School District
SUPERINTENDENT: Timothy Broadrick
E-MAIL: tbroadrick@mybes.org
PHONE NUMBER: (603) 435-1510
1 Suncook Valley Road
Barnstead, Nh 03218, NH  03218

Barrington Sau Office
SUPERINTENDENT: Daniel Moulis
E-MAIL: dmoulis@sau74.org
PHONE NUMBER: (603) 664-2715
77 Ramsdell Lane
Barrington, NH  03825

Barrington School District
SUPERINTENDENT: Daniel Moulis
E-MAIL: dmoulis@sau74.org
PHONE NUMBER: (603) 664-2715
77 Ramsdell Lane
Barrington, NH  03825

Bartlett School District
SUPERINTENDENT: Kevin Richard
E-MAIL: krichard@sau9.org
PHONE NUMBER: (603) 447-8368
176A Main St.
Conway, NH  03818

Bath School District
SUPERINTENDENT: Laurie Melanson
E-MAIL: lmelanson@sau23.org
PHONE NUMBER: (603) 787-2113
2975 Dartmouth College Hwy.
N. Haverhill, NH  03774

Bedford Sau Office
SUPERINTENDENT: Michael Fournier
E-MAIL: fournierm@sau25.net
PHONE NUMBER: (603) 472-3755
103 County Rd.
Bedford, NH  03110

Bedford School District
SUPERINTENDENT: Michael Fournier
E-MAIL: fournierm@sau25.net
PHONE NUMBER: (603) 472-3755

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

103 County Rd.
Bedford, NH  03110

Benton School District
SUPERINTENDENT: Laurie Melanson
E-MAIL: lmelanson@sau23.org
PHONE NUMBER: (603) 787-2113
2975 Dartmouth College Hwy.
N. Haverhill, NH  03774

Berlin Sau Office
SUPERINTENDENT: Julie King
E-MAIL: jking@sau3.org
PHONE NUMBER: (603) 752-6500
183 Hillside Ave.
Berlin, NH  03570

Berlin School District
SUPERINTENDENT: Julie King
E-MAIL: jking@sau3.org
PHONE NUMBER: (603) 752-6500
183 Hillside Ave.
Berlin, NH  03570

Bethlehem School District
SUPERINTENDENT: Tari Thomas
E-MAIL: t.thomas@sau35.org
PHONE NUMBER: (603) 444-3925
260 Cottage Street-Suite C
Littleton, NH  03561

Bow Sau Office
SUPERINTENDENT: Dean Cascadden
E-MAIL: dcascadden@bownet.org
PHONE NUMBER: (603) 224-4728
32 White Rock Hill Rd.
Bow, NH  03304

Bow School District
SUPERINTENDENT: Dean Cascadden
E-MAIL: dcascadden@bownet.org
PHONE NUMBER: (603) 224-4728
32 White Rock Hill Rd.
Bow, NH  03304

Brentwood School District
SUPERINTENDENT: David Ryan
E-MAIL: dryan@sau16.org
PHONE NUMBER: (603) 775-8400
30 Linden St.
Exeter, NH  03833

Brookline School District
SUPERINTENDENT: Andrew Corey
E-MAIL: andrew.corey@sau41.org
PHONE NUMBER: (603) 324-5999

4 Lund Ln.
Hollis, NH  03049

Campton School District
SUPERINTENDENT: Kyla Welch
E-MAIL: kwelch@pemibaker.org
PHONE NUMBER: (603) 536-1254
47 Old Ward Bridge Rd.
Plymouth, NH  03264

Candia School District
SUPERINTENDENT: William Rearick
E-MAIL: wrearick@sau15.net
PHONE NUMBER: (603) 622-3731
90 Farmer Rd.
Hooksett, NH  03106

Chatham School District
SUPERINTENDENT: Kevin Richard
E-MAIL: krichard@sau9.org
PHONE NUMBER: (603) 447-8368
176A Main St.
Conway, NH  03818

Chester Sau Office
SUPERINTENDENT: Darrell Lockwood
E-MAIL: lockwoodd@chesteracademy.org
PHONE NUMBER: (603) 887-3621
22 Murphy Drive
Chester, NH  03036

Chester School District
SUPERINTENDENT: Darrell Lockwood
E-MAIL: dlockwood@chesteracademy.org
PHONE NUMBER: (603) 887-3621
22 Murphy Drive
Chester, NH  03036

Chesterfield School District
SUPERINTENDENT: Robert Malay
E-MAIL: rmalay@sau29.org
PHONE NUMBER: (603) 357-9002
193 Maple Avenue
Keene, NH  03431

Chichester School District
SUPERINTENDENT: Peter Warburton
E-MAIL: pwarburton@sau53.org
PHONE NUMBER: (603) 485-5187
267 Pembroke St.
Pembroke, NH  03275

Claremont Sau Office
SUPERINTENDENT: Michael Tempesta
E-MAIL: mtempesta@sau6.org
PHONE NUMBER: (603) 543-4200

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

165 Broad St.
Claremont, NH  03743

Claremont School District
SUPERINTENDENT: Michael Tempesta
E-MAIL: mtempesta@sau6.org
PHONE NUMBER: (603) 543-4200
165 Broad St.
Claremont, NH  03743

Clarksville School District
SUPERINTENDENT: Bruce Beasley
E-MAIL: bbeasley@sau7.org
PHONE NUMBER: (603) 237-5571
3 Academy St
Colebrook, NH  03576

Coe Brown Academy School District
SUPERINTENDENT: David Smith
E-MAIL: dsmith@coebrown.org
PHONE NUMBER: (603) 942-5531
907 First Nh Tpke.
Northwood, NH  03261

Colebrook Sau Office
SUPERINTENDENT: Bruce Beasley
E-MAIL: bbeasley@sau7.org
PHONE NUMBER: (603) 237-5571
21 Academy St.
Colebrook, NH  03576

Colebrook School District
SUPERINTENDENT: Bruce Beasley
E-MAIL: bbeasley@sau7.org
PHONE NUMBER: (603) 237-5571
21 Academy St.
Colebrook, NH  03576

Columbia School District
SUPERINTENDENT: Bruce Beasley
E-MAIL: bbeasley@sau7.org
PHONE NUMBER: (603) 237-5571
3 Academy St
Colebrook, NH  03576

Concord Sau Office
SUPERINTENDENT: Franklyn Bass
E-MAIL: fbass@sau8.org
PHONE NUMBER: (603) 225-0811
38 Liberty St.
Concord, NH  03301

Concord School District
SUPERINTENDENT: Franklyn Bass
E-MAIL: fbass@sau8.org
PHONE NUMBER: (603) 225-0811

38 Liberty St.
Concord, NH  03301

Contoocook Valley Sau Office
SUPERINTENDENT: Kimberly Saunders
E-MAIL: ksaunders@conval.edu
PHONE NUMBER: (603) 924-3336
106 Hancock Rd.
Peterborough, NH  03458

Contoocook Valley School District
SUPERINTENDENT: Kimberly Saunders
E-MAIL: ksaunders@conval.edu
PHONE NUMBER: (603) 924-3336
106 Hancock Rd.
Peterborough, NH  03458

Conway Sau Office
SUPERINTENDENT: Kevin Richard
E-MAIL: krichard@sau9.org
PHONE NUMBER: (603) 447-8368
176A Main St.
Conway, NH  03818

Conway School District
SUPERINTENDENT: Kevin Richard
E-MAIL: krichard@sau9.org
PHONE NUMBER: (603) 447-8368
176A Main St.
Conway, NH  03818

Coos County
SUPERINTENDENT: Jennifer Fish
E-MAIL: jennifer.fish@cooscountynh.us
PHONE NUMBER: (603) 246-3321
County Farm Road
W. Stewartstown, NH  03597

Coos County School District
SUPERINTENDENT: Jennifer Fish
E-MAIL: jennifer.fish@cooscountynh.us
PHONE NUMBER: (603) 246-3321
County Farm Road
W. Stewartstown, NH  03597

Cornish Sau Office
SUPERINTENDENT: Cory Leclair
E-MAIL: cory.leclair@cornishschool.org
PHONE NUMBER: (603)675-5891
274 Townhouse Road
Cornish, NH  03745

Cornish School District
SUPERINTENDENT: Michael Tempesta
E-MAIL: mtempesta@sau6.org
PHONE NUMBER: (603) 543-4200

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

165 Broad St.
Claremont, NH  03743

Croydon Sau Office
SUPERINTENDENT: Frank Perotti
E-MAIL: frank.perotti@gmail.com
PHONE NUMBER: (603)863-8080
889 NH Rt. 10
Croydon, NH  03773

Croydon School District
SUPERINTENDENT: Brendan Minnihan
E-MAIL: bminnihan@sau43.org
PHONE NUMBER: (603) 863-3540
9 Depot St. Suite 2
Newport, NH  03773

Deerfield School District
SUPERINTENDENT: Patricia Sherman
E-MAIL: psherman@sau53.org
PHONE NUMBER: (603) 485-5187
267 Pembroke St.
Pembroke, NH  03275

Derry Cooperative Sau Office
SUPERINTENDENT: Maryann Krikorian
E-MAIL: makrikorian@sau10.org
PHONE NUMBER: (603) 432-1210
18 South Main St.
Derry, NH  03038

Derry School District
SUPERINTENDENT: Maryann Krikorian
E-MAIL: makrikorian@sau10.org
PHONE NUMBER: (603) 432-1210
18 South Main St.
Derry, NH  03038

Dover Sau Office
SUPERINTENDENT: William Harbron
E-MAIL: w.harbron@dover.k12.nh.us
PHONE NUMBER: (603) 516-6800
61 Locust Street Suite 409
Dover, NH  03820

Dover School District
SUPERINTENDENT: William Harbron
E-MAIL: w.harbron@dover.k12.nh.us
PHONE NUMBER: (603) 516-6800
Mcconnell Center, 61 Locust St
Dover, NH  03820

Dresden School District
SUPERINTENDENT: Jay Badams
E-MAIL: jaybadams@sau70.org
PHONE NUMBER: (603) 643-6050

41 Lebanon St.
Hanover, NH  03755

Dummer School District
SUPERINTENDENT: David Backler
E-MAIL: david.backler@sau20.org
PHONE NUMBER: (603) 466-3632
123 Main St.
Gorham, NH  03581

Dunbarton School District
SUPERINTENDENT: Dean Cascadden
E-MAIL: dcascadden@bownet.org
PHONE NUMBER: (603) 497-4818
32 White Rock Hill Rd.
Bow, NH  03304

East Kingston School District
SUPERINTENDENT: David Ryan
E-MAIL: dryan@sau16.org
PHONE NUMBER: (603) 775-8400
30 Linden St.
Exeter, NH  03833

Eaton School District
SUPERINTENDENT: Kevin Richard
E-MAIL: krichard@sau9.org
PHONE NUMBER: (603) 447-8368
176A Main St.
Conway, NH  03818

Ellsworth School District
SUPERINTENDENT: Kyla Welch
E-MAIL: kwelch@pemibaker.org
PHONE NUMBER: (603) 536-1254
47 Old Ward Bridge Rd.
Plymouth, NH  03264

Epping Sau Office
SUPERINTENDENT: Valerie McKenney
E-MAIL: vmckenney@eppingsd.org
PHONE NUMBER: (603) 679-8003
213 Main St.
Epping, NH  03042

Epping School District
SUPERINTENDENT: Valerie Mckenney
E-MAIL: vmckenney@eppingsd.org
PHONE NUMBER: (603) 679-8003
213 Main St.
Epping, NH  03042

Epsom School District
SUPERINTENDENT: Peter Warburton
E-MAIL: pwarburton@sau53.org
PHONE NUMBER: (603) 485-5187

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

267 Pembroke St.
Pembroke, NH  03275

Errol School District
SUPERINTENDENT: David Backler
E-MAIL: david.backler@sau20.org
PHONE NUMBER: (603) 466-3632
123 Main St.
Gorham, NH  03581

Exeter Region Coop School District
SUPERINTENDENT: David Ryan
E-MAIL: dryan@sau16.org
PHONE NUMBER: (603) 775-8400
30 Linden St.
Exeter, NH  03833

Exeter Sau Office
SUPERINTENDENT: David Ryan
E-MAIL: dryan@sau16.org
PHONE NUMBER: (603) 775-8400
30 Linden St.
Exeter, NH  03833

Exeter School District
SUPERINTENDENT: David Ryan
E-MAIL: dryan@sau16.org
PHONE NUMBER: (603) 775-8653
30 Linden St.
Exeter, NH  03833

Fall Mountain Regional Sau Office
SUPERINTENDENT: Lori Landry
E-MAIL: llandry@sau60.org
PHONE NUMBER: (603) 826-7756
East St.
Charlestown, NH  03603

Fall Mountain Regional School District
SUPERINTENDENT: Lori Landry
E-MAIL: llandry@sau60.org
PHONE NUMBER: (603) 835-0006
East St.
Charlestown, NH  03603

Farmington Sau Office
SUPERINTENDENT: Ruth Vaughn
E-MAIL: rvaughn@sau61.org
PHONE NUMBER: (603) 755-2627
60 Charles Street
Farmington, NH  03835

Farmington School District
SUPERINTENDENT: Ruth Vaughn
E-MAIL: rvaughn@sau61.org
PHONE NUMBER: (603) 755-2627

60 Charles Street
Farmington, NH  03835

Franklin Sau Office
SUPERINTENDENT: Daniel Legallo
E-MAIL: dlegallo@sau18.org
PHONE NUMBER: (603) 934-3108
119 Central St.
Franklin, NH  03235

Franklin School District
SUPERINTENDENT: Daniel Legallo
E-MAIL: dlegallo@sau18.org
PHONE NUMBER: (603) 934-3108
119 Central St.
Franklin, NH  03235

Freedom School District
SUPERINTENDENT: Kent Hemingway
E-MAIL: khemingway@sau13.org
PHONE NUMBER: (603) 323-5088
881A Tamworth Road
Tamworth, NH  03886

Fremont Sau Office
SUPERINTENDENT: Allyn Hutton
E-MAIL: ahutton@sau83.org
PHONE NUMBER: (603) 895-6903
432 Main Street
Fremont, NH  03044

Fremont School District
SUPERINTENDENT: Allyn Hutton
E-MAIL: ahutton@sau83.org
PHONE NUMBER: (603) 895-6903
432 Main Street
Fremont, NH  03044

Gilford Sau Office
SUPERINTENDENT: Kirk Beitler
E-MAIL: kbeitler@sau73.org
PHONE NUMBER: (603) 527-9215
2 Belknap Mountain Road
Gilford, NH  03249

Gilford School District
SUPERINTENDENT: Kirk Beitler
E-MAIL: kbeitler@sau73.org
PHONE NUMBER: (603) 527-9215
2 Belknap Mountain Road
Gilford, NH  03249

Gilmanton Sau Office
SUPERINTENDENT: Bruce Beasley
E-MAIL: bbeasley@sau79.org
PHONE NUMBER: (603) 267-9097

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

9 Currier Hill Rd.
Gilmanton, NH  03237

Gilmanton School District
SUPERINTENDENT: Bruce Beasley
E-MAIL: bbeasley@sau79.org
PHONE NUMBER: (603) 267-9097
9 Currier Hill Rd.
Gilmanton, NH  03237

Goffstown Sau Office
SUPERINTENDENT: Brian Balke
E-MAIL: brian.balke@sau19.org
PHONE NUMBER: (603) 497-4818
11 School St.
Goffstown, NH  03045

Goffstown School District
SUPERINTENDENT: Brian Balke
E-MAIL: brian.balke@sau19.org
PHONE NUMBER: (603) 497-4818
11 School St.
Goffstown, NH  03045

Gorham Randolph Shelburne Coop School District
SUPERINTENDENT: David Backler
E-MAIL: david.backler@sau20.org
PHONE NUMBER: (603) 466-3632
123 Main St.
Gorham, NH  03581

Gorham Sau Office
SUPERINTENDENT: David Backler
E-MAIL: david.backler@sau20.org
PHONE NUMBER: (603) 466-3632
123 Main St.
Gorham, NH  03581

Goshen Sau Office
SUPERINTENDENT: Gail Paludi
E-MAIL: gpaludi@goshenschooldistrictnh.org
PHONE NUMBER: (603)495-1293
54 Mill Village Rd
Goshen, NH  03752

Goshen School District
SUPERINTENDENT: Michele Munson
E-MAIL: mmunson@sau71.org
PHONE NUMBER: (603) 863-2420
29 School Rd.
Lempster, NH  03605

Goshen-lempster Coop School District
SUPERINTENDENT: Michele Munson
E-MAIL: mmunson@sau71.org
PHONE NUMBER: (603) 863-2420

29 School Rd.
Lempster, NH  03605

Goshen-lempster Sau Office
SUPERINTENDENT: Jim Lewis
E-MAIL: jlewis@sau71.org
PHONE NUMBER: (603) 863-2420
29 School Rd.
Lempster, NH  03605

Governor Wentworth Reg School District
SUPERINTENDENT: Kathleen Egbert
E-MAIL: kcuddy-egbert@sau49.org
PHONE NUMBER: (603) 569-1658
140 Pine Hill Road
Wolfeboro, NH  03894

Governor Wentworth Regional Sau Office
SUPERINTENDENT: Kathleen Egbert
E-MAIL: kcuddy-egbert@sau49.org
PHONE NUMBER: (603) 569-1658
140 Pine Hill Road
Wolfeboro, NH  03894

Grantham Sau Office
SUPERINTENDENT: Sydney Leggett
E-MAIL: sleggett@sau75.org
PHONE NUMBER: (603) 863-9689
300 Route 10 South
Grantham, NH  03753

Grantham School District
SUPERINTENDENT: Sydney Leggett
E-MAIL: sleggett@sau75.org
PHONE NUMBER: (603) 863-9689
300 Route 10 South
Grantham, NH  03753

Greenland Sau Office
SUPERINTENDENT: Salvatore Petralia
E-MAIL: spetralia@sau50.org
PHONE NUMBER: (603) 422-9572
48 Post Rd.
Greenland, NH  03840

Greenland School District
SUPERINTENDENT: Salvatore Petralia
E-MAIL: spetralia@sau50.org
PHONE NUMBER: (603) 422-9572
48 Post Rd.
Greenland, NH  03840

Hale'S Location
SUPERINTENDENT: Evan Connors
E-MAIL: evan@haleslocationgolf.com
PHONE NUMBER: (603) 356-5535

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

91 Samuel Hale Dr.
Hale'S Location, NH  03860

Hale'S Location District
SUPERINTENDENT: Evan Connors
E-MAIL: evan@haleslocationgolf.com
PHONE NUMBER: (603) 356-5535
91 Samuel Hale Dr.
Hale'S Location, NH  03860

Hampstead School District
SUPERINTENDENT: Earl Metzler
E-MAIL: earl.metzler@sau55.net
PHONE NUMBER: (603) 382-6119
30 Greenough Rd.
Plaistow, NH  03865

Hampton Falls School District
SUPERINTENDENT: William Lupini
E-MAIL: wlupini@sau21.org
PHONE NUMBER: (603) 926-8992
2 Alumni Dr.
Hampton, NH  03842

Hanover Sau Office
SUPERINTENDENT: Jay Badams
E-MAIL: jaybadams@sau70.org
PHONE NUMBER: (603) 643-6050
41 Lebanon St.
Hanover, NH  03755

Hanover School District
SUPERINTENDENT: Jay Badams
E-MAIL: jaybadams@hanovernorwichschools.org
PHONE NUMBER: (603) 643-6050
41 Lebanon St.
Hanover, NH  03755

Harrisville School District
SUPERINTENDENT: Robert Malay
E-MAIL: rmalay@sau29.org
PHONE NUMBER: (603) 357-9002
193 Maple Avenue
Keene, NH  03431

Hart'S Location School District
SUPERINTENDENT: Kevin Richard
E-MAIL: krichard@sau9.org
PHONE NUMBER: (603) 447-8368
176A Main St.
Conway, NH  03818

Haverhill Cooperative Sau Office
SUPERINTENDENT: Laurie Melanson
E-MAIL: lmelanson@sau23.org
PHONE NUMBER: (603) 787-2113

2975 Dartmouth College Hwy.
N. Haverhill, NH  03774

Haverhill Cooperative School District
SUPERINTENDENT: Laurie Melanson
E-MAIL: lmelanson@sau23.org
PHONE NUMBER: (603) 787-2113
2975 Dartmouth College Hwy.
N. Haverhill, NH  03774

Henniker Sau Office
SUPERINTENDENT: Jacqueline Coe
E-MAIL: jacqueline.coe@sau24.org
PHONE NUMBER: (603) 428-3269
258 Western Avenue
Henniker, NH  03242

Henniker School District
SUPERINTENDENT: Jacqueline Coe
E-MAIL: jacqueline.coe@sau24.org
PHONE NUMBER: (603) 428-3269
258 Western Avenue
Henniker, NH  03242

Hill Sau Office
SUPERINTENDENT: Brian Connelly
E-MAIL: bconnelly@sau103.org
PHONE NUMBER: (603)934-2245
32 Crescent Street
Hill, NH  03243

Hill School District
SUPERINTENDENT: Daniel Legallo
E-MAIL: dlegallo@sau18.org
PHONE NUMBER: (603) 934-3108
119 Central St.
Franklin, NH  03235

Hillsboro Deering Coop School District
SUPERINTENDENT: Patricia  Parenteau
E-MAIL: pparenteau@hdsd.org
PHONE NUMBER: (603) 464-4466
78 School St
Hillsboro, NH  03244

Hillsboro-deering Sau Office
SUPERINTENDENT: Patricia  Parenteau
E-MAIL: pparenteau@hdsd.org
PHONE NUMBER: (603) 464-4466
78 School Street
Hillsboro, NH  03244

Hinsdale Sau Office
SUPERINTENDENT: Wayne Woolridge
E-MAIL: wwoolridge@hnhsd.org
PHONE NUMBER: (603) 336-5728

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

49 School Street
Hinsdale, NH  03451

Hinsdale School District
SUPERINTENDENT: Wayne Woolridge
E-MAIL: wwoolridge@hnhsd.org
PHONE NUMBER: (603) 336-5728
49 School Street
Hinsdale, NH  03451

Holderness School District
SUPERINTENDENT: Kyla Welch
E-MAIL: kwelch@pemibaker.org
PHONE NUMBER: (603) 536-1254
47 Old Ward Bridge Rd.
Plymouth, NH  03264

Hollis School District
SUPERINTENDENT: Andrew Corey
E-MAIL: andrew.corey@sau41.org
PHONE NUMBER: (603) 324-5999
4 Lund Ln.
Hollis, NH  03049

Hollis/brookline Coop School District
SUPERINTENDENT: Andrew Corey
E-MAIL: andrew.corey@sau41.org
PHONE NUMBER: (603) 324-5999
4 Lund Ln.
Hollis, NH  03049

Hollis-brookline Sau Office
SUPERINTENDENT: Andrew Corey
E-MAIL: andrew.corey@sau41.org
PHONE NUMBER: (603) 324-5999
4 Lund Ln.
Hollis, NH  03049

Hooksett Sau Office
SUPERINTENDENT: William Rearick
E-MAIL: wrearick@sau15.net
PHONE NUMBER: (603) 622-3731
90 Farmer Rd.
Hooksett, NH  03106

Hooksett School District
SUPERINTENDENT: William Rearick
E-MAIL: wrearick@sau15.net
PHONE NUMBER: (603) 622-3731
90 Farmer Rd.
Hooksett, NH  03106

Hopkinton Sau Office
SUPERINTENDENT: Steven Chamberlin
E-MAIL: schamberlin@hopkintonschools.org
PHONE NUMBER: (603) 746-5186

204 Maple St.
Contoocook, NH  03229

Hopkinton School District
SUPERINTENDENT: Steven Chamberlin
E-MAIL: schamberlin@hopkintonschools.org
PHONE NUMBER: (603) 746-5186
204 Maple St.
Contoocook, NH  03229

Hudson Sau Office
SUPERINTENDENT: Lawrence Russell
E-MAIL: lrussell@sau81.org
PHONE NUMBER: (603) 883-7765
20 Library St.
Hudson, NH  03051

Hudson School District
SUPERINTENDENT: Lawrence Russell
E-MAIL: lrussell@sau81.org
PHONE NUMBER: (603) 883-7765
20 Library St.
Hudson, NH  03051

Inter-lakes Cooperative Sau Office
SUPERINTENDENT: Mary Moriarty
E-MAIL: mary.moriarty@interlakes.org
PHONE NUMBER: (603) 279-7947
103 Main St.
Meredith, NH  03253

Inter-lakes School District
SUPERINTENDENT: Mary Moriarty
E-MAIL: mary.moriarty@interlakes.org
PHONE NUMBER: (603) 279-7947
103 Main St.
Meredith, NH  03253

Jackson School District
SUPERINTENDENT: Kevin Richard
E-MAIL: krichard@sau9.org
PHONE NUMBER: (603) 447-8368
176A Main St.
Conway, NH  03818

Jaffrey-rindge Coop School District
SUPERINTENDENT: Reuben Duncan
E-MAIL: r.duncan@sau47.org
PHONE NUMBER: (603) 532-8100
81 Fitzgerald Drive
Jaffrey, NH  03452

Jaffrey-rindge Sau Office
SUPERINTENDENT: Reuben Duncan
E-MAIL: r.duncan@sau47.org
PHONE NUMBER: (603) 532-8100

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

81 Fitzgerald Drive
Jaffrey, NH  03452

John Stark Regional School District
SUPERINTENDENT: Jacqueline Coe
E-MAIL: jacqueline.coe@sau24.org
PHONE NUMBER: (603) 428-3269
258 Western Avenue
Henniker, NH  03242

Kearsarge Regional Sau Office
SUPERINTENDENT: Winfried Feneberg
E-MAIL: wfeneberg@kearsarge.org
PHONE NUMBER: (603) 526-2051
114 Cougar Court
New London, NH  03257

Kearsarge Regional School District
SUPERINTENDENT: Winfried Feneberg
E-MAIL: wfeneberg@kearsarge.org
PHONE NUMBER: (603) 526-2051
114 Cougar Court
New London, NH  03257

Keene Sau Office
SUPERINTENDENT: Robert Malay
E-MAIL: rmalay@sau29.org
PHONE NUMBER: (603) 357-9002
193 Maple Avenue
Keene, NH  03431

Keene School District
SUPERINTENDENT: Robert Malay
E-MAIL: rmalay@sau29.org
PHONE NUMBER: (603) 357-9002
193 Maple Avenue
Keene, NH  03431

Kensington School District
SUPERINTENDENT: David Ryan
E-MAIL: dryan@sau16.org
PHONE NUMBER: (603) 775-8400
30 Linden St.
Exeter, NH  03833

Laconia Sau Office
SUPERINTENDENT: Stephen Tucker
E-MAIL: stucker@laconiaschools.org
PHONE NUMBER: (603) 524-5710
39 Harvard St.
Laconia, NH  03246

Laconia School District
SUPERINTENDENT: Stephen Tucker
E-MAIL: stucker@laconiaschools.org
PHONE NUMBER: (603) 524-5710

39 Harvard St.
Laconia, NH  03246

Lafayette Regional School District
SUPERINTENDENT: Tari Thomas
E-MAIL: t.thomas@sau35.org
PHONE NUMBER: (603) 444-3925
149 Main Street
Franconia, NH  03580

Landaff School District
SUPERINTENDENT: Tari Thomas
E-MAIL: t.thomas@sau35.org
PHONE NUMBER: (603) 444-3925
260 Cottage Street
Littleton, NH  03561

Lebanon Sau Office
SUPERINTENDENT: Joanne Roberts
E-MAIL: joroberts@sau88.net
PHONE NUMBER: (603) 790-8510
20 Seminary Hill
West Lebanon, NH  03784

Lebanon School District
SUPERINTENDENT: Joanne Roberts
E-MAIL: jroberts@sau88.net
PHONE NUMBER: (603) 790-8500
20 Seminary Hill
West Lebanon, NH  03784

Lempster School District
SUPERINTENDENT: Michele Munson
E-MAIL: mmunson@sau71.org
PHONE NUMBER: (603) 863-1080
29 School Rd.
Lempster, NH  03605

Lincoln-woodstock Sau Office
SUPERINTENDENT: Judith Mcgann
E-MAIL: jmcgann@lin-wood.org
PHONE NUMBER: (603) 745-2214
78 Main Street
Lincoln, NH  03251

Lincoln-woodstock School District
SUPERINTENDENT: Judith Mcgann
E-MAIL: jmcgann@lin-wood.org
PHONE NUMBER: (603) 745-2051
78 Main Street
Lincoln, NH  03251

Lisbon Regional School District
SUPERINTENDENT: Tari Thomas
E-MAIL: t.thomas@sau35.org
PHONE NUMBER: (603) 444-3925

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

260 Cottage Street
Littleton, NH  03561

Litchfield Sau Office
SUPERINTENDENT: Michael Jette
E-MAIL: mjette@litchfieldsd.org
PHONE NUMBER: (603) 578-3570
1 Highlander Court
Litchfield, NH  03052

Litchfield School District
SUPERINTENDENT: Michael Jette
E-MAIL: mjette@litchfieldsd.org
PHONE NUMBER: (603) 578-3570
1 Highlander Court
Litchfield, NH  03052

Littleton Sau Office
SUPERINTENDENT: William Hart
E-MAIL: whart@littletonschools.org
PHONE NUMBER: (603) 444-5215
102 School St.
Littleton, NH  03561

Littleton School District
SUPERINTENDENT: William  Hart
E-MAIL: whart@littletonschools.org
PHONE NUMBER: (603) 444-5215
102 School St.
Littleton, NH  03561

Londonderry Sau Office
SUPERINTENDENT: Scott Laliberte
E-MAIL: slaliberte@londonderry.org
PHONE NUMBER: (603) 432-6920
268C Mammoth Rd.
Londonderry, NH  03053

Londonderry School District
SUPERINTENDENT: Scott Laliberte
E-MAIL: slaliberte@londonderry.org
PHONE NUMBER: (603) 432-6920
268C Mammoth Rd.
Londonderry, NH  03053

Lyme Sau Office
SUPERINTENDENT: Jeff Valence
E-MAIL: jvalence@lymeschool.org
PHONE NUMBER: (603) 795-2125
35 Union Street
Lyme, NH  03768

Lyme School District
SUPERINTENDENT: Jeff Valence
E-MAIL: jvalence@lymeschool.org
PHONE NUMBER: (603) 795-4431

Rte. 10
Lyme, NH  03768

Madison School District
SUPERINTENDENT: Kent Hemingway
E-MAIL: khemingway@sau13.org
PHONE NUMBER: (603) 323-5088
881A Tamworth Road
Tamworth, NH  03886

Manchester Sau Office
SUPERINTENDENT: John Goldhardt
E-MAIL: jgoldhardt@mansd.org
PHONE NUMBER: (603) 624-6300
195 Mcgregor Street
Manchester, NH  03102

Manchester School District
SUPERINTENDENT: Amy Allen
E-MAIL: amyallen@mansd.org
PHONE NUMBER: (603) 624-6300
195 Mcgregor Street
Manchester, NH  03102

Marlborough School District
SUPERINTENDENT: Robert Malay
E-MAIL: rmalay@sau29.org
PHONE NUMBER: (603) 357-9002
193 Maple Avenue
Keene, NH  03431

Marlow School District
SUPERINTENDENT: Robert Malay
E-MAIL: rmalay@sau29.org
PHONE NUMBER: (603) 357-9002
193 Maple Avenue
Keene, NH  03431

Mascenic Regional Sau Office
SUPERINTENDENT: Christine Martin
E-MAIL: cmartin@mascenic.org
PHONE NUMBER: (603) 721-0160
16 School Street
Greenville, NH  03048

Mascenic Regional School District
SUPERINTENDENT: Christine Martin
E-MAIL: cmartin@mascenic.org
PHONE NUMBER: (603) 721-0160
16 School Street
Greenville, NH  03048

Mascoma Valley Reg School District
SUPERINTENDENT: Amanda Isabelle
E-MAIL: aisabelle@mvrsd.org
PHONE NUMBER: (603) 632-5563

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

547 Us Route 4
Enfield, NH  03748

Mascoma Valley Sau Office
SUPERINTENDENT: Amanda Isabelle
E-MAIL: aisabelle@mvrsd.org
PHONE NUMBER: (603) 632-5563
547 Us Route 4
Enfield, NH  03748

Mason Sau Office
SUPERINTENDENT: Kristen Kivela
E-MAIL: kkivela@sau89.org
PHONE NUMBER: (603) 878-2962
13 Darling Hill Road
Mason, NH  03048

Mason School District
SUPERINTENDENT: Kristen Kivela
E-MAIL: kkivela@sau89.org
PHONE NUMBER: (603) 878-2962
13 Darling Hill Road
Mason, NH  03048

Merrimack Sau Office
SUPERINTENDENT: Mark Mclaughlin
E-MAIL: mark.mclaughlin@sau26.org
PHONE NUMBER: (603) 424-6200
36 Mcelwain St.
Merrimack, NH  03054

Merrimack School District
SUPERINTENDENT: Mark Mclaughlin
E-MAIL: mark.mclaughlin@sau26.org
PHONE NUMBER: (603) 424-6200
36 Mcelwain St.
Merrimack, NH  03054

Merrimack Valley Sau Office
SUPERINTENDENT: Mark MacLean
E-MAIL: mmaclean@mvsdpride.org
PHONE NUMBER: (603) 753-6561
105 Community Dr.
Penacook, NH  03303

Merrimack Valley School District
SUPERINTENDENT: Mark Maclean
E-MAIL: mmaclean@mvsdpride.org
PHONE NUMBER: (603) 753-6561
105 Community Dr.
Penacook, NH  03303

Middleton Sau
SUPERINTENDENT: Kathleen Egbert
E-MAIL: kcuddy-egbert@sau49.org
PHONE NUMBER: (603)569-1658

C/O Governor Wentworth Regiona
Wolfeboro Falls, NH  03896

Middleton School District
SUPERINTENDENT: Kathleen Egbert
E-MAIL: kcuddy-egbert@sau49.org
PHONE NUMBER: (603) 755-2627
60 Charles Street
Farmington, NH  03835

Milan School District
SUPERINTENDENT: David Backler
E-MAIL: david.backler@sau20.org
PHONE NUMBER: (603) 466-3632
123 Main St.
Gorham, NH  03581

Milford Sau Office
SUPERINTENDENT: Jessica Huizenga
E-MAIL: jessica.huizenga@milfordk12.org
PHONE NUMBER: (603) 673-2202
100 West St.
Milford, NH  03055

Milford School District
SUPERINTENDENT: Jessica Huizenga
E-MAIL: jessica.huizenga@milfordk12.org
PHONE NUMBER: (603) 673-2202
100 West St.
Milford, NH  03055

Milton School District
SUPERINTENDENT: Irwin Sussman
E-MAIL: earl.sussman@sau64.org
PHONE NUMBER: (603) 652-0262
20 School Street
Milton, NH  03851

Monadnock Regional Sau Office
SUPERINTENDENT: Lisa Witte
E-MAIL: lwitte@mrsd.org
PHONE NUMBER: (603) 352-6955
600 Old Homestead Highway
Swanzey, NH  03446

Monadnock Regional School District
SUPERINTENDENT: Lisa Witte
E-MAIL: lwitte@mrsd.org
PHONE NUMBER: (603) 352-6955
600 Old Homestead Highway
Swanzey, NH  03446

Monroe Sau Office
SUPERINTENDENT: Leah Holz
E-MAIL: lholz@monroeschool77.com
PHONE NUMBER: (603) 638-2800

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

77 Woodsville Rd.
Monroe, NH  03771

Monroe School District
SUPERINTENDENT: Leah Holz
E-MAIL: lholz@monroeschool77.com
PHONE NUMBER: (603) 638-2800
77 Woodsville Rd.
Monroe, NH  03771

Mont Vernon School District
SUPERINTENDENT: Adam Steel
E-MAIL: asteel@sprise.com
PHONE NUMBER: (603) 673-2690
1 School St.
Amherst, NH  03031

Moultonborough Sau Office
SUPERINTENDENT: Patrick Andrew
E-MAIL: pandrew@sau45.org
PHONE NUMBER: (603) 476-5247
25 Blake Rd
Moultonborough, NH  03254

Moultonborough School District
SUPERINTENDENT: Patrick Andrew
E-MAIL: pandrew@sau45.org
PHONE NUMBER: (603) 476-5247
25 Blake Rd
Moultonborough, NH  03254

Nashua Sau Office
SUPERINTENDENT: Jahmal Mosley
E-MAIL: mosleyj@nashua.edu
PHONE NUMBER: (603) 966-1000
141 Ledge St.
Nashua, NH  03061

Nashua School District
SUPERINTENDENT: Jahmal Mosley
E-MAIL: mosleyj@nashua.edu
PHONE NUMBER: (603) 966-1000
141 Ledge St.
Nashua, NH  03061

Nelson School District
SUPERINTENDENT: Robert Malay
E-MAIL: rmalay@sau29.org
PHONE NUMBER: (603) 357-9002
193 Maple Avenue
Keene, NH  03431

New Boston School District
SUPERINTENDENT: Brian Balke
E-MAIL: brian.balke@sau19.org
PHONE NUMBER: (603) 497-4818

11 School St.
Goffstown, NH  03045

New Castle School District
SUPERINTENDENT: Salvatore Petralia
E-MAIL: spetralia@sau50.org
PHONE NUMBER: (603) 422-9572
48 Post Rd.
Greenland, NH  03840

Newfields School District
SUPERINTENDENT: David Ryan
E-MAIL: dryan@sau16.org
PHONE NUMBER: (603) 775-8400
30 Linden St.
Exeter, NH  03833

Newfound Area Sau Office
SUPERINTENDENT: Pierre Couture
E-MAIL: pcouture@sau4.org
PHONE NUMBER: (603) 744-5555
20 North Main St.
Bristol, NH  03222

Newfound Area School District
SUPERINTENDENT: Pierre Couture
E-MAIL: pcouture@sau4.org
PHONE NUMBER: (603) 744-5555
20 North Main St.
Bristol, NH  03222

Newington School District
SUPERINTENDENT: Salvatore Petralia
E-MAIL: spetralia@sau50.org
PHONE NUMBER: (603) 422-9572
48 Post Rd.
Greenland, NH  03840

Newmarket Sau Office
SUPERINTENDENT: Susan Givens
E-MAIL: givenss@newmarket.k12.nh.us
PHONE NUMBER: (603) 659-5020
186A Main St.
Newmarket, NH  03857

Newmarket School District
SUPERINTENDENT: Susan Givens
E-MAIL: givenss@newmarket.k12.nh.us
PHONE NUMBER: (603) 659-5020
186A Main St.
Newmarket, NH  03857

Newport Sau Office
SUPERINTENDENT: Brendan Minnihan
E-MAIL: bminnihan@sau43.org
PHONE NUMBER: (603) 863-3540

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

9 Depot St. Suite 2
Newport, NH  03773

Newport School District
SUPERINTENDENT: Brendan Minnihan
E-MAIL: bminnihan@sau43.org
PHONE NUMBER: (603) 863-3540
9 Depot St. Suite 2
Newport, NH  03773

North Hampton School District
SUPERINTENDENT: Susan Snyder
E-MAIL: ssnyder@sau21.org
PHONE NUMBER: (603) 926-8992
2 Alumni Dr.
Hampton, NH  03842

Northumberland Sau Office
SUPERINTENDENT: Ronna Cadarette
E-MAIL: r_cadarette@sau58.org
PHONE NUMBER: (603) 636-1437
15 Preble St.
Groveton, NH  03582

Northumberland School District
SUPERINTENDENT: Ronna Cadarette
E-MAIL: r_cadarette@sau58.org
PHONE NUMBER: (603) 636-1437
15 Preble St.
Groveton, NH  03582

Northwood Sau Office
SUPERINTENDENT: Scott Reuning
E-MAIL: sreuning@nhsau44.org
PHONE NUMBER: (603) 942-1290
23A Mountain Avenue
Northwood, NH  03261

Northwood School District
SUPERINTENDENT: Scott Reuning
E-MAIL: sreuning@nhsau44.org
PHONE NUMBER: (603) 942-1290
23A Mountain Avenue
Northwood, NH  03261

Nottingham School District
SUPERINTENDENT: Scott Reuning
E-MAIL: sreuning@nhsau44.org
PHONE NUMBER: (603) 942-1290
23A Mountain Avenue
Northwood, NH  03261

Oyster River Coop School District
SUPERINTENDENT: James Morse
E-MAIL: jmorse@orcsd.org
PHONE NUMBER: (603) 868-5100

36 Coe Dr.
Durham, NH  03824

Oyster River Sau Office
SUPERINTENDENT: James Morse
E-MAIL: jmorse@orcsd.org
PHONE NUMBER: (603) 868-5100
36 Coe Dr.
Durham, NH  03824

Pelham School District
SUPERINTENDENT: Chip Mcgee
E-MAIL: cmcgee@pelhamsd.org
PHONE NUMBER: (603) 635-1145
59A Marsh Road
Pelham, NH  03076

Pembroke Sau Office
SUPERINTENDENT: Patricia Sherman
E-MAIL: psherman@sau53.org
PHONE NUMBER: (603) 485-5187
267 Pembroke St
Pembroke, NH  03275

Pembroke School District
SUPERINTENDENT: Patricia Sherman
E-MAIL: psherman@sau53.org
PHONE NUMBER: (603) 485-5188
Pembroke Academy
Pembroke, NH  03275

Pemi-baker Regional School District
SUPERINTENDENT: Kyla Welch
E-MAIL: kwelch@pemibaker.org
PHONE NUMBER: (603) 536-1254
47 Old Ward Bridge Rd.
Plymouth, NH  03264

Piermont School District
SUPERINTENDENT: Laurie Melanson
E-MAIL: lmelanson@sau23.org
PHONE NUMBER: (603) 787-2113
2975 Dartmouth College Hwy.
N. Haverhill, NH  03774

Pinkerton Academy School District
SUPERINTENDENT: Timothy Powers
E-MAIL: tpowers@pinkertonacademy.org
PHONE NUMBER: (603) 437-5200
5 Pinkerton St
Derry, NH  03038

Pittsburg School District
SUPERINTENDENT: Debra Taylor
E-MAIL: dtaylor@sau7.org
PHONE NUMBER: (603) 237-5571

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

21 Academy St.
Colebrook, NH  03576

Pittsfield Sau Office
SUPERINTENDENT: John Freeman
E-MAIL: sau51super@metrocast.net
PHONE NUMBER: (603) 435-5526
23 Oneida Street, Unit 1
Pittsfield, NH  03263

Pittsfield School District
SUPERINTENDENT: John Freeman
E-MAIL: sau51super@metrocast.net
PHONE NUMBER: (603) 435-5526
23 Oneida Street, Unit 1
Pittsfield, NH  03263

Plainfield Sau Office
SUPERINTENDENT: Cory Leclair
E-MAIL: cleclair@plainfieldschool.org
PHONE NUMBER: (603) 469-3442
92 Bonner Rd.
Meriden, NH  03770

Plainfield School District
SUPERINTENDENT: Frank Perotti
E-MAIL: fperotti@plainfieldschool.org
PHONE NUMBER: (603) 469-3442
92 Bonner Rd.
Meriden, NH  03770

Plymouth Sau Office
SUPERINTENDENT: Kyla Welch
E-MAIL: kwelch@pemibaker.org
PHONE NUMBER: (603) 536-1254
47 Old Ward Bridge Rd.
Plymouth, NH  03264

Plymouth School District
SUPERINTENDENT: Kyla Welch
E-MAIL: kwelch@pemibaker.org
PHONE NUMBER: (603) 536-1254
47 Old Ward Bridge Rd.
Plymouth, NH  03264

Portsmouth Sau Office
SUPERINTENDENT: Steve Zadravec
E-MAIL: szadravec@sau52.org
PHONE NUMBER: (603) 431-5080
1 Junkins Avenue
Portsmouth, NH  03801

Portsmouth School District
SUPERINTENDENT: Steve Zadravec
E-MAIL: szadravec@sau52.org
PHONE NUMBER: (603) 431-5080

1 Junkins Avenue
Portsmouth, NH  03801

Profile School District
SUPERINTENDENT: Tari Thomas
E-MAIL: t.thomas@sau35.org
PHONE NUMBER: (603) 444-3925
260 Cottage Street
Littleton, NH  03561

Prospect Mountain Jma
SUPERINTENDENT: Tim Broadrick
E-MAIL: tbroadrick@pmhschool.com
PHONE NUMBER: (603) 875-8600
242 Suncook Valley Rd.
Alton, NH  03809

Prospect Mountain School District
SUPERINTENDENT: Tim Broadrick
E-MAIL: tbroadrick@pmhschool.com
PHONE NUMBER: (603) 875-8600
242 Suncook Valley Rd.
Alton, NH  03809

Raymond Sau Office
SUPERINTENDENT: Tina Mccoy
E-MAIL: t.mccoy@sau33.com
PHONE NUMBER: (603) 895-4299
43 Harriman Hill Rd.
Raymond, NH  03077

Raymond School District
SUPERINTENDENT: Tina Mccoy
E-MAIL: t.mccoy@sau33.com
PHONE NUMBER: (603) 895-4299
43 Harriman Hill Rd.
Raymond, NH  03077

Rivendell Interstate School District
SUPERINTENDENT: Barrett Williams
E-MAIL: bwilliams@rivendellschool.org
PHONE NUMBER: (603) 353-2170
10 School Drive
Orford, NH  03777

Rivendell Interstate Supervisory District
SUPERINTENDENT: Barrett Williams
E-MAIL: bwilliams@rivendellschool.org
PHONE NUMBER: (603) 353-2170
10 School Drive
Orford, NH  03777

Rochester Sau Office
SUPERINTENDENT: Kyle Repucci
E-MAIL: repucci.k@rochesterschools.com
PHONE NUMBER: (603) 332-3678

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

150 Wakefield St.
Rochester, NH  03867

Rochester School District
SUPERINTENDENT: Kyle Repucci
E-MAIL: repucci.k@rochesterschools.com
PHONE NUMBER: (603) 332-3678
150 Wakefield St.
Rochester, NH  03867

Rollinsford School District
SUPERINTENDENT: Robert Gadomski
E-MAIL: rgadomski@sau56.org
PHONE NUMBER: (603) 692-4450
51 West High Street
Somersworth, NH  03878

Rumney School District
SUPERINTENDENT: Kyla Welch
E-MAIL: kwelch@pemibaker.org
PHONE NUMBER: (603) 536-1254
47 Old Ward Bridge Rd.
Plymouth, NH  03264

Rye School District
SUPERINTENDENT: Salvatore Petralia
E-MAIL: spetralia@sau50.org
PHONE NUMBER: (603) 422-9572
48 Post Rd.
Greenland, NH  03840

Salem Sau Office
SUPERINTENDENT: Michael Delahanty
E-MAIL: mdelahanty@sau57.org
PHONE NUMBER: (603) 893-7040
38 Geremonty Dr.
Salem, NH  03079

Salem School District
SUPERINTENDENT: Michael Delahanty
E-MAIL: mdelahanty@sau57.org
PHONE NUMBER: (603) 893-7040
38 Geremonty Dr.
Salem, NH  03079

Sanborn Regional Sau Office
SUPERINTENDENT: Thomas Ambrose
E-MAIL: tambrose@sau17.net
PHONE NUMBER: (603) 642-3688
178 Main  St.
Kingston, NH  03848

Sanborn Regional School District
SUPERINTENDENT: Thomas Ambrose
E-MAIL: tambrose@sau17.net
PHONE NUMBER: (603) 642-3688

178 Main  St.
Kingston, NH  03848

Sau #28 Office
SUPERINTENDENT: Chip Mcgee
E-MAIL: cmcgee@pelhamsd.org
PHONE NUMBER: (603) 425-1976
59A Marsh Road
Pelham, NH  03076

School Administrative Unit #70
SUPERINTENDENT: Jay Badams
E-MAIL: jaybadams@sau70.org
PHONE NUMBER: (603) 643-6050
45 Lyme Road
Hanover, NH  03755

Seabrook School District
SUPERINTENDENT: William Lupini
E-MAIL: blupini@sau21.org
PHONE NUMBER: (603) 926-8992
2 Alumni Dr.
Hampton, NH  03842

Shaker Regional Sau Office
SUPERINTENDENT: Michael Tursi
E-MAIL: mtursi@sau80.org
PHONE NUMBER: (603) 267-9223
58 School St.
Belmont, NH  03220

Shaker Regional School District
SUPERINTENDENT: Michael Tursi
E-MAIL: mtursi@sau80.org
PHONE NUMBER: (603) 267-9223
58 School St.
Belmont, NH  03220

Somersworth Sau Office
SUPERINTENDENT: Robert Gadomski
E-MAIL: rgadomski@sau56.org
PHONE NUMBER: (603) 692-4450
51 West High Street
Somersworth, NH  03878

Somersworth School District
SUPERINTENDENT: Robert Gadomski
E-MAIL: rgadomski@sau56.org
PHONE NUMBER: (603) 692-4450
51 West High Street
Somersworth, NH  03878

Souhegan Cooperative School District
SUPERINTENDENT: Adam Steel
E-MAIL: asteel@sprise.com
PHONE NUMBER: (603) 673-2690

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

1 School St.
Amherst, NH  03031

South Hampton School District
SUPERINTENDENT: William Lupini
E-MAIL: blupini@sau21.org
PHONE NUMBER: (603) 926-8992
2 Alumni Dr.
Hampton, NH  03842

Stark School District
SUPERINTENDENT: Ronna Cadarette
E-MAIL: r_cadarette@sau58.org
PHONE NUMBER: (603) 636-1437
8 Preble St
Groveton, NH  03582

Stewartstown School District
SUPERINTENDENT: Debra Taylor
E-MAIL: dtaylor@sau7.org
PHONE NUMBER: (603) 237-5571
21 Academy St.
Colebrook, NH  03576

Stoddard School District
SUPERINTENDENT: Jacqueline Coe
E-MAIL: jacqueline.coe@sau24.org
PHONE NUMBER: (603) 428-3269
258 Western Avenue
Henniker, NH  03242

Strafford School District
SUPERINTENDENT: Scott Young
E-MAIL: syoung@strafford.k12.nh.us
PHONE NUMBER: (603) 942-1290
23A Mountain Avenue
Northwood, NH  03261

Stratford School District
SUPERINTENDENT: Ronna Cadarette
E-MAIL: r_cadarette@sau58.org
PHONE NUMBER: (603) 636-1437
15 Preble St.
Groveton, NH  03582

Stratham School District
SUPERINTENDENT: David Ryan
E-MAIL: dryan@sau16.org
PHONE NUMBER: (603) 775-8400
30 Linden St.
Exeter, NH  03833

Sullivan Sau Office
SUPERINTENDENT: Kenneth Dassau
E-MAIL: krdassau@gmail.com
PHONE NUMBER: (603)209-3315

Sullivan School District
Keene, NH  03431

Sullivan School District
SUPERINTENDENT: Kenneth Dassau
E-MAIL: krdassau@gmail.com
PHONE NUMBER: (603) 209-3315
452 Centre Street
Sullivan, NH  03445

Sunapee Sau Office
SUPERINTENDENT: Russ Holden
E-MAIL: rholden@sunapeeschools.org
PHONE NUMBER: (603) 763-4627
70 Lower Main Street
Sunapee, NH  03782

Sunapee School District
SUPERINTENDENT: Russell Holden
E-MAIL: rholden@sunapeeschools.org
PHONE NUMBER: (603) 763-4627
70 Lower Main Street
Sunapee, NH  03782

Surry Sau Office
SUPERINTENDENT: Kenneth Dassau
E-MAIL: krdassau@gmail.com
PHONE NUMBER: (603) 209-3315
1 Village Road
Surry, NH  03431

Surry School District
SUPERINTENDENT: Kenneth Dassau
E-MAIL: krdassau@gmail.com
PHONE NUMBER: (603) 209-3315
1 Village Road
Surry, NH  03431

Tamworth Sau Office
SUPERINTENDENT: Meredith Nadeau
E-MAIL: mnadeau@sau13.org
PHONE NUMBER: (603) 323-5088
881A Tamworth Road
Tamworth, NH  03886

Tamworth School District
SUPERINTENDENT: Kent Hemingway
E-MAIL: khemingway@sau13.org
PHONE NUMBER: (603) 323-5088
881A Tamworth Road
Tamworth, NH  03886

Thornton School District
SUPERINTENDENT: Kyla Welch
E-MAIL: kwelch@pemibaker.org
PHONE NUMBER: (603) 536-1254

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

47 Old Ward Bridge Rd.
Plymouth, NH  03264

Timberlane Regional Sau Office
SUPERINTENDENT: Brian Cochrane
E-MAIL: brian.cochrane@sau55.net
PHONE NUMBER: (603) 382-6119
30 Greenough Rd.
Plaistow, NH  03865

Timberlane Regional School District
SUPERINTENDENT: Brian Cochrane
E-MAIL: brian.cochrane@sau55.net
PHONE NUMBER: (603) 382-6119
30 Greenough Rd.
Plaistow, NH  03865

Unity School District
SUPERINTENDENT: Michael Tempesta
E-MAIL: mtempesta@sau6.org
PHONE NUMBER: (603) 543-4200
165 Broad St.
Claremont, NH  03743

Wakefield Sau Office
SUPERINTENDENT: Jerry Gregoire
E-MAIL: jerry.gregoire@sau101.org
PHONE NUMBER: (603) 652-0262
18 Commerce Way
Milton, NH  03851

Wakefield Sau Office
SUPERINTENDENT: Jerry Gregoire
E-MAIL: jerry.gregoire@sau101.org
PHONE NUMBER: (603)871-8502
76 Taylor Way
Sanbornville, NH  03872

Wakefield School District
SUPERINTENDENT: Jerry Gregoire
E-MAIL: jerry.gregoire@sau101.org
PHONE NUMBER: (603) 652-0262
18 Commerce Way
Milton, NH  03851

Warren School District
SUPERINTENDENT: Laurie Melanson
E-MAIL: lmelanson@sau23.org
PHONE NUMBER: (603) 787-2113
2975 Dartmouth College Hwy.
N. Haverhill, NH  03774

Washington School District
SUPERINTENDENT: Patricia  Parenteau
E-MAIL: pparenteau@hdsd.org
PHONE NUMBER: (603) 464-4466

78 School Street
Hillsboro, NH  03244

Waterville Valley School District
SUPERINTENDENT: Kyla Welch
E-MAIL: kwelch@pemibaker.org
PHONE NUMBER: (603) 536-1254
47 Old Ward Bridge Rd.
Plymouth, NH  03264

Weare School District
SUPERINTENDENT: Jacqueline Coe
E-MAIL: jacqueline.coe@sau24.org
PHONE NUMBER: (603) 428-3269
258 Western Avenue
Henniker, NH  03242

Wentworth School District
SUPERINTENDENT: Kyla Welch
E-MAIL: kwelch@pemibaker.org
PHONE NUMBER: (603) 536-1254
47 Old Ward Bridge Rd.
Plymouth, NH  03264

Westmoreland School District
SUPERINTENDENT: Robert Malay
E-MAIL: rmalay@sau29.org
PHONE NUMBER: (603) 357-9002
193 Maple Avenue
Keene, NH  03431

White Mountain Regional School District
SUPERINTENDENT: Marion Anastasia
E-MAIL: manastasia@sau36.org
PHONE NUMBER: (603) 837-9363
14 King Square.
Whitefield, NH  03598

White Mountains Regional Sau Office
SUPERINTENDENT: Marion Anastasia
E-MAIL: manastasia@sau36.org
PHONE NUMBER: (603) 837-9363
14 King Square.
Whitefield, NH  03598

White Mountains Sau Office
SUPERINTENDENT: Tari Thomas
E-MAIL: t.thomas@sau35.org
PHONE NUMBER: (603) 444-3925
260 Cottage Street
Littleton, NH  03561

Wilton Sau Office
SUPERINTENDENT: Bryan Lane
E-MAIL: b.lane@sau63.org
PHONE NUMBER: (603) 654-8088

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

One  Chalet Drive, Suite 105
Wilton, NH  03086

Wilton-lyndeboro School District
SUPERINTENDENT: Bryan Lane
E-MAIL: b.lane@sau63.org
PHONE NUMBER: (603) 654-8088
One  Chalet Drive, Suite 105
Wilton, NH  03086

Winchester Sau Office
SUPERINTENDENT: Kenneth Dassau
E-MAIL: kdassau@wnhsd.org
PHONE NUMBER: (603) 239-8061
85A Parker Street
Winchester, NH  03470

Winchester School District
SUPERINTENDENT: Kenneth Dassau
E-MAIL: kdassau@wnhsd.org
PHONE NUMBER: (603) 239-8061
85A Parker Street
Winchester, NH  03470

Windham Sau Office
SUPERINTENDENT: Richard Langlois
E-MAIL: rlanglois@windhamsd.org
PHONE NUMBER: (603) 425-1976
19 Haverhill Road
Windham, NH  03087

Windham School District
SUPERINTENDENT: Richard Langlois
E-MAIL: rlanglois@windhamsd.org
PHONE NUMBER: (603) 425-1976
19 Haverhill Road
Windham, NH  03087

Windsor School District
SUPERINTENDENT: Patricia  Parenteau
E-MAIL: pparenteau@hdsd.org
PHONE NUMBER: (603) 464-4466
78 School Street
Hillsboro, NH  03244

Winnacunnet Coop School District
SUPERINTENDENT: William Lupini
E-MAIL: blupini@sau21.org
PHONE NUMBER: (603) 926-8992
2 Alumni Dr.
Hampton, NH  03842

Winnacunnet Sau Office
SUPERINTENDENT: William Lupini
E-MAIL: blupini@sau21.org
PHONE NUMBER: (603) 926-8992

2 Alumni Dr.
Hampton, NH  03842

Winnisquam Regional Sau Office
SUPERINTENDENT: Robert Seaward
E-MAIL: rseaward@wrsdsau59.org
PHONE NUMBER: (603) 286-4116
433 West Main St.
Tilton, NH  03276

Winnisquam Regional School District
SUPERINTENDENT: Robert Seaward
E-MAIL: rseaward@wrsdsau59.org
PHONE NUMBER: (603) 286-4116
433 West Main St.
Tilton, NH  03276

Absecon Public Schools
SUPERINTENDENT: Daniel Dooley
E-MAIL: ddooley@abseconschools.org
PHONE NUMBER: (609) 641-5375
800 Irelan Avenue
Absecon, NJ  08201

Alexandria Township School District
SUPERINTENDENT: Ronald Bolandi
E-MAIL: bolandi@alexandriaschools.org
PHONE NUMBER: (908) 996-6811
557 County Road 513
Pittstown, NJ  08867

Allamuchy Township School District
SUPERINTENDENT: Joseph Flynn
E-MAIL: jflynn@aes.k12.nj.us
PHONE NUMBER: (908) 852-1894
20 Johnsonburg Road
Allamuchy, NJ  07820

Allendale Public School District
SUPERINTENDENT: Michael Barcadepone
E-MAIL: mbarcadepone@allendalek8.com
PHONE NUMBER: (201) 327-2020
100 Brookside Avenue
Allendale, NJ  07401

Allenhurst
SUPERINTENDENT: Donna Campagna
E-MAIL: dcampagna@allenhurstnj.org
PHONE NUMBER: (732) 531-9222
211 Allen Ave
Allenhurst, NJ  07711

Alloway Twp School District
SUPERINTENDENT: Kristin Schell
E-MAIL: schellk@allowayschool.org
PHONE NUMBER: (856) 935-1622

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

43 Cedar St
Alloway, NJ  08001

Alpha Borough School District
SUPERINTENDENT: Seth Cohen
E-MAIL: scohen@apsedu.org
PHONE NUMBER: (908) 454-5000
817 North Blvd
Alpha, NJ  08865

Alpine Elementary School District
SUPERINTENDENT: Maureen Mccann
E-MAIL: mccann@alpineschool.org
PHONE NUMBER: (201) 768-8255
500 Hillside Ave.
Alpine, NJ  07620

Andover Regional School District
SUPERINTENDENT: Dennis Tobin
E-MAIL: dtobin@andoverregional.org
PHONE NUMBER: (973) 383-3746
707 Limecrest Rd.
Newton, NJ  07860

Area Vocational Technical Schools Of Mercer
County
SUPERINTENDENT: Kimberly Schneider
E-MAIL: kschneider@mcts.edu
PHONE NUMBER: (609) 586-2129
1085 Old Trenton Rd
Trenton, NJ  08690

Asbury Park School District
SUPERINTENDENT: Sancha Gray
E-MAIL: grays@asburypark.k12.nj.us
PHONE NUMBER: (732) 776-2606
603 Mattison Avenue
Asbury Park, NJ  07712

Atlantic City Public Schools
SUPERINTENDENT: Barry Caldwell
E-MAIL: bcaldwell@acboe.org
PHONE NUMBER: (609) 343-7200
1300 Atlantic Avenue
Atlantic City, NJ  08401

Atlantic County Special Services School District
SUPERINTENDENT: Philip Guenther
E-MAIL: pguenther@acitech.org
PHONE NUMBER: (609) 625-5590
4805 Nawakwa Boulevard
Mays Landing, NJ  08330

Atlantic County Vocational School District
SUPERINTENDENT: Philip Guenther
E-MAIL: pguenther@acitech.org

PHONE NUMBER: (609) 625-2249
5080 Atlantic Avenue
Mays Landing, NJ  08330

Atlantic Highlands School District
SUPERINTENDENT: Susan Compton
E-MAIL: scompton@ahes.k12.nj.us
PHONE NUMBER: (732) 291-2020
140 First Avenue
Atlantic Highlands, NJ  07716

Audubon Public School Disrict
SUPERINTENDENT: Andrew Davis
E-MAIL: apdavis@audubonschools.org
PHONE NUMBER: (856) 547-7695
350 Edgewood Avenue
Audubon, NJ  08106

Avalon School District
SUPERINTENDENT: Stacey Tracy
E-MAIL: tracy@avesnj.org
PHONE NUMBER: (609) 967-7544
235 32Nd Street
Avalon, NJ  08202

Avon Boro School District
SUPERINTENDENT: Christopher Albrizio
E-MAIL: calbrizio@avonschool.com
PHONE NUMBER: (732) 775-4328
505 Lincoln Ave
Avon, NJ  07717

Barnegat Township School District
SUPERINTENDENT: Brian Latwis
E-MAIL: blatwis@barnegatschools.com
PHONE NUMBER: (609) 698-5800
550 Barnegat Blvd
Barnegat, NJ  08005

Barrington School District
SUPERINTENDENT: Anthony Arcodia
E-MAIL: aarcodia@barringtonschools.net
PHONE NUMBER: (856) 547-8467
311 Reading Avenue
Barrington, NJ  08007

Bay Head Borough
SUPERINTENDENT: Frank Camardo
E-MAIL: camardo@bayheadschool.org
PHONE NUMBER: (732) 892-0668
145 Grove Street
Bay Head, NJ  08742

Bayonne School District
SUPERINTENDENT: John Niesz
E-MAIL: jniesz@bboed.org

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (201) 858-5814
669 Avenue A
Bayonne, NJ  07002

Bayshore Jointure Commission
SUPERINTENDENT: Linda Jordan
E-MAIL: ljordan@theshorecenter.org
PHONE NUMBER: (732) 440-1122
100 Tornillo Way
Tinton Falls, NJ  07712

Beach Haven School District
SUPERINTENDENT: Chris Meyrick
E-MAIL: cmeyrick@beachhavenschool.com
PHONE NUMBER: (609) 492-7411
8Th Street & Beach Avenue
Beach Haven, NJ  08008

Bedminster Township Public School
SUPERINTENDENT: Jennifer Giordano
E-MAIL: jgiordano@bedminsterschool.org
PHONE NUMBER: (908) 234-0768
234 Somerville Road
Bedminster, NJ  07921

Belleville Public Schools
SUPERINTENDENT: Richard Tomko
E-MAIL: richard.tomko@belleville.k12.nj.us
PHONE NUMBER: (973) 450-3500
102 Passaic Ave
Belleville, NJ  07109

Bellmawr Public School District
SUPERINTENDENT: Annette Castiglione
E-MAIL: acastiglione@bellmawrschools.org
PHONE NUMBER: (856) 931-3620
256 Anderson Ave
Bellmawr, NJ  08031

Belmar Elementary School District
SUPERINTENDENT: David Hallman
E-MAIL: hallman@belmar.k12.nj.us
PHONE NUMBER: (732) 681-2388
1101 Main St
Belmar, NJ  07719

Belvidere School District
SUPERINTENDENT: Christopher Carrubba
E-MAIL: ccarrubba@belvideresd.org
PHONE NUMBER: (908) 475-6600
809 Oxford Street
Belvidere, NJ  07823

Bergen County Special Services School District
SUPERINTENDENT: Howard Lerner
E-MAIL: howler@bergen.org

PHONE NUMBER: (201) 343-6000
327 East Ridgewood Avenue
Paramus, NJ  07652

Bergen County Vocational Technical School District
SUPERINTENDENT: Howard Lerner
E-MAIL: howler@bergen.org
PHONE NUMBER: (201) 343-6000
327 E Ridgewood Avenue
Paramus, NJ  07652

Bergenfield Borough School District
SUPERINTENDENT: Christopher Tully
E-MAIL: ctully@bergenfield.org
PHONE NUMBER: (201) 385-8801
225 W. Clinton Avenue
Bergenfield, NJ  07621

Berkeley Heights School District
SUPERINTENDENT: Melissa Varley
E-MAIL: mvarley@bhpsnj.org
PHONE NUMBER: (908) 464-1718
345 Plainfield Avenue
Berkeley Heights, NJ  07922

Berkeley Township School District
SUPERINTENDENT: James Roselli
E-MAIL: jroselli@btboe.org
PHONE NUMBER: (732) 269-2321
53 Central Parkway
Bayville, NJ  08721

Berlin Borough School District
SUPERINTENDENT: Joseph Campisi
E-MAIL: campisij@bcsberlin.org
PHONE NUMBER: (856) 767-0129
215 South Franklin Avenue
Berlin, NJ  08009

Berlin Township School District
SUPERINTENDENT: Edythe Austermuhl
E-MAIL: eaustermuhl@btwpschools.org
PHONE NUMBER: (856) 767-9480
225 Grove Avenue
West Berlin, NJ  08091

Bernards Township School District
SUPERINTENDENT: Nick Markarian
E-MAIL: nmarkarian@bernardsboe.com
PHONE NUMBER: (908) 204-2600
101 Peachtree Road
Basking Ridge, NJ  07920

Bethlehem Township School District
SUPERINTENDENT: Gregory Farley
E-MAIL: gfarley@btschools.org

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (908) 537-4044
940 Iron Bridge Road
Asbury, NJ  08802

Beverly City School
SUPERINTENDENT: Elizabeth Giacobbe
E-MAIL: egiacobbe@beverlycityschool.org
PHONE NUMBER: (609) 387-2200
601 Bentley Ave.
Beverly, NJ  08010

Black Horse Pike Regional School District
SUPERINTENDENT: Brian Repici
E-MAIL: brepici@bhprsd.org
PHONE NUMBER: (856) 227-4106
580 Erial Road
Blackwood, NJ  08012

Blairstown Elementary Township School District
SUPERINTENDENT: Mark Saalfield
E-MAIL: saalfield@blairstownelem.net
PHONE NUMBER: (908) 362-6111
1 Sunset Hill Road
Blairstown, NJ  07825

Bloomfield Board Of Education
SUPERINTENDENT: Salvatore Goncalves
E-MAIL: sgoncalves@bloomfield.k12.nj.us
PHONE NUMBER: (973) 680-8500
155 Broad Street
Bloomfield, NJ  07003

Bloomingdale School District
SUPERINTENDENT: Frank Verducci
E-MAIL: fverducci@bloomingdaleschools.org
PHONE NUMBER: (973) 838-4835
225 Glenwild Avenue
Bloomingdale, NJ  07403

Bloomsbury School District
SUPERINTENDENT: Jenniffer Marycz
E-MAIL: jmarycz@bburyes.org
PHONE NUMBER: (908) 479-4414
20 Main Street
Bloomsbury, NJ  08804

Bogota Public School District
SUPERINTENDENT: Damian Kennedy
E-MAIL: dkennedy@bogotaboe.com
PHONE NUMBER: (201) 441-4800
1 Henry C. Luthin Place
Bogota, NJ  07603

Boonton Town School District
SUPERINTENDENT: Robert Presuto
E-MAIL: robert.presuto@boontonschools.org

PHONE NUMBER: (973) 335-9700
434 Lathrop Avenue
Boonton, NJ  07005

Boonton Township Public School
SUPERINTENDENT: Christian Angelillo
E-MAIL: cangelillo@btrvs.org
PHONE NUMBER: (973) 334-4162
11 Valley Road
Boonton Township, NJ  07005

Bordentown Regional School District
SUPERINTENDENT: Edward Forsthoffer
E-MAIL: eforsthoffer@bordentown.k12.nj.us
PHONE NUMBER: (609) 298-0674
318 Ward Avenue
Bordentown, NJ  08505

Bound Brook School District
SUPERINTENDENT: Daniel Gallagher
E-MAIL: dgallagher@bbrook.org
PHONE NUMBER: (732) 356-2500
111 West Union Avenue
Bound Brook, NJ  08805

Bradley Beach Elementary School District
SUPERINTENDENT: Stephen Wisniewski
E-MAIL: swisniewski@bbesnj.org
PHONE NUMBER: (732) 775-4413
515 Brinley Avenue
Bradley Beach, NJ  07720

Branchburg Township School District
SUPERINTENDENT: Rebecca Gensel
E-MAIL: rgensel@branchburg.k12.nj.us
PHONE NUMBER: (908) 722-3335
240 Baird Road
Branchburg, NJ  08876

Brick Township Public Schools
SUPERINTENDENT: Sean Cranston
E-MAIL: scranston@brickschools.org
PHONE NUMBER: (732) 785-3000
101 Hendrickson Avenue
Brick, NJ  08724

Bridgeton City School District
SUPERINTENDENT: Victor Gilson
E-MAIL: vgilson@bridgeton.k12.nj.us
PHONE NUMBER: (856) 455-8030
41 Bank Street
Bridgeton, NJ  08302

Bridgewater-raritan Regional School District
SUPERINTENDENT: Thomas Ficarra
E-MAIL: tficarra@brrsd.k12.nj.us

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (908) 685-2777
836 Newmans Lane
Martinsville, NJ  08836

Brielle Boro School District
SUPERINTENDENT: Christine Carlson
E-MAIL: ccarlson@brielleschool.org
PHONE NUMBER: (732) 528-6600
601 Union Lane
Brielle, NJ  08730

Brigantine Public Schools
SUPERINTENDENT: Glenn Robbins
E-MAIL: grobbins@brigantineschools.org
PHONE NUMBER: (609) 266-7671
301 East Evans Boulevard
Brigantine, NJ  08203

Brooklawn Public School District
SUPERINTENDENT: Samuel Rossetti
E-MAIL: srosetti@alicecostello.com
PHONE NUMBER: (856) 456-4039
301 Haakon Road
Brooklawn, NJ  08030

Buena Regional School District
SUPERINTENDENT: David Cappuccio
E-MAIL: dcappuccio@buena.k12.nj.us
PHONE NUMBER: (856) 697-0800
914 Main Avenue
Richland, NJ  08350

Burlington City Public School District
SUPERINTENDENT: Patricia Doloughty
E-MAIL: pdoloughty@burlington-nj.net
PHONE NUMBER: (609) 387-5874
550 High Street
Burlington, NJ  08016

Burlington County Institute Of Technology
SUPERINTENDENT: Christopher Nagy
E-MAIL: cnagy@burlcoschools.org
PHONE NUMBER: (609) 267-4226
695 Woodlane Road
Westampton, NJ  08060

Burlington County Special Services School District
SUPERINTENDENT: Christopher Nagy
E-MAIL: cnagy@burlcoschools.org
PHONE NUMBER: (609) 261-5600
20 Pioneer Blvd.
Westampton, NJ  08060

Burlington Township Board Of Education
SUPERINTENDENT: Mary Bell
E-MAIL: mbell@burltwpsch.org

PHONE NUMBER: (609) 387-3955
700 Jacksonville Road
Burlington, NJ  08016

Butler Public School District
SUPERINTENDENT: Daniel Johnson
E-MAIL: djohnson@butlerboe.org
PHONE NUMBER: (973) 492-2000
38 Bartholdi Ave
Butler, NJ  07405

Byram Township School District
SUPERINTENDENT: Bryan Hensz
E-MAIL: hensz.bryan@byramschools.org
PHONE NUMBER: (973) 347-1047
12 Mansfield Drive
Stanhope, NJ  07874

Caldwell-west Caldwell School District
SUPERINTENDENT: James Heinegg
E-MAIL: jheinegg@cwcboe.org
PHONE NUMBER: (973) 228-6979
104 Gray Street
West Caldwell, NJ  07006

Califon Borough School District
SUPERINTENDENT: Johanna Ruberto
E-MAIL: jruberto@califonschool.org
PHONE NUMBER: (908) 832-2828
6 School St
Califon, NJ  07830

Camden City Public Schools
SUPERINTENDENT: Katrina Mccombs
E-MAIL: kmccombs@camden.k12.nj.us
PHONE NUMBER: (856) 966-2000
201 North Front Street
Camden, NJ  08102

Camden County Educational Services Commission
SUPERINTENDENT: Daniel Vecchio
E-MAIL: ddelvecchio@camdenesc.org
PHONE NUMBER: (856) 784-2100
225 WHITE HORSE AVENUE
CLEMENTON, NJ  08021

Camden County Technical School District
SUPERINTENDENT: Patricia Fitzgerald
E-MAIL: pfitzgerald@ccts.net
PHONE NUMBER: (856) 767-7000
343 Berlin Cross Keys Road
Sicklerville, NJ  08081

Cape May City School District
SUPERINTENDENT: Zachary Palombo
E-MAIL: zpalombo@cmcboe.org

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (609) 884-8485
921 Lafayette Street
Cape May, NJ  08204

Cape May County Special Services School District
SUPERINTENDENT: Nancy Hudanich
E-MAIL: nhudanich@cmcspecialservices.org
PHONE NUMBER: (609) 465-2720
148 Crest Haven Road
Cape May Court House, NJ  08210

Cape May County Technical High School District
SUPERINTENDENT: Nancy Hudanich
E-MAIL: nhudanich@capemaytech.com
PHONE NUMBER: (609) 465-2161
188 Crest Haven Road
Cape May Court House, NJ  08210

Cape May Point
SUPERINTENDENT: Zachary Palombo
E-MAIL: zpalombo@cmcboe.org
PHONE NUMBER: (609) 884-8485
c/o Rose Millar
Cape May Point, NJ  08212

Carlstadt Public School District
SUPERINTENDENT: Stephen Kollinok
E-MAIL: skollinok@carlstadtps.org
PHONE NUMBER: (201) 672-3000
550 Washington Street
Carlstadt, NJ  07072

Carlstadt-east Rutherford Regional High School
District
SUPERINTENDENT: Dario Sforza
E-MAIL: dsforza@bectonhs.org
PHONE NUMBER: (201) 935-3007
120 Paterson Avenue
East Rutherford, NJ  07073

Carteret Public School District
SUPERINTENDENT: Rosa Diaz
E-MAIL: rdiaz@carteretschools.org
PHONE NUMBER: (732) 541-8960
599 Roosevelt Avenue
Carteret, NJ  07008

Cedar Grove Township School District
SUPERINTENDENT: Michael Fetherman
E-MAIL: fetherman.michael@cgschools.org
PHONE NUMBER: (973) 239-1550
520 Pompton Ave
Cedar Grove, NJ  07009

Central Regional School District
SUPERINTENDENT: Triantafillos Parlapanides

E-MAIL: tparlapanides@centralregional.net
PHONE NUMBER: (732) 269-1100
509 Forest Hills Parkway
Bayville, NJ  08721

Cherry Hill School District
SUPERINTENDENT: Joseph Meloche
E-MAIL: jmeloche@chclc.org
PHONE NUMBER: (856) 429-5600
45 Ranoldo Terrace
Cherry Hill, NJ  08034

Chester School District
SUPERINTENDENT: Christina Woert
E-MAIL: christina.vanwoert@chester-nj.org
PHONE NUMBER: (908) 879-7373
50 North Road
Chester, NJ  07930

Chesterfield Township School District
SUPERINTENDENT: Scott Heino
E-MAIL: sheino@chesterfieldschool.com
PHONE NUMBER: (609) 298-6900
30 Saddle Way
Chesterfield, NJ  08515

Cinnaminson Township Public Schools
SUPERINTENDENT: Stephen Cappello
E-MAIL: cappellos@cinnaminson.com
PHONE NUMBER: (856) 829-7600
2195 Riverton Road
Cinnaminson, NJ  08077

Clark Township Public Schools
SUPERINTENDENT: Edward Grande
E-MAIL: egrande@clarkschools.org
PHONE NUMBER: (732) 574-9600
365 Westfield Ave
Clark, NJ  07066

Clayton Public School District
SUPERINTENDENT: Nick Koutsogiannis
E-MAIL: nkoutsogiannis@claytonps.org
PHONE NUMBER: (856) 881-8700
350 E. Clinton Street
Clayton, NJ  08312

Clearview Regional High School District
SUPERINTENDENT: John Horchak
E-MAIL: horchakjo@clearviewregional.edu
PHONE NUMBER: (856) 223-2760
420 Cedar Road
Mullica Hill, NJ  08062

Clementon Elementary School District
SUPERINTENDENT: Kathleen Haines

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

E-MAIL: hainesk@clementon.k12.nj.us
PHONE NUMBER: (856) 783-2300
4 Audubon Avenue
Clementon, NJ  08021

Cliffside Park School District
SUPERINTENDENT: Michael Romagnino
E-MAIL: mjr@cliffsidepark.edu
PHONE NUMBER: (201) 313-2300
525 Palisades Avenue
Cliffside Park, NJ  07010

Clifton Public School District
SUPERINTENDENT: Danny Robertozzi
E-MAIL: drobertozzi@cliftonschools.net
PHONE NUMBER: (973) 470-2300
745 Clifton Avenue
Clifton, NJ  07013

Clinton Township School District
SUPERINTENDENT: Michele Cone
E-MAIL: mcone@ctsdnj.org
PHONE NUMBER: (908) 236-7235
128 Cokesbury Road
Lebanon, NJ  08833

Clinton-glen Gardner School District
SUPERINTENDENT: Seth Cohen
E-MAIL: scohen@cpsnj.org
PHONE NUMBER: (908) 735-8512
10 School Street
Clinton, NJ  08809

Closter Public School District
SUPERINTENDENT: Vincent Mchale
E-MAIL: mchalev@nvnet.org
PHONE NUMBER: (201) 768-3001
340 Homans Avenue
Closter, NJ  07624

Collingswood Public School District
SUPERINTENDENT: Scott Oswald
E-MAIL: soswald@collsk12.org
PHONE NUMBER: (856) 962-5700
200 Lees Avenue
Collingswood, NJ  08108

Colts Neck Township School District
SUPERINTENDENT: Maryjane Garibay
E-MAIL: garibay@coltsneckschools.org
PHONE NUMBER: (732) 946-0055
70 Conover Road
Colts Neck, NJ  07722

Commercial Township School District
SUPERINTENDENT: Kristin Schell

E-MAIL: kristin.schell@commercialschools.org
PHONE NUMBER: (856) 785-0840
1308 North Avenue
Port Norris, NJ  08349

Corbin City
SUPERINTENDENT: Kathleen Taylor
E-MAIL: ktaylor@ocsdnj.org
PHONE NUMBER: (609) 399-5150
501 Atlantic Ave Suite 1
Ocean City, NJ  08226

Cranbury Township School District
SUPERINTENDENT: Susan Genco
E-MAIL: sgenco@cranburyschool.org
PHONE NUMBER: (609) 395-1700
23 North Main Street
Cranbury, NJ  08512

Cranford Public School District
SUPERINTENDENT: Scott Rubin
E-MAIL: rubin@cranfordschools.org
PHONE NUMBER: (908) 272-9100
132 Thomas Street
Cranford, NJ  07016

Cresskill Public School District
SUPERINTENDENT: Michael Burke
E-MAIL: mburke@cboek12.org
PHONE NUMBER: (201) 227-7791
1 Lincoln Drive
Cresskill, NJ  07626

Cumberland County Board Of Vocational Ed School
District
SUPERINTENDENT: Dina Rossi
E-MAIL: delliott@cctecnj.org
PHONE NUMBER: (856) 451-9000
601 Bridgeton Avenue
Bridgeton, NJ  08302

Cumberland Regional School District
SUPERINTENDENT: Steven Price
E-MAIL: price@crhsd.org
PHONE NUMBER: (856) 451-9400
90 Silver Lake Road
Bridgeton, NJ  08302

Deal Boro School District
SUPERINTENDENT: Donato Saponaro
E-MAIL: dsaponaro@dealschool.org
PHONE NUMBER: (732) 531-0480
201 Roseld Ave
Deal, NJ  07723

Deerfield Township School District

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

SUPERINTENDENT: Mary Kula
E-MAIL: mkula@deerfield.k12.nj.us
PHONE NUMBER: (856) 451-6610
419 Morton Avenue
Rosenhayn, NJ  08352

Delanco Township School District
SUPERINTENDENT: Joseph Mersinger
E-MAIL: jmersinger@delanco.com
PHONE NUMBER: (856) 461-1905
1301 Burlington Avenue
Delanco, NJ  08075

Delaware Township School District
SUPERINTENDENT: Richard Wiener
E-MAIL: rwiener@dtsk8.org
PHONE NUMBER: (609) 397-3179
501 Rosemont Ringoes Road
Sergeantsville, NJ  08557

Delaware Valley Regional High School District
SUPERINTENDENT: Daria Wasserbach
E-MAIL: dariawasserbach@dvrhs.k12.nj.us
PHONE NUMBER: (908) 996-2727
19 Senator Stout Road
Frenchtown, NJ  08825

Delran Township School District
SUPERINTENDENT: Brian Brotschul
E-MAIL: bbrotschul@delranschools.org
PHONE NUMBER: (856) 461-6800
52 Hartford Road
Delran, NJ  08075

Delsea Regional High School District
SUPERINTENDENT: Piera Gravenor
E-MAIL: pgravenor@delsearegional.us
PHONE NUMBER: (856) 694-0100
242 Fries Mill Road
Franklinville, NJ  08322

Demarest School District
SUPERINTENDENT: Michael Fox
E-MAIL: foxm@nvnet.org
PHONE NUMBER: (201) 768-6060
568 Piermont Road
Demarest, NJ  07627

Dennis Township School District
SUPERINTENDENT: Susan Speirs
E-MAIL: sspeirs@dtschools.org
PHONE NUMBER: (609) 861-2821
601 Hagan Road
Clermont, NJ  08210

Denville Township K-8 School District

SUPERINTENDENT: Steven Forte
E-MAIL: sforte@denville.org
PHONE NUMBER: (973) 983-6530
400 Morris Ave
Denville, NJ  07834

Deptford Township Public School District
SUPERINTENDENT: Arthur Dietz
E-MAIL: dietz.a@deptford.k12.nj.us
PHONE NUMBER: (856) 232-2700
2022 Good Intent Road
Deptford, NJ  08096

Dover Public School District
SUPERINTENDENT: James Mclaughlin
E-MAIL: jmclaughlin@dover-nj.org
PHONE NUMBER: (973) 989-2000
100 Grace Street
Dover, NJ  07801

Downe Township School District
SUPERINTENDENT: Sherry Miller
E-MAIL: smiller@downeschool.org
PHONE NUMBER: (856) 447-4673
220 Main Street
Newport, NJ  08345

Dumont Public School District
SUPERINTENDENT: Emanuele Triggiano
E-MAIL: etriggiano@dumontnj.org
PHONE NUMBER: (201) 387-3070
25 Depew Street
Dumont, NJ  07628

Dunellen Public School District
SUPERINTENDENT: Gene Mosley
E-MAIL: mosleyg@dunellenschools.org
PHONE NUMBER: (732) 968-3226
400 High Street
Dunellen, NJ  08812

Eagleswood Township School District
SUPERINTENDENT: Deborah Snyder
E-MAIL: dsnyder@etesd.com
PHONE NUMBER: (609) 597-3663
511 Route 9
West Creek, NJ  08092

East Amwell Township School District
SUPERINTENDENT: Edward Stoloski
E-MAIL: estoloski@eastamwell.org
PHONE NUMBER: (908) 782-6464
43 Wertsville Road
Ringoes, NJ  08551

East Brunswick Township School District

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

SUPERINTENDENT: Victor Valeski
E-MAIL: vpvaleski@ebnet.org
PHONE NUMBER: (732) 613-6700
760 Route 18
East Brunswick, NJ  08816

East Greenwich Township School District
SUPERINTENDENT: Andrea Evans
E-MAIL: evansa@eastgreenwich.k12.nj.us
PHONE NUMBER: (856) 423-0412
559 Kings Highway
Mickleton, NJ  08056

East Hanover Township School District
SUPERINTENDENT: Natalee Bartlett
E-MAIL: nbartlett@easthanoverschools.org
PHONE NUMBER: (973) 887-2112
20 School Avenue
East Hanover, NJ  07936

East Newark
SUPERINTENDENT: Richard Corbett
E-MAIL: rcorbett@eastnewarkschool.org
PHONE NUMBER: (973) 481-6800
501-11 North Third Street
East Newark, NJ  07029

East Orange School District
SUPERINTENDENT: Kevin West
E-MAIL: kevin.west@eastorange.k12.nj.us
PHONE NUMBER: (973) 266-5760
199 4Th Ave
East Orange, NJ  07017

East Rutherford School District
SUPERINTENDENT: Giovanni Giancaspro
E-MAIL: ggiancaspro@erboe.net
PHONE NUMBER: (201) 804-3100
100 Uhland Street
East Rutherford, NJ  07073

East Windsor Regional School District
SUPERINTENDENT: Mark Daniels
E-MAIL: mdaniels@ewrsd.k12.nj.us
PHONE NUMBER: (609) 443-7717
25A Leshin Lane
Hightstown, NJ  08520

Eastampton Township School District
SUPERINTENDENT: Ambrose Duckett
E-MAIL: aduckett@etsdnj.us
PHONE NUMBER: (609) 267-9172
1 Student Drive
Eastampton, NJ  08060

Eastern Camden County Regional School District

SUPERINTENDENT: Robert Cloutier
E-MAIL: rcloutier@eccrsd.us
PHONE NUMBER: (856) 784-4441
1401 Laurel Oak Road
Voorhees, NJ  08043

Eatontown Public School District
SUPERINTENDENT: Scott Mccue
E-MAIL: smccue@eatontown.org
PHONE NUMBER: (732) 935-3323
5 Grant Avenue
Eatontown, NJ  07724

Edgewater Park Township School District
SUPERINTENDENT: Roy Rakszawski
E-MAIL: rrakszawski@edgewaterparksd.org
PHONE NUMBER: (609) 877-2122
25 Washington Avenue
Edgewater Park, NJ  08010

Edgewater School District
SUPERINTENDENT: Nicholas Perrapato
E-MAIL: nperrapato@edgewaterschools.org
PHONE NUMBER: (201) 945-4106
251 Undercliff Ave
Edgewater, NJ  07020

Edison Township School District
SUPERINTENDENT: Bernard Bragen
E-MAIL: bernard.bragen@edison.k12.nj.us
PHONE NUMBER: (732) 452-4900
312 Pierson Avenue
Edison, NJ  08837

Educational Services Commission Of Morris County
SUPERINTENDENT: Angelo Vilardi
E-MAIL: avilardi@escmorris.com
PHONE NUMBER: (973) 540-8844
520 Speedwell Avenue
Morris Plains, NJ  07950

Egg Harbor City School District
SUPERINTENDENT: Adrienne Shulby
E-MAIL: ashulby@ehcs.k12.nj.us
PHONE NUMBER: (609) 965-1034
730 Havana Avenue
Egg Harbor City, NJ  08215

Egg Harbor Township School District
SUPERINTENDENT: Kim Gruccio
E-MAIL: gruccik@eht.k12.nj.us
PHONE NUMBER: (609) 646-7911
13 Swift Drive
Egg Harbor Township, NJ  08234

Elizabeth Public Schools

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

SUPERINTENDENT: Olga Hugelmeyer
E-MAIL: hugelmol@epsnj.org
PHONE NUMBER: (908) 436-5010
500 North Broad Street
Elizabeth, NJ  07208

Elk Township School District
SUPERINTENDENT: Piera Gravenor
E-MAIL: pgravenor@delsearegional.us
PHONE NUMBER: (856) 881-4551
900 Clems Run
Glassboro, NJ  08028

Elmer Borough School District
SUPERINTENDENT: Scott Hoopes
E-MAIL: shoopes@pittsgrove.net
PHONE NUMBER: (856) 358-3094
1076 Almond Road
Pittsgrove, NJ  08318

Elmwood Park School District
SUPERINTENDENT: Anthony Iachetti
E-MAIL: aiachetti@epps.org
PHONE NUMBER: (201) 796-8700
60 East 53Rd Street
Elmwood Park, NJ  07407

Elsinboro Township School District
SUPERINTENDENT: Constance Mcallister
E-MAIL: cmcallister@elsinboroschool.org
PHONE NUMBER: (856) 935-3817
631 Salem-Ft. Elfsborg Rd.
Salem, NJ  08079

Emerson Public School District
SUPERINTENDENT: Brian Gatens
E-MAIL: bgatens@emersonschools.org
PHONE NUMBER: (201) 262-2828
133 Main Street
Emerson, NJ  07630

Englewood Cliffs School District
SUPERINTENDENT: Jennifer Brower
E-MAIL: jbrower@englewoodcliffs.org
PHONE NUMBER: (201) 567-7292
143 Charlotte Place
Englewood Cliffs, NJ  07632

Englewood Public School District
SUPERINTENDENT: Robert Kravitz
E-MAIL: rkravitz@epsd.org
PHONE NUMBER: (201) 862-6000
274 Knickerbocker Road
Englewood, NJ  07631

Essex County Vocational Technical Schools

SUPERINTENDENT: James Pedersen
E-MAIL: jpedersen@essextech.org
PHONE NUMBER: (973) 412-2050
60 Nelson Place
Newark, NJ  07102

Essex Fells School District
SUPERINTENDENT: Michelle Gadaleta
E-MAIL: mvgadaleta@efsk-6.org
PHONE NUMBER: (973) 226-0505
102 Hawthorne Road
Essex Fells, NJ  07021

Essex Regional Educational Services Commission
SUPERINTENDENT: Laurie Newell
E-MAIL: l.newell@eresc.com
PHONE NUMBER: (973) 405-6262
369 Passaic Avenue
Fairfield, NJ  07004

Estell Manor City School District
SUPERINTENDENT: Dianna Abraham
E-MAIL: dabraham@estellmanorschool.com
PHONE NUMBER: (609) 476-2267
128 Cape May Avenue
Estell Manor, NJ  08319

Evesham Township School District
SUPERINTENDENT: Justin Smith
E-MAIL: smithj@evesham.k12.nj.us
PHONE NUMBER: (856) 983-1800
25 S. Maple Avenue
Marlton, NJ  08053

Ewing Township School District
SUPERINTENDENT: Michael Nitti
E-MAIL: mnitti@ewingboe.org
PHONE NUMBER: (609) 538-9800
2099 Pennington Rd
Ewing, NJ  08618

Fair Haven School District
SUPERINTENDENT: Sean Mcneil
E-MAIL: mcneils@fairhaven.edu
PHONE NUMBER: (732) 747-2294
224 Hance Road
Fair Haven, NJ  07704

Fair Lawn Public School District
SUPERINTENDENT: Nick Norcia
E-MAIL: nnorcia@fairlawnschools.org
PHONE NUMBER: (201) 794-5500
37-01 Fair Lawn Ave.
Fair Lawn, NJ  07410

Fairfield Public Schools

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

SUPERINTENDENT: Susan Ciccotelli
E-MAIL: ciccotellis@fpsk6.org
PHONE NUMBER: (973) 227-5586
15 Knoll Road
Fairfield, NJ  07004

Fairfield Township School District
SUPERINTENDENT: Michael Knox
E-MAIL: mknox@fairfield.k12.nj.us
PHONE NUMBER: (856) 453-1882
375 Gouldtown-Woodruff Rd.
Bridgeton, NJ  08302

Fairview Public School District
SUPERINTENDENT: David Sleppin
E-MAIL: dsleppin@fairviewps.org
PHONE NUMBER: (201) 943-0564
130 Hamilton Avenue
Fairview, NJ  07022

Farmingdale Public School District
SUPERINTENDENT: Edith Conroy
E-MAIL: edith.conroy@farmingdaleschool.com
PHONE NUMBER: (732) 938-9611
49 Academy Street
Farmingdale, NJ  07727

Flemington-raritan Regional School District
SUPERINTENDENT: Kari Mcgann
E-MAIL: kmcgann@frsd.k12.nj.us
PHONE NUMBER: (908) 284-7538
50 Court Street
Flemington, NJ  08822

Florence Township School District
SUPERINTENDENT: Donna Ambrosius
E-MAIL: dambrosius@florence.k12.nj.us
PHONE NUMBER: (609) 499-4600
201 Cedar Street
Florence, NJ  08518

Florham Park Public Schools
SUPERINTENDENT: Steven Caponegro
E-MAIL: steve.caponegro@fpks.org
PHONE NUMBER: (973) 822-3880
67 Ridgedale Aveune
Florham Park, NJ  07932

Folsom Borough School District
SUPERINTENDENT: Matthew Mazzoni
E-MAIL: mmazzoni@folsomschool.org
PHONE NUMBER: (609) 561-8666
1357 Mays Landing Road
Folsom, NJ  08037

Fort Lee School District

SUPERINTENDENT: Kenneth Rota
E-MAIL: krota@flboe.com
PHONE NUMBER: (201) 585-4612
2175 Lemoine Avenue
Fort Lee, NJ  07024

Frankford Township Consolidated School District
SUPERINTENDENT: Braden Hirsch
E-MAIL: hirschb@frankfordschool.org
PHONE NUMBER: (973) 948-3727
2 Pines Road
Branchville, NJ  07826

Franklin Borough School District
SUPERINTENDENT: John Giacchi
E-MAIL: jrgiacchi@fboe.org
PHONE NUMBER: (973) 827-9775
50 Washington Avenue
Franklin, NJ  07416

Franklin Lakes  School District
SUPERINTENDENT: Gayle Strauss
E-MAIL: gstrauss@franklinlakes.k12.nj.us
PHONE NUMBER: (201) 891-1856
490 Pulis Avenue
Franklin Lakes, NJ  07417

Franklin Township Public Schools
SUPERINTENDENT: John Ravally
E-MAIL: jravally@franklinboe.org
PHONE NUMBER: (732) 873-2400
1755 Amwell Rd
Somerset, NJ  08873

Franklin Township School District
SUPERINTENDENT: Matt Eagleburger
E-MAIL: MEagleburger@franklinschool.org
PHONE NUMBER: (908) 689-2958
52 Asbury-Broadway Road
Washington, NJ  07882

Franklin Township School District
SUPERINTENDENT: Nicholas Diaz
E-MAIL: ndiaz@ftschool.org
PHONE NUMBER: (908) 735-7929
226 Quakertown Road
Quakertown, NJ  08868

Fredon Township School District
SUPERINTENDENT: Matthew Beck
E-MAIL: mbeck@fredon.org
PHONE NUMBER: (973) 383-4151
459 Route #94S
Newton, NJ  07860

Freehold Borough School District

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

SUPERINTENDENT: Rocco Tomazic
E-MAIL: rtomazic@freeholdboro.k12.nj.us
PHONE NUMBER: (732) 761-2100
280 Park Avenue
Freehold, NJ  07728

Freehold Regional High School District
SUPERINTENDENT: Charles Sampson
E-MAIL: csampson@frhsd.com
PHONE NUMBER: (732) 792-7300
11 Pine Street
Englishtown, NJ  07726

Freehold Township School District
SUPERINTENDENT: Neal Dickstein
E-MAIL: ndickstein@freeholdtwp.k12.nj.us
PHONE NUMBER: (732) 462-8400
384 West Main Street
Freehold, NJ  07728

Frelinghuysen Township School District
SUPERINTENDENT: Stephanie Bonaparte
E-MAIL: bonaparte@frelinghuysenschool.org
PHONE NUMBER: (908) 362-6319
780 Route 94
Johnsonburg, NJ  07846

Frenchtown Borough School District
SUPERINTENDENT: Daria Wasserbach
E-MAIL: dariawasserbach@dvrhs.k12.nj.us
PHONE NUMBER: (908) 996-2751
902 Harrison St.
Frenchtown, NJ  08822

Galloway Township Public Schools
SUPERINTENDENT: Annette Giaquinto
E-MAIL: giaquintoa@gtps.k12.nj.us
PHONE NUMBER: (609) 748-1250
101 S Reeds Road
Galloway, NJ  08205

Garfield Public School District
SUPERINTENDENT: Anna Sciacca
E-MAIL: asciacca@gboe.org
PHONE NUMBER: (973) 340-5000
34 Outwater Lane
Garfield, NJ  07026

Garwood Boro
SUPERINTENDENT: Teresa Quigley
E-MAIL: tquigley@garwoodschools.org
PHONE NUMBER: (908) 789-0331
400 Second Avenue
Garwood, NJ  07027

Gateway Regional School Dsitrict

SUPERINTENDENT: Shannon Whalen
E-MAIL: swhalen@gatewayhs.com
PHONE NUMBER: (856) 848-8200
775 Tanyard Road
Woodbury Heights, NJ  08096

Gibbsboro Elementary School
SUPERINTENDENT: Jack Marcellus
E-MAIL: jmarcellus@gibbsboroschool.org
PHONE NUMBER: (856) 783-1140
37 Kirkwood Rd.
Gibbsboro, NJ  08026

Glassboro School District
SUPERINTENDENT: Mark Silverstein
E-MAIL: msilverstein@gpsd.us
PHONE NUMBER: (856) 652-2700
560 Joseph Bowe Memorial Blvd
Glassboro, NJ  08028

Glen Ridge Public Schools
SUPERINTENDENT: Dirk Phillips
E-MAIL: dphillips@glenridge.org
PHONE NUMBER: (973) 429-8302
12 High Street
Glen Ridge, NJ  07028

Glen Rock Public School District
SUPERINTENDENT: Brett Charleston
E-MAIL: charlestonb@glenrocknj.org
PHONE NUMBER: (201) 445-7700
620 Harristown Road
Glen Rock, NJ  07452

Gloucester City Public School District
SUPERINTENDENT: Dennis Vespe
E-MAIL: dvespe@gcsd.k12.nj.us
PHONE NUMBER: (856) 456-7000
520 Cumberland Street
Gloucester City, NJ  08030

Gloucester Township School District
SUPERINTENDENT: John Bilodeau
E-MAIL: jbilodeau@gloucestertownshipschools.org
PHONE NUMBER: (856) 227-1400
17 Erial Road
Blackwood, NJ  08012

Greater Egg Harbor Regional High School District
SUPERINTENDENT: John Keenan
E-MAIL: jkeenan@gehrhsd.net
PHONE NUMBER: (609) 625-1456
1824 Dr. Dennis Foreman Dr.
Mays Landing, NJ  08330

Green Brook Township Public School District

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

SUPERINTENDENT: James Bigsby
E-MAIL: jbigsby@gbtps.org
PHONE NUMBER: (732) 968-1171
132 Jefferson Avenue
Green Brook, NJ 08812

Green Township School District
SUPERINTENDENT: Lydia Furnari
E-MAIL: lfurnari@greenhills.org
PHONE NUMBER: (973) 300-3800
69 Mackerley Road
Greendell, NJ 07839

Greenwich Township School District
SUPERINTENDENT: Maria Eppolite
E-MAIL: eppolitem@gtsd.net
PHONE NUMBER: (908) 859-2022
101 Wyndham Farm Boulevard
Stewartsville, NJ 08886

Greenwich Township School District
SUPERINTENDENT: Jennifer Hindman
E-MAIL: jfoley-hindman@gtsdk8.us
PHONE NUMBER: (856) 224-4920
415 Swedesboro Rd
Gibbstown, NJ 08027

Greenwich Township School District
SUPERINTENDENT: John Klug
E-MAIL: John.Klug@stowcreekschool.com
PHONE NUMBER: (856) 451-5513
839 Ye Greate Street
Greenwich, NJ 08323

Guttenberg School District
SUPERINTENDENT: Michelle Rosenberg
E-MAIL: mrosenberg@alkschool.org
PHONE NUMBER: (201) 861-3100
301 69Th Street
Guttenberg, NJ 07093

Hackensack School District
SUPERINTENDENT: Robert Sanchez
E-MAIL: rsanchez@hackensackschools.org
PHONE NUMBER: (201) 646-8000
191 Second Street
Hackensack, NJ 07601

Hackettstown Public School District
SUPERINTENDENT: David Mango
E-MAIL: dmango@hackettstown.org
PHONE NUMBER: (908) 852-2800
315 Washington Street
Hackettstown, NJ 07840

Haddon Heights School District

SUPERINTENDENT: Michael Adams
E-MAIL: adamsm@hhsd.k12.nj.us
PHONE NUMBER: (856) 547-1412
316-A Seventh Ave
Haddon Heights, NJ 08035

Haddon Township School District
SUPERINTENDENT: Bonnie Edwards
E-MAIL: bedwards@htsd.us
PHONE NUMBER: (856) 869-7750
500 Rhoads Avenue
Westmont, NJ 08108

Haddonfield School District
SUPERINTENDENT: Charles Klaus
E-MAIL: cklaus@haddonfield.k12.nj.us
PHONE NUMBER: (856) 429-7510
1 Lincoln Avenue
Haddonfield, NJ 08033

Hainesport Township School District
SUPERINTENDENT: Joseph Corn
E-MAIL: jcorn@hainesport.k12.nj.us
PHONE NUMBER: (609) 267-1316
211 Broad St.
Hainesport, NJ 08036

Haledon Public School District
SUPERINTENDENT: Miguel Hernandez
E-MAIL: dr.hernandez@mrhs.net
PHONE NUMBER: (973) 790-9000
70 Church St.
Haledon, NJ 07508

Hamburg School District
SUPERINTENDENT: Kimberly Sigman
E-MAIL: ksigman@hamburgschool.com
PHONE NUMBER: (973) 827-7570
30 Linwood Ave.
Hamburg, NJ 07419

Hamilton Township
SUPERINTENDENT: Frank Vogel
E-MAIL: vogelf@hamiltonschools.org
PHONE NUMBER: (609) 631-4100
90 Park Avenue
Hamilton, NJ 08690

Hamilton Township School District
SUPERINTENDENT: Frank Vogel
E-MAIL: vogelf@hamiltonschools.org
PHONE NUMBER: (609) 625-6600
1876 Dr. Dennis Foreman Dr.
Mays Landing, NJ 08330

Hammonton School District

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

SUPERINTENDENT: Robin Chieco
E-MAIL: rchieco@hammontonps.org
PHONE NUMBER: (609) 567-7000
566 Old Forks Road
Hammonton, NJ  08037

Hampton Borough School District
SUPERINTENDENT: Jason Kornegay
E-MAIL: jkornegay@hamptonpublicschool.org
PHONE NUMBER: (908) 537-4101
32-41 South Street
Hampton, NJ  08827

Hampton Township School District
SUPERINTENDENT: Craig Hutcheson
E-MAIL: hutcheson@mckeown.org
PHONE NUMBER: (973) 383-5300
1 School Road
Newton, NJ  07860

Hanover Park Regional High School District
SUPERINTENDENT: Maria Carrell
E-MAIL: mcarrell@hpreg.org
PHONE NUMBER: (973) 887-0320
75 Mount Pleasant Avenue
East Hanover, NJ  07936

Hanover Township School District
SUPERINTENDENT: Michael Wasko
E-MAIL: michael.wasko@hanovertwpschools.org
PHONE NUMBER: (973) 515-2407
61 Highland Avenue
Whippany, NJ  07981

Harding Township School District
SUPERINTENDENT: Matthew Spelker
E-MAIL: mspelker@hardingtwp.org
PHONE NUMBER: (973) 267-6398
34 Lees Hill Road
New Vernon, NJ  07976

Hardyston Township School District
SUPERINTENDENT: Michael Ryder
E-MAIL: mryder@htps.org
PHONE NUMBER: (973) 823-7000
183 Wheatsworth Road
Hamburg, NJ  07419

Harmony Township School District
SUPERINTENDENT: Christopher Carrubba
E-MAIL: carrubbac@htesd.org
PHONE NUMBER: (908) 859-1001
2551 Belvidere Road
Phillipsburg, NJ  08865

Harrington Park School District

SUPERINTENDENT: Adam Fried
E-MAIL: fried@hpsd.org
PHONE NUMBER: (201) 768-5700
191 Harriot Avenue
Harrington Park, NJ  07640

Harrison Public Schools
SUPERINTENDENT: James Doran
E-MAIL: james.doran@staff.harrisonschools.org
PHONE NUMBER: (973) 483-4627
501 Hamilton Street
Harrison, NJ  07029

Harrison Township School District
SUPERINTENDENT: Margaret Peretti
E-MAIL: perettim@harrisontwp.k12.nj.us
PHONE NUMBER: (856) 478-2016
120 N. Main Street
Mullica Hill, NJ  08062

Hasbrouck Heights School District
SUPERINTENDENT: Matthew Helfant
E-MAIL: helfantm@hhschools.org
PHONE NUMBER: (201) 288-6150
379 Boulevard
Hasbrouck Heights, NJ  07604

Haworth Public School District
SUPERINTENDENT: Peter Hughes
E-MAIL: hughesp@nvnet.org
PHONE NUMBER: (201) 384-5526
205 Valley Road
Haworth, NJ  07641

Hawthorne Public School District
SUPERINTENDENT: Richard Spirito
E-MAIL: rspirito@hawthorne.k12.nj.us
PHONE NUMBER: (973) 427-1300
445 Lafayette Avenue
Hawthorne, NJ  07506

Hazlet Township Public School District
SUPERINTENDENT: Scott Ridley
E-MAIL: sridley@hazlet.org
PHONE NUMBER: (732) 264-8402
421 Middle Road
Hazlet, NJ  07730

Henry Hudson Regional School District
SUPERINTENDENT: Susan Compton
E-MAIL: scompton@henryhudsonreg.k12.nj.us
PHONE NUMBER: (732) 872-0900
1 Grand Tour
Highlands, NJ  07732

Hi Nella

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

SUPERINTENDENT: Thomas Attanasi
E-MAIL: attanasit@stratford.k12.nj.us
PHONE NUMBER: (856) 566-4197
801 Preston Ave
SOMERDALE, NJ  08083

High Bridge Borough School District
SUPERINTENDENT: Gregory Hobaugh
E-MAIL: hobaughg@hbschools.org
PHONE NUMBER: (908) 638-4103
50 Thomas St
High Bridge, NJ  08829

High Point Regional High School District
SUPERINTENDENT: Scott Ripley
E-MAIL: sripley@hpregional.org
PHONE NUMBER: (973) 875-3101
299 Pidgeon Hill Road
Sussex, NJ  07461

Highland Park Boro School District
SUPERINTENDENT: Scott Taylor
E-MAIL: taylor@hpschools.net
PHONE NUMBER: (732) 572-6990
435 Mansfield Street
Highland Park, NJ  08904

Highlands Borough School District
SUPERINTENDENT: Susan Compton
E-MAIL: scompton@highlandselementary.org
PHONE NUMBER: (732) 872-1476
360 Navesink Ave
Highlands, NJ  07732

Hillsborough Township Public School District
SUPERINTENDENT: Lisa Antunes
E-MAIL: lantunes@htps.us
PHONE NUMBER: (908) 431-6600
379 South Branch Road
Hillsborough, NJ  08844

Hillsdale School District
SUPERINTENDENT: Robert Lombardy
E-MAIL: rlombardy@hillsdaleschools.com
PHONE NUMBER: (201) 664-0282
32 Ruckman Road
Hillsdale, NJ  07642

Hillside Board Of Education
SUPERINTENDENT: Robert Gregory
E-MAIL: rgregory@hillsidek12.org
PHONE NUMBER: (908) 352-7664
195 Virginia Street
Hillside, NJ  07205

Hoboken Public School District

SUPERINTENDENT: Christine Johnson
E-MAIL: cjohnson@hoboken.k12.nj.us
PHONE NUMBER: (201) 356-3601
158 4Th Street
Hoboken, NJ  07030

Ho-ho-kus School District
SUPERINTENDENT: Diane Mardy
E-MAIL: dmardy@hohokus.org
PHONE NUMBER: (201) 612-4427
70 Lloyd Road
Ho-Ho-Kus, NJ  07443

Holland Township School District
SUPERINTENDENT: Stephanie Snyder
E-MAIL: ssnyd@hollandschool.org
PHONE NUMBER: (908) 995-2401
714 Milford Warren Glen Rd.
Milford, NJ  08848

Holmdel Township School District
SUPERINTENDENT: Lee Seitz
E-MAIL: lseitz@holmdelschools.org
PHONE NUMBER: (732) 946-1800
65 Mccampbell Road
Holmdel, NJ  07733

Hopatcong Borough School District
SUPERINTENDENT: Arthur DiBenedetto
E-MAIL: adibenedetto@hopatcongschools.org
PHONE NUMBER: (973) 398-8800
2 Windsor Ave
Hopatcong, NJ  07843

Hope Township School District
SUPERINTENDENT: Kevin Newman
E-MAIL: knewman@hope-elem.org
PHONE NUMBER: (908) 459-4242
320 Johnsonburg Road
Hope, NJ  07844

Hopewell Township School District
SUPERINTENDENT: Meghan Lammersen
E-MAIL: mlammersen@hopewellcrest.org
PHONE NUMBER: (856) 451-9203
122 Sewall Road
Bridgeton, NJ  08302

Hopewell Valley Regional School District
SUPERINTENDENT: Thomas Smith
E-MAIL: thomassmith@hvrsd.org
PHONE NUMBER: (609) 737-4000
425 South Main St
Pennington, NJ  08534

Howell Township Public School District

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

SUPERINTENDENT: Joseph Isola
E-MAIL: jisola@howell.k12.nj.us
PHONE NUMBER: (732) 751-2480
200 Squankum-Yellowbrook Road
Farmingdale, NJ  07727

Hudson County Schools Of Technology
SUPERINTENDENT: Amy Rodriguez
E-MAIL: alinrodriguez@hcstonline.org
PHONE NUMBER: (201) 662-6800
8511 Tonnelle Avenue
North Bergen, NJ  07047

Hunterdon Central Regional High School
SUPERINTENDENT: Jeffrey Moore
E-MAIL: jeffrey.moore@hcrhs.org
PHONE NUMBER: (908) 782-5727
84 Route 31
Flemington, NJ  08822

Hunterdon County Educational Services Commission
SUPERINTENDENT: Marie Gorey
E-MAIL: mgorey@hunterdonesc.org
PHONE NUMBER: (908) 439-4280
51 Sawmill Road
Lebanon, NJ  08833

Hunterdon County Vocational School District
SUPERINTENDENT: Todd Bonsall
E-MAIL: tbonsall@hcvsd.org
PHONE NUMBER: (908) 788-1119
8 Bartles Corner Road
Flemington, NJ  08822

Interlaken
SUPERINTENDENT: Lori Reibrich
E-MAIL: lreibrich@interlakenboro.com
PHONE NUMBER: (732) 531-1558
100 Grassmere Avenue
Interlaken, NJ  07712

Irvington Board Of Education
SUPERINTENDENT: April Vauss
E-MAIL: avauss@irvington.k12.nj.us
PHONE NUMBER: (973) 399-6800
1 University Place
Irvington, NJ  07111

Island Heights Board Of Education
SUPERINTENDENT: Tim Rehm
E-MAIL: trehm@islandheights.k12.nj.us
PHONE NUMBER: (732) 929-1222
115 Summit Avenue
Island Heights, NJ  08732

Jackson Township School District

SUPERINTENDENT: Nicole Pormilli
E-MAIL: npormilli@jacksonsd.org
PHONE NUMBER: (732) 833-4600
151 Don Connor Boulevard
Jackson, NJ  08527

Jefferson Township Public School District
SUPERINTENDENT: Jeanne Howe
E-MAIL: jhowe@jefftwp.org
PHONE NUMBER: (973) 663-5780
31 Route 181
Lake Hopatcong, NJ  07849

Jersey City Public Schools
SUPERINTENDENT: Franklin Walker
E-MAIL: fwalker@jcboe.org
PHONE NUMBER: (201) 915-6201
346 Claremont Avenue
Jersey City, NJ  07305

Keansburg School District
SUPERINTENDENT: Doug Covert
E-MAIL: dcovert@keansburg.k12.nj.us
PHONE NUMBER: (732) 787-2007
100 Palmer Place
Keansburg, NJ  07734

Kearny
SUPERINTENDENT: Patricia Blood
E-MAIL: pblood@kearnyschools.com
PHONE NUMBER: (201) 955-5000
172-174 Midland Avenue
Kearny, NJ  07032

Kenilworth School District
SUPERINTENDENT: Kyle Arlington
E-MAIL: kyle_arlington@kenilworthschools.com
PHONE NUMBER: (908) 276-1644
426 Boulevard
Kenilworth, NJ  07033

Keyport School District
SUPERINTENDENT: Lisa Savoia
E-MAIL: lsavoia@kpsdschools.org
PHONE NUMBER: (732) 212-6100
370 Broad Street
Keyport, NJ  07735

Kingsway Regional School District
SUPERINTENDENT: James Lavender
E-MAIL: lavenderj@krsd.org
PHONE NUMBER: (856) 467-4600
213 Kings Highway
Woolwich Twp., NJ  08085

Kingwood Township School District

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

SUPERINTENDENT: Rick Falkenstein
E-MAIL: rfalkenstein@kingwoodschool.org
PHONE NUMBER: (908) 996-2941
880 County Rd 519
Frenchtown, NJ  08825

Kinnelon School District
SUPERINTENDENT: Diane Digiuseppe
E-MAIL: digiusepped@kinnelon.org
PHONE NUMBER: (973) 838-1418
109 Kiel Avenue
Kinnelon, NJ  07405

Kipp Cooper Norcross Academy At Lanning Square
SUPERINTENDENT: Bridgit Rosa
E-MAIL: bcusatorosa@kippnj.org
PHONE NUMBER: (856) 966-9600
465 Berkley Street
Camden, NJ  08103

Kittatinny Regional School District
SUPERINTENDENT: Craig Hutcheson
E-MAIL: chutches@krhs.net
PHONE NUMBER: (973) 383-1800
77 Halsey Road
Newton, NJ  07860

Knowlton Township School District
SUPERINTENDENT: Jeannine Defalco
E-MAIL: defalcoj@knowltonschool.com
PHONE NUMBER: (908) 475-5118
80 Route 46
Delaware, NJ  07833

Lacey Township School District
SUPERINTENDENT: Vanessa Clark
E-MAIL: vclark@laceyschools.org
PHONE NUMBER: (609) 971-2000
200 Western Blvd.
Lanoka Harbor, NJ  08734

Lafayette Township School District
SUPERINTENDENT: Jennifer Cenatiempo
E-MAIL: jcenatiempo@ltes.org
PHONE NUMBER: (973) 875-3344
178 Beaver Run Rd
Lafayette, NJ  07848

Lake Como
SUPERINTENDENT: David Hallman
E-MAIL: hallman@belmar.k12.nj.us
PHONE NUMBER: (732) 859-1337
1101 Main St
Belmar, NJ  07719

Lakehurst Elementary School District

SUPERINTENDENT: Loren Fuhring
E-MAIL: lfuhring@lakehurstschool.org
PHONE NUMBER: (732) 657-5741
301 Union Avenue
Lakehurst, NJ  08733

Lakeland Regional High School District
SUPERINTENDENT: Hugh Beattie
E-MAIL: hbeattie@lakeland.k12.nj.us
PHONE NUMBER: (973) 835-1900
205 Conklintown Road
Wanaque, NJ  07465

Lakewood Township
SUPERINTENDENT: Laura Winters
E-MAIL: lwinters@lakewoodpiners.org
PHONE NUMBER: (732) 364-2400
200 Ramsey Avenue
Lakewood, NJ  08701

Lambertville Public School
SUPERINTENDENT: Wanda Quinones
E-MAIL: wanda.quinones@shrsd.org
PHONE NUMBER: (609) 397-0183
200 North Main Street
Lambertville, NJ  08530

Laurel Springs School District
SUPERINTENDENT: Thomas Attanasi
E-MAIL: tattanasi@laurelspringsschool.org
PHONE NUMBER: (856) 783-1086
623 Grand Ave.
Laurel Springs, NJ  08021

Lavallette Borough Board Of Education
SUPERINTENDENT: Peter Morris
E-MAIL: pmorris@lavallettek12.org
PHONE NUMBER: (732) 793-7722
105 Brooklyn Avenue
Lavallette, NJ  08735

Lawnside School Distric
SUPERINTENDENT: Ronn Johnson
E-MAIL: ronnjohnson@lawnside.k12.nj.us
PHONE NUMBER: (856) 546-4850
426   East Charleston Avenue
Lawnside, NJ  08045

Lawrence Township Public School District
SUPERINTENDENT: Ross Kasun
E-MAIL: rkasun@ltps.org
PHONE NUMBER: (609) 671-5500
2565 Princeton Pike
Lawrenceville, NJ  08648

Lawrence Township School District

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

SUPERINTENDENT: Shelleymarie Magan
E-MAIL: smagan@myronlpowell.org
PHONE NUMBER: (856) 447-4237
225 Main Street
Cedarville, NJ  08311

Lebanon Borough School District
SUPERINTENDENT: Bruce Arcurio
E-MAIL: barcurio@lebanonschool.org
PHONE NUMBER: (908) 236-2448
6 Maple Street
Lebanon Borough, NJ  08833

Lebanon Township School District
SUPERINTENDENT: Jason Kornegay
E-MAIL: jkornegay@lebtwpk8.org
PHONE NUMBER: (908) 638-4521
70 Bunnvale Road
Califon, NJ  07830

Lenape Regional High School District
SUPERINTENDENT: Carol Birnbohm
E-MAIL: cbirnbohm@lrhsd.org
PHONE NUMBER: (609) 268-2000
93 Willow Grove Road
Shamong, NJ  08088

Lenape Valley Regional High School District
SUPERINTENDENT: Paul Dirupo
E-MAIL: pdirupo@lvhs.org
PHONE NUMBER: (973) 347-7600
28 Sparta Road
Stanhope, NJ  07874

Leonia Public School District
SUPERINTENDENT: Edward Bertolini
E-MAIL: bertolini@leoniaschools.org
PHONE NUMBER: (201) 302-5200
566 Grand Avenue
Leonia, NJ  07605

Lincoln Park School District
SUPERINTENDENT: James Grube
E-MAIL: grube@lincpk.com
PHONE NUMBER: (973) 696-5500
92 Ryerson Road
Lincoln Park, NJ  07035

Linden Public School District
SUPERINTENDENT: Marnie Hazelton
E-MAIL: mhazelton@lindenps.org
PHONE NUMBER: (908) 486-2800
2 E. Gibbons Street
Linden, NJ  07036

Lindenwold Public School District

SUPERINTENDENT: Lori Moore
E-MAIL: lmoore@lindenwold.k12.nj.us
PHONE NUMBER: (856) 783-0276
801 Egg Harbor Road
Lindenwold, NJ  08021

Linwood City School District
SUPERINTENDENT: Brian Pruitt
E-MAIL: brianpruitt@linwoodschools.org
PHONE NUMBER: (609) 926-6700
51 Belhaven Avenue
Linwood, NJ  08221

Little Egg Harbor Township School District
SUPERINTENDENT: Melissa Mccooley
E-MAIL: Mmccooley@lehsd.org
PHONE NUMBER: (609) 296-1719
307 Frog Pond Road
Little Egg Harbor, NJ  08087

Little Falls Township Public School District
SUPERINTENDENT: Tracey Marinelli
E-MAIL: tmarinelli@lfschools.org
PHONE NUMBER: (973) 256-7371
Little Falls School # 3
Little Falls, NJ  07424

Little Ferry Public School District
SUPERINTENDENT: Frank Scarafile
E-MAIL: fscarafile@lfboe.org
PHONE NUMBER: (201) 641-6192
130 Liberty Street
Little Ferry, NJ  07643

Little Silver Boro School District
SUPERINTENDENT: Michael Ettore
E-MAIL: mettore@littlesilverschools.org
PHONE NUMBER: (732) 741-2188
124 Willow Drive
Little Silver, NJ  07739

Livingston Public Schools School District
SUPERINTENDENT: Matthew Block
E-MAIL: mblock@livingston.org
PHONE NUMBER: (973) 535-8000
11 Foxcroft Drive
Livingston, NJ  07039

Lodi School District
SUPERINTENDENT: Douglas Petty
E-MAIL: douglas.petty@lodi.k12.nj.us
PHONE NUMBER: (973) 778-4620
8 Hunter Street
Lodi, NJ  07644

Logan Township School District

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

SUPERINTENDENT: Patricia Haney
E-MAIL: phaney@logantownshipschools.org
PHONE NUMBER: (856) 467-5133
110 School Lane
Logan Township, NJ  08085

Long Beach Island Consolidated School District
SUPERINTENDENT: Peter Kopack
E-MAIL: pkopack@lbi.k12.nj.us
PHONE NUMBER: (609) 494-2341
201 20Th Street
Ship Bottom, NJ  08008

Long Branch Public School District
SUPERINTENDENT: Michael Salvatore
E-MAIL: msalvatore@longbranch.k12.nj.us
PHONE NUMBER: (732) 571-2868
540 Broadway
Long Branch, NJ  07740

Long Hill Township School District
SUPERINTENDENT: Edwin Acevedo
E-MAIL: eacevedo@longhill.org
PHONE NUMBER: (908) 647-1200
759 Valley Road
Gillette, NJ  07933

Lopatcong Township School District
SUPERINTENDENT: Debra Mercora
E-MAIL: mercorad@lopatsd.org
PHONE NUMBER: (908) 213-2995
321 Stonenhenge Drive
Phillipsburg, NJ  08865

Lower Cape May Regional School District
SUPERINTENDENT: Joseph Castellucci
E-MAIL: castelluccij@lcmrschools.com
PHONE NUMBER: (609) 884-3475
687 Rt 9
Cape May, NJ  08204

Lower Township Elementary School District
SUPERINTENDENT: Jeff Samaniego
E-MAIL: jsamaniego@lowertwpschools.com
PHONE NUMBER: (609) 884-9400
905 Seashore Road
Cape May, NJ  08204

Lumberton Township Board Of Education
SUPERINTENDENT: Joseph Langowski
E-MAIL: jlangowski@lumberton.k12.nj.us
PHONE NUMBER: (609) 267-1406
33 Municipal Drive
Lumberton, NJ  08048

Lyndhurst School District

SUPERINTENDENT: Anthony Grieco
E-MAIL: anthony_grieco@lyndhurst.k12.nj.us
PHONE NUMBER: (201) 438-5683
420 Fern Ave.
Lyndhurst, NJ  07071

Madison Public School District
SUPERINTENDENT: Mark Schwarz
E-MAIL: schwarzm@madisonnjps.org
PHONE NUMBER: (973)593-3100
359 Woodland Road
Madison, NJ  07940

Magnolia School District
SUPERINTENDENT: Karen Macpherson
E-MAIL: kmacpherson@magnoliaschools.org
PHONE NUMBER: (856) 783-4763
420 N. Warwick Rd
Magnolia, NJ  08049

Mahwah Township Public School District
SUPERINTENDENT: Leonard Fitts
E-MAIL: lfitts@mahwah.k12.nj.us
PHONE NUMBER: (201) 762-2400
60 Ridge Rd.
Mahwah, NJ  07430

Mainland Regional High School District
SUPERINTENDENT: Mark Marrone
E-MAIL: mmarrone@mainlandregional.net
PHONE NUMBER: (609) 927-4151
1301 Oak Avenue
Linwood, NJ  08221

Manalapan-englishtown Regional Schools School
District
SUPERINTENDENT: John Marciante
E-MAIL: jmarciante@mersnj.us
PHONE NUMBER: (732) 786-2500
54 Main Street
Englishtown, NJ  07726

Manasquan School District
SUPERINTENDENT: Frank Kasyan
E-MAIL: fkasyan@manasquanboe.org
PHONE NUMBER: (732) 528-8800
169 Broad Street
Manasquan, NJ  08736

Manchester Township School District
SUPERINTENDENT: David Trethaway
E-MAIL: dtrethaway@mtschools.org
PHONE NUMBER: (732) 350-5900
121 Route 539
Whiting, NJ  08759

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Mansfield Township Elementary School District
SUPERINTENDENT: Anthony Giordano
E-MAIL: giordanoa@mansfieldtsd.org
PHONE NUMBER: (908) 689-3212
50 Port Murray Road
Port Murray, NJ  07865

Mansfield Township School District
SUPERINTENDENT: Tiffany Moutis
E-MAIL: tmoutis@mansfieldschool.com
PHONE NUMBER: (609) 298-2037
200 Mansfied Road East
Columbus, NJ  08022

Mantua Township School District
SUPERINTENDENT: Robert Miles
E-MAIL: rmiles@mantuaschools.com
PHONE NUMBER: (856) 468-2225
684 Main Street
Sewell, NJ  08080

Manville Board Of Education
SUPERINTENDENT: Robert Beers
E-MAIL: rbeers@manvillesd.org
PHONE NUMBER: (908) 231-8500
410 Brooks Blvd
Manville, NJ  08835

Maple Shade School District
SUPERINTENDENT: Beth Norcia
E-MAIL: bnorcia@msemail.org
PHONE NUMBER: (856) 779-1750
170 Frederick Avenue
Maple Shade, NJ  08052

Margate City School District
SUPERINTENDENT: Thomas Baruffi
E-MAIL: tbaruffi@margateschools.org
PHONE NUMBER: (609) 822-1447
8103 Winchester Avenue
Margate, NJ  08402

Marie H. Katzenbach School For The Deaf
SUPERINTENDENT: Joan Krasnisky
E-MAIL: joan.krasnisky@mksd.org
PHONE NUMBER: (609) 530-3112
320 Sullivan Way
West Trenton, NJ  08628

Marlboro Township School District
SUPERINTENDENT: Eric Hibbs
E-MAIL: ehibbs@mtps.org
PHONE NUMBER: (732) 972-2000
1980 Township Drive
Marlboro, NJ  07746

Mastery Schools Of Camden
SUPERINTENDENT: Scott Gordon
E-MAIL: scott.gordon@masterycharter.org
PHONE NUMBER: (215) 866-9000
5700 Wayne Ave
Philadelphia, NJ  19144

Matawan-aberdeen Regional School District
SUPERINTENDENT: Joseph Majka
E-MAIL: jmajka@marsd.org
PHONE NUMBER: (732) 705-4000
1 Crest Way
Aberdeen, NJ  07747

Maurice River Township School District
SUPERINTENDENT: Walter Kappeler
E-MAIL: wkappeler@mrtes.com
PHONE NUMBER: (856) 825-7411
3593 Rt 47
Port Elizabeth, NJ  08348

Maywood School District
SUPERINTENDENT: Michael Jordan
E-MAIL: mjordan@maywoodschools.org
PHONE NUMBER: (201) 845-9114
452 Maywood Avenue
Maywood, NJ  07607

Medford Lakes School District
SUPERINTENDENT: Anthony Dent
E-MAIL: adent@medford-lakes.k12.nj.us
PHONE NUMBER: (609) 654-0991
135 Mudjekeewis Trail
Medford Lakes, NJ  08055

Medford Township School District
SUPERINTENDENT: Joseph Rossi
E-MAIL: jdelrossi@medford.k12.nj.us
PHONE NUMBER: (609) 654-6416
137 Hartford Road
Medford, NJ  08055

Mendham Borough School District
SUPERINTENDENT: Mitzi Morillo
E-MAIL: morillo@mendhamboroschools.org
PHONE NUMBER: (973) 543-4251
100 Dean Road
Mendham, NJ  07945

Mendham Township School District
SUPERINTENDENT: Salvatore Constantino
E-MAIL: sconstantino@mendhamtwp.org
PHONE NUMBER: (973) 543-7107
18 West Main Street
Brookside, NJ  07926

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Mercer County Special Services School District
SUPERINTENDENT: Kimberly Schneider
E-MAIL: kimberly_schneider@mcsssd.org
PHONE NUMBER: (609) 631-2100
1020 Old Trenton Road
Hamilton, NJ  08690

Merchantville School District
SUPERINTENDENT: Scott Strong
E-MAIL: strong@merchantville.k12.nj.us
PHONE NUMBER: (856) 663-1091
130 S. Centre Street
Merchantville, NJ  08109

Metuchen Public School District
SUPERINTENDENT: Vincent Caputo
E-MAIL: vcaputo@metboe.k12.nj.us
PHONE NUMBER: (732) 321-8700
16 Simpson Place
Metuchen, NJ  08840

Middle Township Public School District
SUPERINTENDENT: David Salvo
E-MAIL: salvod@middletwp.k12.nj.us
PHONE NUMBER: (609) 465-1800
216 South Main Street
Cape May Court House, NJ  08210

Middlesex Borough School District
SUPERINTENDENT: Frederick Williams
E-MAIL: williamsf@middlesex.k12.nj.us
PHONE NUMBER: (732) 317-6000
300 John F. Kennedy Drive
Middlesex, NJ  08846

Middlesex County Vocational And Technical School
District
SUPERINTENDENT: Dianne Veilleux
E-MAIL: veilleuxd@mcvts.net
PHONE NUMBER: (732) 257-3300
112 Rues Lane
East Brunswick, NJ  08816

Middlesex Regional Educational Services
Commission
SUPERINTENDENT: Mark Finkelstein
E-MAIL: mfinkelstein@escnj.us
PHONE NUMBER: (732) 777-9848
1660 Stelton Road
Piscataway, NJ  08854

Middletown Township Public School District
SUPERINTENDENT: William George
E-MAIL: georgew@middletownk12.org
PHONE NUMBER: (732) 671-3850
834 Leonardville Road

Leonardo, NJ  07737

Midland Park School District
SUPERINTENDENT: Marie Cirasella
E-MAIL: mcirasella@mpsnj.org
PHONE NUMBER: (201) 444-1400
250 Prospect Street
Midland Park, NJ  07432

Milford Borough School District
SUPERINTENDENT: Rick Falkenstein
E-MAIL: rfalkenstein@milfordpublicschool.com
PHONE NUMBER: (908) 995-4349
7 Hillside Avenue
Milford, NJ  08848

Millburn Township Schools
SUPERINTENDENT: Christine Burton
E-MAIL: christine.burton@millburn.org
PHONE NUMBER: (973) 376-3600
434 Millburn Avenue
Millburn, NJ  07041

Millstone Township
SUPERINTENDENT: Christopher Huss
E-MAIL: chuss@millstone.k12.nj.us
PHONE NUMBER: (732) 786-0950
5 Dawson Court
Millstone Township, NJ  08535

Milltown School District
SUPERINTENDENT: Stephanie Brown
E-MAIL: sbrown@milltownps.org
PHONE NUMBER: (732) 214-2365
21 West Church Street
Milltown, NJ  08850

Millville  School District
SUPERINTENDENT: Tony Trongone
E-MAIL: tony.trongone@millville.org
PHONE NUMBER: (856) 293-2000
110 N. Third Street
Millville, NJ  08332

Mine Hill Township School District
SUPERINTENDENT: Lee Nittel
E-MAIL: lnittel@minehillcas.org
PHONE NUMBER: (973) 366-0590
42 Canfield Avenue
Mine Hill, NJ  07803

Monmouth Beach Elementary School District
SUPERINTENDENT: Jessica Alfone
E-MAIL: alfone@mbschool.org
PHONE NUMBER: (732) 222-6139
7 Hastings Place

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Monmouth Beach, NJ  07750

Monmouth County Vocational School District
SUPERINTENDENT: Charles Ford
E-MAIL: cford@ctemc.org
PHONE NUMBER: (732) 431-7942
4000 Kozloski Road
Freehold, NJ  07728

Monmouth Regional High School District
SUPERINTENDENT: Andrew Teeple
E-MAIL: ateeple@monmouthregional.net
PHONE NUMBER: (732) 542-1170
1 Norman J Field Way
Tinton Falls, NJ  07724

Monmouth-ocean Educational Services Commission
SUPERINTENDENT: Tara Beams
E-MAIL: tbeams@moesc.org
PHONE NUMBER: (732) 695-7800
100 Tornillo Way
Tinton Falls, NJ  07712

Monroe Township Public School District
SUPERINTENDENT: Thomas Coleman
E-MAIL: tcoleman@monroetwp.k12.nj.us
PHONE NUMBER: (856) 629-6400
75 East Academy Street
Williamstown, NJ  08326

Monroe Township School District
SUPERINTENDENT: Dori Alvich
E-MAIL: dori.alvich@monroe.k12.nj.us
PHONE NUMBER: (732) 521-2111
423 Buckelew Avenue
Monroe Township, NJ  08831

Montague Township School District
SUPERINTENDENT: Timothy Capone
E-MAIL: tcapone@montagueschool.org
PHONE NUMBER: (973) 293-7131
475 Route 206
Montague, NJ  07827

Montclair Public Schools
SUPERINTENDENT: Nathan Parker
E-MAIL: nparker@montclair.k12.nj.us
PHONE NUMBER: (973) 509-4000
22 Valley Rd.
Montclair, NJ  07042

Montgomery Township School District
SUPERINTENDENT: Mary Mcloughlin
E-MAIL: mmcloughlin@mtsd.us
PHONE NUMBER: (609) 466-7600
1014 Route 601

Skillman, NJ  08558

Montvale Board Of Education School District
SUPERINTENDENT: Darren Petersen
E-MAIL: dpetersen@montvalek8.org
PHONE NUMBER: (201) 391-6226
47 Spring Valley Road
Montvale, NJ  07645

Montville Township School District
SUPERINTENDENT: Rene Rovtar
E-MAIL: rene.rovtar@montville.net
PHONE NUMBER: (973) 331-7100
86 River Road
Montville, NJ  07045

Moonachie School District
SUPERINTENDENT: Jonathan Ponds
E-MAIL: jponds@moonachieschool.org
PHONE NUMBER: (201) 641-5833
20 West Park Street
Moonachie, NJ  07074

Moorestown Township Public School District
SUPERINTENDENT: Scott Mccartney
E-MAIL: smccartney@mtps.com
PHONE NUMBER: (856) 778-6600
803 North Stanwick Road
Moorestown, NJ  08057

Morris County Vocational School District
SUPERINTENDENT: Scott Moffitt
E-MAIL: moffitts@mcvts.org
PHONE NUMBER: (973) 627-4600
400 East Main Street
Denville, NJ  07834

Morris Hills Regional School District
SUPERINTENDENT: James Jencarelli
E-MAIL: jjencarelli@mhrd.org
PHONE NUMBER: (973) 664-2280
48 Knoll Drive
Denville, NJ  07834

Morris Plains School District
SUPERINTENDENT: Mark Maire
E-MAIL: mmaire@mpsdk8.org
PHONE NUMBER: (973) 538-1650
500 Speedwell Avenue
Morris Plains, NJ  07950

Morris School District
SUPERINTENDENT: Mackey Pendergrast
E-MAIL: mpendergrast@msdk12.net
PHONE NUMBER: (973) 292-2300
31 Hazel Street

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Morristown, NJ  07960

Morris-union Jointure Commisson School District
SUPERINTENDENT: Janet Fike
E-MAIL: jfike@mujc.org
PHONE NUMBER: (908) 464-7625
340 Central Avenue
New Providence, NJ  07094

Mount Arlington Public School District
SUPERINTENDENT: Monica Rowland
E-MAIL: mrowland@mtarlingtonk8.org
PHONE NUMBER: (973) 770-7140
446 Howard Boulevard
Mount Arlington, NJ  07856

Mount Holly Township Public Schools
SUPERINTENDENT: Robert Mungo
E-MAIL: rmungo@mtholly.k12.nj.us
PHONE NUMBER: (609) 267-7108
331 Levis Drive
Mt. Holly, NJ  08060

Mount Laurel Township School District
SUPERINTENDENT: George Rafferty
E-MAIL: grafferty@mtlaurelschools.org
PHONE NUMBER: (856) 235-3387
330 Mount Laurel Road
Mount Laurel, NJ  08075

Mount Olive Township School District
SUPERINTENDENT: Robert Zywicki
E-MAIL: robert.zywicki@motsd.org
PHONE NUMBER: (973) 691-4000
89 Us Rte. 46
Budd Lake, NJ  07828

Mountain Lakes Public School District
SUPERINTENDENT: Michael Fetherman
E-MAIL: mfetherman@mlschools.org
PHONE NUMBER: (973) 334-8280
96 Powerville Road
Mt Lakes, NJ  07046

Mountainside School District
SUPERINTENDENT: Janet Walling
E-MAIL: jwalling@mountainsideschools.org
PHONE NUMBER: (908) 232-8828
1497 Woodacres Drive
Mountainside, NJ  07092

Mt. Ephraim School District
SUPERINTENDENT: Michael Hunter
E-MAIL: mhunter@mtephraimschools.com
PHONE NUMBER: (856) 931-7807
225 W. Kings Highway

Mt. Ephraim, NJ  08059

Mullica Township School District
SUPERINTENDENT: Andrew Weber
E-MAIL: aweber@mullicaschools.com
PHONE NUMBER: (609) 561-3868
500 Elwood Road
Hammonton, NJ  08037

National Park Boro School District
SUPERINTENDENT: Shannon Whalen
E-MAIL: swhalen@npelem.com
PHONE NUMBER: (856) 845-6876
516 Lakehurst Avenue
National Park, NJ  08063

Neptune City School District
SUPERINTENDENT: Raymond Boccuti
E-MAIL: rboccuti@neptunecityschool.org
PHONE NUMBER: (732) 775-5319
210 West Sylvania Ave.
Neptune City, NJ  07753

Neptune Township School District
SUPERINTENDENT: Tami Crader
E-MAIL: tcrader@neptune.k12.nj.us
PHONE NUMBER: (732) 776-2200
60 Neptune Blvd
Neptune Twp, NJ  07753

Netcong School District
SUPERINTENDENT: Kathleen Walsh
E-MAIL: kwalsh@netcongschool.org
PHONE NUMBER: (973) 347-0020
26 College Road
Netcong, NJ  07857

New Brunswick School District
SUPERINTENDENT: Aubrey Johnson
E-MAIL: aubrey_johnson@nbpsnj.net
PHONE NUMBER: (732) 745-5300
268 Baldwin Street
New Brunswick, NJ  08901

New Hanover Township
SUPERINTENDENT: Scott Larkin
E-MAIL: slarkin@newhanover.k12.nj.us
PHONE NUMBER: (609) 723-2139
122 Fort Dix Street
Wrightstown, NJ  08562

New Milford School District
SUPERINTENDENT: Michael Polizzi
E-MAIL: mpolizzi@newmilfordschools.org
PHONE NUMBER: (201) 261-2952
145 Madison Avenue

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

New Milford, NJ  07646

New Providence Board Of Education
SUPERINTENDENT: David Miceli
E-MAIL: dmiceli@npsdnj.org
PHONE NUMBER: (908) 464-9050
356 Elkwood Avenue
New Providence, NJ  07974

Newark Public School District
SUPERINTENDENT: Roger Leon
E-MAIL: rleon@nps.k12.nj.us
PHONE NUMBER: (973) 733-7333
2 Cedar Street
Newark, NJ  07102

Newfield Boro
SUPERINTENDENT: Don Sullivan
E-MAIL: sulldon108@gmail.com
PHONE NUMBER: (856) 358-7091
1122 Almond Road
Pittsgrove, NJ  08318

Newton Public School District
SUPERINTENDENT: Kennedy Greene
E-MAIL: kgreene@newtonnj.org
PHONE NUMBER: (973) 383-7392
57 Trinity Street
Newton, NJ  07860

North Arlington School District
SUPERINTENDENT: Stephen Yurchak
E-MAIL: syurchak@navikings.org
PHONE NUMBER: (201) 991-6800
222 Ridge Road
North Arlington, NJ  07031

North Bergen School District
SUPERINTENDENT: George Solter
E-MAIL: gsolter@northbergen.k12.nj.us
PHONE NUMBER: (201) 868-1234
7317 Kennedy Blvd
North Bergen, NJ  07047

North Brunswick Township School District
SUPERINTENDENT: Brian Zychowski
E-MAIL: superintendent@nbtschools.org
PHONE NUMBER: (732) 289-3000
300 Old Georges Rd
North Brunswick, NJ  08902

North Caldwell Board Of Education
SUPERINTENDENT: Linda Freda
E-MAIL: lfreda@ncboe.org
PHONE NUMBER: (973) 712-4400
132A Gould Avenue

North Caldwell, NJ  07006

North Haledon School District
SUPERINTENDENT: Nicholas Coffaro
E-MAIL: ncoffaro@nhschools.net
PHONE NUMBER: (973) 427-1220
201 Squaw Brook Rd.
North Haledon, NJ  07508

North Hanover Township School District
SUPERINTENDENT: Helen Payne
E-MAIL: hpayne@nhanover.com
PHONE NUMBER: (609) 738-2600
331 Monmouth Road
Wrightstown, NJ  08562

North Hunterdon-voorhees Regional High School
District
SUPERINTENDENT: Jeffrey Bender
E-MAIL: jbender@nhvweb.net
PHONE NUMBER: (908) 735-2846
1445 State Route 31
Annandale, NJ  08801

North Plainfield Boro
SUPERINTENDENT: Michelle Aquino
E-MAIL: michelle_aquino@nplainfield.org
PHONE NUMBER: (908) 769-6000
33 Mountain Avenue
North Plainfield, NJ  07060

North Warren Regional School District
SUPERINTENDENT: Sarah Bilotti
E-MAIL: sbilotti@northwarren.org
PHONE NUMBER: (908) 362-8211
10 Noe Road
Blairstown, NJ  07825

North Wildwood School District
SUPERINTENDENT: Chris Armstrong
E-MAIL: carmstrong@mmace.com
PHONE NUMBER: (609) 522-6885
1201 Atlantic Avenue
North Wildwood, NJ  08260

Northern Burlington County Regional School District
SUPERINTENDENT: James Sarruda
E-MAIL: jsarruda@nburlington.com
PHONE NUMBER: (609) 298-3900
160 Mansfield Road East
Columbus, NJ  08022

Northern Highlands Regional High School District
SUPERINTENDENT: Scot Beckerman
E-MAIL: beckermans@northernhighlands.org
PHONE NUMBER: (201) 327-8700

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

298 Hillside Avenue
Allendale, NJ  07401

Northern Valley Regional High School District
SUPERINTENDENT: James Santana
E-MAIL: santana@nvnet.org
PHONE NUMBER: (201) 768-2200
162 Knickerbocker Road
Demarest, NJ  07627

Northfield City School District
SUPERINTENDENT: Pete Bretones
E-MAIL: pbretones@ncs-nj.org
PHONE NUMBER: (609) 407-4000
2000 New Road
Northfield, NJ  08225

Northvale Public School District
SUPERINTENDENT: Michael Pinajian
E-MAIL: pinajian@nvnet.org
PHONE NUMBER: (201) 768-8484
441 Tappan Road
Northvale, NJ  07647

Norwood Public School District
SUPERINTENDENT: Lisa Gross
E-MAIL: grossl@nvnet.org
PHONE NUMBER: (201) 768-6363
177 Summit Street
Norwood, NJ  07648

Nutley Public School District
SUPERINTENDENT: Julie Glazer
E-MAIL: jglazer@nutleyschools.org
PHONE NUMBER: (973) 661-3500
315 Franklin Avenue
Nutley, NJ  07110

Oakland Public School District
SUPERINTENDENT: Gina Coffaro
E-MAIL: coffaro@oaklandschoolsnj.org
PHONE NUMBER: (201) 337-6156
315 Ramapo Valley Road
Oakland, NJ  07436

Oaklyn Public School District
SUPERINTENDENT: Scott Oswald
E-MAIL: soswald@collsk12.org
PHONE NUMBER: (856) 858-0335
136 Kendall Blvd.
Oaklyn, NJ  08107

Ocean City School District
SUPERINTENDENT: Kathleen Taylor
E-MAIL: ktaylor@ocsdnj.org
PHONE NUMBER: (609) 399-4161

501 Atlantic Avenue
Ocean City, NJ  08226

Ocean County Vocational Technical School
SUPERINTENDENT: Karen Homiek
E-MAIL: khomiek@mail.ocvts.org
PHONE NUMBER: (732) 240-6414
137 Bey Lea Road
Toms River, NJ  08753

Ocean Gate School District
SUPERINTENDENT: Melanie Patterson
E-MAIL: patterson@oceangateschool.net
PHONE NUMBER: (732) 269-3023
126 West Arverne Avenue
Ocean Gate, NJ  08740

Ocean Township School District
SUPERINTENDENT: Christopher Lommerin
E-MAIL: clommerin@otsdk6.org
PHONE NUMBER: (609) 693-5897
64 Railroad Avenue
Waretown, NJ  08758

Oceanport School District
SUPERINTENDENT: Anne Facendo
E-MAIL: afacendo@oceanport.k12.nj.us
PHONE NUMBER: (732) 544-8588
29 Wolf Hill Avenue
Oceanport, NJ  07757

Ogdensburg Borough School District
SUPERINTENDENT: Dave Astor
E-MAIL: dastor@obboe.org
PHONE NUMBER: (973) 827-7126
100 Main Street
Ogdensburg, NJ  07439

Old Bridge Township School District
SUPERINTENDENT: David Cittadino
E-MAIL: dcittadino@obps.org
PHONE NUMBER: (732) 566-1000
4207 Route 516
Matawan, NJ  07747

Old Tappan Public School District
SUPERINTENDENT: Danielle Giau
E-MAIL: dagiau@nvnet.org
PHONE NUMBER: (201) 664-1421
277 Old Tappan Rd.
Old Tappan, NJ  07675

Oldmans Township School District
SUPERINTENDENT: Alicia Smith
E-MAIL: asmith@oldmans.org
PHONE NUMBER: (856) 299-4240

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

10 Freed Road
Pedricktown, NJ  08067

Oradell School District
SUPERINTENDENT: Barbara Longo
E-MAIL: longob@oradellschool.org
PHONE NUMBER: (201) 261-1180
350 Prospect Avenue
Oradell, NJ  07649

Orange Board Of Education
SUPERINTENDENT: Gerald Fitzhugh
E-MAIL: fitzhuge@orange.k12.nj.us
PHONE NUMBER: (973) 677-4000
451 Lincoln Avenue
Orange, NJ  07050

Oxford Township School District
SUPERINTENDENT: Bob Magnuson
E-MAIL: bmagnuson@oxfordcentral.org
PHONE NUMBER: (908) 453-4101
17 Kent Street
Oxford, NJ  07863

Palisades Park School District
SUPERINTENDENT: Joseph Cirillo
E-MAIL: jcirillo@palpkschools.org
PHONE NUMBER: (201) 947-3550
410 Second St
Palisades Park, NJ  07650

Palmyra Public Schools
SUPERINTENDENT: Brian Mcbride
E-MAIL: bmcbride@palmyra.k12.nj.us
PHONE NUMBER: (856) 786-9300
301 Delaware Avenue
Palmyra, NJ  08065

Paramus Public School District
SUPERINTENDENT: Sean Adams
E-MAIL: sadams@paramusschools.org
PHONE NUMBER: (201) 261-7800
145 Spring Valley Road
Paramus, NJ  07652

Park Ridge School District
SUPERINTENDENT: Robert Gamper
E-MAIL: robertgamper@parkridge.k12.nj.us
PHONE NUMBER: (201) 573-6000
85 Pascack Road
Park Ridge, NJ  07656

Parsippany-troy Hills Township School District
SUPERINTENDENT: Barbara Sargent
E-MAIL: superintendent@pthsd.net
PHONE NUMBER: (973) 263-7200

292 Parsippany Road
Parsippany, NJ  07054

Pascack Valley Regional High School District
SUPERINTENDENT: Erik Gundersen
E-MAIL: egundersen@pascack.org
PHONE NUMBER: (201) 358-7004
28 West Grand Avenue
Montvale, NJ  07645

Passaic City School District
SUPERINTENDENT: Pablo Munoz
E-MAIL: pmunoz@passaicschools.org
PHONE NUMBER: (973) 470-5500
101 Passaic Ave.
Passaic, NJ  07055

Passaic Co Manchester Regional High School
District
SUPERINTENDENT: Miguel Hernandez
E-MAIL: dr.hernandez@mrhs.net
PHONE NUMBER: (973) 389-2820
70 Church Street
Haledon, NJ  07508

Passaic County Educational Services Commission
SUPERINTENDENT: Diana Lobosco
E-MAIL: lobosco@pcti.tec.nj.us
PHONE NUMBER: (973) 614-8585
45 Reinhardt Road
Wayne, NJ  07470

Passaic Valley Regional High School District #1
SUPERINTENDENT: Joann Cardillo
E-MAIL: cardilloj@pvhs.k12.nj.us
PHONE NUMBER: (973) 890-2500
170 East  Main  Street
Little Falls, NJ  07424

Passsaic County Vocational School District
SUPERINTENDENT: Diana Lobosco
E-MAIL: lobosco@pcti.tec.nj.us
PHONE NUMBER: (973) 790-6000
45 Reinhardt Road
Wayne, NJ  07470

Paterson Public School District
SUPERINTENDENT: Eileen Shafer
E-MAIL: superintendent@paterson.k12.nj.us
PHONE NUMBER: (973) 321-1000
90 Delaware Avenue
Paterson, NJ  07503

Paulsboro School District
SUPERINTENDENT: Laurie Bandlow
E-MAIL: lbandlow@paulsboro.k12.nj.us

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (856) 423-5515
662 N. Delaware Street
Paulsboro, NJ  08066

Pemberton Township Schools
SUPERINTENDENT: Paul Spaventa
E-MAIL: pspaventa@pemb.org
PHONE NUMBER: (609) 893-8141
1 Egbert St.
Pemberton, NJ  08068

Penns Grove-carneys Point Regional School District
SUPERINTENDENT: Zenaida Cobian
E-MAIL: zcobian@pgcpschools.org
PHONE NUMBER: (856) 299-4250
100 Iona Ave
Penns Grove, NJ  08069

Pennsauken Township Board Of Education School District
SUPERINTENDENT: Ronnie Tarchichi
E-MAIL: ronnie.tarchichi@pennsauken.net
PHONE NUMBER: (856) 662-8505
1695 Hylton Road
Pennsauken, NJ  08110

Pennsville Public School District
SUPERINTENDENT: Michael Brodzik
E-MAIL: mbrodzik@pv-eagles.org
PHONE NUMBER: (856) 540-6200
30 Church Street
Pennsville, NJ  08070

Pequannock Township School District
SUPERINTENDENT: Michael Portas
E-MAIL: michael.portas@pequannock.org
PHONE NUMBER: (973) 616-6040
538 Newark Pompton Tpke.
Pompton Plains, NJ  07444

Perth Amboy Public School District
SUPERINTENDENT: David Roman
E-MAIL: droman@paps.net
PHONE NUMBER: (732) 376-6200
178 Barracks Street
Perth Amboy, NJ  08861

Phillipsburg School District
SUPERINTENDENT: Gregory Troxell
E-MAIL: troxell.gregory@pburgsd.net
PHONE NUMBER: (908) 454-3400
50 Sargent Avenue
Phillipsburg, NJ  08865

Pine Hill School District
SUPERINTENDENT: Ken Koczur

E-MAIL: kkoczur@pinehillschools.org
PHONE NUMBER: (856) 783-6900
1003 Turnerville Road
Pine Hill, NJ  08021

Pinelands Regional Board Of Education
SUPERINTENDENT: Melissa McCooley
E-MAIL: MMcCooley@prsdnj.org
PHONE NUMBER: (609) 296-3106
520 Nugentown Road
Little Egg Harbor, NJ  08087

Piscataway Township School District
SUPERINTENDENT: Frank Ranelli
E-MAIL: franelli@pway.org
PHONE NUMBER: (732) 572-2289
1515 Stelton Rd
Piscataway, NJ  08855

Pitman Boro School District
SUPERINTENDENT: Patrick Mcaleer
E-MAIL: pmcaleer@pitman.k12.nj.us
PHONE NUMBER: (856) 589-2145
420 Hudson Avenue
Pitman, NJ  08071

Pittsgrove Township School District
SUPERINTENDENT: Scott Hoopes
E-MAIL: shoopes@pittsgrove.net
PHONE NUMBER: (856) 358-3094
1076 Almond Road
Pittsgrove, NJ  08318

Plainfield Public Schools
SUPERINTENDENT: Diana Mitchell
E-MAIL: dmitchell@plainfield.k12.nj.us
PHONE NUMBER: (908) 731-4200
1200 Myrtle Avenue
Plainfield, NJ  07063

Pleasantville Public School District
SUPERINTENDENT: Natakie Lee
E-MAIL: chestnut-lee.natakie@pps-nj.us
PHONE NUMBER: (609) 383-6800
801 Mill Road
Pleasantville, NJ  08232

Plumsted Township Board Of Education
SUPERINTENDENT: Gerald North
E-MAIL: northg@newegypt.us
PHONE NUMBER: (609) 758-6800
117 Evergreen Road
New Egypt, NJ  08533

Pohatcong Township School District
SUPERINTENDENT: Diane Mandry

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

E-MAIL: dmandry@pohatcong.org
PHONE NUMBER: (908) 859-8155
240 Route 519
Phillipsburg, NJ  08865

Point Pleasant Beach Board Of Education
SUPERINTENDENT: William Smith
E-MAIL: smithw@ptbeach.com
PHONE NUMBER: (732) 899-8840
299 Cooks Lane
Point Pleasant Beach, NJ  08742

Point Pleasant Borough School District
SUPERINTENDENT: Vincent Smith
E-MAIL: vsmith@pointpleasant.k12.nj.us
PHONE NUMBER: (732) 701-1900
2100 Panther Path
Point Pleasant, NJ  08742

Pompton Lakes School District
SUPERINTENDENT: Paul Amoroso
E-MAIL: paul.amoroso@plps.org
PHONE NUMBER: (973) 835-7100
237 Van Avenue
Pompton Lakes, NJ  07442

Port Republic School District
SUPERINTENDENT: Brian London
E-MAIL: blondon@portnj.org
PHONE NUMBER: (609) 652-7377
137 Pomona Avenue
Port Republic, NJ  08241

Princeton Public Schools
SUPERINTENDENT: Steve Cochrane
E-MAIL: scochrane@princetonk12.org
PHONE NUMBER: (609) 806-4200
25 Valley Road
Princeton, NJ  08540

Prospect Park
SUPERINTENDENT: Allison Angermeyer
E-MAIL: aangermeyer@prospectparknj.com
PHONE NUMBER: (973) 720-1981
290 North 8Th Street
Prospect Park, NJ  07508

Quinton Township School District
SUPERINTENDENT: Stewart Potter
E-MAIL: spotter@quintonschool.info
PHONE NUMBER: (856) 935-2379
8 Robinson Street
Quinton, NJ  08072

Rahway Public School District
SUPERINTENDENT: Trisha Camp

E-MAIL: pcamp@rahway.net
PHONE NUMBER: (732) 396-1000
Kline Place
Rahway, NJ  07065

Ramapo Indian Hills Regional High School District
SUPERINTENDENT: Bruce Watson
E-MAIL: bwatson@rih.org
PHONE NUMBER: (201) 416-8100
131 Yawpo Avenue
Oakland, NJ  07436

Ramsey School District
SUPERINTENDENT: Matthew Murphy
E-MAIL: mmurphy@ramsey.k12.nj.us
PHONE NUMBER: (201) 785-2300
266 East Main St.
Ramsey, NJ  07446

Rancocas Valley Regional High School District
SUPERINTENDENT: Christopher Heilig
E-MAIL: cheilig@rvrhs.com
PHONE NUMBER: (609) 267-0830
520 Jacksonville Road
Mount Holly, NJ  08060

Readington Township School District
SUPERINTENDENT: Jonathan Hart
E-MAIL: jhart@readington.k12.nj.us
PHONE NUMBER: (908) 534-2195
52  Readington Road
Whitehouse Station, NJ  08889

Red Bank Borough Public School District
SUPERINTENDENT: Jared Rumage
E-MAIL: rumagej@rbb.k12.nj.us
PHONE NUMBER: (732) 758-1500
76 Branch Avenue
Red Bank, NJ  07701

Red Bank Regional School District
SUPERINTENDENT: Louis Moore
E-MAIL: lmoore@rbrhs.org
PHONE NUMBER: (732) 842-8000
101 Ridge Road
Little Silver, NJ  07739

Ridgefield Park School District
SUPERINTENDENT: Angela Bender
E-MAIL: abender@rpschools.net
PHONE NUMBER: (201) 641-0800
712 Lincoln Ave
Ridgefield Park, NJ  07660

Ridgefield School District
SUPERINTENDENT: Rory Mccourt

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

E-MAIL: rmccourt@ridgefieldschools.com
PHONE NUMBER: (201) 945-9236
555 Chestnut Street
Ridgefield, NJ  07657

Ridgewood Public School District
SUPERINTENDENT: Daniel Fishbein
E-MAIL: dfishbein@ridgewood.k12.nj.us
PHONE NUMBER: (201) 670-2700
49 Cottage Place
Ridgewood, NJ  07450

Ringwood School District
SUPERINTENDENT: Nicholas Bernice
E-MAIL: bernice@njrps.org
PHONE NUMBER: (973) 962-7029
121 Carletondale Road
Ringwood, NJ  07456

River Dell Regional School District
SUPERINTENDENT: Patrick Fletcher
E-MAIL: patrick.fletcher@riverdell.org
PHONE NUMBER: (201) 599-7200
230 Woodland Avenue
River Edge, NJ  07661

River Edge School District
SUPERINTENDENT: Tova Ben-dov
E-MAIL: bendovt@riveredgeschools.org
PHONE NUMBER: (201) 261-3404
410 Bogert Road
River Edge, NJ  07661

River Vale Public School District
SUPERINTENDENT: Frank Alvarez
E-MAIL: falvarez@rivervaleschools.com
PHONE NUMBER: (201) 358-4000
609 Westwood Avenue
River Vale, NJ  07675

Riverdale School District
SUPERINTENDENT: Anthony Riscica
E-MAIL: ariscica@rpsnj.org
PHONE NUMBER: (973) 839-1300
52 Newark Pompton Tpk.
Riverdale, NJ  07457

Riverside Township School District
SUPERINTENDENT: Robin Ehrich
E-MAIL: rehrich@riverside.k12.nj.us
PHONE NUMBER: (856) 461-1255
112 East Washington Street
Riverside, NJ  08075

Riverton School District
SUPERINTENDENT: Mary Eck

E-MAIL: meck@riverton.k12.nj.us
PHONE NUMBER: (856) 829-0087
600 Fifth Street
Riverton, NJ  08077

Robbinsville Public Schools
SUPERINTENDENT: Brian Betze
E-MAIL: betze.brian@robbinsville.k12.nj.us
PHONE NUMBER: (609) 632-0910
155 Robbinsville Edinburg Rd.
Robbinsville, NJ  08691

Rochelle Park School District
SUPERINTENDENT: Richard Brockel
E-MAIL: rbrockel@rochellepark.org
PHONE NUMBER: (201) 843-3120
300 Rochelle Ave
Rochelle Park, NJ  07662

Rockaway Borough School District
SUPERINTENDENT: Phyllis Alpaugh
E-MAIL: pa@rockboro.org
PHONE NUMBER: (973) 625-8601
103 East Main Street
Rockaway, NJ  07866

Rockaway Township School District
SUPERINTENDENT: Peter Turnamian
E-MAIL: pturnamian@rocktwp.net
PHONE NUMBER: (973) 627-8200
16 School Road
Hibernia, NJ  07842

Roosevelt Public School District
SUPERINTENDENT: Mary Cohen
E-MAIL: mcohen@rps1.org
PHONE NUMBER: (609) 448-2798
2A School Lane
Roosevelt, NJ  08555

Roseland School District
SUPERINTENDENT: Deanne Somers
E-MAIL: dsomers@roselandnjboe.org
PHONE NUMBER: (973) 226-7644
100 Passaic Avenue
Roseland, NJ  07068

Roselle Park Board Of Education
SUPERINTENDENT: Pedro Garrido
E-MAIL: pgarrido@rpsd.org
PHONE NUMBER: (908) 245-1197
510 Chestnut Street
Roselle Park, NJ  07204

Roselle Public Schools
SUPERINTENDENT: Nathan Fisher

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

E-MAIL: nfisher@roselleschools.org
PHONE NUMBER: (908) 298-2040
710 Locust Street
Roselle, NJ  07203

Roxbury Township School District
SUPERINTENDENT: Loretta Radulic
E-MAIL: lradulic@roxbury.org
PHONE NUMBER: (973) 584-6099
42 N. Hillside Avenue
Succasunna, NJ  07876

Rumson Borough School District
SUPERINTENDENT: John Bormann
E-MAIL: jbormann@rumsonschool.org
PHONE NUMBER: (732) 842-4747
60 Forrest Avenue
Rumson, NJ  07760

Rumson-fair Haven Regional High School School
District
SUPERINTENDENT: Debra Gulick
E-MAIL: dgulick@rumsonfairhaven.org
PHONE NUMBER: (732) 842-1597
74 Ridge Road
Rumson, NJ  07760

Runnemede Public School District
SUPERINTENDENT: Mark Iannucci
E-MAIL: miannucci@runnemedeschools.org
PHONE NUMBER: (856) 931-5365
505 W. Third Avenue
Runnemede, NJ  08078

Rutherford School District
SUPERINTENDENT: Jack Hurley
E-MAIL: jhurley@rutherfordschools.org
PHONE NUMBER: (201) 438-7675
176 Park Avenue
Rutherford, NJ  07070

Saddle Brook School District
SUPERINTENDENT: Danielle Shanley
E-MAIL: dshanley@sbpsnj.org
PHONE NUMBER: (201) 843-1142
355 Mayhill Street
Saddle Brook, NJ  07663

Saddle River School District
SUPERINTENDENT: Gina Cinotti
E-MAIL: gcinotti@wandellschool.org
PHONE NUMBER: (201) 327-0727
97 E. Allendale Road
Saddle River, NJ  07458

Salem City School District

SUPERINTENDENT: Amiot Michel
E-MAIL: michel@salemnj.org
PHONE NUMBER: (856) 935-3800
205 Walnut St
Salem, NJ  08079

Salem County Special Services School District
SUPERINTENDENT: John Swain
E-MAIL: jswain@scsssd.net
PHONE NUMBER: (856) 769-0101
880 Route 45
Woodstown, NJ  08098

Salem County Vocational Technical School District
SUPERINTENDENT: John Swain
E-MAIL: jswain@scvts.org
PHONE NUMBER: (856) 769-0101
880 Rt 45
Woodstown, NJ  08098

Sandyston-walpack Consolidated School District
SUPERINTENDENT: Jeanne Apryasz
E-MAIL: japryasz@sandystonwalpack.org
PHONE NUMBER: (973) 948-4450
100 Route 560
Layton, NJ  07851

Sayreville School District
SUPERINTENDENT: Richard Labbe
E-MAIL: richard.labbe@sayrevillek12.net
PHONE NUMBER: (732) 525-5200
150 Lincoln St.
South Amboy, NJ  08879

Scotch Plains-fanwood School District
SUPERINTENDENT: Joan Mast
E-MAIL: jmast@spfk12.org
PHONE NUMBER: (908) 232-6161
2280 Evergreen Avenue
Scotch Plains, NJ  07076

Sea Girt Borough School District
SUPERINTENDENT: Rick Papera
E-MAIL: rpapera@seagirt.k12.nj.us
PHONE NUMBER: (732) 449-3422
451 Bell Place
Sea Girt, NJ  08750

Seaside Heights School District
SUPERINTENDENT: Triantafillos Parlapanides
E-MAIL: tparlapanides@centralreg.k12.nj.us
PHONE NUMBER: (732) 793-8485
1200 Bay Blvd
Seaside Heights, NJ  08751

Secaucus Board Of Education

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

SUPERINTENDENT: Jennifer Montesano
E-MAIL: jmontesano@sboe.org
PHONE NUMBER: (201) 974-2000
685 Fifth Street
Secaucus, NJ  07094

Shamong Township School District
SUPERINTENDENT: Christine Vespe
E-MAIL: cvespe@shamongschools.org
PHONE NUMBER: (609) 268-0120
295 Indian Mills Road
Shamong, NJ  08088

Shore Regional High School District
SUPERINTENDENT: Peter Righi
E-MAIL: prighi@shoreregional.org
PHONE NUMBER: (732) 222-9300
132 Monmouth Park Hwy 36
West Long Branch, NJ  07764

Shrewsbury Borough School District
SUPERINTENDENT: Brent MacConnell
E-MAIL: macconnellb@sbs-nj.org
PHONE NUMBER: (732) 747-0882
20 Obre Place
Shrewsbury, NJ  07702

Somerdale School District
SUPERINTENDENT: Mark Pease
E-MAIL: mpease@somerdale-park.org
PHONE NUMBER: (856) 783-6261
301 Grace Street
Somerdale, NJ  08083

Somers Point School District
SUPERINTENDENT: Michelle Yoder
E-MAIL: mcarneyray-yoder@sptsd.org
PHONE NUMBER: (609) 927-2053
121 W. New York Avenue
Somers Point, NJ  08244

Somerset County Educational Services Commission
SUPERINTENDENT: Harold Dunsavage
E-MAIL: jhall@sc.esc.k12.nj.us
PHONE NUMBER: (908) 707-1640
991 Route 22 West
Bridgewater, NJ  08807

Somerset County Vocational And Technical Schools
SUPERINTENDENT: Chrys Harttraft
E-MAIL: charttraft@scvts.net
PHONE NUMBER: (908) 526-8900
14 Vogt Drive
Bridgewater, NJ  08807

Somerset Hills Regional School District

SUPERINTENDENT: Gretchen Dempsey
E-MAIL: gdempsey@shsd.org
PHONE NUMBER: (908) 204-1930
25 Olcott Avenue
Bernardsville, NJ  07924

Somerville Public School District
SUPERINTENDENT: Timothy Teehan
E-MAIL: superintendent@somervilleschools.org
PHONE NUMBER: (908) 218-4100
51 West Cliff St.
Somerville, NJ  08876

South  Bergen Jointure Commission School District
SUPERINTENDENT: Michael Kuchar
E-MAIL: mkuchar@njsbjc.org
PHONE NUMBER: (201) 393-0475
500 Route 17 South
Hasbrouck Heights, NJ  07604

South Amboy School District
SUPERINTENDENT: Jorge Diaz
E-MAIL: jdiaz@sapublicschools.com
PHONE NUMBER: (732) 525-2100
240 John Street
South Amboy, NJ  08879

South Bound Brook Public Schools
SUPERINTENDENT: Lorise Goeke
E-MAIL: goeke@southboundbrookk8.org
PHONE NUMBER: (732) 356-0018
122 Elizabeth Street
South Bound Brook, NJ  08880

South Brunswick School District
SUPERINTENDENT: Scott Feder
E-MAIL: Scott.Feder@sbschools.org
PHONE NUMBER: (732) 297-7800
231 Black Horse Lane
North Brunswick, NJ  08902

South Hackensack School District
SUPERINTENDENT: Gregorio Maceri
E-MAIL: gmaceri@shmemorial.org
PHONE NUMBER: (201) 440-2782
1 Dyer Avenue
South Hackensack, NJ  07606

South Harrison Township School District
SUPERINTENDENT: James Lavender
E-MAIL: lavenderj@krsd.org
PHONE NUMBER: (856) 769-0855
904 Mullica Hill Road
Harrisonville, NJ  08039

South Hunterdon Regional

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

SUPERINTENDENT: Anthony Suozzo
E-MAIL: anthony.suozzo@shrsd.org
PHONE NUMBER: (609) 397-2060
301 Mt. Airy - Harbourton Rd
Lambertville, NJ  08530

South Hunterdon Regional School District
SUPERINTENDENT: Anthony Suozzo
E-MAIL: anthony.suozzo@shrsd.org
PHONE NUMBER: (609) 397-1888
301 Mt. Airy-Harbourton Rd
Lambertville, NJ  08530

South Orange-maplewood School District
SUPERINTENDENT: Ronald Taylor
E-MAIL: rtaylor@somsd.k12.nj.us
PHONE NUMBER: (973) 762-5600
525 Academy Street
Maplewood, NJ  07040

South Plainfield School District
SUPERINTENDENT: Noreen Lishak
E-MAIL: nlishak@spboe.org
PHONE NUMBER: (908) 754-4620
125 Jackson Avenue
South Plainfield, NJ  07080

South River Public School District
SUPERINTENDENT: Sylvia Zircher
E-MAIL: szircher@srivernj.org
PHONE NUMBER: (732) 613-4000
15 Montgomery Street
South River, NJ  08882

Southampton Township School District
SUPERINTENDENT: Michael Harris
E-MAIL: michael@southampton.k12.nj.us
PHONE NUMBER: (609) 859-2256
177 Main Street
Southampton, NJ  08088

Southern Regional School District
SUPERINTENDENT: Craig Henry
E-MAIL: chenry@srsd.net
PHONE NUMBER: (609) 597-9481
105 Cedar Bridge Rd.
Manahawkin, NJ  08050

Sparta Township Public School District
SUPERINTENDENT: Michael Rossi
E-MAIL: michael.rossi@sparta.org
PHONE NUMBER: (973) 729-2155
18 Mohawk Avenue
Sparta, NJ  07871

Spotswood Public School District

SUPERINTENDENT: Graham Peabody
E-MAIL: gpeabody@spsd.us
PHONE NUMBER: (732) 723-2200
105 Summerhill Road
Spotswood, NJ  08884

Spring Lake Borough
SUPERINTENDENT: Stephen Lavalva
E-MAIL: slavalva@hwmountz.k12.nj.us
PHONE NUMBER: (732) 449-6380
411 Tuttle Avenue
Spring Lake, NJ  07762

Spring Lake Heights School District
SUPERINTENDENT: John Spalthoff
E-MAIL: jspalthoff@slheights.org
PHONE NUMBER: (732) 449-6149
1110 Highway 71
Spring Lake Heights, NJ  07762

Springfield Public Schools
SUPERINTENDENT: Rachel Goldberg
E-MAIL: rgoldberg@springfieldschools.com
PHONE NUMBER: (973) 376-1025
139 Mountain Ave
Springfield, NJ  07081

Springfield Township School District
SUPERINTENDENT: Craig Vaughn
E-MAIL: cvaughn@springfieldschool.org
PHONE NUMBER: (609) 723-2479
2146 Jacksonville-Jobstown Rd
Jobstown, NJ  08041

Stafford Township School District
SUPERINTENDENT: George Chidiac
E-MAIL: gchidiac@staffordschools.org
PHONE NUMBER: (609) 978-5700
250 North Main Street
Manahawkin, NJ  08050

Stanhope School District
SUPERINTENDENT: Steven Hagemann
E-MAIL: shagemann@stanhopeschools.org
PHONE NUMBER: (973) 347-0008
24 Valley Road
Stanhope, NJ  07874

Sterling Regional School District
SUPERINTENDENT: Mark Napoleon
E-MAIL: mnapoleon@sterling.k12.nj.us
PHONE NUMBER: (856) 784-1333
801 Preston Ave.
Somerdale, NJ  08083

Stillwater Township School District

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

SUPERINTENDENT: William Kochis
E-MAIL: william.kochis@stillwaterschool.net
PHONE NUMBER: (973) 383-6171
904 Stillwater Road
Stillwater, NJ  07875

Stone Harbor School District
SUPERINTENDENT: Stacey Tracy
E-MAIL: tracy@shesnj.org
PHONE NUMBER: (609) 368-4413
275 93Rd Street
Stone Harbor, NJ  08247

Stow Creek Township School District
SUPERINTENDENT: Brandon Cobb
E-MAIL: brandon.cobb@stowcreekschool.com
PHONE NUMBER: (856) 455-1717
11 Gum Tree Corner Road
Bridgeton, NJ  08302

Stratford School District
SUPERINTENDENT: Thomas Attanasi
E-MAIL: attanasit@stratford.k12.nj.us
PHONE NUMBER: (856) 783-2555
111 Warwick Road
Stratford, NJ  08084

Summit Public Schools
SUPERINTENDENT: Robert Gardella
E-MAIL: rgardella@summit.k12.nj.us
PHONE NUMBER: (908) 918-2100
14 Beekman Terrace
Summit, NJ  07901

Sussex County Educational Services Commission
School Distric
SUPERINTENDENT: Andrea Romano
E-MAIL: aromano@sussexesc.org
PHONE NUMBER: (973) 579-6980
10 Gail Ct
Sparta, NJ  07871

Sussex County Technical School District
SUPERINTENDENT: Gus Modla
E-MAIL: gmodla@sussex.tec.nj.us
PHONE NUMBER: (973) 383-6700
105 North Church Road
Sparta, NJ  07871

Sussex-wantage Regional School District
SUPERINTENDENT: Michael Gall
E-MAIL: mgall@swregional.org
PHONE NUMBER: (973) 875-3175
27 Bank Street
Sussex, NJ  07461

Swedesboro-woolwich School District
SUPERINTENDENT: Kristin Oneil
E-MAIL: koneil@swedesboro-woolwich.com
PHONE NUMBER: (856) 241-1552
15 Fredrick Blvd
Woolwich Twp, NJ  08085

Tabernacle Township School District
SUPERINTENDENT: Thomas Christensen
E-MAIL: christensen@tabschools.org
PHONE NUMBER: (609) 268-0153
132 New Road
Tabernacle, NJ  08088

Teaneck School District
SUPERINTENDENT: Christopher Irving
E-MAIL: cirving@teaneckschools.org
PHONE NUMBER: (201) 833-5510
1 Merrison St.
Teaneck, NJ  07666

Tenafly Public School District
SUPERINTENDENT: Shauna DeMarco
E-MAIL: sdemarco@tenafly.k12.nj.us
PHONE NUMBER: (201) 816-4500
500 Tenafly Road
Tenafly, NJ  07670

Teterboro
SUPERINTENDENT: David Tankard
E-MAIL: davtan@bergen.org
PHONE NUMBER: (201) 288-1200
510 Route 46 West
TETERBORO, NJ  07608

Tewksbury Township School District
SUPERINTENDENT: Jennifer Shouffler
E-MAIL: jshouffler@tewksburyschools.org
PHONE NUMBER: (908) 439-2010
173 Old Turnpike Road
Califon, NJ  07830

The Lower Alloways Creek School District
SUPERINTENDENT: Susan Schaffer
E-MAIL: sschaffer@lacschool.org
PHONE NUMBER: (856) 935-2707
967 Main Street - Canton
Salem, NJ  08079

The School District Of The Chathams
SUPERINTENDENT: Michael Lasusa
E-MAIL: mlasusa@chatham-nj.org
PHONE NUMBER: (973) 457-2500
58 Meyersville Road
Chatham, NJ  07928

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Tinton Falls School District
SUPERINTENDENT: Lisa Goldey
E-MAIL: lgoldey@tfschools.org
PHONE NUMBER: (732) 460-2400
658 Tinton Avenue
Tinton Falls, NJ  07724

Toms River Regional School District
SUPERINTENDENT: David Healy
E-MAIL: dhealy@trschools.com
PHONE NUMBER: (732) 505-5500
1144 Hooper Avenue
Toms River, NJ  08753

Totowa Public School District
SUPERINTENDENT: Patricia Capitelli
E-MAIL: patricia.capitelli@totowa.k12.nj.us
PHONE NUMBER: (973) 956-0010
294 Totowa Road
Totowa, NJ  07512

Township Of Franklin School District
SUPERINTENDENT: Troy Walton
E-MAIL: twalton@franklintwpschools.org
PHONE NUMBER: (856) 629-9500
3228 Coles Mill Road
Franklinville, NJ  08322

Township Of Ocean School District
SUPERINTENDENT: James Stefankiewicz
E-MAIL: jstefankiewicz@oceanschools.org
PHONE NUMBER: (732) 531-5600
163 Monmouth Road
Oakhurst, NJ  07755

Township Of Union Public Schools
SUPERINTENDENT: Gregory Tatum
E-MAIL: gtatum@twpunionschools.org
PHONE NUMBER: (908) 851-6419
2369 Morris Avenue
Union, NJ  07083

Trenton Public School District
SUPERINTENDENT: Celeste Williams
E-MAIL: cmwilliams@trenton.k12.nj.us
PHONE NUMBER: (609) 656-4900
108 North Clinton Avenue
Trenton, NJ  08609

Tuckerton Borough School District
SUPERINTENDENT: Janet Gangemi
E-MAIL: jgangemi2@tesnj.com
PHONE NUMBER: (609) 296-2858
213 Marine Street
Tuckerton, NJ  08050

Uncommon Schools Camden Prep
SUPERINTENDENT: Natalie Cooper
E-MAIL: NCooper@uncommonschools.org
PHONE NUMBER: (856) 379-4488
1575 Mt Ephraim Ave
Camden, NJ  08104

Union Beach Public School District
SUPERINTENDENT: Amanda Lewert
E-MAIL: alewert@unionbeachschools.org
PHONE NUMBER: (732) 264-5405
1207 Florence Ave
Union Beach, NJ  07735

Union City School District
SUPERINTENDENT: Silvia Abbato
E-MAIL: sabbato@ucboe.us
PHONE NUMBER: (201) 271-2289
3912 Bergen Turnpike
Union City, NJ  07087

Union County Educational Services Commission
SUPERINTENDENT: Terry Foppert
E-MAIL: tfoppert@ucesc.org
PHONE NUMBER: (908) 233-9317
45 Cardinal Drive
Westfield, NJ  07090

Union County Vocational-technical School District
SUPERINTENDENT: Gwendolyn Ryan
E-MAIL: gryan@ucvts.org
PHONE NUMBER: (908) 889-8288
1776 Raritan Road
Scotch Plains, NJ  07076

Union Township School District
SUPERINTENDENT: Nicholas Diaz
E-MAIL: ndiaz@uniontwpschool.org
PHONE NUMBER: (908) 735-5511
165 Perryville Road
Hampton, NJ  08827

Upper Deerfield Township School District
SUPERINTENDENT: Peter Koza
E-MAIL: kozap@udts.org
PHONE NUMBER: (856) 455-2267
1369 Highway 77
Seabrook, NJ  08302

Upper Freehold Regional School District
SUPERINTENDENT: Mark Guterl
E-MAIL: guterlm@ufrsd.net
PHONE NUMBER: (609) 259-7292
27 High Street
Allentown, NJ  08501

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Upper Pittsgrove Twp Scool District
SUPERINTENDENT: Scott Eckstein
E-MAIL: seckstein@upsmailbox.net
PHONE NUMBER: (856) 358-8163
235 Pine Tavern Rd.
Monroeville, NJ  08343

Upper Saddle River School District
SUPERINTENDENT: Brad Siegel
E-MAIL: bsiegel@usrschoolsk8.com
PHONE NUMBER: (201) 961-6500
395 West Saddle River Road
Upper Saddle River, NJ  07458

Upper Township School District
SUPERINTENDENT: Vincent Palmieri
E-MAIL: palmieri@upperschools.org
PHONE NUMBER: (609) 628-3500
525 Perry Road
Petersburg, NJ  08270

Ventnor City School District
SUPERINTENDENT: Carmela  Somershoe
E-MAIL: csomershoe@veccnj.org
PHONE NUMBER: (609) 487-7900
400 N. Lafayette Avenue
Ventnor City, NJ  08406

Vernon Township School District
SUPERINTENDENT: Karen DAvino
E-MAIL: kdavino@vtsd.com
PHONE NUMBER: (973) 764-2900
539 Route 515
Vernon, NJ  07462

Verona Public School District
SUPERINTENDENT: Rui Dionisio
E-MAIL: rdionisio@veronaschools.org
PHONE NUMBER: (973) 571-2029
121 Fairview Avenue
Verona, NJ  07044

Vineland Public School District
SUPERINTENDENT: Mary Gruccio
E-MAIL: mgruccio@vineland.org
PHONE NUMBER: (856) 794-6700
61 W. Landis Avenue
Vineland, NJ  08360

Voorhees Township School District
SUPERINTENDENT: David Gentile
E-MAIL: gentile@voorhees.k12.nj.us
PHONE NUMBER: (856) 751-8446
329 Rt. 73
Voorhees, NJ  08043

Waldwick School District
SUPERINTENDENT: Paul Casarico
E-MAIL: casaricop@waldwickschools.org
PHONE NUMBER: (201) 445-3131
155 Summit Avenue
Waldwick, NJ  07463

Wall Township Public School District
SUPERINTENDENT: Tracy Handerhan
E-MAIL: thanderhan@wall.k12.nj.us
PHONE NUMBER: (732) 556-2000
1620 18Th Avenue
Wall, NJ  07719

Wallington Boro School District
SUPERINTENDENT: James Albro
E-MAIL: albro@wboe.org
PHONE NUMBER: (973) 777-4421
32 Pine Street
Wallington, NJ  07057

Wallkill Valley Regional High School District
SUPERINTENDENT: David Carr
E-MAIL: dcarr@wallkillvrhs.org
PHONE NUMBER: (973) 827-4100
10 Grumm Road
Hardyston Township, NJ  07419

Wanaque School District
SUPERINTENDENT: Robert Mooney
E-MAIL: rmooney@wanaqueps.org
PHONE NUMBER: (973) 835-8200
973 Ringwood Avenue
Haskell, NJ  07420

Warren County Special Services School District
SUPERINTENDENT: Joseph Flynn
E-MAIL: j.flynn@wcsssd.org
PHONE NUMBER: (908) 223-7275
682 Oxford Road
Oxford, NJ  07863

Warren County Technical School District
SUPERINTENDENT: Edmund Zalewski
E-MAIL: zalewskie@wctech.org
PHONE NUMBER: (908) 689-0122
1500 Route 57
Washington, NJ  07882

Warren Hills Regional School District
SUPERINTENDENT: Earl Clymer
E-MAIL: clymere@warrenhills.org
PHONE NUMBER: (908) 689-3143
89 Bowerstown Road
Washington, NJ  07882

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Warren Township School District
SUPERINTENDENT: Matthew Mingle
E-MAIL: mmingle@warrentboe.org
PHONE NUMBER: (908) 753-5300
213 Mt. Horeb Road
Warren, NJ  07059

Washington Borough School District
SUPERINTENDENT: Jacqueline Nassry
E-MAIL: nassryj@washboroschools.org
PHONE NUMBER: (908) 689-0241
300 West Stewart Street
Washington, NJ  07882

Washington Township School District
SUPERINTENDENT: Joseph Bollendorf
E-MAIL: jbollendorf@wtps.org
PHONE NUMBER: (856) 589-6644
206 East Holly Avenue
Sewell, NJ  08080

Washington Township School District
SUPERINTENDENT: Jeffrey Mohre
E-MAIL: jmohre@wtschools.org
PHONE NUMBER: (908) 876-4172
53 West Mill Road
Long Valley, NJ  07853

Washington Township School District
SUPERINTENDENT: Keith Neuhs
E-MAIL: kneuhs@washtwpsd.org
PHONE NUMBER: (908) 689-1119
1 East Front St.
Washington, NJ  07882

Washington Township School District
SUPERINTENDENT: Keith Neuhs
E-MAIL: kneuhs@washtwpsd.org
PHONE NUMBER: (609) 561-3868
2434 Rt. 563
Egg Harbor, NJ  08215

Watchung Borough Public School District
SUPERINTENDENT: George Alexis
E-MAIL: galexis@watchungschools.us
PHONE NUMBER: (908) 755-8121
1 Dr. Parenty Way
Watchung, NJ  07069

Watchung Hills Regional High School District
SUPERINTENDENT: Elizabeth Jewett
E-MAIL: ejewett@whrhs.org
PHONE NUMBER: (908) 647-4800
108 Stirling Road
Warren, NJ  07059

Waterford Township School District
SUPERINTENDENT: Brenda Harring
E-MAIL: bharring@wtsd.org
PHONE NUMBER: (856) 767-8293
1106 Old White Horse Pike
Waterford, NJ  08089

Wayne Township Public School District
SUPERINTENDENT: Mark Toback
E-MAIL: mtoback@wayneschools.com
PHONE NUMBER: (973) 633-3000
50 Nellis Drive
Wayne, NJ  07470

Weehawken Board Of Education
SUPERINTENDENT: Eric Crespo
E-MAIL: ecrespo@weehawkenschools.net
PHONE NUMBER: (201) 422-6125
53 Liberty Place
Weehawken, NJ  07086

Wenonah  Boro School District
SUPERINTENDENT: Kristine Height
E-MAIL: kheight@wenonahschool.org
PHONE NUMBER: (856) 468-6000
200 N. Clinton Avenue
Wenonah, NJ  08090

West Amwell Township School
SUPERINTENDENT: David Miller
E-MAIL: david.miller@shrsd.org
PHONE NUMBER: (609) 397-0819
1417 Route 179
Lambertville, NJ  08530

West Cape May Elementary School District
SUPERINTENDENT: Robert Garguilo
E-MAIL: rgarguilo@wcm.capemayschools.com
PHONE NUMBER: (609) 884-4614
301 Moore Street
West Cape May, NJ  08204

West Deptford Township  School District
SUPERINTENDENT: Gregory Cappello
E-MAIL: gcappello@wdeptford.k12.nj.us
PHONE NUMBER: (856) 848-4300
675 Grove Road
West Deptford, NJ  08066

West Essex Regional School District
SUPERINTENDENT: Damion Macioci
E-MAIL: dmacioci@westex.org
PHONE NUMBER: (973) 228-1200
65 West Greenbrook Road
North Caldwell, NJ  07006

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

West Long Branch School District
SUPERINTENDENT: Frank Alfano
E-MAIL: falfano@wlbschools.com
PHONE NUMBER: (732) 222-5900
135 Locust Avenue
West Long Branch, NJ  07764

West Milford Township Public School District
SUPERINTENDENT: Alex Anemone
E-MAIL: alex.anemone@wmtps.org
PHONE NUMBER: (973) 697-1700
46 Highlander Drive
West Milford, NJ  07480

West Morris Regional High School District
SUPERINTENDENT: Michael Ben-david
E-MAIL: mbendavid@wmrhsd.org
PHONE NUMBER: (908) 879-6404
10 South Four Bridges Road
Chester, NJ  07930

West New York Board Of Education
SUPERINTENDENT: Clara Herrera
E-MAIL: cherrera@wnyschools.net
PHONE NUMBER: (201) 553-4000
6028 Broadway
West New York, NJ  07093

West Orange Public Schools
SUPERINTENDENT: Eveny De Mendez
E-MAIL: edemendez@westorangeschools.org
PHONE NUMBER: (973) 669-5400
179 Eagle Rock Ave.
West Orange, NJ  07052

West Wildwood
SUPERINTENDENT: John Kummings
E-MAIL: jkummings@wwschools.org
PHONE NUMBER: (609) 522-7922
4300 Pacific Avenue
West Wildwood, NJ  08260

West Windsor-plainsboro Regional School District
SUPERINTENDENT: David Aderhold
E-MAIL: david.aderhold@ww-p.org
PHONE NUMBER: (609) 716-5000
505 Village Road West
West Windsor, NJ  08550

Westampton Township Public School District
SUPERINTENDENT: Anthony Petruzzelli
E-MAIL: apetruzzelli@westamptonschools.org
PHONE NUMBER: (609) 267-2053
700 Rancocas Road
Westampton, NJ  08060

Westfield Public Schools
SUPERINTENDENT: Margaret Dolan
E-MAIL: mdolan@westfieldnjk12.org
PHONE NUMBER: (908) 789-4400
302 Elm Street
Westfield, NJ  07090

Westville Boro Public School District
SUPERINTENDENT: Shannon Whalen
E-MAIL: swhalen@gatewayhs.com
PHONE NUMBER: (856) 456-0235
101 Birch Street
Westville, NJ  08093

Westwood Regional School District
SUPERINTENDENT: Raymond Gonzalez
E-MAIL: ray.gonzalez@wwrsd.org
PHONE NUMBER: (201) 664-0880
701 Ridgewood Road
Township Of Washington, NJ  07676

Weymouth Township School District
SUPERINTENDENT: Mary Lou Defrancisco
E-MAIL: defrancisco@weymouthtsd.org
PHONE NUMBER: (609) 476-2412
1202 Eleventh Avenue
Dorothy, NJ  08317

Wharton Borough School District
SUPERINTENDENT: Christopher Herdman
E-MAIL: cherdman@wbps.org
PHONE NUMBER: (973) 361-2593
137 East Central Avenue
Wharton, NJ  07885

White Township Consolidated School District
SUPERINTENDENT: William Thompson
E-MAIL: thompson@whitetwpsd.org
PHONE NUMBER: (908) 475-4773
565 Cr 519
Belvidere, NJ  07823

Wildwood City School District
SUPERINTENDENT: John Kummings
E-MAIL: jkummings@wwschools.org
PHONE NUMBER: (609) 522-7922
4300 Pacific Avenue
Wildwood, NJ  08260

Wildwood Crest Borough School District
SUPERINTENDENT: David Delconte
E-MAIL: ddelconte@crestmem.edu
PHONE NUMBER: (609) 522-1522
9100 Pacific Avenue
Wildwood Crest, NJ  08260

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Willingboro Public School District
SUPERINTENDENT: Neely Hackett
E-MAIL: nhackett@wboe.net
PHONE NUMBER: (609) 835-8600
440 Beverly Rancocas Road
Willingboro, NJ  08046

Winfield Township
SUPERINTENDENT: Ross Lebrun
E-MAIL: rlebrun@winfieldschool.org
PHONE NUMBER: (908) 486-7410
7 1/2 Gulfstream Avenue
Winfield Twp, NJ  07036

Winslow Township School District
SUPERINTENDENT: Major Poteat
E-MAIL: poteathe@winslow-schools.com
PHONE NUMBER: (856) 767-2850
40 Cooper Folly Rd
Atco, NJ  08004

Woodbine School District
SUPERINTENDENT: Anthony Devico
E-MAIL: adevico@woodbine.capemayschools.com
PHONE NUMBER: (609) 861-5174
801 Webster St.
Woodbine, NJ  08270

Woodbridge Township School District
SUPERINTENDENT: Robert Zega
E-MAIL: superintendent@woodbridge.k12.nj.us
PHONE NUMBER: (732) 602-8550
421 School Street
Woodbridge, NJ  07095

Woodbury City Public School District
SUPERINTENDENT: Andrew Bell
E-MAIL: abell@woodburysch.com
PHONE NUMBER: (856) 853-0123
25 N. Broad Street
Woodbury, NJ  08096

Woodbury Heights Public School District
SUPERINTENDENT: Robert Goldschmidt
E-MAIL: rgoldschmidt@woodburyhtselem.com
PHONE NUMBER: (856) 848-2610
100 Academy Avenue
Woodbury Heights, NJ  08097

Woodcliff Lake School District
SUPERINTENDENT: Lauren Barbelet
E-MAIL: lbarbelet@woodcliff-lake.com
PHONE NUMBER: (201) 930-5600
134 Woodcliff Avenue
Woodcliff Lake, NJ  07677

Woodland Park School District
SUPERINTENDENT: Michele Pillari
E-MAIL: mpillari@wpschools.org
PHONE NUMBER: (973) 317-7700
853 Mcbride Avenue
Woodland Park, NJ  07424

Woodland Township Board Of Education
SUPERINTENDENT: Misty Weiss
E-MAIL: mweiss@woodlandboe.org
PHONE NUMBER: (609) 726-1230
2 John Bowker Jr. Blvd.
Chatsworth, NJ  08019

Woodlynne School District
SUPERINTENDENT: Jackie Walters
E-MAIL: jwalters@woodlynne.k12.nj.us
PHONE NUMBER: (856) 962-8822
131 Elm Avenue
Woodlynne, NJ  08107

Wood-ridge School District
SUPERINTENDENT: Nicholas Cipriano
E-MAIL: ncipriano@wood-ridgeschools.org
PHONE NUMBER: (201) 933-6777
540 Windsor Road
Wood-Ridge, NJ  07075

Woodstown-pilesgrove Regional School District
SUPERINTENDENT: Virginia Grossman
E-MAIL: grossman.v@woodstown.org
PHONE NUMBER: (856) 769-0144
135 East Avenue
Woodstown, NJ  08098

Wyckoff Township Public School District
SUPERINTENDENT: Jeffrey Feifer
E-MAIL: jfeifer@wyckoffschools.org
PHONE NUMBER: (201) 848-5700
241 Morse Avenue
Wyckoff, NJ  07481

Alamogordo Public Schools
SUPERINTENDENT: Jerrett Perry
E-MAIL: jerrett.perry@aps4kids.org
PHONE NUMBER: (575) 812-6000
1222 Indiana Ave
Alamogordo, NM  88311

Albuquerque Public Schools
SUPERINTENDENT: Scott Elder
E-MAIL: superintendent@aps.edu
PHONE NUMBER: (505) 855-9040
6400 Uptown Blvd Ne
Albuquerque, NM  87125

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Animas Public Schools
SUPERINTENDENT: Loren Cushman
E-MAIL: lrcushman@animask12.net
PHONE NUMBER: (575) 548-2299
1 Panther Blvd
Animas, NM  88020

Artesia Public Schools
SUPERINTENDENT: Crit Caton
E-MAIL: cdcaton@bulldogs.org
PHONE NUMBER: (505) 746-3585
1106 West Quay Avenue
Artesia, NM  88210

Atsa' Biya' A'Zh Community School
SUPERINTENDENT: Richard Edwards
E-MAIL: richard.edwards@bie.edu
PHONE NUMBER: (505) 368-2100
Pinon St Bldg C
Shiprock, NM  87420

Aztec Municipal Schools
SUPERINTENDENT: Kirk Carpenter
E-MAIL: adcarpki@aztec.k12.nm.us
PHONE NUMBER: (505) 334-9474
1118 West Aztec Blvd
Aztec, NM  87410

Baca-Dlo'Ay Azhi Community School
SUPERINTENDENT: Timothy Nelson
E-MAIL: timothy.nelson@bie.edu
PHONE NUMBER: (505) 876-2769
Po Box 509
Prewitt, NM  87045

Beclabito Day School
SUPERINTENDENT: Gladys Tracy
E-MAIL: gladys.tracy@bie.edu
PHONE NUMBER: (928) 656-3556
Clliford Ward Dr Hwy 64
Shiprock, NM  87420

Belen Consolidated Schools
SUPERINTENDENT: Diane Vallejos
E-MAIL: vallejosdm@beleneagles.org
PHONE NUMBER: (505) 966-1000
520 North Main
Belen, NM  87002

Bernalillo Public Schools
SUPERINTENDENT: Keith Cowan
E-MAIL: kcowan@bps.k12.nm.us
PHONE NUMBER: (505) 867-2317
560 S. Camino del Pueblo
Bernalillo, NM  87004

Bloomfield Schools
SUPERINTENDENT: Kim Mizell
E-MAIL: kmizell@bsin.k12.nm.us
PHONE NUMBER: (505) 632-4300
325 North Bergin Lane
Bloomfield, NM  87413

Bread Springs Day School
SUPERINTENDENT: Nancy Taranto
E-MAIL: nancy.taranto@bie.edu
PHONE NUMBER: (505) 778-5665
750 Bread Springs Rd
Gallup, NM  87305

Capitan Municipal Schools
SUPERINTENDENT: Patti Nesbitt
E-MAIL: patti.nesbitt@capitantigers.org
PHONE NUMBER: (575) 354-8500
519 Smokey Bear Boulevard
Capitan, NM  88316

Carlsbad Municipal Schools
SUPERINTENDENT: Gerry Washburn
E-MAIL: gerry.washburn@carlsbadschools.net
PHONE NUMBER: (505) 234-3300
408 North Canyon Street
Carlsbad, NM  88220

Carrizozo Municipal Schools
SUPERINTENDENT: Todd Lindsay
E-MAIL: todd.lindsay@carrizozogrizzlies.org
PHONE NUMBER: (575) 648-2346
800 D. Avenue
Carrizozo, NM  88301

Central Consolidated Schools
SUPERINTENDENT: Dave Goldtooth
E-MAIL: goldd@centralschools.org
PHONE NUMBER: (505) 368-4984
64 Old Shiprock High Sch Rd
Shiprock, NM  87420

Chama Valley Indep. Schools
SUPERINTENDENT: Anthony Casados
E-MAIL: acasados@chamaschools.org
PHONE NUMBER: (575) 588-7285
New Mexico 531
Tierra Amarilla, NM  87575

Chi Chil'Tah Comm School
SUPERINTENDENT: Marlene Tsosie
E-MAIL: marlene2.tsosie@bie.edu
PHONE NUMBER: (505) 778-5574
831 Cousins Road
Vanderwagon, NM  87326

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Ch'Ooshgai Community School
SUPERINTENDENT: Frank Chiapetti
E-MAIL: fchiapetti@ccsbroncos.org
PHONE NUMBER: (505) 733-2700
N Hwy 666 Bldg 100
Tohatchi, NM  87325

Cimarron Municipal Schools
SUPERINTENDENT: Adan Estrada
E-MAIL: aestrada@cimarronschools.org
PHONE NUMBER: (575) 376-2445
125 N Collision Ave
Cimarron, NM  87714

Cloudcroft Municipal Schools
SUPERINTENDENT: Tana Daugherty
E-MAIL: tana.daugherty@cmsbears.org
PHONE NUMBER: (575) 601-4416
10 Swallow Place
Cloudcroft, NM  88317

Clovis Municipal Schools
SUPERINTENDENT: Renee Russ
E-MAIL: renee.russ@clovis-schools.org
PHONE NUMBER: (575) 769-4300
1009 Main Street
Clovis, NM  88101

Cobre Consolidated Schools
SUPERINTENDENT: Robert Mendoza
E-MAIL: rmendoza@cobre.k12.nm.us
PHONE NUMBER: (575) 537-4010
900 A Central Avenue
Bayard, NM  88023

Corona Municipal Schools
SUPERINTENDENT: Travis Lightfoot
E-MAIL: travis.lightfoot@cpscardinals.org
PHONE NUMBER: (575) 849-1911
Franklin St
Corona, NM  88318

Crystal Boarding School
SUPERINTENDENT: Alberto Castruita
E-MAIL: alberto.castruita@bie.edu
PHONE NUMBER: (505) 777-2385
Hwy 134
Navajo, NM  87328

Cuba Independent Schools
SUPERINTENDENT: Karen Grieg
E-MAIL: ksanchez-griego@cuba.k12.nm.us
PHONE NUMBER: (575) 289-3211
#50 County Road 13
Cuba, NM  87013

Deming Public Schools
SUPERINTENDENT: Arsenio Romero
E-MAIL: arsenio.romero@demingps.org
PHONE NUMBER: (575) 546-8841
1001 S Diamond
Deming, NM  88030

Des Moines Municipal Schools
SUPERINTENDENT: Kodi Sumpter
E-MAIL: ksumpterdms@bacavalley.com
PHONE NUMBER: (575) 278-2611
295 Francis Avenue
Des Moines, NM  88418

Dexter Consolidated Schools
SUPERINTENDENT: Lesa Dodd
E-MAIL: doddl@dexterdemons.org
PHONE NUMBER: (505) 734-5420
100 N. Lincoln
Dexter, NM  88230

Dibe Yazhi Habltiin Olta' Inc
SUPERINTENDENT: Gwen Torivio
E-MAIL: g.torivio79@gmail.com
PHONE NUMBER: (505) 786-5237
East Hwy 160
Crownpoint, NM  87313

Dora Municipal Schools
SUPERINTENDENT: Brandon     Hays
E-MAIL: bhays@doraschools.com
PHONE NUMBER: (575) 477-2216
100 School Street
Dora, NM  88115

Dulce Independent Schools
SUPERINTENDENT: James Cammon
E-MAIL: jcammon@dulceschools.com
PHONE NUMBER: (575) 759-3225
113 Hawks Drive
Dulce, NM  87528

Dzilth-na-o-dith-hle Community School
SUPERINTENDENT: Chrystal Tom
E-MAIL: chrystal.tom@bie.edu
PHONE NUMBER: (505) 960-0356
35 Road 7585
Bloomfield, NM  87413

Elida Municipal Schools
SUPERINTENDENT: Tandee Delk
E-MAIL: tdelk@elidaschools.net
PHONE NUMBER: (575) 274-6211
103 North Church
Elida, NM  88116

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Espanola Public Schools
SUPERINTENDENT: Fred Trujillo
E-MAIL: fred.trujillo@k12espanola.org
PHONE NUMBER: (505) 753-2254
714 Calle Don Diego
Espanola, NM  87532

Estancia Municipal Schools
SUPERINTENDENT: Cindy Sims
E-MAIL: cindy.sims@estancia.k12.nm.us
PHONE NUMBER: (505) 384-2000
9Th And Joseph
Estancia, NM  87016

Eunice Municipal Schools
SUPERINTENDENT: Dwain Haynes
E-MAIL: dhaynes@eunice.org
PHONE NUMBER: (505) 394-2524
1720 Ave K
Eunice, NM  88231

Farmington Municipal Schools
SUPERINTENDENT: Eugene Schmidt
E-MAIL: eschmidt@fms.k12.nm.us
PHONE NUMBER: (505) 324-9840
2001 N Dustin Ave
Farmington, NM  87401

Floyd Municipal Schools
SUPERINTENDENT: Damon Terry
E-MAIL: dterry@floydbroncos.com
PHONE NUMBER: (575) 478-2211
1564 Nm 267
Floyd, NM  88118

Fort Sumner Municipal Schools
SUPERINTENDENT: Matt Moyer
E-MAIL: mmoyer@ftsumnerk12.com
PHONE NUMBER: (575) 355-7734
1001 East Sumner Avenue
Fort Sumner, NM  88119

Gadsden Independent Schools
SUPERINTENDENT: Susan Yturralde
E-MAIL: syturralde@gisd.k12.nm.us
PHONE NUMBER: (575) 882-6200
4950 Mcnutt Road
Sunland Park, NM  88063

Gallup-mckinley Cty Schools
SUPERINTENDENT: Mike Hyatt
E-MAIL: mhyatt@gmcs.k12.nm.us
PHONE NUMBER: (505) 721-1000
640 Boardman Dr
Gallup, NM  87301

Grady Municipal Schools
SUPERINTENDENT: Elnabeth Grau
E-MAIL: egrau@gradyschool.com
PHONE NUMBER: (575) 357-2192
100 Franklin Street
Grady, NM  88120

Grants-cibola County Schools
SUPERINTENDENT: Max Perez
E-MAIL: max.perez@gccs.k12.nm.us
PHONE NUMBER: (505) 285-2600
401 N. Second St
Grants, NM  87020

Hagerman Municipal Schools
SUPERINTENDENT: Ricky Williams
E-MAIL: rwilliams@bobcat.net
PHONE NUMBER: (575) 752-3254
406 North Cambridge Avenue
Hagerman, NM  88232

Hatch Valley Public Schools
SUPERINTENDENT: Michael Chavez
E-MAIL: mchavez@hatchschools.net
PHONE NUMBER: (575) 267-8210
400 Main And Reed
Hatch, NM  87937

Hobbs Municipal Schools
SUPERINTENDENT: T.J Parks
E-MAIL: parkstj@hobbsschools.net
PHONE NUMBER: (505) 433-0100
1515 East Sanger
Hobbs, NM  88241

Hondo Valley Public Schools
SUPERINTENDENT: Marvin Martin
E-MAIL: marvin.martin@hondoeagles.org
PHONE NUMBER: (575) 653-4411
111 Don Pablo Lane
Hondo, NM  88336

House Municipal Schools
SUPERINTENDENT: Bonnie Lightfoot
E-MAIL: blightfoot@houseschools.net
PHONE NUMBER: (505) 279-7353
309 Apple St
House, NM  88121

Jal Public Schools
SUPERINTENDENT: Brian Snider
E-MAIL: brian.snider@jalnm.org
PHONE NUMBER: (575) 395-2101
200 E Panther Ave
Jal, NM  88252

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Jemez Day School
SUPERINTENDENT: Freddie Cardenas
E-MAIL: freddie.cardenas@bie.edu
PHONE NUMBER: (575) 834-7304
243 Day School Rd
Jemez Pueblo, NM  87024

Jemez Mountain Public Schools
SUPERINTENDENT: Dan Padilla
E-MAIL: padilla_d@jmsd.k12.nm.us
PHONE NUMBER: (575) 638-5491
9935 Us 550
Cuba, NM  87013

Jemez Valley Public Schools
SUPERINTENDENT: Sue Passell
E-MAIL: spassell@jvps.org
PHONE NUMBER: (575) 834-7391
8501 Highway 4
Jemez Pueblo, NM  87024

Laguna Elementary School
SUPERINTENDENT: Holly Gurule
E-MAIL: h.gurule@lagunaed.net
PHONE NUMBER: (505) 552-9200
Po Box 191
Laguna, NM  87026

Laguna Middle School
SUPERINTENDENT: Patricia Sandoval
E-MAIL: p.sandoval@lagunaed.net
PHONE NUMBER: (505) 552-9091
Po Box 268
Laguna, NM  87026

Lake Arthur Municipal Schools
SUPERINTENDENT: Elisa Begueria
E-MAIL: elisa.begueria@la-panthers.org
PHONE NUMBER: (505) 365-2000
700 Broadway
Lake Arthur, NM  88253

Lake Valley Navajo School
SUPERINTENDENT: Tonya Sturgess
E-MAIL: tonya.sturgess@bie.edu
PHONE NUMBER: (505) 786-5392
Hwy 371
Crownpoint, NM  87313

Las Cruces Public Schools
SUPERINTENDENT: Karen Trujillo
E-MAIL: ktrujillo@lcps.net
PHONE NUMBER: (575) 527-5800
505 South Main  Suite 249
Las Cruces, NM  88001

Las Vegas City Public Schools
SUPERINTENDENT: Larryssa Archuleta
E-MAIL: larryssaarchuleta@cybercardinal.com
PHONE NUMBER: (505) 425-5277
901 Douglas Avenue
Las Vegas, NM  87701

Logan Municipal Schools
SUPERINTENDENT: Dennis Roch
E-MAIL: droch@loganschool.net
PHONE NUMBER: (505) 487-2252
301 2Nd St
Logan, NM  88426

Lordsburg Municipal Schools
SUPERINTENDENT: Stephen Lucas
E-MAIL: slucas@lmsed.org
PHONE NUMBER: (505) 542-9361
501 W Fourth St
Lordsburg, NM  88045

Los Alamos Public Schools
SUPERINTENDENT: Kurt Steinhaus
E-MAIL: k.steinhaus@laschools.net
PHONE NUMBER: (505) 663-2222
751 Trinity Dr
Los Alamos, NM  87544

Los Lunas Public Schools
SUPERINTENDENT: Dana Sanders
E-MAIL: dsanders@llschools.net
PHONE NUMBER: (505) 839-3840
660 Main St
Los Lunas, NM  87031

Loving Municipal Schools
SUPERINTENDENT: Lee White
E-MAIL: lwhite@lovingschools.org
PHONE NUMBER: (505) 745-2000
603 West Cottonwood
Loving, NM  88256

Lovington Municipal Schools
SUPERINTENDENT: Leanne Gandy
E-MAIL: leannegandy@lovingtonschools.net
PHONE NUMBER: (575) 739-2200
18 W Washington
Lovington, NM  88260

Magdalena Municipal Schools
SUPERINTENDENT: Glenn Haven
E-MAIL: ghaven@magdalena.k12.nm.us
PHONE NUMBER: (575) 854-2241
201 Duggins
Magdalena, NM  87825

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Mariano Lake Community School
SUPERINTENDENT: Charles Sherman
E-MAIL: charles.sherman@bie.edu
PHONE NUMBER: (505) 786-5265
Po Box 787
Crownpoint, NM  87313

Maxwell Municipal Schools
SUPERINTENDENT: Kristen Forrester
E-MAIL: kforrester@maxwellp12.com
PHONE NUMBER: (505) 375-2371
4Th & Parque
Maxwell, NM  87728

Melrose Public Schools
SUPERINTENDENT: Brian Stacy
E-MAIL: bstacy@melroseschools.org
PHONE NUMBER: (575) 253-4269
100 Missouri Ave
Melrose, NM  88124

Mesa Vista Consolidated Schools
SUPERINTENDENT: Albert Martinez
E-MAIL: albert.martinez@mesavista.org
PHONE NUMBER: (575) 583-2645
Highway 285, Junction 111
Ojo Caliente, NM  87549

Mescalero Apache School
SUPERINTENDENT: Mary Ross
E-MAIL: mary.ross@mescaleroas.org
PHONE NUMBER: (575)464-4431
249 White Mountain Drive
Mescalero, NM  88340

Mora Independent Schools
SUPERINTENDENT: Marvin Macauley
E-MAIL: mmacauley@mora.k12.nm.us
PHONE NUMBER: (505) 387-3100
Hwy 518
Mora, NM  87732

Moriarty-edgewqod School District
SUPERINTENDENT: Teresa Salazar
E-MAIL: teresa.salazar@mesd.us
PHONE NUMBER: (505) 832-4471
200 Center St
Moriarty, NM  87035

Mountainair Public Schools
SUPERINTENDENT: Dawn Apodaca
E-MAIL: dapodaca@mpschools.net
PHONE NUMBER: (505) 847-2333
903 W 3Rd St
Mountainair, NM  87036

Na' Neelzhiin Ji'Olta
SUPERINTENDENT: Kenneth Toledo
E-MAIL: ktoledo_rock@yahoo.com
PHONE NUMBER: (505)731-2272
HCR 79 Box 9
Cuba, NM  87013

Navajo Preparatory School
SUPERINTENDENT: Betty Ojaye
E-MAIL: bojaye@navajoprep.com
PHONE NUMBER: (505) 326-6571
1220 West Apache
Farmington, NM  87401

Nenahnezad Community School
SUPERINTENDENT: Nolan Johnson
E-MAIL: nolan.johnson@bie.edu
PHONE NUMBER: (505)960-6922
P.O. Box 337
Fruitland, NM  87416

New Mexico Navajo Central Education Line Office
SUPERINTENDENT: Walter Coulter
E-MAIL: walter.coulter@bie.edu
PHONE NUMBER: (505) 786-6150
222 Code Talker Dr
Crownpoint, NM  87313

New Mexico Navajo South Education Line Office
SUPERINTENDENT: John Mcintosh
E-MAIL: john.mcintosh@bie.edu
PHONE NUMBER: (505) 863-8332
301 West Hill Avenue
Gallup, NM  87301

New Mexico North Education Line Office
SUPERINTENDENT: Benjamin Atencio
E-MAIL: benjamin.atencio@bie.edu
PHONE NUMBER: (505) 753-1465
661 Roadrunner Road
San Juan Pueblo, NM  87566

Nm School For The Blind And Visually Impaired
SUPERINTENDENT: Patricia Beecher
E-MAIL: pbeecher@nmsbvi.k12.nm.us
PHONE NUMBER: (575) 437-3505
1900 N White Sands Blvd
Alamogordo, NM  88310

Nm School For The Deaf
SUPERINTENDENT: Rosemary Gallegos
E-MAIL: rosemary.gallegos@nmsd.k12.nm.us
PHONE NUMBER: (505) 476-6300
1600 Cerrillos Road
Sante Fe, NM  87505

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Ohkay Owingeh Community School
SUPERINTENDENT: Claudia Sena
E-MAIL: claudia_sena@oocs.org
PHONE NUMBER: (505)852-2154
P.O. Box 1077
Ohkay Owingeh, NM  87566

Ojo Encino Day School
SUPERINTENDENT: Vickie Blackwater
E-MAIL: vickie.blackwater@bie.edu
PHONE NUMBER: (505) 731-2333
Hcr 79 Box 7
Cuba, NM  87013

Pecos Independent Schools
SUPERINTENDENT: Fred Trujillo
E-MAIL: ftrujillo@pecos.k12.nm.us
PHONE NUMBER: (505) 757-4700
Nm Hwy 63
Pecos, NM  87552

Penasco Independent Schools
SUPERINTENDENT: Lisa Hamilton
E-MAIL: lhamilton@penascoisd.com
PHONE NUMBER: (575) 587-2502
13 School Rd
Penasco, NM  87553

Pine Hill Schools
SUPERINTENDENT: David Nez
E-MAIL: davidn@rnsb.k12.nm.us
PHONE NUMBER: (505) 775-3242
Rt 125
Pine Hills, NM  87357

Pojoaque Valley Public Schools
SUPERINTENDENT: Sondra Adams
E-MAIL: saa@pvs.k12.nm.us
PHONE NUMBER: (505) 455-2282
1574 State Rd 502
Pojoaque, NM  87506

Portales Municipal Schools
SUPERINTENDENT: Johnnie Cain
E-MAIL: jcain@portalesschools.com
PHONE NUMBER: (575) 356-7000
501 South Abilene
Portales, NM  88130

Pueblo Pintado Community School
SUPERINTENDENT: Irowena Whitehair
E-MAIL: irowena.whitehair@bie.edu
PHONE NUMBER: (505) 655-3341
Hcr 79 Box 80
Cuba, NM  87013

Quemado Independent Schools
SUPERINTENDENT: David Lackey
E-MAIL: dlackey@quemadoschools.org
PHONE NUMBER: (505) 773-4700
Hwy 12
Datil, NM  87821

Questa Independent Schools
SUPERINTENDENT: Michael Lovato
E-MAIL: mlovato@questa.k12.nm.us
PHONE NUMBER: (505) 586-0421
2556A Wildcat Rd
Questa, NM  87556

Raton Public Schools
SUPERINTENDENT: Christopher Bonn
E-MAIL: superintendent@ratonschools.com
PHONE NUMBER: (575) 445-9111
1550 Tiger Circle
Raton, NM  87740

Reserve Public Schools
SUPERINTENDENT: Cindy Shellhorn
E-MAIL: cshellhorn@reserveschools.com
PHONE NUMBER: (575) 533-6242
24 Mountaineer Rd
Reserve, NM  87830

Rio Rancho Public Schools
SUPERINTENDENT: Sue Cleveland
E-MAIL: sue.cleveland@rrps.net
PHONE NUMBER: (505) 896-0667
500 Laser Road Ne
Rio Rancho, NM  87124

Roswell Independent Schools
SUPERINTENDENT: Julie Whitcamp
E-MAIL: jwhitcamp@risd.k12.nm.us
PHONE NUMBER: (575) 627-2500
300 N Kentucky
Roswell, NM  88201

Roy Municipal Schools
SUPERINTENDENT: Kamau Turner
E-MAIL: supt@royschools.org
PHONE NUMBER: (505) 485-2242
301 N 2Nd
Roy, NM  87743

Ruidoso Municipal Schools
SUPERINTENDENT: George Bickert
E-MAIL: bickertg@ruidososchools.org
PHONE NUMBER: (575) 257-4051
200 Horton Circle
Ruidoso, NM  88345

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

San Felipe Pueblo Elementary School
SUPERINTENDENT: Casey Sovo
E-MAIL: casey.sovo@bie.edu
PHONE NUMBER: (505) 867-3364
1-25N & Sr313
San Felipe, NM  87001

San Ildefonso Day School
SUPERINTENDENT: Casey Sovo
E-MAIL: casey.sovo@bie.edu
PHONE NUMBER: (505) 455-2366
Route 5 Box 308 / Tunyo Po #36
Santa Fe, NM  87506

San Jon Municipal Schools
SUPERINTENDENT: Janet Gladu
E-MAIL: jgladu@sanjonschools.com
PHONE NUMBER: (575) 576-2466
7Th & Elm St
San Jon, NM  88434

Sanostee Day School
SUPERINTENDENT: David Smith
E-MAIL: david.smith@bie.edu
PHONE NUMBER: (505) 723-2476
Po Box 159
Sanostee, NM  87461

Santa Clara Day School
SUPERINTENDENT: Diane Delgado
E-MAIL: ddelgado@khapoeducation.org
PHONE NUMBER: (505) 753-4406
625 Kee Street
Espanola, NM  87532

Santa Fe Indian School
SUPERINTENDENT: Roy Herrera
E-MAIL: rmherrera@sfis.k12.nm.us
PHONE NUMBER: (505) 989-6302
1501 Cerrillos Rd
Santa Fe, NM  87502

Santa Fe Public Schools
SUPERINTENDENT: Veronica Garcia
E-MAIL: vcgarcia@sfps.k12.nm.us
PHONE NUMBER: (505) 467-2000
610 Alta Vista
Santa Fe, NM  87501

Santa Rosa Consolidated Schools
SUPERINTENDENT: Martin Madrid
E-MAIL: mmadrid@srlions.com
PHONE NUMBER: (575) 472-3171
344 Fourth Street
Santa Rosa, NM  88435

Sequoyah
SUPERINTENDENT: Carmela Sandoval
E-MAIL: carmela.sandoval@state.nm.us
PHONE NUMBER: (505) 222-0355
3405 West Pan American Fwy Ne
Albuquerque, NM  87107

Silver Consolidated Schools
SUPERINTENDENT: Audie Brown
E-MAIL: abrown@silverschools.org
PHONE NUMBER: (505) 956-2000
2810 North Swan Street
Silver City, NM  88061

Sky City Community School
SUPERINTENDENT: Yvonne Haven
E-MAIL: yvonne.haven@bie.edu
PHONE NUMBER: (505) 552-6671
44 Pinsbaari Dr
Acoma, NM  87034

Socorro Consolidated Schools
SUPERINTENDENT: Ron Hendrix
E-MAIL: rhendrix@socorro.k12.nm.us
PHONE NUMBER: (575) 835-0300
700 Franklin St
Socorro, NM  87801

Springer Municipal Schools
SUPERINTENDENT: Eddie King
E-MAIL: eking@springerschools.org
PHONE NUMBER: (575) 483-3432
1401 8Th St
Springer, NM  87747

T Or C Municipal Schools
SUPERINTENDENT: Randall Piper
E-MAIL: rpiper@torcschools.net
PHONE NUMBER: (575) 894-8166
180 North Date Street
T Or C, NM  87901

Taos Day School
SUPERINTENDENT: Patricia Kessler
E-MAIL: patricia.kessler@bie.edu
PHONE NUMBER: (575)758-3652
P.O. Box 1850
Taos, NM  87571

Taos Municipal Schools
SUPERINTENDENT: Lillian Torrez
E-MAIL: lillian.torrez@taosschools.org
PHONE NUMBER: (575) 758-5202
310 Camino De La Placita
Taos, NM  87571

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Tatum Municipal Schools
SUPERINTENDENT: Buddy Little
E-MAIL: blittle@tatumschools.org
PHONE NUMBER: (575) 398-4455
306 W 3Rd St
Tatum, NM  88267

Texico Municipal Schools
SUPERINTENDENT: Robert Brown
E-MAIL: rbrown@texicoschools.com
PHONE NUMBER: (575) 482-3801
520 N Griffin St
Texico, NM  88135

T'Iists'Oozi'Bi'Olta
SUPERINTENDENT: Virginia Jumbo
E-MAIL: virginia.jumbo@bie.edu
PHONE NUMBER: (505) 786-6159
State Hwy 371 Navajo Rt 9 Building 1771
Crownpoint, NM  87313

To'hajiilee Day School
SUPERINTENDENT: Karen Griego
E-MAIL: ksanchezgriego@tohajiilee.com
PHONE NUMBER: (505)908-2426
P.O. Box 3438
ToHajiilee, NM  87026

Tucumcari Public Schools
SUPERINTENDENT: Aaron Mckinney
E-MAIL: a.mckinney@tucumcarischools.com
PHONE NUMBER: (575) 461-3910
700 W Amarosa Ave
Tucumcari, NM  88401

Tularosa Municipal Schools
SUPERINTENDENT: Brenda Vigil
E-MAIL: brenda.vigil@tularosak12.us
PHONE NUMBER: (575) 585-8800
504 First Street
Tularosa, NM  88352

Vaughn Municipal Schools
SUPERINTENDENT: Jack Props
E-MAIL: jprops@vaughn.k12.nm.us
PHONE NUMBER: (505) 584-2283
101 E 4Th St
Vaughn, NM  88353

Wagon Mound Public Schools
SUPERINTENDENT: Anita Romero
E-MAIL: Anita.Romero@wm.k12.nm.us
PHONE NUMBER: (575) 666-3000
300 Park Ave
Wagon Mound, NM  87752

West Las Vegas Public Schools
SUPERINTENDENT: Christopher Gutierrez
E-MAIL: christopher_gutierrez@wlvs.k12.nm.us
PHONE NUMBER: (505) 426-2300
179 Bridge Street
Las Vegas, NM  87701

Wingate Elementary School
SUPERINTENDENT: Eric North
E-MAIL: eric.north@bie.edu
PHONE NUMBER: (505) 488-6300
12 Painted Horse
Ft Wingate, NM  87316

Wingate High School
SUPERINTENDENT: Gloria Arviso
E-MAIL: gloria.arviso@bie.edu
PHONE NUMBER: (505) 488-6400
1737 Shush Dr
Ft Wingate, NM  87316

Zuni Public Schools
SUPERINTENDENT: Daniel Benavidez
E-MAIL: daniel.benavidez@zpsd.org
PHONE NUMBER: (505) 782-5511
12 Twin Buttes Dr
Zuni, NM  87327

Carson City School District
SUPERINTENDENT: Richard Stokes
E-MAIL: rstokes@carson.k12.nv.us
PHONE NUMBER: (775) 283-2000
1402 West King
Carson City, NV  89702

Churchill County School District
SUPERINTENDENT: Summer Stephens
E-MAIL: stephenss@churchillcsd.com
PHONE NUMBER: (775) 423-5184
545 East Richards Street
Fallon, NV  89406

Clark County School District
SUPERINTENDENT: Jesus Jara
E-MAIL: jarajf@nv.ccsd.net
PHONE NUMBER: (702) 799-5000
5100 West Sahara Ave.
Las Vegas, NV  89146

Davidson Academy  School District
SUPERINTENDENT: Colleen Harsin
E-MAIL: charsin@davidsonacademy.unr.edu
PHONE NUMBER: (775) 682-5800
1164 N Virginia St
Reno, NV  89503

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Douglas County School District
SUPERINTENDENT: Teri White
E-MAIL: suptoffice@dcsd.k12.nv.us
PHONE NUMBER: (775) 782-5134
1638 Mono Avenue
Minden, NV  89423

Duckwater Shoshone Elementary School
SUPERINTENDENT: Jerry Millett
E-MAIL: tribal.manager@duckwatertribe.org
PHONE NUMBER: (775) 863-0242
511 Duckwater Falls
Duckwater, NV  89314

Elko County School District
SUPERINTENDENT: Michele Robinson
E-MAIL: mrobinson@ecsdnv.net
PHONE NUMBER: (775) 738-5196
1092 Burns Road
Elko, NV  89803

Esmeralda County School District
SUPERINTENDENT: Neil Terhune
E-MAIL: nterhune@esmeraldacountyschools.com
PHONE NUMBER: (775) 485-6382
5Th And Ramsey
Goldfield, NV  89013

Eureka County School District
SUPERINTENDENT: Tate Else
E-MAIL: telse@eureka.k12.nv.us
PHONE NUMBER: (775) 237-5373
Adams Street
Eureka, NV  89316

Humboldt County School District
SUPERINTENDENT: David Jensen
E-MAIL: djensen@hcsdnv.com
PHONE NUMBER: (775) 623-8100
310 East Fourth Street
Winnemucca, NV  89445

Lander County School District
SUPERINTENDENT: Russell Klein
E-MAIL: rklein@landernv.net
PHONE NUMBER: (775) 635-2886
625 Weaver Avenue
Battle Mountain, NV  89820

Lincoln County School District
SUPERINTENDENT: Pam Teel
E-MAIL: pteel@lcsdnv.com
PHONE NUMBER: (775) 728-8000
495 East Edwards
Panaca, NV  89042

Lyon County School District
SUPERINTENDENT: Wayne Workman
E-MAIL: wworkman@lyoncsd.org
PHONE NUMBER: (775) 463-6800
25 East Goldfield Avenue
Yerington, NV  89447

Mineral County School District
SUPERINTENDENT: Karen Watson
E-MAIL: watson.karen@nvmcsd.org
PHONE NUMBER: (775) 945-2403
503 C Street
Hawthorne, NV  89415

Nye County School District
SUPERINTENDENT: Warren Shillingburg
E-MAIL: wshillingburg@nyeschools.org
PHONE NUMBER: (775) 482-6258
Military Circle
Ton0Pah, NV  89049

Pershing County School District
SUPERINTENDENT: Russell Fecht
E-MAIL: rfecht@pershing.k12.nv.us
PHONE NUMBER: (775) 273-7819
12Th And Grinnell
Lovelock, NV  89419

Pyramid Lake High School
SUPERINTENDENT: Jake Chapin
E-MAIL: chapins@plhs.us
PHONE NUMBER: (775) 574-1016
711 State St
Nixon, NV  89424

Storey County School District
SUPERINTENDENT: Todd Hess
E-MAIL: thess@storey.k12.nv.us
PHONE NUMBER: (775) 847-0983
30 North B Street
Virginia City, NV  89440

Washoe County School District
SUPERINTENDENT: Kristen Mcneill
E-MAIL: kmcneill@washoeschools.net
PHONE NUMBER: (775) 348-0200
425 East Ninth
Reno, NV  89520

White Pine County School District
SUPERINTENDENT: Adam Young
E-MAIL: adam.young@wpcnvadmin.com
PHONE NUMBER: (775) 289-4851
1135 Avenue C
Ely, NV  89301

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Abbott Union Free School District
SUPERINTENDENT: Kristopher Harrison
E-MAIL: kristopher.harrison@irvingtonschools.org
PHONE NUMBER: (914) 428-3043
100 N Broadway
Irvington, NY  10533

Addison Central School District
SUPERINTENDENT: Joseph Dioguardi
E-MAIL: jdioguardi@addisoncsd.org
PHONE NUMBER: (607) 359-2244
7 Cleveland Dr-Ste 101
Addison, NY  14801

Adirondack Central School District
SUPERINTENDENT: Edward Niznik
E-MAIL: eniznik@adirondackcsd.org
PHONE NUMBER: (315) 942-9200
110 Ford St
Boonville, NY  13309

Afton Central School District
SUPERINTENDENT: Timothy McNamara
E-MAIL: tmcnamara@aftoncsd.org
PHONE NUMBER: (607) 639-8200
29 Academy St
Afton, NY  13730

Akron Central School District
SUPERINTENDENT: Patrick Mccabe
E-MAIL: pmccabe@akronk12.org
PHONE NUMBER: (716) 542-5006
47 Bloomingdale Ave
Akron, NY  14001

Albany City School District
SUPERINTENDENT: Kaweeda Adams
E-MAIL: kadams@albany.k12.ny.us
PHONE NUMBER: (518) 475-6000
Academy Park
Albany, NY  12207

Albany-schoharie-schenectady-saratoga Boces
SUPERINTENDENT: Anita Murphy
E-MAIL: anita.murphy@neric.org
PHONE NUMBER: (518) 862-4901
900 Watervliet-Shaker Rd-Ste 1
Albany, NY  12205

Albion Central School District
SUPERINTENDENT: Michael Bonnewell
E-MAIL: mbonnewell@albionk12.org
PHONE NUMBER: (585) 589-2056
324 East Ave
Albion, NY  14411

Alden Central School District
SUPERINTENDENT: Adam Stoltman
E-MAIL: astoltman@aldenschools.org
PHONE NUMBER: (716) 937-9116
13190 Park St
Alden, NY  14004

Alexander Central School District
SUPERINTENDENT: Catherine Huber
E-MAIL: cmhuber@alexandercsd.org
PHONE NUMBER: (585) 591-1551
3314 Buffalo St
Alexander, NY  14005

Alexandria Central School District
SUPERINTENDENT: Christopher Clapper
E-MAIL: cclapper@acsghosts.org
PHONE NUMBER: (315) 482-9971
34 Bolton Ave
Alexandria Bay, NY  13607

Alfred-almond Central School District
SUPERINTENDENT: Tracie Preston
E-MAIL: tpreston@aacsapps.com
PHONE NUMBER: (607) 276-6500
6795 Rt 21
Almond, NY  14804

Allegany-limestone Central School District
SUPERINTENDENT: Anthony Giannicchi
E-MAIL: tgiannicchi@alcsny.org
PHONE NUMBER: (716) 375-6600
3131 Five Mile Rd
Allegany, NY  14706

Altmar-parish-williamstown Central School District
SUPERINTENDENT: Eric Knuth
E-MAIL: eknuth@apw.cnyric.org
PHONE NUMBER: (315) 625-5251
639 County Rt 22
Parish, NY  13131

Amagansett Union Free School District
SUPERINTENDENT: Seth Turner
E-MAIL: sturner@aufsd.org
PHONE NUMBER: (631) 267-3572
320 Main St
Amagansett, NY  11930

Amherst Central School District
SUPERINTENDENT: Anthony Panella
E-MAIL: apanella@amherstschools.org
PHONE NUMBER: (716) 362-3000
55 Kings Hwy
Amherst, NY  14226

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Amityville Union Free School District
SUPERINTENDENT: Mary Kelly
E-MAIL: mkelly@amityvilleufsd.org
PHONE NUMBER: (631) 565-6019
150 Park Ave
Amityville, NY  11701

Amsterdam City School District
SUPERINTENDENT: Richard Ruberti
E-MAIL: rruberti@gasd.org
PHONE NUMBER: (518) 843-3180
140 Saratoga Avenue
Amsterdam, NY  12010

Andes Central School District
SUPERINTENDENT: Robert Chakar
E-MAIL: rchakar@andescentralschool.org
PHONE NUMBER: (845) 676-3167
85 Delaware Ave
Andes, NY  13731

Andover Central School District
SUPERINTENDENT: Lawrence Spangenburg
E-MAIL: lspangenburg@andovercsd.org
PHONE NUMBER: (607) 478-8491
31-35 Elm St
Andover, NY  14806

Ardsley Union Free School District
SUPERINTENDENT: Lauren Allan
E-MAIL: lallan@ardsleyschools.org
PHONE NUMBER: (914) 295-5500
500 Farm Rd
Ardsley, NY  10502

Argyle Central School District
SUPERINTENDENT: Michael Healey
E-MAIL: healey_m@argylecsd.org
PHONE NUMBER: (518) 638-8243
5023 State Rt 40
Argyle, NY  12809

Arkport Central School District
SUPERINTENDENT: Jesse Harper
E-MAIL: jharper@arkportcsd.org
PHONE NUMBER: (607) 295-7471
35 East Ave
Arkport, NY  14807

Arlington Central School District
SUPERINTENDENT: Lorenzo Licopoli
E-MAIL: llicopoli@acsdny.org
PHONE NUMBER: (845) 486-4460
144 Todd Hill Rd
Lagrangeville, NY  12540

Attica Central School District
SUPERINTENDENT: Bryce Thompson
E-MAIL: bthompson2@atticacsd.org
PHONE NUMBER: (585) 591-2173
3338 E Main St
Attica, NY  14011

Auburn City School District
SUPERINTENDENT: Jeff Pirozzolo
E-MAIL: jeffrey_pirozzolo@auburn.cnyric.org
PHONE NUMBER: (315) 255-8835
78 Thornton Ave
Auburn, NY  13021

Ausable Valley Central School District
SUPERINTENDENT: Paul Savage
E-MAIL: psavage@avcsk12.org
PHONE NUMBER: (518) 834-2845
1273 Rt 9N
Clintonville, NY  12924

Averill Park Central School District
SUPERINTENDENT: James Franchini
E-MAIL: franchinij@apcsd.org
PHONE NUMBER: (518) 674-7055
146 Gettle Rd-St 1
Averill Park, NY  12018

Avoca Central School District
SUPERINTENDENT: Stephen Saxton
E-MAIL: ssaxton@avocacsd.org
PHONE NUMBER: (607) 566-2221
17-29 Oliver St
Avoca, NY  14809

Avon Central School District
SUPERINTENDENT: Ryan Pacatte
E-MAIL: rpacatte@avoncsd.org
PHONE NUMBER: (585) 226-2455
191 Clinton St
Avon, NY  14414

Babylon Union Free School District
SUPERINTENDENT: Linda Rozzi
E-MAIL: lrozzi@babylonufsd.com
PHONE NUMBER: (631) 893-7925
50 Railroad Ave
Babylon, NY  11702

Bainbridge-guilford Central School District
SUPERINTENDENT: Timothy Ryan
E-MAIL: tryan@bgcsd.org
PHONE NUMBER: (607) 967-6321
18 Juliand St
Bainbridge, NY  13733

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Baldwin Union Free School District
SUPERINTENDENT: Shari Camhi
E-MAIL: camhis@baldwinschools.org
PHONE NUMBER: (516) 377-9200
960 Hastings St
Baldwin, NY  11510

Baldwinsville Central School District
SUPERINTENDENT: Matthew Mcdonald
E-MAIL: mmcdonald@bville.org
PHONE NUMBER: (315) 638-6043
29 E Oneida St
Baldwinsville, NY  13027

Ballston Spa Central School District
SUPERINTENDENT: Ken Slentz
E-MAIL: kslentz@bscsd.org
PHONE NUMBER: (518) 884-7195
70 Malta Ave
Ballston Spa, NY  12020

Barker Central School District
SUPERINTENDENT: Jacob Reimer
E-MAIL: jreimer@barkercsd.net
PHONE NUMBER: (716) 795-3832
1628 Quaker Rd
Barker, NY  14012

Batavia City School District
SUPERINTENDENT: Anibal Soler
E-MAIL: asoler@bataviacsd.org
PHONE NUMBER: (585) 343-2480
260 State St
Batavia, NY  14020

Bath Central School District
SUPERINTENDENT: Joseph Rumsey
E-MAIL: jrumsey@bathcsd.org
PHONE NUMBER: (607) 776-3301
25 Ellas Ave
Bath, NY  14810

Bay Shore Union Free School District
SUPERINTENDENT: Joseph Bond
E-MAIL: jbond@bayshoreschools.org
PHONE NUMBER: (631) 968-1117
75 W Perkal St
Bay Shore, NY  11706

Bayport-blue Point Union Free School District
SUPERINTENDENT: Timothy Hearney
E-MAIL: Thearney@bbpschools.org
PHONE NUMBER: (631) 472-7860
189 Academy St
Bayport, NY  11705

Beacon City School District
SUPERINTENDENT: Matthew Landahl
E-MAIL: landahl.m@beaconk12.org
PHONE NUMBER: (845) 838-6900
10 Education Dr
Beacon, NY  12508

Beaver River Central School District
SUPERINTENDENT: Todd Green
E-MAIL: tgreen@brcsd.org
PHONE NUMBER: (315) 346-1211
9508 Artz Rd
Beaver Falls, NY  13305

Bedford Central School District
SUPERINTENDENT: Joel Adelberg
E-MAIL: jadelberg2958@bcsdny.org
PHONE NUMBER: (914) 241-6010
632 S Bedford Rd
Bedford, NY  10506

Beekmantown Central School District
SUPERINTENDENT: Dan Mannix
E-MAIL: mannix.dan@bcsdk12.org
PHONE NUMBER: (518) 563-8250
37 Eagle Way
West Chazy, NY  12992

Belfast Central School District
SUPERINTENDENT: Wendy Butler
E-MAIL: wbutler@belf.wnyric.org
PHONE NUMBER: (585) 365-9940
1 King St
Belfast, NY  14711

Belleville-henderson Central School District
SUPERINTENDENT: Jane Collins
E-MAIL: jcollins@bhpanthers.org
PHONE NUMBER: (315) 846-5826
8372 County Rt 75
Belleville, NY  13611

Bellmore Union Free School District
SUPERINTENDENT: Joseph Famularo
E-MAIL: jfamularo@bellmoreschools.org
PHONE NUMBER: (516) 679-2909
580 Winthrop Ave
Bellmore, NY  11710

Bellmore-merrick Central High School District
SUPERINTENDENT: John Detommaso
E-MAIL: jdetommaso@bmchsd.k12.ny.us
PHONE NUMBER: (516) 992-1001
1260 Meadowbrook Rd
North Merrick, NY  11566

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Bemus Point Central School District
SUPERINTENDENT: Michelle Spasiano
E-MAIL: mspasiano@bemusptcsd.org
PHONE NUMBER: (716) 386-2375
3980 Dutch Hollow Rd
Bemus Point, NY  14712

Berkshire Union Free School District
SUPERINTENDENT: Brian Parchesky
E-MAIL: bparchesky@berkshirefarm.org
PHONE NUMBER: (518) 781-3500
13640 Rt 22
Canaan, NY  12029

Berlin Central School District
SUPERINTENDENT: Stephen Young
E-MAIL: syoung@berlincentral.org
PHONE NUMBER: (518) 658-2515
17400 Ny 22
Cherry Plain, NY  12040

Berne-knox-westerlo Central School District
SUPERINTENDENT: Timothy Mundell
E-MAIL: tmundell@bkwschools.org
PHONE NUMBER: (518) 872-1293
1738 Helderberg Trail
Berne, NY  12023

Bethlehem Central School District
SUPERINTENDENT: Jody Monroe
E-MAIL: jmonroe@bcsd.neric.org
PHONE NUMBER: (518) 439-7098
700 Delaware Ave
Delmar, NY  12054

Bethpage Union Free School District
SUPERINTENDENT: Dave Schneider
E-MAIL: dschneider@bethpage.ws
PHONE NUMBER: (516) 644-4001
10 Cherry Ave
Bethpage, NY  11714

Binghamton City School District
SUPERINTENDENT: Tonia Thompson
E-MAIL: thompsont@binghamtonschools.org
PHONE NUMBER: (607) 762-8100
164 Hawley St
Binghamton, NY  13901

Blind Brook-rye Union Free School District
SUPERINTENDENT: Jonathan Ross
E-MAIL: jross@blindbrook.org
PHONE NUMBER: (914) 937-3600
390 N Ridge St
Rye Brook, NY  10573

Bolivar-richburg Central School District
SUPERINTENDENT: Michael Retzlaff
E-MAIL: mretzlaff@brcs.wnyric.org
PHONE NUMBER: (585) 928-2561
100 School St
Bolivar, NY  14715

Bolton Central School District
SUPERINTENDENT: Michael Graney
E-MAIL: mg103@boltoncsd.org
PHONE NUMBER: (518) 644-2400
26 Horicon Ave
Bolton Landing, NY  12814

Bradford Central School District
SUPERINTENDENT: John Marshall
E-MAIL: jmarshall@bradfordcsd.org
PHONE NUMBER: (607) 583-4616
2820 Rt 226
Bradford, NY  14815

Brasher Falls Central School District
SUPERINTENDENT: Robert Stewart
E-MAIL: rstewart@bfcsd.org
PHONE NUMBER: (315) 389-5131
1039 State Hwy 11C
Brasher Falls, NY  13613

Brentwood Union Free School District
SUPERINTENDENT: Richard Loeschner
E-MAIL: rloeschner@bufsd.org
PHONE NUMBER: (631) 434-2325
52 3Rd Ave
Brentwood, NY  11717

Brewster Central School District
SUPERINTENDENT: Laurie Bandlow
E-MAIL: lbandlow@brewsterschools.org
PHONE NUMBER: (845) 279-8000
30 Farm-To-Market Rd
Brewster, NY  10509

Briarcliff Manor Union Free School District
SUPERINTENDENT: James Kaishian
E-MAIL: jkaishian@briarcliffschools.org
PHONE NUMBER: (914) 432-8115
45 Ingham Rd
Briarcliff Manor, NY  10510

Bridgehampton Union Free School District
SUPERINTENDENT: Robert Hauser
E-MAIL: rhauser@bridgehamptonschool.com
PHONE NUMBER: (631) 537-0271
2685 Montauk Hwy
Bridgehampton, NY  11932

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Brighton Central School District
SUPERINTENDENT: Kevin Mcgowan
E-MAIL: kevin_mcgowan@bcsd.org
PHONE NUMBER: (585) 242-5080
2035 Monroe Ave
Rochester, NY  14618

Broadalbin-perth Central School District
SUPERINTENDENT: Stephen Tomlinson
E-MAIL: tomlinsons@bpcsd.org
PHONE NUMBER: (518) 954-2500
20 Pine St
Broadalbin, NY  12025

Brockport Central School District
SUPERINTENDENT: Sean Bruno
E-MAIL: sean.bruno@bcs1.org
PHONE NUMBER: (585) 637-1810
40 Allen St
Brockport, NY  14420

Brocton Central School District
SUPERINTENDENT: Jason Delcamp
E-MAIL: jdelcamp@broctoncsd.org
PHONE NUMBER: (716) 792-2173
138 W Main St
Brocton, NY  14716

Bronxville Union Free School District
SUPERINTENDENT: Roy Montesano
E-MAIL: rmontesano@bronxvilleschool.org
PHONE NUMBER: (914) 395-0500
177 Pondfield Rd
Bronxville, NY  10708

Brookfield Central School District
SUPERINTENDENT: James Plows
E-MAIL: jplows@brookfieldcsd.org
PHONE NUMBER: (315) 899-3323
1910 Fairground Rd
Brookfield, NY  13314

Brookhaven-comsewogue Union Free School District
SUPERINTENDENT: Jennifer Quinn
E-MAIL: jquinn@comsewogue.k12.ny.us
PHONE NUMBER: (631) 474-8105
290 Norwood Ave
Port Jefferson Station, NY  11776

Broome-delaware-tioga Boces
SUPERINTENDENT: Allen Buyc
E-MAIL: abuyck@btboces.org
PHONE NUMBER: (607) 766-3802
435 Glenwood Rd
Binghamton, NY  13905

Brunswick Central School District (brittonkill)
SUPERINTENDENT: Angelina Maloney
E-MAIL: amaloney@brunswickcsd.org
PHONE NUMBER: (518) 279-4600
3992 Ny Rt 2
Troy, NY  12180

Brushton-moira Central School District
SUPERINTENDENT: Todd Lapage
E-MAIL: tlapage@bmcsd.org
PHONE NUMBER: (518) 529-7324
758 County Rt 7
Brushton, NY  12916

Buffalo City School District
SUPERINTENDENT: Kriner Cash
E-MAIL: krinercash@buffaloschools.org
PHONE NUMBER: (716) 816-3575
712 City Hall
Buffalo, NY  14202

Burnt Hills-ballston Lake Central School District
SUPERINTENDENT: Patrick Mcgrath
E-MAIL: pmcgrath@bhbl.org
PHONE NUMBER: (518) 399-9141
50 Cypress Dr
Scotia, NY  12302

Byram Hills Central School District
SUPERINTENDENT: Jen Lamia
E-MAIL: jlamia@byramhills.org
PHONE NUMBER: (914) 273-4082
10 Tripp Ln
Armonk, NY  10504

Byron-bergen Central School District
SUPERINTENDENT: Mickey Edwards
E-MAIL: medwards@bbschools.org
PHONE NUMBER: (585) 494-1220
6917 W Bergen Rd
Bergen, NY  14416

Cairo-durham Central School District
SUPERINTENDENT: Michael Wetherbee
E-MAIL: mwetherbee@cairodurham.org
PHONE NUMBER: (518) 622-8534
424 Main St
Cairo, NY  12413

Caledonia-mumford Central School District
SUPERINTENDENT: Robert Molisani
E-MAIL: rmolisani@cal-mum.org
PHONE NUMBER: (585) 538-6811
99 North St
Caledonia, NY  14423

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Cambridge Central School District
SUPERINTENDENT: Douglas Silvernell
E-MAIL: douglas.silvernell@cambridgecsd.org
PHONE NUMBER: (518) 677-2653
58 S Park St
Cambridge, NY  12816

Camden Central School District
SUPERINTENDENT: Ravo Root
E-MAIL: rroot@camdencsd.org
PHONE NUMBER: (315) 245-2500
51 Third St
Camden, NY  13316

Campbell-savona Central School District
SUPERINTENDENT: Kathleen Hagenbuch
E-MAIL: khagen@cscsd.org
PHONE NUMBER: (607) 527-9800
8455 County Rt 125
Campbell, NY  14821

Canajoharie Central School District
SUPERINTENDENT: Nick Fitzgerald
E-MAIL: nick.fitzgerald@canjo.org
PHONE NUMBER: (518) 673-6302
136 Scholastic Way
Canajoharie, NY  13317

Canandaigua City School District
SUPERINTENDENT: Jamie Farr
E-MAIL: farrj@canandaiguaschools.org
PHONE NUMBER: (585) 396-3700
143 N Pearl St
Canandaigua, NY  14424

Canaseraga Central School District
SUPERINTENDENT: Chad Groff
E-MAIL: cgroff@ccsdny.org
PHONE NUMBER: (607) 545-6421
4-8 Main St
Canaseraga, NY  14822

Canastota Central School District
SUPERINTENDENT: Shawn Bissetta
E-MAIL: sbissetta@canastotacsd.org
PHONE NUMBER: (315) 697-2025
120 Roberts St
Canastota, NY  13032

Candor Central School District
SUPERINTENDENT: Jeffrey Kisloski
E-MAIL: jkisloski@candor.org
PHONE NUMBER: (607) 659-5010
1 Academy St
Candor, NY  13743

Canisteo-greenwood Csd
SUPERINTENDENT: Tom Crook
E-MAIL: tcrook@cgcsd.org
PHONE NUMBER: (607) 698-4225
84 Greenwood St
Canisteo, NY  14823

Canton Central School District
SUPERINTENDENT: Ronald Burke
E-MAIL: rburke@ccsdk12.org
PHONE NUMBER: (315) 386-8561
99 State St
Canton, NY  13617

Carle Place Union Free School District
SUPERINTENDENT: Christine Finn
E-MAIL: cfinn@cps.k12.ny.us
PHONE NUMBER: (516) 622-6442
168 Cherry Ln
Carle Place, NY  11514

Carmel Central School District
SUPERINTENDENT: Eric Stark
E-MAIL: estark@carmelschools.org
PHONE NUMBER: (845) 878-2094
81 South St
Patterson, NY  12563

Carthage Central School District
SUPERINTENDENT: Jennifer Premo
E-MAIL: jpremo@carthagecsd.org
PHONE NUMBER: (315) 493-5120
25059 Woolworth St
Carthage, NY  13619

Cassadaga Valley Central School District
SUPERINTENDENT: Charles Leichner
E-MAIL: cleichner@cvcougars.org
PHONE NUMBER: (716) 962-5155
5935 Rt 60
Sinclairville, NY  14782

Cato-meridian Central School District
SUPERINTENDENT: Terry Ward
E-MAIL: tward@catomeridian.org
PHONE NUMBER: (315) 626-3439
2851 State Rt 370
Cato, NY  13033

Catskill Central School District
SUPERINTENDENT: Ronel Cook
E-MAIL: rcook@catskillcsd.org
PHONE NUMBER: (518) 943-4696
343 W Main St
Catskill, NY  12414

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Cattaraugus-allegany-erie-wyoming Boces
SUPERINTENDENT: Scott Payne
E-MAIL: scott_payne@caboces.org
PHONE NUMBER: (716) 376-8254
1825 Windfall Rd
Olean, NY  14760

Cattaraugus-little Valley Central School District
SUPERINTENDENT: Sharon Huff
E-MAIL: shuff@cattlv.wnyric.org
PHONE NUMBER: (716) 257-5292
25 Franklin St N
Cattaraugus, NY  14719

Cayuga-onondaga Boces
SUPERINTENDENT: Brian Hartwell
E-MAIL: bhartwell@cayboces.org
PHONE NUMBER: (315) 253-0361
1879 W Genesee St Rd
Auburn, NY  13021

Cazenovia Central School District
SUPERINTENDENT: Matthew Reilly
E-MAIL: mreilly@caz.cnyric.org
PHONE NUMBER: (315) 655-1317
31 Emory Ave
Cazenovia, NY 13035

Center Moriches Union Free School District
SUPERINTENDENT: Ronald Masera
E-MAIL: rmasera@cmschools.org
PHONE NUMBER: (631) 878-0052
529 Main St
Center Moriches, NY  11934

Central Islip Union Free School District
SUPERINTENDENT: Howard Koenig
E-MAIL: hkoenig@centralislip.k12.ny.us
PHONE NUMBER: (631) 348-5112
50 Wheeler Rd
Central Islip, NY  11722

Central Square Central School District
SUPERINTENDENT: Thomas Colabufo
E-MAIL: tcolabufo@cssd.org
PHONE NUMBER: (315) 668-4220
44 School Drive
Central Square, NY  13036

Central Valley Csd At Ilion-mohawk
SUPERINTENDENT: Jeremy Rich
E-MAIL: jrich@cvalleycsd.org
PHONE NUMBER: (315) 894-9934
111 Frederick St
Ilion, NY  13357

Chappaqua Central School District
SUPERINTENDENT: Christine Ackerman
E-MAIL: chackerman@ccsd.ws
PHONE NUMBER: (914) 238-7200
66 Roaring Brook Rd
Chappaqua, NY  10514

Charlotte Valley Central School District
SUPERINTENDENT: James Harter
E-MAIL: harter.james@charlottevalley.org
PHONE NUMBER: (607) 278-5511
15611 State  Hwy 23
Davenport, NY  13750

Chateaugay Central School District
SUPERINTENDENT: Loretta Fowler
E-MAIL: l.fowler@chateaugaycsd.org
PHONE NUMBER: (518) 497-6420
42 River St
Chateaugay, NY  12920

Chatham Central School District
SUPERINTENDENT: Salvatore Deangelo
E-MAIL: deangelos@chatham.k12.ny.us
PHONE NUMBER: (518) 392-1501
50 Woodbridge Ave
Chatham, NY  12037

Chautauqua Lake Central School District
SUPERINTENDENT: Joshua Liddell
E-MAIL: jliddell@clake.org
PHONE NUMBER: (716) 753-5808
100 N Erie St
Mayville, NY  14757

Chazy Union Free School District
SUPERINTENDENT: Scott Osborne
E-MAIL: sosborne@chazy.org
PHONE NUMBER: (518) 846-7135
609 Miner Farm Rd
Chazy, NY  12921

Cheektowaga Central School District
SUPERINTENDENT: Mary Morris
E-MAIL: mmorris@ccsd-k12.org
PHONE NUMBER: (716) 686-3606
3600 Union Rd
Cheektowaga, NY 14225

Cheektowaga-maryvale Union Free School District
SUPERINTENDENT: Joseph DAngelo
E-MAIL: d'angelo@maryvaleufsd.org
PHONE NUMBER: (716) 631-0300
1050 Maryvale Dr
Cheektowaga, NY  14225

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Cheektowaga-sloan Union Free School District
SUPERINTENDENT: Andrea Galenski
E-MAIL: agalenski@csufsd.org
PHONE NUMBER: (716) 891-6402
166 Halstead Ave
Sloan, NY  14212

Chenango Forks Central School District
SUPERINTENDENT: Lloyd Peck
E-MAIL: peckj@cforks.org
PHONE NUMBER: (607) 648-7543
1 Gordon Dr
Binghamton, NY  13901

Chenango Valley Central School District
SUPERINTENDENT: David Gill
E-MAIL: dgill@cvcsd.stier.org
PHONE NUMBER: (607) 762-6801
221 Chenango Bridge Rd
Binghamton, NY  13901

Cherry Valley-springfield Central School District
SUPERINTENDENT: Therijo Climenhaga
E-MAIL: tclimenhaga@cvscsd.org
PHONE NUMBER: (607) 264-9332
597 County Hwy 54
Cherry Valley, NY  13320

Chester Union Free School District
SUPERINTENDENT: Denis Petrilak
E-MAIL: dpetrilak@chesterufsd.org
PHONE NUMBER: (845) 469-5052
64 Hambletonian Ave
Chester, NY  10918

Chittenango Central School District
SUPERINTENDENT: Michael Eiffe
E-MAIL: meiffe@chittenangoschools.org
PHONE NUMBER: (315) 687-2840
1732 Fyler Rd
Chittenango, NY  13037

Churchville-chili Central School District
SUPERINTENDENT: Lori Orologio
E-MAIL: lorologio@cccsd.org
PHONE NUMBER: (585) 293-1800
139 Fairbanks Rd
Churchville, NY  14428

Cincinnatus Central School District
SUPERINTENDENT: Todd Freeman
E-MAIL: tfreeman@cc.cnyric.org
PHONE NUMBER: (607) 863-3200
2809 Cincinnatus Rd
Cincinnatus, NY  13040

Clarence Central School District
SUPERINTENDENT: Geoffrey Hicks
E-MAIL: ghicks@clarenceschools.org
PHONE NUMBER: (716) 407-9102
9625 Main St
Clarence, NY  14031

Clarkstown Central School District
SUPERINTENDENT: Martin Cox
E-MAIL: mcox@ccsd.edu
PHONE NUMBER: (845) 639-6300
62 Old Middletown Rd
New City, NY  10956

Cleveland Hill Union Free School District
SUPERINTENDENT: Jon Macswan
E-MAIL: jmacswan@clevehill.org
PHONE NUMBER: (716) 836-7200
105 Mapleview Rd
Cheektowaga, NY  14225

Clifton-fine Central School District
SUPERINTENDENT: Regina Yeo
E-MAIL: ryeo@cliftonfine.org
PHONE NUMBER: (315) 848-3333
11 Hall Ave
Star Lake, NY  13690

Clinton Central School District
SUPERINTENDENT: Stephen Grimm
E-MAIL: sgrimm@ccs.edu
PHONE NUMBER: (315) 557-2253
75 Chenango Ave
Clinton, NY  13323

Clinton-essex-warren-washington Boces
SUPERINTENDENT: Mark Davey
E-MAIL: davey_mark@cves.org
PHONE NUMBER: (518) 561-0100
1585 Military Turnpike
Plattsburgh, NY  12901

Clyde-savannah Central School District
SUPERINTENDENT: Michael Hayden
E-MAIL: mhayden@clydesavannah.org
PHONE NUMBER: (315) 902-3000
215 Glasgow St
Clyde, NY  14433

Clymer Central School District
SUPERINTENDENT: Beth Olson
E-MAIL: bolson@clymercsd.org
PHONE NUMBER: (716) 355-4444
8672 E Main St
Clymer, NY  14724

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Cobleskill-richmondville Central School District
SUPERINTENDENT: Carl Mummenthey
E-MAIL: mummentheyc@crcs.k12.ny.us
PHONE NUMBER: (518) 234-4032
155 Washington Ave
Cobleskill, NY  12043

Cohoes City School District
SUPERINTENDENT: Jennifer Spring
E-MAIL: jspring@cohoes.org
PHONE NUMBER: (518) 237-0100
7 Bevan St
Cohoes, NY  12047

Cold Spring Harbor Central School District
SUPERINTENDENT: Robert Fenter
E-MAIL: rfenter@csh.k12.ny.us
PHONE NUMBER: (631) 367-5900
75 Goose Hill Rd
Cold Spring Harbor, NY  11724

Colton-pierrepont Central School District
SUPERINTENDENT: Jim Nee
E-MAIL: neeja@cpcs.us
PHONE NUMBER: (315) 262-2100
4921 State Hwy 56
Colton, NY  13625

Commack Union Free School District
SUPERINTENDENT: Donald James
E-MAIL: djames@commack.k12.ny.us
PHONE NUMBER: (631) 912-2000
480 Clay Pitts Rd
East Northport, NY  11731

Connetquot Central School District
SUPERINTENDENT: Lynda Adams
E-MAIL: ladams@ccsdli.org
PHONE NUMBER: (631) 244-2215
780 Ocean Ave
Bohemia, NY  11716

Cooperstown Central School District
SUPERINTENDENT: William Crankshaw
E-MAIL: wcrankshaw@cooperstowncs.org
PHONE NUMBER: (607) 547-5364
39 Linden Ave
Cooperstown, NY  13326

Copenhagen Central School District
SUPERINTENDENT: Scott Connell
E-MAIL: sconnell@ccsknights.org
PHONE NUMBER: (315) 688-4411
3020 Mechanic St
Copenhagen, NY  13626

Copiague Union Free School District
SUPERINTENDENT: Kathleen Bannon
E-MAIL: kbannon@copiague.net
PHONE NUMBER: (631) 842-4015
2650 Great Neck Rd
Copiague, NY  11726

Corinth Central School District
SUPERINTENDENT: Mark Stratton
E-MAIL: strattonm@corinthcsd.org
PHONE NUMBER: (518) 654-9005
105 Oak St
Corinth, NY  12822

Corning City School District
SUPERINTENDENT: Michelle Caulfield
E-MAIL: mcaulfield@cppmail.com
PHONE NUMBER: (607) 936-3704
165 Charles St
Painted Post, NY  14870

Cornwall Central School District
SUPERINTENDENT: Terry Dade
E-MAIL: tdade@cornwallschools.com
PHONE NUMBER: (845) 534-8009
24 Idlewild Ave
Cornwall On Hudson, NY  12520

Cortland City School District
SUPERINTENDENT: Robert Edwards
E-MAIL: redwards@cortlandschools.org
PHONE NUMBER: (607) 758-4100
1 Valley View Dr
Cortland, NY  13045

Coxsackie-athens Central School District
SUPERINTENDENT: Randall Squier
E-MAIL: squierr@cacsd.org
PHONE NUMBER: (518) 731-1710
24 Sunset Blvd
Coxsackie, NY  12051

Croton-harmon Union Free School District
SUPERINTENDENT: Deborah Oconnell
E-MAIL: deborah.oconnell@chufsd.org
PHONE NUMBER: (914) 271-4713
10 Gerstein St
Croton On Hudson, NY  10520

Crown Point Central School District
SUPERINTENDENT: Shari Brannock
E-MAIL: brannock@cpcsteam.org
PHONE NUMBER: (518) 597-4200
2758 Main St
Crown Point, NY  12928

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Cuba-rushford Central School District
SUPERINTENDENT: Carlos Gildemeister
E-MAIL: cgildemeister@crcs.wnyric.org
PHONE NUMBER: (585) 968-2650
5476 Rt 305 N
Cuba, NY  14727

Dalton-nunda Central School District (keshequa)
SUPERINTENDENT: Thomas Kopp
E-MAIL: tkopp@keshequa.org
PHONE NUMBER: (585) 468-2541
13 Mill St
Nunda, NY  14517

Dansville Central School District
SUPERINTENDENT: Paul Alioto
E-MAIL: aliotop@dansvillecsd.org
PHONE NUMBER: (585) 335-4000
284 Main St
Dansville, NY  14437

Deer Park Union Free School District
SUPERINTENDENT: James Cummings
E-MAIL: cummings.j@deerparkschools.org
PHONE NUMBER: (631) 274-4010
1881 Deer Park Ave
Deer Park, NY  11729

Delaware Academy Central School District At Delhi
SUPERINTENDENT: Kelly Zimmerman
E-MAIL: kzimmerman@delhischools.org
PHONE NUMBER: (607) 746-1300
2 Sheldon Dr
Delhi, NY  13753

Delaware-chenango-madison-otsego Boces
SUPERINTENDENT: Perry Dewey
E-MAIL: deweyp@dcmoboces.com
PHONE NUMBER: (607) 335-1233
6678 County Rd 32
Norwich, NY  13815

Depew Union Free School District
SUPERINTENDENT: Jeffrey Rabey
E-MAIL: jrabey@depewschools.org
PHONE NUMBER: (716) 686-5105
5201 S Transit Rd
Depew, NY  14043

Deposit Central School District
SUPERINTENDENT: Denise Cook
E-MAIL: dcook@deposit.stier.org
PHONE NUMBER: (607) 467-5380
171 2Nd St
Deposit, NY  13754

Deruyter Central School District
SUPERINTENDENT: David Brown
E-MAIL: dbrown@deruytercentral.org
PHONE NUMBER: (315) 852-3400
711 Railroad St
Deruyter, NY  13052

Dobbs Ferry Union Free School District
SUPERINTENDENT: Lisa Brady
E-MAIL: bradyl@dfsd.org
PHONE NUMBER: (914) 693-1500
505 Broadway
Dobbs Ferry, NY  10522

Dolgeville Central School District
SUPERINTENDENT: Theodore Kawryga
E-MAIL: tkawryga@dolgeville.org
PHONE NUMBER: (315) 429-3155
38 Slawson St
Dolgeville, NY  13329

Dover Union Free School District
SUPERINTENDENT: Michael Tierney
E-MAIL: mike.tierney@doverschools.org
PHONE NUMBER: (845) 877-5700
2368 Rt 22
Dover Plains, NY  12522

Downsville Central School District
SUPERINTENDENT: John Evans
E-MAIL: jevans@dceagles.org
PHONE NUMBER: (607) 363-2101
14784 State Hwy 30
Downsville, NY  13755

Dryden Central School District
SUPERINTENDENT: Joshua Bacigalupi
E-MAIL: jbaciga1@dryden.k12.ny.us
PHONE NUMBER: (607) 844-8694
118 Freeville Rd
Dryden, NY  13053

Duanesburg Central School District
SUPERINTENDENT: James Niedermeier
E-MAIL: jniedermeier@duanesburg.org
PHONE NUMBER: (518) 895-2279
133 School Dr
Delanson, NY  12053

Dundee Central School District
SUPERINTENDENT: Kelly Houck
E-MAIL: khouck@dundeecs.org
PHONE NUMBER: (607) 243-5533
55 Water St
Dundee, NY  14837

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Dunkirk City School District
SUPERINTENDENT: Michael Mansfield
E-MAIL: mmansfield@dunkirkcsd.org
PHONE NUMBER: (716) 366-9300
620 Marauder Dr
Dunkirk, NY  14048

Dutchess Boces
SUPERINTENDENT: Richard Hooley
E-MAIL: richard.hooley@dcboces.org
PHONE NUMBER: (845) 486-4800
5 Boces Rd
Poughkeepsie, NY  12601

East Aurora Union Free School District
SUPERINTENDENT: Brian Russ
E-MAIL: bruss@eastauroraschools.org
PHONE NUMBER: (716) 687-2302
430 Main St
East Aurora, NY  14052

East Bloomfield Central School District
SUPERINTENDENT: Andrew Doell
E-MAIL: adoell@bloomfieldcsd.org
PHONE NUMBER: (585) 657-6121
45 Maple Ave-Ste A
Bloomfield, NY  14469

East Greenbush Central School District
SUPERINTENDENT: Jeffrey Simons
E-MAIL: simonsje@egcsd.org
PHONE NUMBER: (518) 207-2531
29 Englewood Ave
East Greenbush, NY  12061

East Hampton Union Free School District
SUPERINTENDENT: Richard Burns
E-MAIL: richard.burns@ehschools.org
PHONE NUMBER: (631) 329-4100
4 Long Ln
East Hampton, NY  11937

East Irondequoit Central School District
SUPERINTENDENT: Mary Grow
E-MAIL: mary_grow@eastiron.monroe.edu
PHONE NUMBER: (585) 339-1210
600 Pardee Rd
Rochester, NY  14609

East Islip Union Free School District
SUPERINTENDENT: John Dolan
E-MAIL: jdolan@eischools.org
PHONE NUMBER: (631) 224-2000
1 C B Gariepy Ave
Islip Terrace, NY  11752

East Meadow Union Free School District
SUPERINTENDENT: Kenneth Card
E-MAIL: kcard@emufsd.us
PHONE NUMBER: (516) 478-5776
718 The Plain Rd
Westbury, NY  11590

East Moriches Union Free School District
SUPERINTENDENT: Daniel Mckeon
E-MAIL: dmckeon@emoschools.org
PHONE NUMBER: (631) 878-0162
9 Adelaide Ave
East Moriches, NY  11940

East Quogue Union Free School District
SUPERINTENDENT: Robert Long
E-MAIL: rlong@eastquogue.k12.ny.us
PHONE NUMBER: (631) 653-5210
6 Central Ave
East Quogue, NY  11942

East Ramapo Central School District (spring Valley)
SUPERINTENDENT: Deborah Wortham
E-MAIL: dwortham@ercsd.org
PHONE NUMBER: (845) 577-6000
105 S Madison Ave
Spring Valley, NY  10977

East Rochester Union Free School District
SUPERINTENDENT: Richard Stutzman
E-MAIL: richard.stutzman@erschools.org
PHONE NUMBER: (585) 248-6302
222 Woodbine Ave
East Rochester, NY  14445

East Rockaway Union Free School District
SUPERINTENDENT: Lisa Ruiz
E-MAIL: lruiz@eastrockawayschools.org
PHONE NUMBER: (516) 887-8300
443 Ocean Ave
East Rockaway, NY  11518

East Syracuse-minoa Central School District
SUPERINTENDENT: Donna Desiato
E-MAIL: ddesiato@esmschools.org
PHONE NUMBER: (315) 434-3000
407 Fremont Rd
East Syracuse, NY  13057

East Williston Union Free School District
SUPERINTENDENT: Elaine Kanas
E-MAIL: kanase@ewsdonline.org
PHONE NUMBER: (516) 333-1630
11 Bacon Rd
Old Westbury, NY  11568

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Eastchester Union Free School District
SUPERINTENDENT: Robert Glass
E-MAIL: rglass@eufsdk12.org
PHONE NUMBER: (914) 793-6130
580 White Plains Rd
Eastchester, NY  10709

Eastport-south Manor Csd
SUPERINTENDENT: Joseph Steimel
E-MAIL: steimelj@esmonline.org
PHONE NUMBER: (631) 801-3013
149 Dayton Ave
Manorville, NY  11949

Eden Central School District
SUPERINTENDENT: Jeff Sortisio
E-MAIL: jsortisio@edencsd.org
PHONE NUMBER: (716) 992-3629
3150 Schoolview Rd
Eden, NY  14057

Edgemont Union Free School District
SUPERINTENDENT: Victoria Kniewel
E-MAIL: vkniewel@edgemont.org
PHONE NUMBER: (914) 472-7768
300 White Oak Ln
Scarsdale, NY  10583

Edinburg Common School District
SUPERINTENDENT: Michelle Ellis
E-MAIL: mellis@edinburgcs.org
PHONE NUMBER: (518) 863-8412
4 Johnson Rd
Edinburg, NY  12134

Edmeston Central School District
SUPERINTENDENT: Gary Furman
E-MAIL: gfurman@edmeston.net
PHONE NUMBER: (607) 965-8931
11 North St
Edmeston, NY  13335

Edwards-knox Central School District
SUPERINTENDENT: Erin Woods
E-MAIL: ewoods@ekcsk12.org
PHONE NUMBER: (315) 562-8130
2512 County Hwy 24
Russell, NY  13684

Elba Central School District
SUPERINTENDENT: Ned Dale
E-MAIL: ndale@elbacsd.org
PHONE NUMBER: (585) 757-9967
57 S Main St
Elba, NY  14058

Eldred Central School District
SUPERINTENDENT: John Morgano
E-MAIL: morganoj@eldred.k12.ny.us
PHONE NUMBER: (845) 456-1100
600 Rt 55
Eldred, NY  12732

Elizabethtown-lewis Central School District
SUPERINTENDENT: Joshua Meyer
E-MAIL: jmeyer@boquetvalleycsd.org
PHONE NUMBER: (518) 873-6371
7530 Court St
Elizabethtown, NY  12932

Ellenville Central School District
SUPERINTENDENT: Lisa Wiles
E-MAIL: lwiles@ecs.k12.ny.us
PHONE NUMBER: (845) 647-0100
28 Maple Ave
Ellenville, NY  12428

Ellicottville Central School District
SUPERINTENDENT: Robert Miller
E-MAIL: bmiller@eville.wnyric.org
PHONE NUMBER: (716) 699-2368
5873 Rt 219
Ellicottville, NY  14731

Elmira City School District
SUPERINTENDENT: Hillary Austin
E-MAIL: haustin@elmiracityschools.com
PHONE NUMBER: (607) 735-3034
951 Hoffman St
Elmira, NY  14905

Elmira Heights Central School District
SUPERINTENDENT: Michael Gill
E-MAIL: migill@gstboces.org
PHONE NUMBER: (607) 734-7114
2083 College Ave
Elmira Heights, NY  14903

Elmont Union Free School District
SUPERINTENDENT: Kenneth Rosner
E-MAIL: aharper@elmontschools.org
PHONE NUMBER: (516) 326-5500
135 Elmont Rd
Elmont, NY  11003

Elmsford Union Free School District
SUPERINTENDENT: Marc Baiocco
E-MAIL: mbaiocco@elmsd.org
PHONE NUMBER: (914) 592-6632
98 S Goodwin Ave
Elmsford, NY  10523

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Elwood Union Free School District
SUPERINTENDENT: Kenneth Bossert
E-MAIL: kbossert@elwood.k12.ny.us
PHONE NUMBER: (631) 266-5400
100 Kenneth Ave
Greenlawn, NY  11740

Erie 1 Boces
SUPERINTENDENT: Lynn Fusco
E-MAIL: lfusco@e1b.org
PHONE NUMBER: (716) 821-7001
355 Harlem Rd
West Seneca, NY  14224

Erie 2-chautauqua-cattaraugus Boces
SUPERINTENDENT: David Orourke
E-MAIL: dorourke@e2ccb.org
PHONE NUMBER: (716) 549-4454
8685 Erie Rd
Angola, NY  14006

Evans-brant Central School District (lake Shore)
SUPERINTENDENT: Charles Galluzzo
E-MAIL: cgalluzzo@lakeshorecsd.org
PHONE NUMBER: (716) 549-2300
959 Beach Rd
Angola, NY  14006

Fabius-pompey Central School District
SUPERINTENDENT: Timothy Ryan
E-MAIL: tryan@fabiuspompey.org
PHONE NUMBER: (315) 683-5301
1211 Mill St
Fabius, NY  13063

Fairport Central School District
SUPERINTENDENT: Brett Provenzano
E-MAIL: bprovenzano@fairport.org
PHONE NUMBER: (585) 421-2004
38 W Church St
Fairport, NY  14450

Falconer Central School District
SUPERINTENDENT: Stephen Penhollow
E-MAIL: spenhollow@falconercsd.org
PHONE NUMBER: (716) 665-6624
2 East Ave N
Falconer, NY  14733

Fallsburg Central School District
SUPERINTENDENT: Ivan Katz
E-MAIL: ikatz@fallsburgcsd.net
PHONE NUMBER: (845) 434-6800
115 Brickman Rd
Fallsburg, NY  12733

Farmingdale Union Free School District
SUPERINTENDENT: Paul Defendini
E-MAIL: pdefendini@farmingdaleschools.org
PHONE NUMBER: (516) 752-6510
50 Van Cott Ave
Farmingdale, NY  11735

Fayetteville-manlius Central School District
SUPERINTENDENT: Craig Tice
E-MAIL: ctice@fmschools.org
PHONE NUMBER: (315) 692-1200
8199 E Seneca Tpke
Manlius, NY  13104

Fillmore Central School District
SUPERINTENDENT: Michael Dodge
E-MAIL: mdodge@fillmorecsd.org
PHONE NUMBER: (585) 567-2251
104 W Main St
Fillmore, NY  14735

Fire Island Union Free School District
SUPERINTENDENT: Loretta Ferraro
E-MAIL: lferraro@fi.k12.ny.us
PHONE NUMBER: (631) 583-5626
Surf Rd-Corneille Estates
Fire Island, NY  11770

Fishers Island Union Free School District
SUPERINTENDENT: Christian Arsenault
E-MAIL: c.arsenault@fischool.com
PHONE NUMBER: (631) 788-7444
1 Greenwood Rd
Fishers Island, NY  06390

Floral Park-bellerose Union Free School District
SUPERINTENDENT: Kathleen Sottile
E-MAIL: ksottile@fpbsd.org
PHONE NUMBER: (516) 434-2725
1 Poppy Pl
Floral Park, NY  11001

Florida Union Free School District
SUPERINTENDENT: Jan Jehring
E-MAIL: jjehring@floridaufsd.org
PHONE NUMBER: (845) 651-3095
51 N Main St
Florida, NY  10921

Fonda-fultonville Central School District
SUPERINTENDENT: Thomas Ciaccio
E-MAIL: tciaccio@ffcsd.org
PHONE NUMBER: (518) 853-4415
112 Old Johnstown Rd
Fonda, NY  12068

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Forestville Central School District
SUPERINTENDENT: Renee Garrett
E-MAIL: rgarrett@forestville.com
PHONE NUMBER: (716) 965-2742
12 Water St
Forestville, NY  14062

Fort Ann Central School District
SUPERINTENDENT: Kevin Froats
E-MAIL: kfroats@fortannschool.org
PHONE NUMBER: (518) 639-5594
1 Catherine St
Fort Ann, NY  12827

Fort Edward Union Free School District
SUPERINTENDENT: Daniel Ward
E-MAIL: dward@fortedward.org
PHONE NUMBER: (518) 747-4529
220 Broadway
Fort Edward, NY  12828

Fort Plain Central School District
SUPERINTENDENT: John Bishop
E-MAIL: administration@fortplain.org
PHONE NUMBER: (518) 993-4000
25 High St
Fort Plain, NY  13339

Frankfort-schuyler Central School District
SUPERINTENDENT: Robert Reina
E-MAIL: rreina@frankfort-schuyler.org
PHONE NUMBER: (315) 894-5083
605 Palmer St
Frankfort, NY  13340

Franklin Central School District
SUPERINTENDENT: Brad Zilliox
E-MAIL: bzilliox@franklincsd.org
PHONE NUMBER: (607) 829-3551
26 Institute St
Franklin, NY  13775

Franklin Square Union Free School District
SUPERINTENDENT: Jared Bloom
E-MAIL: jbloom@franklinsquare.k12.ny.us
PHONE NUMBER: (516) 505-6975
760 Washington St
Franklin Square, NY  11010

Franklin-essex-hamilton Boces
SUPERINTENDENT: Dale Breault
E-MAIL: dbreault@mail.fehb.org
PHONE NUMBER: (518) 483-6420
23 Huskie Lane
Malone, NY  12953

Franklinville Central School District
SUPERINTENDENT: Christopher Swiatek
E-MAIL: cswiatek@tbafcs.org
PHONE NUMBER: (716) 676-8000
31 N Main St
Franklinville, NY  14737

Fredonia Central School District
SUPERINTENDENT: Colleen Taggerty
E-MAIL: ctaggerty@fcsd.wnyric.org
PHONE NUMBER: (716) 679-1581
425 E Main St
Fredonia, NY  14063

Freeport Union Free School District
SUPERINTENDENT: Kishore Kuncham
E-MAIL: kkuncham@freeportschools.org
PHONE NUMBER: (516) 867-5205
235 N Ocean Ave
Freeport, NY  11520

Frewsburg Central School District
SUPERINTENDENT: Shelly Oboyle
E-MAIL: soboyle@frewsburgcsd.org
PHONE NUMBER: (716) 569-7000
26 Institute St
Frewsburg, NY  14738

Friendship Central School District
SUPERINTENDENT: Judy May
E-MAIL: jmay@friend.wnyric.org
PHONE NUMBER: (585) 973-3534
46 W Main St
Friendship, NY  14739

Frontier Central School District
SUPERINTENDENT: Richard Hughes
E-MAIL: rhughes@frontiercsd.org
PHONE NUMBER: (716) 926-1700
5120 Orchard Ave
Hamburg, NY  14075

Fulton City School District
SUPERINTENDENT: Brian Pulvino
E-MAIL: bpulvino@fulton.cnyric.org
PHONE NUMBER: (315) 593-5500
167 S 4Th St
Fulton, NY  13069

Galway Central School District
SUPERINTENDENT: Brita Donovan
E-MAIL: bmdonovan@galwaycsd.org
PHONE NUMBER: (518) 882-1033
5317 Sacandaga Rd
Galway, NY  12074

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Gananda Central School District
SUPERINTENDENT: Shawn Van Scoy
E-MAIL: svanscoy@gananda.org
PHONE NUMBER: (315) 986-3521
1500 Dayspring Rdg
Walworth, NY  14568

Garden City Union Free School District
SUPERINTENDENT: Kusum Sinha
E-MAIL: supt@gcufsd.net
PHONE NUMBER: (516) 478-1000
56 Cathedral Ave
Garden City, NY  11530

Garrison Union Free School District
SUPERINTENDENT: Carl Albano
E-MAIL: calbano@gufs.org
PHONE NUMBER: (845) 424-3689
1100 Rt 9D
Garrison, NY  10524

Gates-chili Central School District
SUPERINTENDENT: Carol Stehm
E-MAIL: carol_stehm@gateschili.org
PHONE NUMBER: (585) 247-5050
3 Spartan Way
Rochester, NY  14624

General Brown Central School District
SUPERINTENDENT: Barbara Case
E-MAIL: bcase@gblions.org
PHONE NUMBER: (315) 779-2300
17643 Cemetery Rd
Dexter, NY  13634

Genesee Valley Boces
SUPERINTENDENT: Kevin Macdonald
E-MAIL: kmacdonald@gvboces.org
PHONE NUMBER: (585) 658-7903
80 Munson St
Le Roy, NY  14482

Genesee Valley Central School District
SUPERINTENDENT: Brian Schmitt
E-MAIL: bschmitt@genvalley.org
PHONE NUMBER: (585) 268-7900
1 Jaguar Dr
Belmont, NY  14813

Geneseo Central School District
SUPERINTENDENT: Cindy Flowers
E-MAIL: cindyflowers@geneseocsd.org
PHONE NUMBER: (585) 243-3450
4050 Avon Rd
Geneseo, NY  14454

Geneva City School District
SUPERINTENDENT: Patricia Garcia
E-MAIL: patricia.garcia@genevacsd.org
PHONE NUMBER: (315) 781-0306
400 W North St
Geneva, NY  14456

George Junior Republic Union Free School District
SUPERINTENDENT: Sonia Apker
E-MAIL: apkers@gjrmail.com
PHONE NUMBER: (607) 844-6365
24 Mcdonald Rd
Freeville, NY  13068

Georgetown-south Otselic Central School District
SUPERINTENDENT: Robert Berson
E-MAIL: rberson@ovcs.org
PHONE NUMBER: (315) 653-7218
125 County Rd 13A
South Otselic, NY  13155

Germantown Central School District
SUPERINTENDENT: Susan Brown
E-MAIL: sbrown@germantowncsd.org
PHONE NUMBER: (518) 537-6280
123 Main St
Germantown, NY  12526

Gilbertsville-mount Upton Central School District
SUPERINTENDENT: Annette Hammond
E-MAIL: ahammond@gmucsd.org
PHONE NUMBER: (607) 783-2207
693 State Hwy 51
Gilbertsville, NY  13776

Gilboa-conesville Central School District
SUPERINTENDENT: Jack Etter
E-MAIL: jetter@gccs.us
PHONE NUMBER: (607) 588-7541
132 Wyckoff Rd
Gilboa, NY  12076

Glen Cove City School District
SUPERINTENDENT: Maria Rianna
E-MAIL: mrianna@glencove.k12.ny.us
PHONE NUMBER: (516) 801-7010
150 Dosoris Ln
Glen Cove, NY  11542

Glens Falls City School District
SUPERINTENDENT: Paul Jenkins
E-MAIL: pjenkins@gfsd.org
PHONE NUMBER: (518) 792-1212
15 Quade St
Glens Falls, NY  12801

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Glens Falls Common School District
SUPERINTENDENT: Paul Jenkins
E-MAIL: pjenkins@gfsd.org
PHONE NUMBER: (518) 792-1212
120 Lawrence St
Glens Falls, NY  12801

Gloversville City School District
SUPERINTENDENT: David Halloran
E-MAIL: david.halloran@gesdk12.org
PHONE NUMBER: (518) 775-5791
234 Lincoln St
Gloversville, NY  12078

Gorham-middlesex Central School District (marcus
Whitman)
SUPERINTENDENT: Chistopher Brown
E-MAIL: cbrown@mwcsd.org
PHONE NUMBER: (585) 554-4848
4100 Baldwin Rd
Rushville, NY  14544

Goshen Central School District
SUPERINTENDENT: Daniel Connor
E-MAIL: daniel.connor@gcsny.org
PHONE NUMBER: (845) 615-6720
227 Main St
Goshen, NY  10924

Gouverneur Central School District
SUPERINTENDENT: Lauren French
E-MAIL: french.lauren@gcsk12.org
PHONE NUMBER: (315) 287-4870
133 E Barney St
Gouverneur, NY  13642

Gowanda Central School District
SUPERINTENDENT: Robert Anderson
E-MAIL: dranderson@gcslearn.org
PHONE NUMBER: (716) 532-3325
10674 Prospect St
Gowanda, NY  14070

Grand Island Central School District
SUPERINTENDENT: Brian Graham
E-MAIL: briangraham@grandislandschools.org
PHONE NUMBER: (716) 773-8801
1100 Ransom Rd
Grand Island, NY  14072

Granville Central School District
SUPERINTENDENT: Thomas Mcgurl
E-MAIL: tmcgurl@granvillecsd.org
PHONE NUMBER: (518) 642-1051
58 Quaker St
Granville, NY  12832

Great Neck Union Free School District
SUPERINTENDENT: Teresa Prendergast
E-MAIL: tprendergast@greatneck.k12.ny.us
PHONE NUMBER: (516) 441-4001
345 Lakeville Rd
Great Neck, NY  11020

Greece Central School District
SUPERINTENDENT: Kathleen Graupman
E-MAIL: kathleen.graupman@greececsd.org
PHONE NUMBER: (585) 966-2301
750 Maiden Ln
Rochester, NY  14615

Green Island Union Free School District
SUPERINTENDENT: Kimberly Ross
E-MAIL: kross@greenisland.org
PHONE NUMBER: (518) 273-1422
171 Hudson Ave
Green Island, NY  12183

Greenburgh Central School District
SUPERINTENDENT: Tahira Dupree Chase
E-MAIL: tchase@greenburghcsd.org
PHONE NUMBER: (914) 761-6000
475 W Hartsdale Ave-Admin Bldg
Hartsdale, NY  10530

Greenburgh Eleven Union Free School District
SUPERINTENDENT: Anthony Danquah
E-MAIL: adanquah@greenburgheleven.org
PHONE NUMBER: (914) 693-8500
On The Campus Of Children'S Vi
Dobbs Ferry, NY  10522

Greenburgh-graham Union Free School District
SUPERINTENDENT: Oliver Levy
E-MAIL: olevy@greenburghgraham.org
PHONE NUMBER: (914) 478-1106
1 S Broadway
Hastings On Hudson, NY  10706

Greenburgh-north Castle Union Free School District
SUPERINTENDENT: Carolyn Mcguffog
E-MAIL: cmcguffog@gncufsd.org
PHONE NUMBER: (914) 693-4309
71 S Broadway
Dobbs Ferry, NY  10522

Greene Central School District
SUPERINTENDENT: Timothy Calice
E-MAIL: tcalice@greenecsd.org
PHONE NUMBER: (607) 656-4161
40 S Canal St
Greene, NY  13778

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Greenport Union Free School District
SUPERINTENDENT: Marlon Small
E-MAIL: msmall@gufsd.org
PHONE NUMBER: (631) 477-1950
720 Front St
Greenport, NY  11944

Greenville Central School District
SUPERINTENDENT: Tammy Sutherland
E-MAIL: sutherlandt@greenville.k12.ny.us
PHONE NUMBER: (518) 966-5070
4982 Sr 81
Greenville, NY  12083

Greenwich Central School District
SUPERINTENDENT: Mark Fish
E-MAIL: mfish@greenwichcsd.org
PHONE NUMBER: (518) 692-9542
10 Gray Ave
Greenwich, NY  12834

Greenwood Lake Union Free School District
SUPERINTENDENT: Sarah Hadden
E-MAIL: shadden@gwlufsd.org
PHONE NUMBER: (845) 782-8678
1247 Lakes Rd
Monroe, NY  10950

Groton Central School District
SUPERINTENDENT: Margo Martin
E-MAIL: mmartin@groton.cnyric.org
PHONE NUMBER: (607) 898-5301
400 Peru Rd
Groton, NY  13073

Guilderland Central School District
SUPERINTENDENT: Marie Wiles
E-MAIL: wilesm@guilderlandschools.net
PHONE NUMBER: (518) 456-6200
8 School Rd
Guilderland Center, NY  12085

Hadley-luzerne Central School District
SUPERINTENDENT: Beecher Baker
E-MAIL: bakerb@hlcs.org
PHONE NUMBER: (518) 696-2378
27 Hyland Dr
Lake Luzerne, NY  12846

Haldane Central School District
SUPERINTENDENT: Philip Benante
E-MAIL: pbenante@haldaneschool.org
PHONE NUMBER: (845) 265-9254
15 Craigside Dr
Cold Spring, NY  10516

Half Hollow Hills Central School District
SUPERINTENDENT: Patrick Harrigan
E-MAIL: superintendent@hhh.k12.ny.us
PHONE NUMBER: (631) 592-3008
525 Half Hollow Rd
Dix Hills, NY  11746

Hamburg Central School District
SUPERINTENDENT: Michael Cornell
E-MAIL: mcornell@hamburgschools.org
PHONE NUMBER: (716) 646-3200
5305 Abbott Rd
Hamburg, NY  14075

Hamilton Central School District
SUPERINTENDENT: William Dowsland
E-MAIL: wdowsland@hamiltoncentral.org
PHONE NUMBER: (315) 824-6300
47 W Kendrick Ave
Hamilton, NY  13346

Hamilton-fulton-montgomery Boces
SUPERINTENDENT: David Ziskin
E-MAIL: dziskin@hfmboces.org
PHONE NUMBER: (518) 736-4681
2755 State Hwy 67
Johnstown, NY  12095

Hammond Central School District
SUPERINTENDENT: Douglas Mcqueer
E-MAIL: dmcqueer@hammondk12.org
PHONE NUMBER: (315) 324-5931
51 S Main St
Hammond, NY  13646

Hammondsport Central School District
SUPERINTENDENT: Kyle Bower
E-MAIL: kbower@hport.wnyric.org
PHONE NUMBER: (607) 569-5200
8272 Main St
Hammondsport, NY  14840

Hampton Bays Union Free School District
SUPERINTENDENT: Lars Clemensen
E-MAIL: lclemensen@hbschools.us
PHONE NUMBER: (631) 723-2100
86 E Argonne Rd
Hampton Bays, NY  11946

Hancock Central School District
SUPERINTENDENT: Terry Dougherty
E-MAIL: tdougherty@hancock.stier.org
PHONE NUMBER: (607) 637-2511
67 Education Ln
Hancock, NY  13783

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Hannibal Central School District
SUPERINTENDENT: Christopher Staats
E-MAIL: cstaats@hannibalcsd.org
PHONE NUMBER: (315) 564-8100
928 Cayuga St
Hannibal, NY 13074

Harborfields Central School District
SUPERINTENDENT: Francesco Ianni
E-MAIL: iannif@harborfieldscsd.org
PHONE NUMBER: (631) 754-5320
2 Oldfield Rd
Greenlawn, NY 11740

Harpursville Central School District
SUPERINTENDENT: Michael Rullo
E-MAIL: mrullo@hcs.stier.org
PHONE NUMBER: (607) 693-8101
54 Main St
Harpursville, NY 13787

Harrison Central School District
SUPERINTENDENT: Louis Wool
E-MAIL: super@harrisoncsd.org
PHONE NUMBER: (914) 630-3021
50 Union Ave
Harrison, NY 10528

Harrisville Central School District
SUPERINTENDENT: Robert Finster
E-MAIL: rfinster@hcsk12.org
PHONE NUMBER: (315) 543-2707
14371 Pirate Ln
Harrisville, NY 13648

Hartford Central School District
SUPERINTENDENT: Andrew Cook
E-MAIL: acook@hartfordcsd.org
PHONE NUMBER: (518) 632-5222
4704 State Rt 149
Hartford, NY 12838

Hastings-on-hudson Union Free School District
SUPERINTENDENT: Valerie Piedmonte
E-MAIL: piedmontev@hohschools.org
PHONE NUMBER: (914) 478-6205
27 Farragut Ave
Hastings On Hudson, NY 10706

Hauppauge Union Free School District
SUPERINTENDENT: Dennis Ohara
E-MAIL: oharad@hauppauge.k12.ny.us
PHONE NUMBER: (631) 761-8208
495 Hoffman Ln
Hauppauge, NY 11788

Haverstraw-stony Point Csd (north Rockland)
SUPERINTENDENT: Kris Felicello
E-MAIL: kfelicello@northrockland.org
PHONE NUMBER: (845) 942-3000
65 Chapel St
Garnerville, NY 10923

Hawthorne-cedar Knolls Union Free School District
SUPERINTENDENT: Mark Silverstein
E-MAIL: msilverstein@hcks.org
PHONE NUMBER: (914) 749-2903
226 Linda Ave
Hawthorne, NY 10532

Hempstead Union Free School District
SUPERINTENDENT: Regina Armstrong
E-MAIL: rarmstrong@hempsteadschools.org
PHONE NUMBER: (516)434-4010
185 PENINSULA BLVD
HEMPSTEAD, NY 11550

Hendrick Hudson Central School District
SUPERINTENDENT: Joseph Hochreiter
E-MAIL: joseph.hochreiter@henhudschools.org
PHONE NUMBER: (914) 257-5100
61 Trolley Rd
Montrose, NY 10548

Herkimer Central School District
SUPERINTENDENT: Robert Miller
E-MAIL: rmiller@herkimercsd.org
PHONE NUMBER: (315) 866-2230
801 W German St
Herkimer, NY 13350

Herkimer-fulton-hamilton-otsego Boces
SUPERINTENDENT: Sandra Sherwood
E-MAIL: ssherwood@herkimer-boces.org
PHONE NUMBER: (315) 867-2023
352 Gros Blvd
Herkimer, NY 13350

Hermon-dekalb Central School District
SUPERINTENDENT: Mark White
E-MAIL: mwhite@hdcsk12.org
PHONE NUMBER: (315) 347-3442
709 E Dekalb Rd
De Kalb Junction, NY 13630

Herricks Union Free School District
SUPERINTENDENT: Fino Celano
E-MAIL: fcelano@herricks.org
PHONE NUMBER: (516) 305-8901
999 B Herricks Rd
New Hyde Park, NY 11040

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Heuvelton Central School District
SUPERINTENDENT: Jesse Coburn
E-MAIL: jcoburn@heuvelton.k12.ny.us
PHONE NUMBER: (315) 344-2414
87 Washington St
Heuvelton, NY  13654

Hewlett-woodmere Union Free School District
SUPERINTENDENT: Ralph Marino
E-MAIL: rmarino@hewlett-woodmere.net
PHONE NUMBER: (516) 792-4800
1 Johnson Pl
Woodmere, NY  11598

Hicksville Union Free School District
SUPERINTENDENT: Marianne Litzman
E-MAIL: mrlitzman@hicksvillepublicschools.org
PHONE NUMBER: (516) 733-2100
200 Division Ave-Adm
Hicksville, NY  11801

Highland Central School District
SUPERINTENDENT: Tom Bongiovi
E-MAIL: tbongiovi@highland-k12.org
PHONE NUMBER: (845) 691-1012
320 Pancake Hollow Rd
Highland, NY  12528

Highland Falls Central School District
SUPERINTENDENT: Frank Sheboy
E-MAIL: frank.sheboy@hffmcsd.org
PHONE NUMBER: (845) 446-9575
21 Morgan Rd
Fort Montgomery, NY  10922

Hilton Central School District
SUPERINTENDENT: Casey Kosiorek
E-MAIL: ckosiorek@hilton.k12.ny.us
PHONE NUMBER: (585) 392-1000
225 West Ave
Hilton, NY 14468

Hinsdale Central School District
SUPERINTENDENT: Larry Ljungberg
E-MAIL: lljungberg@hinsdale.wnyric.org
PHONE NUMBER: (716) 557-2227
3701 Main St
Hinsdale, NY  14743

Holland Central School District
SUPERINTENDENT: Cathy Fabiatos
E-MAIL: cfabiatos@hollandcsd.org
PHONE NUMBER: (716) 537-8222
103 Canada St
Holland, NY  14080

Holland Patent Central School District
SUPERINTENDENT: Jason Evangelist
E-MAIL: jevangelist@hpschools.org
PHONE NUMBER: (315) 865-7200
9601 Main St
Holland Patent, NY  13354

Holley Central School District
SUPERINTENDENT: Brian Bartalo
E-MAIL: bbartalo@holleycsd.org
PHONE NUMBER: (585) 638-6316
3800 N Main St
Holley, NY 14470

Homer Central School District
SUPERINTENDENT: Thomas Turck
E-MAIL: tturck@homercentral.org
PHONE NUMBER: (607) 749-7241
80 S West St
Homer, NY  13077

Honeoye Central School District
SUPERINTENDENT: Elizabeth Ashton
E-MAIL: bridget.ashton@honeoye.org
PHONE NUMBER: (585) 229-5171
8528 Main St
Honeoye, NY  14471

Honeoye Falls-lima Central School District
SUPERINTENDENT: Gene Mancuso
E-MAIL: gene.mancuso@hflcsd.org
PHONE NUMBER: (585) 624-7000
20 Church St
Honeoye Falls, NY  14472

Hoosic Valley Central School District
SUPERINTENDENT: Michael Apostol
E-MAIL: mapostol@hoosicvalley.k12.ny.us
PHONE NUMBER: (518) 753-4450
2 Pleasant Ave
Schaghticoke, NY  12154

Hoosick Falls Central School District
SUPERINTENDENT: Patrick Dailey
E-MAIL: daileyp@hoosickfallscsd.org
PHONE NUMBER: (518) 686-7012
21187 Ny Rt 22
Hoosick Falls, NY  12090

Hopevale Union Free School District At Hamburg
SUPERINTENDENT: Lori Decarlo
E-MAIL: ldecarlo@randolphacademy.org
PHONE NUMBER: (716) 648-1930
3780 Howard Rd
Hamburg, NY  14075

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Hornell City School District
SUPERINTENDENT: Jeremy Palotti
E-MAIL: jeremy.palotti@hornellcsd.org
PHONE NUMBER: (607) 324-1302
25 Pearl St
Hornell, NY  14843

Horseheads Central School District
SUPERINTENDENT: Thomas Douglas
E-MAIL: tdouglas@horseheadsdistrict.com
PHONE NUMBER: (607) 739-5601
1 Raider Ln
Horseheads, NY  14845

Hudson City School District
SUPERINTENDENT: Maria Suttmeier
E-MAIL: suttmeierm@hudsoncsd.org
PHONE NUMBER: (518) 828-4360
215 Harry Howard Ave
Hudson, NY  12534

Hudson Falls Central School District
SUPERINTENDENT: Jon Hunter
E-MAIL: jhunter@hfcsd.org
PHONE NUMBER: (518) 747-2121
1153 Burgoyne Ave
Fort Edward, NY  12828

Hunter-tannersville Central School District
SUPERINTENDENT: Susan Vickers
E-MAIL: svickers@htcschools.org
PHONE NUMBER: (518) 589-5400
6094 Main St
Tannersville, NY  12485

Huntington Union Free School District
SUPERINTENDENT: James Polansky
E-MAIL: jpolansky@hufsd.edu
PHONE NUMBER: (631) 673-2038
50 Tower St
Huntington Station, NY  11746

Hyde Park Central School District
SUPERINTENDENT: Greer Rychcik
E-MAIL: greerrychcik@hpcsd.org
PHONE NUMBER: (845) 229-4000
11 Boice Rd
Hyde Park, NY  12538

Indian Lake Central School District
SUPERINTENDENT: David Snide
E-MAIL: snided@ilcsd.org
PHONE NUMBER: (518) 648-5024
6345 Nys Rt 30
Indian Lake, NY  12842

Indian River Central School District
SUPERINTENDENT: Mary Dobmeier
E-MAIL: maryannedobmeier@ircsd.org
PHONE NUMBER: (315) 642-3441
32735-B County Rt 29
Philadelphia, NY  13673

Inlet Common School District
SUPERINTENDENT: Christine Holt
E-MAIL: christineholt712@gmail.com
PHONE NUMBER: (315) 357-3305
220 Rt 28
Inlet, NY  13360

Iroquois Central School District
SUPERINTENDENT: Douglas Scofield
E-MAIL: dscofield@iroquoiscsd.org
PHONE NUMBER: (716) 652-3000
2111 Girdle Rd
Elma, NY  14059

Irvington Union Free School District
SUPERINTENDENT: Kristopher Harrison
E-MAIL: kristopher.harrison@irvingtonschools.org
PHONE NUMBER: (914) 591-8501
6 Dows Ln
Irvington, NY  10533

Island Park Union Free School District
SUPERINTENDENT: Rosmarie Bovino
E-MAIL: rbovino@islandparkschools.org
PHONE NUMBER: (516) 431-7268
150 Trafalgar Blvd
Island Park, NY  11558

Island Trees Union Free School District
SUPERINTENDENT: Charles Murphy
E-MAIL: cmurphy@islandtrees.org
PHONE NUMBER: (516) 520-2100
74 Farmedge Rd
Levittown, NY  11756

Islip Union Free School District
SUPERINTENDENT: Ellen Semel
E-MAIL: esemel@islipufsd.org
PHONE NUMBER: (631) 650-8210
215 Main St
Islip, NY  11751

Ithaca City School District
SUPERINTENDENT: Luvelle Brown
E-MAIL: luvelle.brown@icsd.k12.ny.us
PHONE NUMBER: (607) 274-2101
400 Lake St
Ithaca, NY  14851

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Jamestown City School District
SUPERINTENDENT: Kevin Whitaker
E-MAIL: kevin.j.whitaker@jpsny.org
PHONE NUMBER: (716) 483-4350
197 Martin Rd
Jamestown, NY  14701

Jamesville-dewitt Central School District
SUPERINTENDENT: Peter Smith
E-MAIL: psmith@jd.cnyric.org
PHONE NUMBER: (315) 445-8304
6845 Edinger Dr
Dewitt, NY  13214

Jasper-troupsburg Central School District
SUPERINTENDENT: Michael Mead
E-MAIL: mmead@jtcsd.org
PHONE NUMBER: (607) 792-3675
3769 State Rt 417
Jasper, NY  14855

Jefferson Central School District
SUPERINTENDENT: Tarkan Ceng
E-MAIL: tceng@jeffersoncsd.org
PHONE NUMBER: (607) 652-7821
1332 St Rt 10
Jefferson, NY  12093

Jefferson-lewis-hamilton-herkimer-oneida Boces
SUPERINTENDENT: Stephen Todd
E-MAIL: stodd@boces.com
PHONE NUMBER: (315) 779-7010
20104 State Rte 3
Watertown, NY  13601

Jericho Union Free School District
SUPERINTENDENT: Henry Grishman
E-MAIL: hgrishman@jerichoschools.org
PHONE NUMBER: (516) 203-3600
99 Cedar Swamp Rd
Jericho, NY  11753

Johnsburg Central School District
SUPERINTENDENT: Michael Markwica
E-MAIL: mmarkwica@johnsburgcsd.org
PHONE NUMBER: (518) 251-2814
165 Main St
North Creek, NY  12853

Johnson City Central School District
SUPERINTENDENT: Mary Roland
E-MAIL: mroland@jcschools.stier.org
PHONE NUMBER: (607) 763-1230
666 Reynolds Rd
Johnson City, NY  13790

Johnstown City School District
SUPERINTENDENT: Karen Geelan
E-MAIL: kgeelan@johnstownschools.org
PHONE NUMBER: (518) 762-4611
1 Sir Bills Circle-Ste 101
Johnstown, NY  12095

Katonah-lewisboro Union Free School District
SUPERINTENDENT: Andrew Selesnick
E-MAIL: aselesnick@klschools.org
PHONE NUMBER: (914) 763-7001
1 Shady Ln
South Salem, NY  10590

Keene Central School District
SUPERINTENDENT: Daniel Mayberry
E-MAIL: dmayberry@keenecentralschool.org
PHONE NUMBER: (518) 576-4555
33 Market St
Keene Valley, NY  12943

Kendall Central School District
SUPERINTENDENT: Julie Christensen
E-MAIL: jchristensen@kendallschools.org
PHONE NUMBER: (585) 659-2741
1932 Kendall Rd
Kendall, NY  14476

Kenmore-tonawanda Union Free School District
SUPERINTENDENT: Sabatino Cimato
E-MAIL: scimato@ktufsd.org
PHONE NUMBER: (716) 874-8400
1500 Colvin Blvd
Buffalo, NY  14223

Kinderhook Central School District
SUPERINTENDENT: Suzanne Guntlow
E-MAIL: sguntlow@ichabodcrane.org
PHONE NUMBER: (518) 758-7575
2910 Rt 9
Valatie, NY  12184

Kings Park Central School District
SUPERINTENDENT: Timothy Eagen
E-MAIL: eagent@kpcsd.org
PHONE NUMBER: (631) 269-3310
180 Lawrence Rd-Rm 208
Kings Park, NY  11754

Kingston City School District
SUPERINTENDENT: Paul Padalino
E-MAIL: ppadalino@kingstoncityschools.org
PHONE NUMBER: (845) 339-3000
61 Crown St
Kingston, NY  12401

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Kiryas Joel Village Union Free School District
SUPERINTENDENT: Joel Petlin
E-MAIL: jpetlin@kjsd.k12.ny.us
PHONE NUMBER: (845) 782-2300
48 Bakertown Rd-Ste 401
Monroe, NY  10950

La Fargeville Central School District
SUPERINTENDENT: Travis Hoover
E-MAIL: thoover@lafargevillecsd.org
PHONE NUMBER: (315) 658-2241
20414 Sunrise Ave
La Fargeville, NY  13656

Lackawanna City School District
SUPERINTENDENT: Keith Lewis
E-MAIL: klewis@lackawannaschools.org
PHONE NUMBER: (716) 827-6767
245 S Shore Blvd
Lackawanna, NY  14218

Lafayette Central School District
SUPERINTENDENT: Jeremy Belfield
E-MAIL: jbelfield@lafayetteschools.org
PHONE NUMBER: (315) 677-9728
5955 Us Rt 20W
Lafayette, NY  13084

Lake George Central School District
SUPERINTENDENT: Lynne Rutnik
E-MAIL: rutnikl@lkgeorge.org
PHONE NUMBER: (518) 668-5456
381 Canada St
Lake George, NY  12845

Lake Placid Central School District
SUPERINTENDENT: Roger Catania
E-MAIL: rcatania@lpcsd.org
PHONE NUMBER: (518) 523-2475
50 Cummings Rd
Lake Placid, NY  12946

Lake Pleasant Central School District
SUPERINTENDENT: Heather Philo
E-MAIL: hphilo@lpschool.com
PHONE NUMBER: (518) 548-7571
120 Elm Lake Rd
Speculator, NY  12164

Lakeland Central School District
SUPERINTENDENT: George Stone
E-MAIL: gstone@lakelandschools.org
PHONE NUMBER: (914) 245-1700
1086 Main St
Shrub Oak, NY  10588

Lancaster Central School District
SUPERINTENDENT: Michael Vallely
E-MAIL: mvallely@lancasterschools.org
PHONE NUMBER: (716) 686-3201
177 Central Ave
Lancaster, NY  14086

Lansing Central School District
SUPERINTENDENT: Chris Pettograsso
E-MAIL: cpettograsso@lcsd.k12.ny.us
PHONE NUMBER: (607) 533-3020
284 Ridge Rd
Lansing, NY  14882

Lansingburgh Central School District
SUPERINTENDENT: Antonio Abitabile
E-MAIL: aabitabile@lansingburgh.org
PHONE NUMBER: (518) 233-6850
576 5Th Ave
Troy, NY  12182

Laurens Central School District
SUPERINTENDENT: William Dorritie
E-MAIL: bdorritie@laurenscs.org
PHONE NUMBER: (607) 432-2050
55 Main St
Laurens, NY  13796

Lawrence Union Free School District
SUPERINTENDENT: Ann Pedersen
E-MAIL: apedersen@lawrence.k12.ny.us
PHONE NUMBER: (516) 295-7030
195 Broadway
Lawrence, NY  11559

Le Roy Central School District
SUPERINTENDENT: Merritt Holly
E-MAIL: mholly@leroycsd.org
PHONE NUMBER: (585) 768-8133
2-6 Trigon Park
Le Roy, NY  14482

Letchworth Central School District
SUPERINTENDENT: Todd Campbell
E-MAIL: tcampbell@letchworth.k12.ny.us
PHONE NUMBER: (585) 493-5450
5550 School Rd
Gainesville, NY  14066

Levittown Union Free School District
SUPERINTENDENT: Tonie Mcdonald
E-MAIL: tmcdonald@levittownschools.com
PHONE NUMBER: (516) 520-8300
150 Abbey Ln
Levittown, NY  11756

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Lewiston-porter Central School District
SUPERINTENDENT: Paul Casseri
E-MAIL: casserip@lew-port.com
PHONE NUMBER: (716) 286-7266
4061 Creek Rd
Youngstown, NY  14174

Liberty Central School District
SUPERINTENDENT: Augustine Tornatore
E-MAIL: atornatore@libertyk12.org
PHONE NUMBER: (845) 292-6990
115 Buckley St
Liberty, NY  12754

Lindenhurst Union Free School District
SUPERINTENDENT: Daniel Giordano
E-MAIL: dgiordano@lufsd.org
PHONE NUMBER: (631) 867-3001
350 Daniel St
Lindenhurst, NY  11757

Lisbon Central School District
SUPERINTENDENT: Patrick Farrand
E-MAIL: farrandp@lisbon.k12.ny.us
PHONE NUMBER: (315) 393-4951
6866 County Rt 10
Lisbon, NY  13658

Little Falls City School District
SUPERINTENDENT: Keith Levatino
E-MAIL: klevatino@lfcsd.org
PHONE NUMBER: (315) 823-1470
15 Petrie St
Little Falls, NY  13365

Little Flower Union Free School District
SUPERINTENDENT: Harold Dean
E-MAIL: hdean@littleflowerufsd.org
PHONE NUMBER: (631) 929-4300
2460 N Wading River Rd
Wading River, NY  11792

Liverpool Central School District
SUPERINTENDENT: Mark Potter
E-MAIL: mpotter@liverpool.k12.ny.us
PHONE NUMBER: (315) 622-7125
195 Blackberry Rd
Liverpool, NY  13090

Livingston Manor Central School District
SUPERINTENDENT: John Evans
E-MAIL: john.evans@lmcs.us
PHONE NUMBER: (845) 439-4400
19 School St
Livingston Manor, NY  12758

Livonia Central School District
SUPERINTENDENT: Matthew Cole
E-MAIL: superintendent@livoniacsd.org
PHONE NUMBER: (585) 346-4000
40 Spring St
Livonia, NY  14487

Lockport City School District
SUPERINTENDENT: Michelle Bradley
E-MAIL: mbradley@lockportschools.net
PHONE NUMBER: (716) 478-4835
130 Beattie Ave
Lockport, NY  14094

Locust Valley Central School District
SUPERINTENDENT: Kenneth Graham
E-MAIL: kgraham@lvcsd.k12.ny.us
PHONE NUMBER: (516) 277-5001
Horse Hollow Rd
Locust Valley, NY  11560

Long Beach City School District
SUPERINTENDENT: Jennifer Gallagher
E-MAIL: jgallagher@lbeach.org
PHONE NUMBER: (516) 897-2104
239 Lido Blvd
Long Beach, NY  11561

Long Lake Central School District
SUPERINTENDENT: Noelle Short
E-MAIL: nshort@longlakecsd.org
PHONE NUMBER: (518) 624-2147
20 School Ln
Long Lake, NY  12847

Longwood Central School District
SUPERINTENDENT: Michael Lonergan
E-MAIL: michael.lonergan@longwoodcsd.org
PHONE NUMBER: (631) 345-2172
35 Yaphnk-Mid Isl Rd
Middle Island, NY  11953

Lowville Academy & Central School District
SUPERINTENDENT: Rebecca King
E-MAIL: rdunckelking@lowvilleacademy.org
PHONE NUMBER: (315) 376-9000
7668 N State St
Lowville, NY  13367

Lyme Central School District
SUPERINTENDENT: Cammy Morrison
E-MAIL: cmorrison@lymecsd.org
PHONE NUMBER: (315) 649-2417
11868 Academy St
Chaumont, NY  13622

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Lyncourt Union Free School District
SUPERINTENDENT: James Austin
E-MAIL: jaustin@lyncourtschool.org
PHONE NUMBER: (315) 455-7571
2707-2709 Court St
Syracuse, NY  13208

Lyndonville Central School District
SUPERINTENDENT: Jason Smith
E-MAIL: jasmith@lyndonville.wnyric.org
PHONE NUMBER: (585) 765-2251
25 Housel Ave
Lyndonville, NY  14098

Lyons Central School District
SUPERINTENDENT: Donald Putnam
E-MAIL: dputnam@lyonscsd.org
PHONE NUMBER: (315) 946-2200
10 Clyde Rd
Lyons, NY  14489

Madison Central School District
SUPERINTENDENT: Jason Mitchell
E-MAIL: jmitchell@madisoncentralny.org
PHONE NUMBER: (315) 893-1878
7303 Rt 20
Madison, NY  13402

Madison-oneida Boces
SUPERINTENDENT: Scott Budelmann
E-MAIL: sbudelmann@moboces.org
PHONE NUMBER: (315) 361-5500
4937 Spring Rd
Verona, NY  13478

Madrid-waddington Central School District
SUPERINTENDENT: Eric Burke
E-MAIL: eburke@mwcsk12.org
PHONE NUMBER: (315) 322-5746
2582 State Hwy 345
Madrid, NY  13660

Mahopac Central School District
SUPERINTENDENT: Anthony DiCarlo
E-MAIL: dicarloa@mahopac.k12.ny.us
PHONE NUMBER: (845) 628-3415
179 E Lake Blvd
Mahopac, NY  10541

Maine-endwell Central School District
SUPERINTENDENT: Jason Fossen
E-MAIL: jvanfossen@me.stier.org
PHONE NUMBER: (607) 754-1400
712 Farm-To-Market Rd
Endwell, NY  13760

Malone Central School District
SUPERINTENDENT: Jerry Griffin
E-MAIL: jgriffin@malonecsd.org
PHONE NUMBER: (518) 483-7800
42 Huskie Ln
Malone, NY  12953

Malverne Union Free School District
SUPERINTENDENT: Lorna Lewis
E-MAIL: llewis@malverne.k12.ny.us
PHONE NUMBER: (516) 887-6405
301 Wicks Ln
Malverne, NY  11565

Mamaroneck Union Free School District
SUPERINTENDENT: Robert Shaps
E-MAIL: rshaps@mamkschools.org
PHONE NUMBER: (914) 220-3000
1000 W Boston Post Rd
Mamaroneck, NY  10543

Manchester-shortsville Central School District (red Jacket)
SUPERINTENDENT: Charlene Dehn
E-MAIL: charlene.dehn@redjacket.org
PHONE NUMBER: (585) 289-3964
1506 Rt 21
Shortsville, NY  14548

Manhasset Union Free School District
SUPERINTENDENT: Vincent Butera
E-MAIL: vbutera@manhassetschools.org
PHONE NUMBER: (516) 267-7705
200 Memorial Pl
Manhasset, NY  11030

Marathon Central School District
SUPERINTENDENT: Rebecca Stone
E-MAIL: rstone@marathonschools.org
PHONE NUMBER: (607) 849-3117
1 E Main St
Marathon, NY  13803

Marcellus Central School District
SUPERINTENDENT: Michelle Brantner
E-MAIL: mbrantner@marcellusschools.org
PHONE NUMBER: (315) 673-6000
2 Reed Pkwy
Marcellus, NY  13108

Margaretville Central School District
SUPERINTENDENT: Robert Chakar
E-MAIL: rchakar@margaretvillecs.org
PHONE NUMBER: (845) 586-2647
415 Main St

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Margaretville, NY  12455

Marion Central School District
SUPERINTENDENT: Donald Bavis
E-MAIL: dbavis@marioncs.org
PHONE NUMBER: (315) 926-2300
4034 Warner Rd
Marion, NY  14505

Marlboro Central School District
SUPERINTENDENT: Michael Brooks
E-MAIL: michael.brooks@marlboroschools.org
PHONE NUMBER: (845) 236-5802
21 Milton Tpke-Ste 100
Milton, NY  12547

Massapequa Union Free School District
SUPERINTENDENT: Lucille Iconis
E-MAIL: liconis@msd.k12.ny.us
PHONE NUMBER: (516) 308-5000
4925 Merrick Rd
Massapequa, NY  11758

Massena Central School District
SUPERINTENDENT: Patrick Brady
E-MAIL: pbrady@mcs.k12.ny.us
PHONE NUMBER: (315) 764-3700
84 Nightengale Ave
Massena, NY  13662

Mattituck-cutchogue Union Free School District
SUPERINTENDENT: Anne Smith
E-MAIL: asmith@mufsd.com
PHONE NUMBER: (631) 298-4242
385 Depot Ln
Cutchogue, NY  11935

Mayfield Central School District
SUPERINTENDENT: Christopher Harper
E-MAIL: harper.christopher@mayfieldcsd.org
PHONE NUMBER: (518) 661-8207
27 School St
Mayfield, NY  12117

Mcgraw Central School District
SUPERINTENDENT: Melinda Mccool
E-MAIL: mmccool@mcgrawschools.org
PHONE NUMBER: (607) 836-3636
10 W Academy St
Mcgraw, NY  13101

Mechanicville City School District
SUPERINTENDENT: Bruce Potter
E-MAIL: bpotter@mechanicville.org
PHONE NUMBER: (518) 664-5727
25 Kniskern Ave

Mechanicville, NY  12118

Medina Central School District
SUPERINTENDENT: Mark Kruzynski
E-MAIL: mkruzynski@medinacsd.org
PHONE NUMBER: (585) 798-2700
1 Mustang Dr
Medina, NY  14103

Menands Union Free School District
SUPERINTENDENT: Maureen Long
E-MAIL: mlong@menands.org
PHONE NUMBER: (518) 465-4561
19 Wards Ln
Menands, NY  12204

Merrick Union Free School District
SUPERINTENDENT: Dominick Palma
E-MAIL: dpalma@merrick.k12.ny.us
PHONE NUMBER: (516) 992-7200
21 Babylon Rd
Merrick, NY  11566

Mexico Central School District
SUPERINTENDENT: Sean Bruno
E-MAIL: sbruno@mexicocsd.org
PHONE NUMBER: (315) 963-8400
16 Fravor Rd-Ste A
Mexico, NY  13114

Middle Country Central School District
SUPERINTENDENT: Roberta Gerold
E-MAIL: rgerold@mccsd.net
PHONE NUMBER: (631) 285-8005
8 43Rd St-Adm Off
Centereach, NY  11720

Middleburgh Central School District
SUPERINTENDENT: Brian Dunn
E-MAIL: brian.dunn@middleburghcsd.org
PHONE NUMBER: (518) 827-3625
245 Main St
Middleburgh, NY  12122

Middletown City School District
SUPERINTENDENT: Tom Scott
E-MAIL: thomas.scott@ecsdm.org
PHONE NUMBER: (845) 326-1134
223 Wisner Ave Ext
Middletown, NY  10940

Milford Central School District
SUPERINTENDENT: Mark Place
E-MAIL: mplace@milfordcentral.org
PHONE NUMBER: (607) 286-3341
42 W Main St

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Milford, NY  13807

Millbrook Central School District
SUPERINTENDENT: Laura Mitchell
E-MAIL: laura.mitchell@millbrookcsd.org
PHONE NUMBER: (845) 677-4200
43 Alden Pl
Millbrook, NY  12545

Miller Place Union Free School District
SUPERINTENDENT: Marianne Cartisano
E-MAIL: mcartisano@millerplace.k12.ny.us
PHONE NUMBER: (631) 474-2700
7 Memorial Dr
Miller Place, NY  11764

Mineola Union Free School District
SUPERINTENDENT: Michael Nagler
E-MAIL: mnagler@mineola.k12.ny.us
PHONE NUMBER: (516) 237-2001
121 Jackson Ave
Mineola, NY  11501

Minerva Central School District
SUPERINTENDENT: Timothy Farrell
E-MAIL: farrellt@minervasd.org
PHONE NUMBER: (518) 251-2000
1466 County Rt 29
Olmstedville, NY  12857

Minisink Valley Central School District
SUPERINTENDENT: Brian Monahan
E-MAIL: bmonahan@minisink.com
PHONE NUMBER: (845) 355-5100
2320 Rt 6
Slate Hill, NY  10973

Monroe 1 Boces
SUPERINTENDENT: Daniel White
E-MAIL: dan_white@boces.monroe.edu
PHONE NUMBER: (585) 383-2200
41 O'Connor Rd
Fairport, NY  14450

Monroe 2-orleans Boces
SUPERINTENDENT: Jo-Anne Antonacci
E-MAIL: jantonac@monroe2boces.org
PHONE NUMBER: (585) 352-2411
3599 Big Ridge Rd
Spencerport, NY  14559

Monroe-woodbury Central School District
SUPERINTENDENT: Elsie Rodriguez
E-MAIL: erodrigu@mw.k12.ny.us
PHONE NUMBER: (845) 460-6200
278 Rt 32-Educ Ctr

Central Valley, NY  10917

Montauk Union Free School District
SUPERINTENDENT: Jack Perna
E-MAIL: jperna@montaukschool.org
PHONE NUMBER: (631) 668-2474
50 S Dorset Dr
Montauk, NY  11954

Monticello Central School District
SUPERINTENDENT: William Silver
E-MAIL: wsilver@k12mcsd.net
PHONE NUMBER: (845) 794-7700
237 Forestburgh Rd
Monticello, NY  12701

Moravia Central School District
SUPERINTENDENT: John Birmingham
E-MAIL: jbirmingham@moraviaschool.org
PHONE NUMBER: (315) 497-2670
68 S Main St
Moravia, NY  13118

Moriah Central School District
SUPERINTENDENT: William Larrow
E-MAIL: wlarrow@moriahk12.org
PHONE NUMBER: (518) 546-3301
39 Viking Ln
Port Henry, NY  12974

Morris Central School District
SUPERINTENDENT: Matthew Sheldon
E-MAIL: msheldon@morriscs.org
PHONE NUMBER: (607) 263-6100
65 Main St
Morris, NY  13808

Morrisville-eaton Central School District
SUPERINTENDENT: Gregory Molloy
E-MAIL: gmolloy@m-ecs.org
PHONE NUMBER: (315) 684-9300
5061 Fearon Rd
Morrisville, NY  13408

Mount Markham Central School District
SUPERINTENDENT: Paul Berry
E-MAIL: pberry@mmcsd.org
PHONE NUMBER: (315) 822-2824
500 Fairground Rd
West Winfield, NY  13491

Mount Morris Central School District
SUPERINTENDENT: Greg Bump
E-MAIL: gbump@mtmorriscsd.org
PHONE NUMBER: (585) 658-3333
30 Bonadonna Ave

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Mount Morris, NY  14510

Mount Pleasant Central School District
SUPERINTENDENT: Kurtis Kotes
E-MAIL: kkotes@mtplcsd.org
PHONE NUMBER: (914) 769-5500
825 Westlake Dr
Thornwood, NY  10594

Mount Pleasant-blythedale Union Free School
District
SUPERINTENDENT: Emily Hersh
E-MAIL: ehersh@mpbschools.org
PHONE NUMBER: (914) 347-1800
95 Bradhurst Ave
Valhalla, NY  10595

Mount Pleasant-cottage Union Free School District
SUPERINTENDENT: Stephen Beovich
E-MAIL: sbeovich@mpcsny.org
PHONE NUMBER: (914) 769-0456
1075 Broadway
Pleasantville, NY  10570

Mount Sinai Union Free School District
SUPERINTENDENT: Gordon Brosdal
E-MAIL: gbrosdal@mtsinai.k12.ny.us
PHONE NUMBER: (631) 870-2550
118 N Country Rd
Mount Sinai, NY  11766

Mount Vernon School District
SUPERINTENDENT: Kenneth Hamilton
E-MAIL: khamilton@mtvernoncsd.org
PHONE NUMBER: (914) 665-5000
165 N Columbus Ave
Mount Vernon, NY  10553

Nanuet Union Free School District
SUPERINTENDENT: Kevin Mccahill
E-MAIL: kmccahill@nanuetsd.org
PHONE NUMBER: (845) 627-9880
101 Church St
Nanuet, NY  10954

Naples Central School District
SUPERINTENDENT: Matt Frahm
E-MAIL: mfrahm@naplescsd.org
PHONE NUMBER: (585) 374-7901
136 N Main St
Naples, NY  14512

Nassau Boces
SUPERINTENDENT: Robert Dillon
E-MAIL: rdillon@nasboces.org
PHONE NUMBER: (516) 396-2200

71 Clinton Rd
Garden City, NY  11530

New Hartford Central School District
SUPERINTENDENT: Robert Nole
E-MAIL: bnole@nhart.org
PHONE NUMBER: (315) 624-1218
33 Oxford Rd
New Hartford, NY  13413

New Hyde Park-garden City Park Union Free School
District
SUPERINTENDENT: Jennifer Morrison
E-MAIL: jmorrison@nhp-gcp.org
PHONE NUMBER: (516) 434-2305
1950 Hillside Ave
New Hyde Park, NY  11040

New Lebanon Central School District
SUPERINTENDENT: Leslie Whitcomb
E-MAIL: lwhitcomb@newlebanoncsd.org
PHONE NUMBER: (518) 794-9016
14665 Rt 22
New Lebanon, NY  12125

New Paltz Central School District
SUPERINTENDENT: Angela Medina
E-MAIL: superintendent@newpaltz.k12.ny.us
PHONE NUMBER: (845) 256-4020
196 Main St
New Paltz, NY  12561

New Rochelle City School District
SUPERINTENDENT: Magda Parvey
E-MAIL: mparvey@nredlearn.org
PHONE NUMBER: (914) 576-4300
515 North Ave
New Rochelle, NY  10801

New Suffolk Common School District
SUPERINTENDENT: Phil Kent
E-MAIL: philkent@newsuffolkschool.com
PHONE NUMBER: (631) 734-6940
1295 4Th St
New Suffolk, NY  11956

New York City Geographic District # 1
SUPERINTENDENT: Carry Chan
E-MAIL: cchan2@schools.nyc.gov
PHONE NUMBER: (212) 356-3740
166 Essex St
New York, NY  10002

New York City Geographic District # 2
SUPERINTENDENT: Donalda Chumney
E-MAIL: dchumney@schools.nyc.gov

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (212) 356-3815
333 7Th Ave-7Th Fl
New York, NY  10001

New York City Geographic District # 3
SUPERINTENDENT: Ilene Altschul
E-MAIL: ialtsch@schools.nyc.gov
PHONE NUMBER: (212) 678-5857
154 W 93Rd St
New York, NY  10025

New York City Geographic District # 4
SUPERINTENDENT: Alexandra Estrella
E-MAIL: aestrel3@schools.nyc.gov
PHONE NUMBER: (212) 831-4981
319 E 117Th St
New York, NY  10035

New York City Geographic District # 5
SUPERINTENDENT: Danika Rux
E-MAIL: drux@schools.nyc.gov
PHONE NUMBER: (212) 769-7500
425 W 123Rd St
New York, NY  10027

New York City Geographic District # 6
SUPERINTENDENT: Manuel Ramirez
E-MAIL: mramire4@schools.nyc.gov
PHONE NUMBER: (212) 521-3757
4360 Broadway-Rm 527
New York, NY  10033

New York City Geographic District # 7
SUPERINTENDENT: Elisa Alvarez
E-MAIL: Ealvarez2@Schools.nyc.gov
PHONE NUMBER: (718) 742-6500
501 Courtland Ave
Bronx, NY  10451

New York City Geographic District # 8
SUPERINTENDENT: Erika Tobia
E-MAIL: etobia@schools.nyc.gov
PHONE NUMBER: (718) 239-5890
601 Stickball Blvd
Bronx, NY  10473

New York City Geographic District # 9
SUPERINTENDENT: Leticia Rosario
E-MAIL: lrosario2@schools.nyc.gov
PHONE NUMBER: (718) 579-7143
1245 Washington Avenue Room 102
Bronx, NY  10456

New York City Geographic District #10
SUPERINTENDENT: Maribel Hulla
E-MAIL: mhulla@schools.nyc.gov

PHONE NUMBER: (718) 741-5852
1 Fordham Plaza-Rm 813
Bronx, NY  10458

New York City Geographic District #11
SUPERINTENDENT: Cristine Vaughan
E-MAIL: cvaugha2@schools.nyc.gov
PHONE NUMBER: (718) 519-2620
1250 Arnow Ave.
Bronx, NY  10469

New York City Geographic District #12
SUPERINTENDENT: Jacqueline Rosado
E-MAIL: jrosado3@schools.nyc.gov
PHONE NUMBER: (718) 328-2310
1970 W. Farms Rd.
Bronx, NY  10459

New York City Geographic District #13
SUPERINTENDENT: Kamar Samuels
E-MAIL: ksamuels@schools.nyc.gov
PHONE NUMBER: (718) 636-3284
355 Park Ave
Brooklyn, NY  11238

New York City Geographic District #14
SUPERINTENDENT: Alicja Winnicki
E-MAIL: awinnic@schools.nyc.gov
PHONE NUMBER: (718) 302-7600
215 Heyward St
Brooklyn, NY  11206

New York City Geographic District #15
SUPERINTENDENT: Anita Skop
E-MAIL: askop@schools.nyc.gov
PHONE NUMBER: (718) 642-5868
131 Livingston Ave-Rm 301
Brooklyn, NY  11201

New York City Geographic District #16
SUPERINTENDENT: Rahesha Harris
E-MAIL: RAmon@schools.nyc.gov
PHONE NUMBER: (718) 574-2834
1010 Lafayette Ave.
Brooklyn, NY  11221

New York City Geographic District #17
SUPERINTENDENT: Clarence Ellis
E-MAIL: cellis3@schools.nyc.gov
PHONE NUMBER: (718) 221-4372
1224 Park Pl
Brooklyn, NY  11213

New York City Geographic District #18
SUPERINTENDENT: Beverly Wilkins
E-MAIL: bwilkin@schools.nyc.gov

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (718) 566-6008
1106 E 95Th St
Brooklyn, NY  11236

New York City Geographic District #19
SUPERINTENDENT: Thomas Mcbryde
E-MAIL: tmcbrydejr@schools.nyc.gov
PHONE NUMBER: (718) 342-3625
557 Pennsylvania Ave
Brooklyn, NY  11207

New York City Geographic District #20
SUPERINTENDENT: Karina Costantino
E-MAIL: kcostan@schools.nyc.gov
PHONE NUMBER: (718) 759-4912
415 89Th St
Brooklyn, NY  11209

New York City Geographic District #21
SUPERINTENDENT: Isabel Dimola
E-MAIL: idimola@schools.nyc.gov
PHONE NUMBER: (718) 714-2502
501 West Ave
Brooklyn, NY  11224

New York City Geographic District #22
SUPERINTENDENT: Juliana Bove
E-MAIL: jbove@schools.nyc.gov
PHONE NUMBER: (718) 968-6117
5619 Flatlands Ave.
Brooklyn, NY  11234

New York City Geographic District #23
SUPERINTENDENT: Miatheresa Pate
E-MAIL: mpate@schools.nyc.gov
PHONE NUMBER: (718) 240-3677
2021 Bergen St
Brooklyn, NY  11233

New York City Geographic District #24
SUPERINTENDENT: Madelene Chan
E-MAIL: mchan2@schools.nyc.gov
PHONE NUMBER: (718) 592-3357
98-50 50Th Ave-Rm 102
Corona, NY  11368

New York City Geographic District #25
SUPERINTENDENT: Danielle Dimango
E-MAIL: ddimang@schools.nyc.gov
PHONE NUMBER: (718) 281-7605
30-48 Linden Pl
Flushing, NY  11354

New York City Geographic District #26
SUPERINTENDENT: Danielle Giunta
E-MAIL: dgiunta4@schools.nyc.gov

PHONE NUMBER: (718) 631-6982
61-15 Oceania St
Bayside, NY  11361

New York City Geographic District #27
SUPERINTENDENT: Jennifer Ambert
E-MAIL: jambert@schools.nyc.gov
PHONE NUMBER: (718) 642-5770
82-01 Rockaway Blvd-Rm 460
Ozone Park, NY  11416

New York City Geographic District #28
SUPERINTENDENT: Mabel Sarduy
E-MAIL: MSarduy@schools.nyc.gov
PHONE NUMBER: (718) 557-2622
90-27 Sutphin Blvd
Jamaica, NY  11435

New York City Geographic District #29
SUPERINTENDENT: Beverly Mitchell
E-MAIL: bmitche2@schools.nyc.gov
PHONE NUMBER: (718) 264-3146
222-14 Jamaica Ave-Rm 217
Queens Village, NY  11428

New York City Geographic District #30
SUPERINTENDENT: Philip Composto
E-MAIL: pcompos@schools.nyc.gov
PHONE NUMBER: (718) 391-8323
28-11 Queens Plz N
Long Island City, NY  11101

New York City Geographic District #31
SUPERINTENDENT: Anthony Lodico
E-MAIL: alodico@schools.nyc.gov
PHONE NUMBER: (718) 420-5667
715 Ocean Terr-Rm 129
Staten Island, NY  10301

New York City Geographic District #32
SUPERINTENDENT: Sheila Gorski
E-MAIL: sgorski@schools.nyc.gov
PHONE NUMBER: (718) 574-1100
797 Bushwick Ave
Brooklyn, NY  11221

New York Mills Union Free School District
SUPERINTENDENT: Joanne Shelmidine
E-MAIL: jshelmidine@newyorkmills.org
PHONE NUMBER: (315) 768-8127
1 Marauder Blvd
New York Mills, NY  13417

New York State Office Mental Health (omh)
SUPERINTENDENT: Ann-Marie Sullivan
E-MAIL: ann.sullivan@omh.ny.gov

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (518) 473-6328
44 Holland Ave
Albany, NY  12229

New York State School For The Blind
SUPERINTENDENT: Barbara Lemen
E-MAIL: barbara.lemen@nysed.gov
PHONE NUMBER: (585) 343-5384
2A Richmond Ave
Batavia, NY  14020

New York State School For The Deaf
SUPERINTENDENT: Joyce Long
E-MAIL: joyce.long@nysed.gov
PHONE NUMBER: (315) 337-8400
401 Turin St
Rome, NY  13440

Newark Central School District
SUPERINTENDENT: Matthew Cook
E-MAIL: matt.cook@newarkcsd.org
PHONE NUMBER: (315) 332-3230
100 E Miller St
Newark, NY  14513

Newark Valley Central School District
SUPERINTENDENT: Ryan Dougherty
E-MAIL: rdougherty@nvcs.stier.org
PHONE NUMBER: (607) 642-3221
79 Whig St
Newark Valley, NY  13811

Newburgh City School District
SUPERINTENDENT: Roberto Padilla
E-MAIL: rpadilla@necsd.net
PHONE NUMBER: (845) 563-3510
124 Grand St
Newburgh, NY  12550

Newcomb Central School District
SUPERINTENDENT: Christian Fisher
E-MAIL: cfisher@newcombcsd.org
PHONE NUMBER: (518) 582-3341
5535 Rt 28N
Newcomb, NY  12852

Newfane Central School District
SUPERINTENDENT: Michael Baumann
E-MAIL: mbaumann@newfane.wnyric.org
PHONE NUMBER: (716) 778-6850
6048 Godfrey Rd
Burt, NY  14028

Newfield Central School District
SUPERINTENDENT: Vicky Volpicelli
E-MAIL: vvolpicelli@newfieldschools.org

PHONE NUMBER: (607) 564-9955
247 Main St
Newfield, NY  14867

Niagara Falls City School District
SUPERINTENDENT: Mark Laurrie
E-MAIL: mlaurrie@nfschools.net
PHONE NUMBER: (716) 286-4205
630 66Th St
Niagara Falls, NY 14304

Niagara-wheatfield Central School District
SUPERINTENDENT: Daniel Ljiljanich
E-MAIL: dljiljanich@nwcsd.org
PHONE NUMBER: (716) 215-3000
6700 Schultz St
Niagara Falls, NY  14304

Niskayuna Central School District
SUPERINTENDENT: Cosimo Tangorra
E-MAIL: ctangorra@niskyschools.org
PHONE NUMBER: (518) 377-4666
1239 Van Antwerp Rd
Schenectady, NY  12309

North Babylon Union Free School District
SUPERINTENDENT: Glen Eschbach
E-MAIL: geschbach@northbabylonschools.net
PHONE NUMBER: (631) 620-7011
5 Jardine Pl
North Babylon, NY  11703

North Bellmore Union Free School District
SUPERINTENDENT: Marie Testa
E-MAIL: mtesta@northbellmoreschools.org
PHONE NUMBER: (516) 992-3000
2616 Martin Ave
Bellmore, NY  11710

North Collins Central School District
SUPERINTENDENT: Scott Taylor
E-MAIL: staylor@northcollins.wnyric.org
PHONE NUMBER: (716) 337-0101
2045 School St
North Collins, NY  14111

North Colonie Csd
SUPERINTENDENT: Daniel Corr
E-MAIL: dcorr@ncolonie.org
PHONE NUMBER: (518) 785-8591
91 Fiddlers Ln
Latham, NY  12110

North Greenbush Common School District (williams)
SUPERINTENDENT: Christine Hamill
E-MAIL: lrsuper@nycap.rr.com

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (518) 283-6748
476 N Greenbush Rd
Rensselaer, NY  12144

North Merrick Union Free School District
SUPERINTENDENT: Cynthia Seniuk
E-MAIL: cseniuk@nmerrick.org
PHONE NUMBER: (516) 292-3694
1057 Merrick Ave
Merrick, NY  11566

North Rose-wolcott Central School District
SUPERINTENDENT: Michael Pullen
E-MAIL: mpullen@nrwcs.org
PHONE NUMBER: (315) 594-3141
11631 Salter-Colvin Rd
Wolcott, NY  14590

North Salem Central School District
SUPERINTENDENT: Kenneth Freeston
E-MAIL: kfreeston@northsalemschools.org
PHONE NUMBER: (914) 669-5414
230  June Rd
North Salem, NY  10560

North Shore Central School District
SUPERINTENDENT: Peter Giarrizzo
E-MAIL: giarrizzop@northshoreschools.org
PHONE NUMBER: (516) 277-7801
112 Franklin Ave
Sea Cliff, NY  11579

North Syracuse Central School District
SUPERINTENDENT: Daniel Bowles
E-MAIL: dbowles@nscsd.org
PHONE NUMBER: (315) 218-2100
5355 W Taft Rd
North Syracuse, NY  13212

North Tonawanda City School District
SUPERINTENDENT: Gregory Woytila
E-MAIL: gwoytila@ntschools.org
PHONE NUMBER: (716) 807-3500
176 Walck Rd
North Tonawanda, NY  14120

North Warren Central School District
SUPERINTENDENT: Michele French
E-MAIL: mfrench@northwarrencsd.org
PHONE NUMBER: (518) 494-3015
6110 State Rt 8
Chestertown, NY  12817

Northeast Central School District
SUPERINTENDENT: Ray Castellani
E-MAIL: raymond.castellani@webutuck.org

PHONE NUMBER: (845) 373-4100
194 Haight Rd
Amenia, NY  12501

Northeastern Clinton Central School District
SUPERINTENDENT: Robb Garrand
E-MAIL: rgarrand@nccscougar.org
PHONE NUMBER: (518) 298-8242
103 Rt 276
Champlain, NY  12919

Northern Adirondack Central School District
SUPERINTENDENT: James          Knight
E-MAIL: jknight@nacs1.org
PHONE NUMBER: (518) 594-7060
5572 Rt 11
Ellenburg Depot, NY  12935

Northport-east Northport Union Free School District
SUPERINTENDENT: Robert Banzer
E-MAIL: robert.banzer@northport.k12.ny.us
PHONE NUMBER: (631) 262-6604
158 Laurel Ave
Northport, NY  11768

Northville Central School District
SUPERINTENDENT: Leslie Ford
E-MAIL: lford@northvillecsd.org
PHONE NUMBER: (518) 863-7000
131 S 3Rd St
Northville, NY  12134

Norwich City School District
SUPERINTENDENT: Diana Bowers
E-MAIL: dbowers@norwichcsd.org
PHONE NUMBER: (607) 334-1600
89 Midland Dr
Norwich, NY  13815

Norwood-norfolk Central School District
SUPERINTENDENT: James Cruikshank
E-MAIL: jcruikshank@nncsk12.org
PHONE NUMBER: (315) 353-6631
7852 State Hwy 56
Norwood, NY  13668

Nyack Union Free School District
SUPERINTENDENT: James Montesano
E-MAIL: jmontesano@nyackschools.org
PHONE NUMBER: (845) 353-7015
13A Dickinson Ave
Nyack, NY  10960

Nyc Chancellor'S Office
SUPERINTENDENT: Richard Carranza
E-MAIL: rcarranza@schools.nyc.gov

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (212) 374-6000
52 Chambers St-Rm 320
New York, NY  10007

Nyc Special Schools - District 75
SUPERINTENDENT: Ketler Louissaint
E-MAIL: klouiss@schools.nyc.gov
PHONE NUMBER: (212) 802-1617
400 First Ave
New York, NY  10010

Nys Office For People With Developmental
Disabilities
SUPERINTENDENT: Theodore Kastner
E-MAIL:
commissioners.correspondence.unit@opwdd.ny.gov
PHONE NUMBER: (866) 946-9733
44 Holland Ave
Albany, NY  12229

Oakfield-alabama Central School District
SUPERINTENDENT: John Fisgus
E-MAIL: jfisgus@oahornets.org
PHONE NUMBER: (585) 948-5211
7001 Lewiston Rd
Oakfield, NY  14125

Oceanside Union Free School District
SUPERINTENDENT: Phyllis Harrington
E-MAIL: pharrington@oceansideschools.org
PHONE NUMBER: (516) 678-1215
145 Merle Ave
Oceanside, NY  11572

Odessa-montour Central School District
SUPERINTENDENT: Christopher Wood
E-MAIL: chwood@gstboces.org
PHONE NUMBER: (607) 594-3341
300 College Ave
Odessa, NY  14869

Ogdensburg City School District
SUPERINTENDENT: Diana Bowers
E-MAIL: dbowers@norwichcsd.org
PHONE NUMBER: (315) 393-0900
1100 State St
Ogdensburg, NY  13669

Olean City School District
SUPERINTENDENT: Rick Moore
E-MAIL: rmoore@olean.wnyric.org
PHONE NUMBER: (716) 375-8001
410 W Sullivan St
Olean, NY  14760

Oneida City School District

SUPERINTENDENT: Mary Zehr
E-MAIL: mmzehr@oneidacsd.org
PHONE NUMBER: (315) 363-2550
565 Sayles St
Oneida, NY  13421

Oneida-herkimer-madison Boces
SUPERINTENDENT: Patricia Kilburn
E-MAIL: pkilburn@oneida-boces.org
PHONE NUMBER: (315) 793-8561
4747 Middle Sttlmnt Rd
New Hartford, NY  13413

Oneonta City School District
SUPERINTENDENT: Thomas Brindley
E-MAIL: tbrindley@oneontacsd.org
PHONE NUMBER: (607) 433-8232
31 Center St
Oneonta, NY  13820

Onondaga Central School District
SUPERINTENDENT: Rob Price
E-MAIL: rprice@ocs.cnyric.org
PHONE NUMBER: (315) 552-5000
4466 S Onondaga Rd
Nedrow, NY  13120

Ontario-seneca-yates-cayuga-wayne Boces
SUPERINTENDENT: Vicma Ramos
E-MAIL: vicma.ramos@wflboces.org
PHONE NUMBER: (315) 332-7284
131 Drumlin Ct
Newark, NY  14513

Onteora Central School District
SUPERINTENDENT: Victoria Mclaren
E-MAIL: vmclaren@onteora.k12.ny.us
PHONE NUMBER: (845) 657-8851
4166 Rt 28
Boiceville, NY  12412

Oppenheim-ephratah-st. Johnsville Csd
SUPERINTENDENT: Adam Heroth
E-MAIL: adam.heroth@oesj.org
PHONE NUMBER: (518) 568-2011
61 Monroe Street
St Johnsville, NY  13452

Orange-ulster Boces
SUPERINTENDENT: William Hecht
E-MAIL: william.hecht@ouboces.org
PHONE NUMBER: (845) 291-0100
53 Gibson Rd
Goshen, NY  10924

Orchard Park Central School District

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

SUPERINTENDENT: Matthew Mcgarrity
E-MAIL: mmcgarrity@opschools.org
PHONE NUMBER: (716) 209-6280
2240 Southwestern Blvd
West Seneca, NY  14224

Oriskany Central School District
SUPERINTENDENT: Timothy Gaffney
E-MAIL: tgaffney@oriskanycsd.org
PHONE NUMBER: (315) 768-2058
1313 Utica St
Oriskany, NY  13424

Orleans-niagara Boces
SUPERINTENDENT: Clark Godshall
E-MAIL: superintendent@onboces.org
PHONE NUMBER: (800) 836-7510
4232 Shelby Basin Rd
Medina, NY  14103

Ossining Union Free School District
SUPERINTENDENT: Raymond Sanchez
E-MAIL: rsanchez@ossining.k12.ny.us
PHONE NUMBER: (914) 941-7700
400 Executive Blvd
Ossining, NY  10562

Oswego Boces
SUPERINTENDENT: Christopher Todd
E-MAIL: ctodd@oswegoboces.org
PHONE NUMBER: (315) 963-4222
179 County Rte 64
Mexico, NY  13114

Oswego City School District
SUPERINTENDENT: Dean Goewey
E-MAIL: dgoewey@oswego.org
PHONE NUMBER: (315) 341-2000
1 Buccaneer Boulevard
Oswego, NY  13126

Otego-unadilla Central School District
SUPERINTENDENT: David Richards
E-MAIL: drichards@unatego.stier.org
PHONE NUMBER: (607) 988-5000
2641 State Hwy 7
Otego, NY  13825

Otsego-delaware-schoharie-greene Boces
SUPERINTENDENT: Nicholas Savin
E-MAIL: NSavin@oncboces.org
PHONE NUMBER: (607) 588-6291
2020 Jump Brook Rd
Grand Gorge, NY  12434

Owego-apalachin Central School District

SUPERINTENDENT: Corey Green
E-MAIL: greenc@oacsd.org
PHONE NUMBER: (607) 687-6224
5 Sheldon Guile Blvd
Owego, NY  13827

Oxford Academy And Central School District
SUPERINTENDENT: John Hillis
E-MAIL: jhillis@oxac.org
PHONE NUMBER: (607) 843-2025
12 Fort Hill Park
Oxford, NY  13830

Oyster Bay-east Norwich Central School District
SUPERINTENDENT: Laura Seinfeld
E-MAIL: lseinfeld@obenschools.org
PHONE NUMBER: (516) 624-6505
1 Mccouns Ln
Oyster Bay, NY  11771

Oysterponds Union Free School District
SUPERINTENDENT: Richard Malone
E-MAIL: rmalone@oysterponds.org
PHONE NUMBER: (631) 323-2410
23405 Main Rd
Orient, NY  11957

Palmyra-macedon Central School District
SUPERINTENDENT: Robert Ike
E-MAIL: robert.ike@palmaccsd.org
PHONE NUMBER: (315) 597-3401
151 Hyde Pkwy
Palmyra, NY  14522

Panama Central School District
SUPERINTENDENT: Bert Lictus
E-MAIL: blictus@mx.pancent.org
PHONE NUMBER: (716) 782-4445
41 North St
Panama, NY  14767

Parishville-hopkinton Central School District
SUPERINTENDENT: Bill Collins
E-MAIL: collinsw@phcs.neric.org
PHONE NUMBER: (315) 265-4642
12 County Rt 47
Parishville, NY  13672

Patchogue-medford Union Free School District
SUPERINTENDENT: Donna Jones
E-MAIL: djones@pmschools.org
PHONE NUMBER: (631) 687-6380
241 S Ocean Ave
Patchogue, NY  11772

Pavilion Central School District

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

SUPERINTENDENT: Kenneth Ellison
E-MAIL: ellison@pavilioncsd.org
PHONE NUMBER: (585) 584-1013
7014 Big Tree Rd
Pavilion, NY  14525

Pawling Central School District
SUPERINTENDENT: Kim Fontana
E-MAIL: fontanak@pcsdny.org
PHONE NUMBER: (845) 855-4600
515 Rt 22
Pawling, NY  12564

Pearl River Union Free School District
SUPERINTENDENT: Marco Pochintesta
E-MAIL: pochintestam@pearlriver.org
PHONE NUMBER: (845) 620-3900
135 W Crooked Hill Rd
Pearl River, NY  10965

Peekskill City School District
SUPERINTENDENT: Mary Foster
E-MAIL: mfoster@peekskillcsd.org
PHONE NUMBER: (914) 737-3300
1031 Elm St
Peekskill, NY  10566

Pelham Union Free School District
SUPERINTENDENT: Cheryl Champ
E-MAIL: cchamp@pelhamschools.org
PHONE NUMBER: (914) 738-3434
18 Franklin Pl
Pelham, NY  10803

Pembroke Central School District
SUPERINTENDENT: Matthew Calderon
E-MAIL: mcalderon@pembrokecsd.org
PHONE NUMBER: (585) 599-4525
8750 Alleghany Rd
Corfu, NY  14036

Penfield Central School District
SUPERINTENDENT: Thomas Putnam
E-MAIL: tputnam@penfield.edu
PHONE NUMBER: (585) 249-5702
2590 Atlantic Ave
Rochester, NY  14625

Penn Yan Central School District
SUPERINTENDENT: Howard Dennis
E-MAIL: hdennis@pycsd.org
PHONE NUMBER: (315) 536-3371
1 School Dr
Penn Yan, NY  14527

Perry Central School District

SUPERINTENDENT: Daryl Mclaughlin
E-MAIL: dmclaughlin2@perry.k12.ny.us
PHONE NUMBER: (585) 237-0270
33 Watkins Ave
Perry, NY  14530

Peru Central School District
SUPERINTENDENT: Thomas Palmer
E-MAIL: tpalmer@perucsd.org
PHONE NUMBER: (518) 643-6002
17 School St
Peru, NY  12972

Phelps-clifton Springs Central School District
SUPERINTENDENT: Matt Sickles
E-MAIL: msickles@midlakes.org
PHONE NUMBER: (315) 548-6420
1490 Rt 488
Clifton Springs, NY  14432

Phoenix Central School District
SUPERINTENDENT: Christopher Byrne
E-MAIL: cbyrne@phoenixcsd.org
PHONE NUMBER: (315) 695-1555
116 Volney St
Phoenix, NY  13135

Pine Bush Central School District
SUPERINTENDENT: Tim Mains
E-MAIL: tim.mains@pinebushschools.org
PHONE NUMBER: (845) 744-2031
156 Rt 302
Pine Bush, NY  12566

Pine Plains Central School District
SUPERINTENDENT: Martin Handler
E-MAIL: m.handler@ppcsd.org
PHONE NUMBER: (518) 398-7181
2829 Church St
Pine Plains, NY  12567

Pine Valley Central School District (south Dayton)
SUPERINTENDENT: Bryna Booth
E-MAIL: bbooth@pval.org
PHONE NUMBER: (716) 988-3291
7755 Rt 83
South Dayton, NY  14138

Pittsford Central School District
SUPERINTENDENT: Michael Pero
E-MAIL: michael_pero@pittsford.monroe.edu
PHONE NUMBER: (585) 267-1004
75 Barker Rd
Pittsford, NY  14534

Plainedge Union Free School District

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

SUPERINTENDENT: Edward Salina
E-MAIL: salina@plainedgeschools.org
PHONE NUMBER: (516) 992-7450
241 Wyngate Dr
N Massapequa, NY  11758

Plainview-old Bethpage Central School District
SUPERINTENDENT: Mary Omeara
E-MAIL: momeara@pobschools.org
PHONE NUMBER: (516) 434-3000
106 Washington Ave
Plainview, NY  11803

Plattsburgh City School District
SUPERINTENDENT: Jay Lebrun
E-MAIL: jlebrun@plattscsd.org
PHONE NUMBER: (518) 957-6002
49 Broad St
Plattsburgh, NY  12901

Pleasantville Union Free School District
SUPERINTENDENT: Mary Alter
E-MAIL: foxm@pleasantvilleschools.org
PHONE NUMBER: (914) 741-1400
60 Romer Ave
Pleasantville, NY  10570

Pocantico Hills Central School District
SUPERINTENDENT: Richard Calkins
E-MAIL: rcalkins@pocanticohills.org
PHONE NUMBER: (914) 631-2440
599 Bedford Rd
Sleepy Hollow, NY  10591

Poland Central School District
SUPERINTENDENT: Laura Dutton
E-MAIL: ldutton@polandcsd.org
PHONE NUMBER: (315) 826-7900
74 Cold Brook St
Poland, NY  13431

Port Byron Central School District
SUPERINTENDENT: Neil Obrien
E-MAIL: nobrien@pbcschools.org
PHONE NUMBER: (315) 776-5728
30 Maple Ave
Port Byron, NY  13140

Port Chester-rye Union Free School District
SUPERINTENDENT: Edward Kliszus
E-MAIL: ekliszus@portchesterschools.org
PHONE NUMBER: (914) 934-7901
113 Bowman Ave
Port Chester, NY  10573

Port Jefferson Union Free School District

SUPERINTENDENT: Jessica Schmettan
E-MAIL: jschmett@portjeffschools.org
PHONE NUMBER: (631) 791-4221
550 Scraggy Hill Rd
Port Jefferson, NY  11777

Port Jervis City School District
SUPERINTENDENT: Mike Rydell
E-MAIL: mrydell@pjschools.org
PHONE NUMBER: (845) 858-3100
9 Thompson St
Port Jervis, NY  12771

Port Washington Union Free School District
SUPERINTENDENT: Michael Hynes
E-MAIL: mhynes@portnet.org
PHONE NUMBER: (516) 767-5005
100 Campus Dr
Port Washington, NY  11050

Portville Central School District
SUPERINTENDENT: Thomas Simon
E-MAIL: tsimon@portvillecsd.org
PHONE NUMBER: (716) 933-6000
500 Elm St
Portville, NY  14770

Potsdam Central School District
SUPERINTENDENT: Joann Chambers
E-MAIL: jchambers@potsdam.k12.ny.us
PHONE NUMBER: (315) 265-2000
29 Leroy St
Potsdam, NY  13676

Poughkeepsie City School District
SUPERINTENDENT: Eric Rosser
E-MAIL: superintendent@poughkeepsieschools.org
PHONE NUMBER: (845) 451-4900
11 College Ave
Poughkeepsie, NY  12603

Prattsburgh Central School District
SUPERINTENDENT: Jeffrey Black
E-MAIL: jblack@prattsburghcsd.org
PHONE NUMBER: (607) 522-3795
1 Academy St
Prattsburgh, NY  14873

Pulaski Central School District
SUPERINTENDENT: Tom Jennings
E-MAIL: tjennings@pacs.cnyric.org
PHONE NUMBER: (315) 298-5188
2 Hinman Rd
Pulaski, NY  13142

Putnam Central School District

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

SUPERINTENDENT: Matthew Boucher
E-MAIL: matthew.boucher@putnamcsd.org
PHONE NUMBER: (518) 547-8266
126 County Rt 2
Putnam Station, NY  12861

Putnam Valley Central School District
SUPERINTENDENT: Jeremy Luft
E-MAIL: jluft@pvcsd.org
PHONE NUMBER: (845) 528-8143
171 Oscawana Lake Road
Putnam Valley, NY  10579

Putnam-westchester Boces
SUPERINTENDENT: James Ryan
E-MAIL: jryan@pnwboces.org
PHONE NUMBER: (845) 245-2700
200 Boces Dr
Yorktown Heights, NY  10598

Queensbury Union Free School District
SUPERINTENDENT: Kyle Gannon
E-MAIL: kgannon@queensburyschool.org
PHONE NUMBER: (518) 824-5602
429 Aviation Rd
Queensbury, NY  12804

Quogue Union Free School District
SUPERINTENDENT: Jeffrey Ryvicker
E-MAIL: jryvicker@quogueschool.com
PHONE NUMBER: (631) 653-4285
10 Edgewood Rd
Quogue, NY  11959

Ramapo Central School District (suffern)
SUPERINTENDENT: Lisa Weber
E-MAIL: lweber@sufferncentral.org
PHONE NUMBER: (845) 357-7783
45 Mountain Ave
Hillburn, NY  10931

Randolph Academy Union Free School District
SUPERINTENDENT: Lori Decarlo
E-MAIL: ldecarlo@randolphacademy.org
PHONE NUMBER: (716) 358-6866
336 Main St
Randolph, NY  14772

Randolph Central School District
SUPERINTENDENT: Kaine Kelly
E-MAIL: kkelly@randolphcsd.org
PHONE NUMBER: (716) 358-6161
18 Main St
Randolph, NY  14772

Raquette Lake Union Free School District

SUPERINTENDENT: Dale Breault
E-MAIL: dbreault@mail.fehb.org
PHONE NUMBER: (315) 354-4733
115 Rt 28
Raquette Lake, NY  13436

Ravena-coeymans-selkirk Central School District
SUPERINTENDENT: Brian Bailey
E-MAIL: bbailey@rcscsd.org
PHONE NUMBER: (518) 756-5200
15 Mountain Rd
Ravena, NY  12143

Red Creek Central School District
SUPERINTENDENT: Brian Corey
E-MAIL: brian.corey@rccsd.org
PHONE NUMBER: (315) 754-2010
6624 South St
Red Creek, NY  13143

Red Hook Central School District
SUPERINTENDENT: Janet Warden
E-MAIL: jwarden@rhcsd.org
PHONE NUMBER: (845) 758-2241
9 Mill Rd
Red Hook, NY  12571

Remsen Central School District
SUPERINTENDENT: Timothy Jenny
E-MAIL: tjenny@remsencsd.org
PHONE NUMBER: (315) 205-4300
9733 Main Stree
Remsen, NY  13438

Remsenburg-speonk Union Free School District
SUPERINTENDENT: Denise Sullivan
E-MAIL: sullivan@rsufsd.org
PHONE NUMBER: (631) 325-0203
11 Mill Rd
Remsenburg, NY  11960

Rensselaer City School District
SUPERINTENDENT: Joseph Kardash
E-MAIL: jkardash@rcsd.k12.ny.us
PHONE NUMBER: (518) 436-8561
25 Van Rensselaer Dr
Rensselaer, NY  12144

Rensselaer-columbia-greene Boces
SUPERINTENDENT: Gladys Cruz
E-MAIL: gcruz@questar.org
PHONE NUMBER: (518) 479-6882
10 Empire State Blvd-2Nd Fl
Castleton, NY  12033

Rhinebeck Central School District

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

SUPERINTENDENT: Albert Cousins
E-MAIL: acousins@rhinebeckcsd.org
PHONE NUMBER: (845) 871-5520
45 N Park Rd
Rhinebeck, NY  12572

Richfield Springs Central School District
SUPERINTENDENT: Tom Piatti
E-MAIL: tpiatti@richfieldcsd.org
PHONE NUMBER: (315) 858-0610
93 Main St
Richfield Springs, NY  13439

Ripley Central School District
SUPERINTENDENT: William Caldwell
E-MAIL: wcaldwell@ripley.wnyric.org
PHONE NUMBER: (716) 736-6201
12 N State St
Ripley, NY  14775

Riverhead Central School District
SUPERINTENDENT: Christine Tona
E-MAIL: christine.tona@riverhead.net
PHONE NUMBER: (631) 369-6717
700 Osborn Ave
Riverhead, NY  11901

Rochester City School District
SUPERINTENDENT: Barbara Williams
E-MAIL: barbara.deane-williams@rcsdk12.org
PHONE NUMBER: (585) 262-8100
131 W Broad St
Rochester, NY  14614

Rockland Boces
SUPERINTENDENT: Mary Jean Marsico
E-MAIL: mmarsico@rboces.org
PHONE NUMBER: (845) 627-4700
65 Parrott Rd
West Nyack, NY  10994

Rockville Centre Union Free School District
SUPERINTENDENT: June Chang
E-MAIL: jchang@rvcschools.org
PHONE NUMBER: (516) 255-8957
128 Shepherd St
Rockville Centre, NY  11570

Rocky Point Union Free School District
SUPERINTENDENT: Michael Ring
E-MAIL: sobrien@rockypoint.k12.ny.us
PHONE NUMBER: (631) 849-7561
90 Rocky Pt-Yaphank Rd
Rocky Point, NY  11778

Rome City School District

SUPERINTENDENT: Peter Blake
E-MAIL: pblake@romecsd.org
PHONE NUMBER: (315) 338-6521
409 Bell Rd
Rome, NY  13440

Romulus Central School District
SUPERINTENDENT: Marty Rotz
E-MAIL: mrotz@romuluscsd.org
PHONE NUMBER: (866) 810-0345
5705 Rt 96
Romulus, NY  14541

Rondout Valley Central School District
SUPERINTENDENT: Joseph Morgan
E-MAIL: jmorgan@rondout.k12.ny.us
PHONE NUMBER: (845) 687-2400
122 Kyserike Rd
Accord, NY  12404

Roosevelt Union Free School District
SUPERINTENDENT: Eva Demyen
E-MAIL: edemyen@rufsd.org
PHONE NUMBER: (516) 345-7001
240 Denton Pl
Roosevelt, NY  11575

Roscoe Central School District
SUPERINTENDENT: John Evans
E-MAIL: jevans@roscoe.k12.ny.us
PHONE NUMBER: (607) 498-4126
6 Academy St
Roscoe, NY  12776

Roslyn Union Free School District
SUPERINTENDENT: Allison Brown
E-MAIL: abrown@roslynschools.org
PHONE NUMBER: (516) 801-5001
300 Harbor Hill Rd
Roslyn, NY  11576

Rotterdam-mohonasen Central School District
SUPERINTENDENT: Shannon Shine
E-MAIL: sshine@mohonasen.org
PHONE NUMBER: (518) 356-8200
2072 Curry Rd
Schenectady, NY  12303

Roxbury Central School District
SUPERINTENDENT: Jeffrey Bennett
E-MAIL: bennettj@roxburycsd.org
PHONE NUMBER: (607) 326-4151
53729 State Hwy 30
Roxbury, NY  12474

Royalton-hartland Central School District

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

SUPERINTENDENT: Hank Stopinski
E-MAIL: hstopinski@royhart.org
PHONE NUMBER: (716) 735-2000
54 State St
Middleport, NY  14105

Rush-henrietta Central School District
SUPERINTENDENT: Lawrence Wright
E-MAIL: lwright@rhnet.org
PHONE NUMBER: (585) 359-5012
2034 Lehigh Station Rd
Henrietta, NY  14467

Rye City School District
SUPERINTENDENT: Eric Byrne
E-MAIL: byrne.eric@ryeschools.org
PHONE NUMBER: (914) 967-6100
411 Theodore Fremd Ave-St 1005
Rye, NY  10580

Rye Neck Union Free School District
SUPERINTENDENT: Barbara Ferraro
E-MAIL: bferraro@ryeneck.org
PHONE NUMBER: (914) 777-5200
310 Hornidge Rd
Mamaroneck, NY  10543

Sachem Central School District
SUPERINTENDENT: John Okeefe
E-MAIL: jokeefe@sachem.edu
PHONE NUMBER: (631) 471-1300
51 School St
Lake Ronkonkoma, NY  11779

Sackets Harbor Central School District
SUPERINTENDENT: Jennifer Gaffney
E-MAIL: jgaffney@sacketspatriots.org
PHONE NUMBER: (315) 646-3575
215 S Broad St
Sackets Harbor, NY  13685

Sag Harbor Union Free School District
SUPERINTENDENT: Jeff Nichols
E-MAIL: jnichols@sagharborschools.org
PHONE NUMBER: (631) 725-5300
200 Jermain Ave
Sag Harbor, NY  11963

Sagaponack Common School District
SUPERINTENDENT: Alan Cott
E-MAIL: super@sagaponackschool.com
PHONE NUMBER: (631) 537-0651
400 Main St
Sagaponack, NY  11962

Saint Lawrence-lewis Boces

SUPERINTENDENT: Thomas Burns
E-MAIL: tburns@sllboces.org
PHONE NUMBER: (315) 386-4504
40 W Main St
Canton, NY  13617

Saint Regis Falls Central School District
SUPERINTENDENT: Tim Seymour
E-MAIL: tseymour@stregiscsd.org
PHONE NUMBER: (518) 856-9421
92 N Main St
St Regis Falls, NY  12980

Salamanca City School District
SUPERINTENDENT: Robert Breidenstein
E-MAIL: rbreidenstein@salamancany.org
PHONE NUMBER: (716) 945-2403
50 Iroquois Dr
Salamanca, NY  14779

Salem Central School District
SUPERINTENDENT: David Glover
E-MAIL: dglover@salemcsd.org
PHONE NUMBER: (518) 854-7855
41 E Broadway
Salem, NY  12865

Salmon River Central School District
SUPERINTENDENT: Stanley Harper
E-MAIL: sharper@srk12.org
PHONE NUMBER: (518) 358-6610
637 County Rt 1
Fort Covington, NY  12937

Sandy Creek Central School District
SUPERINTENDENT: Kyle Faulkner
E-MAIL: kyle.faulkner@sccs.cnyric.org
PHONE NUMBER: (315) 387-3445
124 Salisbury St
Sandy Creek, NY  13145

Saranac Central School District
SUPERINTENDENT: Javier Perez
E-MAIL: jperez@saranac.org
PHONE NUMBER: (518) 565-5600
32 Emmons St
Dannemora, NY  12929

Saranac Lake Central School District
SUPERINTENDENT: Diane Fox
E-MAIL: foxdia@slcs.org
PHONE NUMBER: (518) 891-5460
79 Canaras Ave
Saranac Lake, NY  12983

Saratoga Springs City School District

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

SUPERINTENDENT: Michael Patton
E-MAIL: m_patton@saratogaschools.org
PHONE NUMBER: (518) 583-4708
3 Blue Streak Blvd
Saratoga Springs, NY  12866

Saugerties Central School District
SUPERINTENDENT: Kirk Reinhardt
E-MAIL: kreinhardt@saugerties.k12.ny.us
PHONE NUMBER: (845) 247-6500
310 Washington Ave Ext
Saugerties, NY  12477

Sauquoit Valley Central School District
SUPERINTENDENT: Ronald Wheelock
E-MAIL: rwheelock@svcsd.org
PHONE NUMBER: (315) 839-6311
2601 Oneida St
Sauquoit, NY  13456

Sayville Union Free School District
SUPERINTENDENT: John Stimmel
E-MAIL: superintendent@sayvilleschools.org
PHONE NUMBER: (631) 244-6510
99 Greeley Ave
Sayville, NY  11782

Scarsdale Union Free School District
SUPERINTENDENT: Thomas Hagerman
E-MAIL: thagerman@scarsdaleschools.org
PHONE NUMBER: (914) 721-2410
2 Brewster Rd
Scarsdale, NY  10583

Schalmont Central School District
SUPERINTENDENT: Thomas Reardon
E-MAIL: treardon@schalmont.net
PHONE NUMBER: (518) 355-9200
4 Sabre Dr
Schenectady, NY  12306

Schenectady City School District
SUPERINTENDENT: Laurence Spring
E-MAIL: spring1@schenectady.k12.ny.us
PHONE NUMBER: (518) 370-8100
108 Education Dr
Schenectady, NY  12303

Schenevus Central School District
SUPERINTENDENT: Theresa Carlin
E-MAIL: tcarlin@schenevuscsd.org
PHONE NUMBER: (607) 638-5881
159 Main St
Schenevus, NY  12155

Schodack Central School District

SUPERINTENDENT: Jason Chevrier
E-MAIL: jchevrier@schodack.k12.ny.us
PHONE NUMBER: (518) 732-2297
1216 Maple Hill Rd
Castleton, NY  12033

Schoharie Central School District
SUPERINTENDENT: David Blanchard
E-MAIL: dblanchard@schoharie.k12.ny.us
PHONE NUMBER: (518) 295-6679
136 Academy Dr
Schoharie, NY  12157

Schroon Lake Central School District
SUPERINTENDENT: Stephen Gratto
E-MAIL: sgratto@slwildcats.org
PHONE NUMBER: (518) 532-7164
1125 Us Rt 9
Schroon Lake, NY  12870

Schuyler-steuben-chemung-tioga-allegany Boces
SUPERINTENDENT: James Frame
E-MAIL: jframe@gstboces.org
PHONE NUMBER: (607) 654-2283
9579 Vocational Drive, Bldg. #8
Elmira, NY  14903

Schuylerville Central School District
SUPERINTENDENT: Ryan Sherman
E-MAIL: rysherm@schuylerville.org
PHONE NUMBER: (518) 695-3255
14 Spring St
Schuylerville, NY  12871

Scio Central School District
SUPERINTENDENT: Jennifer Cappelletti
E-MAIL: jcappelletti@scio.wnyric.org
PHONE NUMBER: (585) 593-5510
3968 Washington St
Scio, NY  14880

Scotia-glenville Central School District
SUPERINTENDENT: Susan Swartz
E-MAIL: sswartz@sgcsd.net
PHONE NUMBER: (518) 382-1215
900 Preddice Pkwy
Scotia, NY  12302

Seaford Union Free School District
SUPERINTENDENT: Adele Pecora
E-MAIL: apecora@seaford.k12.ny.us
PHONE NUMBER: (516) 592-4002
1600 Washington Ave
Seaford, NY  11783

Seneca Falls Central School District

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

SUPERINTENDENT: Jeramy Clingerman
E-MAIL: jclingerman@senecafallscsd.org
PHONE NUMBER: (315) 568-5500
98 Clinton St
Seneca Falls, NY  13148

Sewanhaka Central High School District
SUPERINTENDENT: James Grossane
E-MAIL: jgrossane@sewanhakaschools.org
PHONE NUMBER: (516) 488-9800
77 Landau Ave
Floral Park, NY  11001

Sharon Springs Central School District
SUPERINTENDENT: Patterson Green
E-MAIL: pgreen@sharonsprings.org
PHONE NUMBER: (518) 284-2266
514 St Rt 20
Sharon Springs, NY  13459

Shelter Island Union Free School District
SUPERINTENDENT: Christine Finn
E-MAIL: cfinn@shelterisland.k12.ny.us
PHONE NUMBER: (631) 749-0302
33 N Ferry Rd
Shelter Island, NY  11964

Shenendehowa Central School District
SUPERINTENDENT: Oliver Robinson
E-MAIL: robioliv@shenet.org
PHONE NUMBER: (518) 881-0610
5 Chelsea Pl
Clifton Park, NY  12065

Sherburne-earlville Central School District
SUPERINTENDENT: Eric Schnabl
E-MAIL: schnable@seonline.org
PHONE NUMBER: (607) 674-7300
15 School St
Sherburne, NY  13460

Sherman Central School District
SUPERINTENDENT: Michael Ginestre
E-MAIL: mginestre@sherman.wnyric.org
PHONE NUMBER: (716) 761-6122
127 Park St
Sherman, NY  14781

Sherrill City School District
SUPERINTENDENT: Martha Group
E-MAIL: twhooten@vvsschools.org
PHONE NUMBER: (315) 829-7425
5275 State Rt 31
Verona, NY  13478

Shoreham-wading River Central School District

SUPERINTENDENT: Gerard Poole
E-MAIL: GPoole@Swr.K12.Ny.Us
PHONE NUMBER: (631) 821-8105
250B Rt 25A
Shoreham, NY  11786

Sidney Central School District
SUPERINTENDENT: Eben Bullock
E-MAIL: embullock@sidneycsd.org
PHONE NUMBER: (607) 561-7700
95 W Main St
Sidney, NY  13838

Silver Creek Central School District
SUPERINTENDENT: Todd Crandall
E-MAIL: tcrandall@silvercreekschools.org
PHONE NUMBER: (716) 934-2603
1 Dickinson St
Silver Creek, NY  14136

Skaneateles Central School District
SUPERINTENDENT: Lynda Quick
E-MAIL: lquick@skanschools.org
PHONE NUMBER: (315) 291-2221
45 E Elizabeth St
Skaneateles, NY  13152

Smithtown Central School District
SUPERINTENDENT: Russell Stewart
E-MAIL: rstewart@smithtown.k12.ny.us
PHONE NUMBER: (631) 382-2000
26 New York Ave
Smithtown, NY  11787

Sodus Central School District
SUPERINTENDENT: Nelson Kise
E-MAIL: nkise@soduscsd.org
PHONE NUMBER: (315) 483-2331
6375 Robinson Rd
Sodus, NY  14551

Solvay Union Free School District
SUPERINTENDENT: Jay Tinklepaugh
E-MAIL: jtinklepaugh@solvayschools.org
PHONE NUMBER: (315) 468-1111
103 3Rd St
Solvay, NY  13209

Somers Central School District
SUPERINTENDENT: Raymond Blanch
E-MAIL: rblanch@somersschools.org
PHONE NUMBER: (914) 277-2400
250 Rt 202
Somers, NY  10589

South Colonie Central School District

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

SUPERINTENDENT: Jonathan Buhner
E-MAIL: superintendent@scolonie.org
PHONE NUMBER: (518) 869-3576
102 Loralee Dr
Albany, NY  12205

South Country Central School District
SUPERINTENDENT: Joseph Giani
E-MAIL: jgiani@southcountry.org
PHONE NUMBER: (631) 730-1510
189 Dunton Ave
East Patchogue, NY  11772

South Glens Falls Central School District
SUPERINTENDENT: Kristine Orr
E-MAIL: orrk@sgfcsd.org
PHONE NUMBER: (518) 793-9617
6 Bluebird Rd
South Glens Falls, NY  12803

South Huntington Union Free School District
SUPERINTENDENT: David Bennardo
E-MAIL: dbennardo@shufsd.org
PHONE NUMBER: (631) 812-3070
60 Weston St
Huntington Station, NY  11746

South Jefferson Central School District
SUPERINTENDENT: Scott Slater
E-MAIL: sslater@spartanpride.org
PHONE NUMBER: (315) 583-6104
13180 Us Rt 11
Adams Center, NY  13606

South Kortright Central School District
SUPERINTENDENT: Krislynn Dengler
E-MAIL: kdengler@skcs.org
PHONE NUMBER: (607) 538-9111
58200 State Hwy 10
South Kortright, NY  13842

South Lewis Central School District
SUPERINTENDENT: Douglas Premo
E-MAIL: dpremo@southlewis.org
PHONE NUMBER: (315) 348-2500
4264 East Rd
Turin, NY  13473

South Orangetown Central School District
SUPERINTENDENT: Robert Pritchard
E-MAIL: rpritchard@socsd.org
PHONE NUMBER: (845) 680-1050
160 Van Wyck Rd
Blauvelt, NY  10913

South Seneca Central School District

SUPERINTENDENT: Stephen Zielinski
E-MAIL: szielinski@southseneca.org
PHONE NUMBER: (607) 869-9636
7263 S Main St
Ovid, NY  14521

Southern Cayuga Central School District
SUPERINTENDENT: Patrick Jensen
E-MAIL: jensenp@southerncayuga.org
PHONE NUMBER: (315) 364-7211
2384 Rt 34B
Aurora, NY  13026

Southold Union Free School District
SUPERINTENDENT: Anthony Mauro
E-MAIL: amauro@southoldufsd.com
PHONE NUMBER: (631) 765-5400
420 Oaklawn Ave
Southold, NY  11971

Southwestern Central School District At Jamestown
SUPERINTENDENT: Maureen Donahue
E-MAIL: mdonahue@swcsk12.org
PHONE NUMBER: (716) 484-1136
600 Hunt Rd W
Jamestown, NY  14701

Spackenkill Union Free School District
SUPERINTENDENT: Mark Villanti
E-MAIL: mark.villanti@sufsdny.org
PHONE NUMBER: (845) 463-7800
15 Croft Rd
Poughkeepsie, NY  12603

Spencerport Central School District
SUPERINTENDENT: Dan Milgate
E-MAIL: dmilgate@spencerportschools.org
PHONE NUMBER: (585) 349-5102
71 Lyell Ave
Spencerport, NY  14559

Spencer-van Etten Central School District
SUPERINTENDENT: Diahann Hesler
E-MAIL: dhesler@svecsd.org
PHONE NUMBER: (607) 589-7100
16 Dartts Crossroad
Spencer, NY  14883

Springs Union Free School District
SUPERINTENDENT: Debra Winter
E-MAIL: dwinter@springsschool.org
PHONE NUMBER: (631) 324-0144
48 School St
East Hampton, NY  11937

Springville-griffith Institute Central School District

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

SUPERINTENDENT: Kimberly Moritz
E-MAIL: kmoritz@springvillegi.org
PHONE NUMBER: (716) 592-3230
307 Newman St
Springville, NY  14141

Stamford Central School District
SUPERINTENDENT: Glen Huot
E-MAIL: ghuot@stamfordcs.org
PHONE NUMBER: (607) 652-7301
1 River St
Stamford, NY  12167

Starpoint Central School District
SUPERINTENDENT: Sean Croft
E-MAIL: scroft@starpointcsd.org
PHONE NUMBER: (716) 210-2342
4363 Mapleton Rd
Lockport, NY  14094

Stillwater Central School District
SUPERINTENDENT: Patricia Morris
E-MAIL: pmorris@scsd.org
PHONE NUMBER: (518) 373-6100
1068 Hudson Ave
Stillwater, NY  12170

Stockbridge Valley Central School District
SUPERINTENDENT: Cindy Stocker
E-MAIL: cstocker@stockbridgevalley.org
PHONE NUMBER: (315) 495-4400
6011 Williams Rd
Munnsville, NY 13409

Suffolk 1 Boces
SUPERINTENDENT: Michael Flynn
E-MAIL: mflynn@wsboces.org
PHONE NUMBER: (631) 549-4900
507 Deer Park Rd
Dix Hills, NY  11746

Suffolk 2 Boces
SUPERINTENDENT: David Wicks
E-MAIL: dwicks@esboces.org
PHONE NUMBER: (631) 687-3006
201 Sunrise Hwy
Patchogue, NY  11772

Sullivan Boces
SUPERINTENDENT: Robert Dufour
E-MAIL: robert.dufour@scboces.org
PHONE NUMBER: (845) 295-4016
6 Wierk Ave
Liberty, NY  12754

Sullivan West Central School District

SUPERINTENDENT: Stephen Walker
E-MAIL: walkerste@swcsd.org
PHONE NUMBER: (845) 482-4610
33 Schoolhouse Rd
Jeffersonville, NY  12748

Susquehanna Valley Central School District
SUPERINTENDENT: Roland Doig
E-MAIL: rdoig@svsabers.org
PHONE NUMBER: (607) 775-0170
1040 Conklin Rd
Conklin, NY  13748

Sweet Home Central School District
SUPERINTENDENT: Anthony Day
E-MAIL: aday@sweethomeschools.org
PHONE NUMBER: (716) 250-1402
1901 Sweet Home Rd
Amherst, NY  14228

Syosset Central School District
SUPERINTENDENT: Thomas Rogers
E-MAIL: trogers@syossetschools.org
PHONE NUMBER: (516) 364-5600
99 Pell Ln
Syosset, NY  11791

Syracuse City School District
SUPERINTENDENT: Jaime Alicea
E-MAIL: jalicea@scsd.us
PHONE NUMBER: (315) 435-4161
725 Harrison St
Syracuse, NY  13210

Taconic Hills Central School District
SUPERINTENDENT: Neil Howard
E-MAIL: nehoward@taconichills.k12.ny.us
PHONE NUMBER: (518) 325-2891
73 County Rt 11A
Craryville, NY  12521

Thousand Islands Central School District
SUPERINTENDENT: Michael Bashaw
E-MAIL: bashawm@ticsd.org
PHONE NUMBER: (315) 686-5594
8481 County Rt 9
Clayton, NY  13624

Three Village Central School District
SUPERINTENDENT: Cheryl Pedisich
E-MAIL: cherylp@3villagecsd.org
PHONE NUMBER: (631) 730-4010
100 Suffolk Ave
Stony Brook, NY  11790

Ticonderoga Central School District

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

SUPERINTENDENT: Cynthia Johnston
E-MAIL: cjohnston@ticonderogak12.org
PHONE NUMBER: (518) 585-7400
5 Calkins Pl
Ticonderoga, NY  12883

Tioga Central School District
SUPERINTENDENT: David Hamilton
E-MAIL: DHamilton@tiogacentral.org
PHONE NUMBER: (607) 687-8000
3 5Th Ave
Tioga Center, NY  13845

Tompkins-seneca-tioga Boces
SUPERINTENDENT: Jeffrey Matteson
E-MAIL: jmatteson@tstboces.org
PHONE NUMBER: (607) 257-1551
555 Warren Rd
Ithaca, NY  14850

Tonawanda City School District
SUPERINTENDENT: Timothy Oldenburg
E-MAIL: toldenburg@tona.wnyric.org
PHONE NUMBER: (716) 694-7690
100 Hinds St
Tonawanda, NY  14150

Town Of Webb Union Free School District
SUPERINTENDENT: Rex Germer
E-MAIL: rgermer@towschool.org
PHONE NUMBER: (315) 369-3222
3002 Main St
Old Forge, NY  13420

Tri-valley Central School District
SUPERINTENDENT: Michael Williams
E-MAIL: michaelwilliams@trivalleycsd.org
PHONE NUMBER: (845) 985-2296
34 Moore Hill Rd
Grahamsville, NY  12740

Troy City School District
SUPERINTENDENT: John Carmello
E-MAIL: supt@troycsd.org
PHONE NUMBER: (518) 328-5052
475 First St
Troy, NY  12180

Trumansburg Central School District
SUPERINTENDENT: Kimberly Bell
E-MAIL: kbell@tburg.k12.ny.us
PHONE NUMBER: (607) 387-7551
100 Whig St
Trumansburg, NY  14886

Tuckahoe Common School District

SUPERINTENDENT: Len Skuggevik
E-MAIL: lskuggevik@tuckahoecommonsd.com
PHONE NUMBER: (631) 283-3550
468 Magee St
Southampton, NY  11968

Tuckahoe Union Free School District
SUPERINTENDENT: Amy Goodman
E-MAIL: goodmana@tuckahoeschools.org
PHONE NUMBER: (914) 337-6600
65 Siwanoy Blvd
Eastchester, NY  10709

Tully Central School District
SUPERINTENDENT: Robert Hughes
E-MAIL: rhughes@tullyschools.org
PHONE NUMBER: (315) 696-6204
20 State St
Tully, NY  13159

Tupper Lake Central School District
SUPERINTENDENT: Russ Bartlett
E-MAIL: russellb@tupperlakecsd.net
PHONE NUMBER: (518) 359-3371
294 Hosley Ave
Tupper Lake, NY  12986

Tuxedo Union Free School District
SUPERINTENDENT: Timothy Bohlke
E-MAIL: tbohlke@tuxedoufsd.org
PHONE NUMBER: (845) 351-4799
1 Tornado Drive
Tuxedo, NY  10987

Ulster Boces
SUPERINTENDENT: Charles Khoury
E-MAIL: ckhoury@ulsterboces.org
PHONE NUMBER: (845) 255-1400
175 Rte 32 N
New Paltz, NY  12561

Unadilla Valley Central School District
SUPERINTENDENT: Robert Mackey
E-MAIL: rmackey@uvstorm.org
PHONE NUMBER: (607) 847-7500
4238 State Hwy 8
New Berlin, NY  13411

Union Free School District Of The Tarrytowns
SUPERINTENDENT: Christopher Borsari
E-MAIL: cborsari@tufsd.org
PHONE NUMBER: (914) 631-9404
200 N Broadway
Sleepy Hollow, NY  10591

Union Springs Central School District

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

SUPERINTENDENT: Jarett Powers
E-MAIL: jpowers@unionspringscsd.org
PHONE NUMBER: (315) 889-4101
239 Cayuga St
Union Springs, NY  13160

Uniondale Union Free School District
SUPERINTENDENT: William Lloyd
E-MAIL: wlloyd@uniondaleschools.org
PHONE NUMBER: (516) 560-8824
933 Goodrich St
Uniondale, NY  11553

Union-endicott Central School District
SUPERINTENDENT: Nicole Wolfe
E-MAIL: nwolfe@uek12.org
PHONE NUMBER: (607) 757-2103
1100 E Main St
Endicott, NY  13760

Utica City School District
SUPERINTENDENT: Bruce Karam
E-MAIL: bkaram@uticaschools.org
PHONE NUMBER: (315) 792-2222
106 Memorial Parkway
Utica, NY  13501

Valhalla Union Free School District
SUPERINTENDENT: Christina Howe
E-MAIL: chowe@valhallaschools.org
PHONE NUMBER: (914) 683-5040
316 Columbus Ave
Valhalla, NY  10595

Valley Central School District (montgomery)
SUPERINTENDENT: John Xanthis
E-MAIL: john.xanthis@valleycentralschools.org
PHONE NUMBER: (845) 457-2400
944 State Rt 17K
Montgomery, NY  12549

Valley Stream 13 Union Free School District
SUPERINTENDENT: Constance Evelyn
E-MAIL: cevelyn@valleystream13.com
PHONE NUMBER: (516) 568-6100
585 N Corona Ave
Valley Stream, NY  11580

Valley Stream 24 Union Free School District
SUPERINTENDENT: Don Sturz
E-MAIL: dsturz@vs24.org
PHONE NUMBER: (516) 256-0153
75 Horton Ave
Valley Stream, NY  11581

Valley Stream 30 Union Free School District

SUPERINTENDENT: Nicholas Stirling
E-MAIL: nstirling@vs30.org
PHONE NUMBER: (516) 434-3600
175 N Central Ave
Valley Stream, NY  11580

Valley Stream Central High School District
SUPERINTENDENT: Bill Heidenreich
E-MAIL: heidenrb@vschsd.org
PHONE NUMBER: (516) 872-5601
1 Kent Rd
Valley Stream, NY  11580

Van Hornesville-owen D Young Central School
District
SUPERINTENDENT: Brennan Fahey
E-MAIL: bfahey@odycsd.org
PHONE NUMBER: (315) 858-0729
2316 State Rt 80
Van Hornesville, NY  13475

Vestal Central School District
SUPERINTENDENT: Jeffrey Ahearn
E-MAIL: jjahearn@vestal.k12.ny.us
PHONE NUMBER: (607) 757-2241
201 Main St
Vestal, NY  13850

Victor Central School District
SUPERINTENDENT: Dennis Ford
E-MAIL: fordd@victorschools.org
PHONE NUMBER: (585) 924-3252
953 High St
Victor, NY  14564

Voorheesville Central School District
SUPERINTENDENT: Frank Macri
E-MAIL: fmacri@voorheesville.org
PHONE NUMBER: (518) 765-3313
432 New Salem Rd
Voorheesville, NY  12186

Wainscott Common School District
SUPERINTENDENT: Deborah Haab
E-MAIL: dhaab@wainscottschool.org
PHONE NUMBER: (631) 537-1080
47 Main St
Wainscott, NY  11975

Wallkill Central School District
SUPERINTENDENT: Kevin Castle
E-MAIL: kcastle@wallkillcsd.k12.ny.us
PHONE NUMBER: (845) 895-7101
19 Main St
Wallkill, NY  12589

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Walton Central School District
SUPERINTENDENT: Larry Thomas
E-MAIL: lthomas@waltoncsd.org
PHONE NUMBER: (607) 865-4116
47-49 Stockton Ave
Walton, NY  13856

Wantagh Union Free School District
SUPERINTENDENT: John Mcnamara
E-MAIL: mcnamaraj@wantaghschools.org
PHONE NUMBER: (516) 679-6300
3301 Beltagh Ave
Wantagh, NY  11793

Wappingers Central School District
SUPERINTENDENT: Jose Carrion
E-MAIL: jose.carrion@wcsdny.org
PHONE NUMBER: (845) 298-5000
167 Myers Corners Rd-Ste 200
Wappingers Falls, NY  12590

Warrensburg Central School District
SUPERINTENDENT: John Goralski
E-MAIL: goralskij@wcsd.org
PHONE NUMBER: (518) 623-2861
103 Schroon River Rd
Warrensburg, NY  12885

Warsaw Central School District
SUPERINTENDENT: Matthew Wilkins
E-MAIL: mwilkins@warsawcsd.org
PHONE NUMBER: (585) 786-8000
153 W Buffalo St
Warsaw, NY  14569

Warwick Valley Central School District
SUPERINTENDENT: David Leach
E-MAIL: dleach@wvcsd.org
PHONE NUMBER: (845) 987-3000
225 West St Ext
Warwick, NY  10990

Washington-saratoga-warren-hamilton-essex Boces
SUPERINTENDENT: James Dexter
E-MAIL: jdexter@wswheboces.org
PHONE NUMBER: (518) 746-3310
1153 Burgoyne Ave-Ste 2
Fort Edward, NY  12828

Washingtonville Central School District
SUPERINTENDENT: Larry Washington
E-MAIL: lwashington@ws.k12.ny.us
PHONE NUMBER: (845) 497-4000
52 W Main St
Washingtonville, NY  10992

Waterford-halfmoon Union Free School District
SUPERINTENDENT: Patrick Pomerville
E-MAIL: ppomerville@whufsd.org
PHONE NUMBER: (518) 237-0800
125 Middletown Rd
Waterford, NY  12188

Waterloo Central School District
SUPERINTENDENT: Terri Bavis
E-MAIL: terri.bavis@waterloocsd.org
PHONE NUMBER: (315) 539-1500
109 Washington St
Waterloo, NY  13165

Watertown City School District
SUPERINTENDENT: Patricia Labarr
E-MAIL: plabarr@watertowncsd.org
PHONE NUMBER: (315) 785-3700
1351 Washington St
Watertown, NY  13601

Waterville Central School District
SUPERINTENDENT: Maureen Gray
E-MAIL: mgray@watervillecsd.org
PHONE NUMBER: (315) 841-3910
381 Madison St
Waterville, NY  13480

Watervliet City School District
SUPERINTENDENT: Lori Caplan
E-MAIL: lcaplan@vlietschools.org
PHONE NUMBER: (518) 629-3200
1245 Hillside Dr
Watervliet, NY  12189

Watkins Glen Central School District
SUPERINTENDENT: Greg Kelahan
E-MAIL: gkelahan@wgcsd.org
PHONE NUMBER: (607) 535-3219
303 12Th St
Watkins Glen, NY  14891

Waverly Central School District
SUPERINTENDENT: Eric Knolles
E-MAIL: eknolles@gstboces.org
PHONE NUMBER: (607) 565-2841
15 Frederick St
Waverly, NY  14892

Wayland-cohocton Central School District
SUPERINTENDENT: Eileen Feinman
E-MAIL: efeinman@wccsk12.org
PHONE NUMBER: (585) 728-2211
2350 Rt 63
Wayland, NY  14572

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Wayne Central School District
SUPERINTENDENT: Joseph Siracuse
E-MAIL: jsiracuse@waynecsd.org
PHONE NUMBER: (315) 524-1000
6200 Ontario Ctr Rd
Ontario Center, NY  14520

Webster Central School District
SUPERINTENDENT: Carmen Gumina
E-MAIL: carm_gumina@webstercsd.org
PHONE NUMBER: (585) 216-0001
119 South Ave
Webster, NY  14580

Weedsport Central School District
SUPERINTENDENT: Shaun Oconnor
E-MAIL: soconnor@weedsport.org
PHONE NUMBER: (315) 834-6637
2821 E Brutus St
Weedsport, NY  13166

Wells Central School District
SUPERINTENDENT: Thomas Sincavage
E-MAIL: tsincavage@wellscsd.org
PHONE NUMBER: (518) 924-6000
1571 State Rt 30
Wells, NY  12190

Wellsville Central School District
SUPERINTENDENT: David Foster
E-MAIL: dfoster@wlsv.org
PHONE NUMBER: (585) 596-2170
126 W State St
Wellsville, NY  14895

West Babylon Union Free School District
SUPERINTENDENT: Yiendhy Farrelly
E-MAIL: yfarrelly@wbschools.org
PHONE NUMBER: (631) 376-7001
10 Farmingdale Rd
West Babylon, NY  11704

West Canada Valley Central School District
SUPERINTENDENT: Donald Shepardson
E-MAIL: djshepardson@westcanada.org
PHONE NUMBER: (315) 845-6800
5447 State Rt 28
Newport, NY  13416

West Genesee Central School District
SUPERINTENDENT: David Bills
E-MAIL: dbills@westgenesee.org
PHONE NUMBER: (315) 487-4562
300 Sanderson Dr
Camillus, NY  13031

West Hempstead Union Free School District
SUPERINTENDENT: Daniel Rehman
E-MAIL: drehman@whufsd.com
PHONE NUMBER: (516) 390-3100
252 Chestnut St
West Hempstead, NY  11552

West Irondequoit Central School District
SUPERINTENDENT: Aaron Johnson
E-MAIL: aaron_johnson@westiron.monroe.edu
PHONE NUMBER: (585) 336-2983
321 List Ave
Rochester, NY  14617

West Islip Union Free School District
SUPERINTENDENT: Bernadette Burns
E-MAIL: b.burns@wi.k12.ny.us
PHONE NUMBER: (631) 893-3200
100 Sherman Ave
West Islip, NY  11795

West Seneca Central School District
SUPERINTENDENT: Matthew Bystrak
E-MAIL: mbystrak@wscschools.org
PHONE NUMBER: (716) 677-3101
1397 Orchard Park Rd
West Seneca, NY  14224

West Valley Central School District
SUPERINTENDENT: Eric Lawton
E-MAIL: elawton@wvalley.wnyric.org
PHONE NUMBER: (716) 942-3293
5359 School St
West Valley, NY  14171

Westbury Union Free School District
SUPERINTENDENT: Eudes Budhai
E-MAIL: ebudhai@westburyschools.org
PHONE NUMBER: (516) 876-5000
2 Hitchcock Ln
Old Westbury, NY  11568

Westchester Boces
SUPERINTENDENT: Harold Coles
E-MAIL: hcoles@swboces.org
PHONE NUMBER: (914) 937-3820
17 Berkley Dr
Rye Brook, NY  10573

Westfield Central School District
SUPERINTENDENT: Michael Cipolla
E-MAIL: mcipolla@westfieldcsd.org
PHONE NUMBER: (716) 326-2151
203 E Main St
Westfield, NY  14787

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Westhampton Beach Union Free School District
SUPERINTENDENT: Michael Radday
E-MAIL: mradday@whbschools.org
PHONE NUMBER: (631) 288-3800
340 Mill Rd
Westhampton Beach, NY  11978

Westhill Central School District
SUPERINTENDENT: Casey Barduhn
E-MAIL: cbarduhn@westhillschools.org
PHONE NUMBER: (315) 426-3218
400 Walberta Rd
Syracuse, NY  13219

Westmoreland Central School District
SUPERINTENDENT: Rocco Migliori
E-MAIL: rmigliori@westmorelandschool.org
PHONE NUMBER: (315) 557-2600
5176 Rt 233
Westmoreland, NY  13490

Wheatland-chili Central School District
SUPERINTENDENT: Deborah Leh
E-MAIL: deborah_leh@wheatland.k12.ny.us
PHONE NUMBER: (585) 889-6246
13 Beckwith Ave
Scottsville, NY 14546

Wheelerville Union Free School District
SUPERINTENDENT: Nicole Dettenrieder
E-MAIL: ndettenrieder@wufsk8.org
PHONE NUMBER: (518) 835-2171
2417 State Hwy 10
Caroga Lake, NY  12032

White Plains City School District
SUPERINTENDENT: Joseph Ricca
E-MAIL: josephricca@wpcsd.k12.ny.us
PHONE NUMBER: (914) 422-2000
5 Homeside Ln
White Plains, NY  10605

Whitehall Central School District
SUPERINTENDENT: Patrick Dee
E-MAIL: pdee@railroaders.net
PHONE NUMBER: (518) 499-1772
87 Buckley Rd
Whitehall, NY  12887

Whitesboro Central School District
SUPERINTENDENT: Brian Bellair
E-MAIL: bbellair@wboro.org
PHONE NUMBER: (315) 266-3303
65 Oriskany Blvd-Ste 1
Whitesboro, NY  13492

Whitesville Central School District
SUPERINTENDENT: Tammy Emery
E-MAIL: temery@whitesvillesd.org
PHONE NUMBER: (607) 356-3301
692 Main St
Whitesville, NY  14897

Whitney Point Central School District
SUPERINTENDENT: Patricia Follette
E-MAIL: pfollette@wpcsd.org
PHONE NUMBER: (607) 692-8202
10 Keibel Rd
Whitney Point, NY  13862

William Floyd Union Free School District
SUPERINTENDENT: Kevin Coster
E-MAIL: kcoster@wfsd.k12.ny.us
PHONE NUMBER: (631) 874-1201
240 Mastic Beach Rd
Mastic Beach, NY  11951

Williamson Central School District
SUPERINTENDENT: Marygrace Mazzullo
E-MAIL: mmazzullo@williamsoncentral.org
PHONE NUMBER: (315) 589-9661
4184 Miller St
Williamson, NY  14589

Williamsville Central School District
SUPERINTENDENT: Scott Martzloff
E-MAIL: smartzloff@williamsvillek12.org
PHONE NUMBER: (716) 626-8000
105 Casey Rd
East Amherst, NY  14051

Willsboro Central School District
SUPERINTENDENT: Justin Gardner
E-MAIL: justin.gardner@willsborocsd.org
PHONE NUMBER: (518) 963-4456
29 School Ln
Willsboro, NY  12996

Wilson Central School District
SUPERINTENDENT: Timothy Carter
E-MAIL: tcarter@wilsoncsd.org
PHONE NUMBER: (716) 751-9341
412 Lake St
Wilson, NY  14172

Windham-ashland-jewett Central School District
SUPERINTENDENT: John Wiktorko
E-MAIL: jwiktorko@wajcs.org
PHONE NUMBER: (518) 734-3400
5411 State Rt 23
Windham, NY  12496

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Windsor Central School District
SUPERINTENDENT: Jason Andrews
E-MAIL: jandrews@windsor-csd.org
PHONE NUMBER: (607) 655-8216
1191 Ny Rt 79
Windsor, NY  13865

Worcester Central School District
SUPERINTENDENT: Timothy Gonzales
E-MAIL: tgonzales@worcestercs.org
PHONE NUMBER: (607) 397-8785
198 Main St
Worcester, NY  12197

Wyandanch Union Free School District
SUPERINTENDENT: Gina Talbert
E-MAIL: gtalbert@wufsd.net
PHONE NUMBER: (631) 870-0400
1445 Straight Path
Wyandanch, NY  11798

Wynantskill Union Free School District
SUPERINTENDENT: Mary Yodis
E-MAIL: myodis@wynantskillufsd.org
PHONE NUMBER: (518) 283-4679
25 East Ave
Troy, NY  12180

Wyoming Central School District
SUPERINTENDENT: Kathleen Schuessler
E-MAIL: kschuessler@wyomingcsd.org
PHONE NUMBER: (585) 495-6222
1225 Rt 19
Wyoming, NY  14591

Yonkers City School District
SUPERINTENDENT: Edwin Quezada
E-MAIL: equezada@yonkerspublicschools.org
PHONE NUMBER: (914) 376-8000
1 Larkin Ctr
Yonkers, NY  10701

York Central School District
SUPERINTENDENT: David Furletti
E-MAIL: dmfurletti@yorkcsd.org
PHONE NUMBER: (585) 243-1730
2578 Genesee St
Retsof, NY  14539

Yorkshire-pioneer Central School District
SUPERINTENDENT: Benjamin Halsey
E-MAIL: bhalsey@pioneercsd.org
PHONE NUMBER: (716) 492-9300
12125 County Line Rd
Yorkshire, NY  14173

Yorktown Central School District
SUPERINTENDENT: Ron Hattar
E-MAIL: rhattar@yorktown.org
PHONE NUMBER: (914) 243-8000
2725 Crompond Rd
Yorktown Heights, NY  10598

Ada Exempted Village
SUPERINTENDENT: Meri Skilliter
E-MAIL: skilliterm@adabulldogs.org
PHONE NUMBER: (419) 634-6421
725 W North Ave
Ada, OH  45810

Adams County/ohio Valley Local
SUPERINTENDENT: Richard Seas
E-MAIL: richard.seas@ovsd.us
PHONE NUMBER: (937) 544-5586
141 Lloyd Rd
West Union, OH  45693

Adena Local
SUPERINTENDENT: John Balzer
E-MAIL: john.balzer@adenalocalschools.com
PHONE NUMBER: (740) 998-4633
3367 County Road 550
Frankfort, OH  45628

Akron City
SUPERINTENDENT: David James
E-MAIL: djames@apslearns.org
PHONE NUMBER: (330) 761-1661
70 N Broadway St
Akron, OH  44308

Alexander Local
SUPERINTENDENT: Lindy Douglas
E-MAIL: ldouglas@alexanderschools.org
PHONE NUMBER: (740) 698-8831
6091 Ayers Rd
Albany, OH  45710

Allen County Esc
SUPERINTENDENT: Craig Kupferberg
E-MAIL: craig.kupferberg@allencountyesc.org
PHONE NUMBER: (419) 222-1836
1920 Slabtown Rd
Lima, OH  45801

Allen East Local
SUPERINTENDENT: Mel Rentschler
E-MAIL: rentschlerm@alleneastschool.org
PHONE NUMBER: (419) 648-3333
9105 Harding Hwy
Harrod, OH  45850

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Alliance City
SUPERINTENDENT: Rob Gress
E-MAIL: gressro@alliancecityschools.org
PHONE NUMBER: (330) 821-2100
200 Glamorgan St
Alliance, OH  44601

Amanda-clearcreek Local
SUPERINTENDENT: James Dick
E-MAIL: jbdick@amanda.k12.oh.us
PHONE NUMBER: (740) 969-7250
328 E Main St
Amanda, OH  43102

Amherst Exempted Village
SUPERINTENDENT: Steve Sayers
E-MAIL: steve_sayers@amherstk12.org
PHONE NUMBER: (440) 988-4406
185 Forest St
Amherst, OH  44001

Anna Local
SUPERINTENDENT: Andrew Bixler
E-MAIL: abixler@annaschools.org
PHONE NUMBER: (937) 394-2011
1 Mcrill Way
Anna, OH  45302

Ansonia Local
SUPERINTENDENT: James Atchley
E-MAIL: jim.atchley@ansoniaschools.org
PHONE NUMBER: (937) 337-4000
600 E Canal
Ansonia, OH  45303

Anthony Wayne Local
SUPERINTENDENT: Jim Fritz
E-MAIL: jfritz@anthonywayneschools.org
PHONE NUMBER: (419) 877-5377
9565 Bucher Rd
Whitehouse, OH  43571

Antwerp Local
SUPERINTENDENT: Martin Miller
E-MAIL: miller_m@antwerpschools.org
PHONE NUMBER: (419) 258-5421
303 S. Harrmann Rd
Antwerp, OH  45813

Apollo
SUPERINTENDENT: Keith Horner
E-MAIL: keith.horner@apollocc.org
PHONE NUMBER: (419) 998-2910
3325 Shawnee Rd
Lima, OH  45806

Arcadia Local
SUPERINTENDENT: Bruce Kidder
E-MAIL: kidderb@arcadia.noacsc.org
PHONE NUMBER: (419) 894-6431
19033 State Route 12
Arcadia, OH  44804

Arcanum-butler Local
SUPERINTENDENT: John Stephens
E-MAIL: john_stephens@arcanum-butler.k12.oh.us
PHONE NUMBER: (937) 692-5174
2011 Trojan Ave
Arcanum, OH  45304

Archbold-area Local
SUPERINTENDENT: Jayson Selgo
E-MAIL: jselgo@archboldschools.org
PHONE NUMBER: (419) 446-2728
600 Lafayette St
Archbold, OH  43502

Arlington Local
SUPERINTENDENT: Kevin Haught
E-MAIL: haughtk@arlingtonlocal.org
PHONE NUMBER: (419) 365-5121
336 S Main St
Arlington, OH  45814

Ashland City
SUPERINTENDENT: Douglas Marrah
E-MAIL: domarrah@ashlandcityschools.org
PHONE NUMBER: (419) 289-1117
416 Arthur St
Ashland, OH  44805

Ashland County-west Holmes
SUPERINTENDENT: Rodney Cheyney
E-MAIL: cheyneyr@acwhcc.org
PHONE NUMBER: (419) 289-3313
1783 State Route 60
Ashland, OH  44805

Ashtabula Area City
SUPERINTENDENT: Mark Potts
E-MAIL: mark.potts@aacs.net
PHONE NUMBER: (440) 992-1200
2630 W 13Th St
Ashtabula, OH  44004

Ashtabula County Esc
SUPERINTENDENT: Michael Candela
E-MAIL: mike.candela@ashtabulaesc.org
PHONE NUMBER: (440) 576-9023
4200 State Rd
Ashtabula, OH  44004

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Ashtabula County Technical And Career Center
SUPERINTENDENT: Jerome Brockway
E-MAIL: jerome.brockway@atech.edu
PHONE NUMBER: (440) 576-6015
1565 State Route 167
Jefferson, OH  44047

Athens City
SUPERINTENDENT: Thomas Gibbs
E-MAIL: tgibbs@athenscsd.org
PHONE NUMBER: (740) 797-4544
25 S Plains Rd
The Plains, OH  45780

Athens-meigs Esc
SUPERINTENDENT: Heather Wolfe
E-MAIL: heather.wolfe@athensmeigs.com
PHONE NUMBER: (740) 797-0064
21 Birge Drive
Chauncey, OH  45719

Auburn
SUPERINTENDENT: Brian Bontempo
E-MAIL: bbontempo@auburncc.org
PHONE NUMBER: (440) 357-7542
8140 Auburn Rd
Painesville, OH  44077

Auglaize County Esc
SUPERINTENDENT: Shawn Brown
E-MAIL: sbrown@auglaizeesc.org
PHONE NUMBER: (419) 738-3422
1045 Dearbaugh Ave Ste 2
Wapakoneta, OH  45895

Aurora City
SUPERINTENDENT: Pat Ciccantelli
E-MAIL: pciccantelli@aurora-schools.org
PHONE NUMBER: (330) 562-6106
102 E Garfield Rd
Aurora, OH  44202

Austintown Local
SUPERINTENDENT: David Cappuzzello
E-MAIL: dcappuzzello@austintownschools.org
PHONE NUMBER: (330) 797-3900
700 S Raccoon Rd
Youngstown, OH  44515

Avon Lake City
SUPERINTENDENT: Robert Scott
E-MAIL: robert.scott@avonlakecityschools.org
PHONE NUMBER: (440) 933-6210
175 Avon Belden Rd
Avon Lake, OH  44012

Avon Local
SUPERINTENDENT: Mike Laub
E-MAIL: laubm@avoneagles.org
PHONE NUMBER: (440) 937-4680
35573 Detroit Rd
Avon, OH  44011

Ayersville Local
SUPERINTENDENT: Don Diglia
E-MAIL: ddiglia@ayersvillepilots.org
PHONE NUMBER: (419) 395-1111
28046 Watson Rd
Defiance, OH  43512

Barberton City
SUPERINTENDENT: Jeffrey Ramnytz
E-MAIL: jramnytz@barbertonschools.org
PHONE NUMBER: (330) 753-1025
479 Norton Ave
Barberton, OH  44203

Barnesville Exempted Village
SUPERINTENDENT: Angela Hannahs
E-MAIL: angie.hannahs@bevsd.org
PHONE NUMBER: (740) 425-3615
210 W Church St
Barnesville, OH  43713

Batavia Local
SUPERINTENDENT: Keith Millard
E-MAIL: millard_k@bataviaschools.org
PHONE NUMBER: (513) 732-2343
2400 Clermont Center Dr
Batavia, OH  45103

Bath Local
SUPERINTENDENT: Rich Dackin
E-MAIL: dackinr@bathwildcats.org
PHONE NUMBER: (419) 221-0807
2650 Bible Rd
Lima, OH  45801

Bay Village City
SUPERINTENDENT: Jodie Hausmann
E-MAIL: jodie.hausmann@bayschoolsohio.org
PHONE NUMBER: (440) 617-7300
377 Dover Center Rd
Bay Village, OH  44140

Beachwood City
SUPERINTENDENT: Robert Hardis
E-MAIL: rph@beachwoodschools.org
PHONE NUMBER: (216) 464-2600
24601 Fairmount Blvd
Beachwood, OH  44122

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Beaver Local
SUPERINTENDENT: Eric Lowe
E-MAIL: eric.lowe@beaverlocal.org
PHONE NUMBER: (330) 385-6831
13093 State Route 7
Lisbon, OH  44432

Beavercreek City
SUPERINTENDENT: Paul Otten
E-MAIL: paul.otten@beavercreek.k12.oh.us
PHONE NUMBER: (937) 426-1522
3040 Kemp Rd
Beavercreek, OH  45431

Bedford City
SUPERINTENDENT: Andrea Celico
E-MAIL: acelico@bedford.k12.oh.us
PHONE NUMBER: (440) 439-1500
475 Northfield Rd
Bedford, OH  44146

Bellaire Local
SUPERINTENDENT: Darren Jenkins
E-MAIL: djenkins@bellaire.k12.oh.us
PHONE NUMBER: (740) 676-1826
340 34Th St
Bellaire, OH  43906

Bellbrook-sugarcreek Local School District
SUPERINTENDENT: Douglas Cozad
E-MAIL: doug.cozad@bss.k12.oh.us
PHONE NUMBER: (937) 848-5001
3757 Upper Bellbrook Rd
Bellbrook, OH  45305

Bellefontaine City
SUPERINTENDENT: Brad Hall
E-MAIL: hallb@bcs-k12.org
PHONE NUMBER: (937) 593-9060
820 Ludlow Rd
Bellefontaine, OH  43311

Bellevue City
SUPERINTENDENT: Kim Schubert
E-MAIL: kim.schubert@bellevueschools.org
PHONE NUMBER: (419) 484-5000
125 North St
Bellevue, OH  44811

Belmont-harrison
SUPERINTENDENT: Richard Schoene
E-MAIL: richard.schoene@omeresa.net
PHONE NUMBER: (740) 695-9130
110 Fox Shannon Pl
Saint Clairsville, OH  43950

Belpre City
SUPERINTENDENT: Jeffrey Greenley
E-MAIL: bc_jgreenley@belpre.k12.oh.us
PHONE NUMBER: (740) 423-9511
2014 Rockland Ave
Belpre, OH  45714

Benton Carroll Salem Local
SUPERINTENDENT: Guy Parmigian
E-MAIL: gparmigian@bcssd.com
PHONE NUMBER: (419) 898-6210
11685 W State Route 163
Oak Harbor, OH  43449

Berea City
SUPERINTENDENT: Tracy Wheeler
E-MAIL: twheeler@bereaschools.org
PHONE NUMBER: (216) 898-8300
390 Fair St
Berea, OH  44017

Berkshire Local
SUPERINTENDENT: John Stoddard
E-MAIL: john.stoddard@berkshireschools.org
PHONE NUMBER: (440) 834-3380
14259 Claridon Troy Rd
Burton, OH  44021

Berne Union Local
SUPERINTENDENT: Jon Parker
E-MAIL: parkerj@buschools.com
PHONE NUMBER: (740) 746-8341
506 N Main St
Sugar Grove, OH  43155

Bethel-tate Local
SUPERINTENDENT: Melissa Kircher
E-MAIL: kircher_m@betheltate.org
PHONE NUMBER: (513) 734-2271
675 West Plane Street
Bethel, OH  45106

Bexley City
SUPERINTENDENT: Kimberly Miller
E-MAIL: kim.miller@bexleyschools.org
PHONE NUMBER: (614) 231-7611
348 S Cassingham Rd
Bexley, OH  43209

Big Walnut Local
SUPERINTENDENT: Angela Hamberg
E-MAIL: angiehamberg@bwls.net
PHONE NUMBER: (740) 965-3010
105 Baughman St
Sunbury, OH  43074

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Bio-med Science Academy Stem School
SUPERINTENDENT: Stephanie Lammlein
E-MAIL: slammlein@biomedscienceacademy.org
PHONE NUMBER: (330) 325-6186
4211 St. Rt. 44
Rootstown, OH  44272

Black River Local
SUPERINTENDENT: Chris Clark
E-MAIL: cclark@blrv.org
PHONE NUMBER: (419) 736-3300
257A County Road 40
Sullivan, OH  44880

Blanchester Local
SUPERINTENDENT: Dean Lynch
E-MAIL: lynchd@blan.org
PHONE NUMBER: (937) 783-3523
951 Cherry St.
Blanchester, OH  45107

Bloom-carroll Local
SUPERINTENDENT: Shawn Haughn
E-MAIL: shaughn@bloomcarroll.org
PHONE NUMBER: (614) 837-6560
5240 Plum Rd
Carroll, OH  43112

Bloomfield-mespo Local
SUPERINTENDENT: John Sheets
E-MAIL: John.Sheets@blmschools.org
PHONE NUMBER: (440) 685-4711
2077 Park Rd W
North Bloomfield, OH  44450

Bloom-vernon Local
SUPERINTENDENT: Marc Kreischer
E-MAIL: marc.kreischer@bvjeeps.org
PHONE NUMBER: (740) 778-2281
10529 Main Street
South Webster, OH  45682

Bluffton Exempted Village
SUPERINTENDENT: Greg Denecker
E-MAIL: deneckerg@blufftonschools.org
PHONE NUMBER: (419) 358-5901
102 S Jackson St
Bluffton, OH  45817

Boardman Local
SUPERINTENDENT: Timothy Saxton
E-MAIL: tim.saxton@boardmanschools.org
PHONE NUMBER: (330) 726-3404
Boardman Local Schools
Youngstown, OH  44512

Botkins Local
SUPERINTENDENT: Jeff Mcpheron
E-MAIL: mcpheronj@botkins.k12.oh.us
PHONE NUMBER: (937) 693-3756
404 E State St
Botkins, OH  45306

Bowling Green City School District
SUPERINTENDENT: Francis Scruci
E-MAIL: fscruci@bgcs.k12.oh.us
PHONE NUMBER: (419) 352-3576
137 Clough St
Bowling Green, OH  43402

Bradford Exempted Village
SUPERINTENDENT: Joe Hurst
E-MAIL: jhurst@bradford.k12.oh.us
PHONE NUMBER: (937) 448-2770
760 Railroad Ave
Bradford, OH  45308

Brecksville-broadview Heights City
SUPERINTENDENT: Joelle Magyar
E-MAIL: magyarj@bbhcsd.org
PHONE NUMBER: (440) 740-4000
6638 Mill Rd
Brecksville, OH  44141

Bridgeport Exempted Village
SUPERINTENDENT: Brent Ripley
E-MAIL: brent.ripley@bridgeportschools.net
PHONE NUMBER: (740) 635-1713
55781 National Rd
Bridgeport, OH  43912

Bright Local
SUPERINTENDENT: Terry Fouch
E-MAIL: terry.fouch@blsd.us
PHONE NUMBER: (937) 442-3114
44 N High St
Mowrystown, OH  45155

Bristol Local
SUPERINTENDENT: Christopher Dray
E-MAIL: Christopher.dray@Bristol.k12.oh.us
PHONE NUMBER: (330) 889-3882
1845 State Route 88
Bristolville, OH  44402

Brookfield Local
SUPERINTENDENT: Toby Gibson
E-MAIL: toby.gibson@brookfieldschools.us
PHONE NUMBER: (330) 448-4930
614 Bedford Rd Se
Brookfield, OH  44403

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Brooklyn City
SUPERINTENDENT: Theodore Caleris
E-MAIL: ted.caleris@bcshurricanes.org
PHONE NUMBER: (216) 485-8100
9200 Biddulph Rd
Brooklyn, OH  44144

Brookville Local
SUPERINTENDENT: Timothy Hopkins
E-MAIL: hopkinst@brookvilleschools.org
PHONE NUMBER: (937) 833-2181
75 June Pl
Brookville, OH  45309

Brown Esc
SUPERINTENDENT: James Frazier
E-MAIL: james.frazier@brownesc.us
PHONE NUMBER: (937) 378-6118
9231 Hamer Rd.
Georgetown, OH  45121

Brunswick City
SUPERINTENDENT: Michael Mayell
E-MAIL: mmayell@bcsoh.org
PHONE NUMBER: (330) 225-7731
3643 Center Rd
Brunswick, OH  44212

Bryan City
SUPERINTENDENT: Mark Rairigh
E-MAIL: mrairigh@bryanschools.net
PHONE NUMBER: (419) 636-6973
1350 Fountain Grove Dr
Bryan, OH  43506

Buckeye
SUPERINTENDENT: Bob Alsept
E-MAIL: balsept@buckeyecareercenter.org
PHONE NUMBER: (330) 339-2288
545 University Dr Ne
New Philadelphia, OH  44663

Buckeye Central Local
SUPERINTENDENT: Mark Robinson
E-MAIL: mrobinson@bcbucks.org
PHONE NUMBER: (419) 492-2864
938 S Kibler St
New Washington, OH  44854

Buckeye Local
SUPERINTENDENT: Kim Leonard
E-MAIL: kim.leonard@buckeyelocal.net
PHONE NUMBER: (740) 769-7395
6899 State Highway 150
Dillonvale, OH  43917

Buckeye Local
SUPERINTENDENT: Kent Morgan
E-MAIL: kmorgan@buckeyeschools.org
PHONE NUMBER: (330) 722-8257
3044 Columbia Rd
Medina, OH  44256

Buckeye Local
SUPERINTENDENT: Patrick Colucci
E-MAIL: p.colucci@buckeyeschools.info
PHONE NUMBER: (440) 998-4411
3436 Edgewood Dr
Ashtabula, OH  44004

Buckeye United School District
SUPERINTENDENT: James  Brady
E-MAIL: james.brady@dys.ohio.gov
PHONE NUMBER: (614) 466-4314
30 W Spring St
Columbus, OH  43215

Buckeye Valley Local
SUPERINTENDENT: Andrew Miller
E-MAIL: amiller@mybvls.org
PHONE NUMBER: (740) 369-8735
679 Coover Rd
Delaware, OH  43015

Bucyrus City
SUPERINTENDENT: Matthew Chrispin
E-MAIL: mchrispin@bucyrusschools.org
PHONE NUMBER: (419) 562-4045
170 Plymouth St
Bucyrus, OH  44820

Butler County Esc
SUPERINTENDENT: Chris Brown
E-MAIL: brownc@bcesc.org
PHONE NUMBER: (513) 887-3710
400 N Erie Hwy
Hamilton, OH  45011

Butler Technology & Career Development Schools
SUPERINTENDENT: Jon Graft
E-MAIL: graftj@butlertech.org
PHONE NUMBER: (513) 868-6300
3603 Hamilton Middletown Rd
Hamilton, OH  45011

Caldwell Exempted Village
SUPERINTENDENT: Kacey Cottrill
E-MAIL: kcottrill@caldwell.k12.oh.us
PHONE NUMBER: (740) 732-5637
516 Fairground St
Caldwell, OH  43724

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Cambridge City
SUPERINTENDENT: Dan Coffman
E-MAIL: dan.coffman@cambridgecityschools.org
PHONE NUMBER: (740) 439-5021
6111 Fairdale Dr
Cambridge, OH  43725

Campbell City
SUPERINTENDENT: Matthew Bowen
E-MAIL: mbowen@campbell.k12.oh.us
PHONE NUMBER: (330) 799-8777
280 6Th St
Campbell, OH  44405

Canal Winchester Local
SUPERINTENDENT: James Sotlar
E-MAIL: jsotlar@cwls.us
PHONE NUMBER: (614) 837-4533
100 Washington St
Canal Winchester, OH  43110

Canfield Local
SUPERINTENDENT: Joe Knoll
E-MAIL: jknoll@canfieldschools.net
PHONE NUMBER: (330) 533-3303
100 Wadsworth St
Canfield, OH  44406

Canton City
SUPERINTENDENT: Jeffery Talbert
E-MAIL: talbert_j2@ccsdistrict.org
PHONE NUMBER: (330) 438-2500
1312 5Th St Sw
Canton, OH  44707

Canton Local
SUPERINTENDENT: Stephen Milano
E-MAIL: steve.milano@cantonlocal.org
PHONE NUMBER: (330) 484-8019
600 Faircrest St Se
Canton, OH  44707

Cardinal Local
SUPERINTENDENT: Bill Kermavner
E-MAIL: bill.kermavner@cardinalschools.org
PHONE NUMBER: (440) 632-0261
15982 E High St
Middlefield, OH  44062

Cardington-lincoln Local
SUPERINTENDENT: Brian Petrie
E-MAIL: brian.petrie@cardington.k12.oh.us
PHONE NUMBER: (419) 864-3691
121 Nichols St
Cardington, OH  43315

Career And Technology Educational Centers
SUPERINTENDENT: Joyce Malainy
E-MAIL: jmalainy@c-tec.edu
PHONE NUMBER: (740) 366-3351
150 Price Rd
Newark, OH  43055

Carey Exempted Village
SUPERINTENDENT: Michael Wank
E-MAIL: mwank@careyevs.org
PHONE NUMBER: (419) 396-7922
2016 Blue Devil Drive
Carey, OH  43316

Carlisle Local
SUPERINTENDENT: Larry Hook
E-MAIL: larry.hook@carlisleindians.org
PHONE NUMBER: (937) 746-0710
724 Fairview Dr
Carlisle, OH  45005

Carrollton Exempted Village
SUPERINTENDENT: David Quattrochi
E-MAIL: david.quattrochi@carrolltonschools.org
PHONE NUMBER: (330) 627-2181
252 3Rd St Ne
Carrollton, OH  44615

Cedar Cliff Local
SUPERINTENDENT: Chad Mason
E-MAIL: cmason@ccliff.net
PHONE NUMBER: (937) 766-6000
194 Walnut St
Cedarville, OH  45314

Celina City
SUPERINTENDENT: Ken Schmiesing
E-MAIL: ken.schmiesing@celinaschools.org
PHONE NUMBER: (419) 586-8300
585 E Livingston St
Celina, OH  45822

Centerburg Local
SUPERINTENDENT: Michael Hebenthal
E-MAIL: mike.hebenthal@centerburgschools.org
PHONE NUMBER: (740) 625-6346
119 S Preston St
Centerburg, OH  43011

Centerville City
SUPERINTENDENT: Thomas Henderson
E-MAIL: tom.henderson@centerville.k12.oh.us
PHONE NUMBER: (937) 433-8841
111 Virginia Ave
Centerville, OH  45458

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Central Local
SUPERINTENDENT: Steve Arnold
E-MAIL: steve.arnold@centrallocal.org
PHONE NUMBER: (419) 658-2808
6289 Us Highway 127
Sherwood, OH  43556

Chagrin Falls Exempted Village
SUPERINTENDENT: Robert Hunt
E-MAIL: bob.hunt@chagrinschools.org
PHONE NUMBER: (440) 247-5500
400 E Washington St
Chagrin Falls, OH  44022

Champion Local
SUPERINTENDENT: John Grabowski
E-MAIL: john.grabowski@championlocal.org
PHONE NUMBER: (330) 847-2330
5759 Mahoning Ave Nw
Warren, OH  44483

Chardon Local
SUPERINTENDENT: Michael Hanlon
E-MAIL: michael.hanlon@chardonschools.org
PHONE NUMBER: (440) 285-4052
428 North St
Chardon, OH  44024

Chesapeake Union Exempted Village
SUPERINTENDENT: Jerry Mcconnell
E-MAIL: jerry.mcconnell@peake.k12.oh.us
PHONE NUMBER: (740) 867-3135
10183 County Road 1
Chesapeake, OH  45619

Chillicothe City
SUPERINTENDENT: Debbie Swinehart
E-MAIL: deborah.swinehart@ccsd.us
PHONE NUMBER: (740) 775-4250
425 Yoctangee Pkwy
Chillicothe, OH  45601

Chippewa Local
SUPERINTENDENT: Todd Osborn
E-MAIL: chip_tosborn@tccsa.net
PHONE NUMBER: (330) 658-6368
56 N Portage St
Doylestown, OH  44230

Cincinnati City
SUPERINTENDENT: Laura Mitchell
E-MAIL: mitchec@cps-k12.org
PHONE NUMBER: (513) 363-0000
2651 Burnet Ave
Cincinnati, OH  45219

Circleville City
SUPERINTENDENT: Jonathan Davis
E-MAIL: jonathan.davis@cvcsd.com
PHONE NUMBER: (740) 474-4340
388 Clark Dr
Circleville, OH  43113

Clark County Esc
SUPERINTENDENT: Dan Bennett
E-MAIL: dan.bennett@clarkesc.org
PHONE NUMBER: (937) 325-7671
25 W Pleasant St
Springfield, OH  45506

Clark-shawnee Local
SUPERINTENDENT: Brian Kuhn
E-MAIL: brian.kuhn@cslocal.org
PHONE NUMBER: (937) 328-5378
3680 Selma Rd
Springfield, OH  45502

Clay Local
SUPERINTENDENT: Todd Warnock
E-MAIL: warnockt@claylocalschools.org
PHONE NUMBER: (740) 354-6645
44 Clay High St
Portsmouth, OH  45662

Claymont City
SUPERINTENDENT: Brian Rentsch
E-MAIL: brentsch@claymontschools.org
PHONE NUMBER: (740) 922-5478
201 N 3Rd St
Dennison, OH  44621

Clear Fork Valley Local
SUPERINTENDENT: Janice Wyckoff
E-MAIL: wyckoffj@clearfork.k12.oh.us
PHONE NUMBER: (419) 886-3855
92 Hines Ave
Bellville, OH  44813

Clearview Local
SUPERINTENDENT: Jerome Davis
E-MAIL: jerome.davis@clearviewschools.org
PHONE NUMBER: (440) 233-5412
4700 Broadway
Lorain, OH  44052

Clermont County Esc
SUPERINTENDENT: Jeffery Weir
E-MAIL: weir_j@ccesc.org
PHONE NUMBER: (513) 735-8300
2400 Clermont Center Dr
Batavia, OH  45103

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Clermont Northeastern Local
SUPERINTENDENT: Michael Brandt
E-MAIL: brandt_m@cneschools.org
PHONE NUMBER: (513) 625-5478
2792 Us Highway 50
Batavia, OH  45103

Cleveland Heights-university Heights City
SUPERINTENDENT: Elizabeth Kirby
E-MAIL: E_Kirby@chuh.org
PHONE NUMBER: (216) 371-7171
2155 Miramar Blvd
University Heights, OH  44118

Cleveland Municipal
SUPERINTENDENT: Eric Gordon
E-MAIL: eric.gordon@clevelandmetroschools.org
PHONE NUMBER: (216) 838-0000
1111 Superior Ave E
Cleveland, OH  44114

Clinton-massie Local
SUPERINTENDENT: Matt Baker
E-MAIL: mbaker@clinton-massie.k12.oh.us
PHONE NUMBER: (937) 289-2471
2556 Lebanon Rd
Clarksville, OH  45113

Cloverleaf Local
SUPERINTENDENT: Daryl Kubilus
E-MAIL: daryl.kubilus@cloverleaflocal.org
PHONE NUMBER: (330) 948-2500
8525 Friendsville Rd
Lodi, OH  44254

Clyde-green Springs Exempted Village
SUPERINTENDENT: Dennis Haft
E-MAIL: dhaft@clyde.k12.oh.us
PHONE NUMBER: (419) 547-0588
106 S Main St
Clyde, OH  43410

Coldwater Exempted Village
SUPERINTENDENT: Jason Wood
E-MAIL: wood.jason@coldwatercavs.org
PHONE NUMBER: (419) 678-2611
310 N 2Nd St
Coldwater, OH  45828

College Corner Local
SUPERINTENDENT: Lynn Sheets
E-MAIL: lynn.sheets@thecclsd.net
PHONE NUMBER: (765) 732-3183
230 Ramsey St
College Corner, OH  45003

Colonel Crawford Local
SUPERINTENDENT: Todd Martin
E-MAIL: martin.toddw@cck12.org
PHONE NUMBER: (419) 562-4666
2303 St Rt 602
North Robinson, OH  44856

Columbia Local
SUPERINTENDENT: Graig Bansek
E-MAIL: bansekg@columbia.k12.oh.us
PHONE NUMBER: (440) 236-5008
25796 Royalton Rd
Columbia Station, OH  44028

Columbiana County
SUPERINTENDENT: Willard Adkins
E-MAIL: willard.adkins@ccctc.k12.oh.us
PHONE NUMBER: (330) 424-9561
9364 State Route 45
Lisbon, OH  44432

Columbiana County Esc
SUPERINTENDENT: Anna Marie Vaughn
E-MAIL: avaughn@ccesc.k12.oh.us
PHONE NUMBER: (330) 424-9591
38720 Saltwell Rd
Lisbon, OH  44432

Columbiana Exempted Village
SUPERINTENDENT: Don Mook
E-MAIL: don.mook@columbianaschools.org
PHONE NUMBER: (330) 482-5352
700 Columbiana Waterford Rd
Columbiana, OH  44408

Columbus City School District
SUPERINTENDENT: Talisa Dixon
E-MAIL: tdixon@columbus.k12.oh.us
PHONE NUMBER: (614) 365-5000
270 E State St
Columbus, OH  43215

Columbus Grove Local
SUPERINTENDENT: Nicholas Verhoff
E-MAIL: cg_verhoff@cg.noacsc.org
PHONE NUMBER: (419) 659-2639
201 W Cross St
Columbus Grove, OH  45830

Conneaut Area City
SUPERINTENDENT: Lori Riley
E-MAIL: lriley@cacsk12.org
PHONE NUMBER: (440) 593-7200
400 Mill St
Conneaut, OH  44030

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Conotton Valley Union Local
SUPERINTENDENT: Jerry Herman
E-MAIL: todd.herman@cvul.org
PHONE NUMBER: (740) 269-2000
21 Mound St
Sherrodsville, OH  44675

Continental Local
SUPERINTENDENT: Danny Kissell
E-MAIL: d.kissell@continentalpirates.org
PHONE NUMBER: (419) 596-3671
5211 State Route 634
Continental, OH  45831

Copley-fairlawn City
SUPERINTENDENT: Brian Poe
E-MAIL: brian.poe@copley-fairlawn.org
PHONE NUMBER: (330) 664-4800
3797 Ridgewood Rd
Copley, OH  44321

Cory-rawson Local
SUPERINTENDENT: Heath Huffman
E-MAIL: huffman@cory-rawson.org
PHONE NUMBER: (419) 963-3415
3930 County Road 26
Rawson, OH  45881

Coshocton City
SUPERINTENDENT: David Hire
E-MAIL: dave.hire@coshoctoncityschools.com
PHONE NUMBER: (740) 622-1901
1207 Cambridge Rd
Coshocton, OH  43812

Coshocton County
SUPERINTENDENT: Rick Raach
E-MAIL: rick.raach@coshoctoncareers.org
PHONE NUMBER: (740) 622-0211
23640 County Road 202
Coshocton, OH  43812

Coventry Local
SUPERINTENDENT: Lisa Blough
E-MAIL: lblough@coventryschools.org
PHONE NUMBER: (330) 644-8489
2910 S Main St
Akron, OH  44319

Covington Exempted Village
SUPERINTENDENT: Gene Gooding
E-MAIL: goodingg@covingtonk12.org
PHONE NUMBER: (937) 473-9816
25 N Grant St
Covington, OH  45318

Crestline Exempted Village
SUPERINTENDENT: Matthew Henderson
E-MAIL: henderson.matt@crestline.k12.oh.us
PHONE NUMBER: (419) 683-3647
401 Heiser Ct
Crestline, OH  44827

Crestview Local
SUPERINTENDENT: Randy Dunlap
E-MAIL: dunlap.randy@crestviewschools.net
PHONE NUMBER: (419) 895-1700
1575 State Route 96
Ashland, OH  44805

Crestview Local
SUPERINTENDENT: Matthew Manley
E-MAIL: mmanley@crestviewlocal.k12.oh.us
PHONE NUMBER: (330) 482-5526
44100 Crestview Rd Ste A
Columbiana, OH  44408

Crestview Local
SUPERINTENDENT: Kathy Mollenkopf
E-MAIL: mollenkopf.kathy@crestviewknights.com
PHONE NUMBER: (419) 749-9100
531 E Tully St
Convoy, OH  45832

Crestwood Local
SUPERINTENDENT: David Toth
E-MAIL: dtoth@crestwoodschools.org
PHONE NUMBER: (330) 357-8206
4565 W Prospect St
Mantua, OH  44255

Crooksville Exempted Village
SUPERINTENDENT: Kevin Smith
E-MAIL: kevin.smith@crooksville.k12.oh.us
PHONE NUMBER: (740) 982-7040
4065 School Drive
Crooksville, OH  43731

Cuyahoga Falls City
SUPERINTENDENT: Todd Nichols
E-MAIL: cf_nichols@cfalls.org
PHONE NUMBER: (330) 926-3800
431 Stow Ave
Cuyahoga Falls, OH  44221

Cuyahoga Heights Local
SUPERINTENDENT: Tom Evans
E-MAIL: tevans@cuyhts.org
PHONE NUMBER: (216) 429-5700
4820 E 71St St
Cuyahoga Heights, OH  44125

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Cuyahoga Valley Career Center
SUPERINTENDENT: David Mangas
E-MAIL: dmangas@cvccworks.edu
PHONE NUMBER: (440) 526-5200
8001 Brecksville Rd
Brecksville, OH  44141

Dalton Local
SUPERINTENDENT: Jim Saxer
E-MAIL: jsaxer@daltonlocal.org
PHONE NUMBER: (330) 828-2267
177 Mill St N
Dalton, OH  44618

Danbury Local
SUPERINTENDENT: Cari Buehler
E-MAIL: buehlerc@danburyschools.org
PHONE NUMBER: (419) 798-5185
9451 E Harbor Rd
Lakeside Marblehead, OH  43440

Danville Local
SUPERINTENDENT: Jason Snively
E-MAIL: jason.snively@danvilleschools.org
PHONE NUMBER: (740) 599-6116
405 Market St
Danville, OH  43014

Darke County Esc
SUPERINTENDENT: Mike Gray
E-MAIL: mike.gray@darkeesc.org
PHONE NUMBER: (937) 548-4915
5279 Education Dr
Greenville, OH  45331

Dawson-bryant Local
SUPERINTENDENT: Steve Easterling
E-MAIL: steve.easterling@db.k12.oh.us
PHONE NUMBER: (740) 532-6451
222 Lane St
Coal Grove, OH  45638

Dayton City
SUPERINTENDENT: Elizabeth Lolli
E-MAIL: ejlolli@daytonpublic.com
PHONE NUMBER: (937) 542-3000
115 S Ludlow St
Dayton, OH  45402

Dayton Regional Stem School
SUPERINTENDENT: Robin Fisher
E-MAIL: robin.fisher@wright.edu
PHONE NUMBER: (937) 256-3777
1724 Woodman Dr
Kettering, OH  45420

Deer Park Community City
SUPERINTENDENT: Jay Phillips
E-MAIL: phillips.j@dpccsd.org
PHONE NUMBER: (513) 891-0222
4131 Matson Ave
Cincinnati, OH  45236

Defiance City
SUPERINTENDENT: Robert Morton
E-MAIL: rmorton@defianceschools.net
PHONE NUMBER: (419) 782-0070
629 Arabella St
Defiance, OH  43512

Delaware Area Career Center
SUPERINTENDENT: Mary Freeman
E-MAIL: freemanm@delawareareacc.org
PHONE NUMBER: (740) 548-0708
4565 Columbus Pike
Delaware, OH  43015

Delaware City
SUPERINTENDENT: Heidi Kegley
E-MAIL: kegleyhe@delawarecityschools.net
PHONE NUMBER: (740) 833-1100
74 W. William Street
Delaware, OH  43015

Delphos City
SUPERINTENDENT: Doug Westrick
E-MAIL: dwestrick@delphoscityschools.org
PHONE NUMBER: (419) 692-2509
234 N Jefferson St
Delphos, OH  45833

Dover City
SUPERINTENDENT: Carla Birney
E-MAIL: birneyc@dovertornadoes.com
PHONE NUMBER: (330) 364-1906
219 W 6Th St
Dover, OH  44622

Dublin City
SUPERINTENDENT: Todd Hoadley
E-MAIL: hoadley_todd@dublinschools.net
PHONE NUMBER: (614) 764-5913
7030 Coffman Rd
Dublin, OH  43017

East Central Ohio Esc
SUPERINTENDENT: Randy Lucas
E-MAIL: randy.lucas@ecoesc.org
PHONE NUMBER: (330) 308-9939
834 E High Ave
New Philadelphia, OH  44663

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

East Cleveland City School District
SUPERINTENDENT: Henry Pettiegrew
E-MAIL: hpettiegrew@eastclevelandschools.org
PHONE NUMBER: (216) 268-6600
1843 Stanwood Rd
East Cleveland, OH  44112

East Clinton Local
SUPERINTENDENT: Eric Magee
E-MAIL: eric.magee@eastclinton.org
PHONE NUMBER: (937) 584-2461
97 Astro Way
Sabina, OH  45169

East Guernsey Local
SUPERINTENDENT: Adam Pittis
E-MAIL: adam.pittis@eguernsey.k12.oh.us
PHONE NUMBER: (740) 489-5271
237 Beymer Road
Old Washington, OH  43768

East Holmes Local
SUPERINTENDENT: Erik Beun
E-MAIL: erik.beun@eastholmes.org
PHONE NUMBER: (330) 893-2610
6108 County Road 77
Millersburg, OH  44654

East Knox Local
SUPERINTENDENT: Stephen Larcomb
E-MAIL: slarcomb@ekschools.org
PHONE NUMBER: (740) 599-7000
23201 Coshocton Rd
Howard, OH  43028

East Liverpool City
SUPERINTENDENT: Jonathan Ludwig
E-MAIL: jludwig2@elcsd.k12.oh.us
PHONE NUMBER: (330) 385-7132
810 W 8Th St
East Liverpool, OH  43920

East Muskingum Local
SUPERINTENDENT: David Adams
E-MAIL: dadams@eastmschools.org
PHONE NUMBER: (740) 826-7655
13505 John Glenn School Rd
New Concord, OH  43762

East Palestine City
SUPERINTENDENT: Chris Neifer
E-MAIL: chris.neifer@myepschools.org
PHONE NUMBER: (330) 426-4191
200 West North Avenue
East Palestine, OH  44413

Eastern Local
SUPERINTENDENT: Michele Filon
E-MAIL: michele.filon@elsd.us
PHONE NUMBER: (937) 695-9030
11479 Us Highway 62
Winchester, OH  45697

Eastern Local
SUPERINTENDENT: Neil Leist
E-MAIL: neil.leist@easternpike.com
PHONE NUMBER: (740) 226-4851
1170 Tile Mill Rd
Beaver, OH  45613

Eastern Local
SUPERINTENDENT: Steve Ohlinger
E-MAIL: sohlinger@easternlocal.net
PHONE NUMBER: (740) 667-6079
50008 State Route 681
Reedsville, OH  45772

Eastland-fairfield Career/tech
SUPERINTENDENT: Bonnie Hopkins
E-MAIL: bhopkins@efcts.us
PHONE NUMBER: (614) 836-4530
4300 Amalgamated Pl Ste 150
Groveport, OH  43125

Eastwood Local
SUPERINTENDENT: Brent Welker
E-MAIL: bwelker@eastwoodschools.org
PHONE NUMBER: (419) 833-6411
4800 Sugar Ridge Rd
Pemberville, OH  43450

Eaton Community City
SUPERINTENDENT: Jeff Parker
E-MAIL: jparker@eaton.k12.oh.us
PHONE NUMBER: (937) 456-1107
306 Eaton Lewisburg Rd
Eaton, OH  45320

Edgerton Local
SUPERINTENDENT: Kermit Riehle
E-MAIL: kriehle@edgertonschools.org
PHONE NUMBER: (419) 298-2112
111 E River St
Edgerton, OH  43517

Edgewood City
SUPERINTENDENT: Russ Fussnecker
E-MAIL: russ.fussnecker@edgewoodschools.net
PHONE NUMBER: (513) 867-3400
3500 Busenbark Rd
Trenton, OH  45067

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Edison Local
SUPERINTENDENT: Bill Beattie
E-MAIL: bill.beattie@edisonwildcats.org
PHONE NUMBER: (330) 532-4590
14890 State Route 213
Hammondsville, OH  43930

Edison Local (formerly Berlin-milan)
SUPERINTENDENT: Thomas Roth
E-MAIL: troth@edisonchargers.org
PHONE NUMBER: (419) 499-3000
140 Main St S
Milan, OH  44846

Edon-northwest Local
SUPERINTENDENT: Anthony Stevens
E-MAIL: astevens@edon-nw.org
PHONE NUMBER: (419) 272-3213
802 W Indiana St
Edon, OH  43518

Ehove Career Center
SUPERINTENDENT: Chris Mccully
E-MAIL: cmccully@ehove.net
PHONE NUMBER: (866) 256-9707
316 Mason Rd W
Milan, OH  44846

Elgin Local
SUPERINTENDENT: Lane Warner
E-MAIL: warner_1@elginschools.org
PHONE NUMBER: (740) 382-1101
4616 Larue Prospect Rd W
Marion, OH  43302

Elida Local
SUPERINTENDENT: Joel Mengerink
E-MAIL: jmengerink@elida.k12.oh.us
PHONE NUMBER: (419) 331-4155
4380 Sunnydale St
Elida, OH  45807

Elmwood Local
SUPERINTENDENT: Tony Borton
E-MAIL: bortt@elmwoodschools.org
PHONE NUMBER: (419) 655-2583
7650 Jerry City Rd
Bloomdale, OH  44817

Elyria City Schools
SUPERINTENDENT: Ann Schloss
E-MAIL: schlossann@elyriaschools.org
PHONE NUMBER: (440) 284-8201
42101 Griswold Rd
Elyria, OH  44035

Esc Of Central Ohio
SUPERINTENDENT: Tom Goodney
E-MAIL: tom.goodney@escco.org
PHONE NUMBER: (614) 445-3750
2080 Citygate Drive
Columbus, OH  43219

Esc Of Cuyahoga County
SUPERINTENDENT: Robert Mengerink
E-MAIL: bob.mengerink@escneo.org
PHONE NUMBER: (216) 524-3000
6393 Oak Tree Blvd Ste 300
Independence, OH  44131

Esc Of Lake Erie West
SUPERINTENDENT: Sandra Frisch
E-MAIL: sfrisch@esclakeeriewest.org
PHONE NUMBER: (419) 245-4150
2275 Collingwood Blvd
Toledo, OH  43620

Euclid City
SUPERINTENDENT: Christopher Papouras
E-MAIL: cpapouras@euclidschools.org
PHONE NUMBER: (216) 261-2900
651 E 222Nd St
Euclid, OH  44123

Evergreen Local
SUPERINTENDENT: Eric Smola
E-MAIL: esmola@evgvikings.org
PHONE NUMBER: (419) 644-3521
14544 County Road 6
Metamora, OH  43540

Fairbanks Local
SUPERINTENDENT: Adham Schirg
E-MAIL: AdhamSchirg@fairbankspanthers.org
PHONE NUMBER: (937) 349-3731
11158 State Route 38
Milford Center, OH  43045

Fairborn City
SUPERINTENDENT: Gene Lolli
E-MAIL: glolli@fairborn.k12.oh.us
PHONE NUMBER: (937) 878-3961
306 E Whittier Ave
Fairborn, OH  45324

Fairfield City
SUPERINTENDENT: Billy Smith
E-MAIL: smith_b@fairfieldcityschools.com
PHONE NUMBER: (513) 829-6300
4641 Bach Ln
Fairfield, OH  45014

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Fairfield County Esc
SUPERINTENDENT: Marie Ward
E-MAIL: mward@fairfieldesc.org
PHONE NUMBER: (740) 653-3193
955 Liberty Dr
Lancaster, OH  43130

Fairfield Local
SUPERINTENDENT: Tim Dettwiller
E-MAIL: tim.dettwiller@fairfield.k12.oh.us
PHONE NUMBER: (937) 780-2221
11611 State Route 771
Leesburg, OH  45135

Fairfield Union Local
SUPERINTENDENT: Chad Belville
E-MAIL: chadbelville@fairfieldunion.org
PHONE NUMBER: (740) 536-7384
6417 Cincinnati Zanesville Rd
Lancaster, OH  43130

Fairland Local
SUPERINTENDENT: Roni Hayes
E-MAIL: rhayes@fairland.k12.oh.us
PHONE NUMBER: (740) 886-3100
228 Private Drive 10010
Proctorville, OH  45669

Fairlawn Local
SUPERINTENDENT: Jeff Hobbs
E-MAIL: hobbs@fairlawn.k12.oh.us
PHONE NUMBER: (937) 492-5930
18800 Johnston Rd
Sidney, OH  45365

Fairless Local
SUPERINTENDENT: Broc Bidlack
E-MAIL: broc.bidlack@fairless.sparcc.org
PHONE NUMBER: (330) 767-3577
11885 Navarre Rd Sw
Navarre, OH  44662

Fairport Harbor Exempted Village
SUPERINTENDENT: Domenic Paolo
E-MAIL: dpaolo@fhevs.org
PHONE NUMBER: (440) 354-5400
329 Vine St
Fairport Harbor, OH  44077

Fairview Park City
SUPERINTENDENT: Bill Wagner
E-MAIL: bwagner@fairview.k12.oh.us
PHONE NUMBER: (440) 331-5500
21620 Mastick Rd # A
Fairview Park, OH  44126

Fayette Local
SUPERINTENDENT: Erik Belcher
E-MAIL: ebelcher@fayettesch.org
PHONE NUMBER: (419) 237-2573
400 E Gamble Rd
Fayette, OH  43521

Fayetteville-perry Local
SUPERINTENDENT: Tim Carlier
E-MAIL: tim.carlier@fpls.us
PHONE NUMBER: (513) 875-2423
551 S Apple St
Fayetteville, OH  45118

Federal Hocking Local
SUPERINTENDENT: David Hanning
E-MAIL: DHanning@fhlancers.com
PHONE NUMBER: (740) 662-6691
8461 State Route 144
Stewart, OH  45778

Felicity-franklin Local
SUPERINTENDENT: Dave Gibson
E-MAIL: gibsond@felicityschools.org
PHONE NUMBER: (513) 876-2113
415 W Washington St
Felicity, OH  45120

Field Local
SUPERINTENDENT: David Heflinger
E-MAIL: david.heflinger@fieldlocalschools.org
PHONE NUMBER: (330) 673-2659
2900 State Route 43
Mogadore, OH  44260

Findlay City
SUPERINTENDENT: Troy Roth
E-MAIL: troth@findlaycityschools.org
PHONE NUMBER: (419) 425-8212
1100 Broad Ave
Findlay, OH  45840

Finneytown Local
SUPERINTENDENT: Terri Noe
E-MAIL: tnoe@finneytown.org
PHONE NUMBER: (513) 728-3700
8916 Fontainebleau Ter
Cincinnati, OH  45231

Firelands Local
SUPERINTENDENT: Mike Gunten
E-MAIL: mvongunten@firelandsschools.org
PHONE NUMBER: (440) 965-5821
112 N Lake St
South Amherst, OH  44001

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Forest Hills Local
SUPERINTENDENT: Scot Prebles
E-MAIL: scotprebles@foresthills.edu
PHONE NUMBER: (513) 231-3600
7550 Forest Rd
Cincinnati, OH  45255

Fort Frye Local
SUPERINTENDENT: Stephanie Starcher
E-MAIL: stephanie.starcher@fortfrye.org
PHONE NUMBER: (740) 984-2497
510 5Th St
Beverly, OH  45715

Fort Loramie Local
SUPERINTENDENT: Daniel Holland
E-MAIL: dan.holland@loramie.k12.oh.us
PHONE NUMBER: (937) 295-3931
575 Greenback Rd
Fort Loramie, OH  45845

Fort Recovery Local
SUPERINTENDENT: Larry Brown
E-MAIL: brownl@fortrecoveryschools.org
PHONE NUMBER: (419) 375-4139
400 E Butler St
Fort Recovery, OH  45846

Fostoria City
SUPERINTENDENT: Andrew Sprang
E-MAIL: asprang@fostoriaschools.org
PHONE NUMBER: (419) 435-8163
1001 Park Ave
Fostoria, OH  44830

Four County Career Center
SUPERINTENDENT: Tim Meister
E-MAIL: tmeister@fcanywhere.net
PHONE NUMBER: (419) 267-3331
22900 State Route 34
Archbold, OH  43502

Franklin City
SUPERINTENDENT: Michael Sander
E-MAIL: msander@franklincityschools.com
PHONE NUMBER: (937) 746-1699
150 E 6Th St
Franklin, OH  45005

Franklin Local
SUPERINTENDENT: Sharon Mcdermott
E-MAIL:
sharon.mcdermott@franklinlocalschools.org
PHONE NUMBER: (740) 674-5203
360 Cedar St
Duncan Falls, OH  43734

Franklin Monroe Local
SUPERINTENDENT: Jeremy Pequignot
E-MAIL: jeremy.pequignot@fmlsd.org
PHONE NUMBER: (937) 947-1212
8591 Oakes Road
Arcanum, OH  45304

Fredericktown Local
SUPERINTENDENT: Susan Hayward
E-MAIL: shayward@fredschools.com
PHONE NUMBER: (740) 694-2956
117 Columbus Rd
Fredericktown, OH  43019

Fremont City
SUPERINTENDENT: Jon Detwiler
E-MAIL: detwilerj@fremontschools.net
PHONE NUMBER: (419) 332-6454
500 W State St
Fremont, OH  43420

Frontier Local
SUPERINTENDENT: Beth Brown
E-MAIL: bbrown@frontierlocalschools.com
PHONE NUMBER: (740) 865-3473
44870 State Route 7
New Matamoras, OH  45767

Gahanna-jefferson City
SUPERINTENDENT: Steve Barrett
E-MAIL: barretts@gjps.org
PHONE NUMBER: (614) 471-7065
160 S Hamilton Rd
Gahanna, OH  43230

Galion City
SUPERINTENDENT: Jennifer Allerding
E-MAIL: allerding.jennifer@galionschools.org
PHONE NUMBER: (419) 468-3432
470 Portland Way N
Galion, OH  44833

Gallia County Local
SUPERINTENDENT: Jude Meyers
E-MAIL: gl_jmeyers@gallialocal.org
PHONE NUMBER: (740) 379-9085
4836 State Route 325
Patriot, OH  45658

Gallia-jackson-vinton
SUPERINTENDENT: Jamie Nash
E-MAIL: nashj@buckeyehills.net
PHONE NUMBER: (740) 245-5334
351 Buckeye Hills Rd
Rio Grande, OH  45674

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Gallia-vinton Esc
SUPERINTENDENT: Denise Shockley
E-MAIL: 90_dshockley@seovec.org
PHONE NUMBER: (740) 245-0593
60 Ridge Ave
Rio Grande, OH  45674

Gallipolis City
SUPERINTENDENT: Craig Wright
E-MAIL: craig.wright@gc-k12.org
PHONE NUMBER: (740) 446-3211
61 State St
Gallipolis, OH  45631

Garaway Local
SUPERINTENDENT: James Millet
E-MAIL: jmillet@garaway.org
PHONE NUMBER: (330) 852-2421
146 Dover Rd Nw
Sugarcreek, OH  44681

Garfield Heights City Schools
SUPERINTENDENT: Christopher Hanke
E-MAIL: cghanke@ghbulldogs.org
PHONE NUMBER: (216) 475-8100
5640 Briarcliff Dr
Garfield Heights, OH  44125

Geauga County Educational Service Center
SUPERINTENDENT: Jennifer Felker
E-MAIL: jennifer.felker@geaugaesc.org
PHONE NUMBER: (440) 279-1700
470 Center St Bldg # 2
Chardon, OH  44024

Geneva Area City
SUPERINTENDENT: Eric Kujala
E-MAIL: eric.kujala@genevaschools.org
PHONE NUMBER: (440) 466-4831
135 S Eagle St
Geneva, OH  44041

Genoa Area Local
SUPERINTENDENT: Michael Ferguson
E-MAIL: mgferguson@genoaschools.com
PHONE NUMBER: (419) 855-7741
2810 N Genoa Clay Center Rd
Genoa, OH  43430

Georgetown Exempted Village
SUPERINTENDENT: BRAD WINTEROD
E-MAIL: brad.winterod@gtown.k12.oh.us
PHONE NUMBER: (937) 378-3730
1043 Mount Orab Pike
Georgetown, OH  45121

Gibsonburg Exempted Village
SUPERINTENDENT: Tim Murray
E-MAIL: tmurray@gibsonburgschools.org
PHONE NUMBER: (419) 637-2479
301 S Sunset Ave
Gibsonburg, OH  43431

Girard City School District
SUPERINTENDENT: Bryan Ohara
E-MAIL: bryan.ohara@girardcityschools.org
PHONE NUMBER: (330) 545-2596
704 E Prospect St
Girard, OH  44420

Global Impact Stem Academy
SUPERINTENDENT: Joshua Jennings
E-MAIL: jjennings@gisaoh.org
PHONE NUMBER: (937) 328-6600
570 E Leffel Ln
Springfield, OH  45505

Goshen Local
SUPERINTENDENT: Darrell Edwards
E-MAIL: edwardsd@goshenlocalschools.org
PHONE NUMBER: (513) 722-2222
6694 Goshen Rd
Goshen, OH  45122

Graham Local
SUPERINTENDENT: Matt Curtis
E-MAIL: curtism@grahamlocalschools.org
PHONE NUMBER: (937) 663-4123
7790 Us Highway 36
Saint Paris, OH  43072

Grand Valley Local
SUPERINTENDENT: William Nye
E-MAIL: william.nye@grandvalley.school
PHONE NUMBER: (440) 437-6260
111 Grand Valley Ave West
Orwell, OH  44076

Grandview Heights City
SUPERINTENDENT: Andy Culp
E-MAIL: andy.culp@ghcsd.org
PHONE NUMBER: (614) 485-4015
1587 W 3Rd Ave
Columbus, OH  43212

Granville Exempted Village
SUPERINTENDENT: Jeffrey Brown
E-MAIL: jrbrown@granvilleschools.org
PHONE NUMBER: (740) 587-8101
130 N Granger St
Granville, OH  43023

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Great Oaks Inst Of Technology
SUPERINTENDENT: Harry Snyder
E-MAIL: snyderh@greatoaks.com
PHONE NUMBER: (513) 771-8840
3254 E Kemper Rd
Cincinnati, OH  45241

Green Local
SUPERINTENDENT: Dean Frank
E-MAIL: Gren_dfrank@tccsa.net
PHONE NUMBER: (330) 669-3921
100 Smithie Drive
Smithville, OH  44677

Green Local
SUPERINTENDENT: Jodi Armstrong
E-MAIL: jarmstrong@greenbobcats.org
PHONE NUMBER: (740) 354-9221
4070 Gallia Pike
Franklin Furnace, OH  45629

Green Local
SUPERINTENDENT: Jeff Miller
E-MAIL: millerjeff@greenlocalschools.org
PHONE NUMBER: (330) 896-7500
1755 Town Park Blvd
Uniontown, OH  44685

Greene County Esc
SUPERINTENDENT: Terry Strieter
E-MAIL: tstrieter@greeneesc.org
PHONE NUMBER: (937) 767-1303
360 E Enon Rd
Yellow Springs, OH  45387

Greene County Vocational School District
SUPERINTENDENT: David Deskins
E-MAIL: ddeskins@greeneccc.com
PHONE NUMBER: (937) 372-6941
2960 W Enon Rd
Xenia, OH  45385

Greeneview Local
SUPERINTENDENT: Isaac Seevers
E-MAIL: isaac.seevers@greeneview.org
PHONE NUMBER: (937) 675-2728
4 S Charleston Rd
Jamestown, OH  45335

Greenfield Exempted Village
SUPERINTENDENT: Quincey Gray
E-MAIL: quincey.gray@greenfieldmcclain.org
PHONE NUMBER: (937) 981-2152
200 N 5Th St
Greenfield, OH  45123

Greenon Local
SUPERINTENDENT: Brad Silvus
E-MAIL: bsilvus@greenonschools.org
PHONE NUMBER: (937) 864-1202
500 Enon Xenia Pike
Enon, OH  45323

Greenville City
SUPERINTENDENT: Douglas Fries
E-MAIL: dfries@gcswave.com
PHONE NUMBER: (937) 548-3185
215 W 4Th St
Greenville, OH  45331

Groveport Madison Local
SUPERINTENDENT: Garilee Ogden
E-MAIL: garilee.ogden@gocruisers.org
PHONE NUMBER: (614) 492-2520
5940 Clyde Moore Dr
Groveport, OH  43125

Hamilton City
SUPERINTENDENT: Mike Holbrook
E-MAIL: mholbrook@hcsdoh.org
PHONE NUMBER: (513) 887-5000
533 Dayton St
Hamilton, OH  45011

Hamilton County Esc
SUPERINTENDENT: Chad Hilliker
E-MAIL: chad.hilliker@hcesc.org
PHONE NUMBER: (513) 674-4200
11083 Hamilton Ave
Cincinnati, OH  45231

Hamilton Local
SUPERINTENDENT: Mark Tyler
E-MAIL: mtyler@hlsd.org
PHONE NUMBER: (614) 491-8044
775 Rathmell Rd
Columbus, OH  43207

Hancock County Esc
SUPERINTENDENT: Larry Busdeker
E-MAIL: busdekerl@hancockesc.org
PHONE NUMBER: (419) 422-7525
7746 County Road 140
Findlay, OH  45840

Hardin County Esc
SUPERINTENDENT: Scott Howell
E-MAIL: showell@mresc.org
PHONE NUMBER: (419) 674-2288
1211 W Lima St Ste A
Kenton, OH  43326

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Hardin Northern Local
SUPERINTENDENT: Jeff Price
E-MAIL: jeff.price@hardinnorthern.org
PHONE NUMBER: (419) 759-2331
11589 State Route 81
Dola, OH  45835

Hardin-houston Local
SUPERINTENDENT: Ryan Maier
E-MAIL: rmaier@hardinhouston.org
PHONE NUMBER: (937) 295-3010
5300 Houston Rd
Houston, OH  45333

Harrison Hills City
SUPERINTENDENT: Dana Snider
E-MAIL: dsnider@hhcsd.org
PHONE NUMBER: (740) 942-7800
730 Peppard Ave
Cadiz, OH  43907

Heath City
SUPERINTENDENT: Trevor Thomas
E-MAIL: tthomas@heath.k12.oh.us
PHONE NUMBER: (740) 522-2816
107 Lancaster Dr
Heath, OH  43056

Hicksville Exempted Village
SUPERINTENDENT: Keith Countryman
E-MAIL: countrymank@hicksvilleschools.org
PHONE NUMBER: (419) 542-7665
958 E High St
Hicksville, OH  43526

Highland Local
SUPERINTENDENT: Catherine Aukerman
E-MAIL: aukerman@highlandschools.org
PHONE NUMBER: (330) 239-1901
3880 Ridge Rd
Medina, OH  44256

Highland Local
SUPERINTENDENT: Dan Freund
E-MAIL: dan_f@hlsd.us
PHONE NUMBER: (419) 768-2206
6506 State Route 229
Sparta, OH  43350

Hilliard City
SUPERINTENDENT: John Marschhausen
E-MAIL: john_marschhausen@hboe.org
PHONE NUMBER: (614) 921-7000
2140 Atlas St
Columbus, OH  43228

Hillsboro City
SUPERINTENDENT: Tim Davis
E-MAIL: tdavis@hcs-k12.org
PHONE NUMBER: (937) 393-3475
39 Willetsville Pike
Hillsboro, OH  45133

Hillsdale Local
SUPERINTENDENT: Steven Dickerson
E-MAIL: hill_dickerson@tccsa.net
PHONE NUMBER: (419) 368-8231
485 Township Road 1902
Jeromesville, OH  44840

Holgate Local
SUPERINTENDENT: Kelly Meyers
E-MAIL: kmeyers@holgateschools.org
PHONE NUMBER: (419) 264-5141
801 Joe E Brown Ave
Holgate, OH  43527

Hopewell-loudon Local
SUPERINTENDENT: Jeffrey Holbrook
E-MAIL: jholbrook@hlschool.net
PHONE NUMBER: (419) 937-2216
181 N. Cr 7
Bascom, OH  44809

Howland Local
SUPERINTENDENT: Kevin Spicher
E-MAIL: kevin.spicher@howlandschools.org
PHONE NUMBER: (330) 856-8200
8200 South St Se
Warren, OH  44484

Hubbard Exempted Village
SUPERINTENDENT: Raymond Soloman
E-MAIL: solomanr@hubbard.k12.oh.us
PHONE NUMBER: (330) 534-1921
108 Orchard Ave
Hubbard, OH  44425

Huber Heights City
SUPERINTENDENT: Mario Basora
E-MAIL: mario.basora@huberheightscityschools.org
PHONE NUMBER: (937) 237-6300
5954 Longford Rd
Huber Heights, OH  45424

Hudson City
SUPERINTENDENT: Phillip Herman
E-MAIL: hermanp@hudson.edu
PHONE NUMBER: (330) 653-1200
2400 Hudson Aurora Rd
Hudson, OH  44236

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Huntington Local
SUPERINTENDENT: Pete Ruby
E-MAIL: pete.ruby@huntsmen.org
PHONE NUMBER: (740) 663-5892
188 Huntsman Rd
Chillicothe, OH  45601

Huron City Schools
SUPERINTENDENT: Dennis Muratori
E-MAIL: dmuratori@huronhs.com
PHONE NUMBER: (419) 433-1234
712 Cleveland Rd E
Huron, OH  44839

Independence Local
SUPERINTENDENT: Benjamin Hegedish
E-MAIL: bhegedish@independence.k12.oh.us
PHONE NUMBER: (216) 642-5850
7733 Stone Rd
Independence, OH  44131

Indian Creek Local
SUPERINTENDENT: Thomas Chappelear
E-MAIL: tc.chappelear@iclsd.org
PHONE NUMBER: (740) 264-3502
587 Bantam Ridge Rd
Wintersville, OH  43953

Indian Hill Exempted Village
SUPERINTENDENT: Kirk Koennecke
E-MAIL: kirk.koennecke@indianhillschools.org
PHONE NUMBER: (513) 272-4500
6855 Drake Rd
Cincinnati, OH  45243

Indian Lake Local
SUPERINTENDENT: Robert Underwood
E-MAIL: underwoodr@ils-k12.org
PHONE NUMBER: (937) 686-8601
6210 State Route 235 N
Lewistown, OH  43333

Indian Valley Local Schools
SUPERINTENDENT: Ira Wentworth
E-MAIL: ira.wentworth@ivschools.org
PHONE NUMBER: (740) 254-4334
100 N Walnut St
Gnadenhutten, OH  44629

Ironton City
SUPERINTENDENT: Joe Geletka
E-MAIL: joe.geletka@tigertown.com
PHONE NUMBER: (740) 532-4133
105 S 5Th St
Ironton, OH  45638

Jackson Center Local
SUPERINTENDENT: Bill Reichert
E-MAIL: b_reichert@jctigers.org
PHONE NUMBER: (937) 596-6053
204 S Linden St
Jackson Center, OH  45334

Jackson City
SUPERINTENDENT: Phillip Howard
E-MAIL: phoward@jcs.k12.oh.us
PHONE NUMBER: (740) 286-6442
450 Vaughn St
Jackson, OH  45640

Jackson Local
SUPERINTENDENT: Christopher Diloreto
E-MAIL: cad2jc@jackson.sparcc.org
PHONE NUMBER: (330) 830-8000
7602 Fulton Dr Nw
Massillon, OH  44646

Jackson-milton Local
SUPERINTENDENT: Kirk Baker
E-MAIL: kirk.baker@jmlocal.com
PHONE NUMBER: (330) 538-3232
13910 Mahoning Ave
North Jackson, OH  44451

James A Garfield Local
SUPERINTENDENT: Ted Lysiak
E-MAIL: tlysiak@jagschools.org
PHONE NUMBER: (330) 527-4336
10235 State Route 88
Garrettsville, OH  44231

Jefferson Area Local
SUPERINTENDENT: John Montanaro
E-MAIL: john.montanaro@jalsd.org
PHONE NUMBER: (440) 576-9180
121 S Poplar St
Jefferson, OH  44047

Jefferson County
SUPERINTENDENT: Todd Phillipson
E-MAIL: phillipson@jeffjvs.org
PHONE NUMBER: (740) 264-5545
1509 County Highway 22A
Bloomingdale, OH  43910

Jefferson County Esc
SUPERINTENDENT: George Ash
E-MAIL: gash@jcesc.org
PHONE NUMBER: (740) 283-3347
2023 Sunset Blvd
Steubenville, OH  43952

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Jefferson Local
SUPERINTENDENT: William Mullett
E-MAIL: wmullett@westjeff.org
PHONE NUMBER: (614) 879-7654
906 W Main St
West Jefferson, OH  43162

Jefferson Township Local
SUPERINTENDENT: Richard Gates
E-MAIL: rgates@jeffersontwp.k12.oh.us
PHONE NUMBER: (937) 835-5682
2625 S Union Rd
Dayton, OH  45417

Jennings Local
SUPERINTENDENT: Nick Langhals
E-MAIL: n_langhals@jenningslocal.org
PHONE NUMBER: (419) 286-2238
#1 Musketeer Drive
Fort Jennings, OH  45844

Johnstown-monroe Local
SUPERINTENDENT: Dale Dickson
E-MAIL: ddickson@jmk12.org
PHONE NUMBER: (740) 967-6846
441 S Main St
Johnstown, OH  43031

Jonathan Alder Local
SUPERINTENDENT: Gary Chapman
E-MAIL: gary.chapman@japioneers.org
PHONE NUMBER: (614) 873-5621
9200 Us Route 42 S
Plain City, OH  43064

Joseph Badger Local
SUPERINTENDENT: Edwin Baldwin
E-MAIL: edwin.baldwin@badgerbraves.org
PHONE NUMBER: (330) 876-2800
7119 State Route 7
Kinsman, OH  44428

Kalida Local
SUPERINTENDENT: Karl Lammers
E-MAIL: karl.lammers@kalidaschools.org
PHONE NUMBER: (419) 532-3534
301 North Third St.
Kalida, OH  45853

Kelleys Island Local
SUPERINTENDENT: Phil Thiede
E-MAIL: pthiede@kelleys.k12.oh.us
PHONE NUMBER: (419) 746-2730
2900 Columbus Ave
Sandusky, OH  44870

Kenston Local
SUPERINTENDENT: Nancy Santilli
E-MAIL: nancy.santilli@kenstonapps.org
PHONE NUMBER: (440) 543-9677
17419 Snyder Rd
Chagrin Falls, OH  44023

Kent City
SUPERINTENDENT: George Joseph
E-MAIL: ke_gjoseph@kentschools.net
PHONE NUMBER: (330) 673-6515
321 N Depeyster St
Kent, OH  44240

Kenton City
SUPERINTENDENT: Jennifer Penczarski
E-MAIL: penczarskij@kentoncityschools.org
PHONE NUMBER: (419) 673-0775
222 W Carrol St
Kenton, OH  43326

Kettering City
SUPERINTENDENT: Scott Inskeep
E-MAIL: scott.inskeep@ketteringschools.org
PHONE NUMBER: (937) 499-1430
3750 Far Hills Ave
Kettering, OH  45429

Keystone Local
SUPERINTENDENT: Dan White
E-MAIL: daniel.white@keystoneschools.org
PHONE NUMBER: (440) 355-5131
531 Opportunity Way
Lagrange, OH  44050

Kings Local
SUPERINTENDENT: Tim Ackermann
E-MAIL: tackermann@kingslocal.net
PHONE NUMBER: (513) 398-8050
1797 King Ave
Kings Mills, OH  45034

Kirtland Local
SUPERINTENDENT: Bill Wade
E-MAIL: bill.wade@kirtlandschools.org
PHONE NUMBER: (440) 256-3311
9252 Chillicothe Rd
Kirtland, OH  44094

Knox County Esc
SUPERINTENDENT: Timm Mackley
E-MAIL: tmackley@knoxesc.org
PHONE NUMBER: (740) 393-6767
308 Martinsburg Rd
Mount Vernon, OH  43050

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Knox County Jvsd
SUPERINTENDENT: Kathrine Greenich
E-MAIL: kgreenich@knoxcc.org
PHONE NUMBER: (740) 397-5820
306 Martinsburg Rd
Mount Vernon, OH  43050

Labrae Local
SUPERINTENDENT: Anthony Calderone
E-MAIL: aj.calderone@labrae.school
PHONE NUMBER: (330) 898-0800
1001 N Leavitt Rd
Leavittsburg, OH  44430

Lake County Esc
SUPERINTENDENT: Jennifer Felker
E-MAIL: jfelker@lakeesc.org
PHONE NUMBER: (440) 350-2563
8221 Auburn Rd
Painesville, OH  44077

Lake Local
SUPERINTENDENT: Jim Witt
E-MAIL: jwitt@lakeschools.org
PHONE NUMBER: (419) 661-6677
28090 Lemoyne Rd
Millbury, OH  43447

Lake Local
SUPERINTENDENT: Kevin Tobin
E-MAIL: tobinkevin@lakelocal.org
PHONE NUMBER: (330) 877-9383
436 King Church Ave Sw
Uniontown, OH  44685

Lakeview Local
SUPERINTENDENT: Velina Taylor
E-MAIL: jo.taylor@lakeviewlocal.org
PHONE NUMBER: (330) 637-8741
300 Hillman Dr
Cortland, OH  44410

Lakewood City
SUPERINTENDENT: Michael Barnes
E-MAIL: michael.barnes@lakewoodcityschools.org
PHONE NUMBER: (216) 529-4092
1470 Warren Rd
Lakewood, OH  44107

Lakewood Local
SUPERINTENDENT: Mary Andrews
E-MAIL: mandrews@laca.org
PHONE NUMBER: (740) 928-5878
525 E Main St
Hebron, OH  43025

Lakota Local
SUPERINTENDENT: Chad Coffman
E-MAIL: ccoffman@lakotaschools.org
PHONE NUMBER: (419) 986-6650
5200 County Road 13
Kansas, OH  44841

Lakota Local
SUPERINTENDENT: Matt Miller
E-MAIL: matt.miller@lakotaonline.com
PHONE NUMBER: (513) 874-5505
5572 Princeton Rd
Liberty Township, OH  45011

Lancaster City
SUPERINTENDENT: Steve Wigton
E-MAIL: s_wigton@lcsschools.net
PHONE NUMBER: (740) 687-7300
345 E Mulberry St
Lancaster, OH  43130

Lawrence County
SUPERINTENDENT: Steve Dodgion
E-MAIL: skdodgion@collins-cc.edu
PHONE NUMBER: (740) 867-6641
11627 State Route 243
Chesapeake, OH  45619

Lawrence County Esc
SUPERINTENDENT: Jeff Saunders
E-MAIL: jsaunders@lc.k12.oh.us
PHONE NUMBER: (740) 532-4223
111 S 4Th St
Ironton, OH  45638

Lebanon City
SUPERINTENDENT: Todd Yohey
E-MAIL: yohey.todd@lebanonschools.org
PHONE NUMBER: (513) 934-5770
700 Holbrook Ave
Lebanon, OH  45036

Ledgemont Local
SUPERINTENDENT: John Stoddard
E-MAIL: john.stoddard@berkshireschools.org
PHONE NUMBER: (440) 298-3341
16200 Burrows Rd
Thompson, OH  44086

Leetonia Exempted Village
SUPERINTENDENT: Dennis Dunham
E-MAIL: ddunham@leetonia.k12.oh.us
PHONE NUMBER: (330) 427-6594
450 Walnut St
Leetonia, OH  44431

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Leipsic Local
SUPERINTENDENT: Greg Williamson
E-MAIL: lp_williamson@lp.noacsc.org
PHONE NUMBER: (419) 943-2165
232 Oak St
Leipsic, OH  45856

Lexington Local
SUPERINTENDENT: James Ziegelhofer
E-MAIL: ziegelhofer.mike@lexington.k12.oh.us
PHONE NUMBER: (419) 884-2132
103 Clever Ln
Lexington, OH  44904

Liberty Center Local
SUPERINTENDENT: Richard Peters
E-MAIL: rpeters@libertycenterschools.org
PHONE NUMBER: (419) 533-5011
103 W Young St
Liberty Center, OH  43532

Liberty Local
SUPERINTENDENT: Joseph Nohra
E-MAIL: joseph.nohra@liberty.k12.oh.us
PHONE NUMBER: (330) 759-0807
4115 Shady Rd
Youngstown, OH  44505

Liberty Union-thurston Local
SUPERINTENDENT: Todd Osborn
E-MAIL: osborn@libertyunion.org
PHONE NUMBER: (740) 862-4171
1108 S Main St
Baltimore, OH  43105

Liberty-benton Local
SUPERINTENDENT: Mark Kowalski
E-MAIL: MKowalski@liberty-benton.org
PHONE NUMBER: (419) 422-8526
9190 County Road 9
Findlay, OH  45840

Licking County Esc
SUPERINTENDENT: Dale Lewellen
E-MAIL: dlewellen@laca.org
PHONE NUMBER: (740) 349-6084
145 N Quentin Rd
Newark, OH  43055

Licking Heights Local
SUPERINTENDENT: Philip Wagner
E-MAIL: pwagner@lhschools.org
PHONE NUMBER: (740) 927-6926
6539 Summit Rd Sw
Pataskala, OH  43062

Licking Valley Local
SUPERINTENDENT: David Hile
E-MAIL: hiled@lickingvalley.k12.oh.us
PHONE NUMBER: (740) 763-3525
1379 Licking Valley Rd
Newark, OH  43055

Lima City
SUPERINTENDENT: Jill Ackerman
E-MAIL: jackerman@limacityschools.org
PHONE NUMBER: (419) 996-3400
755 Saint Johns Ave
Lima, OH  45804

Lincolnview Local
SUPERINTENDENT: Jeffrey Snyder
E-MAIL: jsnyder@lincolnview.k12.oh.us
PHONE NUMBER: (419) 968-2226
15945 Middle Point Rd
Van Wert, OH  45891

Lisbon Exempted Village
SUPERINTENDENT: Joseph Siefke
E-MAIL: joe.siefke@omeresa.net
PHONE NUMBER: (330) 424-7714
317 N Market St
Lisbon, OH  44432

Little Miami Local
SUPERINTENDENT: Greg Power
E-MAIL: gpower@littlemiamischools.com
PHONE NUMBER: (513) 899-2264
7247 Zoar Rd
Maineville, OH  45039

Lockland Local
SUPERINTENDENT: Bob Longworth
E-MAIL: bob.longworth@locklandschools.org
PHONE NUMBER: (513) 563-5000
210 N Cooper Ave
Cincinnati, OH  45215

Logan County Esc
SUPERINTENDENT: Scott Howell
E-MAIL: showell@mresc.org
PHONE NUMBER: (937) 599-5195
121 S Opera St
Bellefontaine, OH  43311

Logan Elm Local
SUPERINTENDENT: Tim Williams
E-MAIL: tim.williams@loganelm.org
PHONE NUMBER: (740) 474-7501
9579 Tarlton Rd
Circleville, OH  43113

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Logan-hocking Local
SUPERINTENDENT: Monte Bainter
E-MAIL: mbainter@lhsd.k12.oh.us
PHONE NUMBER: (740) 385-8517
2019 E Front St
Logan, OH  43138

London City
SUPERINTENDENT: Lou Kramer
E-MAIL: lou.kramer@london.k12.oh.us
PHONE NUMBER: (740) 852-5700
380 Elm St 2Nd Fl
London, OH  43140

Lorain City
SUPERINTENDENT: Greg Ring
E-MAIL: gring@loraincsd.org
PHONE NUMBER: (440) 233-2271
2601 Pole Avenue
Lorain, OH  44052

Lorain County Esc
SUPERINTENDENT: Franco Gallo
E-MAIL: gallo@esclc.org
PHONE NUMBER: (440) 324-5777
1885 Lake Ave
Elyria, OH  44035

Lorain County Jvs
SUPERINTENDENT: Kristian Smith
E-MAIL: ksmith@lcjvs.net
PHONE NUMBER: (440) 774-1051
15181 State Route 58
Oberlin, OH  44074

Lordstown Local
SUPERINTENDENT: Greg Bonamase
E-MAIL: greg.bonamase@lordstownschools.org
PHONE NUMBER: (330) 824-2534
1824 Salt Springs Rd
Warren, OH  44481

Loudonville-perrysville Exempted Village
SUPERINTENDENT: Catherine Puster
E-MAIL: lopr_cpuster@tccsa.net
PHONE NUMBER: (419) 994-3912
210 E Main St
Loudonville, OH  44842

Louisville City
SUPERINTENDENT: Michele Shaffer
E-MAIL: michele.shaffer@lepapps.org
PHONE NUMBER: (330) 875-1666
407 E Main St
Louisville, OH  44641

Loveland City
SUPERINTENDENT: Amy Crouse
E-MAIL: crouseam@lovelandschools.org
PHONE NUMBER: (513) 683-5600
757 S Lebanon Rd
Loveland, OH  45140

Lowellville Local
SUPERINTENDENT: Eugene Thomas
E-MAIL: g.thomas@lowellvilleschool.org
PHONE NUMBER: (330) 536-8426
52 Rocket Place
Lowellville, OH  44436

Lucas Local
SUPERINTENDENT: Brad Herman
E-MAIL: herman.brad@lucascubs.org
PHONE NUMBER: (419) 892-2338
84 Lucas North Rd
Lucas, OH  44843

Lynchburg-clay Local
SUPERINTENDENT: Brett Justice
E-MAIL: brett.justice@lclsd.org
PHONE NUMBER: (937) 364-2338
301 E Pearl St
Lynchburg, OH  45142

Mad River Local
SUPERINTENDENT: Chad Wyen
E-MAIL: chad.wyen@madriverschools.org
PHONE NUMBER: (937) 259-6606
801 Old Harshman Rd
Dayton, OH  45431

Madeira City
SUPERINTENDENT: Kenji Matsudo
E-MAIL: kmatsudo@madeiracityschools.org
PHONE NUMBER: (513) 985-6070
7465 Loannes Dr
Cincinnati, OH  45243

Madison Local
SUPERINTENDENT: Angela Smith
E-MAIL: angela.smith@madisonschools.net
PHONE NUMBER: (440) 428-2166
1956 Red Bird Rd
Madison, OH  44057

Madison Local
SUPERINTENDENT: John Thomas
E-MAIL: JThomas@mlsd.net
PHONE NUMBER: (419) 589-2600
1379 Grace St
Mansfield, OH  44905

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Madison Local
SUPERINTENDENT: Lisa Huff
E-MAIL: lisa.tuttle-huff@madisonmohawks.org
PHONE NUMBER: (513) 420-4760
5797 West Alexandria Road
Middletown, OH  45042

Madison-champaign Esc
SUPERINTENDENT: Daniel Kaffenbarger
E-MAIL: daniel.kaffenbarger@mccesc.org
PHONE NUMBER: (937) 484-1557
1512 S Us Highway 68 Ste J100
Urbana, OH  43078

Madison-plains Local
SUPERINTENDENT: Chad Eisler
E-MAIL: ceisler@mplsd.org
PHONE NUMBER: (740) 852-0290
55 Linson Rd
London, OH  43140

Mahoning Co Career & Tech Ctr
SUPERINTENDENT: John Zehentbauer
E-MAIL: john.zehentbauer@mahoningctc.com
PHONE NUMBER: (330) 729-4000
7300 N Palmyra Rd
Canfield, OH  44406

Mahoning County Esc
SUPERINTENDENT: Traci Hostetler
E-MAIL: t.hostetler@mahoningesc.org
PHONE NUMBER: (330) 533-8755
7320 North Palmyra Road
Canfield, OH  44406

Manchester Local
SUPERINTENDENT: Brian Rau
E-MAIL: brian.rau@mlsd.us
PHONE NUMBER: (937) 549-4777
130 Wayne Frye Dr
Manchester, OH  45144

Manchester Local
SUPERINTENDENT: James Robinson
E-MAIL: james.robinson@manchester-panthers.org
PHONE NUMBER: (330) 882-6926
6075 Manchester Rd
Akron, OH  44319

Mansfield City
SUPERINTENDENT: Stan Jefferson
E-MAIL: jefferson.stan@mansfieldschools.org
PHONE NUMBER: (419) 525-6400
856 W Cook Rd
Mansfield, OH  44907

Maple Heights City
SUPERINTENDENT: Charles Keenan
E-MAIL: charlie.keenan@mapleschools.com
PHONE NUMBER: (216) 587-6100
5740 Lawn Ave
Maple Heights, OH  44137

Mapleton Local
SUPERINTENDENT: Scott Smith
E-MAIL: mapl_ssmith@tccsa.net
PHONE NUMBER: (419) 945-2188
635 County Road 801
Ashland, OH  44805

Maplewood Career Center
SUPERINTENDENT: Randy Griffith
E-MAIL: griffithra@mwood.cc
PHONE NUMBER: (330) 296-2892
7075 State Route 88
Ravenna, OH  44266

Maplewood Local
SUPERINTENDENT: Perry Nicholas
E-MAIL: pnicholas@maplewoodschools.org
PHONE NUMBER: (330) 637-7506
2414 Greenville Rd
Cortland, OH  44410

Margaretta Local
SUPERINTENDENT: Dennis Mock
E-MAIL: dmock@margarettaschooldistrict.com
PHONE NUMBER: (419) 684-5322
305 S Washington St
Castalia, OH  44824

Mariemont City
SUPERINTENDENT: Steven Estepp
E-MAIL: superintendent@mariemontschools.org
PHONE NUMBER: (513) 272-7500
2 Warrior Way
Cincinnati, OH  45227

Marietta City
SUPERINTENDENT: William Hampton
E-MAIL: whampton@mariettacsdoh.org
PHONE NUMBER: (740) 374-6500
111 Academy Dr
Marietta, OH  45750

Marion City
SUPERINTENDENT: Ronald Iarussi
E-MAIL: riarussi@mcspresidents.org
PHONE NUMBER: (740) 387-3300
420 Presidential Dr
Marion, OH  43302

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Marion Local
SUPERINTENDENT: Michael Pohlman
E-MAIL: pohlmanm@marionlocal.org
PHONE NUMBER: (419) 925-4294
7956 State Route 119
Maria Stein, OH  45860

Marlington Local
SUPERINTENDENT: Joe Knoll
E-MAIL: j_knoll@marlingtonlocal.org
PHONE NUMBER: (330) 823-7458
10320 Moulin Ave Ne
Alliance, OH  44601

Martins Ferry City
SUPERINTENDENT: Jim Fogle
E-MAIL: jim.fogle@omeresa.net
PHONE NUMBER: (740) 633-1732
5001 Ayers Limestone Rd
Martins Ferry, OH  43935

Marysville Exempted Village
SUPERINTENDENT: Diane Mankins
E-MAIL: diane.mankins@mevsd.us
PHONE NUMBER: (937) 578-6100
1000 Edgewood Dr
Marysville, OH  43040

Mason City School District
SUPERINTENDENT: Jonathan Cooper
E-MAIL: cooperjon@masonohioschools.com
PHONE NUMBER: (513) 398-0474
211 N East St
Mason, OH  45040

Massillon City
SUPERINTENDENT: Paul Salvino
E-MAIL: psalvino@massillonschools.org
PHONE NUMBER: (330) 830-3900
930 17Th St Ne
Massillon, OH  44646

Mathews Local
SUPERINTENDENT: Russell McQuaide
E-MAIL: russell.mcquaide@mathewslocal.org
PHONE NUMBER: (330) 637-3500
4096 Cadwallader Sonk Rd
Cortland, OH  44410

Maumee City
SUPERINTENDENT: Todd Cramer
E-MAIL: tcramer@maumeek12.org
PHONE NUMBER: (419) 893-3200
716 Askin St
Maumee, OH  43537

Mayfield City
SUPERINTENDENT: Keith Kelly
E-MAIL: kkelly@mayfieldschools.org
PHONE NUMBER: (440) 995-7201
1101 S.O.M. Center Road
Mayfield Heights, OH  44124

Maysville Local
SUPERINTENDENT: Ruth Zitnik
E-MAIL: rzitnik@laca.org
PHONE NUMBER: (740) 453-0754
3715 Panther Dr
Zanesville, OH  43701

Mccomb Local
SUPERINTENDENT: Tony Fenstermaker
E-MAIL: fenstermakert@mccombschool.org
PHONE NUMBER: (419) 293-3979
328 S Todd St
Mccomb, OH  45858

Mcdonald Local
SUPERINTENDENT: Kevin Oconnell
E-MAIL: oconk@mcdonald.k12.oh.us
PHONE NUMBER: (330) 530-8051
600 Iowa Ave
Mc Donald, OH  44437

Mechanicsburg Exempted Village
SUPERINTENDENT: Danielle Prohaska
E-MAIL: superintendent@mcburg.org
PHONE NUMBER: (937) 834-2453
60 High St
Mechanicsburg, OH  43044

Medina City Sd
SUPERINTENDENT: Aaron Sable
E-MAIL: sablea@medinabees.org
PHONE NUMBER: (330) 636-3010
739 Weymouth Rd
Medina, OH  44256

Medina County Esc
SUPERINTENDENT: William Koran
E-MAIL: wkoran@medina-esc.org
PHONE NUMBER: (330) 723-6393
124 W Washington St
Medina, OH  44256

Medina County Joint Vocational School District
SUPERINTENDENT: Steven Chrisman
E-MAIL: schrisman@mcjvs.edu
PHONE NUMBER: (330) 725-8461
1101 W Liberty St
Medina, OH  44256

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Meigs Local
SUPERINTENDENT: Scot Gheen
E-MAIL: scot.gheen@meigslocal.org
PHONE NUMBER: (740) 992-2153
41765 Pomeroy Pike
Pomeroy, OH  45769

Mentor Exempted Village
SUPERINTENDENT: William Porter
E-MAIL: porterw@mentorschools.org
PHONE NUMBER: (440) 255-4444
6451 Center St
Mentor, OH  44060

Mercer County Esc
SUPERINTENDENT: Shelly Vaughn
E-MAIL: shelly.vaughn@mercercountyesc.org
PHONE NUMBER: (419) 586-6628
441 E Market St
Celina, OH  45822

Metro Early College High School
SUPERINTENDENT: Meka Pace
E-MAIL: pace@themetroschool.org
PHONE NUMBER: (614) 259-6639
1929 Kenny Rd
Columbus, OH  43210

Miami County Esc
SUPERINTENDENT: David Larson
E-MAIL: david.larson@mcapps.org
PHONE NUMBER: (937) 339-5100
2000 West Stanfield Road
Troy, OH  45373

Miami East Local
SUPERINTENDENT: Todd Rappold
E-MAIL: trappold@miamieast.k12.oh.us
PHONE NUMBER: (937) 335-7505
3825 N State Route 589
Casstown, OH  45312

Miami Trace Local
SUPERINTENDENT: Kim Pittser
E-MAIL: kpittser@mtpanthers.org
PHONE NUMBER: (740) 335-3010
3818 State Route 41 Nw
Washington Court House, OH  43160

Miami Valley Career Tech
SUPERINTENDENT: Nick Weldy
E-MAIL: nweldy@mvctc.com
PHONE NUMBER: (937) 837-7781
6800 Hoke Rd
Englewood, OH  45315

Miamisburg City
SUPERINTENDENT: David Vail
E-MAIL: dvail@miamisburg.k12.oh.us
PHONE NUMBER: (937) 866-3381
540 E Park Ave
Miamisburg, OH  45342

Middle Bass Local
SUPERINTENDENT: Matthew Markling
E-MAIL: mmarkling@middlebass.k12.oh.us
PHONE NUMBER: (419) 285-2810
985 Fox Rd
Middle Bass, OH  43446

Middletown City
SUPERINTENDENT: Marlon Styles
E-MAIL: mstyles@middletowncityschools.com
PHONE NUMBER: (513) 423-0781
1 Donham Plz 4Th Fl
Middletown, OH  45042

Mid-east Career And Technology Centers
SUPERINTENDENT: Richard Hall
E-MAIL: rhall@mideastctc.org
PHONE NUMBER: (740) 454-0105
400 Richards Rd
Zanesville, OH  43701

Midview Local
SUPERINTENDENT: Bruce Willingham
E-MAIL: bwillingham@midviewk12.org
PHONE NUMBER: (440) 748-5353
13050 Durkee Rd
Grafton, OH  44044

Midwest Regional Esc
SUPERINTENDENT: Scott Howell
E-MAIL: showell@mresc.org
PHONE NUMBER: (937)599-5195
121 S Opera St
Bellefontaine, OH  43311

Milford Exempted Village
SUPERINTENDENT: Nancy House
E-MAIL: house_n@milfordschools.org
PHONE NUMBER: (513) 831-1314
1099 State Route 131
Milford, OH  45150

Millcreek-west Unity Local
SUPERINTENDENT: Jim Wyse
E-MAIL: jwyse@hilltopcadets.org
PHONE NUMBER: (419) 924-2365
1401 W Jackson St
West Unity, OH  43570

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Miller City-new Cleveland Local
SUPERINTENDENT: Kerry Johnson
E-MAIL: johnson_k@mcncschools.org
PHONE NUMBER: (419) 876-3172
200 N. Main Street
Miller City, OH  45864

Milton-union Exempted Village
SUPERINTENDENT: Brad Ritchey
E-MAIL: ritcheyb@muschools.com
PHONE NUMBER: (937) 884-7910
7610 Milton Potsdam Rd
West Milton, OH  45383

Minerva Local
SUPERINTENDENT: Gary Chaddock
E-MAIL: chaddog@minerva.sparcc.org
PHONE NUMBER: (330) 868-4332
406 East St
Minerva, OH  44657

Minford Local
SUPERINTENDENT: Jeremy Litteral
E-MAIL: jlitteral@minfordfalcons.net
PHONE NUMBER: (740) 820-3002
491 Bond Rd
Minford, OH  45653

Minster Local
SUPERINTENDENT: Brenda Boeke
E-MAIL: brenda.boeke@minsterschools.org
PHONE NUMBER: (419) 628-3397
50 E 7Th St
Minster, OH  45865

Mississinawa Valley Local
SUPERINTENDENT: Jeffrey Winchester
E-MAIL: jeff_winchester@mississinawa.org
PHONE NUMBER: (937) 968-5656
1469 State Road 47 E
Union City, OH  45390

Mogadore Local
SUPERINTENDENT: John Knapp
E-MAIL: mo_knapp@mogadore.net
PHONE NUMBER: (330) 628-9946
1 S Cleveland Ave
Mogadore, OH  44260

Mohawk Local
SUPERINTENDENT: Mark Burke
E-MAIL: mark.burke@mohawklocal.org
PHONE NUMBER: (419) 927-2414
295 State Highway 231
Sycamore, OH  44882

Monroe Local School District
SUPERINTENDENT: Kathy Demers
E-MAIL: kdemers@monroelocalschools.com
PHONE NUMBER: (513) 539-2536
500 Yankee Rd
Monroe, OH  45050

Monroeville Local
SUPERINTENDENT: Ralph Moore
E-MAIL: rmoore@monroevilleschools.org
PHONE NUMBER: (419) 465-2610
101 West St
Monroeville, OH  44847

Montgomery County Esc
SUPERINTENDENT: Shannon Cox
E-MAIL: shannon.cox@mcesc.org
PHONE NUMBER: (937) 225-4598
200 S Keowee St
Dayton, OH  45402

Montpelier Exempted Village
SUPERINTENDENT: Jamison Grime
E-MAIL: jgrime@montpelier-k12.org
PHONE NUMBER: (419) 485-3676
1015 E Brown Rd
Montpelier, OH  43543

Morgan Local
SUPERINTENDENT: Kristin Barker
E-MAIL: kbarker@morganschools.org
PHONE NUMBER: (740) 962-2782
65 W Union Ave
Mc Connelsville, OH  43756

Mount Gilead Exempted Village
SUPERINTENDENT: Larry Zimmerman
E-MAIL: larryzimmerman@mgschools.org
PHONE NUMBER: (419) 946-1646
145 N Cherry St
Mount Gilead, OH  43338

Mount Vernon City
SUPERINTENDENT: William Seder
E-MAIL: bseder@mvcsd.us
PHONE NUMBER: (740) 397-7422
300 Newark Rd
Mount Vernon, OH  43050

Mt Healthy City
SUPERINTENDENT: Reva Cosby
E-MAIL: rcosby@mthcs.org
PHONE NUMBER: (513) 729-0077
7615 Harrison Ave
Cincinnati, OH  45231

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Muskingum Valley Esc
SUPERINTENDENT: Lori Lowe
E-MAIL: lori.lowe@mvesc.org
PHONE NUMBER: (740) 452-4518
205 N 7Th St
Zanesville, OH  43701

Napoleon Area City
SUPERINTENDENT: Erik Belcher
E-MAIL: erik.belcher@napoleonareaschools.org
PHONE NUMBER: (419) 599-7015
701 Briarheath Ave Ste 108
Napoleon, OH  43545

National Trail Local
SUPERINTENDENT: Robert Fischer
E-MAIL: bfischer@nationaltrail.us
PHONE NUMBER: (937) 437-3333
6940 Oxford Gettysburg Rd
New Paris, OH  45347

Nelsonville-york City
SUPERINTENDENT: Ricky Edwards
E-MAIL: rickedwards@nybucks.org
PHONE NUMBER: (740) 753-4441
2 Buckeye Dr
Nelsonville, OH  45764

New Albany-plain Local
SUPERINTENDENT: Michael Sawyers
E-MAIL: sawyers.1@napls.us
PHONE NUMBER: (614) 855-2040
55 N High St
New Albany, OH  43054

New Boston Local
SUPERINTENDENT: Melinda Burnside
E-MAIL: melinda.burnside@nbtigers.net
PHONE NUMBER: (740) 456-4626
#1 Glenwood Tiger Trail
New Boston, OH  45662

New Bremen Local
SUPERINTENDENT: Jason Schrader
E-MAIL: jason.schrader@newbremenschools.org
PHONE NUMBER: (419) 629-8606
901 E Monroe St
New Bremen, OH  45869

New Knoxville Local
SUPERINTENDENT: Kim Waterman
E-MAIL: kwaterman@nkrangers.org
PHONE NUMBER: (419) 753-2431
345 S Main St
New Knoxville, OH  45871

New Lebanon Local
SUPERINTENDENT: Greg Williams
E-MAIL: gwilliams@newlebanonschools.org
PHONE NUMBER: (937) 687-1301
320 S Fuls Rd
New Lebanon, OH  45345

New Lexington City
SUPERINTENDENT: Casey Coffey
E-MAIL: casey.coffey@nlpanthers.org
PHONE NUMBER: (740) 342-4133
1605 Airport Rd
New Lexington, OH  43764

New London Local
SUPERINTENDENT: Brad Romano
E-MAIL: bromano@nlschools.org
PHONE NUMBER: (419) 929-8433
2 Wildcat Dr
New London, OH  44851

New Miami Local
SUPERINTENDENT: Rhonda Parker
E-MAIL: rparker@new-miami.k12.oh.us
PHONE NUMBER: (513) 863-0833
600 Seven Mile Ave
Hamilton, OH  45011

New Philadelphia City
SUPERINTENDENT: David Brand
E-MAIL: brandd@npschools.org
PHONE NUMBER: (330) 364-0600
248 Front Ave Sw
New Philadelphia, OH  44663

New Richmond Exempted Village
SUPERINTENDENT: Tracey Miller
E-MAIL: miller_t@nrschools.org
PHONE NUMBER: (513) 553-2616
212 Market St Fl 3Rd
New Richmond, OH  45157

New Riegel Local
SUPERINTENDENT: David Rombach
E-MAIL: drombach@newriegelschools.org
PHONE NUMBER: (419) 595-2256
44 N Perry St
New Riegel, OH  44853

Newark City
SUPERINTENDENT: Douglas Ute
E-MAIL: dute@laca.org
PHONE NUMBER: (740) 670-7000
621 Mount Vernon Rd
Newark, OH  43055

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Newbury Local
SUPERINTENDENT: Jacqueline Hoynes
E-MAIL: jacqueline.hoynes@newburyschools.org
PHONE NUMBER: (440) 564-5501
14775 Auburn Rd
Newbury, OH  44065

Newcomerstown Exempted Village
SUPERINTENDENT: Jeff Staggs
E-MAIL: jeff.staggs@staff.nctschools.org
PHONE NUMBER: (740) 498-8373
702 S River St
Newcomerstown, OH  43832

Newton Falls Exempted Village
SUPERINTENDENT: Paul Woodard
E-MAIL: woodardp@nfschools.org
PHONE NUMBER: (330) 872-5445
909 1/2 Milton Blvd
Newton Falls, OH  44444

Newton Local
SUPERINTENDENT: Pat Mcbride
E-MAIL: pat_mcbride@newton.k12.oh.us
PHONE NUMBER: (937) 676-2002
201 N Long St
Pleasant Hill, OH  45359

Niles City
SUPERINTENDENT: Ann Marie Thigpen
E-MAIL: annmarie.thigpen@nilesmckinley.org
PHONE NUMBER: (330) 989-5095
309 N Rhodes Ave
Niles, OH  44446

Noble Local
SUPERINTENDENT: Dan Leffingwell
E-MAIL: dan.leffingwell@gozeps.org
PHONE NUMBER: (740) 732-2084
20977 Zep Rd E
Sarahsville, OH  43779

Nordonia Hills City
SUPERINTENDENT: Joe Clark
E-MAIL: joe.clark@nordoniaschools.org
PHONE NUMBER: (330) 467-0580
9370 Olde Eight Rd
Northfield, OH  44067

North Baltimore Local
SUPERINTENDENT: Ryan Delaney
E-MAIL: rdelaney@nbls.org
PHONE NUMBER: (419) 257-3531
201 S Main St
North Baltimore, OH  45872

North Bass Local
SUPERINTENDENT: Doug Crooks
E-MAIL: dcrooks@npesc.org
PHONE NUMBER: (419) 627-3900
515 Kenny Rd
Isle St George, OH  43436

North Canton City
SUPERINTENDENT: Jeff Wendorf
E-MAIL: jeff.wendorf@northcantonschools.org
PHONE NUMBER: (330) 497-5600
525 7Th St Ne
North Canton, OH  44720

North Central Local
SUPERINTENDENT: William Hanak
E-MAIL: whanak@northcentralschool.org
PHONE NUMBER: (419) 737-2392
400 E Baubice St
Pioneer, OH  43554

North Central Ohio Esc
SUPERINTENDENT: Jim Lahoski
E-MAIL: jlahoski@ncoesc.org
PHONE NUMBER: (419) 447-2927
928 W Market St Ste A
Tiffin, OH  44883

North College Hill City
SUPERINTENDENT: Eugene Blalock
E-MAIL: blalock.e@nchcityschools.org
PHONE NUMBER: (513) 931-8181
1731 Goodman Ave
Cincinnati, OH  45239

North Fork Local
SUPERINTENDENT: Scott Hartley
E-MAIL: shartley@northfork.k12.oh.us
PHONE NUMBER: (740) 892-3666
312 Maple Ave
Utica, OH  43080

North Olmsted City
SUPERINTENDENT: Michael Zalar
E-MAIL: mike.zalar@nocseagles.org
PHONE NUMBER: (440) 779-3549
27425 Butternut Ridge Rd
North Olmsted, OH  44070

North Point Educational Service Center
SUPERINTENDENT: Douglas Crooks
E-MAIL: dcrooks@npesc.org
PHONE NUMBER: (419) 627-3900
1210 E Bogart Rd
Sandusky, OH  44870

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

North Ridgeville City
SUPERINTENDENT: Roxann Caserio
E-MAIL: roxannramsey@nrcs.net
PHONE NUMBER: (440) 327-4444
34620 Bainbridge Road
North Ridgeville, OH  44039

North Royalton City
SUPERINTENDENT: Gregory Gurka
E-MAIL: greg.gurka@northroyaltonsd.org
PHONE NUMBER: (440) 237-8800
6579 Royalton Rd
North Royalton, OH  44133

North Union Local
SUPERINTENDENT: Richard Baird
E-MAIL: rbaird@nu-district.org
PHONE NUMBER: (740) 943-2509
12920 State Route 739
Richwood, OH  43344

Northeastern Local
SUPERINTENDENT: John Kronour
E-MAIL: johnkronour@nelsd.org
PHONE NUMBER: (937) 325-7615
1414 Bowman Rd
Springfield, OH  45502

Northeastern Local
SUPERINTENDENT: Nicole Wells
E-MAIL: nwells@tinora.org
PHONE NUMBER: (419) 497-3461
5921 Domersville Rd
Defiance, OH  43512

Northern Local
SUPERINTENDENT: Thomas Perkins
E-MAIL: no_tperkins@seovec.org
PHONE NUMBER: (740) 743-1303
8700 Sheridan Dr
Thornville, OH  43076

Northmont City
SUPERINTENDENT: Tony Thomas
E-MAIL: tthomas@northmontschools.net
PHONE NUMBER: (937) 832-5000
4001 Old Salem Rd
Englewood, OH  45322

Northmor Local
SUPERINTENDENT: Chad Redmon
E-MAIL: redmon.chad@northmor.k12.oh.us
PHONE NUMBER: (419) 946-8861
5247 County Road 29
Galion, OH  44833

Northridge Local
SUPERINTENDENT: David Jackson
E-MAIL: djackson@northridgeschools.org
PHONE NUMBER: (937) 278-5885
2011 Timber Ln
Dayton, OH  45414

Northridge Local
SUPERINTENDENT: Scott Schmidt
E-MAIL: sschmidt@northridgevikings.org
PHONE NUMBER: (740) 967-6631
6097 Johnstown Utica Rd
Johnstown, OH  43031

Northwest Local
SUPERINTENDENT: Dennis Lambes
E-MAIL: lambes.d@northwest.sparcc.org
PHONE NUMBER: (330) 854-2291
2309 Locust St S
Canal Fulton, OH  44614

Northwest Local
SUPERINTENDENT: Todd Bowling
E-MAIL: tbowling@nwlsd.org
PHONE NUMBER: (513) 923-1000
3240 Banning Rd
Cincinnati, OH  45239

Northwest Local
SUPERINTENDENT: Todd Jenkins
E-MAIL: todd.jenkins@nwmohawks.org
PHONE NUMBER: (740) 259-5558
800 Mohawk Dr
Mc Dermott, OH  45652

Northwest Ohio Educational Service Center
SUPERINTENDENT: Kerri Weir
E-MAIL: kweir@nwoesc.org
PHONE NUMBER: (567) 444-4800
205 Nolan Pkwy
Archbold, OH  43502

Northwestern Local
SUPERINTENDENT: Jeff Layton
E-MAIL: nrws_layton@tccsa.net
PHONE NUMBER: (419) 846-3151
7571 N Elyria Rd
West Salem, OH  44287

Northwestern Local
SUPERINTENDENT: Jesse Steiner
E-MAIL: steinerj@nwlschools.org
PHONE NUMBER: (937) 964-1318
5610 Troy Rd
Springfield, OH  45502

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Northwood Local Schools
SUPERINTENDENT: Jason Kozina
E-MAIL: jkozina@northwoodschools.org
PHONE NUMBER: (419) 691-3888
500 Lemoyne Rd
Northwood, OH  43619

Norton City
SUPERINTENDENT: Dana Addis
E-MAIL: daddis@nortonschools.org
PHONE NUMBER: (330) 825-0863
4128 Cleveland Massillon Rd
Norton, OH  44203

Norwalk City
SUPERINTENDENT: George Fisk
E-MAIL: fiskg@norwalktruckers.net
PHONE NUMBER: (419) 668-2779
134 Benedict Ave
Norwalk, OH  44857

Norwayne Local
SUPERINTENDENT: Karen Ohare
E-MAIL: nrcn_ohare@tccsa.net
PHONE NUMBER: (330) 435-6382
350 S Main St
Creston, OH  44217

Norwood City
SUPERINTENDENT: Mary Ronan
E-MAIL: ronan.m@norwoodschools.org
PHONE NUMBER: (513) 924-2500
2132 Williams Ave
Norwood, OH  45212

Oak Hill Union Local
SUPERINTENDENT: Marci Shepard
E-MAIL: marci.shepard@oakhill.k12.oh.us
PHONE NUMBER: (740) 682-7595
205 Western Ave
Oak Hill, OH  45656

Oak Hills Local
SUPERINTENDENT: Jeff Brandt
E-MAIL: brandt_jeff@ohlsd.org
PHONE NUMBER: (513) 574-3200
6325 Rapid Run Rd
Cincinnati, OH  45233

Oakwood City
SUPERINTENDENT: Kyle Ramey
E-MAIL: ramey.kyle@oakwoodschools.org
PHONE NUMBER: (937) 297-5332
20 Rubicon Rd
Dayton, OH  45409

Oberlin City Schools
SUPERINTENDENT: David Hall
E-MAIL: dhall@oberlinschools.net
PHONE NUMBER: (440) 776-4550
153 N Main St
Oberlin, OH  44074

Ohio Central School System
SUPERINTENDENT: Jennifer Sanders
E-MAIL: jennifer.sanders@dys.ohio.gov
PHONE NUMBER: (740) 845-3240
1580 St Rte # 56
London, OH  43140

Ohio Hi-point Career Center
SUPERINTENDENT: Rick Smith
E-MAIL: rsmith@ohiohipoint.com
PHONE NUMBER: (937) 599-3010
2280 State Route 540
Bellefontaine, OH  43311

Ohio School For The Blind
SUPERINTENDENT: Lou Maynus
E-MAIL: maynus@osdb.oh.gov
PHONE NUMBER: (614) 752-1152
5220 N High St
Columbus, OH  43214

Ohio School For The Deaf
SUPERINTENDENT: Lou Maynus
E-MAIL: maynus@osdb.oh.gov
PHONE NUMBER: (614) 728-4030
500 Morse Rd
Columbus, OH  43214

Ohio Valley Esc
SUPERINTENDENT: Andrew Brooks
E-MAIL: andy.brooks@omeresa.net
PHONE NUMBER: (740) 439-3558
128 East 8Th Street
Cambridge, OH  43725

Old Fort Local
SUPERINTENDENT: Tom Peiffer
E-MAIL: tpeiffer@oldfortschools.org
PHONE NUMBER: (419) 992-4291
7635 N County Road 51
Old Fort, OH  44861

Olentangy Local
SUPERINTENDENT: Mark Raiff
E-MAIL: mark_raiff@olsd.us
PHONE NUMBER: (740) 657-4050
814 Shanahan Rd Ste 100
Lewis Center, OH  43035

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Olmsted Falls City
SUPERINTENDENT: James Lloyd
E-MAIL: jlloyd@ofcs.net
PHONE NUMBER: (440) 427-6000
26937 Bagley Rd
Olmsted Falls, OH  44138

Ontario Local
SUPERINTENDENT: Lisa Carmichael
E-MAIL: carmichael.lisa@ontarioschools.org
PHONE NUMBER: (419) 747-4311
457 Shelby Ontario Rd
Mansfield, OH  44906

Orange City
SUPERINTENDENT: Lynn Campbell
E-MAIL: lcampbell@orangecsd.org
PHONE NUMBER: (216) 831-8600
32000 Chagrin Blvd
Cleveland, OH  44124

Oregon City
SUPERINTENDENT: Hal Gregory
E-MAIL: hgregory@oregoncs.org
PHONE NUMBER: (419) 693-0661
5721 Seaman St
Oregon, OH  43616

Orrville City
SUPERINTENDENT: Jon Ritchie
E-MAIL: orvl_ritchie@tccsa.net
PHONE NUMBER: (330) 682-4651
815 N Ella St
Orrville, OH  44667

Osnaburg Local
SUPERINTENDENT: Kevin Finefrock
E-MAIL: kevin.finefrock@osnaburglocal.org
PHONE NUMBER: (330) 488-1609
310 Browning Ct N
East Canton, OH  44730

Otsego Local
SUPERINTENDENT: Adam Koch
E-MAIL: akoch@otsegoknights.org
PHONE NUMBER: (419) 823-4381
18505 Tontogany Creek
Tontogany, OH  43565

Ottawa Hills Local
SUPERINTENDENT: Adam Fineske
E-MAIL: afineske@ohschools.org
PHONE NUMBER: (419) 536-6371
3600 Indian Rd
Toledo, OH  43606

Ottawa-glandorf Local
SUPERINTENDENT: Don Horstman
E-MAIL: horstman@ottawaglandorf.org
PHONE NUMBER: (419) 523-5261
630 Glendale Ave
Ottawa, OH  45875

Ottoville Local
SUPERINTENDENT: Scott Mangas
E-MAIL: smangas@ottovilleschools.org
PHONE NUMBER: (419) 453-3356
650 W 3Rd St
Ottoville, OH  45876

Painesville City Local
SUPERINTENDENT: Joshua Englehart
E-MAIL: josh.englehart@pcls.net
PHONE NUMBER: (440) 392-5060
58 Jefferson St
Painesville, OH  44077

Paint Valley Local
SUPERINTENDENT: Tim Winland
E-MAIL: tim.winland@pvlsd.org
PHONE NUMBER: (740) 634-2826
7454 Us Highway 50 W
Bainbridge, OH  45612

Pandora-gilboa Local
SUPERINTENDENT: Todd Schmutz
E-MAIL: schmutzt@pgrockets.org
PHONE NUMBER: (419) 384-3225
410 Rocket Ridge
Pandora, OH  45877

Parkway Local
SUPERINTENDENT: Jeanne Osterfeld
E-MAIL: osterfj@parkwayschools.org
PHONE NUMBER: (419) 363-3045
400 Buckeye St
Rockford, OH  45882

Parma City
SUPERINTENDENT: Charles Smialek
E-MAIL: smialekc@parmacityschools.org
PHONE NUMBER: (440) 842-5300
5311 Longwood Avenue
Parma, OH  44134

Patrick Henry Local
SUPERINTENDENT: Josh Biederstedt
E-MAIL: jbiederstedt@phpatriots.org
PHONE NUMBER: (419) 274-3015
6900 State Route 18
Hamler, OH  43524

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Paulding Exempted Village
SUPERINTENDENT: Ken Amstutz
E-MAIL: k_amstutz@pauldingschools.org
PHONE NUMBER: (419) 399-4656
405 N Water St
Paulding, OH  45879

Penta Career Center - District
SUPERINTENDENT: Edward Ewers
E-MAIL: eewers@pentacc.org
PHONE NUMBER: (419) 666-1120
9301 Buck Rd
Perrysburg, OH  43551

Perkins Local
SUPERINTENDENT: Todd Boggs
E-MAIL: tboggs@perkinsschools.org
PHONE NUMBER: (419) 625-0484
3714 Campbell St Ste B
Sandusky, OH  44870

Perry Local
SUPERINTENDENT: Kelly Schooler
E-MAIL: kelly.schooler@mycommodores.org
PHONE NUMBER: (419) 221-2770
2770 E Breese Rd
Lima, OH  45806

Perry Local
SUPERINTENDENT: Scott Beatty
E-MAIL: scott.beatty@perrylocal.org
PHONE NUMBER: (330) 477-8121
4201 13Th St Sw
Massillon, OH  44646

Perry Local
SUPERINTENDENT: Jack Thompson
E-MAIL: thompsonj@perry-lake.org
PHONE NUMBER: (440) 259-9200
4325 Manchester Ave
Perry, OH  44081

Perrysburg Exempted Village
SUPERINTENDENT: Thomas Hosler
E-MAIL: thosler@perrysburgschools.net
PHONE NUMBER: (419) 874-9131
140 E Indiana Ave
Perrysburg, OH  43551

Pettisville Local
SUPERINTENDENT: Stephen Switzer
E-MAIL: sswitzer@pettisvilleschools.org
PHONE NUMBER: (419) 446-2705
232 Summit St
Pettisville, OH  43553

Pickaway County Esc
SUPERINTENDENT: Ty Ankrom
E-MAIL: ty.ankrom@pickawayesc.org
PHONE NUMBER: (740) 474-7529
2050 Stoneridge Dr
Circleville, OH  43113

Pickaway-ross County Jvsd
SUPERINTENDENT: Dennis Franks
E-MAIL: dennis.franks@pickawayross.com
PHONE NUMBER: (740) 642-1200
895 Crouse Chapel Rd
Chillicothe, OH  45601

Pickerington Local
SUPERINTENDENT: Chris Briggs
E-MAIL: chris_briggs@plsd.us
PHONE NUMBER: (614) 833-2110
90 East St.
Pickerington, OH  43147

Pike County Area
SUPERINTENDENT: Eric Meredith
E-MAIL: eric.meredith@pikectc.org
PHONE NUMBER: (740) 289-2721
175 Beavercreek Rd
Piketon, OH  45661

Pike-delta-york Local
SUPERINTENDENT: Ted Haselman
E-MAIL: thaselman@pdys.org
PHONE NUMBER: (419) 822-3391
504 Fernwood St.
Delta, OH  43515

Pioneer Career & Technology
SUPERINTENDENT: Greg Nickoli
E-MAIL: nickoli.greg@pioneerctc.edu
PHONE NUMBER: (419) 347-7744
27 Ryan Rd
Shelby, OH  44875

Piqua City
SUPERINTENDENT: Dwayne Thompson
E-MAIL: thompsond@piqua.org
PHONE NUMBER: (937) 773-4321
215 Looney Rd
Piqua, OH  45356

Plain Local
SUPERINTENDENT: Brent May
E-MAIL: mayb@plainlocal.org
PHONE NUMBER: (330) 492-3500
901 44Th St Nw
Canton, OH  44709

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Pleasant Local
SUPERINTENDENT: Jennifer Adams
E-MAIL: jennifer.adams@pleasantstaff.org
PHONE NUMBER: (740) 389-4476
1107 Owens Rd W
Marion, OH  43302

Plymouth-shiloh Local
SUPERINTENDENT: Bradley Turson
E-MAIL: turson.brad@plymouth.k12.oh.us
PHONE NUMBER: (419) 687-8200
365 Sandusky St
Plymouth, OH  44865

Poland Local
SUPERINTENDENT: David Janofa
E-MAIL: djanofa@polandschools.org
PHONE NUMBER: (330) 757-7000
3199 Dobbins Rd
Poland, OH  44514

Polaris
SUPERINTENDENT: Robert Timmons
E-MAIL: btimmons@polaris.edu
PHONE NUMBER: (440) 891-7600
7285 Old Oak Blvd
Middleburg Heights, OH  44130

Port Clinton City
SUPERINTENDENT: Patrick Adkins
E-MAIL: padkins@pccsd-k12.net
PHONE NUMBER: (419) 732-2102
811 Jefferson St
Port Clinton, OH  43452

Portage Lakes
SUPERINTENDENT: Kim Redmond
E-MAIL: kredmond@plcc.edu
PHONE NUMBER: (330) 896-8200
4401 Shriver Rd
Green, OH  44232

Portsmouth City
SUPERINTENDENT: Scott Dutey
E-MAIL: scott.dutey@portsmouthtrojans.net
PHONE NUMBER: (740) 354-5663
724 Findlay St
Portsmouth, OH  45662

Preble County Esc
SUPERINTENDENT: Mike Gray
E-MAIL: mike.gray@preblecountyesc.org
PHONE NUMBER: (937) 456-1187
597 Hillcrest Dr
Eaton, OH  45320

Preble Shawnee Local
SUPERINTENDENT: Matt Bishop
E-MAIL: bishopm@psarrows.com
PHONE NUMBER: (937) 452-1283
124 Bloomfield St
Camden, OH  45311

Princeton City
SUPERINTENDENT: Tom Burton
E-MAIL: tburton@vikingmail.org
PHONE NUMBER: (513) 864-1000
3900 Cottingham Dr
Cincinnati, OH  45241

Put-in-bay Local
SUPERINTENDENT: Steven Poe
E-MAIL: spoe@put-in-bay.k12.oh.us
PHONE NUMBER: (419) 285-3614
548 Catawba Ave.
Put-In-Bay, OH  43456

Putnam County Esc
SUPERINTENDENT: Jan Osborn
E-MAIL: josborn@pm.noacsc.org
PHONE NUMBER: (419) 523-5951
124 Putnam Pkwy
Ottawa, OH  45875

Pymatuning Valley Local
SUPERINTENDENT: Christopher Edison
E-MAIL: christopher.edison@pvschools.org
PHONE NUMBER: (440) 293-6488
5571 Rt 6 W
Andover, OH  44003

Ravenna City
SUPERINTENDENT: Dennis Honkala
E-MAIL: dennis.honkala@ravennaschools.us
PHONE NUMBER: (330) 296-9679
507 E Main St
Ravenna, OH  44266

Reading Community City
SUPERINTENDENT: Jason Enix
E-MAIL: jenix@readingschools.org
PHONE NUMBER: (513) 554-1800
1301 Bonnell St
Reading, OH  45215

Revere Local
SUPERINTENDENT: Matthew Montgomery
E-MAIL: mmontgomery@revereschools.org
PHONE NUMBER: (330) 666-4155
3496 Everett Rd
Bath, OH  44210

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Reynoldsburg City
SUPERINTENDENT: Melvin Brown
E-MAIL: melvin.brown@reyn.org
PHONE NUMBER: (614) 501-1020
7244 E Main St
Reynoldsburg, OH  43068

Richmond Heights Local
SUPERINTENDENT: Renee Willis
E-MAIL: Willis.Renee@richmondheightsschools.org
PHONE NUMBER: (216) 692-8485
447 Richmond Rd
Richmond Heights, OH  44143

Ridgedale Local
SUPERINTENDENT: Robert Britton
E-MAIL: rbritton@ridgedaleschools.org
PHONE NUMBER: (740) 382-6065
3103 Hillman Ford Rd
Morral, OH  43337

Ridgemont Local
SUPERINTENDENT: Sally Henrick
E-MAIL: sally.henrick@ridgemont.k12.oh.us
PHONE NUMBER: (937) 354-2441
162 E Hale St
Ridgeway, OH  43345

Ridgewood Local
SUPERINTENDENT: Mike Masloski
E-MAIL: mike.masloski@omeresa.net
PHONE NUMBER: (740) 545-6354
301 S Oak St
West Lafayette, OH  43845

Ripley-union-lewis-huntington Local
SUPERINTENDENT: Jamie Wilkins
E-MAIL: james.wilkins@rulh.us
PHONE NUMBER: (937) 392-4396
502 S 2Nd St
Ripley, OH  45167

Rittman Exempted Village
SUPERINTENDENT: James Ritchie
E-MAIL: roc_ritchie@tccsa.net
PHONE NUMBER: (330) 927-7400
100 Saurer St
Rittman, OH  44270

River Valley Local
SUPERINTENDENT: Adam Wickham
E-MAIL: awickham@rvk12.org
PHONE NUMBER: (740) 725-5401
197 Brockelsby Road
Caledonia, OH  43314

River View Local
SUPERINTENDENT: Dalton Summers
E-MAIL: dalton.summers@rvbears.org
PHONE NUMBER: (740) 824-3521
26496 State Route 60
Warsaw, OH  43844

Riverdale Local
SUPERINTENDENT: Jeff Young
E-MAIL: jyoung@rdfalcons.net
PHONE NUMBER: (419) 694-4994
20613 State Route 37
Mt Blanchard, OH  45867

Riverside Local
SUPERINTENDENT: James Kalis
E-MAIL: james.kalis@riversideschools.net
PHONE NUMBER: (440) 352-0668
585 Riverside Dr
Painesville, OH  44077

Riverside Local
SUPERINTENDENT: James Kalis
E-MAIL: james.kalis@riversideschools.net
PHONE NUMBER: (937) 585-5981
2096 County Road 24 S
De Graff, OH  43318

Rock Hill Local
SUPERINTENDENT: Dave Hopper
E-MAIL: dhopper@rockhill.org
PHONE NUMBER: (740) 532-7030
2325A Co. Rd. 26
Ironton, OH  45638

Rocky River City
SUPERINTENDENT: Michael Shoaf
E-MAIL: shoaf.michael@rrcs.org
PHONE NUMBER: (440) 333-6000
1101 Morewood Pkwy
Rocky River, OH  44116

Rolling Hills Local
SUPERINTENDENT: Scott Golec
E-MAIL: scott.golec@rollinghills.k12.oh.us
PHONE NUMBER: (740) 432-6952
60851 Southgate Rd
Cambridge, OH  43725

Rootstown Local
SUPERINTENDENT: Andrew Hawkins
E-MAIL: hawkins@roversk12.org
PHONE NUMBER: (330) 325-9911
4140 State Route 44
Rootstown, OH  44272

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Ross Local
SUPERINTENDENT: Chad Konkle
E-MAIL: chad.konkle@rossrams.com
PHONE NUMBER: (513) 863-1253
3371 Hamilton Cleves Rd
Hamilton, OH  45013

Rossford Exempted Village
SUPERINTENDENT: Dan Creps
E-MAIL: dcreps@rossfordschools.org
PHONE NUMBER: (419) 666-2010
401 Glenwood Rd
Rossford, OH  43460

Ross-pike Esc
SUPERINTENDENT: Todd Burkitt
E-MAIL: tburkitt@rpesd.org
PHONE NUMBER: (740) 702-3120
475 Western Ave Ste E
Chillicothe, OH  45601

Russia Local
SUPERINTENDENT: Steven Rose
E-MAIL: srose@russiaschool.org
PHONE NUMBER: (937) 526-3156
100 School St
Russia, OH  45363

Salem City
SUPERINTENDENT: Sean Kirkland
E-MAIL: kirklands@salem.k12.oh.us
PHONE NUMBER: (330) 332-0316
1226 E State St
Salem, OH  44460

Sandusky City
SUPERINTENDENT: Eugene Sanders
E-MAIL: askdrsanders@scs-k12.net
PHONE NUMBER: (419) 626-6940
407 Decatur St
Sandusky, OH  44870

Sandy Valley Local
SUPERINTENDENT: David Fischer
E-MAIL: d.fischer@svlocal.org
PHONE NUMBER: (330) 866-3339
5362 State Route 183 Ne
Magnolia, OH  44643

Scioto County Career Technical Center
SUPERINTENDENT: Kyle Copley
E-MAIL: kyle.copley@sciototech.org
PHONE NUMBER: (740) 259-5522
951 Vern Riffe Dr
Lucasville, OH  45648

Scioto Valley Local
SUPERINTENDENT: Wes Hairston
E-MAIL: whairston@redstreaks.org
PHONE NUMBER: (740) 289-4456
1414 Piketon Rd
Piketon, OH  45661

Sebring Local
SUPERINTENDENT: Toni Viscounte
E-MAIL: tviscounte@sebring.k12.oh.us
PHONE NUMBER: (330) 938-6165
510 N 14Th St
Sebring, OH  44672

Seneca East Local
SUPERINTENDENT: Laura Kagy
E-MAIL: lkagy@se-tigers.com
PHONE NUMBER: (419) 426-7041
13343 E Us Highway 224
Attica, OH  44807

Shadyside Local
SUPERINTENDENT: John Haswell
E-MAIL: john.haswell@omeresa.net
PHONE NUMBER: (740) 676-3235
3890 Lincoln Ave
Shadyside, OH  43947

Shaker Heights City
SUPERINTENDENT: David Glasner
E-MAIL: glasner_d@shaker.org
PHONE NUMBER: (216) 295-1400
15600 Parkland Dr
Shaker Heights, OH  44120

Shawnee Local
SUPERINTENDENT: James Kanable
E-MAIL: james@limashawnee.com
PHONE NUMBER: (419) 998-8031
3255 Zurmehly Rd
Lima, OH  45806

Sheffield-sheffield Lake City
SUPERINTENDENT: Michael Cook
E-MAIL: mcook@sheffieldschools.org
PHONE NUMBER: (440) 949-6181
1824 Harris Rd
Sheffield Village, OH  44054

Shelby City
SUPERINTENDENT: Tim Tarvin
E-MAIL: tarvin.tim@shelbyk12.org
PHONE NUMBER: (419) 342-3520
25 High School Ave
Shelby, OH  44875

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Shelby County Esc
SUPERINTENDENT: Scott Howell
E-MAIL: showell@mresc.org
PHONE NUMBER: (937) 498-1354
129 E Court St
Sidney, OH  45365

Sidney City
SUPERINTENDENT: Bob Humble
E-MAIL: bob.humble@sidneycityschools.org
PHONE NUMBER: (937) 497-2200
750 S 4Th Ave
Sidney, OH  45365

Solon City
SUPERINTENDENT: Joseph Regano
E-MAIL: jregano@solonboe.org
PHONE NUMBER: (440) 248-1600
33800 Inwood Dr
Solon, OH  44139

South Central Local
SUPERINTENDENT: Ben Chaffee
E-MAIL: bchaffee@south-central.org
PHONE NUMBER: (419) 752-3815
3305 Greenwich Angling Rd
Greenwich, OH  44837

South Central Ohio Esc
SUPERINTENDENT: Sandy Mers
E-MAIL: sandy.mers@scoesc.org
PHONE NUMBER: (740) 354-7761
522 Glenwood Ave
New Boston, OH  45662

South Euclid-lyndhurst City
SUPERINTENDENT: Linda Reid
E-MAIL: reid@sel.k12.oh.us
PHONE NUMBER: (216) 691-2000
5044 Mayfield Rd
Lyndhurst, OH  44124

South Point Local
SUPERINTENDENT: Mark Christian
E-MAIL: mchristian@southpoint.k12.oh.us
PHONE NUMBER: (740) 377-4315
302 High St
South Point, OH  45680

South Range Local
SUPERINTENDENT: Dennis Dunham
E-MAIL: ddunham@southrange.org
PHONE NUMBER: (330) 549-5226
11300 Columbiana Canfield Rd S
Canfield, OH  44406

Southeast Local
SUPERINTENDENT: Robert Dunn
E-MAIL: rodunn@sepirates.org
PHONE NUMBER: (330) 654-5841
8245 Tallmadge Rd
Ravenna, OH  44266

Southeast Local
SUPERINTENDENT: Jon Ritchie
E-MAIL: soea_ritchie@tccsa.net
PHONE NUMBER: (330) 698-3001
9048 Dover Rd
Apple Creek, OH  44606

Southeastern Local
SUPERINTENDENT: Brian Justice
E-MAIL: justice@sepanthers.org
PHONE NUMBER: (740) 774-2003
2003 Lancaster Rd
Chillicothe, OH  45601

Southeastern Local
SUPERINTENDENT: Brian Justice
E-MAIL: justice@sepanthers.org
PHONE NUMBER: (888) 627-6745
226 Clifton Rd
South Charleston, OH  45368

Southern Hills
SUPERINTENDENT: Kevin Kratzer
E-MAIL: kevin.kratzer@shctc.us
PHONE NUMBER: (937) 378-6131
9193 Hamer Rd
Georgetown, OH  45121

Southern Local
SUPERINTENDENT: Scott Christman
E-MAIL: scott.christman@southernlocal.org
PHONE NUMBER: (740) 721-0520
10397 State Route 155 Se # 1
Corning, OH  43730

Southern Local
SUPERINTENDENT: Tom Cunningham
E-MAIL: thomas.cunningham@omeresa.net
PHONE NUMBER: (330) 679-2305
38095 State Route 39
Salineville, OH  43945

Southern Local
SUPERINTENDENT: Anthony Deem
E-MAIL: tony.deem@southernlocal.net
PHONE NUMBER: (740) 949-2669
920 Elm St
Racine, OH  45771

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Southern Ohio Esc
SUPERINTENDENT: Beth Justice
E-MAIL: bjustice@southernohioesc.org
PHONE NUMBER: (937) 382-6921
3321 Airborne Road
Wilmington, OH  45177

Southington Local
SUPERINTENDENT: Ricco Nero
E-MAIL: rocco.nero@southingtonlocal.org
PHONE NUMBER: (330) 898-7480
2482 State Route 534
Southington, OH  44470

Southwest Licking Local
SUPERINTENDENT: Robert Jennell
E-MAIL: rjennell@laca.org
PHONE NUMBER: (740) 927-3941
927-A South Street
Pataskala, OH  43062

Southwest Local
SUPERINTENDENT: John Hamstra
E-MAIL: john.hamstra@southwestschools.org
PHONE NUMBER: (513) 367-4139
230 S Elm St
Harrison, OH  45030

South-western City
SUPERINTENDENT: Bill Wise
E-MAIL: bill.wise@swcs.us
PHONE NUMBER: (614) 801-3000
3805 Marlane Dr
Grove City, OH  43123

Spencerville Local
SUPERINTENDENT: Dennis Fuge
E-MAIL: fuged@svbearcats.org
PHONE NUMBER: (419) 647-4111
600 School St
Spencerville, OH  45887

Springboro Community City
SUPERINTENDENT: Larry Hook
E-MAIL: lhook@springboro.org
PHONE NUMBER: (937) 748-3960
1685 S Main St
Springboro, OH  45066

Springfield City
SUPERINTENDENT: Robert Hill
E-MAIL: hill@scsdoh.org
PHONE NUMBER: (937) 505-2800
1500 W Jefferson St
Springfield, OH  45506

Springfield Local
SUPERINTENDENT: Matt Geha
E-MAIL: mattgeha@springfield-schools.org
PHONE NUMBER: (419) 867-5600
6900 Hall St
Holland, OH  43528

Springfield Local
SUPERINTENDENT: Chuck Sincere
E-MAIL: sp_sincere@springfieldspartans.org
PHONE NUMBER: (330) 798-1111
2410 Massillon Rd
Akron, OH  44312

Springfield Local
SUPERINTENDENT: Thomas Yazvac
E-MAIL: tyazvac@springfieldlocal.us
PHONE NUMBER: (330) 542-2929
11335 Youngstown Pittsburgh Rd
New Middletown, OH  44442

Springfield-clark County
SUPERINTENDENT: Michelle Patrick
E-MAIL: michellepatrick@scctc.org
PHONE NUMBER: (937) 325-7368
1901 Selma Rd
Springfield, OH  45505

St Bernard-elmwood Place City
SUPERINTENDENT: Mimi Webb
E-MAIL: mwebb@sbepschools.org
PHONE NUMBER: (513) 482-7121
105 Washington Ave
Saint Bernard, OH  45217

St Clairsville-richland City
SUPERINTENDENT: Walter Skaggs
E-MAIL: walt.skaggs@stcschools.com
PHONE NUMBER: (740) 695-1624
108 Woodrow Ave
Saint Clairsville, OH  43950

St Henry Consolidated Local
SUPERINTENDENT: Julie Garke
E-MAIL: garke.julie@sthenryschools.org
PHONE NUMBER: (419) 678-4834
391 E Columbus St
Saint Henry, OH  45883

St Marys City
SUPERINTENDENT: Bill Ruane
E-MAIL: bill.ruane@smriders.net
PHONE NUMBER: (419) 394-4312
2250 State Route 66 North
Saint Marys, OH  45885

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Stark County Area
SUPERINTENDENT: Daniel Murphy
E-MAIL: daniel.murphy@rgdrage.org
PHONE NUMBER: (330) 832-9856
2800 Richville Dr Se
Massillon, OH  44646

Stark County Esc
SUPERINTENDENT: Joe Chaddock
E-MAIL: joe.chaddock@email.sparcc.org
PHONE NUMBER: (330) 492-8136
2100 38Th St Nw
Canton, OH  44709

Steubenville City
SUPERINTENDENT: Melinda Young
E-MAIL: myoung@scsohio.org
PHONE NUMBER: (740) 283-3747
1400 Adams St
Steubenville, OH  43952

Stow-munroe Falls City School District
SUPERINTENDENT: Tom Bratten
E-MAIL: st_tbratten@smfcsd.org
PHONE NUMBER: (330) 689-5445
4350 Allen Rd
Stow, OH  44224

Strasburg-franklin Local
SUPERINTENDENT: Cindy Brown
E-MAIL: cindy.brown@strasburgtigers.org
PHONE NUMBER: (330) 878-5571
140 N Bodmer Ave
Strasburg, OH  44680

Streetsboro City
SUPERINTENDENT: Michael Daulbaugh
E-MAIL: mdaulbaugh@scsrockets.org
PHONE NUMBER: (330) 626-4900
9000 Kirby Ln
Streetsboro, OH  44241

Strongsville City
SUPERINTENDENT: Cameron Ryba
E-MAIL: cryba@scsmustangs.org
PHONE NUMBER: (440) 572-7000
13200 Pearl Rd
Strongsville, OH  44136

Struthers City
SUPERINTENDENT: Pete Pirone
E-MAIL: pete.pirone@struthcityschools.org
PHONE NUMBER: (330) 750-1061
99 Euclid Ave
Struthers, OH  44471

Stryker Local
SUPERINTENDENT: Nate Johnson
E-MAIL: njohnson@strykerpanthers.net
PHONE NUMBER: (419) 682-6961
400 S Defiance St
Stryker, OH  43557

Summit County Esc
SUPERINTENDENT: Joseph Iacano
E-MAIL: josephi@summitesc.org
PHONE NUMBER: (330) 945-5600
420 Washington Ave Ste 200
Cuyahoga Falls, OH  44221

Swanton Local
SUPERINTENDENT: Chris Lake
E-MAIL: chris.lake@swantonschools.org
PHONE NUMBER: (419) 826-7085
108 N Main St
Swanton, OH  43558

Switzerland Of Ohio Local
SUPERINTENDENT: Rob Caldwell
E-MAIL: rob.caldwell@omeresa.net
PHONE NUMBER: (740) 472-5801
304 Mill St
Woodsfield, OH  43793

Sycamore Community City
SUPERINTENDENT: Frank Forsthoefel
E-MAIL: forsthoefelf@sycamoreschools.org
PHONE NUMBER: (513) 686-1700
5959 Hagewa Dr
Blue Ash, OH  45242

Sylvania City
SUPERINTENDENT: Veronica Motley
E-MAIL: vmotley@sylvaniaschools.org
PHONE NUMBER: (419) 824-8501
4747 N Holland Sylvania Rd
Sylvania, OH  43560

Symmes Valley Local
SUPERINTENDENT: Greg Bowman
E-MAIL: greg.bowman@svlsd.com
PHONE NUMBER: (740) 643-2451
14778 State Route 141
Willow Wood, OH  45696

Talawanda City
SUPERINTENDENT: Ed Theroux
E-MAIL: therouxe@talawanda.org
PHONE NUMBER: (513) 273-3100
131 W Chestnut St
Oxford, OH  45056

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Tallmadge City
SUPERINTENDENT: Jeff Ferguson
E-MAIL: ferguson.jeff@tallmadgeschools.org
PHONE NUMBER: (330) 633-3291
486 East Ave
Tallmadge, OH  44278

Teays Valley Local
SUPERINTENDENT: Robin Halley
E-MAIL: rhalley@tvsd.us
PHONE NUMBER: (740) 983-5000
385 Viking Way
Ashville, OH  43103

Tecumseh Local
SUPERINTENDENT: Paula Crew
E-MAIL: paula.crew@tecumsehlocal.org
PHONE NUMBER: (937) 845-3576
9760 W National Rd
New Carlisle, OH  45344

Three Rivers Local
SUPERINTENDENT: Mark Ault
E-MAIL: mault@trlsd.org
PHONE NUMBER: (513) 941-6400
401 N Miami Ave
Cleves, OH 45002

Tiffin City
SUPERINTENDENT: Robert Boes
E-MAIL: robert_boes@tiffincityschools.org
PHONE NUMBER: (419) 447-2515
244 S Monroe St
Tiffin, OH 44883

Tipp City Exempted Village
SUPERINTENDENT: Gretta Kumpf
E-MAIL: gkumpf@tippcity.k12.oh.us
PHONE NUMBER: (937) 667-8444
90 S Tippecanoe Dr
Tipp City, OH  45371

Toledo City
SUPERINTENDENT: Romules Durant
E-MAIL: rdurant@tps.org
PHONE NUMBER: (419) 671-8282
420 E Manhattan Blvd
Toledo, OH  43608

Tolles Career & Technical Center
SUPERINTENDENT: Emmy Beeson
E-MAIL: ebeeson@tollestech.com
PHONE NUMBER: (614) 873-4666
7877 Us Highway 42 S
Plain City, OH  43064

Toronto City
SUPERINTENDENT: Maureen Taggart
E-MAIL: maureen.taggart@omeresa.net
PHONE NUMBER: (740) 537-2456
1307 Dennis Way
Toronto, OH  43964

Triad Local
SUPERINTENDENT: Vickie Hoffman
E-MAIL: hoffmanv@triadk12.org
PHONE NUMBER: (937) 826-4961
7920 Brush Lake Road
North Lewisburg, OH  43060

Tri-county Career Center
SUPERINTENDENT: Connie Altier
E-MAIL: caltier@tricountyhightech.com
PHONE NUMBER: (740) 753-3511
15676 State Route 691
Nelsonville, OH  45764

Tri-county Esc
SUPERINTENDENT: James Ritchie
E-MAIL: roc_ritchie@tccsa.net
PHONE NUMBER: (330) 345-6771
741 Winkler Dr
Wooster, OH  44691

Tri-county North Local
SUPERINTENDENT: William Derringer
E-MAIL: bill.derringer@tcnschools.org
PHONE NUMBER: (937) 962-2671
436 N Commerce St
Lewisburg, OH  45338

Trimble Local
SUPERINTENDENT: John Hurd
E-MAIL: john.hurd@trimblelocalschools.org
PHONE NUMBER: (740) 767-4444
1 Tomcat Dr
Glouster, OH  45732

Tri-rivers
SUPERINTENDENT: Charles Speelman
E-MAIL: cspeelman@tririvers.com
PHONE NUMBER: (740) 389-4681
2222 Marion Mount Gilead Rd
Marion, OH  43302

Tri-valley Local
SUPERINTENDENT: Mark Neal
E-MAIL: mneal@tvschools.org
PHONE NUMBER: (740) 754-1442
36 E Muskingum Ave
Dresden, OH  43821

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Tri-village Local
SUPERINTENDENT: Josh Sagester
E-MAIL: josh_sagester@tri-village.k12.oh.us
PHONE NUMBER: (937) 996-6261
315 S Main St
New Madison, OH 45346

Triway Local
SUPERINTENDENT: Nate Schindewolf
E-MAIL: trwy_schinde@tccsa.net
PHONE NUMBER: (330) 264-9491
3205 Shreve Rd
Wooster, OH 44691

Trotwood-madison City
SUPERINTENDENT: Marlon Howard
E-MAIL: marlonhoward@trotwood.k12.oh.us
PHONE NUMBER: (937) 854-3050
3594 N Snyder Rd
Trotwood, OH 45426

Troy City
SUPERINTENDENT: Chris Piper
E-MAIL: piper-c@troy.k12.oh.us
PHONE NUMBER: (937) 332-6700
500 N Market St
Troy, OH 45373

Trumbull Career & Tech Ctr
SUPERINTENDENT: Jason Gray
E-MAIL: jason.gray@tctchome.com
PHONE NUMBER: (330) 847-0503
528 Educational Hwy Nw
Warren, OH 44483

Trumbull County Esc
SUPERINTENDENT: Michael Hanshaw
E-MAIL: michael.hanshaw@trumbullesc.org
PHONE NUMBER: (330) 505-2800
6000 Youngstown Warren Rd
Niles, OH 44446

Tuscarawas Valley Local
SUPERINTENDENT: Mark Murphy
E-MAIL: mark.murphy@tvtrojans.org
PHONE NUMBER: (330) 859-2213
2637 Tuscarawas Valley Rd Ne
Zoarville, OH 44656

Tuslaw Local
SUPERINTENDENT: Melissa Marconi
E-MAIL: mmarconi@tuslawschools.org
PHONE NUMBER: (330) 837-7813
1835 Manchester Ave Nw
Massillon, OH 44647

Twin Valley Community Local
SUPERINTENDENT: Scott Cottingim
E-MAIL: scottingim@tvs.k12.oh.us
PHONE NUMBER: (937) 839-4688
100 Education Dr
West Alexandria, OH 45381

Twinsburg City
SUPERINTENDENT: Kathryn Powers
E-MAIL: kpowers@twinsburgcsd.org
PHONE NUMBER: (330) 486-2000
11136 Ravenna Rd
Twinsburg, OH 44087

U S Grant
SUPERINTENDENT: Mike Parry
E-MAIL: mike.parry@grantcareer.com
PHONE NUMBER: (513) 734-6222
718 W Plane St
Bethel, OH 45106

Union Local
SUPERINTENDENT: Ben Porter
E-MAIL: bporter@ulschools.com
PHONE NUMBER: (740) 782-1978
66779 Belmont Morristown Rd
Belmont, OH 43718

Union-scioto Local
SUPERINTENDENT: Matt Thornsberry
E-MAIL: mthornsberry@gotanks.org
PHONE NUMBER: (740) 773-4102
1565 Egypt Pike
Chillicothe, OH 45601

United Local
SUPERINTENDENT: Lance Hostetler
E-MAIL: lance.hostetler@united.k12.oh.us
PHONE NUMBER: (330) 223-1521
8143 State Route 9
Hanoverton, OH 44423

Upper Arlington City
SUPERINTENDENT: Paul Imhoff
E-MAIL: pimhoff@uaschools.org
PHONE NUMBER: (614) 487-5000
1950 N Mallway Dr
Upper Arlington, OH 43221

Upper Sandusky Exempted Village
SUPERINTENDENT: Laurie Vent
E-MAIL: laurie_v@usevs.org
PHONE NUMBER: (419) 294-2307
800 N Sandusky Ave
Upper Sandusky, OH 43351

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Upper Scioto Valley Local
SUPERINTENDENT: Craig Hurley
E-MAIL: churley@usvschools.org
PHONE NUMBER: (419) 757-3231
510 S Courtright St
Mcguffey, OH  45859

Upper Valley Career Center
SUPERINTENDENT: Nancy Luce
E-MAIL: lucen@uppervalleycc.org
PHONE NUMBER: (937) 778-1980
8811 Career Dr
Piqua, OH  45356

Urbana City
SUPERINTENDENT: Charles Thiel
E-MAIL: charles.thiel@urbanacityschools.org
PHONE NUMBER: (937) 653-1402
711 Wood St
Urbana, OH  43078

Valley Local
SUPERINTENDENT: Scott Rolfe
E-MAIL: scott.rolfe@valleyls.org
PHONE NUMBER: (740) 259-3115
1821 State Route 728
Lucasville, OH  45648

Valley Stem+me2 Academy
SUPERINTENDENT: Mara Banfield
E-MAIL: mara.banfield@mahoningctc.com
PHONE NUMBER: (877) 644-6338
100 Debartolo Pl
Youngstown, OH  44512

Valley View Local
SUPERINTENDENT: Ben Richards
E-MAIL: ben.richards@valleyview.k12.oh.us
PHONE NUMBER: (937) 855-6581
59 Peffley St
Germantown, OH  45327

Van Buren Local
SUPERINTENDENT: Brian Blum
E-MAIL: bblum@vbschools.net
PHONE NUMBER: (419) 299-3578
217 S Main St
Van Buren, OH  45889

Van Wert City
SUPERINTENDENT: Vicki Brunn
E-MAIL: v_brunn@vwcs.net
PHONE NUMBER: (419) 238-0648
205 W Crawford St
Van Wert, OH  45891

Vandalia-butler City
SUPERINTENDENT: Robert Oleary
E-MAIL: robert.oleary@vbcsd.com
PHONE NUMBER: (937) 415-6400
306 S Dixie Dr
Vandalia, OH  45377

Vanguard-sentinel Career & Technology Centers
SUPERINTENDENT: Greg Edinger
E-MAIL: gedinger@vsctc.org
PHONE NUMBER: (419) 332-2626
1306 Cedar St
Fremont, OH  43420

Vanlue Local
SUPERINTENDENT: Traci Conley
E-MAIL: tconley@vanlueschool.org
PHONE NUMBER: (419) 387-7724
301 S East St
Vanlue, OH  45890

Vantage Career Center
SUPERINTENDENT: Rick Turner
E-MAIL: turner.r@vantagecareercenter.com
PHONE NUMBER: (419) 238-5411
818 N Franklin St
Van Wert, OH  45891

Vermilion Local
SUPERINTENDENT: Phil Pempin
E-MAIL: superintendent@vermilionschools.org
PHONE NUMBER: (440) 204-1700
1250 Sanford St
Vermilion, OH  44089

Versailles Exempted Village
SUPERINTENDENT: Aaron Moran
E-MAIL: aaron.moran@vtigers.org
PHONE NUMBER: (937) 526-4773
459 S Center St
Versailles, OH  45380

Vinton County Local
SUPERINTENDENT: Rick Brooks
E-MAIL: rick.brooks@vc-k12.us
PHONE NUMBER: (740) 596-5218
307 W High St
Mc Arthur, OH  45651

Wadsworth City
SUPERINTENDENT: Andrew Hill
E-MAIL: ahill@wadsworthschools.org
PHONE NUMBER: (330) 336-3571
524 Broad St
Wadsworth, OH  44281

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Walnut Township Local
SUPERINTENDENT: Randall Cotner
E-MAIL: rcotner@walnuttsd.org
PHONE NUMBER: (740) 467-2802
11850 Lancaster St
Millersport, OH  43046

Wapakoneta City
SUPERINTENDENT: Aaron Rex
E-MAIL: rexaa@wapak.org
PHONE NUMBER: (419) 739-2900
1102 Gardenia Dr
Wapakoneta, OH  45895

Warren City
SUPERINTENDENT: Steve Chiaro
E-MAIL: steve.chiaro@neomin.org
PHONE NUMBER: (330) 841-2321
105 High Street
Warren, OH  44481

Warren County Esc
SUPERINTENDENT: Tom Isaacs
E-MAIL: tom.isaacs@warrencountyesc.com
PHONE NUMBER: (513) 695-2900
1879 Deerfield Rd
Lebanon, OH  45036

Warren County Vocational School
SUPERINTENDENT: Rick Smith
E-MAIL: rick.smith@mywccc.org
PHONE NUMBER: (513) 932-5677
3525 N State Route 48
Lebanon, OH  45036

Warren Local
SUPERINTENDENT: Kyle Newton
E-MAIL: kyle.newton@warrenlocal.org
PHONE NUMBER: (740) 678-2366
220 Sweetapple Rd
Vincent, OH  45784

Warrensville Heights City
SUPERINTENDENT: Donald Jolly
E-MAIL: donald.jolly@whcsd.org
PHONE NUMBER: (216) 295-7710
4500 Warrensville Center Rd
Warrensville Heights, OH  44128

Washington County Career Center
SUPERINTENDENT: Dennis Blatt
E-MAIL: dblatt@thecareercenter.net
PHONE NUMBER: (740) 373-2766
21740 State Route 676
Marietta, OH  45750

Washington Court House City
SUPERINTENDENT: Tom Bailey
E-MAIL: tom.bailey@wchcs.org
PHONE NUMBER: (740) 335-6620
306 Highland Ave
Washington Court Hou, OH  43160

Washington Local
SUPERINTENDENT: Kadee Anstadt
E-MAIL: kanstadt@wls4kids.org
PHONE NUMBER: (419) 473-8220
3505 W Lincolnshire Blvd
Toledo, OH 43606

Washington-nile Local
SUPERINTENDENT: Tony Bazler
E-MAIL: tony.bazler@westsenators.org
PHONE NUMBER: (740) 858-1111
15332 Us Highway 52
West Portsmouth, OH  45663

Waterloo Local
SUPERINTENDENT: Shawn Braman
E-MAIL: sbraman@waterloovikings.org
PHONE NUMBER: (330) 947-2664
1464 Industry Rd
Atwater, OH  44201

Wauseon Exempted Village
SUPERINTENDENT: Troy Armstrong
E-MAIL: tarmstrong@wauseonindians.org
PHONE NUMBER: (419) 335-6616
126 S Fulton St
Wauseon, OH  43567

Waverly City
SUPERINTENDENT: Edward Dickens
E-MAIL: edward.dickens@waverlytigers.net
PHONE NUMBER: (740) 947-4770
1 Tiger Dr
Waverly, OH  45690

Wayne County Jvsd
SUPERINTENDENT: Kip Crain
E-MAIL: kcrain@wcscc.org
PHONE NUMBER: (330) 669-7000
518 W Prospect St
Smithville, OH  44677

Wayne Local
SUPERINTENDENT: Patrick Dubbs
E-MAIL: pdubbs@wayne-local.com
PHONE NUMBER: (513) 897-6971
659 Dayton Rd
Waynesville, OH  45068

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Wayne Trace Local
SUPERINTENDENT: Benjamin Winans
E-MAIL: winansb@wt.k12.oh.us
PHONE NUMBER: (419) 622-5171
4915 Us Route 127
Haviland, OH  45851

Waynesfield-goshen Local
SUPERINTENDENT: Chris Pfister
E-MAIL: pfisterc@wgschools.org
PHONE NUMBER: (419) 568-9100
500 N Westminster St
Waynesfield, OH  45896

Weathersfield Local
SUPERINTENDENT: Damon Dohar
E-MAIL: dohardam@weathersfield.k12.oh.us
PHONE NUMBER: (330) 652-0287
1334 Seaborn St
Mineral Ridge, OH  44440

Wellington Exempted Village
SUPERINTENDENT: Edward Weber
E-MAIL: eweber@wellington.k12.oh.us
PHONE NUMBER: (440) 647-7400
305 Union Street
Wellington, OH  44090

Wellston City
SUPERINTENDENT: Karen Boch
E-MAIL: kboch@wcs.k12.oh.us
PHONE NUMBER: (740) 384-2152
1 E Broadway St
Wellston, OH  45692

Wellsville Local
SUPERINTENDENT: Richard Bereschik
E-MAIL: rbereschik@wellsville.k12.oh.us
PHONE NUMBER: (330) 532-2643
929 Center St
Wellsville, OH  43968

West Branch Local
SUPERINTENDENT: Timothy Saxton
E-MAIL: timothy.saxton@wbwarriors.org
PHONE NUMBER: (330) 938-9324
14277 S Main St
Beloit, OH  44609

West Carrollton City
SUPERINTENDENT: Andrea Townsend
E-MAIL: atownsend@wcsd.k12.oh.us
PHONE NUMBER: (937) 859-5121
430 E Pease Ave
West Carrollton, OH  45449

West Clermont Local
SUPERINTENDENT: Natasha Adams
E-MAIL: adams_n@westcler.org
PHONE NUMBER: (513) 943-5000
4350 Aicholtz Rd
Cincinnati, OH  45245

West Geauga Local
SUPERINTENDENT: Rich Markwardt
E-MAIL: richard.markwardt@westg.org
PHONE NUMBER: (440) 729-5900
8615 Cedar Rd
Chesterland, OH  44026

West Holmes Local
SUPERINTENDENT: Bill Sterling
E-MAIL: bsterling@westholmes.org
PHONE NUMBER: (330) 674-3546
28 W Jackson St
Millersburg, OH  44654

West Liberty-salem Local
SUPERINTENDENT: Kraig Hissong
E-MAIL: khissong@wlstigers.org
PHONE NUMBER: (937) 465-1075
7208 Us Highway 68 N
West Liberty, OH  43357

West Muskingum Local
SUPERINTENDENT: Chad Shawger
E-MAIL: cshawger@laca.org
PHONE NUMBER: (740) 455-4052
4880 West Pike
Zanesville, OH  43701

Western Brown Local
SUPERINTENDENT: Raegan White
E-MAIL: Raegan.white@wbbroncos.com
PHONE NUMBER: (937) 444-2044
524 W Main St
Mount Orab, OH  45154

Western Buckeye Esc
SUPERINTENDENT: David Bagley
E-MAIL: dbagley@wbesc.org
PHONE NUMBER: (419) 399-4711
202 N Cherry St
Paulding, OH  45879

Western Local
SUPERINTENDENT: Brock Brewster
E-MAIL: bbrewster@westernlocalschools.com
PHONE NUMBER: (740) 493-3113
7959 State Route 124
Latham, OH  45646

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Western Reserve Local
SUPERINTENDENT: Doug Mcglynn
E-MAIL: dmcglynn@wrls.k12.oh.us
PHONE NUMBER: (330) 547-4100
13850 W Akron Canfield Rd
Berlin Center, OH  44401

Western Reserve Local
SUPERINTENDENT: Rodge Wilson
E-MAIL: rwilson@western-reserve.org
PHONE NUMBER: (419) 660-8508
3765 Us Rt 20
Collins, OH 44826

Westerville City
SUPERINTENDENT: John Kellogg
E-MAIL: KelloggJ@wcsoh.org
PHONE NUMBER: (614) 797-5700
936 Eastwind Dr Ste 200
Westerville, OH 43081

Westfall Local
SUPERINTENDENT: Jeff Sheets
E-MAIL: jeff.sheets@westfallschools.com
PHONE NUMBER: (740) 986-3671
19463 Pherson Pike
Williamsport, OH 43164

Westlake City
SUPERINTENDENT: Scott Goggin
E-MAIL: goggin@wlake.org
PHONE NUMBER: (440) 871-7300
24525 Hilliard Blvd.
Westlake, OH 44145

Wheelersburg Local
SUPERINTENDENT: Mark Knapp
E-MAIL: mark.knapp@wheelersburg.net
PHONE NUMBER: (740) 574-8484
620 Center St
Wheelersburg, OH 45694

Whitehall City
SUPERINTENDENT: Brian Hamler
E-MAIL: hamlerb@wcsrams.org
PHONE NUMBER: (614) 417-5000
625 S Yearling Rd
Whitehall, OH 43213

Wickliffe City
SUPERINTENDENT: Joseph Spiccia
E-MAIL: joseph.spiccia@wickliffeschools.org
PHONE NUMBER: (440) 943-6900
2221 Rockefeller Rd
Wickliffe, OH 44092

Willard City
SUPERINTENDENT: Jeff Ritz
E-MAIL: ritz.jeff@willardschools.org
PHONE NUMBER: (419) 935-1541
110 S Myrtle Ave
Willard, OH 44890

Williamsburg Local
SUPERINTENDENT: Matt Earley
E-MAIL: earley_m@burgschools.org
PHONE NUMBER: (513) 724-2211
549A W Main St
Williamsburg, OH 45176

Willoughby-eastlake City
SUPERINTENDENT: Steve Thompson
E-MAIL: steve.thompson@weschools.org
PHONE NUMBER: (440) 946-5000
37047 Ridge Rd
Willoughby, OH 44094

Wilmington City
SUPERINTENDENT: Melinda Stewart
E-MAIL: melinda.mccarty-
stewart@wilmington.k12.oh.us
PHONE NUMBER: (937) 382-1641
341 S Nelson Ave
Wilmington, OH 45177

Windham Exempted Village
SUPERINTENDENT: Aireane Curtis
E-MAIL: acurtis@windham-schools.org
PHONE NUMBER: (330) 326-2711
9530 Bauer Ave
Windham, OH 44288

Winton Woods City
SUPERINTENDENT: Anthony Smith
E-MAIL: smith.anthony@wintonwoods.org
PHONE NUMBER: (513) 619-2300
1215 W Kemper Rd
Cincinnati, OH 45240

Wolf Creek Local
SUPERINTENDENT: Douglas Baldwin
E-MAIL: doug.baldwin@wolfcreeklocal.org
PHONE NUMBER: (740) 984-2373
330 Main St
Waterford, OH 45786

Wood County Esc
SUPERINTENDENT: Mark North
E-MAIL: mnorth@wcesc.org
PHONE NUMBER: (419) 354-9010
1867 North Research Drive

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Bowling Green, OH  43402

Woodmore Local
SUPERINTENDENT: Tim Rettig
E-MAIL: trettig@woodmoreschools.com
PHONE NUMBER: (419) 862-1060
349 Rice St
Elmore, OH  43416

Woodridge Local
SUPERINTENDENT: Walter Davis
E-MAIL: wdavis@woodridge.k12.oh.us
PHONE NUMBER: (330) 928-9074
4411 Quick Rd
Peninsula, OH  44264

Wooster City
SUPERINTENDENT: Michael Tefs
E-MAIL: wstr_mtefs@woostercityschools.org
PHONE NUMBER: (330) 988-1111
144 N Market St
Wooster, OH  44691

Worthington City
SUPERINTENDENT: Trent Bowers
E-MAIL: tbowers@wscloud.org
PHONE NUMBER: (614) 450-6000
200 E Wilson Bridge Rd
Worthington, OH  43085

Wynford Local
SUPERINTENDENT: Fred Fox
E-MAIL: fox.fred@wynfordroyals.org
PHONE NUMBER: (419) 562-7828
3288 Holmes Center Rd
Bucyrus, OH  44820

Wyoming City
SUPERINTENDENT: Tim Weber
E-MAIL: webert@wyomingcityschools.org
PHONE NUMBER: (513) 206-7000
420 Springfield Pike
Wyoming, OH  45215

Xenia Community City
SUPERINTENDENT: Gabriel Lofton
E-MAIL: glofton@xeniaschools.org
PHONE NUMBER: (937) 376-2961
819 Colorado Dr
Xenia, OH  45385

Yellow Springs Exempted Village
SUPERINTENDENT: Terri Holden
E-MAIL: tholden@ysschools.org
PHONE NUMBER: (937) 767-7381
201 S Walnut St

Yellow Springs, OH  45387

Youngstown City Schools
SUPERINTENDENT: Joseph Meranto
E-MAIL: joseph.meranto@youngstown.k12.oh.us
PHONE NUMBER: (330) 744-6915
20 W Wood St
Youngstown, OH  44503

Zane Trace Local
SUPERINTENDENT: Jerry Mowery
E-MAIL: jmowery@ztlsd.org
PHONE NUMBER: (740) 775-1355
946 State Route 180
Chillicothe, OH  45601

Zanesville City
SUPERINTENDENT: Doug Baker
E-MAIL: baker@zanesville.k12.oh.us
PHONE NUMBER: (740) 454-9751
160 N 4Th St
Zanesville, OH  43701

Achille
SUPERINTENDENT: Rick Beene
E-MAIL: rbeene@achilleisd.org
PHONE NUMBER: (580) 283-3775
101 N 5Th Ave
Achille, OK  74720

Ada
SUPERINTENDENT: Mike Anderson
E-MAIL: andersonm@adapss.com
PHONE NUMBER: (580) 310-7200
324 W  20Th
Ada, OK  74821

Adair
SUPERINTENDENT: Mark Lippe
E-MAIL: mlippe@adairschools.org
PHONE NUMBER: (918) 785-2424
202 Se 1St St
Adair, OK  74330

Afton
SUPERINTENDENT: Randy Gardner
E-MAIL: rgardner@aftonschools.net
PHONE NUMBER: (918) 257-8303
410 S  Main
Afton, OK  74331

Agra
SUPERINTENDENT: Jeff Kelly
E-MAIL: jkelly@agra.k12.ok.us
PHONE NUMBER: (918) 375-2261
112 South Main

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Agra, OK  74824

Alex
SUPERINTENDENT: Jason James
E-MAIL: jjames@alex.k12.ok.us
PHONE NUMBER: (405) 785-2605
209 South 2Nd Street
Alex, OK  73002

Aline-cleo
SUPERINTENDENT: Barry Nault
E-MAIL: bnault@alinecleo.k12.ok.us
PHONE NUMBER: (580) 463-2255
301 East Ash
Aline, OK  73716

Allen
SUPERINTENDENT: Jeff Hiatt
E-MAIL: jhiatt@allenmustangs.org
PHONE NUMBER: (580) 857-2417
110 N  Richmond Ave
Allen, OK  74825

Allen-bowden
SUPERINTENDENT: Kenny Mason
E-MAIL: kmason@allenbowden.org
PHONE NUMBER: (918) 224-4440
7049 Frankoma Road
Tulsa, OK  74131

Altus
SUPERINTENDENT: Roe Worbes
E-MAIL: rworbes@altusps.com
PHONE NUMBER: (580) 481-2100
219 N  Lee
Altus, OK  73521

Alva
SUPERINTENDENT: Tim Argo
E-MAIL: tbargo@alvaschools.net
PHONE NUMBER: (580) 327-4823
418 Flynn Street
Alva, OK  73717

Amber-pocasset
SUPERINTENDENT: Jerime Parker
E-MAIL: jparker@amposchools.org
PHONE NUMBER: (405) 224-5768
401 East Main Street
Amber, OK  73004

Anadarko
SUPERINTENDENT: Jerry Mccormick
E-MAIL: jmccormick@apswarriors.com
PHONE NUMBER: (405) 247-6605
1400 South Mission Street

Anadarko, OK  73005

Anderson
SUPERINTENDENT: Kevin Younger
E-MAIL: kyounger@andersontrojans.org
PHONE NUMBER: (918) 245-0289
2195 Anderson Road
Sand Springs, OK  74063

Antlers
SUPERINTENDENT: Bryan Mcnutt
E-MAIL: bmcnutt@antlers.k12.ok.us
PHONE NUMBER: (580) 298-5504
219 Northeast A Street
Antlers, OK  74523

Arapaho-butler
SUPERINTENDENT: Jay Edelen
E-MAIL: jedelen@arapaho.k12.ok.us
PHONE NUMBER: (580) 323-3262
214 N  12Th Street
Arapaho, OK  73620

Ardmore
SUPERINTENDENT: Kim Holland
E-MAIL: kholland@ardmoreschools.org
PHONE NUMBER: (580) 226-7650
800 M Street Ne
Ardmore, OK  73401

Arkoma
SUPERINTENDENT: Cyal Walden
E-MAIL: cwalden@arkoma.k12.ok.us
PHONE NUMBER: (918) 875-3351
100 Blocker Street
Arkoma, OK  74901

Arnett
SUPERINTENDENT: Tracy Kincannon
E-MAIL: tkincannon@arnett.k12.ok.us
PHONE NUMBER: (580) 885-7811
103 W  Haskell
Arnett, OK  73832

Asher
SUPERINTENDENT: Terry Grissom
E-MAIL: terryg@asher.k12.ok.us
PHONE NUMBER: (405) 784-2331
201 South Division
Asher, OK  74826

Atoka
SUPERINTENDENT: Jay Mcadams
E-MAIL: jmc@atoka.org
PHONE NUMBER: (580) 889-6611
801 Greathouse Drive

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Atoka, OK  74525

Autry Technology Center
SUPERINTENDENT: Brady Mccullough
E-MAIL: bmccullough@autrytech.edu
PHONE NUMBER: (580) 242-2750
1201 W Willow Rd
Enid, OK  73703

Avant
SUPERINTENDENT: Cindi Hemm
E-MAIL: chemm@avant.k12.ok.us
PHONE NUMBER: (918) 263-2135
145 Cherokee Ave
Avant, OK  74001

Balko
SUPERINTENDENT: Roger Mendell
E-MAIL: rmendell@balko.k12.ok.us
PHONE NUMBER: (580) 646-3385
Rural Route 1  # 37
Balko, OK  73931

Banner
SUPERINTENDENT: Michael Prior
E-MAIL: mprior@banner.k12.ok.us
PHONE NUMBER: (405) 262-0598
2455 North Banner Road
El Reno, OK  73036

Barnsdall
SUPERINTENDENT: Jeff Lay
E-MAIL: jlay@barnsdallschools.org
PHONE NUMBER: (918) 847-2271
200 S 8Th Street
Barnsdall, OK  74002

Bartlesville
SUPERINTENDENT: Chuck Mccauley
E-MAIL: mccauleycr@bps-ok.org
PHONE NUMBER: (918) 336-8600
1100 Sw Jennings
Bartlesville, OK  74003

Battiest
SUPERINTENDENT: Tommy Turner
E-MAIL: Superintendent@battiest.k12.ok.us
PHONE NUMBER: (580) 241-7810
5635 Unit E Battiest Pickens
Broken Bow, OK  74728

Bearden
SUPERINTENDENT: Danielle Deere
E-MAIL: ddeere@bearden.k12.ok.us
PHONE NUMBER: (918) 623-0156
372006 Hwy 48

Okemah, OK  74859

Beaver
SUPERINTENDENT: Scott Kinsey
E-MAIL: skinsey@beaver.k12.ok.us
PHONE NUMBER: (580) 625-3444
807 Avenue G
Beaver, OK  73932

Beggs
SUPERINTENDENT: Shawn Tennyson
E-MAIL: stennyson@beggs.k12.ok.us
PHONE NUMBER: (918) 267-3628
1201 West Ninth Street
Beggs, OK  74421

Belfonte
SUPERINTENDENT: Paul Pinkerton
E-MAIL: ppinkerton@belfonte.k12.ok.us
PHONE NUMBER: (918) 427-3522
475751 State Highway 101
Muldrow, OK  74948

Bennington
SUPERINTENDENT: Pamela Reynolds
E-MAIL: preynolds@benningtonisd.org
PHONE NUMBER: (580) 847-2310
729 North Perry Street
Bennington, OK  74723

Berryhill
SUPERINTENDENT: Mike Campbell
E-MAIL: mike.campbell@berryhillschools.org
PHONE NUMBER: (918) 446-1966
3128 South 63Rd West Avenue
Tulsa, OK  74107

Bethany
SUPERINTENDENT: Drew Eichelberger
E-MAIL: deichelberger@bethanyschools.com
PHONE NUMBER: (405) 789-3801
6721 Northwest 42Nd Street
Bethany, OK  73008

Bethel
SUPERINTENDENT: Tod Harrison
E-MAIL: harrisont@bethel.k12.ok.us
PHONE NUMBER: (405) 273-0385
36000 Clear Pond Road
Shawnee, OK  74801

Big Pasture
SUPERINTENDENT: Nora Curry
E-MAIL: ncurry@bigpasture.org
PHONE NUMBER: (580) 281-3831
1502 N  10Th St

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Randlett, OK  73562

Billings
SUPERINTENDENT: Cory Sauser
E-MAIL: csauser@billings.k12.ok.us
PHONE NUMBER: (580) 725-3213
311 North Central
Billings, OK  74630

Binger-oney
SUPERINTENDENT: Rex Trent
E-MAIL: rtrent@binger-oney.k12.ok.us
PHONE NUMBER: (405) 656-2304
323 South Apache Ave
Binger, OK 73009

Bishop
SUPERINTENDENT: Howard Hampton
E-MAIL: hamptonh@bishop.k12.ok.us
PHONE NUMBER: (580) 353-4870
2204 Sw Bishop Road
Lawton, OK  73505

Bixby
SUPERINTENDENT: Rob Miller
E-MAIL: rmiller@bixbyps.org
PHONE NUMBER: (918) 366-2200
109 North Armstrong Street
Bixby, OK  74008

Blackwell
SUPERINTENDENT: Rod Reese
E-MAIL: rreese@blackwell.k12.ok.us
PHONE NUMBER: (580) 363-2570
201 East Blackwell Avenue
Blackwell, OK  74631

Blair
SUPERINTENDENT: Jimmy Smith
E-MAIL: jsmith@blairschool.org
PHONE NUMBER: (580) 563-2632
610 Zinn Street
Blair, OK  73526

Blanchard
SUPERINTENDENT: Brady Barnes
E-MAIL: bbarnes@blanchard.k12.ok.us
PHONE NUMBER: (405) 485-3391
211 North Tyler Avenue
Blanchard, OK  73010

Bluejacket
SUPERINTENDENT: Shellie Baker
E-MAIL: sbaker@bluejacket.k12.ok.us
PHONE NUMBER: (918) 784-2365
276 Se 3Rd St

Bluejacket, OK  74333

Boise City
SUPERINTENDENT: Bob Cochran
E-MAIL: bob.cochran@bcpsd.org
PHONE NUMBER: (580) 544-3110
700 Se First Street
Boise City, OK  73933

Bokoshe
SUPERINTENDENT: Diana Hames
E-MAIL: dhames@bokoshe.k12.ok.us
PHONE NUMBER: (918) 969-2341
30201 Chickasaw Street
Bokoshe, OK  74930

Boone-apache
SUPERINTENDENT: Don Schneberger
E-MAIL: dschneberger@apacheps.org
PHONE NUMBER: (580) 588-3369
522 East Floyd Street
Apache, OK  73006

Boswell
SUPERINTENDENT: Keith Edge
E-MAIL: kedge@boswellschools.org
PHONE NUMBER: (580) 566-2558
604 N  7Th St
Boswell, OK  74727

Bowlegs
SUPERINTENDENT: Tommy Eaton
E-MAIL: teaton@bowlegs.k12.ok.us
PHONE NUMBER: (405) 398-4172
100 Bison Dr
Bowlegs, OK  74830

Bowring
SUPERINTENDENT: Nicole Hinkle
E-MAIL: nhinkle@bowringps.k12.ok.us
PHONE NUMBER: (918) 336-6892
87 County Road 3304
Pawhuska, OK  74056

Braggs
SUPERINTENDENT: John Pinkston
E-MAIL: jpinkston@braggsschool.com
PHONE NUMBER: (918) 487-5265
300 Madden Ave
Braggs, OK  74423

Bray-doyle
SUPERINTENDENT: David Eads
E-MAIL: d.eads@braydoyle.k12.ok.us
PHONE NUMBER: (580) 658-5076
1205 South Brooks Road

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Marlow, OK  73055

Bridge Creek
SUPERINTENDENT: David Morrow
E-MAIL: dmorrow@bridgecreek.k12.ok.us
PHONE NUMBER: (405) 387-4880
2209 East Sooner Road
Blanchard, OK  73010

Briggs
SUPERINTENDENT: Stephen Haynes
E-MAIL: shaynes@briggs.k12.ok.us
PHONE NUMBER: (918) 456-4221
17210 South 569 Road
Tahlequah, OK  74464

Bristow
SUPERINTENDENT: Curtis Shelton
E-MAIL: cshelton@bristow.k12.ok.us
PHONE NUMBER: (918) 367-5555
420 North Main
Bristow, OK  74010

Broken Arrow
SUPERINTENDENT: Janet Dunlop
E-MAIL: jcdunlop@baschools.org
PHONE NUMBER: (918) 259-5700
701 South Main Street
Broken Arrow, OK  74012

Broken Bow
SUPERINTENDENT: Carla Ellisor
E-MAIL: cjellisor@bbisd.org
PHONE NUMBER: (580) 584-3306
108 West Fifth Street
Broken Bow, OK  74728

Brushy
SUPERINTENDENT: Greg Reynolds
E-MAIL: greynolds@brushy.k12.ok.us
PHONE NUMBER: (918) 775-4458
100968 S 4650 Rd
Sallisaw, OK  74955

Buffalo
SUPERINTENDENT: Dale Spradlin
E-MAIL: dspradlin@buffalo.k12.ok.us
PHONE NUMBER: (580) 735-2448
605 Se 2Nd
Buffalo, OK  73834

Buffalo Valley
SUPERINTENDENT: Justin Kennedy
E-MAIL: jkennedy@bvpsd.org
PHONE NUMBER: (918) 522-4426
4384 Southeast Highway 63

Talihina, OK  74571

Burlington
SUPERINTENDENT: Stacey Croft
E-MAIL: scroft@burlingtonschool.com
PHONE NUMBER: (580) 431-2501
401 Main St
Burlington, OK  73722

Burns Flat-dill City
SUPERINTENDENT: Larry Johnson
E-MAIL: ljohnson@bfdc.k12.ok.us
PHONE NUMBER: (580) 562-4844
306 South Hwy 44
Burns Flat, OK  73624

Butner
SUPERINTENDENT: Diane Parris
E-MAIL: dparris@butner.k12.ok.us
PHONE NUMBER: (405) 944-5526
Hwy 56 And Yahola
Cromwell, OK  74837

Byng
SUPERINTENDENT: Kevin Wilson
E-MAIL: kevin.wilson@byngschools.org
PHONE NUMBER: (580) 310-6751
500 South New Bethel Boulevard
Ada, OK  74820

Cache
SUPERINTENDENT: Chad Hance
E-MAIL: chad.hance@cacheps.org
PHONE NUMBER: (580) 429-3266
102 East H Ave
Cache, OK  73527

Caddo
SUPERINTENDENT: Lee Northcutt
E-MAIL: lnorthcutt@caddoisd.org
PHONE NUMBER: (580) 367-2208
600 S  Mcpherren St
Caddo, OK  74729

Caddo-kiowa Technology Center
SUPERINTENDENT: Tony Hancock
E-MAIL: thancock@caddokiowa.com
PHONE NUMBER: (405) 643-5511
100 Career Tech Road
Fort Cobb, OK  73038

Calera
SUPERINTENDENT: Gerald Parks
E-MAIL: gparks@caleraisd.org
PHONE NUMBER: (580) 434-5700
209 N  3Rd

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Calera, OK  74730

Calumet
SUPERINTENDENT: Brandon Voss
E-MAIL: bvoss@chs.k12.ok.us
PHONE NUMBER: (405) 893-2222
110 N  Freehome
Calumet, OK  73014

Calvin
SUPERINTENDENT: Travis Graham
E-MAIL: tgraham@calvin.k12.ok.us
PHONE NUMBER: (405) 645-2411
229 Third Street
Calvin, OK  74531

Cameron
SUPERINTENDENT: John Long
E-MAIL: jlong@cameronps.org
PHONE NUMBER: (918) 654-3412
26661 W  5Th St
Cameron, OK  74932

Canadian
SUPERINTENDENT: Michael Broyles
E-MAIL: mbroyles@canadian.k12.ok.us
PHONE NUMBER: (918) 339-2705
308 Sw Belt Street
Canadian, OK  74425

Canadian Valley
SUPERINTENDENT: Gayla Lutts
E-MAIL: glutts@cvtech.edu
PHONE NUMBER: (405) 422-2200
6505 E Us Highway 66
El Reno, OK  73036

Canadian Valley
SUPERINTENDENT: Gayla Lutts
E-MAIL: glutts@cvtech.edu
PHONE NUMBER: (405) 224-7220
1401 W Michigan Ave
Chickasha, OK  73018

Caney
SUPERINTENDENT: Lori Delay
E-MAIL: l.delay@caneyisd.org
PHONE NUMBER: (580) 889-1996
301 N  Cobb Ave
Caney, OK  74533

Canton
SUPERINTENDENT: Daniel Ingram
E-MAIL: ingramd@canton.k12.ok.us
PHONE NUMBER: (580) 886-3516
300 E  Main St

Canton, OK  73724

Canute
SUPERINTENDENT: Jill Henderson
E-MAIL: hendersonj@canuteschools.org
PHONE NUMBER: (580) 472-3295
216 E Walk Street
Canute, OK  73626

Carnegie
SUPERINTENDENT: Eric Smith
E-MAIL: esmith@carnegie.k12.ok.us
PHONE NUMBER: (580) 654-1470
330 West Wildcat Drive
Carnegie, OK  73015

Carney
SUPERINTENDENT: Brian Keith
E-MAIL: bkeith@carney.k12.ok.us
PHONE NUMBER: (405) 865-2344
204 South Carney Street
Carney, OK  74832

Cashion
SUPERINTENDENT: Sammy Jackson
E-MAIL: sjackson@cashionps.org
PHONE NUMBER: (405) 433-2741
101 North Euclid
Cashion, OK  73016

Catoosa
SUPERINTENDENT: Alicia Odonnell
E-MAIL: aodonnell@catoosa.k12.ok.us
PHONE NUMBER: (918) 266-8603
2000 South Cherokee Street
Catoosa, OK  74015

Cave Springs
SUPERINTENDENT: Geary Brown
E-MAIL: gbrown@cavesprings.k12.ok.us
PHONE NUMBER: (918) 775-2364
89660 S 4637 Rd
Bunch, OK  74931

Cement
SUPERINTENDENT: David Davidson
E-MAIL: ddavidson@cement.k12.ok.us
PHONE NUMBER: (405) 489-3216
201 S  Main
Cement, OK  73017

Central
SUPERINTENDENT: Larry Henson
E-MAIL: lhenson@centralps.k12.ok.us
PHONE NUMBER: (918) 775-5525
108089 South 4670 Road

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Sallisaw, OK  74955

Central High
SUPERINTENDENT: Kevin Dyes
E-MAIL: kdyes@central.k12.ok.us
PHONE NUMBER: (580) 658-6858
7202 W Broncho Rd
Marlow, OK  73055

Central Tech
SUPERINTENDENT: Ron Dyer
E-MAIL: ron.dyer@centraltech.edu
PHONE NUMBER: (918)352-2551
3 COURT CIR
DRUMRIGHT, OK  74030

Chandler
SUPERINTENDENT: Melody Toma
E-MAIL: melody.toma@chandlerlions.org
PHONE NUMBER: (405) 258-1450
901 South Chs Street
Chandler, OK  74834

Chattanooga
SUPERINTENDENT: Jerry Brown
E-MAIL: jbrown@chatty.k12.ok.us
PHONE NUMBER: (580) 597-3347
507 4Th Street
Chattanooga, OK  73528

Checotah
SUPERINTENDENT: Monte Madewell
E-MAIL: mrmadewell@checotah.k12.ok.us
PHONE NUMBER: (918) 473-5610
320 W Jefferson Ave
Checotah, OK  74426

Chelsea
SUPERINTENDENT: Richard Mcspadden
E-MAIL: rmcspadden@chelseadragons.net
PHONE NUMBER: (918) 789-2528
401 Redbud Lane
Chelsea, OK  74016

Cherokee
SUPERINTENDENT: Donna Anderson
E-MAIL: andersond@cherokee.k12.ok.us
PHONE NUMBER: (580) 596-3391
412 East 5Th Street
Cherokee, OK  73728

Cheyenne
SUPERINTENDENT: Robert Trammell
E-MAIL: robert.trammell@cheyenne.k12.ok.us
PHONE NUMBER: (580) 497-3371
910 E Buster Avenue

Cheyenne, OK  73628

Chickasha
SUPERINTENDENT: Jennifer Stegman
E-MAIL: jstegman@chickasha.k12.ok.us
PHONE NUMBER: (405) 222-6500
900 West Choctaw Avenue
Chickasha, OK  73018

Chisholm
SUPERINTENDENT: Chad Broughton
E-MAIL: cbroughton@chisholm.k12.ok.us
PHONE NUMBER: (580) 237-5512
300 Colorado Avenue
Enid, OK  73701

Chisholm Trail Technology Ctr
SUPERINTENDENT: Max Thomas
E-MAIL: mthomas@cttc.edu
PHONE NUMBER: (405) 729-8324
283 Highway 33
Omega, OK  73764

Choctaw Nation Ilc
SUPERINTENDENT: Justin Fite
E-MAIL: jfite@choctawnation.com
PHONE NUMBER: (580)931-0691
810 Waldon Dr
Durant, OK  74702

Choctaw-nicoma Park
SUPERINTENDENT: David Reid
E-MAIL: dreid@cnpschools.org
PHONE NUMBER: (405) 390-5555
12880 Northeast Tenth Street
Choctaw, OK  73020

Chouteau-mazie
SUPERINTENDENT: Lori Helton
E-MAIL: lhelton@chouteauwildcats.com
PHONE NUMBER: (918) 476-8376
521 North Mccracken
Chouteau, OK  74337

Cimarron
SUPERINTENDENT: Chuck Anglin
E-MAIL: canglin@cimarron.k12.ok.us
PHONE NUMBER: (580) 796-2204
301 Main St
Lahoma, OK  73754

Claremore
SUPERINTENDENT: Bryan Frazier
E-MAIL: bfrazier@claremore.k12.ok.us
PHONE NUMBER: (918) 923-4200
102 W 10Th St

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Claremore, OK  74017

Clayton
SUPERINTENDENT: Kelly Bowen
E-MAIL: kbowen@clayton.k12.ok.us
PHONE NUMBER: (918) 569-4492
329 N  1St Street
Clayton, OK  74536

Cleora
SUPERINTENDENT: Kenny Guthrie
E-MAIL: kguthrie@cleora.net
PHONE NUMBER: (918) 256-6401
451358 East 295 Road
Afton, OK  74331

Cleveland
SUPERINTENDENT: Alan Baker
E-MAIL: alanbaker@clevelandtigers.com
PHONE NUMBER: (918) 358-2210
600 North Gilbert Ave
Cleveland, OK  74020

Clinton
SUPERINTENDENT: Kevin Hime
E-MAIL: kevin.hime@cpsreds.org
PHONE NUMBER: (580) 323-1800
2130 W  Gary Blvd
Clinton, OK  73601

Coalgate
SUPERINTENDENT: Jack Ward
E-MAIL: jward@coalgateschools.org
PHONE NUMBER: (580) 927-2351
2 West Cedar
Coalgate, OK  74538

Colbert
SUPERINTENDENT: Jarvis Dobbs
E-MAIL: dobbsj@colbertisd.org
PHONE NUMBER: (580) 296-2624
630 Collins St
Colbert, OK  74733

Colcord
SUPERINTENDENT: Bud Simmons
E-MAIL: bsimmons@colcordschools.com
PHONE NUMBER: (918) 326-4116
433 South Larmon
Colcord, OK  74338

Coleman
SUPERINTENDENT: Melissa Ferguson
E-MAIL: melissa.ferguson@coleman.k12.ok.us
PHONE NUMBER: (580) 937-4418
451 W  Main

Coleman, OK  73432

Collinsville
SUPERINTENDENT: Lance West
E-MAIL: lwest@collinsville.k12.ok.us
PHONE NUMBER: (918) 371-2326
1902 West Maple
Collinsville, OK  74021

Commerce
SUPERINTENDENT: Jimmy Haynes
E-MAIL: jhaynes@commercetigers.net
PHONE NUMBER: (918) 675-4316
217 Commerce Street
Commerce, OK  74339

Copan
SUPERINTENDENT: Chris Smith
E-MAIL: csmith@copan.k12.ok.us
PHONE NUMBER: (918) 532-4344
527 Hornet Lane
Copan, OK  74022

Cordell
SUPERINTENDENT: Brad Overton
E-MAIL: brad.overton@cordell.k12.ok.us
PHONE NUMBER: (580) 832-3420
606 East Third St
Cordell, OK  73632

Cottonwood
SUPERINTENDENT: John Daniel
E-MAIL: jdaniel@cottonwoodps.org
PHONE NUMBER: (580) 927-2937
Hwy 31 2 Miles Ne
Coalgate, OK  74538

Covington-douglas
SUPERINTENDENT: Darren Sharp
E-MAIL: dsharp@cdwildcats.org
PHONE NUMBER: (580) 864-7481
400 E Maine
Covington, OK  73730

Coweta
SUPERINTENDENT: Jeff Holmes
E-MAIL: jeff.holmes@cowetaps.org
PHONE NUMBER: (918) 486-6506
14540 S  302Nd East Ave
Coweta, OK  74429

Coyle
SUPERINTENDENT: Terry Zink
E-MAIL: tzink@coyle.k12.ok.us
PHONE NUMBER: (405) 466-2242
700 S Cottingham

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Coyle, OK  73027

Crescent
SUPERINTENDENT: Bart Watkins
E-MAIL: bwatkins@crescentok.com
PHONE NUMBER: (405) 969-3738
106 North Magnola
Crescent, OK  73028

Crooked Oak
SUPERINTENDENT: Bradley Richards
E-MAIL: brichards@crookedoak.org
PHONE NUMBER: (405) 677-5252
1450 S Eastern Aveneue
Oklahoma City, OK  73129

Crowder
SUPERINTENDENT: Robert Florenzano
E-MAIL: rflorenzano@crowder.k12.ok.us
PHONE NUMBER: (918) 334-3203
Bond & E Street
Crowder, OK  74430

Crutcho
SUPERINTENDENT: James Branscum
E-MAIL: jbranscum@crutchoesd.org
PHONE NUMBER: (405) 427-3771
2401 North Air Depot Boulevard
Oklahoma City, OK  73141

Cushing
SUPERINTENDENT: Koln Knight
E-MAIL: koln.knight@cushing.k12.ok.us
PHONE NUMBER: (918) 223-9626
1401 North Little Street
Cushing, OK  74023

Cyril
SUPERINTENDENT: Jamie Mitchell
E-MAIL: jmitchell@cyrilschools.org
PHONE NUMBER: (580) 464-2419
326 W  Windle Avenue
Cyril, OK  73029

Dahlonegah
SUPERINTENDENT: Jeff Limore
E-MAIL: jtlimore@dahlonegah.k12.ok.us
PHONE NUMBER: (918) 696-7807
Rural Route 1  # 1795
Stilwell, OK  74960

Dale
SUPERINTENDENT: Charlie Dickinson
E-MAIL: cdickinson@dale.k12.ok.us
PHONE NUMBER: (405) 964-5558
300 Smith Avenue

Dale, OK  74851

Darlington
SUPERINTENDENT: Loren Tackett
E-MAIL: ltackett@darlington.k12.ok.us
PHONE NUMBER: (405) 262-0137
4408 North Highway 81
El Reno, OK  73036

Davenport
SUPERINTENDENT: Danny Acord
E-MAIL: dacord@davenport.k12.ok.us
PHONE NUMBER: (918) 377-2277
417 Broadway
Davenport, OK  74026

Davidson
SUPERINTENDENT: Phillip Ratcliff
E-MAIL: pgr@davidson.k12.ok.us
PHONE NUMBER: (580) 568-2423
500 South Main
Davidson, OK  73530

Davis
SUPERINTENDENT: Mark Moring
E-MAIL: mmoring@davis.k12.ok.us
PHONE NUMBER: (580) 369-2386
400 East Atlanta Avenue
Davis, OK  73030

Deer Creek
SUPERINTENDENT: Ranet Tippens
E-MAIL: ranettippens@dcsok.org
PHONE NUMBER: (405) 348-6100
20701 N Macarthur Blvd
Edmond, OK  73012

Deer Creek-lamont
SUPERINTENDENT: Barbara Regier
E-MAIL: bregier@dclak12.org
PHONE NUMBER: (580) 388-4333
1192 Harrison Avenue
Lamont, OK  74643

Denison
SUPERINTENDENT: Stacey Ebert
E-MAIL: sebert@denison.k12.ok.us
PHONE NUMBER: (580) 286-3319
3001 East Washington
Idabel, OK  74745

Depew
SUPERINTENDENT: Leon Hiett
E-MAIL: lhiett@depew.k12.ok.us
PHONE NUMBER: (918) 324-5466
725 Simms St

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Depew, OK  74028

Dewar
SUPERINTENDENT: Todd Been
E-MAIL: tpbeen@dewar.k12.ok.us
PHONE NUMBER: (918) 652-9625
204 East 5Th Street
Dewar, OK  74431

Dewey
SUPERINTENDENT: Vince Vincent
E-MAIL: vwvincent@deweyk12.org
PHONE NUMBER: (918) 534-2241
One Bulldogger Road
Dewey, OK  74029

Dibble
SUPERINTENDENT: Chad Clanton
E-MAIL: clanton@dibble.k12.ok.us
PHONE NUMBER: (405) 344-6375
22092 Old Town First
Blanchard, OK  73010

Dickson
SUPERINTENDENT: Jeff Colclasure
E-MAIL: jcolclasure@dickson.k12.ok.us
PHONE NUMBER: (580) 223-9557
4762 State Highway 199
Ardmore, OK  73401

Dover
SUPERINTENDENT: Max Thomas
E-MAIL: superintendent@dover.k12.ok.us
PHONE NUMBER: (405) 828-4206
201 N Taylor
Dover, OK  73734

Drummond
SUPERINTENDENT: Brent Rousey
E-MAIL: brousey@drummond.k12.ok.us
PHONE NUMBER: (580) 493-2271
South Hwy 132
Drummond, OK  73735

Drumright
SUPERINTENDENT: Ashley Davis
E-MAIL: adavis@drumright.k12.ok.us
PHONE NUMBER: (918) 352-2492
505 W  2Nd Street
Drumright, OK  74030

Duke
SUPERINTENDENT: Todd Ware
E-MAIL: tware@dukeschools.com
PHONE NUMBER: (580) 679-3311
300 North Chickasaw

Duke, OK  73532

Duncan
SUPERINTENDENT: Tom Deighan
E-MAIL: tom.deighan@duncanps.org
PHONE NUMBER: (580) 255-0686
1706 W  Spruce
Duncan, OK  73533

Durant
SUPERINTENDENT: Duane Merideth
E-MAIL: duane.merideth@durantisd.org
PHONE NUMBER: (580) 924-1276
1323 Waco Street
Durant, OK  74701

Eagletown
SUPERINTENDENT: Brian Armstrong
E-MAIL: barmstrong@eagletownisd.org
PHONE NUMBER: (580) 835-2242
25 School Street
Eagletown, OK  74734

Earlsboro
SUPERINTENDENT: Mark Maloy
E-MAIL: mmaloy@earlsboro.k12.ok.us
PHONE NUMBER: (405) 997-5616
100 East Main
Earlsboro, OK  74840

Eastern Okla County Tech. Ctr
SUPERINTENDENT: Terry Underwood
E-MAIL: tunderwood@eoctech.edu
PHONE NUMBER: (405) 390-9591
4601 N Choctaw Rd
Choctaw, OK  73020

Edmond
SUPERINTENDENT: Bret Towne
E-MAIL: bret.towne@edmondschools.net
PHONE NUMBER: (405) 340-2828
1001 West Danforth Road
Edmond, OK  73003

El Reno
SUPERINTENDENT: Craig Mcvay
E-MAIL: cmcvay@elrenops.org
PHONE NUMBER: (405) 262-1703
100 South Bickford Avenue
El Reno, OK  73036

Elgin
SUPERINTENDENT: Nathaniel Meraz
E-MAIL: nmeraz@elginps.net
PHONE NUMBER: (580) 492-3663
Hwy 17 & Mighty Owl Ave

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Elgin, OK  73538

Elk City
SUPERINTENDENT: Rick Garrison
E-MAIL: garrisonr@elkcityschools.com
PHONE NUMBER: (580) 225-0175
222 West Broadway Avenue
Elk City, OK  73644

Elmore City-pernell
SUPERINTENDENT: Sheila Riddle
E-MAIL: sriddle@ecpbadgers.com
PHONE NUMBER: (580) 788-2566
100 North Muse Avenue
Elmore City, OK  73433

Empire
SUPERINTENDENT: Justin Smith
E-MAIL: justinsmith@empireschools.org
PHONE NUMBER: (580) 252-5392
276803 E  1760 Road
Duncan, OK  73533

Enid
SUPERINTENDENT: Darrell Floyd
E-MAIL: dgfloyd@enidk12.org
PHONE NUMBER: (580) 366-7000
500 South Independence Street
Enid, OK  73701

Erick
SUPERINTENDENT: Kelly Carrell
E-MAIL: kcarrell@erick.k12.ok.us
PHONE NUMBER: (580) 526-3476
319 S  Pine St
Erick, OK  73645

Eufaula
SUPERINTENDENT: Jeanette Smith
E-MAIL: jfsmith@eufaula.k12.ok.us
PHONE NUMBER: (918) 689-2152
215 North Sixth Street
Eufaula, OK  74432

Fairland
SUPERINTENDENT: Mark Alexander
E-MAIL: malexander@fpsowls.com
PHONE NUMBER: (918) 676-3811
202 West Washington Avenue
Fairland, OK  74343

Fairview
SUPERINTENDENT: Craig Church
E-MAIL: craig.church@fairviewschools.net
PHONE NUMBER: (580)227-2531
408 East Broadway Street

Fairview, OK  73737

Fanshawe
SUPERINTENDENT: Wes Mcgowen
E-MAIL: wmcgowen@fanshawe.k12.ok.us
PHONE NUMBER: (918)659-2341
Hwy 270
Fanshawe, OK  74935

Fargo
SUPERINTENDENT: Mike Jones
E-MAIL: mjones@fargo.k12.ok.us
PHONE NUMBER: (580) 698-2298
513 S Main
Fargo, OK  73840

Felt
SUPERINTENDENT: Lewetta Hefley
E-MAIL: lewetta.hefley@feltps.org
PHONE NUMBER: (580) 426-2220
101 South Lincoln
Felt, OK  73937

Five-star llc
SUPERINTENDENT: Kim Reese
E-MAIL: kreese@fsilc.k12.ok.us
PHONE NUMBER: (918) 225-5600
1405 E Moses
Cushing, OK  74023

Fletcher
SUPERINTENDENT: Shane Gilbreath
E-MAIL: sgilbreath@fletcherschools.org
PHONE NUMBER: (580) 549-3016
108 W Hornaday
Fletcher, OK  73541

Flower Mound
SUPERINTENDENT: Dax Trent
E-MAIL: dtrent@flowermound.k12.ok.us
PHONE NUMBER: (580) 353-4088
2805 Se Flower Mound Road
Lawton, OK  73501

Forest Grove
SUPERINTENDENT: John Smith
E-MAIL: john.smith@forestgrove.k12.ok.us
PHONE NUMBER: (580) 286-3961
1941 Forest Grove Road
Garvin, OK  74736

Forgan
SUPERINTENDENT: Travis Smalts
E-MAIL: tsmalts@forgan.k12.ok.us
PHONE NUMBER: (580) 487-3366
504 West Main

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Forgan, OK  73938

Fort Cobb-broxton
SUPERINTENDENT: Kyle Lierle
E-MAIL: klierle@fcbmustangs.com
PHONE NUMBER: (405) 643-2336
407 N 6Th Street
Fort Cobb, OK  73038

Fort Gibson
SUPERINTENDENT: Scott Farmer
E-MAIL: s_farmer@fortgibsontigers.org
PHONE NUMBER: (918) 478-2474
500 South Ross Avenue
Fort Gibson, OK  74434

Fort Supply
SUPERINTENDENT: Melva Little
E-MAIL: melva@fortsupply.k12.ok.us
PHONE NUMBER: (580) 766-2611
302 Reservation Road
Fort Supply, OK  73841

Fort Towson
SUPERINTENDENT: Phil Hall
E-MAIL: phall@forttowson.k12.ok.us
PHONE NUMBER: (580) 873-2325
205 W  3Rd St
Fort Towson, OK  74735

Fox
SUPERINTENDENT: Brent Phelps
E-MAIL: bphelps@foxps.k12.ok.us
PHONE NUMBER: (580) 673-2081
100 Creek Avenue
Fox, OK  73435

Foyil
SUPERINTENDENT: Rod Carter
E-MAIL: rcarter@foyil.k12.ok.us
PHONE NUMBER: (918) 341-1113
17002 East 4Th Street
Foyil, OK  74031

Francis Tuttle
SUPERINTENDENT: Michelle Keylon
E-MAIL: michelle.keylon@francistuttle.edu
PHONE NUMBER: (405) 717-7799
12777 N Rockwell Ave
Oklahoma City, OK  73142

Frederick
SUPERINTENDENT: Shannon Vanderburg
E-MAIL: svanderburg@frederickbombers.net
PHONE NUMBER: (580) 335-5516
817 N  15Th

Frederick, OK  73542

Freedom
SUPERINTENDENT: Bryant Weber
E-MAIL: bryant.weber@freedom.k12.ok.us
PHONE NUMBER: (580) 621-3271
1138 Eagle Pass
Freedom, OK  73842

Friend
SUPERINTENDENT: Cindy Schmidt
E-MAIL: cschmidt@friend.k12.ok.us
PHONE NUMBER: (405) 224-3822
1307 County Road 1350
Chickasha, OK  73018

Frink-chambers
SUPERINTENDENT: Charles Peckio
E-MAIL: rpeckio@frink.k12.ok.us
PHONE NUMBER: (918)423-2434
485 Frink rd
McAlester, OK  74501

Frontier
SUPERINTENDENT: Bob Weckstein
E-MAIL: bob.weckstein@frontierok.com
PHONE NUMBER: (580) 723-4361
17750 Valley Rd
Red Rock, OK  74651

Gage
SUPERINTENDENT: Greg Gregory
E-MAIL: ggregory@gage.k12.ok.us
PHONE NUMBER: (580) 923-7909
202 W Hwy 15
Gage, OK  73843

Gans
SUPERINTENDENT: Larry Calloway
E-MAIL: lcalloway@gans.k12.ok.us
PHONE NUMBER: (918) 775-2236
204 N  Stacy
Gans, OK  74936

Garber
SUPERINTENDENT: Will Jones
E-MAIL: wjones@garber.k12.ok.us
PHONE NUMBER: (580) 863-2220
108 East Garber Road
Garber, OK  73738

Geary
SUPERINTENDENT: Todd Glasgow
E-MAIL: tglasgow@geary.k12.ok.us
PHONE NUMBER: (405) 884-2989
110 Southwest Embree Drive

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Geary, OK  73040

Geronimo
SUPERINTENDENT: Bill Pascoe
E-MAIL: bpascoe@geronimo.k12.ok.us
PHONE NUMBER: (580) 355-3160
800 West Main Street
Geronimo, OK  73543

Glencoe
SUPERINTENDENT: John Lazenby
E-MAIL: jlazenby@glencoe.k12.ok.us
PHONE NUMBER: (580) 669-4003
201 East Lone Chimney
Glencoe, OK  74032

Glenpool
SUPERINTENDENT: Jerry Olansen
E-MAIL: jdolansen@glenpoolps.org
PHONE NUMBER: (918) 322-9500
461 E 146Th St
Glenpool, OK  74033

Glover
SUPERINTENDENT: Brandy Wall
E-MAIL: bwall@glover.k12.ok.us
PHONE NUMBER: (580) 420-3232
701 Lavender Rd
Broken Bow, OK  74728

Goodwell
SUPERINTENDENT: Sterrette Coffman
E-MAIL: scoffman@goodwell.k12.ok.us
PHONE NUMBER: (580) 349-2271
326 East Eagle Blvd
Goodwell, OK  73939

Gordon Cooper Technology Ctr
SUPERINTENDENT: Bob Perry
E-MAIL: bobp@gctech.edu
PHONE NUMBER: (405) 273-7493
1 John C Bruton Blvd
Shawnee, OK  74801

Gore
SUPERINTENDENT: Lucky Mccrary
E-MAIL: lmccrary@gorepublicschools.org
PHONE NUMBER: (918) 489-5587
1200 North Highway 10
Gore, OK  74435

Gracemont
SUPERINTENDENT: Jamie Mitchell
E-MAIL: jmitchell@gracemont.k12.ok.us
PHONE NUMBER: (405) 966-2236
417 East Mccall

Gracemont, OK  73042

Graham-dustin
SUPERINTENDENT: Cj Buesser
E-MAIL: cbuesser@graham-dustin.k12.ok.us
PHONE NUMBER: (918) 652-8935
116118 Highway 84
Weleetka, OK  74437

Grand View
SUPERINTENDENT: Ed Kennedy
E-MAIL: ekennedy@grandview.k12.ok.us
PHONE NUMBER: (918) 456-5131
15481 North Jarvis Road
Tahlequah, OK  74464

Grandfield
SUPERINTENDENT: James Higdon
E-MAIL: jhigdon@grandfield.k12.ok.us
PHONE NUMBER: (580) 479-5237
811 West 3Rd Street
Grandfield, OK  73546

Grandview
SUPERINTENDENT: Gary Wade
E-MAIL: garywade@grandviewschool.k12.ok.us
PHONE NUMBER: (580) 439-2467
Rural Route 1  # 105
Comanche, OK  73529

Granite
SUPERINTENDENT: David Zachary
E-MAIL: dzachary@granite.k12.ok.us
PHONE NUMBER: (580) 535-2104
507 West 6Th Street
Granite, OK  73547

Grant
SUPERINTENDENT: Buck Hammers
E-MAIL: bhammers@grant.k12.ok.us
PHONE NUMBER: (580) 326-8315
201 N  Everidge St
Grant, OK  74738

Great Plains
SUPERINTENDENT: Clarence Fortney
E-MAIL: cfortney@greatplains.edu
PHONE NUMBER: (580) 355-6371
4500 Sw Lee Blvd
Lawton, OK  73505

Great Plains
SUPERINTENDENT: Clarence Fortney
E-MAIL: cfortney@greatplains.edu
PHONE NUMBER: (580) 335-5525
2001 E Gladstone Ave

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Frederick, OK  73542

Green Country Technology Ctr
SUPERINTENDENT: Roger King
E-MAIL: rking@gctcok.edu
PHONE NUMBER: (918) 758-0840
1100 North Route 56
Okmulgee, OK  74447

Grove
SUPERINTENDENT: Mark Bowlan
E-MAIL: mbowlan@grove.k12.ok.us
PHONE NUMBER: (405) 275-7435
2800 North Bryan Avenue
Shawnee, OK  74804

Grove
SUPERINTENDENT: Pat Dodson
E-MAIL: pndodson@ridgerunners.net
PHONE NUMBER: (918) 786-3003
310 S Broadway
Grove, OK  74344

Guthrie
SUPERINTENDENT: Mike Simpson
E-MAIL: mike.simpson@guthrieps.net
PHONE NUMBER: (405) 282-8900
802 East Vilas Avenue
Guthrie, OK  73044

Guymon
SUPERINTENDENT: Angela Rhoades
E-MAIL: angela.rhoades@guymontigers.com
PHONE NUMBER: (580) 338-4340
801 N  Beaver
Guymon, OK  73942

Gypsy
SUPERINTENDENT: Rachel Collins
E-MAIL: rcollins@gypsy.k12.ok.us
PHONE NUMBER: (918)324-5365
30899 South 417th West Avenue
Depew, OK  74028

Haileyville
SUPERINTENDENT: Roger Hemphill
E-MAIL: rhemphill@haileyville.k12.ok.us
PHONE NUMBER: (918) 297-2626
3Rd & Riley Street
Haileyville, OK  74546

Hammon
SUPERINTENDENT: Gary Baker
E-MAIL: gbaker@hammon.k12.ok.us
PHONE NUMBER: (580) 473-2221
802 Shockey St

Hammon, OK  73650

Hanna
SUPERINTENDENT: Chad Hull
E-MAIL: chull@hanna.k12.ok.us
PHONE NUMBER: (918) 657-2523
301 E  Second St
Hanna, OK  74845

Hardesty
SUPERINTENDENT: James Eberts
E-MAIL: jeberts@hardesty.k12.ok.us
PHONE NUMBER: (580) 888-4258
5Th And Crawford
Hardesty, OK  73944

Harmony
SUPERINTENDENT: Brian Walker
E-MAIL: bwalker@harmonyps.org
PHONE NUMBER: (580)889-3687
4926 S Bentley Rd
Atoka, OK  74525

Harrah
SUPERINTENDENT: Paul Blessington
E-MAIL: pblessington@harrahschools.com
PHONE NUMBER: (405) 454-6244
20670 Walker Street
Harrah, OK  73045

Hartshorne
SUPERINTENDENT: Jason Lindley
E-MAIL: jlindley@hartshorne.k12.ok.us
PHONE NUMBER: (918) 297-2534
520 South Fifth Street
Hartshorne, OK  74547

Haskell
SUPERINTENDENT: Rusty Harris
E-MAIL: rharris@haskellps.org
PHONE NUMBER: (918) 482-5221
900 North Ohio
Haskell, OK  74436

Haworth
SUPERINTENDENT: Jason Price
E-MAIL: jprice@haworth.k12.ok.us
PHONE NUMBER: (580) 245-1406
300 North Maple Street
Haworth, OK  74740

Haywood
SUPERINTENDENT: Bud Rattan
E-MAIL: prattan@haywood.k12.ok.us
PHONE NUMBER: (918) 423-6265
11461 West State Hwy 31

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Mcalester, OK  74501

Healdton
SUPERINTENDENT: Terry Shaw
E-MAIL: tshaw@healdtonschools.org
PHONE NUMBER: (580) 229-0566
2763 Texas Street
Healdton, OK  73438

Heavener
SUPERINTENDENT: Ed Wilson
E-MAIL: ewilson@heavenerschools.org
PHONE NUMBER: (918) 653-7223
500 West 2Nd Street
Heavener, OK  74937

Hennessey
SUPERINTENDENT: Mike Woods
E-MAIL: mwoods@hps.k12.ok.us
PHONE NUMBER: (405) 853-4321
604 East Oklahoma Street
Hennessey, OK  73742

Henryetta
SUPERINTENDENT: Dwayne Noble
E-MAIL: dnoble@henryetta.k12.ok.us
PHONE NUMBER: (918) 652-6523
1801 Troy Aikman Dr
Henryetta, OK  74437

High Plains Tech
SUPERINTENDENT: Dwight Hughes
E-MAIL: dhughes@hptc.edu
PHONE NUMBER: (580) 256-6618
3921 34Th Street
Woodward, OK  73801

Hilldale
SUPERINTENDENT: Erik Puckett
E-MAIL: epuckett@hilldaleps.org
PHONE NUMBER: (918) 683-0273
500 East Smith Ferry Road
Muskogee, OK  74403

Hinton
SUPERINTENDENT: Marcy Derryberry
E-MAIL: marcy.derryberry@hintonschools.org
PHONE NUMBER: (405) 542-3257
124 W  Park St
Hinton, OK  73047

Hobart
SUPERINTENDENT: Cathy Hunt
E-MAIL: huntc@hobart.k12.ok.us
PHONE NUMBER: (580) 726-5691
321 North Jefferson Street

Hobart, OK  73651

Hodgen
SUPERINTENDENT: Ward Brown
E-MAIL: wbrown@hodgen.k12.ok.us
PHONE NUMBER: (918) 653-4476
Schoolhouse Road
Hodgen, OK  74939

Holdenville
SUPERINTENDENT: Randy Davenport
E-MAIL: rdavenport@holdenville.k12.ok.us
PHONE NUMBER: (405) 379-5483
210 Grimes Street
Holdenville, OK  74848

Hollis
SUPERINTENDENT: Jennifer Mcqueen
E-MAIL: jmcqueen@hollis.k12.ok.us
PHONE NUMBER: (580) 688-3450
415 N Main
Hollis, OK  73550

Holly Creek
SUPERINTENDENT: Harvey Brumley
E-MAIL: hbrumley@hollycreek.org
PHONE NUMBER: (580) 420-6961
401 Holly Creek Road
Broken Bow, OK  74728

Hominy
SUPERINTENDENT: Doyle Edwards
E-MAIL: ed@hominy.k12.ok.us
PHONE NUMBER: (918) 885-6511
200 South Pettit Avenue
Hominy, OK  74035

Hooker
SUPERINTENDENT: Dan Faulkner
E-MAIL: dfaulkner@hookerpublicschools.net
PHONE NUMBER: (580) 652-2162
222 N  Swem
Hooker, OK  73945

Howe
SUPERINTENDENT: Scott Parks
E-MAIL: sparks@howeschools.org
PHONE NUMBER: (918) 658-3666
21444 E N  Railroad Street
Howe, OK  74940

Hugo
SUPERINTENDENT: Earl Dalke
E-MAIL: edalke@hugoschools.com
PHONE NUMBER: (580) 326-6483
208 North Second Street

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Hugo, OK  74743

Hulbert
SUPERINTENDENT: Scott Kempenich
E-MAIL: skempenich@hulbertriders.net
PHONE NUMBER: (918) 772-2501
316 Rider Lane
Hulbert, OK  74441

Hydro-eakly
SUPERINTENDENT: Jeremy Bussey
E-MAIL: jbussey@hydroeakly.k12.ok.us
PHONE NUMBER: (405) 663-2774
407 East Seventh Street
Hydro, OK  73048

Idabel
SUPERINTENDENT: Doug Brown
E-MAIL: doug.brown@idabelps.org
PHONE NUMBER: (580) 286-7639
200 Northeast Avenue C
Idabel, OK  74745

Indiahoma
SUPERINTENDENT: Deanna Voegeli
E-MAIL: deanna.voegeli@indiahomaps.org
PHONE NUMBER: (580) 246-3448
307 Chebahtah
Indiahoma, OK  73552

Indian Capital Technology Ctr
SUPERINTENDENT: Tony Pivec
E-MAIL: tony.pivec@ictctech.com
PHONE NUMBER: (918) 696-3111
2403 N  41St St E
Muskogee, OK  74403

Indian Capital Technology Ctr
SUPERINTENDENT: Tony Pivec
E-MAIL: tony.pivec@ictech.edu
PHONE NUMBER: (918) 456-2594
240 Vo-Tech Rd
Tahlequah, OK  74464

Indian Capital Technology Ctr
SUPERINTENDENT: Tony Pivec
E-MAIL: tonyp@ictctech.com
PHONE NUMBER: (918) 686-7565
2403 N  41St St E
Muskogee, OK  74403

Indian Capital Technology Ctr
SUPERINTENDENT: Tony Pivec
E-MAIL: tonyp@ictctech.com
PHONE NUMBER: (918) 686-7565
2403 N 41St St E

Muskogee, OK  74403

Indianola
SUPERINTENDENT: Adam Newman
E-MAIL: anewman@indianola.k12.ok.us
PHONE NUMBER: (918) 823-4231
900 South Hwy 113
Indianola, OK  74442

Inola
SUPERINTENDENT: Kent Holbrook
E-MAIL: kholbrook@inola.k12.ok.us
PHONE NUMBER: (918) 543-2255
110 North Broadway
Inola, OK  74036

Jay
SUPERINTENDENT: Leann Barnwell
E-MAIL: leannbarwell@jayps.org
PHONE NUMBER: (918) 253-4293
821 N  Main
Jay, OK  74346

Jenks
SUPERINTENDENT: Stacey Butterfield
E-MAIL: stacey.butterfield@jenksps.org
PHONE NUMBER: (918) 299-4411
205 East B Street
Jenks, OK  74037

Jennings
SUPERINTENDENT: Derrick Meador
E-MAIL: dmeador@jennings.k12.ok.us
PHONE NUMBER: (918) 757-2536
600 North Oak Street
Jennings, OK  74038

Jones
SUPERINTENDENT: Carl Johnson
E-MAIL: cjohnson@joneshs.k12.ok.us
PHONE NUMBER: (405) 399-9215
9200 N  Hiwassee Rd
Jones, OK  73049

Jones Academy
SUPERINTENDENT: Patrick Moore
E-MAIL: pmoore@choctawnation.com
PHONE NUMBER: (918) 297-2518
909 Jones Academy Road
Hartshorne, OK  74547

Justice
SUPERINTENDENT: Chris Bryan
E-MAIL: cbryan@justice.k12.ok.us
PHONE NUMBER: (405) 257-2962
36507 Ew 1310

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Wewoka, OK  74884

Justus-tiawah
SUPERINTENDENT: Ed Crum
E-MAIL: ecrum@justustiawah.com
PHONE NUMBER: (918) 341-3626
14902 East School Road
Claremore, OK  74019

Kansas
SUPERINTENDENT: Jim Burgess
E-MAIL: jim@kansasps.com
PHONE NUMBER: (918) 868-2562
700 N  Wood Ave
Kansas, OK  74347

Kellyville
SUPERINTENDENT: Joe Pierce
E-MAIL: jpierce@kellyvilleschools.org
PHONE NUMBER: (918) 247-6133
144 S  Elm
Kellyville, OK  74039

Keota
SUPERINTENDENT: Twylah Morris
E-MAIL: tmorris@keota.k12.ok.us
PHONE NUMBER: (918)966-3950
110 Northeast 6th Street
Keota, OK  74941

Ketchum
SUPERINTENDENT: Joy Taylor
E-MAIL: jtaylor@ketchumwarriors.com
PHONE NUMBER: (918) 782-5091
404 N  Boston
Ketchum, OK  74349

Keyes
SUPERINTENDENT: Sherri Hitchings
E-MAIL: sherri.hitchings@keyesps.org
PHONE NUMBER: (580) 546-7231
3Rd & Mcknab
Keyes, OK  73947

Keys
SUPERINTENDENT: Vol Woods
E-MAIL: vwoods@kpscougars.org
PHONE NUMBER: (918) 458-1835
26622 South 520 Road
Park Hill, OK  74451

Keystone
SUPERINTENDENT: Rhett Bynum
E-MAIL: rbynum@keystone.k12.ok.us
PHONE NUMBER: (918) 363-8298
23810 West Highway 51

Sand Springs, OK  74063

Kiamichi Tech. Center- Atoka
SUPERINTENDENT: Greg Davidson
E-MAIL: gdavidson@ktc.edu
PHONE NUMBER: (580) 889-7321
1763 W Liberty Road
Atoka, OK  74525

Kiamichi Tech. Center- Hugo
SUPERINTENDENT: Shelley Free
E-MAIL: sfree@ktc.edu
PHONE NUMBER: (580) 326-6491
107 South 15Th Street
Hugo, OK  74743

Kiamichi Tech. Center- Idabel
SUPERINTENDENT: Shelley Ebert
E-MAIL: sebert@ktc.edu
PHONE NUMBER: (580) 286-7555
3205 Lincoln Road Ne
Idabel, OK  74745

Kiamichi Tech. Center- Mcalester
SUPERINTENDENT: Raymond Wilson
E-MAIL: rwilson@ktc.edu
PHONE NUMBER: (918) 426-0940
301 Kiamichi Dr
Mcalester, OK  74501

Kiamichi Tech. Center- Poteau
SUPERINTENDENT: Shelley Free
E-MAIL: sdfree@ktc.edu
PHONE NUMBER: (918) 647-4525
1509 South Mckenna
Poteau, OK  74953

Kiamichi Tech. Center- Stigler
SUPERINTENDENT: April Williams
E-MAIL: amurray@ktc.edu
PHONE NUMBER: (918) 967-2801
1410 Old Military Rd
Stigler, OK  74462

Kiamichi Tech. Center- Talihina
SUPERINTENDENT: Justin Kennedy
E-MAIL: jkennedy@ktc.edu
PHONE NUMBER: (918) 567-2264
13739 Se 202 Road
Talihina, OK  74571

Kiefer
SUPERINTENDENT: Mary Murrell
E-MAIL: mmurrell@kiefer.k12.ok.us
PHONE NUMBER: (918) 321-3421
4600 West 151St Street

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Kiefer, OK  74041

Kildare
SUPERINTENDENT: Bruce Shelley
E-MAIL: bshelley@kildare.k12.ok.us
PHONE NUMBER: (580) 362-2811
1265 Church Street
Ponca City, OK  74604

Kingfisher
SUPERINTENDENT: Jason Sternberger
E-MAIL: jason.sternberger@kingfisher.k12.ok.us
PHONE NUMBER: (405) 375-4194
602 West Chisholm Drive
Kingfisher, OK  73750

Kingston
SUPERINTENDENT: Brian Brister
E-MAIL: bbrister@kingstonisd.org
PHONE NUMBER: (580) 564-9033
400 Ne 3Rd
Kingston, OK  73439

Kinta
SUPERINTENDENT: Patricia Deville
E-MAIL: pdeville@kinta.k12.ok.us
PHONE NUMBER: (918) 768-3338
Jct Hwy 2 & 31
Kinta, OK  74552

Kiowa
SUPERINTENDENT: Rick Pool
E-MAIL: rpool@kiowa.k12.ok.us
PHONE NUMBER: (918) 432-5631
406 East 8Th Street
Kiowa, OK  74553

Konawa
SUPERINTENDENT: Ellis Cory
E-MAIL: coryellis@konawa.k12.ok.us
PHONE NUMBER: (580) 925-3244
701 West South Street
Konawa, OK  74849

Krebs
SUPERINTENDENT: Patrick Turner
E-MAIL: pturner@krebs.k12.ok.us
PHONE NUMBER: (918) 426-4700
20 Southwest Fifth Street
Krebs, OK  74554

Kremlin-hillsdale
SUPERINTENDENT: Jim Patton
E-MAIL: pattonj@kremlin.k12.ok.us
PHONE NUMBER: (580) 874-2284
705 Fifth

Kremlin, OK  73753

Lane
SUPERINTENDENT: Pam Matthews
E-MAIL: pammatthews@lane.k12.ok.us
PHONE NUMBER: (580) 889-2743
601 W  Mcgee Creek Rd
Lane, OK  74555

Latta
SUPERINTENDENT: Cliff Johnson
E-MAIL: supt@latta.k12.ok.us
PHONE NUMBER: (580) 332-2092
13925 County Road 1560
Ada, OK  74820

Laverne
SUPERINTENDENT: Kyndra Allen
E-MAIL: allen_k@laverne.k12.ok.us
PHONE NUMBER: (580) 921-3362
605 W  Jane Jayroe Blvd
Laverne, OK  73848

Lawton
SUPERINTENDENT: Kevin Hime
E-MAIL: kevin.hime@lawtonps.org
PHONE NUMBER: (580) 357-6900
753 Nw Fort Sill Blvd
Lawton, OK  73502

Le Flore
SUPERINTENDENT: Bill Neyman
E-MAIL: bneyman@leflore.k12.ok.us
PHONE NUMBER: (918) 753-2345
43172 South Booth Avenue
Leflore, OK  74942

Leach
SUPERINTENDENT: Jimmy Ray
E-MAIL: jbray@leachschool.net
PHONE NUMBER: (918) 868-2277
55979 S  530 Road
Rose, OK  74364

Leedey
SUPERINTENDENT: Rusty Puffinbarger
E-MAIL: rpuffinbarger@leedey.k12.ok.us
PHONE NUMBER: (580) 488-3424
505 E 6Th
Leedey, OK  73654

Lexington
SUPERINTENDENT: Chad Hall
E-MAIL: chall@lexington.k12.ok.us
PHONE NUMBER: (405) 527-7236
420 Northeast Fourth Street

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Lexington, OK  73051

Liberty
SUPERINTENDENT: Jeff Ransom
E-MAIL: jransom@liberty.seq.k12.ok.us
PHONE NUMBER: (918) 427-3808
476490 E  1060 Road
Muldrow, OK  74948

Liberty
SUPERINTENDENT: Phillip Garland
E-MAIL: phillip.garland@libertyps.org
PHONE NUMBER: (918)366-8496
2727 East 201st Street South
Mounds, OK  74047

Lindsay
SUPERINTENDENT: Dan Chapman
E-MAIL: dchapman@lindsay.k12.ok.us
PHONE NUMBER: (405) 756-3131
800 West Creek Street
Lindsay, OK  73052

Little Axe
SUPERINTENDENT: Jay Thomas
E-MAIL: jay.thomas@littleaxeps.org
PHONE NUMBER: (405) 329-7691
2000 168Th Avenue Northeast
Norman, OK  73026

Locust Grove
SUPERINTENDENT: Dusty Torrey
E-MAIL: dtorrey@lg.k12.ok.us
PHONE NUMBER: (918) 479-5243
419 N. Broadway
Locust Grove, OK  74352

Lomega
SUPERINTENDENT: Steve Shiever
E-MAIL: steves@lomega.k12.ok.us
PHONE NUMBER: (405) 729-4215
18319 N 2700 Rd
Omega, OK  73764

Lone Grove
SUPERINTENDENT: Meri Miller
E-MAIL: mjmiller@lonegrove.k12.ok.us
PHONE NUMBER: (580) 657-3131
16841 Us Hwy 70
Lone Grove, OK  73443

Lone Star
SUPERINTENDENT: Tracie Hale
E-MAIL: thale@lonestar.k12.ok.us
PHONE NUMBER: (918) 224-0201
2945 S  Hickory St

Sapulpa, OK  74066

Lookeba Sickles
SUPERINTENDENT: Mike Davis
E-MAIL: m.davis@lookeba.k12.ok.us
PHONE NUMBER: (405) 457-6621
10108 Cr 1150
Lookeba, OK  73053

Lowrey
SUPERINTENDENT: Cris Wyse
E-MAIL: cwyse@lowrey.k12.ok.us
PHONE NUMBER: (918) 456-4053
21132 East 640 Road
Tahlequah, OK  74464

Lukfata
SUPERINTENDENT: Kurt Neal
E-MAIL: kneal@lukfata.org
PHONE NUMBER: (580) 584-6834
1685 Old Broken Bow Hwy
Broken Bow, OK  74728

Luther
SUPERINTENDENT: Barry Gunn
E-MAIL: bgunn@lutherlions.org
PHONE NUMBER: (405) 277-3233
18955 Ne 178Th Street
Luther, OK  73054

Macomb
SUPERINTENDENT: Matthew Riggs
E-MAIL: mriggs@macomb.k12.ok.us
PHONE NUMBER: (405) 598-3892
36591 State Highway 59B
Macomb, OK  74852

Madill
SUPERINTENDENT: Larry Case
E-MAIL: lcase@madillok.com
PHONE NUMBER: (580) 795-3303
601 West Mcarthur Street
Madill, OK  73446

Mangum
SUPERINTENDENT: Shane Boothe
E-MAIL: shane.boothe@mangum.k12.ok.us
PHONE NUMBER: (580) 782-3371
400 North Pennsylvania Avenue
Mangum, OK  73554

Mannford
SUPERINTENDENT: Kelly Spradlin
E-MAIL: spradlink@mannford.k12.ok.us
PHONE NUMBER: (918) 865-4062
136 Evans Avenue

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Mannford, OK  74044

Mannsville
SUPERINTENDENT: Brandi Price
E-MAIL: bprice@mannsville.k12.ok.us
PHONE NUMBER: (580) 371-2892
509 East School Street
Mannsville, OK  73447

Maple
SUPERINTENDENT: Bill Derryberry
E-MAIL: bderryberry@mapleschool.us
PHONE NUMBER: (405) 262-5647
904 South Maple Road
Calumet, OK  73014

Marble City
SUPERINTENDENT: Robert Stafford
E-MAIL: wstafford@mcps.k12.ok.us
PHONE NUMBER: (918) 775-2135
95266 S  4610 Rd
Marble City, OK  74945

Marietta
SUPERINTENDENT: Brandi Naylor
E-MAIL: bnaylor@mariettaisd.org
PHONE NUMBER: (580) 276-9444
800 S 4Th Street
Marietta, OK  73448

Marlow
SUPERINTENDENT: George Coffman
E-MAIL: gcoffman@marlow.k12.ok.us
PHONE NUMBER: (580) 658-2719
510 West Main
Marlow, OK  73055

Maryetta
SUPERINTENDENT: Lori Means
E-MAIL: lmeans@maryetta.org
PHONE NUMBER: (918) 696-2285
Rural Route 6  # 2840
Stilwell, OK  74960

Mason
SUPERINTENDENT: Alfred Gaches
E-MAIL: agaches@mason.k12.ok.us
PHONE NUMBER: (918) 623-0231
374006 E  1000 Road
Mason, OK  74859

Maud
SUPERINTENDENT: Cindy White
E-MAIL: CWhite@maud.k12.ok.us
PHONE NUMBER: (405) 374-2416
306 West Main Street

Maud, OK  74854

Maysville
SUPERINTENDENT: Shelly Beach
E-MAIL: shildebrand@maysville.k12.ok.us
PHONE NUMBER: (405) 867-4410
600 First Street
Maysville, OK  73057

Mcalester
SUPERINTENDENT: Randy Hughes
E-MAIL: rhughes@mcalester.k12.ok.us
PHONE NUMBER: (918) 423-4771
200 East Adams
Mcalester, OK  74501

Mccord
SUPERINTENDENT: Maurisa Pruett
E-MAIL: mpruett@mccordschool.net
PHONE NUMBER: (580) 765-8806
977 South Mccord Road
Ponca City, OK  74604

Mccurtain
SUPERINTENDENT: Deward Palmer
E-MAIL: deward.palmer@mccurtainschools.org
PHONE NUMBER: (918) 945-7237
Hwy 26 & Cole Street
Mccurtain, OK  74944

Mcloud
SUPERINTENDENT: Steve Stanley
E-MAIL: sstanley@mcloudschools.us
PHONE NUMBER: (405) 964-3314
113 North Main Street
Mcloud, OK  74851

Medford
SUPERINTENDENT: Tyler Locke
E-MAIL: tlocke@medford.k12.ok.us
PHONE NUMBER: (580) 395-2392
301 North Main Street
Medford, OK  73759

Meeker
SUPERINTENDENT: Jeff Pruitt
E-MAIL: jpruitt@meeker.k12.ok.us
PHONE NUMBER: (405) 788-4540
214 E Carl Hubbell Blvd
Meeker, OK  74855

Meridian Technology Center
SUPERINTENDENT: Rebecca Eastham
E-MAIL: rebeccae@meridiantech.edu
PHONE NUMBER: (405) 377-3333
1312 S Sangre Rd

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Stillwater, OK  74074

Merritt
SUPERINTENDENT: Jeff Daugherty
E-MAIL: daughertyj@merritt.k12.ok.us
PHONE NUMBER: (580) 225-5460
19693 East 1130 Road
Elk City, OK  73644

Metro Tech
SUPERINTENDENT: Aaron Collins
E-MAIL: aaron.collins@metrotech.edu
PHONE NUMBER: (405) 424-8324
1900 Springlake Dr
Okla City, OK  73111

Miami
SUPERINTENDENT: Jeremy Hogan
E-MAIL: jhogan@miamips.net
PHONE NUMBER: (918) 542-8455
26 North Main
Miami, OK  74354

Mid-america Technology Center
SUPERINTENDENT: Dusty Ricks
E-MAIL: dricks@matech.edu
PHONE NUMBER: (405) 449-3391
27438 State Highway 59
Wayne, OK  73095

Mid-del Technology Center
SUPERINTENDENT: Blake Mccrabb
E-MAIL: bmccrabb@mid-del.net
PHONE NUMBER: (405) 739-1707
1621 Maple Dr
Midwest City, OK  73110

Middleberg
SUPERINTENDENT: Joel Read
E-MAIL: jread@middleberg.k12.ok.us
PHONE NUMBER: (405) 485-3612
2130 County Road 1317
Blanchard, OK  73010

Midway
SUPERINTENDENT: Bruce Douglas
E-MAIL: bdouglas@midway.k12.ok.us
PHONE NUMBER: (918) 474-3434
316 South Pine
Council Hill, OK  74428

Midwest City-del City
SUPERINTENDENT: Rick Cobb
E-MAIL: rcobb@mid-del.net
PHONE NUMBER: (405) 737-4461
7217 Se 15Th Street

Midwest City, OK  73110

Milburn
SUPERINTENDENT: Joey Mcbride
E-MAIL: jmcbride@milburnps.org
PHONE NUMBER: (580) 443-5522
200 North 8Th Street
Milburn, OK  73450

Mill Creek
SUPERINTENDENT: Lorinda Chancellor
E-MAIL: lorindac@millcreek.k12.ok.us
PHONE NUMBER: (580) 384-5514
602 South Chickasaw Avenue
Mill Creek, OK  74856

Millwood
SUPERINTENDENT: Cecilia Woods
E-MAIL: crw@millwoodps.org
PHONE NUMBER: (405) 475-1004
6724 N Martin Luther King Ave
Oklahoma City, OK  73111

Minco
SUPERINTENDENT: Kevin Sims
E-MAIL: ksims@minco.k12.ok.us
PHONE NUMBER: (405) 352-4867
311 Sw 6Th Street
Minco, OK  73059

Moffett
SUPERINTENDENT: Greg Reynolds
E-MAIL: greynolds@moffett.k12.ok.us
PHONE NUMBER: (918) 875-3668
701 Belt Ave
Moffett, OK  74946

Moore
SUPERINTENDENT: Robert Romines
E-MAIL: robertromines@mooreschools.com
PHONE NUMBER: (405) 735-4200
1500 Southeast 4Th Street
Moore, OK  73160

Moore Norman Technology Center
SUPERINTENDENT: Brian Ruttman
E-MAIL: brian.ruttman@mntc.edu
PHONE NUMBER: (405) 364-5763
4701 12Th Ave Nw
Norman, OK  73069

Mooreland
SUPERINTENDENT: Mickey Gregory
E-MAIL: gregory@mooreland.k12.ok.us
PHONE NUMBER: (580) 994-5388
Sw 6Th Street & Elm

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Mooreland, OK  73852

Morris
SUPERINTENDENT: Chris Karch
E-MAIL: ckarch@morrisschools.net
PHONE NUMBER: (918) 733-9072
307 South 6Th Street
Morris, OK  74445

Morrison
SUPERINTENDENT: Brent Haken
E-MAIL: brenthaken@morrisonps.com
PHONE NUMBER: (580) 724-3341
2Nd Street And C Avenue
Morrison, OK  73061

Moseley
SUPERINTENDENT: Charlene Carter
E-MAIL: charlene@moseleyschool.com
PHONE NUMBER: (918) 422-5927
7904 North Moseley Road
Colcord, OK  74338

Moss
SUPERINTENDENT: Brett Hill
E-MAIL: bhill@moss.k12.ok.us
PHONE NUMBER: (405) 379-7251
8087 East 134 Road
Holdenville, OK  74848

Mounds
SUPERINTENDENT: Doran Smith
E-MAIL: dsmith@moundsps.com
PHONE NUMBER: (918) 827-6100
1603 Russell Ave
Mounds, OK  74047

Mountain View-gotebo
SUPERINTENDENT: Sam Belcher
E-MAIL: sbelcher@mvgschools.com
PHONE NUMBER: (580) 347-2211
Rural Route 2  # 88
Mountain View, OK  73062

Moyers
SUPERINTENDENT: Donna Dudley
E-MAIL: dadudley@moyers.k12.ok.us
PHONE NUMBER: (580) 298-5549
Hwy 2 N  Cobb Dr
Moyers, OK  74557

Muldrow
SUPERINTENDENT: Ron Flanagan
E-MAIL: ronal.flanagan@staff.muldrowps.org
PHONE NUMBER: (918) 427-7406
715 W Shawntel Smith Blvd

Muldrow, OK  74948

Mulhall-orlando
SUPERINTENDENT: Rodney Vollmer
E-MAIL: rvollmer@m-ops.org
PHONE NUMBER: (405) 649-2000
100 East Main
Orlando, OK  73073

Muskogee
SUPERINTENDENT: Jarod Mendenhall
E-MAIL: Jarod.Mendenhall@roughers.net
PHONE NUMBER: (918) 684-3700
202 West Broadway Street
Muskogee, OK  74401

Mustang
SUPERINTENDENT: Charles Bradley
E-MAIL: bradleych@mustangps.org
PHONE NUMBER: (405) 376-2461
906 South Heights Drive
Mustang, OK  73064

Nashoba
SUPERINTENDENT: Charles Caughern
E-MAIL: ccaughern@nashoba.k12.ok.us
PHONE NUMBER: (918) 755-4343
439670 State Hwy 144
Nashoba, OK  74558

Navajo
SUPERINTENDENT: Vicki Nance
E-MAIL: vnance@navajo.k12.ok.us
PHONE NUMBER: (580) 482-7742
15695 South County Road 210
Altus, OK  73521

New Lima
SUPERINTENDENT: Jim Mathews
E-MAIL: jmathews@newlima.k12.ok.us
PHONE NUMBER: (405) 257-5771
116 Gross Street
Wewoka, OK  74884

Newcastle
SUPERINTENDENT: Melonie Hau
E-MAIL: mhau@newcastle.k12.ok.us
PHONE NUMBER: (405) 387-2890
101 North Main Street
Newcastle, OK  73065

Newkirk
SUPERINTENDENT: Robin Johnson
E-MAIL: rjohnson@newkirk.k12.ok.us
PHONE NUMBER: (580) 362-2388
625 West South Street

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Newkirk, OK  74647

Ninnekah
SUPERINTENDENT: Todd Bunch
E-MAIL: tbunch@ninnekah.k12.ok.us
PHONE NUMBER: (405) 224-4092
904 East  Dell Street
Ninnekah, OK  73067

Noble
SUPERINTENDENT: Frank Solomon
E-MAIL: fsolomon@nobleps.com
PHONE NUMBER: (405) 872-3452
111 S 4Th
Noble, OK  73068

Norman
SUPERINTENDENT: Nick Migliorino
E-MAIL: nickm@norman.k12.ok.us
PHONE NUMBER: (405) 364-1339
131 South Flood Avenue
Norman, OK  73069

North Rock Creek
SUPERINTENDENT: Blake Moody
E-MAIL: bmoody@nrc.k12.ok.us
PHONE NUMBER: (405) 275-3473
42400 Garrett'S Lake Road
Shawnee, OK  74804

Northeast Tech. Center- Afton
SUPERINTENDENT: Curtis Shumaker
E-MAIL: curtis.shumaker@netech.edu
PHONE NUMBER: (918) 257-8324
19901 South Highway 69
Afton, OK  74331

Northeast Tech. Center- Claremore
SUPERINTENDENT: Rick Reimer
E-MAIL: rick.reimer@netech.edu
PHONE NUMBER: (918) 342-8066
1901 N Highway 88
Claremore, OK  74017

Northeast Tech. Center- Kansas
SUPERINTENDENT: Greg Mitchell
E-MAIL: greg.mitchell@netech.edu
PHONE NUMBER: (918) 868-3535
450 North Highway 59
Kansas, OK  74347

Northeast Tech. Center- Pryor
SUPERINTENDENT: Paul Hocutt
E-MAIL: paul.hocutt@netech.edu
PHONE NUMBER: (918) 825-7040
6195 West Highway 20

Pryor, OK  74361

Northwest Tech. Center- Alva
SUPERINTENDENT: Daren Slater
E-MAIL: dslater@nwtech.edu
PHONE NUMBER: (580) 327-0344
1801 S 11Th St
Alva, OK  73717

Northwest Tech. Center- Fairview
SUPERINTENDENT: Daren Slater
E-MAIL: dslater@nwtech.edu
PHONE NUMBER: (580) 227-3708
801 Vo-Tech Drive
Fairview, OK  73737

Norwood
SUPERINTENDENT: Keith Fisher
E-MAIL: fisherk@norwood.k12.ok.us
PHONE NUMBER: (918) 478-3092
7966 West 790 Road
Hulbert, OK  74441

Nowata
SUPERINTENDENT: Chris Tanner
E-MAIL: ctanner@npsok.org
PHONE NUMBER: (918) 273-3425
700 West Osage Avenue
Nowata, OK  74048

Oak Grove
SUPERINTENDENT: Jamie Cargill
E-MAIL: jamiecargill@oakgrove.k12.ok.us
PHONE NUMBER: (918) 352-2889
8409 East Ninth Street
Cushing, OK  74023

Oakdale
SUPERINTENDENT: Mike Franz
E-MAIL: mfranz@oakdale.org
PHONE NUMBER: (405) 771-3373
5701 E Hefner Road
Edmond, OK  73013

Oilton
SUPERINTENDENT: Matt Posey
E-MAIL: mposey@oilton.k12.ok.us
PHONE NUMBER: (918) 862-0389
309 E  Peterson
Oilton, OK  74052

Okarche
SUPERINTENDENT: Rob Friesen
E-MAIL: friesenr@okarcheschools.org
PHONE NUMBER: (405) 263-7300
632 West Oklahoma Avenue

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Okarche, OK  73762

Okay
SUPERINTENDENT: Pete Hiseley
E-MAIL: phiseley@okayps.org
PHONE NUMBER: (918) 682-0371
8611 North 49Th Street East
Okay, OK  74446

Okeene
SUPERINTENDENT: Mike Jinkens
E-MAIL: mjinkens@okeene.k12.ok.us
PHONE NUMBER: (580) 822-3219
301 North Main
Okeene, OK  73763

Okemah
SUPERINTENDENT: Lee Vick
E-MAIL: rlvick@okemahk12.com
PHONE NUMBER: (918) 623-1874
107 West Date Street
Okemah, OK  74859

Oklahoma City
SUPERINTENDENT: Sean Mcdaniel
E-MAIL: smcdaniel@okcps.org
PHONE NUMBER: (405) 587-0000
900 North Klein Avenue
Oklahoma City, OK  73106

Oklahoma Education Line Office
SUPERINTENDENT: David Vela
E-MAIL: david_vela@nps.gov
PHONE NUMBER: (405) 605-6051
200 Nw 4Th Street
Oklahoma City, OK  73102

Oklahoma School For The Blind
SUPERINTENDENT: Rita Echelle
E-MAIL: rechelle@okdrs.gov
PHONE NUMBER: (918) 781-8200
3300 Gibson Street
Muskogee, OK  74403

Oklahoma School For The Deaf
SUPERINTENDENT: Chris Dvorak
E-MAIL: cdvorak@osd.k12.ok.us
PHONE NUMBER: (580) 622-4900
1100 E Oklahoma Ave
Sulphur, OK  73086

Oklahoma Union
SUPERINTENDENT: Brenda Taylor
E-MAIL: btaylor@okunion.k12.ok.us
PHONE NUMBER: (918) 255-6550
Rural Route 1  # 377-7

South Coffeyville, OK  74072

Okmulgee
SUPERINTENDENT: Renee Dove
E-MAIL: rdove@okmulgeeps.com
PHONE NUMBER: (918) 758-2000
316 E  8Th Street
Okmulgee, OK  74447

Oktaha
SUPERINTENDENT: Jerry Needham
E-MAIL: jneedham@oktahaschool.com
PHONE NUMBER: (918) 687-7556
531 E  Prairie
Oktaha, OK  74450

Olive
SUPERINTENDENT: Jimmy Reynolds
E-MAIL: jreynolds@olive.k12.ok.us
PHONE NUMBER: (918) 352-9567
9352 South 436Th West Avenue
Drumright, OK  74030

Olustee-eldorado
SUPERINTENDENT: Melvin Hazel
E-MAIL: rmhazel@olustee.k12.ok.us
PHONE NUMBER: (580)648-2243
606 E  6th Street
Olustee, OK  73560

Oologah-talala
SUPERINTENDENT: Max Tanner
E-MAIL: max.tanner@oologah.k12.ok.us
PHONE NUMBER: (918) 443-6000
10700 South Hwy 169
Oologah, OK  74053

Optima
SUPERINTENDENT: Freida Burgess
E-MAIL: FBurgess@optima.k12.ok.us
PHONE NUMBER: (580)338-6712
107 E 5th st
Optima, OK  73945

Osage
SUPERINTENDENT: Donald Pullen
E-MAIL: dpullen@osageelementary.com
PHONE NUMBER: (918) 825-2550
7960 West 490
Pryor, OK  74361

Osage County Ilc
SUPERINTENDENT: Jacque Canady
E-MAIL: jcanady@ocic.k12.ok.us
PHONE NUMBER: (918) 885-2667
207 E  Main Street

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Hominy, OK  74035

Osage Hills
SUPERINTENDENT: Jeannie Odaniel
E-MAIL: jodaniel@osagehills.k12.ok.us
PHONE NUMBER: (918) 336-6804
225 Country Road 2706
Bartlesville, OK  74003

Owasso
SUPERINTENDENT: Amy Fichtner
E-MAIL: amy.fichtner@owassops.org
PHONE NUMBER: (918) 272-5367
1501 North Ash Street
Owasso, OK  74055

Paden
SUPERINTENDENT: Michelle Stiles
E-MAIL: mstiles@paden.k12.ok.us
PHONE NUMBER: (405) 932-5053
10Th & Elm
Paden, OK  74860

Panama
SUPERINTENDENT: Dusty Walden
E-MAIL: dustywalden@panama.k12.ok.us
PHONE NUMBER: (918) 963-2217
401 Highschool Drive
Panama, OK  74951

Panola
SUPERINTENDENT: Bryan Deatherage
E-MAIL: bryan.deatherage@panolabearcats.org
PHONE NUMBER: (918) 465-3298
5558 Ne 104Th Rd
Wilburton, OK  74578

Paoli
SUPERINTENDENT: David Morris
E-MAIL: dmorris@paoli.k12.ok.us
PHONE NUMBER: (405) 484-7336
410 Stewart Street West
Paoli, OK  73074

Pauls Valley
SUPERINTENDENT: Mike Martin
E-MAIL: mmartin@paulsvalley.k12.ok.us
PHONE NUMBER: (405) 238-6453
301 North Chickasaw
Pauls Valley, OK  73075

Pawhuska
SUPERINTENDENT: David Cash
E-MAIL: davidcash@pawhuskadistrict.org
PHONE NUMBER: (918) 287-1265
1801 Mckenzie Road

Pawhuska, OK  74056

Pawnee
SUPERINTENDENT: Stacy Womack
E-MAIL: stacy.womack@pawnee.k12.ok.us
PHONE NUMBER: (918) 762-3676
615 Denver Street
Pawnee, OK  74058

Peavine
SUPERINTENDENT: Michael Hargis
E-MAIL: mhargis@peavinepanthers.net
PHONE NUMBER: (918) 696-7818
77943 Hwy 59 N
Stilwell, OK  74960

Peckham
SUPERINTENDENT: Johnie Decker
E-MAIL: jdecker@peckham.k12.ok.us
PHONE NUMBER: (580) 362-2633
7175 West School Street
Newkirk, OK  74647

Peggs
SUPERINTENDENT: John Cox
E-MAIL: jcox@peggs.k12.ok.us
PHONE NUMBER: (918) 598-3412
10821 W  Hickory Ave
Peggs, OK  74452

Perkins-tryon
SUPERINTENDENT: Joe Mcelroy
E-MAIL: jmcelroy@p-t.k12.ok.us
PHONE NUMBER: (405) 547-5703
103 Sw 2Nd
Perkins, OK  74059

Perry
SUPERINTENDENT: Terry Mccarty
E-MAIL: tmccarty@perry.k12.ok.us
PHONE NUMBER: (580) 336-4511
900 Fir Street
Perry, OK  73077

Piedmont
SUPERINTENDENT: James White
E-MAIL: james.white@piedmontschools.org
PHONE NUMBER: (580) 373-2311
713 Piedmont Road North
Piedmont, OK  73078

Pioneer
SUPERINTENDENT: Mike Sparks
E-MAIL: msparks@pioneerk8.k12.ok.us
PHONE NUMBER: (405) 224-2700
3686 State Highway 92

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Chickasha, OK  73018

Pioneer Technology Center
SUPERINTENDENT: Traci Thorpe
E-MAIL: tracit@pioneertech.edu
PHONE NUMBER: (580) 762-8336
2101 N Ash St
Ponca City, OK 74601

Pioneer-pleasant Vale
SUPERINTENDENT: Brent Koontz
E-MAIL: bkoontz@ppv.k12.ok.us
PHONE NUMBER: (580) 758-3282
6520 East Wood Road
Waukomis, OK  73773

Pittsburg
SUPERINTENDENT: Chad Graham
E-MAIL: cgraham@pittsburg.k12.ok.us
PHONE NUMBER: (918) 432-5062
200 West Grand
Pittsburg, OK  74560

Plainview
SUPERINTENDENT: Karl Stricker
E-MAIL: strickerk@plainview.k12.ok.us
PHONE NUMBER: (580) 223-6319
1140 South Plainview Road
Ardmore, OK  73401

Pleasant Grove
SUPERINTENDENT: Scott Roper
E-MAIL: sroper@pgs.k12.ok.us
PHONE NUMBER: (405) 275-6092
1927 East Walnut Street
Shawnee, OK  74801

Pocola
SUPERINTENDENT: Lawrence Barnes
E-MAIL: lbarnes@pocolaschools.org
PHONE NUMBER: (918) 436-2424
600 East Pryor Avenue
Pocola, OK  74902

Ponca City
SUPERINTENDENT: Shelley Arrott
E-MAIL: matlos@pcps.us
PHONE NUMBER: (580) 767-8000
613 East Grand Avenue
Ponca City, OK  74601

Pond Creek-hunter
SUPERINTENDENT: Joel Quinn
E-MAIL: jquinn@pondcreek-hunter.k12.ok.us
PHONE NUMBER: (580) 532-4242
200 East Broadway

Pond Creek, OK  73766

Pontotoc Technology Center
SUPERINTENDENT: David Lassiter
E-MAIL: dlassiter@pontotoctech.edu
PHONE NUMBER: (580) 310-2200
601 W 33Rd St
Ada, OK  74820

Porter Consolidated
SUPERINTENDENT: Charles Mcmahan
E-MAIL: cmcmahan@porter.k12.ok.us
PHONE NUMBER: (918) 483-2401
125 South Main
Porter, OK  74454

Porum
SUPERINTENDENT: Landon Berry
E-MAIL: lberry@porum.k12.ok.us
PHONE NUMBER: (918) 484-5121
4Th & Osage
Porum, OK  74455

Poteau
SUPERINTENDENT: Don Sjoberg
E-MAIL: sjobergdon@poteau.k12.ok.us
PHONE NUMBER: (918)647-7700
100 Mockingbird Lane
Poteau, OK  74953

Prague
SUPERINTENDENT: Vallery Feltman
E-MAIL: vfeltman@prague.k12.ok.us
PHONE NUMBER: (405) 567-2281
1100 Blue Bell
Prague, OK  74864

Preston
SUPERINTENDENT: Mark Hudson
E-MAIL: mhudson@prestonps.org
PHONE NUMBER: (918) 756-3388
10061 Pringey Avenue
Preston, OK  74456

Pretty Water
SUPERINTENDENT: Jeff Taylor
E-MAIL: jtaylor@prettywater.k12.ok.us
PHONE NUMBER: (918) 224-4952
15223 West 81St Street South
Sapulpa, OK  74066

Prue
SUPERINTENDENT: Craig Thurman
E-MAIL: cthurman@prue.k12.ok.us
PHONE NUMBER: (918) 242-3351
104 Broadway

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Prue, OK  74060

Pryor
SUPERINTENDENT: Don Raleigh
E-MAIL: raleighd@pryorschools.org
PHONE NUMBER: (918) 825-1255
521 Se 1St St
Pryor, OK  74361

Purcell
SUPERINTENDENT: Sheli Mcadoo
E-MAIL: mcadoos@purcellps.org
PHONE NUMBER: (405) 527-2146
919 1/2 North Ninth Avenue
Purcell, OK  73080

Putnam City
SUPERINTENDENT: Fred Rhodes
E-MAIL: frhodes@putnamcityschools.org
PHONE NUMBER: (405) 495-5200
5401 Northwest 40Th Street
Warr Acres, OK  73122

Quapaw
SUPERINTENDENT: David Carriger
E-MAIL: dcarriger@qpswildcats.com
PHONE NUMBER: (918) 674-2501
305 West First Street
Quapaw, OK  74363

Quinton
SUPERINTENDENT: Todd Wilson
E-MAIL: twilson@quintonschools.com
PHONE NUMBER: (918) 469-3100
210 N J Street
Quinton, OK  74561

Rattan
SUPERINTENDENT: Robert Ross
E-MAIL: robertross@rattan.k12.ok.us
PHONE NUMBER: (580) 756-2715
420 West Main St
Rattan, OK  74562

Ravia
SUPERINTENDENT: Barbara Mcdonald
E-MAIL: bmcdonald@ravia.k12.ok.us
PHONE NUMBER: (580) 371-9163
305 Mill Street
Ravia, OK  73455

Red Oak
SUPERINTENDENT: Bryan Deatherage
E-MAIL: bdeatherage@redoak.k12.ok.us
PHONE NUMBER: (918) 754-2426
404 N  Main

Red Oak, OK  74563

Red River Technology Center
SUPERINTENDENT: Misty Wade
E-MAIL: mwade@rrtc.edu
PHONE NUMBER: (580) 255-2903
3300 West Boisdarc
Duncan, OK  73533

Reydon
SUPERINTENDENT: Phil Drouhard
E-MAIL: pdrouhard@reydon.k12.ok.us
PHONE NUMBER: (580) 655-4375
205 4Th Ave
Reydon, OK  73660

Ringling
SUPERINTENDENT: Kent Southward
E-MAIL: ksouthward@ringling.k12.ok.us
PHONE NUMBER: (580) 662-2385
706 N  5Th St Unit G
Ringling, OK  73456

Ringwood
SUPERINTENDENT: Wade Detrick
E-MAIL: wdetrick@ringwood.k12.ok.us
PHONE NUMBER: (580) 883-2202
101 W  5Th
Ringwood, OK  73768

Ripley
SUPERINTENDENT: Brent Meeks
E-MAIL: meeksb@ripley.k12.ok.us
PHONE NUMBER: (918) 372-4242
403 E  Cook St
Ripley, OK  74062

Riverside
SUPERINTENDENT: David Garner
E-MAIL: dgarner@riverside.k12.ok.us
PHONE NUMBER: (405) 262-2907
4800 East Foreman Street
El Reno, OK  73036

Riverside Indian School
SUPERINTENDENT: Amber Wilson
E-MAIL: amber.wilson@bie.edu
PHONE NUMBER: (405) 247-6670
101 Riverside Drive
Anadarko, OK  73006

Robin Hill
SUPERINTENDENT: Melissa  Baughman
E-MAIL: mbaughman@robinhill.k12.ok.us
PHONE NUMBER: (405) 321-4186
4801 East Franklin Road

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Norman, OK  73026

Rock Creek
SUPERINTENDENT: Rob Frederick
E-MAIL: rfrederick@rockcreekisd.net
PHONE NUMBER: (580) 295-3761
200 East Steakley Street
Bokchito, OK  74726

Rocky Mountain
SUPERINTENDENT: Alicia Ketcher
E-MAIL: aketcher@rockymtn.k12.ok.us
PHONE NUMBER: (918) 696-7509
Rural Route 1  # 665
Stilwell, OK  74960

Roff
SUPERINTENDENT: Scott Morgan
E-MAIL: smorgan@roff.k12.ok.us
PHONE NUMBER: (580) 456-7663
100 N  Broadway
Roff, OK  74865

Roland
SUPERINTENDENT: Patrick Martin
E-MAIL: rmartin@rolandschools.org
PHONE NUMBER: (918) 427-4601
300 Ranger Boulevard
Roland, OK  74954

Rush Springs
SUPERINTENDENT: Robbie Burch
E-MAIL: rburch@rushsprings.k12.ok.us
PHONE NUMBER: (580) 476-3929
601 West Blakley
Rush Springs, OK  73082

Ryal
SUPERINTENDENT: Lynn Maxwell
E-MAIL: lmaxwell@ryal.k12.ok.us
PHONE NUMBER: (918) 652-7461
115035 S 3960 Rd
Henryetta, OK  74437

Ryan
SUPERINTENDENT: Marcus Chapman
E-MAIL: mchapman@ryan.k12.ok.us
PHONE NUMBER: (580) 757-2308
1201 Washington Street
Ryan, OK  73565

Salina
SUPERINTENDENT: Tony Thomas
E-MAIL: tthomas@salinawildcats.org
PHONE NUMBER: (918) 434-5091
212 E Ferry St

Salina, OK  74365

Sallisaw
SUPERINTENDENT: Paul Wood
E-MAIL: rwood@sallisawps.org
PHONE NUMBER: (918) 775-5544
701 J  T  Stites Blvd
Sallisaw, OK  74955

Sand Springs
SUPERINTENDENT: Sherry Durkee
E-MAIL: sherry.durkee@sandites.org
PHONE NUMBER: (918) 246-1400
11 West Broadway
Sand Springs, OK  74063

Sapulpa
SUPERINTENDENT: Robert Armstrong
E-MAIL: rarmstrong@sapulpaps.org
PHONE NUMBER: (918) 224-3400
511 East Lee
Sapulpa, OK  74066

Sasakwa
SUPERINTENDENT: Kyle Wilson
E-MAIL: kwilson@sasakwaschools.org
PHONE NUMBER: (405) 941-3250
106 North Olive
Sasakwa, OK  74867

Savanna
SUPERINTENDENT: Gary Reeder
E-MAIL: garyr@savanna.k12.ok.us
PHONE NUMBER: (918) 548-3777
9567 South Us Hwy 69
Savanna, OK  74565

Sayre
SUPERINTENDENT: Danny Crabb
E-MAIL: dcrabb@sayre.k12.ok.us
PHONE NUMBER: (580) 928-5531
716 Northeast Highway 66
Sayre, OK  73662

Schulter
SUPERINTENDENT: Vernie Thomas
E-MAIL: vthomas@schulter.k12.ok.us
PHONE NUMBER: (918) 652-8219
23507 Flax Ave
Schulter, OK  74460

Seiling
SUPERINTENDENT: Randy Seifried
E-MAIL: rseifried@seiling.k12.ok.us
PHONE NUMBER: (580) 922-7383
100 N  Elm

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Seiling, OK  73663

Seminole
SUPERINTENDENT: Bob Gragg
E-MAIL: bgragg@sps.k12.ok.us
PHONE NUMBER: (405) 382-5085
617 N  Timmons
Seminole, OK  74868

Seminole County Ilc
SUPERINTENDENT: Bob Gragg
E-MAIL: bgragg@sps.k12.ok.us
PHONE NUMBER: (405) 382-5085
630 Golf Rd
Seminole, OK  74868

Sentinel
SUPERINTENDENT: Jason Goostree
E-MAIL: jgoostree@sentinel.k12.ok.us
PHONE NUMBER: (580) 393-2101
708 E  Washington
Sentinel, OK  73664

Sequoyah
SUPERINTENDENT: Terry Saul
E-MAIL: terry.saul@sequoyaheagles.net
PHONE NUMBER: (918) 341-5472
16441 South 4180 Road
Claremore, OK  74017

Sequoyah High School
SUPERINTENDENT: Patrick Moore
E-MAIL: patrick-moore@cherokee.org
PHONE NUMBER: (918) 453-5400
17091 S Muskogee Ave
Tahlequah, OK  74405

Shady Grove
SUPERINTENDENT: Emmett Thompson
E-MAIL: ethompson@shadygrove.k12.ok.us
PHONE NUMBER: (918) 772-2511
11042 West Shady Grove Road
Hulbert, OK  74441

Shady Point
SUPERINTENDENT: Bruce Gillham
E-MAIL: bruce.gillham@spk12.org
PHONE NUMBER: (918) 963-2595
22838 Wheelus
Shady Point, OK  74956

Sharon-mutual
SUPERINTENDENT: Jeff Thompson
E-MAIL: jthompson@smps.k12.ok.us
PHONE NUMBER: (580) 989-3210
210 S Maple St

Mutual, OK  73853

Shattuck
SUPERINTENDENT: Tyson Bullard
E-MAIL: rtbullard@shattuck.k12.ok.us
PHONE NUMBER: (580) 938-2586
602 South Hickory
Shattuck, OK  73858

Shawnee
SUPERINTENDENT: April Grace
E-MAIL: agrace@shawnee.k12.ok.us
PHONE NUMBER: (405) 273-0653
326 North Union Street
Shawnee, OK  74801

Shidler
SUPERINTENDENT: Rick Rogers
E-MAIL: rrogers@shidlerps.org
PHONE NUMBER: (918) 793-2021
213 S Wg Ward
Shidler, OK  74652

Silo
SUPERINTENDENT: Kate Mcdonald
E-MAIL: k.mcdonald@siloisd.org
PHONE NUMBER: (580) 924-7000
122 West Bourne Street
Durant, OK  74701

Skiatook
SUPERINTENDENT: Rick Thomas
E-MAIL: rthomas@skiatookschools.org
PHONE NUMBER: (918) 396-1792
355 South Osage Street
Skiatook, OK  74070

Smithville
SUPERINTENDENT: Delbert Mcbroom
E-MAIL: dmcbroom@smithville.k12.ok.us
PHONE NUMBER: (580) 244-3333
339 Main St
Smithville, OK  74957

Snyder
SUPERINTENDENT: Travis Gates
E-MAIL: tgates@snyder.k12.ok.us
PHONE NUMBER: (580) 569-2773
718 E Street
Snyder, OK  73566

Soper
SUPERINTENDENT: Scott Worth
E-MAIL: soperschool@live.com
PHONE NUMBER: (580) 345-2757
810 St  Louis St

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Soper, OK  74759

South Coffeyville
SUPERINTENDENT: Clemo Haddox
E-MAIL: cfhaddox@scps.k12.ok.us
PHONE NUMBER: (918) 255-6202
600 E  5Th
South Coffeyville, OK  74072

South Rock Creek
SUPERINTENDENT: Mike Crawford
E-MAIL: mcrawford@src.k12.ok.us
PHONE NUMBER: (405) 273-6072
17800 South Rock Creek Road
Shawnee, OK  74801

Southeastern Oklahoma Ilc
SUPERINTENDENT: Bruce King
E-MAIL: bking@se.edu
PHONE NUMBER: (580) 286-3344
103 Ne Avenue A
Idabel, OK  74745

Southern Okla. Technology Ctr
SUPERINTENDENT: David Powell
E-MAIL: donpeters@garfordisd.org
PHONE NUMBER: (580) 223-2070
2610 Sam Noble Pkwy
Ardmore, OK  73401

Southwest Technology Center
SUPERINTENDENT: Dale Latham
E-MAIL: dlatham@swtech.edu
PHONE NUMBER: (580) 477-2250
711 W Tamarack Rd
Altus, OK  73521

Sperry
SUPERINTENDENT: Brian Beagles
E-MAIL: bbeagles@sperry.k12.ok.us
PHONE NUMBER: (918) 288-7213
400 West Main Street
Sperry, OK  74073

Spiro
SUPERINTENDENT: Richard Haynes
E-MAIL: rhaynes@spiro.k12.ok.us
PHONE NUMBER: (918) 962-2463
600 West Broadway Street
Spiro, OK  74959

Springer
SUPERINTENDENT: Cynthia Hunter
E-MAIL: chunter@springer.k12.ok.us
PHONE NUMBER: (580) 653-2656
16624 Us Hwy 77

Springer, OK  73458

Sterling
SUPERINTENDENT: Kent Lemons
E-MAIL: klemons@sterling.k12.ok.us
PHONE NUMBER: (580) 365-4307
400 S Tiger Blvd
Sterling, OK  73567

Stidham
SUPERINTENDENT: Danny Williams
E-MAIL: sup@stidham.k12.ok.us
PHONE NUMBER: (918) 689-5241
Highway Contract 64 # 2110
Eufaula, OK  74432

Stigler
SUPERINTENDENT: Adam Beauchamp
E-MAIL: abeauchamp@stiglerps.com
PHONE NUMBER: (918) 967-2805
309 Northwest E Street
Stigler, OK  74462

Stillwater
SUPERINTENDENT: Marc Moore
E-MAIL: mmoore@stillwaterschools.com
PHONE NUMBER: (405) 533-6300
314 South Lewis Street
Stillwater, OK  74074

Stilwell
SUPERINTENDENT: Geri Gilstrap
E-MAIL: ggilstrap@stilwellk12.org
PHONE NUMBER: (918) 696-7001
1801 West Locust Street
Stilwell, OK  74960

Stonewall
SUPERINTENDENT: Kevin Flowers
E-MAIL: kflowers@stonewall.k12.ok.us
PHONE NUMBER: (580) 265-4241
600 South Highschool
Stonewall, OK  74871

Straight
SUPERINTENDENT: Steve Baird
E-MAIL: steve.baird@straight.k12.ok.us
PHONE NUMBER: (580)652-2232
Rural Route 1  # 89
Guymon, OK  73942

Stratford
SUPERINTENDENT: Michael Blackburn
E-MAIL: mblackburn@stratford.k12.ok.us
PHONE NUMBER: (580) 759-3615
341 North Elm Street

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Stratford, OK  74872

Stringtown
SUPERINTENDENT: Tony Potts
E-MAIL: tpotts@stringtownisd.org
PHONE NUMBER: (580) 346-7423
304 Highland St
Stringtown, OK  74569

Strother
SUPERINTENDENT: Kolby Johnson
E-MAIL: k.johnson@strother.k12.ok.us
PHONE NUMBER: (405) 382-4014
36085 Ew 1140
Seminole, OK  74868

Stroud
SUPERINTENDENT: Joe Vantuyl
E-MAIL: jvantuyl@stroud.k12.ok.us
PHONE NUMBER: (918) 968-2541
212 West 7Th Street
Stroud, OK  74079

Stuart
SUPERINTENDENT: Tracy Blasengame
E-MAIL: tblas@stuart.k12.ok.us
PHONE NUMBER: (918) 546-2627
8837 Fourth Street
Stuart, OK  74570

Sulphur
SUPERINTENDENT: Matt Holder
E-MAIL: matt.holder@sulphurk12.org
PHONE NUMBER: (580) 622-2061
1021 West Ninth Street
Sulphur, OK  73086

Sweetwater
SUPERINTENDENT: Casey Reed
E-MAIL: creed@sweetwater.k12.ok.us
PHONE NUMBER: (580) 534-2272
11107 North Highway 30
Sweetwater, OK  73666

Swink
SUPERINTENDENT: Mark Bush
E-MAIL: mbush@swink.k12.ok.us
PHONE NUMBER: (580) 873-2695
500 Jourdan Street
Swink, OK  74761

Tahlequah
SUPERINTENDENT: Leon Ashlock
E-MAIL: ashlockl@tahlequahschools.org
PHONE NUMBER: (918) 458-4100
225 N Water Street

Tahlequah, OK  74464

Talihina
SUPERINTENDENT: Jason Lockhart
E-MAIL: jlockhart@talihina.k12.ok.us
PHONE NUMBER: (918) 567-2259
301 Isherwood St
Talihina, OK  74571

Taloga
SUPERINTENDENT: Marsha Cusack
E-MAIL: mcusack@taloga.k12.ok.us
PHONE NUMBER: (580) 328-5586
500 West Ruble
Taloga, OK  73667

Tannehill
SUPERINTENDENT: Ronald Martin
E-MAIL: rmartin@tannehill.k12.ok.us
PHONE NUMBER: (918) 423-6393
9283 Tannehill Road
Mcalester, OK  74501

Tecumseh
SUPERINTENDENT: Tom Wilsie
E-MAIL: tom.wilsie@tecumseh.k12.ok.us
PHONE NUMBER: (405) 598-3739
1301 East Highland Street
Tecumseh, OK  74873

Temple
SUPERINTENDENT: Randy Batt
E-MAIL: rbatt@temple.k12.ok.us
PHONE NUMBER: (580) 342-6230
206 School Road
Temple, OK  73568

Tenkiller
SUPERINTENDENT: Randy Rountree
E-MAIL: rrountree@tenkiller.k12.ok.us
PHONE NUMBER: (918) 457-5996
26106 East 863 Road
Welling, OK  74471

Terral
SUPERINTENDENT: Greg Fouse
E-MAIL: gfouse@terral.k12.ok.us
PHONE NUMBER: (580) 437-2244
340 Apache Avenue
Terral, OK  73569

Texhoma
SUPERINTENDENT: Tom Schroeder
E-MAIL: tom.schroeder@texhoma61.net
PHONE NUMBER: (580) 423-7371
418 Elm Street

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Texhoma, OK  73949

Thackerville
SUPERINTENDENT: Russell Noland
E-MAIL: rnoland@tpsmail.org
PHONE NUMBER: (580) 276-2630
18943 Us Highway 77
Thackerville, OK  73459

Thomas-fay-custer Unified Dist
SUPERINTENDENT: Rob Royalty
E-MAIL: rob@thomas.k12.ok.us
PHONE NUMBER: (580) 661-3527
920 N  Main
Thomas, OK  73669

Timberlake
SUPERINTENDENT: Kale Pierce
E-MAIL: kpierce@tlake.k12.ok.us
PHONE NUMBER: (580) 852-3307
600 N  Main
Helena, OK  73741

Tipton
SUPERINTENDENT: Steve Glenn
E-MAIL: sglenn@tiptontigers.net
PHONE NUMBER: (580) 667-5268
1000 South Broadway
Tipton, OK  73570

Tishomingo
SUPERINTENDENT: Bobby Waitman
E-MAIL: bwaitman@tishomingo.k12.ok.us
PHONE NUMBER: (580) 371-9190
1300 East Main Street
Tishomingo, OK  73460

Tonkawa
SUPERINTENDENT: Lori Simpson
E-MAIL: lsimpson@tonkawa.k12.ok.us
PHONE NUMBER: (580) 628-3597
500 East North Avenue
Tonkawa, OK  74653

Tri-county Technology Center
SUPERINTENDENT: Lindel Fields
E-MAIL: lindel.fields@tricountytech.edu
PHONE NUMBER: (918) 333-2422
6101 Se Nowata Rd
Bartlesville, OK  74006

Tulsa
SUPERINTENDENT: Deborah Gist
E-MAIL: gistde@tulsaschools.org
PHONE NUMBER: (918) 746-6800
3027 S New Haven

Tulsa, OK  74114

Tulsa Technology Center
SUPERINTENDENT: Steve Tiger
E-MAIL: steve.tiger@tulsatech.edu
PHONE NUMBER: (918) 828-5000
6111 East Skelly Drive
Tulsa, OK  74147

Tupelo
SUPERINTENDENT: Kevin Mann
E-MAIL: kmann@tupelo.k12.ok.us
PHONE NUMBER: (580) 845-2460
200 South 7Th
Tupelo, OK  74572

Turkey Ford
SUPERINTENDENT: Julie Holloway
E-MAIL: jholloway@turkeyford.net
PHONE NUMBER: (918) 786-4902
23900 South 670 Road
Wyandotte, OK  74370

Turner
SUPERINTENDENT: Brenda Foster
E-MAIL: bfoster@turnerisd.org
PHONE NUMBER: (580) 276-1307
22069 State Hwy 32
Burneyville, OK  73430

Turpin
SUPERINTENDENT: Keith Custer
E-MAIL: kcuster@turpinps.org
PHONE NUMBER: (580) 778-3333
316 S Lee
Turpin, OK  73950

Tushka
SUPERINTENDENT: Matt Simpson
E-MAIL: msimpson@tushka.k12.ok.us
PHONE NUMBER: (580) 889-7355
261 W Boggy Depot Road
Atoka, OK  74525

Tuttle
SUPERINTENDENT: Keith Sinor
E-MAIL: ksinor@tuttleschools.info
PHONE NUMBER: (405) 381-2605
515 East Main
Tuttle, OK  73089

Twin Hills
SUPERINTENDENT: Gary Mcelroy
E-MAIL: gmcelroy@twinhills.k12.ok.us
PHONE NUMBER: (918) 733-2531
7225 Twin Hills Road

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Okmulgee, OK  74447

Tyrone
SUPERINTENDENT: Joshua Bell
E-MAIL: thssupt@tyronebobcats.org
PHONE NUMBER: (580) 854-6298
6Th And Beatrice
Tyrone, OK  73951

Union
SUPERINTENDENT: Kirt Hartzler
E-MAIL: hartzler.kirt@unionps.org
PHONE NUMBER: (918) 357-4321
8506 East 61St Street
Tulsa, OK  74133

Union City
SUPERINTENDENT: Jim Beckham
E-MAIL: j.beckham@unioncity.k12.ok.us
PHONE NUMBER: (405) 483-3531
105 W  Division
Union City, OK  73090

Valliant
SUPERINTENDENT: Craig Wall
E-MAIL: cwall@vpsd.org
PHONE NUMBER: (580) 933-7232
604 East Lucas Street
Valliant, OK  74764

Vanoss
SUPERINTENDENT: Marjana Tharp
E-MAIL: mtharp@vanoss.k12.ok.us
PHONE NUMBER: (580) 759-2251
4665 County Road 1555
Ada, OK  74820

Varnum
SUPERINTENDENT: David Brewer
E-MAIL: dbrewer@varnum.k12.ok.us
PHONE NUMBER: (405) 382-1448
11929 Ns 3550
Seminole, OK  74868

Velma-alma
SUPERINTENDENT: Raymond Rice
E-MAIL: rrice@velma-alma.k12.ok.us
PHONE NUMBER: (580) 444-3355
901 Main Street
Velma, OK  73491

Verden
SUPERINTENDENT: Mickey Edwards
E-MAIL: medwards@verdenschools.org
PHONE NUMBER: (405) 453-7247
196 S  Locust

Verden, OK  73092

Verdigris
SUPERINTENDENT: Mike Payne
E-MAIL: mpayne@vps.k12.ok.us
PHONE NUMBER: (918) 266-7227
26501 S  4110 Rd
Claremore, OK  74019

Vian
SUPERINTENDENT: Victor Salcedo
E-MAIL: vsalcedo@vian.k12.ok.us
PHONE NUMBER: (918) 773-5798
301 West Hunter
Vian, OK  74962

Vici
SUPERINTENDENT: Coby Nelson
E-MAIL: cnelson@vicischools.k12.ok.us
PHONE NUMBER: (580) 995-4744
301 North Miller Street
Vici, OK  73859

Vinita
SUPERINTENDENT: Kelly Grimmett
E-MAIL: grimmekd@vinitahornets.com
PHONE NUMBER: (918) 256-6778
114 South Scraper Street
Vinita, OK  74301

Wagoner
SUPERINTENDENT: Randy Harris
E-MAIL: rharris@wagonerps.org
PHONE NUMBER: (918) 485-4046
308 Ne 2Nd St
Wagoner, OK  74467

Walters
SUPERINTENDENT: Jimmie Dedmon
E-MAIL: jldedmon@waltersps.org
PHONE NUMBER: (580) 875-2568
418 South Broadway Street
Walters, OK  73572

Wanette
SUPERINTENDENT: Silvia Mcneely
E-MAIL: smcneely@wanette.k12.ok.us
PHONE NUMBER: (405) 383-2656
503 Vestal Ave
Wanette, OK  74878

Wapanucka
SUPERINTENDENT: Jerry Romines
E-MAIL: jromines@wpss.k12.ok.us
PHONE NUMBER: (580) 937-4466
502 S  Choctaw

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Wapanucka, OK  73461

Warner
SUPERINTENDENT: David Vinson
E-MAIL: davidvinson@warner.k12.ok.us
PHONE NUMBER: (918) 463-5171
1012 North 5Th Ave
Warner, OK  74469

Washington
SUPERINTENDENT: Chris Reynolds
E-MAIL: creynolds@wps-isd.com
PHONE NUMBER: (405) 288-6190
101 East Kerley
Washington, OK  73093

Watonga
SUPERINTENDENT: Mark Batt
E-MAIL: mbatt@watonga.k12.ok.us
PHONE NUMBER: (580) 623-7364
1020 N  Noble
Watonga, OK  73772

Watts
SUPERINTENDENT: Lisa Weaver
E-MAIL: lweaver@wattsschool.com
PHONE NUMBER: (918) 422-5311
Rural Route 2  # 1
Watts, OK  74964

Waukomis
SUPERINTENDENT: Kelly Husted
E-MAIL: kellyhusted@waukomis.k12.ok.us
PHONE NUMBER: (580) 758-3247
209 West Locust
Waukomis, OK  73773

Waurika
SUPERINTENDENT: Cody Simmons
E-MAIL: csimmons@waurikaschools.org
PHONE NUMBER: (580) 228-3373
600 East Florida Avenue
Waurika, OK  73573

Wayne
SUPERINTENDENT: Toby Ringwald
E-MAIL: tobringwald@wayne.k12.ok.us
PHONE NUMBER: (405) 449-3646
212 South Seifried Street
Wayne, OK  73095

Waynoka
SUPERINTENDENT: Scott Cline
E-MAIL: scline@waynoka.k12.ok.us
PHONE NUMBER: (580) 824-4341
2134 Lincoln Street

Waynoka, OK  73860

Weatherford
SUPERINTENDENT: Chad Wilson
E-MAIL: cwilson@wpsok.org
PHONE NUMBER: (580) 772-3327
516 North Broadway Street
Weatherford, OK  73096

Webbers Falls
SUPERINTENDENT: Chris Whelan
E-MAIL: cjwhelan@webbersfalls.k12.ok.us
PHONE NUMBER: (918) 464-2334
206 Gibson St
Webbers Falls, OK  74470

Welch
SUPERINTENDENT: Nick Highsmith
E-MAIL: nhighsmith@welchwildcats.net
PHONE NUMBER: (918) 788-3129
707 S Curtis Street
Welch, OK  74369

Weleetka
SUPERINTENDENT: Chris Carter
E-MAIL: ccarter@weleetka.k12.ok.us
PHONE NUMBER: (405) 786-2203
302 E  6Th
Weleetka, OK  74880

Wellston
SUPERINTENDENT: Dwayne Danker
E-MAIL: ddanker@wellstonschools.org
PHONE NUMBER: (405) 356-2534
800 Birch
Wellston, OK  74881

Wes Watkins Technology Center
SUPERINTENDENT: Wade Walling
E-MAIL: wwalling@wwtech.edu
PHONE NUMBER: (405) 452-5500
7892 Highway 9
Wetumka, OK  74883

Western Heights
SUPERINTENDENT: Mannix Barnes
E-MAIL: mannix.barnes@westernheights.k12.ok.us
PHONE NUMBER: (405) 350-3410
8401 Southwest 44Th Street
Oklahoma City, OK  73179

Western Technology Center
SUPERINTENDENT: Kathe Corning
E-MAIL: kcorning@westtech.edu
PHONE NUMBER: (580) 562-3181
621 Sooner Drive

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Burns Flat, OK  73624

Western Technology Center
SUPERINTENDENT: Kathe Corning
E-MAIL: kcorning@westtech.edu
PHONE NUMBER: (580) 928-2097
1000 Northeast Highway 66
Sayre, OK  73662

Westville
SUPERINTENDENT: Terry Heustis
E-MAIL: theustis@westville.k12.ok.us
PHONE NUMBER: (918) 723-3181
500 W Chincapin
Westville, OK  74965

Wetumka
SUPERINTENDENT: Donna Mcgee
E-MAIL: dmcgee@wetumka.k12.ok.us
PHONE NUMBER: (405) 452-5150
416 South Tiger Street
Wetumka, OK  74883

Wewoka
SUPERINTENDENT: Shellie Gammill
E-MAIL: sgammill@wps.k12.ok.us
PHONE NUMBER: (405) 257-5475
300 W 10Th
Wewoka, OK  74884

White Oak
SUPERINTENDENT: Richard Mcspadden
E-MAIL: rmcspadden@whiteoakschool.net
PHONE NUMBER: (918)256-4484
27455 South 4340 Road
Vinita, OK  74301

White Rock
SUPERINTENDENT: Alicia Ebers
E-MAIL: aebers@whiterock.k12.ok.us
PHONE NUMBER: (405) 964-3428
334998 East 1010 Road
Mcloud, OK  74851

Whitebead
SUPERINTENDENT: Lou Wood
E-MAIL: lwood@whitebead.net
PHONE NUMBER: (405) 238-3021
16476 North County Road 3200
Pauls Valley, OK  73075

Whitefield
SUPERINTENDENT: Scott Shepherd
E-MAIL: sshepherd@whitefield.k12.ok.us
PHONE NUMBER: (918) 967-8572
107 South Redding

Whitefield, OK  74472

Whitesboro
SUPERINTENDENT: Katie Blagg
E-MAIL: kblagg@whitesboro.k12.ok.us
PHONE NUMBER: (918) 567-2556
35069 St Hwy 63
Whitesboro, OK  74577

Wilburton
SUPERINTENDENT: Trice Butler
E-MAIL: trice.butler@wilburtondiggers.org
PHONE NUMBER: (918) 465-2100
1201 West Blair Avenue
Wilburton, OK  74578

Wilson
SUPERINTENDENT: Andrea James
E-MAIL: ajames@wpstigers.k12.ok.us
PHONE NUMBER: (918) 652-3374
8867 Chestnut Road
Henryetta, OK  74437

Wilson
SUPERINTENDENT: Tonya Finnerty
E-MAIL: tfinnerty@wilson.k12.ok.us
PHONE NUMBER: (580) 668-2306
1860 Hewitt Road
Wilson, OK  73463

Wister
SUPERINTENDENT: Rachel Pugh
E-MAIL: rachel.pugh@wisterschools.org
PHONE NUMBER: (918) 655-7381
201 Logan Street
Wister, OK  74966

Woodall
SUPERINTENDENT: Linda Clinkenbeard
E-MAIL: lclink@woodall.k12.ok.us
PHONE NUMBER: (918) 458-5444
14090 West 835 Road
Tahlequah, OK  74464

Woodland
SUPERINTENDENT: Todd Kimrey
E-MAIL: tkimrey@woodland.k12.ok.us
PHONE NUMBER: (918) 642-3297
100 North 6Th Street
Fairfax, OK  74637

Woodward
SUPERINTENDENT: Kyle Reynolds
E-MAIL: reynolds@woodwardps.net
PHONE NUMBER: (580) 256-6063
1023 10Th Street

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Woodward, OK  73802

Wright City
SUPERINTENDENT: David Hawkins
E-MAIL: dhawkins@wcisd.org
PHONE NUMBER: (580) 981-2824
601 School Street
Wright City, OK  74766

Wyandotte
SUPERINTENDENT: Troy Gray
E-MAIL: tgray@wyandotte.k12.ok.us
PHONE NUMBER: (918) 678-2222
5 South 1St Street
Wyandotte, OK  74370

Wynnewood
SUPERINTENDENT: Timothy Simpson
E-MAIL: tsimpson@wynnewood.k12.ok.us
PHONE NUMBER: (405) 665-2004
702 E Robert S Kerr Blvd
Wynnewood, OK  73098

Wynona
SUPERINTENDENT: Shelly Shulanberger
E-MAIL: sshulanberger@wynona.k12.ok.us
PHONE NUMBER: (918) 846-2467
108 W  Third
Wynona, OK  74084

Yale
SUPERINTENDENT: Dale Bledsoe
E-MAIL: dbledsoe@yale.k12.ok.us
PHONE NUMBER: (918) 387-2434
315 East Chicago Avenue
Yale, OK  74085

Yarbrough
SUPERINTENDENT: Jim Wiggin
E-MAIL: jwiggin@yarbrough.k12.ok.us
PHONE NUMBER: (580) 545-3327
8 Mi S On Hwy 95
Goodwell, OK  73939

Yukon
SUPERINTENDENT: Jason Simeroth
E-MAIL: jason.simeroth@yukonps.com
PHONE NUMBER: (405) 354-2587
600 Maple Street
Yukon, OK  73099

Zaneis
SUPERINTENDENT: Ryan Cole
E-MAIL: zaneis@zaneis.k12.ok.us
PHONE NUMBER: (580) 668-2955
30515 Us Highway 70

Wilson, OK  73463

Zion
SUPERINTENDENT: Corey Bunch
E-MAIL: corey.bunch@zionjets.com
PHONE NUMBER: (918) 696-7866
Route 1 E  850 Road
Stilwell, OK  74960

Adel Sd 21
SUPERINTENDENT: Jack Thompson
E-MAIL: jthompson@lakeesd.k12.or.us
PHONE NUMBER: (541) 947-5418
357 N  L  St
Lakeview, OR  97630

Adrian Sd 61
SUPERINTENDENT: Kevin Purnell
E-MAIL: kevin.purnell@adrian.k12.or.us
PHONE NUMBER: (541) 372-2335
305 Owyhee St
Adrian, OR  97901

Alsea Sd 7j
SUPERINTENDENT: Marc Thielman
E-MAIL: marc.thielman@alsea.k12.or.us
PHONE NUMBER: (541) 487-4305
301 S Third
Alsea, OR  97324

Amity Sd 4j
SUPERINTENDENT: Jeff Clark
E-MAIL: jeff.clark@amity.k12.or.us
PHONE NUMBER: (503) 835-2171
807 S Trade St
Amity, OR  97101

Arock Sd 81
SUPERINTENDENT: Mark Redmond
E-MAIL: mark.redmond@malesd.k12.or.us
PHONE NUMBER: (541) 586-2325
3513 Arock Rd
Arock, OR  97902

Ashland Sd 5
SUPERINTENDENT: Kelly Raymond
E-MAIL: kelly.raymond@ashland.k12.or.us
PHONE NUMBER: (541) 482-2811
885 Siskiyou Blvd
Ashland, OR  97520

Ashwood Sd 8
SUPERINTENDENT: Melanie Friend
E-MAIL: mfriend@ashwood.k12.or.us
PHONE NUMBER: (541) 489-3297
18624 Ne Main

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Ashwood, OR  97711

Astoria Sd 1
SUPERINTENDENT: Craig Hoppes
E-MAIL: choppes@astoria.k12.or.us
PHONE NUMBER: (503) 325-6441
785 Alameda Ave
Astoria, OR  97103

Athena-weston Sd 29rj
SUPERINTENDENT: Laure Quaresma
E-MAIL: laure.quaresma@athwest.k12.or.us
PHONE NUMBER: (541) 566-3551
375 S 5Th St
Athena, OR  97813

Baker Sd 5j
SUPERINTENDENT: Mark Witty
E-MAIL: mark.witty@bakersd.org
PHONE NUMBER: (541) 524-2260
2090 Fourth St
Baker City, OR  97814

Bandon Sd 54
SUPERINTENDENT: Doug Ardiana
E-MAIL: dardiana@bandon.k12.or.us
PHONE NUMBER: (541) 347-4411
455 9Th St Sw
Bandon, OR  97411

Banks Sd 13
SUPERINTENDENT: Jeff Leo
E-MAIL: jeffl@banks.k12.or.us
PHONE NUMBER: (503) 324-8591
12950 Nw Main
Banks, OR  97106

Beaverton Sd 48j
SUPERINTENDENT: Don Grotting
E-MAIL: don_grotting@beaverton.k12.or.us
PHONE NUMBER: (503) 591-8000
16550 Sw Merlo Rd
Beaverton, OR  97006

Bend-lapine Administrative Sd 1
SUPERINTENDENT: Shay Mikalson
E-MAIL: shay.mikalson@bend.k12.or.us
PHONE NUMBER: (541) 355-1000
520 Nw Wall St
Bend, OR  97701

Bethel Sd 52
SUPERINTENDENT: Chris Parra
E-MAIL: chris.parra@bethel.k12.or.us
PHONE NUMBER: (541) 689-3280
4640 Barger Dr

Eugene, OR  97402

Black Butte Sd 41
SUPERINTENDENT: Delaney Sharp
E-MAIL: dsharp@blackbutte.k12.or.us
PHONE NUMBER: (541) 595-6203
Usfs Rd 1419
Camp Sherman, OR  97730

Brookings-harbor Sd 17c
SUPERINTENDENT: Sean Gallagher
E-MAIL: seang@brookings.k12.or.us
PHONE NUMBER: (541) 469-7443
629 Easy St
Brookings, OR  97415

Canby Sd 86
SUPERINTENDENT: Trip Goodall
E-MAIL: goodallt@canby.k12.or.us
PHONE NUMBER: (503) 266-7861
1130 S Ivy St
Canby, OR  97013

Cascade Sd 5
SUPERINTENDENT: Darin Drill
E-MAIL: ddrill@cascade.k12.or.us
PHONE NUMBER: (503) 749-8488
10226 Marion Rd Se
Turner, OR  97392

Centennial Sd 28j
SUPERINTENDENT: Paul Coakley
E-MAIL: paul_coakley@csd28j.org
PHONE NUMBER: (503) 760-7990
18135 Se Brooklyn St
Portland, OR  97236

Central Curry Sd 1
SUPERINTENDENT: Tim Wilson
E-MAIL: twilson@ccsd.k12.or.us
PHONE NUMBER: (541) 247-2003
29516 Ellensburg Ave
Gold Beach, OR  97444

Central Linn Sd 552
SUPERINTENDENT: Brian Gardner
E-MAIL: brian.gardner@centrallinn.k12.or.us
PHONE NUMBER: (541) 369-2813
331 E Blakely Ave
Brownsville, OR  97327

Central Point Sd 6
SUPERINTENDENT: Samantha Steele
E-MAIL: samantha.steele@district6.org
PHONE NUMBER: (541) 494-6200
300 Ash St

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Central Point, OR  97502

Central Sd 13j
SUPERINTENDENT: Jennifer Kubista
E-MAIL: jkubista@central.k12.or.us
PHONE NUMBER: (503) 838-0030
750 5Th St
Independence, OR  97351

Chemawa Indian School
SUPERINTENDENT: Lora Braucher
E-MAIL: lora.braucher@bie.edu
PHONE NUMBER: (503) 399-5721
3700 Chemawa Road Ne
Salem, OR  97305

Clackamas Esd
SUPERINTENDENT: Jada Rupley
E-MAIL: jrupley@clackesd.org
PHONE NUMBER: (503) 675-4000
13455 Se 97Th Ave
Clackamas, OR  97015

Clatskanie Sd 6j
SUPERINTENDENT: Cathy Hurowitz
E-MAIL: churowitz@csd.k12.or.us
PHONE NUMBER: (503) 728-0587
815 S Nehalem St
Clatskanie, OR  97016

Colton Sd 53
SUPERINTENDENT: Koreen Barreras-Brown
E-MAIL: superintendent@colton.k12.or.us
PHONE NUMBER: (503) 824-3535
30429 S Grays Hill Rd
Colton, OR  97017

Columbia Gorge Esd
SUPERINTENDENT: Patricia Sublette
E-MAIL: psublette@cgesd.k12.or.us
PHONE NUMBER: (541) 506-2240
400 E Scenic Dr Ste 207
The Dalles, OR  97058

Condon Sd 25j
SUPERINTENDENT: Michelle Geer
E-MAIL: mgeer@condon.k12.or.us
PHONE NUMBER: (541) 384-2441
210 E Bayard St
Condon, OR  97823

Coos Bay Sd 9
SUPERINTENDENT: Bryan Trendell
E-MAIL: bryant@coos-bay.k12.or.us
PHONE NUMBER: (541) 267-3104
1255 Hemlock Ave

Coos Bay, OR  97420

Coquille Sd 8
SUPERINTENDENT: Tim Sweeney
E-MAIL: tsweeney@coquille.k12.or.us
PHONE NUMBER: (541) 396-2181
1366 N Gould St
Coquille, OR  97423

Corbett Sd 39
SUPERINTENDENT: Randy Trani
E-MAIL: rtrani@corbett.k12.or.us
PHONE NUMBER: (503) 261-4200
35800 E Hist Columbia River Hw
Corbett, OR  97019

Corvallis Sd 509j
SUPERINTENDENT: Ryan Noss
E-MAIL: ryan.noss@corvallis.k12.or.us
PHONE NUMBER: (541) 757-5811
1555 Sw 35Th St
Corvallis, OR  97333

Creswell Sd 40
SUPERINTENDENT: Mike Johnson
E-MAIL: mjohnson@creswell.k12.or.us
PHONE NUMBER: (541) 895-6000
998 West A St
Creswell, OR  97426

Crook County Sd
SUPERINTENDENT: Sara Johnson
E-MAIL: sara.johnson@crookcounty.k12.or.us
PHONE NUMBER: (541) 447-5664
471 Ne Ochoco Plaza Dr
Prineville, OR  97754

Crow-applegate-lorane Sd 66
SUPERINTENDENT: Malcom Mcrae
E-MAIL: mmcrae@cal.k12.or.us
PHONE NUMBER: (541) 935-2100
85955 Territorial Rd
Eugene, OR  97402

Culver Sd 4
SUPERINTENDENT: Stefanie Garber
E-MAIL: sgarber@culver.k12.or.us
PHONE NUMBER: (541) 546-2541
4229 Sw Iris Lane
Culver, OR  97734

Dallas Sd 2
SUPERINTENDENT: Andy Bellando
E-MAIL: andy.bellando@dsd2.org
PHONE NUMBER: (503) 623-5594
111 Sw Ash St

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Dallas, OR  97338

David Douglas Sd 40
SUPERINTENDENT: Ken Richardson
E-MAIL: david_douglas@ddouglas.k12.or.us
PHONE NUMBER: (503) 252-2900
1500 Se 130Th Ave
Portland, OR  97233

Dayton Sd 8
SUPERINTENDENT: Steven Sugg
E-MAIL: steven.sugg@dayton.k12.or.us
PHONE NUMBER: (503) 864-2215
780 Ferry St
Dayton, OR  97114

Dayville Sd 16j
SUPERINTENDENT: Kathryn Hedrick
E-MAIL: hedrickk@grantesd.k12.or.us
PHONE NUMBER: (541) 987-2412
285 School House Rd
Dayville, OR  97825

Diamond Sd 7
SUPERINTENDENT: Shannon Criss
E-MAIL: criss.s@harneyesd.k12.or.us
PHONE NUMBER: (541) 493-2464
40524 S Diamond Ln
Diamond, OR  97722

Double O Sd 28
SUPERINTENDENT: Shannon Criss
E-MAIL: criss.s@harneyesd.k12.or.us
PHONE NUMBER: (541) 493-2400
60077 Double O Rd
Hines, OR  97738

Douglas County Sd 15
SUPERINTENDENT: Steve Woods
E-MAIL: steve.woods@dayscreek.k12.or.us
PHONE NUMBER: (541) 825-3296
11381 Tiller Trail Hwy
Days Creek, OR  97429

Douglas Esd
SUPERINTENDENT: Michael Lasher
E-MAIL: michael.lasher@douglasesd.k12.or.us
PHONE NUMBER: (541) 440-4777
1871 Ne Stephens St
Roseburg, OR  97470

Drewsey Sd 13
SUPERINTENDENT: Shannon Criss
E-MAIL: criss.s@harneyesd.k12.or.us
PHONE NUMBER: (541) 493-2367
78834 Drewsey Rd

Drewsey, OR  97904

Dufur Sd 29
SUPERINTENDENT: Jack Henderson
E-MAIL: jhender@dufur.k12.or.us
PHONE NUMBER: (541) 467-2509
802 Ne 5Th St
Dufur, OR  97021

Eagle Point Sd 9
SUPERINTENDENT: Andy Kovach
E-MAIL: kovacha@eaglepnt.k12.or.us
PHONE NUMBER: (541) 830-1200
11 N Royal Ave
Eagle Point, OR  97524

Echo Sd 5
SUPERINTENDENT: Raymon Smith
E-MAIL: raymon.smith@echo.k12.or.us
PHONE NUMBER: (541) 376-8436
600 E Gerone St
Echo, OR  97826

Elgin Sd 23
SUPERINTENDENT: Dianne Greif
E-MAIL: dianne.greif@elginsd.org
PHONE NUMBER: (541) 437-1211
1400 Birch
Elgin, OR  97827

Enterprise Sd 21
SUPERINTENDENT: Erika Pinkerton
E-MAIL: epinkerton@enterprise.k12.or.us
PHONE NUMBER: (541) 426-3193
201 Se 4Th St
Enterprise, OR  97828

Estacada Sd 108
SUPERINTENDENT: Ryan Carpenter
E-MAIL: carpenterr@estacada.k12.or.us
PHONE NUMBER: (503) 630-6871
255 Ne 6Th Ave
Estacada, OR  97023

Eugene Sd 4j
SUPERINTENDENT: Cydney Vandercar
E-MAIL: vandercar_c@4j.lane.edu
PHONE NUMBER: (541) 790-7700
200 N Monroe St
Eugene, OR  97402

Falls City Sd 57
SUPERINTENDENT: Art Houghtaling
E-MAIL: art.houghtaling@fallscityschools.org
PHONE NUMBER: (503) 787-3521
111 N Main St

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Falls City, OR  97344

Fern Ridge Sd 28j
SUPERINTENDENT: Gary Carpenter
E-MAIL: gcarpenter@fernridge.k12.or.us
PHONE NUMBER: (541) 935-2253
88834 Territorial Rd
Elmira, OR  97437

Forest Grove Sd 15
SUPERINTENDENT: David Parker
E-MAIL: dparker@fgsd.k12.or.us
PHONE NUMBER: (503) 357-6171
1728 Main St
Forest Grove, OR  97116

Frenchglen Sd 16
SUPERINTENDENT: Carolyn Koskela
E-MAIL: koskelac@harneyesd.k12.or.us
PHONE NUMBER: (541) 493-2404
39235 Hwy 205
Frenchglen, OR  97736

Gaston Sd 511j
SUPERINTENDENT: Susy Mckenzie
E-MAIL: mckenzies@gastonk12.org
PHONE NUMBER: (503) 985-0210
300 Park St
Gaston, OR  97119

Gervais Sd 1
SUPERINTENDENT: Dandy Stevens
E-MAIL: dandy_stevens@gervais.k12.or.us
PHONE NUMBER: (503) 792-3803
290 First St
Gervais, OR  97026

Gladstone Sd 115
SUPERINTENDENT: Bob Stewart
E-MAIL: bob@gladstone.k12.or.us
PHONE NUMBER: (503) 655-2777
17789 Webster Rd
Gladstone, OR  97027

Glendale Sd 77
SUPERINTENDENT: David Hanson
E-MAIL: david.hanson@glendale.k12.or.us
PHONE NUMBER: (541) 832-1761
10598 Azalea Glen Road
Glendale, OR  97442

Glide Sd 12
SUPERINTENDENT: Mike Narkiewicz
E-MAIL: mnarkiewicz@glide.k12.or.us
PHONE NUMBER: (541) 496-3521
301 Glide Loop Dr

Glide, OR  97443

Grant Esd
SUPERINTENDENT: Robert Waltenburg
E-MAIL: waltenburgr@grantesd.k12.or.us
PHONE NUMBER: (541) 575-1349
835-A S Canyon Blvd
John Day, OR  97845

Grants Pass Sd 7
SUPERINTENDENT: Kirk Kolb
E-MAIL: kkolb@grantspass.k12.or.us
PHONE NUMBER: (541) 474-5700
725 Ne Dean Dr
Grants Pass, OR  97526

Greater Albany Public Sd 8j
SUPERINTENDENT: Melissa Goff
E-MAIL: melissa.goff@albany.k12.or.us
PHONE NUMBER: (541) 967-4501
718 Sw 7Th St
Albany, OR  97321

Gresham-barlow Sd 10j
SUPERINTENDENT: Katrise Perera
E-MAIL: perera@gresham.k12.or.us
PHONE NUMBER: (503) 261-4550
1331 Nw Eastman Pkwy
Gresham, OR  97030

Harney County Sd 3
SUPERINTENDENT: Steve Quick
E-MAIL: stevequick@hcsd3.org
PHONE NUMBER: (541) 573-6811
550 N Court Ave
Burns, OR  97720

Harney County Sd 4
SUPERINTENDENT: Shannon Criss
E-MAIL: criss.s@harneyesd.k12.or.us
PHONE NUMBER: (541) 493-2641
43277 Crane-Venator Ln
Crane, OR  97732

Harney County Union High Sd 1j
SUPERINTENDENT: Matthew Hawley
E-MAIL: hawleym@harneyesd.k12.or.us
PHONE NUMBER: (541) 493-2641
43277 Crane-Venator Ln
Crane, OR  97732

Harney Esd Region Xvii
SUPERINTENDENT: Shannon Criss
E-MAIL: criss.s@harneyesd.k12.or.us
PHONE NUMBER: (541) 573-2426
779 West Fillmore

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Burns, OR  97720

Harrisburg Sd 7j
SUPERINTENDENT: Bryan Starr
E-MAIL: bryan.starr@harrisburg.k12.or.us
PHONE NUMBER: (541) 995-6626
865 Lasalle
Harrisburg, OR  97446

Helix Sd 1
SUPERINTENDENT: Darrick Cope
E-MAIL: darrick.cope@helix.k12.or.us
PHONE NUMBER: (541) 457-2175
120 Main
Helix, OR  97835

Hermiston Sd 8
SUPERINTENDENT: Tricia Mooney
E-MAIL: tricia.mooney@hermiston.k12.or.us
PHONE NUMBER: (541) 667-6000
502 W Standard Ave
Hermiston, OR  97838

High Desert Esd
SUPERINTENDENT: Paul Andrews
E-MAIL: paul.andrews@hdesd.org
PHONE NUMBER: (541) 693-5600
145 Se Salmon Ave Ste A
Redmond, OR  97756

Hillsboro Sd 1j
SUPERINTENDENT: Mike Scott
E-MAIL: scottm@hsd.k12.or.us
PHONE NUMBER: (503) 844-1500
3083 Ne 49Th Pl
Hillsboro, OR  97124

Hood River County Sd
SUPERINTENDENT: Rich Polkinghorn
E-MAIL: rich.polkinghorn@hoodriver.k12.or.us
PHONE NUMBER: (541) 386-2511
1011 Eugene St
Hood River, OR  97031

Intermountain Esd
SUPERINTENDENT: Mark Mulvihill
E-MAIL: mark.mulvihill@imesd.k12.or.us
PHONE NUMBER: (541) 966-3100
2001 Sw Nye Ave
Pendleton, OR  97801

Jefferson County Sd 509j
SUPERINTENDENT: Ken Parshall
E-MAIL: kparshall@509j.net
PHONE NUMBER: (541) 475-6192
445 Se Buff St

Madras, OR  97741

Jefferson Esd
SUPERINTENDENT: Ken Parshall
E-MAIL: kparshall@jcesd.k12.or.us
PHONE NUMBER: (541) 475-2804
295 Se Buff St
Madras, OR  97741

Jefferson Sd 14j
SUPERINTENDENT: Brad Capener
E-MAIL: brad.capener@jefferson.k12.or.us
PHONE NUMBER: (541) 327-3337
1328 N 2Nd St
Jefferson, OR  97352

Jewell Sd 8
SUPERINTENDENT: Steve Phillips
E-MAIL: stevep@jewellk12.org
PHONE NUMBER: (503) 755-2451
83874 Hwy 103
Seaside, OR  97138

John Day Sd 3
SUPERINTENDENT: Bret Uptmor
E-MAIL: uptmorb@grantesd.k12.or.us
PHONE NUMBER: (541) 575-1280
401 N Canyon City Blvd
Canyon City, OR  97820

Jordan Valley Sd 3
SUPERINTENDENT: Rusty Bengoa
E-MAIL: rusty.bengoa@jordanvalley.k12.or.us
PHONE NUMBER: (541) 586-2213
604 Oregon Ave
Jordan Valley, OR  97910

Joseph Sd 6
SUPERINTENDENT: Lance Homan
E-MAIL: lance.homan@staff.josephcharter.org
PHONE NUMBER: (541) 432-7311
400 Wm E Williams Ave
Joseph, OR  97846

Junction City Sd 69
SUPERINTENDENT: Kathleen Nord
E-MAIL: kroddennord@junctioncity.k12.or.us
PHONE NUMBER: (541) 998-6311
325 Maple St
Junction City, OR  97448

Juntura Sd 12
SUPERINTENDENT: Mark Redmond
E-MAIL: mark.redmond@malesd.k12.or.us
PHONE NUMBER: (541) 473-4826
363  A  St W

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Vale, OR  97918

Klamath County Sd
SUPERINTENDENT: Glen Szymoniak
E-MAIL: szymoniakg@kcsd.k12.or.us
PHONE NUMBER: (541) 883-5000
10501 Washburn Way
Klamath Falls, OR  97603

Klamath Falls City Schools
SUPERINTENDENT: Paul Hillyer
E-MAIL: hillyerp@kfalls.k12.or.us
PHONE NUMBER: (541) 883-4700
1336 Avalon
Klamath Falls, OR  97603

Knappa Sd 4
SUPERINTENDENT: Paulette Johnson
E-MAIL: johnsonp@knappak12.org
PHONE NUMBER: (503) 458-5993
41535 Old Hwy 30
Astoria, OR  97103

La Grande Sd 1
SUPERINTENDENT: George Mendoza
E-MAIL: george.mendoza@lagrandesd.org
PHONE NUMBER: (541) 663-3202
1305 N Willow Street
La Grande, OR  97850

Lake Esd
SUPERINTENDENT: Jack Thompson
E-MAIL: jthompson@lakeesd.k12.or.us
PHONE NUMBER: (541) 947-3371
357 N  L  St
Lakeview, OR  97630

Lake Oswego Sd 7j
SUPERINTENDENT: Lora De La Cruz
E-MAIL: lora.delacruz@loswego.k12.or.us
PHONE NUMBER: (503) 534-2000
2455 Sw Country Club Rd
Lake Oswego, OR  97034

Lane Esd
SUPERINTENDENT: Tony Scurto
E-MAIL: tscurto@lesd.k12.or.us
PHONE NUMBER: (541) 461-8200
1200 Hwy 99N
Eugene, OR  97402

Lebanon Community Sd 9
SUPERINTENDENT: Bo Yates
E-MAIL: bo.yates@lebanon.k12.or.us
PHONE NUMBER: (541) 451-8511
485 S 5Th St

Lebanon, OR  97355

Lincoln County Sd
SUPERINTENDENT: Karen Gray
E-MAIL: karen.gray@lincoln.k12.or.us
PHONE NUMBER: (541) 265-9211
459 Sw Coast Highway
Newport, OR  97365

Linn Benton Lincoln Esd
SUPERINTENDENT: Tonja Everest
E-MAIL: tonja.everest@lblesd.k12.or.us
PHONE NUMBER: (541) 812-2600
905 4Th Ave Se
Albany, OR  97321

Long Creek Sd 17
SUPERINTENDENT: Karl Coghill
E-MAIL: coghillk@grantesd.k12.or.us
PHONE NUMBER: (541) 421-3896
375 E Main
Long Creek, OR  97856

Lowell Sd 71
SUPERINTENDENT: Johnie Matthews
E-MAIL: jmatthews@lowell.k12.or.us
PHONE NUMBER: (541) 937-8405
65 S Pioneer St
Lowell, OR  97452

Malheur County Sd 51
SUPERINTENDENT: Mark Redmond
E-MAIL: mark.redmond@malesd.k12.or.us
PHONE NUMBER: (541) 473-0202
C/O Vale Sd
Vale, OR  97918

Malheur Esd Region 14
SUPERINTENDENT: Mark Redmond
E-MAIL: mark.redmond@malesd.k12.or.us
PHONE NUMBER: (541) 473-3138
363  A  St W
Vale, OR  97918

Mapleton Sd 32
SUPERINTENDENT: Jodi Omara
E-MAIL: jomara@mapleton.k12.or.us
PHONE NUMBER: (541) 268-4312
10868 E Mapleton Rd
Mapleton, OR  97453

Marcola Sd 79j
SUPERINTENDENT: Bill Watkins
E-MAIL: bwatkins@marcola.k12.or.us
PHONE NUMBER: (541) 933-2512
38300 Wendling Rd

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Marcola, OR  97454

Mckenzie Sd 68
SUPERINTENDENT: Lane Tompkins
E-MAIL: lane.tompkins@mckenziesd.org
PHONE NUMBER: (541) 822-3338
51187 Blue River Dr
Finn Rock, OR  97488

Mcminnville Sd 40
SUPERINTENDENT: Maryalice Russell
E-MAIL: mrussell@msd.k12.or.us
PHONE NUMBER: (503) 565-4000
1500 Ne Baker St
Mcminnville, OR  97128

Medford Sd 549c
SUPERINTENDENT: Bret Champion
E-MAIL: bret.champion@medford.k12.or.us
PHONE NUMBER: (541) 842-3636
815 S Oakdale Ave
Medford, OR  97501

Milton-freewater Unified Sd 7
SUPERINTENDENT: Aaron Duff
E-MAIL: aaron.duff@miltfree.k12.or.us
PHONE NUMBER: (541) 938-3551
1020 South Mill St
Milton-Freewater, OR  97862

Mitchell Sd 55
SUPERINTENDENT: Vince Swagerty
E-MAIL: vswagerty@mitchell.k12.or.us
PHONE NUMBER: (541) 462-3311
340 Se High St
Mitchell, OR  97750

Molalla River Sd 35
SUPERINTENDENT: Tony Mann
E-MAIL: tony.mann@molallariv.k12.or.us
PHONE NUMBER: (503) 829-2359
412 Swiegle Ave
Molalla, OR  97038

Monroe Sd 1j
SUPERINTENDENT: Bill Crowson
E-MAIL: bill.crowson@monroe.k12.or.us
PHONE NUMBER: (541) 847-6292
365 N Fifth St
Monroe, OR  97456

Monument Sd 8
SUPERINTENDENT: Laura Thomas
E-MAIL: thomasl@grantesd.k12.or.us
PHONE NUMBER: (541) 934-2646
127 North St

Monument, OR  97864

Morrow Sd 1
SUPERINTENDENT: Dirk Dirksen
E-MAIL: dirk.dirksen@morrow.k12.or.us
PHONE NUMBER: (541) 989-8202
240 Columbia Lane
Irrigon, OR  97844

Mt Angel Sd 91
SUPERINTENDENT: Troy Stoops
E-MAIL: stoops_troy@mtangel.k12.or.us
PHONE NUMBER: (503) 845-2345
890 E Marquam St
Mt Angel, OR  97362

Multnomah Esd
SUPERINTENDENT: Sam Breyer
E-MAIL: sbreyer@mesd.k12.or.us
PHONE NUMBER: (503) 255-1841
11611 Ne Ainsworth Cir
Portland, OR  97220

Myrtle Point Sd 41
SUPERINTENDENT: Nanette Hagen
E-MAIL: nhagen@mpsd.k12.or.us
PHONE NUMBER: (541) 572-1220
413 C St
Myrtle Point, OR  97458

Neah-kah-nie Sd 56
SUPERINTENDENT: Paul Erlebach
E-MAIL: paule@neahkahnie.k12.or.us
PHONE NUMBER: (503) 355-2222
504 N Third
Rockaway Beach, OR  97136

Nestucca Valley Sd 101j
SUPERINTENDENT: Misty Wharton
E-MAIL: mistyw@nestucca.k12.or.us
PHONE NUMBER: (503) 392-4892
36925 Hwy 101 S
Cloverdale, OR  97112

Newberg Sd 29j
SUPERINTENDENT: Joe Morelock
E-MAIL: morelockj@newberg.k12.or.us
PHONE NUMBER: (503) 554-5000
714 E 6Th St
Newberg, OR  97132

North Bend Sd 13
SUPERINTENDENT: Kevin Bogatin
E-MAIL: kbogatin@nbend.k12.or.us
PHONE NUMBER: (541) 756-2521
1913 Meade St

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

North Bend, OR  97459

North Central Esd
SUPERINTENDENT: Penny Grotting
E-MAIL: pgrotting@ncesd.k12.or.us
PHONE NUMBER: (800)450-2732
135 S Main St
Condon, OR  97823

North Clackamas Sd 12
SUPERINTENDENT: Matt Utterback
E-MAIL: utterback@nclack.k12.or.us
PHONE NUMBER: (503) 353-6000
4444 Se Lake Rd
Milwaukie, OR  97222

North Douglas Sd 22
SUPERINTENDENT: Terry Bennett
E-MAIL: terry.bennett@northdouglas.k12.or.us
PHONE NUMBER: (541) 836-2223
500 S Main St
Drain, OR  97435

North Lake Sd 14
SUPERINTENDENT: Dave Kerr
E-MAIL: dkerr@nlake.k12.or.us
PHONE NUMBER: (541) 576-2121
57566 Fort Rock Rd
Silver Lake, OR  97638

North Marion Sd 15
SUPERINTENDENT: Ginger Redlinger
E-MAIL: ginger.redlinger@nmarion.k12.or.us
PHONE NUMBER: (503) 678-7100
20256 Grim Rd Ne
Aurora, OR  97002

North Santiam Sd 29j
SUPERINTENDENT: Andrew Gardner
E-MAIL: andy.gardner@nsantiam.k12.or.us
PHONE NUMBER: (503) 769-6924
1155 N 3Rd Ave
Stayton, OR  97383

North Wasco County Sd 21
SUPERINTENDENT: Theresa Peters
E-MAIL: peterst@nwasco.k12.or.us
PHONE NUMBER: (541) 506-3420
3632 W 10Th St
The Dalles, OR  97058

Northwest Regional Esd
SUPERINTENDENT: Dan Goldman
E-MAIL: dgoldman@nwresd.k12.or.us
PHONE NUMBER: (503) 614-1428
5825 Ne Ray Cir

Hillsboro, OR  97124

Nyssa Sd 26
SUPERINTENDENT: Darren Johnson
E-MAIL: djohnson@nyssa.k12.or.us
PHONE NUMBER: (541) 372-2275
804 Adrian Blvd
Nyssa, OR  97913

Oakland Sd 1
SUPERINTENDENT: Patti Lovemark
E-MAIL: patti.lovemark@oakland.k12.or.us
PHONE NUMBER: (541) 459-4341
499 Ne Spruce St
Oakland, OR  97462

Oakridge Sd 76
SUPERINTENDENT: Reta Doland
E-MAIL: rdoland@oakridge.k12.or.us
PHONE NUMBER: (541) 782-2813
76499 Rose St
Oakridge, OR  97463

Ode Head Start
SUPERINTENDENT: Colt Gill
E-MAIL: colt.gill@ode.state.or.us
PHONE NUMBER: (503) 947-5715
255 Capitol St Ne
Salem, OR  97310

Ode Ltct District
SUPERINTENDENT: Colt Gill
E-MAIL: colt.gill@ode.state.or.us
PHONE NUMBER: (503) 378-3600
255 Capitol St Ne
Salem, OR  97310

Ontario Sd 8c
SUPERINTENDENT: Nicole Albisu
E-MAIL: nalbisu@ontario.k12.or.us
PHONE NUMBER: (541) 889-5374
195 Sw 3Rd Ave
Ontario, OR  97914

Oregon City Sd 62
SUPERINTENDENT: Larry Didway
E-MAIL: larry.didway@orecity.k12.or.us
PHONE NUMBER: (503) 785-8000
1417 12Th St
Oregon City, OR  97045

Oregon Department Of Education
SUPERINTENDENT: Colt Gill
E-MAIL: colt.gill@state.or.us
PHONE NUMBER: (503) 947-5600
255 Capitol St Ne

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Salem, OR  97310

Oregon Trail Sd 46
SUPERINTENDENT: Aaron Bayer
E-MAIL: aaron.bayer@ortrail.k12.or.us
PHONE NUMBER: (503) 668-5541
36525 Se Industrial Way
Sandy, OR  97055

Parkrose Sd 3
SUPERINTENDENT: Michael Serrao
E-MAIL: michael_lopes-serrao@parkrose.k12.or.us
PHONE NUMBER: (503) 408-2100
10636 Ne Prescott St
Portland, OR  97220

Pendleton Sd 16
SUPERINTENDENT: Chris Fritsch
E-MAIL: chris.fritsch@pendleton.k12.or.us
PHONE NUMBER: (541) 276-6711
1100 Southgate
Pendleton, OR  97801

Perrydale Sd 21
SUPERINTENDENT: Eric Milburn
E-MAIL: emilburn@perrydale.k12.or.us
PHONE NUMBER: (503) 835-3184
7445 Perrydale Rd
Amity, OR  97101

Philomath Sd 17j
SUPERINTENDENT: Buzz Brazeau
E-MAIL: buzz.brazeau@philomath.k12.or.us
PHONE NUMBER: (541) 929-3169
535 S 19Th St
Philomath, OR  97370

Phoenix-talent Sd 4
SUPERINTENDENT: Brent Barry
E-MAIL: brent.barry@phoenix.k12.or.us
PHONE NUMBER: (541) 535-1517
401 W 4Th St
Phoenix, OR  97535

Pilot Rock Sd 2
SUPERINTENDENT: Troy Jerome
E-MAIL: troy.jerome@pilotrocksd.org
PHONE NUMBER: (541) 443-8291
200 Mcgowan Dr.
Pilot Rock, OR  97868

Pine Creek Sd 5
SUPERINTENDENT: Matthew Hawley
E-MAIL: hawleym@harneyesd.k12.or.us
PHONE NUMBER: (541) 573-3229
79654 Pine Creek Rd

Drewsey, OR  97904

Pinehurst Sd 94
SUPERINTENDENT: Holly Amann
E-MAIL: holly@pinehurst.k12.or.us
PHONE NUMBER: (541) 482-1910
15337 Hwy 66
Ashland, OR  97520

Pleasant Hill Sd 1
SUPERINTENDENT: Scott Linenberger
E-MAIL: slinenberger@pleasanthill.k12.or.us
PHONE NUMBER: (541) 746-9646
36386 Hwy 58
Pleasant Hill, OR  97455

Plush Sd 18
SUPERINTENDENT: Luann Anderson
E-MAIL: luann.anderson@gmail.com
PHONE NUMBER: (541) 947-3933
18254 Morris Ln
Plush, OR  97637

Port Orford-langlois Sd 2cj
SUPERINTENDENT: Steve Perkins
E-MAIL: steve.perkins@2cj.k12.or.us
PHONE NUMBER: (541) 366-2111
1210 Oregon St
Port Orford, OR  97465

Portland Sd 1j
SUPERINTENDENT: Guadalupe Guerrero
E-MAIL: gguerrero@pps.net
PHONE NUMBER: (503) 916-2000
501 N Dixon St
Portland, OR  97227

Powers Sd 31
SUPERINTENDENT: Matt Shorb
E-MAIL: mshorb@powersschools.com
PHONE NUMBER: (541) 439-2291
High School Hill Rd
Powers, OR  97466

Prairie City Sd 4
SUPERINTENDENT: Casey Hallgarth
E-MAIL: hallgarthc@grantesd.k12.or.us
PHONE NUMBER: (541) 820-3314
740 Overholt St.
Prairie City, OR  97869

Rainier Sd 13
SUPERINTENDENT: Darren Vaughn
E-MAIL: dvaughn@rsd.k12.or.us
PHONE NUMBER: (503) 556-3777
28168 Old Rainier Rd

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Rainier, OR  97048

Redmond Sd 2j
SUPERINTENDENT: Charan Cline
E-MAIL: charan.cline@redmondschools.org
PHONE NUMBER: (541) 923-5437
145 Se Salmon Ave
Redmond, OR  97756

Reedsport Sd 105
SUPERINTENDENT: Jon Zwemke
E-MAIL: jzwemke@reedsport.k12.or.us
PHONE NUMBER: (541) 271-3656
100 Ranch Rd
Reedsport, OR  97467

Region 18 Esd
SUPERINTENDENT: Karen Patton
E-MAIL: kpatton@r18esd.org
PHONE NUMBER: (541) 426-4997
107 Sw First St Ste 105
Enterprise, OR  97828

Reynolds Sd 7
SUPERINTENDENT: Danna Diaz
E-MAIL: ddiaz@rsd7.net
PHONE NUMBER: (503) 661-7200
1204 Ne 201St Ave
Fairview, OR  97024

Riddle Sd 70
SUPERINTENDENT: Dave Gianotti
E-MAIL: dave.gianotti@riddle.k12.or.us
PHONE NUMBER: (541) 874-3131
401 1St St
Riddle, OR  97469

Riverdale Sd 51j
SUPERINTENDENT: Jim Schlachter
E-MAIL: jschlachter@riverdale.k12.or.us
PHONE NUMBER: (503) 262-4840
11733 Sw Breyman Ave
Portland, OR  97219

Rogue River Sd 35
SUPERINTENDENT: Patrick Lee
E-MAIL: patrick.lee@rogueriver.k12.or.us
PHONE NUMBER: (541) 582-3235
1898 E Evans Creek Rd
Rogue River, OR  97537

Roseburg
SUPERINTENDENT: Jared Cordon
E-MAIL: jcordon@roseburg.k12.or.us
PHONE NUMBER: (541) 440-4014
1419 Nw Valley View Dr

Roseburg, OR  97471

Salem-keizer Sd 24j
SUPERINTENDENT: Christy Perry
E-MAIL: perry_christy@salkeiz.k12.or.us
PHONE NUMBER: (503) 399-3000
2450 Lancaster Dr
Salem, OR  97305

Santiam Canyon Sd 129j
SUPERINTENDENT: Todd Miller
E-MAIL: todd.miller@santiam.k12.or.us
PHONE NUMBER: (503) 897-2321
150 Sw Evergreen St
Mill City, OR  97360

Scappoose Sd 1j
SUPERINTENDENT: Tim Porter
E-MAIL: tporter@scappoose.k12.or.us
PHONE NUMBER: (971) 200-8000
33589 High School Way
Scappoose, OR  97056

Scio Sd 95
SUPERINTENDENT: Gary Tempel
E-MAIL: gary.tempel@scio.k12.or.us
PHONE NUMBER: (503) 394-3261
38875 Nw First Ave
Scio, OR  97374

Seaside Sd 10
SUPERINTENDENT: Susan Penrod
E-MAIL: spenrod@seaside.k12.or.us
PHONE NUMBER: (503) 738-5591
1801 S Franklin St
Seaside, OR  97138

Sheridan Sd 48j
SUPERINTENDENT: Steve Sugg
E-MAIL: steven.sugg@sheridan.k12.or.us
PHONE NUMBER: (541) 261-6959
435 S Bridge St
Sheridan, OR  97378

Sherman County Sd
SUPERINTENDENT: Wes Owens
E-MAIL: wowens@sherman.k12.or.us
PHONE NUMBER: (541) 565-3500
65912 High School Lp
Moro, OR  97039

Sherwood Sd 88j
SUPERINTENDENT: Heather Cordie
E-MAIL: hcordie@sherwood.k12.or.us
PHONE NUMBER: (503) 825-5000
23295 Sw Main St

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Sherwood, OR  97140

Silver Falls Sd 4j
SUPERINTENDENT: Scott Drue
E-MAIL: drue_scott@silverfalls.k12.or.us
PHONE NUMBER: (503) 873-5303
612 Schlador Street
Silverton, OR  97381

Sisters Sd 6
SUPERINTENDENT: Curtiss Scholl
E-MAIL: curtiss.scholl@ssd6.org
PHONE NUMBER: (541) 549-8521
525 E Cascade Ave
Sisters, OR  97759

Siuslaw Sd 97j
SUPERINTENDENT: Andy Grzeskowiak
E-MAIL: agrzeskowiak@siuslaw.k12.or.us
PHONE NUMBER: (541) 997-2651
2111 Oak St
Florence, OR  97439

South Coast Esd
SUPERINTENDENT: Tenneal Wetherell
E-MAIL: tennealw@scesd.k12.or.us
PHONE NUMBER: (541) 269-1611
1350 Teakwood Ave
Coos Bay, OR  97420

South Lane Sd 45j3
SUPERINTENDENT: Kyle Tucker
E-MAIL: kyle.tucker@slane.k12.or.us
PHONE NUMBER: (541) 942-3381
455 Adams
Cottage Grove, OR  97424

South Umpqua Sd 19
SUPERINTENDENT: Kate Mclaughlin
E-MAIL: kate.mclaughlin@susd.k12.or.us
PHONE NUMBER: (541) 863-3115
558 Sw Chadwick Ln
Myrtle Creek, OR  97457

South Wasco County Sd 1
SUPERINTENDENT: Ryan Wraught
E-MAIL: ryanw@swasco.net
PHONE NUMBER: (541) 395-2645
699 4Th St
Maupin, OR  97037

Southern Oregon Esd
SUPERINTENDENT: Scott Beveridge
E-MAIL: scott_beveridge@soesd.k12.or.us
PHONE NUMBER: (541) 776-8590
101 N Grape St

Medford, OR  97501

Spray Sd 1
SUPERINTENDENT: Larry Johnson
E-MAIL: ljohnson@spray.k12.or.us
PHONE NUMBER: (541) 468-2226
303 Park Ave
Spray, OR  97874

Springfield Sd 19
SUPERINTENDENT: Todd Hamilton
E-MAIL: todd.hamilton@springfield.k12.or.us
PHONE NUMBER: (541) 747-3331
525 Mill St
Springfield, OR  97477

St Helens Sd 502
SUPERINTENDENT: Scot Stockwell
E-MAIL: scots@sthelens.k12.or.us
PHONE NUMBER: (503) 397-3085
474 N 16Th St
St Helens, OR  97051

St Paul Sd 45
SUPERINTENDENT: Joseph Wehrli
E-MAIL: jwehrli@stpaul.k12.or.us
PHONE NUMBER: (503) 633-2541
20449 Main St Ne
St Paul, OR  97137

Stanfield Sd 61
SUPERINTENDENT: Beth Burton
E-MAIL: beth.burton@stanfieldsd.org
PHONE NUMBER: (541) 449-8766
1120 N Main St
Stanfield, OR  97875

Suntex Sd 10
SUPERINTENDENT: Matthew Hawley
E-MAIL: hawleym@harneyesd.k12.or.us
PHONE NUMBER: (541) 493-2500
68178 Silver Creek Rd
Riley, OR  97758

Sutherlin Sd 130
SUPERINTENDENT: Terry Prestianni
E-MAIL: terry.prestianni@sutherlin.k12.or.us
PHONE NUMBER: (541) 459-2228
531 E Central Ave
Sutherlin, OR  97479

Sweet Home Sd 55
SUPERINTENDENT: Tom Yahraes
E-MAIL: tom.yahraes@sweethome.k12.or.us
PHONE NUMBER: (541) 367-7126
1920 Long St

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Sweet Home, OR  97386

Three Rivers/josephine County Sd
SUPERINTENDENT: Dave Valenzuela
E-MAIL: david.valenzuela@threerivers.k12.or.us
PHONE NUMBER: (541) 862-3111
8550 New Hope Rd
Grants Pass, OR  97527

Tigard-tualatin Sd 23j
SUPERINTENDENT: Sue Smith
E-MAIL: sriekesmith@ttsd.k12.or.us
PHONE NUMBER: (503) 431-4000
6960 Sw Sandburg St
Tigard, OR  97223

Tillamook Sd 9
SUPERINTENDENT: Randy Schild
E-MAIL: schildr@tillamook.k12.or.us
PHONE NUMBER: (503) 842-4414
2510 1St St
Tillamook, OR  97141

Troy Sd 54
SUPERINTENDENT: Fred Byers
E-MAIL: fbyers@r18esd.org
PHONE NUMBER: (541) 828-7788
66247 Redmond Grade Ln
Enterprise, OR  97828

Ukiah Sd 80r
SUPERINTENDENT: Norma Barber
E-MAIL: norma.barber@ukiah.k12.or.us
PHONE NUMBER: (541) 427-3731
201 Hill St
Ukiah, OR  97880

Umatilla Sd 6r
SUPERINTENDENT: Heidi Sipe
E-MAIL: sipeh@umatillasd.org
PHONE NUMBER: (541) 922-6500
1001 6Th St
Umatilla, OR  97882

Union Sd 5
SUPERINTENDENT: Carter Wells
E-MAIL: carter.wells@unionsd5.org
PHONE NUMBER: (541) 562-5166
540 S Main St
Union, OR  97883

Vale Sd 84
SUPERINTENDENT: Alisha Mcbride
E-MAIL: alisha.mcbride@valesd.org
PHONE NUMBER: (541) 473-0201
403  E  St W

Vale, OR  97918

Vernonia Sd 47j
SUPERINTENDENT: Aaron Miller
E-MAIL: amiller@vernonia.k12.or.us
PHONE NUMBER: (503) 429-5891
1201 Texas Ave
Vernonia, OR  97064

Wallowa Sd 12
SUPERINTENDENT: Bret Uptmor
E-MAIL: buptmor@wallowa.k12.or.us
PHONE NUMBER: (541) 886-2061
315 First St
Wallowa, OR  97885

Warrenton-hammond Sd 30
SUPERINTENDENT: Tom Rogozinski
E-MAIL: rogozinskit@whsd.k12.or.us
PHONE NUMBER: (503) 861-2281
820 Sw Cedar St
Warrenton, OR  97146

West Linn-wilsonville Sd 3j
SUPERINTENDENT: Kathy Ludwig
E-MAIL: ludwigk@wlwv.k12.or.us
PHONE NUMBER: (503) 673-7000
22210 Sw Stafford Rd
Tualatin, OR  97062

Willamette Esd
SUPERINTENDENT: Dave Novotney
E-MAIL: dave.novotney@wesd.org
PHONE NUMBER: (503) 588-5330
2611 Pringle Rd Se
Salem, OR  97302

Willamina Sd 30j
SUPERINTENDENT: Carrie Zimbrick
E-MAIL: carrie.zimbrick@willamina.k12.or.us
PHONE NUMBER: (503) 876-4525
1100 Oaken Hills Dr
Willamina, OR  97396

Winston-dillard Sd 116
SUPERINTENDENT: Kevin Miller
E-MAIL: millerk@wdsd.org
PHONE NUMBER: (541) 679-3000
620 Nw Elwood
Winston, OR  97496

Woodburn Sd 103
SUPERINTENDENT: William Rhoades
E-MAIL: wrhoades@woodburnsd.org
PHONE NUMBER: (503) 981-9555
965 N Boones Ferry Rd

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Woodburn, OR  97071

Yamhill Carlton Sd 1
SUPERINTENDENT: Bill Rhoades
E-MAIL: rhoadesb@ycschools.org
PHONE NUMBER: (503) 852-6980
120 N Larch Pl
Yamhill, OR  97148

Yoncalla Sd 32
SUPERINTENDENT: Brian Berry
E-MAIL: brian.berry@yoncalla.k12.or.us
PHONE NUMBER: (541) 849-2782
292 Fifth St
Yoncalla, OR  97499

A W Beattie Career Center
SUPERINTENDENT: Eric Heasley
E-MAIL: eric.heasley@beattietech.com
PHONE NUMBER: (412) 847-1900
9600 Babcock Boulevard
Allison Park, PA  15101

Abington Heights Sd
SUPERINTENDENT: Michael Mahon
E-MAIL: mahonm@ahsd.org
PHONE NUMBER: (570) 585-8251
200 E Grove St
Clarks Summit, PA  18411

Abington Sd
SUPERINTENDENT: Jeffrey Fecher
E-MAIL: superintendent@abington.k12.pa.us
PHONE NUMBER: (215) 884-4700
970 Highland Ave
Abington, PA  19001

Albert Gallatin Area Sd
SUPERINTENDENT: Christopher Pegg
E-MAIL: christopher.pegg@agasd.org
PHONE NUMBER: (724) 564-7190
2625 Morgantown Rd
Uniontown, PA  15401

Aliquippa Sd
SUPERINTENDENT: Peter Carbone
E-MAIL: pcarbone@quipsd.org
PHONE NUMBER: (724) 857-7500
800 21St Street
Aliquippa, PA  15001

Allegheny Iu 3
SUPERINTENDENT: Rosanne Javorsky
E-MAIL: rosanne.javorsky@aiu3.net
PHONE NUMBER: (412) 394-5700
475 East Waterfront Drive

Homestead, PA  15120

Allegheny Valley Sd
SUPERINTENDENT: Patrick Graczyk
E-MAIL: pgraczyk@avsdweb.org
PHONE NUMBER: (724) 274-5300
300 Pearl Ave
Cheswick, PA  15024

Allegheny-clarion Valley Sd
SUPERINTENDENT: David Mcdeavitt
E-MAIL: david.mcdeavitt@acvsd.org
PHONE NUMBER: (724) 659-5820
776 Route 58
Foxburg, PA  16036

Allentown City Sd
SUPERINTENDENT: Thomas Parker
E-MAIL: parkert@allentownsd.org
PHONE NUMBER: (484) 765-4000
31 S Penn Street
Allentown, PA  18105

Altoona Area Sd
SUPERINTENDENT: Charles Prijatelj
E-MAIL: cprijatelj@aasdcat.com
PHONE NUMBER: (814) 946-8211
1415 6Th Ave
Altoona, PA  16602

Ambridge Area Sd
SUPERINTENDENT: Joseph Pasquerilla
E-MAIL: jpasquerilla@ambridge.k12.pa.us
PHONE NUMBER: (724) 266-2833
901 Duss Avenue
Ambridge, PA  15003

Annville-cleona Sd
SUPERINTENDENT: Krista Antonis
E-MAIL: kantonis@acschools.org
PHONE NUMBER: (717) 867-7600
520 S White Oak St
Annville, PA  17003

Antietam Sd
SUPERINTENDENT: Jeffrey Boyer
E-MAIL: jboyer@antietamsd.org
PHONE NUMBER: (610) 779-0554
100 Antietam Rd Stony Ck Mills
Reading, PA  19606

Apollo-ridge Sd
SUPERINTENDENT: Matt Curci
E-MAIL: curcim@apolloridge.com
PHONE NUMBER: (724) 478-6000
1825 State Route 56

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Spring Church, PA  15686

Appalachia Iu 8
SUPERINTENDENT: Thomas Butler
E-MAIL: tbutler@iu08.org
PHONE NUMBER: (814) 940-0223
4500 6Th Avenue
Altoona, PA  16602

Arin Iu 28
SUPERINTENDENT: James Wagner
E-MAIL: jwagner@iu28.org
PHONE NUMBER: (724) 463-5300
2895 W Pike
Indiana, PA  15701

Armstrong Sd
SUPERINTENDENT: Chris Devivo
E-MAIL: cdevivo@asd.k12.pa.us
PHONE NUMBER: (724) 548-7200
181 Heritage Park Drive
Kittanning, PA  16201

Athens Area Sd
SUPERINTENDENT: Craig Stage
E-MAIL: cstage@mail.athensasd.k12.pa.us
PHONE NUMBER: (570) 888-7766
401 W. Frederick Street
Athens, PA  18810

Austin Area Sd
SUPERINTENDENT: Kimberly Rees
E-MAIL: krees@austinsd.net
PHONE NUMBER: (814) 647-8603
138 Costello Avenue
Austin, PA  16720

Avella Area Sd
SUPERINTENDENT: Cyril Walther
E-MAIL: waltherc@avellasd.org
PHONE NUMBER: (724) 356-2218
1000 Avella Rd
Avella, PA  15312

Avon Grove Sd
SUPERINTENDENT: Christopher Marchese
E-MAIL: mmarchese@avongrove.org
PHONE NUMBER: (610) 869-2441
375 S Jennersville Road
West Grove, PA  19390

Avonworth Sd
SUPERINTENDENT: Thomas Ralston
E-MAIL: tralston@avonworth.k12.pa.us
PHONE NUMBER: (412) 369-8738
258 Josephs Lane

Pittsburgh, PA  15237

Bald Eagle Area Sd
SUPERINTENDENT: Scott Graham
E-MAIL: scott.graham@beasd.net
PHONE NUMBER: (814) 355-4860
751 S Eagle Valley Rd
Wingate, PA  16823

Baldwin-whitehall Sd
SUPERINTENDENT: Randal Lutz
E-MAIL: rlutz@bwschools.net
PHONE NUMBER: (412) 884-6300
4900 Curry Rd
Pittsburgh, PA  15236

Bangor Area Sd
SUPERINTENDENT: William Haws
E-MAIL: hawswi@bangorsd.org
PHONE NUMBER: (610) 588-2163
123 Five Points Richmond Rd
Bangor, PA  18013

Beaver Area Sd
SUPERINTENDENT: Carrie Rowe
E-MAIL: rowec@basd.k12.pa.us
PHONE NUMBER: (724) 774-4021
1300 Fifth Street
Beaver, PA  15009

Beaver County Ctc
SUPERINTENDENT: David Wytiaz
E-MAIL: dwytiaz@bcctc.org
PHONE NUMBER: (724) 728-5800
145 Poplar Avenue
Monaca, PA  15061

Beaver Valley Iu 27
SUPERINTENDENT: Eric Rosendale
E-MAIL: egr@bviu.org
PHONE NUMBER: (724) 774-7800
147 Poplar Avenue
Monaca, PA  15061

Bedford Area Sd
SUPERINTENDENT: Allen Sell
E-MAIL: sella@bedfordasd.org
PHONE NUMBER: (814) 623-4290
330 E John St
Bedford, PA  15522

Bedford County Technical Center
SUPERINTENDENT: Mark Bollman
E-MAIL: mbollman@bedfordctc.org
PHONE NUMBER: (814) 623-2760
195 Pennknoll Road

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Everett, PA  15537

Belle Vernon Area Sd
SUPERINTENDENT: Michele Dowell
E-MAIL: michele.dowell@bellevernonarea.net
PHONE NUMBER: (724) 808-2500
270 Crest Avenue
Belle Vernon, PA  15012

Bellefonte Area Sd
SUPERINTENDENT: Tammie Burnaford
E-MAIL: tburnaford@basd.net
PHONE NUMBER: (814) 355-4814
318 N Allegheny St
Bellefonte, PA  16823

Bellwood-antis Sd
SUPERINTENDENT: Thomas Mcinroy
E-MAIL: trmcinroy@blwd.k12.pa.us
PHONE NUMBER: (814) 742-2271
300 Martin Street
Bellwood, PA  16617

Bensalem Township Sd
SUPERINTENDENT: Samuel Lee
E-MAIL: slee@bensalemsd.org
PHONE NUMBER: (215) 750-2800
3000 Donallen Dr
Bensalem, PA  19020

Benton Area Sd
SUPERINTENDENT: James Geffken
E-MAIL: jgeffken@bentonsd.org
PHONE NUMBER: (570) 925-6651
600 Green Acres Rd
Benton, PA  17814

Berks County Iu 14
SUPERINTENDENT: Jill Hackman
E-MAIL: jilhac@berksiu.org
PHONE NUMBER: (610) 987-2248
1111 Commons Blvd
Reading, PA  19605

Berks Ctc
SUPERINTENDENT: James Kraft
E-MAIL: james.kraft@berkscareer.com
PHONE NUMBER: (610) 374-4073
1057 County Welfare Road
Leesport, PA  19533

Berlin Brothersvalley Sd
SUPERINTENDENT: David Reeder
E-MAIL: dreeder@bbsd.com
PHONE NUMBER: (814) 267-4621
1025 Main St

Berlin, PA  15530

Bermudian Springs Sd
SUPERINTENDENT: Shane Hotchkiss
E-MAIL: shotchkiss@bermudian.org
PHONE NUMBER: (717) 528-4113
7335 Carlisle Pike
York Springs, PA  17372

Berwick Area Sd
SUPERINTENDENT: Wayne Brookhart
E-MAIL: wbrookhart@berwicksd.org
PHONE NUMBER: (570) 759-6400
500 Line St
Berwick, PA  18603

Bethel Park Sd
SUPERINTENDENT: Joseph  Dimperio
E-MAIL: dimperio.joseph@bphawks.org
PHONE NUMBER: (412) 833-5000
301 Church Rd
Bethel Park, PA  15102

Bethlehem Area Sd
SUPERINTENDENT: Joseph Roy
E-MAIL: jroy@basdschools.org
PHONE NUMBER: (610) 861-0500
1516 Sycamore St
Bethlehem, PA  18017

Bethlehem Avts
SUPERINTENDENT: Adam Lazarchak
E-MAIL: lazarchaka@bavts.org
PHONE NUMBER: (610) 866-8013
3300 Chester Avenue
Bethlehem, PA  18020

Bethlehem-center Sd
SUPERINTENDENT: Christopher Sefcheck
E-MAIL: sefcheckc@bcasd.net
PHONE NUMBER: (724) 267-4910
194 Crawford Rd
Fredericktown, PA  15333

Big Beaver Falls Area Sd
SUPERINTENDENT: Donna Nugent
E-MAIL: nugentd@tigerweb.org
PHONE NUMBER: (724) 843-7470
1503 8Th Avenue
Beaver Falls, PA  15010

Big Spring Sd
SUPERINTENDENT: Richard Fry
E-MAIL: rwfry@bigspring.k12.pa.us
PHONE NUMBER: (717) 776-2000
45 Mount Rock Rd

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Newville, PA  17241

Blackhawk Sd
SUPERINTENDENT: Robert Postupac
E-MAIL: postupacr@bsd.k12.pa.us
PHONE NUMBER: (724) 846-6600
500 Blackhawk Rd
Beaver Falls, PA  15010

Blacklick Valley Sd
SUPERINTENDENT: William Kanich
E-MAIL: william.kanich@bvsd.k12.pa.us
PHONE NUMBER: (814) 749-9211
555 Birch St
Nanty Glo, PA  15943

Blairsville-saltsburg Sd
SUPERINTENDENT: Jeff Soles
E-MAIL: solesjeff@b-ssd.org
PHONE NUMBER: (724) 459-5500
102 School Lane
Blairsville, PA  15717

Blast Iu 17
SUPERINTENDENT: Christina Reed
E-MAIL: creed@iu17.org
PHONE NUMBER: (570) 323-8561
2400 Reach Rd
Williamsport, PA  17701

Bloomsburg Area Sd
SUPERINTENDENT: Donald Wheeler
E-MAIL: dwheeler@bloomsd.k12.pa.us
PHONE NUMBER: (570) 784-5000
728 E 5Th St
Bloomsburg, PA  17815

Blue Mountain Sd
SUPERINTENDENT: David Helsel
E-MAIL: dhhelsel@bmsd.org
PHONE NUMBER: (570) 366-0515
685 Red Dale Rd
Orwigsburg, PA  17961

Blue Ridge Sd
SUPERINTENDENT: Matthew Button
E-MAIL: buttonma@brsd.org
PHONE NUMBER: (570) 465-3141
5058 School Road
New Milford, PA  18834

Boyertown Area Sd
SUPERINTENDENT: Dana Bedden
E-MAIL: dbedden@boyertownasd.org
PHONE NUMBER: (610) 367-6031
911 Montgomery Ave

Boyertown, PA  19512

Bradford Area Sd
SUPERINTENDENT: Katharine Pude
E-MAIL: kpude@bradfordareaschools.org
PHONE NUMBER: (814) 362-3841
150 Lorana Ave
Bradford, PA  16701

Brandywine Heights Area Sd
SUPERINTENDENT: Andrew Potteiger
E-MAIL: andpot@bhasd.org
PHONE NUMBER: (610) 682-5100
200 W Weis St
Topton, PA  19562

Brentwood Borough Sd
SUPERINTENDENT: Amy Burch
E-MAIL: burcha@bb-sd.com
PHONE NUMBER: (412) 881-2227
3601 Brownsville Rd
Pittsburgh, PA  15227

Bristol Borough Sd
SUPERINTENDENT: Rose Minniti
E-MAIL: rminniti@bbsd.org
PHONE NUMBER: (215) 781-1011
1776 Farragut Avenue
Bristol, PA  19007

Bristol Township Sd
SUPERINTENDENT: Melanie Gehrens
E-MAIL: melanie.gehrens@bristoltwpsd.org
PHONE NUMBER: (215)943-3200
6401 Mill Creek Rd
Levittown, PA  19057

Brockway Area Sd
SUPERINTENDENT: Jeff Vizza
E-MAIL: jvizza@brockway.k12.pa.us
PHONE NUMBER: (814) 265-8411
40 North St
Brockway, PA  15824

Brookville Area Sd
SUPERINTENDENT: Erich May
E-MAIL: emay@basd.us
PHONE NUMBER: (814) 849-8372
104 Jenks Street
Brookville, PA  15825

Brownsville Area Sd
SUPERINTENDENT: Keith Hartbauer
E-MAIL: khartbauer@basd.org
PHONE NUMBER: (724) 785-2021
5 Falcon Drive

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Brownsville, PA  15417

Bucks County Iu 22
SUPERINTENDENT: Mark Hoffman
E-MAIL: mhoffman@bucksiu.org
PHONE NUMBER: (800) 770-4822
705 N Shady Retreat Rd
Doylestown, PA  18901

Bucks County Technical High School
SUPERINTENDENT: Leon Poeske
E-MAIL: lpoeske@bcths.com
PHONE NUMBER: (215) 949-1700
610 Wistar Road
Fairless Hills, PA  19030

Burgettstown Area Sd
SUPERINTENDENT: James Walsh
E-MAIL: jwalsh@burgettstown.k12.pa.us
PHONE NUMBER: (724) 947-8136
100 Bavington Rd
Burgettstown, PA  15021

Burrell Sd
SUPERINTENDENT: Shannon Wagner
E-MAIL: swagner@burrell.k12.pa.us
PHONE NUMBER: (724) 334-1406
1021 Puckety Church Rd
Lower Burrell, PA  15068

Butler Area Sd
SUPERINTENDENT: Brian White
E-MAIL: brian_white@butler.k12.pa.us
PHONE NUMBER: (724) 287-8721
110 Campus Lane
Butler, PA  16001

Butler County Avts
SUPERINTENDENT: Regina Hiler
E-MAIL: hilerr@butlertec.us
PHONE NUMBER: (724) 282-0735
210 Campus Lane
Butler, PA  16001

California Area Sd
SUPERINTENDENT: Laura Jacob
E-MAIL: jacobl@calsd.org
PHONE NUMBER: (724) 785-5800
11 Trojan Way Ste 100
Coal Center, PA  15423

Cambria Heights Sd
SUPERINTENDENT: Michael Strasser
E-MAIL: mstrasser@chsd1.org
PHONE NUMBER: (814) 674-3626
426 Glendale Lake Rd

Patton, PA  16668

Cameron County Sd
SUPERINTENDENT: Keith Wolfe
E-MAIL: keith.wolfe@camcosd.org
PHONE NUMBER: (814) 486-4000
601 Woodland Ave
Emporium, PA  15834

Camp Hill Sd
SUPERINTENDENT: Patricia Craig
E-MAIL: pcraig@camphillsd.k12.pa.us
PHONE NUMBER: (717) 901-2400
2627 Chestnut St
Camp Hill, PA  17011

Canon-mcmillan Sd
SUPERINTENDENT: Michael Daniels
E-MAIL: danielsm@cmsd.k12.pa.us
PHONE NUMBER: (724) 746-2940
1 N Jefferson Ave
Canonsburg, PA  15317

Canton Area Sd
SUPERINTENDENT: Eric Briggs
E-MAIL: ebriggs@canton.k12.pa.us
PHONE NUMBER: (570) 673-3191
509 E Main St
Canton, PA  17724

Capital Area Iu 15
SUPERINTENDENT: Andria Saia
E-MAIL: asaia@caiu.org
PHONE NUMBER: (717) 732-8400
55 Miller St
Enola, PA  17025

Carbon Career & Technical Institute
SUPERINTENDENT: David Reinbold
E-MAIL: dreinbold@carboncti.org
PHONE NUMBER: (570) 325-3682
150 West 13Th Street
Jim Thorpe, PA  18229

Carbondale Area Sd
SUPERINTENDENT: Martin Lawler
E-MAIL: martin.lawler@carbondalearea.org
PHONE NUMBER: (570) 282-2507
101 Brooklyn St
Carbondale, PA  18407

Carbon-lehigh Iu 21
SUPERINTENDENT: Elaine Eib
E-MAIL: eibe@cliu.org
PHONE NUMBER: (610) 769-4111
4210 Independence Dr

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Schnecksville, PA  18078

Career Institute Of Technology
SUPERINTENDENT: Adrianne Jones
E-MAIL: jones@citvt.com
PHONE NUMBER: (610) 258-2857
5335 Kesslersville Road
Easton, PA  18040

Carlisle Area Sd
SUPERINTENDENT: Christina Spielbauer
E-MAIL: spielbauerc@carlisleschools.org
PHONE NUMBER: (717) 240-6800
623 W Penn St
Carlisle, PA  17013

Carlynton Sd
SUPERINTENDENT: John Kreider
E-MAIL: john.kreider@carlynton.k12.pa.us
PHONE NUMBER: (412) 429-2500
435 Kings Hwy
Carnegie, PA  15106

Carmichaels Area Sd
SUPERINTENDENT: Fred Morecraft
E-MAIL: fmorecraft@carmarea.org
PHONE NUMBER: (724) 966-5045
225 N Vine St
Carmichaels, PA  15320

Catasauqua Area Sd
SUPERINTENDENT: Robert Spengler
E-MAIL: spenglerr@cattysd.org
PHONE NUMBER: (610) 264-5571
201 N 14Th St
Catasauqua, PA  18032

Centennial Sd
SUPERINTENDENT: Thomas Seidenberger
E-MAIL: seidth@centennialsd.org
PHONE NUMBER: (215) 441-6000
433 Centennial Rd
Warminster, PA  18974

Central Bucks Sd
SUPERINTENDENT: John Kopicki
E-MAIL: jkopicki@cbsd.org
PHONE NUMBER: (267) 893-2001
20 Welden Dr
Doylestown, PA  18901

Central Cambria Sd
SUPERINTENDENT: Jason Moore
E-MAIL: jmoore@cencam.org
PHONE NUMBER: (814) 472-8870
208 Schoolhouse Rd

Ebensburg, PA  15931

Central Columbia Sd
SUPERINTENDENT: Jeffrey Groshek
E-MAIL: superintendent@ccsd.cc
PHONE NUMBER: (570) 784-2850
4777 Old Berwick Rd
Bloomsburg, PA  17815

Central Dauphin Sd
SUPERINTENDENT: Norman Miller
E-MAIL: njmiller@cdschools.org
PHONE NUMBER: (717) 545-4703
600 Rutherford Rd
Harrisburg, PA  17109

Central Fulton Sd
SUPERINTENDENT: Hervey Hann
E-MAIL: hhann@cfsd.info
PHONE NUMBER: (717) 485-3183
151 E Cherry St
Mcconnellsburg, PA  17233

Central Greene Sd
SUPERINTENDENT: Helen Mccracken
E-MAIL: hmccracken@cgsd.org
PHONE NUMBER: (724) 627-8151
250 S Cumberland St
Waynesburg, PA  15370

Central Iu 10
SUPERINTENDENT: Francine Endler
E-MAIL: fendler@ciu10.org
PHONE NUMBER: (814) 342-0884
345 Link Rd
West Decatur, PA  16878

Central Montco Technical High School
SUPERINTENDENT: Seth          Schram
E-MAIL: sschram@cmths.org
PHONE NUMBER: (610) 277-2301
821 Plymouth Road
Plymouth Meeting, PA  19462

Central Pa Institute Of Science & Technology
SUPERINTENDENT: Richard Makin
E-MAIL: rmakin@cpi.edu
PHONE NUMBER: (814) 359-2793
540 North Harrison Road
Pleasant Gap, PA  16823

Central Susquehanna Iu 16
SUPERINTENDENT: Kevin Singer
E-MAIL: ksinger@csiu.org
PHONE NUMBER: (570) 523-1155
90 Lawton Lane

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Milton, PA  17847

Central Valley Sd
SUPERINTENDENT: Nicholas Perry
E-MAIL: nperry@centralvalleysd.org
PHONE NUMBER: (724) 775-5600
160 Baker Road Extension
Monaca, PA  15061

Central Westmoreland Ctc
SUPERINTENDENT: Marsha Welsh
E-MAIL: mwelsh@cwctc.org
PHONE NUMBER: (724) 925-3532
240 Arona Road
New Stanton, PA  15672

Central York Sd
SUPERINTENDENT: Michael Snell
E-MAIL: msnell@cysd.k12.pa.us
PHONE NUMBER: (717) 846-6789
775 Marion Rd
York, PA  17406

Chambersburg Area Sd
SUPERINTENDENT: Dion Betts
E-MAIL: dion.betts@casdonline.org
PHONE NUMBER: (717) 263-9281
435 Stanley Ave
Chambersburg, PA  17201

Charleroi Sd
SUPERINTENDENT: Edward Zelich
E-MAIL: ezelich@charleroisd.org
PHONE NUMBER: (724) 483-3509
125 Fecsen Drive
Charleroi, PA  15022

Chartiers Valley Sd
SUPERINTENDENT: Johannah Vanatta
E-MAIL: jvanatta@cvsd.net
PHONE NUMBER: (412) 429-2201
2030 Swallow Hill Rd
Pittsburgh, PA  15220

Chartiers-houston Sd
SUPERINTENDENT: John George
E-MAIL: john.george@chartiers-houstonsd.com
PHONE NUMBER: (724) 746-1400
2020 W Pike St
Houston, PA  15342

Cheltenham Township Sd
SUPERINTENDENT: Wagner Marseille
E-MAIL: wmarseille@cheltenham.org
PHONE NUMBER: (215) 886-9500
2000 Ashbourne Rd

Elkins Park, PA  19027

Chester County Iu 24
SUPERINTENDENT: George Fiore
E-MAIL: georgef@cciu.org
PHONE NUMBER: (484) 237-5000
455 Boot Rd
Downingtown, PA  19335

Chester County Technical College High School
SUPERINTENDENT: George Fiore
E-MAIL: georgef@cciu.org
PHONE NUMBER: (484) 237-5000
455 Boot Road
Downingtown, PA  19335

Chester-upland Sd
SUPERINTENDENT: Carol Birks
E-MAIL: cbirks@chesteruplandsd.org
PHONE NUMBER: (610) 447-3600
232 W. 9th St
Chester, PA  19013

Chestnut Ridge Sd
SUPERINTENDENT: Mark Kudlawiec
E-MAIL: mkudlawiec@crlions.org
PHONE NUMBER: (814) 839-4195
3281 Valley Road
Fishertown, PA  15539

Chichester Sd
SUPERINTENDENT: Daniel Nerelli
E-MAIL: dnerelli@chichestersd.org
PHONE NUMBER: (610) 485-6881
401 Cherry Tree Rd
Aston, PA  19014

City Of Erie Regional Career & Technical School
SUPERINTENDENT: Pamela Mackowski
E-MAIL: pmackowski@eriesd.org
PHONE NUMBER: (814) 864-6175
3325 Cherry Street
Erie, PA  16508

Clairton City Sd
SUPERINTENDENT: Ginny Hunt
E-MAIL: huntg@ccsdbears.org
PHONE NUMBER: (412) 233-7090
502 Mitchell Ave
Clairton, PA  15025

Clarion Area Sd
SUPERINTENDENT: Joseph Carrico
E-MAIL: jcarrico@clarion-schools.com
PHONE NUMBER: (814) 226-6110
221 Liberty St

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Clarion, PA  16214

Clarion County Career Center
SUPERINTENDENT: Kirk Atwood
E-MAIL: katwood@clarioncte.org
PHONE NUMBER: (814) 226-4391
447 Career Lane
Shippenville, PA  16254

Clarion-limestone Area Sd
SUPERINTENDENT: Amy Glasl
E-MAIL: aglasl@clasd.net
PHONE NUMBER: (814) 764-5111
4091 C-L School Road
Strattanville, PA  16258

Claysburg-kimmel Sd
SUPERINTENDENT: Darren Mclaurin
E-MAIL: dmclaurin@cksdbulldogs.com
PHONE NUMBER: (814) 239-5141
531 Bedford St
Claysburg, PA  16625

Clearfield Area Sd
SUPERINTENDENT: Terry Struble
E-MAIL: tstruble@clearfield.org
PHONE NUMBER: (814) 765-5511
2831 Washington Avenue
Clearfield, PA  16830

Clearfield County Ctc
SUPERINTENDENT: Fred Redden
E-MAIL: fredden@ccctc.edu
PHONE NUMBER: (814) 765-5308
1620 River Road
Clearfield, PA  16830

Coatesville Area Sd
SUPERINTENDENT: Tomas Hanna
E-MAIL: hannat@casdschools.org
PHONE NUMBER: (610) 466-2400
3030 C G Zinn Road
Thorndale, PA  19372

Cocalico Sd
SUPERINTENDENT: Ella Musser
E-MAIL: ella_musser@cocalico.org
PHONE NUMBER: (717) 336-1413
800 4Th Street
Denver, PA  17517

Colonial Iu 20
SUPERINTENDENT: Christopher Wolfel
E-MAIL: cwolfel@ciu20.org
PHONE NUMBER: (610) 252-5550
6 Danforth Drive

Easton, PA  18045

Colonial Sd
SUPERINTENDENT: Michael Christian
E-MAIL: mchristian@colonialsd.org
PHONE NUMBER: (610) 834-1670
230 Flourtown Rd
Plymouth Meeting, PA  19462

Columbia Borough Sd
SUPERINTENDENT: Tom Strickler
E-MAIL: tomstrickler@columbiabsd.org
PHONE NUMBER: (717) 684-2283
200 N Fifth St
Columbia, PA  17512

Columbia-montour Avts
SUPERINTENDENT: Ken Kryder
E-MAIL: kkryder@cmvt.us
PHONE NUMBER: (570) 784-8040
5050 Sweppenheiser Drive
Bloomsburg, PA  17815

Commodore Perry Sd
SUPERINTENDENT: Kim Zippie
E-MAIL: kzippie@cppanthers.org
PHONE NUMBER: (724) 253-3255
3002 Perry Hwy
Hadley, PA  16130

Conemaugh Township Area Sd
SUPERINTENDENT: Thomas Kakabar
E-MAIL: thomas.kakabar@ctasd.org
PHONE NUMBER: (814) 479-7575
300 West Campus Avenue
Davidsville, PA  15928

Conemaugh Valley Sd
SUPERINTENDENT: Shane Hazenstab
E-MAIL: shazenstab@cvk12.org
PHONE NUMBER: (814) 535-5005
1340 William Penn Avenue
Johnstown, PA  15906

Conestoga Valley Sd
SUPERINTENDENT: David Zuilkoski
E-MAIL: dave_zuilkoski@conestogavalley.org
PHONE NUMBER: (717) 397-2421
2110 Horseshoe Rd
Lancaster, PA  17601

Conneaut Sd
SUPERINTENDENT: Jarrin Sperry
E-MAIL: jarrin.sperry@conneautsd.org
PHONE NUMBER: (814) 683-5900
219 W School Dr

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Linesville, PA  16424

Connellsville Area Career & Technical Center
SUPERINTENDENT: Bruce Jaynes
E-MAIL: bjaynes@casdfalcons.org
PHONE NUMBER: (724) 626-0236
720 Locust Street
Connellsville, PA  15425

Connellsville Area Sd
SUPERINTENDENT: Joseph Bradley
E-MAIL: jbradley@casdfalcons.org
PHONE NUMBER: (724) 628-3300
732 Rockridge Rd.
Connellsville, PA  15425

Conrad Weiser Area Sd
SUPERINTENDENT: Randall Grove
E-MAIL: r_grove@conradweiser.org
PHONE NUMBER: (610) 693-8542
44 Big Spring Rd
Robesonia, PA  19551

Cornell Sd
SUPERINTENDENT: Aaron Thomas
E-MAIL: athomas@cornell.k12.pa.us
PHONE NUMBER: (412) 264-5010
1099 Maple Street
Coraopolis, PA  15108

Cornwall-lebanon Sd
SUPERINTENDENT: Philip Domencic
E-MAIL: pdomencic@clsd.k12.pa.us
PHONE NUMBER: (717) 272-2031
105 E Evergreen Rd
Lebanon, PA  17042

Corry Area Sd
SUPERINTENDENT: Sheri Yetzer
E-MAIL: syetzer@corrysd.net
PHONE NUMBER: (814) 664-4677
540 East Pleasant Street
Corry, PA  16407

Council Rock Sd
SUPERINTENDENT: Robert Fraser
E-MAIL: rfraser@crsd.org
PHONE NUMBER: (215) 944-1000
30 N Chancellor St
Newtown, PA  18940

Cranberry Area Sd
SUPERINTENDENT: Bill Vonada
E-MAIL: bvonada@cranberrysd.org
PHONE NUMBER: (814) 676-5628
3 Education Dr

Seneca, PA  16346

Crawford Central Sd
SUPERINTENDENT: Thomas Washington
E-MAIL: thomas.washington@craw.org
PHONE NUMBER: (814) 724-3960
11280 Mercer Pike
Meadville, PA  16335

Crawford County Ctc
SUPERINTENDENT: Kevin Sprong
E-MAIL: ksprong@crawfordctc.org
PHONE NUMBER: (814) 724-6024
860 Thurston Road
Meadville, PA  16335

Crestwood Sd
SUPERINTENDENT: Robert Mehalick
E-MAIL: robert.mehalick@csdcomets.org
PHONE NUMBER: (570) 474-6888
281 S Mountain Blvd
Mountain Top, PA  18707

Ctc Of Lackawanna County
SUPERINTENDENT: Thomas Baileys
E-MAIL: tbaileys@ctclc.edu
PHONE NUMBER: (570) 346-8471
3201 Rockwell Avenue
Scranton, PA  18508

Cumberland Perry Avts
SUPERINTENDENT: Justin Bruhn
E-MAIL: jbruhn@cpavts.org
PHONE NUMBER: (717) 697-0354
110 Old Willow Mill Rd
Mechanicsburg, PA  17050

Cumberland Valley Sd
SUPERINTENDENT: David Christopher
E-MAIL: dchristopher@cvschools.org
PHONE NUMBER: (717) 697-8261
6746 Carlisle Pike
Mechanicsburg, PA  17050

Curwensville Area Sd
SUPERINTENDENT: Roland Matchock
E-MAIL: rmatchock@curwensville.org
PHONE NUMBER: (814) 236-1101
650 Beech St
Curwensville, PA  16833

Dallas Sd
SUPERINTENDENT: Thomas Duffy
E-MAIL: tduffy@dsdhs.com
PHONE NUMBER: (570) 675-5201
2010 Conyngham Ave

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Dallas, PA  18612

Dallastown Area Sd
SUPERINTENDENT: Joshua Doll
E-MAIL: joshua.doll@dallastown.net
PHONE NUMBER: (717) 244-4021
700 New School Ln
Dallastown, PA  17313

Daniel Boone Area Sd
SUPERINTENDENT: Brett Cooper
E-MAIL: brett.cooper@dboone.org
PHONE NUMBER: (610) 582-6140
Daniel Boone Area Sd Admin
Douglassville, PA  19518

Danville Area Sd
SUPERINTENDENT: Ricki Boyle
E-MAIL: rboyle@danvillesd.org
PHONE NUMBER: (570) 271-3268
733 Ironmen Lane
Danville, PA  17821

Dauphin County Technical School
SUPERINTENDENT: Karen Pflugh
E-MAIL: kpflugh@dciu.org
PHONE NUMBER: (717) 652-3170
6001 Locust Lane
Harrisburg, PA  17109

Deer Lakes Sd
SUPERINTENDENT: Janell Belden
E-MAIL: jloguebelden@dlsd.k12.pa.us
PHONE NUMBER: (724) 265-5300
19 East Union Road
Cheswick, PA  15024

Delaware County Iu 25
SUPERINTENDENT: Maria Edelberg
E-MAIL: medelberg@dciu.us
PHONE NUMBER: (610) 938-9000
200 Yale Avenue
Morton, PA  19070

Delaware County Technical High School
SUPERINTENDENT: Stephen Butz
E-MAIL: sbutz@dciu.org
PHONE NUMBER: (610) 583-7620
701 Henderson Boulevard
Folcroft, PA  19032

Delaware Valley Sd
SUPERINTENDENT: John Bell
E-MAIL: jbell@dvsd.org
PHONE NUMBER: (570) 296-1800
236 Route 6 And 209

Milford, PA  18337

Derry Area Sd
SUPERINTENDENT: Eric Curry
E-MAIL: ecurry@derryasd.k12.pa.us
PHONE NUMBER: (724) 694-1401
982 N Chestnut Street Ext
Derry, PA  15627

Derry Township Sd
SUPERINTENDENT: Joseph Mcfarland
E-MAIL: jmcfarland@hershey.k12.pa.us
PHONE NUMBER: (717) 534-2501
30 East Granada Ave
Hershey, PA  17033

Donegal Sd
SUPERINTENDENT: Michael Lausch
E-MAIL: michael.lausch@donegalsd.org
PHONE NUMBER: (717) 653-1447
1051 Koser Rd
Mount Joy, PA  17552

Dover Area Sd
SUPERINTENDENT: Tracy Krum
E-MAIL: tkrum@doversd.org
PHONE NUMBER: (717) 292-3671
101 Edgeway Road
Dover, PA  17315

Downingtown Area Sd
SUPERINTENDENT: Emilie Lonardi
E-MAIL: elonardi@dasd.org
PHONE NUMBER: (610) 269-8460
540 Trestle Place
Downingtown, PA  19335

Dubois Area Sd
SUPERINTENDENT: Wendy Benton
E-MAIL: wbenton@dasd.k12.pa.us
PHONE NUMBER: (814) 371-2700
500 Liberty Blvd
Dubois, PA  15801

Dunmore Sd
SUPERINTENDENT: John Marichak
E-MAIL: marichakj@dunmoreschooldistrict.net
PHONE NUMBER: (570) 343-2110
300 W Warren St
Dunmore, PA  18512

Duquesne City Sd
SUPERINTENDENT: Sue Moyer
E-MAIL: moyers@dukesk12.org
PHONE NUMBER: (412) 466-9600
300 Kennedy Ave

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Duquesne, PA  15110

Myerstown, PA  17067

East Allegheny Sd
SUPERINTENDENT: Donald Mac Fann
E-MAIL: dmacfann@eawildcats.net
PHONE NUMBER: (412) 824-8012
1150 Jacks Run Rd
North Versailles, PA  15137

Eastern Westmoreland Ctc
SUPERINTENDENT: Todd Weimer
E-MAIL: todd.weimer@ewctc.net
PHONE NUMBER: (724) 539-9788
4904 Route 982
Latrobe, PA  15650

East Lycoming Sd
SUPERINTENDENT: Michael Pawlik
E-MAIL: mpawlik@elsd.org
PHONE NUMBER: (570) 584-2131
349 Cemetery St
Hughesville, PA  17737

Eastern York Sd
SUPERINTENDENT: Joseph Mancuso
E-MAIL: jmancuso@eyork.k12.pa.us
PHONE NUMBER: (717) 252-1555
120 S Third St
Wrightsville, PA  17368

East Penn Sd
SUPERINTENDENT: Kristen Campbell
E-MAIL: kcampbell@eastpennsd.org
PHONE NUMBER: (610) 966-8333
800 Pine Street
Emmaus, PA  18049

Easton Area Sd
SUPERINTENDENT: David Piperato
E-MAIL: piperatod@eastonsd.org
PHONE NUMBER: (610) 250-2400
1801 Bushkill Drive
Easton, PA  18040

East Pennsboro Area Sd
SUPERINTENDENT: Donna Dunar
E-MAIL: ddunar@epasd.org
PHONE NUMBER: (717) 732-3601
890 Valley St
Enola, PA  17025

Elizabeth Forward Sd
SUPERINTENDENT: Todd Keruskin
E-MAIL: tkeruskin@efsd.net
PHONE NUMBER: (412) 896-2312
401 Rock Run Road
Elizabeth, PA  15037

East Stroudsburg Area Sd
SUPERINTENDENT: William Riker
E-MAIL: william-riker@esasd.net
PHONE NUMBER: (570) 424-8500
50 Vine St
East Stroudsburg, PA  18301

Elizabethtown Area Sd
SUPERINTENDENT: Michele Balliet
E-MAIL: michele_balliet@etownschools.org
PHONE NUMBER: (717) 367-1521
600 E High St
Elizabethtown, PA  17022

Eastern Center For Arts & Technology
SUPERINTENDENT: Cathleen Plesnarski
E-MAIL: cplesnarski@eastech.org
PHONE NUMBER: (215) 784-4800
3075 Terwood Rd
Willow Grove, PA  19090

Elk Lake Sd
SUPERINTENDENT: Ken Cuomo
E-MAIL: ken.cuomo@elklakeschool.org
PHONE NUMBER: (570) 278-1106
2380 Elk Lake School Road
Dimcok, PA  18816

Eastern Lancaster County Sd
SUPERINTENDENT: Robert Hollister
E-MAIL: robert_hollister@elanco.org
PHONE NUMBER: (717) 354-1500
669 E Main St
New Holland, PA  17557

Ellwood City Area Sd
SUPERINTENDENT: Joe Mancini
E-MAIL: jmancini@ellwood.k12.pa.usï»¿
PHONE NUMBER: (724) 752-1591
501 Crescent Ave
Ellwood City, PA  16117

Eastern Lebanon County Sd
SUPERINTENDENT: Julia Vicente
E-MAIL: jvicente@elcosd.org
PHONE NUMBER: (717) 866-7117
180 Elco Dr

Ephrata Area Sd
SUPERINTENDENT: Brian Troop
E-MAIL: b_troop@easdpa.org
PHONE NUMBER: (717) 721-1400
803 Oak Blvd

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Ephrata, PA  17522

Erie City Sd
SUPERINTENDENT: Brian Polito
E-MAIL: bpolito@eriesd.org
PHONE NUMBER: (814) 874-6000
148 W 21St St
Erie, PA  16502

Erie County Technical School
SUPERINTENDENT: Joe Tarasovitch
E-MAIL: jtarasovitch@ects.org
PHONE NUMBER: (814) 464-8600
8500 Oliver Road
Erie, PA  16509

Everett Area Sd
SUPERINTENDENT: Danny Webb
E-MAIL: dwebb@everettasd.org
PHONE NUMBER: (814) 652-9114
427 E South St
Everett, PA  15537

Exeter Township Sd
SUPERINTENDENT: Kimberly Minor
E-MAIL: kiminor@exetersd.org
PHONE NUMBER: (610) 779-0700
200 Elm St
Reading, PA  19606

Fairfield Area Sd
SUPERINTENDENT: Michael Adamek
E-MAIL: adamekm@fairfield.k12.pa.us
PHONE NUMBER: (717) 642-8228
4840 Fairfield Rd
Fairfield, PA  17320

Fairview Sd
SUPERINTENDENT: Erik Kincade
E-MAIL: kincadee@fairviewschools.org
PHONE NUMBER: (814) 474-2600
7466 Mccray Rd
Fairview, PA  16415

Fannett-metal Sd
SUPERINTENDENT: David Burkett
E-MAIL: burkettd@fmtigers.org
PHONE NUMBER: (717) 349-7172
14823 Path Valley Road
Willow Hill, PA  17271

Farrell Area Sd
SUPERINTENDENT: Lora Adams-King
E-MAIL: ladams-king@farrellareaschools.com
PHONE NUMBER: (724) 346-6585
1600 Roemer Blvd

Farrell, PA  16121

Fayette County Career & Technical Institute
SUPERINTENDENT: Cynthia Shaw
E-MAIL: cshaw@fayettecti.org
PHONE NUMBER: (724) 437-2721
175 Georges Fairchance Road
Uniontown, PA  15401

Ferndale Area Sd
SUPERINTENDENT: Carole Kakabar
E-MAIL: ckakabar@fasdk12.org
PHONE NUMBER: (814) 535-1507
100 Dartmouth Ave
Johnstown, PA  15905

Fleetwood Area Sd
SUPERINTENDENT: Greg Miller
E-MAIL: gmiller@fleetwoodasd.org
PHONE NUMBER: (610) 944-8111
801 N Richmond St
Fleetwood, PA  19522

Forbes Road Ctc
SUPERINTENDENT: Edward Mcmullen
E-MAIL: edwardm@forbesroad.com
PHONE NUMBER: (412) 373-8100
607 Beatty Road
Monroeville, PA  15146

Forbes Road Sd
SUPERINTENDENT: Maria Bollman
E-MAIL: mscott@frsd.info
PHONE NUMBER: (814) 685-3866
159 Red Bird Drive
Waterfall, PA  16689

Forest Area Sd
SUPERINTENDENT: Amanda Hetrick
E-MAIL: ahetrick@forestareaschools.org
PHONE NUMBER: (814) 755-4491
22318 Route 62 Box 16
Tionesta, PA  16353

Forest City Regional Sd
SUPERINTENDENT: Jessica Aquilina
E-MAIL: jaquilina@fcrsd.org
PHONE NUMBER: (570) 785-2400
100 Susquehanna Street
Forest City, PA  18421

Forest Hills Sd
SUPERINTENDENT: David Lehman
E-MAIL: dlehman@fhrangers.org
PHONE NUMBER: (814) 487-7613
549 Locust Street

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Sidman, PA  15955

Fort Cherry Sd
SUPERINTENDENT: Jill Jacoby
E-MAIL: jjacoby@fortcherry.org
PHONE NUMBER: (724) 796-1551
110 Fort Cherry Rd
Mc Donald, PA  15057

Fort Leboeuf Sd
SUPERINTENDENT: Richard Emerick
E-MAIL: emerickr@fortleboeuf.net
PHONE NUMBER: (814) 796-2638
34 East Ninth St
Waterford, PA  16441

Fox Chapel Area Sd
SUPERINTENDENT: Mary Reljac
E-MAIL: mary_reljac@fcasd.edu
PHONE NUMBER: (412) 963-9600
611 Field Club Rd
Pittsburgh, PA  15238

Franklin Area Sd
SUPERINTENDENT: Pamela Dye
E-MAIL: dye@fasd.k12.pa.us
PHONE NUMBER: (814) 432-8917
702 Liberty Street
Franklin, PA  16323

Franklin County Ctc
SUPERINTENDENT: Jim Duffey
E-MAIL: jim.duffey@franklinctc.com
PHONE NUMBER: (717) 263-9033
2463 Loop Road
Chambersburg, PA  17202

Franklin Regional Sd
SUPERINTENDENT: Gennaro Piraino
E-MAIL: gpiraino@franklinregional.k12.pa.us
PHONE NUMBER: (724) 327-5456
3210 School Rd
Murrysville, PA  15668

Frazier Sd
SUPERINTENDENT: William Henderson
E-MAIL: bhenderson@fraziersd.org
PHONE NUMBER: (724) 736-9507
142 Constitution St
Perryopolis, PA  15473

Freedom Area Sd
SUPERINTENDENT: Jeffrey Fuller
E-MAIL: jfuller@freedom.k12.pa.us
PHONE NUMBER: (724) 775-5464
1701 8Th Ave

Freedom, PA  15042

Freeport Area Sd
SUPERINTENDENT: Ian Magness
E-MAIL: magness@freeport.k12.pa.us
PHONE NUMBER: (724) 295-5141
621 South Pike Rd
Sarver, PA  16055

Fulton County Avts
SUPERINTENDENT: Erik Damgaard
E-MAIL: edamgaard@fcavts.org
PHONE NUMBER: (717) 485-5813
145 East Cherry Street
Mcconnellsburg, PA  17233

Galeton Area Sd
SUPERINTENDENT: Alanna Huck
E-MAIL: ahuck@gasd.net
PHONE NUMBER: (814) 435-6571
27 Bridge Street
Galeton, PA  16922

Garnet Valley Sd
SUPERINTENDENT: Marc Bertrando
E-MAIL: bertram@garnetvalley.org
PHONE NUMBER: (610) 579-7300
80 Station Road
Glen Mills, PA  19342

Gateway Sd
SUPERINTENDENT: William Short
E-MAIL: wshort@gatewayk12.org
PHONE NUMBER: (412) 372-5300
9000 Gateway Campus Boulevard
Monroeville, PA  15146

General Mclane Sd
SUPERINTENDENT: Richard Scaletta
E-MAIL: richardscaletta@generalmclane.org
PHONE NUMBER: (814) 273-1033
11771 Edinboro Rd
Edinboro, PA  16412

Gettysburg Area Sd
SUPERINTENDENT: Jason Perrin
E-MAIL: jperrin@gettysburg.k12.pa.us
PHONE NUMBER: (717) 334-6254
900 Biglerville Rd
Gettysburg, PA  17325

Girard Sd
SUPERINTENDENT: Donna Miller
E-MAIL: millerd@gsd.k12.pa.us
PHONE NUMBER: (814) 774-5666
1203 Lake St

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Girard, PA  16417

Glendale Sd
SUPERINTENDENT: Edward Disabato
E-MAIL: edisabato@gsd1.org
PHONE NUMBER: (814) 687-3402
1466 Beaver Valley Rd
Flinton, PA  16640

Governor Mifflin Sd
SUPERINTENDENT: Steve Gerhard
E-MAIL: steve.gerhard@gmsd.org
PHONE NUMBER: (610) 775-1461
10 South Waverly Street
Shillington, PA  19607

Great Valley Sd
SUPERINTENDENT: Daniel Goffredo
E-MAIL: dgoffredo@gvsd.org
PHONE NUMBER: (610) 889-2100
47 Church Rd
Malvern, PA  19355

Greater Altoona Ctc
SUPERINTENDENT: Eric Palmer
E-MAIL: eric.palmer@gactc.edu
PHONE NUMBER: (814) 946-8450
1500 4Th Avenue
Altoona, PA  16602

Greater Johnstown Ctc
SUPERINTENDENT: John Augustine
E-MAIL: jaugustine@gjctc.org
PHONE NUMBER: (814) 266-6073
445 Schoolhouse Road
Johnstown, PA  15904

Greater Johnstown Sd
SUPERINTENDENT: Amy Arcurio
E-MAIL: aarcurio@gjsd.net
PHONE NUMBER: (814) 533-5670
1091 Broad St
Johnstown, PA  15906

Greater Latrobe Sd
SUPERINTENDENT: Georgia Teppert
E-MAIL: georgia.teppert@glsd.us
PHONE NUMBER: (724) 539-4200
1816 Lincoln Ave
Latrobe, PA  15650

Greater Nanticoke Area Sd
SUPERINTENDENT: Ronald Grevera
E-MAIL: greverar@gnasd.com
PHONE NUMBER: (570) 735-1270
427 Kosciuszko St

Nanticoke, PA  18634

Greencastle-antrim Sd
SUPERINTENDENT: Lura Hanks
E-MAIL: lhanks@gcasd.org
PHONE NUMBER: (717) 597-3226
500 East Leitersburg Street
Greencastle, PA  17225

Greene County Ctc
SUPERINTENDENT: Mark Krupa
E-MAIL: krupam@greenectc.org
PHONE NUMBER: (724) 627-3106
60 Zimmerman Drive
Waynesburg, PA  15370

Greensburg Salem Sd
SUPERINTENDENT: Gary Peiffer
E-MAIL: gary.peiffer@gslions.net
PHONE NUMBER: (724) 832-2901
1 Academy Hill Place
Greensburg, PA  15601

Greenville Area Sd
SUPERINTENDENT: Brian Tokar
E-MAIL: btokar@greenville.k12.pa.us
PHONE NUMBER: (724) 588-2500
9 Donation Rd
Greenville, PA  16125

Greenwood Sd
SUPERINTENDENT: Nicholas Guarente
E-MAIL: nguarente@greenwoodsd.org
PHONE NUMBER: (717) 589-3117
405 E Sunbury St
Millerstown, PA  17062

Grove City Area Sd
SUPERINTENDENT: Jeffrey Finch
E-MAIL: jeff.finch@gcasdk12.org
PHONE NUMBER: (724) 458-6733
511 Highland Ave
Grove City, PA  16127

Halifax Area Sd
SUPERINTENDENT: David Hatfield
E-MAIL: hatfieldd@hasd.us
PHONE NUMBER: (717) 896-3416
3940 Peters Mountain Rd
Halifax, PA  17032

Hamburg Area Sd
SUPERINTENDENT: Richard Mextorf
E-MAIL: ricmex@hasdhawks.org
PHONE NUMBER: (610) 562-2241
Windsor Street

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Hamburg, PA  19526

Hampton Township Sd
SUPERINTENDENT: Michael Loughead
E-MAIL: loughead@ht-sd.org
PHONE NUMBER: (412) 492-6302
4591 School Dr
Allison Park, PA  15101

Hanover Area Sd
SUPERINTENDENT: Terry Schnee
E-MAIL: tschnee@hanoverarea.net
PHONE NUMBER: (570) 831-2313
1600 Sans Souci Pkwy
Hanover Township, PA  18706

Hanover Public Sd
SUPERINTENDENT: John Scola
E-MAIL: jscola@hanoverpublic.org
PHONE NUMBER: (717) 637-9000
403 Moul Ave
Hanover, PA  17331

Harbor Creek Sd
SUPERINTENDENT: Kelly Hess
E-MAIL: khess@hcsd.iu5.org
PHONE NUMBER: (814) 897-2100
6375 Buffalo Rd
Harborcreek, PA  16421

Harmony Area Sd
SUPERINTENDENT: Ken Kubas
E-MAIL: kjubas@harmonyowls.com
PHONE NUMBER: (814) 845-2300
5239 Ridge Rd
Westover, PA  16692

Harrisburg City Sd
SUPERINTENDENT: Sybil Burney
E-MAIL: sknight-burney@hbgsd.us
PHONE NUMBER: (717) 703-4000
2101 North Front St Bldg 2
Harrisburg, PA  17110

Hatboro-horsham Sd
SUPERINTENDENT: Scott Eveslage
E-MAIL: seveslag@hatboro-horsham.org
PHONE NUMBER: (215) 420-5000
229 Meetinghouse Rd
Horsham, PA  19044

Haverford Township Sd
SUPERINTENDENT: Maureen Reusche
E-MAIL: mreusche@haverfordsd.net
PHONE NUMBER: (610) 853-5900
50 East Eagle Road

Havertown, PA  19083

Hazleton Area Career Center
SUPERINTENDENT: Lori Herman
E-MAIL: hermanl@hasdk12.org
PHONE NUMBER: (570) 459-3221
1451 W 23Rd St
Hazle Twp, PA  18202

Hazleton Area Sd
SUPERINTENDENT: Brian Uplinger
E-MAIL: uplingerb@hasdk12.org
PHONE NUMBER: (570) 459-3111
1515 W 23Rd St
Hazle Twp, PA  18202

Hempfield  Sd
SUPERINTENDENT: Michael Bromirski
E-MAIL: mike_bromirski@hempfieldsd.org
PHONE NUMBER: (717) 898-5564
200 Church St
Landisville, PA  17538

Hempfield Area Sd
SUPERINTENDENT: Tammy Wolicki
E-MAIL: wolickit@hasdpa.net
PHONE NUMBER: (724) 834-2590
4347 Route 136
Greensburg, PA 15601

Hermitage Sd
SUPERINTENDENT: Daniel Bell
E-MAIL: dan_bell@hermitage.k12.pa.us
PHONE NUMBER: (724) 981-8750
411 N Hermitage Road
Hermitage, PA  16148

Highlands Sd
SUPERINTENDENT: Monique Mawhinney
E-MAIL: mmawhinney@goldenrams.com
PHONE NUMBER: (724) 226-2400
1500 Pacific Avenue
Natrona Heights, PA  15065

Hollidaysburg Area Sd
SUPERINTENDENT: Robert Gildea
E-MAIL: robert_gildea@tigerwires.com
PHONE NUMBER: (814) 696-4454
405 Clark Street
Hollidaysburg, PA  16648

Homer-center Sd
SUPERINTENDENT: Curtis Whitesel
E-MAIL: cwhitesel@homercenter.org
PHONE NUMBER: (724) 479-8080
65 Wildcat Lane

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Homer City, PA  15748

Hopewell Area Sd
SUPERINTENDENT: Michelle Miller
E-MAIL: millerm@hopewellarea.org
PHONE NUMBER: (724) 375-6691
2354 Brodhead Rd
Aliquippa, PA  15001

Huntingdon Area Sd
SUPERINTENDENT: Fred Foster
E-MAIL: ffoster@huntsd.org
PHONE NUMBER: (814) 643-4140
2400 Cassady Ave Ste 2
Huntingdon, PA  16652

Huntingdon County Ctc
SUPERINTENDENT: Tony Payne
E-MAIL: tpayne@hcctc.org
PHONE NUMBER: (814) 643-0951
11893 Technology Drive
Mill Creek, PA  17060

Indiana Area Sd
SUPERINTENDENT: Michael Vuckovich
E-MAIL: mvuckovich@iasd.cc
PHONE NUMBER: (724) 463-8713
501 E Pike
Indiana, PA  15701

Indiana County Technology Center
SUPERINTENDENT: Michael Mcdermott
E-MAIL: mmcdermott@ictc.edu
PHONE NUMBER: (724) 349-6700
441 Hamill Rd
Indiana, PA  15701

Interboro Sd
SUPERINTENDENT: Bernadette Reiley
E-MAIL: bernadette.reiley@interborosd.org
PHONE NUMBER: (610) 461-6700
900 Washington Ave
Prospect Park, PA  19076

Intermediate Unit 1
SUPERINTENDENT: Donald Martin
E-MAIL: donald.martin@iu1.org
PHONE NUMBER: (724) 938-3241
One Intermediate Unit Drive
Coal Center, PA  15423

Iroquois Sd
SUPERINTENDENT: Shane Murray
E-MAIL: smurray@iroquois.iu5.org
PHONE NUMBER: (814) 899-7643
800 Tyndall Avenue

Erie, PA  16511

Jamestown Area Sd
SUPERINTENDENT: Tracy Reiser
E-MAIL: tracy_reiser@jamestown.k12.pa.us
PHONE NUMBER: (724) 932-5557
204 Shenango Street
Jamestown, PA  16134

Jeannette City Sd
SUPERINTENDENT: Matthew Jones
E-MAIL: mjones@jeannette.k12.pa.us
PHONE NUMBER: (724) 523-5497
800 Florida Ave
Jeannette, PA  15644

Jefferson County-dubois Avts
SUPERINTENDENT: Barry Fillman
E-MAIL: bwfillman@jefftech.us
PHONE NUMBER: (814) 653-8265
576 Vo Tech Rd
Reynoldsville, PA  15851

Jefferson-morgan Sd
SUPERINTENDENT: Joseph Orr
E-MAIL: jorr@jmsd.org
PHONE NUMBER: (724) 883-2310
1351 Jefferson Rd
Jefferson, PA  15344

Jenkintown Sd
SUPERINTENDENT: Jill Takacs
E-MAIL: takacsj@jenkintown.org
PHONE NUMBER: (215) 885-3722
West And Highland Avenues
Jenkintown, PA  19046

Jersey Shore Area Sd
SUPERINTENDENT: Brian Ulmer
E-MAIL: bulmer@jsasd.org
PHONE NUMBER: (570) 398-1561
175 A & P Drive
Jersey Shore, PA  17740

Jim Thorpe Area Sd
SUPERINTENDENT: John Rushefski
E-MAIL: john.rushefski@jtasd.org
PHONE NUMBER: (570) 325-3691
410 Center Ave
Jim Thorpe, PA  18229

Johnsonburg Area Sd
SUPERINTENDENT: Dennis Crotzer
E-MAIL:
dcrotzer@johnsonburgareaschooldistrict.net
PHONE NUMBER: (814) 965-2536

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

315 High School Road
Johnsonburg, PA  15845

Juniata County Sd
SUPERINTENDENT: Gary Dawson
E-MAIL: gdawson@jcsdk12.org
PHONE NUMBER: (717) 436-2111
146 Weatherby Way
Mifflintown, PA  17059

Juniata Valley Sd
SUPERINTENDENT: Michael Zinobile
E-MAIL: mzinobile@jvsd.org
PHONE NUMBER: (814) 669-9150
7775 Juniata Valley Pike
Alexandria, PA  16611

Kane Area Sd
SUPERINTENDENT: Brock Benson
E-MAIL: bbenson@kasd.net
PHONE NUMBER: (814) 837-9570
400 West Hemlock Avenue
Kane, PA  16735

Karns City Area Sd
SUPERINTENDENT: Eric Ritzert
E-MAIL: eritzert@kcasdk12.org
PHONE NUMBER: (724) 756-2030
1446 Kittanning Pike
Karns City, PA  16041

Kennett Consolidated Sd
SUPERINTENDENT: Dusty Blakey
E-MAIL: dblakey@kcsd.org
PHONE NUMBER: (610) 444-6600
300 East South Street
Kennett Square, PA  19348

Keystone  Sd
SUPERINTENDENT: Shawn Algoe
E-MAIL: salgoe@keyknox.com
PHONE NUMBER: (814) 797-5921
451 Huston Avenue
Knox, PA  16232

Keystone Central Ctc
SUPERINTENDENT: Kurt Lynch
E-MAIL: klynch@kcsd.k12.pa.us
PHONE NUMBER: (570) 748-6584
64 Keystone Central Drive
Mill Hall, PA  17751

Keystone Central Sd
SUPERINTENDENT: Jacquelyn Martin
E-MAIL: jmartin@kcsd.us
PHONE NUMBER: (570) 893-4900

86 Administration Drive
Mill Hall, PA  17751

Keystone Oaks Sd
SUPERINTENDENT: William Stropkaj
E-MAIL: stropkaj@kosd.org
PHONE NUMBER: (412) 571-6000
1000 Kelton Ave
Pittsburgh, PA  15216

Kiski Area Sd
SUPERINTENDENT: Timothy Scott
E-MAIL: tim.scott@kiskiarea.com
PHONE NUMBER: (724) 845-2022
200 Poplar Street
Vandergrift, PA  15690

Kutztown Area Sd
SUPERINTENDENT: Christian Temchatin
E-MAIL: ctemchatin@kasd.org
PHONE NUMBER: (610) 683-7361
251 Long Lane
Kutztown, PA  19530

Lackawanna Trail Sd
SUPERINTENDENT: Matthew Rakauskas
E-MAIL: rakauskasm@ltsd.org
PHONE NUMBER: (570) 945-5184
College Avenue
Factoryville, PA  18419

Lakeland Sd
SUPERINTENDENT: William King
E-MAIL: wking@lakelandsd.org
PHONE NUMBER: (570) 254-9485
1355 Lakeland Drive
Scott Township, PA  18433

Lake-lehman Sd
SUPERINTENDENT: James Mcgovern
E-MAIL: mcgovernj@llsd.org
PHONE NUMBER: (570) 675-2165
1237 Market Street
Dallas, PA  18612

Lakeview Sd
SUPERINTENDENT: Hendley Hoge
E-MAIL: h_hoge@lakeview.k12.pa.us
PHONE NUMBER: (724) 376-7911
2482 Mercer St
Stoneboro, PA  16153

Lampeter-strasburg Sd
SUPERINTENDENT: Kevin Peart
E-MAIL: kevin_peart@l-spioneers.org
PHONE NUMBER: (717) 464-3311

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

1600 Book Rd
Lancaster, PA  17602

Lancaster County Ctc
SUPERINTENDENT: April Hershey
E-MAIL: ahershey@lancasterctc.edu
PHONE NUMBER: (717) 464-7050
1730 Hans Herr Drive
Willow Street, PA  17584

Lancaster Sd
SUPERINTENDENT: Damaris Rau
E-MAIL: damarisrau@lancaster.k12.pa.us
PHONE NUMBER: (717) 291-6121
251 S Prince St
Lancaster, PA  17603

Lancaster-lebanon Iu 13
SUPERINTENDENT: Brian Barnhart
E-MAIL: brian_barnhart@iu13.org
PHONE NUMBER: (717) 606-1600
1020 New Holland Avenue
Lancaster, PA  17601

Laurel Highlands Sd
SUPERINTENDENT: Jesse Wallace
E-MAIL: wallacej@lhsd.org
PHONE NUMBER: (724) 437-2821
304 Bailey Ave
Uniontown, PA 15401

Laurel Sd
SUPERINTENDENT: Leonard Rich
E-MAIL: lrich@laurel.k12.pa.us
PHONE NUMBER: (724) 658-8940
2497 Harlansburg Rd
New Castle, PA 16101

Lawrence County Ctc
SUPERINTENDENT: Leonard Rich
E-MAIL: lrich@lcvt.tec.pa.us
PHONE NUMBER: (724) 658-3583
750 Phelps Way
New Castle, PA  16101

Lebanon County Ctc
SUPERINTENDENT: Glenn Meck
E-MAIL: gmeck@lcctc.edu
PHONE NUMBER: (717) 273-8551
833 Metro Drive
Lebanon, PA  17042

Lebanon Sd
SUPERINTENDENT: Arthur Abrom
E-MAIL: aabrom@lebanon.k12.pa.us
PHONE NUMBER: (717) 273-9391

1000 S 8Th St
Lebanon, PA  17042

Leechburg Area Sd
SUPERINTENDENT: Tiffany Nix
E-MAIL: tnix@leechburg.k12.pa.us
PHONE NUMBER: (724) 845-7701
210 Penn Avenue
Leechburg, PA  15656

Lehigh Career & Technical Institute
SUPERINTENDENT: Thomas Rushton
E-MAIL: rushtont@lcti.org
PHONE NUMBER: (610) 799-2300
4500 Education Park Drive
Schnecksville, PA  18078

Lehighton Area Sd
SUPERINTENDENT: Jonathan Cleaver
E-MAIL: jcleaver@lehighton.org
PHONE NUMBER: (610) 377-4490
1000 Union St
Lehighton, PA  18235

Lenape Tech
SUPERINTENDENT: Karen Brock
E-MAIL: brockar@lenape.k12.pa.us
PHONE NUMBER: (724) 763-7116
2215 Chaplin Avenue
Ford City, PA  16226

Lewisburg Area Sd
SUPERINTENDENT: Jennifer Polinchock
E-MAIL: polinchock_j@dragon.k12.pa.us
PHONE NUMBER: (570) 523-3220
1951 Washington Ave
Lewisburg, PA  17837

Ligonier Valley Sd
SUPERINTENDENT: Christine Oldham
E-MAIL: coldham@lvsd.k12.pa.us
PHONE NUMBER: (724) 238-5696
339 West Main St
Ligonier, PA  15658

Lincoln Iu 12
SUPERINTENDENT: Jeff West
E-MAIL: jdwest@iu12.org
PHONE NUMBER: (717) 624-4616
65 Billerbeck St
New Oxford, PA  17350

Line Mountain Sd
SUPERINTENDENT: David Campbell
E-MAIL: dcampbell@linemountain.com
PHONE NUMBER: (570) 758-2640

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

185 Line Mountain Road
Herndon, PA  17830

Littlestown Area Sd
SUPERINTENDENT: Christopher Bigger
E-MAIL: biggerc@lasd.k12.pa.us
PHONE NUMBER: (717) 359-4146
162 Newark St
Littlestown, PA  17340

Lower Dauphin Sd
SUPERINTENDENT: Robert Schultz
E-MAIL: rschultz@ldsd.org
PHONE NUMBER: (717) 566-5300
291 E Main St
Hummelstown, PA  17036

Lower Merion Sd
SUPERINTENDENT: Robert Copeland
E-MAIL: copeland@lmsd.org
PHONE NUMBER: (610) 645-1800
301 E Montgomery Ave
Ardmore, PA  19003

Lower Moreland Township Sd
SUPERINTENDENT: Scott Davidheiser
E-MAIL: sdavidheiser@lmtsd.org
PHONE NUMBER: (215) 938-0270
2551 Murray Ave
Huntingdon Valley, PA  19006

Loyalsock Township Sd
SUPERINTENDENT: Gerald Mclaughlin
E-MAIL: gmclaugh@loyalsocklancers.org
PHONE NUMBER: (570) 326-6508
1605 Four Mile Drive
Williamsport, PA  17701

Luzerne Iu 18
SUPERINTENDENT: Anthony Grieco
E-MAIL: tgrieco@liu18.org
PHONE NUMBER: (570) 287-9681
368 Tioga Avenue
Kingston, PA  18704

Lycoming Ctc
SUPERINTENDENT: Eric Butler
E-MAIL: ebutler@lycoctc.org
PHONE NUMBER: (570) 584-2300
293 Cemetery Street
Hughesville, PA  17737

Mahanoy Area Sd
SUPERINTENDENT: Joie Green
E-MAIL: jgreen@mabears.net
PHONE NUMBER: (570) 773-3443

1 Golden Bear Dr
Mahanoy City, PA  17948

Manheim Central Sd
SUPERINTENDENT: Peter Aiken
E-MAIL: aikenp@manheimcentral.org
PHONE NUMBER: (717) 664-8540
71 N Hazel St
Manheim, PA  17545

Manheim Township Sd
SUPERINTENDENT: Robin Felty
E-MAIL: feltyro@mtwp.net
PHONE NUMBER: (717) 569-8231
450A Candlewyck Road
Lancaster, PA  17601

Marion Center Area Sd
SUPERINTENDENT: Clint Weimer
E-MAIL: cweimer@mcasd.net
PHONE NUMBER: (724) 397-5551
22820 Route 403 Hwy N
Marion Center, PA  15759

Marple Newtown Sd
SUPERINTENDENT: Tina Kane
E-MAIL: tkane@mnsd.org
PHONE NUMBER: (610) 359-4256
40 Media Line Rd Ste 204
Newtown Square, PA  19073

Mars Area Sd
SUPERINTENDENT: Mark Gross
E-MAIL: mgross@marsk12.org
PHONE NUMBER: (724) 625-1518
545 Route 228
Mars, PA  16046

Mcguffey Sd
SUPERINTENDENT: Amy Todd
E-MAIL: todda@mcguffey.k12.pa.us
PHONE NUMBER: (724) 948-3731
90 Mcguffey Drive
Claysville, PA  15323

Mckeesport Area Sd
SUPERINTENDENT: Mark Holtzman
E-MAIL: mholtzman@mckasd.net
PHONE NUMBER: (412) 664-3600
3590 O'Neil Boulevard
Mc Keesport, PA  15132

Mckeesport Area Tech Ctr
SUPERINTENDENT: Mark Holtzman
E-MAIL: mholtzman@mckasd.net
PHONE NUMBER: (412) 948-3610

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

1960 Eden Park Boulevard
Mckeesport, PA  15132

Mechanicsburg Area Sd
SUPERINTENDENT: Mark Leidy
E-MAIL: mleidy@mbgsd.org
PHONE NUMBER: (717) 691-4500
100 E Elmwood Ave 2Nd Floor
Mechanicsburg, PA  17055

Mercer Area Sd
SUPERINTENDENT: Ronald Rowe
E-MAIL: rrowe@mercer.k12.pa.us
PHONE NUMBER: (724) 662-5100
545 W Butler St
Mercer, PA  16137

Mercer County Career Center
SUPERINTENDENT: Anthony Miller
E-MAIL: tmiller@mercerccc.org
PHONE NUMBER: (724) 662-3000
776 Greenville Road
Mercer, PA  16137

Methacton Sd
SUPERINTENDENT: David Zerbe
E-MAIL: dzerbe@methacton.org
PHONE NUMBER: (610) 489-5000
1001 Kriebel Mill Rd
Eagleville, PA  19403

Meyersdale Area Sd
SUPERINTENDENT: Tracey Karlie
E-MAIL: trkarlie@masd.net
PHONE NUMBER: (814) 634-1437
309 Industrial Park Road
Meyersdale, PA  15552

Mid Valley Sd
SUPERINTENDENT: Patrick Sheehan
E-MAIL: sheehanp@mvsd.us
PHONE NUMBER: (570) 307-1108
52 Underwood Rd
Throop, PA  18512

Middle Bucks Institute Of Technology
SUPERINTENDENT: Kathryn Strouse
E-MAIL: kstrouse@mbit.org
PHONE NUMBER: (215) 343-2480
2740 Old York Road
Jamison, PA  18929

Middletown Area Sd
SUPERINTENDENT: Lori Suski
E-MAIL: lsuski@raiderweb.org
PHONE NUMBER: (717) 948-3300

55 W Water St
Middletown, PA  17057

Midd-west Sd
SUPERINTENDENT: Richard Musselman
E-MAIL: musselman.richard@mwsd.cc
PHONE NUMBER: (570) 837-0046
568 E Main St
Middleburg, PA  17842

Midland Borough Sd
SUPERINTENDENT: Sean Tanner
E-MAIL: sean.tanner@midlandpa.org
PHONE NUMBER: (724) 643-8650
173 7Th St
Midland, PA  15059

Midwestern Iu 4
SUPERINTENDENT: Wayde Killmeyer
E-MAIL: wayde.killmeyer@miu4.org
PHONE NUMBER: (724) 458-6700
453 Maple St
Grove City, PA  16127

Mifflin County Academy Of Science And
Technology
SUPERINTENDENT: Daniel Potutschnig
E-MAIL: dtp10@mcsdk12.org
PHONE NUMBER: (717) 248-3933
700 Pitt Street
Lewistown, PA  17044

Mifflin County Sd
SUPERINTENDENT: James Estep
E-MAIL: jae13@mcsdk12.org
PHONE NUMBER: (717) 248-0148
201 Eighth St - Highland Park
Lewistown, PA  17044

Mifflinburg Area Sd
SUPERINTENDENT: Daniel Lichtel
E-MAIL: dlichtel@mifflinburg.org
PHONE NUMBER: (570) 966-8200
178 Maple St
Mifflinburg, PA  17844

Mifflin-juniata Ctc
SUPERINTENDENT: Daniel Potutschnig
E-MAIL: dtp10@mcsdk12.org
PHONE NUMBER: (717) 248-3933
700 Pitt Street
Lewistown, PA  17044

Millcreek Township Sd
SUPERINTENDENT: William Hall
E-MAIL: hall@mtsd.org

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (814) 835-5300
3740 W 26Th St
Erie, PA  16506

Millersburg Area Sd
SUPERINTENDENT: Thomas Haupt
E-MAIL: hauptt@mlbgsd.k12.pa.us
PHONE NUMBER: (717) 692-2108
799 Center St
Millersburg, PA  17061

Millville Area Sd
SUPERINTENDENT: Cynthia Jenkins
E-MAIL: jenkinc@millville.k12.pa.us
PHONE NUMBER: (570) 458-5538
330 East Main St
Millville, PA  17846

Milton Area Sd
SUPERINTENDENT: Cathy Keegan
E-MAIL: ckeegan@miltonsd.org
PHONE NUMBER: (570) 742-7614
700 Mahoning St
Milton, PA  17847

Minersville Area Sd
SUPERINTENDENT: Carl Mcbreen
E-MAIL: cmcbreen@battlinminers.com
PHONE NUMBER: (570) 544-1400
Battlin Miner Dr & Low Rd
Minersville, PA  17954

Mohawk Area Sd
SUPERINTENDENT: Michael Leitera
E-MAIL: mleitera@mohawk.k12.pa.us
PHONE NUMBER: (724) 667-7723
385 Mohawk School Road
Bessemer, PA  16112

Mon Valley Ctc
SUPERINTENDENT: Neil Henehan
E-MAIL: nhenehan@monvalleyctc.org
PHONE NUMBER: (724) 489-9581
Five Guttman Avenue
Charleroi, PA  15022

Monessen City Sd
SUPERINTENDENT: Leanne Spazak
E-MAIL: lspazak@monessensd.org
PHONE NUMBER: (724) 684-3600
1275 Rostraver St
Monessen, PA  15062

Moniteau Sd
SUPERINTENDENT: Thomas Samosky
E-MAIL: tsamosky@moniteau.org

PHONE NUMBER: (724) 637-2117
1810 W Sunbury Rd
West Sunbury, PA  16061

Montgomery Area Sd
SUPERINTENDENT: Daphne Bowers
E-MAIL: dbowers@montasd.org
PHONE NUMBER: (570) 547-1608
120 Penn St
Montgomery, PA  17752

Montgomery County Iu 23
SUPERINTENDENT: John George
E-MAIL: jgeorge@mciu.org
PHONE NUMBER: (610) 539-8550
1605 W Main St
Norristown, PA  19403

Montour Sd
SUPERINTENDENT: Christopher Stone
E-MAIL: stonec@montourschools.com
PHONE NUMBER: (412) 490-6500
225 Clever Road
Mc Kees Rocks, PA  15136

Montoursville Area Sd
SUPERINTENDENT: Christina Bason
E-MAIL: cbason@montoursville.k12.pa.us
PHONE NUMBER: (570) 368-2491
50 N Arch St
Montoursville, PA  17754

Montrose Area Sd
SUPERINTENDENT: Christopher Mccomb
E-MAIL: cmccomb@masd.info
PHONE NUMBER: (570) 278-3731
273 Meteor Way
Montrose, PA  18801

Moon Area Sd
SUPERINTENDENT: Maureen Ungarean
E-MAIL: mungarean@moonarea.net
PHONE NUMBER: (412) 264-9440
8353 University Boulevard
Moon Township, PA  15108

Morrisville Borough Sd
SUPERINTENDENT: Jason Harris
E-MAIL: jharris@mv.org
PHONE NUMBER: (215) 736-2681
550 W Palmer St
Morrisville, PA  19067

Moshannon Valley Sd
SUPERINTENDENT: John Zesiger
E-MAIL: jzesiger@movalley.org

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (814) 378-7609
4934 Green Acre Rd
Houtzdale, PA  16651

Mount Carmel Area Sd
SUPERINTENDENT: Pete Cheddar
E-MAIL: cheddarp@mca.k12.pa.us
PHONE NUMBER: (570) 339-1500
600 W 5Th St
Mount Carmel, PA  17851

Mount Pleasant Area Sd
SUPERINTENDENT: Timothy Gabauer
E-MAIL: tgabauer@mpasd.net
PHONE NUMBER: (724) 547-4100
271 State Street
Mount Pleasant, PA  15666

Mount Union Area Sd
SUPERINTENDENT: Amy Smith
E-MAIL: asmith@muasd.org
PHONE NUMBER: (814) 542-8631
603 North Industrial Drive
Mount Union, PA  17066

Mountain View Sd
SUPERINTENDENT: Karen Voigt
E-MAIL: kvoigt@mvsd.net
PHONE NUMBER: (570) 434-2180
11748 State Route 106
Kingsley, PA  18826

Mt Lebanon Sd
SUPERINTENDENT: Timothy Steinhauer
E-MAIL: tsteinhauer@mtlsd.net
PHONE NUMBER: (412) 344-2077
7 Horsman Dr
Pittsburgh, PA  15228

Muhlenberg Sd
SUPERINTENDENT: Joseph Macharola
E-MAIL: macharolaj@muhlsdk12.org
PHONE NUMBER: (610) 921-8000
801 Bellevue Avenue
Laureldale, PA  19605

Muncy Sd
SUPERINTENDENT: Craig Skaluba
E-MAIL: cskaluba@muncysd.org
PHONE NUMBER: (570) 546-3125
206 Sherman St
Muncy, PA  17756

Nazareth Area Sd
SUPERINTENDENT: Dennis Riker
E-MAIL: driker@nazarethasd.org

PHONE NUMBER: (610) 759-1170
One Education Plaza
Nazareth, PA  18064

Neshaminy Sd
SUPERINTENDENT: Rob Mcgee
E-MAIL: rmcgee@neshaminy.org
PHONE NUMBER: (215) 809-6000
2250 Langhorne-yardley Road
Langhorne, PA  19047

Neshannock Township Sd
SUPERINTENDENT: Terence Meehan
E-MAIL: tmeehan@ntsd.org
PHONE NUMBER: (724) 658-4793
3834 Mitchell Rd
New Castle, PA  16105

New Brighton Area Sd
SUPERINTENDENT: Joseph Guarino
E-MAIL: jguarino@nbasd.org
PHONE NUMBER: (724) 843-1795
3225 43Rd St
New Brighton, PA  15066

New Castle Area Sd
SUPERINTENDENT: Debra Deblasio
E-MAIL: ddeblasio@ncasd.com
PHONE NUMBER: (724) 656-4756
420 Fern St
New Castle, PA  16101

New Hope-solebury Sd
SUPERINTENDENT: Charles Lentz
E-MAIL: clentz@nhsd.org
PHONE NUMBER: (215) 862-2552
180 W Bridge St
New Hope, PA  18938

New Kensington-arnold Sd
SUPERINTENDENT: John Pallone
E-MAIL: jepallone@nkasd.com
PHONE NUMBER: (724) 335-4401
701 Stevenson Blvd
New Kensington, PA  15068

Newport Sd
SUPERINTENDENT: Ryan Neuhard
E-MAIL: rneuhard@newportsd.org
PHONE NUMBER: (717) 567-3806
420 Fickes Lane
Newport, PA  17074

Norristown Area Sd
SUPERINTENDENT: Christopher Dormer
E-MAIL: cdormer@nasd.k12.pa.us

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (610) 630-5000
401 N Whitehall Rd
Norristown, PA  19403

North Allegheny Sd
SUPERINTENDENT: Robert Scherrer
E-MAIL: rscherrer@northallegheny.org
PHONE NUMBER: (412) 366-2100
200 Hillvue Lane
Pittsburgh, PA  15237

North Central Secure Trmnt Unt
SUPERINTENDENT: Charles Bomboy
E-MAIL: cbomboy@csiu.org
PHONE NUMBER: (570) 271-4752
13 Kirkbridge Drive
Danville, PA  17821

North Clarion County Sd
SUPERINTENDENT: Steven Young
E-MAIL: syoung@nccsd.org
PHONE NUMBER: (814) 744-8536
10439 Route 36
Tionesta, PA  16353

North East Sd
SUPERINTENDENT: Michele Hartzell
E-MAIL: mhartzell@nesd1.org
PHONE NUMBER: (814) 725-8671
50 E Division St
North East, PA  16428

North Hills Sd
SUPERINTENDENT: Patrick Mannarino
E-MAIL: mannarinop@nhsd.net
PHONE NUMBER: (412) 318-1000
135 6Th Ave
Pittsburgh, PA  15229

North Montco Tech Career Center
SUPERINTENDENT: Gina Pardovich
E-MAIL: gpardovich@nmtcc.org
PHONE NUMBER: (215) 368-1177
1265 Sumneytown Pike
Lansdale, PA  19446

North Penn Sd
SUPERINTENDENT: Curtis Dietrich
E-MAIL: dietricr@npenn.org
PHONE NUMBER: (215) 368-0400
401 E Hancock St
Lansdale, PA  19446

North Pocono Sd
SUPERINTENDENT: Bryan Mcgraw
E-MAIL: bmcgraw@npsd.org

PHONE NUMBER: (570) 842-7659
701 Church St
Moscow, PA  18444

North Schuylkill Sd
SUPERINTENDENT: Robert Ackell
E-MAIL: rackell@northschuylkill.net
PHONE NUMBER: (570) 874-0466
15 Academy Lane
Ashland, PA  17921

North Star Sd
SUPERINTENDENT: Louis Lepley
E-MAIL: llepley@nscougars.com
PHONE NUMBER: (814) 629-5631
1200 Morris Ave
Boswell, PA  15531

Northampton Area Sd
SUPERINTENDENT: Joseph Kovalchik
E-MAIL: kovalchj@nasdschools.org
PHONE NUMBER: (610) 262-7811
2014 Laubach Avenue
Northampton, PA  18067

Northeast Bradford Sd
SUPERINTENDENT: William Clark
E-MAIL: wclark@nebpanthers.com
PHONE NUMBER: (570) 744-2521
526 Panther Lane
Rome, PA  18837

Northeastern Educational Iu 19
SUPERINTENDENT: Bob Mctiernan
E-MAIL: rmctiernan@iu19.org
PHONE NUMBER: (570) 876-9200
1200 Line St
Archbald, PA  18403

Northeastern York Sd
SUPERINTENDENT: Stacey Sidle
E-MAIL: sidles@nebobcats.org
PHONE NUMBER: (717) 266-3667
41 Harding St
Manchester, PA  17345

Northern Cambria Sd
SUPERINTENDENT: Robert Rocco
E-MAIL: superintendent@ncsd.k12.pa.us
PHONE NUMBER: (814) 948-5481
601 Joseph St
Northern Cambria, PA  15714

Northern Lebanon Sd
SUPERINTENDENT: Gary Messinger
E-MAIL: gmessinger@norleb.k12.pa.us

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (717) 865-0541
345 School Dr
Fredericksburg, PA  17026

Northern Lehigh Sd
SUPERINTENDENT: Matthew Link
E-MAIL: mlink@nlsd.org
PHONE NUMBER: (610) 767-9800
1201 Shadow Oaks Ln
Slatington, PA  18080

Northern Potter Sd
SUPERINTENDENT: Nathan Jones
E-MAIL: njones@northernpottersd.org
PHONE NUMBER: (814) 848-7506
745 Northern Potter Road
Ulysses, PA  16948

Northern Tier Career Center
SUPERINTENDENT: Gary Martell
E-MAIL: gmartell@ntccschool.org
PHONE NUMBER: (570) 265-8111
120 Career Center
Towanda, PA  18848

Northern Tioga Sd
SUPERINTENDENT: Diana Barnes
E-MAIL: diana.barnes@ntiogasd.org
PHONE NUMBER: (814) 258-5642
110 Ellison Road
Elkland, PA  16920

Northern Westmoreland Ctc
SUPERINTENDENT: Kurt Kiefer
E-MAIL: kkiefer@northwmctc.org
PHONE NUMBER: (724) 335-9389
705 Stevenson Boulevard
New Kensington, PA  15068

Northern York County Sd
SUPERINTENDENT: Steven Kirkpatrick
E-MAIL: skirkpatrick@northernyork.org
PHONE NUMBER: (717) 432-8691
149 S Baltimore St
Dillsburg, PA  17019

Northgate Sd
SUPERINTENDENT: Caroline Johns
E-MAIL: cjohns@northgatesd.net
PHONE NUMBER: (412) 732-3300
591 Union Ave
Pittsburgh, PA  15202

Northumberland County Ctc
SUPERINTENDENT: James Catino
E-MAIL: jcatino@ncavts.org

PHONE NUMBER: (570) 644-0304
1700-2000 W Montgomery St
Coal Township, PA  17866

Northwest Area Sd
SUPERINTENDENT: Joseph Long
E-MAIL: joseph.long@nasdedu.com
PHONE NUMBER: (570) 542-4126
243 Thorne Hill Rd
Shickshinny, PA  18655

Northwest Tri-county Iu 5
SUPERINTENDENT: Dean Maynard
E-MAIL: dean_maynard@iu5.org
PHONE NUMBER: (814) 734-5610
252 Waterford St
Edinboro, PA  16412

Northwestern  Sd
SUPERINTENDENT: John Hansen
E-MAIL: jhansen@nwsd.org
PHONE NUMBER: (814) 756-9400
100 Harthan Way
Albion, PA  16401

Northwestern Lehigh Sd
SUPERINTENDENT: Jennifer Holman
E-MAIL: holmanj@nwlehighsd.org
PHONE NUMBER: (610) 298-8661
6493 Route 309
New Tripoli, PA  18066

Norwin Sd
SUPERINTENDENT: Jeffrey Taylor
E-MAIL: jtaylor@norwinsd.org
PHONE NUMBER: (724) 861-3000
281 Mcmahon Dr
North Huntingdon, PA  15642

Octorara Area Sd
SUPERINTENDENT: Michele Orner
E-MAIL: morner@octorara.org
PHONE NUMBER: (610) 593-8238
228 Highland Rd Suite 1
Atglen, PA  19310

Oil City Area Sd
SUPERINTENDENT: Lynda Weller
E-MAIL: lweller@mail.ocasd.org
PHONE NUMBER: (814) 676-1867
825 Grandview Road
Oil City, PA  16301

Old Forge Sd
SUPERINTENDENT: Erin Keating
E-MAIL: erin.keating@ofsd.cc

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (570) 457-6721
300 Marion St
Old Forge, PA  18518

Oley Valley Sd
SUPERINTENDENT: Tracy Shank
E-MAIL: tshank@ovsdpa.org
PHONE NUMBER: (610) 987-4100
17 Jefferson St
Oley, PA  19547

Oswayo Valley Sd
SUPERINTENDENT: Jed Hamberger
E-MAIL: jhamberger@oswayo.com
PHONE NUMBER: (814) 260-1700
277 Oswayo St
Shinglehouse, PA  16748

Otto-eldred Sd
SUPERINTENDENT: Matt Splain
E-MAIL: mattsplain@ottoeldred.org
PHONE NUMBER: (814) 817-1380
143 R L Sweitzer Dr
Duke Center, PA  16729

Owen J Roberts Sd
SUPERINTENDENT: Susan Lloyd
E-MAIL: slloyd@ojrsd.com
PHONE NUMBER: (610) 469-5100
901 Ridge Rd
Pottstown, PA  19465

Oxford Area Sd
SUPERINTENDENT: David Woods
E-MAIL: dwoods@oxfordasd.org
PHONE NUMBER: (610) 932-6600
125 Bell Tower Lane
Oxford, PA  19363

Palisades Sd
SUPERINTENDENT: Bridget OConnell
E-MAIL: boconnell@palisadessd.org
PHONE NUMBER: (610) 847-5131
39 Thomas Free Dr
Kintnersville, PA  18930

Palmerton Area Sd
SUPERINTENDENT: Alan Lonoconus
E-MAIL: alonoconus@palmerton.org
PHONE NUMBER: (610) 826-7101
680 Fourth Street
Palmerton, PA  18071

Palmyra Area Sd
SUPERINTENDENT: Bernie Kepler
E-MAIL: bernie_kepler@pasd.us

PHONE NUMBER: (717) 838-3144
1125 Park Dr
Palmyra, PA  17078

Panther Valley Sd
SUPERINTENDENT: David Mcandrew
E-MAIL: dmcandrewjr@panthervalley.org
PHONE NUMBER: (570) 645-4248
1 Panther Way
Lansford, PA  18232

Parkland Sd
SUPERINTENDENT: Richard Sniscak
E-MAIL: sniscakr@parklandsd.org
PHONE NUMBER: (610) 351-5503
1210 Springhouse Rd
Allentown, PA  18104

Parkway West Ctc
SUPERINTENDENT: Darby Copeland
E-MAIL: copeland@parkwaywest.org
PHONE NUMBER: (412) 923-1772
7101 Steubenville Pike
Oakdale, PA  15071

Pen Argyl Area Sd
SUPERINTENDENT: Walter Schlegel
E-MAIL: schlegel.wally@penargylsd.org
PHONE NUMBER: (610) 863-3191
1620 Teels Rd
Pen Argyl, PA  18072

Penn Cambria Sd
SUPERINTENDENT: William Marshall
E-MAIL: marshaww@pcam.org
PHONE NUMBER: (814) 886-8121
201 6Th St
Cresson, PA  16630

Penn Hills Sd
SUPERINTENDENT: Nancy Hines
E-MAIL: nhines@phsd.k12.pa.us
PHONE NUMBER: (412) 793-7000
260 Aster St
Pittsburgh, PA  15235

Penn Manor Sd
SUPERINTENDENT: Michael Leichliter
E-MAIL: mike.leichliter@pennmanor.net
PHONE NUMBER: (717) 872-9500
2950 Charlestown Rd
Lancaster, PA  17603

Penncrest Sd
SUPERINTENDENT: Timothy Glasspool
E-MAIL: tglasspool@penncrest.org

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (814) 763-2323
18741 State Hwy 198
Saegertown, PA  16433

Penn-delco Sd
SUPERINTENDENT: George Steinhoff
E-MAIL: gsteinhoff@pdsd.org
PHONE NUMBER: (610) 497-6300
2821 Concord Rd
Aston, PA  19014

Pennridge Sd
SUPERINTENDENT: David Bolton
E-MAIL: dbolton@pennridge.org
PHONE NUMBER: (215) 257-5011
1200 N 5Th St
Perkasie, PA  18944

Penns Manor Area Sd
SUPERINTENDENT: Daren Johnston
E-MAIL: johnstda@pennsmanor.org
PHONE NUMBER: (724) 254-2666
6003 Route 553 Hwy
Clymer, PA  15728

Penns Valley Area Sd
SUPERINTENDENT: Brian Griffith
E-MAIL: bgriffith@pennsvalley.org
PHONE NUMBER: (814) 422-2000
4528 Penns Valley Road
Spring Mills, PA  16875

Pennsbury Sd
SUPERINTENDENT: William Gretzula
E-MAIL: wgretzula@pennsburysd.org
PHONE NUMBER: (215) 428-4100
134 Yardley Ave
Fallsington, PA  19058

Penn-trafford Sd
SUPERINTENDENT: Matthew Harris
E-MAIL: harrism@penntrafford.org
PHONE NUMBER: (724) 744-4496
1006 Harrison City-Export Rd
Harrison City, PA  15636

Pequea Valley Sd
SUPERINTENDENT: Erik Orndorff
E-MAIL: erik_orndorff@pequeavalley.org
PHONE NUMBER: (717) 768-5530
166 S New Holland Rd
Kinzers, PA  17535

Perkiomen Valley Sd
SUPERINTENDENT: Barbara Russell
E-MAIL: brussell@pvsd.org

PHONE NUMBER: (610) 489-8506
3 Iron Bridge Dr
Collegeville, PA  19426

Peters Township Sd
SUPERINTENDENT: Jeannine French
E-MAIL: frenchj@pt-sd.org
PHONE NUMBER: (724) 941-6251
631 E Mcmurray Rd
Mcmurray, PA  15317

Philadelphia Avts
SUPERINTENDENT: William Hite
E-MAIL: hite@philasd.org
PHONE NUMBER: (215) 400-4000
440 North Broad Street
Philadelphia, PA  19130

Philadelphia City Sd
SUPERINTENDENT: William Hite
E-MAIL: hite@philasd.org
PHONE NUMBER: (215) 400-4000
440 North Broad Street
Philadelphia, PA  19130

Philadelphia Iu 26
SUPERINTENDENT: William Hite
E-MAIL: hite@philasd.org
PHONE NUMBER: (215) 400-4100
440 North Broad Street
Philadelphia, PA  19130

Philipsburg-osceola Area Sd
SUPERINTENDENT: Gregg Paladina
E-MAIL: gpaladina@pomounties.org
PHONE NUMBER: (814) 342-1050
200 Short St
Philipsburg, PA  16866

Phoenixville Area Sd
SUPERINTENDENT: Alan Fegley
E-MAIL: fegleya@pasd.com
PHONE NUMBER: (484) 927-5000
386 City Line Ave
Phoenixville, PA  19460

Pine Grove Area Sd
SUPERINTENDENT: Heath Renninger
E-MAIL: hrenninger@pgasd.com
PHONE NUMBER: (570) 345-2731
103 School St
Pine Grove, PA  17963

Pine-richland Sd
SUPERINTENDENT: Brian Miller
E-MAIL: brmiller@pinerichland.org

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (724) 625-7773
702 Warrendale Rd
Gibsonia, PA  15044

Pittsburgh Sd
SUPERINTENDENT: Anthony Hamlet
E-MAIL: ahamlet1@pghboe.net
PHONE NUMBER: (412) 622-3500
341 S Bellefield Ave
Pittsburgh, PA  15213

Pittsburgh-mt Oliver Iu 2
SUPERINTENDENT: Anthony Hamlet
E-MAIL: ahamlet1@pghboe.net
PHONE NUMBER: (412) 224-4580
3816 South Water St Bldg Five
Pittsburgh, PA  15203

Pittston Area Sd
SUPERINTENDENT: Kevin Booth
E-MAIL: kevin.booth@pittstonarea.com
PHONE NUMBER: (570) 655-2415
5 Stout St
Pittston, PA  18640

Pleasant Valley Sd
SUPERINTENDENT: Lee  Lesisko
E-MAIL: lesisko.lee@pvbears.org
PHONE NUMBER: (570) 402-1000
2233 Route 115
Brodheadsville, PA  18322

Plum Borough Sd
SUPERINTENDENT: Brendan Hyland
E-MAIL: hylandb@pbsd.net
PHONE NUMBER: (412) 795-0100
900 Elicker Road
Plum, PA  15239

Pocono Mountain Sd
SUPERINTENDENT: Elizabeth Robison
E-MAIL: erobison@pmsd.org
PHONE NUMBER: (570) 839-7121
135 Pocono Mt Sch Rd
Swiftwater, PA  18370

Port Allegany Sd
SUPERINTENDENT: Gary Buchsen
E-MAIL: gbuchsen@pasdedu.org
PHONE NUMBER: (814) 642-2596
20 Oak St
Port Allegany, PA  16743

Portage Area Sd
SUPERINTENDENT: Eric Zelanko
E-MAIL: supt@portageareasd.org

PHONE NUMBER: (814) 736-9636
84 Mountain Ave
Portage, PA  15946

Pottsgrove Sd
SUPERINTENDENT: William Shirk
E-MAIL: wshirk@pgsd.org
PHONE NUMBER: (610) 327-2277
1301 Kauffman Rd
Pottstown, PA  19464

Pottstown Sd
SUPERINTENDENT: Stephen Rodriguez
E-MAIL: srodriguez@pottstownk12.org
PHONE NUMBER: (610) 323-8200
230 Beech St
Pottstown, PA  19464

Pottsville Area Sd
SUPERINTENDENT: Jared Gerace
E-MAIL: jgerace@pottsville.k12.pa.us
PHONE NUMBER: (570) 621-2900
1501 W Laurel Blvd
Pottsville, PA  17901

Punxsutawney Area Sd
SUPERINTENDENT: Thomas Lesniewski
E-MAIL: tlesniewski@punxsy.k12.pa.us
PHONE NUMBER: (814) 938-5151
475 Beyer Ave
Punxsutawney, PA  15767

Purchase Line Sd
SUPERINTENDENT: Shawn Ford
E-MAIL: fords@plsd.k12.pa.us
PHONE NUMBER: (724) 254-4312
16559 Route 286 Highway E
Commodore, PA  15729

Quaker Valley Sd
SUPERINTENDENT: Tammy Andreyko
E-MAIL: andreykot@qvsd.org
PHONE NUMBER: (412) 749-3600
100 Leetsdale Industrial Drive
Leetsdale, PA  15056

Quakertown Community Sd
SUPERINTENDENT: William Harner
E-MAIL: wharner@qcsd.org
PHONE NUMBER: (215) 529-2000
100 Commerce Drive
Quakertown, PA  18951

Radnor Township Sd
SUPERINTENDENT: Kenneth Batchelor
E-MAIL: kenneth.batchelor@rtsd.org

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (610) 688-8100
135 S Wayne Ave
Wayne, PA  19087

Reading Muhlenberg Ctc
SUPERINTENDENT: Eric Kahler
E-MAIL: ekahler@rmctc.org
PHONE NUMBER: (610) 921-7300
2615 Warren Road
Reading, PA  19604

Reading Sd
SUPERINTENDENT: Khalid Mumin
E-MAIL: mumink@readingsd.org
PHONE NUMBER: (484) 258-7000
800 Washington St
Reading, PA  19601

Red Lion Area Sd
SUPERINTENDENT: Scott Deisley
E-MAIL: deisleys@rlasd.net
PHONE NUMBER: (717) 244-4518
Red Lion Area Education Center
Red Lion, PA  17356

Redbank Valley Sd
SUPERINTENDENT: John Mastillo
E-MAIL: jmastillo@redbankvalley.net
PHONE NUMBER: (814) 275-2426
920 E Broad St
New Bethlehem, PA  16242

Reynolds Sd
SUPERINTENDENT: John Sibeto
E-MAIL: jsibeto@reynolds.k12.pa.us
PHONE NUMBER: (724) 646-5500
531 Reynolds Rd
Greenville, PA  16125

Richland Sd
SUPERINTENDENT: Arnie Nadonley
E-MAIL: anadonley@richlandsd.com
PHONE NUMBER: (814) 266-6063
319 Schoolhouse Road
Johnstown, PA  15904

Ridgway Area Sd
SUPERINTENDENT: Heather Vargas
E-MAIL: mcmahonheather@ridgwayedu.com
PHONE NUMBER: (814) 773-3146
62 School Dr
Ridgway, PA  15853

Ridley Sd
SUPERINTENDENT: Lee Wentzel
E-MAIL: lwentzel@ridleysd.org

PHONE NUMBER: (610) 534-1900
901 Morton Ave Suite 100
Folsom, PA  19033

Ringgold Sd
SUPERINTENDENT: Randall Skrinjorich
E-MAIL: rskrinjorich@ringgold.org
PHONE NUMBER: (724) 258-9329
400 Main St
New Eagle, PA  15067

Riverside Beaver County Sd
SUPERINTENDENT: Bret Trotta
E-MAIL: btrotta@riverside.k12.pa.us
PHONE NUMBER: (724) 758-7512
318 Country Club Dr
Ellwood City, PA  16117

Riverside Sd
SUPERINTENDENT: Paul Brennan
E-MAIL: pbrennan@riversidesd.com
PHONE NUMBER: (570) 562-2121
300 Davis St
Taylor, PA  18517

Riverview Iu 6
SUPERINTENDENT: Michael Stahlman
E-MAIL: mstahlman@riu6.org
PHONE NUMBER: (814) 226-7103
270 Mayfield Road
Clarion, PA  16214

Riverview Sd
SUPERINTENDENT: Margaret Dininno
E-MAIL: mdininno@rsd.k12.pa.us
PHONE NUMBER: (412) 828-1800
701 10Th St
Oakmont, PA  15139

Rochester Area Sd
SUPERINTENDENT: Jane Bovalino
E-MAIL: bovalinoj@rasd.org
PHONE NUMBER: (724) 775-7500
540 Reno St
Rochester, PA  15074

Rockwood Area Sd
SUPERINTENDENT: Mark Bower
E-MAIL: mbower@rockwoodschools.org
PHONE NUMBER: (814) 926-4688
439 Somerset Ave
Rockwood, PA  15557

Rose Tree Media Sd
SUPERINTENDENT: Eleanor Linnen
E-MAIL: edimarino@rtmsd.org

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (610) 627-6000
308 N Olive St
Media, PA  19063

Saint Clair Area Sd
SUPERINTENDENT: Thomas Mclaughlin
E-MAIL: mclaughlin@saintclairsd.org
PHONE NUMBER: (570) 429-2716
227 S Mill St
Saint Clair, PA  17970

Saint Marys Area Sd
SUPERINTENDENT: Brian Toth
E-MAIL: btoth@smasd.org
PHONE NUMBER: (814) 834-7831
977 S Saint Marys Rd
Saint Marys, PA  15857

Salisbury Township Sd
SUPERINTENDENT: Randy Ziegenfuss
E-MAIL: rziegenfuss@stsd.org
PHONE NUMBER: (610) 797-2062
1140 Salisbury Rd
Allentown, PA  18103

Salisbury-elk Lick Sd
SUPERINTENDENT: Joseph Renzi
E-MAIL: renzij@selsd.com
PHONE NUMBER: (814) 662-2741
196 Smith Ave
Salisbury, PA  15558

Saucon Valley Sd
SUPERINTENDENT: Craig Butler
E-MAIL: craig.butler@svpanthers.org
PHONE NUMBER: (610) 838-7001
2097 Polk Valley Rd
Hellertown, PA  18055

Sayre Area Sd
SUPERINTENDENT: Jill Daloisio
E-MAIL: jdaloisio@sayresd.org
PHONE NUMBER: (570) 888-6121
333 West Lockhart Street
Sayre, PA  18840

Schuylkill Haven Area Sd
SUPERINTENDENT: Shawn Fitzpatrick
E-MAIL: fitzpatricks@shasd.org
PHONE NUMBER: (570) 385-6705
501 East Main Street
Schuylkill Haven, PA  17972

Schuylkill Iu 29
SUPERINTENDENT: Gregory Koons
E-MAIL: gkoons@iu29.org

PHONE NUMBER: (570) 544-9131
17 Maple Avenue
Mar Lin, PA  17951

Schuylkill Technology Centers
SUPERINTENDENT: Gregory Koons
E-MAIL: gkoons@iu29.org
PHONE NUMBER: (570) 544-4748
17 Maple Avenue
Mar Lin, PA  17951

Schuylkill Valley Sd
SUPERINTENDENT: Michael Mitchell
E-MAIL: mmitchell@schuylkillvalley.org
PHONE NUMBER: (610) 916-0957
929 Lakeshore Drive
Leesport, PA  19533

Scranton Sd
SUPERINTENDENT: Missy Mctiernan
E-MAIL: missy.mctiernan@ssdedu.org
PHONE NUMBER: (570) 348-3474
425 N Washington Ave
Scranton, PA  18503

Selinsgrove Area Sd
SUPERINTENDENT: Frank Jankowski
E-MAIL: fjankowski@seal-pa.org
PHONE NUMBER: (570) 372-2201
401 North 18Th St
Selinsgrove, PA  17870

Seneca Highlands Career And Technical Center
SUPERINTENDENT: James Young
E-MAIL: jyoung@iu9.org
PHONE NUMBER: (814) 642-2573
219 Edison Bates Drive
Port Allegany, PA  16743

Seneca Highlands Iu 9
SUPERINTENDENT: Don Wismar
E-MAIL: dwismar@iu9.org
PHONE NUMBER: (814) 887-5512
119 Mechanic St
Smethport, PA  16749

Seneca Valley Sd
SUPERINTENDENT: Tracy Vitale
E-MAIL: vitaletl@svsd.net
PHONE NUMBER: (724) 452-6040
124 Seneca School Rd
Harmony, PA  16037

Shade-central City Sd
SUPERINTENDENT: John Krupper
E-MAIL: jkrupper@shade.k12.pa.us

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (814) 754-4648
203 Mcgregor Avenue
Cairnbrook, PA  15924

Shaler Area Sd
SUPERINTENDENT: Sean Aiken
E-MAIL: aikens@sasd.k12.pa.us
PHONE NUMBER: (412) 492-1200
1800 Mount Royal Blvd
Glenshaw, PA  15116

Shamokin Area Sd
SUPERINTENDENT: Chris Venna
E-MAIL: cvenna@indians.k12.pa.us
PHONE NUMBER: (570) 648-5752
2000 W State St
Coal Township, PA  17866

Shanksville-stonycreek Sd
SUPERINTENDENT: Samuel Romesberg
E-MAIL: sromesberg@sssd.com
PHONE NUMBER: (814) 267-4649
1325 Corner Stone Road
Shanksville, PA  15560

Sharon City Sd
SUPERINTENDENT: Michael Calla
E-MAIL: michael_calla@sharon.k12.pa.us
PHONE NUMBER: (724) 981-6390
215 Forker Blvd
Sharon, PA  16146

Sharpsville Area Sd
SUPERINTENDENT: John Vannoy
E-MAIL: jvannoy@sasdpride.org
PHONE NUMBER: (724) 962-8300
701 Pierce Avenue
Sharpsville, PA  16150

Shenandoah Valley Sd
SUPERINTENDENT: Brian Waite
E-MAIL: waitb@svbluedevils.org
PHONE NUMBER: (570) 462-1936
805 West Centre Street
Shenandoah, PA  17976

Shenango Area Sd
SUPERINTENDENT: Michael Schreck
E-MAIL: mschreck@shenango.k12.pa.us
PHONE NUMBER: (724) 658-7287
2501 Old Pittsburgh Rd
New Castle, PA  16101

Shikellamy Sd
SUPERINTENDENT: Jason Bendle
E-MAIL: bendlej@shikbraves.org

PHONE NUMBER: (570) 286-3721
200 Island Blvd
Sunbury, PA  17801

Shippensburg Area Sd
SUPERINTENDENT: Chris Suppo
E-MAIL: chris.suppo@ship.k12.pa.us
PHONE NUMBER: (717) 530-2700
317 N Morris St
Shippensburg, PA  17257

Slippery Rock Area Sd
SUPERINTENDENT: Alfonso Angelucci
E-MAIL: a_angelucci@slipperyrock.k12.pa.us
PHONE NUMBER: (724) 794-2960
201 Kiester Rd
Slippery Rock, PA  16057

Smethport Area Sd
SUPERINTENDENT: David London
E-MAIL: dlondon@smethportschools.com
PHONE NUMBER: (814) 887-5543
414 S Mechanic St
Smethport, PA  16749

Solanco Sd
SUPERINTENDENT: Brian Bliss
E-MAIL: brian_bliss@solanco.k12.pa.us
PHONE NUMBER: (717) 786-8401
121 S Hess St
Quarryville, PA  17566

Somerset Area Sd
SUPERINTENDENT: Krista Mathias
E-MAIL: kmathi@sasd.us
PHONE NUMBER: (814) 443-2831
645 S Columbia Ave Ste 110
Somerset, PA  15501

Somerset County Technology Center
SUPERINTENDENT: Karen Remick
E-MAIL: kremick@sctc.net
PHONE NUMBER: (814) 443-3651
281 Technology Drive
Somerset, PA  15501

Souderton Area Sd
SUPERINTENDENT: Franck Gallagher
E-MAIL: fgallagher@soudertonsd.org
PHONE NUMBER: (215) 723-6061
760 Lower Road
Souderton, PA  18964

South Allegheny Sd
SUPERINTENDENT: Alisa King
E-MAIL: AKing@southallegheny.org

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (412) 675-3070
2743 Washington Blvd
Mc Keesport, PA  15133

South Butler County Sd
SUPERINTENDENT: David Foley
E-MAIL: foleyd@southbutler.net
PHONE NUMBER: (724) 352-1700
328 Knoch Rd
Saxonburg, PA  16056

South Eastern Sd
SUPERINTENDENT: Nathan Van Deusen
E-MAIL: vandeusenn@sesd.k12.pa.us
PHONE NUMBER: (717) 382-4843
377 Main St
Fawn Grove, PA  17321

South Fayette Township Sd
SUPERINTENDENT: Kenneth Lockette
E-MAIL: kflockette@southfayette.org
PHONE NUMBER: (412) 221-4542
3680 Old Oakdale Rd
Mcdonald, PA  15057

South Middleton Sd
SUPERINTENDENT: Matthew Strine
E-MAIL: mgs@smsd.us
PHONE NUMBER: (717) 258-6484
4 Forge Rd
Boiling Springs, PA  17007

South Mountain Secure Trmnt Un
SUPERINTENDENT: Timothy Miller
E-MAIL: tmiller@tiu11.org
PHONE NUMBER: (717) 749-4511
10056 S Mountain Rd
South Mountain, PA  17261

South Park Sd
SUPERINTENDENT: Wayne Gdovic
E-MAIL: wayne.gdovic@sparksd.org
PHONE NUMBER: (412) 655-3111
2005 Eagle Ridge Rd
South Park, PA  15129

South Side Area Sd
SUPERINTENDENT: Tammy Adams
E-MAIL: tha@sssd.k12.pa.us
PHONE NUMBER: (724) 573-9581
4949 State Route 151
Hookstown, PA  15050

South Western Sd
SUPERINTENDENT: Jay Burkhart
E-MAIL: jay_burkhart@southwesternsd.org

PHONE NUMBER: (717) 632-2500
225 Bowman Rd
Hanover, PA  17331

South Williamsport Area Sd
SUPERINTENDENT: Mark Stamm
E-MAIL: mstamm@swasd.org
PHONE NUMBER: (570) 327-1581
515 W Central Ave
South Williamsport, PA  17702

Southeast Delco Sd
SUPERINTENDENT: Stephen Butz
E-MAIL: sbutz@sedelco.org
PHONE NUMBER: (610) 522-4300
1560 Delmar Drive
Folcroft, PA  19032

Southeastern Greene Sd
SUPERINTENDENT: Rich Pekar
E-MAIL: pekar.rich@segsd.org
PHONE NUMBER: (724) 943-3401
1000 Mapletown Rd
Greensboro, PA  15338

Southern Columbia Area Sd
SUPERINTENDENT: Paul Caputo
E-MAIL: pcaputo@scasd.us
PHONE NUMBER: (570) 356-2331
800 Southern Drive
Catawissa, PA  17820

Southern Fulton Sd
SUPERINTENDENT: Tara Will
E-MAIL: twill@sfsd.k12.pa.us
PHONE NUMBER: (717) 294-2203
3072 Great Cove Rd
Warfordsburg, PA  17267

Southern Huntingdon County Sd
SUPERINTENDENT: Dwayne Northcraft
E-MAIL: dnorthcraft@shcsd.org
PHONE NUMBER: (814) 447-5529
10339 Pogue Road
Three Springs, PA  17264

Southern Lehigh Sd
SUPERINTENDENT: Kathleen Evison
E-MAIL: evisonk@slsd.org
PHONE NUMBER: (610) 282-3121
5775 Main St
Center Valley, PA  18034

Southern Tioga Sd
SUPERINTENDENT: Sam Rotella
E-MAIL: srotella@southerntioga.org

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (570) 638-2183
241 Main St
Blossburg, PA  16912

Southern York County Sd
SUPERINTENDENT: Sandra Lemmon
E-MAIL: sandra.lemmon@sycsd.org
PHONE NUMBER: (717) 235-4811
3280 Fissels Church Rd
Glen Rock, PA  17327

Southmoreland Sd
SUPERINTENDENT: Vincent Mascia
E-MAIL: masciav@southmoreland.net
PHONE NUMBER: (724) 887-2005
200 Scottie Way
Scottdale, PA  15683

Spring Cove Sd
SUPERINTENDENT: Betsy Baker
E-MAIL: bbaker@springcovesd.org
PHONE NUMBER: (814) 224-5124
1100 E Main Street
Roaring Spring, PA  16673

Spring Grove Area Sd
SUPERINTENDENT: George Ioannidis
E-MAIL: ioannidg@sgasd.org
PHONE NUMBER: (717) 225-4731
100 E College Ave
Spring Grove, PA  17362

Springfield Sd
SUPERINTENDENT: Anthony Barber
E-MAIL: anthony.barber@ssdcougars.org
PHONE NUMBER: (610) 938-6000
111 W Leamy Ave
Springfield, PA  19064

Springfield Township Sd
SUPERINTENDENT: Nancy Hacker
E-MAIL: nancy_hacker@sdst.org
PHONE NUMBER: (215) 233-6000
1901 E Paper Mill Rd
Oreland, PA  19075

Spring-ford Area Sd
SUPERINTENDENT: David Goodin
E-MAIL: dgood@spring-ford.net
PHONE NUMBER: (610) 705-6000
857 South Lewis Road
Royersford, PA  19468

State College Area Sd
SUPERINTENDENT: Robert Odonnell
E-MAIL: rjo11@scasd.org

PHONE NUMBER: (814) 231-1011
131 W Nittany Ave
State College, PA  16801

Steel Center Avts
SUPERINTENDENT: Kevin Rice
E-MAIL: krice@steelcentertech.com
PHONE NUMBER: (412) 469-3200
565 Lewis Run Road
Jefferson Hills, PA  15025

Steel Valley Sd
SUPERINTENDENT: Edward Wehrer
E-MAIL: ewehrer@steelvalleysd.org
PHONE NUMBER: (412) 464-3600
220 E Oliver Rd
Munhall, PA  15120

Steelton-highspire Sd
SUPERINTENDENT: Travis Waters
E-MAIL: twaters@shsd.k12.pa.us
PHONE NUMBER: (717) 704-3800
250 Reynders St
Steelton, PA  17113

Sto-rox Sd
SUPERINTENDENT: Frank Dalmas
E-MAIL: fdalmas@srsd.k12.pa.us
PHONE NUMBER: (412) 771-3213
600 Russellwood Ave
Mckees Rocks, PA  15136

Stroudsburg Area Sd
SUPERINTENDENT: Cosmas Curry
E-MAIL: ccurry@sburg.org
PHONE NUMBER: (570) 421-1990
123 Linden St
Stroudsburg, PA  18360

Sullivan County Sd
SUPERINTENDENT: Patricia Cross
E-MAIL: crospatr@sulcosd.k12.pa.us
PHONE NUMBER: (570) 946-8200
777 South Street
Laporte, PA  18626

Sun Area Technical Institute
SUPERINTENDENT: Jennifer Hain
E-MAIL: jhain@sun-tech.org
PHONE NUMBER: (570) 966-1031
815 E Market St
New Berlin, PA  17855

Susquehanna Community Sd
SUPERINTENDENT: Peter Supko
E-MAIL: psupko@scschools.org

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (570) 853-4921
3192 Turnpike St.
Susquehanna, PA  18847

Susquehanna County Ctc
SUPERINTENDENT: Alice Davis
E-MAIL: alice.davis@scctc-school.org
PHONE NUMBER: (570) 278-9229
2374 Elk Lake School Road
Dimock, PA  18844

Susquehanna Township Sd
SUPERINTENDENT: Tamara Willis
E-MAIL: twillis@hannasd.org
PHONE NUMBER: (717) 657-5100
2579 Interstate Drive
Harrisburg, PA  17110

Susquenita Sd
SUPERINTENDENT: Kent Smith
E-MAIL: ksmith@susq.k12.pa.us
PHONE NUMBER: (717) 957-6000
1725 Schoolhouse Rd
Duncannon, PA  17020

Tamaqua Area Sd
SUPERINTENDENT: Raymond Kinder
E-MAIL: rkinder@tamaqua.k12.pa.us
PHONE NUMBER: (570) 668-2570
138 West Broad St
Tamaqua, PA  18252

Titusville Area Sd
SUPERINTENDENT: Stephanie Keebler
E-MAIL: skeebler@gorockets.org
PHONE NUMBER: (814) 827-2715
Scheide House
Titusville, PA  16354

Towanda Area Sd
SUPERINTENDENT: Dennis Peachey
E-MAIL: dpeachey@tsd.k12.pa.us
PHONE NUMBER: (570) 265-2101
410 State St
Towanda, PA  18848

Tredyffrin-easttown Sd
SUPERINTENDENT: Richard Gusick
E-MAIL: gusickr@tesd.net
PHONE NUMBER: (610) 240-1900
940  West Valley Business Center
Wayne, PA  19087

Trinity Area Sd
SUPERINTENDENT: Michael Lucas
E-MAIL: lucasm@trinitypride.org

PHONE NUMBER: (724) 223-2000
231 Park Ave
Washington, PA  15301

Tri-valley Sd
SUPERINTENDENT: Mark Snyder
E-MAIL: mds@tri-valley.k12.pa.us
PHONE NUMBER: (570) 682-9013
110 W Main St
Valley View, PA  17983

Troy Area Sd
SUPERINTENDENT: Eric Stair
E-MAIL: superintendent@troyareasd.org
PHONE NUMBER: (570) 297-2750
68 Fenner Ave
Troy, PA  16947

Tulpehocken Area Sd
SUPERINTENDENT: Andrew Netznik
E-MAIL: anetznik@tulpehocken.org
PHONE NUMBER: (717) 933-4611
27 Rehrersburg Road
Bethel, PA  19507

Tunkhannock Area Sd
SUPERINTENDENT: Heather Mcpherson
E-MAIL: heather.mcpherson@tasd.net
PHONE NUMBER: (570) 836-3111
41 Philadelphia Ave
Tunkhannock, PA  18657

Turkeyfoot Valley Area Sd
SUPERINTENDENT: Jeffrey Malaspino
E-MAIL: malaspino@turkeyfoot.k12.pa.us
PHONE NUMBER: (814) 395-3621
172 Turkeyfoot Rd
Confluence, PA  15424

Tuscarora Iu 11
SUPERINTENDENT: Shawn      Kovac
E-MAIL: skovac@tiu11.org
PHONE NUMBER: (717) 542-2501
2527 Us Highway 522 South
Mc Veytown, PA  17051

Tuscarora Sd
SUPERINTENDENT: Rodney Benedick
E-MAIL: rodney.benedick@tus.k12.pa.us
PHONE NUMBER: (717) 328-3127
100 W Seminary St
Mercersburg, PA  17236

Tussey Mountain Sd
SUPERINTENDENT: Jerry Shoemake
E-MAIL: jshoemake@tmsd.net

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (814) 635-3670
199 Front Street
Saxton, PA  16678

Twin Valley Sd
SUPERINTENDENT: Robert Pleis
E-MAIL: rpleis@tvsd.org
PHONE NUMBER: (610) 286-8600
4851 N. Twin Valley Road
Elverson, PA  19520

Tyrone Area Sd
SUPERINTENDENT: Leslie Estep
E-MAIL: laestep@tyrone.k12.pa.us
PHONE NUMBER: (814) 684-0710
701 Clay Avenue
Tyrone, PA 16686

Union Area Sd
SUPERINTENDENT: Michael Ross
E-MAIL: m_ross@union.k12.pa.us
PHONE NUMBER: (724) 658-4501
2106 Camden Avenue
New Castle, PA 16101

Union City Area Sd
SUPERINTENDENT: Matthew Bennett
E-MAIL: mbennett@ucasd.org
PHONE NUMBER: (814) 438-3804
107 Concord St
Union City, PA 16438

Union Sd
SUPERINTENDENT: John Kimmel
E-MAIL: kimmeljt@unionsd.net
PHONE NUMBER: (814) 473-6311
354 Baker Street Ste 2
Rimersburg, PA 16248

Uniontown Area Sd
SUPERINTENDENT: Charles Machesky
E-MAIL: charles.machesky@uasdraiders.org
PHONE NUMBER: (724) 438-4501
205 Wilson Avenue
Uniontown, PA 15401

Unionville-chadds Ford Sd
SUPERINTENDENT: John Sanville
E-MAIL: jsanville@ucfsd.net
PHONE NUMBER: (610) 347-0970
740 Unionville Road
Kennett Square, PA 19348

United Sd
SUPERINTENDENT: Barbara Parkins
E-MAIL: bparkins@unitedsd.net

PHONE NUMBER: (814) 446-5615
10780 Route 56 East
Armagh, PA  15920

Upper Adams Sd
SUPERINTENDENT: Wesley Doll
E-MAIL: w.doll@upperadams.org
PHONE NUMBER: (717) 677-7191
161 N Main St
Biglerville, PA  17307

Upper Bucks County Technical School
SUPERINTENDENT: Jeff Sweda
E-MAIL: jsweda@ubtech.org
PHONE NUMBER: (215) 795-2911
3115 Ridge Road
Perkasie, PA  18944

Upper Darby Sd
SUPERINTENDENT: Daniel Mcgarry
E-MAIL: dmcgarry@upperdarbysd.org
PHONE NUMBER: (610) 789-7200
4611 Bond Ave
Drexel Hill, PA  19026

Upper Dauphin Area Sd
SUPERINTENDENT: Jared Shade
E-MAIL: shadej@udasd.org
PHONE NUMBER: (717) 362-8134
5668 State Route 209
Lykens, PA  17048

Upper Dublin Sd
SUPERINTENDENT: Steven Yanni
E-MAIL: syanni@udsd.org
PHONE NUMBER: (215) 643-8800
1580 Fort Washington Ave
Maple Glen, PA  19002

Upper Merion Area Sd
SUPERINTENDENT: John Toleno
E-MAIL: jtoleno@umasd.org
PHONE NUMBER: (610) 205-6400
435 Crossfield Rd
King Of Prussia, PA  19406

Upper Moreland Township Sd
SUPERINTENDENT: Michael Roth
E-MAIL: mroth@umtsd.org
PHONE NUMBER: (215) 830-1511
2900 Terwood Rd
Willow Grove, PA  19090

Upper Perkiomen Sd
SUPERINTENDENT: Allyn Roche
E-MAIL: aroche@upsd.org

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (215) 679-7961
2229 East Buck Rd Suite 1
Pennsburg, PA  18073

Upper Saint Clair Sd
SUPERINTENDENT: John Rozzo
E-MAIL: jrozzo@uscsd.k12.pa.us
PHONE NUMBER: (412) 833-1600
1820 Mclughln Rn Rd Upr St Clr
Pittsburgh, PA  15241

Valley Grove Sd
SUPERINTENDENT: Kevin Briggs
E-MAIL: kbriggs@staff.vgsd.org
PHONE NUMBER: (814) 432-4919
429 Wiley Ave
Franklin, PA  16323

Valley View Sd
SUPERINTENDENT: Michael Boccella
E-MAIL: mboccella@valleyviewsd.org
PHONE NUMBER: (570) 876-5080
1 Columbus Dr
Archbald, PA  18403

Venango Technology Center
SUPERINTENDENT: Mario Fontanazza
E-MAIL: mfontanazza@vtc1.org
PHONE NUMBER: (814) 677-3097
One Vo Tech Drive
Oil City, PA  16301

Wallenpaupack Area Sd
SUPERINTENDENT: Michael Silsby
E-MAIL: silsby@wallenpaupack.org
PHONE NUMBER: (570) 226-4557
2552 Route 6
Hawley, PA  18428

Wallingford-swarthmore Sd
SUPERINTENDENT: Lisa Palmer
E-MAIL: lpalmer@wssd.org
PHONE NUMBER: (610) 892-3470
200 S Providence Rd
Wallingford, PA  19086

Warren County Avts
SUPERINTENDENT: James Evers
E-MAIL: eversj@wcsdpa.org
PHONE NUMBER: (814) 726-1260
347 East 5Th Avenue
Warren, PA  16365

Warren County Sd
SUPERINTENDENT: Amy Stewart
E-MAIL: stewarta@wcsdpa.org

PHONE NUMBER: (814) 723-6900
6820 Market Street
Russell, PA  16345

Warrior Run Sd
SUPERINTENDENT: Alan Hack
E-MAIL: ahack@wrsd.org
PHONE NUMBER: (570) 649-5138
4800 Susquehanna Trail
Turbotville, PA  17772

Warwick Sd
SUPERINTENDENT: April Hershey
E-MAIL: ahershey@warwicksd.org
PHONE NUMBER: (717) 626-3734
301 W Orange St
Lititz, PA  17543

Washington Sd
SUPERINTENDENT: James Konrad
E-MAIL: konradj@prexie.us
PHONE NUMBER: (724) 223-5000
311 Allison Ave
Washington, PA  15301

Wattsburg Area Sd
SUPERINTENDENT: Kenneth Berlin
E-MAIL: ken.berlin@wattsburg.org
PHONE NUMBER: (814) 824-3400
10782 Wattsburg Road
Erie, PA  16509

Wayne Highlands Sd
SUPERINTENDENT: Gregory Frigoletto
E-MAIL: frigoletto.greg@waynehighlands.org
PHONE NUMBER: (570) 253-4661
474 Grove St
Honesdale, PA  18431

Waynesboro Area Sd
SUPERINTENDENT: Tod Kline
E-MAIL: tod_kline@wasd.k12.pa.us
PHONE NUMBER: (717) 762-1191
210 Clayton Ave
Waynesboro, PA  17268

Weatherly Area Sd
SUPERINTENDENT: Teresa Young
E-MAIL: youngt@weatherlysd.org
PHONE NUMBER: (570) 427-8681
602 6Th St
Weatherly, PA  18255

Wellsboro Area Sd
SUPERINTENDENT: Brenda Freeman
E-MAIL: bfreeman@wellsborosd.org

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (570) 724-4424
227 Nichols Street
Wellsboro, PA  16901

West Allegheny Sd
SUPERINTENDENT: Jerri Lippert
E-MAIL: jlippert@westasd.org
PHONE NUMBER: (724) 695-3422
600 Donaldson Road
Oakdale, PA  15071

West Branch Area Sd
SUPERINTENDENT: Michael Dutrow
E-MAIL: mdutrow@westbranch.org
PHONE NUMBER: (814) 345-5615
516 Allport Cutoff
Morrisdale, PA  16858

West Chester Area Sd
SUPERINTENDENT: Jim Scanlon
E-MAIL: JScanlon@wcasd.net
PHONE NUMBER: (484) 266-1000
829 Paoli Pike
West Chester, PA  19380

West Greene Sd
SUPERINTENDENT: Brian Jackson
E-MAIL: jacksonb@wgsd.org
PHONE NUMBER: (724) 499-5183
1367 Hargus Creek Road
Waynesburg, PA  15370

West Jefferson Hills Sd
SUPERINTENDENT: Michael Ghilani
E-MAIL: mghilani@wjhsd.net
PHONE NUMBER: (412) 655-8450
835 Old Clairton Rd
Jefferson Hills, PA  15025

West Middlesex Area Sd
SUPERINTENDENT: Raymond Omer
E-MAIL: romer@wmasd.k12.pa.us
PHONE NUMBER: (724) 634-3030
3591 Sharon Rd Luther Low Bldg
West Middlesex, PA  16159

West Mifflin Area Sd
SUPERINTENDENT: Jeffrey Solomon
E-MAIL: solomonj@wmasd.org
PHONE NUMBER: (412) 466-9131
1020 Lebanon Road
West Mifflin, PA  15122

West Perry Sd
SUPERINTENDENT: David Zula
E-MAIL: dzula@westperry.org

PHONE NUMBER: (717) 789-3934
2606 Shermans Valley Road
Elliottsburg, PA  17024

West Shore Sd
SUPERINTENDENT: Todd Stoltz
E-MAIL: tstoltz@wssd.k12.pa.us
PHONE NUMBER: (717) 938-9577
507 Fishing Creek Rd
Lewisberry, PA  17339

West Side Ctc
SUPERINTENDENT: Thomas Duffy
E-MAIL: tduffy@dsdhs.com
PHONE NUMBER: (570) 288-8493
75 Evans Street
Kingston, PA  18704

West York Area Sd
SUPERINTENDENT: Todd Davies
E-MAIL: tmdavies@wyasd.k12.pa.us
PHONE NUMBER: (717) 792-2796
2605 W Market St
York, PA  17404

Western Area Ctc
SUPERINTENDENT: Dennis Mccarthy
E-MAIL: dmccarthy@wactc.net
PHONE NUMBER: (724) 746-2890
688 Western Avenue
Canonsburg, PA  15317

Western Beaver County Sd
SUPERINTENDENT: Rob Postupac
E-MAIL: rob.postupac@westernbeaver.org
PHONE NUMBER: (724) 643-9310
343 Ridgemont Dr
Midland, PA  15059

Western Montgomery Ctc
SUPERINTENDENT: Christopher Moritzen
E-MAIL: cmoritzen@westerncenter.org
PHONE NUMBER: (610) 489-7272
77 Graterford Road
Limerick, PA  19468

Western Wayne Sd
SUPERINTENDENT: MATTHEW BARRETT
E-MAIL: mbarrett@westernwayne.org
PHONE NUMBER: (800) 321-9973
1970C Easton Turnpike
Lake Ariel, PA  18436

Westmont Hilltop Sd
SUPERINTENDENT: Thomas Mitchell
E-MAIL: trm@whsd.org

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (814) 255-6751
222 Fair Oaks Dr
Johnstown, PA  15905

Westmoreland Iu 7
SUPERINTENDENT: Jason Conway
E-MAIL: jconway@wiu7.org
PHONE NUMBER: (724) 836-2460
102 Equity Dr
Greensburg, PA  15601

Whitehall-coplay Sd
SUPERINTENDENT: Lorie Hackett
E-MAIL: hackettl@whitehallcoplay.org
PHONE NUMBER: (610) 439-1431
2940 Macarthur Rd
Whitehall, PA  18052

Wilkes-barre Area Ctc
SUPERINTENDENT: Brian Costello
E-MAIL: bcostello@wbasd.k12.pa.us
PHONE NUMBER: (570) 822-4131
Jumper Road Plains Township
Wilkes-Barre, PA  18705

Wilkes-barre Area Sd
SUPERINTENDENT: Brian Costello
E-MAIL: bcostello@wbasd.k12.pa.us
PHONE NUMBER: (570) 826-7182
730 S Main St
Wilkes Barre, PA  18711

Wilkinsburg Borough Sd
SUPERINTENDENT: Linda Iverson
E-MAIL: iversonl@wilkinsburgschools.org
PHONE NUMBER: (412) 371-9667
718 Wallace Ave
Wilkinsburg, PA  15221

William Penn Sd
SUPERINTENDENT: Eric Becoats
E-MAIL: ebecoats@wpsd.k12.pa.us
PHONE NUMBER: (610) 284-8005
100 Green Avenue Annex
Lansdowne, PA  19050

Williams Valley Sd
SUPERINTENDENT: Diane Best
E-MAIL: dbest@wvschools.net
PHONE NUMBER: (717) 647-2167
10330 State Route 209
Tower City, PA  17980

Williamsburg Community Sd
SUPERINTENDENT: Lisa Murgas
E-MAIL: lmurgas@williamsburg.k12.pa.us

PHONE NUMBER: (814) 832-2125
515 W 3Rd St
Williamsburg, PA  16693

Williamsport Area Sd
SUPERINTENDENT: Timothy Bowers
E-MAIL: tbowers@wasd.org
PHONE NUMBER: (570) 327-5500
2780 West Fourth Street
Williamsport, PA  17701

Wilmington Area Sd
SUPERINTENDENT: Jeffrey Matty
E-MAIL: matty@wasd.school
PHONE NUMBER: (724) 656-8866
300 Wood St
New Wilmington, PA  16142

Wilson  Sd
SUPERINTENDENT: Richard Faidley
E-MAIL: fairic@wilsonsd.org
PHONE NUMBER: (610) 670-0180
2601 Grandview Blvd
West Lawn, PA  19609

Wilson Area Sd
SUPERINTENDENT: Douglas Wagner
E-MAIL: dwagner@wilsonareasd.org
PHONE NUMBER: (484) 373-6000
2040 Washington Blvd
Easton, PA  18042

Windber Area Sd
SUPERINTENDENT: Joseph Kimmel
E-MAIL: jkimmel@windberschools.org
PHONE NUMBER: (814) 467-5551
2301 Graham Ave
Windber, PA  15963

Wissahickon Sd
SUPERINTENDENT: James Crisfield
E-MAIL: jcrisfield@wsdweb.org
PHONE NUMBER: (215) 619-8000
601 Knight Rd
Ambler, PA  19002

Woodland Hills Sd
SUPERINTENDENT: James Harris
E-MAIL: harrja@whsd.net
PHONE NUMBER: (412) 731-1300
2430 Greensburg Pike
Pittsburgh, PA  15221

Wyalusing Area Sd
SUPERINTENDENT: Jason Bottiglieri
E-MAIL: jbottiglieri@wyalusingrams.com

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (570) 746-1600
42 Main St
Wyalusing, PA  18853

Wyoming Area Sd
SUPERINTENDENT: Janet Serino
E-MAIL: jserino@wyomingarea.org
PHONE NUMBER: (570) 655-3733
20 Memorial St
Exeter, PA  18643

Wyoming Valley West Sd
SUPERINTENDENT: Irvin Deremer
E-MAIL: ideremer@wvwsd.org
PHONE NUMBER: (570) 288-6551
450 N Maple Ave
Kingston, PA  18704

Wyomissing Area Sd
SUPERINTENDENT: Robert Scoboria
E-MAIL: rscoboria@wyoarea.org
PHONE NUMBER: (610) 374-0739
630 Evans Ave
Wyomissing, PA  19610

York Co School Of Technology
SUPERINTENDENT: David Thomas
E-MAIL: dthomas@ytech.edu
PHONE NUMBER: (717) 741-0820
2179 South Queen Street
York, PA  17402

York Suburban Sd
SUPERINTENDENT: Timothy Williams
E-MAIL: twilliams@yssd.org
PHONE NUMBER: (717) 885-1210
1800 Hollywood Dr
York, PA  17403

Yough Sd
SUPERINTENDENT: Janet Sardon
E-MAIL: sardonj@youghsd.net
PHONE NUMBER: (724) 446-7272
915 Lowber Rd
Herminie, PA  15637

Barrington
SUPERINTENDENT: Michael Messore
E-MAIL: messorem@barringtonschools.org
PHONE NUMBER: (401) 245-5000
283 County Road
Barrington, RI  02806

Bristol Warren
SUPERINTENDENT: Jonathan Brice
E-MAIL: jonathan.brice@bwrsd.org

PHONE NUMBER: (401) 253-4000
151 State Street
Bristol, RI  02809

Burrillville
SUPERINTENDENT: Michael Sollitto
E-MAIL: sollittom@bsd-ri.net
PHONE NUMBER: (401) 568-1301
2300 Bronco Highway
Harrisville, RI  02830

Central Falls
SUPERINTENDENT: Stephanie Toledo
E-MAIL: toledos@cfschools.net
PHONE NUMBER: (401) 727-7700
949 Dexter St.
Central Falls, RI  02863

Chariho
SUPERINTENDENT: Gina Picard
E-MAIL: gina.picard@chariho.k12.ri.us
PHONE NUMBER: (401) 364-7575
455A Switch Road
Wood River Junction, RI  02894

Coventry
SUPERINTENDENT: Craig Levis
E-MAIL: leviscraig@coventryschools.net
PHONE NUMBER: (401) 822-9400
1675 Flat River Road
Coventry, RI  02816

Cranston
SUPERINTENDENT: Jeannine Masse
E-MAIL: jnota@cpsed.net
PHONE NUMBER: (401) 270-8170
845 Park Avenue
Cranston, RI  02910

Cumberland
SUPERINTENDENT: Robert Mitchell
E-MAIL: robert.mitchell@cumberlandschools.org
PHONE NUMBER: (401) 658-1600
2602 Mendon Road
Cumberland, RI  02864

Davies Career And Tech
SUPERINTENDENT: Adam Tabloff
E-MAIL: aflynn@daviestech.org
PHONE NUMBER: (401) 728-1500
50 Jenckes Hill Road
Lincoln, RI  02865

Dcyf
SUPERINTENDENT: Trista Piccola
E-MAIL: Trista.Piccola@dcyf.ri.gov

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (401) 528-3576
101 Friendship Street
Providence, RI  02903

East Bay Educational Collaborative
SUPERINTENDENT: Donna Ottaviano
E-MAIL: donna.ottaviano@ebecri.org
PHONE NUMBER: (401) 245-4998
317 Market Street
Warren, RI  02885

East Greenwich
SUPERINTENDENT: Alexis Meyer
E-MAIL: ameyer@egsd.net
PHONE NUMBER: (401) 398-1201
111 Peirce Street
East Greenwich, RI  02818

East Providence
SUPERINTENDENT: Kathryn Crowley
E-MAIL: kcrowley@epschoolsri.com
PHONE NUMBER: (401) 431-4640
145 Taunton Avenue
East Providence, RI  02914

Exeter-west Greenwich
SUPERINTENDENT: James Erinakes
E-MAIL: james_erinakes@ewg.k12.ri.us
PHONE NUMBER: (401) 397-5125
940 Nooseneck Hill Road
West Greenwich, RI  02817

Foster
SUPERINTENDENT: Michael Barnes
E-MAIL: mbarnes@fgschools.com
PHONE NUMBER: (401) 647-5100
160 Foster Ctr Rd/Isaac
Foster, RI  02825

Foster-glocester
SUPERINTENDENT: Michael Barnes
E-MAIL: mbarnes@fgschools.com
PHONE NUMBER: (401) 710-7500
91 Anan Wade Road
North Scituate, RI  02857

Glocester
SUPERINTENDENT: Michael Barnes
E-MAIL: mbarnes@fg.k12.ri.us
PHONE NUMBER: (401) 568-4160
Glocester Town Hall
Chepachet, RI  02814

Jamestown
SUPERINTENDENT: Kenneth Duva
E-MAIL: duva.ken@jamestownschools.org

PHONE NUMBER: (401) 423-7020
76 Melrose Avenue
Jamestown, RI  02835

Johnston
SUPERINTENDENT: Bernard Dilullo
E-MAIL: bdilullo@johnstonschools.org
PHONE NUMBER: (401) 233-1900
10 Memorial Avenue
Johnston, RI  02919

Lincoln
SUPERINTENDENT: Lawrence Filippelli
E-MAIL: filippellil@lincolnps.org
PHONE NUMBER: (401) 721-3300
1624 Lonsdale Avenue
Lincoln, RI  02865

Little Compton
SUPERINTENDENT: Laurie Mitchell
E-MAIL: ldias-mitchell@lcsd.k12.ri.us
PHONE NUMBER: (401) 635-2351
28 Commons
Little Compton, RI  02837

Met Career And Tech
SUPERINTENDENT: Nancy Diaz
E-MAIL: ndiaz@metmail.org
PHONE NUMBER: (401) 752-2600
325 Public Street
Providence, RI  02905

Middletown
SUPERINTENDENT: Rosemarie Kraeger
E-MAIL: rkraeger@mpsri.net
PHONE NUMBER: (401) 849-2122
26 Oliphant Lane
Middletown, RI  02842

Narragansett
SUPERINTENDENT: Peter Cummings
E-MAIL: pcummings@nssk12.org
PHONE NUMBER: (401) 792-9450
25 Fifth Avenue
Narragansett, RI  02882

New Shoreham
SUPERINTENDENT: Michael Convery
E-MAIL: mconvery@bischool.net
PHONE NUMBER: (401) 466-7732
Block Island School
Block Island, RI  02807

Newport
SUPERINTENDENT: Colleen Jermain
E-MAIL: colleenjermain@npsri.net

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (401) 847-2100
15 Wickham Road
Newport, RI  02840

North Kingstown
SUPERINTENDENT: Phil Auger
E-MAIL: phil_auger@nksd.net
PHONE NUMBER: (401) 268-6200
100 Romano Vineyard Way
North Kingstown, RI  02852

North Providence
SUPERINTENDENT: Joseph Goho
E-MAIL: joseph.goho@npsd.k12.ri.us
PHONE NUMBER: (401) 233-1100
2240 Mineral Spring Avenue
North Providence, RI  02911

North Smithfield
SUPERINTENDENT: Michael Jean
E-MAIL: mstjean@nsps.us
PHONE NUMBER: (401) 769-5492
83 Greene Street
Slatersville, RI  02876

Northern Ri Collaborative
SUPERINTENDENT: Georgia Fortunato
E-MAIL: gfortunato@nric-ri.org
PHONE NUMBER: (401) 495-2000
640 George Washington Hwy
Lincoln, RI  02865

Pawtucket
SUPERINTENDENT: Cheryl Mcwilliams
E-MAIL: mcwilliamsc@psdri.net
PHONE NUMBER: (401) 729-6300
286 Main Street
Pawtucket, RI  02860

Portsmouth
SUPERINTENDENT: Thomas Kenworthy
E-MAIL: kenworthyt@portsmouthschoolsri.org
PHONE NUMBER: (401) 683-1039
29 Middle Road
Portsmouth, RI  02871

Providence
SUPERINTENDENT: Harrison Peters
E-MAIL: harrison.peters@ppsd.org
PHONE NUMBER: (401) 456-9100
797 Westminster Street
Providence, RI  02903

R.i. Sch For The Deaf
SUPERINTENDENT: Nancy Heath
E-MAIL: nmaguireheath@rideaf.net

PHONE NUMBER: (401) 222-3525
One Corliss Park
Providence, RI  02908

Scituate
SUPERINTENDENT: Carol Blanchette
E-MAIL: Carol.Blanchette@ScituateSchoolsRI.net
PHONE NUMBER: (401) 647-4100
197 Danielson Pike
North Scituate, RI  02857

Smithfield
SUPERINTENDENT: Judith Paolucci
E-MAIL: jpaolucci@smithfield-ps.org
PHONE NUMBER: (401) 231-6606
49 Farnum Pike
Smithfield, RI  02917

South Kingstown
SUPERINTENDENT: Linda Savastano
E-MAIL: lsavastano@sksd-ri.net
PHONE NUMBER: (401) 360-1300
307 Curtis Corner Road
Wakefield, RI  02879

Tiverton
SUPERINTENDENT: Peter Sanchioni
E-MAIL: psanchioni@tivertonschools.org
PHONE NUMBER: (401) 624-8475
100 North Brayton Road
Tiverton, RI  02878

Urban Collaborative
SUPERINTENDENT: Michael Finley
E-MAIL: michaelf@ucap.org
PHONE NUMBER: (401) 272-0881
75 Carpenter Street
Providence, RI  02903

Warwick
SUPERINTENDENT: Philip Thornton
E-MAIL: philip.thornton@warwickschools.org
PHONE NUMBER: (401) 734-3100
34 Warwick Lake Avenue
Warwick, RI  02889

West Bay Collaborative
SUPERINTENDENT: Maryann Struble
E-MAIL: mstruble@westbaycollaborative.org
PHONE NUMBER: (401) 941-8353
144 Bignall Street
Warwick, RI  02888

West Warwick
SUPERINTENDENT: Karen Tarasevich

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

E-MAIL:
ktarasevich@westwarwickpublicschools.com
PHONE NUMBER: (401) 821-1180
10 Harris Avenue
West Warwick, RI  02893

Westerly
SUPERINTENDENT: Mark Garceau
E-MAIL: mgarceau@westerly.k12.ri.us
PHONE NUMBER: (401) 348-2700
15 Highland Avenue
Westerly, RI  02891

Woonsocket
SUPERINTENDENT: Patrick Mcgee
E-MAIL: pmcgee@woonsocketschools.com
PHONE NUMBER: (401) 767-4600
108 High Street
Woonsocket, RI  02895

Abbeville 60
SUPERINTENDENT: Betty Hall
E-MAIL: bjhall@acsdsc.org
PHONE NUMBER: (864) 366-5427
400 Greenville Street
Abbeville, SC  29620

Aiken 01
SUPERINTENDENT: King Laurence
E-MAIL: klaurence@acpsd.net
PHONE NUMBER: (803) 641-2430
1000 Brookhaven Drive
Aiken, SC  29803

Allendale 01
SUPERINTENDENT: Margaret Gilmore
E-MAIL: gilmorem@acs.k12.sc.us
PHONE NUMBER: (803) 584-4603
3249 Allendale-Fairfax Highway
Fairfax, SC  29827

Anderson 01
SUPERINTENDENT: Robbie Binnicker
E-MAIL: binnickr@apps.anderson1.org
PHONE NUMBER: (864) 847-7344
801 North Hamilton Street
Williamston, SC  29697

Anderson 02
SUPERINTENDENT: Donald Andrews
E-MAIL: dandrews@asd2.org
PHONE NUMBER: (864) 369-7364
10990 Belton-Honea Path Hwy.
Honea Path, SC  29654

Anderson 03

SUPERINTENDENT: Kathy Hipp
E-MAIL: hippk@acsd3.org
PHONE NUMBER: (864) 348-6196
335 West Front Street
Iva, SC  29655

Anderson 04
SUPERINTENDENT: Joanne Avery
E-MAIL: javery@anderson4.org
PHONE NUMBER: (864) 403-2000
315 East Queen Street
Pendleton, SC  29670

Anderson 05
SUPERINTENDENT: Thomas Wilson
E-MAIL: tomwilson@anderson5.net
PHONE NUMBER: (864) 260-5000
400 Pearman Dairy Road
Anderson, SC  29625

Anderson 80
SUPERINTENDENT: Hollie Harrell
E-MAIL: hharrell@andersonctc.k12.sc.us
PHONE NUMBER: (864) 847-4121
702 Belton Highway
Williamston, SC  29697

Bamberg 01
SUPERINTENDENT: Phyllis Schwarting
E-MAIL: pschwarting@bamberg1.net
PHONE NUMBER: (803) 245-3053
3830 Faust Street
Bamberg, SC  29003

Bamberg 02
SUPERINTENDENT: Thelma Sojourner
E-MAIL: tsojourner@bamberg2.org
PHONE NUMBER: (803) 793-3346
62 Holly Avenue
Denmark, SC  29042

Barnwell 19
SUPERINTENDENT: David Corder
E-MAIL: david.corder@barnwell19.net
PHONE NUMBER: (803) 284-5605
297 Pascallas Street
Blackville, SC  29817

Barnwell 29
SUPERINTENDENT: Marcella Heyward
E-MAIL: mheyward@williston.k12.sc.us
PHONE NUMBER: (803) 266-7878
12255 Main Street
Williston, SC  29853

Barnwell 45

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

SUPERINTENDENT: Crystal Stapleton
E-MAIL: cstapleton@bsd45.net
PHONE NUMBER: (803) 541-1300
770 Hagood Avenue
Barnwell, SC  29812

Barnwell 80
SUPERINTENDENT: Crissie Stapleton
E-MAIL: cstapleton@bsd45.net
PHONE NUMBER: (803) 259-5512
5214 Reynolds Road
Blackville, SC  29817

Beaufort 01
SUPERINTENDENT: Frank Rodriguez
E-MAIL: frank.rodriguez@beaufort.k12.sc.us
PHONE NUMBER: (843) 322-2300
2900 Mink Point Boulevard
Beaufort, SC  29902

Beaufort 80
SUPERINTENDENT: Mike Lovecchio
E-MAIL: lovecchiom@bjace.org
PHONE NUMBER: (843) 987-8107
80 Lowcountry Drive
Ridgeland, SC  29936

Berkeley 01
SUPERINTENDENT: Eddie Ingram
E-MAIL: ingrame@bcsdschools.net
PHONE NUMBER: (843) 899-8600
229 Main Street
Moncks Corner, SC  29461

Calhoun 01
SUPERINTENDENT: Steve Wilson
E-MAIL: swilson@ccpsonline.net
PHONE NUMBER: (803) 655-7310
125 Herlong Avenue
St. Matthews, SC  29135

Charleston 01
SUPERINTENDENT: Gerrita Postlewait
E-MAIL: superintendent@charleston.k12.sc.us
PHONE NUMBER: (843) 937-6571
75 Calhoun Street
Charleston, SC  29401

Cherokee 01
SUPERINTENDENT: Dana Fall
E-MAIL: dana.fall@cherokee1.org
PHONE NUMBER: (864) 206-2201
141 Twin Lakes Road
Gaffney, SC  29341

Chester 01

SUPERINTENDENT: Antwon Sutton
E-MAIL: asutton@chester.k12.sc.us
PHONE NUMBER: (803) 385-6122
509 District Office Drive
Chester, SC  29706

Chesterfield 01
SUPERINTENDENT: Harrison Goodwin
E-MAIL: hgoodwin@chesterfieldschools.org
PHONE NUMBER: (843) 623-2175
401 West Boulevard
Chesterfield, SC  29709

Clarendon 01
SUPERINTENDENT: Barbara Champagne
E-MAIL: bragin@clar1.k12.sc.us
PHONE NUMBER: (803) 485-2325
12 South Church Street
Summerton, SC  29148

Clarendon 02
SUPERINTENDENT: Shawn Johnson
E-MAIL: sjohnson@csd2.org
PHONE NUMBER: (803) 435-4435
15 Major Drive
Manning, SC  29102

Clarendon 03
SUPERINTENDENT: Connie Dennis
E-MAIL: cdennis@clarendon3.org
PHONE NUMBER: (843) 659-2188
1177 Atkinson Street
Turbeville, SC  29162

Colleton 01
SUPERINTENDENT: John Tindal
E-MAIL: jtindal@colleton.k12.sc.us
PHONE NUMBER: (843) 782-4525
213 North Jefferies Boulevard
Walterboro, SC  29488

Darlington 01
SUPERINTENDENT: Tim Newman
E-MAIL: timothy.newman@darlington.k12.sc.us
PHONE NUMBER: (843) 398-2267
120 East Smith Avenue
Darlington, SC  29532

Deaf & Blind School
SUPERINTENDENT: Page Mc Craw
E-MAIL: pmccraw@scsdb.org
PHONE NUMBER: (864) 585-7711
355 Cedar Springs Road
Spartanburg, SC  29302

Dillon 03

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

SUPERINTENDENT: John Kirby
E-MAIL: john.kirby@lattavikings.com
PHONE NUMBER: (843) 752-7101
205 King Street
Latta, SC  29565

Dillon 04
SUPERINTENDENT: Ray Rogers
E-MAIL: rogers@dillon.k12.sc.us
PHONE NUMBER: (843) 774-1200
405 West Washington Street
Dillon, SC  29536

Dillon 80
SUPERINTENDENT: Jerry Strickland
E-MAIL: jstrickland@dillonatech.com
PHONE NUMBER: (843) 774-5143
1630 East Main Street
Dillon, SC  29536

Dorchester 02
SUPERINTENDENT: Joseph Pye
E-MAIL: jpye@dorchester2.k12.sc.us
PHONE NUMBER: (843) 873-2901
102 Greenwave Boulevard
Summerville, SC  29483

Dorchester 04
SUPERINTENDENT: Kelvin Wymbs
E-MAIL: kwymbs@dd4.k12.sc.us
PHONE NUMBER: (843) 563-5910
500 Ridge Street
St. George, SC  29477

Dorchester 80
SUPERINTENDENT: James Villeponteaux
E-MAIL: james.villeponteaux@dcctc.org
PHONE NUMBER: (843) 563-2361
507 School House Road
Dorchester, SC  29437

Edgefield 01
SUPERINTENDENT: Kevin Ogorman
E-MAIL: kogorman@edgefield.k12.sc.us
PHONE NUMBER: (803) 275-4601
3 Par Drive
Edgefield, SC  29824

Fairfield 01
SUPERINTENDENT: J.R Green
E-MAIL: jgreen@fairfield.k12.sc.us
PHONE NUMBER: (803) 635-4607
1226 U.S. Hwy 321 Bypass South
Winnsboro, SC  29180

Florence 01

SUPERINTENDENT: Richard Omalley
E-MAIL: romalley@fsd1.org
PHONE NUMBER: (843) 669-4141
319 South Dargan Street
Florence, SC  29506

Florence 02
SUPERINTENDENT: Neal Vincent
E-MAIL: nvincent@fsd2.org
PHONE NUMBER: (843) 493-2502
2121 South Pamplico Highway
Pamplico, SC  29583

Florence 03
SUPERINTENDENT: Laura Hickson
E-MAIL: lhickson@fsd3.org
PHONE NUMBER: (843) 374-8652
125 South Blanding Street
Lake City, SC  29560

Florence 04
SUPERINTENDENT: Tonya Addison
E-MAIL: taddison@florence4.k12.sc.us
PHONE NUMBER: (843) 346-3956
304 Kemper Street
Timmonsville, SC  29161

Florence 05
SUPERINTENDENT: Randy Smiley
E-MAIL: rsmiley@flo5.k12.sc.us
PHONE NUMBER: (843) 386-2358
156 East Marion Street
Johnsonville, SC  29555

Georgetown 01
SUPERINTENDENT: Keith Price
E-MAIL: kprice@gcsd.k12.sc.us
PHONE NUMBER: (843) 436-7178
2018 Church Street
Georgetown, SC  29440

Governor' School For Science And Mathematics
SUPERINTENDENT: Ershela Sims
E-MAIL: esims@gssm.k12.sc.us
PHONE NUMBER: (843) 383-3901
401 Railroad Avenue
Hartsville, SC  29550

Governor'S School For The Arts And Humanities
SUPERINTENDENT: Cedric Adderley
E-MAIL: cadderley@scgsah.org
PHONE NUMBER: (864) 282-3777
15 University Street
Greenville, SC  29601

Greenville 01

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

SUPERINTENDENT: Burke Royster
E-MAIL: wroyster@greenville.k12.sc.us
PHONE NUMBER: (864) 355-8860
301 Camperdown Way
Greenville, SC  29601

Greenwood 50
SUPERINTENDENT: Steve Glenn
E-MAIL: glenns@gwd50.org
PHONE NUMBER: (864) 941-5400
1855 Calhoun Road
Greenwood, SC  29649

Greenwood 51
SUPERINTENDENT: Fay Sprouse
E-MAIL: fsprouse@gwd51.org
PHONE NUMBER: (864) 456-7496
56 South Greenwood Avenue
Ware Shoals, SC  29692

Greenwood 52
SUPERINTENDENT: Rex Ward
E-MAIL: rward@greenwood52.org
PHONE NUMBER: (864) 543-3100
605 Johnston Road
Ninety Six, SC  29666

Hampton 01
SUPERINTENDENT: Ronald Wilcox
E-MAIL: rwilcox@hampton1.k12.sc.us
PHONE NUMBER: (803) 943-4576
372 Pine Street East
Varnville, SC  29944

Horry 01
SUPERINTENDENT: Rick Maxey
E-MAIL: rmaxey@horrycountyschools.net
PHONE NUMBER: (843) 488-6700
335 Four Mile Road
Conway, SC  29526

Jasper 01
SUPERINTENDENT: Rechel Anderson
E-MAIL: rechel.anderson@jcsd.net
PHONE NUMBER: (843) 489-8892
10942 North Jacob Smart Blvd
Ridgeland, SC  29936

John De La Howe
SUPERINTENDENT: Timothy Keown
E-MAIL: timothy.keown@delahowe.sc.gov
PHONE NUMBER: (864) 391-2131
192 Gettys Road
Mccormick, SC  29835

Kershaw 01

SUPERINTENDENT: Shane Robbins
E-MAIL: shane.robbins@kcsdschools.net
PHONE NUMBER: (803) 432-8416
2029 West Dekalb Street
Camden, SC  29020

Lancaster 01
SUPERINTENDENT: Jonathan Phipps
E-MAIL: jonathan.phipps@lcsdmail.net
PHONE NUMBER: (803) 416-8806
300 South Catawba Street
Lancaster, SC  29720

Laurens 55
SUPERINTENDENT: Ameca Thomas
E-MAIL: athomas@laurens55.org
PHONE NUMBER: (864) 984-3568
1029 West Main Street
Laurens, SC  29360

Laurens 56
SUPERINTENDENT: David Oshields
E-MAIL: davidoshields@lcsd56.org
PHONE NUMBER: (864) 833-0800
211 North Broad Street Suite B
Clinton, SC  29325

Lee 01
SUPERINTENDENT: Wanda Andrews
E-MAIL: andrewsw@lee.k12.sc.us
PHONE NUMBER: (803) 484-5327
310 Roland Street
Bishopville, SC  29010

Lexington 01
SUPERINTENDENT: Greg Little
E-MAIL: glittle@lexington1.net
PHONE NUMBER: (803) 821-1000
100 Tarrar Springs Road
Lexington, SC  29072

Lexington 02
SUPERINTENDENT: William James
E-MAIL: bjames@lex2.org
PHONE NUMBER: (803) 796-4708
715 Ninth Street
West Columbia, SC  29169

Lexington 03
SUPERINTENDENT: Ashley Atkinson
E-MAIL: aatkinson@lex3.org
PHONE NUMBER: (803) 532-4423
338 West Columbia Avenue
Batesburg, SC  29006

Lexington 04

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

SUPERINTENDENT: Justin Nutter
E-MAIL: jnutter@lexington4.net
PHONE NUMBER: (803) 568-1000
607 East Fifth Street
Swansea, SC  29160

Lexington 05
SUPERINTENDENT: Christina Melton
E-MAIL: csmelton@lexrich5.org
PHONE NUMBER: (803) 476-8000
1020 Dutch Fork Road
Irmo, SC  29063

Marion 10
SUPERINTENDENT: Kandace Bethea
E-MAIL: kbethea@marion.k12.sc.us
PHONE NUMBER: (843) 423-1811
719 North Main Street
Marion, SC  29571

Marlboro 01
SUPERINTENDENT: Gregory Mccord
E-MAIL: gmccord@marlboro.k12.sc.us
PHONE NUMBER: (843) 479-4016
122 Broad Street
Bennettsville, SC  29512

Mccormick 01
SUPERINTENDENT: Betty Bagley
E-MAIL: bbagley@mccormick.k12.sc.us
PHONE NUMBER: (864) 852-2435
821 North Mine Street
Mccormick, SC  29835

Newberry 01
SUPERINTENDENT: Jim Suber
E-MAIL: jsuber@newberry.k12.sc.us
PHONE NUMBER: (803) 321-2600
3419 Main Street
Newberry, SC  29108

Oconee 01
SUPERINTENDENT: Michael Thorsland
E-MAIL: mthorsland@oconee.k12.sc.us
PHONE NUMBER: (864) 886-4500
414 South Pine Street
Walhalla, SC  29691

Orangeburg 03
SUPERINTENDENT: Zona Jefferson
E-MAIL: jeffersonz@obg3.k12.sc.us
PHONE NUMBER: (803) 496-3288
1654 Camden Road
Holly Hill, SC  29059

Orangeburg 05

SUPERINTENDENT: Shawn Foster
E-MAIL: shawn.foster@ocsdsc.org
PHONE NUMBER: (803) 533-7930
578 Ellis Avenue
Orangeburg, SC  29115

Pickens 01
SUPERINTENDENT: Danny Merck
E-MAIL: dannymerck@pickens.k12.sc.us
PHONE NUMBER: (864) 397-1000
1348 Griffin Mill Road
Easley, SC  29640

Richland 01
SUPERINTENDENT: Craig Witherspoon
E-MAIL: craig.witherspoon@richlandone.org
PHONE NUMBER: (803) 231-7500
1616 Richland Street
Columbia, SC  29201

Richland 02
SUPERINTENDENT: Baron Davis
E-MAIL: badavis@richland2.org
PHONE NUMBER: (803) 787-1910
763 Fashion Drive
Columbia, SC  29229

Saluda 01
SUPERINTENDENT: Harvey Livingston
E-MAIL: hlivingston@saludaschools.org
PHONE NUMBER: (864) 445-8441
404 North Wise Road
Saluda, SC  29138

South Carolina Department Of Disabilities And
Special Needs
SUPERINTENDENT: Mary Poole
E-MAIL: mary.poole@ddsn.sc.gov
PHONE NUMBER: (803) 898-9600
3440 Harden Street Extension
Columbia, SC  29203

Spartanburg 01
SUPERINTENDENT: Ronald Garner
E-MAIL: ron.garner@spart1.org
PHONE NUMBER: (864) 472-2846
121 Wheeler Street
Campobello, SC  29322

Spartanburg 02
SUPERINTENDENT: Lance          Radford
E-MAIL: lance.radford@spart2.org
PHONE NUMBER: (864) 578-0128
3231 Old Furnace Road
Chesnee, SC  29323

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Spartanburg 03
SUPERINTENDENT: Kenny Blackwood
E-MAIL: kennyb@spartanburg3.org
PHONE NUMBER: (864) 279-6000
3535 Clifton - Glendale Road
Glendale, SC  29346

Spartanburg 04
SUPERINTENDENT: Rallie Liston
E-MAIL: rliston@spartanburg4.org
PHONE NUMBER: (864) 476-3186
118 Mcedco Road
Woodruff, SC  29388

Spartanburg 05
SUPERINTENDENT: Randall Gary
E-MAIL: randall.gary@spart5.net
PHONE NUMBER: (864) 949-2350
100 North Dantzler Road
Duncan, SC  29334

Spartanburg 06
SUPERINTENDENT: Darryl Owings
E-MAIL: dowings@spart6.org
PHONE NUMBER: (864) 576-4212
1390 Cavalier Way
Roebuck, SC  29376

Spartanburg 07
SUPERINTENDENT: Russell Booker
E-MAIL: rwbooker@spart7.org
PHONE NUMBER: (864) 594-4405
610 Dupre Drive
Spartanburg, SC  29307

Spartanburg 80
SUPERINTENDENT: Kenny Blackwood
E-MAIL: kirar@dmtconline.org
PHONE NUMBER: (864) 279-6900
201 Zion Hill Road
Spartanburg, SC  29307

Spartanburg 82
SUPERINTENDENT: Greg Lovelace
E-MAIL: glovelace@swofford.k12.sc.us
PHONE NUMBER: (864) 592-2790
5620 Highway 11
Inman, SC  29349

Sumter 01
SUPERINTENDENT: Penelope Knox
E-MAIL: penelope.martinknox@sumterschools.net
PHONE NUMBER: (803) 469-6900
1345 Wilson Hall Road
Sumter, SC  29150

Union 01
SUPERINTENDENT: William Roach
E-MAIL: wroach@union.k12.sc.us
PHONE NUMBER: (864) 429-1740
130 West Main Street
Union, SC  29379

Wil Lou Gray Opportunity
SUPERINTENDENT: Pat Smith
E-MAIL: smithp@wlgos.sc.gov
PHONE NUMBER: (803) 896-6480
3300 West Campus Road
West Columbia, SC  29170

Williamsburg 01
SUPERINTENDENT: Rose Wilder
E-MAIL: rwilder@wcsd.k12.sc.us
PHONE NUMBER: (843) 355-5571
423 School Street
Kingstree, SC  29556

York 01
SUPERINTENDENT: Kelly Coxe
E-MAIL: kcoxe@york.k12.sc.us
PHONE NUMBER: (803) 818-6337
1475 East Liberty Street
York, SC  29745

York 02
SUPERINTENDENT: Sheila Quinn
E-MAIL: sheila.quinn@clover.k12.sc.us
PHONE NUMBER: (803) 810-8005
604 Bethel Street
Clover, SC  29710

York 03
SUPERINTENDENT: Bill Cook
E-MAIL: wcook@rhmail.org
PHONE NUMBER: (803) 981-1000
660 North Anderson Road
Rock Hill, SC  29730

York 04
SUPERINTENDENT: James Epps
E-MAIL: eppsc@fmsdmail.org
PHONE NUMBER: (803) 548-2527
2233 Deerfield Drive
Fort Mill, SC  29715

Aberdeen School District 06-1
SUPERINTENDENT: Becky Guffin
E-MAIL: becky.guffin@k12.sd.us
PHONE NUMBER: (605) 725-7111
1224 3Rd St S
Aberdeen, SD  57401

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Agar-blunt-onida School District 58-3
SUPERINTENDENT: Kevin Pickner
E-MAIL: kevin.pickner@k12.sd.us
PHONE NUMBER: (605) 258-2618
500 8Th St
Onida, SD  57564

Alcester-hudson School District 61-1
SUPERINTENDENT: Tim Rhead
E-MAIL: tim.rhead@k12.sd.us
PHONE NUMBER: (605) 934-1890
102 E 5Th
Alcester, SD  57001

America Horse School
SUPERINTENDENT: Gloria Kitsopoulos
E-MAIL: gloria.kitsopoulos@bie.edu
PHONE NUMBER: (605) 455-1209
101 Main St
Allen, SD  57714

Andes Central School District 11-1
SUPERINTENDENT: Cheryl Thaler
E-MAIL: cheryl.thaler@k12.sd.us
PHONE NUMBER: (605) 487-7671
400 School St
Lake Andes, SD  57356

Arlington School District 38-1
SUPERINTENDENT: Brian Sampson
E-MAIL: brian.sampson@k12.sd.us
PHONE NUMBER: (605) 983-5597
306 S Main
Arlington, SD  57212

Armour School District 21-1
SUPERINTENDENT: Andrea Powell
E-MAIL: andrea.powell@k12.sd.us
PHONE NUMBER: (605) 724-2698
604 3Rd St
Armour, SD  57313

Avon School District 04-1
SUPERINTENDENT: Tom Culver
E-MAIL: tom.culver@k12.sd.us
PHONE NUMBER: (605) 286-3291
210 Pine St
Avon, SD  57315

Baltic School District 49-1
SUPERINTENDENT: Robert Sittig
E-MAIL: robert.sittig@k12.sd.us
PHONE NUMBER: (605) 529-5464
One Bulldog Ave
Baltic, SD  57003

Belle Fourche School District 09-1
SUPERINTENDENT: Steve Willard
E-MAIL: Steve.Willard@k12.sd.us
PHONE NUMBER: (605) 723-3355
2305 13Th Ave
Belle Fourche, SD  57717

Bennett County School District 03-1
SUPERINTENDENT: Stacy Halverson
E-MAIL: stacy.halverson@k12.sd.us
PHONE NUMBER: (605) 685-6112
402 2Nd Ave
Martin, SD  57551

Beresford School District 61-2
SUPERINTENDENT: Brian Field
E-MAIL: brian.field@k12.sd.us
PHONE NUMBER: (605) 763-4293
301 West Maple St
Beresford, SD  57004

Big Stone City School District 25-1
SUPERINTENDENT: Christopher Folk
E-MAIL: christopher.folk@k12.sd.us
PHONE NUMBER: (605) 862-8108
655 Walnut St
Big Stone City, SD  57216

Bison School District 52-1
SUPERINTENDENT: Marilyn Azevedo
E-MAIL: marilyn.azevedo@k12.sd.us
PHONE NUMBER: (605) 244-5271
200 E Carr St
Bison, SD  57620

Black Hills Special Services Cooperative
SUPERINTENDENT: Joe Hauge
E-MAIL: jhauge@bhssc.tie.net
PHONE NUMBER: (605) 347-4467
2885 Dickson Dr
Sturgis, SD  57785

Bon Homme School District 04-2
SUPERINTENDENT: Brad Peters
E-MAIL: brad.peters@k12.sd.us
PHONE NUMBER: (605) 589-3388
1404 Fir St
Tyndall, SD  57066

Bowdle School District 22-1
SUPERINTENDENT: Hector Serna
E-MAIL: hector.serna@k12.sd.us
PHONE NUMBER: (605) 285-6272
3083 2Nd Ave
Bowdle, SD  57428

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Brandon Valley School District 49-2
SUPERINTENDENT: Jarod Larson
E-MAIL: jarod.larson@k12.sd.us
PHONE NUMBER: (605) 582-2049
300 S Splitrock Blvd
Brandon, SD  57005

Bridgewater-emery 30-3
SUPERINTENDENT: Jason Bailey
E-MAIL: jason.bailey@k12.sd.us
PHONE NUMBER: (605) 729-2541
510 N Main
Bridgewater, SD  57319

Britton-hecla School District 45-4
SUPERINTENDENT: Steve Benson
E-MAIL: steve.benson@k12.sd.us
PHONE NUMBER: (605) 448-2234
759 5Th St
Britton, SD  57430

Brookings School District 05-1
SUPERINTENDENT: Klint Willert
E-MAIL: klint.willert@k12.sd.us
PHONE NUMBER: (605) 696-4700
2130 8Th St S
Brookings, SD  57006

Burke School District 26-2
SUPERINTENDENT: Erik Person
E-MAIL: erik.person@k12.sd.us
PHONE NUMBER: (605) 775-2644
900 Washington St
Burke, SD  57523

Canistota School District 43-1
SUPERINTENDENT: Larry Nebelsick
E-MAIL: larry.nebelsick@k12.sd.us
PHONE NUMBER: (605) 296-3458
431 4Th Ave
Canistota, SD  57012

Canton School District 41-1
SUPERINTENDENT: Terry Gerber
E-MAIL: terry.gerber@k12.sd.us
PHONE NUMBER: (605) 764-2706
800 N Main
Canton, SD  57013

Castlewood School District 28-1
SUPERINTENDENT: Peter Books
E-MAIL: peter.books@k12.sd.us
PHONE NUMBER: (605) 793-2351
310 E Harry St
Castlewood, SD  57223

Centerville School District 60-1
SUPERINTENDENT: Eric Knight
E-MAIL: eric.knight@k12.sd.us
PHONE NUMBER: (605) 563-2291
610 Lincoln St
Centerville, SD  57014

Chamberlain School District 07-1
SUPERINTENDENT: Justin Zajic
E-MAIL: justin.zajic@k12.sd.us
PHONE NUMBER: (605) 234-4477
1000 Sorensen Drive
Chamberlain, SD  57325

Chester Area School District 39-1
SUPERINTENDENT: Heath Larson
E-MAIL: heath.larson@k12.sd.us
PHONE NUMBER: (605) 489-2416
102 2Nd Ave
Chester, SD  57016

Cheyenne River Education Line Office
SUPERINTENDENT: Kathie Bowker
E-MAIL: kathie.bowker@bie.edu
PHONE NUMBER: (605) 964-8777
2004 E St.
Eagle Butte, SD  57625

Cheyenne-eagle Butte School
SUPERINTENDENT: Kathie Bowker
E-MAIL: kathie.bowker@bie.edu
PHONE NUMBER: (605) 964-8777
2004 E Street
Eagle Butte, SD  57625

Clark School District 12-2
SUPERINTENDENT: Luanne Warren
E-MAIL: luanne.warren@k12.sd.us
PHONE NUMBER: (605) 532-3603
220 N Clinton
Clark, SD  57225

Colman-egan School District 50-5
SUPERINTENDENT: Brian Corlett
E-MAIL: brian.corlett@k12.sd.us
PHONE NUMBER: (605) 534-3534
200 S Loban
Colman, SD  57017

Colome Consolidated 59-3
SUPERINTENDENT: Debbie Odoan
E-MAIL: debbie.odoan@k12.sd.us
PHONE NUMBER: (605) 842-1624
105 Carr St
Colome, SD  57528

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Core Educational Cooperative
SUPERINTENDENT: Valerie Johnson
E-MAIL: valerie.johnson@k12.sd.us
PHONE NUMBER: (605)730-4169
612 S Main St
Platte, SD  57369

Cornbelt Educational Cooperative
SUPERINTENDENT: Dean Kueter
E-MAIL: dean.kueter@k12.sd.us
PHONE NUMBER: (605) 271-0218
715 E 14Th St
Sioux Falls, SD  57104

Corsica School District 21-2
SUPERINTENDENT: Scott Muckey
E-MAIL: scott.muckey@k12.sd.us
PHONE NUMBER: (605) 946-5475
120 S Napoleon Ave
Corsica, SD  57328

Crazy Horse School
SUPERINTENDENT: Silas Blaine
E-MAIL: silas.blaine@k12.sd.us
PHONE NUMBER: (605) 455-6800
101 School Rd
Wanblee, SD  57577

Crow Creek Reservation High School
SUPERINTENDENT: Scott Klaudt
E-MAIL: scott.klaudt@k12.sd.us
PHONE NUMBER: (605) 245-2373
101 Crow Creek Loop
Stephan, SD  57346

Crow Creek Sioux Tribal Elementary School
SUPERINTENDENT: Scott Klaudt
E-MAIL: scott.klaudt@k12.sd.us
PHONE NUMBER: (605) 852-2455
101 Crow Creek Loop
Fort Thompson, SD  57339

Custer School District 16-1
SUPERINTENDENT: Mark Naugle
E-MAIL: mark.naugle@k12.sd.us
PHONE NUMBER: (605) 673-3154
527 Montgomery St
Custer, SD  57730

Dakota Valley School District 61-8
SUPERINTENDENT: Jerry Rasmussen
E-MAIL: jerry.rasmussen@k12.sd.us
PHONE NUMBER: (605) 422-3800
1150 Northshore Dr
North Sioux City, SD  57049

De Smet School District 38-2
SUPERINTENDENT: Abi Vanregenmorter
E-MAIL: abi.vanregenmorter@k12.sd.us
PHONE NUMBER: (605) 854-3423
405 Sw 3Rd Ave
De Smet, SD  57231

Dell Rapids School District 49-3
SUPERINTENDENT: Summer Schultz
E-MAIL: summer.schultz@k12.sd.us
PHONE NUMBER: (605) 428-5473
1216 N Garfield
Dell Rapids, SD  57022

Deubrook Area School District 05-6
SUPERINTENDENT: Kimberly Kludt
E-MAIL: kim.kludt@k12.sd.us
PHONE NUMBER: (605) 629-1100
100 School Ave
White, SD  57276

Deuel School District 19-4
SUPERINTENDENT: Chad Schiernbeck
E-MAIL: chad.schiernbeck@k12.sd.us
PHONE NUMBER: (605) 874-2161
410 5Th St W
Clear Lake, SD  57226

Doland School District 56-2
SUPERINTENDENT: Jim Hulscher
E-MAIL: jim.hulscher@k12.sd.us
PHONE NUMBER: (605) 635-6302
405 N Humphrey Dr
Doland, SD  57436

Douglas School District 51-1
SUPERINTENDENT: Alan Kerr
E-MAIL: alan.kerr@k12.sd.us
PHONE NUMBER: (605) 923-0000
400 Patriot Dr
Box Elder, SD  57719

Dss Facilities
SUPERINTENDENT: Eric Monson
E-MAIL: admhrngs@state.sd.us
PHONE NUMBER: (605) 773-3248
800 Governors Drive
Pierre, SD  57501

Dupree School District 64-2
SUPERINTENDENT: Gail Swenson
E-MAIL: gail.swenson@k12.sd.us
PHONE NUMBER: (605) 365-5140
B Street
Dupree, SD  57623

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Eagle Butte School District 20-1
SUPERINTENDENT: Carol Veit
E-MAIL: carol.veit@k12.sd.us
PHONE NUMBER: (605) 964-4911
24 West Prairie Rd
Eagle Butte, SD  57625

East Dakota Educational Cooperative
SUPERINTENDENT: Joan Frevik
E-MAIL: joan.frevik@teachwell.org
PHONE NUMBER: (605) 367-7680
715 E 14Th St
Sioux Falls, SD  57104

Edgemont School District 23-1
SUPERINTENDENT: Amy Ferley
E-MAIL: amy.ferley@k12.sd.us
PHONE NUMBER: (605) 662-7254
715 Mogul Way
Edgemont, SD  57735

Edmunds Central School District 22-5
SUPERINTENDENT: Karen Fox
E-MAIL: karen.fox@k12.sd.us
PHONE NUMBER: (605) 287-4251
105 1St Ave
Roscoe, SD  57471

Elk Mountain School District 16-2
SUPERINTENDENT: Lisa Richardson
E-MAIL: lisa.richardson@k12.sd.us
PHONE NUMBER: (605) 749-2258
10222 Valley Rd
Edgemont, SD  57735

Elk Point-jefferson School District 61-7
SUPERINTENDENT: Derek Barrios
E-MAIL: derek.barrios@k12.sd.us
PHONE NUMBER: (605) 356-5951
402 S Douglas St
Elk Point, SD  57025

Elkton School District 05-3
SUPERINTENDENT: Brian Jandahl
E-MAIL: brian.jandahl@k12.sd.us
PHONE NUMBER: (605) 542-5361
508 S. Buffalo St
Elkton, SD  57026

Enemy Swim Day School
SUPERINTENDENT: Nadine Eastman
E-MAIL: neastman@esds.us
PHONE NUMBER: (605) 947-4605
13525 446Th Avenue
Waubay, SD  57273

Estelline School District 28-2
SUPERINTENDENT: Eric Bass
E-MAIL: eric.bass@k12.sd.us
PHONE NUMBER: (605) 873-2201
708 Davis
Estelline, SD  57234

Ethan School District 17-1
SUPERINTENDENT: Tim Hawkins
E-MAIL: tim.hawkins@k12.sd.us
PHONE NUMBER: (605) 227-4211
320 S 2Nd St
Ethan, SD  57334

Eureka School District 44-1
SUPERINTENDENT: Nick Weismantel
E-MAIL: nick.weismantel@k12.sd.us
PHONE NUMBER: (605) 284-2875
706 9Th St
Eureka, SD  57437

Faith School District 46-2
SUPERINTENDENT: Kelly Daughters
E-MAIL: kelly.daughters@k12.sd.us
PHONE NUMBER: (605) 967-2152
503 S 2Nd Ave W
Faith, SD  57626

Faulkton Area Schools 24-4
SUPERINTENDENT: Scott Lepke
E-MAIL: scott.lepke@k12.sd.us
PHONE NUMBER: (605) 598-6266
1114 Court St
Faulkton, SD  57438

Flandreau Indian Boarding School
SUPERINTENDENT: Everall Fox
E-MAIL: everall.fox@bie.edu
PHONE NUMBER: (605) 997-3773
1132 North Crescent Street
Flandreau, SD  57028

Flandreau School District 50-3
SUPERINTENDENT: Rick Weber
E-MAIL: rick.weber@k12.sd.us
PHONE NUMBER: (605) 997-3263
600 W Community Dr
Flandreau, SD  57028

Florence School District 14-1
SUPERINTENDENT: Mitch Reed
E-MAIL: mitchell.reed@k12.sd.us
PHONE NUMBER: (605) 758-2412
515 Main Ave
Florence, SD  57235

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Frederick Area School District 06-2
SUPERINTENDENT: Jeff Kosters
E-MAIL: jeff.kosters@k12.sd.us
PHONE NUMBER: (605) 329-2145
202 E Main St
Frederick, SD  57441

Freeman School District 33-1
SUPERINTENDENT: Kevin Kunz
E-MAIL: kevin.kunz@k12.sd.us
PHONE NUMBER: (605) 925-4214
1001 S Wipf St
Freeman, SD  57029

Garretson School District 49-4
SUPERINTENDENT: Guy Johnson
E-MAIL: guy.johnson@k12.sd.us
PHONE NUMBER: (605) 594-3451
505 2Nd St
Garretson, SD  57030

Gayville-volin School District 63-1
SUPERINTENDENT: Jason Selchert
E-MAIL: jason.selchert@k12.sd.us
PHONE NUMBER: (605) 267-4476
100 Kingsbury
Gayville, SD  57031

Gettysburg School District 53-1
SUPERINTENDENT: Chip Sundberg
E-MAIL: chip.sundberg@k12.sd.us
PHONE NUMBER: (605) 765-2438
100 E King Ave
Gettysburg, SD 57442

Gregory School District 26-4
SUPERINTENDENT: Sara Anderson
E-MAIL: sara.anderson@k12.sd.us
PHONE NUMBER: (605) 835-9651
505 Logan
Gregory, SD  57533

Groton Area School District 06-6
SUPERINTENDENT: Joe Schwan
E-MAIL: joe.schwan@k12.sd.us
PHONE NUMBER: (605) 397-2351
406 N 2Nd Street
Groton, SD  57445

Haakon School District 27-1
SUPERINTENDENT: Jeffrey Rieckman
E-MAIL: jeffrey.rieckman@k12.sd.us
PHONE NUMBER: (605) 859-2679
330 Scottie Ave
Philip, SD  57567

Hamlin School District 28-3
SUPERINTENDENT: Patrick Kraning
E-MAIL: patrick.kraning@k12.sd.us
PHONE NUMBER: (605) 783-3631
44577 188Th St
Hayti, SD  57241

Hanson School District 30-1
SUPERINTENDENT: James Bridge
E-MAIL: james.bridge@k12.sd.us
PHONE NUMBER: (605) 239-4387
230 6Th St
Alexandria, SD 57311

Harding County School District 31-1
SUPERINTENDENT: Josh Page
E-MAIL: josh.page@k12.sd.us
PHONE NUMBER: (605) 375-3241
12474 Tipperary St.
Buffalo, SD  57720

Harrisburg School District 41-2
SUPERINTENDENT: Tim Graf
E-MAIL: tim.graf@k12.sd.us
PHONE NUMBER: (605) 743-2567
200 Willow St
Harrisburg, SD  57032

Henry School District 14-2
SUPERINTENDENT: Todd Obele
E-MAIL: todd.obele@k12.sd.us
PHONE NUMBER: (605) 532-5364
111 N Cedar
Henry, SD  57243

Herreid School District 10-1
SUPERINTENDENT: Lenny Schroeder
E-MAIL: lenny.schroeder@k12.sd.us
PHONE NUMBER: (605) 437-2263
302 Main St N
Herreid, SD  57632

Highmore-harrold 34-2
SUPERINTENDENT: Quinton Cermak
E-MAIL: quinton.cermak@k12.sd.us
PHONE NUMBER: (605) 852-2275
415 Iowa Ave S
Highmore, SD  57345

Hill City School District 51-2
SUPERINTENDENT: Blake Gardner
E-MAIL: blake.gardner@k12.sd.us
PHONE NUMBER: (605) 574-3030
488 Main St
Hill City, SD  57745

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Hitchcock Tulare School District 56-6
SUPERINTENDENT: Jeff Clark
E-MAIL: jeff.clark@k12.sd.us
PHONE NUMBER: (605) 266-2151
401 4Th Ave
Tulare, SD  57476

Hot Springs School District 23-2
SUPERINTENDENT: Dennis Fischer
E-MAIL: dennis.fischer@k12.sd.us
PHONE NUMBER: (605) 745-4145
1609 University Ave
Hot Springs, SD  57747

Hoven School District 53-2
SUPERINTENDENT: Jeremy Hurd
E-MAIL: jeremy.hurd@k12.sd.us
PHONE NUMBER: (605) 948-2252
98th 5th Ave West
Hoven, SD  57450

Howard School District 48-3
SUPERINTENDENT: Marie Lohsandt
E-MAIL: marie.lohsandt@k12.sd.us
PHONE NUMBER: (605) 772-5515
500 N Section Line
Howard, SD  57349

Huron School District 02-2
SUPERINTENDENT: Terry Nebelsick
E-MAIL: terry.nebelsick@k12.sd.us
PHONE NUMBER: (605) 353-6990
150 5Th Street Sw
Huron, SD  57350

Ipswich Public School District 22-6
SUPERINTENDENT: Trent Osborne
E-MAIL: trent.osborne@k12.sd.us
PHONE NUMBER: (605) 426-6561
211 5Th St
Ipswich, SD  57451

Irene - Wakonda School District 13-3
SUPERINTENDENT: Dave Hutchison
E-MAIL: dave.hutchison@k12.sd.us
PHONE NUMBER: (605) 263-3311
130 E State
Irene, SD  57037

Iroquois School District 02-3
SUPERINTENDENT: Mike Ruth
E-MAIL: mike.ruth@k12.sd.us
PHONE NUMBER: (605) 546-2426
111 E Washita
Iroquois, SD  57353

James Valley Education Cooperative
SUPERINTENDENT: Tracy Christensen
E-MAIL: tracy.christensen@k12.sd.us
PHONE NUMBER: (605) 995-3021
110 N Mentzer St
Mitchell, SD  57301

Jones County School District 37-3
SUPERINTENDENT: Lorrie Esmay
E-MAIL: lorrie.esmay@k12.sd.us
PHONE NUMBER: (605) 669-2297
404 Jackson Ave
Murdo, SD  57559

Kadoka Area School District 35-2
SUPERINTENDENT: Jamie Hermann
E-MAIL: jamie.hermann@k12.sd.us
PHONE NUMBER: (605) 837-2175
800 Bayberry St
Kadoka, SD  57543

Kimball School District 07-2
SUPERINTENDENT: Chris Noid
E-MAIL: chris.noid@k12.sd.us
PHONE NUMBER: (605) 778-6232
300 S East St
Kimball, SD  57355

Lake Preston School District 38-3
SUPERINTENDENT: Dana Felderman
E-MAIL: dana.felderman@k12.sd.us
PHONE NUMBER: (605) 847-4455
300 1St St Ne
Lake Preston, SD  57249

Langford Area 45-5
SUPERINTENDENT: Monte Nipp
E-MAIL: monte.nipp@k12.sd.us
PHONE NUMBER: (605) 493-6454
206 Chestnut St
Langford, SD  57454

Lead-deadwood School District 40-1
SUPERINTENDENT: Dan Leikvold
E-MAIL: dan.leikvold@k12.sd.us
PHONE NUMBER: (605) 717-3890
320 S Main St
Lead, SD  57754

Lemmon School District 52-4
SUPERINTENDENT: Steve Bucks
E-MAIL: steve.bucks@k12.sd.us
PHONE NUMBER: (605) 374-3762
209 3Rd St W
Lemmon, SD  57638

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Lennox School District 41-4
SUPERINTENDENT: Chad Conaway
E-MAIL: chad.conaway@k12.sd.us
PHONE NUMBER: (605) 647-2203
305 West 5Th Ave
Lennox, SD  57039

Leola School District 44-2
SUPERINTENDENT: Beverly Myer
E-MAIL: bev.myer@k12.sd.us
PHONE NUMBER: (605) 439-3477
820 Leola Ave
Leola, SD  57456

Lower Brule Day School
SUPERINTENDENT: Lance Witte
E-MAIL: lance.witte@k12.sd.us
PHONE NUMBER: (605) 473-0216
600 Crazy Horse Dr
Lower Brule, SD  57548

Lyman School District 42-1
SUPERINTENDENT: Rob Davis
E-MAIL: rob.davis@k12.sd.us
PHONE NUMBER: (605) 895-2579
201 S Birch Ave
Presho, SD  57568

Madison Central School District 39-2
SUPERINTENDENT: Joel Jorgenson
E-MAIL: joel.jorgenson@k12.sd.us
PHONE NUMBER: (605) 256-7700
800 Ne 9Th St
Madison, SD  57042

Marion School District 60-3
SUPERINTENDENT: David Colberg
E-MAIL: david.colberg@k12.sd.us
PHONE NUMBER: (605) 648-3615
100 S Cedar
Marion, SD  57043

Marty Indian School
SUPERINTENDENT: John Beheler
E-MAIL: john.beheler@k12.sd.us
PHONE NUMBER: (605) 384-2212
100 S Main St
Marty, SD  57361

Mccook Central School District 43-7
SUPERINTENDENT: Matt Alley
E-MAIL: matt.alley@k12.sd.us
PHONE NUMBER: (605) 425-2264
200 E Essex
Salem, SD  57058

Mcintosh School District 15-1
SUPERINTENDENT: Lynn Lawson
E-MAIL: lynn.lawson@k12.sd.us
PHONE NUMBER: (605) 273-4298
135 Main St
Mcintosh, SD  57641

Mclaughlin School District 15-2
SUPERINTENDENT: George Shipley
E-MAIL: george.shipley@k12.sd.us
PHONE NUMBER: (605) 823-4484
601 S Main
Mclaughlin, SD  57642

Meade School District 46-1
SUPERINTENDENT: Donald  Kirkegaard
E-MAIL: don.kirkegaard@k12.sd.us
PHONE NUMBER: (605) 347-2523
1230 Douglas St
Sturgis, SD  57785

Menno School District 33-2
SUPERINTENDENT: Tom Rice
E-MAIL: tom.rice@k12.sd.us
PHONE NUMBER: (605) 387-5161
410 5Th St
Menno, SD  57045

Milbank School District 25-4
SUPERINTENDENT: Tim Graf
E-MAIL: tim.graf@k12.sd.us
PHONE NUMBER: (605) 432-5579
1001 E Park Ave
Milbank, SD  57252

Miller 29-4
SUPERINTENDENT: Charlene Crosswait
E-MAIL: charlene.k.crosswait@k12.sd.us
PHONE NUMBER: (605) 853-2614
623 E 4Th St
Miller, SD  57362

Mitchell School District 17-2
SUPERINTENDENT: Joseph Graves
E-MAIL: joseph.graves@k12.sd.us
PHONE NUMBER: (605) 995-3010
800 W 10Th Ave
Mitchell, SD  57301

Mobridge-pollock 62-6
SUPERINTENDENT: Tim Frederick
E-MAIL: tim.frederick@k12.sd.us
PHONE NUMBER: (605) 845-9200
1107 1St Ave E
Mobridge, SD  57601

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Montrose School District 43-2
SUPERINTENDENT: Lonny Johnson
E-MAIL: lonny.johnson@k12.sd.us
PHONE NUMBER: (605) 363-5025
309 S Church Ave
Montrose, SD  57048

Mount Vernon School District 17-3
SUPERINTENDENT: Patrick Mikkonen
E-MAIL: pat.mikkonen@k12.sd.us
PHONE NUMBER: (605) 236-5237
500 N Main
Mount Vernon, SD  57363

Ne Ed Services Cooperative
SUPERINTENDENT: Jerry Aberle
E-MAIL: jerry.aberle@k12.sd.us
PHONE NUMBER: (605) 783-3607
310 5Th St
Hayti, SD  57241

New Underwood School District 51-3
SUPERINTENDENT: Katie Albers
E-MAIL: katie.albers@k12.sd.us
PHONE NUMBER: (605) 754-6485
300 E Ash
New Underwood, SD  57761

Newell School District 09-2
SUPERINTENDENT: Andrew Fergen
E-MAIL: andrew.fergen@k12.sd.us
PHONE NUMBER: (605) 456-2393
501 Dartmouth
Newell, SD  57760

North Central Special Ed Cooperative
SUPERINTENDENT: Kristi Hilzendeger
E-MAIL: kristi.hilzendeger@k12.sd.us
PHONE NUMBER: (605) 626-3359
1200 S Jay St
Aberdeen, SD  57401

Northeast Technical High School
SUPERINTENDENT: Bert Falak
E-MAIL: bert.falak@k12.sd.us
PHONE NUMBER: (605) 882-6380
1311 3Rd Ave Ne
Watertown, SD  57201

Northwest Area Schools Ed Cooperative
SUPERINTENDENT: Quinn Lenk
E-MAIL: quinn.lenk@k12.sd.us
PHONE NUMBER: (605) 466-2206
503 N Main
Isabel, SD  57633

Northwestern Area School District 56-7
SUPERINTENDENT: Ryan Bruns
E-MAIL: ryan.bruns@k12.sd.us
PHONE NUMBER: (605) 887-3467
221 3Rd St
Mellette, SD  57461

Oahe Special Education Cooperative
SUPERINTENDENT: Marti Schuetzle
E-MAIL: marti.schuetzle@k12.sd.us
PHONE NUMBER: (605) 649-6296
3111 Chicago St
Java, SD  57452

Oelrichs School District 23-3
SUPERINTENDENT: Mitchell Stone
E-MAIL: mstone@redstoneeducation.org
PHONE NUMBER: (605) 535-2631
214 West 7Th Street
Oelrichs, SD  57763

Oldham - Ramona School District 39-5
SUPERINTENDENT: Michael Fischer
E-MAIL: mike.fischer@k12.sd.us
PHONE NUMBER: (605) 482-8244
220 W 2Nd St
Ramona, SD  57054

Parker School District 60-4
SUPERINTENDENT: Donavan DeBoer
E-MAIL: donavan.deboer@k12.sd.us
PHONE NUMBER: (605) 297-3456
335 W 1St Street
Parker, SD  57053

Parkston School District 33-3
SUPERINTENDENT: Shayne Mcintosh
E-MAIL: shayne.mcintosh@k12.sd.us
PHONE NUMBER: (605) 928-3368
102C S Chapman Dr
Parkston, SD  57366

Pierre Indian Learning Center
SUPERINTENDENT: Veronica Pietz
E-MAIL: veronica.pietz@k12.sd.us
PHONE NUMBER: (605) 224-8661
3001 E Sully Avenue
Pierre, SD  57501

Pierre School District 32-2
SUPERINTENDENT: Kelly Glodt
E-MAIL: kelly.glodt@k12.sd.us
PHONE NUMBER: (605) 773-7300
211 S Poplar Ave
Pierre, SD  57501

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Pine Ridge Education Line Office
SUPERINTENDENT: Michael Carlow
E-MAIL: michael.carlow@bie.edu
PHONE NUMBER: (605) 867-5198
101 Thorpe Circle
Pine Ridge, SD  57770

Pine Ridge School
SUPERINTENDENT: Michael Carlow
E-MAIL: michael.carlow@bie.edu
PHONE NUMBER: (605) 867-5145
101 Thorpe Circle
Pine Ridge, SD  57770

Plankinton School District 01-1
SUPERINTENDENT: Steve Randall
E-MAIL: steve.randall@k12.sd.us
PHONE NUMBER: (605) 942-7743
404 E Davenport
Plankinton, SD  57368

Platte - Geddes School District 11-5
SUPERINTENDENT: Joel Bailey
E-MAIL: joel.bailey@k12.sd.us
PHONE NUMBER: (605) 337-3391
400 Illinois Ave.
Platte, SD 57369

Porcupine Day School
SUPERINTENDENT: Richard Milk
E-MAIL: richard@porcupineschool.org
PHONE NUMBER: (605) 867-5588
101 School Dr
Porcupine, SD  57772

Prairie Lakes Educational Cooperative
SUPERINTENDENT: Terry Stulken
E-MAIL: terry.stulken@k12.sd.us
PHONE NUMBER: (605) 256-5555
820 N Washington Ave
Madison, SD  57042

Rapid City Area School District 51-4
SUPERINTENDENT: Lori Simon
E-MAIL: rapidcitysuperintendent@k12.sd.us
PHONE NUMBER: (605) 394-4031
300 6Th St
Rapid City, SD  57701

Redfield School District 56-4
SUPERINTENDENT: George Seiler
E-MAIL: george.seiler@k12.sd.us
PHONE NUMBER: (605) 472-4520
502 E 2Nd St
Redfield, SD  57469

Rock Creek Grant School
SUPERINTENDENT: Josephine Defender
E-MAIL: josephine.defender@k12.sd.us
PHONE NUMBER: (605) 823-4971
1 Indian School Dr
Bullhead, SD  57621

Rosholt School District 54-4
SUPERINTENDENT: Brian Nelson
E-MAIL: brian.nelson@k12.sd.us
PHONE NUMBER: (605) 537-4283
202 Finley Ave
Rosholt, SD  57260

Rutland School District 39-4
SUPERINTENDENT: Peter Books
E-MAIL: peter.books@k12.sd.us
PHONE NUMBER: (605) 586-4352
102 School Street
Rutland, SD  57057

Sanborn Central School District 55-5
SUPERINTENDENT: Justin Siemsen
E-MAIL: justin.siemsen@k12.sd.us
PHONE NUMBER: (605) 495-4183
40405 Sd Hwy 34
Forestburg, SD  57314

Scotland School District 04-3
SUPERINTENDENT: Tim Hagedorn
E-MAIL: tim.hagedorn@k12.sd.us
PHONE NUMBER: (605) 583-2717
711 4Th St
Scotland, SD  57059

Sd Sch For The Blind & Visually Impaired
SUPERINTENDENT: Claudean Hluchy
E-MAIL: claudean.hluchy@sdsbvi.northern.edu
PHONE NUMBER: (605) 626-2580
423 17Th Ave Se
Aberdeen, SD  57401

Selby Area School District 62-5
SUPERINTENDENT: Lenny Schroeder
E-MAIL: lenny.schroeder@k12.sd.us
PHONE NUMBER: (605) 649-7818
108 E Dakota St
Selby, SD  57472

Shannon County School District 65-1
SUPERINTENDENT: Anthony Fairbanks
E-MAIL: anthony.fairbanks@k12.sd.us
PHONE NUMBER: (605) 288-1921
206 School St
Batesland, SD  57716

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Sioux Falls School District 49-5
SUPERINTENDENT: Brian Maher
E-MAIL: brian.maher@k12.sd.us
PHONE NUMBER: (605) 367-7900
201 E 38Th St
Sioux Falls, SD  57105

Sioux Valley School District 05-5
SUPERINTENDENT: Laura Schuster
E-MAIL: laura.schuster@k12.sd.us
PHONE NUMBER: (605) 627-5657
200 Hansina Ave
Volga, SD  57071

Sisseton School District 54-2
SUPERINTENDENT: Tammy Meyer
E-MAIL: tammy.meyer@k12.sd.us
PHONE NUMBER: (605) 698-7613
516 8Th Ave W
Sisseton, SD  57262

Sitting Bull School
SUPERINTENDENT: Virginia Feather
E-MAIL: virginia.longfeather@k12.sd.us
PHONE NUMBER: (605) 823-4235
234 1st School Street
Little Eagle, SD  57639

Smee School District 15-3
SUPERINTENDENT: Jay Shillingstad
E-MAIL: jay.shillingstad@k12.sd.us
PHONE NUMBER: (605) 845-3040
12250 Sd Hwy 1806
Wakpala, SD  57658

South Central 26-5
SUPERINTENDENT: Jeremy Wollman
E-MAIL: jeremy.wollman@k12.sd.us
PHONE NUMBER: (605) 654-2314
410 Birdsell St
Bonesteel, SD  57317

South Central Cooperative
SUPERINTENDENT: Linda Foos
E-MAIL: linda.foos@k12.sd.us
PHONE NUMBER: (605) 589-3134
406 East Lawyer Street
Tyndall, SD  57066

Southeast Area Cooperative
SUPERINTENDENT: Patricia West
E-MAIL: tricia.west@k12.sd.us
PHONE NUMBER: (605) 763-5096
1109 W Cedar
Beresford, SD  57004

Spearfish School District 40-2
SUPERINTENDENT: Kirk Easton
E-MAIL: keaston@spearfish.k12.sd.us
PHONE NUMBER: (605) 717-1201
525 E Illinois
Spearfish, SD  57783

St Francis Indian School
SUPERINTENDENT: Luann Werdel
E-MAIL: lwerdel@sfisk12.org
PHONE NUMBER: (605) 747-2299
379 Oak Street
St Francis, SD  57572

Stanley County School District 57-1
SUPERINTENDENT: Daniel Hoey
E-MAIL: daniel.hoey@k12.sd.us
PHONE NUMBER: (605) 223-7741
03 E 2Nd Ave
Fort Pierre, SD  57532

Stickney School District 01-2
SUPERINTENDENT: Robert Krietlow
E-MAIL: bob.krietlow@k12.sd.us
PHONE NUMBER: (605) 732-4221
506 E Main
Stickney, SD  57375

Stickney-corsica School District
SUPERINTENDENT: Scott Muckey
E-MAIL: scott.muckey@k12.sd.us
PHONE NUMBER: (605) 946-5475
120 S Napoleon Ave
Corsica, SD  57328

Summit School District 54-6
SUPERINTENDENT: Mike Schmidt
E-MAIL: mike.schmidt@k12.sd.us
PHONE NUMBER: (605) 398-6211
400 W Sherman Ave
Summit, SD  57266

Takini School
SUPERINTENDENT: Kit Veit
E-MAIL: kit.veit@bie.edu
PHONE NUMBER: (605) 538-4399
Hwy 34E Cherry Creek Rd
Howes, SD  57748

Tea Area School District 41-5
SUPERINTENDENT: Jennifer Lowery
E-MAIL: jennifer.lowery@k12.sd.us
PHONE NUMBER: (605) 498-2700
131 N Poplar
Tea, SD  57064

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Three-rivers Special Serv Cooperative
SUPERINTENDENT: Julie Mathiesen
E-MAIL: jmathiesen@trssc.org
PHONE NUMBER: (605) 859-2244
100 E Pine St
Philip, SD  57567

Timber Lake School District 20-3
SUPERINTENDENT: Dan Martin
E-MAIL: dan.martin@k12.sd.us
PHONE NUMBER: (605) 865-3654
500 Main St
Timber Lake, SD  57656

Tiospa Zina Tribal School
SUPERINTENDENT: Jen Heath
E-MAIL: jheath@tzts.us
PHONE NUMBER: (605) 698-3954
1 Tiospa Zina Dr
Agency Village, SD  57262

Tiospaye Topa School
SUPERINTENDENT: Brent Mareska
E-MAIL: brent.mareska@bie.edu
PHONE NUMBER: (605) 733-2290
123 E Highway 212
Ridgeview, SD  57652

Todd County School District 66-1
SUPERINTENDENT: Carol Galbraith
E-MAIL: carol.galbraith@k12.sd.us
PHONE NUMBER: (605) 856-3501
E Denver Dr
Mission, SD  57555

Tripp-delmont School District 33-5
SUPERINTENDENT: Andrea Powell
E-MAIL: andrea.powell@k12.sd.us
PHONE NUMBER: (605) 935-6766
105 S Sloan
Tripp, SD  57376

Tri-valley School District 49-6
SUPERINTENDENT: Mike Lodmel
E-MAIL: mike.lodmel@k12.sd.us
PHONE NUMBER: (605) 446-3538
46450 252Nd St
Colton, SD  57018

Vermillion School District 13-1
SUPERINTENDENT: Damon Alvey
E-MAIL: damon.alvey@k12.sd.us
PHONE NUMBER: (605) 677-7000
17 Prospect St
Vermillion, SD  57069

Viborg-hurley School District 60-6
SUPERINTENDENT: Peggy Petersen
E-MAIL: peggy.petersen@k12.sd.us
PHONE NUMBER: (605) 766-5418
203 W Park Ave
Viborg, SD  57070

Wagner Community School District 11-4
SUPERINTENDENT: Shad Storley
E-MAIL: shad.storley@k12.sd.us
PHONE NUMBER: (605) 384-3677
101 Walnut Ave Sw
Wagner, SD  57380

Wall School District 51-5
SUPERINTENDENT: Dan Baldwin
E-MAIL: dan.baldwin@k12.sd.us
PHONE NUMBER: (605) 279-2156
401 S Blvd W
Wall, SD  57790

Warner School District 06-5
SUPERINTENDENT: Michael Kroll
E-MAIL: michael.kroll@k12.sd.us
PHONE NUMBER: (605) 225-6194
110 1St Ave Sw
Warner, SD  57479

Watertown School District 14-4
SUPERINTENDENT: Jeff Danielsen
E-MAIL: jeff.danielsen@k12.sd.us
PHONE NUMBER: (605) 882-6312
200 Ne 9Th St
Watertown, SD  57201

Waubay School District 18-3
SUPERINTENDENT: Alan Neville
E-MAIL: alan.neville@k12.sd.us
PHONE NUMBER: (605) 947-4529
202 W School Rd
Waubay, SD  57273

Waverly School District 14-5
SUPERINTENDENT: Jon Meyer
E-MAIL: jon.meyer@k12.sd.us
PHONE NUMBER: (605) 886-9174
319 Mary Pl
Waverly, SD  57201

Webster Area 18-5
SUPERINTENDENT: James Block
E-MAIL: jim.block@k12.sd.us
PHONE NUMBER: (605) 345-3548
102 E 9Th Ave
Webster, SD  57274

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Wessington Springs School District 36-2
SUPERINTENDENT: Pandi Pittman
E-MAIL: pandi.pittman@k12.sd.us
PHONE NUMBER: (605)-539-9391
302 Dakota Ave N
Wessington Springs, SD  57382

West Central School District 49-7
SUPERINTENDENT: Brad Berens
E-MAIL: brad.berens@k12.sd.us
PHONE NUMBER: (605) 528-3217
705 E 2Nd St
Hartford, SD  57033

White Lake School District 01-3
SUPERINTENDENT: Robert Schroeder
E-MAIL: robert.schroeder@k12.sd.us
PHONE NUMBER: (605) 249-2251
502 E Division St
White Lake, SD  57383

White River School District 47-1
SUPERINTENDENT: Thomas Cameron
E-MAIL: thomas.cameron@k12.sd.us
PHONE NUMBER: (605) 259-3311
501 E 3Rd St
White River, SD  57579

Willow Lake School District 12-3
SUPERINTENDENT: Chris Lee
E-MAIL: chris.lee@k12.sd.us
PHONE NUMBER: (605) 625-5945
400 Garfield St
Willow Lake, SD  57278

Wilmot School District 54-7
SUPERINTENDENT: Larry Hulscher
E-MAIL: larry.hulscher@k12.sd.us
PHONE NUMBER: (605) 938-4647
800 Ordway St
Wilmot, SD  57279

Winner School District 59-2
SUPERINTENDENT: Keven Morehart
E-MAIL: keven.morehart@k12.sd.us
PHONE NUMBER: (605) 842-8101
431 E 7Th St
Winner, SD  57580

Wolsey Wessington School District 02-6
SUPERINTENDENT: James Cutshaw
E-MAIL: james.cutshaw@k12.sd.us
PHONE NUMBER: (605) 883-4221
375 Ash St Se
Wolsey, SD  57384

Woonsocket School District 55-4
SUPERINTENDENT: Rodrick Weber
E-MAIL: rod.weber@k12.sd.us
PHONE NUMBER: (605) 796-4431
101 N 2Nd Ave
Woonsocket, SD  57385

Yankton School District 63-3
SUPERINTENDENT: Wayne Kindle
E-MAIL: wkindle@ysd.k12.sd.us
PHONE NUMBER: (605) 665-3980
2410 West City Limits Road
Yankton, SD  57078

Achievement School District
SUPERINTENDENT: Lisa Settle
E-MAIL: lsettle@tnasd.org
PHONE NUMBER: (901) 260-9649
1350 Concourse Ave.
Memphis, TN  38104

Alamo
SUPERINTENDENT: Reecha Black
E-MAIL: blackr@alamoschool.org
PHONE NUMBER: (731) 696-5515
264 East  Park St
Alamo, TN  38001

Alcoa
SUPERINTENDENT: Rebecca Stone
E-MAIL: rstone@alcoaschools.net
PHONE NUMBER: (865) 984-0531
524 Faraday St
Alcoa, TN  37701

Alvin C York Institute
SUPERINTENDENT: Joseph Miller
E-MAIL: jmiller2@yaidragons.com
PHONE NUMBER: (931) 879-8101
701 North Main Street
Jamestown, TN  38556

Anderson County
SUPERINTENDENT: Tim Parrott
E-MAIL: tparrott@acs.ac
PHONE NUMBER: (865) 463-2800
Suite 500  101 South Main
Clinton, TN  37716

Arlington
SUPERINTENDENT: Jeff Mayo
E-MAIL: jeff.mayo@acsk-12.org
PHONE NUMBER: (901) 389-2497
5475 Airline Rd
Arlington, TN  38002

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Athens
SUPERINTENDENT: Melanie Miller
E-MAIL: mmiller@athensk8.net
PHONE NUMBER: (423) 745-2863
943 Crestway Dr
Athens, TN  37303

Bartlett
SUPERINTENDENT: David Stephens
E-MAIL: david.stephens@bartlettschools.org
PHONE NUMBER: (901)202-0855
5650 Woodlawn ST
Bartlett, TN  38134

Bedford County
SUPERINTENDENT: Don Embry
E-MAIL: embryd@bedfordk12tn.net
PHONE NUMBER: (931) 684-3284
500 Madison St
Shelbyville, TN  37160

Bells
SUPERINTENDENT: Mark Wallace
E-MAIL: markwallace@bellscityschool.org
PHONE NUMBER: (731) 663-2041
4547 Hwy  88 South
Bells, TN  38006

Benton County
SUPERINTENDENT: Mark Florence
E-MAIL: mark.florence@bcos.org
PHONE NUMBER: (731) 584-6111
197 Briarwood St
Camden, TN  38320

Bledsoe County
SUPERINTENDENT: Jennifer Terry
E-MAIL: jterry66@bledsoecountyschools.org
PHONE NUMBER: (423) 447-2914
478 Spring Street St
Pikeville, TN  37367

Blount County
SUPERINTENDENT: Rob Britt
E-MAIL: rob.britt@blountk12.org
PHONE NUMBER: (865) 984-1212
831 Grandview Dr
Maryville, TN  37803

Bradford
SUPERINTENDENT: Dan Black
E-MAIL: dblack@bradfordspecial.com
PHONE NUMBER: (731) 742-3180
106 W Front St
Bradford, TN  38316

Bradley County
SUPERINTENDENT: Linda Cash
E-MAIL: lcash@bradleyschools.org
PHONE NUMBER: (423) 476-0620
800 South  Lee Hw
Cleveland, TN  37311

Bristol
SUPERINTENDENT: Annette Tudor
E-MAIL: tudora@btcs.org
PHONE NUMBER: (423) 652-9451
615 Martin Luther King Jr Bl
Bristol, TN  37620

Campbell County
SUPERINTENDENT: Jennifer Fields
E-MAIL: jennifer.fields@ccpstn.net
PHONE NUMBER: (423) 562-8377
172 Valley St
Jacksboro, TN  37757

Cannon County
SUPERINTENDENT: William Curtis
E-MAIL: williamf.curtis@ccstn.net
PHONE NUMBER: (615) 563-5752
301 West Main St
Woodbury, TN  37190

Carroll County
SUPERINTENDENT: John Mcadams
E-MAIL: jmcadams@carrollschools.com
PHONE NUMBER: (731) 986-4482
14155 Paris St
Huntingdon, TN  38344

Carter County
SUPERINTENDENT: Tracy Mcabee
E-MAIL: tracymcabee@carterk12.net
PHONE NUMBER: (423) 547-4000
305 Academy St
Elizabethton, TN  37643

Cheatham County
SUPERINTENDENT: Cathy Beck
E-MAIL: cathy.beck@ccstn.org
PHONE NUMBER: (615) 792-5664
102 Elizabeth St
Ashland City, TN  37015

Chester County
SUPERINTENDENT: Troy Kilzer
E-MAIL: troy.kilzer@chestercountyschools.org
PHONE NUMBER: (731) 989-5134
970 East Main
Henderson, TN  38340

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Claiborne County
SUPERINTENDENT: Linda Keck
E-MAIL: linda.keck@clailbornecsd.org
PHONE NUMBER: (423) 626-3543
1403 Tazewell Rd
Tazewell, TN  37879

Clay County
SUPERINTENDENT: Matt Eldridge
E-MAIL: meldridge@clayedu.com
PHONE NUMBER: (931) 243-3141
520 South Brown St
Celina, TN  38551

Cleveland
SUPERINTENDENT: Russell Dyer
E-MAIL: rdyer@clevelandschools.org
PHONE NUMBER: (423) 472-9571
4300 Mouse  Creek Nw Rd
Cleveland, TN  37312

Clinton
SUPERINTENDENT: Kelly Johnson
E-MAIL: johnsonk@clintonschools.org
PHONE NUMBER: (865) 457-0159
212 N  Hicks St
Clinton, TN  37716

Cocke County
SUPERINTENDENT: Manney Moore
E-MAIL: moorem@mail.cocke.k12.tn.us
PHONE NUMBER: (423) 623-7821
305 Hedrick Dr
Newport, TN  37821

Coffee County
SUPERINTENDENT: Charles Lawson
E-MAIL: lawsonc@k12coffee.net
PHONE NUMBER: (931) 723-5150
1343 Mcarthur St
Manchester, TN  37355

Collierville
SUPERINTENDENT: Gary Lilly
E-MAIL: glilly@colliervilleschools.org
PHONE NUMBER: (901) 861-7000
146 College St.
Collierville, TN  38017

Crockett County
SUPERINTENDENT: Phillip Pratt
E-MAIL: phillip.pratt@crockettcavs.net
PHONE NUMBER: (731) 696-2604
102 North Cavalier Dr
Alamo, TN  38001

Cumberland County
SUPERINTENDENT: Ina Maxwell
E-MAIL: maxwelli@ccschools.k12tn.net
PHONE NUMBER: (931) 484-8091
368 4Th St
Crossville, TN  38555

Davidson County
SUPERINTENDENT: Adrienne Battle
E-MAIL: directorofschools@mnps.org
PHONE NUMBER: (615) 259-4636
2601 Bransford Av
Nashville, TN  37204

Dayton
SUPERINTENDENT: Robert Greene
E-MAIL: greenero@daytoncity.net
PHONE NUMBER: (423) 775-8414
520 Cherry St
Dayton, TN  37321

Decatur County
SUPERINTENDENT: Chris Villaflor
E-MAIL: Chris.Villaflor@decaturschools.org
PHONE NUMBER: (731) 852-2391
59 West Main St
Decaturville, TN  38329

Dekalb County
SUPERINTENDENT: Patrick Cripps
E-MAIL: patrickcripps@dekalbschools.net
PHONE NUMBER: (615) 597-4084
110 South Public Square
Smithville, TN  37166

Dickson County
SUPERINTENDENT: Danny Weeks
E-MAIL: dweeks@dcbe.org
PHONE NUMBER: (615) 446-7571
817 N  Charlotte St
Dickson, TN  37055

Dyer County
SUPERINTENDENT: Cheryl Mathis
E-MAIL: cmathis@dyercs.net
PHONE NUMBER: (731) 285-6712
159 Everett Av
Dyersburg, TN  38024

Dyersburg
SUPERINTENDENT: Kim Worley
E-MAIL: kworley@dyersburgcityschools.org
PHONE NUMBER: (731) 286-3600
509 Lake Rd
Dyersburg, TN  38024

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Elizabethton
SUPERINTENDENT: Corey Gardenhour
E-MAIL: corey.gardenhour@ecschools.net
PHONE NUMBER: (423) 547-8000
804 S  Watauga Av
Elizabethton, TN  37643

Etowah
SUPERINTENDENT: Mike Frazier
E-MAIL: frazierm@etowahcityschool.com
PHONE NUMBER: (423) 263-5483
858 8Th St
Etowah, TN  37331

Fayette County
SUPERINTENDENT: Marlon King
E-MAIL: superintendent@fcsk12.net
PHONE NUMBER: (901) 465-5260
126 West Market St
Somerville, TN  38068

Fayetteville
SUPERINTENDENT: Bill Hopkins
E-MAIL: hopkinsb@fcsboe.org
PHONE NUMBER: (931) 433-5542
110A South  Elk Av
Fayetteville, TN  37334

Fentress County
SUPERINTENDENT: Mike Jones
E-MAIL: mike.jones@fentressboe.com
PHONE NUMBER: (931) 879-9218
1011 Old Hwy 127
Jamestown, TN  38556

Franklin County
SUPERINTENDENT: Stanley Bean
E-MAIL: stanley.bean@fcstn.net
PHONE NUMBER: (931) 967-0626
215 South College St
Winchester, TN  37398

Franklin Ssd
SUPERINTENDENT: David Snowden
E-MAIL: dsnowden@fssd.org
PHONE NUMBER: (615) 794-6624
507 Highway  96 West
Franklin, TN  37064

Germantown
SUPERINTENDENT: Jason Manuel
E-MAIL: jason.manuel@gmsdk12.org
PHONE NUMBER: (901) 752-7900
6685 Poplar Ave. Suite 202
Germantown, TN  38138

Gibson Co Sp Dist
SUPERINTENDENT: Eddie Pruett
E-MAIL: epruett@gcssd.org
PHONE NUMBER: (731) 692-3803
130 Trenton Highway
Dyer, TN  38330

Giles County
SUPERINTENDENT: Vickie Beard
E-MAIL: vbeard@gcboe.us
PHONE NUMBER: (931)363-4558
270  Richland  DR
Pulaski, TN  38478

Grainger County
SUPERINTENDENT: Edwin Jarnagin
E-MAIL: ej@gcs123.net
PHONE NUMBER: (865) 828-3611
7850 Rutledge Pk
Rutledge, TN  37861

Greene County
SUPERINTENDENT: David Mclain
E-MAIL: david.mclain@gcstn.org
PHONE NUMBER: (423) 639-4194
910 Summer St
Greeneville, TN  37743

Greeneville
SUPERINTENDENT: Steve Starnes
E-MAIL: starness@gcschools.net
PHONE NUMBER: (423) 787-8000
129 West Depot St
Greeneville, TN  37744

Grundy County
SUPERINTENDENT: Glenda Dykes
E-MAIL: gdykes@grundyk12.com
PHONE NUMBER: (931) 692-3467
1376 Main St
Altamont, TN  37301

Hamblen County
SUPERINTENDENT: Jeff Perry
E-MAIL: perryc@hcboe.net
PHONE NUMBER: (423) 586-7700
210 East  Morris Bl
Morristown, TN  37813

Hamilton County
SUPERINTENDENT: Bryan Johnson
E-MAIL: Johnson_bryan@hcde.org
PHONE NUMBER: (423) 209-8538
3074 Hickory Valley Rd
Chattanooga, TN  37421

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Hancock County
SUPERINTENDENT: Michael Belcher
E-MAIL: michael.belcher@hcsk12.com
PHONE NUMBER: (423) 733-2591
418 Harrison St
Sneedville, TN  37869

Hardeman County
SUPERINTENDENT: Warner Ross
E-MAIL: rossw@hardemancountyschools.org
PHONE NUMBER: (731) 658-2510
10815 Old Hwy. 64
Bolivar, TN  38008

Hardin County
SUPERINTENDENT: Michael Davis
E-MAIL: michael.davis@hctnschools.com
PHONE NUMBER: (731) 925-3943
155 Guinn St
Savannah, TN  38372

Hawkins County
SUPERINTENDENT: Matt Hixson
E-MAIL: matt.hixson@hck12.net
PHONE NUMBER: (423) 272-7629
200 N  Depot St
Rogersville, TN  37857

Haywood County
SUPERINTENDENT: Joey Hassell
E-MAIL: joey.hassell@hcsk12.net
PHONE NUMBER: (731) 772-9613
900 East Main St
Brownsville, TN  38012

Henderson County
SUPERINTENDENT: Steve Wilkinson
E-MAIL: wilkinson.steve@hcschoolstn.org
PHONE NUMBER: (731) 968-3661
35 East Wilson St
Lexington, TN  38351

Henry County
SUPERINTENDENT: Leah Watkins
E-MAIL: watkinsl@henryk12.net
PHONE NUMBER: (731) 642-9733
217 Grove Bl
Paris, TN  38242

Hickman County
SUPERINTENDENT: Michelle Gilbert
E-MAIL: michelle.gilbert@hickmank12.org
PHONE NUMBER: (931) 729-3391
115 Murphree Av
Centerville, TN  37033

Hollow Rock - Bruceton
SUPERINTENDENT: David Duncan
E-MAIL: duncand@hrbk12.org
PHONE NUMBER: (731) 418-4180
29590 Broad St
Bruceton, TN  38317

Houston County
SUPERINTENDENT: Kris Mcaskill
E-MAIL: mcaskillk@houstonk12tn.net
PHONE NUMBER: (931) 289-4148
6460 Hwy 13 South
Erin, TN  37061

Humboldt
SUPERINTENDENT: Versie Hamlett
E-MAIL: versie.hamlett@hcsvikings.org
PHONE NUMBER: (731) 784-2652
2602 Viking Dr
Humboldt, TN 38343

Humphreys County
SUPERINTENDENT: Richard Rye
E-MAIL: ryer@hcss.org
PHONE NUMBER: (931) 296-2568
2443 Hwy  70 E
Waverly, TN  37185

Huntingdon
SUPERINTENDENT: Pat Dillahunty
E-MAIL: pdillahunty@huntingdonschools.net
PHONE NUMBER: (731) 986-2222
585 High St
Huntingdon, TN  38344

Jackson County
SUPERINTENDENT: Kristy Brown
E-MAIL: kristybrown@jacksoncoschools.com
PHONE NUMBER: (931) 268-0268
711 School Dr
Gainesboro, TN  38562

Jefferson County
SUPERINTENDENT: Shane Johnston
E-MAIL: sjohnston@jcboe.net
PHONE NUMBER: (865) 397-3194
1221 Gay St
Dandridge, TN  37725

Johnson City
SUPERINTENDENT: Steve Barnett
E-MAIL: barnetts@jcschools.org
PHONE NUMBER: (423) 434-5200
100 E. Maple
Johnson City, TN  37605

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Johnson County
SUPERINTENDENT: Mischelle Simcox
E-MAIL: msimcox@jocoed.net
PHONE NUMBER: (423) 727-2640
211 N  Church St
Mountain City, TN  37683

Kingsport
SUPERINTENDENT: Jeff Moorhouse
E-MAIL: jmoorhouse@k12k.com
PHONE NUMBER: (423) 378-2100
400 Clinchfield St
Kingsport, TN  37660

Knox County
SUPERINTENDENT: Bob Thomas
E-MAIL: bob.thomas@knoxschools.org
PHONE NUMBER: (865) 594-1620
912 South  Gay St
Knoxville, TN  37902

Lake County
SUPERINTENDENT: Sherry Darnell
E-MAIL: sherry@lcfalcons.net
PHONE NUMBER: (731) 253-6601
819 Mcbride
Tiptonville, TN  38079

Lakeland
SUPERINTENDENT: Ted Horrell
E-MAIL: thorrell@lakelandk12.org
PHONE NUMBER: (901) 867-5412
10001 Hwy 70
Lakeland, TN  38002

Lauderdale County
SUPERINTENDENT: Shawn Kimble
E-MAIL: skimble@mail.lced.net
PHONE NUMBER: (731) 635-2941
321 Armory Street
Ripley, TN  38063

Lawrence County
SUPERINTENDENT: Johnny Mcdaniel
E-MAIL: johnny.mcdaniel@lcss.us
PHONE NUMBER: (931) 762-3581
700 Mahr Av
Lawrenceburg, TN  38464

Lebanon
SUPERINTENDENT: Scott Benson
E-MAIL: scott.benson@lssd.org
PHONE NUMBER: (615) 449-6060
701 Coles  Ferry Pk
Lebanon, TN  37087

Lenoir City
SUPERINTENDENT: Jeanne Barker
E-MAIL: jkbarker@lenoircityschools.net
PHONE NUMBER: (865) 986-8058
2145 Harrison Av
Lenoir City, TN  37771

Lewis County
SUPERINTENDENT: Benny Pace
E-MAIL: bpace@lewisk12.org
PHONE NUMBER: (931) 796-3264
206 S  Court St
Hohenwald, TN  38462

Lexington
SUPERINTENDENT: Cindy Olive
E-MAIL: olivec@caywood.org
PHONE NUMBER: (731) 967-5591
99 Monroe Av
Lexington, TN  38351

Lincoln County
SUPERINTENDENT: Bill Heath
E-MAIL: bheath@lcdoe.org
PHONE NUMBER: (931) 433-3565
206 E  Davidson Dr
Fayetteville, TN  37334

Loudon County
SUPERINTENDENT: Michael Garren
E-MAIL: garrenm@loudoncounty.org
PHONE NUMBER: (865) 458-5411
100 River Rd
Loudon, TN  37774

Macon County
SUPERINTENDENT: Tony Boles
E-MAIL: tboles@maconcountyschools.org
PHONE NUMBER: (615) 666-2125
501 College St
Lafayette, TN  37083

Madison County
SUPERINTENDENT: Marlon King
E-MAIL: mdking@jmcss.org
PHONE NUMBER: (731) 664-2500
310 North Pw
Jackson, TN  38305

Manchester
SUPERINTENDENT: Joey Vaughn
E-MAIL: jvaughn@k12mcs.net
PHONE NUMBER: (931) 728-2316
215 East  Fort St
Manchester, TN  37355

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Marion County
SUPERINTENDENT: Mark Griffith
E-MAIL: mgriffith@mctns.net
PHONE NUMBER: (423) 942-3434
204 Betsy Pack Dr
Jasper, TN 37347

Marshall County
SUPERINTENDENT: Jacob Sorrells
E-MAIL: jacob.sorrells@mcstn.net
PHONE NUMBER: (931) 359-1581
700 Jones Cr
Lewisburg, TN 37091

Maryville
SUPERINTENDENT: Mike Winstead
E-MAIL: mike.winstead@maryville-schools.org
PHONE NUMBER: (865) 982-7121
833 Lawrence Av
Maryville, TN 37803

Maury County
SUPERINTENDENT: Chris Marczak
E-MAIL: cmarczak@mauryk12.org
PHONE NUMBER: (931) 388-8403
501 West 8Th St
Columbia, TN 38401

Mckenzie
SUPERINTENDENT: Lynn Watkins
E-MAIL: watkinsl@mckenzieschools.org
PHONE NUMBER: (731) 352-2246
114 W Bell Av
Mckenzie, TN 38201

Mcminn County
SUPERINTENDENT: Lee Parkison
E-MAIL: lparkison@mcminnschools.com
PHONE NUMBER: (423) 745-1612
3 South Hill St
Athens, TN 37303

Mcnairy County
SUPERINTENDENT: Greg Martin
E-MAIL: marting@mcnairy.org
PHONE NUMBER: (731) 645-3267
170 West Court Avenue
Selmer, TN 38375

Meigs County
SUPERINTENDENT: Clint Baker
E-MAIL: clint@meigsboe.net
PHONE NUMBER: (423) 334-5793
345 North Main Street
Decatur, TN 37322

Milan
SUPERINTENDENT: Jonathan Criswell
E-MAIL: Criswellj@milanssd.org
PHONE NUMBER: (731) 686-0844
1165 South Main St
Milan, TN 38358

Millington
SUPERINTENDENT: James Griffin
E-MAIL: jgriffin@millingtonschools.org
PHONE NUMBER: (901) 873-5680
5020 Second Avenue
Millington, TN 38053

Monroe County
SUPERINTENDENT: Deanne Mcclendon
E-MAIL: mcclendond@monroe.k12.tn.us
PHONE NUMBER: (423) 442-2373
205 Oak Grove Rd
Madisonville, TN 37354

Montgomery County
SUPERINTENDENT: Millard House
E-MAIL: millard.house@cmcss.net
PHONE NUMBER: (931) 648-5600
621 Gracey Av
Clarksville, TN 37040

Moore County
SUPERINTENDENT: Chad Moorehead
E-MAIL: mcdos@moorecountyschools.net
PHONE NUMBER: (931) 759-7303
241 Main St
Lynchburg, TN 37352

Morgan County
SUPERINTENDENT: David Treece
E-MAIL: treeced@mcsed.net
PHONE NUMBER: (423) 346-6214
136 Flat Fork Rd
Wartburg, TN 37887

Murfreesboro
SUPERINTENDENT: Ralph Ringstaff
E-MAIL: ralph.ringstaff@cityschools.net
PHONE NUMBER: (615) 893-2313
2552 South Church St
Murfreesboro, TN 37127

Newport
SUPERINTENDENT: Sandra Burchette
E-MAIL: Sandra.Burchette@NewportGrammar.org
PHONE NUMBER: (423) 625-0686
301 College St
Newport, TN 37821

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Oak Ridge
SUPERINTENDENT: Bruce Borchers
E-MAIL: btborchers@ortn.edu
PHONE NUMBER: (865) 425-9001
304 New York Av
Oak Ridge, TN  37831

Obion County
SUPERINTENDENT: Tim Watkins
E-MAIL: twatkins@ocboe.com
PHONE NUMBER: (731) 885-9743
316 South Third St
Union City, TN  38261

Oneida
SUPERINTENDENT: Jeanny Phillips
E-MAIL: jphillips@oneidaschools.org
PHONE NUMBER: (423) 569-8912
195 North Bank
Oneida, TN  37841

Overton County
SUPERINTENDENT: Mark Winningham
E-MAIL: mwinningham2@overtoncountyschools.net
PHONE NUMBER: (931) 823-1287
302 Zachary St
Livingston, TN  38570

Paris
SUPERINTENDENT: Norma Gerrell
E-MAIL: norma.gerrell@parisssd.org
PHONE NUMBER: (731) 642-9322
1219 Hwy 641 S
Paris, TN  38242

Perry County
SUPERINTENDENT: Eric Lomax
E-MAIL: elomax@perrycountyschools.us
PHONE NUMBER: (931) 589-2102
857 Squirrel Hollow Dr
Linden, TN  37096

Pickett County
SUPERINTENDENT: Dianne Elder
E-MAIL: diane.elder@pickettk12.net
PHONE NUMBER: (931) 864-3123
141 Skyline Dr
Byrdstown, TN  38549

Polk County
SUPERINTENDENT: James Jones
E-MAIL: jjones@polkcountyschools.com
PHONE NUMBER: (423) 299-0471
131 Stephens St
Benton, TN  37307

Putnam County
SUPERINTENDENT: Corby King
E-MAIL: kingc11@pcsstn.com
PHONE NUMBER: (931) 526-9777
1400 East Spring St
Cookeville, TN  38506

Rhea County
SUPERINTENDENT: Jerry Levengood
E-MAIL: levengoodj@rheacounty.org
PHONE NUMBER: (423) 775-7812
305 California Av
Dayton, TN  37321

Richard City
SUPERINTENDENT: Beth Webb
E-MAIL: bwebb@richardhardy.org
PHONE NUMBER: (423) 837-7282
1620 Hamilton Av
South Pittsburg, TN  37380

Roane County
SUPERINTENDENT: Ladonna Mcfall
E-MAIL: lmcfall@roaneschools.com
PHONE NUMBER: (865)376-5592
105  Bluff  RD
Kingston, TN  37763

Robertson County
SUPERINTENDENT: Chris Causey
E-MAIL: chris.causey@rcstn.net
PHONE NUMBER: (615) 384-5588
800 M. S. Couts Blvd
Springfield, TN  37172

Rutherford County
SUPERINTENDENT: Bill Spurlock
E-MAIL: spurlockb@rcschools.net
PHONE NUMBER: (615) 893-5812
2240 Southpark Bl
Murfreesboro, TN  37128

Scott County
SUPERINTENDENT: Billy Hall
E-MAIL: bill.hall@scottcounty.net
PHONE NUMBER: (423) 663-2159
208 Court St
Huntsville, TN  37756

Sequatchie County
SUPERINTENDENT: Michael Swafford
E-MAIL: swafford@sequatchie.k12.tn.us
PHONE NUMBER: (423) 949-3617
878 Cordell Dr
Dunlap, TN  37327

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Sevier County
SUPERINTENDENT: Jack Parton
E-MAIL: jackparton@sevier.org
PHONE NUMBER: (865) 453-4671
226 Cedar St
Sevierville, TN  37862

Shelby County
SUPERINTENDENT: Dorsey Hopson
E-MAIL: superintendent@scsk12.org
PHONE NUMBER: (901) 416-5300
160 S  Hollywood
Memphis, TN  38112

Smith County
SUPERINTENDENT: Barry Smith
E-MAIL: smithb@smithcoedu.net
PHONE NUMBER: (615) 735-9625
126 S C M S Lane
Carthage, TN  37030

South Carroll
SUPERINTENDENT: Tony Tucker
E-MAIL: tony.tucker@clarksburgschool.net
PHONE NUMBER: (731)986-3165
145 Clarksburg RD
Clarksburg, TN  38324

Stewart County
SUPERINTENDENT: Mike Craig
E-MAIL: mikecraig@stewartcountyschools.org
PHONE NUMBER: (931) 232-5176
1031 Spring St
Dover, TN  37058

Sullivan County
SUPERINTENDENT: David Cox
E-MAIL: david.cox@sullivank12.net
PHONE NUMBER: (423) 354-1000
154 Blountville By-Pass
Blountville, TN  37617

Sumner County
SUPERINTENDENT: Del Phillips
E-MAIL: del.phillips@sumnerschools.org
PHONE NUMBER: (615) 451-5200
695 East Main St
Gallatin, TN  37066

Sweetwater
SUPERINTENDENT: Rodney Boruff
E-MAIL: rodney.boruff@scstn.net
PHONE NUMBER: (423) 337-7051
203 Monroe St
Sweetwater, TN  37874

Tenn Sch For Deaf
SUPERINTENDENT: Vicki Kirk
E-MAIL: v.kirk@tsdeaf.org
PHONE NUMBER: (865) 579-2500
5475 Airline Rd
Knoxville, TN  37920

Tenn School For Blind
SUPERINTENDENT: David Martin
E-MAIL: david.martin@tsbtigers.org
PHONE NUMBER: (615) 231-7300
5475 Airline Rd
Nashville, TN  37214

Tipton County
SUPERINTENDENT: John Combs
E-MAIL: jcombs@tipton-county.com
PHONE NUMBER: (901) 476-7148
1580 Highway 51 South
Covington, TN  38019

Trenton
SUPERINTENDENT: Tim Haney
E-MAIL: tim.haney@trentonssd.org
PHONE NUMBER: (731) 855-1191
201 W  10Th St
Trenton, TN  38382

Trousdale County
SUPERINTENDENT: Clint Satterfield
E-MAIL: clintsatterfield@tcschools.org
PHONE NUMBER: (615) 374-2193
103 Lock Six Rd
Hartsville, TN  37074

Tullahoma
SUPERINTENDENT: Scott Hargrove
E-MAIL: scott.hargrove@tcsedu.net
PHONE NUMBER: (931) 454-2600
510 S  Jackson St
Tullahoma, TN  37388

Unicoi County
SUPERINTENDENT: John English
E-MAIL: englishj@unicoischools.com
PHONE NUMBER: (423)743-1600
100 Nolichucky AVE
Erwin, TN  37650

Union City
SUPERINTENDENT: Wesley Kennedy
E-MAIL: kennedyw@ucboe.net
PHONE NUMBER: (731) 885-3922
408 South Depot St
Union City, TN  38261

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Union County
SUPERINTENDENT: Jimmy Carter
E-MAIL: carterj@ucps.org
PHONE NUMBER: (865) 992-5466
3006 Maynardville Hw
Maynardville, TN  37807

Van Buren County
SUPERINTENDENT: Cheryl Cole
E-MAIL: colec01@vanburenschools.org
PHONE NUMBER: (931)946-2242
293 Sparta ST
Spencer, TN  38585

Warren County
SUPERINTENDENT: Grant Swallows
E-MAIL: swallowsg@warrenschools.com
PHONE NUMBER: (931) 668-4022
2548 Morrison St
Mcminnville, TN  37110

Washington County
SUPERINTENDENT: William Flanary
E-MAIL: flanaryw@wcde.org
PHONE NUMBER: (423) 753-1100
405 W  College St
Jonesborough, TN  37659

Wayne County
SUPERINTENDENT: Marlon Davis
E-MAIL: marlon.davis@waynetn.net
PHONE NUMBER: (931) 722-3548
419 South Main St
Waynesboro, TN  38485

Weakley County
SUPERINTENDENT: Randy Frazier
E-MAIL: randy.frazier@wcsk12tn.net
PHONE NUMBER: (731) 364-2247
8319 Hwy  22 Suite A
Dresden, TN  38225

West Carroll Sp Dist
SUPERINTENDENT: Dexter Williams
E-MAIL: dexter.williams@wcssd.org
PHONE NUMBER: (731) 662-4200
1415 Highway 77
Atwood, TN  38220

West Tenn School For Deaf
SUPERINTENDENT: Vicki Kirk
E-MAIL: vicki.kirk@tn.gov
PHONE NUMBER: (731) 423-5705
5475 Airline Rd
Jackson, TN  38301

White County
SUPERINTENDENT: Kurt Dronebarger
E-MAIL: kurt.dronebarger@whitecoschools.net
PHONE NUMBER: (931) 836-2229
136 Baker St
Sparta, TN  38583

Williamson County
SUPERINTENDENT: Jason Golden
E-MAIL: jasong@wcs.edu
PHONE NUMBER: (615) 472-4003
1320 W  Main, Suite 202
Franklin, TN  37064

Wilson County
SUPERINTENDENT: Donna Wright
E-MAIL: wrightd@wcschools.com
PHONE NUMBER: (615) 444-3282
351 Stumpy La
Lebanon, TN  37090

Abbott Isd
SUPERINTENDENT: Eric Pustejovsky
E-MAIL: eric.pustejovsky@abbottisd.org
PHONE NUMBER: (254) 582-3011
219 S First St
Abbott, TX  76621

Abernathy Isd
SUPERINTENDENT: Aaron Waldrip
E-MAIL: amwaldrip@abernathyisd.net
PHONE NUMBER: (806) 298-2563
505 7Th St
Abernathy, TX  79311

Abilene Isd
SUPERINTENDENT: David Young
E-MAIL: david.young@abileneisd.org
PHONE NUMBER: (325) 677-1444
241 Pine
Abilene, TX  79601

Academy Isd
SUPERINTENDENT: Billy Harlan
E-MAIL: billy.harlan@academyisd.net
PHONE NUMBER: (254) 982-4304
704 E Main St
Little River, TX  76554

Adrian Isd
SUPERINTENDENT: Steve Reynolds
E-MAIL: steve.reynolds@region16.net
PHONE NUMBER: (806) 538-6203
301 Matador Dr
Adrian, TX  79001

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Agua Dulce Isd
SUPERINTENDENT: Richard Wright
E-MAIL: rwright@adisd.net
PHONE NUMBER: (361) 998-2542
1 Longhorn Dr
Agua Dulce, TX  78330

Alamo Heights Isd
SUPERINTENDENT: Dana Bashara
E-MAIL: dbashara@ahisd.net
PHONE NUMBER: (210) 824-2483
7101 Broadway St
San Antonio, TX  78209

Alba-golden Isd
SUPERINTENDENT: Eddie White
E-MAIL: whitee@agisd.org
PHONE NUMBER: (903) 768-2472
Hwy 69 N
Alba, TX  75410

Albany Isd
SUPERINTENDENT: Jonathan Scott
E-MAIL: jonathanscott@albany.esc14.net
PHONE NUMBER: (325) 762-2823
501 E S First St
Albany, TX  76430

Aldine Isd
SUPERINTENDENT: Latonya Goffney
E-MAIL: lgoffney@aldineisd.org
PHONE NUMBER: (281) 449-1011
14910 Aldine Westfield Rd
Houston, TX  77032

Aledo Isd
SUPERINTENDENT: Susan Bohn
E-MAIL: sbohn@aledoisd.org
PHONE NUMBER: (817) 441-8327
1008 Bailey Ranch Rd
Aledo, TX  76008

Alice Isd
SUPERINTENDENT: Carl Scarbrough
E-MAIL: drcarl.scarbrough@aliceisd.net
PHONE NUMBER: (361) 664-0981
2 Coyote Trl
Alice, TX  78332

Alief Isd
SUPERINTENDENT: HD Chambers
E-MAIL: hd.chambers@aliefisd.net
PHONE NUMBER: (281) 498-8110
4250 Cook Rd
Houston, TX  77072

Allen Isd
SUPERINTENDENT: Robin Bullock
E-MAIL: robin.bullock@allenisd.org
PHONE NUMBER: (972) 727-0511
612 E Bethany Rd
Allen, TX  75002

Alpine Isd
SUPERINTENDENT: Becky McCutchen
E-MAIL: rmccutchen@alpineisd.net
PHONE NUMBER: (432) 837-7700
704 W Sul Ross Ave
Alpine, TX  79830

Alto Isd
SUPERINTENDENT: Kelly West
E-MAIL: kwest@alto.esc7.net
PHONE NUMBER: (936) 858-7101
244 County Rd 2429
Alto, TX  75925

Alvarado Isd
SUPERINTENDENT: Kenneth Estes
E-MAIL: kene@alvaradoisd.net
PHONE NUMBER: (817) 783-6800
102 S Bill Jackson Dr
Alvarado, TX  76009

Alvin Isd
SUPERINTENDENT: Carol Nelson
E-MAIL: cnelson@alvinisd.net
PHONE NUMBER: (281) 388-1130
301 E House St
Alvin, TX  77511

Alvord Isd
SUPERINTENDENT: Randy Brown
E-MAIL: rbrown@alvordisd.net
PHONE NUMBER: (940) 427-5975
100 Mosley Ln
Alvord, TX  76225

Amarillo Isd
SUPERINTENDENT: Doug Loomis
E-MAIL: doug.loomis@amaisd.org
PHONE NUMBER: (806) 326-1000
7200 I 40 W
Amarillo, TX  79106

Amherst Isd
SUPERINTENDENT: Joel Rodgers
E-MAIL: jorodgers@esc17.net
PHONE NUMBER: (806) 246-3501
100 N Main
Amherst, TX  79312

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Anahuac Isd
SUPERINTENDENT: Dennis Wagner
E-MAIL: wagnerd@anahuacisd.net
PHONE NUMBER: (409) 267-3600
804 Mikhael Ricks Dr
Anahuac, TX  77514

Anderson-shiro Cisd
SUPERINTENDENT: Scott Beene
E-MAIL: sbeene@ascisd.net
PHONE NUMBER: (936) 873-4500
458 Fm 149 W
Anderson, TX  77830

Andrews Isd
SUPERINTENDENT: Bobby Azam
E-MAIL: bazam@andrews.esc18.net
PHONE NUMBER: (432) 523-3640
405 Nw 3Rd St
Andrews, TX  79714

Angleton Isd
SUPERINTENDENT: Phil Edwards
E-MAIL: phil.edwards@angletonisd.net
PHONE NUMBER: (979) 864-8000
1900 N Downing Rd
Angleton, TX  77515

Anna Isd
SUPERINTENDENT: Michael Comeaux
E-MAIL: michael.comeaux@annaisd.org
PHONE NUMBER: (972) 924-1000
501 S Sherley Ave
Anna, TX  75409

Anson Isd
SUPERINTENDENT: Jay Baccus
E-MAIL: jbaccus@anson.esc14.net
PHONE NUMBER: (325) 823-3671
1431 Commercial Ave
Anson, TX  79501

Anthony Isd
SUPERINTENDENT: Oscar Troncoso
E-MAIL: otroncoso@anthonyisd.net
PHONE NUMBER: (915) 886-6500
840 Sixth St
Anthony, TX  79821

Anton Isd
SUPERINTENDENT: Dwight Rice
E-MAIL: dwightrice@antonisd.org
PHONE NUMBER: (806) 997-2301
100 Ellwood Blvd
Anton, TX  79313

Apple Springs Isd
SUPERINTENDENT: Cody Moree
E-MAIL: cmoree@asisd.com
PHONE NUMBER: (936) 831-3344
9120 Fm 2501
Apple Springs, TX  75926

Aquilla Isd
SUPERINTENDENT: David Edison
E-MAIL: david.edison@aquillaisd.net
PHONE NUMBER: (254) 694-3770
404 N Richards
Aquilla, TX  76622

Aransas County Isd
SUPERINTENDENT: Joseph Patek
E-MAIL: jpatek@acisd.org
PHONE NUMBER: (361) 790-2212
1700 Omohundro
Rockport, TX  78382

Aransas Pass Isd
SUPERINTENDENT: Cara Cooke
E-MAIL: ccooke@apisd.org
PHONE NUMBER: (361) 758-4200
2300 Mcmullen Lane Ste 600
Aransas Pass, TX  78336

Archer City Isd
SUPERINTENDENT: Cd Knobloch
E-MAIL: cknobloch@archercityisd.net
PHONE NUMBER: (940) 574-4536
600 S Ash
Archer City, TX  76351

Argyle Isd
SUPERINTENDENT: Telena Wright
E-MAIL: twright@argyleisd.com
PHONE NUMBER: (940) 464-7241
800 Eagle Dr
Argyle, TX  76226

Arlington Isd
SUPERINTENDENT: Marcelo Cavazos
E-MAIL: mcavazos@aisd.net
PHONE NUMBER: (682) 867-4611
1203 W Pioneer Pkwy
Arlington, TX  76013

Arp Isd
SUPERINTENDENT: Shannon Arrington
E-MAIL: ar@arpisd.org
PHONE NUMBER: (903) 859-8482
101 Toney Dr
Arp, TX  75750

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Aspermont Isd
SUPERINTENDENT: Zach Morris
E-MAIL: zmorris@aspermont.esc14.net
PHONE NUMBER: (940) 989-3355
528 E Seventh St
Aspermont, TX  79502

Athens Isd
SUPERINTENDENT: Blake Stiles
E-MAIL: bstiles@athensisd.net
PHONE NUMBER: (903) 677-6900
104 Hawn St
Athens, TX  75751

Atlanta Isd
SUPERINTENDENT: Sidney Harrist
E-MAIL: sharrist@atlisd.net
PHONE NUMBER: (903) 796-4194
106 W Main St
Atlanta, TX  75551

Aubrey Isd
SUPERINTENDENT: David Belding
E-MAIL: dbelding@aubreyisd.net
PHONE NUMBER: (940) 668-0060
415 Tisdell Ln
Aubrey, TX  76227

Austin Isd
SUPERINTENDENT: Paul Cruz
E-MAIL: superintendent@austinisd.org
PHONE NUMBER: (512) 414-1700
1111 W 6Th St
Austin, TX  78703

Austwell-tivoli Isd
SUPERINTENDENT: Dolores Vela
E-MAIL: dvela@atisd.net
PHONE NUMBER: (361) 286-3212
207 Redfish St
Tivoli, TX  77990

Avalon Isd
SUPERINTENDENT: Khristopher Marshall
E-MAIL: kmarshall@avalonisd.net
PHONE NUMBER: (972) 627-3251
104 F M 55
Avalon, TX  76623

Avery Isd
SUPERINTENDENT: Debbie Drew
E-MAIL: debbie.drew@averyisd.net
PHONE NUMBER: (903) 684-3460
150 San Antonio St
Avery, TX  75554

Avinger Isd
SUPERINTENDENT: Jacquelyn Smith
E-MAIL: jsmith@avingerisd.net
PHONE NUMBER: (903) 562-1355
245 Connor St
Avinger, TX  75630

Axtell Isd
SUPERINTENDENT: J.R. Proctor
E-MAIL: jrproctor@axtellisd.net
PHONE NUMBER: (254) 863-5301
308 Ottawa
Axtell, TX  76624

Azle Isd
SUPERINTENDENT: Todd Smith
E-MAIL: tsmith@azleisd.net
PHONE NUMBER: (817) 444-3235
300 Roe St
Azle, TX  76020

Baird Isd
SUPERINTENDENT: Lacy Hogue
E-MAIL: lhogue@baird.esc14.net
PHONE NUMBER: (325) 854-1400
600 W 7Th St
Baird, TX  79504

Ballinger Isd
SUPERINTENDENT: Jeff Butts
E-MAIL: jeff.butts@ballingerisd.net
PHONE NUMBER: (325) 365-3588
802 Conda Ave
Ballinger, TX  76821

Balmorhea Isd
SUPERINTENDENT: John Massey
E-MAIL: jmassey@bisdbears.esc18.net
PHONE NUMBER: (432) 375-2223
1St And El Paso St
Balmorhea, TX  79718

Bandera Isd
SUPERINTENDENT: Jerry Hollingsworth
E-MAIL: jhollingsworth@banderaisd.net
PHONE NUMBER: (830) 796-3313
815 Pecan St
Bandera, TX  78003

Bangs Isd
SUPERINTENDENT: Josh Martin
E-MAIL: josh.martin@bangsisd.net
PHONE NUMBER: (325) 752-6612
200 E Hall
Bangs, TX  76823

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Banquete Isd
SUPERINTENDENT: Max Thompson
E-MAIL: mthompson@banqueteisd.esc2.net
PHONE NUMBER: (361) 387-2551
4339 Fourth St
Banquete, TX  78339

Barbers Hill Isd
SUPERINTENDENT: Greg Poole
E-MAIL: gpoole@bhisd.net
PHONE NUMBER: (281) 576-2221
9600 Eagle Dr
Mont Belvieu, TX  77580

Bartlett Isd
SUPERINTENDENT: Teddy Clevenger
E-MAIL: tclevenger@bartlett.txed.net
PHONE NUMBER: (254) 527-3351
404 N Robinson
Bartlett, TX  76511

Bastrop Isd
SUPERINTENDENT: Barry Edwards
E-MAIL: bedwards@bisdtx.org
PHONE NUMBER: (512) 772-7100
906 Farm St
Bastrop, TX  78602

Bay City Isd
SUPERINTENDENT: Marshall Scott
E-MAIL: mscott@bcblackcats.net
PHONE NUMBER: (979) 401-1000
520 7Th St
Bay City, TX  77414

Beaumont Isd
SUPERINTENDENT: Shannon Allen
E-MAIL: spier@bmtisd.com
PHONE NUMBER: (409) 617-5000
3395 Harrison Ave
Beaumont, TX  77706

Beckville Isd
SUPERINTENDENT: Devin Tate
E-MAIL: tated@beckvilleisd.net
PHONE NUMBER: (903) 678-3311
4398 Sh 149
Beckville, TX  75631

Beeville Isd
SUPERINTENDENT: Marc Puig
E-MAIL: mpuig@beevilleisd.net
PHONE NUMBER: (361) 358-7111
201 N Saint Marys St
Beeville, TX  78102

Bells Isd
SUPERINTENDENT: Tricia Meek
E-MAIL: tnmeek@bellsisd.net
PHONE NUMBER: (903) 965-7721
1550 Ole Ambrose Rd
Bells, TX  75414

Bellville Isd
SUPERINTENDENT: Nicole Poenitzsch
E-MAIL: npoenitzsch@bellvillebrahmas.org
PHONE NUMBER: (979) 865-3133
518 S Mathews
Bellville, TX  77418

Belton Isd
SUPERINTENDENT: Matt Smith
E-MAIL: matt.smith@bisd.net
PHONE NUMBER: (254) 215-2000
400 N Wall
Belton, TX  76513

Ben Bolt-palito Blanco Isd
SUPERINTENDENT: Mike Barrera
E-MAIL: mbarrera@bbpbschools.net
PHONE NUMBER: (361) 664-9904
172 Badger Ln
Ben Bolt, TX  78342

Benavides Isd
SUPERINTENDENT: Kurt Mann
E-MAIL: kmann@benavidesisd.net
PHONE NUMBER: (361) 256-3003
106 W School St
Benavides, TX  78341

Benjamin Isd
SUPERINTENDENT: Olivia Gloria
E-MAIL: olivia.gloria@esc9.net
PHONE NUMBER: (940) 459-2231
300 Hayes St
Benjamin, TX  79505

Big Sandy Isd
SUPERINTENDENT: Donna Varnado
E-MAIL: dvarnado@bigsandyisd.org
PHONE NUMBER: (903) 636-5318
401 Wildcat Dr
Big Sandy, TX  75755

Big Sandy Isd
SUPERINTENDENT: Eric Carpenter
E-MAIL: ecarpenter@bigsandyisd.net
PHONE NUMBER: (936) 563-1000
9180 Fm 1276
Dallardsville, TX  77332

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Big Spring Isd
SUPERINTENDENT: Jay Mcwilliams
E-MAIL: jmcwilliams@bsisd.esc18.net
PHONE NUMBER: (432) 264-3600
708 E 11Th Pl
Big Spring, TX  79720

Birdville Isd
SUPERINTENDENT: Darrell Brown
E-MAIL: darrell.brown@birdvilleschools.net
PHONE NUMBER: (817) 547-5700
6125 E Belknap St
Haltom City, TX  76117

Bishop Cisd
SUPERINTENDENT: Christina Gutierrez
E-MAIL: cgutierrez@bishopcisd.net
PHONE NUMBER: (361) 584-3591
719 E Sixth St
Bishop, TX  78343

Blackwell Cisd
SUPERINTENDENT: Abe Gott
E-MAIL: agott@blackwellcisd.org
PHONE NUMBER: (325) 282-2311
610 N Alamo
Blackwell, TX  79506

Blanco Isd
SUPERINTENDENT: Clay Rosenbaum
E-MAIL: clay.rosenbaum@blancoisd.org
PHONE NUMBER: (830) 833-4414
814 Eleventh St
Blanco, TX  78606

Bland Isd
SUPERINTENDENT: Rick Tidwell
E-MAIL: rick.tidwell@blandisd.org
PHONE NUMBER: (903) 776-2239
2556 Lk Ave
Merit, TX  75458

Blanket Isd
SUPERINTENDENT: David Whisenhunt
E-MAIL: david.whisenhunt@blanketisd.net
PHONE NUMBER: (325) 748-5311
901 Ave H
Blanket, TX  76432

Bloomburg Isd
SUPERINTENDENT: Brian Stroman
E-MAIL: bstroman@bloomburgisd.net
PHONE NUMBER: (903) 728-5216
307 W Cypress St
Bloomburg, TX  75556

Blooming Grove Isd
SUPERINTENDENT: Rick Hartley
E-MAIL: rhartley@bgrove.org
PHONE NUMBER: (903) 695-2541
212 W Grady St
Blooming Grove, TX  76626

Bloomington Isd
SUPERINTENDENT: Mark Anglin
E-MAIL: mark.anglin@bisd-tx.org
PHONE NUMBER: (361) 333-8016
2781 Fm 616
Victoria, TX  77905

Blue Ridge Isd
SUPERINTENDENT: Matt Kimball
E-MAIL: matt.kimball@brisd.net
PHONE NUMBER: (972) 752-5554
318 W School St
Blue Ridge, TX  75424

Bluff Dale Isd
SUPERINTENDENT: John Taylor
E-MAIL: jtaylor@bdisd.net
PHONE NUMBER: (254) 728-3277
710 Church St
Bluff Dale, TX  76433

Blum Isd
SUPERINTENDENT: Jeff Sanders
E-MAIL: jeff.sanders@blumisd.net
PHONE NUMBER: (254) 874-5231
310 S Ave F
Blum, TX  76627

Boerne Isd
SUPERINTENDENT: Thomas Price
E-MAIL: Thomas.Price@boerneisd.net
PHONE NUMBER: (830) 357-2000
235 Johns Rd
Boerne, TX  78006

Boles Isd
SUPERINTENDENT: Mikayle Goss
E-MAIL: mgoss@bolesonline.com
PHONE NUMBER: (903) 883-4464
9777 F M 2101
Quinlan, TX  75474

Boling Isd
SUPERINTENDENT: Wade Stidevent
E-MAIL: wstidevent@bolingisd.net
PHONE NUMBER: (979) 657-2770
301 Texas Ave
Boling, TX  77420

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Bonham Isd
SUPERINTENDENT: Kelly Trompler
E-MAIL: kelly.trompler@bonhamisd.org
PHONE NUMBER: (903) 583-5526
1005 Chestnut St
Bonham, TX  75418

Booker Isd
SUPERINTENDENT: Gary Mills
E-MAIL: gary.mills@region16.net
PHONE NUMBER: (806) 658-4501
600 S Main
Booker, TX  79005

Borden County Isd
SUPERINTENDENT: Johnny Tubb
E-MAIL: jtubb@bccoyotes.net
PHONE NUMBER: (806) 756-4313
240 W Kincaid
Gail, TX  79738

Borger Isd
SUPERINTENDENT: Chance Welch
E-MAIL: chance.welch@borgerisd.net
PHONE NUMBER: (806) 273-6481
200 E 9Th St
Borger, TX  79007

Bosqueville Isd
SUPERINTENDENT: James Skeeler
E-MAIL: james.skeeler@bosquevilleisd.org
PHONE NUMBER: (254) 757-3113
7636 Rock Creek Rd
Waco, TX  76708

Bovina Isd
SUPERINTENDENT: Denise Anderson
E-MAIL: denise.anderson@region16.net
PHONE NUMBER: (806) 251-1336
500 Halsell St
Bovina, TX  79009

Bowie Isd
SUPERINTENDENT: Blake Enlow
E-MAIL: blake.enlow@bowieisd.net
PHONE NUMBER: (940) 872-1151
100 W Wichita St
Bowie, TX  76230

Boyd Isd
SUPERINTENDENT: Tamara Vardy
E-MAIL: tvardy@boydisd.net
PHONE NUMBER: (940) 433-2327
600 Knox Ave
Boyd, TX  76023

Boys Ranch Isd
SUPERINTENDENT: Kenneth Brown
E-MAIL: kbrown@boysranchisd.org
PHONE NUMBER: (806) 534-2221
163 River Rd
Boys Ranch, TX  79010

Brackett Isd
SUPERINTENDENT: Guillermo Mancha
E-MAIL: guillermo.mancha@brackettisd.net
PHONE NUMBER: (830) 563-2491
201 N Ann St
Brackettville, TX  78832

Brady Isd
SUPERINTENDENT: Hector Martinez
E-MAIL: hmartinez@bradyisd.org
PHONE NUMBER: (325) 597-2301
1003 W 11Th St
Brady, TX  76825

Brazos Isd
SUPERINTENDENT: Brian Thompson
E-MAIL: bthompson@brazosisd.net
PHONE NUMBER: (979) 478-6551
227 Educator Ln
Wallis, TX  77485

Brazosport Isd
SUPERINTENDENT: Danny Massey
E-MAIL: dmassey@brazosportisd.net
PHONE NUMBER: (979) 730-7000
301 W Brazoswood Dr
Clute, TX  77531

Breckenridge Isd
SUPERINTENDENT: Bryan Allen
E-MAIL: bryan.allen@breckenridgeisd.org
PHONE NUMBER: (254) 559-2278
208 N Miller
Breckenridge, TX  76424

Bremond Isd
SUPERINTENDENT: Daryl Stuard
E-MAIL: dstuard@bremondisd.net
PHONE NUMBER: (254) 746-7145
601 W Collins St
Bremond, TX  76629

Brenham Isd
SUPERINTENDENT: Walter Jackson
E-MAIL: wjackson@brenhamk-12.net
PHONE NUMBER: (979) 277-3700
711 E Mansfield
Brenham, TX  77833

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Bridge City Isd
SUPERINTENDENT: Todd Lintzen
E-MAIL: todd.lintzen@bridgecityisd.net
PHONE NUMBER: (409) 735-1502
1031 W Roundbunch Rd
Bridge City, TX  77611

Bridgeport Isd
SUPERINTENDENT: Brandon Peavey
E-MAIL: bpeavey@bridgeportisd.net
PHONE NUMBER: (940) 683-5124
2107 15Th St
Bridgeport, TX  76426

Broaddus Isd
SUPERINTENDENT: Lucas Holloway
E-MAIL: lholloway@broaddusisd.com
PHONE NUMBER: (936) 872-3041
1 Bulldog Plaza
Broaddus, TX  75929

Brock Isd
SUPERINTENDENT: Cade Smith
E-MAIL: cade.smith@brockisd.net
PHONE NUMBER: (817) 594-7642
410 Eagle Spirit Ln
Brock, TX  76087

Bronte Isd
SUPERINTENDENT: Tim Siler
E-MAIL: tim.siler@bronteisd.net
PHONE NUMBER: (325) 473-2511
210 S Jefferson
Bronte, TX  76933

Brookeland Isd
SUPERINTENDENT: Kevin McCugh
E-MAIL: kmccugh@brookelandisd.net
PHONE NUMBER: (409) 698-2677
187 Wildcat Walk
Brookeland, TX  75931

Brookesmith Isd
SUPERINTENDENT: Steve Mickelson
E-MAIL: steve.mickelson@brookesmithisd.net
PHONE NUMBER: (325)643-3023
13400 FM 586 S
BROOKESMITH, TX  76827

Brooks County Isd
SUPERINTENDENT: Maria Casas
E-MAIL: mrcasas@brookscountyisd.net
PHONE NUMBER: (361) 325-8000
200 E Allen St
Falfurrias, TX  78355

Brownfield Isd
SUPERINTENDENT: Chris Smith
E-MAIL: cjsmith@brownfieldisd.net
PHONE NUMBER: (806) 637-2591
601 Tahoka Rd
Brownfield, TX  79316

Brownsboro Isd
SUPERINTENDENT: Keri Hampton
E-MAIL: Hamptonk@gobearsgo.net
PHONE NUMBER: (903) 852-3701
Hwy 31 W
Brownsboro, TX  75756

Brownsville Isd
SUPERINTENDENT: Dr Rene Gutierrez
E-MAIL: rene.gutierrez@bisd.us
PHONE NUMBER: (956) 548-8000
1900 Price Rd
Brownsville, TX  78521

Brownwood Isd
SUPERINTENDENT: Joe Young
E-MAIL: joe.young@brownwoodisd.org
PHONE NUMBER: (325) 643-5644
2707 Southside Dr
Brownwood, TX  76801

Bruceville-eddy Isd
SUPERINTENDENT: Richard Kilgore
E-MAIL: richard.kilgore@beisd.net
PHONE NUMBER: (254) 859-5525
1 Eagle Dr
Eddy, TX  76524

Bryan Isd
SUPERINTENDENT: Christie Whitbeck
E-MAIL: christie.whitbeck@bryanisd.org
PHONE NUMBER: (979) 209-1000
101 N Texas Ave
Bryan, TX  77803

Bryson Isd
SUPERINTENDENT: Greg London
E-MAIL: glondon@brysonisd.net
PHONE NUMBER: (940) 392-3281
300 N Mccloud St
Bryson, TX  76427

Buckholts Isd
SUPERINTENDENT: Joe Oliver
E-MAIL: joliver@buckholtsisd.net
PHONE NUMBER: (254) 593-2744
203 S 10Th
Buckholts, TX  76518

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Buena Vista Isd
SUPERINTENDENT: Mark Dominguez
E-MAIL: mdominguez@bvisd.esc18.net
PHONE NUMBER: (432) 536-2225
Hwy 11 W
Imperial, TX  79743

Buffalo Isd
SUPERINTENDENT: Lacy Freeman
E-MAIL: freemanlg@buffaloisd.net
PHONE NUMBER: (903) 322-3765
708 Cedar Creek Rd
Buffalo, TX  75831

Bullard Isd
SUPERINTENDENT: Jack Lee
E-MAIL: jack.lee@bullardisd.net
PHONE NUMBER: (903) 894-6639
1426 B S Houston
Bullard, TX  75757

Buna Isd
SUPERINTENDENT: Donny Lee
E-MAIL: dlee@bunaisd.net
PHONE NUMBER: (409) 994-5101
Hwy 62 And 253
Buna, TX  77612

Burkburnett Isd
SUPERINTENDENT: Tylor Chaplin
E-MAIL: tylor.chaplin@burkburnettisd.org
PHONE NUMBER: (940) 569-3326
416 Glendale St
Burkburnett, TX  76354

Burkeville Isd
SUPERINTENDENT: Ann Gardner
E-MAIL: agardner@burkevilleisd.org
PHONE NUMBER: (409) 565-2201
231 Cr 2099
Burkeville, TX  75932

Burleson Isd
SUPERINTENDENT: Bret Jimerson
E-MAIL: bjimerson@bisdmail.net
PHONE NUMBER: (817) 245-1000
1160 S W Wilshire Blvd
Burleson, TX  76028

Burnet Cisd
SUPERINTENDENT: Keith Mcburnett
E-MAIL: kmcburnett@burnetcisd.net
PHONE NUMBER: (512) 756-2124
208 E Brier Ln
Burnet, TX  78611

Burton Isd
SUPERINTENDENT: Edna Kennedy
E-MAIL: ekennedy@burtonisd.net
PHONE NUMBER: (979) 289-3131
701 N Railroad St
Burton, TX  77835

Bushland Isd
SUPERINTENDENT: Chris Wigington
E-MAIL: chris.wigington@bushlandisd.net
PHONE NUMBER: (806) 359-6683
2400 Wells Street
Bushland, TX  79012

Bynum Isd
SUPERINTENDENT: Larry Mynarcik
E-MAIL: lmynarcik@bynumisd.net
PHONE NUMBER: (254) 623-4251
704 Toliver St
Bynum, TX  76631

Caddo Mills Isd
SUPERINTENDENT: Luke Allison
E-MAIL: lallison@caddomillsisd.org
PHONE NUMBER: (903) 527-6056
Private Rd Fox Ln 100
Caddo Mills, TX  75135

Calallen Isd
SUPERINTENDENT: Arturo Almendarez
E-MAIL: aalmendarez@calallen.org
PHONE NUMBER: (361) 242-5600
4205 Wildcat Dr
Corpus Christi, TX  78410

Caldwell Isd
SUPERINTENDENT: Andrew Peters
E-MAIL: apeters@caldwellisd.net
PHONE NUMBER: (979) 567-9000
203 N Gray St
Caldwell, TX  77836

Calhoun County Isd
SUPERINTENDENT: Larry Nichols
E-MAIL: nicholsl@calcoisd.org
PHONE NUMBER: (361) 552-9728
525 N Commerce St
Port Lavaca, TX  77979

Callisburg Isd
SUPERINTENDENT: Donald Metzler
E-MAIL: dmetzler@cisdtx.net
PHONE NUMBER: (940) 665-0540
148 Dozier St
Callisburg, TX  76240

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Calvert Isd
SUPERINTENDENT: THYRUN HURST
E-MAIL: thurst@calvertisd.com
PHONE NUMBER: (979) 364-2824
310 Hickory St
Calvert, TX  77837

Cameron Isd
SUPERINTENDENT: Kevin Sprinkles
E-MAIL: ksprinkles@cameronisd.net
PHONE NUMBER: (254) 697-3512
304 E 12Th
Cameron, TX  76520

Campbell Isd
SUPERINTENDENT: Denise Morgan
E-MAIL: dmorgan@campbellisd.org
PHONE NUMBER: (903) 862-3259
480 N Patterson St
Campbell, TX  75422

Canadian Isd
SUPERINTENDENT: Lynn Pulliam
E-MAIL: lynn.pulliam@canadianisd.net
PHONE NUMBER: (806) 323-5393
800 Hillside Ave
Canadian, TX  79014

Canton Isd
SUPERINTENDENT: Jim Dunlap
E-MAIL: jdunlap@cantonisd.net
PHONE NUMBER: (903) 567-4179
225 W Elm St
Canton, TX  75103

Canutillo Isd
SUPERINTENDENT: Pedro Galaviz
E-MAIL: pgalaviz@canutillo-isd.org
PHONE NUMBER: (915) 877-7444
7965 Artcraft
El Paso, TX  79932

Canyon Isd
SUPERINTENDENT: Darryl Flusche
E-MAIL: darryl.flusche@canyonisd.net
PHONE NUMBER: (806) 677-2600
3301 N 23Rd St
Canyon, TX  79015

Carlisle Isd
SUPERINTENDENT: Michael Payne
E-MAIL: paynem@carlisleisd.org
PHONE NUMBER: (903) 861-3801
8960 F M 13
Henderson, TX  75654

Carrizo Springs Cisd
SUPERINTENDENT: Jose Cervantes
E-MAIL: jcervantes@cscisd.net
PHONE NUMBER: (830) 876-3503
300 N Seventh St
Carrizo Springs, TX  78834

Carroll Isd
SUPERINTENDENT: David Faltys
E-MAIL: david.faltys@southlakecarroll.edu
PHONE NUMBER: (817) 949-8222
2400 N Carroll Ave
Southlake, TX  76092

Carrollton-farmers Branch Isd
SUPERINTENDENT: John Chapman
E-MAIL: cfbinfo@cfbisd.edu
PHONE NUMBER: (972) 968-6100
1445 N Perry Rd
Carrollton, TX  75006

Carthage Isd
SUPERINTENDENT: John Wink
E-MAIL: jwink@carthageisd.org
PHONE NUMBER: (903) 693-3806
1600 W Panola
Carthage, TX  75633

Castleberry Isd
SUPERINTENDENT: John Ramos
E-MAIL: ramosjohn@castleberryisd.net
PHONE NUMBER: (817) 252-2000
5228 Ohio Garden Rd
Fort Worth, TX  76114

Cayuga Isd
SUPERINTENDENT: Rick Webb
E-MAIL: rwebb@cayugaisd.com
PHONE NUMBER: (903) 928-2102
17750 N Us Hwy 287
Tennessee Colony, TX  75861

Cedar Hill Isd
SUPERINTENDENT: Gerald Hudson
E-MAIL: gerald.hudson@chisd.net
PHONE NUMBER: (972) 291-1581
285 Uptown Blvd 300
Cedar Hill, TX  75104

Celeste Isd
SUPERINTENDENT: Brad Connelly
E-MAIL: connellyb@celesteisd.org
PHONE NUMBER: (903) 568-4825
207 S Fifth St
Celeste, TX  75423

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Celina Isd
SUPERINTENDENT: Tom Maglisceau
E-MAIL: tommaglisceau@celinaisd.com
PHONE NUMBER: (469) 742-9100
205 S Colorado
Celina, TX  75009

Center Isd
SUPERINTENDENT: Brian Morris
E-MAIL: brian.morris@centerisd.org
PHONE NUMBER: (936) 598-5642
107 Pr 605
Center, TX  75935

Center Point Isd
SUPERINTENDENT: Cody Newcomb
E-MAIL: newcomb@cpisd.net
PHONE NUMBER: (830) 634-2171
215 China St
Center Point, TX  78010

Centerville Isd
SUPERINTENDENT: Jason Jeitz
E-MAIL: jajeitz@centerville.k12.tx.us
PHONE NUMBER: (903) 536-7812
813 S Commerce
Centerville, TX  75833

Centerville Isd
SUPERINTENDENT: Jason Jeitz
E-MAIL: jajeitz@centerville.k12.tx.us
PHONE NUMBER: (936) 642-1597
10327 N State Hwy 94
Groveton, TX  75845

Central Heights Isd
SUPERINTENDENT: David Russell
E-MAIL: david.russell@centralhts.net
PHONE NUMBER: (936) 564-2681
10317 Us Hwy 259 N
Nacogdoches, TX  75965

Central Isd
SUPERINTENDENT: Justin Risner
E-MAIL: risnerj@centralisd.com
PHONE NUMBER: (936) 853-2216
7622 Us Hwy 69 N
Pollok, TX  75969

Channelview Isd
SUPERINTENDENT: Greg Ollis
E-MAIL: greg.ollis@cvisd.org
PHONE NUMBER: (281) 452-8002
828 Sheldon Rd
Channelview, TX  77530

Channing Isd
SUPERINTENDENT: Michael Stevens
E-MAIL: michael.stevens@region16.net
PHONE NUMBER: (806) 235-3432
900 Greenwood Ave
Channing, TX  79018

Chapel Hill Isd
SUPERINTENDENT: Lamond Dean
E-MAIL: Deanl@chapelhillisd.org
PHONE NUMBER: (903) 566-2441
11134 Cr 2249
Tyler, TX  75707

Chapel Hill Isd
SUPERINTENDENT: Marc Levesque
E-MAIL: mlevesque@chisddevils.com
PHONE NUMBER: (903) 572-8096
1069 Cr 4660
Mount Pleasant, TX  75455

Charlotte Isd
SUPERINTENDENT: Mario Sotelo
E-MAIL: msotelo@charlotteisd.org
PHONE NUMBER: (830) 277-1431
102 E Hindes
Charlotte, TX  78011

Cherokee Isd
SUPERINTENDENT: Jennifer Bordner
E-MAIL: jbordner@cherokeeisd.net
PHONE NUMBER: (325) 622-4298
305 S Indian Ave
Cherokee, TX  76832

Chester Isd
SUPERINTENDENT: Cory Hines
E-MAIL: chines@chesterisd.com
PHONE NUMBER: (936) 969-2371
273 Yellowjacket Dr
Chester, TX  75936

Chico Isd
SUPERINTENDENT: Scott Higgins
E-MAIL: shiggins@chicoisdtx.net
PHONE NUMBER: (940) 644-2228
1120 Park Rd
Chico, TX  76431

Childress Isd
SUPERINTENDENT: Carl Taylor
E-MAIL: carl.taylor@childressisd.net
PHONE NUMBER: (940) 937-2501
308 3Rd St Nw
Childress, TX  79201

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Chillicothe Isd
SUPERINTENDENT: Todd Wilson
E-MAIL: twilson@cisd-tx.net
PHONE NUMBER: (940) 852-5391
1610 S 6Th St
Chillicothe, TX  79225

Chilton Isd
SUPERINTENDENT: Brandon Hubbard
E-MAIL: bhubbard@chiltonisd.org
PHONE NUMBER: (254) 546-1200
905 Durango Ave
Chilton, TX  76632

China Spring Isd
SUPERINTENDENT: Marc Faulkner
E-MAIL: marc@chinaspringisd.net
PHONE NUMBER: (254) 836-1115
6301 Sylvia St
Waco, TX  76708

Chireno Isd
SUPERINTENDENT: Michael Skinner
E-MAIL: michael.skinner@chirenoisd.org
PHONE NUMBER: (936) 362-2132
901 Main St
Chireno, TX  75937

Chisum Isd
SUPERINTENDENT: Tommy Chalaire
E-MAIL: trchalaire@chisumisd.org
PHONE NUMBER: (903) 737-2830
3250 S Church St
Paris, TX  75462

Christoval Isd
SUPERINTENDENT: David Walker
E-MAIL: david.walker@christovalisd.org
PHONE NUMBER: (325) 896-2520
20065 Third St
Christoval, TX  76935

Cisco Isd
SUPERINTENDENT: Ryan Steele
E-MAIL: rsteele@cisco.esc14.net
PHONE NUMBER: (254) 442-3056
1503 Leggett
Cisco, TX  76437

City View Isd
SUPERINTENDENT: Tony Bushong
E-MAIL: tbushong@cityview-isd.net
PHONE NUMBER: (940) 855-4042
1025 City View Dr
Wichita Falls, TX  76306

Clarendon Isd
SUPERINTENDENT: Jarod Bellar
E-MAIL: bellar.jarod@clarendonisd.net
PHONE NUMBER: (806) 874-2062
416 S Allen
Clarendon, TX  79226

Clarksville Isd
SUPERINTENDENT: Kermit Ward
E-MAIL: kward@clarksvilleisd.org
PHONE NUMBER: (903) 427-3891
1500 W Main St
Clarksville, TX  75426

Claude Isd
SUPERINTENDENT: Brock Cartwright
E-MAIL: brock.cartwright@claudeisd.net
PHONE NUMBER: (806) 226-7331
500 W 5 St
Claude, TX  79019

Clear Creek Isd
SUPERINTENDENT: Greg Smith
E-MAIL: grsmith@ccisd.net
PHONE NUMBER: (281) 284-0000
2425 E Main St
League City, TX  77573

Cleburne Isd
SUPERINTENDENT: Kyle Heath
E-MAIL: kheath@c-isd.com
PHONE NUMBER: (817) 202-1100
505 N Ridgeway Ste 100
Cleburne, TX  76033

Cleveland Isd
SUPERINTENDENT: Chris Trotter
E-MAIL: chris.trotter@clevelandisd.org
PHONE NUMBER: (281) 592-8717
316 E Dallas St
Cleveland, TX  77327

Clifton Isd
SUPERINTENDENT: Andy Ball
E-MAIL: andy.ball@cliftonisd.org
PHONE NUMBER: (254) 675-2827
1102 Key Ave
Clifton, TX  76634

Clint Isd
SUPERINTENDENT: Juan Martinez
E-MAIL: juan.martinez@clint.net
PHONE NUMBER: (915) 926-4000
14521 Horizon Blvd
El Paso, TX  79928

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Clyde Cisd
SUPERINTENDENT: Kenny Berry
E-MAIL: kjberry@clydeisd.org
PHONE NUMBER: (325)893-4222
526 SHALIMAR DR
CLYDE, TX  79510

Coahoma Isd
SUPERINTENDENT: Brad Cox
E-MAIL: bcox@coahoma.esc18.net
PHONE NUMBER: (432) 394-5000
600 N Main
Coahoma, TX  79511

Coldspring-oakhurst Cisd
SUPERINTENDENT: Leland Moore
E-MAIL: lmoore@cocisd.org
PHONE NUMBER: (936) 653-1115
14210 Hwy 150 W
Coldspring, TX  77331

Coleman Isd
SUPERINTENDENT: Brandon McDowell
E-MAIL: brandon.mcdowell@colemanisd.net
PHONE NUMBER: (325) 625-3575
2302 S. Commercial Avenue
Coleman, TX  76834

College Station Isd
SUPERINTENDENT: Clark Ealy
E-MAIL: cealy@csisd.org
PHONE NUMBER: (979) 764-5400
1812 Welsh Ave
College Station, TX  77840

Collinsville Isd
SUPERINTENDENT: Mark Dykes
E-MAIL: markdykes@collinsvilleisd.org
PHONE NUMBER: (903) 429-6272
500 Reeves
Collinsville, TX  76233

Colmesneil Isd
SUPERINTENDENT: Eldon Franco
E-MAIL: eldon.franco@colmesneilisd.net
PHONE NUMBER: (409) 837-5757
610 W Elder
Colmesneil, TX  75938

Colorado Isd
SUPERINTENDENT: Reggy Spencer
E-MAIL: rspencer@ccity.esc14.net
PHONE NUMBER: (325) 728-3721
534 E 11Th St
Colorado City, TX  79512

Columbia-brazoria Isd
SUPERINTENDENT: Steven Galloway
E-MAIL: steven.galloway@cbisd.com
PHONE NUMBER: (979) 799-1700
521 S 16Th St
West Columbia, TX  77486

Columbus Isd
SUPERINTENDENT: Jim Connor
E-MAIL: connor.jim@columbusisd.org
PHONE NUMBER: (979) 732-5704
105 Cardinal Ln
Columbus, TX  78934

Comal Isd
SUPERINTENDENT: Andrew Kim
E-MAIL: andrew.kim@comalisd.org
PHONE NUMBER: (830) 221-2000
1404 Ih 35 N
New Braunfels, TX  78130

Comanche Isd
SUPERINTENDENT: Gary Speegle
E-MAIL: gspeegle@comancheisd.net
PHONE NUMBER: (325) 356-2727
200 E. Highland
Comanche, TX  76442

Comfort Isd
SUPERINTENDENT: Tanya Monroe
E-MAIL: tanya.monroe@comfortisd.net
PHONE NUMBER: (830) 995-6400
327 High St
Comfort, TX  78013

Commerce Isd
SUPERINTENDENT: Charlie Alderman
E-MAIL: charlie.alderman@commerceisd.org
PHONE NUMBER: (903) 886-3755
3315 Washington St
Commerce, TX  75428

Community Isd
SUPERINTENDENT: Roosevelt Nivens
E-MAIL: roosevelt.nivens@communityisd.org
PHONE NUMBER: (972) 843-8400
611 N Fm 1138
Nevada, TX  75173

Como-pickton Cisd
SUPERINTENDENT: Gregory Bower
E-MAIL: gbower@cpcisd.net
PHONE NUMBER: (903) 488-3671
13017 Tx Hwy 11 E
Como, TX  75431

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Comstock Isd
SUPERINTENDENT: Orlie Wolfenbarger
E-MAIL: okwolf@comstockisd.net
PHONE NUMBER: (432) 292-4444
101 Sanderson St
Comstock, TX  78837

Connally Isd
SUPERINTENDENT: Wesley Holt
E-MAIL: wholt@connally.org
PHONE NUMBER: (254) 296-6460
200 Cadet Way
Waco, TX  76705

Conroe Isd
SUPERINTENDENT: Curtis Null
E-MAIL: cnull@conroeisd.net
PHONE NUMBER: (936) 709-9719
3205 W Davis
Conroe, TX  77304

Coolidge Isd
SUPERINTENDENT: Robert Lowry
E-MAIL: rlowry@coolidgeisd.org
PHONE NUMBER: (254) 786-2206
1002 Kirven St
Coolidge, TX  76635

Cooper Isd
SUPERINTENDENT: Denicia Hohenberger
E-MAIL: dhohenberger@cooperisd.net
PHONE NUMBER: (903) 395-2111
350 W Mckinney
Cooper, TX  75432

Coppell Isd
SUPERINTENDENT: Brad Hunt
E-MAIL: bhunt@coppellisd.com
PHONE NUMBER: (214) 496-6000
200 S Denton Tap Rd
Coppell, TX  75019

Copperas Cove Isd
SUPERINTENDENT: Joe Burns
E-MAIL: burnsj@ccisd.com
PHONE NUMBER: (254) 547-1227
703 W Ave D
Copperas Cove, TX  76522

Corpus Christi Isd
SUPERINTENDENT: Roland Hernandez
E-MAIL: roland.hernandez@ccisd.us
PHONE NUMBER: (361) 695-7200
801 Leopard St
Corpus Christi, TX  78401

Corrigan-camden Isd
SUPERINTENDENT: Richard Cooper
E-MAIL: rcooper@ccisdtx.com
PHONE NUMBER: (936) 398-4040
504 S Home St
Corrigan, TX  75939

Corsicana Isd
SUPERINTENDENT: Diane Frost
E-MAIL: dfrost@cisd.org
PHONE NUMBER: (903) 874-7441
2200 W 4Th Ave
Corsicana, TX  75110

Cotton Center Isd
SUPERINTENDENT: Ryan Bobo
E-MAIL: ryan.bobo@ccelks.org
PHONE NUMBER: (806) 879-2160
2345 Fm 179
Cotton Center, TX  79021

Cotulla Isd
SUPERINTENDENT: Jack Seals
E-MAIL: jack.seals@cotullaisd.net
PHONE NUMBER: (830) 879-3073
310 N Main St
Cotulla, TX  78014

Coupland Isd
SUPERINTENDENT: Tammy Brinkman
E-MAIL: tbrinkman@couplandisd.org
PHONE NUMBER: (512) 856-2422
620 S Commerce
Coupland, TX  78615

Covington Isd
SUPERINTENDENT: Christopher Heskett
E-MAIL: chris.heskett@covingtonisd.org
PHONE NUMBER: (254) 854-2215
501 N Main St
Covington, TX  76636

Crandall Isd
SUPERINTENDENT: Wendy Eldredge
E-MAIL: weldredge@crandall-isd.net
PHONE NUMBER: (972) 427-6000
400 W Lewis St
Crandall, TX  75114

Crane Isd
SUPERINTENDENT: Jan Hunt
E-MAIL: jhunt@craneisd.com
PHONE NUMBER: (432) 558-1022
511 W 8Th St
Crane, TX  79731

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Cranfills Gap Isd
SUPERINTENDENT: Monti Parchman
E-MAIL: monti.parchman@cranfillsgapisd.net
PHONE NUMBER: (254) 597-2505
505 S 2Nd St
Cranfills Gap, TX  76637

Crawford Isd
SUPERINTENDENT: Kenneth Hall
E-MAIL: khall@crawford-isd.net
PHONE NUMBER: (254) 486-2381
200 Pirate Dr
Crawford, TX 76638

Crockett County Consolidated Csd
SUPERINTENDENT: Raul Chavarria
E-MAIL: raul.chavarria@ozonaschools.net
PHONE NUMBER: (325) 392-5501
797 Ave D
Ozona, TX 76943

Crockett Isd
SUPERINTENDENT: John Emerich
E-MAIL: john.emerich@crockettisd.net
PHONE NUMBER: (936) 544-2125
1400 W Austin St
Crockett, TX 75835

Crosby Isd
SUPERINTENDENT: Scott Davis
E-MAIL: sdavis@crosbyisd.org
PHONE NUMBER: (281) 328-9200
706 Runneburg
Crosby, TX 77532

Crosbyton Cisd
SUPERINTENDENT: Shawn Mason
E-MAIL: smason@crosbyton.k12.tx.us
PHONE NUMBER: (806) 675-7331
204 S Harrison St
Crosbyton, TX 79322

Cross Plains Isd
SUPERINTENDENT: Phil Mitchell
E-MAIL: pmitchell@cplains.esc14.net
PHONE NUMBER: (254) 725-6121
700 N Main
Cross Plains, TX 76443

Cross Roads Isd
SUPERINTENDENT: Richard Tedder
E-MAIL: rtedder@crossroadsisd.org
PHONE NUMBER: (903) 489-5931
14434 Fm 59
Malakoff, TX 75148

Crowell Isd
SUPERINTENDENT: Donald Rhodes
E-MAIL: donald.rhodes@crowellisd.net
PHONE NUMBER: (940) 684-1403
400 E Logan
Crowell, TX 79227

Crowley Isd
SUPERINTENDENT: Michael McFarland
E-MAIL: michael.mcfarland@crowley.k12.tx.us
PHONE NUMBER: (817) 297-5800
512 Peach St
Crowley, TX 76036

Crystal City Isd
SUPERINTENDENT: Edward Churchill
E-MAIL: Edward.Churchill@crystalcityisd.org
PHONE NUMBER: (830) 374-2367
613 W Zavala St
Crystal City, TX 78839

Cuero Isd
SUPERINTENDENT: Micah Dyer
E-MAIL: mdyer@cueroisd.org
PHONE NUMBER: (361) 275-1914
405 Park Heights Dr
Cuero, TX 77954

Culberson County-allamoore Isd
SUPERINTENDENT: Kenneth Baugh
E-MAIL: kbaugh@ccaisd.net
PHONE NUMBER: (432) 283-2245
400 West 7th Street
Van Horn, TX 79855

Cumby Isd
SUPERINTENDENT: Shelly Slaughter
E-MAIL: shelly.slaughter@cumbyisd.net
PHONE NUMBER: (903) 994-2775
303 Sayle St
Cumby, TX 75433

Cushing Isd
SUPERINTENDENT: Michael Davis
E-MAIL: mdavis@cushingisd.org
PHONE NUMBER: (936) 326-4890
1088 W Bearkat Dr
Cushing, TX 75760

Cypress-fairbanks Isd
SUPERINTENDENT: Mark Henry
E-MAIL: mark.henry@cfisd.net
PHONE NUMBER: (281) 897-4000
10300 Jones Rd
Houston, TX 77065

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Daingerfield-lone Star Isd
SUPERINTENDENT: Sandra Quarles
E-MAIL: squarles@dlsisd.org
PHONE NUMBER: (903) 645-2239
200 Tiger Dr
Daingerfield, TX  75638

Dalhart Isd
SUPERINTENDENT: Joe Alcorta
E-MAIL: joe.alcorta@dalhartisd.org
PHONE NUMBER: (806) 244-7810
701 E 10Th
Dalhart, TX  79022

Dallas Isd
SUPERINTENDENT: Michael Hinojosa
E-MAIL: superintendent@dallasisd.org
PHONE NUMBER: (972) 925-3700
3700 Ross Ave
Dallas, TX 75204

Damon Isd
SUPERINTENDENT: David Hayward
E-MAIL: dhayward@damonisd.net
PHONE NUMBER: (979) 742-3457
1211 Mulcahy St County Rd 264
Damon, TX  77430

Danbury Isd
SUPERINTENDENT: Sherry Phillips
E-MAIL: sherry.phillips@danburyisd.org
PHONE NUMBER: (979) 922-1218
5611 Panther Dr
Danbury, TX  77534

Darrouzett Isd
SUPERINTENDENT: Deidre Parish
E-MAIL: deidreparish@darrouzettisd.net
PHONE NUMBER: (806) 624-2221
102 W Kansas
Darrouzett, TX 79024

Dawson Isd
SUPERINTENDENT: Jeff Fleenor
E-MAIL: jfleenor@esc17.net
PHONE NUMBER: (806) 489-7461
600 Brownfield Hwy 137
Welch, TX 79377

Dawson Isd
SUPERINTENDENT: Stacy Henderson
E-MAIL: stacy.henderson@dawsonisd.net
PHONE NUMBER: (254) 578-1031
199 N School Ave
Dawson, TX 76639

Dayton Isd
SUPERINTENDENT: Jessica Johnson
E-MAIL: jessica.johnson@daytonisd.net
PHONE NUMBER: (936) 258-2667
100 Cherry Creek Rd
Dayton, TX  77535

De Leon Isd
SUPERINTENDENT: Dana Marable
E-MAIL: dmarable@deleonisd.net
PHONE NUMBER: (254) 893-8210
425 S Texas St
De Leon, TX  76444

Decatur Isd
SUPERINTENDENT: Joseph Coburn
E-MAIL: joseph.coburn@decaturisd.us
PHONE NUMBER: (940) 393-7100
307 S Cates
Decatur, TX 76234

Deer Park Isd
SUPERINTENDENT: Victor White
E-MAIL: white@dpisd.org
PHONE NUMBER: (832) 668-7000
2800 Texas Ave
Deer Park, TX  77536

Dekalb Isd
SUPERINTENDENT: John Booth
E-MAIL: johnbbooth@dekalbisd.net
PHONE NUMBER: (903) 667-2566
101 W Maple St
Dekalb, TX  75559

Del Valle Isd
SUPERINTENDENT: Annette Villerot
E-MAIL: annette.villerot@dvisd.net
PHONE NUMBER: (512) 386-3010
5301 Ross Rd
Del Valle, TX  78617

Dell City Isd
SUPERINTENDENT: Ruben Cervantes
E-MAIL: cervantesr@dellcityisd.com
PHONE NUMBER: (915) 964-2663
110 N Main
Dell City, TX  79837

Denison Isd
SUPERINTENDENT: Henry Scott
E-MAIL: whscott@denisonisd.net
PHONE NUMBER: (903) 462-7000
1201 S Rusk Ave
Denison, TX  75020

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Denton Isd
SUPERINTENDENT: Jamie Wilson
E-MAIL: jwilson@dentonisd.org
PHONE NUMBER: (940) 369-0000
1307 N Locust St
Denton, TX  76201

Denver City Isd
SUPERINTENDENT: Gary Davis
E-MAIL: gary.davis@dcisd.org
PHONE NUMBER: (806) 592-5900
501 Mustang Ave
Denver City, TX  79323

Desoto Isd
SUPERINTENDENT: Dandre Weaver
E-MAIL: Dandre.Weaver@DeSotoISD.org
PHONE NUMBER: (972) 223-6666
200 E Belt Line Rd
Desoto, TX  75115

Detroit Isd
SUPERINTENDENT: Kathie Thompson
E-MAIL: kthompson@detroiteagles.net
PHONE NUMBER: (903) 674-6131
110 E Garner Ave
Detroit, TX  75436

Devers Isd
SUPERINTENDENT: Elizabeth Harris
E-MAIL: eharris@deversisd.net
PHONE NUMBER: (936) 549-7135
201 S Chism
Devers, TX  77538

Devine Isd
SUPERINTENDENT: Todd Grandjean
E-MAIL: todd.grandjean@devineisd.org
PHONE NUMBER: (830) 851-0795
605 W. Hondo Ave
Devine, TX  78016

Dew Isd
SUPERINTENDENT: Darrell Evans
E-MAIL: darrell.evans@dewisd.org
PHONE NUMBER: (903) 389-2828
606 Cr 481
Teague, TX  75860

Deweyville Isd
SUPERINTENDENT: Keith Jones
E-MAIL: keithjones@deweyvilleisd.com
PHONE NUMBER: (409) 746-2731
250 Private Rd 8145
Deweyville, TX  77614

D'Hanis Isd
SUPERINTENDENT: Gary Patterson
E-MAIL: gpatterson@dhanisisd.net
PHONE NUMBER: (830) 363-7216
6751 Cr 5216
D'Hanis, TX  78850

Diboll Isd
SUPERINTENDENT: Vicki Thomas
E-MAIL: vthomas@dibollisd.org
PHONE NUMBER: (936) 829-4718
215 N Temple Blvd
Diboll, TX  75941

Dickinson Isd
SUPERINTENDENT: Carla Voelkel
E-MAIL: cvoelkel@dickinsonisd.org
PHONE NUMBER: (281) 229-6000
2218 E Fm 517
Dickinson, TX  77539

Dilley Isd
SUPERINTENDENT: Maria Leo
E-MAIL: maria.leo@dilleyisd.net
PHONE NUMBER: (830) 965-1912
245 Hwy 117
Dilley, TX  78017

Dime Box Isd
SUPERINTENDENT: Nicholas West
E-MAIL: nwest@dimeboxisd.net
PHONE NUMBER: (979) 884-3366
1079 Stephen F Austin Blvd
Dime Box, TX  77853

Dimmitt Isd
SUPERINTENDENT: Jill Millican
E-MAIL: jill.millican@dimmittisd.net
PHONE NUMBER: (806) 647-3101
608 W Halsell St
Dimmitt, TX  79027

Divide Isd
SUPERINTENDENT: William Bacon
E-MAIL: bill.bacon@divideisd.org
PHONE NUMBER: (830) 640-3322
120 Divide School Rd
Mountain Home, TX  78058

Donna Isd
SUPERINTENDENT: Hafedh Azaiez
E-MAIL: HAFEDH.AZAIEZ@donnaisd.net
PHONE NUMBER: (956) 464-1600
116 N 10Th St
Donna, TX  78537

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Doss Consolidated Csd
SUPERINTENDENT: Mark Stroeher
E-MAIL: mstroeher@gillespiecounty.org
PHONE NUMBER: (830) 669-2411
11431 Ranch Rd 648
Doss, TX  78618

Douglass Isd
SUPERINTENDENT: Justin Keeling
E-MAIL: jkeeling@douglassisd.com
PHONE NUMBER: (936) 569-9804
20712 S Fm 225
Douglass, TX  75943

Dripping Springs Isd
SUPERINTENDENT: Todd Washburn
E-MAIL: todd.washburn@dsisdtx.us
PHONE NUMBER: (512) 858-3000
510 W Mercer St
Dripping Springs, TX  78620

Driscoll Isd
SUPERINTENDENT: Cynthia Garcia
E-MAIL: cgarcia@driscollisd.us
PHONE NUMBER: (361) 387-7349
410 W Ave D
Driscoll, TX  78351

Dublin Isd
SUPERINTENDENT: Rodney Schneider
E-MAIL: rschneider@dublinisd.us
PHONE NUMBER: (254) 445-3341
420 N Camden
Dublin, TX  76446

Dumas Isd
SUPERINTENDENT: Monty Hysinger
E-MAIL: monty.hysinger@dumasisd.org
PHONE NUMBER: (806) 935-6461
421 W 4Th St
Dumas, TX  79029

Duncanville Isd
SUPERINTENDENT: Marc Smith
E-MAIL: superintendent@duncanvilleisd.org
PHONE NUMBER: (972) 708-2000
710 S Cedar Ridge Dr
Duncanville, TX  75137

Eagle Mt-saginaw Isd
SUPERINTENDENT: Jim Chadwell
E-MAIL: jchadwell@ems-isd.net
PHONE NUMBER: (817) 232-0880
1200 Old Decatur Rd
Fort Worth, TX  76179

Eagle Pass Isd
SUPERINTENDENT: Samuel Mijares
E-MAIL: samijares@eaglepassisd.net
PHONE NUMBER: (830) 773-5181
1420 Eidson Rd
Eagle Pass, TX  78852

Eanes Isd
SUPERINTENDENT: Tom Leonard
E-MAIL: tleonard@eanesisd.net
PHONE NUMBER: (512) 732-9001
601 Camp Craft Rd
Austin, TX  78746

Early Isd
SUPERINTENDENT: Dewayne Wilkins
E-MAIL: dewayne.wilkins@earlyisd.net
PHONE NUMBER: (325) 646-7934
101 Turtle Creek
Early, TX  76803

East Bernard Isd
SUPERINTENDENT: Courtney Hudgins
E-MAIL: courtney.hudgins@ebisd.org
PHONE NUMBER: (979) 335-7519
723 College St
East Bernard, TX  77435

East Central Isd
SUPERINTENDENT: Roland Toscano
E-MAIL: rolando.toscano@ecisd.net
PHONE NUMBER: (210) 648-7861
6634 New Sulphur Springs Rd
San Antonio, TX  78263

East Chambers Isd
SUPERINTENDENT: Scott Campbell
E-MAIL: scott@eastchambers.net
PHONE NUMBER: (409) 296-6100
1955 State Hwy 124
Winnie, TX  77665

Eastland Isd
SUPERINTENDENT: Jason Cochran
E-MAIL: jcochran@eastland.esc14.net
PHONE NUMBER: (254) 631-5120
900 W Plummer
Eastland, TX  76448

Ector County Isd
SUPERINTENDENT: Scott Muri
E-MAIL: scott.muri@ectorcountyisd.org
PHONE NUMBER: (432) 456-0000
802 N Sam Houston
Odessa, TX  79760

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Edcouch-elsa Isd
SUPERINTENDENT: Richard Rivera
E-MAIL: rrivera@eeisd.org
PHONE NUMBER: (956) 262-6000
920 W Santa Rosa Ave
Edcouch, TX  78538

Eden Cisd
SUPERINTENDENT: Misty Gandy
E-MAIL: Misty.Gandy@edencisd.net
PHONE NUMBER: (325) 869-4121
113 W Bryan
Eden, TX  76837

Edgewood Isd
SUPERINTENDENT: Eduardo Hernandez
E-MAIL: Eduardo.Hernandez@eisd.net
PHONE NUMBER: (210) 444-4500
5358 W Commerce St
San Antonio, TX  78237

Edgewood Isd
SUPERINTENDENT: Kristin Prater
E-MAIL: kprater@edgewood-isd.net
PHONE NUMBER: (903) 896-4332
804 E Pine
Edgewood, TX  75117

Edinburg Cisd
SUPERINTENDENT: Gilberto Garza
E-MAIL: g.garza@ecisd.us
PHONE NUMBER: (956) 289-2300
411 N 8Th St
Edinburg, TX  78541

Edna Isd
SUPERINTENDENT: Robert Oconnor
E-MAIL: roconnor@ednaisd.org
PHONE NUMBER: (361) 782-3573
1307 W Gayle St
Edna, TX  77957

El Paso Isd
SUPERINTENDENT: Juan Cabrera
E-MAIL: superintendent@episd.org
PHONE NUMBER: (915) 230-2000
6531 Boeing Dr
El Paso, TX  79925

Electra Isd
SUPERINTENDENT: Ted West
E-MAIL: ted.west@electraisd.net
PHONE NUMBER: (940) 495-3683
621 N Waggoner St
Electra, TX  76360

Elgin Isd
SUPERINTENDENT: Jodi Duron
E-MAIL: jodi.duron@elginisd.net
PHONE NUMBER: (512) 281-3434
1002 N Ave C
Elgin, TX  78621

Elysian Fields Isd
SUPERINTENDENT: Maynard Chapman
E-MAIL: machapman@efisd.org
PHONE NUMBER: (903) 633-2420
2099 Fm 451
Elysian Fields, TX  75642

Ennis Isd
SUPERINTENDENT: Jay Tullos
E-MAIL: jay.tullos@ennis.k12.tx.us
PHONE NUMBER: (972) 872-7000
303 W Knox
Ennis, TX  75119

Era Isd
SUPERINTENDENT: Jeremy Thompson
E-MAIL: thompsonj@eraisd.net
PHONE NUMBER: (940) 665-2007
108 Hargrove St
Era, TX  76238

Etoile Isd
SUPERINTENDENT: Sarah Hottman
E-MAIL: shottman@etoile.esc7.net
PHONE NUMBER: (936) 465-9404
16039 Fm Rd 226
Etoile, TX  75944

Eula Isd
SUPERINTENDENT: Tim Kelley
E-MAIL: kelleyt@eulaisd.net
PHONE NUMBER: (325) 529-3186
6040 F M 603
Clyde, TX  79510

Eustace Isd
SUPERINTENDENT: Coy Holcombe
E-MAIL: cholcombe@eustaceisd.net
PHONE NUMBER: (903) 425-5151
320 S Fm 316
Eustace, TX  75124

Evadale Isd
SUPERINTENDENT: Gary Fairchild
E-MAIL: gfairchild@evadalek12.net
PHONE NUMBER: (409) 276-1337
908 Fm 105
Evadale, TX  77615

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Evant Isd
SUPERINTENDENT: Ken Wimberley
E-MAIL: kwimberley@evantisd.org
PHONE NUMBER: (254) 471-5536
339 Memory Ln
Evant, TX  76525

Everman Isd
SUPERINTENDENT: Curtis Amos
E-MAIL: camos@eisd.org
PHONE NUMBER: (817) 568-3500
608 Townley Dr
Everman, TX  76140

Excelsior Isd
SUPERINTENDENT: Johnny Lewis
E-MAIL: jlewis1@excelsior.esc7.net
PHONE NUMBER: (936) 598-5866
11270 State Hwy 7 W
Center, TX  75935

Ezzell Isd
SUPERINTENDENT: Lisa Berckenhoff
E-MAIL: lberckenhoff@ezzellisd.org
PHONE NUMBER: (361) 798-4448
20500 Fm 531
Hallettsville, TX  77964

Fabens Isd
SUPERINTENDENT: Veronica Vijil
E-MAIL: vvijil@fabensisd.net
PHONE NUMBER: (915) 765-2600
821 N E Ave G
Fabens, TX  79838

Fairfield Isd
SUPERINTENDENT: Jason Adams
E-MAIL: jason.adams@fairfieldisd.org
PHONE NUMBER: (903) 389-2532
615 Post Oak Rd
Fairfield, TX  75840

Falls City Isd
SUPERINTENDENT: Todd Pawelek
E-MAIL: pawelekt@fcisd.net
PHONE NUMBER: (830) 254-3551
700 N. Nelson St
Falls City, TX  78113

Fannindel Isd
SUPERINTENDENT: Brad Lane
E-MAIL: blane@fannindel.net
PHONE NUMBER: (903) 367-7251
601 W Main St
Ladonia, TX  75449

Farmersville Isd
SUPERINTENDENT: Micheal French
E-MAIL: mfrench@farmersvilleisd.org
PHONE NUMBER: (972) 782-6601
501 A Hwy 78 N
Farmersville, TX  75442

Farwell Isd
SUPERINTENDENT: Colby Waldrop
E-MAIL: cwaldrop@farwellschools.org
PHONE NUMBER: (806) 481-3371
705 6Th St
Farwell, TX  79325

Fayetteville Isd
SUPERINTENDENT: Jeff Harvey
E-MAIL: jwharvey@fayettevilleisd.net
PHONE NUMBER: (979) 378-4242
618 Rusk St
Fayetteville, TX  78940

Ferris Isd
SUPERINTENDENT: James Hartman
E-MAIL: jhartman01@ferrisisd.org
PHONE NUMBER: (972) 544-3858
301 E 5Th St
Ferris, TX  75125

Flatonia Isd
SUPERINTENDENT: Andy Reddock
E-MAIL: areddock@flatonia.txed.net
PHONE NUMBER: (361) 865-2941
400 E 4Th
Flatonia, TX  78941

Florence Isd
SUPERINTENDENT: Paul Michalewicz
E-MAIL: pmichalewicz@florenceisd.net
PHONE NUMBER: (254) 793-2850
306 College Ave
Florence, TX  76527

Floresville Isd
SUPERINTENDENT: Sherri Bays
E-MAIL: sbays@fisd.us
PHONE NUMBER: (830) 393-5300
1200 5Th St
Floresville, TX  78114

Flour Bluff Isd
SUPERINTENDENT: David Freeman
E-MAIL: dfreeman@flourbluffschools.net
PHONE NUMBER: (361) 694-9205
2505 Waldron Rd
Corpus Christi, TX  78418

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Floydada Isd
SUPERINTENDENT: Gilbert Trevino
E-MAIL: gtrevino@floydadaisd.esc17.net
PHONE NUMBER: (806) 983-3498
226 W California St
Floydada, TX  79235

Follett Isd
SUPERINTENDENT: Jamie Copley
E-MAIL: jamie.copley@region16.net
PHONE NUMBER: (806) 653-2301
205 E Ivanhoe Highway15
Follett, TX  79034

Forestburg Isd
SUPERINTENDENT: John Metzler
E-MAIL: john.metzler@forestburgisd.net
PHONE NUMBER: (940) 964-2323
16346 Fm 455
Forestburg, TX  76239

Forney Isd
SUPERINTENDENT: Justin Terry
E-MAIL: justin.terry@edu.forneyisd.net
PHONE NUMBER: (972) 564-4055
600 S Bois D Arc St
Forney, TX  75126

Forsan Isd
SUPERINTENDENT: Randy Johnson
E-MAIL: rsjohnso@forsan.esc18.net
PHONE NUMBER: (432) 457-2223
411 W 6Th
Forsan, TX  79733

Fort Bend Isd
SUPERINTENDENT: Charles Dupre
E-MAIL: charles.dupre@fortbendisd.com
PHONE NUMBER: (281) 634-1000
16431 Lexington Blvd
Sugar Land, TX  77479

Fort Elliott Cisd
SUPERINTENDENT: Frank Belcher
E-MAIL: frank.belcher@fecisd.net
PHONE NUMBER: (806)375-2454
501 E WILSON
BRISCOE, TX  79011

Fort Stockton Isd
SUPERINTENDENT: Ralph Traynham
E-MAIL: ralph.traynham@fsisd.net
PHONE NUMBER: (432) 336-4000
101 W Division St
Fort Stockton, TX  79735

Fort Worth Isd
SUPERINTENDENT: Kent Scribner
E-MAIL: kent.scribner@fwisd.org
PHONE NUMBER: (817) 815-2000
100 N University Dr
Fort Worth, TX  76107

Franklin Isd
SUPERINTENDENT: Bret Lowry
E-MAIL: blowry@franklinisd.net
PHONE NUMBER: (979) 828-7000
1216 W Fm 1644
Franklin, TX  77856

Frankston Isd
SUPERINTENDENT: Nicci Cook
E-MAIL: niccicook@frankstonisd.net
PHONE NUMBER: (903) 876-2556
100 Perry St
Frankston, TX  75763

Fredericksburg Isd
SUPERINTENDENT: Jeff Brasher
E-MAIL: jeffb@fisd.org
PHONE NUMBER: (830) 997-9551
234 Friendship Ln
Fredericksburg, TX  78624

Freer Isd
SUPERINTENDENT: Conrad Cantu
E-MAIL: ccantu@freerisd.net
PHONE NUMBER: (361) 394-6025
905 S Norton
Freer, TX  78357

Frenship Isd
SUPERINTENDENT: Michelle Mccord
E-MAIL: mmccord@frenship.us
PHONE NUMBER: (806) 866-9541
501 7Th St
Wolfforth, TX  79382

Friendswood Isd
SUPERINTENDENT: Thad Roher
E-MAIL: troher@fisdk12.net
PHONE NUMBER: (281) 482-1267
302 Laurel Dr
Friendswood, TX  77546

Friona Isd
SUPERINTENDENT: Jimmy Burns
E-MAIL: jburns@frionaisd.com
PHONE NUMBER: (806) 250-2747
909 E 11Th St
Friona, TX  79035

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Frisco Isd
SUPERINTENDENT: Mike Waldrip
E-MAIL: mikewaldrip@friscoisd.org
PHONE NUMBER: (469) 633-6000
5515 Ohio Dr
Frisco, TX  75035

Frost Isd
SUPERINTENDENT: Mickie Jackson
E-MAIL: mickie.jackson@frostisd.org
PHONE NUMBER: (903) 682-2711
208 N Wyrick
Frost, TX  76641

Fruitvale Isd
SUPERINTENDENT: Rebecca Bain
E-MAIL: bainr@fruitvaleisd.com
PHONE NUMBER: (903) 896-1191
244 Vzcr 1910
Fruitvale, TX  75127

Ft Davis Isd
SUPERINTENDENT: Graydon Hicks
E-MAIL: ghicks@fdisd.com
PHONE NUMBER: (432) 426-4440
400 Webster Ave
Ft Davis, TX  79734

Ft Hancock Isd
SUPERINTENDENT: Jose Franco
E-MAIL: jgfranco@fhisd.net
PHONE NUMBER: (915) 769-3811
100 School Dr
Ft Hancock, TX  79839

Ft Sam Houston Isd
SUPERINTENDENT: Gary Bates
E-MAIL: gbates@fshisd.net
PHONE NUMBER: (210) 368-8700
4005 Winans Rd
San Antonio, TX  78234

Gainesville Isd
SUPERINTENDENT: DesMontes Stewart
E-MAIL: dstewart@gainesvilleisd.org
PHONE NUMBER: (940) 665-4362
800 S Morris St
Gainesville, TX  76240

Galena Park Isd
SUPERINTENDENT: Angi Williams
E-MAIL: awilliams@galenaparkisd.com
PHONE NUMBER: (832) 386-1000
14705 Woodforest Blvd
Houston, TX  77015

Galveston Isd
SUPERINTENDENT: Kelli Moulton
E-MAIL: kellimoulton@gisd.org
PHONE NUMBER: (409) 766-5121
3904 Ave T
Galveston, TX  77550

Ganado Isd
SUPERINTENDENT: Erin Fasel
E-MAIL: efasel@ganadoisd.net
PHONE NUMBER: (361) 771-4200
210 S Sixth St
Ganado, TX  77962

Garland Isd
SUPERINTENDENT: Ricardo Lopez
E-MAIL: RLopez@garlandisd.net
PHONE NUMBER: (972) 494-8201
501 S Jupiter
Garland, TX  75042

Garner Isd
SUPERINTENDENT: Rebecca Hallmark
E-MAIL: rhallmark@garnerisd.net
PHONE NUMBER: (940) 682-4251
2222 Garner School Rd
Weatherford, TX  76088

Garrison Isd
SUPERINTENDENT: Reid Spivey
E-MAIL: spiveyr@garrisonisd.com
PHONE NUMBER: (936) 347-7000
459 N Us Hwy 59
Garrison, TX  75946

Gary Isd
SUPERINTENDENT: Todd Greer
E-MAIL: tgreer@garyisd.net
PHONE NUMBER: (903) 685-2291
132 Bobcat Trail
Gary, TX 75643

Gatesville Isd
SUPERINTENDENT: Barrett Pollard
E-MAIL: bpollard@gatesvilleisd.org
PHONE NUMBER: (254) 865-7251
311 S Lovers Ln
Gatesville, TX  76528

Gause Isd
SUPERINTENDENT: Brad Jones
E-MAIL: brad.jones@gauseisd.net
PHONE NUMBER: (979) 279-5891
400 College
Gause, TX  77857

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

George West Isd
SUPERINTENDENT: Roland Quesada
E-MAIL: rquesada@gwisd.us
PHONE NUMBER: (361) 449-1914
913 Houston St
George West, TX  78022

Georgetown Isd
SUPERINTENDENT: Fred Brent
E-MAIL: BrentF@georgetownisd.org
PHONE NUMBER: (512) 943-5000
603 Lakeway Dr
Georgetown, TX  78628

Gholson Isd
SUPERINTENDENT: Heather Mccartney
E-MAIL: heather.mccartney@gholsonisd.net
PHONE NUMBER: (254) 829-1528
137 Hamilton Dr
Waco, TX  76705

Giddings Isd
SUPERINTENDENT: Roger Dees
E-MAIL: roger.dees@giddings.txed.net
PHONE NUMBER: (979) 542-2854
2337 N Main
Giddings, TX  78942

Gilmer Isd
SUPERINTENDENT: Rick Albritton
E-MAIL: albrittonr@gilmerisd.org
PHONE NUMBER: (903) 841-7400
500 So Trinity
Gilmer, TX  75644

Gladewater Isd
SUPERINTENDENT: Sedric Clark
E-MAIL: clarks@gladewaterisd.com
PHONE NUMBER: (903) 845-6991
500 W Quitman
Gladewater, TX  75647

Glasscock County Isd
SUPERINTENDENT: Scott Bicknell
E-MAIL: sbicknell@gckats.net
PHONE NUMBER: (432) 354-2230
308 W Chambers
Garden City, TX  79739

Glen Rose Isd
SUPERINTENDENT: Wayne Rotan
E-MAIL: wrotan@grisd.net
PHONE NUMBER: (254) 898-3900
1102 Stadium Dr
Glen Rose, TX  76043

Godley Isd
SUPERINTENDENT: Rich Dear
E-MAIL: cdear@godleyisd.net
PHONE NUMBER: (817) 389-2536
313 N Pearson
Godley, TX  76044

Gold Burg Isd
SUPERINTENDENT: Kim Williams
E-MAIL: kim.williams@goldburgisd.net
PHONE NUMBER: (940) 872-3562
468 Prater Rd
Bowie, TX  76230

Goldthwaite Isd
SUPERINTENDENT: Ronny Wright
E-MAIL: r.wright@goldisd.net
PHONE NUMBER: (325) 648-3531
1509 Hannah Valley Rd
Goldthwaite, TX  76844

Goliad Isd
SUPERINTENDENT: Stacy Ackley
E-MAIL: sackley@goliadisd.org
PHONE NUMBER: (361) 645-3259
161 N Welch
Goliad, TX  77963

Gonzales Isd
SUPERINTENDENT: John Schumacher
E-MAIL: john.schumacher@gonzalesisd.net
PHONE NUMBER: (830) 672-9551
1711 North Sarah Dewitt Drive
Gonzales, TX  78629

Goodrich Isd
SUPERINTENDENT: Bryan Taulton
E-MAIL: btaulton@goodrichisd.net
PHONE NUMBER: (936) 365-1100
234 Katie Simpson
Goodrich, TX  77335

Goose Creek Cisd
SUPERINTENDENT: Randal Obrien
E-MAIL: randal.obrien@gccisd.net
PHONE NUMBER: (281) 420-4842
4544 Interstate 10 E
Baytown, TX  77521

Gordon Isd
SUPERINTENDENT: Holly Campbell
E-MAIL: hcampbell@gordonhorns.net
PHONE NUMBER: (254) 693-5342
112 116 Rusk Sts
Gordon, TX  76453

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Gorman Isd
SUPERINTENDENT: Mike Winter
E-MAIL: mwinter@gormanisd.net
PHONE NUMBER: (254) 734-3171
114 W Lexington
Gorman, TX  76454

Grady Isd
SUPERINTENDENT: Leandro Gonzales
E-MAIL: legonzal@gradyisd.esc18.net
PHONE NUMBER: (432) 459-2445
3500 Fm 829
Lenorah, TX  79749

Graford Isd
SUPERINTENDENT: Dennis Holt
E-MAIL: dholt@grafordisd.com
PHONE NUMBER: (940) 664-3101
400 W Division
Graford, TX  76449

Graham Isd
SUPERINTENDENT: Sonny Cruse
E-MAIL: sonny.cruse@grahamisd.com
PHONE NUMBER: (940) 549-0595
400 3Rd St
Graham, TX  76450

Granbury Isd
SUPERINTENDENT: Jeremy Glenn
E-MAIL: jeremy.glenn@granburyisd.org
PHONE NUMBER: (817) 408-4000
217 N. Jones Stree
Granbury, TX  76048

Grand Prairie Isd
SUPERINTENDENT: Linda Ellis
E-MAIL: linda.ellis@gpisd.org
PHONE NUMBER: (972) 264-6141
2602 S Belt Line Rd
Grand Prairie, TX  75052

Grand Saline Isd
SUPERINTENDENT: Micah Lewis
E-MAIL: micah.lewis@grandsalineisd.net
PHONE NUMBER: (903) 962-7546
400 Stadium Dr
Grand Saline, TX  75140

Grandfalls-royalty Isd
SUPERINTENDENT: Joe Helms
E-MAIL: jhelms@grisd.com
PHONE NUMBER: (432) 547-2266
108 Ave C
Grandfalls, TX  79742

Grandview Isd
SUPERINTENDENT: Joe Perrin
E-MAIL: jperrin@gvisd.org
PHONE NUMBER: (817) 866-2450
701 S Fifth St
Grandview, TX  76050

Grandview-hopkins Isd
SUPERINTENDENT: Kent Hargis
E-MAIL: kent.hargis@region16.net
PHONE NUMBER: (806) 669-3831
11676 Fm 293
Groom, TX  79039

Granger Isd
SUPERINTENDENT: Randy Willis
E-MAIL: rwillis@granger.txed.net
PHONE NUMBER: (512) 859-2613
300 N Colorado St
Granger, TX  76530

Grape Creek Isd
SUPERINTENDENT: Angie Smetana
E-MAIL: angie.smetana@grapecreekisd.net
PHONE NUMBER: (325) 658-7823
8207 U S Hwy 87 N
San Angelo, TX  76901

Grapeland Isd
SUPERINTENDENT: Don Jackson
E-MAIL: djackson@grapelandisd.net
PHONE NUMBER: (936) 687-4619
116 W Myrtle
Grapeland, TX  75844

Greenville Isd
SUPERINTENDENT: Demetrus Liggins
E-MAIL: ligginsd@greenvilleisd.com
PHONE NUMBER: (903) 457-2500
4004 Moulton
Greenville, TX  75401

Greenwood Isd
SUPERINTENDENT: Edward Elliott
E-MAIL: eelliott@greenwood.esc18.net
PHONE NUMBER: (432) 685-7800
2700 Fm 1379
Midland, TX  79706

Gregory-portland Isd
SUPERINTENDENT: Paul Clore
E-MAIL: pclore@g-pisd.org
PHONE NUMBER: (361) 777-1091
608 College St
Portland, TX  78374

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Groesbeck Isd
SUPERINTENDENT: James Cowley
E-MAIL: james.cowley@groesbeckisd.net
PHONE NUMBER: (254) 729-4100
1202 N Ellis
Groesbeck, TX  76642

Groom Isd
SUPERINTENDENT: Jay Lamb
E-MAIL: jay.lamb@groomisd.net
PHONE NUMBER: (806) 248-7474
304 W 3Rd
Groom, TX  79039

Groveton Isd
SUPERINTENDENT: Don Hamilton
E-MAIL: don_hamilton@grovetonisd.net
PHONE NUMBER: (936) 642-1473
207 N Main St
Groveton, TX  75845

Gruver Isd
SUPERINTENDENT: Wade Callaway
E-MAIL: wade.callaway@gruverisd.net
PHONE NUMBER: (806) 733-2001
601 Garrett St
Gruver, TX  79040

Gunter Isd
SUPERINTENDENT: Jill Siler
E-MAIL: jsiler@gunterisd.org
PHONE NUMBER: (903) 433-4750
213 N 8Th St
Gunter, TX  75058

Gustine Isd
SUPERINTENDENT: Patti Blue
E-MAIL: pblue@gustine.esc14.net
PHONE NUMBER: (325) 667-7254
503 W Main St
Gustine, TX  76455

Guthrie Csd
SUPERINTENDENT: Jodie Reel
E-MAIL: jreel@guthriecsd.net
PHONE NUMBER: (806) 596-4466
301 Jaguar Ln
Guthrie, TX  79236

Hale Center Isd
SUPERINTENDENT: Steven Pyburn
E-MAIL: spyburn@hcisdowls.net
PHONE NUMBER: (806) 839-2451
103 W Cleveland
Hale Center, TX  79041

Hallettsville Isd
SUPERINTENDENT: Jo-Ann Bludau
E-MAIL: jabludau@hisdbrahmas.org
PHONE NUMBER: (361) 798-2242
302 N Ridge St
Hallettsville, TX  77964

Hallsburg Isd
SUPERINTENDENT: Kent Reynolds
E-MAIL: kreynolds@hallsburgisd.net
PHONE NUMBER: (254) 875-2331
2313 Hallsburg Rd
Waco, TX  76705

Hallsville Isd
SUPERINTENDENT: Jeff Collum
E-MAIL: jcollum@hisd.com
PHONE NUMBER: (903) 668-5990
210 Green St
Hallsville, TX  75650

Hamilton Isd
SUPERINTENDENT: Clay Tarpley
E-MAIL: ctarpley@hamiltonisd.org
PHONE NUMBER: (254) 386-3149
400 S College
Hamilton, TX  76531

Hamlin Isd
SUPERINTENDENT: Randy Burks
E-MAIL: rburks@hamlin.esc14.net
PHONE NUMBER: (325) 576-2722
250 Sw Ave F
Hamlin, TX  79520

Hamshire-fannett Isd
SUPERINTENDENT: Dwaine Augustine
E-MAIL: daugustine@hfhorns.net
PHONE NUMBER: (409) 243-2133
12702 Second St
Hamshire, TX  77622

Happy Isd
SUPERINTENDENT: Ray Keith
E-MAIL: rkeith@happyisd.net
PHONE NUMBER: (806) 558-5331
500 Nw Third
Happy, TX  79042

Hardin Isd
SUPERINTENDENT: Gerald Nixon
E-MAIL: gnixon@hardinisd.net
PHONE NUMBER: (936) 298-2112
209 Cr 2003 N
Hardin, TX  77561

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Hardin-jefferson Isd
SUPERINTENDENT: Brad Mceachern
E-MAIL: bradmceachern@hjisd.net
PHONE NUMBER: (409) 981-6400
520 W Herring
Sour Lake, TX  77659

Harlandale Isd
SUPERINTENDENT: Gerardo Soto
E-MAIL: gerardo.soto@harlandale.net
PHONE NUMBER: (210) 989-4300
102 Genevieve St
San Antonio, TX  78214

Harleton Isd
SUPERINTENDENT: Brian Gray
E-MAIL: graybrian@harletonisd.net
PHONE NUMBER: (903) 777-2372
17000 Sh 154
Harleton, TX  75651

Harlingen Cisd
SUPERINTENDENT: Arturo Cavazos
E-MAIL: arturo.cavazos@hcisd.org
PHONE NUMBER: (956) 430-9503
407 N 77 Sunshine Strip
Harlingen, TX  78550

Harmony Isd
SUPERINTENDENT: Dennis Glenn
E-MAIL: glennd@harmonyisd.net
PHONE NUMBER: (903) 725-5492
9788 State Hwy 154 W
Big Sandy, TX  75755

Harper Isd
SUPERINTENDENT: Bonnie Stewart
E-MAIL: bstewart@harper.txed.net
PHONE NUMBER: (830) 864-4044
61 N Ranch Rd 783
Harper, TX  78631

Harris County Dept Of Ed
SUPERINTENDENT: James Colbert
E-MAIL: jcolbert@hcde-texas.org
PHONE NUMBER: (713) 694-6300
6300 Irvington Blvd
Houston, TX  77022

Harrold Isd
SUPERINTENDENT: David Thweatt
E-MAIL: david.thweatt@harroldisd.net
PHONE NUMBER: (940) 886-2213
18106 Stewart St
Harrold, TX  76364

Hart Isd
SUPERINTENDENT: Krista Lara
E-MAIL: krista.lara@region16.net
PHONE NUMBER: (806) 938-2143
710 Second St
Hart, TX  79043

Hartley Isd
SUPERINTENDENT: Scott Vincent
E-MAIL: scott.vincent@region16.net
PHONE NUMBER: (806) 365-4458
901 Johnson
Hartley, TX  79044

Harts Bluff Isd
SUPERINTENDENT: Bobby Rice
E-MAIL: riceb@hbisd.net
PHONE NUMBER: (903) 577-1146
3506 Fm 1402
Mount Pleasant, TX  75455

Hawkins Isd
SUPERINTENDENT: Stephanie Mcconnell
E-MAIL: stephanie.mcconnell@hawkinsisd.org
PHONE NUMBER: (903) 769-2181
179 Hawk Drive
Hawkins, TX  75765

Hawley Isd
SUPERINTENDENT: Cassidy McBrayer
E-MAIL: cmcbrayer@hawley.esc14.net
PHONE NUMBER: (325) 537-2214
210 Ave E
Hawley, TX  79525

Hays Cisd
SUPERINTENDENT: Eric Wright
E-MAIL: eric.wright@hayscisd.net
PHONE NUMBER: (512) 268-2141
21003 Interstate 35
Kyle, TX  78640

Hearne Isd
SUPERINTENDENT: Adrain Johnson
E-MAIL: ajohnson@hearne.k12.tx.us
PHONE NUMBER: (979) 279-3200
900 Wheelock St
Hearne, TX  77859

Hedley Isd
SUPERINTENDENT: Garrett Bains
E-MAIL: garrett.bains@hedleyisd.net
PHONE NUMBER: (806) 856-5323
301 Jones
Hedley, TX  79237

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Hemphill Isd
SUPERINTENDENT: Reese Briggs
E-MAIL: reese.briggs@hemphillisd.net
PHONE NUMBER: (409) 787-3371
1000 Milam St
Hemphill, TX  75948

Hempstead Isd
SUPERINTENDENT: Angela Gutsch
E-MAIL: gutscha@hempsteadisd.org
PHONE NUMBER: (979) 826-3304
524 Austin St
Hempstead, TX  77445

Henderson Isd
SUPERINTENDENT: Thurston Lamb
E-MAIL: tlamb@hendersonisd.org
PHONE NUMBER: (903) 655-5000
200 N High St
Henderson, TX 75652

Henrietta Isd
SUPERINTENDENT: Scot Clayton
E-MAIL: scot.clayton@henrietta-isd.net
PHONE NUMBER: (940) 720-7900
1801 E Crafton
Henrietta, TX 76365

Hereford Isd
SUPERINTENDENT: Sheri Blankenship
E-MAIL: sheriblankenship@herefordisd.net
PHONE NUMBER: (806) 364-0606
601 N 25 Mile Ave
Hereford, TX 79045

Hermleigh Isd
SUPERINTENDENT: Cassie Petty
E-MAIL: cpetty@hermleigh.esc14.net
PHONE NUMBER: (325) 863-2451
8010 Business 84H
Hermleigh, TX 79526

Hico Isd
SUPERINTENDENT: Jon Hartgraves
E-MAIL: jhartgraves@hico-isd.net
PHONE NUMBER: (254) 796-2181
901 Cedar
Hico, TX 76457

Hidalgo Isd
SUPERINTENDENT: Xavier Salinas
E-MAIL: xasalinas@hidalgo-isd.org
PHONE NUMBER: (956) 843-4401
324 E Flora St
Hidalgo, TX 78557

High Island Isd
SUPERINTENDENT: Travis Grubbs
E-MAIL: tgrubbs@highislandisd.com
PHONE NUMBER: (409) 286-5317
2113 6Th St
High Island, TX  77623

Highland Isd
SUPERINTENDENT: Duane Hyde
E-MAIL: dhyde@highland.esc14.net
PHONE NUMBER: (325) 766-3652
6625 Fm 608
Roscoe, TX  79545

Highland Park Isd
SUPERINTENDENT: Jimmy Hannon
E-MAIL: jimmy.hannon@hpisd.net
PHONE NUMBER: (806) 335-2823
15300 Amarillo Blvd E
Amarillo, TX  79108

Highland Park Isd
SUPERINTENDENT: Tom Trigg
E-MAIL: triggt@hpisd.org
PHONE NUMBER: (214) 780-3000
7015 Westchester Dr
Dallas, TX  75205

Hillsboro Isd
SUPERINTENDENT: Vicki Adams
E-MAIL: adamsv@hillsboroisd.org
PHONE NUMBER: (254) 582-8585
121 E Franklin St
Hillsboro, TX  76645

Hitchcock Isd
SUPERINTENDENT: Travis Edwards
E-MAIL: tedwards@hitchcockisd.org
PHONE NUMBER: (409) 316-6545
7801 Neville Avenue Building B
Hitchcock, TX  77563

Holland Isd
SUPERINTENDENT: Shane Downing
E-MAIL: sdowning@hollandisd.org
PHONE NUMBER: (254) 657-0175
105 S Rose Ln
Holland, TX  76534

Holliday Isd
SUPERINTENDENT: Cody Carroll
E-MAIL: cody.carroll@hollidayisd.net
PHONE NUMBER: (940) 586-1281
751 College Ave
Holliday, TX  76366

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Hondo Isd
SUPERINTENDENT: Alann Truelock
E-MAIL: atruelock@hondoisd.net
PHONE NUMBER: (830) 426-3027
2604 Ave E
Hondo, TX  78861

Honey Grove Isd
SUPERINTENDENT: Todd Morrison
E-MAIL: btmorrison@honeygroveisd.net
PHONE NUMBER: (903) 378-2264
1206 N Seventeenth St
Honey Grove, TX  75446

Hooks Isd
SUPERINTENDENT: Keith Minter
E-MAIL: minterk@hooksisd.net
PHONE NUMBER: (903) 547-6077
100 E 5Th St
Hooks, TX  75561

Houston Isd
SUPERINTENDENT: Grenita Lathan
E-MAIL: glathan@houstonisd.org
PHONE NUMBER: (713) 556-6000
4400 W 18Th St
Houston, TX  77092

Howe Isd
SUPERINTENDENT: Kevin Wilson
E-MAIL: wilson.kevin@howeisd.net
PHONE NUMBER: (903) 532-3228
105 W Tutt St
Howe, TX  75459

Hubbard Isd
SUPERINTENDENT: Traci Drake
E-MAIL: tdrake@hubbardisd.net
PHONE NUMBER: (903) 667-2645
3347 Hwy 259 S
Dekalb, TX  75559

Hubbard Isd
SUPERINTENDENT: Tim Norman
E-MAIL: tnorman@hubbardisd.org
PHONE NUMBER: (254) 576-2564
1803 Nw 4Th St
Hubbard, TX  76648

Huckabay Isd
SUPERINTENDENT: Troy Roberts
E-MAIL: troberts@hisd.us
PHONE NUMBER: (254) 968-8476
200 County Rd 421
Stephenville, TX  76401

Hudson Isd
SUPERINTENDENT: Donny Webb
E-MAIL: webbdon@hudsonisd.org
PHONE NUMBER: (936) 875-3351
State Hwy 94 W
Lufkin, TX  75904

Huffman Isd
SUPERINTENDENT: Benny Soileau
E-MAIL: bsoileau@huffmanisd.net
PHONE NUMBER: (281) 324-1871
24302 F M 2100
Huffman, TX  77336

Hughes Springs Isd
SUPERINTENDENT: Sarah Dildine
E-MAIL: dildines@hsisd.net
PHONE NUMBER: (903) 639-3802
871 Taylor St
Hughes Springs, TX  75656

Hull-daisetta Isd
SUPERINTENDENT: Tim Bartram
E-MAIL: tbartram@hdisd.net
PHONE NUMBER: (936) 536-6321
117 N Main Hwy 770
Daisetta, TX  77533

Humble Isd
SUPERINTENDENT: Elizabeth Fagen
E-MAIL: elizabeth.fagen@humbleisd.net
PHONE NUMBER: (281) 641-1000
20200 Eastway Village Dr
Humble, TX  77338

Hunt Isd
SUPERINTENDENT: Luci Harmon
E-MAIL: lharmon@huntisd.org
PHONE NUMBER: (830) 238-4893
115 School Ln Sw
Hunt, TX  78024

Huntington Isd
SUPERINTENDENT: David Flowers
E-MAIL: dflowers@huntingtonisd.com
PHONE NUMBER: (936) 876-4287
908 Main St
Huntington, TX  75949

Huntsville Isd
SUPERINTENDENT: Scott Sheppard
E-MAIL: SSheppard@huntsville-isd.org
PHONE NUMBER: (936) 435-6300
441 Fm 2821 E
Huntsville, TX  77320

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Hutto Isd
SUPERINTENDENT: Celina Thomas
E-MAIL: celina.estradathomas@huttoisd.net
PHONE NUMBER: (512) 759-3771
200 College St
Hutto, TX  78634

Idalou Isd
SUPERINTENDENT: Robert Gibson
E-MAIL: rgibson@idalouisd.net
PHONE NUMBER: (806) 892-1900
601 S Walnut
Idalou, TX  79329

Industrial Isd
SUPERINTENDENT: Paul Darilek
E-MAIL: pdarilek@industrialisd.org
PHONE NUMBER: (361) 284-3226
167 5Th St
Vanderbilt, TX  77991

Ingleside Isd
SUPERINTENDENT: Troy Mircovich
E-MAIL: troy.mircovich@inglesideisd.org
PHONE NUMBER: (361) 776-7631
2664 San Angelo
Ingleside, TX  78362

Ingram Isd
SUPERINTENDENT: Robert Templeton
E-MAIL: rtempleton@ingramisd.net
PHONE NUMBER: (830) 367-5517
510 College St
Ingram, TX  78025

Iola Isd
SUPERINTENDENT: Scott Martindale
E-MAIL: smartindale@iolaisd.net
PHONE NUMBER: (936) 394-2361
7282 Ft Worth St
Iola, TX  77861

Iowa Park Cisd
SUPERINTENDENT: Steven Moody
E-MAIL: smoody@ipcisd.net
PHONE NUMBER: (940) 592-4193
328 E Hwy
Iowa Park, TX  76367

Ira Isd
SUPERINTENDENT: Brian Patterson
E-MAIL: bpatterson@ira.esc14.net
PHONE NUMBER: (325) 573-2629
6143 W Fm 1606
Ira, TX  79527

Iraan-sheffield Isd
SUPERINTENDENT: Tracy Canter
E-MAIL: tracy.canter@isisd.net
PHONE NUMBER: (432) 639-2512
100 S Farr St
Iraan, TX  79744

Iredell Isd
SUPERINTENDENT: Patrick Murphy
E-MAIL: p_murphy@iredell-isd.com
PHONE NUMBER: (254) 364-2411
501 E Mcclain
Iredell, TX  76649

Irion County Isd
SUPERINTENDENT: Ray Despain
E-MAIL: rdespain@irion-isd.org
PHONE NUMBER: (325) 835-6111
302 N 3Rd St
Mertzon, TX  76941

Irving Isd
SUPERINTENDENT: Magda Hernandez
E-MAIL: mhernandez@irvingisd.net
PHONE NUMBER: (972) 600-5000
2621 W Airport Fwy
Irving, TX  75062

Italy Isd
SUPERINTENDENT: Michelle Schwind
E-MAIL: mschwind@italyisd.org
PHONE NUMBER: (972) 483-1815
300 S College
Italy, TX  76651

Itasca Isd
SUPERINTENDENT: Mark Parsons
E-MAIL: mparsons@itascaisd.org
PHONE NUMBER: (254) 687-2922
123 N College
Itasca, TX  76055

Jacksboro Isd
SUPERINTENDENT: Dwain Milam
E-MAIL: milamd@jacksboroisd.net
PHONE NUMBER: (940) 567-7203
750 W Belknap
Jacksboro, TX  76458

Jacksonville Isd
SUPERINTENDENT: Chad Kelly
E-MAIL: chad.kelly@jisd.org
PHONE NUMBER: (903) 586-6511
800 College Ave
Jacksonville, TX  75766

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Jarrell Isd
SUPERINTENDENT: Keith Boles
E-MAIL: keith.boles@jarrellisd.org
PHONE NUMBER: (512) 746-2124
312 N 5Th
Jarrell, TX  76537

Jasper Isd
SUPERINTENDENT: Steve Hyden
E-MAIL: steve.hyden@jasperisd.net
PHONE NUMBER: (409) 384-2401
128 Park St
Jasper, TX  75951

Jayton-girard Isd
SUPERINTENDENT: Trig Overbo
E-MAIL: toverbo@esc17.net
PHONE NUMBER: (806) 237-2991
700 Madison
Jayton, TX  79528

Jefferson Isd
SUPERINTENDENT: Rob Barnwell
E-MAIL: jrbarnwell@jeffersonisd.org
PHONE NUMBER: (903) 665-2461
1600 Mlk
Jefferson, TX  75657

Jim Hogg County Isd
SUPERINTENDENT: Susana Garza
E-MAIL: spgarza@jhcisdpk12.org
PHONE NUMBER: (361) 527-3203
210 W Lucille
Hebbronville, TX  78361

Jim Ned Cisd
SUPERINTENDENT: Glen Teal
E-MAIL: gteal@jimned.esc14.net
PHONE NUMBER: (325) 554-7500
830 Garza St
Tuscola, TX  79562

Joaquin Isd
SUPERINTENDENT: Ryan Fuller
E-MAIL: RFuller@joaquinisd.net
PHONE NUMBER: (936) 269-3128
11109 Us Hwy 84 E
Joaquin, TX  75954

Johnson City Isd
SUPERINTENDENT: Richard Kolek
E-MAIL: rkolek@jcisd.txed.net
PHONE NUMBER: (830) 868-7410
303 N Lbj Dr
Johnson City, TX  78636

Jonesboro Isd
SUPERINTENDENT: Matt Dossey
E-MAIL: matt.dossey@jonesboroisd.net
PHONE NUMBER: (254) 463-2111
14909 E State Hwy 36
Jonesboro, TX  76538

Joshua Isd
SUPERINTENDENT: Fran Marek
E-MAIL: fmarek@joshuaisd.org
PHONE NUMBER: (817) 202-2500
310 E 18Th St
Joshua, TX  76058

Jourdanton Isd
SUPERINTENDENT: Theresa Mcallister
E-MAIL: tmcallister@jisdtx.us
PHONE NUMBER: (830) 769-3548
200 Zanderson Ave
Jourdanton, TX  78026

Judson Isd
SUPERINTENDENT: Jeanette Ball
E-MAIL: jball@judsonisd.org
PHONE NUMBER: (210) 945-5100
8012 Shin Oak
Live Oak, TX  78233

Junction Isd
SUPERINTENDENT: Mike Carter
E-MAIL: mike.carter@junctionisd.net
PHONE NUMBER: (325) 446-3510
1700 College St
Junction, TX  76849

Karnack Isd
SUPERINTENDENT: Amy Dickson
E-MAIL: adickson@karnackisd.org
PHONE NUMBER: (903) 679-3117
14109 Fm 134
Karnack, TX  75661

Karnes City Isd
SUPERINTENDENT: Jeanette Winn
E-MAIL: jwinn@kcisd.net
PHONE NUMBER: (830) 780-2321
314 N Hwy 123
Karnes City, TX  78118

Katy Isd
SUPERINTENDENT: Kenneth Gregorski
E-MAIL: kennethgregorski@katyisd.org
PHONE NUMBER: (281) 396-6000
6301 S Stadium Ln
Katy, TX  77494

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Kaufman Isd
SUPERINTENDENT: Lori Blaylock
E-MAIL: lblaylock@kaufman-isd.net
PHONE NUMBER: (972) 932-2622
1000 S Houston St
Kaufman, TX  75142

Keene Isd
SUPERINTENDENT: Ricky Stephens
E-MAIL: rstephens@keeneisd.org
PHONE NUMBER: (817) 774-5200
3625 Hwy 67 E Bldg C
Keene, TX  76059

Keller Isd
SUPERINTENDENT: Rick Westfall
E-MAIL: rick.westfall@kellerisd.net
PHONE NUMBER: (817) 744-1000
350 Keller Pkwy
Keller, TX  76248

Kelton Isd
SUPERINTENDENT: Carl Taylor
E-MAIL: carl.taylor@region16.net
PHONE NUMBER: (806) 826-5795
Intersection Of Fm 596
Wheeler, TX  79096

Kemp Isd
SUPERINTENDENT: Douglas Moore
E-MAIL: douglas.moore@kempisd.org
PHONE NUMBER: (903) 498-1314
905 S Main St
Kemp, TX  75143

Kenedy County Wide Csd
SUPERINTENDENT: Kristen Tinsley
E-MAIL: ktinsley@saritaschool.net
PHONE NUMBER: (361) 294-5381
150 E La Parra St
Sarita, TX  78385

Kenedy Isd
SUPERINTENDENT: Diana Barrera
E-MAIL: dbarrera@kenedyisd.com
PHONE NUMBER: (830) 583-4100
401 F M 719
Kenedy, TX  78119

Kennard Isd
SUPERINTENDENT: Malinda Lindsey
E-MAIL: mlindsey@kennardisd.net
PHONE NUMBER: (936) 655-2121
304 Hwy Seven E
Kennard, TX  75847

Kennedale Isd
SUPERINTENDENT: Chad Gee
E-MAIL: geec@kisdtx.net
PHONE NUMBER: (817) 563-8000
120 W Kennedale Pkwy
Kennedale, TX  76060

Kerens Isd
SUPERINTENDENT: Martin Brumit
E-MAIL: brumitm@kerensisd.org
PHONE NUMBER: (903) 396-2924
200 Bobcat Ln
Kerens, TX  75144

Kermit Isd
SUPERINTENDENT: Joe Lopez
E-MAIL: jrlopez@kermitisd.org
PHONE NUMBER: (432) 586-1000
601 S Poplar
Kermit, TX  79745

Kerrville Isd
SUPERINTENDENT: Mark Foust
E-MAIL: mark.foust@kerrvilleisd.net
PHONE NUMBER: (830) 257-2200
1009 Barnett St
Kerrville, TX  78028

Kilgore Isd
SUPERINTENDENT: Andrew Baker
E-MAIL: abaker@kisd.org
PHONE NUMBER: (903) 988-3900
301 N Kilgore St
Kilgore, TX  75662

Killeen Isd
SUPERINTENDENT: John Craft
E-MAIL: john.craft@killeenisd.org
PHONE NUMBER: (254) 336-0006
200 N W S Young Dr
Killeen, TX  76543

Kingsville Isd
SUPERINTENDENT: Kamara Adams
E-MAIL: kadams@kingsvilleisd.com
PHONE NUMBER: (361) 592-3387
207 N Third St
Kingsville, TX  78363

Kirbyville Cisd
SUPERINTENDENT: Georgia Sayers
E-MAIL: gsayers@kirbyvillecisd.org
PHONE NUMBER: (409) 423-2284
206 E Main St
Kirbyville, TX  75956

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Klein Isd
SUPERINTENDENT: Jenny Mcgown
E-MAIL: jmcgown@kleinisd.net
PHONE NUMBER: (832) 249-4000
7200 Spring Cypress Rd
Klein, TX  77379

Klondike Isd
SUPERINTENDENT: Steve Mclaren
E-MAIL: steve.mclaren@klondikeisd.net
PHONE NUMBER: (806) 462-7334
2911 Co Rd H
Lamesa, TX  79331

Knippa Isd
SUPERINTENDENT: Elda Alejandro
E-MAIL: elda.alejandro@knippaisd.com
PHONE NUMBER: (830) 934-2176
100 Kessler Ln
Knippa, TX  78870

Knox City-O'Brien Cisd
SUPERINTENDENT: Colin Howeth
E-MAIL: colin.howeth@knoxcityschools.net
PHONE NUMBER: (940) 657-3521
606 E Main St
Knox City, TX  79529

Kopperl Isd
SUPERINTENDENT: Katrina Adcock
E-MAIL: katrina.adcock@kopperlisd.org
PHONE NUMBER: (254) 889-3502
175 Cr 1240
Kopperl, TX  76652

Kountze Isd
SUPERINTENDENT: Shane Reyenga
E-MAIL: sreyenga@kountzeisd.org
PHONE NUMBER: (409) 246-3352
160 W Vaughn St
Kountze, TX  77625

Kress Isd
SUPERINTENDENT: Leah Zeigler
E-MAIL: leah.zeigler@region16.net
PHONE NUMBER: (806) 684-2652
200 E 5Th
Kress, TX  79052

Krum Isd
SUPERINTENDENT: Mike Davis
E-MAIL: mike.davis@krumisd.net
PHONE NUMBER: (940) 482-6000
1200 Bobcat Blvd
Krum, TX  76249

La Feria Isd
SUPERINTENDENT: Cathy Hernandez
E-MAIL: cathy.hernandez@laferiaisd.org
PHONE NUMBER: (956) 797-8300
505 N. Villarreal St.
La Feria, TX  78559

La Gloria Isd
SUPERINTENDENT: David Braswell
E-MAIL: dbraswell@lagloriaisd.esc2.net
PHONE NUMBER: (361) 325-2330
182 E County Rd 401
Falurrias, TX  78355

La Grange Isd
SUPERINTENDENT: Bill Wagner
E-MAIL: bill.wagner@lgisd.net
PHONE NUMBER: (979) 968-7000
560 N Monroe
La Grange, TX  78945

La Joya Isd
SUPERINTENDENT: Dr Gisela Saenz
E-MAIL: g.saenz2@lajoyaisd.net
PHONE NUMBER: (956) 323-2000
201 E Expy 83
La Joya, TX  78560

La Porte Isd
SUPERINTENDENT: Walter Jackson
E-MAIL: supt-secretary@lpisd.org
PHONE NUMBER: (281) 604-7000
1002 San Jacinto St
La Porte, TX  77571

La Pryor Isd
SUPERINTENDENT: Matthew Mchazlett
E-MAIL: matthew.mchazlett@lapryor.net
PHONE NUMBER: (830) 365-4000
311 E Hwy 57
La Pryor, TX  78872

La Vega Isd
SUPERINTENDENT: Sharon Shields
E-MAIL: sharon.shields@lavegaisd.org
PHONE NUMBER: (254) 299-6700
400 E Loop 340
Waco, TX  76705

La Vernia Isd
SUPERINTENDENT: Toni Wood
E-MAIL: toni.wood@lvisd.org
PHONE NUMBER: (830) 779-6600
13600 Us Hwy 87 W
La Vernia, TX  78121

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

La Villa Isd
SUPERINTENDENT: Paz Elizondo
E-MAIL: paz.elizondo@lavillaisd.org
PHONE NUMBER: (956) 262-4755
500 E 9Th St
La Villa, TX  78562

Lackland Isd
SUPERINTENDENT: Burnie Roper
E-MAIL: roper.b@lacklandisd.net
PHONE NUMBER: (210) 357-5000
2460 Kenly Ave Bldg 8265
San Antonio, TX  78236

Lago Vista Isd
SUPERINTENDENT: Darren Webb
E-MAIL: darren_webb@lagovista.txed.net
PHONE NUMBER: (512) 267-8300
8039 Bar K Ranch Rd
Lago Vista, TX  78645

Lake Dallas Isd
SUPERINTENDENT: Gayle Stinson
E-MAIL: gstinson@ldisd.net
PHONE NUMBER: (940) 497-4039
104 Swisher Rd
Lake Dallas, TX  75065

Lake Travis Isd
SUPERINTENDENT: Paul Norton
E-MAIL: nortonp@ltisdschools.org
PHONE NUMBER: (512) 533-6000
3322 Ranch Rd 620 S
Austin, TX  78738

Lake Worth Isd
SUPERINTENDENT: Rose Neshyba
E-MAIL: rneshyba@lwisd.org
PHONE NUMBER: (817) 306-4200
6805 Telephone Rd
Lake Worth, TX  76135

Lamar Cisd
SUPERINTENDENT: Thomas Randle
E-MAIL: terandle@lcisd.org
PHONE NUMBER: (832) 223-0000
3911 Ave I
Rosenberg, TX  77471

Lamesa Isd
SUPERINTENDENT: Jim Knight
E-MAIL: jknight@lamesaisd.net
PHONE NUMBER: (806) 872-5461
212 N Houston
Lamesa, TX  79331

Lampasas Isd
SUPERINTENDENT: Chane Rascoe
E-MAIL: rascoec@lisdtx.org
PHONE NUMBER: (512) 556-6224
207 W 8Th St
Lampasas, TX  76550

Lancaster Isd
SUPERINTENDENT: Elijah Granger
E-MAIL: ElijahGranger@LancasterISD.orgï»¿
PHONE NUMBER: (972) 218-1400
422 S Centre Ave
Lancaster, TX  75146

Laneville Isd
SUPERINTENDENT: Teresa Shelton
E-MAIL: sheltont@lanevilleisd.org
PHONE NUMBER: (903) 863-5353
7415 Fm 1798 W
Laneville, TX  75667

Lapoynor Isd
SUPERINTENDENT: James Young
E-MAIL: jyoung@lapoynorisd.net
PHONE NUMBER: (903) 876-4057
13155 Hwy 175 E
Larue, TX  75770

Laredo Isd
SUPERINTENDENT: Sylvia Rios
E-MAIL: sgrios@laredoisd.org
PHONE NUMBER: (956) 273-1000
1702 Houston St
Laredo, TX  78040

Lasara Isd
SUPERINTENDENT: Sara Alvarado
E-MAIL: salvarado@lasaraisd.net
PHONE NUMBER: (956) 642-3598
6160 E Sixth St
Lasara, TX  78561

Latexo Isd
SUPERINTENDENT: Michael Woodard
E-MAIL: mwoodard@latexoisd.net
PHONE NUMBER: (936) 544-5664
298 F M 2663
Latexo, TX  75849

Lazbuddie Isd
SUPERINTENDENT: Steve Wolf
E-MAIL: steve.wolf@lazbuddieisd.org
PHONE NUMBER: (806) 965-2156
675 Fm 1172
Lazbuddie, TX  79053

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Leakey Isd
SUPERINTENDENT: Chris Yeschke
E-MAIL: cyeschke@leakeyisd.net
PHONE NUMBER: (830) 232-5595
429 Hwy 83 N
Leakey, TX  78873

Leander Isd
SUPERINTENDENT: Bruce Gearing
E-MAIL: bruce.gearing@leanderisd.org
PHONE NUMBER: (512) 570-0000
204 W S St
Leander, TX  78641

Leary Isd
SUPERINTENDENT: Jennifer Dear
E-MAIL: jdear@learyisd.net
PHONE NUMBER: (903) 838-8960
Hwy 82
Hooks, TX  75561

Lefors Isd
SUPERINTENDENT: Kelley Porter
E-MAIL: kelley.porter@leforsisd.net
PHONE NUMBER: (806) 835-2533
209 E 5Th St
Lefors, TX  79054

Leggett Isd
SUPERINTENDENT: Jana Lowe
E-MAIL: jlowe@leggettisd.net
PHONE NUMBER: (936) 398-2804
254 E Fm 942
Leggett, TX  77350

Leon Isd
SUPERINTENDENT: David Rains
E-MAIL: drains@leonisd.net
PHONE NUMBER: (903) 626-1400
12168 Hwy 79 W
Jewett, TX  75846

Leonard Isd
SUPERINTENDENT: Brad Maxwell
E-MAIL: maxwellb@leonardisd.net
PHONE NUMBER: (903) 587-2318
1 Tiger Alley
Leonard, TX  75452

Levelland Isd
SUPERINTENDENT: Jeff Northern
E-MAIL: jnorthern@levellandisd.net
PHONE NUMBER: (806) 894-9628
704 11Th St
Levelland, TX  79336

Leveretts Chapel Isd
SUPERINTENDENT: Josh Johnson
E-MAIL: jjohnson@leverettschapelisd.net
PHONE NUMBER: (903) 834-3181
8956 State Hwy 42 135 N
Overton, TX  75684

Lewisville Isd
SUPERINTENDENT: Kevin Rogers
E-MAIL: superintendent@lisd.net
PHONE NUMBER: (469) 713-5200
1565 W. Main Street
Lewisville, TX  75028

Lexington Isd
SUPERINTENDENT: Tonya Knowlton
E-MAIL: knowltont@lexingtonisd.net
PHONE NUMBER: (979) 773-2254
8731 N Hwy 77
Lexington, TX  78947

Liberty Hill Isd
SUPERINTENDENT: Steven Snell
E-MAIL: ssnell@libertyhill.txed.net
PHONE NUMBER: (512) 260-5580
14001 W Hwy 29
Liberty Hill, TX  78642

Liberty Isd
SUPERINTENDENT: Cody Abshier
E-MAIL: cabshier@libertyisd.net
PHONE NUMBER: (936) 336-7213
1600 Grand Ave
Liberty, TX  77575

Liberty-eylau Isd
SUPERINTENDENT: Ronnie Thompson
E-MAIL: ronnie.thompson@leisd.net
PHONE NUMBER: (903) 832-1535
2901 Leopard Dr
Texarkana, TX  75501

Lindale Isd
SUPERINTENDENT: Stan Surratt
E-MAIL: surrattsm@lisdeagles.net
PHONE NUMBER: (903) 881-4000
505 Pierce St
Lindale, TX  75771

Linden-kildare Cisd
SUPERINTENDENT: Keri Winters
E-MAIL: kwinters@lkcisd.net
PHONE NUMBER: (903) 756-7071
205 Kildare Rd
Linden, TX  75563

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Lindsay Isd
SUPERINTENDENT: Trevor Rogers
E-MAIL: trogers@lindsayisd.org
PHONE NUMBER: (940) 668-8923
495 Sixth St
Lindsay, TX  76250

Lingleville Isd
SUPERINTENDENT: Curtis Haley
E-MAIL: chaley@lingleville.us
PHONE NUMBER: (254) 968-2596
21261 N Fm 219
Lingleville, TX  76461

Lipan Isd
SUPERINTENDENT: Ralph Carter
E-MAIL: rcarter@lipanindians.net
PHONE NUMBER: (254) 646-2266
211 N Kickapoo
Lipan, TX  76462

Little Cypress-mauriceville Cisd
SUPERINTENDENT: Stacey Brister
E-MAIL: SBrister@lcmcisd.org
PHONE NUMBER: (409) 883-2232
6586 Fm 1130
Orange, TX  77632

Little Elm Isd
SUPERINTENDENT: Daniel Gallagher
E-MAIL: dgallagher@littleelmisd.net
PHONE NUMBER: (972) 292-1847
300 Lobo Ln
Little Elm, TX  75068

Littlefield Isd
SUPERINTENDENT: Robert Dillard
E-MAIL: rdillard@lfdisd.org
PHONE NUMBER: (806) 385-4150
1207 E 14Th St
Littlefield, TX  79339

Livingston Isd
SUPERINTENDENT: Brent Hawkins
E-MAIL: bhawkins@livingstonisd.com
PHONE NUMBER: (936) 328-2100
1412 S Houston
Livingston, TX  77351

Llano Isd
SUPERINTENDENT: Mac Edwards
E-MAIL: medwards@llanoisd.org
PHONE NUMBER: (325) 247-4747
1400 Oatman St
Llano, TX  78643

Lockhart Isd
SUPERINTENDENT: Mark Estrada
E-MAIL: Mark.Estrada@lockhart.txed.net
PHONE NUMBER: (512) 398-0000
105 S Colorado
Lockhart, TX  78644

Lockney Isd
SUPERINTENDENT: Jim Baum
E-MAIL: baum.jim@lockneyisd.net
PHONE NUMBER: (806) 652-2115
416 W Willow
Lockney, TX  79241

Lohn Isd
SUPERINTENDENT: Leon Freeman
E-MAIL: lfreeman@lohnisd.net
PHONE NUMBER: (325) 344-5749
1112 Fm 504
Lohn, TX  76852

Lometa Isd
SUPERINTENDENT: David Fisher
E-MAIL: dfisher@lometaisd.net
PHONE NUMBER: (512) 752-3384
100 N 8Th St
Lometa, TX  76853

London Isd
SUPERINTENDENT: Judi Whitis
E-MAIL: jwhitis@londonisd.net
PHONE NUMBER: (361) 855-0092
1306 Fm 43
Corpus Christi, TX  78415

Lone Oak Isd
SUPERINTENDENT: Lance Campbell
E-MAIL: lcampbell@loisd.net
PHONE NUMBER: (903) 662-5427
8162 Hwy 69 S
Lone Oak, TX  75453

Longview Isd
SUPERINTENDENT: James Wilcox
E-MAIL: jewilcox@lisd.org
PHONE NUMBER: (903) 381-2200
1301 E Young St
Longview, TX  75602

Loop Isd
SUPERINTENDENT: Heath Blackmon
E-MAIL: hblackmon@loopisd.net
PHONE NUMBER: (806) 487-6412
1441 Fm Hwy 303
Loop, TX  79342

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Loraine Isd
SUPERINTENDENT: Dustin Anders
E-MAIL: danders@loraine.esc14.net
PHONE NUMBER: (325) 737-2235
800 S Lightfoot
Loraine, TX  79532

Lorena Isd
SUPERINTENDENT: Joe Kucera
E-MAIL: joekucera@lorenaisd.net
PHONE NUMBER: (254) 857-3239
308 N Frontage Rd
Lorena, TX  76655

Lorenzo Isd
SUPERINTENDENT: Kayla Morrison
E-MAIL: kmorrison@lorenzoisd.net
PHONE NUMBER: (806) 634-5591
1003 4Th St
Lorenzo, TX  79343

Los Fresnos Cisd
SUPERINTENDENT: Gonzalo Salazar
E-MAIL: gsalazar@lfcisd.net
PHONE NUMBER: (956) 254-5000
600 Mesquite Ln
Los Fresnos, TX  78566

Louise Isd
SUPERINTENDENT: Garth Oliver
E-MAIL: goliver@louiseisd.net
PHONE NUMBER: (979) 648-2982
408 Second St
Louise, TX  77455

Lovejoy Isd
SUPERINTENDENT: Michael Goddard
E-MAIL: michael_goddard@lovejoyisd.net
PHONE NUMBER: (469) 742-8000
259 Country Club Rd
Allen, TX  75002

Lovelady Isd
SUPERINTENDENT: Wendy Tullos
E-MAIL: wtullos@loveladyisd.net
PHONE NUMBER: (936) 636-7616
11839 Tx St Hwy 19 S
Lovelady, TX  75851

Lubbock Isd
SUPERINTENDENT: Kathy Rollo
E-MAIL: kathy.rollo@lubbockisd.org
PHONE NUMBER: (806) 219-0000
1628 19Th St
Lubbock, TX  79401

Lubbock-cooper Isd
SUPERINTENDENT: Keith Bryant
E-MAIL: kbryant@lcisd.net
PHONE NUMBER: (806) 863-7100
16302 Loop 493
Lubbock, TX  79423

Lueders-avoca Isd
SUPERINTENDENT: Bob Spikes
E-MAIL: bspikes@lueav.esc14.net
PHONE NUMBER: (325) 228-4211
334 Vandeventer St
Lueders, TX  79533

Lufkin Isd
SUPERINTENDENT: Lynn Torres
E-MAIL: ltorres@lufkinisd.org
PHONE NUMBER: (936) 634-6696
101 Cotton Sq
Lufkin, TX  75904

Luling Isd
SUPERINTENDENT: Erin Warren
E-MAIL: ewarren@luling.txed.net
PHONE NUMBER: (830) 875-3191
212 E Bowie St
Luling, TX  78648

Lumberton Isd
SUPERINTENDENT: Tony Tipton
E-MAIL: ttipton@lumberton.k12.tx.us
PHONE NUMBER: (409) 923-7580
121 S Main
Lumberton, TX  77657

Lyford Cisd
SUPERINTENDENT: Kristin Brown
E-MAIL: kristin.brown@lyfordcisd.net
PHONE NUMBER: (956) 347-3900
8204 Simon Gomez Blvd
Lyford, TX  78569

Lytle Isd
SUPERINTENDENT: Michelle Smith
E-MAIL: michelle.smith@lytleisd.org
PHONE NUMBER: (830) 709-5100
15437 Cottage St
Lytle, TX  78052

Mabank Isd
SUPERINTENDENT: Brad Koskelin
E-MAIL: bjkoskel@mabankisd.net
PHONE NUMBER: (903) 880-1300
310 E Market St
Mabank, TX  75147

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Madisonville Cisd
SUPERINTENDENT: Keith Smith
E-MAIL: ksmith@madisonvillecisd.org
PHONE NUMBER: (936) 348-2797
718 Bacon St
Madisonville, TX  77864

Magnolia Isd
SUPERINTENDENT: Todd Stephens
E-MAIL: tstephens@magnoliaisd.org
PHONE NUMBER: (281) 356-3571
31141 Nichols Sawmill Rd
Magnolia, TX  77355

Malakoff Isd
SUPERINTENDENT: Don Layton
E-MAIL: don.layton@malakoffisd.org
PHONE NUMBER: (903) 489-1152
1308 Fm 3062
Malakoff, TX  75148

Malone Isd
SUPERINTENDENT: Linda Buffe
E-MAIL: linda.buffe@maloneisd.org
PHONE NUMBER: (254) 533-2321
202 W Hackberry
Malone, TX  76660

Malta Isd
SUPERINTENDENT: Stacy Starrett
E-MAIL: sstarrett@maltaisd.net
PHONE NUMBER: (903) 667-2950
6178 W Us Hwy 82
New Boston, TX  75570

Manor Isd
SUPERINTENDENT: Andre Spencer
E-MAIL: andre.spencer@manorisd.net
PHONE NUMBER: (512) 278-4000
10335 Hwy 290 E
Manor, TX  78653

Mansfield Isd
SUPERINTENDENT: Kimberley Cantu
E-MAIL: kimberlycantu@misdmail.org
PHONE NUMBER: (817) 299-6300
605 E Broad St
Mansfield, TX  76063

Marathon Isd
SUPERINTENDENT: Peter Price
E-MAIL: pprice@marathonisd.net
PHONE NUMBER: (432) 386-4431
109 Ne 5Th St
Marathon, TX  79842

Marble Falls Isd
SUPERINTENDENT: Chris Allen
E-MAIL: callen@mfisd.txed.net
PHONE NUMBER: (830) 693-4357
1800 Colt Cir
Marble Falls, TX  78654

Marfa Isd
SUPERINTENDENT: Oscar Aguero
E-MAIL: oaguero@marfaisd.com
PHONE NUMBER: (432) 729-4252
400 W Lincoln St
Marfa, TX  79843

Marion Isd
SUPERINTENDENT: Kelly Walters
E-MAIL: kwalters@marionisd.net
PHONE NUMBER: (830) 914-2803
211 W Otto
Marion, TX  78124

Marlin Isd
SUPERINTENDENT: Darryl Henson
E-MAIL: dhenson@marlinisd.org
PHONE NUMBER: (254) 883-3585
130 Coleman St
Marlin, TX  76661

Marshall Isd
SUPERINTENDENT: Jerry Gibson
E-MAIL: gibsonj@marshallisd.com
PHONE NUMBER: (903) 927-8700
1305 E Pinecrest Dr
Marshall, TX  75670

Mart Isd
SUPERINTENDENT: Betsy Burnett
E-MAIL: betsy.burnett@mymartisd.org
PHONE NUMBER: (254) 876-2523
700 E Navarro Ave
Mart, TX  76664

Martins Mill Isd
SUPERINTENDENT: James Oliver
E-MAIL: joliver@martinsmillisd.net
PHONE NUMBER: (903) 479-3872
301 F M 1861
Martin'S Mill, TX  75754

Martinsville Isd
SUPERINTENDENT: David Simmons
E-MAIL: dsimmons@martinsvilleisd.com
PHONE NUMBER: (936) 564-3455
12952 State Hwy 7 E
Nacogdoches, TX  75961

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Mason Isd
SUPERINTENDENT: Stan Whittle
E-MAIL: stan.whittle@masonisd.net
PHONE NUMBER: (325) 347-1144
200 Ft Mckavitt
Mason, TX  76856

Matagorda Isd
SUPERINTENDENT: Susan Phillips
E-MAIL: sphillips@matagordaisd.org
PHONE NUMBER: (979) 863-7693
717 Wightman St
Matagorda, TX  77457

Mathis Isd
SUPERINTENDENT: Benny Hernandez
E-MAIL: bhernandez@mathisisd.org
PHONE NUMBER: (361) 547-3378
602 E San Patricio Ave
Mathis, TX  78368

Maud Isd
SUPERINTENDENT: Chris Bradshaw
E-MAIL: cbradshaw@maudisd.net
PHONE NUMBER: (903) 585-2219
389 Houston Dr
Maud, TX  75567

May Isd
SUPERINTENDENT: Steve Howard
E-MAIL: steve.howard@mayisd.com
PHONE NUMBER: (254) 259-2091
3400 Cr 411 E
May, TX  76857

Maypearl Isd
SUPERINTENDENT: Ritchie Bowling
E-MAIL: rbowling@maypearlisd.org
PHONE NUMBER: (972) 435-1000
309 Main St
Maypearl, TX  76064

Mcallen Isd
SUPERINTENDENT: Jose Gonzalez
E-MAIL: jose.gonzalez@mcallenisd.net
PHONE NUMBER: (956) 618-6000
2000 N 23Rd St
Mcallen, TX  78501

Mccamey Isd
SUPERINTENDENT: Ronnie Golson
E-MAIL: rgolson@mcisd.esc18.net
PHONE NUMBER: (432) 652-3666
111 E 11Th St
Mccamey, TX  79752

Mcdade Isd
SUPERINTENDENT: Barbara Marchbanks
E-MAIL: barbara.marchbanks@mcdadeisd.net
PHONE NUMBER: (512) 273-2522
156 Marlin St
Mcdade, TX  78650

Mcgregor Isd
SUPERINTENDENT: James Lenamon
E-MAIL: jlenamon@mcgregor-isd.org
PHONE NUMBER: (254) 840-2828
525 Bluebonnet Pkwy
Mcgregor, TX  76657

Mckinney Isd
SUPERINTENDENT: Rick Mcdaniel
E-MAIL: rmcdaniel@mckinneyisd.net
PHONE NUMBER: (469) 302-4000
1 Duvall St
Mckinney, TX  75069

Mclean Isd
SUPERINTENDENT: Oscar Muniz
E-MAIL: oscar.muniz@region16.net
PHONE NUMBER: (806) 779-2571
600 Rowe St
Mclean, TX  79057

Mcleod Isd
SUPERINTENDENT: Cathy May
E-MAIL: cmay@mcleodisd.net
PHONE NUMBER: (903) 796-7181
19395 Farm Rd 125
Mcleod, TX  75565

Mcmullen County Isd
SUPERINTENDENT: Jason Jones
E-MAIL: jjones@mcisd.us
PHONE NUMBER: (361) 274-2000
901 River St
Tilden, TX  78072

Meadow Isd
SUPERINTENDENT: Darrian Dover
E-MAIL: darrian.dover@meadowisd.net
PHONE NUMBER: (806) 539-2246
604 4Th St
Meadow, TX  79345

Medina Isd
SUPERINTENDENT: Kevin Newsom
E-MAIL: kevin.newsom@medinaisd.org
PHONE NUMBER: (830) 589-2855
1 Bobcat Ln
Medina, TX  78055

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Medina Valley Isd
SUPERINTENDENT: Kenneth Rohrbach
E-MAIL: kenneth.rohrbach@mvisd.org
PHONE NUMBER: (830) 931-2243
8449 F M 471 S
Castroville, TX  78009

Melissa Isd
SUPERINTENDENT: Keith Murphy
E-MAIL: kmurphy@melissaisd.org
PHONE NUMBER: (972) 837-2411
1904 Cooper
Melissa, TX  75454

Memphis Isd
SUPERINTENDENT: William Alexander
E-MAIL: walexander@memphisisd.net
PHONE NUMBER: (806) 259-5900
1501 High St
Memphis, TX  79245

Menard Isd
SUPERINTENDENT: Amy Bannowsky
E-MAIL: amy.bannowsky@menardisd.net
PHONE NUMBER: (325) 396-2404
221 E San Saba
Menard, TX  76859

Mercedes Isd
SUPERINTENDENT: Carolyn Ann Mendiola
E-MAIL: Carolyn.Mendiola@misdtx.net
PHONE NUMBER: (956) 514-2000
206 W 6Th St
Mercedes, TX  78570

Meridian Isd
SUPERINTENDENT: Kim Edwards
E-MAIL: kedwards@meridianisd.org
PHONE NUMBER: (254) 435-2081
204 2Nd St
Meridian, TX  76665

Merkel Isd
SUPERINTENDENT: Joseph Omalley
E-MAIL: jomalley@merkelisd.net
PHONE NUMBER: (325) 928-5813
1512 S 5th
Merkel, TX  79536

Mesquite Isd
SUPERINTENDENT: David Vroonland
E-MAIL: dvroonland@mesquiteisd.org
PHONE NUMBER: (972) 288-6411
3819 Towne Crossing Blvd.
Mesquite, TX  75149

Mexia Isd
SUPERINTENDENT: Lyle Dubus
E-MAIL: ldubus@mexiaisd.net
PHONE NUMBER: (254) 562-4000
616 N Red River St
Mexia, TX  76667

Meyersville Isd
SUPERINTENDENT: Kelly Dunn
E-MAIL: dunnk@meyersvilleisd.org
PHONE NUMBER: (361) 277-5817
1897 Meyersville Rd
Meyersville, TX  77974

Miami Isd
SUPERINTENDENT: Donna Hale
E-MAIL: donna.hale@region16.net
PHONE NUMBER: (806) 868-3971
800 Warrior Way
Miami, TX  79059

Midland Isd
SUPERINTENDENT: Orlando Riddick
E-MAIL: orlando.riddick@midlandisd.net
PHONE NUMBER: (432) 689-1000
615 W Missouri Ave
Midland, TX  79701

Midlothian Isd
SUPERINTENDENT: Lane Ledbetter
E-MAIL: lane_ledbetter@misd.gs
PHONE NUMBER: (972) 775-8296
100 Walter Stephenson Rd
Midlothian, TX  76065

Midway Isd
SUPERINTENDENT: George Kazanas
E-MAIL: george.kazanas@midwayisd.org
PHONE NUMBER: (254) 761-5610
13885 Woodway Dr
Woodway, TX  76712

Midway Isd
SUPERINTENDENT: Randel Beaver
E-MAIL: randel.beaver@midwayisd.net
PHONE NUMBER: (940) 476-2215
12142 State Hwy 148 S
Henrietta, TX  76365

Milano Isd
SUPERINTENDENT: Robert Westbrook
E-MAIL: rwestbrook@milanoisd.net
PHONE NUMBER: (512) 455-2533
500 N Fifth St
Milano, TX  76556

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Mildred Isd
SUPERINTENDENT: Shannon Baker
E-MAIL: bakers@mildredisd.org
PHONE NUMBER: (903) 872-6505
5475 S Hwy 287
Corsicana, TX  75109

Miles Isd
SUPERINTENDENT: Clinton Askins
E-MAIL: clint.askins@milesisd.net
PHONE NUMBER: (325) 468-2861
1001 Robinson
Miles, TX  76861

Milford Isd
SUPERINTENDENT: Vernon Orndorff
E-MAIL: vorndorff@milfordISD.org
PHONE NUMBER: (972) 493-2911
205 Third Ave
Milford, TX  76670

Miller Grove Isd
SUPERINTENDENT: Steve Johnson
E-MAIL: sjohnson@mgisd.net
PHONE NUMBER: (903) 459-3288
7819 Farm Rd 275 S
Cumby, TX  75433

Millsap Isd
SUPERINTENDENT: Deann Lee
E-MAIL: deannlee@millsapisd.net
PHONE NUMBER: (940) 682-4994
201 E Brazos St
Millsap, TX  76066

Mineola Isd
SUPERINTENDENT: Cody Mize
E-MAIL: mizec@mineolaisd.net
PHONE NUMBER: (903) 569-2448
1695 West Loop 564
Mineola, TX  75773

Mineral Wells Isd
SUPERINTENDENT: John Kuhn
E-MAIL: jkuhn@mwisd.net
PHONE NUMBER: (940) 325-6404
906 S W 5Th Ave
Mineral Wells, TX  76067

Mission Cisd
SUPERINTENDENT: Carol Perez
E-MAIL: cgpere95@mcisd.org
PHONE NUMBER: (956) 323-5500
1201 Bryce Dr
Mission, TX  78572

Monahans-wickett-pyote Isd
SUPERINTENDENT: Kellye Riley
E-MAIL: kdriley@mwpisd.esc18.net
PHONE NUMBER: (432) 943-6711
606 S Betty Ave
Monahans, TX  79756

Montague Isd
SUPERINTENDENT: Carla Hennessey
E-MAIL: carla.hennessey@esc9.net
PHONE NUMBER: (940) 894-2811
8020 Hwy 175
Montague, TX  76251

Monte Alto Isd
SUPERINTENDENT: Rosie Cobarrubias
E-MAIL: rosiecobarrubias@montealtoisd.org
PHONE NUMBER: (956) 262-1381
25149 1St St
Monte Alto, TX  78538

Montgomery Isd
SUPERINTENDENT: Heath Morrison
E-MAIL: heath.morrison@misd.org
PHONE NUMBER: (936) 276-2000
13159 Walden Rd
Montgomery, TX  77356

Moody Isd
SUPERINTENDENT: Gary Martel
E-MAIL: gary_martel@moodyisd.org
PHONE NUMBER: (254) 853-2172
12084A S Lone Star Pkwy
Moody, TX  76557

Moran Isd
SUPERINTENDENT: Danny Freeman
E-MAIL: dfreeman@moran.esc14.net
PHONE NUMBER: (325) 945-3101
900 Main Ave
Moran, TX  76464

Morgan Isd
SUPERINTENDENT: John Bryant
E-MAIL: john.bryant@morganisd.org
PHONE NUMBER: (254) 635-2311
1306 Charles St
Morgan, TX  76671

Morgan Mill Isd
SUPERINTENDENT: Wendy Sanders
E-MAIL: wsanders@mmisd.us
PHONE NUMBER: (254) 968-4921
Hwy 281 And Fm 1188
Morgan Mill, TX  76465

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Morton Isd
SUPERINTENDENT: Karen Saunders
E-MAIL: karen.saunders@mortonisd.net
PHONE NUMBER: (806) 266-5505
500 Champion Dr
Morton, TX 79346

Motley County Isd
SUPERINTENDENT: William Cochran
E-MAIL: wcochran@motleyco.org
PHONE NUMBER: (806) 347-2676
1600 Bundy
Matador, TX 79244

Moulton Isd
SUPERINTENDENT: Mark Pool
E-MAIL: mpool@moultonisd.net
PHONE NUMBER: (361) 596-4609
500 N Pecan St
Moulton, TX 77975

Mount Calm Isd
SUPERINTENDENT: James Wright
E-MAIL: james.wright@mtcalmisd.org
PHONE NUMBER: (254) 993-2611
200 N Coates
Mount Calm, TX 76673

Mount Enterprise Isd
SUPERINTENDENT: Byron Jordan
E-MAIL: bjordan@meisd.org
PHONE NUMBER: (903) 822-3575
301 Nw 3Rd St
Mount Enterprise, TX 75681

Mount Pleasant Isd
SUPERINTENDENT: Judd Marshall
E-MAIL: jmarshall@mpisd.net
PHONE NUMBER: (903) 575-2000
2230 N Edwards Ave
Mount Pleasant, TX 75456

Mount Vernon Isd
SUPERINTENDENT: Jason McCullough
E-MAIL: jmccullough@mtvernonisd.net
PHONE NUMBER: (903) 537-2546
501 Hwy 37 S
Mount Vernon, TX 75457

Muenster Isd
SUPERINTENDENT: Steven Self
E-MAIL: steven.self@muensterisd.org
PHONE NUMBER: (940) 759-2281
135 E 7Th St
Muenster, TX 76252

Muleshoe Isd
SUPERINTENDENT: RL Richards
E-MAIL: rlrichards@muleshoeisd.net
PHONE NUMBER: (806) 272-7404
514 W Ave G
Muleshoe, TX 79347

Mullin Isd
SUPERINTENDENT: Ronald Beard
E-MAIL: rbeard@mullinisd.net
PHONE NUMBER: (325) 985-3374
403 W Bulldog Dr
Mullin, TX 76864

Mumford Isd
SUPERINTENDENT: Allen Reese
E-MAIL: atreese@mumford.k12.tx.us
PHONE NUMBER: (979) 279-3678
9755 F M 50
Mumford, TX 77860

Munday Cisd
SUPERINTENDENT: Troy Parton
E-MAIL: troy.parton@mundaycisd.net
PHONE NUMBER: (940) 422-4321
811 W D
Munday, TX 76371

Murchison Isd
SUPERINTENDENT: Kim Followwell
E-MAIL: followwell@murisd.org
PHONE NUMBER: (903) 469-3636
9661 E Bankhead St
Murchison, TX 75778

Nacogdoches Isd
SUPERINTENDENT: Gabriel Trujillo
E-MAIL: gtrujillo@nacisd.org
PHONE NUMBER: (936) 569-5000
420 S Shawnee St
Nacogdoches, TX 75961

Natalia Isd
SUPERINTENDENT: Lana Collavo
E-MAIL: lana.collavo@nataliaisd.net
PHONE NUMBER: (830) 663-4416
805 Pearson St
Natalia, TX 78059

Navarro Isd
SUPERINTENDENT: Wendi Russell
E-MAIL: wendi.russell@nisd.us
PHONE NUMBER: (830) 372-1930
6450 N State Hwy 123
Seguin, TX 78155

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Navasota Isd
SUPERINTENDENT: Stu Musick
E-MAIL: smusick@navasotaisd.org
PHONE NUMBER: (936) 825-4200
705 E Washington Ave
Navasota, TX  77868

Nazareth Isd
SUPERINTENDENT: Kara Garlitz
E-MAIL: kara.garlitz@nazarethisd.net
PHONE NUMBER: (806) 945-2231
101 S First Ave
Nazareth, TX  79063

Neches Isd
SUPERINTENDENT: Randy Snider
E-MAIL: sniderr@nechesisd.net
PHONE NUMBER: (903) 584-3311
County Road 346 Neches
Neches, TX  75779

Nederland Isd
SUPERINTENDENT: Robin Perez
E-MAIL: rperez@nederlandisd.org
PHONE NUMBER: (409) 724-2391
220 N 17Th St
Nederland, TX  77627

Needville Isd
SUPERINTENDENT: Curtis Rhodes
E-MAIL: rhodesc@needvilleisd.com
PHONE NUMBER: (979) 793-4308
16227 Hwy 36
Needville, TX  77461

New Boston Isd
SUPERINTENDENT: Brian Bobbitt
E-MAIL: bbobbitt@nbschools.net
PHONE NUMBER: (903) 628-2521
201 Rice St
New Boston, TX  75570

New Braunfels Isd
SUPERINTENDENT: Randy Moczygemba
E-MAIL: rmoczygemba@nbisd.org
PHONE NUMBER: (830) 643-5700
430 W Mill
New Braunfels, TX  78130

New Caney Isd
SUPERINTENDENT: Kenn Franklin
E-MAIL: kfranklin@newcaneyisd.org
PHONE NUMBER: (281) 577-8600
21580 Loop 494
New Caney, TX  77357

New Deal Isd
SUPERINTENDENT: Matt Reed
E-MAIL: mattr@ndisd.net
PHONE NUMBER: (806) 746-5833
401 S Auburn Ave
New Deal, TX  79350

New Diana Isd
SUPERINTENDENT: Carl Key
E-MAIL: ckey@ndisd.org
PHONE NUMBER: (903) 663-8000
1373 Us Hwy 259 S
Diana, TX  75640

New Home Isd
SUPERINTENDENT: Shane Fiedler
E-MAIL: sfiedler@esc17.net
PHONE NUMBER: (806) 924-7542
225 N Main St
New Home, TX  79381

New Summerfield Isd
SUPERINTENDENT: Brian Nichols
E-MAIL: bnichols@newsummerfieldisd.net
PHONE NUMBER: (903) 726-3306
13307 Hwy 110 S
New Summerfield, TX  75780

New Waverly Isd
SUPERINTENDENT: Darol Hail
E-MAIL: dhail@new-waverly.k12.tx.us
PHONE NUMBER: (936) 344-6751
355 Front St
New Waverly, TX  77358

Newcastle Isd
SUPERINTENDENT: Evan Cardwell
E-MAIL: ecardwell@newcastleisd.net
PHONE NUMBER: (940) 846-3531
505 Washington Ave
Newcastle, TX  76372

Newton Isd
SUPERINTENDENT: Michelle Barrow
E-MAIL: michelle.barrow@newtonisd.net
PHONE NUMBER: (409) 379-8137
414 N Main St
Newton, TX  75966

Nixon-smiley Cisd
SUPERINTENDENT: Cathy Lauer
E-MAIL: lauerc@nixonsmiley.net
PHONE NUMBER: (830) 582-1536
800 Rancho Rd
Nixon, TX  78140

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Nocona Isd
SUPERINTENDENT: David Waters
E-MAIL: david.waters@noconaisd.net
PHONE NUMBER: (940) 825-3267
220 Clay
Nocona, TX  76255

Nordheim Isd
SUPERINTENDENT: Kevin Wilson
E-MAIL: kwilson@nordheimisd.org
PHONE NUMBER: (361) 938-5211
500 N Broadway
Nordheim, TX  78141

Normangee Isd
SUPERINTENDENT: Mark Ruffin
E-MAIL: mruffin@normangeeisd.org
PHONE NUMBER: (936) 396-3111
35078 Osr
Normangee, TX  77871

North East Isd
SUPERINTENDENT: Sean Maika
E-MAIL: smaika@neisd.net
PHONE NUMBER: (210) 407-0541
8961 Tesoro Dr
San Antonio, TX  78217

North Hopkins Isd
SUPERINTENDENT: Darin Jolly
E-MAIL: djolly@northhopkins.net
PHONE NUMBER: (903) 945-2192
1994 Fm 71 W
Sulphur Springs, TX  75482

North Lamar Isd
SUPERINTENDENT: Kelli Stewart
E-MAIL: kwstewart@northlamar.net
PHONE NUMBER: (903) 737-2000
3201 Lewis Ln
Paris, TX  75460

North Zulch Isd
SUPERINTENDENT: Alan Andrus
E-MAIL: superintendent@nzisd.org
PHONE NUMBER: (936) 399-1000
11390 Fifth St Admn
North Zulch, TX  77872

Northside Isd
SUPERINTENDENT: Brian Woods
E-MAIL: briant.woods@nisd.net
PHONE NUMBER: (210) 397-8500
5900 Evers Rd
San Antonio, TX  78238

Northside Isd
SUPERINTENDENT: Mark Haught
E-MAIL: mark.haught@esc9.net
PHONE NUMBER: (940) 552-2551
18040 Hwy 283 N
Vernon, TX  76384

Northwest Isd
SUPERINTENDENT: Ryder Warren
E-MAIL: superintendent@nisdtx.org
PHONE NUMBER: (817) 215-0000
2001 Texan Dr
Justin, TX  76247

Nueces Canyon Cisd
SUPERINTENDENT: Kristi Powers
E-MAIL: kpowers@nccisd.net
PHONE NUMBER: (830) 234-3514
200 Taylor St
Barksdale, TX  78828

Nursery Isd
SUPERINTENDENT: Larry Gajewskey
E-MAIL: donpeters@garfordisd.org
PHONE NUMBER: (361) 575-6882
13254 Nursery Dr
Victoria, TX  77904

Oakwood Isd
SUPERINTENDENT: Russell Holden
E-MAIL: rholden@oakwoodisd.net
PHONE NUMBER: (903) 545-2600
631 N Holly St
Oakwood, TX  75855

Odem-edroy Isd
SUPERINTENDENT: Yolanda Carr
E-MAIL: carry@oeisd.org
PHONE NUMBER: (361) 368-8121
1 Owl Sq
Odem, TX  78370

O'Donnell Isd
SUPERINTENDENT: Cathy Palmer
E-MAIL: cpalmer@esc17.net
PHONE NUMBER: (806) 428-3241
400 Small Street
O'Donnell, TX  79351

Oglesby Isd
SUPERINTENDENT: David Maass
E-MAIL: david.maass@oglesbyisd.net
PHONE NUMBER: (254) 456-2271
125 College Ave
Oglesby, TX  76561

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Olfen Isd
SUPERINTENDENT: Gabriel Zamora
E-MAIL: gabriel.zamora@olfenisd.net
PHONE NUMBER: (325) 442-4301
1122 Private Rd 2562
Rowena, TX  76875

Olney Isd
SUPERINTENDENT: Greg Roach
E-MAIL: groach@olneyisd.net
PHONE NUMBER: (940) 564-3519
809 W Hamilton
Olney, TX  76374

Olton Isd
SUPERINTENDENT: Kevin McCasland
E-MAIL: kmccasland@oltonisd.org
PHONE NUMBER: (806) 285-2641
701 6Th St
Olton, TX  79064

Onalaska Isd
SUPERINTENDENT: Anthony Roberts
E-MAIL: aroberts@onalaskaisd.net
PHONE NUMBER: (936) 646-1000
134 N Fm 356
Onalaska, TX  77360

Orange Grove Isd
SUPERINTENDENT: Randy Hoyer
E-MAIL: rhoyer@ogisd.net
PHONE NUMBER: (361) 384-2495
504 S Dibrell
Orange Grove, TX  78372

Orangefield Isd
SUPERINTENDENT: Shaun Mcalpin
E-MAIL: smcalpin@orangefieldisd.net
PHONE NUMBER: (409) 735-5337
9974 Fm 105
Orangefield, TX  77639

Ore City Isd
SUPERINTENDENT: Lynn Heflin
E-MAIL: heflinl@ocisd.net
PHONE NUMBER: (903) 968-3300
100 Rebel Rd
Ore City, TX  75683

Overton Isd
SUPERINTENDENT: Stephen Dubose
E-MAIL: stephen.dubose@overtonisd.org
PHONE NUMBER: (903) 834-6145
111 E Mckay
Overton, TX  75684

Paducah Isd
SUPERINTENDENT: Gary Waitman
E-MAIL: gwaitman@paducahisd.org
PHONE NUMBER: (806) 492-3524
810 Goodwin Room 462
Paducah, TX  79248

Paint Creek Isd
SUPERINTENDENT: Cheryl Floyd
E-MAIL: cfloyd@paintcreek.esc14.net
PHONE NUMBER: (940) 864-2868
4485 Fm 600
Haskell, TX  79521

Paint Rock Isd
SUPERINTENDENT: Ron Cline
E-MAIL: ron.cline@paintrockisd.net
PHONE NUMBER: (325) 732-4314
698 S Sims St
Paint Rock, TX  76866

Palacios Isd
SUPERINTENDENT: Missy Glenn
E-MAIL: mglenn@palaciosisd.org
PHONE NUMBER: (361) 972-5491
1209 12Th St
Palacios, TX  77465

Palestine Isd
SUPERINTENDENT: Jason Marshall
E-MAIL: jmarshall@palestineschools.org
PHONE NUMBER: (903) 731-8000
1007 E Park Ave
Palestine, TX  75801

Palmer Isd
SUPERINTENDENT: Kevin Noack
E-MAIL: kevin.noack@palmer-isd.org
PHONE NUMBER: (972) 449-3389
418 W Jefferson
Palmer, TX  75152

Palo Pinto Isd
SUPERINTENDENT: Wendell Barker
E-MAIL: wbarker@palopintoisd.net
PHONE NUMBER: (940) 659-2745
821 Oak St
Palo Pinto, TX  76484

Pampa Isd
SUPERINTENDENT: Tanya Larkin
E-MAIL: tanya.larkin@pampaisd.net
PHONE NUMBER: (806) 669-4700
1233 N Hobart
Pampa, TX  79065

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Panhandle Isd
SUPERINTENDENT: Blair Brown
E-MAIL: blair.brown@region16.net
PHONE NUMBER: (806) 537-3568
1001 Elsie St
Panhandle, TX  79068

Panther Creek Cisd
SUPERINTENDENT: Dwin Nanny
E-MAIL: dwin.nanny@pcreek.net
PHONE NUMBER: (325) 357-4506
129 Pr 3421
Valera, TX  76884

Paradise Isd
SUPERINTENDENT: Paul Uttley
E-MAIL: puttley@pisd.net
PHONE NUMBER: (940) 969-5000
338 Schoolhouse Rd
Paradise, TX  76073

Paris Isd
SUPERINTENDENT: Paul Jones
E-MAIL: paul.jones@parisisd.net
PHONE NUMBER: (903) 737-7473
1920 Clarksville
Paris, TX  75460

Pasadena Isd
SUPERINTENDENT: DeeAnn Powell
E-MAIL: dapowell@pasadenaisd.org
PHONE NUMBER: (713)740-0000
1515 CHERRYBROOK
PASADENA, TX  77502

Patton Springs Isd
SUPERINTENDENT: Bryan White
E-MAIL: whiteb@pattonsprings.net
PHONE NUMBER: (806) 689-2220
1261 E Fm 193
Afton, TX  79220

Pawnee Isd
SUPERINTENDENT: Michelle Hartmann
E-MAIL: mhartmann@pawneeisd.net
PHONE NUMBER: (361) 456-7256
6229 Fm798
Pawnee, TX  78145

Pearland Isd
SUPERINTENDENT: John Kelly
E-MAIL: kellyj@pearlandisd.org
PHONE NUMBER: (281) 485-3203
1928 N Main
Pearland, TX  77581

Pearsall Isd
SUPERINTENDENT: Nobert Rodriguez
E-MAIL: nobert.rodriguez@pearsallisd.org
PHONE NUMBER: (830) 334-8001
318 Berry Ranch Rd
Pearsall, TX  78061

Peaster Isd
SUPERINTENDENT: Lance Johnson
E-MAIL: ljohnson@peaster.net
PHONE NUMBER: (817) 341-5000
3602 Harwell Lake Rd
Weatherford, TX  76088

Pecos-barstow-toyah Isd
SUPERINTENDENT: Earl Jarrett
E-MAIL: ejarrett@pbtisd.esc18.net
PHONE NUMBER: (432) 447-7201
1302 S Park St
Pecos, TX  79772

Penelope Isd
SUPERINTENDENT: David Timmons
E-MAIL: dtimmons@penelopeisd.org
PHONE NUMBER: (254) 533-2215
309 Ave D
Penelope, TX  76676

Perrin-whitt Cisd
SUPERINTENDENT: Cliff Gilmore
E-MAIL: cgilmore@pwcisd.net
PHONE NUMBER: (940) 798-3718
216 N Benson
Perrin, TX  76486

Perryton Isd
SUPERINTENDENT: James Mireles
E-MAIL: jmireles@perrytonisd.com
PHONE NUMBER: (806) 435-5478
821 Sw 17Th Ave
Perryton, TX  79070

Petersburg Isd
SUPERINTENDENT: Brian Bibb
E-MAIL: bbibb@petersburgisd.net
PHONE NUMBER: (806) 667-3585
1411 W 4Th
Petersburg, TX  79250

Petrolia Cisd
SUPERINTENDENT: David Hedges
E-MAIL: david.hedges@petroliacisd.org
PHONE NUMBER: (940) 524-3555
501 S Prairie
Petrolia, TX  76377

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Pettus Isd
SUPERINTENDENT: Michael Homann
E-MAIL: mgonzales@pettusisd.com
PHONE NUMBER: (361) 375-2296
500 N May
Pettus, TX  78146

Pewitt Cisd
SUPERINTENDENT: Melissa Reid
E-MAIL: mreid@pewittcisd.net
PHONE NUMBER: (903) 884-2804
1330 Us Hwy 67 W
Omaha, TX  75571

Pflugerville Isd
SUPERINTENDENT: Doug Killian
E-MAIL: superintendent@pfisd.net
PHONE NUMBER: (512) 594-0000
1401 W Pecan St
Pflugerville, TX  78660

Pharr-san Juan-alamo Isd
SUPERINTENDENT: Daniel King
E-MAIL: drking@psjaisd.us
PHONE NUMBER: (956) 354-2000
601 E Kelly
Pharr, TX  78577

Pilot Point Isd
SUPERINTENDENT: Todd Southard
E-MAIL: tsouthard@pilotpointisd.com
PHONE NUMBER: (940) 686-8700
829 S Harrison St
Pilot Point, TX  76258

Pine Tree Isd
SUPERINTENDENT: Steve Clugston
E-MAIL: sclugston@ptisd.org
PHONE NUMBER: (903) 295-5000
1701 Pine Tree Rd
Longview, TX  75604

Pittsburg Isd
SUPERINTENDENT: Terry Waldrep
E-MAIL: twaldrep@pittsburgisd.net
PHONE NUMBER: (903) 856-3628
402 Broach St
Pittsburg, TX  75686

Plains Isd
SUPERINTENDENT: Robert Mclain
E-MAIL: rmclain@plainsisd.net
PHONE NUMBER: (806) 456-7401
811 Cowboy Way
Plains, TX  79355

Plainview Isd
SUPERINTENDENT: H T Sanchez
E-MAIL: superintendent@plainviewisd.org
PHONE NUMBER: (806) 293-6000
912 Portland St
Plainview, TX  79072

Plano Isd
SUPERINTENDENT: Sara Bonser
E-MAIL: sara.bonser@pisd.edu
PHONE NUMBER: (469) 752-8100
2700 W 15Th
Plano, TX  75075

Pleasant Grove Isd
SUPERINTENDENT: Chad       Pirtle
E-MAIL: cpirtle@pgisd.net
PHONE NUMBER: (903) 831-4086
8500 N Kings Hwy
Texarkana, TX  75503

Pleasanton Isd
SUPERINTENDENT: Matthew Mann
E-MAIL: mmann@pisd.us
PHONE NUMBER: (830) 569-1200
831 Stadium Dr
Pleasanton, TX  78064

Plemons-stinnett-phillips Cisd
SUPERINTENDENT: Bill Wiggins
E-MAIL: bill.wiggins@region16.net
PHONE NUMBER: (806) 878-2858
603 S Main
Stinnett, TX  79083

Point Isabel Isd
SUPERINTENDENT: Theresa Ann Alarcon
E-MAIL: talarcon@pi-isd.net
PHONE NUMBER: (956) 943-0000
101 Port Rd
Port Isabel, TX  78578

Ponder Isd
SUPERINTENDENT: Bruce Yeager
E-MAIL: byeager@ponderisd.net
PHONE NUMBER: (940) 479-8200
400 W Bailey
Ponder, TX  76259

Poolville Isd
SUPERINTENDENT: Jeff Kirby
E-MAIL: jkirby@poolville.net
PHONE NUMBER: (817) 594-4452
16025 Fm 920
Poolville, TX  76487

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Port Aransas Isd
SUPERINTENDENT: Sharon Mckinney
E-MAIL: mckinney@paisd.net
PHONE NUMBER: (361) 749-1200
100 S Station St
Port Aransas, TX  78373

Port Neches-groves Isd
SUPERINTENDENT: Mike Gonzales
E-MAIL: mgonzales@pngisd.org
PHONE NUMBER: (409) 722-4244
620 Ave C
Port Neches, TX  77651

Post Isd
SUPERINTENDENT: Heath Dickson
E-MAIL: hdickson@postisd.net
PHONE NUMBER: (806) 495-3343
501 S Ave K
Post, TX  79356

Poteet Isd
SUPERINTENDENT: Charles Camarillo
E-MAIL: cwcamarillo@poteetisd.org
PHONE NUMBER: (830) 742-3567
1100 School Dr
Poteet, TX  78065

Poth Isd
SUPERINTENDENT: Paula Renken
E-MAIL: prenken@pothisd.us
PHONE NUMBER: (830) 484-3330
510 Titcomb St
Poth, TX  78147

Pottsboro Isd
SUPERINTENDENT: Kevin Matthews
E-MAIL: kevin.matthews@pottsboroisd.org
PHONE NUMBER: (903) 771-0083
105 Cardinal Ln
Pottsboro, TX  75076

Prairie Lea Isd
SUPERINTENDENT: Larry Markert
E-MAIL: lmarkert@plisd.net
PHONE NUMBER: (512) 488-2370
6910 Hwy 80
Prairie Lea, TX  78661

Prairie Valley Isd
SUPERINTENDENT: Tim West
E-MAIL: tim.west@esc9.net
PHONE NUMBER: (940) 825-4425
12920 Fm 103
Nocona, TX  76255

Prairiland Isd
SUPERINTENDENT: Jeff Ballard
E-MAIL: jballard@prairiland.net
PHONE NUMBER: (903) 652-6476
466 Fm 196 S
Pattonville, TX  75468

Premont Isd
SUPERINTENDENT: Steve Vanmatre
E-MAIL: svanmatre@premontisd.net
PHONE NUMBER: (361) 348-3915
439 S W 4Th
Premont, TX  78375

Presidio Isd
SUPERINTENDENT: Ray Vasquez
E-MAIL: rvasquez@presidio-isd.net
PHONE NUMBER: (432) 229-3275
701 E Market St
Presidio, TX  79845

Priddy Isd
SUPERINTENDENT: Adrianne Burden
E-MAIL: aburden@priddyisd.net
PHONE NUMBER: (325) 966-3323
1375 Sh 16N
Priddy, TX  76870

Princeton Isd
SUPERINTENDENT: Philip Anthony
E-MAIL: panthony@princetonisd.net
PHONE NUMBER: (469) 952-5400
321 Panther Pkwy
Princeton, TX  75407

Pringle-morse Cisd
SUPERINTENDENT: Scott Burrow
E-MAIL: sburrow@region16.net
PHONE NUMBER: (806) 733-2507
100 Fifth St
Morse, TX  79062

Progreso Isd
SUPERINTENDENT: Sergio Coronado
E-MAIL: sergiocoronado@progresoedu.net
PHONE NUMBER: (956) 565-3002
100 S Business Fm 1015
Progreso, TX  78579

Prosper Isd
SUPERINTENDENT: Holly Ferguson
E-MAIL: hjferguson@prosper-isd.net
PHONE NUMBER: (469) 219-2000
605 E 7Th St
Prosper, TX  75078

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Quanah Isd
SUPERINTENDENT: Tom Johnson
E-MAIL: tom.johnson@qisd.net
PHONE NUMBER: (940) 663-2281
801 Elbert
Quanah, TX  79252

Queen City Isd
SUPERINTENDENT: Charlotte Williams
E-MAIL: cwilliams@qcisd.net
PHONE NUMBER: (903) 796-8256
1015 Houston St
Queen City, TX  75572

Quinlan Isd
SUPERINTENDENT: Jeff Irvin
E-MAIL: jeff.irvin@quinlanisd.net
PHONE NUMBER: (903) 356-1200
401 E Richmond
Quinlan, TX  75474

Quitman Isd
SUPERINTENDENT: Rhonda Turner
E-MAIL: turnerr@quitmanisd.net
PHONE NUMBER: (903) 763-5000
1201 E Goode St
Quitman, TX  75783

Rains Isd
SUPERINTENDENT: Jennifer Johnson
E-MAIL: johnsonj@rainsisd.org
PHONE NUMBER: (903) 473-2222
1759 W Us Hwy 69
Emory, TX  75440

Ralls Isd
SUPERINTENDENT: Chris Wade
E-MAIL: cwade@rallsisd.org
PHONE NUMBER: (806) 253-2509
810 Ave I
Ralls, TX  79357

Ramirez Csd
SUPERINTENDENT: Yliana Gonzalez
E-MAIL: ygonzalez@ramirezcsd.net
PHONE NUMBER: (361) 539-4343
18 Miles S Of Benavides On
Ramirez, TX  78376

Randolph Field Isd
SUPERINTENDENT: Brian Holt
E-MAIL: holt@rfisd.net
PHONE NUMBER: (210) 357-2300
Bldg 1225 Perimeter Rd
Randolph A F B, TX  78148

Ranger Isd
SUPERINTENDENT: Mike Thompson
E-MAIL: mthompson@ranger.esc14.net
PHONE NUMBER: (254) 647-1187
1842 Loop 254 E
Ranger, TX  76470

Rankin Isd
SUPERINTENDENT: Samuel Wyatt
E-MAIL: swyatt@rankinisd.net
PHONE NUMBER: (432) 693-2455
406 W 12Th
Rankin, TX  79778

Raymondville Isd
SUPERINTENDENT: Stetson Roane
E-MAIL: sroane@raymondvilleisd.org
PHONE NUMBER: (956) 689-8175
419 Fm 3168
Raymondville, TX  78580

Reagan County Isd
SUPERINTENDENT: Bobby Fryar
E-MAIL: bobby.fryar@rcisd.net
PHONE NUMBER: (325) 884-3705
1111 E Twelfth St
Big Lake, TX  76932

Red Lick Isd
SUPERINTENDENT: Brandon Dennard
E-MAIL: bdennard@redlickisd.com
PHONE NUMBER: (903) 838-8230
3511 N Fm 2148
Texarkana, TX  75503

Red Oak Isd
SUPERINTENDENT: Brenda Sanford
E-MAIL: brenda.sanford@redoakisd.org
PHONE NUMBER: (972) 617-2941
109 W Red Oak Rd
Red Oak, TX  75154

Redwater Isd
SUPERINTENDENT: Kelly Burns
E-MAIL: kburns@redwaterisd.org
PHONE NUMBER: (903) 671-3481
202 Red River Rd N
Redwater, TX  75573

Refugio Isd
SUPERINTENDENT: Melissa Gonzales
E-MAIL: melissa.gonzales@refugioisd.net
PHONE NUMBER: (361) 526-2325
212 W Vance St
Refugio, TX  78377

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Reg 1 Education Service Center
SUPERINTENDENT: Cornelio Gonzalez
E-MAIL: cgonzalez@esc1.net
PHONE NUMBER: (956) 984-6000
1900 W Schunior
Edinburg, TX  78541

Reg 10 Education Service Center
SUPERINTENDENT: Gordon Taylor
E-MAIL: gordon.taylor@region10.org
PHONE NUMBER: (972) 348-1700
400 E Spring Valley Rd
Richardson, TX  75081

Reg 11 Education Service Center
SUPERINTENDENT: Clyde Steelman
E-MAIL: clydes@esc11.net
PHONE NUMBER: (817) 740-3600
1451 S Cherry Ln
White Settlement, TX  76108

Reg 12 Education Service Center
SUPERINTENDENT: Jerry Maze
E-MAIL: jmaze@esc12.net
PHONE NUMBER: (254) 297-1212
2101 W Loop 340
Waco, TX  76712

Reg 13 Education Service Center
SUPERINTENDENT: Rich Elsasser
E-MAIL: rich.elsasser@esc13.txed.net
PHONE NUMBER: (512) 919-5301
5701 Springdale Rd
Austin, TX  78723

Reg 14 Education Service Center
SUPERINTENDENT: Shane Fields
E-MAIL: sfields@esc14.net
PHONE NUMBER: (325) 675-8600
1850 Hwy 351
Abilene, TX  79601

Reg 15 Education Service Center
SUPERINTENDENT: Casey Callahan
E-MAIL: casey.callahan@esc15.net
PHONE NUMBER: (325) 658-6571
612 S Irene St
San Angelo, TX  76903

Reg 16 Education Service Center
SUPERINTENDENT: Ray Cogburn
E-MAIL: ray.cogburn@esc16.net
PHONE NUMBER: (806) 677-5000
5800 Bell St
Amarillo, TX  79109

Reg 17 Education Service Center
SUPERINTENDENT: Kyle Wargo
E-MAIL: kwargo@esc17.net
PHONE NUMBER: (806) 792-4000
1111 W Loop 289
Lubbock, TX  79416

Reg 18 Education Service Center
SUPERINTENDENT: Dewitt Smith
E-MAIL: dsmith@esc18.net
PHONE NUMBER: (432) 563-2380
2811 Laforce Blvd
Midland, TX  79706

Reg 19 Education Service Center
SUPERINTENDENT: Armando Aguirre
E-MAIL: aaguirre@esc19.net
PHONE NUMBER: (915) 780-1919
6611 Boeing Dr
El Paso, TX  79925

Reg 2 Education Service Center
SUPERINTENDENT: Rick Alvarado
E-MAIL: rick.alvarado@esc2.us
PHONE NUMBER: (361) 561-8400
209 N Water St
Corpus Christi, TX  78401

Reg 20 Education Service Center
SUPERINTENDENT: Jeff Goldhorn
E-MAIL: jeff.goldhorn@esc20.net
PHONE NUMBER: (210) 370-5200
1314 Hines Ave
San Antonio, TX  78208

Reg 3 Education Service Center
SUPERINTENDENT: Charlotte Baker
E-MAIL: cbaker@esc3.net
PHONE NUMBER: (361) 573-0731
1905 Leary Ln
Victoria, TX  77901

Reg 4 Education Service Center
SUPERINTENDENT: Pam Wells
E-MAIL: pam.wells@esc4.net
PHONE NUMBER: (713) 462-7708
7145 W Tidwell
Houston, TX  77092

Reg 5 Education Service Center
SUPERINTENDENT: Danny Lovett
E-MAIL: dlovett@esc5.net
PHONE NUMBER: (409) 951-1700
350 Pine Street Ste 500
Beaumont, TX  77701

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Reg 6 Education Service Center
SUPERINTENDENT: Michael Holland
E-MAIL: mholland@esc6.net
PHONE NUMBER: (936) 435-8400
3332 Montgomery Rd
Huntsville, TX  77340

Reg 7 Education Service Center
SUPERINTENDENT: Elizabeth Abernethy
E-MAIL: eabernethy@esc7.net
PHONE NUMBER: (903) 988-6700
1909 N Longview St
Kilgore, TX  75662

Reg 8 Education Service Center
SUPERINTENDENT: David Fitts
E-MAIL: dfitts@reg8.net
PHONE NUMBER: (903) 572-8551
4845 Us Hwy 271 N
Pittsburg, TX  75686

Reg 9 Education Service Center
SUPERINTENDENT: Wes Pierce
E-MAIL: wes.pierce@esc9.net
PHONE NUMBER: (940) 322-6928
301 Loop 11
Wichita Falls, TX  76306

Ricardo Isd
SUPERINTENDENT: Maria Canales
E-MAIL: mtcanales@ricardoisd.us
PHONE NUMBER: (361) 592-6465
138 W Cr 2160
Kingsville, TX  78363

Rice Cisd
SUPERINTENDENT: Bill Hefner
E-MAIL: bhefner@ricecisd.org
PHONE NUMBER: (979) 234-3531
1094 Raider Dr
Altair, TX  77412

Rice Isd
SUPERINTENDENT: Amy Harvell
E-MAIL: aharvell@rice-isd.org
PHONE NUMBER: (903) 326-4287
1302 Sw Mckinney St
Rice, TX  75155

Richards Isd
SUPERINTENDENT: William Boyce
E-MAIL: wboyce@richardsisd.net
PHONE NUMBER: (936) 851-2364
9477 Panther Dr
Richards, TX  77873

Richardson Isd
SUPERINTENDENT: Jeannie Stone
E-MAIL: jeannie.stone@risd.org
PHONE NUMBER: (469) 593-0000
400 S Greenville Ave
Richardson, TX  75081

Richland Springs Isd
SUPERINTENDENT: Don Fowler
E-MAIL: dfowler@rsisd.org
PHONE NUMBER: (325) 452-3524
700 W Coyote Trl
Richland Springs, TX  76871

Riesel Isd
SUPERINTENDENT: Brandon Cope
E-MAIL: bcope@rieselisd.org
PHONE NUMBER: (254) 896-5000
600 Frederick
Riesel, TX  76682

Rio Grande City Cisd
SUPERINTENDENT: Vilma Garza
E-MAIL: vgarza108@rgccisd.org
PHONE NUMBER: (956) 716-6750
Fort Ringgold
Rio Grande City, TX  78582

Rio Hondo Isd
SUPERINTENDENT: Roger Ellis
E-MAIL: roger.ellis@rhisd.net
PHONE NUMBER: (956) 748-1000
215 W Colorado
Rio Hondo, TX  78583

Rio Vista Isd
SUPERINTENDENT: Tony Martin
E-MAIL: tmartin@rvisd.net
PHONE NUMBER: (817) 373-2241
100 Capps St
Rio Vista, TX  76093

River Road Isd
SUPERINTENDENT: Richard Kelley
E-MAIL: richard.kelley@rrisd.net
PHONE NUMBER: (806) 381-7800
9500 U S 287 N
Amarillo, TX  79108

Rivercrest Isd
SUPERINTENDENT: Stanley Jessee
E-MAIL: sjessee@rivercrestisd.net
PHONE NUMBER: (903) 632-5203
4100 Us Hwy 271 S
Bogata, TX  75417

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Riviera Isd
SUPERINTENDENT: Karen Unterbrink
E-MAIL: kunterbrink@rivieraisd.us
PHONE NUMBER: (361) 296-3101
203 Seahawk Dr
Riviera, TX  78379

Robert Lee Isd
SUPERINTENDENT: Aaron Hood
E-MAIL: aaron.hood@rlisd.net
PHONE NUMBER: (325) 453-4555
1323 Hamilton St
Robert Lee, TX  76945

Robinson Isd
SUPERINTENDENT: Michael Hope
E-MAIL: hope401@robinson.k12.tx.us
PHONE NUMBER: (254) 662-0194
500 W Lyndale
Robinson, TX  76706

Robstown Isd
SUPERINTENDENT: Irma Padilla
E-MAIL: irma.padilla@robstownisd.org
PHONE NUMBER: (361) 767-6600
801 N 1St St
Robstown, TX  78380

Roby Cisd
SUPERINTENDENT: Keith Cook
E-MAIL: keith.cook@roby.esc14.net
PHONE NUMBER: (325) 776-2222
141 S College St
Roby, TX  79543

Rochelle Isd
SUPERINTENDENT: Dave Lewis
E-MAIL: dlewis@rochelleisd.net
PHONE NUMBER: (325) 243-5224
5902 Lafayette
Rochelle, TX  76872

Rockdale Isd
SUPERINTENDENT: Denise Monzingo
E-MAIL: dmonzingo@rockdaleisd.net
PHONE NUMBER: (512) 430-6000
520 W Davilla
Rockdale, TX  76567

Rocksprings Isd
SUPERINTENDENT: Larry Taylor
E-MAIL: larry.taylor@rockspringsisd.net
PHONE NUMBER: (830) 683-4137
201 N Hwy 377
Rocksprings, TX  78880

Rockwall Isd
SUPERINTENDENT: John Villarreal
E-MAIL: john.villarreal@rockwallisd.org
PHONE NUMBER: (972) 771-0605
1050 Williams
Rockwall, TX  75087

Rogers Isd
SUPERINTENDENT: Joe Craig
E-MAIL: joe.craig@rogersisd.org
PHONE NUMBER: (254) 642-3802
1 Eagle Dr
Rogers, TX  76569

Roma Isd
SUPERINTENDENT: Carlos Guzman
E-MAIL: cguzman@romaisd.com
PHONE NUMBER: (956) 849-1377
608 N Garcia St
Roma, TX  78584

Roosevelt Isd
SUPERINTENDENT: Dallas Grimes
E-MAIL: dgrimes@risdtx.us
PHONE NUMBER: (806) 842-3282
1406 County Rd 3300
Lubbock, TX  79403

Ropes Isd
SUPERINTENDENT: Joel Willmon
E-MAIL: jwillmon@ropesisd.us
PHONE NUMBER: (806) 562-4031
304 Ranch
Ropesville, TX  79358

Roscoe Collegiate Isd
SUPERINTENDENT: Kim Alexander
E-MAIL: kda@roscoe.esc14.net
PHONE NUMBER: (325) 766-3629
1101 W 7Th St
Roscoe, TX  79545

Rosebud-lott Isd
SUPERINTENDENT: James Rosebrock
E-MAIL: jrosebrock@rlisd.org
PHONE NUMBER: (254) 583-4510
1789 Us Hwy 77
Lott, TX  76656

Rotan Isd
SUPERINTENDENT: Greg Decker
E-MAIL: gdecker@rotan.esc14.net
PHONE NUMBER: (325) 735-2332
102 N Mckinley Ave
Rotan, TX  79546

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Round Rock Isd
SUPERINTENDENT: Steve Flores
E-MAIL: superintendent_rrisd@roundrockisd.org
PHONE NUMBER: (512) 464-5022
1311 Round Rock Ave
Round Rock, TX  78681

Round Top-carmine Isd
SUPERINTENDENT: Brandon Schovajsa
E-MAIL: bschovajsa@rtcisd.net
PHONE NUMBER: (979) 249-3200
608 North Washington
Carmine, TX  78932

Royal Isd
SUPERINTENDENT: Leticia Guzman
E-MAIL: lguzman@royal-isd.net
PHONE NUMBER: (281) 934-2248
3714 Fm 359
Pattison, TX  77466

Royse City Isd
SUPERINTENDENT: Kevin Worthy
E-MAIL: worthyk@rcisd.org
PHONE NUMBER: (972) 636-2413
810 Old Greenville Rd
Royse City, TX  75189

Rule Isd
SUPERINTENDENT: Brad Jones
E-MAIL: bjones@rule.esc14.net
PHONE NUMBER: (940) 997-2521
1100 Union Ave
Rule, TX  79547

Runge Isd
SUPERINTENDENT: Linda Bettin
E-MAIL: lbettin@rungeisd.org
PHONE NUMBER: (830) 239-4315
600 Reiffert
Runge, TX  78151

Rusk Isd
SUPERINTENDENT: Grey Burton
E-MAIL: grey.burton@ruskisd.net
PHONE NUMBER: (903) 683-5592
203 E 7Th St
Rusk, TX  75785

S And S Cisd
SUPERINTENDENT: Roger Reed
E-MAIL: roger.reed@sscisd.net
PHONE NUMBER: (903) 564-6051
1 Ram Dr
Sadler, TX  76264

Sabinal Isd
SUPERINTENDENT: Richard Grill
E-MAIL: rgrill@sabinalisd.net
PHONE NUMBER: (830) 988-2472
409 W Cullins
Sabinal, TX  78881

Sabine Isd
SUPERINTENDENT: Stacey Bryce
E-MAIL: sbryce@sabineisd.org
PHONE NUMBER: (903) 984-8564
5424 Fm 1252 W
Gladewater, TX  75647

Sabine Pass Isd
SUPERINTENDENT: Kristi Heid
E-MAIL: kheid@sabinepass.net
PHONE NUMBER: (409) 971-2321
5641 S Gulfway Dr
Sabine Pass, TX  77655

Saint Jo Isd
SUPERINTENDENT: Curtis Eldridge
E-MAIL: curtis.eldridge@saintjoisd.net
PHONE NUMBER: (940) 995-2668
206 W Evans
Saint Jo, TX  76265

Salado Isd
SUPERINTENDENT: Michael Novotny
E-MAIL: michael.novotny@saladoisd.org
PHONE NUMBER: (254) 947-6900
601 N Main St
Salado, TX  76571

Saltillo Isd
SUPERINTENDENT: David Stickels
E-MAIL: dstickels@saltilloisd.net
PHONE NUMBER: (903) 537-2386
150 County Rd 3534
Saltillo, TX  75478

Sam Rayburn Isd
SUPERINTENDENT: Steve Arthur
E-MAIL: steve.arthur@srisd.org
PHONE NUMBER: (903) 664-2255
9363 E Fm 273
Ivanhoe, TX  75447

San Angelo Isd
SUPERINTENDENT: Carl Dethloff
E-MAIL: carl.dethloff@saisd.org
PHONE NUMBER: (325) 947-3700
1621 University Ave
San Angelo, TX  76904

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

San Antonio Isd
SUPERINTENDENT: Pedro Martinez
E-MAIL: superintendent@saisd.net
PHONE NUMBER: (210) 554-2200
141 Lavaca St
San Antonio, TX  78210

San Augustine Isd
SUPERINTENDENT: Virginia Liepman
E-MAIL: vliepman@saisd.us
PHONE NUMBER: (936) 275-2306
1002 Barrett St
San Augustine, TX  75972

San Benito Cisd
SUPERINTENDENT: Nate Carman
E-MAIL: ncarman@sbcisd.net
PHONE NUMBER: (956) 361-6110
240 N Crockett St
San Benito, TX  78586

San Diego Isd
SUPERINTENDENT: Rodrigo Pena
E-MAIL: rpena@sdisd.us
PHONE NUMBER: (361) 279-3382
609 W Labbe St
San Diego, TX  78384

San Elizario Isd
SUPERINTENDENT: Jeannie Chavez
E-MAIL: jmeza-chavez@seisd.net
PHONE NUMBER: (915) 872-3900
1050 Chicken Ranch Rd
San Elizario, TX  79849

San Felipe-del Rio Cisd
SUPERINTENDENT: Carlos Rios
E-MAIL: carlos.rios@sfdr-cisd.org
PHONE NUMBER: (830) 778-4007
205 Memorial Dr
Del Rio, TX  78842

San Isidro Isd
SUPERINTENDENT: Mario Alvarado
E-MAIL: mario.alvarado@sanisidroisd.org
PHONE NUMBER: (956) 481-3110
F M 1017
San Isidro, TX  78588

San Marcos Cisd
SUPERINTENDENT: Michael Cardona
E-MAIL: michael.cardona@smcisd.net
PHONE NUMBER: (512) 393-6700
631 Mill Street
San Marcos, TX  78666

San Perlita Isd
SUPERINTENDENT: Albert Pena
E-MAIL: apena@spisd.org
PHONE NUMBER: (956) 248-5563
22987 Trojan Dr
San Perlita, TX  78590

San Saba Isd
SUPERINTENDENT: Wayne Kelly
E-MAIL: wkelly@san-saba.net
PHONE NUMBER: (325) 372-3771
808 W Wallace
San Saba, TX  76877

San Vicente Isd
SUPERINTENDENT: Eric Stoddard
E-MAIL: estoddard@svisd.com
PHONE NUMBER: (432) 477-2220
195 Escuela Vista Dr
Big Bend Natl Park, TX  79834

Sands Cisd
SUPERINTENDENT: Wayne Henderson
E-MAIL: whenderson@esc17.net
PHONE NUMBER: (432) 353-4888
101 First St
Ackerly, TX  79713

Sanford-fritch Isd
SUPERINTENDENT: Jim Mcclellan
E-MAIL: jmcclellan@sfisd.net
PHONE NUMBER: (806) 857-3122
540 Eagle Blvd
Fritch, TX  79036

Sanger Isd
SUPERINTENDENT: Tommy Hunter
E-MAIL: tommy.hunter@sangerisd.net
PHONE NUMBER: (940) 458-7438
601 Elm St
Sanger, TX  76266

Santa Anna Isd
SUPERINTENDENT: David Robinett
E-MAIL: david.robinett@santaannaisd.net
PHONE NUMBER: (325) 348-3136
701 Bowie St
Santa Anna, TX  76878

Santa Fe Isd
SUPERINTENDENT: Leigh Wall
E-MAIL: leigh.wall@sfisd.org
PHONE NUMBER: (409) 925-3526
4133 Warpath
Santa Fe, TX  77510

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Santa Gertrudis Isd
SUPERINTENDENT: Veronica Alfaro
E-MAIL: valfaro@sgisd.net
PHONE NUMBER: (361) 384-5087
803 Santa Rosa
Kingsville, TX  78363

Santa Maria Isd
SUPERINTENDENT: Martin Cuellar
E-MAIL: martincuellar@smisd.net
PHONE NUMBER: (956) 565-6308
11119 Military Hwy 281
Santa Maria, TX  78592

Santa Rosa Isd
SUPERINTENDENT: Angela Gonzalez
E-MAIL: angela.gonzalez@srtx.org
PHONE NUMBER: (956) 636-9800
232 E Jesus T Avila St
Santa Rosa, TX  78593

Santo Isd
SUPERINTENDENT: Greg Gilbert
E-MAIL: ggilbert@santoisd.net
PHONE NUMBER: (940) 769-2835
406 F M 2201
Santo, TX  76472

Savoy Isd
SUPERINTENDENT: Brian Neal
E-MAIL: bneal@savoyisd.org
PHONE NUMBER: (903) 965-5262
302 W Hayes
Savoy, TX  75479

Schertz-cibolo-u City Isd
SUPERINTENDENT: Clark Ealy
E-MAIL: cealy@scuc.txed.net
PHONE NUMBER: (210) 945-6200
1060 Elbel Rd
Schertz, TX  78154

Schleicher Isd
SUPERINTENDENT: Robert Gibson
E-MAIL: robert.gibson.sr@scisd.net
PHONE NUMBER: (325) 853-2514
205 W Fields Ave
Eldorado, TX  76936

Schulenburg Isd
SUPERINTENDENT: Duane Limbaugh
E-MAIL: dlimbaugh@schulenburgisd.net
PHONE NUMBER: (979) 743-3448
521 N St
Schulenburg, TX  78956

Scurry-rosser Isd
SUPERINTENDENT: James Sanders
E-MAIL: james.sanders@scurry-rosser.com
PHONE NUMBER: (972) 452-8823
10705 S State Hwy 34
Scurry, TX  75158

Seagraves Isd
SUPERINTENDENT: Josh Goen
E-MAIL: josh.goen@seagravesisd.net
PHONE NUMBER: (806) 387-2035
1801 Ave K
Seagraves, TX  79359

Sealy Isd
SUPERINTENDENT: Bryan Hallmark
E-MAIL: bhallmark@sealyisd.com
PHONE NUMBER: (979) 885-3516
939 Tiger Ln
Sealy, TX  77474

Seguin Isd
SUPERINTENDENT: Matthew Gutierrez
E-MAIL: mgutierrez@seguin.k12.tx.us
PHONE NUMBER: (830) 401-8600
1221 E Kingsbury
Seguin, TX  78155

Seminole Isd
SUPERINTENDENT: Kyle Lynch
E-MAIL: klynch@seminoleisd.net
PHONE NUMBER: (432) 758-3662
207 S W 6Th St
Seminole, TX  79360

Seymour Isd
SUPERINTENDENT: John Anderson
E-MAIL: john.anderson@seymour-isd.net
PHONE NUMBER: (940) 889-3525
409 W Idaho St
Seymour, TX  76380

Shallowater Isd
SUPERINTENDENT: Anita Hebert
E-MAIL: ahebert@shallowaterisd.net
PHONE NUMBER: (806) 832-4531
1100 Ave K
Shallowater, TX  79363

Shamrock Isd
SUPERINTENDENT: Kenneth Shields
E-MAIL: shieldsk@shamrockisd.net
PHONE NUMBER: (806) 256-3492
100 S Illinois St
Shamrock, TX  79079

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Sharyland Isd
SUPERINTENDENT: Maria Vidaurri
E-MAIL: mvidaurri@sharylandisd.org
PHONE NUMBER: (956) 580-5200
1200 N. Shary Rd
Mission, TX  78572

Sheldon Isd
SUPERINTENDENT: King Davis
E-MAIL: kingdavis@sheldonisd.com
PHONE NUMBER: (281) 727-2000
11411 C E King Pkwy
Houston, TX  77044

Shepherd Isd
SUPERINTENDENT: Jason Hewitt
E-MAIL: jhewitt@shepherdisd.net
PHONE NUMBER: (936) 628-3396
1401 S Byrd Ave
Shepherd, TX  77371

Sherman Isd
SUPERINTENDENT: David Hicks
E-MAIL: dhicks@shermanisd.net
PHONE NUMBER: (903) 891-6400
2701 N Loy Lake Rd
Sherman, TX  75090

Shiner Isd
SUPERINTENDENT: Alex Remschel
E-MAIL: remschela@shinerisd.net
PHONE NUMBER: (361) 594-3121
505 Texas Ave
Shiner, TX  77984

Sidney Isd
SUPERINTENDENT: James Rucker
E-MAIL: jrucker@sidney.esc14.net
PHONE NUMBER: (254) 842-5500
4100 Hwy 1689
Sidney, TX  76474

Sierra Blanca Isd
SUPERINTENDENT: Ebby Loeffler
E-MAIL: eloeffler@sierrablancaisd.net
PHONE NUMBER: (915) 369-3741
500 Sierra Blanca Ave
Sierra Blanca, TX  79851

Silsbee Isd
SUPERINTENDENT: Gregg Weiss
E-MAIL: gregg.weiss@silsbeeisd.org
PHONE NUMBER: (409) 980-7800
415 Hwy 327 W
Silsbee, TX  77656

Silverton Isd
SUPERINTENDENT: Michelle Francis
E-MAIL: michelle.francis@region16.net
PHONE NUMBER: (806) 823-2476
700 Loretta St
Silverton, TX  79257

Simms Isd
SUPERINTENDENT: Rex Burks
E-MAIL: rburks@simmsisd.net
PHONE NUMBER: (903) 543-2219
47 James Bowie Ln
Simms, TX  75574

Sinton Isd
SUPERINTENDENT: Chad Jones
E-MAIL: cjones@sintonisd.net
PHONE NUMBER: (361) 364-6800
322 S Archer
Sinton, TX  78387

Sivells Bend Isd
SUPERINTENDENT: Lisa Slaughter
E-MAIL: lslaughter@sivellsbendisd.net
PHONE NUMBER: (940) 665-6411
1053 Cr 403
Gainesville, TX  76240

Skidmore-tynan Isd
SUPERINTENDENT: Dustin Barton
E-MAIL: dustin.barton@stbobcats.net
PHONE NUMBER: (361) 287-3426
224 W Main St
Skidmore, TX  78389

Slaton Isd
SUPERINTENDENT: Gary Harrell
E-MAIL: gharrell@slatonisd.net
PHONE NUMBER: (806) 828-6591
140 E Panhandle
Slaton, TX  79364

Slidell Isd
SUPERINTENDENT: Taylor Williams
E-MAIL: twilliams@slidellisd.net
PHONE NUMBER: (940) 466-3118
1 Greyhound Ln
Slidell, TX  76267

Slocum Isd
SUPERINTENDENT: Cliff Lasiter
E-MAIL: clasiter@slocumisd.org
PHONE NUMBER: (903) 478-3624
5765 E State Hwy 294
Elkhart, TX  75839

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Smithville Isd
SUPERINTENDENT: Cheryl Burns
E-MAIL: cburns@smithvilleisd.org
PHONE NUMBER: (512) 237-2487
901 Ne 6Th St
Smithville, TX  78957

Smyer Isd
SUPERINTENDENT: Chris Wade
E-MAIL: cwade@smyer-isd.org
PHONE NUMBER: (806) 234-2935
401 Lincoln
Smyer, TX  79367

Snook Isd
SUPERINTENDENT: Brenda Krchnak
E-MAIL: krchnakb@snookisd.org
PHONE NUMBER: (979) 272-8307
10110 Fm 2155
Snook, TX  77878

Snyder Isd
SUPERINTENDENT: Eddie Bland
E-MAIL: ebland@snyderisd.net
PHONE NUMBER: (325) 574-8900
2901 37Th St
Snyder, TX  79549

Socorro Isd
SUPERINTENDENT: Jose Espinoza
E-MAIL: jespin01@sisd.net
PHONE NUMBER: (915) 937-0000
12440 Rojas Dr
El Paso, TX  79928

Somerset Isd
SUPERINTENDENT: Saul Hinojosa
E-MAIL: saul.hinojosa@sisdk12.net
PHONE NUMBER: (866) 852-9858
7791 6Th St
Somerset, TX  78069

Somerville Isd
SUPERINTENDENT: Karla Sparks
E-MAIL: ksparks@somervilleisd.org
PHONE NUMBER: (979) 596-2153
625 8Th St
Somerville, TX  77879

Sonora Isd
SUPERINTENDENT: Ross Aschenbeck
E-MAIL: ross.aschenbeck@sonoraisd.net
PHONE NUMBER: (325) 387-6940
807 S Concho Ave
Sonora, TX  76950

South San Antonio Isd
SUPERINTENDENT: Marc Puig
E-MAIL: marc.puig@southsanisd.net
PHONE NUMBER: (210) 977-7000
5622 Ray Ellison Blvd
San Antonio, TX  78242

South Texas Isd
SUPERINTENDENT: Marco Lara
E-MAIL: tony.lara@stisd.net
PHONE NUMBER: (956) 514-4216
100 Med High Dr
Mercedes, TX  78570

Southland Isd
SUPERINTENDENT: Toby Miller
E-MAIL: Tmiller@southlandisd.net
PHONE NUMBER: (806) 996-5599
190 Eighth St
Southland, TX  79364

Southside Isd
SUPERINTENDENT: Rolando Ramirez
E-MAIL: rolando.ramirez@southsideisd.org
PHONE NUMBER: (210) 882-1600
1460 Martinez Losoya Rd
San Antonio, TX  78221

Southwest Isd
SUPERINTENDENT: Lloyd Verstuyft
E-MAIL: lverstuyft@swisd.net
PHONE NUMBER: (210) 622-4731
11914 Dragon Ln
San Antonio, TX  78252

Spearman Isd
SUPERINTENDENT: Clay Montgomery
E-MAIL: clay.montgomery@region16.net
PHONE NUMBER: (806) 659-3233
403 E 11Th Ave
Spearman, TX  79081

Splendora Isd
SUPERINTENDENT: Jeffrey Burke
E-MAIL: jburke@splendoraisd.org
PHONE NUMBER: (281) 689-3128
23419 Fm 2090
Splendora, TX  77372

Spring Branch Isd
SUPERINTENDENT: Jennifer Blaine
E-MAIL: jennifer.blaine@springbranchisd.com
PHONE NUMBER: (713) 464-1511
955 Campbell Rd
Houston, TX  77024

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Spring Creek Isd
SUPERINTENDENT: Mandy Poer
E-MAIL: mandy.poer@region16.net
PHONE NUMBER: (806) 273-6791
9849 Fm 2171
Skellytown, TX  79080

Spring Hill Isd
SUPERINTENDENT: Wayne Guidry
E-MAIL: superintendent@shisd.net
PHONE NUMBER: (903) 759-4404
3101 Spring Hill Rd
Longview, TX  75605

Spring Isd
SUPERINTENDENT: Rodney Watson
E-MAIL: rwatson@springisd.org
PHONE NUMBER: (281) 891-6000
16717 Ella Blvd
Houston, TX  77090

Springlake-earth Isd
SUPERINTENDENT: Denver Crum
E-MAIL: dcrum@springlake-earth.org
PHONE NUMBER: (806) 257-3310
472 Fm 302
Earth, TX  79031

Springtown Isd
SUPERINTENDENT: Mike Kelley
E-MAIL: mkelley@springtownisd.net
PHONE NUMBER: (817) 220-7243
301 E Fifth St
Springtown, TX  76082

Spur Isd
SUPERINTENDENT: CRAIG HAMILTON
E-MAIL: chamilton@esc17.net
PHONE NUMBER: (806) 271-3272
800 N Williams
Spur, TX  79370

Spurger Isd
SUPERINTENDENT: Morgan Wright
E-MAIL: wrightm@spurgerisd.org
PHONE NUMBER: (409) 429-3464
12212 Fm92
Spurger, TX  77660

Stafford Msd
SUPERINTENDENT: Robert Bostic
E-MAIL: bosticr@staffordmsd.org
PHONE NUMBER: (281) 261-9200
1625 Staffordshire Rd
Stafford, TX  77477

Stamford Isd
SUPERINTENDENT: Will Brewer
E-MAIL: wbrewer@stamfordisd.net
PHONE NUMBER: (325) 773-2705
507 S Orient St
Stamford, TX  79553

Stanton Isd
SUPERINTENDENT: Merl Brandon
E-MAIL: mbrandon@stanton.esc18.net
PHONE NUMBER: (432) 756-2244
200 N College
Stanton, TX  79782

Stephenville Isd
SUPERINTENDENT: Matt Underwood
E-MAIL: matt.underwood@sville.us
PHONE NUMBER: (254) 968-7990
2655 W Overhill
Stephenville, TX  76401

Sterling City Isd
SUPERINTENDENT: Bob Rauch
E-MAIL: bob.rauch@sterlingcityisd.net
PHONE NUMBER: (325) 378-4781
700 7Th St
Sterling City, TX  76951

Stockdale Isd
SUPERINTENDENT: Daniel Fuller
E-MAIL: daniel.fuller@stockdaleisd.net
PHONE NUMBER: (830) 996-3551
503 S 4Th St
Stockdale, TX  78160

Stratford Isd
SUPERINTENDENT: Mike Dominguez
E-MAIL: mike.dominguez@stratfordisd.net
PHONE NUMBER: (806) 366-3300
503 N 8Th St
Stratford, TX  79084

Strawn Isd
SUPERINTENDENT: Richard Mitchell
E-MAIL: rmitchell@strawnschool.net
PHONE NUMBER: (254) 672-5313
224 E Walnut
Strawn, TX  76475

Sudan Isd
SUPERINTENDENT: Scott Harrell
E-MAIL: scottharrell@sudanisd.net
PHONE NUMBER: (806) 227-2431
107 W Hwy 303
Sudan, TX  79371

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Sulphur Bluff Isd
SUPERINTENDENT: Dustin Carr
E-MAIL: dcarr@sulphurbluffschool.net
PHONE NUMBER: (903) 945-2460
1027 Cr 3550
Sulphur Bluff, TX  75481

Sulphur Springs Isd
SUPERINTENDENT: Mike Lamb
E-MAIL: mlamb@ssisd.net
PHONE NUMBER: (903) 885-2153
631 Connally St
Sulphur Springs, TX  75482

Sundown Isd
SUPERINTENDENT: Scott Marshall
E-MAIL: smarshall@sundownisd.com
PHONE NUMBER: (806) 229-3021
701 School St
Sundown, TX  79372

Sunnyvale Isd
SUPERINTENDENT: Doug Williams
E-MAIL: doug.williams@sunnyvaleisd.com
PHONE NUMBER: (972) 226-5974
417 E Tripp Rd
Sunnyvale, TX  75182

Sunray Isd
SUPERINTENDENT: Marshall Harrison
E-MAIL: marshall.harrison@region16.net
PHONE NUMBER: (806) 948-4411
400 E 7Th St
Sunray, TX  79086

Sweeny Isd
SUPERINTENDENT: Tory Hill
E-MAIL: tchill@sweenyisd.org
PHONE NUMBER: (979) 491-8000
1310 N Elm St
Sweeny, TX  77480

Sweet Home Isd
SUPERINTENDENT: Shane Wagner
E-MAIL: swagner@sweethomeisd.org
PHONE NUMBER: (361) 293-3221
7508 Fm 531
Sweet Home, TX  77987

Sweetwater Isd
SUPERINTENDENT: Drew Howard
E-MAIL: drew.howard@sweetwaterisd.net
PHONE NUMBER: (325) 235-8601
207 Musgrove St
Sweetwater, TX  79556

Taft Isd
SUPERINTENDENT: Ricardo Trevino
E-MAIL: rtrevino@taftisd.net
PHONE NUMBER: (361) 528-2636
400 College St
Taft, TX  78390

Tahoka Isd
SUPERINTENDENT: Dick Vanhoose
E-MAIL: dvanhoose@tahokaisd.com
PHONE NUMBER: (806) 561-4105
2129 Main St
Tahoka, TX  79373

Tarkington Isd
SUPERINTENDENT: Marc Keith
E-MAIL: mkeith@tarkingtonisd.net
PHONE NUMBER: (281) 592-8781
2770 Fm 163
Cleveland, TX  77327

Tatum Isd
SUPERINTENDENT: J.P. Richardson
E-MAIL: richardsonjp@tatumisd.org
PHONE NUMBER: (903) 947-0161
510 Crystal Farm Rd
Tatum, TX  75691

Taylor Isd
SUPERINTENDENT: Keith Brown
E-MAIL: keith.brown@taylorisd.org
PHONE NUMBER: (512)365-1391
3101 N MAIN ST STE 104
TAYLOR, TX  76574

Teague Isd
SUPERINTENDENT: Chris Skinner
E-MAIL: cskinner@teagueisd.org
PHONE NUMBER: (254) 739-1300
420 N 10Th
Teague, TX  75860

Temple Isd
SUPERINTENDENT: Bobby Ott
E-MAIL: bobby.ott@tisd.org
PHONE NUMBER: (254) 215-6760
200 N 23Rd St
Temple, TX  76504

Tenaha Isd
SUPERINTENDENT: Scott Tyner
E-MAIL: tynerscott@tenahaisd.com
PHONE NUMBER: (936) 248-5000
138 College St
Tenaha, TX  75974

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Terlingua Csd
SUPERINTENDENT: Reagan Reed
E-MAIL: rreed@terlinguacsd.com
PHONE NUMBER: (432) 371-2281
550 Roadrunner Cir
Terlingua, TX  79852

Terrell County Isd
SUPERINTENDENT: Amanda Magallan
E-MAIL: amagallan@terrell.esc18.net
PHONE NUMBER: (432)345-2515
302 2ND ST
SANDERSON, TX  79848

Terrell Isd
SUPERINTENDENT: Georgeanne Warnock
E-MAIL: georgeanne.warnock@terrellisd.org
PHONE NUMBER: (972) 563-7504
700 N Catherine St
Terrell, TX  75160

Texarkana Isd
SUPERINTENDENT: Paul Norton
E-MAIL: paul.norton@txkisd.net
PHONE NUMBER: (903) 794-3651
4241 Summerhill Rd
Texarkana, TX  75503

Texas Juvenile Justice Department
SUPERINTENDENT: Camille Cain
E-MAIL: camille.cain@tjjd.texas.gov
PHONE NUMBER: (512) 490-7130
11209 Metric Blvd
Austin, TX  78758

Texas Sch For The Blind & Visually Impaired
SUPERINTENDENT: Emily Coleman
E-MAIL: colemane@tsbvi.edu
PHONE NUMBER: (512) 454-8631
1100 W 45Th St
Austin, TX  78756

Texas Sch For The Deaf
SUPERINTENDENT: Claire Bugen
E-MAIL: claire.bugen@tsd.state.tx.us
PHONE NUMBER: (512) 462-5353
1102 S Congress Ave
Austin, TX  78704

Texhoma Isd
SUPERINTENDENT: Kayla Yates
E-MAIL: kayla.yates@texhomaisd.net
PHONE NUMBER: (806) 827-7400
4Th And Denver
Texhoma, TX  73949

Texline Isd
SUPERINTENDENT: Terrell Jones
E-MAIL: terrell.jones@texlineisd.net
PHONE NUMBER: (806) 362-4667
302 E Pine
Texline, TX  79087

Thorndale Isd
SUPERINTENDENT: Adam Ivy
E-MAIL: adam.ivy@thorndale.txed.net
PHONE NUMBER: (512) 898-2538
300 N Main St
Thorndale, TX  76577

Thrall Isd
SUPERINTENDENT: Tommy Hooker
E-MAIL: thooker@thrallisd.org
PHONE NUMBER: (512) 898-0062
201 S Bounds
Thrall, TX  76578

Three Rivers Isd
SUPERINTENDENT: Les Dragon
E-MAIL: ldragon@trisd.org
PHONE NUMBER: (361) 786-3603
351 S School Rd
Three Rivers, TX  78071

Three Way Isd
SUPERINTENDENT: Paul Ryan
E-MAIL: pryan@twisd.us
PHONE NUMBER: (254) 965-6496
Hwy 67 Cr 207
Stephenville, TX  76401

Throckmorton Isd
SUPERINTENDENT: Michelle Cline
E-MAIL: cline@throck.org
PHONE NUMBER: (940) 849-2411
210 College St
Throckmorton, TX  76483

Tidehaven Isd
SUPERINTENDENT: Andrew Seigrist
E-MAIL: aseigrist@tidehavenisd.com
PHONE NUMBER: (361) 588-6321
Hwy 35 And F M 1095
El Maton, TX  77440

Timpson Isd
SUPERINTENDENT: Mid Johnson
E-MAIL: mjohnson@timpsonisd.com
PHONE NUMBER: (936) 254-2463
836 Bear Dr
Timpson, TX  75975

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Tioga Isd
SUPERINTENDENT: Charles Holloway
E-MAIL: charles.holloway@tiogaisd.net
PHONE NUMBER: (940) 437-2366
405 N Florence
Tioga, TX  76271

Tolar Isd
SUPERINTENDENT: Travis Stilwell
E-MAIL: tstilwell@tolarisd.org
PHONE NUMBER: (254) 835-4718
215 S Mesquite St
Tolar, TX  76476

Tom Bean Isd
SUPERINTENDENT: Kelly Lusk
E-MAIL: kelly.lusk@tombean-isd.org
PHONE NUMBER: (903) 546-6076
100 E Garner
Tom Bean, TX  75489

Tomball Isd
SUPERINTENDENT: Martha Zamora
E-MAIL: marthasalazarzamora@tomballisd.net
PHONE NUMBER: (281) 357-3100
310 S Cherry St
Tomball, TX  77375

Tornillo Isd
SUPERINTENDENT: Rosy Barrio
E-MAIL: superintendent@tisd.us
PHONE NUMBER: (915) 765-3000
19200 Cobb Ave
Tornillo, TX  79853

Trent Isd
SUPERINTENDENT: Charles Carter
E-MAIL: ccarter@trent.esc14.net
PHONE NUMBER: (325) 862-6125
12821 E Interstate 20
Trent, TX  79561

Trenton Isd
SUPERINTENDENT: Rick Foreman
E-MAIL: rforeman@trentonisd.org
PHONE NUMBER: (903) 989-2245
500 S Ballentine
Trenton, TX  75490

Trinidad Isd
SUPERINTENDENT: Corey Jenkins
E-MAIL: corey.jenkins@trinidadisd.com
PHONE NUMBER: (903) 778-2673
105 W Eaton
Trinidad, TX  75163

Trinity Isd
SUPERINTENDENT: John Kaufman
E-MAIL: jkaufman@trinityisd.net
PHONE NUMBER: (936) 594-3569
101 W Jefferson
Trinity, TX  75862

Troup Isd
SUPERINTENDENT: Tammy Jones
E-MAIL: tjones@troupisd.org
PHONE NUMBER: (903) 842-3067
201 N Carolina
Troup, TX  75789

Troy Isd
SUPERINTENDENT: Neil Jeter
E-MAIL: neil.jeter@troyisd.org
PHONE NUMBER: (254) 938-2595
1 Trojan Rd
Troy, TX  76579

Tulia Isd
SUPERINTENDENT: Tim Glover
E-MAIL: tglover@tuliaisd.org
PHONE NUMBER: (806) 995-4591
702 Nw 8Th St
Tulia, TX  79088

Tuloso-midway Isd
SUPERINTENDENT: Rodney Sumner
E-MAIL: rsumner@tmisd.us
PHONE NUMBER: (361) 903-6400
9760 La Branch
Corpus Christi, TX  78460

Turkey-quitaque Isd
SUPERINTENDENT: Jackie Jenkins
E-MAIL: jjenkins@valleypatriots.com
PHONE NUMBER: (806) 455-1411
11826 Hwy 86
Turkey, TX  79261

Tyler Isd
SUPERINTENDENT: Marty Crawford
E-MAIL: marty.crawford@tylerisd.org
PHONE NUMBER: (903) 262-1000
1319 Earl Campbell Pkwy
Tyler, TX  75701

Union Grove Isd
SUPERINTENDENT: Kelly Moore
E-MAIL: moorek@ugisd.org
PHONE NUMBER: (903) 845-5509
11220 Union Grove Rd
Gladewater, TX  75647

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Union Hill Isd
SUPERINTENDENT: Troy Batts
E-MAIL: battst@uhisd.com
PHONE NUMBER: (903) 762-2140
2197 F M 2088
Gilmer, TX  75644

United Isd
SUPERINTENDENT: Roberto Santos
E-MAIL: rsantos@uisd.net
PHONE NUMBER: (956) 473-6201
201 Lindenwood Dr
Laredo, TX  78045

Utopia Isd
SUPERINTENDENT: Derry Michael
E-MAIL: mderry@utopiaisd.net
PHONE NUMBER: (830) 966-1928
258 School St
Utopia, TX  78884

Uvalde Cisd
SUPERINTENDENT: John Harrell
E-MAIL: hharrell1029@uvaldecisd.net
PHONE NUMBER: (830) 278-6655
1000 N Getty
Uvalde, TX  78801

Valentine Isd
SUPERINTENDENT: Debbie Engle
E-MAIL: dengle@valentineisd.com
PHONE NUMBER: (432) 467-2671
100 Kentucky St
Valentine, TX  79854

Valley Mills Isd
SUPERINTENDENT: Mike Kelly
E-MAIL: mike.kelly@vmisd.net
PHONE NUMBER: (254) 932-5210
One Eagle Way
Valley Mills, TX  76689

Valley View Isd
SUPERINTENDENT: Monica Luna
E-MAIL: mmluna@vviewisd.net
PHONE NUMBER: (956) 340-1000
9701 S Jackson Rd
Pharr, TX  78577

Valley View Isd
SUPERINTENDENT: William Stokes
E-MAIL: wstokes@vvisd.net
PHONE NUMBER: (940) 726-3659
106 Newton
Valley View, TX  76272

Van Alstyne Isd
SUPERINTENDENT: David Brown
E-MAIL: dbrown@vanalstyneisd.org
PHONE NUMBER: (903) 482-8802
549 Miller Ln
Van Alstyne, TX  75495

Van Isd
SUPERINTENDENT: Don Dunn
E-MAIL: donald.dunn@vanisd.org
PHONE NUMBER: (903) 963-8328
549 E Texas St
Van, TX  75790

Van Vleck Isd
SUPERINTENDENT: John Obrien
E-MAIL: jobrien@vvisd.org
PHONE NUMBER: (979) 245-8518
142 S 4Th St
Van Vleck, TX  77482

Vega Isd
SUPERINTENDENT: Jody Johnson
E-MAIL: jody.johnson@region16.net
PHONE NUMBER: (806) 267-2123
200 Longhorn Dr
Vega, TX  79092

Venus Isd
SUPERINTENDENT: James Hopper
E-MAIL: james.hopper@venusisd.net
PHONE NUMBER: (972) 366-3448
100 Student Dr
Venus, TX  76084

Veribest Isd
SUPERINTENDENT: Ryder Appleton
E-MAIL: ryder.appleton@veribestisd.net
PHONE NUMBER: (325) 655-2851
10062 F M Hwy 380
Veribest, TX  76886

Vernon Isd
SUPERINTENDENT: Jeff Byrd
E-MAIL: jeff.byrd@visdtx.org
PHONE NUMBER: (940) 553-1900
1713 Wilbarger St
Vernon, TX  76384

Victoria Isd
SUPERINTENDENT: Quintin Shepherd
E-MAIL: quintin.shepherd@visd.net
PHONE NUMBER: (361) 576-3131
102 Profit Dr
Victoria, TX  77901

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Vidor Isd
SUPERINTENDENT: Jay Killgo
E-MAIL: jkillgo@vidorisd.org
PHONE NUMBER: (409) 951-8714
120 E Bolivar St
Vidor, TX  77662

Vysehrad Isd
SUPERINTENDENT: Jason Appelt
E-MAIL: jappelt@vysehrad.k12.tx.us
PHONE NUMBER: (361) 798-4118
595 County Rd 182
Hallettsville, TX  77964

Waco Isd
SUPERINTENDENT: Susan Kincannon
E-MAIL: susan.kincannon@wacoisd.org
PHONE NUMBER: (254) 755-9420
501 Franklin Ave
Waco, TX  76701

Waelder Isd
SUPERINTENDENT: Jon Orozco
E-MAIL: jonorozco@waelderisd.org
PHONE NUMBER: (830) 788-7161
201 Us Hwy 90 W
Waelder, TX  78959

Walcott Isd
SUPERINTENDENT: Darla Bryant
E-MAIL: darla.bryant@region16.net
PHONE NUMBER: (806) 289-5222
4275 Hwy 214
Hereford, TX  79045

Wall Isd
SUPERINTENDENT: Russell Dacy
E-MAIL: russell.dacy@wallisd.net
PHONE NUMBER: (325) 651-7790
8065 Loop 570
Wall, TX  76957

Waller Isd
SUPERINTENDENT: Kevin Moran
E-MAIL: kmoran@wallerisd.net
PHONE NUMBER: (936) 931-3685
2214 Waller St
Waller, TX  77484

Walnut Bend Isd
SUPERINTENDENT: Troy Humphrey
E-MAIL: thumphrey@walnutbendisd.net
PHONE NUMBER: (940) 665-5990
47 C R 198
Gainesville, TX  76240

Walnut Springs Isd
SUPERINTENDENT: Pat Garrett
E-MAIL: pat.garrett@walnutspringsisd.net
PHONE NUMBER: (254) 797-2133
184 Ave A
Walnut Springs, TX  76690

Warren Isd
SUPERINTENDENT: Tammy Boyette
E-MAIL: tammy.boyette@warrenisd.net
PHONE NUMBER: (409) 547-2241
375 Fm 3290 S
Warren, TX  77664

Waskom Isd
SUPERINTENDENT: Rae Patty
E-MAIL: rpatty@waskomisd.net
PHONE NUMBER: (903) 687-3361
365 School Ave
Waskom, TX  75692

Water Valley Isd
SUPERINTENDENT: Fabian Gomez
E-MAIL: fabian.gomez@wvisd.net
PHONE NUMBER: (325) 484-2478
18000 Wildcat Dr
Water Valley, TX  76958

Waxahachie Isd
SUPERINTENDENT: Bonny Cain
E-MAIL: bcain@wisd.org
PHONE NUMBER: (972) 923-4631
411 N Gibson St
Waxahachie, TX  75165

Weatherford Isd
SUPERINTENDENT: Beau Rees
E-MAIL: brees@weatherfordisd.com
PHONE NUMBER: (817) 598-2800
1100 Longhorn Dr
Weatherford, TX  76086

Webb Cisd
SUPERINTENDENT: Beto Gonzalez
E-MAIL: bgonzalez@webbcisd.com
PHONE NUMBER: (361) 747-5415
619 Ave F
Bruni, TX  78344

Weimar Isd
SUPERINTENDENT: Jon Wunderlich
E-MAIL: jwunderlich@weimarisd.org
PHONE NUMBER: (979) 725-9506
506 W Main
Weimar, TX  78962

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Wellington Isd
SUPERINTENDENT: Kurt Ashmore
E-MAIL: kurt.ashmore@wellisd.net
PHONE NUMBER: (806) 447-3102
609 15Th St
Wellington, TX  79095

Wellman-union Cisd
SUPERINTENDENT: Ben Prowell
E-MAIL: bprowell@esc17.net
PHONE NUMBER: (806) 637-4910
505 Terry Ave
Wellman, TX  79378

Wells Isd
SUPERINTENDENT: Jim Moore
E-MAIL: jmoore@wells.esc7.net
PHONE NUMBER: (936) 867-4466
160 Rusk Ave
Wells, TX  75976

Weslaco Isd
SUPERINTENDENT: Priscilla Canales
E-MAIL: pcanales@wisd.us
PHONE NUMBER: (956) 969-6500
319 W 4Th St
Weslaco, TX  78596

West Hardin County Cisd
SUPERINTENDENT: Jim Armstrong
E-MAIL: jarmstrong@westhardin.org
PHONE NUMBER: (936) 274-5061
39227 Hwy 105
Saratoga, TX  77585

West Isd
SUPERINTENDENT: David Truitt
E-MAIL: dtruitt@westisd.net
PHONE NUMBER: (254) 981-2000
801 N Reagan St
West, TX  76691

West Orange-cove Cisd
SUPERINTENDENT: Rickie Harris
E-MAIL: riha@woccisd.net
PHONE NUMBER: (409) 882-5500
902 W Park
Orange, TX  77631

West Oso Isd
SUPERINTENDENT: Conrado Garcia
E-MAIL: conrado.garcia@westosoisd.net
PHONE NUMBER: (361) 806-5900
5050 Rockford Dr
Corpus Christi, TX  78416

West Rusk County Consolidated Isd
SUPERINTENDENT: Lawrence Coleman
E-MAIL: colemanl@westruskisd.org
PHONE NUMBER: (903) 895-4503
10705 S Main
New London, TX  75682

West Sabine Isd
SUPERINTENDENT: Cristal Joslin
E-MAIL: cristal.joslin@westsabineisd.net
PHONE NUMBER: (409) 584-2655
101 Timberland Hwy W
Pineland, TX  75968

Westbrook Isd
SUPERINTENDENT: Todd Burleson
E-MAIL: todd.burleson@westbrookisd.com
PHONE NUMBER: (325) 644-2311
102 Bertner
Westbrook, TX  79565

Westhoff Isd
SUPERINTENDENT: David Kennedy
E-MAIL: dkennedy@westhoffisd.org
PHONE NUMBER: (830) 236-5519
244 Lynch St
Westhoff, TX  77994

Westphalia Isd
SUPERINTENDENT: Robert Hudson
E-MAIL: robert.hudson@westphaliaisd.org
PHONE NUMBER: (254) 584-4988
Hwy 320 Cr3000
Westphalia, TX  76656

Westwood Isd
SUPERINTENDENT: Wade Stanford
E-MAIL: wstanford@westwoodisd.net
PHONE NUMBER: (903) 729-1776
4524 W Oak
Palestine, TX  75801

Wharton Isd
SUPERINTENDENT: Michael Oguin
E-MAIL: moguin@whartonisd.net
PHONE NUMBER: (979) 532-6201
2100 N Fulton St
Wharton, TX  77488

Wheeler Isd
SUPERINTENDENT: Bryan Markham
E-MAIL: bryan.markham@wheelerschools.net
PHONE NUMBER: (806) 826-5241
1 Mustang Dr
Wheeler, TX  79096

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

White Deer Isd
SUPERINTENDENT: Scott Lucas
E-MAIL: scott.lucas@region16.net
PHONE NUMBER: (806) 883-2311
601 Omohundro
White Deer, TX  79097

White Oak Isd
SUPERINTENDENT: Brian Gray
E-MAIL: grayb@woisd.net
PHONE NUMBER: (903) 291-2200
200 S White Oak Rd
White Oak, TX  75693

White Settlement Isd
SUPERINTENDENT: Frank Molinar
E-MAIL: fmolinar@wsisd.net
PHONE NUMBER: (817) 367-1300
401 S Cherry Ln
White Settlement, TX  76108

Whiteface Cisd
SUPERINTENDENT: Nate Wheeler
E-MAIL: nwheeler@whitefaceschool.net
PHONE NUMBER: (806) 287-1154
401 Antelope Blvd
Whiteface, TX  79379

Whitehouse Isd
SUPERINTENDENT: Christopher Moran
E-MAIL: moranc@whitehouseisd.org
PHONE NUMBER: (903) 839-5500
106 W Wildcat Dr
Whitehouse, TX  75791

Whitesboro Isd
SUPERINTENDENT: Ryan Harper
E-MAIL: harperr@whitesboroisd.org
PHONE NUMBER: (903) 564-4200
115 Fourth St
Whitesboro, TX  76273

Whitewright Isd
SUPERINTENDENT: Brian Garner
E-MAIL: brian.garner@wwisd.com
PHONE NUMBER: (903) 364-2155
315A Highland Dr
Whitewright, TX  75491

Whitharral Isd
SUPERINTENDENT: Ed Sharp
E-MAIL: esharp@whitharralisd.org
PHONE NUMBER: (806) 299-1135
201 2Nd St
Whitharral, TX  79380

Whitney Isd
SUPERINTENDENT: John Mccullough
E-MAIL: john.mccullough@whitneyisd.org
PHONE NUMBER: (254) 694-2254
305 S San Jacinto St
Whitney, TX  76692

Wichita Falls Isd
SUPERINTENDENT: Michael Kuhrt
E-MAIL: mkuhrt@wfisd.net
PHONE NUMBER: (940) 235-1000
1104 Broad St
Wichita Falls, TX  76301

Wildorado Isd
SUPERINTENDENT: Troy Duck
E-MAIL: troy.duck@region16.net
PHONE NUMBER: (806) 426-3317
307 N Locust
Wildorado, TX  79098

Willis Isd
SUPERINTENDENT: Tim Harkrider
E-MAIL: tharkrider@willisisd.org
PHONE NUMBER: (936) 856-1200
204 W Rogers St
Willis, TX  77378

Wills Point Isd
SUPERINTENDENT: Scott Caloss
E-MAIL: scott.caloss@wpisd.com
PHONE NUMBER: (903) 873-3161
338 W N Commerce St
Wills Point, TX  75169

Wilson Isd
SUPERINTENDENT: Jerry Burger
E-MAIL: jburger@wilsonisd.org
PHONE NUMBER: (806) 628-6271
1411 Green Ave
Wilson, TX  79381

Wimberley Isd
SUPERINTENDENT: Dwain York
E-MAIL: dwain.york@wimberleyisd.net
PHONE NUMBER: (512) 847-2414
14401 Ranch Rd 12
Wimberley, TX  78676

Windham School District
SUPERINTENDENT: Clint Carpenter
E-MAIL: superintendent@wsdtx.org
PHONE NUMBER: (936) 291-5303
804 Building B Fm 2821 W
Huntsville, TX  77320

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Windthorst Isd
SUPERINTENDENT: Lonnie Hise
E-MAIL: lonnie.hise@windthorstisd.net
PHONE NUMBER: (940) 423-6688
100 St Marys
Windthorst, TX  76389

Wink-loving Isd
SUPERINTENDENT: Scotty Carman
E-MAIL: scarman@wlisd.net
PHONE NUMBER: (432) 527-3880
200 Rosey Dodd Ave
Wink, TX  79789

Winnsboro Isd
SUPERINTENDENT: Susan Morton
E-MAIL: smorton@winnsboroisd.org
PHONE NUMBER: (903) 342-3737
207 E Pine St
Winnsboro, TX  75494

Winona Isd
SUPERINTENDENT: Cody Mize
E-MAIL: cmize@winonaisd.org
PHONE NUMBER: (903) 939-4010
611 Wildcat Dr
Winona, TX  75792

Winters Isd
SUPERINTENDENT: Larry Taylor
E-MAIL: larry.taylor@wintersisd.org
PHONE NUMBER: (325) 754-5574
603 N Heights St
Winters, TX  79567

Woden Isd
SUPERINTENDENT: Brady Taylor
E-MAIL: btaylor@wodenisd.org
PHONE NUMBER: (936) 564-2073
5263 Fm 226
Nacogdoches, TX  75961

Wolfe City Isd
SUPERINTENDENT: Anthony Figueroa
E-MAIL: figueroaa@wcisd.net
PHONE NUMBER: (903) 496-7333
553 W Dallas St
Wolfe City, TX  75496

Woodsboro Isd
SUPERINTENDENT: Janice Sykora
E-MAIL: janice_sykora@wisd.net
PHONE NUMBER: (361) 543-4519
408 S Kasten
Woodsboro, TX  78393

Woodson Isd
SUPERINTENDENT: Casey Adams
E-MAIL: casey.adams@woodsonisd.net
PHONE NUMBER: (940) 345-6521
207 E Hill
Woodson, TX  76491

Woodville Isd
SUPERINTENDENT: Lisa Meysembourg
E-MAIL: lisa.m@woodvilleeagles.org
PHONE NUMBER: (409) 283-3752
505 N Charlton St
Woodville, TX  75979

Wortham Isd
SUPERINTENDENT: Melissa Bosley
E-MAIL: melissa.bosley@worthamisd.org
PHONE NUMBER: (254) 765-3095
201 S 4Th St
Wortham, TX  76693

Wylie Isd
SUPERINTENDENT: David Vinson
E-MAIL: david.vinson@wylieisd.net
PHONE NUMBER: (972) 429-3000
951 S Ballard
Wylie, TX  75098

Wylie Isd
SUPERINTENDENT: Joey Light
E-MAIL: JLight@wyliebulldogs.org
PHONE NUMBER: (325) 692-4353
6251 Buffalo Gap Rd
Abilene, TX  79606

Yantis Isd
SUPERINTENDENT: Tracey Helfferich
E-MAIL: thelfferich@yantisisd.net
PHONE NUMBER: (903) 383-2463
105 W Oak St
Yantis, TX  75497

Yoakum Isd
SUPERINTENDENT: Tom Kelley
E-MAIL: tkelley@yoakumisd.net
PHONE NUMBER: (361) 293-3162
315 E Gonzales St
Yoakum, TX  77995

Yorktown Isd
SUPERINTENDENT: Katherine Kuenstler
E-MAIL: kkuenstler@yisd.org
PHONE NUMBER: (361) 564-2252
331 W Main
Yorktown, TX  78164

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Ysleta Isd
SUPERINTENDENT: Xavier Torre
E-MAIL: xdelatorre@yisd.net
PHONE NUMBER: (915) 434-0000
9600 Sims Dr
El Paso, TX  79925

Zapata County Isd
SUPERINTENDENT: Carlos Gonzalez
E-MAIL: cgonzalez@zcisd.org
PHONE NUMBER: (956) 765-6546
1302 Glenn St
Zapata, TX  78076

Zavalla Isd
SUPERINTENDENT: Ricky Oliver
E-MAIL: roliver@zavallaisd.org
PHONE NUMBER: (936) 897-2271
431 E Main St
Zavalla, TX  75980

Zephyr Isd
SUPERINTENDENT: Stanton Marwitz
E-MAIL: stanton.marwitz@zephyrisd.net
PHONE NUMBER: (325) 739-5331
11625 Cr 281
Zephyr, TX  76890

Alpine District
SUPERINTENDENT: Sam Jarman
E-MAIL: sjarman@alpinedistrict.org
PHONE NUMBER: (801) 610-8400
575 N 100 E
American Fork, UT  84003

Aneth Community School
SUPERINTENDENT: Tony Dearman
E-MAIL: tony.dearman@bie.edu
PHONE NUMBER: (435) 651-3271
Utah 262 County Rd 466
Montezuma Creek, UT  84534

Beaver District
SUPERINTENDENT: David Long
E-MAIL: david.long@beaver.k12.ut.us
PHONE NUMBER: (435) 438-2291
290 N Main St
Beaver, UT  84713

Box Elder District
SUPERINTENDENT: Steven Carlsen
E-MAIL: Steve.Carlsen@besd.net
PHONE NUMBER: (435) 734-4800
960 S Main
Brigham City, UT  84302

Cache District
SUPERINTENDENT: Steve Norton
E-MAIL: steve.norton@ccsdut.org
PHONE NUMBER: (435) 752-3925
2063 N 1200 E
Logan, UT  84341

Canyons District
SUPERINTENDENT: Rick Robins
E-MAIL: rick.robins@canyonsdistrict.org
PHONE NUMBER: (801) 826-5000
9150 S 500 W
Sandy, UT  84070

Carbon District
SUPERINTENDENT: Lance Hatch
E-MAIL: hatchl@carbonschools.org
PHONE NUMBER: (435) 637-1732
251 W 400 N
Price, UT  84501

Central Utah Ed Services
SUPERINTENDENT: Jason Strate
E-MAIL: jason@mycues.org
PHONE NUMBER: (435) 896-4469
195 E 500 N
Richfield, UT  84701

Daggett District
SUPERINTENDENT: Bruce Northcott
E-MAIL: bnorthcott@dsdf.org
PHONE NUMBER: (435) 784-3174
196 W 200 N
Manila, UT  84046

Davis District
SUPERINTENDENT: Reid Newey
E-MAIL: rnewey@dsdmail.net
PHONE NUMBER: (801) 402-5261
45 E State Street
Farmington, UT  84025

Duchesne District
SUPERINTENDENT: David Brotherson
E-MAIL: superintendent@dcsd.org
PHONE NUMBER: (435) 725-4500
1010 E 200 N
Roosevelt, UT  84021

Emery District
SUPERINTENDENT: Larry Davis
E-MAIL: larryd@emeryschools.org
PHONE NUMBER: (435) 687-9846
120 North Main
Huntington, UT  84528

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Garfield District
SUPERINTENDENT: Tracy Davis
E-MAIL: tracy.davis@garfk12.org
PHONE NUMBER: (435) 676-8821
145 E Center
Panguitch, UT  84759

Grand District
SUPERINTENDENT: Taryn Kay
E-MAIL: kayt@grandschools.org
PHONE NUMBER: (435) 259-5317
264 S 400 E
Moab, UT 84532

Granite District
SUPERINTENDENT: Martin Bates
E-MAIL: mwbates@graniteschools.org
PHONE NUMBER: (385) 646-5000
2500 S State Street
Salt Lake City, UT  84115

Iron District
SUPERINTENDENT: Shannon Dulaney
E-MAIL: shannon.dulaney@ironmail.org
PHONE NUMBER: (435) 586-2804
2077 W Royal Hunte Drive
Cedar City, UT  84720

Jordan District
SUPERINTENDENT: Anthony Godfrey
E-MAIL: anthony.godfrey@jordandistrict.org
PHONE NUMBER: (801) 567-8100
7387 S Campus View Drive
West Jordan, UT  84084

Juab District
SUPERINTENDENT: Kodey Hughes
E-MAIL: kodey.hughes@juabsd.org
PHONE NUMBER: (435) 623-1940
346 E 600 N
Nephi, UT 84648

Kane District
SUPERINTENDENT: Ben Dalton
E-MAIL: daltonb@kane.k12.ut.us
PHONE NUMBER: (435) 644-2555
746 S 175 E
Kanab, UT  84741

Logan City District
SUPERINTENDENT: Frank Schofield
E-MAIL: frank.schofield@loganschools.org
PHONE NUMBER: (435) 755-2300
101 W Center
Logan, UT  84321

Millard District
SUPERINTENDENT: David Styler
E-MAIL: david.styler@Millardk12.org
PHONE NUMBER: (435) 864-1000
285 E 450 N
Delta, UT  84624

Morgan District
SUPERINTENDENT: Douglas Jacobs
E-MAIL: djacobs@morgansd.org
PHONE NUMBER: (801) 829-3411
240 East Young Street
Morgan, UT  84050

Murray District
SUPERINTENDENT: Jennifer Covington
E-MAIL: jcovington@murrayschools.org
PHONE NUMBER: (801) 264-7400
147 E 5065 S
Murray, UT  84107

Nebo District
SUPERINTENDENT: Rick Nielsen
E-MAIL: rick.nielsen@nebo.edu
PHONE NUMBER: (801) 354-7400
350 S Main
Spanish Fork, UT  84660

North Sanpete District
SUPERINTENDENT: Nan Ault
E-MAIL: nan.ault@nsanpete.org
PHONE NUMBER: (435) 462-2485
220 E 700 S
Mt. Pleasant, UT  84647

North Summit District
SUPERINTENDENT: Jerre Holmes
E-MAIL: jholmes@nsummit.org
PHONE NUMBER: (435) 336-5654
65 S Main
Coalville, UT  84017

Northeastern Utah Ed Serv
SUPERINTENDENT: Duke Mossman
E-MAIL: dmossman@nucenter.org
PHONE NUMBER: (435) 654-1921
3111 College Way #Wc131
Heber City, UT  84032

Ogden City District
SUPERINTENDENT: Rich Nye
E-MAIL: nyer@ogdensd.org
PHONE NUMBER: (801) 737-7300
1950 Monroe Blvd
Ogden, UT  84401

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Park City District
SUPERINTENDENT: Jill Gildea
E-MAIL: jgildea@pcschools.us
PHONE NUMBER: (435) 645-5600
2700 Kearns Blvd
Park City, UT  84060

Piute District
SUPERINTENDENT: Koby Willis
E-MAIL: koby.willis@piutek12.org
PHONE NUMBER: (855) 577-2912
500 N Main
Junction, UT  84740

Provo District
SUPERINTENDENT: Keith Rittel
E-MAIL: keithr@provo.edu
PHONE NUMBER: (801) 374-4800
280 W 940 N
Provo, UT  84604

Rich District
SUPERINTENDENT: Dale Lamborn
E-MAIL: dlamborn@richschool.org
PHONE NUMBER: (435) 793-2135
25 S 100 W
Randolph, UT  84064

Salt Lake District
SUPERINTENDENT: Larry Madden
E-MAIL: larry.madden@slcschools.org
PHONE NUMBER: (801) 578-8599
440 E 100 S
Salt Lake City, UT  84111

San Juan District
SUPERINTENDENT: Ron Nielson
E-MAIL: rnielson@sjsd.org
PHONE NUMBER: (435) 678-1211
200 N Main Street
Blanding, UT  84511

Sevier District
SUPERINTENDENT: Cade Douglas
E-MAIL: cade.douglas@seviersd.org
PHONE NUMBER: (435) 896-8214
180 E 600 N
Richfield, UT  84701

South Sanpete District
SUPERINTENDENT: Ralph Squire
E-MAIL: ralph.squire@ssanpete.org
PHONE NUMBER: (435) 835-2261
39 S Main
Manti, UT  84642

South Summit District
SUPERINTENDENT: Shad Sorenson
E-MAIL: ssorenson@ssummit.org
PHONE NUMBER: (435) 783-4301
285 East 400 South
Kamas, UT  84036

Southeast Ed Service Center
SUPERINTENDENT: Lance Hatch
E-MAIL: hatchl@carbonschools.org
PHONE NUMBER: (435) 637-1173
685 E 200 S
Price, UT  84501

Southwest Ed. Dev. Center
SUPERINTENDENT: Joe Wright
E-MAIL: joeb@sedck12.org
PHONE NUMBER: (435) 586-2865
520 W 800 S
Cedar City, UT  84720

Tintic District
SUPERINTENDENT: Kodey Hughes
E-MAIL: khughes@tintic.org
PHONE NUMBER: (435) 433-6363
55 E Main
Eureka, UT  84628

Tooele District
SUPERINTENDENT: Scott Rogers
E-MAIL: srogers@tooeleschools.org
PHONE NUMBER: (435) 833-1900
92 S Lodestone Way
Tooele, UT  84074

Uintah District
SUPERINTENDENT: Jayme Leyba
E-MAIL: jayme.leyba@uintah.net
PHONE NUMBER: (435) 781-3100
635 W 200 S
Vernal, UT  84078

Utah Schools For Deaf & Blind
SUPERINTENDENT: Joel Coleman
E-MAIL: joelc@usdb.org
PHONE NUMBER: (801) 629-4700
742 Harrison Blvd
Ogden, UT  84404

Utah State Office Of Education
SUPERINTENDENT: Sydnee Dickson
E-MAIL: sydnee.dickson@schools.utah.gov
PHONE NUMBER: (801) 538-7500
250 E 500 S
Salt Lake City, UT  84111

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Wasatch District
SUPERINTENDENT: Paul Sweat
E-MAIL: paul.sweat@wasatch.edu
PHONE NUMBER: (435) 654-0280
101 E 200 N
Heber City, UT  84032

Washington District
SUPERINTENDENT: Larry Bergeson
E-MAIL: larry.bergeson@washk12.org
PHONE NUMBER: (435) 673-3553
121 W Tabernacle
St. George, UT  84770

Wayne District
SUPERINTENDENT: Randy Shelley
E-MAIL: randy.shelley@waynesd.org
PHONE NUMBER: (435) 425-3813
79 N 100 W
Bicknell, UT  84715

Weber District
SUPERINTENDENT: Jeff Stephens
E-MAIL: jstephens@wsd.net
PHONE NUMBER: (801) 476-7800
5320 S Adams Ave Pkwy
Ogden, UT  84405

A. Linwood Holton Gov Sch
SUPERINTENDENT: Michael Robinson
E-MAIL: mrobinson@hgs.k12.va.us
PHONE NUMBER: (276) 469-4026
One Partnership Circle
Abingdon, VA  24212

Accomack Co Pblc Schs
SUPERINTENDENT: Warren Holland
E-MAIL: chris.holland@accomack.k12.va.us
PHONE NUMBER: (757) 787-5754
23296 Courthouse Ave
Accomac, VA  23301

Albemarle Co Pblc Schs
SUPERINTENDENT: Matthew Haas
E-MAIL: mhaas@k12albemarle.org
PHONE NUMBER: (434) 296-5826
401 Mcintire Road
Charlottesville, VA  22902

Alexandria City Pblc Schs
SUPERINTENDENT: Gregory Hutchings
E-MAIL: gregory.hutchings@acps.k12.va.us
PHONE NUMBER: (703) 619-8000
1340 Braddock Place
Alexandria, VA  22314

Alleghany Co Pblc Schs
SUPERINTENDENT: Eugene Kotulka
E-MAIL: ekotulka@alleghany.k12.va.us
PHONE NUMBER: (540) 863-1800
100 Central Circle
Low Moor, VA  24457

Alt Ed Prgm/behav Disord Youth/montgomery
SUPERINTENDENT: Larry Lowe
E-MAIL: llowe@mcps.org
PHONE NUMBER: (540) 381-6116
C/O Montgomery Co Public Schls
Christiansburg, VA  24073

Amelia Co Pblc Schs
SUPERINTENDENT: Lori Harper
E-MAIL: harperl@ameliaschools.com
PHONE NUMBER: (804) 561-2621
8701 Otterburn Road, Suite 101
Amelia, VA  23002

Amelia-nottoway Voc Ctr
SUPERINTENDENT: Tameshia Grimes
E-MAIL: grimes.tameshia@nottowayschools.org
PHONE NUMBER: (434) 645-7854
148 Vo-Tech Road
Jetersville, VA  23083

Amherst Co Pblc Schs
SUPERINTENDENT: Robert Arnold
E-MAIL: rarnold@amherst.k12.va.us
PHONE NUMBER: (434) 946-9387
153 Washington St
Amherst, VA  24521

Appomattox Co Pblc Schs
SUPERINTENDENT: Annette Bennett
E-MAIL: aabennett@acpsweb.com
PHONE NUMBER: (434) 352-8251
316 Court Street
Appomattox, VA  24522

Appomattox Regional Gov Sch
SUPERINTENDENT: Brendon Albon
E-MAIL: balbon@args.us
PHONE NUMBER: (804) 722-0200
512 W. Washington Street
Petersburg, VA  23803

Arlington Co Pblc Schs
SUPERINTENDENT: Francisco Duran
E-MAIL: francisco.duran@apsva.us
PHONE NUMBER: (703) 228-6000
1426 N Quincy St
Arlington, VA  22207

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Augusta Co Pblc Schs
SUPERINTENDENT: Eric Bond
E-MAIL: ewbond@augusta.k12.va.us
PHONE NUMBER: (540) 245-5100
18 Government Center Lane
Verona, VA  24482

Bath Co Pblc Schs
SUPERINTENDENT: Sue Hirsh
E-MAIL: sueh@bath.k12.va.us
PHONE NUMBER: (540) 839-2722
12145 Sam Snead Hwy.
Warm Springs, VA  24484

Bedford Co Pblc Schs
SUPERINTENDENT: Douglas Schuch
E-MAIL: dschuch@bedford.k12.va.us
PHONE NUMBER: (540) 586-1045
310 S. Bridge St
Bedford, VA  24523

Bland Co Pblc Schs
SUPERINTENDENT: Scott Meade
E-MAIL: smeade@bland.k12.va.us
PHONE NUMBER: (276) 688-3361
361 Bears Trail
Bastian, VA  24314

Blue Ridge Gov School
SUPERINTENDENT: Marc Carraway
E-MAIL: mcarraway@brvgs.k12.va.us
PHONE NUMBER: (434) 589-8208
14455 James Madison Hwy
Palmyra, VA  22963

Botetourt Co Pblc Schs
SUPERINTENDENT: Jonathan Russ
E-MAIL: jruss@bcps.k12.va.us
PHONE NUMBER: (540) 473-8263
143 Poor Farm Rd
Fincastle, VA  24090

Breaking Barriers Alternative Ed/henry Co
SUPERINTENDENT: Michael Minter
E-MAIL: mdminter@henry.k12.va.us
PHONE NUMBER: (540) 634-4717
340 Ridgedate Drive
Martinsville, VA  24112

Bridging Communities Reg Cte Center
SUPERINTENDENT: Peter Gretz
E-MAIL: pgretz@mcps.k12.va.us
PHONE NUMBER: (804) 966-8575
7930 New Chipping Lane
New Kent, VA  23124

Bristol City Pblc Schs
SUPERINTENDENT: Keith Perrigan
E-MAIL: kperrigan@bvps.org
PHONE NUMBER: (276) 821-5600
220 Lee Street
Bristol, VA  24201

Brunswick Co Pblc Schs
SUPERINTENDENT: Kristy Midgette
E-MAIL: midgettek@brunswickcps.org
PHONE NUMBER: (434) 848-3138
1718 Farmer'S Field Road
Lawrenceville, VA  23868

Buchanan Co Pblc Schs
SUPERINTENDENT: Melanie Hibbitts
E-MAIL: melanie.hibbitts@bcpsk12.com
PHONE NUMBER: (276) 935-4551
1176 Booth Branch Rd.
Grundy, VA  24614

Buckingham Co Pblc Schs
SUPERINTENDENT: Daisy Hicks
E-MAIL: dhicks@bcpschools.org
PHONE NUMBER: (434) 969-6100
15595 West James Anderson Rd.
Buckingham, VA  23921

Buena Vista City Pblc Schs
SUPERINTENDENT: John Keeler
E-MAIL: john.keeler@bvcps.net
PHONE NUMBER: (540) 261-2129
2329 Chestnut Ave., Suite A
Buena Vista, VA  24416

Campbell Co Pblc Schs
SUPERINTENDENT: Robert Johnson
E-MAIL: bjohnson@campbell.k12.va.us
PHONE NUMBER: (434) 332-3458
684 Village Highway
Rustburg, VA  24588

Caroline Co Pblc Schs
SUPERINTENDENT: Sarah Calveric
E-MAIL: scalveric@ccps.us
PHONE NUMBER: (804) 633-5088
16261 Richmond Turnpike
Bowling Green, VA  22427

Carroll Co Pblc Schs
SUPERINTENDENT: Mark Burnette
E-MAIL: maburnet@ccpsd.k12.va.us
PHONE NUMBER: (276) 728-3191
605-9  Pine St
Hillsville, VA  24343

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Carroll-galax Reg Alt Ed Prgm/the Rae Center
SUPERINTENDENT: Shane Woods
E-MAIL: jdwoods@ccpsd.k12.va.us
PHONE NUMBER: (540) 728-3191
C/O Carrol Co Public Schls
Hillsville, VA  24343

Central Virginia Gov Sch For Sci/tech
SUPERINTENDENT: Stephen Smith
E-MAIL: ssmith@cvgs.k12.va.us
PHONE NUMBER: (434) 582-1104
3020 Wards Ferry Rd
Lynchburg, VA  24502

Charles City Co Pblc Schs
SUPERINTENDENT: Dalphine Joppy
E-MAIL: djoppy@ccps.net
PHONE NUMBER: (804) 652-4612
10910 Courthouse Rd
Charles City, VA  23030

Charlotte Co Pblc Schs
SUPERINTENDENT: Robbie Mason
E-MAIL: masonr@ccps.k12.va.us
PHONE NUMBER: (434) 542-5151
250 Legrande Ave, Suite E
Charlotte Court House, VA  23923

Charlottesville Cty Pblc Schs
SUPERINTENDENT: Rosa Atkins
E-MAIL: atkinsr1@charlottesvilleschools.org
PHONE NUMBER: (434) 245-2400
1562 Dairy Rd
Charlottesville, VA  22903

Charlottesville-albemarle Tech
SUPERINTENDENT: Stephanie Carter
E-MAIL: scarter@k12albemarle.org
PHONE NUMBER: (434) 973-4461
1000 E Rio Rd
Charlottesville, VA  22901

Chesapeake Bay Gov Sch
SUPERINTENDENT: Rachel Ball
E-MAIL: rball@cbgs.k12.va.us
PHONE NUMBER: (804) 443-0267
109 N. Cross St.
Tappahannock, VA  22560

Chesapeake City Pblc Schs
SUPERINTENDENT: Jared Cotton
E-MAIL: jared.cotton@cpschools.com
PHONE NUMBER: (757) 547-0153
312 Cedar Rd
Chesapeake, VA  23322

Chesterfield Co Pblc Schs
SUPERINTENDENT: Mervin Daugherty
E-MAIL: merv_daugherty@ccpsnet.net
PHONE NUMBER: (804) 748-1405
9900 Krause Rd
Chesterfield, VA  23832

Clarke Co Pblc Schs
SUPERINTENDENT: Chuck Bishop
E-MAIL: bishopc@clarke.k12.va.us
PHONE NUMBER: (540) 955-6100
309 W Main St
Berryville, VA  22611

Code Rva High
SUPERINTENDENT: Goranson Kume
E-MAIL: kume.goranson@coderva.org
PHONE NUMBER: (804)543-9921
1405 Cummings Drive Suite 10
Richmond, VA  23220

Colonial Beach Pblc Schs
SUPERINTENDENT: Dashan Turner
E-MAIL: dturner@cbschools.net
PHONE NUMBER: (804) 224-0906
16 N. Irving Ave
Colonial Beach, VA  22443

Colonial Heights City Pblc Schs
SUPERINTENDENT: William Sroufe
E-MAIL: william_sroufe@colonialhts.net
PHONE NUMBER: (804) 524-3400
512 Boulevard
Colonial Heights, VA  23834

Commonwealth Ctr For Children & Adolescents
SUPERINTENDENT: Jeff Aaron
E-MAIL: jeff.aaron@dbhds.virginia.gov
PHONE NUMBER: (540) 332-2126
1355 Richmond Rd.
Staunton, VA  24401

Commonwealth Governor'S School
SUPERINTENDENT: Jennifer Grigsby
E-MAIL: jgrigsby@cgs.k12.va.us
PHONE NUMBER: (540) 548-1278
12301 Spotswood Furnance Rd.
Fredericksburg, VA  22553

Covington City Pblc Schs
SUPERINTENDENT: Melinda Johnson
E-MAIL: msjohnson@covington.k12.va.us
PHONE NUMBER: (540) 965-1400
340 E Walnut St
Covington, VA  24426

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Craig Co Pblc Schs
SUPERINTENDENT: Jeanette Warwick
E-MAIL: jwarwick@craig.k12.va.us
PHONE NUMBER: (540) 864-5191
6 Alleghany Circle
New Castle, VA  24127

Crossroads Alternative/bristol City
SUPERINTENDENT: Gary Ritchie
E-MAIL: gritchie@bristolvaschools.org
PHONE NUMBER: (540) 669-8181
222 Oak St
Bristol, VA  24201

Culpeper Co Pblc Schs
SUPERINTENDENT: Anthony Brads
E-MAIL: tbrads@ccpsweb.org
PHONE NUMBER: (540) 825-3677
450 Radio Lane
Culpeper, VA  22701

Cumberland Co Pblc Schs
SUPERINTENDENT: Amy Griffin
E-MAIL: agriffin@cucps.k12.va.us
PHONE NUMBER: (804) 492-4212
1541 Anderson Hwy
Cumberland, VA  23040

Danville City Pblc Schs
SUPERINTENDENT: Catherine Magouyrk
E-MAIL: cmagouyrk@mail.dps.k12.va.us
PHONE NUMBER: (434) 799-6400
341 Main Street, Suite 100
Danville, VA  24541

Department Of Juvenile Justice
SUPERINTENDENT: Valerie Boykin
E-MAIL: valerie.boykin@djj.virginia.gov
PHONE NUMBER: (804) 371-0700
600 East Main Street
Richmond, VA  23219

Dickenson Co Pblc Schs
SUPERINTENDENT: Haydee Robinson
E-MAIL: hrobinson@dcps.k12.va.us
PHONE NUMBER: (276) 926-4643
309 Volunteer St
Clintwood, VA  24228

Dinwiddie Co Pblc Schs
SUPERINTENDENT: Kari Weston
E-MAIL: kweston@dcpsnet.org
PHONE NUMBER: (804) 469-4190
14016 Boydton Plank Road
Dinwiddie, VA  23841

Doe Sop Educ Programs
SUPERINTENDENT: Ellen Harrison
E-MAIL: ellen.harrison@doe.virginia.gov
PHONE NUMBER: (804) 225-2709
James Monroe Bldg.
Richmond, VA  23219

Eastern St Hosp
SUPERINTENDENT: Donna Moore
E-MAIL: donna.moore@dbhds.virginia.gov
PHONE NUMBER: (757) 253-5161
4601 Ironbound Rd B11
Williamsburg, VA  23187

Enterprise Academy/newport News City
SUPERINTENDENT: George Parker
E-MAIL: george.parker@nn.k12.va.us
PHONE NUMBER: (757) 591-4971
813 Diligence Dr Ste 110
Newport News, VA  23606

Essex Co Pblc Schs
SUPERINTENDENT: Tara Roane
E-MAIL: troane@essex.k12.va.us
PHONE NUMBER: (804) 443-4366
109 N Cross St
Tappahannock, VA  22560

Fairfax Co Pblc Schs
SUPERINTENDENT: Scott Brabrand
E-MAIL: scott.brabrand@fcps.edu
PHONE NUMBER: (571) 423-1010
8115 Gatehouse  Road
Falls Church, VA  22042

Falls Church City Pblc Schs
SUPERINTENDENT: Peter Noonan
E-MAIL: pnoonan@fccps.org
PHONE NUMBER: (703) 248-5600
800 W Broad St Suite 203
Falls Church, VA  22046

Fauquier Co Pblc Schs
SUPERINTENDENT: David Jeck
E-MAIL: djeck@fcps1.org
PHONE NUMBER: (540) 422-7011
320 Hospital Drive
Warrenton, VA  20186

Floyd Co Pblc Schs
SUPERINTENDENT: John Wheeler
E-MAIL: wheelerj@floyd.k12.va.us
PHONE NUMBER: (540) 745-9400
140 Harris Hart Rd Ne
Floyd, VA  24091

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Fluvanna Co Pblc Schs
SUPERINTENDENT: Chuck Winkler
E-MAIL: cwinkler@apps.fluco.org
PHONE NUMBER: (434) 589-8208
14455 James Madison Highway
Palmyra, VA  22963

Franklin City Pblc Schs
SUPERINTENDENT: Tamara Sterling
E-MAIL: tsterling@fcpsva.org
PHONE NUMBER: (757) 569-8111
207 W Second Ave
Franklin, VA  23851

Franklin Co Pblc Schs
SUPERINTENDENT: Mark Church
E-MAIL: mark.church@frco.k12.va.us
PHONE NUMBER: (540) 483-5138
25 Bernard Road
Rocky Mount, VA  24151

Frederick Co Pblc Schs
SUPERINTENDENT: David Sovine
E-MAIL: sovined@frederick.k12.va.us
PHONE NUMBER: (540) 662-3888
1415 Amherst St
Winchester, VA 22601

Fredericksburg City Pblc Schs
SUPERINTENDENT: Marceline Catlett
E-MAIL: mcatlett@cityschools.com
PHONE NUMBER: (540) 372-1130
817 Princess Anne Street
Fredericksburg, VA 22401

Galax City Pblc Schs
SUPERINTENDENT: Susan Tilley
E-MAIL: susantilley@galaxschools.us
PHONE NUMBER: (276) 236-2911
223 Long St
Galax, VA 24333

Giles Co Pblc Schs
SUPERINTENDENT: Terry Arbogast
E-MAIL: tarbogast@gilesk12.net
PHONE NUMBER: (540) 921-1421
151 School Rd
Pearisburg, VA  24134

Gloucester Co Pblc Schs
SUPERINTENDENT: Walter Clemons
E-MAIL: wclemons@gc.k12.va.us
PHONE NUMBER: (804) 693-5300
6099 T.C. Walker Road
Gloucester, VA  23061

Goochland Co Pblc Schs
SUPERINTENDENT: Jeremy Raley
E-MAIL: jraley@glnd.k12.va.us
PHONE NUMBER: (804) 556-5630
2938-I River Rd W
Goochland, VA  23063

Governor'S School For The Arts
SUPERINTENDENT: Andrea Warren
E-MAIL: andrea.warren@gsarts.net
PHONE NUMBER: (757) 451-4711
1542 W. 49Th Street
Norfolk, VA  23508

Grayson Co Pblc Schs
SUPERINTENDENT: Kelly Wilmore
E-MAIL: kwilmore@gcpsva.org
PHONE NUMBER: (276) 773-2832
412 E Main St
Independence, VA  24348

Greene Co Pblc Schs
SUPERINTENDENT: Andrea Whitmarsh
E-MAIL: awhitmarsh@greenecountyschools.com
PHONE NUMBER: (434) 939-9000
40 Celt Road
Stanardsville, VA  22973

Greensville Co Pblc Schs
SUPERINTENDENT: Kim Evans
E-MAIL: kevans@gcps1.com
PHONE NUMBER: (434) 634-3748
105 Ruffin Street
Emporia, VA  23847

Halifax Co Pblc Schs
SUPERINTENDENT: Mark Lineburg
E-MAIL: mlineburg@halifax.k12.va.us
PHONE NUMBER: (434) 476-2171
Mary Bethune Ofc Complex
Halifax, VA  24558

Hampton City Pblc Schs
SUPERINTENDENT: Jeffery Smith
E-MAIL: josmith@hampton.k12.va.us
PHONE NUMBER: (757) 727-2000
1 Franklin Street
Hampton, VA  23669

Hanover Co Pblc Schs
SUPERINTENDENT: Michael Gill
E-MAIL: mgill@hcps.us
PHONE NUMBER: (804) 365-4500
200 Berkley St
Ashland, VA  23005

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Harrisonburg City Pblc Schs
SUPERINTENDENT: Patrick Lintner
E-MAIL: plintner@harrisonburg.k12.va.us
PHONE NUMBER: (540) 434-9916
One Court Square
Harrisonburg, VA  22801

Henrico Co Pblc Schs
SUPERINTENDENT: Amy Cashwell
E-MAIL: aecashwell@henrico.k12.va.us
PHONE NUMBER: (804) 652-3717
3820 Nine Mile Rd.
Henrico, VA  23223

Henry Co Pblc Schs
SUPERINTENDENT: Sandy Strayer
E-MAIL: asksup@henry.k12.va.us
PHONE NUMBER: (276) 634-4700
3300 Kings Mountain Rd
Collinsville, VA  24078

Highland Co Pblc Schs
SUPERINTENDENT: Thomas Schott
E-MAIL: tschott@highland.k12.va.us
PHONE NUMBER: (540) 468-6300
240 Myers/Moon Rd.
Monterey, VA  24465

Hopewell City Pblc Schs
SUPERINTENDENT: Melody Hackney
E-MAIL: mhackney@hopewell.k12.va.us
PHONE NUMBER: (804) 541-6400
103 N. 12Th Avenue
Hopewell, VA  23860

Isle Of Wight Co Pblc Schs
SUPERINTENDENT: Jim Thornton
E-MAIL: jthornton@iwcs.k12.va.us
PHONE NUMBER: (757) 357-4393
820 West Main Street
Smithfield, VA  23430

Jackson River Governor'S School
SUPERINTENDENT: Eugene Kotulka
E-MAIL: ekotulka@alleghany.k12.va.us
PHONE NUMBER: (540) 863-2800
Dabney S. Lancaster Community
Clifton Forge, VA  24422

King And Queen Co Pblc Schs
SUPERINTENDENT: Carol Carter
E-MAIL: ccarter@kqps.net
PHONE NUMBER: (804) 785-5981
242 Allens Circle, Route 681
King And Queen C H, VA  23085

King Geo Co Pblc Schs
SUPERINTENDENT: Robert Benson
E-MAIL: rbenson@kgcs.k12.va.us
PHONE NUMBER: (540) 775-5833
9100 St. Anthony'S Road
King George, VA  22485

King William Co Pblc Schs
SUPERINTENDENT: David White
E-MAIL: dwhite@kwcps.k12.va.us
PHONE NUMBER: (804) 769-3434
18548 King William Rd
King William, VA  23086

Kings Daughters
SUPERINTENDENT: James Dahling
E-MAIL: jim.dahling@chkd.org
PHONE NUMBER: (757) 668-7061
601 Childrens Ln.
Norfolk, VA  23507

Lancaster Co Pblc Schs
SUPERINTENDENT: Dan Russell
E-MAIL: drussell@lcs.k12.va.us
PHONE NUMBER: (804) 435-3183
2330 Irvington Rd
Weems, VA  22576

Laurel Regional
SUPERINTENDENT: Crystal Edwards
E-MAIL: edwardscm@lcsedu.net
PHONE NUMBER: (434) 522-3716
401 Monticello Avenue
Lynchburg, VA  24501

Lee Co Pblc Schs
SUPERINTENDENT: Brian Austin
E-MAIL: brian.austin@lee.k12.va.us
PHONE NUMBER: (276) 346-2107
153 School Board Place
Jonesville, VA  24263

Lexington City Pblc Schs
SUPERINTENDENT: Rebecca Walters
E-MAIL: rwalters@lexedu.org
PHONE NUMBER: (540) 463-7146
300 Diamond St
Lexington, VA  24450

Loudoun Co Pblc Schs
SUPERINTENDENT: Eric Williams
E-MAIL: eric.williams@lcps.org
PHONE NUMBER: (571) 252-1000
21000 Education Court
Ashburn, VA  20148

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Louisa Co Pblc Schs
SUPERINTENDENT: Douglas Straley
E-MAIL: stralejd@lcps.k12.va.us
PHONE NUMBER: (540) 894-5115
953 Davis Hwy
Mineral, VA  23117

Lunenburg Co Pblc Schs
SUPERINTENDENT: Charles Berkley
E-MAIL: charles.berkley@k12lcps.org
PHONE NUMBER: (434) 676-2467
1009 Main Street
Kenbridge, VA 23944

Lynchburg City Pblc Schs
SUPERINTENDENT: Crystal Edwards
E-MAIL: edwardscm@lcsedu.net
PHONE NUMBER: (434) 515-5000
915 Court St
Lynchburg, VA 24504

Lynchburg City Secondary Alternative
SUPERINTENDENT: Crystal Edwards
E-MAIL: edwardscm@lcsedu.net
PHONE NUMBER: (434) 515-5000
1200-1208 Polk Street
Lynchburg, VA 24504

Madison Co Pblc Schs
SUPERINTENDENT: Anna Graham
E-MAIL: agraham@madisonschools.k12.va.us
PHONE NUMBER: (540) 948-5395
60 School Board Court
Madison, VA  22727

Maggie L. Walker Gov Sch
SUPERINTENDENT: Robert Lowerre
E-MAIL: rlowerre@gsgis.k12.va.us
PHONE NUMBER: (804) 354-6800
1000 N. Lombardy St.
Richmond, VA 23220

Manassas City Pblc Schs
SUPERINTENDENT: Kevin Newman
E-MAIL: knewman@mcpsva.org
PHONE NUMBER: (571) 377-6000
8700 Centreville Rd  #400
Manassas, VA  20110

Manassas Park City Pblc Schs
SUPERINTENDENT: Bruce Mcdade
E-MAIL: bruce.mcdade@mpark.net
PHONE NUMBER: (703) 335-8850
One Park Center Ct Ste A
Manassas Park, VA  20111

Martinsville City Pblc Schs
SUPERINTENDENT: Zebedee Talley
E-MAIL: ztalley@martinsville.k12.va.us
PHONE NUMBER: (276) 403-5820
746 Indian Trail
Martinsville, VA  24112

Massanutten Governor'S Sch
SUPERINTENDENT: Susan Fream
E-MAIL: srfream@shenandoah.k12.va.us
PHONE NUMBER: (540) 477-3226
6375 South Main Street
Mt. Jackson, VA  22842

Massanutten Tech Ctr
SUPERINTENDENT: Kevin Hutton
E-MAIL: khutton@rockingham.k12.va.us
PHONE NUMBER: (540) 434-5961
325 Pleasant Valley Rd
Harrisonburg, VA  22801

Mathews Co Pblc Schs
SUPERINTENDENT: Nancy Welch
E-MAIL: nwelch@mathews.k12.va.us
PHONE NUMBER: (804) 725-3909
Rt 611, 63 Church Street
Mathews, VA  23109

Mecklenburg Co Pblc Schs
SUPERINTENDENT: Paul Nichols
E-MAIL: pnichols@mcpsweb.org
PHONE NUMBER: (434) 738-6111
175 Mayfield Drive
Boydton, VA  23917

Metro Richmond Alternative Ed
SUPERINTENDENT: Lamont Trotter
E-MAIL: ltrotter@rvaschools.net
PHONE NUMBER: (804) 780-7810
301 N Ninth St
Richmond, VA  23219

Middlesex Co Pblc Schs
SUPERINTENDENT: Peter Gretz
E-MAIL: pgretz@mcps.k12.va.us
PHONE NUMBER: (804) 758-2277
Cooks Corner Office Complex
Saluda, VA 23149

Montgomery Co Pblc Schs
SUPERINTENDENT: Mark Miear
E-MAIL: markmiear@mcps.org
PHONE NUMBER: (540) 382-5100
750 Imperial St.
Christiansburg, VA  24073

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Mountain Vista Governor'S Sch
SUPERINTENDENT: Rosanne Williamson
E-MAIL: rwilliamson@mvgshome.org
PHONE NUMBER: (540) 347-6237
6480 College Street
Warrenton, VA  20187

Nelson Co Pblc Schs
SUPERINTENDENT: Martha Eagle
E-MAIL: meagle@nelson.k12.va.us
PHONE NUMBER: (434) 263-7100
84 Courthouse Square
Lovingston, VA  22949

New Dominion Alt. Ctr./prince William Co.
SUPERINTENDENT: Inmar Romero
E-MAIL: romeroij@pwcs.edu
PHONE NUMBER: (703) 361-9808
C/O Pr William Co Pub Schl
Manassas, VA  20111

New Horizons Career & Tech Ctr
SUPERINTENDENT: Casey Roberts
E-MAIL: casey.roberts@nhrec.org
PHONE NUMBER: (757) 766-1100
520 Butler Farm Road
Hampton, VA  23666

New Horizons Gov School
SUPERINTENDENT: Vikki Wismer
E-MAIL: vikki.l.wismer@nhrec.org
PHONE NUMBER: (757) 766-1100
520 Butler Farm Rd
Hampton, VA  23666

New Kent Co Pblc Schs
SUPERINTENDENT: Brian Nichols
E-MAIL: bnichols@nkcps.k12.va.us
PHONE NUMBER: (804) 966-9650
12003 New Kent Highway
New Kent, VA  23124

Newport News City Pblc Schs
SUPERINTENDENT: George Parker
E-MAIL: george.parker@nn.k12.va.us
PHONE NUMBER: (757) 591-4500
12465 Warwick Blvd
Newport News, VA  23606

Norfolk City Pblc Schs
SUPERINTENDENT: Sharon Byrdsong
E-MAIL: sbyrdson@nps.k12.va.us
PHONE NUMBER: (757) 628-3830
800 E City Hall Ave.
Norfolk, VA  23510

Northampton Co Pblc Schs
SUPERINTENDENT: Eddie Lawrence
E-MAIL: elawrence@ncpsk12.com
PHONE NUMBER: (757) 678-5151
7207 Young St
Machipongo, VA  23405

Northern Neck Regional Alternative Ed
SUPERINTENDENT: Todd Davis
E-MAIL: tdavis@northernnecktech.org
PHONE NUMBER: (804) 333-4940
13946 Historyland Hwy
Warsaw, VA  22572

Northumberland Co Pblc Schs
SUPERINTENDENT: Holly Wargo
E-MAIL: rhall@nucps.net
PHONE NUMBER: (804) 529-6134
2172 Northumberland Hwy
Lottsburg, VA  22511

Norton City Pblc Schs
SUPERINTENDENT: Gina Wohlford
E-MAIL: gwohlford@nortoncityschools.org
PHONE NUMBER: (276) 679-2330
22 Tenth Street
Norton, VA  24273

Nottoway Co Pblc Schs
SUPERINTENDENT: Tameshia Grimes
E-MAIL: grimes.tameshia@nottowayschools.org
PHONE NUMBER: (434) 645-9596
10321 East Colonial Trail
Nottoway, VA  23955

Orange Co Pblc Schs
SUPERINTENDENT: Cecil Snead
E-MAIL: csnead@ocss-va.org
PHONE NUMBER: (540) 661-4550
200 Dailey Drive
Orange, VA  22960

Page Co Pblc Schs
SUPERINTENDENT: Wendy Gonzalez
E-MAIL: wgonzalez@pagecounty.k12.va.us
PHONE NUMBER: (540) 743-6533
735 W Main St
Luray, VA  22835

Patrick Co Pblc Schs
SUPERINTENDENT: Dean Gilbert
E-MAIL: dean.gilbert@patrick.k12.va.us
PHONE NUMBER: (276) 694-3163
104 Rucker St.
Stuart, VA  24171

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Petersburg City Pblc Schs
SUPERINTENDENT: Maria Martin
E-MAIL: superintendent@petersburg.k12.va.us
PHONE NUMBER: (804) 732-0510
255 South Boulevard, East
Petersburg, VA 23805

Petersburg Regional Alternative
SUPERINTENDENT: Kimberly Lindblad
E-MAIL: klindblad@sysva.com
PHONE NUMBER: (804) 733-2180
Spec Youth Services Of Va
Petersburg, VA 23805

Piedmont Alternative School
SUPERINTENDENT: Tameshia Grimes
E-MAIL: grimes.tameshia@nottowayschools.org
PHONE NUMBER: (434) 645-7471
148 Vo-Tech Road
Jetersville, VA 23083

Piedmont Gov Sch For Math/sci/tech
SUPERINTENDENT: Joshua Bocock
E-MAIL: jbocock@pgsmst.com
PHONE NUMBER: (276) 656-0328
645 Patriot Avenue
Martinsville, Va, VA 24112

Piedmont Regional Ed.
SUPERINTENDENT: Michelle Boyd
E-MAIL: mboyd@k12albemarle.org
PHONE NUMBER: (434) 975-9400
225 Lambs Lane
Charlottesville, VA 22901

Pittsylvania Co Pblc Schs
SUPERINTENDENT: Mark Jones
E-MAIL: Mark.Jones@pcs.k12.va.us
PHONE NUMBER: (434) 432-2761
39 Bank St Se
Chatham, VA 24531

Poquoson City Pblc Schs
SUPERINTENDENT: Arty Tillett
E-MAIL: arty.tillett@poquoson.k12.va.us
PHONE NUMBER: (757) 868-3055
500 City Hall Ave
Poquoson, VA 23662

Portsmouth City Pblc Schs
SUPERINTENDENT: Elie Bracy
E-MAIL: ask.super@portsk12.com
PHONE NUMBER: (757) 393-8742
801 Crawford St
Portsmouth, VA 23704

Powhatan Co Pblc Schs
SUPERINTENDENT: Eric Jones
E-MAIL: eric.jones@powhatan.k12.va.us
PHONE NUMBER: (804) 598-5700
2320 Skaggs Rd
Powhatan, VA 23139

Prince Edward Co Pblc Schs
SUPERINTENDENT: Barbara Johnson
E-MAIL: barbara.johnson@pecps.k12.va.us
PHONE NUMBER: (434) 315-2100
35 Eagle Drive
Farmville, VA 23901

Prince George Co Pblc Schs
SUPERINTENDENT: Lisa Pennycuff
E-MAIL: lpennycuff@pgs.k12.va.us
PHONE NUMBER: (804) 733-2700
6410 Courts Rd
Prince George, VA 23875

Prince William Co Pblc Schs
SUPERINTENDENT: Steven Walts
E-MAIL: pwcssupt@pwcs.edu
PHONE NUMBER: (703) 791-8712
14715 Bristow Road
Manassas, VA 20112

Project Bridge/russell Co
SUPERINTENDENT: Steve Banner
E-MAIL: sbalted@yahoo.com
PHONE NUMBER: (540) 889-6500
1 School Board Dr
Lebanon, VA 24266

Project Renew/northampton Co
SUPERINTENDENT: Melinda Phillips
E-MAIL: mphillips@ncpsk12.com
PHONE NUMBER: (757) 678-8004
Northampton Co Public Schools
Machipongo, VA 23405

Project Return/fluvanna Co
SUPERINTENDENT: Charles Winkler
E-MAIL: cwinkler@apps.fluco.org
PHONE NUMBER: (434) 589-8208
14455 James Madison Hwy.
Palmyra, VA 22963

Project Return/powhatan Co
SUPERINTENDENT: Joe Deely
E-MAIL: joe.deely@powhatan.k12.va.us
PHONE NUMBER: (804) 794-4913
C/O Powhatan Co Public Schls
Powhatan, VA 23139

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Pulaski Co Pblc Schs
SUPERINTENDENT: Kevin Siers
E-MAIL: ksiers@pcva.us
PHONE NUMBER: (540) 994-2550
202 N Washington Ave
Pulaski, VA  24301

Radford City Pblc Schs
SUPERINTENDENT: Robert Graham
E-MAIL: rgraham@rcps.org
PHONE NUMBER: (540) 731-3647
1612 Wadsworth St
Radford, VA  24141

Rappahannock Co Pblc Schs
SUPERINTENDENT: Shannon Grimsley
E-MAIL: arogers@rappahannockschools.us
PHONE NUMBER: (540) 227-0023
6 Schoolhouse Road
Washington, VA  22747

Reg Alt Ed Center/buena Vista
SUPERINTENDENT: John Keeler
E-MAIL: john.keeler@bvcps.net
PHONE NUMBER: (540)261-2129
2329 Chestnut Avenue
Buena Vista, VA  24416

Reg Alternative Plus Self Project/roanoke City
SUPERINTENDENT: Hayley Poland
E-MAIL: hpoland@rcps.info
PHONE NUMBER: (540) 853-1391
40 Douglass Avenue
Roanoke, VA  24031

Regional Alternative Ed/king William
SUPERINTENDENT: Gloria Washington
E-MAIL: gwashington@kwcps.k12.va.us
PHONE NUMBER: (804) 769-2708
80 Cavalier Drive
King William, VA  23086

Regional Alternative Ed/stafford Co
SUPERINTENDENT: Rita Cavataio
E-MAIL: cavataiorm@staffordschools.net
PHONE NUMBER: (540) 899-6000
C/O Stafford Co Public Schs
Fredericksburg, VA  22405

Regional Alternative/pittslvania Co
SUPERINTENDENT: Deborah Powell
E-MAIL: deborah.powell@pcs.k12.va.us
PHONE NUMBER: (434) 432-4920
1601A Franklin Turnpike
Danville, VA  24540

Regional Alternative/wythe Co
SUPERINTENDENT: Scott Jefferies
E-MAIL: sjefferies@wythek12.org
PHONE NUMBER: (540) 228-5411
C/O Wythe Co Public Schls
Wytheville, VA  24382

Regional Learning Academy/wise Co
SUPERINTENDENT: Fay Garrison
E-MAIL: fgarrison@wise.k12.va.us
PHONE NUMBER: (276) 328-8017
515 Hurricane Road
Wise, VA  24293

Renaissance/scott Co
SUPERINTENDENT: John Ferguson
E-MAIL: john.ferguson@scottschools.com
PHONE NUMBER: (276) 386-6118
C/O Scott Co Public Schls
Gate City, VA  24251

Richmond City Pblc Schs
SUPERINTENDENT: Jason Kamras
E-MAIL: jkamras@rvaschools.net
PHONE NUMBER: (804) 780-7700
301 North 9Th St
Richmond, VA  23219

Richmond Co Pblc Schs
SUPERINTENDENT: James Smith
E-MAIL: jgsmith@richmond-county.k12.va.us
PHONE NUMBER: (804) 333-3681
92 Walnut
Warsaw, VA  22572

Roanoke City Pblc Schs
SUPERINTENDENT: Verletta White
E-MAIL: vwhite@rcps.info
PHONE NUMBER: (540) 853-2381
40  Douglass Avenue, Nw
Roanoke, VA  24012

Roanoke Co Pblc Schs
SUPERINTENDENT: Ken Nicely
E-MAIL: knicely@rcs.k12.va.us
PHONE NUMBER: (540) 562-3900
5937 Cove Rd Nw
Roanoke, VA  24019

Roanoke Valley Gov Sch
SUPERINTENDENT: Mark Levy
E-MAIL: mlevy@rvgs.k12.va.us
PHONE NUMBER: (540) 853-2116
2104 Grandin Rd Sw
Roanoke, VA  24015

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Rockbridge Co Pblc Schs
SUPERINTENDENT: Phillip Thompson
E-MAIL: phillip_thompson@rockbridge.k12.va.us
PHONE NUMBER: (540) 463-7386
2893 Collierstown Road
Lexington, VA  24450

Rockingham Co Pblc Schs
SUPERINTENDENT: Oskar Scheikl
E-MAIL: oscheikl@rockingham.k12.va.us
PHONE NUMBER: (540) 564-3200
100 Mount Clinton Pike
Harrisonburg, VA  22802

Rowanty Vocational Tech Ctr
SUPERINTENDENT: Cheryl Simmers
E-MAIL: csimmers@rowanty.us
PHONE NUMBER: (434) 246-5741
20000 Rowanty Rd
Carson, VA  23830

Russell Co Pblc Schs
SUPERINTENDENT: Gregory Brown
E-MAIL: gbrown@russell.k12.va.us
PHONE NUMBER: (276) 889-6500
84 Dr. Lorraine C. Turner Driv
Lebanon, VA  24266

Salem City Pblc Schs
SUPERINTENDENT: Alan Seibert
E-MAIL: aseibert@salem.k12.va.us
PHONE NUMBER: (540) 389-0130
510 South College Ave
Salem, VA  24153

Scott Co Pblc Schs
SUPERINTENDENT: John Ferguson
E-MAIL: john.ferguson@scottschools.com
PHONE NUMBER: (276) 386-6118
340 E Jackson St
Gate City, VA  24251

Shenandoah Co Pblc Schs
SUPERINTENDENT: Mark Johnston
E-MAIL: majohnston@shenandoah.k12.va.us
PHONE NUMBER: (540) 459-6222
600 N Main St, Suite #200
Woodstock, VA  22664

Shenandoah Valley Governors School
SUPERINTENDENT: Lee Whitesell
E-MAIL: whitesell@svgs.k12.va.us
PHONE NUMBER: (540) 245-5088
49 Hornet Dr
Fishersville, VA  22939

Shenandoah Valley Reg
SUPERINTENDENT: Jennifer Matheny
E-MAIL: matheny.jd@augusta.k12.va.us
PHONE NUMBER: (540) 245-5100
18 Government Center Lane
Verona, VA  24482

Smyth Co Pblc Schs
SUPERINTENDENT: Dennis Carter
E-MAIL: denniscarter@scsb.org
PHONE NUMBER: (276) 783-3791
121 Bagley Cir Ste 300
Marion, VA  24354

Southampton Co Pblc Schs
SUPERINTENDENT: Gwendolyn Shannon
E-MAIL: gshannon@southampton.k12.va.us
PHONE NUMBER: (757) 653-2692
21308 Plank Road
Courtland, VA  23837

Southeastern Coop Ed Pgm
SUPERINTENDENT: David Sadler
E-MAIL: sadler.david@secep.net
PHONE NUMBER: (757) 892-6100
6160 Kempsville Cr.
Norfolk, VA  23502

Southside L.i.n.k. Project/brunswick Co
SUPERINTENDENT: Kristy Midgette
E-MAIL: midgettek@brunswickcps.org
PHONE NUMBER: (804) 848-3138
1718 Farmers Field Road
Lawrenceville, VA  23868

Southwest Virginia Gov Sch
SUPERINTENDENT: Rebecca Phillips
E-MAIL: rphillips@swvgs.us
PHONE NUMBER: (540) 674-1980
100 Northwood Dr.
Pulaski, VA  24301

Spotsylvania Co Pblc Schs
SUPERINTENDENT: Scott Baker
E-MAIL: sbaker@spotsylvania.k12.va.us
PHONE NUMBER: (540) 834-2500
8020 River Stone Drive
Fredericksburg, VA  22407

Stafford Co Pblc Schs
SUPERINTENDENT: Scott Kizner
E-MAIL: kiznersr@staffordschools.net
PHONE NUMBER: (540) 658-6000
31 Stafford Avenue
Stafford, VA  22554

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Staunton City Pblc Schs
SUPERINTENDENT: Garett Smith
E-MAIL: gsmith@staunton.k12.va.us
PHONE NUMBER: (540) 332-3920
116 W. Beverley Street
Staunton, VA  24401

Suffolk City Pblc Schs
SUPERINTENDENT: John Gordon
E-MAIL: johngordon@spsk12.net
PHONE NUMBER: (757) 925-6752
100 N Main St
Suffolk, VA  23434

Sussex Co Pblc Schs
SUPERINTENDENT: Arthur Jarrett
E-MAIL: ajarrett@sussex.k12.va.us
PHONE NUMBER: (434) 246-1099
21302 Sussex Drive
Sussex, VA  23884

Sw Va Mental Health Institute
SUPERINTENDENT: Cynthia Mcclaskey
E-MAIL: cynthia.mcclaskey@dbhds.virginia.gov
PHONE NUMBER: (276) 783-1222
340 Bagley Circle
Marion, VA  24354

The Governor'S School @ Innovation Park
SUPERINTENDENT: Jason Calhoun
E-MAIL: wcalhoun@gmu.edu
PHONE NUMBER: (804) 225-2884
10900 University Boulevard
Manassas, VA  20110

The Pruden Ctr. For Industry And Tech.
SUPERINTENDENT: Andre Skinner
E-MAIL: andreskinner@prudencenter.net
PHONE NUMBER: (804) 539-7407
4169 Pruden Blvd
Suffolk, VA  23434

The Regional Community Alternative Ed Continuum
SUPERINTENDENT: Michelle Neibauer
E-MAIL: sneibauer@fcps1.org
PHONE NUMBER: (540) 788-9011
C/O Southeastern Alt School
Midland, VA  22728

Tidewater Regional Alternative Ed Project
SUPERINTENDENT: Tamara Barker
E-MAIL: barker.tamara@secep.net
PHONE NUMBER: (757) 892-6100
C/O Secep Circle East Bldg
Norfolk, VA  23502

Transition Support Resource Ctr/fairfax
SUPERINTENDENT: Jennifer Knox
E-MAIL: jdknox@fcps.edu
PHONE NUMBER: (703) 208-6406
3877 Fairfax Ridge Rd
Fairfax, VA  22030

Va Beach City Pblc Schs
SUPERINTENDENT: Aaron Spence
E-MAIL: aaron.spence@vbschools.com
PHONE NUMBER: (757) 263-1000
2512 George Mason Dr
Virginia Beach, VA  23456

Valley Vocational Tech
SUPERINTENDENT: Darla Miller
E-MAIL: dlmiller@valleytech.us
PHONE NUMBER: (540) 245-5002
49 Hornet Road
Fishersville, VA  22939

Vsdb-staunton
SUPERINTENDENT: Pat Trice
E-MAIL: pat.trice@vsdb.k12.va.us
PHONE NUMBER: (540) 332-9000
100 New Hope Road
Staunton, VA  24401

W. Wilson Rehab
SUPERINTENDENT: Tim Woodward
E-MAIL: timothy.woodward@wwrc.virginia.gov
PHONE NUMBER: (540) 332-7000
243 Woodrow Wilson Avenue
Fishersville, VA  22939

Warren Co Pblc Schs
SUPERINTENDENT: Chris Ballenger
E-MAIL: cballenger@wcps.k12.va.us
PHONE NUMBER: (540) 635-2171
210 North Commerce Avenue
Front Royal, VA  22630

Washington Co Pblc Schs
SUPERINTENDENT: Brian Ratliff
E-MAIL: bratliff@wcs.k12.va.us
PHONE NUMBER: (276) 739-3003
812 Thompson Dr
Abingdon, VA  24210

Waynesboro City Pblc Schs
SUPERINTENDENT: Jeffrey Cassell
E-MAIL: jcassell@waynesboro.k12.va.us
PHONE NUMBER: (540) 946-4600
301 Pine Ave
Waynesboro, VA  22980

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

West Point Pblc Schs
SUPERINTENDENT: Laura Abel
E-MAIL: label@wpschools.net
PHONE NUMBER: (804) 843-4368
1626 Main St
West Point, VA  23181

Western St Hosp
SUPERINTENDENT: Mary Smith
E-MAIL: mary.smith@dbhds.virginia.gov
PHONE NUMBER: (540) 332-8355
1301 Richmond Ave
Staunton, VA  24401

Westmoreland Co Pblc Schs
SUPERINTENDENT: Michael Perry
E-MAIL: perrymd@wmlcps.org
PHONE NUMBER: (804) 493-8018
141 Opal Lane
Montross, VA  22520

Williamsburg-james City Pblc Schs
SUPERINTENDENT: Olwen Herron
E-MAIL: olwen.herron@wjccschools.org
PHONE NUMBER: (757) 603-6400
117 Ironbound Road
Williamsburg, VA  23185

Winchester City Pblc Schs
SUPERINTENDENT: Jason Van Heukelum
E-MAIL: vanheukelum@wps.k12.va.us
PHONE NUMBER: (540) 667-4253
12 N Washington St
Winchester, VA  22601

Wise Co Pblc Schs
SUPERINTENDENT: Greg Mullins
E-MAIL: gmullins@wisek12.org
PHONE NUMBER: (276) 328-8017
628 Lake St
Wise, VA  24293

Wythe Co Pblc Schs
SUPERINTENDENT: Scott Jefferies
E-MAIL: sjefferies@wythek12.org
PHONE NUMBER: (276) 228-5411
1570 W Reservoir St
Wytheville, VA  24382

York Co Pblc Schs
SUPERINTENDENT: Victor Shandor
E-MAIL: vshandor@ycsd.york.va.us
PHONE NUMBER: (757) 898-0300
302 Dare Rd
Yorktown, VA  23692

Addison Central Supervisory Union
SUPERINTENDENT: Peter Burrows
E-MAIL: pburrows@acsu.org
PHONE NUMBER: (802) 382-1278
49 Charles Avenue
Middlebury, VT  05753

Addison Central Unified School District
SUPERINTENDENT: Peter Burrows
E-MAIL: pburrows@acsdvt.org
PHONE NUMBER: (802)382-1274
49 Charles Avenue
Middlebury, VT  05753

Addison Northeast Supervisory Union
SUPERINTENDENT: Patrick Reen
E-MAIL: patrick.reen@mausd.org
PHONE NUMBER: (802) 453-3657
57 Mountain Street
Bristol, VT  05443

Addison Northwest Supervisory Union
SUPERINTENDENT: Sheila Soule
E-MAIL: ssoule@anwsd.org
PHONE NUMBER: (802) 877-3332
48 Green Street Suite 1
Vergennes, VT  05491

Addison Northwest Unified School District
SUPERINTENDENT: Sheila Soule
E-MAIL: ssoule@anwsd.org
PHONE NUMBER: (802)877-3332
11 Main Street Suite B100
Vergennes, VT  05491

Addison Rutland Supervisory Union
SUPERINTENDENT: Brooke Farrell
E-MAIL: bfarrell@arsu.org
PHONE NUMBER: (802) 265-4905
49 Main St
Fair Haven, VT  05743

Addison School District
SUPERINTENDENT: Peter Burrows
E-MAIL: pburrows@acsdvt.org
PHONE NUMBER: (802) 759-2131
121 Vt Route 17 West
Addison, VT  05491

Albany School District
SUPERINTENDENT: Steve Owens
E-MAIL: sowens@ocsu.org
PHONE NUMBER: (802) 755-6168
351 Main Street
Albany, VT  05820

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Alburg School District
SUPERINTENDENT: Beth Hemingway
E-MAIL: bhemingway@gisu.org
PHONE NUMBER: (802) 796-3573
45 Champlain Street
Alburg, VT  05440

Andover School District
SUPERINTENDENT: Katherine Fogg
E-MAIL: katherine.fogg@trsu.org
PHONE NUMBER: (802) 875-2108
89 Vt Route 103 South
Chester, VT  05143

Arlington School District
SUPERINTENDENT: William Bazyk
E-MAIL: bazykw@bvsu.org
PHONE NUMBER: (802) 375-6409
504 East Arlington Road
Arlington, VT  05250

Athens/grafton Contract School District
SUPERINTENDENT: Christopher Pratt
E-MAIL: chris.pratt@wnesu.com
PHONE NUMBER: (802) 843-2495
58 School Street
Grafton, VT  05146

Averill School District
SUPERINTENDENT: Karen Conroy
E-MAIL: kconroy@ensuvt.org
PHONE NUMBER: (802)266-3330
318 Christian Hill Road
Canaan, VT  05903

Averys Gore School District
SUPERINTENDENT: Karen Conroy
E-MAIL: kconroy@ensuvt.org
PHONE NUMBER: (802)266-3330
318 Christian Hill Road
Canaan, VT  05903

Bakersfield School District
SUPERINTENDENT: Lynn Cota
E-MAIL: lynn.cota@fnesu.org
PHONE NUMBER: (802) 827-6611
82 Academy Drive
Bakersfield, VT  05441

Baltimore School District
SUPERINTENDENT: Lauren Fierman
E-MAIL: lauren.fierman@trsu.org
PHONE NUMBER: (802)875-3365
609 VT Route 103
Ludlow, VT  05149

Barnard School District
SUPERINTENDENT: Sherry Sousa
E-MAIL: ssousa@wcsu.net
PHONE NUMBER: (802) 234-9763
5979 Route 12
Barnard, VT  05031

Barnet School District
SUPERINTENDENT: Mark Tucker
E-MAIL: mark.tucker@ccsuvt.net
PHONE NUMBER: (802) 633-4978
163 Kid Row
Barnet, VT  05821

Barre City School District
SUPERINTENDENT: John Pandolfo
E-MAIL: jpandbsu@u61.net
PHONE NUMBER: (802) 476-6541
50 Parkside Terrace
Barre, VT  05641

Barre Supervisory Union
SUPERINTENDENT: John Pandolfo
E-MAIL: jpandbsu@u61.net
PHONE NUMBER: (802) 476-5011
120 Ayers Street
Barre, VT  05641

Barre Town School District
SUPERINTENDENT: John Pandolfo
E-MAIL: jpandbsu@u61.net
PHONE NUMBER: (802) 476-6617
70 Websterville Road
Barre, VT  05641

Barstow Joint Contract School District
SUPERINTENDENT: Jeanne Collins
E-MAIL: jcollins@rnesu.org
PHONE NUMBER: (802) 773-6926
223 Chittenden Road
Chittenden, VT  05737

Barstow Unified School District
SUPERINTENDENT: Jeanne Collins
E-MAIL: jcollins@rnesu.org
PHONE NUMBER: (802)773-6926
223 Chittenden Road
Chittenden, VT  05737

Barton Incorporated School District
SUPERINTENDENT: Beverly Davis
E-MAIL: bdavis@ocsu.org
PHONE NUMBER: (802) 525-3636
137 Church Street
Barton, VT  05822

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Battenkill Valley Supervisory Union
SUPERINTENDENT: William Bazyk
E-MAIL: bazykw@bvsu.org
PHONE NUMBER: (802) 375-9744
530-A East Arlington Road
Arlington, VT  05250

Bellows Falls Uhsd #27
SUPERINTENDENT: Christopher Pratt
E-MAIL: chris.pratt@wnesu.com
PHONE NUMBER: (802) 463-3944
Route 5 South
Bellows Falls, VT  05101

Bellows Free Academy Uhsd #48
SUPERINTENDENT: Kevin Dirth
E-MAIL: bcomstock@maplerun.org
PHONE NUMBER: (802) 527-6555
71 South Main Street
Saint Albans, VT  05478

Belvidere School District
SUPERINTENDENT: Catherine Gallagher
E-MAIL: cgallagher@lnsu.org
PHONE NUMBER: (802) 644-5836
809 Oxford Street
Belvidere, VT  05442

Bennington Incorporated School District
SUPERINTENDENT: Edie Dunn
E-MAIL: edie.dunn@svsu.org
PHONE NUMBER: (802) 442-5256
66 Main Street
Bennington, VT  05201

Bennington Rutland Supervisory Union
SUPERINTENDENT: Randi Lowe
E-MAIL: rlowe@brsu.org
PHONE NUMBER: (802) 362-2452
6378 Vermont Route 7A
Sunderland, VT  05250

Benson School District
SUPERINTENDENT: Brooke Farrell
E-MAIL: bfarrell@arsu.org
PHONE NUMBER: (802) 537-2491
32 School Street
Benson, VT  05743

Berkshire School District
SUPERINTENDENT: Leonard Badeau
E-MAIL: lbadeau@berkshirek8.net
PHONE NUMBER: (802) 933-2290
4850 Water Tower Road
Richford, VT  05476

Berlin School District
SUPERINTENDENT: Aaron Boynton
E-MAIL: aboynton@u32.org
PHONE NUMBER: (802) 223-2796
372 Paine Turnpike
Berlin, VT  05602

Bethel School District
SUPERINTENDENT: Jamie Kinnarney
E-MAIL: jkinnarney@wrvsu.org
PHONE NUMBER: (802)234-9966
273 Pleasant Street
Bethel, VT  05032

Black River Usd #39
SUPERINTENDENT: Karen Trimboli
E-MAIL: karen.trimboli@trsu.org
PHONE NUMBER: (802) 228-4721
43 Main Street
Ludlow, VT  05149

Bloomfield School District
SUPERINTENDENT: Karen Conroy
E-MAIL: kconroy@ensuvt.org
PHONE NUMBER: (802) 266-3330
318 Christian Hill Road
Canaan, VT  05903

Blue Mountain Supervisory District
SUPERINTENDENT: Emilie Knisley
E-MAIL: eknisley@oesu.org
PHONE NUMBER: (802) 757-2766
2420 Route 302
Wells River, VT  05081

Blue Mountain Usd #21
SUPERINTENDENT: Emilie Knisley
E-MAIL: eknisley@oesu.org
PHONE NUMBER: (802) 757-2711
2420 Route 302
Wells River, VT  05081

Bolton School District
SUPERINTENDENT: Barbara Gay
E-MAIL: barbara.tomasi-gay@cesuvt.org
PHONE NUMBER: (802) 434-2757
2712 Theodore Roosevelt Highwa
Bolton, VT  05676

Bradford Incorporated School District
SUPERINTENDENT: Kate Paxton
E-MAIL: kpaxton@beschool.org
PHONE NUMBER: (802) 222-4077
143 Fairground Road
Bradford, VT  05033

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Braintree School District
SUPERINTENDENT: Layne Millington
E-MAIL: lmillington@orangesouthwest.org
PHONE NUMBER: (802) 728-9373
66 Bent Hill Road
Braintree, VT  05060

Brandon School District
SUPERINTENDENT: Judi Pulsifer
E-MAIL: jpulsifer@rnesu.org
PHONE NUMBER: (802) 247-3721
17 Neshobe Circle
Brandon, VT  05733

Brattleboro School District
SUPERINTENDENT: Lyle Holiday
E-MAIL: lholiday@wsesu.org
PHONE NUMBER: (802) 254-3737
164 Green Street
Brattleboro, VT  05301

Brattleboro Uhsd #6
SUPERINTENDENT: Lyle Holiday
E-MAIL: lholiday@wsesu.org
PHONE NUMBER: (802) 257-7335
131 Fairground Road
Brattleboro, VT  05301

Bridgewater School District
SUPERINTENDENT: Sherry Sousa
E-MAIL: ssousa@wcsu.net
PHONE NUMBER: (802)672-3464
7313 U.S. Route 4
Bridgewater, VT  05034

Bridgewater/pomfret Joint Contract School District
SUPERINTENDENT: Sherry Sousa
E-MAIL: ssousa@wcsu.net
PHONE NUMBER: (802)457-2067
1071 Pomfret Road
South Pomfret, VT  05067

Bridport School District
SUPERINTENDENT: Peter Burrows
E-MAIL: pburrows@acsdvt.org
PHONE NUMBER: (802) 758-2331
3442 Vt Route 22A
Bridport, VT  05734

Bristol School District
SUPERINTENDENT: Patrick Reen
E-MAIL: patrick.reen@mausd.org
PHONE NUMBER: (802) 453-3227
57 Mountain Street
Bristol, VT  05443

Brookfield School District
SUPERINTENDENT: Layne Millington
E-MAIL: lmillington@orangesouthwest.org
PHONE NUMBER: (802) 276-3153
1728 Ridge Road
Brookfield, VT  05036

Brookline School District
SUPERINTENDENT: Anton      William
E-MAIL: dalbin@windhamcentral.org
PHONE NUMBER: (802)365-7552
624 Grassy Brook Road
Brookline, VT  05345

Brookline/newfane Joint School Contract
SUPERINTENDENT: Scotty Tabachnick
E-MAIL: stabachnick@newbrookschool.org
PHONE NUMBER: (802) 365-7536
14 School Road
Newfane, VT  05345

Brownington School District
SUPERINTENDENT: Beverly Davis
E-MAIL: bdavis@ocsu.org
PHONE NUMBER: (802) 754-8467
103 Chase Road
Brownington, VT  05860

Brunswick School District
SUPERINTENDENT: Michael Mayell
E-MAIL: mmayell@bcsoh.org
PHONE NUMBER: (802) 266-3330
318 Christian Hill Road
Canaan, VT  05903

Buels Gore School District
SUPERINTENDENT: John Alberghini
E-MAIL: john.alberghini@cesuvt.org
PHONE NUMBER: (802) 434-2128
211 Bridge Street
Richmond, VT  05477

Burke School District
SUPERINTENDENT: Stacy Rice
E-MAIL: srice@cnsuschools.org
PHONE NUMBER: (802) 467-3385
3293 Burke Hollow Road
West Burke, VT  05871

Burlington School District
SUPERINTENDENT: Tom Flanagan
E-MAIL: tflanagan@bsdvt.org
PHONE NUMBER: (802) 865-5332
150 Colchester Avenue
Burlington, VT  05401

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Burlington Supervisory District
SUPERINTENDENT: Tom Flanagan
E-MAIL: tflanagan@bsdvt.org
PHONE NUMBER: (802) 864-8462
150 Colchester Avenue
Burlington, VT  05401

Calais School District
SUPERINTENDENT: Bryan Olkowski
E-MAIL: bolkowski@u32.org
PHONE NUMBER: (802) 454-7777
321 Lightening Ridge Road
Plainfield, VT  05667

Caledonia Central Supervisory Union
SUPERINTENDENT: Mark Tucker
E-MAIL: mark.tucker@ccsuvt.net
PHONE NUMBER: (802) 684-3801
Us Route 2 West
Danville, VT  05828

Caledonia North Supervisory Union
SUPERINTENDENT: Jennifer Botzojorns
E-MAIL: jbotzojorns@cnsuschools.org
PHONE NUMBER: (802) 626-6100
119 Park Avenue
Lyndonville, VT  05851

Cambridge School District
SUPERINTENDENT: Catherine Gallagher
E-MAIL: cgallagher@lnsu.org
PHONE NUMBER: (802) 644-8821
186 School Street
Jeffersonville, VT  05464

Canaan School District
SUPERINTENDENT: Karen Conroy
E-MAIL: kconroy@ensuvt.org
PHONE NUMBER: (802) 266-8910
99 School Street
Canaan, VT  05903

Castleton School District
SUPERINTENDENT: Brooke Farrell
E-MAIL: bfarrell@arsu.org
PHONE NUMBER: (802) 265-4905
49 N Main St
Fair Haven, VT  05743

Castleton-hubbardton Usd #42
SUPERINTENDENT: Brooke Farrell
E-MAIL: bfarrell@arsu.org
PHONE NUMBER: (802) 468-5624
263 Elementary School Road
Castleton, VT  05735

Cavendish School District
SUPERINTENDENT: Lauren Fierman
E-MAIL: lauren.fierman@trsu.org
PHONE NUMBER: (802) 226-7758
573 Main Street
Proctorsville, VT  05153

Champlain Valley Uhsd #15
SUPERINTENDENT: Adam Bunting
E-MAIL: abunting@cvsdvt.org
PHONE NUMBER: (802) 482-7100
369 Cvu Road
Hinesburg, VT  05461

Champlain Valley Unified School District
SUPERINTENDENT: Elaine Pinckney
E-MAIL: epinckney@cvsdvt.org
PHONE NUMBER: (802)383-1234
5420 Shelburne Road Suite 300
Shelburne, VT  05482

Charleston School District
SUPERINTENDENT: Christopher Lawson
E-MAIL: christopher.lawson@ncsuvt.org
PHONE NUMBER: (802) 895-2915
255 Center School Road
West Charleston, VT  05872

Charlotte School District
SUPERINTENDENT: Stephanie Sumner
E-MAIL: ssumner@cvsdvt.org
PHONE NUMBER: (802) 425-2771
408 Hinesburg Road
Charlotte, VT  05445

Chelsea School District
SUPERINTENDENT: Mark Blount
E-MAIL: mblount@chelseaschoolvt.org
PHONE NUMBER: (802) 685-4551
6 School Street
Chelsea, VT  05038

Chester School District
SUPERINTENDENT: Katherine Fogg
E-MAIL: katherine.fogg@trsu.org
PHONE NUMBER: (802) 875-2108
89 Vt Route 103 South
Chester, VT  05143

Chester-andover Usd #29
SUPERINTENDENT: Katherine Fogg
E-MAIL: katherine.fogg@trsu.org
PHONE NUMBER: (802) 875-2108
72 Main Street
Chester, VT  05143

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Chittenden Central Supervisory Union
SUPERINTENDENT: Beth Cobb
E-MAIL: bcobb@ewsd.org
PHONE NUMBER: (802) 879-5576
21 New England Drive
Essex Junction, VT  05452

Chittenden East Supervisory Union
SUPERINTENDENT: John Alberghini
E-MAIL: john.alberghini@cesuvt.org
PHONE NUMBER: (802) 434-2128
211 Bridge Street
Richmond, VT 05477

Chittenden School District
SUPERINTENDENT: Jeanne Collins
E-MAIL: jcollins@rnesu.org
PHONE NUMBER: (802) 247-5757
49 Court Drive
Brandon, VT  05733

Chittenden South Supervisory Union
SUPERINTENDENT: Elaine Pinckney
E-MAIL: epinckney@cvsdvt.org
PHONE NUMBER: (802) 383-1234
5420 Shelburne Road Suite 300
Shelburne, VT 05482

Clarendon School District
SUPERINTENDENT: David Younce
E-MAIL: dyounce@rssu.org
PHONE NUMBER: (802) 775-5379
84 Grange Hall Road
North Clarendon, VT  05759

Colchester School District
SUPERINTENDENT: Amy Minor
E-MAIL: amy.minor@colchestersd.org
PHONE NUMBER: (802) 264-5959
125 Laker Lane
Colchester, VT  05446

Colchester Supervisory District
SUPERINTENDENT: Amy Minor
E-MAIL: amy.minor@colchestersd.org
PHONE NUMBER: (802) 264-5999
125 Laker Lane
Colchester, VT  05446

Concord School District
SUPERINTENDENT: Jennifer Botzojorns
E-MAIL: jbotzojorns@kingdomeast.org
PHONE NUMBER: (802)695-2550
173 School Street
Concord, VT  05824

Corwall School District
SUPERINTENDENT: Peter Burrows
E-MAIL: pburrows@acsdvt.org
PHONE NUMBER: (802) 462-2463
112 School Road
Cornwall, VT  05753

Coventry School District
SUPERINTENDENT: Todd Rohlen
E-MAIL: todd.rohlen@ncsuvt.org
PHONE NUMBER: (802) 754-6464
348 Route 5
Coventry, VT  05825

Craftsbury School District
SUPERINTENDENT: Merri Greenia
E-MAIL: mgreenia@ossu.org
PHONE NUMBER: (802) 586-2541
1422 North Craftsbury Road
Craftsbury Common, VT  05827

Currier Memorial Usd #23
SUPERINTENDENT: Carolyn Parillo
E-MAIL: cparillo@brsu.org
PHONE NUMBER: (802) 293-5191
234 North Main Street
Danby, VT  05739

Danby School District
SUPERINTENDENT: Randi Lowe
E-MAIL: rlowe@brsu.org
PHONE NUMBER: (802)362-2452
129 Lincoln Avenue
Manchester Center, VT  05255

Danville School District
SUPERINTENDENT: Mark Tucker
E-MAIL: mark.tucker@ccsuvt.net
PHONE NUMBER: (802) 684-3651
148 Peacham Road
Danville, VT  05828

Derby School District
SUPERINTENDENT: Stacey Urbin
E-MAIL: stacey.urbin@ncsuvt.org
PHONE NUMBER: (802) 873-3162
907 Elm Street
Derby Line, VT  05830

Dorset School District
SUPERINTENDENT: Rosanna Moran
E-MAIL: rmoran@brsu.org
PHONE NUMBER: (802) 362-2606
130 School Drive
Dorset, VT  05251

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Dover School District
SUPERINTENDENT: Matthew Martyn
E-MAIL: mmartyn@doverschool.net
PHONE NUMBER: (802) 464-5386
9 Schoolhouse Road
East Dover, VT  05341

Dummerston School District
SUPERINTENDENT: Lyle Holiday
E-MAIL: lholiday@wsesu.org
PHONE NUMBER: (802)254-2733
52 Schoolhouse Road
East Dummerston, VT  05346

Duxbury School District
SUPERINTENDENT: Brigid Nease
E-MAIL: bnease@huusd.org
PHONE NUMBER: (802) 244-8877
1673 Main Street
Waitsfield, VT  05673

East Haven School District
SUPERINTENDENT: Jennifer Botzojorns
E-MAIL: jbotzojorns@cnsuschools.org
PHONE NUMBER: (802) 467-3029
64A Community Building Road
East Haven, VT  05837

East Montpelier School District
SUPERINTENDENT: Alicia Lyford
E-MAIL: alyford@u32.org
PHONE NUMBER: (802) 223-7936
Vincent Flats Road
East Montpelier, VT  05651

Eden School District
SUPERINTENDENT: Catherine Gallagher
E-MAIL: cgallagher@lnsu.org
PHONE NUMBER: (802) 635-6630
140 Knowles Flat Road
Eden, VT  05652

Elmore School District
SUPERINTENDENT: Tracy Wrend
E-MAIL: tracy.wrend@lssuvt.org
PHONE NUMBER: (802) 888-4541
1199 Vt Route 12
Lake Elmore, VT  05657

Essex Caledonia Supervisory Union
SUPERINTENDENT: Jennifer Botzojorns
E-MAIL: jbotzojorns@kingdomeast.org
PHONE NUMBER: (802)695-3373
335 Main Street
Concord, VT  05824

Essex Community Education Center
SUPERINTENDENT: Beth Cobb
E-MAIL: bcobb@ewsd.org
PHONE NUMBER: (802) 879-5562
3 Educational Drive
Essex Junction, VT  05452

Essex Junction Incorporated School District
SUPERINTENDENT: Beth Cobb
E-MAIL: bcobb@ewsd.org
PHONE NUMBER: (802) 878-1381
9 Prospect Street
Essex Junction, VT  05452

Essex North Supervisory Union
SUPERINTENDENT: Karen Conroy
E-MAIL: kconroy@canaanschools.org
PHONE NUMBER: (802) 266-3330
318 Christian Hill Road
Canaan, VT  05903

Essex Town School District
SUPERINTENDENT: Beth Cobb
E-MAIL: bcobb@ewsd.org
PHONE NUMBER: (802) 879-6326
30 Founders Road
Essex Junction, VT  05452

Essex Town Supervisory District
SUPERINTENDENT: Beth Cobb
E-MAIL: bcobb@ewsd.org
PHONE NUMBER: (802) 878-8168
91 Allen Martin Drive
Essex Junction, VT  05452

Essex-westford Educational Community Unified
School District
SUPERINTENDENT: Beth Cobb
E-MAIL: bcobb@ewsd.org
PHONE NUMBER: (802)857-7000
51 Park Street
Essex Junction, VT  05452

Essex-westford Supervisory District
SUPERINTENDENT: Beth Cobb
E-MAIL: bcobb@ewsd.org
PHONE NUMBER: (802)857-7000
51 Park Street
Essex Junction, VT  05452

Fair Haven School District
SUPERINTENDENT: Brooke Farrell
E-MAIL: bfarrell@arsu.org
PHONE NUMBER: (802) 265-3883
103 North Maint Street
Fair Haven, VT  05743

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Fair Haven Uhsd #16
SUPERINTENDENT: Brooke Farrell
E-MAIL: bfarrell@svuvt.org
PHONE NUMBER: (802) 265-4966
33 Mechanic Street Extension
Fair Haven, VT  05743

Fairfax School District
SUPERINTENDENT: James Tager
E-MAIL: jtager@fwsu.org
PHONE NUMBER: (802) 849-6711
75 Hunt Street
Fairfax, VT  05454

Fairfield School District
SUPERINTENDENT: Kevin Dirth
E-MAIL: kdirth@maplerun.org
PHONE NUMBER: (802) 827-6639
57 Park Street
Fairfield, VT  05455

Fayston School District
SUPERINTENDENT: Celia Hooker
E-MAIL: chooker@huusd.org
PHONE NUMBER: (802) 496-3636
782 German Flats Road
Fayston, VT  05673

Ferdinand School District
SUPERINTENDENT: John Castle
E-MAIL: john.castle@ncsuvt.org
PHONE NUMBER: (802)334-7372
338 Highland Avenue Suite 4
Newport, VT  05855

Ferrisburg School District
SUPERINTENDENT: Sheila Soule
E-MAIL: ssoule@anwsd.org
PHONE NUMBER: (802) 877-3463
56 Little Chicago Road
Ferrisburgh, VT  05456

Fletcher School District
SUPERINTENDENT: Christopher Dodge
E-MAIL: cdodge@fwsu.org
PHONE NUMBER: (802) 849-6251
340 School Road
Cambridge, VT  05444

Franklin Central Supervisory Union
SUPERINTENDENT: Kevin Dirth
E-MAIL: kdirth@maplerun.org
PHONE NUMBER: (802) 524-2600
28 Catherine Street
Saint Albans, VT  05478

Franklin Northeast Supervisory Union
SUPERINTENDENT: Lynn Cota
E-MAIL: lcota@fnesu.net
PHONE NUMBER: (802) 848-7661
80 Main Street
Richford, VT  05476

Franklin Northwest Supervisory Union
SUPERINTENDENT: Julie Regimbal
E-MAIL: julie.regimbal@mvsdschools.org
PHONE NUMBER: (802) 868-4967
100 Robin Hood Drive Suite 2
Swanton, VT  05488

Franklin School District
SUPERINTENDENT: Julie Regimbal
E-MAIL: julie.regimbal@mvsdschools.org
PHONE NUMBER: (802)285-2100
15 School Street
Franklin, VT  05457

Franklin West Supervisory Union
SUPERINTENDENT: James Tager
E-MAIL: jtager@fwsu.org
PHONE NUMBER: (802)370-3113
4497 Highbridge Road
Fairfax, VT  05454

Georgia School District
SUPERINTENDENT: James Tager
E-MAIL: jtager@fwsu.org
PHONE NUMBER: (802) 524-6358
4416 Ethan Allen Highway
Saint Albans, VT  05478

Glastenbury School District
SUPERINTENDENT: Laura Boudreau
E-MAIL: james.culkeen@svsu.org
PHONE NUMBER: (802)447-7501
246 South Stream Road
Bennington, VT  05201

Glover School District
SUPERINTENDENT: Angelique Brown
E-MAIL: abrown@ocsu.org
PHONE NUMBER: (802) 525-6958
100 School Street
Glover, VT  05839

Goshen School District
SUPERINTENDENT: Jeanne Collins
E-MAIL: jcollins@rnesu.org
PHONE NUMBER: (802) 247-5757
49 Court Drive
Brandon, VT  05733

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Grafton School District
SUPERINTENDENT: Christopher Pratt
E-MAIL: chris.pratt@wnesu.com
PHONE NUMBER: (802) 843-2495
58 School Street
Grafton, VT  05146

Granby School District
SUPERINTENDENT: Karen  Conroy
E-MAIL: kconroy@ensuvt.org
PHONE NUMBER: (802)328-4891
Main Street
Granby, VT  05840

Grand Isle School District
SUPERINTENDENT: Michael Clark
E-MAIL: mclark@gisu.org
PHONE NUMBER: (802) 372-6913
224 U.S. Route 2
Grand Isle, VT  05458

Grand Isle Supervisory Union
SUPERINTENDENT: Michael Clark
E-MAIL: mclark@gisu.org
PHONE NUMBER: (802) 372-6942
224 U.S. Route 2
Grand Isle, VT  05458

Granville School District
SUPERINTENDENT: Jamie Kinnarney
E-MAIL: jkinnarney@wrvsu.org
PHONE NUMBER: (802)767-3144
4157 Route 100
Granville, VT  05747

Green Mountain Uhsd #35
SUPERINTENDENT: Lauren Fierman
E-MAIL: lauren.fierman@trsu.org
PHONE NUMBER: (802) 875-2146
716 Vt Route 103 South
Chester, VT  05143

Greensboro School District
SUPERINTENDENT: Adam Rosenberg
E-MAIL: arosenberg@ossu.org
PHONE NUMBER: (802)472-6532
101 South Main Street
Hardwick, VT  05843

Guilford School District
SUPERINTENDENT: John Gagnon
E-MAIL: jgagnon@wsesu.org
PHONE NUMBER: (802) 254-2271
374 School Road
Guilford, VT  05301

Halifax School District
SUPERINTENDENT: Barbara Montroll
E-MAIL: bmontroll@wswsu49.org
PHONE NUMBER: (802) 368-2888
246 Branch Road
West Halifax, VT  05358

Hancock School District
SUPERINTENDENT: Jamie Kinnarney
E-MAIL: jkinnarney@wrvsu.org
PHONE NUMBER: (802)767-3958
Route 100
Hancock, VT  05748

Hardwick School District
SUPERINTENDENT: Patrick Pennock
E-MAIL: ppennock@ossu.org
PHONE NUMBER: (802) 472-5411
Main Street
Hardwick, VT  05843

Hartford School District
SUPERINTENDENT: Tom Debalsi
E-MAIL: debalsit@hartfordschools.net
PHONE NUMBER: (802) 295-8630
1 Gifford Road
White River Junction, VT  05001

Hartford Supervisory District
SUPERINTENDENT: Tom Debalsi
E-MAIL: debalsit@hartfordschools.net
PHONE NUMBER: (802) 295-8628
160 Norwich Avenue
Wilder, VT  05088

Hartland School District
SUPERINTENDENT: David Baker
E-MAIL: dbaker@wsesu.net
PHONE NUMBER: (802) 436-2255
97 Martinsville Road
Hartland, VT  05048

Harwood Uhsd #19
SUPERINTENDENT: Brigid Nease
E-MAIL: bnease@huusd.org
PHONE NUMBER: (802) 244-5186
458 Route 100
Duxbury, VT  05660

Harwood Unified School District
SUPERINTENDENT: Brigid Nease
E-MAIL: bnease@huusd.org
PHONE NUMBER: (802)496-2272
340 Mad River Park Suite 7
Waitsfield, VT  05673

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Hazen Uhsd #26
SUPERINTENDENT: David Perrigo
E-MAIL: dperrigo@ossu.org
PHONE NUMBER: (802) 472-6511
126 Hazen Union Drive
Hardwick, VT  05843

Highgate School District
SUPERINTENDENT: Julie Regimbal
E-MAIL: julie.regimbal@mvsdschools.org
PHONE NUMBER: (802) 868-4170
Route 219 Gore Road
Highgate Center, VT  05459

Hinesburg School District
SUPERINTENDENT: Suzan Locke
E-MAIL: slocke@cvsdvt.org
PHONE NUMBER: (802) 482-2106
10888 Route 116
Hinesburg, VT  05461

Holland School District
SUPERINTENDENT: Kelli Dean
E-MAIL: kelli.dean@ncsuvt.org
PHONE NUMBER: (802) 895-4455
26 School Road
Derby Line, VT  05830

Hubbardton School District
SUPERINTENDENT: Brooke Farrell
E-MAIL: bfarrell@svuvt.org
PHONE NUMBER: (802)265-4905
3 North Park Place
Fair Haven, VT  05743

Huntington School District
SUPERINTENDENT: John Alberghini
E-MAIL: john.alberghini@cesuvt.org
PHONE NUMBER: (802) 434-2074
120 School Street
Huntington, VT  05462

Hyde Park School District
SUPERINTENDENT: Catherine Gallagher
E-MAIL: cgallagher@lnsu.org
PHONE NUMBER: (802) 888-2237
50 East Main Street
Hyde Park, VT  05655

Ira School District
SUPERINTENDENT: Christopher Sell
E-MAIL: christopher.sell@grcsu.org
PHONE NUMBER: (802) 287-5286
168 York Street
Poultney, VT  05764

Irasburg School District
SUPERINTENDENT: Paul Simmons
E-MAIL: psimmons@ocsu.org
PHONE NUMBER: (802) 754-8810
292 Route 58 East
Irasburg, VT  05845

Isle La Motte School District
SUPERINTENDENT: Michael Clark
E-MAIL: mclark@gisu.org
PHONE NUMBER: (802) 928-3231
534 School Street
Isle La Motte, VT  05463

Jamaica School District
SUPERINTENDENT: Anton        William
E-MAIL: wanton@windhamcentral.org
PHONE NUMBER: (802) 874-4822
347 Depot Street
Jamaica, VT  05343

Jay School District
SUPERINTENDENT: John Castle
E-MAIL: john.castle@ncsuvt.org
PHONE NUMBER: (802) 334-7372
338 Highland Avenue Suite 4
Newport, VT  05855

Jay/westfield Joint Elementary School District
SUPERINTENDENT: John Castle
E-MAIL: john.castle@ncsuvt.org
PHONE NUMBER: (802) 988-4042
257 Revoir Flats
Jay, VT  05859

Jericho School District
SUPERINTENDENT: Victoria Graf
E-MAIL: victoria.graf@cesuvt.org
PHONE NUMBER: (802) 899-2272
90 Vt Route 15
Jericho, VT  05465

Johnson School District
SUPERINTENDENT: David Manning
E-MAIL: dmanning@jesvt.org
PHONE NUMBER: (802) 635-2211
57 College Hill
Johnson, VT  05656

Kirby School District
SUPERINTENDENT: Karen Conroy
E-MAIL: kconroy@ensuvt.org
PHONE NUMBER: (802)695-3373
335 Main Street
Concord, VT  05824

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Lake Region Uhsd #24
SUPERINTENDENT: Beverly Davis
E-MAIL: bdavis@ocsu.org
PHONE NUMBER: (802) 754-6521
317 Lake Region Road
Orleans, VT  05860

Lakeview Usd #43
SUPERINTENDENT: Adam Rosenberg
E-MAIL: arosenberg@ossu.org
PHONE NUMBER: (802) 533-7066
189 Lauredon Avenue
Greensboro, VT  05841

Lamoille North Modified Usd #058a
SUPERINTENDENT: Catherine Gallagher
E-MAIL: cgallagher@lnsd.org
PHONE NUMBER: (802)888-3142
96 Cricket Hill Road
Hyde Park, VT  05655

Lamoille North Modified Usd #058b
SUPERINTENDENT: Catherine Gallagher
E-MAIL: cgallagher@lnsd.org
PHONE NUMBER: (802)888-3142
96 Cricket Hill Road
Hyde Park, VT  05655

Lamoille North Supervisory Union
SUPERINTENDENT: Catherine Gallagher
E-MAIL: cgallagher@lnsu.org
PHONE NUMBER: (802) 888-3142
96 Cricket Hill Road
Hyde Park, VT  05655

Lamoille South Supervisory Union
SUPERINTENDENT: Tracy Wrend
E-MAIL: tracy.wrend@lssuvt.org
PHONE NUMBER: (802) 888-4541
46 Copley Avenue
Morrisville, VT  05661

Lamoille Uhsd #18
SUPERINTENDENT: Brian Schaffer
E-MAIL: bschaffer@luhs18.org
PHONE NUMBER: (802) 888-4447
Route 15 West
Hyde Park, VT  05655

Leicester School District
SUPERINTENDENT: Thom Fleury
E-MAIL: tfleury@rnesu.org
PHONE NUMBER: (802) 247-8825
68 Schoolhouse Road
Leicester, VT  05733

Leland And Gray Uhsd #34
SUPERINTENDENT: Robert Thibault
E-MAIL: bthibault@lelandandgray.org
PHONE NUMBER: (802) 365-7355
2042 Vt Route 30
Townshend, VT  05353

Lemington School District
SUPERINTENDENT: Karen Conroy
E-MAIL: kconroy@canaanschools.org
PHONE NUMBER: (802) 266-3330
318 Christian Hill Road
Canaan, VT  05903

Lewis School District
SUPERINTENDENT: Karen  Conroy
E-MAIL: kconroy@ensuvt.org
PHONE NUMBER: (802)266-3330
318 Christian Hill Road
Canaan, VT  05903

Lincoln School District
SUPERINTENDENT: Patrick Reen
E-MAIL: preen@anesu.org
PHONE NUMBER: (802) 453-2119
795 East River Road
Lincoln, VT  05443

Lowell School District
SUPERINTENDENT: John Castle
E-MAIL: john.castle@ncsuvt.org
PHONE NUMBER: (802) 744-6641
52 Gelo Park Road
Lowell, VT  05847

Ludlow School District
SUPERINTENDENT: Karen Trimboli
E-MAIL: karen.trimboli@trsu.org
PHONE NUMBER: (802) 288-5151
45 Main Street
Ludlow, VT  05149

Lunenburg School District
SUPERINTENDENT: Jennifer Botzojorns
E-MAIL: jbotzojorns@kingdomeast.org
PHONE NUMBER: (802)892-5969
2720 River Road
Gilman, VT  05904

Lyndon School District
SUPERINTENDENT: Jennifer Botzojorns
E-MAIL: jbotzojorns@cnsuschools.org
PHONE NUMBER: (802) 626-3209
2591 Lily Pond Road
Lyndonville, VT  05851

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Maidstone School District
SUPERINTENDENT: Karen Conroy
E-MAIL: kconroy@ensuvt.org
PHONE NUMBER: (802)695-3373
335 Main Street
Concord, VT  05824

Manchester School District
SUPERINTENDENT: Debra Fishwick
E-MAIL: dfishwick@brsu.org
PHONE NUMBER: (802) 362-1597
80 Memorial Avenue
Manchester Center, VT 05255

Maple Run Unified School District
SUPERINTENDENT: Kevin Dirth
E-MAIL: kdirth@maplerun.org
PHONE NUMBER: (802)524-2600
28 Catherine Street
Saint Albans, VT  05478

Marlboro School District
SUPERINTENDENT: Wayne Kermenski
E-MAIL: wkermenski@marlboroschool.net
PHONE NUMBER: (802) 254-2668
2669 Route 9
Marlboro, VT  05344

Mendon School District
SUPERINTENDENT: Jeanne Collins
E-MAIL: jcollins@rnesu.org
PHONE NUMBER: (802) 247-5757
49 Court Drive
Brandon, VT  05733

Mettawee Community School
SUPERINTENDENT: Randi Lowe
E-MAIL: rlowe@brsu.org
PHONE NUMBER: (802) 645-9009
5788 Vt Route 153
West Pawlet, VT  05775

Middlebury Uhsd #3
SUPERINTENDENT: Peter Burrows
E-MAIL: pburrows@acsdvt.org
PHONE NUMBER: (802) 382-1012
51 Charles Avenue
Middlebury, VT  05753

Middletown Springs School District
SUPERINTENDENT: Christopher Sell
E-MAIL: christopher.sell@grcsu.org
PHONE NUMBER: (802) 235-2365
15 Schoolhouse Road
Middletown Springs, VT  05757

Mill River Unified School District
SUPERINTENDENT: David Younce
E-MAIL: dyounce@millriverschools.org
PHONE NUMBER: (802)775-3264
Main Street
North Clarendon, VT  05759

Mill River Usd #40
SUPERINTENDENT: David Younce
E-MAIL: dyounce@rssu.org
PHONE NUMBER: (802) 775-3451
2321 Middle Road
North Clarendon, VT  05759

Millers Run Usd #37
SUPERINTENDENT: Jennifer Botzojorns
E-MAIL: jbotzojorns@cnsuschools.org
PHONE NUMBER: (802) 626-9755
3249 Vt Route 122
Sheffield, VT  05866

Milton Incorporated School District
SUPERINTENDENT: Amy Rex
E-MAIL: arex@mymtsd-vt.org
PHONE NUMBER: (802) 893-5400
17 Rebecca Lander Drive
Milton, VT  05468

Milton Supervisory District
SUPERINTENDENT: Amy Rex
E-MAIL: arex@mymtsd-vt.org
PHONE NUMBER: (802) 893-5400
42 Herrick Avenue
Milton, VT  05468

Missisquoi Valley Uhsd #7
SUPERINTENDENT: Julie Regimbal
E-MAIL: julie.regimbal@mvsdschools.org
PHONE NUMBER: (802) 868-7311
175 Thunderbird Drive
Swanton, VT  05488

Monkton School District
SUPERINTENDENT: Patrick Reen
E-MAIL: patrick.reen@mausd.org
PHONE NUMBER: (802) 453-2314
1036 Monkton Road
Monkton, VT  05469

Montgomery School District
SUPERINTENDENT: Sandra Alexander
E-MAIL: salexander@montgomeryk8.net
PHONE NUMBER: (802) 326-4618
249 School Drive
Montgomery Center, VT  05471

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Montpelier School District
SUPERINTENDENT: Elizabeth Bonesteel
E-MAIL: libbyb@mpsvt.org
PHONE NUMBER: (802) 223-6343
5 High School Drive Unit 1
Montpelier, VT  05602

Montpelier Supervisory District
SUPERINTENDENT: Libby Bonesteel
E-MAIL: libbyb@mpsvt.org
PHONE NUMBER: (802) 223-9796
58 Barre Street
Montpelier, VT  05602

Moretown School District
SUPERINTENDENT: Brigid Nease
E-MAIL: bnease@huusd.org
PHONE NUMBER: (802) 496-3742
940 Route 100B
Moretown, VT  05660

Morgan School District
SUPERINTENDENT: John Castle
E-MAIL: john.castle@ncsuvt.org
PHONE NUMBER: (802)895-2916
158 Meade Hill
Morgan, VT  05853

Morristown School District
SUPERINTENDENT: Tracy Wrend
E-MAIL: tracy.wrend@lssuvt.org
PHONE NUMBER: (802) 888-4541
202 Copley Avenue
Morrisville, VT  05661

Mount Abraham Uhsd #28
SUPERINTENDENT: Brigid Nease
E-MAIL: bnease@huusd.org
PHONE NUMBER: (802) 453-2333
7 Airport Drive
Bristol, VT  05443

Mount Anthony Uhsd #14
SUPERINTENDENT: James Culkeen
E-MAIL: james.culkeen@svsu.org
PHONE NUMBER: (802) 447-7511
301 Park Street
Bennington, VT  05201

Mount Holly School District
SUPERINTENDENT: Lauren  Fierman
E-MAIL: lauren.fierman@trsu.org
PHONE NUMBER: (802) 259-2392
150 School Street
Mount Holly, VT  05758

Mount Mansfield Modified Usd #401a
SUPERINTENDENT: John Alberghini
E-MAIL: john.alberghini@mmuusd.org
PHONE NUMBER: (802)899-4690
211 Browns Trace Road
Jericho, VT  05465

Mount Mansfield Modified Usd #401b
SUPERINTENDENT: John Alberghini
E-MAIL: john.alberghini@mmuusd.org
PHONE NUMBER: (802)899-4690
211 Browns Trace Road
Jericho, VT  05465

Mount Mansfield Usd #17
SUPERINTENDENT: John Alberghini
E-MAIL: john.alberghini@cesuvt.org
PHONE NUMBER: (802) 899-4690
211 Browns Trace Road
Jericho, VT  05465

Mount Tabor School District
SUPERINTENDENT: Randi Lowe
E-MAIL: rlowe@brsu.org
PHONE NUMBER: (802)362-2452
129 Lincoln Avenue
Manchester Center, VT  05255

Mountain Towns Regional Education District Usd
#301
SUPERINTENDENT: Randi Lowe
E-MAIL: rlowe@brsu.org
PHONE NUMBER: (802)362-2452
6378 VT Route 7A
Sunderland, VT  05250

New Haven School District
SUPERINTENDENT: Patrick Reen
E-MAIL: patrick.reen@mausd.org
PHONE NUMBER: (802) 453-2331
50 North Street
New Haven, VT  05472

Newark School District
SUPERINTENDENT: Jennifer Botzojorns
E-MAIL: jbotzojorns@kingdomeast.org
PHONE NUMBER: (802) 467-3401
1448 Newark Street
Newark, VT  05871

Newbury School District
SUPERINTENDENT: Chance Lindsley
E-MAIL: clindsley@nesvt.org
PHONE NUMBER: (802) 866-5621
214 Pulaski Street

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Newbury, VT  05051

Newfane School District
SUPERINTENDENT: Michael Baumann
E-MAIL: mbaumann@newfane.wnyric.org
PHONE NUMBER: (716) 778-6850
14 School Road
Newfane, VT  05345

Newport City School District
SUPERINTENDENT: John Castle
E-MAIL: john.castle@ncsuvt.org
PHONE NUMBER: (802) 334-2455
166 Sias Avenue
Newport, VT  05855

Newport Town School District
SUPERINTENDENT: John Castle
E-MAIL: john.castle@ncsuvt.org
PHONE NUMBER: (802) 334-5201
4212 Vt Route 105
Newport Center, VT  05857

North Bennington Incorporated School District
SUPERINTENDENT: Timothy Newbold
E-MAIL: tnewbold@vsnb.org
PHONE NUMBER: (802) 442-5955
9 School Street
North Bennington, VT  05257

North Country Junior Uhsd #22
SUPERINTENDENT: Nicole Corbett
E-MAIL: nicole.corbett@ncsuvt.org
PHONE NUMBER: (802) 766-2276
57 Junior High Drive
Derby, VT  05829

North Country Senior Uhsd #22
SUPERINTENDENT: Eileen Illuzzi
E-MAIL: eileen.illuzzi@ncsuvt.org
PHONE NUMBER: (802) 334-7921
209 Veterans Avenue
Newport, VT  05855

North Country Supervisory Union
SUPERINTENDENT: John Castle
E-MAIL: john.castle@ncsuvt.org
PHONE NUMBER: (802) 334-5847
121 Duchess Avenue Suite A
Newport, VT  05855

North Hero School District
SUPERINTENDENT: Amy Minor
E-MAIL: amy.minor@colchestersd.org
PHONE NUMBER: (802) 372-8866
6441 U.S. Route 2

North Hero, VT  05474

Northeast Kingdom Learning Services
SUPERINTENDENT: Michelle Tarryk
E-MAIL: michelle.tarryk@neklsvt.org
PHONE NUMBER: (802) 334-6532
55 Seymour Lane, Suite 11
Newport, VT  05855

Northfield School District
SUPERINTENDENT: Susette Bollard
E-MAIL: sbollard@cvsu.org
PHONE NUMBER: (802) 485-4500
37 Cross Street Unit 2
Northfield, VT  05663

Norton School District
SUPERINTENDENT: Karen Conroy
E-MAIL: kconroy@ensuvt.org
PHONE NUMBER: (802)822-5541
Route 114
Norton, VT  05907

Norwich School District
SUPERINTENDENT: Shawn Gonyaw
E-MAIL: shawngonyaw@marioncross.org
PHONE NUMBER: (802) 649-1703
22 Church Street
Norwich, VT  05055

Orange East Supervisory Union
SUPERINTENDENT: Emilie Knisley
E-MAIL: eknisley@oesu.org
PHONE NUMBER: (802) 222-5216
530 Waits River Road
Bradford, VT  05033

Orange North Supervisory Union
SUPERINTENDENT: Susette Bollard
E-MAIL: sbollard@onsu.org
PHONE NUMBER: (802) 433-5818
111 Brush Hill Road
South Barre, VT  05670

Orange School District
SUPERINTENDENT: Susette Bollard
E-MAIL: sbollard@onsu.org
PHONE NUMBER: (802) 476-3278
357 U.S. Route 302
East Barre, VT  05649

Orange Southwest Supervisory Union
SUPERINTENDENT: Layne Millington
E-MAIL: lmillington@orangesouthwest.org
PHONE NUMBER: (802) 728-6732
35 Ayers Brook Road

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Randolph, VT  05060

Orange Southwest Unified School District
SUPERINTENDENT: Layne Millington
E-MAIL: lmillington@orangesouthwest.org
PHONE NUMBER: (802)728-5052
24 Central Street
Randolph, VT  05060

Orleans Central Supervisory Union
SUPERINTENDENT: Beverly Davis
E-MAIL: bdavis@ocsu.org
PHONE NUMBER: (802) 525 - 1205
Main Street
Orleans, VT  05860

Orleans Incorporated School District
SUPERINTENDENT: Beverly Davis
E-MAIL: bdavis@ocsu.org
PHONE NUMBER: (802) 754-6650
53 School Street
Orleans, VT  05860

Orleans Southwest Supervisory Union
SUPERINTENDENT: Joanne Leblanc
E-MAIL: jleblanc@ossu.org
PHONE NUMBER: (802) 472-6531
157 Daniels Road
Hardwick, VT  05843

Otter Valley Uhsd #8
SUPERINTENDENT: James Avery
E-MAIL: javery@rnesu.org
PHONE NUMBER: (802) 247-6833
2997 Franklin Street
Brandon, VT  05733

Otter Valley Unified School District
SUPERINTENDENT: Jeanne Collins
E-MAIL: jcollins@rnesu.org
PHONE NUMBER: (802)247-6833
2997 Franklin Street
Brandon, VT  05733

Oxbow Uhsd #30
SUPERINTENDENT: Jean Wheeler
E-MAIL: jwheeler@oxbowhs.org
PHONE NUMBER: (802) 222-5214
36 Oxbow Drive
Bradford, VT  05033

Patricia Hannaford Career Center School District
SUPERINTENDENT: Dana Peterson
E-MAIL: dpeterson@pahcc.org
PHONE NUMBER: (802) 382-1012
51 Charles Avenue

Middlebury, VT  05753

Pawlet School District
SUPERINTENDENT: Randi Lowe
E-MAIL: rlowe@brsu.org
PHONE NUMBER: (802)362-2452
129 Lincoln Avenue
Manchester Center, VT  05255

Peacham School District
SUPERINTENDENT: Mark Tucker
E-MAIL: mark.tucker@ccsuvt.net
PHONE NUMBER: (802) 592-3513
340 Bailey Hazen Road
Peacham, VT  05862

Pittsfield School District
SUPERINTENDENT: Sherry Sousa
E-MAIL: ssousa@wcsu.net
PHONE NUMBER: (802)234-5364
South Main Street
Bethel, VT  05032

Plymouth School District
SUPERINTENDENT: Lauren Fierman
E-MAIL: lauren.fierman@trsu.org
PHONE NUMBER: (802)672-3666
35 School Drive
Plymouth, VT  05056

Pomfret School District
SUPERINTENDENT: Sherry Sousa
E-MAIL: ssousa@wcsu.net
PHONE NUMBER: (802) 457-1234
1071 Pomfret Road
South Pomfret, VT  05067

Poultney School District
SUPERINTENDENT: Christopher Sell
E-MAIL: christopher.sell@grcsu.org
PHONE NUMBER: (802) 287-5861
154 East Main Street
Poultney, VT  05764

Pownal School District
SUPERINTENDENT: James Culkeen
E-MAIL: james.culkeen@svsu.org
PHONE NUMBER: (802) 823-7333
94 Schoolhouse Road
Pownal, VT  05261

Proctor School District
SUPERINTENDENT: Christopher Sell
E-MAIL: christopher.sell@grcsu.org
PHONE NUMBER: (802) 459-3353
4 Park Street

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Proctor, VT  05765

Putney School District
SUPERINTENDENT: Lyle Holiday
E-MAIL: lholiday@wsesu.org
PHONE NUMBER: (802) 387-5521
182 Westminster Road
Putney, VT  05346

Randolph School District
SUPERINTENDENT: Layne Millington
E-MAIL: lmillington@orangesouthwest.org
PHONE NUMBER: (802) 728-9555
40 Ayers Brook Road
Randolph, VT  05060

Randolph Uhsd #2
SUPERINTENDENT: Layne Millington
E-MAIL: lmillington@orangesouthwest.org
PHONE NUMBER: (802) 728-3397
15 Forest Street
Randolph, VT  05060

Reading School District
SUPERINTENDENT: Khalid Mumin
E-MAIL: mumink@readingsd.org
PHONE NUMBER: (802) 484-7230
632 Vt Route 106
Reading, VT  05062

Readsboro School District
SUPERINTENDENT: Barbara Montroll
E-MAIL: bmontroll@wswsu49.org
PHONE NUMBER: (802) 423-7786
301 Phelps Lane
Readsboro, VT  05350

Richford School District
SUPERINTENDENT: Lynn Cota
E-MAIL: lynn.cota@fnesu.org
PHONE NUMBER: (802)848-7416
1 Corliss Heights
Richford, VT  05476

Richmond School District
SUPERINTENDENT: Ben White
E-MAIL: ben.white@cesuvt.org
PHONE NUMBER: (804) 434-2461
125 School Street
Richmond, VT  05477

Ripton School District
SUPERINTENDENT: Peter Burrows
E-MAIL: pburrows@acsdvt.org
PHONE NUMBER: (802) 388-2208
753 Ripton Lincoln Road

Ripton, VT  05766

River Valley Technical Center
SUPERINTENDENT: Scott Farr
E-MAIL: sfarr@rvtc.org
PHONE NUMBER: (802) 885-8300
307 South Street
Springfield, VT  05156

Rochester School District
SUPERINTENDENT: Jamie Kinnarney
E-MAIL: jkinnarney@wrvsu.org
PHONE NUMBER: (802)767-3161
222 South Main Street
Rochester, VT  05767

Rockingham School District
SUPERINTENDENT: Christopher Pratt
E-MAIL: chris.pratt@wnesu.com
PHONE NUMBER: (802) 463-4207
25 Cherry Street
Bellows Falls, VT  05101

Roxbury School District
SUPERINTENDENT: Libby Bonesteel
E-MAIL: libbyb@mpsvt.org
PHONE NUMBER: (802) 485-7768
1559 Roxbury Road
Roxbury, VT  05669

Royalton School District
SUPERINTENDENT: Jamie Kinnarney
E-MAIL: jkinnarney@wrvsu.org
PHONE NUMBER: (802)763-7740
223 South Windsor Street
South Royalton, VT  05068

Rupert School District
SUPERINTENDENT: Randi Lowe
E-MAIL: rlowe@brsu.org
PHONE NUMBER: (802)362-2452
129 Lincoln Avenue
Manchester Center, VT  05255

Rutland Central Supervisory Union
SUPERINTENDENT: Christopher Sell
E-MAIL: christopher.sell@grcsu.org
PHONE NUMBER: (802) 775-4342
16 Evelyn Street
Rutland, VT  05701

Rutland City School District
SUPERINTENDENT: William Olsen
E-MAIL: william.olsen@rcpsvt.org
PHONE NUMBER: (802) 773-1990
8 Stratton Road

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Rutland, VT  05701

Rutland City Supervisory District
SUPERINTENDENT: William Olsen
E-MAIL: william.olsen@rcpsvt.org
PHONE NUMBER: (802) 773-1900
6 Church Street
Rutland, VT  05701

Rutland Northeast Supervisory Union
SUPERINTENDENT: Jeanne Collins
E-MAIL: jcollins@rnesu.org
PHONE NUMBER: (802) 247-5757
49 Court Drive
Brandon, VT  05733

Rutland South Supervisory Union
SUPERINTENDENT: Christopher Sell
E-MAIL: christopher.sell@grcsu.org
PHONE NUMBER: (802) 775-3264
Main Street
North Clarendon, VT  05759

Rutland Southwest Supervisory Union
SUPERINTENDENT: Christopher Sell
E-MAIL: christopher.sell@grcsu.org
PHONE NUMBER: (802) 287-5212
96 School Circle
Poultney, VT  05764

Rutland Town School District
SUPERINTENDENT: Randi Lowe
E-MAIL: rlowe@brsu.org
PHONE NUMBER: (802)775-0566
1612 Post Road
Rutland Town, VT  05701

Saint Albans City School District
SUPERINTENDENT: Kevin Dirth
E-MAIL: kdirth@maplerun.org
PHONE NUMBER: (802) 527-0565
29 Bellows Street
Saint Albans, VT  05478

Saint Albans Town School District
SUPERINTENDENT: Kevin Dirth
E-MAIL: kdirth@maplerun.org
PHONE NUMBER: (802) 527-7191
169 South Main Street
Saint Albans, VT  05478

Saint George School District
SUPERINTENDENT: Elaine Pinckney
E-MAIL: epinckney@cvsdvt.org
PHONE NUMBER: (802) 482-3885
5420 Shelburne Road Suite 300

Shelburne, VT  05482

Saint Johnsbury School District
SUPERINTENDENT: Brian Ricca
E-MAIL: bricca@stjsd.org
PHONE NUMBER: (802) 748-8912
257 Western Avenue
Saint Johnsbury, VT  05819

Saint Johnsbury Supervisory District
SUPERINTENDENT: Brian Ricca
E-MAIL: bricca@stjsd.org
PHONE NUMBER: (802) 748-8912
257 Western Avenue Suite 2
Saint Johnsbury, VT  05819

Salisbury School District
SUPERINTENDENT: Peter Burrows
E-MAIL: pburrows@acsdvt.org
PHONE NUMBER: (802) 352-4291
286 Kelly Cross Road
Salisbury, VT  05769

Sandgate School District
SUPERINTENDENT: William Bazyk
E-MAIL: bazykw@bvsu.org
PHONE NUMBER: (802)362-2452
530-A East Arlington Road
Arlington, VT  05250

Searsburg School District
SUPERINTENDENT: Barbara Montroll
E-MAIL: bmontroll@wswsu49.org
PHONE NUMBER: (802) 368-7712
211 Route 9 West
Wilmington, VT  05363

Shaftsbury School District
SUPERINTENDENT: James Culkeen
E-MAIL: james.culkeen@svsu.org
PHONE NUMBER: (802) 442-4373
150 Buck Hill Road
Shaftsbury, VT  05262

Sharon School District
SUPERINTENDENT: Jamie Kinnarney
E-MAIL: jkinnarney@wrvsu.org
PHONE NUMBER: (802) 763-7425
75 Route 132
Sharon, VT  05065

Shelburne School District
SUPERINTENDENT: Scott Sivo
E-MAIL: ssivo@cvsdvt.org
PHONE NUMBER: (802) 985-3331
345 Harbor Road

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Shelburne, VT  05482

Sheldon School District
SUPERINTENDENT: Lynn Cota
E-MAIL: lynn.cota@fnesu.org
PHONE NUMBER: (802) 933-4909
78 Poor Farm Road
Sheldon, VT  05483

Sherburne Town School District
SUPERINTENDENT: Sherry Sousa
E-MAIL: ssousa@wcsu.net
PHONE NUMBER: (802) 422-3366
686 School House Road
Killington, VT  05751

Shoreham School District
SUPERINTENDENT: Peter Burrows
E-MAIL: pburrows@acsdvt.org
PHONE NUMBER: (802) 897-7181
130 School Road
Shoreham, VT  05770

Shrewsbury School District
SUPERINTENDENT: David Younce
E-MAIL: dyounce@rssu.org
PHONE NUMBER: (802) 492-3435
300 Mountain School Road
Cuttingsville, VT  05738

Somerset School District
SUPERINTENDENT: Barbara Montroll
E-MAIL: bmontroll@wswsu49.org
PHONE NUMBER: (802) 464-1300
211 Route 9 West
Wilmington, VT  05363

South Burlington School District
SUPERINTENDENT: Patrick Burke
E-MAIL: pburke@sbschools.net
PHONE NUMBER: (802) 652-7100
500 Dorset Street
South Burlington, VT  05403

South Burlington Supervisory District
SUPERINTENDENT: Patrick Burke
E-MAIL: pburke@sbschools.net
PHONE NUMBER: (802) 652-7052
550 Dorset Street
South Burlington, VT  05403

South Hero School District
SUPERINTENDENT: Amy Minor
E-MAIL: amy.minor@colchestersd.org
PHONE NUMBER: (802) 372-6600
75 South Street

South Hero, VT  05486

Southwest Vermont Career Development Center
SUPERINTENDENT: Michael Lawler
E-MAIL: mlawler@svcdc.org
PHONE NUMBER: (802) 447-0220
321 Park Street
Bennington, VT  05201

Southwest Vermont Supervisory Union
SUPERINTENDENT: James Culkeen
E-MAIL: james.culkeen@svsu.org
PHONE NUMBER: (802) 447-7501
181 Orchard Road
Bennington, VT  05201

Spaulding Uhsd #41
SUPERINTENDENT: John Pandolfo
E-MAIL: jpandbsu@u61.net
PHONE NUMBER: (802) 476-6237
50 Crimson Tide Way
Barre, VT  05641

Springfield School District
SUPERINTENDENT: Zachary Mclaughlin
E-MAIL: zmclaughlin@ssdvt.org
PHONE NUMBER: (802) 885-8300
303 South Street
Springfield, VT  05156

Springfield Supervisory District
SUPERINTENDENT: Zachary Mclaughlin
E-MAIL: zmclaughlin@ssdvt.org
PHONE NUMBER: (802) 885-5242
365 Summer Street Suite 152
Springfield, VT  05156

Stamford School District
SUPERINTENDENT: Barbara Montroll
E-MAIL: bmontroll@wswsu49.org
PHONE NUMBER: (802) 694-1379
986 Main Road
Stramford, VT  05352

Stannard School District
SUPERINTENDENT: Adam Rosenberg
E-MAIL: arosenberg@ossu.org
PHONE NUMBER: (802)472-6532
101 South Main Street
Hardwick, VT  05843

Starksboro School District
SUPERINTENDENT: Patrick Reen
E-MAIL: preen@anesu.org
PHONE NUMBER: (802) 453-2949
41 Parsonage Road

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Starksboro, VT  05487

Stockbridge School District
SUPERINTENDENT: Jamie Kinnarney
E-MAIL: jkinnarney@wrvsu.org
PHONE NUMBER: (802) 234-9248
2933 Vt Route 107
Stockbridge, VT  05772

Stowe School District
SUPERINTENDENT: Tracy Wrend
E-MAIL: tracy.wrend@lssuvt.org
PHONE NUMBER: (802) 253-7229
413 Barrows Road
Stowe, VT  05661

Strafford School District
SUPERINTENDENT: Jamie Kinnarney
E-MAIL: jkinnarney@wrvsu.org
PHONE NUMBER: (802) 765-4351
243 Vt Route 132
South Strafford, VT  05070

Stratton School District
SUPERINTENDENT: William Anton
E-MAIL: wanton@windhamcentral.org
PHONE NUMBER: (802)365-7651
13 Timson Hill Road
Newfane, VT  05345

Sudbury School District
SUPERINTENDENT: Jeanne Collins
E-MAIL: jcollins@rnesu.org
PHONE NUMBER: (802) 623-7771
31 Schoolhouse Road
Sudbury, VT  05733

Sunderland School District
SUPERINTENDENT: Randi Lowe
E-MAIL: rlowe@brsu.org
PHONE NUMBER: (802) 375-6100
98 Bear Ridge Road
Sunderland, VT  05250

Sutton School District
SUPERINTENDENT: Jennifer Botzojorns
E-MAIL: jbotzojorns@cnsuschools.org
PHONE NUMBER: (802) 467-3492
95 Underpass Road
Sutton, VT  05867

Swanton School District
SUPERINTENDENT: Julie Regimbal
E-MAIL: julie.regimbal@mvsdschools.org
PHONE NUMBER: (802) 868-5346
24 Fourth Street

Swanton, VT  05488

Thetford School District
SUPERINTENDENT: Chance Lindsley
E-MAIL: clindsley@thetfordeschool.org
PHONE NUMBER: (802) 785-2426
2689 Route 113
Thetford, VT  05074

Tinmouth School District
SUPERINTENDENT: Maureen Riker
E-MAIL: mfitzgerald-riker@millriverschools.org
PHONE NUMBER: (802) 446-2458
573 Route 140
Tinmouth, VT  05773

Townshend School District
SUPERINTENDENT: Craig Roach
E-MAIL: croach@townshendschool.org
PHONE NUMBER: (802) 365-7506
66 Common Road Route 30
Townshend, VT  05353

Troy School District
SUPERINTENDENT: John Castle
E-MAIL: john.castle@ncsuvt.org
PHONE NUMBER: (802) 988-2565
126 Main Street
North Troy, VT  05859

Tunbridge School District
SUPERINTENDENT: Jamie Kinnarney
E-MAIL: jkinnarney@wrvsu.org
PHONE NUMBER: (802) 889-3310
523 Route 110
Tunbridge, VT  05077

Twinfield Usd #33
SUPERINTENDENT: Mark Tucker
E-MAIL: mark.tucker@ccsuvt.net
PHONE NUMBER: (802) 426-3213
106 Nasmith Brook Road
Plainfield, VT  05667

Two Rivers Supervisory Union
SUPERINTENDENT: Lauren Fierman
E-MAIL: lauren.fierman@trsu.org
PHONE NUMBER: (802) 875-3365
609 Vt Route 103
Ludlow, VT  05149

Uhsd #32
SUPERINTENDENT: Steven Pate
E-MAIL: sdpate@u32.org
PHONE NUMBER: (802) 229-0321
930 Gallison Hill Road

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Montpelier, VT  05602

Underhill Incorporated School District
SUPERINTENDENT: John Alberghini
E-MAIL: john.alberghini@mmuusd.org
PHONE NUMBER: (802) 899-4680
10 River Road
Jericho, VT  05465

Underhill Town School District
SUPERINTENDENT: Jenn Cote
E-MAIL: jenn.cote@mmuusd.org
PHONE NUMBER: (802) 899-4676
6 Irish Settlement Road
Underhill Center, VT  05490

Vergennes School District
SUPERINTENDENT: Sheila Soule
E-MAIL: ssoule@anwsd.org
PHONE NUMBER: (802) 877-3332
15 North Main Street
Vergennes, VT  05491

Vergennes Uesd #44
SUPERINTENDENT: Sheila Soule
E-MAIL: ssoule@anwsd.org
PHONE NUMBER: (802) 877-3761
43 East Street
Vergennes, VT  05491

Vergennes Uhsd #5
SUPERINTENDENT: Stephanie Taylor
E-MAIL: staylor@anwsd.org
PHONE NUMBER: (802) 877-2938
50 Monkton Road
Vergennes, VT  05491

Vernon School District
SUPERINTENDENT: Mary Ross
E-MAIL: mross@wsesu.org
PHONE NUMBER: (802) 254-5373
381 Governor Hunt Road
Vernon, VT  05354

Victory School District
SUPERINTENDENT: Karen Conroy
E-MAIL: kconroy@ensuvt.org
PHONE NUMBER: (802)695-3373
335 Main Street
Concord, VT  05824

Waits River Valley Usd #36
SUPERINTENDENT: Carlotta Perantoni
E-MAIL: cperantoni@wrvschool.org
PHONE NUMBER: (802) 439-5534
6 Waits River Valley Road

East Corinth, VT  05040

Waitsfield School District
SUPERINTENDENT: Brigid Nease
E-MAIL: bnease@huusd.org
PHONE NUMBER: (802) 496-3643
3951 Main Street
Waitsfield, VT  05673

Walden School District
SUPERINTENDENT: Mark Tucker
E-MAIL: mark.tucker@ccsuvt.net
PHONE NUMBER: (802) 563-3000
135 Cahoon Farm Road
Walden, VT  05873

Wallingford School District
SUPERINTENDENT: David Younce
E-MAIL: dyounce@rssu.org
PHONE NUMBER: (802) 446-2141
126 School Street
Wallingford, VT  05773

Wardsboro School District
SUPERINTENDENT: Tammy Bates
E-MAIL: tbates@wardsboroschool.org
PHONE NUMBER: (802) 896-6210
70 School Road
Wardsboro, VT  05355

Warners Grant School District
SUPERINTENDENT: Karen Conroy
E-MAIL: kconroy@ensuvt.org
PHONE NUMBER: (802)266-3330
318 Christian Hill Road
Canaan, VT  05903

Warren School District
SUPERINTENDENT: Brigid Nease
E-MAIL: bnease@huusd.org
PHONE NUMBER: (802) 496-2487
293 School Road
Warren, VT  05674

Warrens Grant School District
SUPERINTENDENT: Karen Conroy
E-MAIL: kconroy@ensuvt.org
PHONE NUMBER: (802)266-3330
318 Christian Hill Road
Canaan, VT  05903

Washington Central Supervisory Union
SUPERINTENDENT: Bryan Olkowski
E-MAIL: bolkowski@u32.org
PHONE NUMBER: (802) 229-0553
1130 Gallison Hill Road

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Montpelier, VT  05602

Washington School District
SUPERINTENDENT: Susette Bollard
E-MAIL: sbollard@cvsu.org
PHONE NUMBER: (802) 883-2312
72 School Lane
Washington, VT  05675

Washington South Supervisory Union
SUPERINTENDENT: Susette Bollard
E-MAIL: sbollard@cvsu.org
PHONE NUMBER: (802) 485-7755
37 Cross Street
Northfield, VT  05663

Washington West Supervisory Union
SUPERINTENDENT: Brigid Nease
E-MAIL: bnease@huusd.org
PHONE NUMBER: (802) 496-2272
340 Mad River Park Suite 7
Waitsfield, VT  05673

Waterford School District
SUPERINTENDENT: Mark Tucker
E-MAIL: mark.tucker@ccsuvt.net
PHONE NUMBER: (802) 748-9393
276 Duck Pond Road
Waterford, VT  05819

Waterville School District
SUPERINTENDENT: Jan Epstein
E-MAIL: jepstein@wesvt.net
PHONE NUMBER: (802) 644-2224
3414 Vt Route 109
Waterville, VT  05492

Weathersfield School District
SUPERINTENDENT: David Baker
E-MAIL: dbaker@wsesu.net
PHONE NUMBER: (802) 674-5400
School House Road
Ascutney, VT  05030

Wells School District
SUPERINTENDENT: Christopher Sell
E-MAIL: christopher.sell@grcsu.org
PHONE NUMBER: (802)645-0386
135 VT Route 30
Wells, VT  05774

West Haven School District
SUPERINTENDENT: Neil Cavallaro
E-MAIL: neil.cavallaro@whschools.org
PHONE NUMBER: (802)265-4905
3 North Park Place

Fair Haven, VT  05743

West Rutland School District
SUPERINTENDENT: Christopher Sell
E-MAIL: christopher.sell@grcsu.org
PHONE NUMBER: (802) 438-2288
713 Main Street
West Rutland, VT  05777

West Windsor School District
SUPERINTENDENT: David Baker
E-MAIL: dbaker@wsesu.net
PHONE NUMBER: (802) 484-3344
108 Brownsville Hartland Road
Brownsville, VT  05037

Westfield School District
SUPERINTENDENT: John Castle
E-MAIL: john.castle@ncsuvt.org
PHONE NUMBER: (802) 334-7372
338 Highland Avenue Suite 4
Newport, VT  05855

Westford School District
SUPERINTENDENT: Marcie Lewis
E-MAIL: mlewis@ccsuvt.org
PHONE NUMBER: (802) 878-5932
146 Brookside Road
Westford, VT  05494

Westminster School District
SUPERINTENDENT: Christopher Pratt
E-MAIL: chris.pratt@wnesu.com
PHONE NUMBER: (802) 722-3241
301 School Street
Westminster, VT  05158

Westmore School District
SUPERINTENDENT: Beverly Davis
E-MAIL: bdavis@ocsu.org
PHONE NUMBER: (802)754-6945
Main Street
Orleans, VT  05860

Weybridge School District
SUPERINTENDENT: Peter Burrows
E-MAIL: pburrows@acsdvt.org
PHONE NUMBER: (802) 545-2113
210 Quaker Village Road
Middlebury, VT  05753

White River Valley Supervisory Union
SUPERINTENDENT: Jamie Kinnarney
E-MAIL: jkinnarney@wrvsu.org
PHONE NUMBER: (802) 763-8840
3590 Vt Route 14

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

South Royalton, VT  05068

Whiting School District
SUPERINTENDENT: Rod Driscoll
E-MAIL: rdriscoll@rnesu.org
PHONE NUMBER: (802) 623-7991
87 South Main Street
Whiting, VT  05778

Whitingham School District
SUPERINTENDENT: Barbara Montroll
E-MAIL: bmontroll@wswsu49.org
PHONE NUMBER: (802) 368-2880
4299 Route 100
Jacksonville, VT  05342

Whitingham/wilmington Joint School District
SUPERINTENDENT: Barbara Montroll
E-MAIL: bmontroll@wswsu49.org
PHONE NUMBER: (802) 464-1300
4299 Route 100
Jacksonville, VT  05342

Williamstown School District
SUPERINTENDENT: Susette Bollard
E-MAIL: sbollard@cvsu.org
PHONE NUMBER: (802) 433-5350
120 Hebert Road
Williamstown, VT  05679

Williston School District
SUPERINTENDENT: Greg Marino
E-MAIL: gmarino@cvsdvt.org
PHONE NUMBER: (802) 878-2762
195 Central School Drive
Williston, VT  05495

Wilmington School District
SUPERINTENDENT: Barbara Montroll
E-MAIL: bmontroll@wswsu49.org
PHONE NUMBER: (802) 464-1300
1 School Street
Wilmington, VT  05363

Windham Central Supervisory Union
SUPERINTENDENT: William Anton
E-MAIL: wanton@windhamcentral.org
PHONE NUMBER: (802) 365-9510
1219 Vt Route 30
Townshend, VT  05353

Windham Northeast Supervisory Union
SUPERINTENDENT: Christopher Pratt
E-MAIL: chris.pratt@wnesu.com
PHONE NUMBER: (802) 463-1612
25 Cherry Street

Bellows Falls, VT  05101

Windham School District
SUPERINTENDENT: William Anton
E-MAIL: wanton@windhamcentral.org
PHONE NUMBER: (802) 874-4159
5940 Windham Hill Road
Windham, VT  05359

Windham Southeast Supervisory Union
SUPERINTENDENT: Lyle Holiday
E-MAIL: lholiday@wseesu.org
PHONE NUMBER: (802) 254-3731
53 Green Street
Brattleboro, VT  05301

Windham Southwest Supervisory Union
SUPERINTENDENT: Barbara Montroll
E-MAIL: bmontroll@wswsu49.org
PHONE NUMBER: (802) 464-1300
211 Route 9 West
Wilmington, VT  05363

Windsor Central Supervisory Union
SUPERINTENDENT: Sherry Sousa
E-MAIL: ssousa@wcsu.net
PHONE NUMBER: (802) 457-1213
70 Amsden Way
Woodstock, VT  05091

Windsor School District
SUPERINTENDENT: David Baker
E-MAIL: dbaker@wsesu.net
PHONE NUMBER: (802) 674-2310
127 State Street
Windsor, VT  05089

Windsor Southeast Supervisory Union
SUPERINTENDENT: David Baker
E-MAIL: dbaker@wsesu.net
PHONE NUMBER: (802) 674-2144
105 Main Street Suite 200
Windsor, VT  05089

Winhall School District
SUPERINTENDENT: Peter Ahlfeld
E-MAIL: pahlfeld@themountainschool.org
PHONE NUMBER: (802) 365-7651
13 Timson Hill Road
Newfane, VT  05345

Winooski School District
SUPERINTENDENT: Sean Mcmannon
E-MAIL: smcmannon@wsdvt.org
PHONE NUMBER: (802) 655-3530
80 Normand Street

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Winooski, VT  05404

Winooski Supervisory District
SUPERINTENDENT: Sean Mcmannon
E-MAIL: smcmannon@wsdvt.org
PHONE NUMBER: (802) 655-0485
60 Normand Street
Winooski, VT  05404

Wolcott School District
SUPERINTENDENT: Matthew Foster
E-MAIL: mfoster@ossu.org
PHONE NUMBER: (802) 472-6551
320 School Hill Drive
Wolcott, VT  05680

Woodbury School District
SUPERINTENDENT: Amy Masse
E-MAIL: amasse@ossu.org
PHONE NUMBER: (802) 472-5715
63 Valley Lake Road
Woodbury, VT  05681

Woodford School District
SUPERINTENDENT: James Culkeen
E-MAIL: james.culkeen@svsu.org
PHONE NUMBER: (802) 442-4071
995 Vt Route 9
Bennington, VT  05201

Woodside Juvenile Rehabilitation Center
SUPERINTENDENT: Jay Simons
E-MAIL: jay.simons@vermont.gov
PHONE NUMBER: (802) 655-4990
26 Woodside Drive
Colchester, VT  05446

Woodstock School District
SUPERINTENDENT: Sherry Sousa
E-MAIL: ssousa@wcsu.net
PHONE NUMBER: 802-457-1213
70 Amsden Way
Woodstock, VT  05091

Woodstock Uhsd #4
SUPERINTENDENT: Sherry Sousa
E-MAIL: ssousa@wcsu.net
PHONE NUMBER: (802) 457-1317
100 Amsden Way
Woodstock, VT  05091

Worcester School District
SUPERINTENDENT: Bryan Olkowski
E-MAIL: bolkowski@u32.org
PHONE NUMBER: (802) 223-5656
24 Calais Road

Worcester, VT  05682

Aberdeen School District
SUPERINTENDENT: Alicia Henderson
E-MAIL: ahenderson@asd5.org
PHONE NUMBER: (360) 538-2002
216 N G St
Aberdeen, WA  98520

Adna School District
SUPERINTENDENT: James Forrest
E-MAIL: forrestj@adnaschools.org
PHONE NUMBER: (360) 748-0362
179 Dieckman Rd
Adna, WA  98522

Almira School District
SUPERINTENDENT: Shauna Schmerer
E-MAIL: sschmerer@almirasd.org
PHONE NUMBER: (509) 629-2414
310 S 3Rd St
Almira, WA  99103

Anacortes School District
SUPERINTENDENT: Justin Irish
E-MAIL: jirish@asd103.org
PHONE NUMBER: (360) 293-1200
2200 M Ave
Anacortes, WA  98221

Arlington School District
SUPERINTENDENT: Chrys Sweeting
E-MAIL: csweeting@asd.wednet.edu
PHONE NUMBER: (360) 618-6200
315 N French Ave
Arlington, WA  98223

Asotin-anatone School District
SUPERINTENDENT: Dale Bonfield
E-MAIL: dbonfield@aasd.wednet.edu
PHONE NUMBER: (509) 243-1100
314 First St
Asotin, WA  99402

Auburn School District
SUPERINTENDENT: Alan Spicciati
E-MAIL: aspicciati@auburn.wednet.edu
PHONE NUMBER: (253) 931-4900
915 4Th St Ne
Auburn, WA  98002

Bainbridge Island School District
SUPERINTENDENT: Peter Knudsen
E-MAIL: pbangknudsen@bisd303.org
PHONE NUMBER: (206) 842-4714
8489 Madison Ave Ne

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Bainbridge Island, WA  98110

Battle Ground School District
SUPERINTENDENT: Mark Ross
E-MAIL: ross.mark@battlegroundps.org
PHONE NUMBER: (360) 885-5300
11104 Ne 149Th St
Battle Ground, WA  98604

Bellevue School District
SUPERINTENDENT: Ivan Duran
E-MAIL: durani@bsd405.org
PHONE NUMBER: (425) 456-4000
12111 Ne 1St St
Bellevue, WA  98005

Bellingham School District
SUPERINTENDENT: Greg Baker
E-MAIL: greg.baker@bellinghamschools.org
PHONE NUMBER: (360) 676-6400
1306 Dupont St
Bellingham, WA  98225

Benge School District
SUPERINTENDENT: Robert Moore
E-MAIL: bob.moore@benge.wednet.edu
PHONE NUMBER: (509) 887-2370
2978 E Benge Winona Rd
Benge, WA  99105

Bethel School District
SUPERINTENDENT: Tom Seigel
E-MAIL: tseigel@bethelsd.org
PHONE NUMBER: (253) 683-6000
516 176Th St E
Spanaway, WA  98387

Bickleton School District
SUPERINTENDENT: Tom Whitmore
E-MAIL: twhitmore@bickletonschools.org
PHONE NUMBER: (509) 896-5473
100 Market St
Bickleton, WA  99322

Blaine School District
SUPERINTENDENT: Christopher Granger
E-MAIL: cgranger@blainesd.org
PHONE NUMBER: (360) 332-5881
765 H Street
Blaine, WA  98230

Boistfort School District
SUPERINTENDENT: Chris Clark
E-MAIL: cclark@boistfort.k12.wa.us
PHONE NUMBER: (360)245-3343
983 BOISTFORT RD

CURTIS, WA  98538

Bremerton School District
SUPERINTENDENT: Aaron Leavell
E-MAIL: aaron.leavell@bremertonschools.org
PHONE NUMBER: (360) 473-1000
134 Marion Ave N
Bremerton, WA  98312

Brewster School District
SUPERINTENDENT: Eric Driessen
E-MAIL: edriessen@brewster.wednet.edu
PHONE NUMBER: (509) 689-3418
503 S 7Th St
Brewster, WA  98812

Bridgeport School District
SUPERINTENDENT: Scott Satler
E-MAIL: ssattler@bsd75.org
PHONE NUMBER: (509) 686-5656
1300 Douglas Ave
Bridgeport, WA  98813

Brinnon School District
SUPERINTENDENT: Patricia Beathard
E-MAIL: pbeathard@bsd46.org
PHONE NUMBER: (360) 796-4646
46 Schoolhouse Rd
Brinnon, WA  98320

Burlington-edison School District
SUPERINTENDENT: Laurel Browning
E-MAIL: lbrowning@be.wednet.edu
PHONE NUMBER: (360) 757-3311
927 E Fairhaven Ave
Burlington, WA  98233

Camas School District
SUPERINTENDENT: Jeff Snell
E-MAIL: jeff.snell@camas.wednet.edu
PHONE NUMBER: (360) 335-3000
841 Ne 22Nd Ave
Camas, WA  98607

Cape Flattery School District
SUPERINTENDENT: Michelle Parkin
E-MAIL: mparkin@cfsd.wednet.edu
PHONE NUMBER: (360) 963-2329
13193 Hwy 112
Sekiu, WA  98381

Carbonado School District
SUPERINTENDENT: Scott Hubbard
E-MAIL: shubbard@carbonado.k12.wa.us
PHONE NUMBER: (360) 829-0121
427 4Th St

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Carbonado, WA  98323

Cascade School District
SUPERINTENDENT: Tracey Edou
E-MAIL: tbeckendorfedou@cascadesd.org
PHONE NUMBER: (509) 548-5885
330 Evans St
Leavenworth, WA  98826

Cashmere School District
SUPERINTENDENT: Glenn Johnson
E-MAIL: gjohnson@cashmere.wednet.edu
PHONE NUMBER: (509) 782-3355
210 S Division St
Cashmere, WA  98815

Castle Rock School District
SUPERINTENDENT: Ryan Greene
E-MAIL: rgreene@crschools.org
PHONE NUMBER: (360) 501-2940
600 Huntington Ave S
Castle Rock, WA  98611

Centerville School District
SUPERINTENDENT: Ann Varkados
E-MAIL: avarkados@centervilleschool.org
PHONE NUMBER: (509) 773-4893
2315 Centerville Hwy
Centerville, WA  98613

Central Kitsap School District
SUPERINTENDENT: Erin Prince
E-MAIL: erinp@ckschools.org
PHONE NUMBER: (360) 662-1610
9210 Silverdale Way Nw
Silverdale, WA  98383

Central Valley School District
SUPERINTENDENT: Ben Small
E-MAIL: bsmall@cvsd.org
PHONE NUMBER: (509) 228-5400
19307 E Cataldo Ave
Greenacres, WA  99016

Centralia School District
SUPERINTENDENT: Lisa Grant
E-MAIL: lgrant@centralia.wednet.edu
PHONE NUMBER: (360) 330-7600
2320 Borst Ave
Centralia, WA  98531

Chehalis School District
SUPERINTENDENT: Ed Rothlin
E-MAIL: erothlin@chehalisschools.org
PHONE NUMBER: (360) 807-7200
310 Sw 16Th St

Chehalis, WA  98532

Cheney School District
SUPERINTENDENT: Robert Roettger
E-MAIL: rroettger@cheneysd.org
PHONE NUMBER: (509) 559-4599
12414 S Andrus Rd
Cheney, WA  99004

Chewelah School District
SUPERINTENDENT: Chris Reykdal
E-MAIL: creykdal@chewelahk12.us
PHONE NUMBER: (509) 685-6800
210 N Park St
Chewelah, WA  99109

Chief Leschi School
SUPERINTENDENT: Marc Brouillet
E-MAIL: marc.brouillet@leschischools.org
PHONE NUMBER: (253) 445-6000
5625 52Nd Street East
Puyallup, WA  98371

Chimacum School District
SUPERINTENDENT: Rick Thompson
E-MAIL: rick_thompson@csd49.org
PHONE NUMBER: (360) 732-4090
91 W Valley Rd
Chimacum, WA  98325

Clarkston School District
SUPERINTENDENT: Thaynan Knowlton
E-MAIL: knowltont@csdk12.org
PHONE NUMBER: (509) 758-2531
1294 Chestnut Ave
Clarkston, WA  99403

Cle Elum-roslyn School District
SUPERINTENDENT: Michelle Cybula
E-MAIL: kuss-cybulam@cersd.org
PHONE NUMBER: (509) 649-4850
2690 State Route 903
Cle Elum, WA  98922

Clover Park School District
SUPERINTENDENT: Ron Banner
E-MAIL: supt@cloverpark.k12.wa.us
PHONE NUMBER: (253) 583-5000
10903 Gravelly Lake Dr Sw
Lakewood, WA  98499

Clover Park Technical College
SUPERINTENDENT: Joyce Loveday
E-MAIL: joyce.loveday@cptc.edu
PHONE NUMBER: (253) 589-5800
4500 Steilacoom Blvd Sw

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Lakewood, WA  98499

Colfax School District
SUPERINTENDENT: Jerry Pugh
E-MAIL: jerry.pugh@csd300.com
PHONE NUMBER: (509) 397-3042
1110 N Morton St
Colfax, WA  99111

College Place School District
SUPERINTENDENT: James Fry
E-MAIL: jfry@cpps.org
PHONE NUMBER: (509) 525-4827
1755 S College Ave
College Place, WA  99324

Colton School District
SUPERINTENDENT: Paul Clark
E-MAIL: pclark@colton.k12.wa.us
PHONE NUMBER: (509) 229-3385
706 Union
Colton, WA  99113

Columbia (stevens) School District
SUPERINTENDENT: Greg Price
E-MAIL: gprice@columbia206.net
PHONE NUMBER: (509) 722-3311
4961 B Hunters Shop Rd
Hunters, WA  99137

Columbia (walla Walla) School District
SUPERINTENDENT: Todd Hilberg
E-MAIL: todd.hilberg@csd400.org
PHONE NUMBER: (509) 547-2136
755 Maple St
Burbank, WA  99323

Colville School District
SUPERINTENDENT: Pete Lewis
E-MAIL: pete.lewis@colsd.org
PHONE NUMBER: (509) 684-7850
217 S Hofstetter St
Colville, WA  99114

Community Colleges Of Spokane
SUPERINTENDENT: Christine Johnson
E-MAIL: christine.johnson@ccs.spokane.edu
PHONE NUMBER: (509) 434-5162
501 N Riverpoint Blvd
Spokane, WA  99217

Concrete School District
SUPERINTENDENT: Wayne Barrett
E-MAIL: wbarrett@concrete.k12.wa.us
PHONE NUMBER: (360) 853-4000
45389 Airport Way Rm 103

Concrete, WA  98237

Conway School District
SUPERINTENDENT: Jeff Cravy
E-MAIL: jcravy@conway.k12.wa.us
PHONE NUMBER: (360) 445-5785
19710 State Route 534
Mount Vernon, WA  98274

Cosmopolis School District
SUPERINTENDENT: Cherie Patterson
E-MAIL: cpatterson@cosmopolisschool.com
PHONE NUMBER: (360) 532-7181
1439 Fourth Street
Cosmopolis, WA  98537

Coulee-hartline School District
SUPERINTENDENT: Jim Evans
E-MAIL: jevans@achsd.org
PHONE NUMBER: (509) 632-5231
410 W Locust St
Coulee City, WA  99115

Coupeville School District
SUPERINTENDENT: Steve King
E-MAIL: sking@coupeville.k12.wa.us
PHONE NUMBER: (360) 678-2400
501 S Main St
Coupeville, WA  98239

Crescent School District
SUPERINTENDENT: Dave Bingham
E-MAIL: daveb@crescent.wednet.edu
PHONE NUMBER: (360) 928-3311
50350 Hwy 112
Joyce, WA  98343

Curlew School District
SUPERINTENDENT: John Glenewinkel
E-MAIL: jgwinkel@curlew.wednet.edu
PHONE NUMBER: (509) 779-4931
47 Curlew School Rd
Curlew, WA  99118

Cusick School District
SUPERINTENDENT: Don Hawpe
E-MAIL: dhawpe@cusick.wednet.edu
PHONE NUMBER: (509) 445-1125
305 Monumental Way
Cusick, WA  99119

Damman School District
SUPERINTENDENT: Marsha Smith
E-MAIL: hats2many@aol.com
PHONE NUMBER: (509) 962-9079
3600 Umptanum Rd

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Ellensburg, WA  98926

Darrington School District
SUPERINTENDENT: Buck Marsh
E-MAIL: bmarsh@dsd.k12.wa.us
PHONE NUMBER: (360) 436-1323
1065 Fir St
Darrington, WA  98241

Davenport School District
SUPERINTENDENT: James Kowalkowski
E-MAIL: jkowalkowski@davenportsd.org
PHONE NUMBER: (509) 725-1481
801 7Th Street
Davenport, WA  99122

Dayton School District
SUPERINTENDENT: Guy Strot
E-MAIL: guys@daytonsd.org
PHONE NUMBER: (509) 382-2543
609 S 2Nd St
Dayton, WA  99328

Deer Park School District
SUPERINTENDENT: Travis Hanson
E-MAIL: travis.hanson@dpsdmail.org
PHONE NUMBER: (509) 464-5500
N. 428 Main
Deer Park, WA  99006

Dieringer School District
SUPERINTENDENT: Michael Farmer
E-MAIL: mfarmer@dieringer.wednet.edu
PHONE NUMBER: (253) 862-2537
1320 178Th Ave E
Lake Tapps, WA  98391

Dixie School District
SUPERINTENDENT: Jacob Bang
E-MAIL: jbang@dixiesd.org
PHONE NUMBER: (509) 525-5339
10520 E. Hwy. 12 PO Box 40
Dixie, WA  99329

East Valley School District (spokane)
SUPERINTENDENT: Kelly Shea
E-MAIL: sheak@evsd.org
PHONE NUMBER: (509) 924-1830
3830 N. Sullivan Road
Spokane, WA  99216

East Valley School District (yakima)
SUPERINTENDENT: John Schieche
E-MAIL: schieche.john@evsd90.org
PHONE NUMBER: (509) 573-7300
2002 Beaudry Rd

Yakima, WA  98901

Eastmont School District
SUPERINTENDENT: Garn Christensen
E-MAIL: christenseng@eastmont206.org
PHONE NUMBER: (509) 884-7169
460 9Th St Ne
East Wenatchee, WA  98802

Easton School District
SUPERINTENDENT: Patrick Dehuff
E-MAIL: dehuffp@easton.wednet.edu
PHONE NUMBER: (509) 656-2317
1893 Railroad St
Easton, WA  98925

Eatonville School District
SUPERINTENDENT: Krestin Bahr
E-MAIL: krestin_bahr@eatonville.wednet.edu
PHONE NUMBER: (360) 879-1000
200 Lynch St W
Eatonville, WA  98328

Edmonds School District
SUPERINTENDENT: Kristine Mcduffy
E-MAIL: mcduffyk278@edmonds.wednet.edu
PHONE NUMBER: (425) 431-7000
20420 68Th Ave W
Lynnwood, WA  98036

Educational Service District 101
SUPERINTENDENT: Mike Dunn
E-MAIL: mdunn@esd101.net
PHONE NUMBER: (509) 789-3800
4202 S Regal Street
Spokane, WA  99223

Educational Service District 105
SUPERINTENDENT: Kevin Chase
E-MAIL: kevin.chase@esd105.org
PHONE NUMBER: (509) 575-2885
33 S 2Nd Ave
Yakima, WA  98902

Educational Service District 112
SUPERINTENDENT: Tim Merlino
E-MAIL: tim.merlino@esd112.org
PHONE NUMBER: (360) 750-7500
2500 Ne 65Th Ave
Vancouver, WA  98661

Educational Service District 113
SUPERINTENDENT: Dana Anderson
E-MAIL: danderson@esd113.org
PHONE NUMBER: (360) 464-6700
6005 Tyee Dr Sw

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Tumwater, WA  98512

Educational Service District 123
SUPERINTENDENT: Darcy Weisner
E-MAIL: dweisner@esd123.org
PHONE NUMBER: (509) 547-8441
3918 W Court St
Pasco, WA  99301

Ellensburg School District
SUPERINTENDENT: Jinger Haberer
E-MAIL: jinger.haberer@esd401.org
PHONE NUMBER: (509)925-8000
1300 E 3RD AVE
ELLENSBURG, WA  98926

Elma School District
SUPERINTENDENT: Kevin Acuff
E-MAIL: kacuff@eagles.edu
PHONE NUMBER: (360) 482-2822
1235 Monte Elma Rd
Elma, WA  98541

Endicott School District
SUPERINTENDENT: Bruce Porubek
E-MAIL: bporubek@stjohn.wednet.edu
PHONE NUMBER: (509) 657-3523
308 School Dr
Endicott, WA  99125

Entiat School District
SUPERINTENDENT: Miles Caples
E-MAIL: mcaples@entiatschools.org
PHONE NUMBER: (509) 784-1800
2650 Entiat Way
Entiat, WA  98822

Enumclaw School District
SUPERINTENDENT: Shaun Carey
E-MAIL: shaun_carey@enumclaw.wednet.edu
PHONE NUMBER: (360) 802-7100
2929 Mcdougall Ave
Enumclaw, WA  98022

Ephrata School District
SUPERINTENDENT: Tim Payne
E-MAIL: tpayne@ephrataschools.org
PHONE NUMBER: (509) 754-2474
499 C St Nw
Ephrata, WA  98823

Esa 112
SUPERINTENDENT: Tim Merlino
E-MAIL: tim.merlino@esd112.org
PHONE NUMBER: (360)750-7500
2500 NE 65th Avenue

Vancouver, WA  98661

Evaline School District
SUPERINTENDENT: Kyle Macdonald
E-MAIL: kmacdonald@evalinesd.k12.wa.us
PHONE NUMBER: (360) 785-3460
111 Schoolhouse Rd
Winlock, WA  98596

Everett Community College
SUPERINTENDENT: Daria Willis
E-MAIL: dwillis@everettcc.edu
PHONE NUMBER: (425) 388-9100
2000 Tower Street
Everett, WA  98201

Everett School District
SUPERINTENDENT: Ian Saltzman
E-MAIL: isaltzman@everettsd.org
PHONE NUMBER: (425) 385-4000
3900 Broadway
Everett, WA  98201

Evergreen School District (clark)
SUPERINTENDENT: Mike Merlino
E-MAIL: michael.merlino@evergreenps.org
PHONE NUMBER: (360) 604-4005
13501 Ne 28Th St
Vancouver, WA  98668

Evergreen School District (stevens)
SUPERINTENDENT: Bill Glidewell
E-MAIL: bglidewell@evergreen.k12.wa.us
PHONE NUMBER: (509) 722-6084
3341 Addy Gifford Rd
Gifford, WA  99131

Federal Way School District
SUPERINTENDENT: Tammy Campbell
E-MAIL: tcampbel@fwps.org
PHONE NUMBER: (253) 945-2000
33330 8Th Ave S
Federal Way, WA  98003

Ferndale School District
SUPERINTENDENT: Linda Quinn
E-MAIL: linda.quinn@ferndalesd.org
PHONE NUMBER: (360) 383-9200
6041 Vista Drive
Ferndale, WA  98248

Fife School District
SUPERINTENDENT: Kevin Alfano
E-MAIL: kalfano@fifeschools.com
PHONE NUMBER: (253) 284-1000
5802 20Th St E

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Tacoma, WA  98424

Finley School District
SUPERINTENDENT: Lance Hahn
E-MAIL: lhahn@finleysd.org
PHONE NUMBER: (509) 586-3217
224606 E Game Farm Rd
Kennewick, WA  99337

Franklin Pierce School District
SUPERINTENDENT: Lance Goodpaster
E-MAIL: lgoodpaster@fpschools.org
PHONE NUMBER: (253) 298-3000
315 129Th St S
Tacoma, WA  98444

Freeman School District
SUPERINTENDENT: Randy Russell
E-MAIL: rrussell@freemansd.org
PHONE NUMBER: (509) 291-3695
15001 S Jackson Rd
Rockford, WA  99030

Garfield School District
SUPERINTENDENT: Zane Wells
E-MAIL: zwells@garpal.net
PHONE NUMBER: (509) 878-1921
810 N Third St
Garfield, WA  99130

Glenwood School District
SUPERINTENDENT: Heather Gimlin
E-MAIL: heather.gimlin@glenwoodsd.org
PHONE NUMBER: (509) 364-3438
320 Bunnell St
Glenwood, WA  98619

Goldendale School District
SUPERINTENDENT: Ellen Perconti
E-MAIL: ellen.perconti@gsd404.org
PHONE NUMBER: (509) 773-5177
604 E. Brooks St
Goldendale, WA  98620

Grand Coulee Dam School District
SUPERINTENDENT: Paul Turner
E-MAIL: pturner@gcdsd.org
PHONE NUMBER: (509) 633-2143
110 Stevens Ave
Coulee Dam, WA  99116

Grandview School District
SUPERINTENDENT: Henry Strom
E-MAIL: hmstrom@gsd200.org
PHONE NUMBER: (509) 882-8500
913 W 2Nd St

Grandview, WA  98930

Granger School District
SUPERINTENDENT: Brian Hart
E-MAIL: hartb@gsd.wednet.edu
PHONE NUMBER: (509) 854-1515
701 E Ave
Granger, WA  98932

Granite Falls School District
SUPERINTENDENT: Josh Middleton
E-MAIL: jmiddleton@gfalls.wednet.edu
PHONE NUMBER: (360) 691-7717
205 N Alder Ave
Granite Falls, WA  98252

Grapeview School District
SUPERINTENDENT: Kurt Hilyard
E-MAIL: khilyard@gsd54.org
PHONE NUMBER: (360) 275-4921
822 E Mason Benson Rd
Grapeview, WA  98546

Great Northern School District
SUPERINTENDENT: Jeff Baerwald
E-MAIL: jbaerwald@gnsd.k12.wa.us
PHONE NUMBER: (509) 747-7714
3115 N Spotted Rd
Spokane, WA  99224

Green Mountain School District
SUPERINTENDENT: Tyson Vogeler
E-MAIL: tyson.vogeler@greenmountainschool.us
PHONE NUMBER: (360) 225-7366
13105 Ne Grinnell Rd
Woodland, WA  98674

Green River Community College
SUPERINTENDENT: George Frasier
E-MAIL: gfrasier@greenriver.edu
PHONE NUMBER: (253) 833-9111
12401 Se 320Th St
Auburn, WA  98002

Griffin School District
SUPERINTENDENT: Greg Woods
E-MAIL: gwoods@griffinschool.us
PHONE NUMBER: (360) 866-2515
6530 33Rd Ave Nw
Olympia, WA  98502

Harrington School District
SUPERINTENDENT: Wayne Massie
E-MAIL: wmassie@harringtonsd.org
PHONE NUMBER: (509) 253-4331
100 S 1St St

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Harrington, WA  99134

Highland School District
SUPERINTENDENT: Mark Anderson
E-MAIL: manderson@highland.wednet.edu
PHONE NUMBER: (509) 678-8630
17000 Summitview Rd
Cowiche, WA  98923

Highline School District
SUPERINTENDENT: Susan Enfield
E-MAIL: susan.enfield@highlineschools.org
PHONE NUMBER: (206) 631-3000
15675 Ambaum Blvd Sw
Burien, WA  98166

Hockinson School District
SUPERINTENDENT: Steve Marshall
E-MAIL: steve.marshall@hocksd.org
PHONE NUMBER: (360) 448-6400
17912 Ne 159Th St
Brush Prairie, WA  98606

Hood Canal School District
SUPERINTENDENT: Nikki Cannon
E-MAIL: ncannon@hoodcanalschool.org
PHONE NUMBER: (360) 877-5463
111 N State Route 106
Shelton, WA  98584

Hoquiam School District
SUPERINTENDENT: Mike Villarreal
E-MAIL: mvillarreal@hoquiam.k12.wa.us
PHONE NUMBER: (360) 538-8200
305 Simpson Ave
Hoquiam, WA  98550

Inchelium School District
SUPERINTENDENT: Kim Spacek
E-MAIL: kspacek@inchelium.wednet.edu
PHONE NUMBER: (509) 722-6181
2 Hornet Avenue
Inchelium, WA  99138

Index School District
SUPERINTENDENT: Brad Jernberg
E-MAIL: bjernberg@index.k12.wa.us
PHONE NUMBER: (360) 793-1330
436 Index Ave
Index, WA  98256

Issaquah School District
SUPERINTENDENT: Ron Thiele
E-MAIL: thieler@issaquah.wednet.edu
PHONE NUMBER: (425) 837-7000
565 Nw Holly St

Issaquah, WA  98027

Kahlotus School District
SUPERINTENDENT: Mark Bitzer
E-MAIL: markfbitzer@kahlotussd.org
PHONE NUMBER: (509) 282-3338
100 W Martin St
Kahlotus, WA  99335

Kalama School District
SUPERINTENDENT: Eric Nerison
E-MAIL: eric.nerison@kalama.k12.wa.us
PHONE NUMBER: (360) 673-5282
548 China Garden Rd
Kalama, WA  98625

Keller School District
SUPERINTENDENT: Steve Gaub
E-MAIL: sgaub@keller.k12.wa.us
PHONE NUMBER: (509) 634-4325
17 South School Road
Keller, WA  99140

Kelso School District
SUPERINTENDENT: Mary Beth Tack
E-MAIL: marybeth.tack@kelsosd.org
PHONE NUMBER: (360) 501-1900
601 Crawford St
Kelso, WA  98626

Kennewick School District
SUPERINTENDENT: Traci Pierce
E-MAIL: traci.pierce@ksd.org
PHONE NUMBER: (509) 222-5000
1000 W. 4Th Avenue
Kennewick, WA  99336

Kent School District
SUPERINTENDENT: Calvin Watts
E-MAIL: calvin.watts@kent.k12.wa.us
PHONE NUMBER: (253) 373-7000
12033 Se 256Th St
Kent, WA  98031

Kettle Falls School District
SUPERINTENDENT: Thaynan Knowlton
E-MAIL: tknowlton@kfschools.org
PHONE NUMBER: (509) 738-6625
S 735 Meyers
Kettle Falls, WA  99141

Kiona-benton City School District
SUPERINTENDENT: Pete Peterson
E-MAIL: pete.peterson@kibesd.org
PHONE NUMBER: (509) 588-2000
1105 Dale Avenue

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Benton City, WA  99320

Kittitas School District
SUPERINTENDENT: Mike Nollan
E-MAIL: mike_nollan@ksd403.org
PHONE NUMBER: (855) 380-8844
505 N Pierce St
Kittitas, WA  98934

Klickitat School District
SUPERINTENDENT: Brian Freeman
E-MAIL: brian.freeman@klickitatsd.org
PHONE NUMBER: (509) 369-4145
98 School Drive
Klickitat, WA  98628

La Center School District
SUPERINTENDENT: Dave Holmes
E-MAIL: dave.holmes@lacenterschools.org
PHONE NUMBER: (360) 263-2131
725 Highland Road
La Center, WA  98629

La Conner School District
SUPERINTENDENT: Whitney Meissner
E-MAIL: wmeissner@lc.k12.wa.us
PHONE NUMBER: (360) 466-3171
305 N 6Th St
La Conner, WA  98257

Lacrosse School District
SUPERINTENDENT: Doug Curtis
E-MAIL: dcurtis@lacrossesd.k12.wa.us
PHONE NUMBER: (509) 549-3591
111 Hill Ave.
Lacrosse, WA  99143

Lake Chelan School District
SUPERINTENDENT: Barry Depaoli
E-MAIL: depaolib@chelanschools.org
PHONE NUMBER: (509) 682-3515
303 E Johnson Ave
Chelan, WA  98816

Lake Quinault School District
SUPERINTENDENT: Richard Dubois
E-MAIL: rdubois@lakequinaultschools.org
PHONE NUMBER: (360) 288-2260
6130 Hwy 101 N
Amanda Park, WA  98526

Lake Stevens School District
SUPERINTENDENT: Amy Cook
E-MAIL: amybeth_cook@lkstevens.wednet.edu
PHONE NUMBER: (425) 335-1500
12309 22Nd St Ne

Lake Stevens, WA  98258

Lake Washington Institute Of Technology
SUPERINTENDENT: Amy Goings
E-MAIL: amy.goings@lwtech.edu
PHONE NUMBER: (425) 739-8100
11605 132Nd Ave Ne
Kirkland, WA  98034

Lake Washington School District
SUPERINTENDENT: Traci Pierce
E-MAIL: tpierce@lwsd.org
PHONE NUMBER: (425) 936-1200
16250 Ne 74Th St
Redmond, WA  98052

Lakewood School District
SUPERINTENDENT: Scott Peacock
E-MAIL: speacock@lwsd.wednet.edu
PHONE NUMBER: (360) 652-4500
17110 16Th Dr Ne
North Lakewood, WA  98259

Lamont School District
SUPERINTENDENT: Todd Spear
E-MAIL: tspear@lamont.wednet.edu
PHONE NUMBER: (509) 257-2463
602 Main St
Lamont, WA  99017

Liberty School District
SUPERINTENDENT: Brett Baum
E-MAIL: bbaum@libertysd.us
PHONE NUMBER: (509) 624-4415
29818 S North Pine Creek Rd
Spangle, WA  99031

Lind School District
SUPERINTENDENT: Don Vanderholm
E-MAIL: dvanderholm@lrschools.org
PHONE NUMBER: (509) 677-3481
206 W Third St
Lind, WA  99341

Longview School District
SUPERINTENDENT: Dan Zorn
E-MAIL: dzorn@longview.k12.wa.us
PHONE NUMBER: (360) 575-7000
2715 Lilac St
Longview, WA  98632

Loon Lake School District
SUPERINTENDENT: Brad Van Dyne
E-MAIL: bvandyne@loonlakeschool.org
PHONE NUMBER: (509) 233-2212
4001 Maple St

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Loon Lake, WA  99148

Lopez School District
SUPERINTENDENT: Brian Auckland
E-MAIL: bauckland@lopez.k12.wa.us
PHONE NUMBER: (360) 468-2201
86 School Rd
Lopez Island, WA  98261

Lummi High School
SUPERINTENDENT: Kevin Villars
E-MAIL: kevin.villars@lummi-k12.org
PHONE NUMBER: (360) 758-3148
2334 Lummi Shore Road
Bellingham, WA  98226

Lummi Tribal School System
SUPERINTENDENT: Kevin Villars
E-MAIL: kevin.villars@lummi-k12.org
PHONE NUMBER: (360) 758-4300
2334 Lummi View Dr
Bellingham, WA  98226

Lyle School District
SUPERINTENDENT: Ann Varkados
E-MAIL: ann.varkados@lyleschools.org
PHONE NUMBER: (509) 365-2191
625 Keasey Street
Lyle, WA  98635

Lynden School District
SUPERINTENDENT: Jim Frey
E-MAIL: freyj@lynden.wednet.edu
PHONE NUMBER: (360) 354-4443
1203 Bradley Rd
Lynden, WA  98264

Mabton School District
SUPERINTENDENT: Joseph Castilleja
E-MAIL: castillejaj@msd120.org
PHONE NUMBER: (509) 894-4852
306 N Main
Mabton, WA  98935

Mansfield School District
SUPERINTENDENT: Mike Messenger
E-MAIL: mmessenger@mansfield.wednet.edu
PHONE NUMBER: (509) 683-1012
491 Rd 14Ne
Mansfield, WA  98830

Manson School District
SUPERINTENDENT: Matt Charlton
E-MAIL: mcharlton@manson.org
PHONE NUMBER: (509) 687-3140
135 S. Hill St.

Manson, WA  98831

Mary M Knight School District
SUPERINTENDENT: Matt Mallery
E-MAIL: mmallery@mmk.wednet.edu
PHONE NUMBER: (360) 426-6767
2987 W Matlock Brady Rd
Elma, WA  98541

Marysville School District
SUPERINTENDENT: Jason Thompson
E-MAIL: jason_thompson@msd25.org
PHONE NUMBER: (360) 965-0000
4220 80Th St Ne
Marysville, WA  98270

Mccleary School District
SUPERINTENDENT: Shannon Ramsey
E-MAIL: sramsey@mccleary.wednet.edu
PHONE NUMBER: (360) 495-3204
611 S Main St
Mccleary, WA  98557

Mead School District
SUPERINTENDENT: Shawn Woodward
E-MAIL: shawn.woodward@mead354.org
PHONE NUMBER: (509) 465-6000
2323 E. Farwell Road
Mead, WA  99021

Medical Lake School District
SUPERINTENDENT: Timothy Ames
E-MAIL: tames@mlsd.org
PHONE NUMBER: (509) 565-3100
116 W Third St
Medical Lake, WA  99022

Mercer Island School District
SUPERINTENDENT: Donna Colosky
E-MAIL: donna.colosky@mercerislandschools.org
PHONE NUMBER: (206) 236-3330
4160 86Th Ave Se
Mercer Island, WA  98040

Meridian School District
SUPERINTENDENT: James Everett
E-MAIL: jeverett@meridian.wednet.edu
PHONE NUMBER: (360) 398-7111
214 W Laurel Rd
Bellingham, WA  98226

Methow Valley School District
SUPERINTENDENT: Tom Venable
E-MAIL: tvenable@methow.org
PHONE NUMBER: (509) 996-9205
18 Twin Lakes Rd

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

Winthrop, WA  98862

Mill A School District
SUPERINTENDENT: Bob Rogers
E-MAIL: brogers@millaschool.org
PHONE NUMBER: (509) 538-2522
1142 Jessup Rd
Cook, WA  98605

Monroe School District
SUPERINTENDENT: Justin Blasko
E-MAIL: blaskoj@monroe.wednet.edu
PHONE NUMBER: (360) 804-2500
200 E Fremont St
Monroe, WA  98272

Montesano School District
SUPERINTENDENT: Dan Winter
E-MAIL: dwinter@monteschools.org
PHONE NUMBER: (360) 249-3942
302 Church St N
Montesano, WA  98563

Morton School District
SUPERINTENDENT: John Hannah
E-MAIL: jhannah@morton.k12.wa.us
PHONE NUMBER: (360) 496-5300
152 Westlake Ave
Morton, WA  98356

Moses Lake School District
SUPERINTENDENT: Joshua Meek
E-MAIL: jmeek@mlsd161.org
PHONE NUMBER: (509) 766-2650
920 W Ivy Ave
Moses Lake, WA  98837

Mossyrock School District
SUPERINTENDENT: Lisa Grant
E-MAIL: lgrant@mossyrockschools.org
PHONE NUMBER: (360) 983-3181
545 Williams St
Mossyrock, WA  98564

Mount Adams School District
SUPERINTENDENT: Curt Guaglianone
E-MAIL: cguaglianone@masd209.org
PHONE NUMBER: (509) 874-2611
621 Signal Peak Rd
White Swan, WA  98952

Mount Baker School District
SUPERINTENDENT: Mary Sewright
E-MAIL: msewright@mtbaker.wednet.edu
PHONE NUMBER: (360) 383-2000
4956 Deming Rd

Deming, WA  98244

Mount Pleasant School District
SUPERINTENDENT: Ray Griffin
E-MAIL: ray.griffin@mtpleasantschool.org
PHONE NUMBER: (360) 835-3371
152 Marble Rd
Washougal, WA  98671

Mount Vernon School District
SUPERINTENDENT: Carl Bruner
E-MAIL: cbruner@mv.k12.wa.us
PHONE NUMBER: (360) 428-6110
124 E Lawrence St
Mount Vernon, WA  98273

Muckleshoot Tribal School
SUPERINTENDENT: John Lombardi
E-MAIL:
john.lombardi@muckleshoottribalschool.org
PHONE NUMBER: (253) 931-6709
15209 Se 376th St
Auburn, WA  98092

Mukilteo School District
SUPERINTENDENT: Alison Brynelson
E-MAIL: brynelsonax@mukilteo.wednet.edu
PHONE NUMBER: (425) 356-1274
9401 Sharon Dr
Everett, WA  98204

Naches Valley School District
SUPERINTENDENT: Robert Bowman
E-MAIL: rbowman@nvsd.org
PHONE NUMBER: (509) 653-2220
24 Shafer Ave
Naches, WA  98937

Napavine School District
SUPERINTENDENT: Shane Schutz
E-MAIL: sschutz@napavineschools.org
PHONE NUMBER: (360) 262-3303
413 E Park St
Napavine, WA  98565

Naselle-grays River Valley School District
SUPERINTENDENT: Lisa Nelson
E-MAIL: lnelson@naselleschools.org
PHONE NUMBER: (360) 484-7121
793 State Route 4
Naselle, WA  98638

Nespelem School District
SUPERINTENDENT: Effie Dean
E-MAIL: edean@nsdeagles.org
PHONE NUMBER: (509) 634-4541

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

229 School Loop Rd
Nespelem, WA  99155

Newport School District
SUPERINTENDENT: David Smith
E-MAIL: smithdave@newportgriz.com
PHONE NUMBER: (509) 447-3167
1380 W 5Th
Newport, WA  99156

Nine Mile Falls School District
SUPERINTENDENT: Brian Talbott
E-MAIL: btalbott@9mile.org
PHONE NUMBER: (509) 340-4300
10110 W Charles Rd
Nine Mile Falls, WA  99026

Nooksack Valley School District
SUPERINTENDENT: Mark Johnson
E-MAIL: mark.johnson@nv.k12.wa.us
PHONE NUMBER: (360) 988-4754
3326 E Badger Rd
Everson, WA  98247

North Beach School District
SUPERINTENDENT: Andrew Kelly
E-MAIL: akelly@northbeachschools.org
PHONE NUMBER: (360) 289-2447
2652 St Route 109 Ocean City
Ocean Shores, WA  98569

North Central Educational Service District 171
SUPERINTENDENT: Michelle Price
E-MAIL: michellep@ncesd.org
PHONE NUMBER: (509) 665-2610
430 Olds Station Rd
Wenatchee, WA  98801

North Franklin School District
SUPERINTENDENT: James Jacobs
E-MAIL: jjacobs@nfsd.org
PHONE NUMBER: (509) 234-2021
1100 W Clark St
Connell, WA  99326

North Kitsap School District
SUPERINTENDENT: Laurynn Evans
E-MAIL: levans@nkschools.org
PHONE NUMBER: (360) 396-3000
18360 Caldart Ave Ne
Poulsbo, WA  98370

North Mason School District
SUPERINTENDENT: Dana Rosenbach
E-MAIL: drosenbach@northmasonschools.org
PHONE NUMBER: (360) 277-2300

71 East Campus Drive
Belfair, WA  98528

North River School District
SUPERINTENDENT: David Pickering
E-MAIL: dpickering@nr.k12.wa.us
PHONE NUMBER: (360) 532-3079
2867 N River Rd
Cosmopolis, WA  98537

North Thurston Public Schools
SUPERINTENDENT: Debra Clemens
E-MAIL: dclemens@nthurston.k12.wa.us
PHONE NUMBER: (360) 412-4400
305 College St Ne
Lacey, WA  98516

Northport School District
SUPERINTENDENT: Don Baribault
E-MAIL: dbaribault@northportschools.org
PHONE NUMBER: (509) 732-4441
404 10Th St
Northport, WA  99157

Northshore School District
SUPERINTENDENT: Michelle Reid
E-MAIL: mreid@nsd.org
PHONE NUMBER: (425) 408-6000
3330 Monte Villa Parkway
Bothell, WA  98021

Northwest Educational Service District 189
SUPERINTENDENT: Larry Francois
E-MAIL: lfrancois@nwesd.org
PHONE NUMBER: (360) 299-4000
1601 R Ave
Anacortes, WA  98221

Oak Harbor School District
SUPERINTENDENT: Lance Gibbon
E-MAIL: lgibbon@ohsd.net
PHONE NUMBER: (360) 279-5000
350 S Oak Harbor St
Oak Harbor, WA  98277

Oakesdale School District
SUPERINTENDENT: Jake Dingman
E-MAIL: jdingman@gonighthawks.net
PHONE NUMBER: (509) 285-5296
First & Mccoy
Oakesdale, WA  99158

Oakville School District
SUPERINTENDENT: Rich Staley
E-MAIL: rstaley@oakvilleschools.org
PHONE NUMBER: (360) 273-0171

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

103 School St
Oakville, WA  98568

Ocean Beach School District
SUPERINTENDENT: Amy Huntley
E-MAIL: amy.huntley@oceanbeachschools.org
PHONE NUMBER: (360) 642-3739
500 Washington Ave S
Long Beach, WA  98631

Ocosta School District
SUPERINTENDENT: Heather Sweet
E-MAIL: hsweet@ocosta.org
PHONE NUMBER: (360) 268-9125
2580 S Montesano St
Westport, WA  98595

Odessa School District
SUPERINTENDENT: Dan Read
E-MAIL: readd@odessa.wednet.edu
PHONE NUMBER: (509) 982-2668
311 S First St
Odessa, WA  99159

Office Of The Governor (sch For Blind)
SUPERINTENDENT: Scott Mccallum
E-MAIL: scott.mccallum@wssb.wa.gov
PHONE NUMBER: (360) 696-6321
2214 E. 13Th Street
Vancouver, WA  98661

Okanogan School District
SUPERINTENDENT: Ashley Goetz
E-MAIL: agoetz@oksd.wednet.edu
PHONE NUMBER: (509) 422-3629
244 5Th Ave South
Okanogan, WA  98840

Olympia School District
SUPERINTENDENT: Patrick Murphy
E-MAIL: pmurphy@osd.wednet.edu
PHONE NUMBER: (360) 596-6100
1113 Legion Way Se
Olympia, WA  98501

Olympic Educational Service District 114
SUPERINTENDENT: Greg Lynch
E-MAIL: glynch@oesd.wednet.edu
PHONE NUMBER: (360) 479-0993
105 National Ave N
Bremerton, WA  98312

Omak School District
SUPERINTENDENT: Kenneth Swanson
E-MAIL: eswanson@omaksd.org
PHONE NUMBER: (509) 826-0320

619 W Bartlett Ave
Omak, WA  98841

Onalaska School District
SUPERINTENDENT: Jeff Davis
E-MAIL: jdavis@onysd.wednet.edu
PHONE NUMBER: (360) 978-4111
540 Carlisle Ave
Onalaska, WA  98570

Onion Creek School District
SUPERINTENDENT: Rebekah Angus
E-MAIL: rangus@ocsd30.org
PHONE NUMBER: (509) 732-4240
2006 Lotze Creek Rd
Colville, WA  99114

Orcas Island School District
SUPERINTENDENT: Eric Webb
E-MAIL: ewebb@orcas.k12.wa.us
PHONE NUMBER: (360) 376-2284
557 School Rd
Eastsound, WA  98245

Orchard Prairie School District
SUPERINTENDENT: Duane Reidenbach
E-MAIL: dreidenbach@orchardprairie.org
PHONE NUMBER: (509) 467-9517
7626 N Orchard Prairie Rd
Spokane, WA  99217

Orient School District
SUPERINTENDENT: Sherry Cowbrough
E-MAIL: sherry.cowbrough@orientsd.org
PHONE NUMBER: (509) 684-6873
374 4Th Avenue
Orient, WA  99160

Orondo School District
SUPERINTENDENT: Ismael Vivanco
E-MAIL: ivivanco@orondo.wednet.edu
PHONE NUMBER: (509) 784-2443
100 Orondo School Rd
Orondo, WA  98843

Oroville School District
SUPERINTENDENT: Jeff Hardesty
E-MAIL: jeff.hardesty@oroville.wednet.edu
PHONE NUMBER: (509) 476-2281
816 Juniper
Oroville, WA  98844

Orting School District
SUPERINTENDENT: Tony Apostle
E-MAIL: apostlet@orting.wednet.edu
PHONE NUMBER: (360) 893-6500

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

121 Whitesell St Ne
Orting, WA  98360

Othello School District
SUPERINTENDENT: Kenneth Hurst
E-MAIL: churst@othelloschools.org
PHONE NUMBER: (509) 488-2659
1025 South 1st Avenue
Othello, WA  99344

Palisades School District
SUPERINTENDENT: Ismael Vivanco
E-MAIL: ishv@ncesd.org
PHONE NUMBER: (509) 884-8071
1114 Palisades Rd
Palisades, WA  98845

Palouse School District
SUPERINTENDENT: Calvin Johnson
E-MAIL: cjohnson@garpal.net
PHONE NUMBER: (509) 878-1921
600 E Alder St
Palouse, WA  99161

Paschal Sherman Indian School
SUPERINTENDENT: Lynn Holder
E-MAIL: lpalmanteer-holder@psischiefs.org
PHONE NUMBER: (509) 422-7590
169 N End Omak Lake Rd
Omak, WA  98841

Pasco School District
SUPERINTENDENT: Michelle Whitney
E-MAIL: mwhitney@psd1.org
PHONE NUMBER: (509) 543-6700
1215 W Lewis St
Pasco, WA  99301

Pateros School District
SUPERINTENDENT: Greg Goodnight
E-MAIL: ggoodnight@pateros.org
PHONE NUMBER: (509) 923-2343
344 W Beach St
Pateros, WA  98846

Paterson School District
SUPERINTENDENT: Monica Burnett
E-MAIL: monicab@patersonschool.org
PHONE NUMBER: (509) 875-2601
189 Paterson
Paterson, WA  99345

Pe Ell School District
SUPERINTENDENT: Kyle Macdonald
E-MAIL: kmacdonald@peell.k12.wa.us
PHONE NUMBER: (360) 291-3244

519 North 2Nd
Pe Ell, WA  98572

Peninsula School District
SUPERINTENDENT: Art Jarvis
E-MAIL: jarvisa@psd401.net
PHONE NUMBER: (253) 530-1000
14015 62Nd Ave Nw
Gig Harbor, WA  98332

Pomeroy School District
SUPERINTENDENT: Rachel Gwinn
E-MAIL: rgwinn@psd.wednet.edu
PHONE NUMBER: (509) 843-3393
121 S 10Th Street
Pomeroy, WA  99347

Port Angeles School District
SUPERINTENDENT: Marty Brewer
E-MAIL: mbrewer@portangelesschools.org
PHONE NUMBER: (360) 457-8575
216 E 4Th St
Port Angeles, WA  98362

Port Townsend School District
SUPERINTENDENT: John Polm
E-MAIL: jpolm@ptschools.org
PHONE NUMBER: (360) 379-4501
1610 Blaine St.
Port Townsend, WA  98368

Prescott School District
SUPERINTENDENT: Justin Bradford
E-MAIL: jbradford@prescott.k12.wa.us
PHONE NUMBER: (509) 849-2217
207 South A  Street
Prescott, WA  99348

Prosser School District
SUPERINTENDENT: Matt Ellis
E-MAIL: matthew.ellis@prosserschools.org
PHONE NUMBER: (509) 786-3323
1126 Meade Avenue Ste. A
Prosser, WA  99350

Puget Sound Educational Service District 121
SUPERINTENDENT: John Welch
E-MAIL: jwelch@psesd.org
PHONE NUMBER: (425) 917-7600
800 Oakesdale Ave Sw
Renton, WA  98057

Pullman School District
SUPERINTENDENT: Robert Maxwell
E-MAIL: RMaxwell@psd267.wednet.edu
PHONE NUMBER: (509) 332-3581

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

240 Se Dexter St
Pullman, WA  99163

Puyallup School District
SUPERINTENDENT: John Polm
E-MAIL: jpolm@ptschools.org
PHONE NUMBER: (253) 841-1301
302 2Nd St Se
Puyallup, WA  98372

Queets-clearwater School District
SUPERINTENDENT: Lee Petty
E-MAIL: lpetty@qcsd20.org
PHONE NUMBER: (360) 962-2395
146000 Highway 101
Forks, WA  98331

Quilcene School District
SUPERINTENDENT: Frank Redmon
E-MAIL: fredmon@qsd48.org
PHONE NUMBER: (360) 765-3363
294715 Hwy 101
Quilcene, WA  98376

Quileute Tribal School
SUPERINTENDENT: Mark Decker
E-MAIL: mark.decker@quileutetribalschool.org
PHONE NUMBER: (360) 374-5609
40 Ocean Dr
La Push, WA  98350

Quillayute Valley School District
SUPERINTENDENT: Diana Reaume
E-MAIL: diana.reaume@qvschools.org
PHONE NUMBER: (360) 374-6262
411 S Spartan Ave
Forks, WA  98331

Quincy School District
SUPERINTENDENT: John Boyd
E-MAIL: jboyd@qsd.wednet.edu
PHONE NUMBER: (509) 787-4571
119 J St Sw
Quincy, WA  98848

Rainier School District
SUPERINTENDENT: Bryon Bahr
E-MAIL: bahrb@rainier.wednet.edu
PHONE NUMBER: (360) 446-2207
207 Centre St
Rainier, WA  98576

Raymond School District
SUPERINTENDENT: Stephen Holland
E-MAIL: sholland@raymondk12.org
PHONE NUMBER: (360) 942-3415

1016 Commercial St
Raymond, WA  98577

Reardan-edwall School District
SUPERINTENDENT: Marcus Morgan
E-MAIL: mmorgan@reardan.net
PHONE NUMBER: (509) 796-2701
E. 215 Spokane Street
Reardan, WA  99029

Renton School District
SUPERINTENDENT: Damien Pattenaude
E-MAIL: damien.pattenaude@rentonschools.us
PHONE NUMBER: (425) 204-2300
300 Sw 7Th St
Renton, WA  98057

Renton Technical College
SUPERINTENDENT: Kevin Mccarthy
E-MAIL: kmccarthy@rtc.edu
PHONE NUMBER: (425) 235-2352
3000 Ne 4Th Street
Renton, WA  98056

Republic School District
SUPERINTENDENT: Kevin Young
E-MAIL: kyoung@republicsd.org
PHONE NUMBER: (509) 775-3173
30306 E Highway 20
Republic, WA  99166

Richland School District
SUPERINTENDENT: Shelley Redinger
E-MAIL: shelley.redinger@rsd.edu
PHONE NUMBER: (509) 967-6000
615 Snow Ave
Richland, WA  99352

Ridgefield School District
SUPERINTENDENT: Nathan Mccann
E-MAIL: nathan.mccann@ridgefieldsd.org
PHONE NUMBER: (360) 619-1301
2724 S Hillhurst Rd
Ridgefield, WA  98642

Ritzville School District
SUPERINTENDENT: Don Vanderholm
E-MAIL: dvanderholm@lrschools.org
PHONE NUMBER: (509) 659-1660
209 E Wellsandt Rd
Ritzville, WA  99169

Riverside School District
SUPERINTENDENT: Ken Russell
E-MAIL: ken.russell@rsdmail.org
PHONE NUMBER: (509) 464-8201

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

34515 N Newport Hwy
Chattaroy, WA  99003

Riverview School District
SUPERINTENDENT: Anthony Smith
E-MAIL: smitha@riverview.wednet.edu
PHONE NUMBER: (425) 844-4500
15510 1St Ave Ne
Duvall, WA  98019

Rochester School District
SUPERINTENDENT: Kim Fry
E-MAIL: kfry@rochester.wednet.edu
PHONE NUMBER: (360) 273-5536
10140 Highway 12 Sw
Rochester, WA  98579

Roosevelt School District
SUPERINTENDENT: Kate Watson
E-MAIL: kate.watson@rooseveltschooldistrict.net
PHONE NUMBER: (509) 384-5462
615 Chinook Ave
Roosevelt, WA  99356

Rosalia School District
SUPERINTENDENT: Rick Linehan
E-MAIL: rlinehan@rosaliaschools.org
PHONE NUMBER: (509) 523-3061
916 S Josephine
Rosalia, WA  99170

Royal School District
SUPERINTENDENT: Roger Trail
E-MAIL: rtrail@royal.wednet.edu
PHONE NUMBER: (509) 346-2222
901 Ahlers Rd
Royal City, WA  99357

San Juan Island School District
SUPERINTENDENT: Kari Mcveigh
E-MAIL: karimcveigh@sjisd.wednet.edu
PHONE NUMBER: (360) 378-4133
285 Blair Street
Friday Harbor, WA  98250

Satsop School District
SUPERINTENDENT: Marsha Hendrick
E-MAIL: mhendrick@satsopschool.org
PHONE NUMBER: (360) 482-5330
853 Monte Elma Rd
Satsop, WA  98583

Seattle Central Community College
SUPERINTENDENT: Sheila Lange
E-MAIL: sheila.edwardslange@seattlecolleges.edu
PHONE NUMBER: (206) 934-3800

1701 Broadway
Seattle, WA  98122

Seattle Education Line Office
SUPERINTENDENT: Denise Juneau
E-MAIL: superintendent@seattleschools.org
PHONE NUMBER: (800) 669-4000
909 1St Avenue
Seattle, WA  98104

Seattle Public Schools
SUPERINTENDENT: Denise Juneau
E-MAIL: superintendent@seattleschools.org
PHONE NUMBER: (206) 252-0000
2445 3Rd Ave S
Seattle, WA  98134

Sedro-woolley School District
SUPERINTENDENT: Phil Brockman
E-MAIL: pbrockman@swsd.k12.wa.us
PHONE NUMBER: (360) 855-3500
801 Trail Rd
Sedro Woolley, WA  98284

Selah School District
SUPERINTENDENT: Shane Backlund
E-MAIL: ShaneBacklund@selahschools.org
PHONE NUMBER: (509) 698-8000
316 W. Naches Ave.
Selah, WA  98942

Selkirk School District
SUPERINTENDENT: Nancy Lotze
E-MAIL: nlotze@selkirk.k12.wa.us
PHONE NUMBER: (509) 446-2951
219 Park Street
Metaline Falls, WA  99153

Sequim School District
SUPERINTENDENT: Robert Clark
E-MAIL: rclark@sequimschools.org
PHONE NUMBER: (360) 582-3260
503 N Sequim Ave
Sequim, WA  98382

Shaw Island School District
SUPERINTENDENT: Jennifer Swanson
E-MAIL: jswanson@shaw.k12.wa.us
PHONE NUMBER: (360) 468-2570
44 Hoffman Cove Rd
Shaw Island, WA  98286

Shelton School District
SUPERINTENDENT: Alex Apostle
E-MAIL: aapostle@sheltonschools.org
PHONE NUMBER: (360) 426-1687

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

700 S 1St St
Shelton, WA  98584

Shoreline School District
SUPERINTENDENT: Rebecca Miner
E-MAIL: rebecca.miner@shorelineschools.org
PHONE NUMBER: (206) 393-6111
18560 1St Ave Ne
Shoreline, WA  98155

Skamania School District
SUPERINTENDENT: Ralph Pruitt
E-MAIL: rpruitt@skamania.k12.wa.us
PHONE NUMBER: (509) 427-8239
122 Butler Loop Rd
Skamania, WA  98648

Skykomish School District
SUPERINTENDENT: Thomas Jay
E-MAIL: tjay@skykomish.wednet.edu
PHONE NUMBER: (360) 677-2623
105 6Th St N
Skykomish, WA  98288

Snohomish School District
SUPERINTENDENT: Kent Kultgen
E-MAIL: Kent.Kultgen@sno.wednet.edu
PHONE NUMBER: (360) 563-7300
1601 Avenue D
Snohomish, WA  98290

Snoqualmie Valley School District
SUPERINTENDENT: Robert Manahan
E-MAIL: manahanr@svsd410.org
PHONE NUMBER: (425) 831-8000
8001 Silva Ave Se
Snoqualmie, WA  98065

Soap Lake School District
SUPERINTENDENT: Sunshine Pray
E-MAIL: spray@slschools.org
PHONE NUMBER: (509) 246-1822
410 Gingko St S
Soap Lake, WA  98851

South Bend School District
SUPERINTENDENT: Jon Tienhaara
E-MAIL: jtienhaa@southbendschools.org
PHONE NUMBER: (360) 875-6041
405 E 1St
South Bend, WA  98586

South Kitsap School District
SUPERINTENDENT: Karst Brandsma
E-MAIL: brandsma@skschools.org
PHONE NUMBER: (360) 874-7000

2689 Hoover Ave Se
Port Orchard, WA  98366

South Seattle Community College (cc Dist #6)
SUPERINTENDENT: Rosie Chareunsap
E-MAIL: rosie.rimando@seattlecolleges.edu
PHONE NUMBER: (206) 934-5300
6000 16Th Ave S.W.
Seattle, WA  98106

South Whidbey School District
SUPERINTENDENT: Jo Moccia
E-MAIL: jmoccia@sw.wednet.edu
PHONE NUMBER: (360) 221-6100
5520 Maxwelton Road
Langley, WA  98260

Southside School District
SUPERINTENDENT: Doris Bolender
E-MAIL: dbolender@southsideschool.org
PHONE NUMBER: (360) 426-8437
161 Se Collier Rd
Shelton, WA  98584

Spokane School District
SUPERINTENDENT: Adam Swinyard
E-MAIL: adamsw@spokaneschools.org
PHONE NUMBER: (509) 354-5900
200 N Bernard St
Spokane, WA  99201

Sprague School District
SUPERINTENDENT: Bill Ressel
E-MAIL: bressel@sprague.wednet.edu
PHONE NUMBER: (509) 257-2591
S 512 F Street
Sprague, WA  99032

St. John School District
SUPERINTENDENT: Suzanne Schmick
E-MAIL: sschmick@sje.wednet.edu
PHONE NUMBER: (509) 648-4069
301 W Nob Hl
Saint John, WA  99171

Stanwood-camano School District
SUPERINTENDENT: Jean Shumate
E-MAIL: jshumate@stanwood.wednet.edu
PHONE NUMBER: (360) 629-1200
26920 Pioneer Highway
Stanwood, WA  98292

Star School District No. 054
SUPERINTENDENT: Rich Puryear
E-MAIL: rpuryear@starsd.org
PHONE NUMBER: (509) 547-2704

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

24180 Pasco Kahlotus Rd
Pasco, WA  99301

Stehekin School District
SUPERINTENDENT: Ron Scutt
E-MAIL: rscutt@gmail.com
PHONE NUMBER: (360) 725-6000
3 Mile Main Valley Rd
Stehekin, WA  98852

Steilacoom Hist. School District
SUPERINTENDENT: Kathi Weight
E-MAIL: kweight@steilacoom.k12.wa.us
PHONE NUMBER: (253) 983-2200
511 Chambers St
Steilacoom, WA  98388

Steptoe School District
SUPERINTENDENT: Eric Patton
E-MAIL: ericp@steptoe.k12.wa.us
PHONE NUMBER: (509) 397-3119
12 Tennessee St
Steptoe, WA  99174

Stevenson-carson School District
SUPERINTENDENT: Karen Douglass
E-MAIL: douglassk@scsd303.org
PHONE NUMBER: (509) 427-5674
350 Nw Bulldog Dr
Stevenson, WA  98648

Sultan School District
SUPERINTENDENT: Dan Chaplik
E-MAIL: dan.chaplik@sultan.k12.wa.us
PHONE NUMBER: (360)793-9800
514 4TH ST
SULTAN, WA  98294

Summit Valley School District
SUPERINTENDENT: Kristina Allen
E-MAIL: kallen@svalley.k12.in.us
PHONE NUMBER: (509) 935-6362
2360 Addy Gifford Rd
Addy, WA  99101

Sumner School District
SUPERINTENDENT: Laurie Dent
E-MAIL: laurie_dent@sumnersd.org
PHONE NUMBER: (253) 891-6000
1202 Wood Ave
Sumner, WA  98390

Sunnyside School District
SUPERINTENDENT: Kevin Mckay
E-MAIL: kevin.mckay@sunnysideschools.org
PHONE NUMBER: (509) 837-5851

1110 S 6Th St
Sunnyside, WA  98944

Suquamish Tribal Education Department
SUPERINTENDENT: Joe Davalos
E-MAIL: jdavalos@suquamish.nsn.us
PHONE NUMBER: (360) 394-8566
15838 Sandy Hook Road
Poulsbo, WA  98370

Tacoma School District
SUPERINTENDENT: Carla Santorno
E-MAIL: csantor@tacoma.k12.wa.us
PHONE NUMBER: (253) 571-1000
601 S 8Th
Tacoma, WA  98401

Taholah School District
SUPERINTENDENT: Patti Larriva
E-MAIL: plarriva@taholah.org
PHONE NUMBER: (360) 276-4780
600 Chitwhin Dr
Taholah, WA  98587

Tahoma School District
SUPERINTENDENT: Mike Hanson
E-MAIL: mhanson@tahomasd.us
PHONE NUMBER: (425) 413-3400
25720 Maple Vly Blk Diam Rd Se
Maple Valley, WA  98038

Tekoa School District
SUPERINTENDENT: Mark Heid
E-MAIL: mheid@tekoasd.org
PHONE NUMBER: (509) 284-3281
135 N College Ave
Tekoa, WA  99033

Tenino School District
SUPERINTENDENT: Joseph Belmonte
E-MAIL: belmontej@tenino.k12.wa.us
PHONE NUMBER: (360) 264-3400
301 Old Hwy 99 N
Tenino, WA  98589

Thorp School District
SUPERINTENDENT: Andrew Perkins
E-MAIL: perkinsa@thorpschools.org
PHONE NUMBER: (509) 964-2107
10831 N Thorp Hwy
Thorp, WA  98946

Toledo School District
SUPERINTENDENT: Chris Rust
E-MAIL: crust@toledoschools.us
PHONE NUMBER: (360) 864-6325

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

130 N 5Th St
Toledo, WA  98591

Tonasket School District
SUPERINTENDENT: Steve Mccullough
E-MAIL: smccullough@tonasket.wednet.edu
PHONE NUMBER: (509) 486-2126
35 Do E Highway 20
Tonasket, WA  98855

Toppenish School District
SUPERINTENDENT: John Cerna
E-MAIL: jcerna@toppenish.wednet.edu
PHONE NUMBER: (509) 865-4455
306 Bolin Dr
Toppenish, WA  98948

Touchet School District
SUPERINTENDENT: Susan Bell
E-MAIL: sbell@touchet.k12.wa.us
PHONE NUMBER: (509) 394-2352
90 Champion St
Touchet, WA  99360

Toutle Lake School District
SUPERINTENDENT: Bob Garrett
E-MAIL: bgarrett@toutlesd.org
PHONE NUMBER: (360) 274-6182
5050 Spirit Lake Hwy
Toutle, WA  98649

Trout Lake School District
SUPERINTENDENT: Crystal Lanz
E-MAIL: c.lanz@tlschool.net
PHONE NUMBER: (509) 395-2571
2310 Highway 141
Trout Lake, WA  98650

Tukwila School District
SUPERINTENDENT: Flip Herndon
E-MAIL: herndonf@tukwila.wednet.edu
PHONE NUMBER: (206) 901-8000
4640 S 144Th St
Tukwila, WA  98168

Tumwater School District
SUPERINTENDENT: Sean Dotson
E-MAIL: sean.dotson@tumwater.k12.wa.us
PHONE NUMBER: (360) 709-7000
621 Linwood Ave Sw
Tumwater, WA  98512

Union Gap School District
SUPERINTENDENT: Lisa Gredvig
E-MAIL: lgredvig@uniongap.org
PHONE NUMBER: (509) 248-3966

3201 South 4Th Street
Union Gap, WA  98903

University Of Washington (17904)
SUPERINTENDENT: Ana Mari Cauce
E-MAIL: cauce@uw.edu
PHONE NUMBER: (206) 543-5010
1400 Ne Campus Parkway
Seattle, WA  98195

University Place School District
SUPERINTENDENT: Jeff Chamberlin
E-MAIL: Jchamberlin@Upsd83.Org
PHONE NUMBER: (253) 566-5600
3717 Grandview Dr W
University Place, WA  98466

Valley School District
SUPERINTENDENT: Ben Ferney
E-MAIL: ben.ferney@valleysd.org
PHONE NUMBER: (509) 937-2791
3034 Huffman Road
Valley, WA  99181

Vancouver School District
SUPERINTENDENT: Steve Webb
E-MAIL: steven.webb@vansd.org
PHONE NUMBER: (360) 313-1000
2901 Falk Rd
Vancouver, WA  98661

Vashon Island School District
SUPERINTENDENT: Slade Mcsheehy
E-MAIL: smcsheehy@vashonsd.org
PHONE NUMBER: (206) 463-2121
9309 Sw Cemetery Rd
Vashon, WA  98070

Wa He Lut Indian School
SUPERINTENDENT: Harvey Whitford
E-MAIL: harvey.whitford@bie.edu
PHONE NUMBER: (360)456-1311
11110 Conine Avenue SE
Olympia, WA  98513

Wa State Center For Childhood Deafness And
Hearing Loss
SUPERINTENDENT: Rick Hauan
E-MAIL: rick.hauan@wsd.wa.gov
PHONE NUMBER: (360) 418-0401
611 Grand Blvd. S-26
Vancouver, WA  98661

Wahkiakum School District
SUPERINTENDENT: Brent Freeman
E-MAIL: bfreeman@wahksd.k12.wa.us

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (360) 795-3971
500 S 3Rd
Cathlamet, WA  98612

Wahluke School District
SUPERINTENDENT: Aaron Chavez
E-MAIL: achavez@wsd73.wednet.edu
PHONE NUMBER: (509) 932-4565
411 E Saddle Mt Drive
Mattawa, WA  99349

Waitsburg School District
SUPERINTENDENT: Mark Pickel
E-MAIL: mpickel@waitsburgsd.org
PHONE NUMBER: (509) 337-6301
184 Academy Street
Waitsburg, WA  99361

Walla Walla Public Schools
SUPERINTENDENT: Wade Smith
E-MAIL: wsmith@wwps.org
PHONE NUMBER: (509) 527-3000
364 S Park St
Walla Walla, WA  99362

Wapato School District
SUPERINTENDENT: Kelly Garza
E-MAIL: kellyg@wapatosd.org
PHONE NUMBER: (509) 877-4181
212 W 3Rd St
Wapato, WA  98951

Warden School District
SUPERINTENDENT: David Labounty
E-MAIL: dlabounty@warden.wednet.edu
PHONE NUMBER: (509) 349-2366
101 W Beck Way
Warden, WA  98857

Washington Military Department
SUPERINTENDENT: Bret Daugherty
E-MAIL: bret.daugherty@mil.wa.gov
PHONE NUMBER: (360) 473-2602
1207 Carver St
Bremerton, WA  98312

Washougal School District
SUPERINTENDENT: Mary Templeton
E-MAIL: mary.templeton@washougal.k12.wa.us
PHONE NUMBER: (360) 954-3000
4855 Evergreen Way
Washougal, WA  98671

Washtucna School District
SUPERINTENDENT: Vance Wing
E-MAIL: vwing@tucna.wednet.edu

PHONE NUMBER: (509) 646-3237
730 East Booth Avenue
Washtucna, WA  99371

Waterville School District
SUPERINTENDENT: Cathi Nelson
E-MAIL: cnelson@waterville.wednet.edu
PHONE NUMBER: (509) 745-8584
200 E Birch
Waterville, WA  98858

Wellpinit School District
SUPERINTENDENT: John Adkins
E-MAIL: jadkins@wellpinit.org
PHONE NUMBER: (509) 258-4535
6270 Ford Wellpinit Rd
Wellpinit, WA  99040

Wenatchee School District
SUPERINTENDENT: Paul Gordon
E-MAIL: gordon.paul@wenatcheeschools.org
PHONE NUMBER: (509) 663-8161
235 Sunset Ave
Wenatchee, WA  98801

West Valley School District (spokane)
SUPERINTENDENT: Kyle Rydell
E-MAIL: kyle.rydell@wvsd.org
PHONE NUMBER: (509) 924-2150
2805 N Argonne Rd
Spokane, WA  99212

West Valley School District (yakima)
SUPERINTENDENT: Michael Brophy
E-MAIL: brophym@wvsd208.org
PHONE NUMBER: (509) 972-6000
8902 Zier Rd
Yakima, WA  98908

White Pass School District
SUPERINTENDENT: Paul Farris
E-MAIL: pfarris@whitepass.k12.wa.us
PHONE NUMBER: (360) 497-3791
516 Silverbrook Rd
Randle, WA  98377

White River School District
SUPERINTENDENT: Janel Keating
E-MAIL: jkeating@whiteriver.wednet.edu
PHONE NUMBER: (360) 829-0600
240 N A St
Buckley, WA  98321

White Salmon Valley School District
SUPERINTENDENT: Jerry Lewis
E-MAIL: jerry.lewis@whitesalmonschools.org

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (509) 493-1500
171 Nw Washington
White Salmon, WA  98672

Willapa Valley School District
SUPERINTENDENT: Nancy Morris
E-MAIL: nancym@willapavalley.org
PHONE NUMBER: (360) 942-5855
22 Viking Way
Menlo, WA  98561

Wilson Creek School District
SUPERINTENDENT: Laura Christian
E-MAIL: lchristian@wilsoncreek.org
PHONE NUMBER: (509) 345-2541
400 Navar St
Wilson Creek, WA  98860

Winlock School District
SUPERINTENDENT: Garry Cameron
E-MAIL: gcameron@winlock.wednet.edu
PHONE NUMBER: (360) 785-3582
311 Nw Fir St
Winlock, WA  98596

Wishkah Valley School District
SUPERINTENDENT: Wally Lis
E-MAIL: wlis@wishkah.org
PHONE NUMBER: (360) 532-3128
4640 Wishkah Road
Aberdeen, WA  98520

Wishram School District
SUPERINTENDENT: Mike Roberts
E-MAIL: mike.roberts@wishramschool.org
PHONE NUMBER: (509) 748-2551
135 Bunn
Wishram, WA  98673

Woodland School District
SUPERINTENDENT: Michael Green
E-MAIL: greenm@woodlandschools.org
PHONE NUMBER: (360) 841-2700
800 3Rd St
Woodland, WA  98674

Yakima School District
SUPERINTENDENT: Trevor Greene
E-MAIL: greene.trevor@yakimaschools.org
PHONE NUMBER: (509) 573-7000
104 N 4Th Ave
Yakima, WA  98902

Yelm School District
SUPERINTENDENT: Brian Wharton
E-MAIL: brian_wharton@ycs.wednet.edu

PHONE NUMBER: (360) 458-1900
107 1St N.
Yelm, WA  98597

Zillah School District
SUPERINTENDENT: Doug Burge
E-MAIL: doug.burge@zillahschools.org
PHONE NUMBER: (509) 829-5911
213 4Th Ave
Zillah, WA  98953

Abbotsford School District
SUPERINTENDENT: Cheryl Baker
E-MAIL: cbaker@abbotsford.k12.wi.us
PHONE NUMBER: (715) 223-6715
510 W Hemlock St
Abbotsford, WI  54405

Adams-friendship Area School District
SUPERINTENDENT: Tom Wermuth
E-MAIL: wermuth_t@afasd.net
PHONE NUMBER: (608) 339-3213
201 W 6Th St
Friendship, WI  53934

Albany School District
SUPERINTENDENT: William Trow
E-MAIL: william.trow@albany.k12.wi.us
PHONE NUMBER: (608) 862-3225
400 5Th St
Albany, WI  53502

Algoma School District
SUPERINTENDENT: Nick Cochart
E-MAIL: ncochart@alghs.k12.wi.us
PHONE NUMBER: (920) 487-7001
1715 Division St
Algoma, WI  54201

Alma Center School District
SUPERINTENDENT: Paul Fischer
E-MAIL: paul_fischer@achm.k12.wi.us
PHONE NUMBER: (715) 964-8271
124 S School St
Alma Center, WI  54611

Alma School District
SUPERINTENDENT: Rob Stewart
E-MAIL: stewartr@alma.k12.wi.us
PHONE NUMBER: (608) 685-4416
S1618 State Road 35
Alma, WI  54610

Almond-bancroft School District
SUPERINTENDENT: Penny Boileau
E-MAIL: pboileau@abschools.k12.wi.us

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (715) 366-2941
1336 Elm St
Almond, WI  54909

Altoona School District
SUPERINTENDENT: Heidi Eliopoulos
E-MAIL: heliopoulos@altoona.k12.wi.us
PHONE NUMBER: (715) 839-6032
1903 Bartlett Ave
Altoona, WI  54720

Amery School District
SUPERINTENDENT: Shawn Doerfler
E-MAIL: doerflers@amerysd.k12.wi.us
PHONE NUMBER: (715) 268-9771
543 Minneapolis Ave S
Amery, WI  54001

Antigo Unified School District
SUPERINTENDENT: Julie Sprague
E-MAIL: jsprague@antigoschools.org
PHONE NUMBER: (715) 627-4355
120 S Dorr St
Antigo, WI  54409

Appleton Area School District
SUPERINTENDENT: Judy Baseman
E-MAIL: basemanjudith@aasd.k12.wi.us
PHONE NUMBER: (920) 832-6161
122 E College Ave
Appleton, WI  54911

Arcadia School District
SUPERINTENDENT: Lance Bagstad
E-MAIL: bagstadl@arcadia.k12.wi.us
PHONE NUMBER: (608) 323-3315
756 Raider Dr
Arcadia, WI  54612

Argyle School District
SUPERINTENDENT: Mike Beranek
E-MAIL: miberanek@argyle.k12.wi.us
PHONE NUMBER: (608) 543-3318
14665 State Road 78
Argyle, WI  53504

Arrowhead Uhs School District
SUPERINTENDENT: Laura Myrah
E-MAIL: myrah@arrowheadschools.org
PHONE NUMBER: (262) 369-3611
700 North Ave
Hartland, WI  53029

Ashland School District
SUPERINTENDENT: Erik Olson
E-MAIL: sda@sdak12.net

PHONE NUMBER: (715) 682-7080
2000 Beaser Ave
Ashland, WI  54806

Ashwaubenon School District
SUPERINTENDENT: Kurt Weyers
E-MAIL: kweyers@ashwaubenonk12.org
PHONE NUMBER: (920) 492-2900
1055 Griffiths Ln
Green Bay, WI  54304

Athens School District
SUPERINTENDENT: Jeff Mastin
E-MAIL: jmastin@athens1.org
PHONE NUMBER: (715) 257-7511
601 W Limits Rd
Athens, WI  54411

Auburndale School District
SUPERINTENDENT: James Delikowski
E-MAIL: jdelikowski@aubschools.com
PHONE NUMBER: (715) 652-2117
10564 School Ave
Auburndale, WI  54412

Augusta School District
SUPERINTENDENT: Ryan Nelson
E-MAIL: rnelson@augusta.k12.wi.us
PHONE NUMBER: (715) 286-3302
E19320 Bartig Rd
Augusta, WI  54722

Baldwin-woodville Area School District
SUPERINTENDENT: Eric Russell
E-MAIL: erussell@bwsd.k12.wi.us
PHONE NUMBER: (715) 684-3411
550 Us Highway 12
Baldwin, WI  54002

Bangor School District
SUPERINTENDENT: David Laehn
E-MAIL: dlaehn@bangorsd.net
PHONE NUMBER: (608) 486-2331
700 10Th Ave S
Bangor, WI  54614

Baraboo School District
SUPERINTENDENT: Lori Mueller
E-MAIL: lmueller@barabooschools.net
PHONE NUMBER: (608) 355-3950
101 2Nd Ave
Baraboo, WI  53913

Barneveld School District
SUPERINTENDENT: Joe Price
E-MAIL: jprice@barneveld.k12.wi.us

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (608) 924-4711
105 West Douglas Street
Barneveld, WI 53507

Barron Area School District
SUPERINTENDENT: Diane Tremblay
E-MAIL: tremblayd@barron.k12.wi.us
PHONE NUMBER: (715) 537-5612
100 W River Ave
Barron, WI 54812

Bayfield School District
SUPERINTENDENT: Jeff Gordon
E-MAIL: jgordon@bayfield.k12.wi.us
PHONE NUMBER: (715) 779-3201
300 N 4Th St
Bayfield, WI 54814

Beaver Dam Unified School District
SUPERINTENDENT: Mark Distefano
E-MAIL: distefanom@bdusd.org
PHONE NUMBER: (920) 885-7300
705 Mckinley St
Beaver Dam, WI 53916

Beecher-dunbar-pembine School District
SUPERINTENDENT: Andy Space
E-MAIL: aspace@pembine.k12.wi.us
PHONE NUMBER: (715) 324-5314
N18775 Sauld St
Pembine, WI 54156

Belleville School District
SUPERINTENDENT: Pam Yoder
E-MAIL: yoderp@belleville.k12.wi.us
PHONE NUMBER: (608) 424-3315
625 W Church St
Belleville, WI 53508

Belmont Community School District
SUPERINTENDENT: Wayne Anderson
E-MAIL: wayne.anderson@belmont.k12.wi.us
PHONE NUMBER: (608) 762-5131
646 E Liberty St
Belmont, WI 53510

Beloit School District
SUPERINTENDENT: Sue Green
E-MAIL: sgreen@sdb.k12.wi.us
PHONE NUMBER: (608) 361-4000
1633 Keeler Ave
Beloit, WI 53511

Beloit Turner School District
SUPERINTENDENT: Dennis Mccarthy
E-MAIL: mccarthyd@turnerschools.org

PHONE NUMBER: (608) 364-6372
1237 Inman Pkwy
Beloit, WI 53511

Benton School District
SUPERINTENDENT: Todd Bastian
E-MAIL: tbastian@benton.k12.wi.us
PHONE NUMBER: (608) 759-4002
41 Alma St
Benton, WI 53803

Berlin Area School District
SUPERINTENDENT: Robert Eidahl
E-MAIL: beidahl@berlin.k12.wi.us
PHONE NUMBER: (920) 361-2004
295 E Marquette St
Berlin, WI 54923

Big Foot Uhs School District
SUPERINTENDENT: Doug Parker
E-MAIL: drparker@bigfoot.k12.wi.us
PHONE NUMBER: (262) 275-2116
401 Devils Ln
Walworth, WI 53184

Birchwood School District
SUPERINTENDENT: Diane Johnson
E-MAIL: djohnson@birchwood.k12.wi.us
PHONE NUMBER: (715) 354-3471
300 S Wilson St
Birchwood, WI 54817

Black Hawk School District
SUPERINTENDENT: Willy Chambers
E-MAIL: chawil@blackhawk.k12.wi.us
PHONE NUMBER: (608) 439-5371
202 E Center St
South Wayne, WI 53587

Black River Falls School District
SUPERINTENDENT: Shelly Severson
E-MAIL: shelly.severson@brf.org
PHONE NUMBER: (715) 284-4357
301 N 4Th St
Black River Falls, WI 54615

Blair-taylor School District
SUPERINTENDENT: Jeffrey Eide
E-MAIL: eidej@btsd.k12.wi.us
PHONE NUMBER: (608) 989-2881
219 South Main St
Blair, WI 54616

Bloomer School District
SUPERINTENDENT: Brian Misfeldt
E-MAIL: brian.misfeldt@bloomer.k12.wi.us

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (715) 568-2800
1310 17Th Ave
Bloomer, WI  54724

Bonduel School District
SUPERINTENDENT: Joe Dawidziak
E-MAIL: dawidjoe@bonduel.k12.wi.us
PHONE NUMBER: (715) 758-4860
400 W Green Bay St
Bonduel, WI  54107

Boscobel Area School District
SUPERINTENDENT: Greg Bell
E-MAIL: bellgreg@boscobel.k12.wi.us
PHONE NUMBER: (608) 375-4164
1110 Park Street
Boscobel, WI  53805

Bowler School District
SUPERINTENDENT: Jeff Sauer
E-MAIL: jeffsauer@bowler.k12.wi.us
PHONE NUMBER: (715) 793-4101
500 S Almon St
Bowler, WI  54416

Boyceville Community School District
SUPERINTENDENT: Nicholas Kaiser
E-MAIL: nicholask@boyceville.k12.wi.us
PHONE NUMBER: (715) 643-3647
1003 Tiffany St
Boyceville, WI  54725

Brighton #1 School District
SUPERINTENDENT: Matt Eggert
E-MAIL: meggert@brightonschool.net
PHONE NUMBER: (262) 878-2191
1200 248Th Ave
Kansasville, WI  53139

Brillion School District
SUPERINTENDENT: Dominick Madison
E-MAIL: dmadison@brillionsd.org
PHONE NUMBER: (920) 756-2368
315 S Main St
Brillion, WI  54110

Bristol #1 School District
SUPERINTENDENT: David Milz
E-MAIL: milz.dav@bristol.k12.wi.us
PHONE NUMBER: (262) 857-2334
20121 83Rd St
Bristol, WI  53104

Brodhead School District
SUPERINTENDENT: Leonard Lueck
E-MAIL: llueck@brodhead.k12.wi.us

PHONE NUMBER: (608) 897-2141
2501 W 5Th Ave
Brodhead, WI  53520

Brown Co Cdeb
SUPERINTENDENT: Kim Pahlow
E-MAIL: kpahlow@syblehopp.org
PHONE NUMBER: (920)336-5754
755 Scheuring Rd
De Pere, WI  54115

Brown Deer School District
SUPERINTENDENT: Monica Brown
E-MAIL: mkelsey-brown@browndeerschools.com
PHONE NUMBER: (414) 371-6750
8200 N 60Th St
Brown Deer, WI  53223

Bruce School District
SUPERINTENDENT: Pat Sturzl
E-MAIL: psturzl@bruce.k12.wi.us
PHONE NUMBER: (715) 868-2533
104 W Washington Ave
Bruce, WI  54819

Burlington Area School District
SUPERINTENDENT: Stephen Plank
E-MAIL: splank@basd.k12.wi.us
PHONE NUMBER: (262) 763-0210
100 N Kane St
Burlington, WI  53105

Butternut School District
SUPERINTENDENT: Joseph Zirngibl
E-MAIL: jzirngibl@lightatorch.info
PHONE NUMBER: (715) 769-3434
312 W Wisconsin St
Butternut, WI  54514

Cadott Community School District
SUPERINTENDENT: Jenny Starck
E-MAIL: starckj@cadott.k12.wi.us
PHONE NUMBER: (715) 289-3795
426 Myrtle St
Cadott, WI  54727

Cambria-friesland School District
SUPERINTENDENT: Timothy Raymond
E-MAIL: traymond@cambria-frieslandschools.org
PHONE NUMBER: (920) 348-5548
410 E Edgewater St
Cambria, WI  53923

Cambridge School District
SUPERINTENDENT: Bernard Nikolay
E-MAIL: bnikolay@cambridge.k12.wi.us

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (608) 423-4345
403 Blue Jay Way
Cambridge, WI  53523

Cameron School District
SUPERINTENDENT: Joe Leschisin
E-MAIL: jleschisin@cameron.k12.wi.us
PHONE NUMBER: (715) 458-4560
700 S 1St St
Cameron, WI  54822

Campbellsport School District
SUPERINTENDENT: Paul Amundson
E-MAIL: pamundson@csd.k12.wi.us
PHONE NUMBER: (920) 533-8381
114 W Sheboygan St
Campbellsport, WI  53010

Cashton School District
SUPERINTENDENT: Ryan Alderson
E-MAIL: aldersonr@cashton.k12.wi.us
PHONE NUMBER: (608) 654-5131
540 Coe St
Cashton, WI  54619

Cassville School District
SUPERINTENDENT: John Luster
E-MAIL: jluster@cassvillesd.k12.wi.us
PHONE NUMBER: (608) 725-5116
715 E Amelia St
Cassville, WI  53806

Cedar Grove-belgium Area School District
SUPERINTENDENT: Jeanne Courneene
E-MAIL: jcourneene@cgbrockets.com
PHONE NUMBER: (920) 668-8686
321 N 2Nd St
Cedar Grove, WI  53013

Cedarburg School District
SUPERINTENDENT: Todd Bugnacki
E-MAIL: tbugnacki@cedarburg.k12.wi.us
PHONE NUMBER: (262) 376-6100
W68N611 Evergreen Blvd
Cedarburg, WI  53012

Central/westosha Uhs School District
SUPERINTENDENT: John Gendron
E-MAIL: gendronj@westosha.k12.wi.us
PHONE NUMBER: (262) 843-2321
24617 75Th St
Salem, WI  53168

Chequamegon School District
SUPERINTENDENT: Mark Weddig
E-MAIL: mweddig@csdk12.net

PHONE NUMBER: (715) 762-2474
420 9Th St N
Park Falls, WI  54552

Chetek-weyerhaeuser Area School District
SUPERINTENDENT: Mark Johnson
E-MAIL: mjohnson@cwasd.k12.wi.us
PHONE NUMBER: (715) 924-2226
1001 Knapp St
Chetek, WI  54728

Chilton School District
SUPERINTENDENT: Susan Kaphingst
E-MAIL: kaphingsts@chilton.k12.wi.us
PHONE NUMBER: (920) 849-8109
530 W Main St
Chilton, WI  53014

Chippewa Falls Area Unified School District
SUPERINTENDENT: Heidi Eliopoulos
E-MAIL: taylorhe@chipfalls.org
PHONE NUMBER: (715) 726-2417
1130 Miles St
Chippewa Falls, WI  54729

Clayton School District
SUPERINTENDENT: Edward Cerney
E-MAIL: cerneye@claytonsd.k12.wi.us
PHONE NUMBER: (715) 948-2163
236 Polk Ave W
Clayton, WI  54004

Clear Lake School District
SUPERINTENDENT: Joshua Ernst
E-MAIL: jernst@clwarriors.org
PHONE NUMBER: (715) 263-2114
1101 3Rd St Sw
Clear Lake, WI  54005

Clinton Community School District
SUPERINTENDENT: Jim Brewer
E-MAIL: jibrewer@clintonwis.com
PHONE NUMBER: (608) 676-5482
112 Milwaukee Rd
Clinton, WI  53525

Clintonville School District
SUPERINTENDENT: David Dyb
E-MAIL: ddyb@clintonville.k12.wi.us
PHONE NUMBER: (715) 823-7215
45 W Green Tree Rd
Clintonville, WI  54929

Cochrane-fountain City School District
SUPERINTENDENT: Michele Butler
E-MAIL: MButler@cfc.k12.wi.us

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (608) 687-7771
S2770 State Hwy 35
Fountain City, WI  54629

Colby School District
SUPERINTENDENT: Steve Kolden
E-MAIL: skolden@colby.k12.wi.us
PHONE NUMBER: (715) 223-2301
705 North 2nd Street
Colby, WI  54421

Coleman School District
SUPERINTENDENT: Doug Polomis
E-MAIL: polomis@coleman.k12.wi.us
PHONE NUMBER: (920) 897-4011
347 Business 141  N
Coleman, WI  54112

Colfax School District
SUPERINTENDENT: William Yingst
E-MAIL: wyingst@colfax.k12.wi.us
PHONE NUMBER: (715) 962-3155
601 University Ave
Colfax, WI  54730

Columbus School District
SUPERINTENDENT: Annette Deuman
E-MAIL: adeuman@columbus.k12.wi.us
PHONE NUMBER: (920) 623-5950
200 W School St
Columbus, WI  53925

Cooperative Ed Serv Agcy 01
SUPERINTENDENT: Mary Gavigan
E-MAIL: mgavigan@cesa1.k12.wi.us
PHONE NUMBER: (262) 787-9500
N25W23131 Paul Rd
Pewaukee, WI  53072

Cooperative Ed Serv Agcy 02
SUPERINTENDENT: Dan Hanrahan
E-MAIL: dan.hanrahan@cesa2.org
PHONE NUMBER: (262) 473-1473
1221 Innovation Dr
Whitewater, WI  53190

Cooperative Ed Serv Agcy 03
SUPERINTENDENT: Jamie Nutter
E-MAIL: jnutter@cesa3.org
PHONE NUMBER: (608) 822-3276
1300 Industrial Dr
Fennimore, WI  53809

Cooperative Ed Serv Agcy 04
SUPERINTENDENT: Cheryl Gullicksrud
E-MAIL: cgullicksrud@cesa4.org

PHONE NUMBER: (800) 514-3075
923 E Garland St
West Salem, WI  54669

Cooperative Ed Serv Agcy 05
SUPERINTENDENT: Jeremy Biehl
E-MAIL: biehlj@cesa5.org
PHONE NUMBER: (608) 745-5400
626 E Slifer St
Portage, WI  53901

Cooperative Ed Serv Agcy 06
SUPERINTENDENT: Ted Neitzke
E-MAIL: tneitzke@cesa6.org
PHONE NUMBER: (920) 233-2372
2935 Universal Ct
Oshkosh, WI  54904

Cooperative Ed Serv Agcy 07
SUPERINTENDENT: Jeffrey Dickert
E-MAIL: jdickert@cesa7.org
PHONE NUMBER: (920) 492-5960
595 Baeten Rd
Green Bay, WI  54304

Cooperative Ed Serv Agcy 08
SUPERINTENDENT: David Honish
E-MAIL: dhonish@cesa8.org
PHONE NUMBER: (920) 855-2114
223 W Park St
Gillett, WI  54124

Cooperative Ed Serv Agcy 09
SUPERINTENDENT: Karen Heldt
E-MAIL: kheldt@cesa9.org
PHONE NUMBER: (715) 453-2141
304 Kaphaem Rd
Tomahawk, WI  54487

Cooperative Ed Serv Agcy 10
SUPERINTENDENT: Michael Haynes
E-MAIL: mhaynes@cesa10.k12.wi.us
PHONE NUMBER: (715) 723-0341
725 W Park Ave
Chippewa Falls, WI  54729

Cooperative Ed Serv Agcy 11
SUPERINTENDENT: Jerry Walters
E-MAIL: jerry.walters@cesa11.k12.wi.us
PHONE NUMBER: (715) 986-2020
225 Ostermann Dr
Turtle Lake, WI  54889

Cooperative Ed Serv Agcy 12
SUPERINTENDENT: Ken Kasinski
E-MAIL: kenk@cesa12.org

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (715) 682-2363
618 Beaser Ave
Ashland, WI  54806

Cornell School District
SUPERINTENDENT: Paul Schley
E-MAIL: pmschley@cornell.k12.wi.us
PHONE NUMBER: (715) 239-6463
111 S 4Th St
Cornell, WI  54732

Crandon School District
SUPERINTENDENT: Larry Palubicki
E-MAIL: palublar@sdofcrandon.com
PHONE NUMBER: (715) 478-3339
9750 Us Highway 8 W
Crandon, WI  54520

Crivitz School District
SUPERINTENDENT: Patrick Mans
E-MAIL: mans@crivitz.k12.wi.us
PHONE NUMBER: (715) 854-2721
400 South Ave
Crivitz, WI  54114

Cuba City School District
SUPERINTENDENT: Aaron Olson
E-MAIL: aaron.olson@cubacity.k12.wi.us
PHONE NUMBER: (608) 744-8888
101 N School St
Cuba City, WI  53807

Cudahy School District
SUPERINTENDENT: James Heiden
E-MAIL: heidenj@cudahysd.org
PHONE NUMBER: (414) 294-7400
2915 E Ramsey Ave
Cudahy, WI  53110

Cumberland School District
SUPERINTENDENT: Barry Rose
E-MAIL: brose@csdmail.com
PHONE NUMBER: (715) 822-5124
1010 8Th Ave
Cumberland, WI  54829

D C Everest Area School District
SUPERINTENDENT: Kristine Gilmore
E-MAIL: kgilmore@dce.k12.wi.us
PHONE NUMBER: (715) 359-4221
6300 Alderson St
Weston, WI  54476

Darlington Community School District
SUPERINTENDENT: Cale Jackson
E-MAIL: jacksonc@darlington.k12.wi.us

PHONE NUMBER: (608) 776-2006
11630 Center Hill Rd
Darlington, WI  53530

De Forest Area School District
SUPERINTENDENT: Eric Runez
E-MAIL: erunez@deforestschools.org
PHONE NUMBER: (608) 842-6500
520 E Holum St
De Forest, WI  53532

De Pere School District
SUPERINTENDENT: Benjamin Villarruel
E-MAIL: villarruel@depere.k12.wi.us
PHONE NUMBER: (920) 337-1032
1700 Chicago St
De Pere, WI  54115

De Soto Area School District
SUPERINTENDENT: Linzi          Gronning
E-MAIL: lgronning@desoto.k12.wi.us
PHONE NUMBER: (608) 648-3311
615 Main St
De Soto, WI  54624

Deerfield Community School District
SUPERINTENDENT: Michelle Jensen
E-MAIL: jensenm@deerfield.k12.wi.us
PHONE NUMBER: (608) 764-5431
300 Simonson Blvd
Deerfield, WI  53531

Delavan-darien School District
SUPERINTENDENT: Jill Sorbie
E-MAIL: jsorbie@ddschools.org
PHONE NUMBER: (262) 233-6800
324 Beloit St
Delavan, WI  53115

Denmark School District
SUPERINTENDENT: Luke Goral
E-MAIL: gorall@denmark.k12.wi.us
PHONE NUMBER: (920) 863-4000
450 N Wall St
Denmark, WI  54208

Dodgeland School District
SUPERINTENDENT: Annette Thompson
E-MAIL: thompson@dodgeland.k12.wi.us
PHONE NUMBER: (920) 386-4404
401 S Western Ave
Juneau, WI  53039

Dodgeville School District
SUPERINTENDENT: Paul Weber
E-MAIL: pweber@draschools.org

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (608) 935-3307
307 N Iowa St
Dodgeville, WI  53533

Dover #1 School District
SUPERINTENDENT: Matt Stratton
E-MAIL: mattstratton@kansasvillegs.org
PHONE NUMBER: (262) 878-3773
4101 S Beaumont Ave
Kansasville, WI  53139

Drummond Area School District
SUPERINTENDENT: John Knight
E-MAIL: johnknight@dasd.k12.wi.us
PHONE NUMBER: (715) 739-6669
52440 Eastern Ave
Drummond, WI  54832

Durand School District
SUPERINTENDENT: Greg Doverspike
E-MAIL: gdoverspike@durand.k12.wi.us
PHONE NUMBER: (715) 672-8919
604 7Th Ave E
Durand, WI  54736

East Troy Community School District
SUPERINTENDENT: Christopher Hibner
E-MAIL: hibchr@easttroy.k12.wi.us
PHONE NUMBER: (262) 642-6710
2043 Division St
East Troy, WI  53120

Eau Claire Area School District
SUPERINTENDENT: Michael Johnson
E-MAIL: mjohnson@ecasd.us
PHONE NUMBER: (715) 852-3000
500 Main St
Eau Claire, WI  54701

Edgar School District
SUPERINTENDENT: Cari Guden
E-MAIL: cguden@gapps.edgar.k12.wi.us
PHONE NUMBER: (715) 352-2351
203 E Birch St
Edgar, WI  54426

Edgerton School District
SUPERINTENDENT: Dennis Pauli
E-MAIL: dennis.pauli@edgerton.k12.wi.us
PHONE NUMBER: (608) 561-6101
200 Elm High Dr
Edgerton, WI  53534

Elcho School District
SUPERINTENDENT: Bill Fisher
E-MAIL: bfisher@elchoschool.org

PHONE NUMBER: (715) 275-3225
N11268 Antigo St
Elcho, WI  54428

Eleva-strum School District
SUPERINTENDENT: CORY KULIG
E-MAIL: kuligc@esschools.k12.wi.us
PHONE NUMBER: (715) 695-2696
W23597 Us Highway 10
Strum, WI  54770

Elk Mound Area School District
SUPERINTENDENT: Eric Wright
E-MAIL: ewright@elkmound.k12.wi.us
PHONE NUMBER: (715) 879-5066
405 University St
Elk Mound, WI  54739

Elkhart Lake-glenbeulah School District
SUPERINTENDENT: Ann Haack
E-MAIL: abhaack@goresorters.com
PHONE NUMBER: (920) 876-3381
201 N Lincoln St
Elkhart Lake, WI  53020

Elkhorn Area School District
SUPERINTENDENT: Jason Tadlock
E-MAIL: tadlja@elkhorn.k12.wi.us
PHONE NUMBER: (262) 723-3160
3 N Jackson St
Elkhorn, WI  53121

Ellsworth Community School District
SUPERINTENDENT: Barry Cain
E-MAIL: cainb@ellsworth.k12.wi.us
PHONE NUMBER: (715) 273-3900
300 Hillcrest St
Ellsworth, WI  54011

Elmbrook School District
SUPERINTENDENT: Mark Hansen
E-MAIL: hansenm@elmbrookschools.org
PHONE NUMBER: (262) 781-3030
13780 Hope St
Brookfield, WI  53005

Elmwood School District
SUPERINTENDENT: Glenn Webb
E-MAIL: webbg@elmwood.k12.wi.us
PHONE NUMBER: (715) 639-2711
213 S Scott St
Elmwood, WI  54740

Erin School District
SUPERINTENDENT: Kieth Kriewaldt
E-MAIL: kriewaldt@erinschool.org

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (262) 673-3720
6901 County Highway O
Hartford, WI  53027

Evansville Community School District
SUPERINTENDENT: Jerry Roth
E-MAIL: rothj@evansville.k12.wi.us
PHONE NUMBER: (608) 882-5224
340 Fair St
Evansville, WI 53536

Fall Creek School District
SUPERINTENDENT: Joseph Sanfelippo
E-MAIL: joesanfelippo@fallcreek.k12.wi.us
PHONE NUMBER: (715) 877-2123
336 E Hoover Ave
Fall Creek, WI  54742

Fall River School District
SUPERINTENDENT: Dennis Birr
E-MAIL: dbirr@fallriver.k12.wi.us
PHONE NUMBER: (920) 484-3333
150 Bradley St
Fall River, WI 53932

Fennimore Community School District
SUPERINTENDENT: Jane Wonderling
E-MAIL: wonderlingj@fennimore.k12.wi.us
PHONE NUMBER: (608) 822-3243
1397 9Th St
Fennimore, WI 53809

Flambeau School District
SUPERINTENDENT: Erica Schley
E-MAIL: erica.schley@flambeauschools.org
PHONE NUMBER: (715) 532-3183
N4540 County Road I
Tony, WI 54563

Florence County School District
SUPERINTENDENT: Ben Niehaus
E-MAIL: niehausb@myflorence.org
PHONE NUMBER: (715) 528-3215
425 Olive Ave
Florence, WI 54121

Fond Du Lac School District
SUPERINTENDENT: Sharon Simon
E-MAIL: simons@fonddulac.k12.wi.us
PHONE NUMBER: (920) 929-2900
72 W 9Th St
Fond Du Lac, WI 54935

Fontana J8 School District
SUPERINTENDENT: Mark Wenzel
E-MAIL: mwenzel@fontana.k12.wi.us

PHONE NUMBER: (262) 275-6881
450 S Main St
Fontana, WI 53125

Fort Atkinson School District
SUPERINTENDENT: Lynn Brown
E-MAIL: Brownl@fortschools.org
PHONE NUMBER: (920) 563-7800
201 Park St
Fort Atkinson, WI  53538

Fox Point J2 School District
SUPERINTENDENT: Jeff Dellutri
E-MAIL: jdellutri@foxbay.org
PHONE NUMBER: (414) 247-4167
7300 N Lombardy Rd
Milwaukee, WI 53217

Franklin Public School District
SUPERINTENDENT: Judy Mueller
E-MAIL: judy.mueller@franklin.k12.wi.us
PHONE NUMBER: (414) 529-8220
8255 W Forest Hill Ave
Franklin, WI 53132

Frederic School District
SUPERINTENDENT: Josh Robinson
E-MAIL: robinsonj@frederic.k12.wi.us
PHONE NUMBER: (715) 327-5630
1437 Clam Falls Dr
Frederic, WI 54837

Freedom Area School District
SUPERINTENDENT: Kevin Kilstofte
E-MAIL: kkilstofte@freedomschools.k12.wi.us
PHONE NUMBER: (920) 788-7944
N4021 County Road E
Freedom, WI 54130

Friess Lake School District
SUPERINTENDENT: Tara Villalobos
E-MAIL: villalobos@hhasd.org
PHONE NUMBER: (262) 628-1032
3117 Hwy 167
Richfield, WI 53076

Geneva J4 School District
SUPERINTENDENT: Alyson Eisch
E-MAIL: aeisch@woodsschool.com
PHONE NUMBER: (262) 248-3816
N2575 Snake Rd
Lake Geneva, WI 53147

Genoa City J2 School District
SUPERINTENDENT: Kellie Bohn
E-MAIL: kellie.bohn@gcj2.k12.wi.us

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (262) 279-1053
1020 Hunter'S Ridge Dr
Genoa City, WI  53128

Germantown School District
SUPERINTENDENT: Brett Stousland
E-MAIL: bstousland@gsdwi.org
PHONE NUMBER: (262) 253-3900
N104W13840 Donges Bay Rd
Germantown, WI  53022

Gibraltar Area School District
SUPERINTENDENT: Tina Meer
E-MAIL: tvanmeer@gibraltar.k12.wi.us
PHONE NUMBER: (920) 868-3284
3924 State Highway 42
Fish Creek, WI  54212

Gillett School District
SUPERINTENDENT: Todd Carlson
E-MAIL: tcarlson@gillett.k12.wi.us
PHONE NUMBER: (920) 855-2137
208 W Main St
Gillett, WI  54124

Gilman School District
SUPERINTENDENT: Walter Leipart
E-MAIL: wleipart@gilman.k12.wi.us
PHONE NUMBER: (715) 447-8216
325 N Fifth Ave
Gilman, WI  54433

Gilmanton School District
SUPERINTENDENT: Glen Denk
E-MAIL: gdenk@ghs.k12.wi.us
PHONE NUMBER: (715) 946-3158
S889 Larson Rd
Gilmanton, WI  54743

Glendale-river Hills School District
SUPERINTENDENT: Larry Smalley
E-MAIL: larry.smalley@glendale.k12.wi.us
PHONE NUMBER: (414) 351-7170
2600 W Mill Rd
Glendale, WI  53209

Glenwood City School District
SUPERINTENDENT: Tim Johnson
E-MAIL: johnstim@gcsd.k12.wi.us
PHONE NUMBER: (715) 265-4757
850 Maple St
Glenwood City, WI  54013

Goodman-armstrong Creek School District
SUPERINTENDENT: Allison Space
E-MAIL: aspace@goodman.k12.wi.us

PHONE NUMBER: (715) 336-2575
1 Falcon Crest
Goodman, WI  54125

Grafton School District
SUPERINTENDENT: Jeff Nelson
E-MAIL: jnelson@grafton.k12.wi.us
PHONE NUMBER: (262) 376-5400
1900 Washington St
Grafton, WI  53024

Granton Area School District
SUPERINTENDENT: Scott Woodington
E-MAIL: woodingtons@granton.k12.wi.us
PHONE NUMBER: (715) 238-7292
217 N Main St
Granton, WI  54436

Grantsburg School District
SUPERINTENDENT: Joshua Watt
E-MAIL: jwatt@grantsburg.k12.wi.us
PHONE NUMBER: (715) 463-2531
480 E James Ave
Grantsburg, WI  54840

Green Bay Area Public School District
SUPERINTENDENT: Stephen Murley
E-MAIL: sfmurley@gbaps.org
PHONE NUMBER: (920) 448-2000
200 S Broadway
Green Bay, WI  54303

Green Lake School District
SUPERINTENDENT: Mary Allen
E-MAIL: mallen1@glsd.k12.wi.us
PHONE NUMBER: (920) 294-6411
612 Mill St
Green Lake, WI  54941

Greendale School District
SUPERINTENDENT: Kim Amidzich
E-MAIL: kim.amidzich@greendaleschools.org
PHONE NUMBER: (414) 423-2700
6801 Southway
Greendale, WI  53129

Greenfield School District
SUPERINTENDENT: Lisa Elliott
E-MAIL: lelliott@greenfield.k12.wi.us
PHONE NUMBER: (414) 855-2050
4850 S 60Th St
Greenfield, WI  53220

Greenwood School District
SUPERINTENDENT: Todd Felhofer
E-MAIL: tofelhofer@greenwood.k12.wi.us

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (715) 267-6101
306 W Central Ave
Greenwood, WI  54437

Gresham School District
SUPERINTENDENT: Newell Haffner
E-MAIL: haffnen@gresham.k12.wi.us
PHONE NUMBER: (715) 787-3211
501 Schabow St
Gresham, WI  54128

Hamilton School District
SUPERINTENDENT: Paul Mielke
E-MAIL: mielpa@hamilton.k12.wi.us
PHONE NUMBER: (262) 246-1973
W220 N6151 Town Line Rd
Sussex, WI  53089

Hartford J1 School District
SUPERINTENDENT: Mark Smits
E-MAIL: smits@hartfordjt1.k12.wi.us
PHONE NUMBER: (262) 673-3155
402 W Sumner St
Hartford, WI  53027

Hartford Uhs School District
SUPERINTENDENT: Jeffrey Walters
E-MAIL: jeff.walters@huhs.org
PHONE NUMBER: (262) 670-3200
805 Cedar St
Hartford, WI  53027

Hartland-lakeside J3 School District
SUPERINTENDENT: Nancy Nikolay
E-MAIL: nnikolay@hartlake.org
PHONE NUMBER: (262) 369-6700
800 E North Shore Dr
Hartland, WI  53029

Hayward Community School District
SUPERINTENDENT: Craig Olson
E-MAIL: colson@hayward.k12.wi.us
PHONE NUMBER: (715) 634-2619
15930 W 5Th St
Hayward, WI  54843

Herman-neosho-rubicon School District
SUPERINTENDENT: Anthony Brazouski
E-MAIL: abrazouski@hnrschools.org
PHONE NUMBER: (920) 625-3531
201 Center St
Neosho, WI  53059

Highland School District
SUPERINTENDENT: Nancy Hendrickson
E-MAIL: nhendrickson@highland.k12.wi.us

PHONE NUMBER: (608)929-4525
1030 Cardinal Dr
Highland, WI  53543

Hilbert School District
SUPERINTENDENT: Anthony Sweere
E-MAIL: sweeret@hilbertk12.org
PHONE NUMBER: (920) 853-3531
1139 W Milwaukee St
Hilbert, WI  54129

Hillsboro School District
SUPERINTENDENT: Curt Bisarek
E-MAIL: curt.bisarek@hillsboroschools.org
PHONE NUMBER: (608) 489-2221
777 School Rd
Hillsboro, WI  54634

Holmen School District
SUPERINTENDENT: Kristin Mueller
E-MAIL: muekri@holmen.k12.wi.us
PHONE NUMBER: (608) 526-6610
1019 Mchugh Rd
Holmen, WI  54636

Holy Hill Area School District
SUPERINTENDENT: Tara Villalobos
E-MAIL: villalobos@hhasd.org
PHONE NUMBER: (262)628-2380
1750 Highway 164
Hubertus, WI  53033

Horicon School District
SUPERINTENDENT: Richard Appel
E-MAIL: rappel@horicon.k12.wi.us
PHONE NUMBER: (920) 485-2898
611 Mill St
Horicon, WI  53032

Hortonville Area School District
SUPERINTENDENT: Todd Timm
E-MAIL: toddtimm@hasd.org
PHONE NUMBER: (920) 779-7921
246 N Olk St
Hortonville, WI  54944

Howards Grove School District
SUPERINTENDENT: Christopher Peterson
E-MAIL: cpeterson@hgsd.k12.wi.us
PHONE NUMBER: (920) 565-4454
403 Audubon Rd
Howards Grove, WI  53083

Howard-suamico School District
SUPERINTENDENT: Damian Lacroix
E-MAIL: damilacr@hssdschools.org

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (920) 662-7878
2706 Lineville Road
Green Bay, WI  54313

Hudson School District
SUPERINTENDENT: Nick Ouellette
E-MAIL: ouelletten@hudsonraiders.org
PHONE NUMBER: (715) 377-3702
644 Brakke Dr
Hudson, WI  54016

Hurley School District
SUPERINTENDENT: Kevin Genisot
E-MAIL: genisot@hurley.k12.wi.us
PHONE NUMBER: (715) 561-4900
5503 W Range View Dr
Hurley, WI  54534

Hustisford School District
SUPERINTENDENT: Heather Cramer
E-MAIL: cramerh@hustisford.k12.wi.us
PHONE NUMBER: (920) 349-8109
845 S Lake St
Hustisford, WI 53034

Independence School District
SUPERINTENDENT: Barry Schmitt
E-MAIL: schmittb@indps.k12.wi.us
PHONE NUMBER: (715) 985-3172
23786 Indee Blvd
Independence, WI  54747

Iola-scandinavia School District
SUPERINTENDENT: Ray Przekurat
E-MAIL: przekuratr@iola.k12.wi.us
PHONE NUMBER: (715) 445-2411
450 Division St
Iola, WI  54945

Iowa-grant School District
SUPERINTENDENT: Stephanie Hubbard
E-MAIL: shubbard@igs.k12.wi.us
PHONE NUMBER: (608) 943-6311
498 County Road Ig
Livingston, WI  53554

Ithaca School District
SUPERINTENDENT: Julie Prouty
E-MAIL: julie.prouty@ithaca.k12.wi.us
PHONE NUMBER: (608) 585-2311
24615 State Hwy 58
Richland Center, WI  53581

Janesville School District
SUPERINTENDENT: Steve Pophal
E-MAIL: spophal@janesville.k12.wi.us

PHONE NUMBER: (608) 743-5000
527 S Franklin St
Janesville, WI  53548

Jefferson School District
SUPERINTENDENT: Mark Rollefson
E-MAIL: rollefsonm@sdoj.org
PHONE NUMBER: (920) 675-1000
206 S Taft Ave
Jefferson, WI  53549

Johnson Creek School District
SUPERINTENDENT: Michael Garvey
E-MAIL: garveym@johnsoncreekschools.org
PHONE NUMBER: (920) 541-4800
455 Aztalan Street
Johnson Creek, WI  53038

Juda School District
SUPERINTENDENT: Traci Davis
E-MAIL: davis@judaschool.com
PHONE NUMBER: (608) 934-5251
N2385 Spring St
Juda, WI  53550

Kaukauna Area School District
SUPERINTENDENT: Mark Duerwaechter
E-MAIL: duerwaechterm@kaukaunasd.org
PHONE NUMBER: (920) 766-6100
1701 County Road Ce
Kaukauna, WI  54130

Kenosha School District
SUPERINTENDENT: Sue Jarvis
E-MAIL: ssavagli@kusd.edu
PHONE NUMBER: (262) 359-6320
3600 52Nd St
Kenosha, WI  53144

Kettle Moraine School District
SUPERINTENDENT: Patricia Deklotz
E-MAIL: deklotzp@kmsd.edu
PHONE NUMBER: (262) 968-6300
563 A J Allen Cir
Wales, WI  53183

Kewaskum School District
SUPERINTENDENT: James Smasal
E-MAIL: jsmasal@kewaskumschools.org
PHONE NUMBER: (262) 626-8427
1675 Reigle Dr
Kewaskum, WI  53040

Kewaunee School District
SUPERINTENDENT: Karen Treml
E-MAIL: ktreml@kewaunee.k12.wi.us

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (920) 388-3230
915 Second St
Kewaunee, WI  54216

Kickapoo Area School District
SUPERINTENDENT: Doug Olsen
E-MAIL: dolsen@kickapoo.k12.wi.us
PHONE NUMBER: (608) 627-0101
S6520 State Highway 131
Viola, WI  54664

Kiel Area School District
SUPERINTENDENT: Brad Ebert
E-MAIL: bebert@kiel.k12.wi.us
PHONE NUMBER: (920) 894-2266
416 Paine St
Kiel, WI  53042

Kimberly Area School District
SUPERINTENDENT: Robert Mayfield
E-MAIL: bmayfield@kimberly.k12.wi.us
PHONE NUMBER: (920) 788-7900
425 S Washington St
Combined Locks, WI  54113

Kohler School District
SUPERINTENDENT: Quynh Trueblood
E-MAIL: truebloodq@kohler.k12.wi.us
PHONE NUMBER: (920) 803-7201
333 Upper Rd
Kohler, WI  53044

La Crosse School District
SUPERINTENDENT: Aaron Engel
E-MAIL: aengel@lacrossesd.org
PHONE NUMBER: (608) 789-7600
807 East Ave S
La Crosse, WI  54601

La Farge School District
SUPERINTENDENT: Meaghan Gustafson
E-MAIL: gustafsonm@lafarge.k12.wi.us
PHONE NUMBER: (608) 625-0107
301 W Adams St
La Farge, WI  54639

Lac Courte Oreilles Ojibwa School
SUPERINTENDENT: Jessica Hutchison
E-MAIL: jessica.hutchison@lcoosk12.org
PHONE NUMBER: (715) 634-8924
8875 N Round Lake School Rd
Hayward, WI  54843

Lac Du Flambeau #1 School District
SUPERINTENDENT: Larry Ouimette
E-MAIL: larry.ouimette@ldfschool.org

PHONE NUMBER: (715) 588-3838
2899 State Hwy 47 South
Lac Du Flambeau, WI  54538

Ladysmith School District
SUPERINTENDENT: Michael Cox
E-MAIL: mcox@sdlwi.org
PHONE NUMBER: (715) 532-5277
1700 Edgewood Ave E
Ladysmith, WI  54848

Lake Country School District
SUPERINTENDENT: Mark Lichte
E-MAIL: lichtem@mylakecountryschool.org
PHONE NUMBER: (262) 367-3606
1800 Vettelson Rd
Hartland, WI  53029

Lake Geneva J1 School District
SUPERINTENDENT: Jim Gottinger
E-MAIL: jim.gottinger@badger.k12.wi.us
PHONE NUMBER: (262) 348-1000
208 E South St
Lake Geneva, WI  53147

Lake Geneva-genoa City Uhs School District
SUPERINTENDENT: Jim Gottinger
E-MAIL: jim.gottinger@badger.k12.wi.us
PHONE NUMBER: (262) 348-1000
208 E South St
Lake Geneva, WI  53147

Lake Holcombe School District
SUPERINTENDENT: Kurt Lindau
E-MAIL: lindkur@lakeholcombe.k12.wi.us
PHONE NUMBER: (715) 595-4241
27331 262Nd Ave
Holcombe, WI  54745

Lake Mills Area School District
SUPERINTENDENT: Tonya Olson
E-MAIL: tonya.olson@lakemills.k12.wi.us
PHONE NUMBER: (920) 648-2215
120 E Lake Park Pl
Lake Mills, WI  53551

Lakeland Uhs School District
SUPERINTENDENT: Robert Way
E-MAIL: way@lakelandunion.org
PHONE NUMBER: (715) 356-5252
9573 State Hwy 70
Minocqua, WI  54548

Lancaster Community School District
SUPERINTENDENT: Rob Wagner
E-MAIL: wagnerr@lancastersd.k12.wi.us

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (608) 723-2175
925 W Maple St
Lancaster, WI  53813

Laona School District
SUPERINTENDENT: Jim Bradley
E-MAIL: jbradley@laona.k12.wi.us
PHONE NUMBER: (715) 674-2143
5216 Forest Ave
Laona, WI  54541

Lena School District
SUPERINTENDENT: Ben Pytleski
E-MAIL: pytleskib@lenak12.org
PHONE NUMBER: (920) 829-5703
304 E Main St
Lena, WI  54139

Linn J4 School District
SUPERINTENDENT: Allyssa Andersen
E-MAIL: allyssa.andersen@traverschool.org
PHONE NUMBER: (262) 248-4067
W3490 Linton Rd
Lake Geneva, WI  53147

Linn J6 School District
SUPERINTENDENT: Samantha Polek
E-MAIL: spolek@linn6.k12.wi.us
PHONE NUMBER: (262) 248-4120
W4094 S Lakeshore Dr
Lake Geneva, WI  53147

Little Chute Area School District
SUPERINTENDENT: David Botz
E-MAIL: dbotz@littlechute.k12.wi.us
PHONE NUMBER: (920) 788-7605
325 Meulemans St
Little Chute, WI  54140

Lodi School District
SUPERINTENDENT: Charles Pursell
E-MAIL: pursech@lodischoolswi.org
PHONE NUMBER: (608) 592-3851
115 School St
Lodi, WI  53555

Lomira School District
SUPERINTENDENT: Robert Lloyd
E-MAIL: blloyd@lomira.k12.wi.us
PHONE NUMBER: (920) 269-4396
1030 4Th St
Lomira, WI  53048

Loyal School District
SUPERINTENDENT: Chris Lindner
E-MAIL: clindner@loyal.k12.wi.us

PHONE NUMBER: (715) 255-8552
514 W Central
Loyal, WI  54446

Luck School District
SUPERINTENDENT: Cory Hinkel
E-MAIL: coryh@lucksd.k12.wi.us
PHONE NUMBER: (715) 472-2152
810 S 7Th St
Luck, WI  54853

Luxemburg-casco School District
SUPERINTENDENT: Glenn Schlender
E-MAIL: gschlender@luxcasco.k12.wi.us
PHONE NUMBER: (920) 845-2391
318 N Main St
Luxemburg, WI  54217

Madison Metropolitan School District
SUPERINTENDENT: Jane Belmore
E-MAIL: jbelmore@madison.k12.wi.us
PHONE NUMBER: (608) 663-1879
545 W Dayton St
Madison, WI  53703

Manawa School District
SUPERINTENDENT: Melanie Oppor
E-MAIL: moppor@manawaschools.org
PHONE NUMBER: (920) 596-2525
800 Beech St
Manawa, WI  54949

Manitowoc School District
SUPERINTENDENT: Mark Holzman
E-MAIL: holzmanm@mpsd.k12.wi.us
PHONE NUMBER: (920) 686-4777
2902 Lindbergh Dr
Manitowoc, WI  54221

Maple Dale-indian Hill School District
SUPERINTENDENT: Jennifer Wimmer
E-MAIL: jennifer.wimmer@mapledale.k12.wi.us
PHONE NUMBER: (414) 351-7380
8377 N Port Washington Rd
Fox Point, WI  53217

Maple School District
SUPERINTENDENT: Sara Croney
E-MAIL: saracroney@nw-tigers.org
PHONE NUMBER: (715) 363-2431
4751 S County Road F
Maple, WI  54854

Marathon City School District
SUPERINTENDENT: Richard Parks
E-MAIL: rparks@marathon.k12.wi.us

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (715) 443-2226
204 East St
Marathon, WI  54448

Marathon Co Cdeb
SUPERINTENDENT: Kelly Kapitz
E-MAIL: kkapitz@mcse.k12.wi.us
PHONE NUMBER: (715) 261-1980
1200 Lakeview Dr
Wausau, WI  54403

Marinette School District
SUPERINTENDENT: Corry Lambie
E-MAIL: clambie@marinette.k12.wi.us
PHONE NUMBER: (715) 735-1400
2139 Pierce Ave
Marinette, WI  54143

Marion School District
SUPERINTENDENT: James Bena
E-MAIL: james.bena@marion.k12.wi.us
PHONE NUMBER: (715) 754-2511
1001 N Main St
Marion, WI  54950

Markesan School District
SUPERINTENDENT: Duane Bark
E-MAIL: barkdua@markesan.k12.wi.us
PHONE NUMBER: (920) 398-2373
100 E Vista Blvd
Markesan, WI  53946

Marshall School District
SUPERINTENDENT: Dan Grady
E-MAIL: dgrady@marshallschools.org
PHONE NUMBER: (608) 655-3466
617 Madison St
Marshall, WI  53559

Marshfield Unified School District
SUPERINTENDENT: Ryan Christianson
E-MAIL: christiansonr@marshfieldschools.org
PHONE NUMBER: (715) 387-1101
1010 E Fourth St
Marshfield, WI  54449

Mauston School District
SUPERINTENDENT: Joel Heesch
E-MAIL: jheesch@maustonschools.org
PHONE NUMBER: (608) 847-5451
510 Grayside Ave
Mauston, WI  53948

Mayville School District
SUPERINTENDENT: Scott Sabol
E-MAIL: ssabol@mayville.k12.wi.us

PHONE NUMBER: (920) 387-7963
234 N John St
Mayville, WI  53050

Mcfarland School District
SUPERINTENDENT: Andrew Briddell
E-MAIL: briddea@mcfsd.org
PHONE NUMBER: (608) 838-3169
5101 Farwell St
Mcfarland, WI  53558

Medford Area Public School District
SUPERINTENDENT: Patrick Sullivan
E-MAIL: sullipa@medford.k12.wi.us
PHONE NUMBER: (715) 748-4620
124 W State St
Medford, WI  54451

Mellen School District
SUPERINTENDENT: Rhonda Friemoth
E-MAIL: relmhorstfriemoth@mellendiggers.org
PHONE NUMBER: (715) 274-3601
420 S Main St
Mellen, WI  54546

Melrose-mindoro School District
SUPERINTENDENT: Jeff Arzt
E-MAIL: arzt@mel-min.k12.wi.us
PHONE NUMBER: (608) 488-2201
N181 State Road 108
Melrose, WI  54642

Menasha Joint School District
SUPERINTENDENT: Chris Vanderheyden
E-MAIL: vanderheydenc@mjsd.k12.wi.us
PHONE NUMBER: (920) 967-1401
328 Sixth St
Menasha, WI  54952

Menominee Indian School District
SUPERINTENDENT: Wendell Waukau
E-MAIL: wwaukau@misd.k12.wi.us
PHONE NUMBER: (715) 799-3824
N522 Highway 47/55
Keshena, WI  54135

Menominee Tribal School
SUPERINTENDENT: Lori        Corn
E-MAIL: lcorn@mitw.org
PHONE NUMBER: (715) 756-2354
6817 W Church St
Neopit, Wi  54140

Menomonee Falls School District
SUPERINTENDENT: Corey Golla
E-MAIL: gollcor@sdmfschools.org

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (262) 255-8440
W156N8480 Pilgrim Rd
Menomonee Falls, WI  53051

Menomonie Area School District
SUPERINTENDENT: Joe Zydowsky
E-MAIL: joe_zydowsky@msd.k12.wi.us
PHONE NUMBER: (715) 232-1642
215 Pine Ave Ne
Menomonie, WI  54751

Mequon-thiensville School District
SUPERINTENDENT: Matthew Joynt
E-MAIL: mjoynt@mtsd.k12.wi.us
PHONE NUMBER: (262) 238-8503
5000 W Mequon Rd
Mequon, WI  53092

Mercer School District
SUPERINTENDENT: Sheri Kopka
E-MAIL: skopka@mercertigers.org
PHONE NUMBER: (715) 476-2154
2690 W Margaret St
Mercer, WI  54547

Merrill Area School District
SUPERINTENDENT: John Sample
E-MAIL: john.sample@maps.k12.wi.us
PHONE NUMBER: (715) 536-4581
1111 N Sales St
Merrill, WI  54452

Merton Community School District
SUPERINTENDENT: Ronald Russ
E-MAIL: russr@merton.k12.wi.us
PHONE NUMBER: (262) 538-2227
N68W28320 Sussex Rd
Merton, WI  53056

Middleton-cross Plains Area School District
SUPERINTENDENT: Dana Monogue
E-MAIL: dmonogue@mcpasd.k12.wi.us
PHONE NUMBER: (608) 829-9000
7106 South Ave
Middleton, WI  53562

Milton School District
SUPERINTENDENT: Richard Dahman
E-MAIL: dahmanr@milton.k12.wi.us
PHONE NUMBER: (608) 868-9200
448 E High St
Milton, WI  53563

Milwaukee School District
SUPERINTENDENT: Keith Posley
E-MAIL: posleykp@milwaukee.k12.wi.us

PHONE NUMBER: (414) 475-8002
5225 W Vliet St
Milwaukee, WI  53208

Mineral Point Unified School District
SUPERINTENDENT: Mitch Wainwright
E-MAIL: mitch.wainwright@mp.k12.wi.us
PHONE NUMBER: (608) 987-0740
705 Ross St
Mineral Point, WI  53565

Minocqua J1 School District
SUPERINTENDENT: James Ellis
E-MAIL: jellis@mhlt.org
PHONE NUMBER: (715) 356-5206
7450 Titus Dr
Minocqua, WI  54548

Mishicot School District
SUPERINTENDENT: PAUL ORLICH
E-MAIL: porlich@mishicot.k12.wi.us
PHONE NUMBER: (920) 755-4633
660 Washington St
Mishicot, WI  54228

Mondovi School District
SUPERINTENDENT: Greg Corning
E-MAIL: gcorning@mondovi.k12.wi.us
PHONE NUMBER: (715) 926-3684
337 N Jackson St
Mondovi, WI  54755

Monona Grove School District
SUPERINTENDENT: Daniel Olson
E-MAIL: daniel.olson@mgschools.net
PHONE NUMBER: (608) 221-7660
5301 Monona Dr
Monona, WI  53716

Monroe School District
SUPERINTENDENT: Rick Waski
E-MAIL: rickwaski@monroe.k12.wi.us
PHONE NUMBER: (608) 328-7171
925 16Th Ave
Monroe, WI  53566

Montello School District
SUPERINTENDENT: Margaret Banker
E-MAIL: mbanker@montelloschools.org
PHONE NUMBER: (608)297-7617
222 Forest Ln
Montello, WI  53949

Monticello School District
SUPERINTENDENT: Allen Brokopp
E-MAIL: abrokopp@monticello.k12.wi.us

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (608) 938-4194
334 S Main St
Monticello, WI  53570

Mosinee School District
SUPERINTENDENT: David Munoz
E-MAIL: dmunoz@mosineeschools.org
PHONE NUMBER: (715) 693-2530
591 W Highway 153
Mosinee, WI  54455

Mount Horeb Area School District
SUPERINTENDENT: Steve Salerno
E-MAIL: salernosteve@mhasd.k12.wi.us
PHONE NUMBER: (608) 437-2400
1304 E Lincoln St
Mount Horeb, WI  53572

Mukwonago School District
SUPERINTENDENT: Shawn Mcnulty
E-MAIL: mcnulsh@masd.k12.wi.us
PHONE NUMBER: (262) 363-6300
385 County Road Nn E
Mukwonago, WI  53149

Muskego-norway School District
SUPERINTENDENT: Kelly Thompson
E-MAIL: kelly.thompson@muskegonorway.org
PHONE NUMBER: (262) 971-1800
S87W18763 Woods Rd
Muskego, WI  53150

Necedah Area School District
SUPERINTENDENT: Tanya Kotlowski
E-MAIL: kotlowski@necedahschools.org
PHONE NUMBER: (608) 565-2256
1801 S Main St
Necedah, WI  54646

Neenah Joint School District
SUPERINTENDENT: Mary Pfeiffer
E-MAIL: mpfeiffer@neenah.k12.wi.us
PHONE NUMBER: (920) 751-6800
410 S Commercial St
Neenah, WI  54956

Neillsville School District
SUPERINTENDENT: John Gaier
E-MAIL: jgaier@neillsville.k12.wi.us
PHONE NUMBER: (715) 743-3323
614 E 5Th St
Neillsville, WI  54456

Nekoosa School District
SUPERINTENDENT: Terry Whitmore
E-MAIL: Terry_Whitmore@nekoosa.k12.wi.us

PHONE NUMBER: (715) 886-8000
600 S Section St
Nekoosa, WI  54457

New Auburn School District
SUPERINTENDENT: Scott Johnson
E-MAIL: johnsons@mail.newauburn.k12.wi.us
PHONE NUMBER: (715) 237-2202
704 N East St
New Auburn, WI  54757

New Berlin School District
SUPERINTENDENT: Joe Garza
E-MAIL: joe.garza@nbexcellence.org
PHONE NUMBER: (262) 789-6200
4333 S Sunnyslope Rd
New Berlin, WI  53151

New Glarus School District
SUPERINTENDENT: Jennifer Thayer
E-MAIL: jennifer.thayer@ngsd.k12.wi.us
PHONE NUMBER: (608) 527-2410
1701 2Nd St
New Glarus, WI  53574

New Holstein School District
SUPERINTENDENT: Dan Nett
E-MAIL: dnett@nhsd.k12.wi.us
PHONE NUMBER: (920) 898-5115
1715 Plymouth St
New Holstein, WI  53061

New Lisbon School District
SUPERINTENDENT: Adam Englebretson
E-MAIL: adam_englebretson@newlisbon.k12.wi.us
PHONE NUMBER: (608) 562-3700
500 S Forest St
New Lisbon, WI  53950

New London School District
SUPERINTENDENT: Scott Bleck
E-MAIL: sbleck@newlondon.k12.wi.us
PHONE NUMBER: (920) 982-8530
901 W Washington St
New London, WI  54961

New Richmond School District
SUPERINTENDENT: Patrick Olson
E-MAIL: polson@newrichmond.k12.wi.us
PHONE NUMBER: (715) 243-7411
701 East 11th Street
New Richmond, WI  54017

Niagara School District
SUPERINTENDENT: Nathaniel Burklund
E-MAIL: nburklund@niagara.k12.wi.us

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (715) 251-1330
700 Jefferson Ave
Niagara, WI  54151

Nicolet Uhs School District
SUPERINTENDENT: Greg Kabara
E-MAIL: greg.kabara@nicolet.us
PHONE NUMBER: (414) 351-7520
6701 N Jean Nicolet Rd
Glendale, WI  53217

Norris School District
SUPERINTENDENT: Johnna Noll
E-MAIL: jnoll@norrisacademywi.org
PHONE NUMBER: (262) 662-5911
W247S10395 Center Dr
Mukwonago, WI  53149

North Cape School District
SUPERINTENDENT: John Lehnen
E-MAIL: jlehnen@northcape.k12.wi.us
PHONE NUMBER: (262) 835-4069
11926 W Highway K
Franksville, WI  53126

North Crawford School District
SUPERINTENDENT: Brandon Munson
E-MAIL: bmunson@ncrawford.k12.wi.us
PHONE NUMBER: (608) 735-4318
47050 County Road X
Soldiers Grove, WI  54655

North Fond Du Lac School District
SUPERINTENDENT: Aaron Sadoff
E-MAIL: asadoff@nfdlschools.org
PHONE NUMBER: (920) 929-3750
225 Mckinley St
North Fond Du Lac, WI  54937

North Lake School District
SUPERINTENDENT: Liesl Ackley
E-MAIL: acklie@northlakeschool.org
PHONE NUMBER: (262) 966-2033
N75W31283 Highway Vv
North Lake, WI  53064

North Lakeland School District
SUPERINTENDENT: Brent Jelinski
E-MAIL: bjelinski@nles.us
PHONE NUMBER: (715) 543-8417
12686 County Highway K
Manitowish Waters, WI  54545

Northern Ozaukee School District
SUPERINTENDENT: Dave Karrels
E-MAIL: dkarrels@nosd.edu

PHONE NUMBER: (262) 692-2489
401 Highland Dr
Fredonia, WI  53021

Northland Pines School District
SUPERINTENDENT: Scott Foster
E-MAIL: sfoster@npsd.k12.wi.us
PHONE NUMBER: (715) 479-6487
1800 Pleasure Island Rd
Eagle River, WI  54521

Northwood School District
SUPERINTENDENT: SCOT KELLY
E-MAIL: scot_kelly@northwoodk12wi.com
PHONE NUMBER: (715) 466-2297
N14463 Highway 53
Minong, WI  54859

Norwalk-ontario-wilton School District
SUPERINTENDENT: Kelly Burhop
E-MAIL: kburhop@now.k12.wi.us
PHONE NUMBER: (608) 337-4403
28861 Highway 131 N
Ontario, WI  54651

Norway J7 School District
SUPERINTENDENT: Carrie Reid
E-MAIL: principal@droughtschool.net
PHONE NUMBER: (414) 425-6020
21016 7 Mile Rd
Franksville, WI  53126

Oak Creek-franklin Joint School District
SUPERINTENDENT: Daniel Unertl
E-MAIL: d.unertl@ocfsd.org
PHONE NUMBER: (414) 768-5880
7630 S 10Th St
Oak Creek, WI  53154

Oakfield School District
SUPERINTENDENT: Vance Dalzin
E-MAIL: vdalzin@oakfield.k12.wi.us
PHONE NUMBER: (920) 583-4117
200 White St
Oakfield, WI  53065

Oconomowoc Area School District
SUPERINTENDENT: Roger Rindo
E-MAIL: rindor@oasd.org
PHONE NUMBER: (262) 560-1115
W360N7077 Brown St
Oconomowoc, WI  53066

Oconto Falls Public School District
SUPERINTENDENT: Dean Hess
E-MAIL: dean.hess@of-ps.org

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (920) 848-4471
200 N Farm Rd
Oconto Falls, WI  54154

Oconto Unified School District
SUPERINTENDENT: Emily Miller
E-MAIL: emily.miller@oconto.k12.wi.us
PHONE NUMBER: (920) 834-7814
400 Michigan Ave
Oconto, WI  54153

Omro School District
SUPERINTENDENT: Jay Jones
E-MAIL: JJone@omro.k12.wi.us
PHONE NUMBER: (920) 303-2302
455 Fox Trl
Omro, WI  54963

Onalaska School District
SUPERINTENDENT: Todd Antony
E-MAIL: antto@onalaskaschools.com
PHONE NUMBER: (608) 781-9700
1821 E Main St
Onalaska, WI  54650

Oneida Nation School
SUPERINTENDENT: Sharon Mousseau
E-MAIL: smoussea@oneidanation.org
PHONE NUMBER: (920) 869-1676
N7125 Seminary Rd
Oneida, WI  54155

Oostburg School District
SUPERINTENDENT: Kevin Bruggink
E-MAIL: kevin.bruggink@oostburg.k12.wi.us
PHONE NUMBER: (920) 564-2346
410 New York Ave
Oostburg, WI  53070

Oregon School District
SUPERINTENDENT: Leslie Bergstrom
E-MAIL: lcb2@oregonsd.org
PHONE NUMBER: (608) 835-4000
123 E Grove St
Oregon, WI  53575

Osceola School District
SUPERINTENDENT: Mark Luebker
E-MAIL: luebkerm@osceolak12.org
PHONE NUMBER: (715) 294-4140
331 Middle School Dr
Osceola, WI  54020

Oshkosh Area School District
SUPERINTENDENT: Vickie Cartwright
E-MAIL: vickie.cartwright@oshkosh.k12.wi.us

PHONE NUMBER: (920) 424-0160
215 S Eagle St
Oshkosh, WI  54902

Osseo-fairchild School District
SUPERINTENDENT: Lori Whelan
E-MAIL: lwhelan@ofsd.k12.wi.us
PHONE NUMBER: (715) 597-3141
50851 East St
Osseo, WI  54758

Owen-withee School District
SUPERINTENDENT: Robert Houts
E-MAIL: bhouts@owen-withee.k12.wi.us
PHONE NUMBER: (715) 229-2151
832 W 3Rd St
Owen, WI  54460

Palmyra-eagle Area School District
SUPERINTENDENT: Michelle Meronk
E-MAIL: mmeronk@peasd.org
PHONE NUMBER: (262) 495-7101
123 Burr Oak St
Palmyra, WI  53156

Pardeeville Area School District
SUPERINTENDENT: Gus Knitt
E-MAIL: knitgu@pasdwi.org
PHONE NUMBER: (608) 429-2153
120 Oak St
Pardeeville, WI  53954

Paris J1 School District
SUPERINTENDENT: Roger Gahart
E-MAIL: rgahart@paris.k12.wi.us
PHONE NUMBER: (262) 859-2350
1901 176Th Ave
Kenosha, WI  53144

Parkview School District
SUPERINTENDENT: Steve Lutzke
E-MAIL: slutzke@email.parkview.k12.wi.us
PHONE NUMBER: (608) 879-2717
106 W Church  St
Orfordville, WI  53576

Pecatonica Area School District
SUPERINTENDENT: Jill Underly
E-MAIL: junderly@pecatonica.k12.wi.us
PHONE NUMBER: (608) 523-4248
704 Cross St
Blanchardville, WI  53516

Pepin Area School District
SUPERINTENDENT: Bruce Quinton
E-MAIL: bruceq@pepin.k12.wi.us

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (715) 442-2391
510 Pine St
Pepin, WI  54759

Peshtigo School District
SUPERINTENDENT: Patrick Rau
E-MAIL: raup@peshtigo.k12.wi.us
PHONE NUMBER: (715) 582-3677
341 N Emery Ave
Peshtigo, WI  54157

Pewaukee School District
SUPERINTENDENT: Mike Cady
E-MAIL: cadymic@pewaukeeschools.org
PHONE NUMBER: (262) 691-2100
404 Lake St
Pewaukee, WI  53072

Phelps School District
SUPERINTENDENT: Delnice Hill
E-MAIL: delhill@phelps.k12.wi.us
PHONE NUMBER: (715) 545-2724
4451 Old School Rd
Phelps, WI  54554

Phillips School District
SUPERINTENDENT: Rick Morgan
E-MAIL: rmorgan@phillips.k12.wi.us
PHONE NUMBER: (715) 339-2419
365 Highway 100
Phillips, WI  54555

Pittsville School District
SUPERINTENDENT: Rodney Figueroa
E-MAIL: figuerod@pittsville.k12.wi.us
PHONE NUMBER: (715) 884-6694
5459 Elementary Ave
Pittsville, WI  54466

Platteville School District
SUPERINTENDENT: Jim Boebel
E-MAIL: boebel@platteville.k12.wi.us
PHONE NUMBER: (608) 342-4000
780 N 2Nd St
Platteville, WI  53818

Plum City School District
SUPERINTENDENT: Amy Vesperman
E-MAIL: avesperman@plumcity.k12.wi.us
PHONE NUMBER: (715) 647-2591
907 Main St
Plum City, WI  54761

Plymouth Joint School District
SUPERINTENDENT: Carrie Dassow
E-MAIL: cjdassow@plymouth.k12.wi.us

PHONE NUMBER: (920) 892-2661
125 S Highland Ave
Plymouth, WI  53073

Port Edwards School District
SUPERINTENDENT: Kyle Cronan
E-MAIL: cronaky@pesd.k12.wi.us
PHONE NUMBER: (715) 887-9000
801 2Nd St
Port Edwards, WI  54469

Port Washington-saukville School District
SUPERINTENDENT: Michael Weber
E-MAIL: michael.weber@pwssd.k12.wi.us
PHONE NUMBER: (262) 268-6000
100 W Monroe St
Port Washington, WI  53074

Portage Community School District
SUPERINTENDENT: Margaret Rudolph
E-MAIL: sweenj@portage.k12.wi.us
PHONE NUMBER: (608) 742-4879
305 E Slifer St
Portage, WI  53901

Potosi School District
SUPERINTENDENT: Kurt Cohen
E-MAIL: cohenk@potosisd.k12.wi.us
PHONE NUMBER: (608) 763-2161
128 Highway 61 N
Potosi, WI  53820

Poynette School District
SUPERINTENDENT: Matthew Shappell
E-MAIL: mshap@poynette.k12.wi.us
PHONE NUMBER: (608) 635-4347
108 N Cleveland St
Poynette, WI  53955

Prairie Du Chien Area School District
SUPERINTENDENT: Andy Banasik
E-MAIL: banan@pdc.k12.wi.us
PHONE NUMBER: (608) 326-3700
800 E Crawford St
Prairie Du Chien, WI  53821

Prairie Farm Public School District
SUPERINTENDENT: Tom Rich
E-MAIL: trich@prairiefarm.k12.wi.us
PHONE NUMBER: (715) 455-1861
630 River Ave S
Prairie Farm, WI  54762

Prentice School District
SUPERINTENDENT: Randy Bergman
E-MAIL: randy@prentice.k12.wi.us

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (715) 428-2811
1025 Town St
Prentice, WI  54556

Prescott School District
SUPERINTENDENT: Rick Spicuzza
E-MAIL: spicuzzar@prescott.k12.wi.us
PHONE NUMBER: (715) 262-5782
1220 Saint Croix St
Prescott, WI  54021

Princeton School District
SUPERINTENDENT: Chris Metras
E-MAIL: cmetras@princeton.k12.wi.us
PHONE NUMBER: (920) 295-6571
604 Old Green Lake Rd
Princeton, WI  54968

Pulaski Community School District
SUPERINTENDENT: Allison Space
E-MAIL: akspace@pulaskischools.org
PHONE NUMBER: (920) 822-6001
143 W Green Bay St
Pulaski, WI  54162

Racine Unified School District
SUPERINTENDENT: Eric Gallien
E-MAIL: eric.gallien@rusd.org
PHONE NUMBER: (262) 635-5600
3109 Mount Pleasant St
Racine, WI  53404

Randall J1 School District
SUPERINTENDENT: Jeffrey Alstadt
E-MAIL: Jalstadt@randall.k12.wi.us
PHONE NUMBER: (262) 537-2211
37101 - 87Th St
Burlington, WI  53105

Randolph School District
SUPERINTENDENT: Ty Breitlow
E-MAIL: breitlowt@rsdwi.org
PHONE NUMBER: (920) 326-2427
110 Meadowood Dr
Randolph, WI  53956

Random Lake School District
SUPERINTENDENT: Michael Trimberger
E-MAIL: mtrimberger@rladvantage.org
PHONE NUMBER: (920) 994-4342
605 Random Lake Rd
Random Lake, WI  53075

Raymond #14 School District
SUPERINTENDENT: Steve Harder
E-MAIL: hardste@raymond.k12.wi.us

PHONE NUMBER: (262) 835-2929
2659 76Th St
Franksville, WI  53126

Reedsburg School District
SUPERINTENDENT: Tom Benson
E-MAIL: tbenson@rsd.k12.wi.us
PHONE NUMBER: (608) 524-2401
501 K St
Reedsburg, WI  53959

Reedsville School District
SUPERINTENDENT: Kristoffer Brown
E-MAIL: kbrown@reedsville.k12.wi.us
PHONE NUMBER: (920) 754-4341
340 Manitowoc St
Reedsville, WI  54230

Rhinelander School District
SUPERINTENDENT: Eric Burke
E-MAIL: burkeeri@rhinelander.k12.wi.us
PHONE NUMBER: (715) 365-9750
665 Coolidge Ave
Rhinelander, WI  54501

Rib Lake School District
SUPERINTENDENT: Rick Cardey
E-MAIL: rcardy@riblake.k12.wi.us
PHONE NUMBER: (715) 427-3222
1236 Kennedy St
Rib Lake, WI  54470

Rice Lake Area School District
SUPERINTENDENT: Randy Drost
E-MAIL: drostr@ricelake.k12.wi.us
PHONE NUMBER: (715) 234-9007
700 Augusta St
Rice Lake, WI  54868

Richfield J1 School District
SUPERINTENDENT: Tara Villalobos
E-MAIL: villalobos@hhasd.org
PHONE NUMBER: (262) 628-1032
3117 Holy Hill Rd
Richfield, WI  53076

Richland School District
SUPERINTENDENT: Jarred Burke
E-MAIL: jburke@richland.k12.wi.us
PHONE NUMBER: (608) 647-6106
1996 Us Hwy 14 W
Richland Center, WI  53581

Richmond School District
SUPERINTENDENT: Jeanne Siegenthaler
E-MAIL: jsiegen@richmond.k12.wi.us

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (262) 538-1360
N56W26530 Richmond Rd
Sussex, WI  53089

Rio Community School District
SUPERINTENDENT: Craig Vetter
E-MAIL: vetter@rio.k12.wi.us
PHONE NUMBER: (920) 992-3141
411 Church St
Rio, WI  53960

Ripon Area School District
SUPERINTENDENT: Mary Whitrock
E-MAIL: whitrockm@ripon.k12.wi.us
PHONE NUMBER: (920) 748-4600
1120 Metomen St
Ripon, WI  54971

River Falls School District
SUPERINTENDENT: James Benson
E-MAIL: jamie.benson@rfsd.k12.wi.us
PHONE NUMBER: (715) 425-1800
852 E Division St
River Falls, WI  54022

River Ridge School District
SUPERINTENDENT: Clay Koenig
E-MAIL: koenigcl@rrsd.k12.wi.us
PHONE NUMBER: (608) 994-2715
11165 County Highway P
Patch Grove, WI  53817

River Valley School District
SUPERINTENDENT: Loren Glasbrenner
E-MAIL: lglasbrenner@rvschools.org
PHONE NUMBER: (608) 588-2551
660 W Daley St
Spring Green, WI  53588

Riverdale School District
SUPERINTENDENT: Bryce Bird
E-MAIL: bbird@riverdale.k12.wi.us
PHONE NUMBER: (608) 739-3832
747 Sixth St
Muscoda, WI  53573

Rosendale-brandon School District
SUPERINTENDENT: Wayne Weber
E-MAIL: webeway@rbsd.k12.wi.us
PHONE NUMBER: (920) 872-2851
300 W Wisconsin St
Rosendale, WI  54974

Rosholt School District
SUPERINTENDENT: Christopher Thompson
E-MAIL: chthompson@rosholt.k12.wi.us

PHONE NUMBER: (715) 677-4542
346 W Randolph St
Rosholt, WI  54473

Royall School District
SUPERINTENDENT: Mark Gruen
E-MAIL: gruenm@royall.k12.wi.us
PHONE NUMBER: (608) 462-2600
1501 Academy St
Elroy, WI  53929

Saint Croix Central School District
SUPERINTENDENT: Tim Widiker
E-MAIL: twidiker@scc.k12.wi.us
PHONE NUMBER: (715) 796-2256
1295 Vine St
Hammond, WI  54015

Saint Croix Falls School District
SUPERINTENDENT: Mark Burandt
E-MAIL: buranma@scfschools.com
PHONE NUMBER: (715) 483-2401
740 Maple Dr
Saint Croix Falls, WI  54024

Saint Francis School District
SUPERINTENDENT: Mark Elworthy
E-MAIL: melwort@sfsd.k12.wi.us
PHONE NUMBER: (414) 747-3901
4225 S Lake Dr
Saint Francis, WI  53235

Salem School District
SUPERINTENDENT: Connie Valenza
E-MAIL: valencon@salem.k12.wi.us
PHONE NUMBER: (262) 843-2356
8828 Antioch Rd
Salem, WI  53168

Sauk Prairie School District
SUPERINTENDENT: Jeff Wright
E-MAIL: jeff.wright@saukprairieschools.org
PHONE NUMBER: (608) 643-5990
213 Maple St
Sauk City, WI  53583

Seneca School District
SUPERINTENDENT: David Boland
E-MAIL: dboland@seneca.k12.wi.us
PHONE NUMBER: (608) 734-3411
202 Main St
Seneca, WI  54654

Sevastopol School District
SUPERINTENDENT: Kyle Luedtke
E-MAIL: kluedtke@sevastopol.k12.wi.us

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (920) 743-6282
4550 Highway 57
Sturgeon Bay, WI  54235

Seymour Community School District
SUPERINTENDENT: Laurie Asher
E-MAIL: lasher@seymour.k12.wi.us
PHONE NUMBER: (920) 833-2304
10 Circle Dr
Seymour, WI  54165

Sharon J11 School District
SUPERINTENDENT: Sara Andrus
E-MAIL: sarand@sharon.k12.wi.us
PHONE NUMBER: (262) 736-4477
104 E School St
Sharon, WI  53585

Shawano School District
SUPERINTENDENT: Randi Anderson
E-MAIL: andersonr@shawanoschools.com
PHONE NUMBER: (715) 526-3194
218 County Road B
Shawano, WI  54166

Sheboygan Area School District
SUPERINTENDENT: Seth Harvatine
E-MAIL: sharvatine@sasd.net
PHONE NUMBER: (920) 459-3511
830 Virginia Ave
Sheboygan, WI  53081

Sheboygan Falls School District
SUPERINTENDENT: Jean Born
E-MAIL: jborn@sheboyganfalls.k12.wi.us
PHONE NUMBER: (920) 467-7893
220 Amherst Ave
Sheboygan Falls, WI  53085

Shell Lake School District
SUPERINTENDENT: David Bridenhagen
E-MAIL: bridenhagend@shelllake.k12.wi.us
PHONE NUMBER: (715) 468-7816
271 Highway 63
Shell Lake, WI  54871

Shiocton School District
SUPERINTENDENT: Nichole Schweitzer
E-MAIL: nschweitzer@shiocton.k12.wi.us
PHONE NUMBER: (920) 986-3351
N5650 Broad St
Shiocton, WI  54170

Shorewood School District
SUPERINTENDENT: Bryan Davis
E-MAIL: bdavis@shorewood.k12.wi.us

PHONE NUMBER: (414) 963-6901
1701 E Capitol Dr
Shorewood, WI  53211

Shullsburg School District
SUPERINTENDENT: Mark Lierman
E-MAIL: mlierman@shullsburg.k12.wi.us
PHONE NUMBER: (608) 965-4427
444 N Judgement St
Shullsburg, WI  53586

Silver Lake J1 School District
SUPERINTENDENT: Jon Schleusner
E-MAIL: jschleusner@silverlakejt1.k12.wi.us
PHONE NUMBER: (262) 889-4384
300 Prosser St
Silver Lake, WI  53170

Siren School District
SUPERINTENDENT: Kevin Shetler
E-MAIL: kshetler@siren.k12.wi.us
PHONE NUMBER: (715) 349-2290
24022 4Th Ave
Siren, WI  54872

Slinger School District
SUPERINTENDENT: Daren Sievers
E-MAIL: d.sievers@slingerschools.org
PHONE NUMBER: (262) 644-9615
207 Polk St
Slinger, WI  53086

Solon Springs School District
SUPERINTENDENT: Frank Helquist
E-MAIL: fhelquist@solonk12.net
PHONE NUMBER: (715) 378-2263
8993 E Baldwin Ave
Solon Springs, WI  54873

Somerset School District
SUPERINTENDENT: Mark Bezek
E-MAIL: mbezek@somerset.k12.wi.us
PHONE NUMBER: (715) 247-3313
639 Sunrise Dr
Somerset, WI  54025

South Milwaukee School District
SUPERINTENDENT: Jeffrey Weiss
E-MAIL: jhess@sdsm.k12.wi.us
PHONE NUMBER: (414) 766-5000
901 15Th Ave
South Milwaukee, WI  53172

South Shore School District
SUPERINTENDENT: Clendon Gustafson
E-MAIL: gustafson@sshore.org

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (715) 774-3500
9135 School Rd
Port Wing, WI  54865

Southern Door County School District
SUPERINTENDENT: Patricia Vickman
E-MAIL: pvickman@southerndoor.k12.wi.us
PHONE NUMBER: (920) 825-7311
2073 County Trunk Dk
Brussels, WI  54204

Southwestern Wisconsin School District
SUPERINTENDENT: John Costello
E-MAIL: costelloj@swsd.k12.wi.us
PHONE NUMBER: (608) 854-2261
1415 Fairplay St
Hazel Green, WI  53811

Sparta Area School District
SUPERINTENDENT: Amy Van Deuren
E-MAIL: avandeuren@spartan.org
PHONE NUMBER: (608) 269-3151
201 E Franklin St
Sparta, WI  54656

Spencer School District
SUPERINTENDENT: Mike Endreas
E-MAIL: mendreas@spencer.k12.wi.us
PHONE NUMBER: (715) 659-5347
300 School St
Spencer, WI  54479

Spooner Area School District
SUPERINTENDENT: David Aslyn
E-MAIL: aslynd@spooner.k12.wi.us
PHONE NUMBER: (715) 635-2171
801 County Highway A
Spooner, WI  54801

Spring Valley School District
SUPERINTENDENT: Don Haack
E-MAIL: haackd@springvalley.k12.wi.us
PHONE NUMBER: (715) 778-5551
S1450 Cty Rd Cc
Spring Valley, WI  54767

Stanley-boyd Area School District
SUPERINTENDENT: Jeffrey Koenig
E-MAIL: jkoenig@s-bschools.org
PHONE NUMBER: (715) 644-5534
507 E 1St Ave
Stanley, WI  54768

Stevens Point Area Public School District
SUPERINTENDENT: Craig Gerlach
E-MAIL: cgerlach@pointschools.net

PHONE NUMBER: (715) 345-5444
1900 Polk St
Stevens Point, WI  54481

Stockbridge School District
SUPERINTENDENT: Chad Marx
E-MAIL: chamarx@stockbridge.k12.wi.us
PHONE NUMBER: (920) 439-1782
110 School St
Stockbridge, WI  53088

Stone Bank School District
SUPERINTENDENT: Ryan Krohn
E-MAIL: r.krohn@stonebank.k12.wi.us
PHONE NUMBER: (262) 966-2900
N68W33866 County Road K
Oconomowoc, WI  53066

Stoughton Area School District
SUPERINTENDENT: Timothy Onsager
E-MAIL: tim.onsager@stoughton.k12.wi.us
PHONE NUMBER: (608) 877-5000
320 North St
Stoughton, WI  53589

Stratford School District
SUPERINTENDENT: Scott Winch
E-MAIL: scwinch@gapps.stratford.k12.wi.us
PHONE NUMBER: (715) 687-3130
522 N Third Ave
Stratford, WI  54484

Sturgeon Bay School District
SUPERINTENDENT: Dan Tjernagel
E-MAIL: dtjernagel@sturbay.k12.wi.us
PHONE NUMBER: (920) 746-2800
1230 Michigan St
Sturgeon Bay, WI  54235

Sun Prairie Area School District
SUPERINTENDENT: Brad Saron
E-MAIL: bgsaron@sunprairieschools.org
PHONE NUMBER: (608) 834-6500
501 S Bird St
Sun Prairie, WI  53590

Superior School District
SUPERINTENDENT: Amy Starzecki
E-MAIL: amy.starzecki@superior.k12.wi.us
PHONE NUMBER: (715) 394-8700
3025 Tower Ave
Superior, WI  54880

Suring Public School District
SUPERINTENDENT: Kelly Casper
E-MAIL: caspke@suringk12.org

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (920) 842-2178
411 E Algoma
Suring, WI  54174

Swallow School District
SUPERINTENDENT: Melissa Thompson
E-MAIL: thompson@swallowschool.org
PHONE NUMBER: (262) 367-2000
W299N5614 County Road E
Hartland, WI  53029

Thorp School District
SUPERINTENDENT: Paul Blanford
E-MAIL: pblanford@thorp.k12.wi.us
PHONE NUMBER: (715) 669-5548
605 S Clark St
Thorp, WI  54771

Three Lakes School District
SUPERINTENDENT: Teir Maney
E-MAIL: tmaney@threelakessd.k12.wi.us
PHONE NUMBER: (715) 546-3496
6930 W School St
Three Lakes, WI  54562

Tigerton School District
SUPERINTENDENT: Kelley Strike
E-MAIL: kstrike@tigerton.k12.wi.us
PHONE NUMBER: (715) 535-4041
213 Spaulding St
Tigerton, WI  54486

Tomah Area School District
SUPERINTENDENT: Cindy Zahrte
E-MAIL: cindyzahrte@tomah.education
PHONE NUMBER: (608) 374-7004
129 W Clifton St
Tomah, WI  54660

Tomahawk School District
SUPERINTENDENT: Terry Reynolds
E-MAIL: reynoldst@tomahawk.k12.wi.us
PHONE NUMBER: (715) 453-5551
1048 E Kings Rd
Tomahawk, WI  54487

Tomorrow River School District
SUPERINTENDENT: Michael Richie
E-MAIL: mrichie@amherst.k12.wi.us
PHONE NUMBER: (715) 824-5521
357 N Main St
Amherst, WI  54406

Trevor-wilmot Consolidated School District
SUPERINTENDENT: Michelle Garven
E-MAIL: garvenmm@twc.k12.wi.us

PHONE NUMBER: (262) 862-2356
26325 Wilmot Rd
Trevor, WI  53179

Tri-county Area School District
SUPERINTENDENT: Tony Marinack
E-MAIL: anthonymarinack@tcpenguin.net
PHONE NUMBER: (715) 335-6366
409 S West St
Plainfield, WI  54966

Turtle Lake School District
SUPERINTENDENT: Kent Kindschy
E-MAIL: kkindschy@turtlelake.k12.wi.us
PHONE NUMBER: (715) 986-2597
205 Oak St N
Turtle Lake, WI  54889

Twin Lakes #4 School District
SUPERINTENDENT: Christine Anderson
E-MAIL: anderson@twinlakes.k12.wi.us
PHONE NUMBER: (262) 877-2148
1218 Wilmot Ave
Twin Lakes, WI  53181

Two Rivers Public School District
SUPERINTENDENT: Lisa Quistorf
E-MAIL: lisa.quistorf@trschools.k12.wi.us
PHONE NUMBER: (920) 793-4560
4521 Lincoln Ave
Two Rivers, WI  54241

Union Grove J1 School District
SUPERINTENDENT: Brenda Stevenson
E-MAIL: bstevenson@uges.k12.wi.us
PHONE NUMBER: (262) 878-2015
1745 Milldrum St
Union Grove, WI  53182

Union Grove Uhs School District
SUPERINTENDENT: Alan Mollerskov
E-MAIL: mollala@ug.k12.wi.us
PHONE NUMBER: (262) 878-4427
3433 S Colony Ave
Union Grove, WI  53182

Unity School District
SUPERINTENDENT: Brandon Robinson
E-MAIL: brobinson@unity.k12.wi.us
PHONE NUMBER: (715) 825-3515
1908 150Th St
Balsam Lake, WI  54810

Valders Area School District
SUPERINTENDENT: Debra Hunt
E-MAIL: dhunt@valders.k12.wi.us

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (920) 775-9500
138 Wilson St
Valders, WI  54245

Verona Area School District
SUPERINTENDENT: Dean Gorrell
E-MAIL: gorrelld@verona.k12.wi.us
PHONE NUMBER: (608) 845-4300
700 N Main St
Verona, WI  53593

Viroqua Area School District
SUPERINTENDENT: Tom Burkhalter
E-MAIL: tburkhalter@viroquablackhawk.org
PHONE NUMBER: (608) 637-1186
115 N Education Ave
Viroqua, WI  54665

Wabeno Area School District
SUPERINTENDENT: Jeffrey Walsh
E-MAIL: jwalsh@wabeno.k12.wi.us
PHONE NUMBER: (715) 473-2592
4346 Mill Ln
Wabeno, WI  54566

Walworth Co Cdeb
SUPERINTENDENT: David Bretl
E-MAIL: dbretl@co.walworth.wi.us
PHONE NUMBER: (262) 741-4118
W3905 County Road Nn
Elkhorn, WI  53121

Walworth J1 School District
SUPERINTENDENT: Phill Klamm
E-MAIL: Phill.Klamm@walworth.k12.wi.us
PHONE NUMBER: (262) 275-6896
121 Beloit St
Walworth, WI  53184

Washburn School District
SUPERINTENDENT: Thomas Wiatr
E-MAIL: twiatr@washburn.k12.wi.us
PHONE NUMBER: (715) 373-6188
305 W 4Th St
Washburn, WI  54891

Washington School District
SUPERINTENDENT: Sue Cornell
E-MAIL: sue.cornell@island.k12.wi.us
PHONE NUMBER: (920) 847-2507
888 Main Rd
Washington Island, WI  54246

Washington-caldwell School District
SUPERINTENDENT: Kevin Mccormick
E-MAIL: kmccormick@washcald.com

PHONE NUMBER: (262) 662-3466
8937 Big Bend Rd
Waterford, WI  53185

Waterford Graded J1 School District
SUPERINTENDENT: Ed Brzinski
E-MAIL: brzinski@waterford.k12.wi.us
PHONE NUMBER: (262) 514-8250
819 W Main St
Waterford, WI  53185

Waterford Uhs School District
SUPERINTENDENT: Lucas Francois
E-MAIL: lfrancois@waterforduhs.k12.wi.us
PHONE NUMBER: (262) 534-3189
100 Field Drive
Waterford, WI  53185

Waterloo School District
SUPERINTENDENT: Brian Henning
E-MAIL: henningb@waterloo.k12.wi.us
PHONE NUMBER: (920) 478-3633
813 N Monroe St
Waterloo, WI  53594

Watertown Unified School District
SUPERINTENDENT: Cassandra Schug
E-MAIL: schugc@watertown.k12.wi.us
PHONE NUMBER: (920) 262-1460
111 Dodge St
Watertown, WI  53094

Waukesha School District
SUPERINTENDENT: Todd Gray
E-MAIL: tgray@waukesha.k12.wi.us
PHONE NUMBER: (262) 970-1003
222 Maple Ave
Waukesha, WI  53186

Waunakee Community School District
SUPERINTENDENT: Randy Guttenberg
E-MAIL: rguttenberg@waunakee.k12.wi.us
PHONE NUMBER: (608) 849-2000
905 Bethel Cir
Waunakee, WI  53597

Waupaca School District
SUPERINTENDENT: Ron Saari
E-MAIL: rsaari@waupacaschools.org
PHONE NUMBER: (715) 258-4121
515 School St
Waupaca, WI  54981

Waupun School District
SUPERINTENDENT: Steven Hill
E-MAIL: shill@waupun.k12.wi.us

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (920) 324-9341
950 Wilcox St
Waupun, WI  53963

Wausau School District
SUPERINTENDENT: Keith Hilts
E-MAIL: khilts@wausauschools.org
PHONE NUMBER: (715) 261-0500
415 Seymour St
Wausau, WI  54403

Wausaukee School District
SUPERINTENDENT: Jared Deschane
E-MAIL: deschanej@wausaukee.k12.wi.us
PHONE NUMBER: (715) 856-5153
N11941 Us Highway 141
Wausaukee, WI  54177

Wautoma Area School District
SUPERINTENDENT: Thomas Rheinheimer
E-MAIL: rheinheimert@wautoma.k12.wi.us
PHONE NUMBER: (920) 787-7112
556 S Cambridge St
Wautoma, WI  54982

Wauwatosa School District
SUPERINTENDENT: Phil Ertl
E-MAIL: ertlph@wauwatosa.k12.wi.us
PHONE NUMBER: (414) 773-1000
12121 W North Ave
Wauwatosa, WI  53226

Wauzeka-steuben School District
SUPERINTENDENT: Dave Alexander
E-MAIL: alexadav@wauzeka.k12.wi.us
PHONE NUMBER: (608) 875-5311
301 E Main St
Wauzeka, WI  53826

Webster School District
SUPERINTENDENT: Jeff Fimreite
E-MAIL: jfimreite@webster.k12.wi.us
PHONE NUMBER: (715) 866-4391
26428 Lakeland Ave S
Webster, WI  54893

West Allis-west Milwaukee School District
SUPERINTENDENT: Marty Lexmond
E-MAIL: LexmondM@wawmsd.org
PHONE NUMBER: (414) 604-3000
1205 S 70Th St
West Allis, WI  53214

West Bend School District
SUPERINTENDENT: Jennifer Wimmer
E-MAIL: jwimmer@wbsd-schools.org

PHONE NUMBER: (262) 306-4800
735 S Main St
West Bend, WI  53095

West De Pere School District
SUPERINTENDENT: Dennis Krueger
E-MAIL: dkrueger@wdpsd.com
PHONE NUMBER: (920) 337-1393
400 Reid St
De Pere, WI  54115

West Salem School District
SUPERINTENDENT: Ryan Rieber
E-MAIL: rieber.ryan@wsalem.k12.wi.us
PHONE NUMBER: (608) 786-0700
405 E Hamlin St
West Salem, WI  54669

Westby Area School District
SUPERINTENDENT: Steve Michaels
E-MAIL: steve.michaels@westby-norse.org
PHONE NUMBER: (608) 634-0101
206 West Ave S
Westby, WI  54667

Westfield School District
SUPERINTENDENT: Bob Meicher
E-MAIL: bob.meicher@westfieldpioneers.org
PHONE NUMBER: (608) 296-2107
N7046 County Road M
Westfield, WI  53964

Weston School District
SUPERINTENDENT: Gary Syftestad
E-MAIL: syftestad@weston.k12.wi.us
PHONE NUMBER: (608) 986-2151
E2511 County Road S
Cazenovia, WI  53924

Weyauwega-fremont School District
SUPERINTENDENT: Phillip Tubbs
E-MAIL: ptubbs@wfsd.k12.wi.us
PHONE NUMBER: (920) 867-8800
410 E Ann St
Weyauwega, WI  54983

Wheatland J1 School District
SUPERINTENDENT: Marty Mcginley
E-MAIL: marty.mcginley@wcspk8.org
PHONE NUMBER: (262) 537-2216
6606 368Th Ave
Burlington, WI  53105

White Lake School District
SUPERINTENDENT: Glenda Boldig
E-MAIL: gboldig@whitelake.k12.wi.us

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (715) 882-8421
405 Bissell St
White Lake, WI  54491

Whitefish Bay School District
SUPERINTENDENT: John Thomsen
E-MAIL: john.thomsen@wfbschools.com
PHONE NUMBER: (414) 963-3921
1200 E Fairmount Ave
Whitefish Bay, WI  53217

Whitehall School District
SUPERINTENDENT: Michael Beighley
E-MAIL: beighleym@whitehallsd.k12.wi.us
PHONE NUMBER: (715) 538-4374
19121 Hobson St
Whitehall, WI  54773

Whitewater Unified School District
SUPERINTENDENT: Caroline Hefty
E-MAIL: cpatehefty@wwusd.org
PHONE NUMBER: (262) 472-8700
419 S Elizabeth St
Whitewater, WI  53190

Whitnall School District
SUPERINTENDENT: Lisa Olson
E-MAIL: lolson@whitnall.com
PHONE NUMBER: (414) 525-8400
5000 S 116Th St
Greenfield, WI  53228

Wild Rose School District
SUPERINTENDENT: Craig Hayes
E-MAIL: hayesc@wildroseschools.org
PHONE NUMBER: (920) 622-4203
600 Park Ave
Wild Rose, WI  54984

Williams Bay School District
SUPERINTENDENT: William White
E-MAIL: wwhite@williamsbayschools.org
PHONE NUMBER: (262) 245-1575
500 W Geneva St
Williams Bay, WI  53191

Wilmot Uhs School District
SUPERINTENDENT: Daniel Kopp
E-MAIL: koppd@wilmoths.k12.wi.us
PHONE NUMBER: (262) 862-9005
11112 308Th Ave
Wilmot, WI  53192

Winneconne Community School District
SUPERINTENDENT: Margaret Larson
E-MAIL: larsonm@w-csd.org

PHONE NUMBER: (920) 582-5802
233 S 3Rd Ave
Winneconne, WI  54986

Winter School District
SUPERINTENDENT: Andrew Grimm
E-MAIL: agrimm@winterwarriors.org
PHONE NUMBER: (715) 266-3301
6585 W Grove St
Winter, WI  54896

Wisconsin Dells School District
SUPERINTENDENT: Terrance Slack
E-MAIL: tslack@sdwd.k12.wi.us
PHONE NUMBER: (608) 254-7769
811 County Road H
Wisconsin Dells, WI  53965

Wisconsin Department Of Health Services
SUPERINTENDENT: Julie Anstett
E-MAIL: juliel.anstett@dhs.wisconsin.gov
PHONE NUMBER: (608) 266-1865
1 W Wilson St
Madison, WI  53702

Wisconsin Dept Of Public Instruction
SUPERINTENDENT: Carolyn Taylor
E-MAIL: dpistatesuperintendent@dpi.wi.gov
PHONE NUMBER: (800) 441-4563
125 S Webster St
Madison, WI  53703

Wisconsin Heights School District
SUPERINTENDENT: Jordan Sinz
E-MAIL: jsinz@wisheights.k12.wi.us
PHONE NUMBER: (608) 767-2595
10173 Us Highway 14
Mazomanie, WI  53560

Wisconsin Rapids School District
SUPERINTENDENT: Craig Broeren
E-MAIL: craig.broeren@wrps.net
PHONE NUMBER: (715) 424-6701
510 Peach St
Wisconsin Rapids, WI  54494

Wittenberg-birnamwood School District
SUPERINTENDENT: Garrett Rogowski
E-MAIL: grogowski@wittbirn.k12.wi.us
PHONE NUMBER: (715) 253-2213
400 W Grand Ave
Wittenberg, WI  54499

Wonewoc-union Center School District
SUPERINTENDENT: Sharon Ennis
E-MAIL: ennisha@wc.k12.wi.us

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (608) 464-3165
101 School Rd
Wonewoc, WI  53968

Woodruff J1 School District
SUPERINTENDENT: Jocelyn Smith
E-MAIL: jocelyn.hardy@avwschool.org
PHONE NUMBER: (715) 356-3282
11065 Old Highway 51 N
Arbor Vitae, WI  54568

Wrightstown Community School District
SUPERINTENDENT: Carla Buboltz
E-MAIL: buboltz@wrightstown.k12.wi.us
PHONE NUMBER: (920) 532-5551
351 High St
Wrightstown, WI  54180

Yorkville J2 School District
SUPERINTENDENT: Jeff Peterson
E-MAIL: jeff.peterson@yorkville.k12.wi.us
PHONE NUMBER: (262) 878-3759
18621 Washington Ave
Union Grove, WI  53182

Barbour County Schools
SUPERINTENDENT: Jeffrey Woofter
E-MAIL: jwoofter@k12.wv.us
PHONE NUMBER: (304) 457-3030
105 Railroad Street
Philippi, WV  26416

Berkeley County Schools
SUPERINTENDENT: Patrick Murphy
E-MAIL: patrick.murphy@k12.wv.us
PHONE NUMBER: (304) 267-3500
401 S Queen Street
Martinsburg, WV  25401

Boone County  Schools
SUPERINTENDENT: Jeffrey Huffman
E-MAIL: jwhuffma@k12.wv.us
PHONE NUMBER: (304) 369-8233
69 Avenue B
Madison, WV  25130

Braxton County Schools
SUPERINTENDENT: David Dilly
E-MAIL: ddilly@k12.wv.us
PHONE NUMBER: (304) 765-7101
98 Carter Braxton
Sutton, WV  26601

Brooke County Schools
SUPERINTENDENT: Jeffrey Crook
E-MAIL: jcrook@k12.wv.us

PHONE NUMBER: (304) 737-3481
1201 Pleasant Avenue
Wellsburg, WV  26070

Cabell County Schools
SUPERINTENDENT: Ryan Saxe
E-MAIL: rsaxe@k12.wv.us
PHONE NUMBER: (304) 528-5030
2850 5Th Avenue
Huntington, WV  25702

Calhoun County Schools
SUPERINTENDENT: Kelli Whytsell
E-MAIL: kwhytsel@k12.wv.us
PHONE NUMBER: (304) 354-7011
540 Alan B Mollohan Dr
Mt Zion, WV  26151

Clay County Schools
SUPERINTENDENT: Kenneth Tanner
E-MAIL: ktanner@k12.wv.us
PHONE NUMBER: (304) 587-4266
242 Church Street
Clay, WV  25043

Doddridge County Schools
SUPERINTENDENT: Adam Cheeseman
E-MAIL: acheeseman@k12.wv.us
PHONE NUMBER: (304) 873-2300
103 Sistersville Pike
West Union, WV  26456

Fayette County Schools
SUPERINTENDENT: Terry George
E-MAIL: tgeorge@k12.wv.us
PHONE NUMBER: (304) 574-1176
111 Fayette Avenue
Fayetteville, WV  25840

Gilmer County Schools
SUPERINTENDENT: Patricia Lowther
E-MAIL: plowther@k12.wv.us
PHONE NUMBER: (304) 462-7386
201 North Court Street
Glenville, WV  26351

Grant County Schools
SUPERINTENDENT: Douglas Lambert
E-MAIL: dslamber@k12.wv.us
PHONE NUMBER: (304) 257-1011
304 Jefferson Avenue
Petersburg, WV  26847

Greenbrier County Schools
SUPERINTENDENT: Jeffrey Bryant
E-MAIL: jbryant@k12.wv.us

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (304) 647-6470
202 Chestnut Street
Lewisburg, WV  24901

Hampshire County Schools
SUPERINTENDENT: Jeff Pancione
E-MAIL: jpancion@k12.wv.us
PHONE NUMBER: (304) 822-3528
111 School Street
Romney, WV  26757

Hancock County Schools
SUPERINTENDENT: Dawn Petrovich
E-MAIL: dpetrovi@k12.wv.us
PHONE NUMBER: (304) 564-3411
104 N Court Street
New Cumberland, WV  26047

Hardy County Schools
SUPERINTENDENT: Sheena Vanmeter
E-MAIL: srvanmet@k12.wv.us
PHONE NUMBER: (304) 530-2348
510 Ashby Street
Moorefield, WV  26836

Harrison County Schools
SUPERINTENDENT: Dora Stutler
E-MAIL: dstutler@k12.wv.us
PHONE NUMBER: (304) 624-3300
408 E.B. Saunders Way
Clarksburg, WV  26301

Institutional Educational Programs
SUPERINTENDENT: Steven Paine
E-MAIL: steve.paine@k12.wv.us
PHONE NUMBER: (304) 558-1598
1900 Kanawha Blv E Blg 6 Rm728
Charleston, WV  25305

Jackson County Schools
SUPERINTENDENT: Blaine Hess
E-MAIL: bhess@boe.jack.k12.wv.us
PHONE NUMBER: (304) 372-7300
1 School Street
Ripley, WV  25271

Jefferson County Schools
SUPERINTENDENT: Bondy Gibson
E-MAIL: bondy.gibson@k12.wv.us
PHONE NUMBER: (304) 728-9225
110 Mordington Avenue
Charles Town, WV  25414

Kanawha County Schools
SUPERINTENDENT: Tom Williams
E-MAIL: twilliams@mail.kana.k12.wv.us

PHONE NUMBER: (304) 348-7770
200 Elizabeth Street
Charleston, WV  25311

Lewis County Schools
SUPERINTENDENT: Robin Lewis
E-MAIL: rjlewis@k12.wv.us
PHONE NUMBER: (304) 269-8300
239 Court Avenue
Weston, WV  26452

Lincoln County Schools
SUPERINTENDENT: Jeff Kelley
E-MAIL: jeffrey.s.kelley@k12.wv.us
PHONE NUMBER: (304) 824-3033
10 Marland Avenue
Hamlin, WV  25523

Logan County Schools
SUPERINTENDENT: Patricia Lucas
E-MAIL: ptlucas@k12.wv.us
PHONE NUMBER: (304) 792-2060
506 Holly Avenue
Logan, WV  25601

Marion County Schools
SUPERINTENDENT: Gary Price
E-MAIL: gprice@k12.wv.us
PHONE NUMBER: (304) 367-2100
200 Gaston Avenue
Fairmont, WV  26554

Marshall County Schools
SUPERINTENDENT: Shelby Haines
E-MAIL: shaines@k12.wv.us
PHONE NUMBER: (304) 843-4405
2700 E 4Th Street
Moundsville, WV  26041

Mason County Schools
SUPERINTENDENT: Jack Cullen
E-MAIL: jcullen@k12.wv.us
PHONE NUMBER: (304) 675-4540
1200 Main Street
Point Pleasant, WV  25550

Mcdowell County Schools
SUPERINTENDENT: Carolyn Falin
E-MAIL: cfalin@k12.wv.us
PHONE NUMBER: (304) 436-8441
30 Central Avenue
Welch, WV  24801

Mercer County Schools
SUPERINTENDENT: Deborah Akers
E-MAIL: dsakers@k12.wv.us

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (304) 487-1551
1403 Honaker Avenue
Princeton, WV  24740

Mineral County Schools
SUPERINTENDENT: Troy Ravenscroft
E-MAIL: tlravenscroft@k12.wv.us
PHONE NUMBER: (304) 788-4200
1 Baker Place
Keyser, WV  26726

Mingo County Schools
SUPERINTENDENT: Donald Spence
E-MAIL: dspence@k12.wv.us
PHONE NUMBER: (304) 235-3333
Rt 2 Box 310
Williamson, WV  25661

Monongalia County Schools
SUPERINTENDENT: Frank Devono
E-MAIL: fdevono@k12.wv.us
PHONE NUMBER: (304) 291-9210
13 South High Street
Morgantown, WV  26501

Monroe County Schools
SUPERINTENDENT: Joetta Basile
E-MAIL: jsbasile@k12.wv.us
PHONE NUMBER: (304) 772-3094
Willow Bend Road
Union, WV  24983

Morgan County Schools
SUPERINTENDENT: Erich May
E-MAIL: erich.may@k12.wv.us
PHONE NUMBER: (304) 258-2430
247 Harrison Avenue
Berkeley Springs, WV  25410

Nicholas County Schools
SUPERINTENDENT: Donna Tetrick
E-MAIL: dtetrick@k12.wv.us
PHONE NUMBER: (304) 872-3611
400 Old Main Drive
Summersville, WV  26651

Ohio County Schools
SUPERINTENDENT: Kimberly Miller
E-MAIL: ksmiller@k12.wv.us
PHONE NUMBER: (304) 243-0300
2203 National Road
Wheeling, WV  26003

Pendleton County Schools
SUPERINTENDENT: Charles Hedrick
E-MAIL: cfhedric@k12.wv.us

PHONE NUMBER: (304) 358-2207
108 Walnut Street
Franklin, WV  26807

Pleasants County Schools
SUPERINTENDENT: Michael Wells
E-MAIL: gwells@k12.wv.us
PHONE NUMBER: (304) 684-2215
2272 North Pleasants Highway
St Marys, WV  26170

Pocahontas County Schools
SUPERINTENDENT: Terrence Beam
E-MAIL: tbeam@k12.wv.us
PHONE NUMBER: (304) 799-4505
926 Fifth Avenue
Marlinton, WV  24954

Preston County Schools
SUPERINTENDENT: Stephen Wotring
E-MAIL: swotring@k12.wv.us
PHONE NUMBER: (304) 329-0580
300 Preston Drive
Kingwood, WV  26537

Putnam County Schools
SUPERINTENDENT: John Hudson
E-MAIL: jhudson@k12.wv.us
PHONE NUMBER: (304) 586-0500
#9 Courthouse Drive
Winfield, WV  25213

Raleigh County Schools
SUPERINTENDENT: David Price
E-MAIL: cdprice@k12.wv.us
PHONE NUMBER: (304) 256-4500
105 Adair Street
Beckley, WV  25801

Randolph County Schools
SUPERINTENDENT: Debbie Schmidlen
E-MAIL: dschmidl@k12.wv.us
PHONE NUMBER: (304) 636-9150
40 11Th Street
Elkins, WV  26241

Ritchie County Schools
SUPERINTENDENT: James Brown
E-MAIL: jgmbrown@k12.wv.us
PHONE NUMBER: (304) 643-2991
134 S Penn Avenue
Harrisville, WV  26362

Roane County Schools
SUPERINTENDENT: Richard Duncan
E-MAIL: rdduncan@k12.wv.us

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (304) 927-6400
813 Capitol Street
Spencer, WV  25276

Summers County Schools
SUPERINTENDENT: David Warvel
E-MAIL: dwarvel@k12.wv.us
PHONE NUMBER: (304) 466-6005
116 Main Street
Hinton, WV  25951

Taylor County Schools
SUPERINTENDENT: Christine Miller
E-MAIL: cemiller@k12.wv.us
PHONE NUMBER: (304) 265-2497
82 Utt Drive - Pruntytown
Grafton, WV  26354

Tucker County Schools
SUPERINTENDENT: Alicia Lambert
E-MAIL: alambert@k12.wv.us
PHONE NUMBER: (304) 478-2771
501 Chestnut Street
Parsons, WV  26287

Tyler County Schools
SUPERINTENDENT: Shane Highley
E-MAIL: ahighley@k12.wv.us
PHONE NUMBER: (304) 758-2145
1993 Silver Knight Drive
Sistersville, WV  26175

Upshur County Schools
SUPERINTENDENT: Sara Stankus
E-MAIL: sstankus@k12.wv.us
PHONE NUMBER: (304) 472-5480
102 Smithfield Street
Buckhannon, WV  26201

Wayne County Schools
SUPERINTENDENT: Todd Alexander
E-MAIL: talexand@k12.wv.us
PHONE NUMBER: (304) 272-5116
212 North Court Street
Wayne, WV  25570

Webster County Schools
SUPERINTENDENT: Scott Cochran
E-MAIL: scochran@k12.wv.us
PHONE NUMBER: (304) 847-5638
315 South Main Street
Webster Springs, WV  26288

Wetzel County Schools
SUPERINTENDENT: Edward Toman
E-MAIL: etoman@k12.wv.us

PHONE NUMBER: (304) 455-2441
333 Foundry Street
New Martinsville, WV  26155

Wirt County Schools
SUPERINTENDENT: John Mckown
E-MAIL: jmckown@k12.wv.us
PHONE NUMBER: (304) 275-4279
793 Mulberry Street
Elizabeth, WV  26143

Wood County Schools
SUPERINTENDENT: William Hosaflook
E-MAIL: whosaflo@k12.wv.us
PHONE NUMBER: (304) 420-9663
1210 13Th Street
Parkersburg, WV  26101

Wv Schools For The Deaf And The Blind
SUPERINTENDENT: Patricia Homberg
E-MAIL: phomberg@k12.wv.us
PHONE NUMBER: (304) 822-4800
301 E Main Street
Romney, WV  26757

Wyoming County Schools
SUPERINTENDENT: Deirdre Cline
E-MAIL: dcline@k12.wv.us
PHONE NUMBER: (304) 732-6262
19 Park Street
Pineville, WV  24874

Albany County School District #1
SUPERINTENDENT: Jubal Yennie
E-MAIL: jyennie@acsd1.org
PHONE NUMBER: (307) 721-4400
1948 Grand Avenue
Laramie, WY  82070

Big Horn County School District #1
SUPERINTENDENT: Benjamin Smith
E-MAIL: bsmith@bighorn1.com
PHONE NUMBER: (307) 548-2254
99 South Division
Cowley, WY  82420

Big Horn County School District #2
SUPERINTENDENT: Doug Hazen
E-MAIL: dhazen@bgh2.org
PHONE NUMBER: (307) 548-2259
502 Hampshire Avenue
Lovell, WY  82431

Big Horn County School District #3
SUPERINTENDENT: Mark Rose
E-MAIL: mrose@bgh3.k12.wy.us

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

PHONE NUMBER: (307) 765-4756
636 14Th Avenue North
Greybull, WY  82426

Big Horn County School District #4
SUPERINTENDENT: Dave Kerby
E-MAIL: dave.kerby@bgh4.k12.wy.us
PHONE NUMBER: (307) 568-2684
416 S 3Rd St
Basin, WY  82410

Campbell County School District #1
SUPERINTENDENT: Alex Ayers
E-MAIL: aayers@ccsd.k12.wy.us
PHONE NUMBER: (307) 682-5171
1000 West 8Th St
Gillette, WY  82717

Carbon County School District #1
SUPERINTENDENT: Mike Hamel
E-MAIL: mhamel@crb1.net
PHONE NUMBER: (307) 328-9200
615 Rodeo
Rawlins, WY  82301

Carbon County School District #2
SUPERINTENDENT: Jim Copeland
E-MAIL: jcopeland@crb2.org
PHONE NUMBER: (307) 326-5271
315 North 1St St
Saratoga, WY  82331

Cathedral Home For Children - Administration
Office
SUPERINTENDENT: Nicole Hauser
E-MAIL: nhauser@cathedralhome.org
PHONE NUMBER: (307) 745-8997
4989 North 3Rd St
Laramie, WY  82073

Converse County School District #1
SUPERINTENDENT: Paige Hughes
E-MAIL: phughes@ccsd1.org
PHONE NUMBER: (307) 358-2942
615 Hamilton St
Douglas, WY  82633

Converse County School District #2
SUPERINTENDENT: Coley Shadrick
E-MAIL: cshadrick@converse2.org
PHONE NUMBER: (307) 436-5331
120 Boxelder Trail
Glenrock, WY  82637

Crook County School District #1
SUPERINTENDENT: Mark Broderson

E-MAIL: brodersonm@crook1.com
PHONE NUMBER: (307) 283-2299
108 North 4Th
Sundance, WY  82729

Fremont County School District # 1
SUPERINTENDENT: Dave Barker
E-MAIL: dbarker@landerschools.org
PHONE NUMBER: (307) 332-4711
400 Baldwin Creek Rd
Lander, WY  82520

Fremont County School District # 2
SUPERINTENDENT: Martha Gale
E-MAIL: mgale@fremont2.org
PHONE NUMBER: (307) 455-5545
700 North 1st Street
Dubois, WY  82513

Fremont County School District # 6
SUPERINTENDENT: Diana Clapp
E-MAIL: dianac@fre6.k12.wy.us
PHONE NUMBER: (307) 856-7970
223 N. Cherry St.
Pavillion, WY  82523

Fremont County School District #14
SUPERINTENDENT: Owen Clair
E-MAIL: owen.st.clair@wyo4life.net
PHONE NUMBER: (307) 332-3904
638 Blue Sky Highway
Ethete, WY  82520

Fremont County School District #21
SUPERINTENDENT: Terry Ebert
E-MAIL: tebert@fortwashakieschool.com
PHONE NUMBER: (307) 332-5983
90 Ethete Rd
Ft. Washakie, WY  82514

Fremont County School District #24
SUPERINTENDENT: Bruce Thoren
E-MAIL: bthoren@shoshonischools.org
PHONE NUMBER: (307) 876-2583
404 Wrangler Way
Shoshoni, WY  82649

Fremont County School District #25
SUPERINTENDENT: Joanne Flanagan
E-MAIL: jflanagan@fremont25.org
PHONE NUMBER: (307) 856-9407
121 North 5Th St West
Riverton, WY  82501

Fremont County School District #38
SUPERINTENDENT: Roy Brown

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

E-MAIL: roy.brown@fremont38.com
PHONE NUMBER: (307) 856-9333
445 Little Wind River Bottom
Arapahoe, WY  82510

Goshen County School District #1
SUPERINTENDENT: Ryan Kramer
E-MAIL: rkramer@goshen1.org
PHONE NUMBER: (307) 532-2171
626 West 25Th Avenue
Torrington, WY  82240

Hot Springs County School District #1
SUPERINTENDENT: Dustin Hunt
E-MAIL: dhunt@hotsprings1.org
PHONE NUMBER: (307)  864-6580
415 Springview St
Thermopolis, WY  82443

Johnson County School District #1
SUPERINTENDENT: James Wagner
E-MAIL: jwagner@jcsd1.us
PHONE NUMBER: (307) 684-9571
601 West Lott St
Buffalo, WY  82834

Laramie County School District #1
SUPERINTENDENT: Boyd Brown
E-MAIL: boyd.brown@laramie1.org
PHONE NUMBER: (307) 771-2100
2810 House Avenue
Cheyenne, WY  82001

Laramie County School District #2
SUPERINTENDENT: Jon Abrams
E-MAIL: jon.abrams@laramie2.org
PHONE NUMBER: (307) 245-4050
311 East 8Th St
Pine Bluffs, WY  82082

Lincoln County School District #1
SUPERINTENDENT: Teresa Chaulk
E-MAIL: tchaulk@rangers1.net
PHONE NUMBER: (307) 877-9095
11 Adaville Dr
Diamondville, WY  83116

Lincoln County School District #2
SUPERINTENDENT: Matt Erickson
E-MAIL: merickson@lcsd2.org
PHONE NUMBER: (307) 885-3811
222 E 4Th Avenue
Afton, WY  83110

Natrona County School District #1
SUPERINTENDENT: Michael Jennings

E-MAIL: michael_jennings@natronaschools.org
PHONE NUMBER: (307) 253-5200
970 North Glenn Rd
Casper, WY  82601

Niobrara County School District #1
SUPERINTENDENT: George Mirich
E-MAIL: mirichg@lusk.k12.wy.us
PHONE NUMBER: (307) 334-3793
619 W 5Th
Lusk, WY  82225

Normative Services - Administration Office
SUPERINTENDENT: Clayton Carr
E-MAIL: clayton.carr@sequelyouthservices.com
PHONE NUMBER: (307) 674-6878
5 Lane Lane
Sheridan, WY  82801

Northeast Wyoming Boces
SUPERINTENDENT: Julie Cudmore
E-MAIL: jcudmore@newboces.com
PHONE NUMBER: (307) 682-0231
410 North Miller Avenue
Gillette, WY  82716

Northwest Wyoming Boces
SUPERINTENDENT: Carolyn Conner
E-MAIL: carolync@rtconnect.net
PHONE NUMBER: (307) 864-2171
250 East Arapahoe
Thermopolis, WY  82443

Park County School District # 1
SUPERINTENDENT: Jay Curtis
E-MAIL: jrcurtis@pcsd1.org
PHONE NUMBER: (307) 764-6186
160 North Evarts
Powell, WY  82435

Park County School District # 6
SUPERINTENDENT: Peg Monteith
E-MAIL: peggymonteith@park6.org
PHONE NUMBER: (307) 587-4253
919 Cody Avenue
Cody, WY  82414

Park County School District #16
SUPERINTENDENT: Shane Ogden
E-MAIL: sogden@park16.org
PHONE NUMBER: (307) 868-2501
2107 Idaho
Meeteetse, WY  82433

Platte County School District #1
SUPERINTENDENT: Steve Miller

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

E-MAIL: steven.miller@platte1.org
PHONE NUMBER: (307) 322-3175
1350 Oak St
Wheatland, WY  82201

Platte County School District #2
SUPERINTENDENT: Mike Beard
E-MAIL: mbeard@gsviking.org
PHONE NUMBER: (307) 836-2735
555 S. Wyoming Ave
Guernsey, WY  82214

Red Top Meadows - Administration Office
SUPERINTENDENT: Tom Concannon
E-MAIL: tconcannon@tyfs.org
PHONE NUMBER: (307) 733-9098
7905 South Fall Creek Rd
Wilson, WY  83014

Region V Boces
SUPERINTENDENT: Dan Mayer
E-MAIL: dmayer@boces5.org
PHONE NUMBER: (307) 733-8210
3850 North Wilderness Drive
Wilson, WY  83014

Saint Joseph'S Children'S Home -Administration
Office
SUPERINTENDENT: Ronda Meyer
E-MAIL: rmeyer@stjoseph-wy.org
PHONE NUMBER: (307) 532-4197
1419 Main St
Torrington, WY  82240

Saint Stephen'S Indian School Admin Office
SUPERINTENDENT: Frank Runner
E-MAIL: fnorunner@st-stephens.net
PHONE NUMBER: (307) 856-4147
128 Mission Rd
St. Stephens, WY  82524

Sheridan County School District #1
SUPERINTENDENT: Pete Kilbride
E-MAIL: pkilbride@sheridan.k12.wy.us
PHONE NUMBER: (307) 655-9541
1127 Dayton St.
Ranchester, WY  82839

Sheridan County School District #2
SUPERINTENDENT: Craig Dougherty
E-MAIL: craig.dougherty@scsd2.com
PHONE NUMBER: (307) 674-7405
201 North Connor St
Sheridan, WY  82801

Sheridan County School District #3

SUPERINTENDENT: Charles Auzqui
E-MAIL: cauzqui@shr3panthers.com
PHONE NUMBER: (307) 758-4412
1600 Meade Avenue
Clearmont, WY  82835

St Stephens Indian School
SUPERINTENDENT: Frank No Runner
E-MAIL: fnorunner@st-stephens.net
PHONE NUMBER: (307) 856-4147
128 Mission Road
St Stephens, WY  82524

Sublette County School District #1
SUPERINTENDENT: Jay Harnack
E-MAIL: jharnack@sub1.org
PHONE NUMBER: (307) 367-2139
665 N Tyler
Pinedale, WY  82941

Sublette County School District #9
SUPERINTENDENT: Kevin Garvey
E-MAIL: kgarvey@sublette9.org
PHONE NUMBER: (307) 276-3322
115 South Nichols St.
Big Piney, WY  83113

Sweetwater County School District #1
SUPERINTENDENT: Kelly Mcgovern
E-MAIL: mcgovernk@sw1.k12.wy.us
PHONE NUMBER: (307) 352-3400
3550 Foothill Blvd
Rock Springs, WY  82901

Sweetwater County School District #2
SUPERINTENDENT: Craig Barringer
E-MAIL: craig.barringer@swcsd2.org
PHONE NUMBER: (307) 872-5500
351 Monroe Ave.
Green River, WY  82935

Teton County School District #1
SUPERINTENDENT: Gillian Chapman
E-MAIL: gchapman@tcsd.org
PHONE NUMBER: (307) 733-2704
1235 Gregory Lane
Jackson, WY  83001

Uinta County School District #1
SUPERINTENDENT: Ryan Thomas
E-MAIL: rthomas@uinta1.com
PHONE NUMBER: (307) 789-7571
537 10Th St
Evanston, WY  82931

Uinta County School District #4

SCHOOL DISTRICTS IN UNITED STATES ALPHABETICAL BY STATE BY SCHOOL DISTRICT

SUPERINTENDENT: Jeffrey Newton
E-MAIL: newtonj@uinta4.com
PHONE NUMBER: (307) 782-3377
129 West Second St
Mountain View, WY  82939

Uinta County School District #6
SUPERINTENDENT: Damien Smith
E-MAIL: smithd@uinta6.k12.wy.us
PHONE NUMBER: (307) 786-4100
126 N. Franklin
Lyman, WY  82937

Washakie County School District #1
SUPERINTENDENT: David Nicholas
E-MAIL: dnicholas@wsh1.k12.wy.us
PHONE NUMBER: (307) 347-9286
1900 Howell Avenue
Worland, WY  82401

Washakie County School District #2
SUPERINTENDENT: Jimmy Phelps
E-MAIL: jimmy.phelps@wsh2.k12.wy.us
PHONE NUMBER: (307) 366-2233
242 Cedar St
Ten Sleep, WY  82442

Weston County School District #1
SUPERINTENDENT: Brad Lacroix
E-MAIL: lacroixb@wcsd1.org
PHONE NUMBER: (307) 746-4451
116 Casper Avenue
Newcastle, WY  82701

Weston County School District #7
SUPERINTENDENT: Clark Coberly
E-MAIL: ccoberly@weston7.org
PHONE NUMBER: (307) 468-2461
804 Willow
Upton, WY  82730

Wyoming Department Of Family Services
SUPERINTENDENT: Korin Schmidt
E-MAIL: korin.schmidt1@wyo.gov
PHONE NUMBER: (307) 777-7734
2300 Capitol Avenue
Cheyenne, WY  82002

Wyoming Department Of Health
SUPERINTENDENT: Michael Ceballos
E-MAIL: michael.ceballos@wyo.gov
PHONE NUMBER: (307) 777-7656
401 Hathaway Building
Cheyenne, WY  82002

Youth Emergency Services

SUPERINTENDENT: Sheri England
E-MAIL: sengland@ccsd.k12.wy.us
PHONE NUMBER: (307) 686-0669
706 East Longmont St
Gillette, WY  82716