Dalee Chamber
SDE Special Education
Alabama State Department of Education
Email: daleec@alsde.edu
Phone: 334-242-8404

Donald Enoch

Education Administrator

Alaska Dept. of Education & Early Development

801 West 10th Street, Suite 200, Juneau, AK

Email: Donald.Enoch@alaska.gov

Phone: (907) 465-2972

Lori Freno
General Counsel
Arkansas Department of Education
Four Capitol Mall, Room 302A
Little Rock, AR  72201
Email: Lori.Freno@arkansas.gov
Phone: (501) 682-4234

Office of Administrative Hearings
2349 Gateway Oaks Drive,
Suite 200 Sacramento, CA 95833
Email: speceducation@cde.ca.gov

Mary Jean Schierberl, J.D.
Education Consultant
Connecticut State Department of Education
Academic Office
Bureau of Special Education
Due Process Office
(860) 713-6943
Email: Maryjean.Schierberl@ct.gov


Joe Peters
Assistant Attorney General
K-12 Education Unit
State Services Section

Colorado Department of Law
Email: joe.peters@coag.gov
Phone: (720) 508-6179 Direct

Mike Blackburn
Inspector General
325 West Gaines Street, Suite 1201
Tallahassee, Florida 32399-0400
Phone: 850-245-0403
Email: OIG@fldoe.org

Jamila Pollard
Program Manager Senior/Legal
Officer
1870 Twin Towers East
Atlanta, GA 30334
Email:jpollard@doe.k12.ga.us
Phone: 404-670-2683

Principal
DOE School of Attendance
Hawai'i State Department of Education
1390 Miller St. Honolulu, HI 96813
Email: special_ed_complaints@notes.k12.hi.us

The Illinois State Board of Education
Special Education Services Department
100 North First Street
Springfield, Illinois 62777-0001
Email: statecomplaints@isbe.net

Formal Complaint Investigator
KS State Dept. of Education Special Education & Title Services
900 SW Jackson St. Suite 602
Topeka, KS 66612
Email: formalcomplaints@ksde.org

Due Process Office
Office of Special Services
Maine Department of Education
23 State House Station
Augusta, ME 04333-0023
Email: Dueprocess.DOE@maine.gov

Karen B. Salmon, Ph.D.,
*State Superintendent of Schools*
Office of State Superintendent
State Department of Education
Nancy S. Grasmick State Education Building,
200 West Baltimore St., Baltimore, MD 21201 - 2595
E-mail: karen.salmon@maryland.gov
Phone: (410) 767-0462

Compliance and Assistance
Minnesota Department of Education
1500 Highway 36 West
Roseville MN 55113
Email: mde.compliance-assistance@state.mn.us
Phone: 651-582-8689

Karen Edwards
Dispute Resolution Investigator
Mississippi Department of Education
P.O. Box 771
Jackson, MS 39205-0771
Email: kaedwards@mdek12.org
Phone: 601-359-3498

Amy Rhone
Office of Special Education
Administrator/State Director
301 Centennial Mall South
Lincoln, NE 68508
Email: amy.rhone@nebraska.gov
Phone: 402-471-4323

Amelia Thibault
Executive Assistant
Superintendent's Office
Nevada Department of Education
Email:acthibault@doe.nv.gov
Phone:775-687-9217

Bridget M. Paré, M.Ed
Governance Unit
NH Department of Education
101 Pleasant Street
Concord, NH 03301
Email: Bridget.Pare@doe.nh.gov
Phone: (603) 271-3196

Deborah Dominguez-Clark
State Director of Special Education
New Mexico Public Education Department:
Special Education Office
300 Don Gaspar Street
Santa Fe New Mexico 1 87501-2786
Email: Deborah.Clark@state.nm.us
Phone: 505 827 1457

Dept. of Public Instruction
Office of Special Education
DUE PROCESS COMPLAINT NOTICE 600 E Blvd Ave, Dept. 201
Bismarck ND 58505-0440
Email: dpispecialed@nd.gov

Ohio Department of Education
Office for Exceptional Children Dispute Resolution
Section 25 South Front Street,
Mail Stop 409 Columbus, OH 43215
Email: gifted@education.ohio.gov

Colin Raley
Dispute Resolution Specialist
Special Education
Oklahoma State Department of Education
Oliver Hodge Building
2500 North Lincoln Boulevard
Oklahoma City, Oklahoma 73105
Phone: (405) 521-4863
Email: Colin.Raley@sde.ok.gov

Assistant Superintendent – Student Services
Public Service Building
255 Capitol Street NE Salem,
Oregon 97310-0203
Email: Ode.disputeresolution@ode.state.or.us


Wendy Trujillo
Dispute Resolution Coordinator
Special Education Programs
800 Governors Drive Pierre, SD 57501-2294
Email: Wendy.Trujillo@state.sd.us

Heather Anderson | IDEA Complaints Investigator
Andrew Johnson Tower, 11th floor
710 James Robertson Parkway, Nashville, TN 37243
Phone: (615) 741-3619
Email: Heather.Anderson@tn.gov

Neil Stevens
Utah State Board of Education
250 East 500 South
PO Box 144200
Salt Lake City, Utah 84114-4200
Email: neil.stevens@schools.utah.gov

Office of Dispute Resolution and Administrative Services
Virginia Department of Education
James Monroe Building
1111 East Broad Street 4th Floor Richmond, Virginia 23219
Email: ODRAS@doe.virginia.gov

Carolyn Stanford Taylor, State Superintendent
Wisconsin Department of Public Instruction
125 S. Webster Street • Madison, WI 53703
Phone: (608) 266-3390
Email: dpistatesuperintendent@dpi.wi.gov

Jordan Brock
State Director of Special Education
Dispute Resolution Coordinator
Wyoming Department of Education Special Education Programs Division
122 W. 25th St. Suite E200
Cheyenne, Wyoming 82002
Phone: (307) 777-2961
Email: jordan.brock@wyo.gov

Victoria Glick
Office of the State Superintendent of Education
711, Fifth Floor
1050 First Street, NE
Washington
Phone: (202) 724-7860
Email: Victoria.Glick@dc.gov

Dana Long
Due Process Coordinator & Special Ed. Attorney
South Tower, Suite 600
115 W. Washington Street
Indianapolis, IN 46204-1905
Phone: (317) 232-6675
dlong@doe.in.gov