## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

```
*****************************************************************
J.T. INDIVIDUALLY AND ON BEHALF OF D.T.;      :
K.M. INDIVIDUALLY AND ON BEHALF OF            :
M.M. AND S.M.; J.J., INDIVIDUALLY AND ON      :
BEHALF OF Z.J.; C.N., INDIVIDUALLY AND ON     :
BEHALF OF V.N., AND, ALL OTHERS               :
SIMILARLY SITUATED                            :   CIVIL ACTION
                                              :
            Plaintiffs,                       :   Case No. 1:20cv-05878(CM)
V.                                            :
                                              :
BILL DE BLASIO, IN HIS OFFICIAL CAPACITY      :   SEPTEMBER 14, 2020
AS THE MAYOR OF NEW YORK CITY;                :
RICHARD CARRANZA, IN HIS OFFICIAL             :
CAPACITY AS THE CHANCELLOR OF NEW             :
YORK CITY DEPARTMENT OF EDUCATION;            :
THE NEW YORK CITY DEPARTMENT OF               :
EDUCATION; THE SCHOOL DISTRICTS IN THE        :
UNITED STATES; AND STATE DEPARTMENTS          :
OF EDUCATION IN THE UNITED STATES             :
                                              :
            Defendants.                       :
*****************************************************************
```

### NOTICE OF FILING CERTIFICATE OF GOOD STANDING IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE (DOCUMENT NO. 82)

PLEASE TAKE NOTICE that on September 4, 2020, Attorney Bryan L. LeClerc filed with this court a Motion for Admission Pro Hac Vice (Document No. 82) and the Declaration of Ryan P. Driscoll stating that he would file Certificates of Good Standing immediately upon receipt of same and in further support of the Motion for Admission Pro Hac Vice of Attorney Ryan P. Driscoll.

{01398657.DOCX Ver. 1}

PLEASE TAKE FURTHER NOTICE that Attorney Bryan L. LeClerc hereby submits true and accurate copies of the Certificates of Good Standing from the Supreme Courts of the States of Connecticut, New York, and New Jersey.

Dated at Milford, Connecticut this 14th day of September 2020.

        THE DEFENDANTS,
        NORWALK BOARD OF EDUCATION
        BRIDGEPORT BOARD OF EDUCATION
        STAMFORD BOARD OF EDUCATION
        STRATFORD BOARD OF EDUCATION

By: /s/Bryan L. LeClerc
        BRYAN L. LECLERC
        Berchem Moses, P.C.
        75 Broad Street
        Milford, CT  06460
        (203) 783-1200
        Federal Bar BL9464
        bleclerc@berchemmoses.com

## **CERTIFICATION OF SERVICE**

I hereby certify that on September 14, 2020, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

/s/ Bryan L. LeClerc
Bryan L. LeClerc

# State of Connecticut
# Supreme Court

I, **Carolyn C. Ziogas**, Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,

Do hereby certify, that, in the Superior Court at **Bridgeport** on the **28th** day of **June, 2004**

**Ryan P. Driscoll**

of
**Monroe, Connecticut**

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all courts of this state, and that said attorney is a member of in good standing of the Bar of this State pursuant to Practice Book §2-65.

In Testimony Whereof, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day **September 3, 2020**

Carolyn C. Ziogas
Chief Clerk



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

---

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Ryan Patrick Driscoll

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **1st day of March, 2007**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **9th day of September, 2020**.

*Robert D Mayberger*

Clerk

# Supreme Court of New Jersey



# Certificate of Good Standing

*This is to certify that* **Ryan P Driscoll** *(No.* **021382003** *) was constituted and appointed an Attorney at Law of New Jersey on* **December 19, 2003** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this* 3rd *day of* September, 2020.

*Heather J Baker*
*Clerk of the Supreme Court*

-453a-