UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────x

J.T. et al, et al.,

      Plaintiff,

  -against-                                                                20 Civ. 5878 (CM)(GWG)

Bill de Blasio, et al.,

      Defendants.

────────────────────────────────x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/16/2020

ORDER CANCELLING CONFERENCE

McMahon, J.:

    The pre-trial conference that was scheduled for Friday, September 18, 2020 is cancelled. The parties need not appear at this time.

SO ORDERED:

_____
Chief U.S.D.J.

Dated: September 16, 2020
New York, New York