

WRITER'S ADDRESS:
420 Lexington Avenue
Suite 2104
New York, NY 10170
D 212-818-0531
F 212-434-0105

September 28, 2020

**VIA ELECTRONIC FILING**

The Honorable Colleen McMahon
U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re:    J.T., et al. v. de Blasio, et al.
               Docket No.: 1:20-cv-5878 (CM)

Dear Judge McMahon:

      We represent the City of Bristol, CT School District, among others, in the above-referenced matter. We write to join the Bristol Board of Education's September 25th letter to Your Honor (ECF No. 146) bringing to your attention the continued filing and initiation of impartial due process hearings by Plaintiffs' counsel in violation of your September 14, 2020 temporary restraining order. The temporary restraint and injunction could not have been clearer, the Brain Injury Rights Group ("BIRG") is prohibited "from commencing any impartial due process hearing on behalf of any member of the putative plaintiff class in any jurisdiction" unless the parents/guardian of the child had signed a compliant retainer agreement before the commencement of any such proceeding.

      As set forth in the Bristol Board of Education's letter, a due process hearing was requested, it was requested by counsel not retained to perform such tasks, and it was done so by attorneys who are not admitted to practice in the State of Connecticut.

      Yesterday, counsel for Plaintiffs submitted a letter response (ECF 151) expressing remorse for violating Your Honor's order and injunction, and advising the court that BIRG is "in the process of sending" the modified retainer agreements to all pre-existing clients. The fact that Plaintiffs' counsel is in the process of sending out modified retainers, begs the questions how and why an "administrative employee" is initiating impartial due process hearings when BIRG has not yet completed disseminating the updated retainer agreements in the first instance (and which must precede any filings).

      The City of Bristol School District joins the Bristol Board of Education concern regarding these actions, and joins the request for unredacted engagement letters for Bristol.

Atlanta | Boston area | Chicago | Dallas-Fort Worth | Fort Lauderdale | Hartford area | Houston | Indiana
Las Vegas | Los Angeles area | Louisiana | Milwaukee | New Jersey | New York | Philadelphia | Phoenix
Pittsburgh | Providence | Salt Lake City | St. Louis | Tampa | West Virginia

www.LitchfieldCavo.com

**LITCHFIELD**
Attorneys at Law **CAVO** LLP

The Honorable Colleen McMahon
September 28, 2020
Page 2

    We thank the court for its time and consideration on this important issue.

                           Respectfully Submitted,

                           By: ___/s/ *Louis Eckert*___.
                           Louis F. Eckert
                           LITCHFIELD CAVO LLP
                           420 Lexington Avenue, Suite 2104
                           New York, New York 10022

                           *Attorneys for Defendants City of Bristol School District,*
                                 *and others*

LFE/cal,