

# METHFESSEL & WERBEL
### A Professional Corporation

| | | |
|---|---|---|
| JOEL N. WERBEL> | Counsel | Associates, Cont'd |
| JOHN METHFESSEL, JR.> | CHRISTIAN R. BAILLIE+ | ALLISON M. KOENKE> |
| FREDRIC PAUL GALLIN*+^ | SARAH K. DELAHANT+ | OLIVIA R. LICATA+ |
| STEPHEN R. KATZMAN# | SHAJI M. EAPEN+ | ASHLEY E. MALANDRE^ |
| WILLIAM S. BLOOM>* | JAMES FOXEN^ | ANTHONY J. MANCUSO> |
| ERIC L. HARRISON*+ | GERALD KAPLAN> | JAMES V. MAZEWSKI+ |
| MATTHEW A. WERBEL> | JARED P. KINGSLEY*+ | CHRISTEN E. MCCULLOUGH^ |
| LORI BROWN STERNBACK*+ | JOHN R. KNODEL.*+ | DIAA J. MUSLEH+ |
| I. BLAKELEY JOHNSTONE,III+* | LESLIE A. KOCH+ | KAJAL J. PATEL> |
| GINA M. STANZIALE> | CHARLES T. MCCOOK, JR.*> | NABILA SAEED^ |
| PAUL J. ENDLER JR.> | MARC G. MUCCIOLO> | SARAH E. SHEPP+ |
| | RICHARD A. NELKE~ | TIFFANY D. TAGARELLI> |
| Of Counsel | STEVEN K. PARNESS+ | STEVEN A. UNTERBURGER+ |
| MARC DEMBLING*+ | RAINA M. PITTS^ | LEVI E. UPDYKE+^ |
| ED THORNTON> | BRENT R. POHLMAN+ | |
| | AMANDA J. SAWYER^ | * Certified by the Supreme Court of |
| Retired | JARED S. SCHURE> | New Jersey as a Civil Trial Attorney |
| JOHN METHFESSEL, SR.> | SHIFRA TARICA+ | +Member of NY & NJ Bar |
| (1935-2017) | | ^Member of PA & NJ Bar |
| DON CROWLEY*+ | Associates | >Member of NJ Bar only |
| | EDWARD D. DEMBLING> | #Member of NJ & LA. Bar |
| | JASON D. DOMINGUEZ+ | <Member of NJ & DC Bar |
| | NATALIE DONIS+ | ≥Member of NJ, PA & DC Bar |
| | MICHAEL R. EATROFF> | ~Member of NY, NJ & DC Bar |
| | DAVID INCLE, JR.> | |
| | FRANK J. KEENAN+^ | **Please reply to New Jersey** |
| | SCOTT KETTERER> | |

October 1, 2020

VIA ELECTRONIC FILING
United States District Court, Southern District of New York
Honorable Colleen McMahon, U.S.D.J.
US Courthouse
40 Foley Square
New York, NY 10007-1581

RE: **J.T. O/B/O D.T. VS. BILL DE BLASIO, ET AL.**
    Our File No.   : 89465 ELH
    Docket No.     : 20-CV-5878 (CM)

Dear Judge McMahon:

This office represents several defendant school districts, including the Cherry Hill, NJ School District. In that regard and relative to the pending Order to Show Cause, I enclose self-explanatory correspondence from attorney Amelia Carolla to ALJ Bogan of the New Jersey Office of Administrative Law on behalf of A.H. o/b/o S.M., who is listed in Appendix A to the Complaint as "Plaintiff #40."

                                        Respectfully,

                                        **METHFESSEL & WERBEL, ESQS.**

                                        Eric L. Harrison
                                        harrison@methwerb.com
                                        Ext. 138

ELH:jml/Enc.
(Letter)

2025 Lincoln Highway • Suite 200 • P.O. Box 3012 • Edison, NJ 08818 • (732) 248-4200 • FAX (732) 248-2355
112 West 34th Street • 17th Floor • New York, NY 10120 • (212) 947-1999 • FAX (212) 947-3332
1500 Market Street • 12th Floor, East Tower • Philadelphia, PA 19102 • (215) 665-5622 • FAX (215) 665-5623
www.njinslaw.com

Methfessel & Werbel, Esqs.
Our File No. 89465 ELH
Page 2

  cc:  <u>VIA ELECTRONIC FILING</u>
      All counsel of record

      <u>VIA FEDERAL EXPRESS</u>
      Patrick B. Donohue, Esq.
      Patrick Donohue Law Firm PLLC
      55 West 116th Street, Suite 159
      New York, NY 10026

      <u>VIA EMAIL: peter@pabilaw.org</u>
      Peter G. Albert, Esq.
      Brain Injury Rights Group, Ltd.
      300 East 95th Street, Suite 130
      New York, NY 10128