**BRAIN INJURY RIGHTS GROUP, LTD.**
**300 EAST 95th STREET - SUITE 130**
**NEW YORK, NEW YORK 10128**

**VIA ECF**

October 1, 2020

Hon. Colleen McMahon, C.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

                        Re:    **J.T., et al. v. Bill de Blasio, et al.**
                                  **Case No. 20-cv-5878 (CM)**

Dear Chief Judge McMahon:

       I am counsel for Plaintiffs in the above-referenced action. Pursuant to Your Honor's Order dated September 22, 2020 (ECF Dkt. Entry No. 145), which, in relevant part, denied Plaintiffs' motion to file certain documents under seal, attached for filing are (1) original redacted retainer agreements and (2) a redacted list of due process requests.

       It is also noted that Counsel is completing the process to obtain "fully compliant" retainer agreements from putative class members who previously executed retainer agreements, and will file same as soon as possible.

       Thank you for your consideration of this matter.

                                                  Respectfully submitted,

                                                    /S: Peter G. Albert /

                                                    Peter G. Albert

Attachments.
cc: All Counsel (via ECF)