Case 1:20-cv-05878-CM   Document 158   Filed 10/05/20   Page 1 of 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
J.T., Individually and On Behalf Of D.T.; K.M.,
Individually and On Behalf Of M.M. and S.M.; J.J.,
Individually and On Behalf Of Z.J.; C.N., Individually
and On Behalf Of V.N.; and, All Others Similarly Situated,
    Plaintiffs,

20-CV-5878 (CM)

- against -

BILL de BLASIO, in his official capacity as the Mayor
of New York City; RICHARD CARRANZA, in his
official capacity as the Chancellor of New York City
Department of Education; the NEW YORK CITY
DEPARTMENT OF EDUCATION; the SCHOOL
DISTRICTS IN THE UNITED STATES; and STATE
DEPARTMENTS OF EDUCATION IN THE UNITED
STATES,
    Defendants.
------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

I, Nikhil Patil, declare under penalty of perjury that I am over 18 years of age, I am not a party to this lawsuit, my business address is 300 East 95th Street, #130, New York, NY 10128, and on 15th of September 2020 I served copy of the Summons in a Civil Action and Complaint in the above-captioned action by enclosing a copy of same, in a post paid (Priority Mail) sealed envelope properly addressed to the defendants address listed on the attached rider and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal service within the state of New York.

_____
Nikhil Patil

Sworn to before me this 15th day of September 2020.

PETER G ALBERT
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02AL6377927
Qualified in Suffolk County
Commission Expires July 16, 2022

DR. ED CORA
SANTA PAULA UNIFIED SCHOOL DISTRICT
201 S STECKEL DR
SANTA PAULA, CA 93060-3244

DR. ALEXANDRIA ESTRELLA
NORWALK SCHOOL DISTRICT
125 EAST AVE
NORWALK, CT 06851-5702

DAVID HEALY
TOMS RIVER SCHOOL DISTRICT
1144 HOOPER AVE
TOMS RIVER, NJ 08753-8361

DR. NANCY HUDANICH
CAPE MAY COUNTY SPECIAL SERVICES SCHOOL DISTRICT
148 CREST HAVEN RD
CAPE MAY CH, NJ 08210-1651

MARK BENIGNI
MERIDEN SCHOOL DISTRICT
22 LIBERTY ST
MERIDEN, CT 06450-5609

DANIEL E GIORDANO
LINDENHURST UNION FREE SCHOOL DISTRICT
350 DANIEL ST
LINDENHURST, NY 11757-3547

RICHARD DEL MORO
MIDDLETOWN CITY SCHOOL DISTRICT
223 WISNER AVE
MIDDLETOWN, NY 10940-3238

DR. RYDELL HARRISON
WATERTOWN SCHOOL DISTRICT
10 DEFOREST ST
WATERTOWN, CT 06795-2116

DAVID TRETHAWAY
MANCHESTER TOWNSHIP SCHOOL DISTRICT
121 ROUTE 539
WHITING, NJ 08759-1275

DR. KENNETH SPELLS
HAZEL CREST SCHOOL DISTRICT
1910 170TH ST
HAZEL CREST, IL 60429-1363

DR. JOHN MALLOY
SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT
699 OLD ORCHARD DR
DANVILLE, CA 94526-4331

ROBERT HALEY
SAN DIEGUITO UNION HIGH SCHOOL DISTRICT
15250 AVENUE OF SCIENCE
SAN DIEGO, CA 92128-3406

SCOTT LEAMAN
WESTERN PLACER UNIFIED SCHOOL DISTRICT
600 6TH ST
STE 400
LINCOLN, CA 95648-1787

KRIS COREY
FAIRFIELD-SUISUN UNIFIED SCHOOL DISTRICT
2490 HILBORN RD
FAIRFIELD, CA 94534-1072

DOUG KIMBERLY
LAKE ELSINORE UNIFIED SCHOOL DISTRICT
545 CHANEY ST
LAKE ELSINORE, CA 92530-2712

DR. GREG PLUTKO
PLACENTIA-YORBA UNIFIED SCHOOL DISTRICT
1301 E ORANGETHORPE AVE
PLACENTIA, CA 92870-5302

VIVIAN EKCHIAN
BURBANK UNIFIED SCHOOL DISTRICT
223 N JACKSON ST
GLENDALE, CA 91206-4334

ELMEAR O'FARRELL
CLOVIS UNIFIED SCHOOL DISTRICT
1450 HERNDON AVE
CLOVIS, CA 93611-0567

CINDY MARTEN
SAN DIEGO UNIFIED SCHOOL DISTRICT
4100 NORMAL ST
SAN DIEGO, CA 92103-2653

JODI MCCLAY
TEMECULA VALLEY UNIFIED SCHOOL DISTRICT
31350 RANCHO VISTA RD
TEMECULA, CA 92592-6200

DR. MARIAN K PHELPS
POWAY UNIFIED SCHOOL DISTRICT
15250 AVENUE OF SCIENCE
SAN DIEGO, CA 92128-3406

DR. THOMAS S TUCKER
DOUGLAS COUNTY SCHOOL DISTRICT NO. RE-1
620 WILCOX ST
CASTLE ROCK, CO 80104-1739

MICHAEL WILSON
SEYMOUR SCHOOL DISTRICT
98 BANK ST
SEYMOUR, CT 06483-2881

DR. DIANA SIRKO
MESA COUNTY VALLEY SCHOOL DISTRICT 51
2115 GRAND AVE
GRAND JCT, CO 81501-8007

DR. MICHAEL A GREGO
PINELLAS COUNTY SCHOOLS
301 4TH ST SW
LARGO, FL 33770-3536

DONALD E FENNOY
PALM BEACH COUNTY SCHOOL DISTRICT
300 FOREST HILL BLVD
C-316
WEST PALM BCH, FL 33405-4614

DR. LEWIS D FEREBEE
DISTRICT OF COLUMBIA PUBLIC SCHOOLS
1200 1ST ST NE
WASHINGTON, DC 20002-3361

CRAIG CLARK
CENTRALIA CITY SCHOOL DISTRICT 135
400 S ELM ST
CENTRALIA, IL 62801-3910