UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X
J.T., et al.,                            :

      Plaintiffs,               :   CASE NO.  20-CV-5878 (CM)

  -against-                             :   **APPEARANCE OF COUNSEL**

Bill de Blasio, et al.,                  :

      Defendants.               :
---------------------------------------- X

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant Omaha Public School District.  This notice should not be construed in any way as a waiver of any defense or as an admission of any allegations or assertions in the complaint, and Omaha Public School District reserves the right to assert any and all available defenses in a pre-answer motion, including the defenses listed in Rule 12(b) of the Federal Rules of Civil Procedure.

Dated: Omaha, Nebraska.                  Respectfully submitted,
      October 13, 2020

                                              By: /s/ Jeremiah C. Hollembeak
                                              Jeremiah C. Hollembeak,
                                              Attorney for Defendant
                                              Omaha Public School District

                                              Baird Holm LLP
                                              1700 Farnam Street
                                              Suite 1500
                                              Omaha, NE  68102-2068
                                              402-636-8317 Direct Phone
                                              402-344-0588 Fax
                                              jhollembeak@bairdholm.com

-2-

## CERTIFICATION

      I certify that on October 13, 2020, I caused the foregoing Appearance of Counsel to be filed on the docket in the above-captioned case through the Court's Electronic Case Filing (ECF) System. In accordance with Section 9.1 of the SDNY Case Filing Rules & Instructions, service was completed when such filing triggered an automatic notification of electronic filing of the Appearance of Counsel to be sent to all counsel of record by electronic mail. This filing can be accessed on the case docket via ECF.

DOCS/2543633.1