UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
J.T., et al.,                         :
                Plaintiffs,   :    CASE NO.  20-cv-05878 (CM)

  -against-                  :    **NOTICE OF MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(1), (2), (3), AND (6)**

Bill de Blasio, et al.,               :

                Defendants.   :
------------------------------------- X

    PLEASE TAKE NOTICE that for the reasons more fully explained in the accompanying Brief in Support of Defendant Omaha Public School District's ("OPS") Motion to Dismiss, OPS, by and through its counsel of record, moves the Court for an order dismissing OPS and the claims against it under Rules 12(b)(1), (2), (3), and (6) of the Federal Rules of Civil Procedure.

Dated: Omaha, Nebraska.
       October 19, 2020

Respectfully submitted,

Jeremiah C. Hollembeak

By: /s/ Jeremiah C. Hollembeak
    Jeremiah C. Hollembeak,
    Attorney for Defendant
    Omaha Public School District

    Baird Holm LLP
    1700 Farnam Street
    Suite 1500
    Omaha, NE  68102-2068
    402-344-0500

-2-

## CERTIFICATION

    I certify that on October 19, 2020, I caused the foregoing Motion to Dismiss to be filed on the docket in the above-captioned case through the Court's Electronic Case Filing (ECF) System. In accordance with Section 9.1 of the SDNY Case Filing Rules & Instructions, service was completed when such filing triggered an automatic notification of electronic filing of the Motion to Dismiss to be sent to all counsel of record by electronic mail. This filing can be accessed on the case docket via ECF.

    /s/   Jeremiah C. Hollembeak

DOCS/2543229.3