UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| J.T., et al. | : | CIVIL NO. 1:20-CV-05878 (CM) |
| *Plaintiffs* | : | |
| | : | |
| v. | : | |
| | : | |
| Bill deBlasio, et al, | : | |
| *Defendants* | : | November 5, 2020 |

## MOTION TO WITHDRAW APPEARANCE

Per Local Rule 1.4 the Defendant respectfully moves the Court to permit the withdrawal of the appearance of Assistant Attorney General Matthew I. Levine. Assistant Attorney General Darren Cunningham has filed an in lieu of appearance (attached).

DEFENDANTS,

WILLIAM TONG
ATTORNEY GENERAL

BY: /s/ Matthew I. Levine
Matthew I. Levine
Assistant Attorney General
Bar No. ML2346
165 Capitol Avenue
Hartford, CT 06106
Tel. (860) 808-5250
Fac. (860) 808-5386
Matthew.Levine@ct.gov

## **CERTIFICATION**

  I hereby certify that on November 5, 2020 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

            /s/ Matthew I. Levine
            Matthew I. Levine
            Assistant Attorney General

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| J.T., Individually and On Behalf Of D.T.; Et al. | : | CIVIL NO. 20-cv-5878 |
| *Plaintiffs* | : | |
| | : | |
| v. | : | |
| | : | |
| BILL de BLASIO, in his official capacity as the Mayor of New York City; Et al. | : | |
| *Defendants* | : | OCTOBER 8, 2020 |

**NOTICE OF SUBSTITUTE APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for defendant Connecticut State Department of Education in the above-captioned case. This appearance is in place of Assistant Attorney General Matthew Levine.

Dated at Hartford, Connecticut, this 6th day of October, 2020.

DEFENDANT,
CONNECTICUT DEPT. OF EDUCATION

WILLIAM TONG
ATTORNEY GENERAL

BY: /s/ Darren P. Cunningham
Darren P. Cunningham
Assistant Attorney General
Bar #: 4032520
Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
Tel.: (860) 808-5210
Fax: (860) 808-5385
Darren.Cunningham@ct.gov

## CERTIFICATION

I hereby certify that on October 8, 2020 a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    /s/ Darren P. Cunningham
Darren P. Cunningham
Assistant Attorney General

2