UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

J.T., Individually and On Behalf of D.T.;
K.M., Individually and On Behalf of M.M. and
S.M.; J.J., Individually and On Behalf of Z.J.;
C.N., Individually and On Behalf of V.N.; and
All Others Similarly Situated,



Plaintiffs,

-against-

20 **CIVIL** 5878 (CM)

## JUDGMENT

BILL de BLASIO, in his official capacity as the
Mayor of New York City; RICHARD CARRANZA,
in his official capacity as the Chancellor of New
York City Department of Education; the NEW
YORK CITY DEPARTMENT OF EDUCATION;
the SCHOOL DISTRICTS IN THE UNITED
STATES; and, STATE DEPARTMENTS OF
EDUCATION IN THE UNITED STATES,

Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated November 13, 2020, Plaintiffs' claims against all out-of-state Defendants are DISMISSED without prejudice. The remaining claims against all New York State School Districts outside NYCDOE are SEVERED and DISMISSED without prejudice. Plaintiffs' application for a preliminary injunction is DENIED, and all claims are DISMISSED as against the NYC Defendants. The court sua sponte dismisses all claims against the New York State Education Department; accordingly, this case is closed.

**Dated:** New York, New York

November 13, 2020

RUBY J. KRAJICK

Clerk of Court

BY:    *Kmargo*

Deputy Clerk