UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X

J.T., et al.,

        Plaintiffs,

-against-

BILL DE BLASIO, et al.,

        Defendants.

---------------------------------------------------------------------X

20 - CV - 5878 (CM)

**NOTICE OF APPEAL**

    NOTICE is hereby given that J.T., et al., Plaintiffs in the above-captioned case, hereby appeal to the United States Court of Appeals for the Second Circuit from an Order, dated and entered in this action on November 13, 2020, denying Plaintiffs' application for a Preliminary Injunction and dismissing Plaintiffs' Complaint, by the Hon. Colleen McMahon, C.J.

Dated: New York, New York
       December 11, 2020

        Respectfully submitted,
        /S:___*Peter G. Albert*___/

        Peter G. Albert, Esq.
        Brain Injury Rights Group, Ltd.
        Attorneys for Plaintiffs
        300 East 95th Street – Suite 130
        New York, New York 10128
        (646) 850-5035